Deborah L. Fish (P36580)
ALLARD & FISH, P.C.
2600 Buhl Building
535 Griswold
Detroit, Michigan 48226
(313) 961-6141

*Counsel for Severstal North America, Inc.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:

**GENERAL MOTORS CORPORATION, et al.**

      **Debtor**

_____/

**Chapter 11**

**Case No. 09-B-50026-reg**

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Severstal North America, Inc. ("Severstal"), by its counsel, Allard & Fish, P.C., appears in the above-entitled bankruptcy cases and demands, pursuant to 11 U.S.C. §§ 102(1), 342 AND 1109(b) and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in this case, be given to and served upon:

      Deborah L. Fish, Esq.
      Allard & Fish, P.C.
      2600 Buhl Building
      535 Griswold
      Detroit, MI   48226

This request includes, without limitation, all notices (including those required by Bankruptcy Rules 2002 and 4001 or ordered by the Court pursuant to Bankruptcy Rule

9007), applications, motions, petitions, orders, pleadings, requests, lists, schedules, statements, complaints and demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telecopy, electronic file transfer, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive (i) the right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, and recoupments to which Severstal is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

ALLARD & FISH, P.C.

/S/Deborah L. Fish
Attorneys for Severstal
2600 Buhl Building
535 Griswold
Detroit, MI  48226
dfish@allardfishpc.com
P36580

Dated:  June 1, 2009
U:\34\699\GM\Notice of Appearance.doc

2