UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

| | |
|---|---|
| GENERAL MOTORS CORPORATION, | Chapter 11 |
| | Case No. 09-50026-reg |
| Debtor. | Hon. Robert E. Gerber |

_____

## VERIFIED MOTION FOR ADMISSION *PRO HAC VICE*

James A. Plemmons, a member of the bar of the State of Michigan, for his Verified Motion for Admission *Pro Hac Vice* to the Bankruptcy Court for the Southern District of New York to represent Johnson Controls, Inc. and Magna International Inc. in the above-captioned bankruptcy proceeding, states as follows:

1. James A. Plemmons is a member of Dickinson Wright PLLC, located at 500 Woodward Avenue, Suite 4000, Detroit, Michigan 48226. His office telephone number is (313) 223-3500.

2. Mr. Plemmons is admitted to practice law in the State of Michigan (1989), and the United States District Court for the Eastern District of Michigan (1989), and the United States District Court for the Western District of Michigan (1989). Mr. Plemmons' Michigan State Bar number is P42892.

3. Mr. Plemmons is in good standing in the Courts listed in ¶ 2, supra, and is eligible to practice in this Court pursuant to Rule 2090-1 of the Local Rules for the Bankruptcy Court for the Southern District of New York. He is not currently suspended or disbarred in any other Court. He is not the subject of any formal pending grievance procedures. He has not been denied admission or disciplined by the State Bar of Michigan or by any other State Bar or Court.

4. Mr. Plemmons has never been denied admission in the Bankruptcy Court for the Southern District of New York.

WHEREFORE, James A. Plemmons respectfully requests that this Court admit his *pro hac vice* to practice law in the United States Bankruptcy Court for the Southern District of New York in this bankruptcy proceeding.

          DICKINSON WRIGHT PLLC

          By: /s/ James A. Plemmons
              James A. Plemmons (JAP-2284)
          Counsel for Johnson Controls, Inc. and Magna International Inc.
          500 Woodward Avenue, Suite 4000
          Detroit, Michigan  48226
          (313) 223-3500
          jplemmons2@dickinsonwright.com

Dated:  June 1, 2009

## **VERIFICATION**

James A. Plemmons, being first duly sworn, deposes and says that I have read the above Motion for Admission Pro Hac Vice, and the statements contained therein are true to the best of my knowledge, information and belief.

/s/ James A. Plemmons
James A. Plemmons (JAP-2284)