UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,                    Chapter 11
                                                Case No. 09-50026-reg
                            Debtor.             Hon. Robert E. Gerber
_____

## PROOF OF SERVICE

    The undersigned certifies that on June 1, 2009, a copy of Verified Motion for Admission Pro Hac Vice, and proposed Order for Admission Pro Hac Vice were served upon the following parties electronically.

Stephen Karotkin
theodore.tsekerides@weil.com

    /s/ James A. Plemmons
    James A. Plemmons (JAP-2284)
    Dickinson Wright PLLC
    Counsel for Johnson Controls, Inc. and
    Magna International Inc.
    500 Woodward Avenue, Suite 4000
    Detroit, MI  48226
    jplemmons2@dickinsonwright.com

DETROIT  99998-871  1111219v1