Deborah L. Fish (P36580)
ALLARD & FISH, P.C.
2600 Buhl Building
535 Griswold
Detroit, Michigan 48226
(313) 961-6141

*Counsel for Severstal North America, Inc.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

**In re:**

                         **Chapter 11**

**GENERAL MOTORS CORPORATION, et al.**

                         **Case No. 09-B-50026-reg**

      **Debtor**

_____/

## MOTION FOR ADMISSION TO PRACTICE,
## *PRO HAC VICE*, OF DEBORAH L. FISH

I, Deborah L. Fish, a member in good standing of the bars of the State of Michigan, and of the bar of the United States District Court for the Eastern District of Michigan, request admission, *pro hac vice*, to represent Severstal North America, Inc. in the Chapter 11 case of General Motors Corporation, et al., certain of its direct and indirect subsidiaries.

    Mailing Address:           Deborah L. Fish
                                       Allard & Fish, P.C.
                                       2600 Buhl Building
                                       535 Griswold
                                       Detroit, Michigan 48226

    Telephone:                    (313) 961-6141

    Email:                            dfish@allardfishpc.com

I have agreed to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated:  June 1, 2009         /S/Deborah L. Fish
                             Deborah L. Fish
                             Allard & Fish, P.C.
                             2600 Buhl Building
                             535 Griswold
                             Detroit, Michigan 48226
                             dfish@allardfishpc.com
                             P36580

U:\34\699\GM\Mot for Admission.DLF.doc