Deborah L. Fish (P36580)
ALLARD & FISH, P.C.
2600 Buhl Building
535 Griswold
Detroit, Michigan 48226
(313) 961-6141

*Counsel for Severstal North America, Inc.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

**In re:**

**GENERAL MOTORS CORPORATION, et al.**

      **Debtor**

_____/

**Chapter 11**

**Case No. 09-B-50026-reg**

## ORDER ADMITTING
## DEBORAH L. FISH TO PRACTICE, *PRO HAC VICE*

Deborah L. Fish, a member in good standing of the bars of the State of Michigan, and of the bar of the United States District Court for the Eastern District of Michigan, having requested admission, *pro hac vice*, to represent Severstal North America, Inc. in the Chapter 11 case of General Motors Corporation, and certain of its direct and indirect subsidiaries, as debtors and debtors in possession, in the above-referenced chapter 11 cases;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Deborah L. Fish is admitted to practice, *pro hac vice,* in the above referenced chapter 11 cases, in the United States Bankruptcy Court Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2009

                                                    _____
                                                  Robert E. Gerber
                                                  United States Bankruptcy Judge