# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

In re:

GENERAL MOTORS CORPORATION,

       Debtor.

_____/

Case No. 09-50026

Chapter 11

## APPEARANCE

NOW COMES Gordon J. Toering of Warner Norcross & Judd LLP and hereby enters his appearance for and on behalf of Robert Bosch LLC, creditor and party-in-interest in the above-captioned case.

Dated: June 1, 2009

/s/ Gordon J. Toering
Gordon J. Toering (P46409)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Telephone: (616) 752-2185
Fax: (616) 222-2185
Email: gtoering@wnj.com
Attorneys for Robert Bosch LLC

1672713