UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORPORATION, *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | x | |
------------------------------------------------------------

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Roger Frankel, to be admitted, *pro hac vice*, to represent the Unofficial GM Dealers Committee (the "**Client**") a group of creditors and parties-in-interest in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the District of Columbia and the bar of the U.S. District Court for the District of Columbia, it is hereby

**ORDERED**, that Roger Frankel, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated: June ___, 2009
      New York, New York    /s/ _____
                                                         UNITED STATES BANKRUPTCY JUDGE