UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,                Chapter 11
                                           Case No. 09-50026-reg
                    Debtor.                Hon. Robert E. Gerber
_____

## PROOF OF SERVICE

      The undersigned certifies that on June 1, 2009, a copy of Verified Motion for Admission Pro Hac Vice, and proposed Order for Admission Pro Hac Vice were served upon the following parties electronically.

Stephen Karotkin
theodore.tsekerides@weil.com

                                      DICKINSON WRIGHT PLLC

                                      By: /s/ Michael C. Hammer
                                          Michael C. Hammer (MCH-9232)
                                      Counsel for Johnson Controls, Inc. and Magna International Inc.
                                      301 E. Liberty, Suite 500
                                      Ann Arbor, MI  48104
                                      (734) 623-7075
                                      mchammer3@dickinsonwright.com