Harter Secrest & Emery LLP
1600 Bausch & Lomb Place
Rochester, New York 14604
(585) 232-6500
John R. Weider, Esq.
Ingrid Schumann Palermo (IS 9868)

Harter Secrest & Emery LLP
Twelve Fountain Plaza, suite 400
Buffalo, New York 14202-2293
(716) 853-1616
Kenneth W. Africano, Esq.
Raymond L. Fink, Esq.

Attorneys for Paddock Chevrolet, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

    GENERAL MOTORS CORPORATION,　　　　　CHAPTER 11
    ET AL.

                                                  Case No. 09-50026-REG

                       DEBTOR.

**NOTICE OF APPEARANCE**
**AND**
**DEMAND FOR SERVICE OF PAPERS**

     PLEASE TAKE NOTICE, that Paddock Chevrolet, Inc. appears herein by its counsel, HARTER SECREST & EMERY LLP, and demands, pursuant to §§102(1) and 342 of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address, telephone number and electronic mail:

                      Paddock Chevrolet, Inc.
                      Attention: Duane R. Paddock, President
                      3232 Delaware Avenue
                      Kenmore, New York 14217

        HARTER SECREST & EMERY LLP
        Kenneth W. Africano, Esq.
        Raymond L. Fink, Esq.
        Twelve Fountain Plaza, Suite 400
        Buffalo, New York 14202-2293
        Telephone: (716) 853-1616
        Facsimile: (716) 853-1617
        kafricano@hselaw.com
        rfink@hselaw.com

        HARTER SECREST & EMERY LLP
        John R. Weider, Esq.
        Ingrid S. Palermo, Esq.
        1600 Bausch & Lomb Place
        Rochester, New York 14604
        Telephone: (585) 232-6500
        Facsimile: (585) 232-2152
        jweider@hselaw.com
        ipalermo@hselaw.com

     PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may effect, or seek to affect, in any way any rights or interest of Paddock Chevrolet, Inc. with respect to the debtor(s) or any property or proceeds in which the debtor(s) may claim an interest.

     PLEASE TAKE FURTHER NOTICE, that the submission and filing of this notice and demand constitutes a "special appearance" and is not intended to be, nor shall it be deemed a consent to, or a waiver of, the right to challenge jurisdiction of the United States Bankruptcy Court including, without

limitation, the jurisdiction of the Court to adjudicate non-core matters, which right Paddock Chevrolet, Inc. expressly reserves without prejudice.

Dated:   June 1, 2009
         Rochester, New York

                              HARTER SECREST & EMERY LLP
                              *Attorneys for Paddock Chevrolet, Inc.*


                              By:   */s/ Ingrid S. Palermo*
                                  John R. Weider, Esq.
                                  Ingrid Schumann Palermo, Esq. (IS 9868)
                                  1600 Bausch & Lomb Place
                                  Rochester, New York  14604
                                  Tel:  (585) 232-6500
                                  Fax:  (585) 232-2152

                                  HARTER SECREST & EMERY LLP
                                  Twelve Fountain Plaza, Suite 400
                                  Buffalo, New York 14202-2293
                                  Tel:     (716) 853-1616
                                  Fax:    (716) 853-1617
                                  Kenneth W. Africano, Esq.
                                  Raymond L. Fink, Esq.