UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                            :    Chapter 11
                                                  :
GENERAL MOTORS CORPORATION, *et*   :    Case No. 09-50026 (REG)
*al.*,                                            :
                                                  :
                              Debtors.            x
-----------------------------------------------------------

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Richard H. Wyron, to be admitted, *pro hac vice*, to represent the Unofficial GM Dealers Committee (the "**Client**") a group of creditors and parties-in-interest in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bars of the District of Columbia and the state of Maryland and the bar of the U.S. District Court for the District of Columbia and the U.S. District Court for the District of Maryland, it is hereby

**ORDERED**, that Richard H. Wyron, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June ___, 2009
         New York, New York                /s/ _____
                                            UNITED STATES BANKRUPTCY JUDGE