UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,             Chapter 11
                                                                             Case No. 09-50026-reg
                               Debtor.                   Hon. Robert E. Gerber

_____

## VERIFIED MOTION FOR ADMISSION *PRO HAC VICE*

Dawn R. Copley, a member of the bars of the State of Michigan and the State of California, for her Verified Motion for Admission *Pro Hac Vice* to the Bankruptcy Court for the Southern District of New York to represent Johnson Controls, Inc. and Magna International Inc. in the above-captioned bankruptcy proceeding, states as follows:

1. Dawn R. Copley is an associate with Dickinson Wright PLLC, located at 500 Woodward Avenue, Suite 4000, Detroit, Michigan 48226. Her office telephone number is (313) 223-3500.

2. Ms. Copley is admitted to practice law in the State of Michigan (1998), the State of California (2005), the United States District Court for the Eastern District of Michigan (1998), and the United States District Court for the Western District of Michigan. Ms. Copley's Michigan State Bar number is P53343 and her California State Bar number is 235940.

3. Ms. Copley is in good standing in the Courts listed in ¶ 2, supra, and is eligible to practice in this Court pursuant to Rule 2090-1 of the Local Rules for the Bankruptcy Court for the Southern District of New York. She is not currently suspended or disbarred in any other Court. She is not the subject of any formal pending grievance procedures. She has not been

denied admission or disciplined by the State Bar of Michigan, the State Bar of California or by any other State Bar or Court.

4.    Ms. Copley has never been denied admission in the Bankruptcy Court for the Southern District of New York.

WHEREFORE, Dawn R. Copley respectfully requests that this Court admit her *pro hac vice* to practice law in the United States Bankruptcy Court for the Southern District of New York in this bankruptcy proceeding.

    DICKINSON WRIGHT PLLC

    By: /s/ Dawn R. Copley
       Dawn R. Copley (DRC-4234)
    Counsel for Johnson Controls, Inc. and Magna International Inc.
    500 Woodward Avenue, Suite 4000
    Detroit, Michigan  48226
    (313) 223-3500
    dcopley@dickinsonwright.com

Dated:  June 1, 2009

## **VERIFICATION**

Dawn R. Copley, being first duly sworn, deposes and says that I have read the above Motion for Admission Pro Hac Vice, and the statements contained therein are true to the best of my knowledge, information and belief.

/s/ Dawn R. Copley
Dawn R. Copley (DRC-4234)