UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION.,   Chapter 11
                               Case No. 09-50026-reg
                Debtor.        Hon. Robert E. Gerber
_____

## PROOF OF SERVICE

    The undersigned certifies that on June 1, 2009, a copy of Verified Motion for Admission Pro Hac Vice, and proposed Order for Admission Pro Hac Vice were served upon the following parties electronically.

Stephen Karotkin
theodore.tsekerides@weil.com

                              /s/ Dawn R. Copley
                              Dawn R. Copley (DRC-4234)
                              Dickinson Wright PLLC
                              Counsel for Johnson Controls, Inc. and
                              Magna International Inc.
                              500 Woodward Avenue, Suite 4000
                              Detroit, MI  48226
                              dcopley@dickinsonwright.com

DETROIT  99998-1062  1111192v1