DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 450-6444
Donald S. Bernstein
Marshall S. Huebner

*Counsel to Ford Motor Company and its affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
In re:                                          :
                                                :
                                                : Chapter 11 Case No.
GENERAL MOTORS CORPORATION, *et al.*,           :
                                                : 09-50026 (REG)
                                                :
Debtors.                                        :
                                                :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Davis Polk & Wardwell hereby appears in the above-captioned chapter 11 case and any other chapter 11 cases that are consolidated with the above-captioned case for administrative purposes (collectively, the "**Cases**") as attorneys for Ford Motor Company and its affiliates that are parties in interest in the Cases (collectively, "**Ford**") and requests, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and Sections 102(1) and 1109(b) of chapter 11 of title 11 of the United States Code, that all notices given or required to be given in connection with the

Cases, and all papers served or required to be served in connection therewith, be given and served upon:

>Donald S. Bernstein
>Marshall S. Huebner
>Davis Polk & Wardwell
>450 Lexington Avenue
>New York, New York 10017
>Telephone:  (212) 450-4000
>Facsimile:  (212) 450-6444
>Email:      gm.service@dpw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the Cases whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the Bankruptcy Court over Ford.  Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of Ford's substantive or procedural rights, including without limitation: (i) Ford's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) Ford's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) Ford's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs or recoupments, which Ford expressly reserves.

2

New York, New York
Dated: June 1, 2009

By:   /s/ Marshall S. Huebner
      DAVIS POLK & WARDWELL
      450 Lexington Avenue
      New York, New York  10017
      Telephone: (212) 450-4000
      Facsimile: (212) 450-6444

      Donald S. Bernstein
      Marshall S. Huebner

      *Counsel to Ford Motor Company*
      *and its affiliates*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of June 2009 I caused a true and correct copy of this Notice of Appearance and Request for Notices and Service of Papers to be served by first class mail upon the parties listed on the attached Service List.

Dated: New York, New York
June 1, 2009

                                              /s/ Arvin I. Abraham
                                              Arvin I. Abraham
                                              Davis Polk & Wardwell
                                              450 Lexington Avenue
                                              New York, NY 10017
                                              Telephone: 212-450-4522
                                              Fax: 212-450-3522

## **SERVICE LIST**

| |
|---|
| Stephen Karotkin<br>on behalf of Debtor General Motors Corporation<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153 |
| Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street<br>New York, NY 10004 |