Mark Browning (MB 3402)
Assistant Attorney General
Bankruptcy & Collection Division
P. O. Box 12548
Austin, TX  78711-2548
Telephone: (512) 475-4883

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :    CHAPTER 11
                                                               :
In re: GENERAL MOTORS CORPORATION      :    Case No. 09-50026-REG
                                                               :
                                                               :
          Debtor                                            :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICE AND PLEADINGS

The Comptroller of Public Accounts of the State of Texas ("Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

> Mark Browning
> Assistant Attorney General
> Bankruptcy & Collections Division
> P. O. Box 12548
> Austin, Texas 78711-2548

The Comptroller respectfully requests through its said counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

        GREG ABBOTT
        Attorney General of Texas

        C. ANDREW WEBER
        First Assistant Attorney General

        DAVID S. MORALES
        Deputy Attorney General for Civil Litigation

        RONALD R. DEL VENTO
        Assistant Attorney General
        Chief, Bankruptcy & Collections Division

        */s/ Mark Browning*
        MARK BROWNING (MB 3402)
        Assistant Attorney General
        Bankruptcy & Collections Division
        P. O. Box 12548
        Austin, TX  78711-2548
        Telephone:  (512) 475-4883
        bk-mbrowning.oag.state.tx.us

        ATTORNEYS FOR THE TEXAS
        COMPTROLLER OF PUBLIC ACCOUNTS

## CERTIFICATE OF SERVICE

I certify that on June 1, 2009 a true copy of the foregoing was served to the following parties by the method indicated:

By Regular First Class Mail:

General Motors Corporation
300 Renaissance Center
Detroit, MI 48265-30000

By Electronic Means as listed on the Court's ECF Noticing System:

Deborah L. Fish dfish@allardfishpc.com
Stephen Karotkin
theodore.tsekerides@weil.com;Shai.Waisman@weil.com;Rachel.albanese@weil.com;michele.meises@weil.com;philip.weintraub@weil.com;ilusion.rodriguez@weil.com;sara.gerstein@weil.com;mark.ribaudo@weil.com;david.rivera@weil.com

James A. Plemmons jplemmons@dickinsonwright.com

                                      */s/ Mark Browning*
                                      MARK BROWNING