UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

| | |
|---|---|
| GENERAL MOTORS CORPORATION., | Chapter 11 |
| | Case No. 09-50026-reg |
| Debtor. | Hon. Robert E. Gerber |

_____

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having reviewed the Verified Motion for Admission *Pro Hac Vice* of Kerry Masters Ewald, and being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that the *Pro Hac Vice* admission of Kerry Masters Ewald be granted, permitting the same to practice before the United States Bankruptcy Court, Southern District of New York for the purposes of the above referenced bankruptcy proceeding, only.

Dated: _____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE