UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION.,   Chapter 11
                               Case No. 09-50026-reg
                  Debtor.      Hon. Robert E. Gerber
_____

## PROOF OF SERVICE

      The undersigned certifies that on June 1, 2009, a copy of Verified Motion for Admission Pro Hac Vice, and proposed Order for Admission Pro Hac Vice were served upon the following parties electronically.

Stephen Karotkin
theodore.tsekerides@weil.com

                                                /s/ Kerry Masters Ewald
                                                Kerry Masters Ewald (KME - 8718)
                                                Dickinson Wright PLLC
                                                Counsel for Johnson Controls, Inc. and
                                                Magna International Inc.
                                                424 Church Street, Suite 1401
                                                Nashville, Tennessee  37219
                                                kewald@dickinsonwright.com

DETROIT  99998-1400  1112800v1