UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,    Chapter 11
                               Case No.
　　　　　　　　　　　　　Debtor.

_____

## CERTIFICATE OF SERVICE

　　　　I hereby certify that on June 1, 2009, I electronically filed **Notice of Appearance; Request to be Added to Matrix; and Federal Bankruptcy Procedure 2002(i) Request** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Stephen Karotkin
Theodore.tsekerides@weil.com

　　　　　　　　　　　　　　　　　　　　　/s/ James A. Plemmons
　　　　　　　　　　　　　　　　　　　　　James A. Plemmons (JAP-2284)
　　　　　　　　　　　　　　　　　　　　　Dickinson Wright PLLC
　　　　　　　　　　　　　　　　　　　　　500 Woodward Avenue, Suite 4000
　　　　　　　　　　　　　　　　　　　　　Detroit, Michigan  48226
　　　　　　　　　　　　　　　　　　　　　Phone: (313) 223-3500
　　　　　　　　　　　　　　　　　　　　　jplemmons2@dickinsonwright.com

DETROIT 21407-44 1111226v1