UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

| | |
|---|---|
| GENERAL MOTORS CORPORATION, | Chapter 11 |
| | Case No. 09-50026-reg |
| Debtor. | Hon. Robert E. Gerber |

_____

## CERTIFICATE OF SERVICE

     I hereby certify that on June 1, 2009, I electronically filed **Notice of Appearance; Request to be Added to Matrix; and Federal Bankruptcy Procedure 2002(i) Request** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Stephen Karotkin
theodore.tsekerides@weil.com

                                       /s/ Michael C. Hammer
                                       Michael C. Hammer (MCH - 9232)
                                       Dickinson Wright PLLC
                                       301 E. Liberty, Suite 500
                                       Ann Arbor, Michigan 48104
                                       Phone: (734) 623-7075
                                       mchammer3@dickinsonwright.com

DETROIT 21407-44 1111301v1