UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

| | |
|---|---|
| GENERAL MOTORS CORPORATION, | Chapter 11 |
| | Case No. 09-50026-reg |
| Debtor. | Hon. Robert E. Gerber |

_____

## CERTIFICATE OF SERVICE

     I hereby certify that on June 1, 2009, I electronically filed **Notice of Appearance; Request to be Added to Matrix; and Federal Bankruptcy Procedure 2002(i) Request** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Stephen Karotkin
theodore.tsekerides@weil.com

                                                  /s/ Dawn R. Copley
                                                  Dawn R. Copley (DRC-4234)
                                                  Dickinson Wright PLLC
                                                  500 Woodward Avenue, Suite 4000
                                                  Detroit, Michigan  48226
                                                  Phone: (313) 223-3500
                                                  dcopley@dickinsonwright.com

DETROIT  21407-44  1111214v1