Kurt F. Gwynne, Esquire
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kgwynne@reedsmith.com

and

Eric A. Schaffer (ES-6415)
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
E-mail: eschaffer@reedsmith.com

Counsel for United States Steel Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026(REG)<br>Joint Administration Pending |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF UNITED STATES STEEL CORPORATION PURSUANT TO FED.R.BANKR.P. 2002 AND 9010**

Pursuant to Fed.R.Bankr.P. 2002(g) and (i) and 9010(b), the undersigned enters an appearance for United States Steel Corporation ("U. S. Steel") and requests that U. S. Steel be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be

served upon the undersigned at the following addresses or facsimile numbers:

| | |
|---|---|
| Kurt F. Gwynne, Esquire | Eric A. Schaffer, Esquire |
| REED SMITH LLP | REED SMITH LLP |
| 1201 Market Street, Suite 1500 | 435 Sixth Avenue |
| Wilmington, DE 19801 | Pittsburgh, PA 15219 |
| Telephone: (302) 778-7550 | Telephone (412) 288-3131 |
| Facsimile: (302) 778-7575 | Facsimile: (412) 288-3063 |
| E-mail: kgwynne@reedsmith.com | E-mail: eschaffer@reedsmith.com |

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive U. S. Steel's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which U. S. Steel is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: June 1, 2009	Respectfully submitted,

REED SMITH LLP

By:	/s/ Eric A. Schaffer
Eric A. Schaffer (ES-6415)
435 Sixth Avenue
Pittsburgh, PA 15219
Phone: (412) 288-3131
Facsimile: (412) 288-3063
E-mail: eschaffer@reedsmith.com

and

Kurt F. Gwynne, Esquire
1201 Market Street, Suite 1500
Wilmington, DE 19801
Phone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kgwynne@reedsmith.com

Counsel for United States Steel Corporation