**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026(REG)<br>Joint Administration Pending |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, do hereby certify that, on this 1st day of June, 2009, I caused a true and correct copy of the **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF UNITED STATES STEEL CORPORATION PURSUANT TO FED.R.BANKR.P. 2002 AND 9010** to be served via first-class U.S. Mail to the parties set forth below:

Harvey R. Miller, Esquire
Stephen Karotkin, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

Dated: June 1, 2009

REED SMITH LLP

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne, Esquire
1201 Market Street, Suite 1500
Wilmington, DE 19801
Phone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kgwynne@reedsmith.com

Counsel for United States Steel Corporation

US_ACTIVE-101719130.1-JBLORD