UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

| | |
|---|---|
| GENERAL MOTORS CORPORATION, | Chapter 11 |
| | Case No. 09-50026-reg |
| Debtor. | Hon. Robert E. Gerber |

_____

## NOTICE OF APPEARANCE;
## REQUEST TO BE ADDED TO MATRIX; AND
## FEDERAL BANKRUPTCY PROCEDURE 2002(i) REQUEST

PLEASE TAKE NOTICE that Johnson Controls, Inc. shall appear through its counsel, Dickinson Wright PLLC, and requests that all notice given and required to be given in this case and all papers served and required to be served be given to and served upon the undersigned at the following address and telephone number:

> Kerry Masters Ewald, Esq.
> Dickinson Wright PLLC
> 424 Church Street, Suite 1401
> Nashville, Tennessee  37219
> (615) 244-6538

PLEASE TAKE FURTHER NOTICE that Johnson Controls, Inc. requests to be added to the Debtor's Matrix in care of its counsel at the above address and further requests that all notices and papers provided pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the same.

> DICKINSON WRIGHT PLLC
>
> By: /s/ Kerry Masters Ewald
>       Kerry Masters Ewald (KME - 8718)
> Counsel for Johnson Controls, Inc.
> 424 Church Street, Suite 1401
> Nashville, Tennessee  37219
> (615) 244-6538
> kewald@dickinsonwright.com

Dated:  June 1, 2009

DETROIT 21407-44 1112796v1