UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,                        Chapter 11
                                                    Case No. 09-50026-reg
                             Debtor.                Hon. Robert E. Gerber
_____

## CERTIFICATE OF SERVICE

      I hereby certify that on June 1, 2009, I electronically filed **Notice of Appearance; Request to be Added to Matrix; and Federal Bankruptcy Procedure 2002(i) Request** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Stephen Karotkin
theodore.tsekerides@weil.com

      /s/ Kerry Masters Ewald
      Kerry Masters Ewald (KME - 8718)
      Dickinson Wright PLLC
      424 Church Street, Suite 1401
      Nashville, Tennessee  37219
      Phone: (615) 244-6538
      kewald@dickinsonwright.com

DETROIT 21407-44 1112797v1