IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

IN RE :

GENERAL MOTORS CORPORATION

| | § | CASE NO. 09-50026-REG |
|---|---|---|
| | § | (Chapter 11) |
| Debtor(s) | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

**ARLINGTON ISD**
c/o Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, Texas 76094-0430
(817) 461-3344
(817) 860-6509 FAX
email: ebanda@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 1

any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

        Respectfully Submitted,

        **PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.**
        Attorneys for Claimant(s)

        By: /s/ Elizabeth Banda
            ELIZABETH BANDA
            State Bar No. 24012238
            R. BRUCE MEDLEY
            State Bar No. 13895835
            P.O. Box 13430
            Arlington, Texas 76094-0430
            (817) 461-3344
            (817) 860-6509 FAX

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been served upon the parties listed below via U.S. first class mail or electronically via the Court's ECF System on this date: June 1, 2009.

        /s/ Elizabeth Banda
        ELIZABETH BANDA
        R. BRUCE MEDLEY

| | |
|---|---|
| Stephen Karotkin | U.S. TRUSTEE |
| Weil Gotshal & Manges LLP | 33 Whitehall Street |
| 767 Fifth Avenue | 21st Floor |
| New York, NY 10153 | New York, 10004 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 2