UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
                                                                )
IN RE:                                                          )           Chapter 11
                                                                )
GENERAL MOTORS CORPORATION,    )           Case No. 09-50026
et al.,                                                         )
                                                                )
                    Debtors.                              )           Honorable Robert E. Gerber
                                                                )
_____X

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for GMAC LLC and its affiliates in the above-captioned case and requests, as provided in 11 U.S.C. §1109(b) and the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2002, 9007, and 9010(b) that all notices given or required to be given in the above-captioned case, and all papers served or required to be served, be given to and served upon:

> Otterbourg, Steindler, Houston & Rosen, P.C.
> Counsel for GMAC LLC and its affiliates
> 230 Park Avenue
> New York, New York 10169
> Attention:    Daniel Wallen, Esq.
>                      Melanie L. Cyganowski, Esq.
>                      Jonathan N. Helfat, Esq.
>                      Steven B. Soll, Esq.

**PLEASE TAKE FURTHER NOTICE**, that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, plans and disclosure statements, request, complaints or demands, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail courier service, hand-delivery, telephone, facsimile transmission, overnight delivery, e-mail, Internet, or otherwise filed or made

with regard to the above-captioned case, which affects or seeks to affect in any way any rights or interests of any party in interest in this case.

New York, New York
Dated:  June 1, 2009

                                          Respectfully Submitted:

                                          OTTERBOURG, STEINDLER, HOUSTON
                                          & ROSEN, P.C.

                                            By:  /s/ Daniel Wallen
                                                 Daniel Wallen (DW-0896)
                                                 Melanie Cyganowski (MC 7500)
                                                 Jonathan N. Helfat (JH - 9484)
                                                 Steven B. Soll (SS  1436)

                                          230 Park Avenue
                                          New York, New York 10169
                                          Tel:  (212) 661-9100
                                          Fax:  (212) 682-6104
                                          Email: OSHR-GM-BK@oshr.com

                                          *Attorneys for GMAC LLC*

2