Kurt F. Gwynne, Esquire
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7550
Facsimile: (302) 778-7575
E-mail: kgwynne@reedsmith.com

Counsel for United States Steel Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026(REG)<br>Joint Administration Pending |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Kurt F. Gwynne, a member in good standing of the bar in the State of Delaware and the bar of the United States District Court for the District of Delaware, requests admission, *pro hac vice,* before the Honorable Robert E. Gerber, to represent United States Steel Corporation in the above-referenced bankruptcy cases.

| | |
|---|---|
| My address is: | Reed Smith LLP<br>1201 Market Street<br>Suite 1500<br>Wilmington, DE 19801 |
| My e-mail address is: | kgwynne@reedsmith.com |
| My telephone number is: | (302) 778-7550 |

I agree to pay the fee of $25.00 upon entry of an order admitting me to practice *pro hac vice.*

US_ACTIVE-101719159.1-JBLORD

Dated: June 1, 2009
Wilmington, Delaware

By: REED SMITH LLP

*signature*

Kurt F. Gwynne (No. 3951)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kgwynne@reedsmith.com

Counsel for United States Steel Corporation