UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026(REG)<br>Joint Administration Pending |

### ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

Kurt F. Gwynne, Esq., having represented that he is a member in good standing of the bar of the State of Delaware and the United States District Court for the District of Delaware having requested admission, *pro hac vice*, to represent United States Steel Corporation in the above-referenced bankruptcy cases; it is hereby

**ORDERED** that Kurt F. Gwynne, Esq., is admitted to practice, *pro hac vice* in the above-referenced cases pending in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2009
New York, New York

_____
Robert E. Gerber
United States Bankruptcy Judge