Michael Reed
MCCREARY, VESELKA, BRAGG, AND ALLEN, P.C.
P. O. Box 1269
Round Rock, Texas 78680
512-323-3200

Attorneys for Local Texas Taxing Authorities

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

IN THE MATTER OF:                                              CASE NO. 09-50026

GENERAL MOTORS CORPORATION,
GMC TRUCK DIVISION, AUTOMOTIVE
MARKET RESEARCH, NAO FLEET
OPERATIONS, NATIONAL CAR RENTAL,
GM CORPORATION, NATIONAL CAR
SALES, GM CORPORATION-GM AUCTION
DEPARTMENT

    DEBTOR                                                        CHAPTER 11

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

   Notice is hereby given that Michael Reed, of McCreary, Veselka, Bragg & Allen, P.C., P.O.Box 1269, Round Rock, Texas 78680, will appear as counsel for Local Texas Taxing Authorities, in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated :  June 1, 2009

Respectfully submitted,

McCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for Claimants, County of Bowie, et al.
P. O. Box 1269
Round Rock, Texas 78680
(512) 323-3200


  `/s/   Michael Reed`

Michael Reed
State Bar Number 16685400

## CERTIFICATE OF SERVICE

   I hereby certify that I have placed a copy of the above Notice of Appearance and Request for Service of Notices and Other Documents to General Motors Corporation, 300 Renaissance Center, Detroit, MI 48265-3000; Stephen Karotkin, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153; United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004, on June 1, 2009, by First Class U. S. Mail or by Electronic Notification.

                                      /s/  Michael Reed
                                      Michael Reed