SCOTT A. WOLFSON (MI P53194)
BUSH SEYFERTH & PAIGE PLLC
3001 W. Big Beaver Rd., Suite 600
Troy, MI  48084
Telephone:  (248) 822-7803
Facsimile:  (248) 822-7853
E-Mail:  wolfson@bsplaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:   Chapter 11
In re:  :
:   Case No. 09-50026 (REG)
General Motors Corporation,  :
:   Hon. Robert E. Gerber
Debtors.  :
------------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Scott A. Wolfson, a member in good standing of the bar of the State of Michigan, the bar of the U.S. District Courts for the Eastern and Western Districts of Michigan, the U.S. District Court for the Northern District of Illinois, and the U.S. Court of Appeals for the Sixth Circuit, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Len Industries, Inc. in the above referenced case and any successor cases.

My address is:       Scott A. Wolfson
                     Bush Seyferth & Paige PLLC
                     3001 W. Big Beaver Rd., Suite 600
                     Troy, MI  48084
                     Telephone:  (248) 822-7803
                     Facsimile:  (248) 822-7853
                     E-Mail:  wolfson@bsplaw.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

WHEREFORE, movant requests that the Court enter the Order Admitting Scott A. Wolfson to Practice, *Pro Hac Vice* attached as Exhibit A.

    Respectfully submitted,

    BUSH SEYFERTH & PAIGE PLLC
    *Attorneys for Len Industries, Inc.*

Dated:  June 1, 2009    By:   /s/ Scott A. Wolfson
    Scott A. Wolfson (MI P53194)
    3001 W. Big Beaver Rd., Suite 600
    Troy, MI  48084
    Telephone:  (248) 822-7803
    Facsimile:  (248) 822-7853
    E-Mail:  wolfson@bsplaw.com

S:\FIRM\EMPLOYEE\00158\07126510.DOC

# EXHIBIT A

SCOTT A. WOLFSON (MI P53194)
BUSH SEYFERTH & PAIGE PLLC
3001 W. Big Beaver Rd., Suite 600
Troy, MI 48084
Telephone: (248) 822-7803
Facsimile: (248) 822-7853
E-Mail: wolfson@bsplaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
|                                    | :  | Chapter 11              |
| In re:                             | :  |                         |
|                                    | :  | Case No. 09-50026 (REG) |
| General Motors Corporation,        | :  |                         |
|                                    | :  | Hon. Robert E. Gerber   |
|         Debtors.                   | :  |                         |
------------------------------------------------------------------------x

**ORDER ADMITTING SCOTT A. WOLFSON TO PRACTICE, *PRO HAC VICE***

**ORDERED,** that Scott A. Wolfson is admitted to practice, *pro hac vice*, in the above referenced case and any successor cases, in the United States Bankruptcy Court, Southern District of New York.

Dated:_____          _____
         New York, New York                          United States Bankruptcy Judge