## CERTIFICATE OF SERVICE

I, David J. Baldwin, certify that I am not less than 18 years of age and that on this 1st day of June 2009, I caused a true and correct copy of the within **Notice of Appearance and Request for Service of All Notices and Documents** to be served via first class U.S. Mail, postage prepaid, upon the following parties:

Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(Counsel for the Debtor)

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(Trustee)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 1, 2009

_David J. Baldwin_