SAUL EWING LLP
Jeffrey C. Hampton, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7118
Facsimile: (215) 972-1840
Email: jhampton@saul.com

Attorneys for JAC Products, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                        :
In re:                                  :      Chapter 11
                                        :
GENERAL MOTORS CORPORATION, *et al*.    :      Case No. 09-50026 (REG)
                                        :
           Debtors.                     :
                                        :
-----------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE

I, Jeffrey C. Hampton, a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent JAC Products, Inc. in the above referenced case.

| Mailing Address: | Jeffrey C. Hampton, Esquire<br>SAUL EWING LLP<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Telephone: (215) 972-7118<br>Email: jhampton@saul.com |
|---|---|

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

1162450.1 6/1/09

Dated: June 1, 2009

/s/ Jeffrey C. Hampton
Jeffrey C. Hampton, Esquire
**SAUL EWING LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102
Telephone:  (215) 972-7118
Email:  jhampton@saul.com

Attorneys for JAC Products, Inc.