UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                          :
In re:                                                    :   Chapter 11
                                                          :
GENERAL MOTORS CORPORATION, *et al.*                      :   Case No. 09-50026 (REG)
                                                          :
                        Debtors.                          :
                                                          :
------------------------------------------------------------------------x

## ORDER ADMITTING JEFFREY C. HAMPTON
## TO PRACTICE *PRO HAC VICE*

ORDERED, that Jeffrey C. Hampton, Esquire, is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____        _____
                                       ROBERT E. GERBER
                                       UNITED STATES BANKRUPTCY JUDGE

1162450.1 6/1/09