UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                              :
In re:                                                        :    Chapter 11
                                                              :
GENERAL MOTORS CORPORATION, *et al.*                          :    Case No. 09-50026 (REG)
                                                              :
                    Debtors.                                  :
                                                              :
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Melissa W. Rand, Esquire, do hereby certify, that on June 1, 2009, I caused a true and correct copy of the Motion for Admission to Practice, *Pro Hac Vice*, to be served upon the following party electronically.

Stephen Karotkin
stephen.karotkin@weil.com

_____
Melissa W. Rand

1162450.1 6/1/09