UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,                                Chapter 11
                                                          Case No. 09-50026-reg
                            Debtor.                       Hon. Robert E. Gerber
_____

## CERTIFICATE OF SERVICE

     I hereby certify that on June 1, 2009, I electronically filed **Notice of Appearance; Request to be Added to Matrix; and Federal Bankruptcy Procedure 2002(i) Request** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Stephen Karotkin
Theodore.tsekerides@weil.com

                                                 /s/ James A. Plemmons
                                                 James A. Plemmons (JAP-2284)
                                                 Dickinson Wright PLLC
                                                 500 Woodward Avenue, Suite 4000
                                                 Detroit, Michigan  48226
                                                 Phone: (313) 223-3500
                                                 jplemmons2@dickinsonwright.com

DETROIT  18402-1852  1114367v1