Paul J. Ricotta, Esq. (PR-6002)
MINTZ LEVIN COHN FERRIS
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:  (617) 542-6000
Facsimile:  (617) 542-2241

Attorney for Hitachi, Ltd., Hitachi Automotive Products (USA), Inc.,
Tokico (USA), Inc. and Hitachi Cable Indiana, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------- x
**In re:**                                                        :
                                                                  :    **Chapter 11 Case No.**
**GENERAL MOTORS CORPORATION et al.,**                            :
                                                                  :    **09-50026-REG**
          **Debtors.**                                            :    **(Jointly Administered)**
-----------------------------------------------------------------x

**NOTICE OF APPEARANCE OF COUNSEL**
**AND REQUEST FOR SERVICE OF PAPERS**

    **PLEASE TAKE NOTICE** that Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., appears herein as counsel to Hitach, Ltd., Hitachi Automotive Products (USA), Inc., Tokico (USA), Inc. and Hitachi Cable Indiana, Inc., creditors and interested parties in the above-referenced case, pursuant to Bankruptcy Rule 9010(b); and requests, pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010, and pursuant to 11 U.S.C. §§ 102(1), 342 and 1109(b), that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the attorney listed below:

> Paul J. Ricotta, Esquire
> Mintz, Levin, Cohn, Ferris,
>   Glovsky and Popeo, P.C.
> One Financial Center
> Boston, MA  02111
> Tel:  617-542-6000
> Fax:  617-542-2241
> E-mail: pricotta@mintz.com

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral and whether transmitted or conveyed by mail, overnight delivery, messenger, facsimile,

telephone, telegraph, electronic medium or otherwise filed or made with regard to the referenced case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any related case, controversy or proceedings; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue in this proceeding; or (v) other rights, claims, actions, defenses, setoffs or recoupments which exist pursuant to agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED: June 1, 2009

*/s/ Paul J. Ricotta*
Paul J. Ricotta (PR-6002)
Mintz, Levin, Cohn, Ferris,
  Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000 (tel.)
(617) 542-2241 (fax)

Paul J. Ricotta, Esq. (PR-6002)
MINTZ LEVIN COHN FERRIS
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:  (617) 542-6000
Facsimile:  (617) 542-2241

Attorney for Hitach, Ltd., Hitachi Automotive Products (USA), Inc.,
Tokico (USA), Inc. and Hitachi Cable Indiana, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x
**In re:**                                                     :
                                                               :    **Chapter 11 Case No.**
**GENERAL MOTORS CORPORATION, et al.,**                        :
                                                               :    **09-50026-REG**
            **Debtors.**                                       :    **(Jointly Administered)**
--------------------------------------------------------------x


## CERTIFICATE OF SERVICE

I, Paul J. Ricotta, do hereby certify that on the 1st day of June, 2009, I caused a copy of the Notice of Appearance of Counsel and Request for Service of Papers to be served by electronic mail and/or first class mail, postage prepaid upon all parties on the attached service list.


Dated:  June 1, 2009            /s/ *Paul J. Ricotta*
                                Paul J. Ricotta

3

# SERVICE LIST

| | |
|---|---|
| Stephen Karotkin, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall 21st Floor<br>New York, NY 10001 |
| Marshall Scott Huebner, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | Dawn R. Copley, Esq.<br>James A. Plemmons, Esq.<br>Dickinson Wright PLLC<br>500 Woodward Avenue, Suite 400<br>Detroit, MI 48226 |
| Kerry M. Ewald, Esq.<br>Dickinson Wright PLLC<br>424 Church Street, Suite 1401<br>Nashville, TN 37212 | Michael C. Hammer, Esq.<br>Dickinson Wright PLLC<br>301 E. Liberty, Suite 500<br>Ann Arbor, MI 48104 |
| Ingrid Palermo, Esq.<br>Harters, Secrest & Ernery, LLP<br>1600 Bausch & Lomb Place<br>Rochester, NY 14604 | Gordon J. Toering, Esq.<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street NW<br>Grand Rapids, MI 49503 |
| Deborah L. Fish, Esq.<br>Allard & Fish<br>2600 Buhl Building<br>535 Griswold<br>Detroit, MI 48226 | Marc Edwin Browning, Esq.<br>Texas Attorney General's Office<br>Bankruptcy - Collection Division<br>P.O. Box 12548<br>Austin, TX 12548 |
| Alyssa Englund, Esq.<br>Orrick, Herrington & Sutcliffe, LLP<br>666 Fifth Avenue<br>New York, NY 10103 | Elizabeth Banda, Esq.<br>Perdue, Brandon, Fielder, Collins & Mott L.L.P.<br>P.O. Box 13430<br>Arlington, TX 76094 |

Eric A. Schaffer, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Scott A. Wolfson, Esq.
Bush Seyferth & Paige, PLLC
3001 W. Big Beaver Road, Suite 600
Troy, MI 48084

Michael Reed, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680

ACTIVE 4628619v.1