UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

In re:

GENERAL MOTORS CORPORATION, *et al.*,

Debtor,

--------------------------------------------------------------------X

Chapter 11

Case No. 09-50026-REG

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of Title 11 of the United States Code, and Rule 2002 and the Federal Rules of Bankruptcy Procedure, the undersigned appears for the United Steelworkers, who is a creditor and party in interest herein, and demands that notice given or required to be given in these cases, and all papers served in these cases, be given to and served upon:

> LEVY RATNER, P.C
> 80 Eighth Avenue, 8th Floor
> New York, New York 10011
> Telephone: (212) 627-8100
> Facsimile: (212) 627-8182
> Attn: Suzanne Hepner    Email: Shepner@lrbpc.com
> Attn: Ryan J. Barbur    Email: Rbarbur@lrbpc.com
> Attn: Robert H. Stroup  Email: Rstroup@lrbpc.com

PLEASE TAKE FURTHER NOTICE that pursuant to §1109(b) of the United States Code, the foregoing demand includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notice of application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether

54-001-00001 46491.doc

transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile or otherwise, which affects either the Debtor or any property of the Debtor.

Dated: June 1, 2009
      New York, New York

                                                    LEVY RATNER, P.C.

                                */s/ Suzanne Hepner*
By:   Suzanne Hepner (SH8178)
        Ryan J. Barbur (RB2450)
        Robert H. Stroup (RS5929)
        Attorneys for United Steelworkers
        80 Eighth Avenue
        New York, New York 10011
        (212) 627-8100
        (212) 627-8182 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that the above document has been served to those parties requesting the court's electronic service on this 1st day of June, 2009

                                  */s/ Suzanne Hepner*
                                  Suzanne Hepner