Trent P. Cornell, Esq. (IL 6242712), *Pro Hac Vice* (*pending*)
STAHL COWEN CROWLEY ADDIS LLC
55 West Monroe Street, Suite 1200
Chicago, Illinois 60603
(312) 641-0060
(312) 641-6959 facsimile
tcornell@stahlcowen.com

*Counsel for General Motors National Retiree Association,*
*Over The Hill Car People, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
GENERAL MOTORS CORPORATION,                           :
et al.,                                               :    Case No. 09-50026 (REG)
                                                      :
                    Debtors.                          :    (Jointly Administered)
------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Trent P. Cornell, a member in good standing of the bar of the State of Illinois and the bar of, among others, the Northern District of Illinois, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent the General Motors National Retiree Association, Over The Hill Car People, LLC in the above referenced case.

Mailing address: Trent P. Cornell, Stahl Cowen Crowley Addis, LLC, 30 West Monroe Street, Suite 1200, Chicago, Illinois 60603; E-mail address: tcornell@stahlcowen.com; telephone number (312) 641-0060; facsimile number (312) 641-6959.

The filing fee of $25.00 will be paid electronically with the submission of this motion for *pro hac vice* admission.

Dated: June 1, 2009
Chicago, Illinois                          /s Trent P. Cornell
                                           Trent P. Cornell
                                           Stahl Cowen Crowley Addis, LLC
                                           55 West Monroe Street, Suite 1200
                                           Chicago, Illinois 60603
                                           tcornell@stahlcowen.com

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Trent P. Cornell, to be admitted, *pro hac vice* to represent the General Motors National Retiree Association, Over The Hill Car People, LLC and upon the movant's certification that he is a member in good standing of the State of Illinois and the bar of, among others, the Northern District of Illinois,

**IT IS HEREBY ORDERED**

that Trent P. Cornell, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York

/s/_____
The Honorable Robert E. Gerber

Trent P. Cornell, Esq. (IL 6242712), *Pro Hac Vice* (pending)
STAHL COWEN CROWLEY ADDIS LLC
55 West Monroe Street, Suite 1200
Chicago, Illinois 60603
(312) 641-0060
(312) 641-6959 facsimile
tcornell@stahlcowen.com

2