SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti
Gregory W. Fox

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.

Attorneys for Delphi Corporation and certain of its subsidiaries and affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                                 :

In re                                :      Chapter 11
                                                 :
GENERAL MOTORS                :      Case No. 09-50026 (REG)
CORPORATION, et al.,              :      Joint Administration Pending
                                                 :      Chapter 11
               Debtors.          :
                                                 :
                                               :
------------------------------- x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS
## AND REQUEST TO BE ADDED TO MASTER SERVICE LIST

       PLEASE TAKE NOTICE that the undersigned appear in the above-captioned chapter 11 cases on behalf of Delphi Corporation and certain of its subsidiaries and affiliates ("Delphi"), creditors and parties-in-interest in these chapter 11 cases. Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), the undersigned hereby request that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following addresses and further

request that they be added to the master service list maintained by the debtors or their court-appointed noticing agent:

| | |
|---|---|
| John Wm. Butler, Jr., Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606<br>Tel:  312-407-0700<br>Fax: 312-407-0411<br>E-mail: jack.butler@skadden.com | Kayalyn A. Marafioti, Esq.<br>Gregory W. Fox, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036<br>Tel:  212-735-3000<br>Fax: 212-735-2000<br>E-mail: kayalyn.marafioti@skadden.com<br>E-mail: gregory.fox@skadden.com |

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Code section 1109(b), the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, written or oral, transmitted or conveyed by mail, telephone, facsimile, electronic mail, or otherwise in these cases.

PLEASE TAKE FURTHER NOTICE that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Delphi's:  (i) right to have final orders in non-core matters entered only after de novo review by a United States District Court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; (iv) right to make any objection that may be made to jurisdiction of this Court; (v) right to have an attorney accept service of process or of a pleading or other paper initiating a contested matter; or (vi) other rights, claims, actions, defenses, setoffs, or recoupments to which Delphi is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

2

Dated:   New York, New York
        June 1, 2009

                SKADDEN, ARPS, SLATE, MEAGHER
                  & FLOM LLP

                By:   /s/ Kayalyn A. Marafioti
                    Kayalyn A. Marafioti
                    Gregory W. Fox
                Four Times Square
                New York, New York 10036

                - and –

                SKADDEN, ARPS, SLATE, MEAGHER
                  & FLOM LLP
                333 West Wacker Drive, Suite 2100
                Chicago, Illinois 60606

                John Wm. Butler, Jr.

                Attorneys for Delphi