Trent P. Cornell, Esq. (IL 6242712), *Pro Hac Vice (*pending*)*
Jon D. Cohen, Esq. (IL 6206666), *Pro Hac Vice* (pending)
STAHL COWEN CROWLEY ADDIS LLC
55 West Monroe Street, Suite 1200
Chicago, Illinois 60603
(312) 641-0060
(312) 641-6959 facsimile
tcornell@stahlcowen.com

*Counsel for General Motors National Retiree Association,*
*Over The Hill Car People, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
GENERAL MOTORS CORPORATION,   :
et al.,                                         :    Case No. 09-50026 (REG)
                                                :
            Debtors.                   :    (Jointly Administered)
-----------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the General Motors National Retiree Association, Over The Hill Car People, LLC, hereby appears in this case by its counsel, Stahl Cowen Crowley Addis LLC pursuant to Section 1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b); and such counsel hereby requests, pursuant, *inter alia*, to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case by given to and served upon:

Trent P. Cornell, Esq.
Stahl Cowen Crowley Addis LLC
55 West Monroe Street, Suite 1200
Chicago, Illinois 60603
(312) 641-0060
(312) 641-6959 facsimile
tcornell@stahlcowen.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions set forth above, but also includes, without limitation, orders and notices of, any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex, e-mail or otherwise.

Dated: June 1, 2009
Chicago, Illinois

/s Trent P. Cornell
Trent P. Cornell, Esq.
Stahl Cowen Crowley Addis, LLC
55 West Monroe Street, Suite 1200
Chicago, Illinois 60603
tcornell@stahlcowen.com