UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

| | |
|---|---|
| GENERAL MOTORS CORPORATION, | Chapter 11 |
| | Case No. 09-50026-reg |
| Debtor. | Hon. Robert E. Gerber |

_____

# **CERTIFICATE OF SERVICE**

     I hereby certify that on June 1, 2009, I electronically filed **Notice of Appearance; Request to be Added to Matrix; and Federal Bankruptcy Procedure 2002(i) Request** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Stephen Karotkin
theodore.tsekerides@weil.com

/s/ Dawn R. Copley
Dawn R. Copley (DRC-4234)
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
Phone: (313) 223-3500
dcopley@dickinsonwright.com

DETROIT 18402-1852 1114369v1