**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **IN RE:** | * | **CASE NO. 09-50026-reg** |
| **GENERAL MOTORS CORPORATION** | * | **CHAPTER 11** |
| **Debtor** | * | **Honorable Robert E. Gerber** |
| *   *   *   *   *   *   *   * | | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

Please take notice that W A Thomas Company and Specialty Engine Components, LLC, creditors and parties-in-interest in the above-captioned case, hereby appear in the above-captioned case by their counsel, such counsel hereby enters its appearance in the above-captioned case pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following person at the address, telephone, and facsimile numbers indicated:

> Richard W. Martinez
> Richard W. Martinez, APLC
> 228 St. Charles Ave., Suite 1310
> New Orleans, LA 70130
> Telephone: (504)525-3343
> Facsimile: (504)525-6701
> Email: Richardnotice@rwmaplc.com

Please take further notice that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail,

delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This *Notice of Appearance and Demand for Notices and Papers* is not intended to be nor should it be deemed or construed to be a waiver of the above-named creditors and parties-in-interest's rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named creditors and parties-in-interest are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the above-named creditors and parties-in-interest expressly reserve.

        Respectfully Submitted,

        */S/Richard W. Martinez*

        _____
        **RICHARD W. MARTINEZ** (#17040)
        Richard W. Martinez, APLC
        228 St. Charles Ave., Suite 1310
        New Orleans, LA  70130
        Telephone: (504) 525-3343
        Facsimile:  (504) 561-6701
        Email: Richardnotice@rwmaplc.com
        Attorney for W A Thomas Company and
        Specialty Engine Components, LLC

Dated: June 1, 2009