**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

In re:

General Motors Corp. *et al.*,                                             Chapter 11

                           Debtors,                            Case No. 09-50026 (REG)

                                                      (Jointly administered)

_____/

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

      I, John J. Hunter, Jr., request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent ZF Friedrichshafen AG, its subsidiaries and joint ventures, Creditors in the above-referenced case proceeding.

      *I certify that I am a member in good standing* of the bar in the State of Ohio and, if applicable, the bar of the U.S. District Court for the Northern District of Ohio.

      I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Date: June 1, 2009                                                          Hunter & Schank Co. LPA
New York, New York

                                                               /s/ John J. Hunter, Jr.
                                                               John J. Hunter, Jr. (0034602)
                                                               Hunter & Schank Co. LPA
                                                               One Canton Square
                                                               1700 Canton Avenue
                                                                Toledo, Ohio 43624
                                                                (419) 255-4300
                                                                Fax (419) 255-9121
                                                                jrhunter@hunterschank.com