UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,                     Chapter 11
                                                Case No. 09-50026-reg
                                      Debtor.          Hon. Robert E. Gerber
_____

## CERTIFICATE OF SERVICE

       I hereby certify that on June 1, 2009, I electronically filed **Notice of Appearance; Request to be Added to Matrix; and Federal Bankruptcy Procedure 2002(i) Request** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Stephen Karotkin
theodore.tsekerides@weil.com

                                                    /s/ Kerry Masters Ewald
                                                    Kerry Masters Ewald (KME - 8718)
                                                    Dickinson Wright PLLC
                                                    424 Church Street, Suite 1401
                                                    Nashville, Tennessee  37219
                                                    Phone: (615) 244-6538
                                                    kewald@dickinsonwright.com

DETROIT 18402-1852 1112794v1