UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,               Chapter 11
                                          Case No. 09-50026-reg
                    Debtor.               Hon. Robert E. Gerber

_____

### VERIFIED MOTION FOR ADMISSION *PRO HAC VICE*

Colleen M. Sweeney, a member of the bar of the State of Tennessee, for her Verified Motion for Admission *Pro Hac Vice* to the Bankruptcy Court for the Southern District of New York to represent Johnson Controls, Inc. and Magna International Inc. in the above-captioned bankruptcy proceeding, states as follows:

1. Colleen M. Sweeney is an associate with Dickinson Wright PLLC, located at 424 Church Street, Suite 1401, Nashville, Tennessee 37219. Her office telephone number is (615) 244-6538.

2. Ms. Sweeney is admitted to practice law in the State of Tennessee (2005), the United States District Court for the Middle District of Tennessee (2006), and the United States Court of Appeals for the Sixth Circuit (2007). Ms. Sweeney's Tennessee State Bar number is 24739.

3. Ms. Sweeney is in good standing in the Courts listed in ¶ 2, supra, and is eligible to practice in this Court pursuant to Rule 2090-1 of the Local Rules for the Bankruptcy Court for the Southern District of New York. She is not currently suspended or disbarred in any other Court. She is not the subject of any formal pending grievance procedures. She has not been denied admission or disciplined by the State Bar of Tennessee or by any other State Bar or Court.

4. Ms. Sweeney has never been denied admission in the Bankruptcy Court for the Southern District of New York.

WHEREFORE, Colleen M. Sweeney respectfully requests that this Court admit her *pro hac vice* to practice law in the United States Bankruptcy Court for the Southern District of New York in this bankruptcy proceeding.

DICKINSON WRIGHT PLLC

By: /s/ Colleen M. Sweeney
   Colleen M. Sweeney (CMS - 9401)
Counsel for Johnson Controls, Inc. and Magna International Inc.
424 Church Street, Suite 1401
Nashville, Tennessee  37219
(615) 244-6538
csweeney@dickinsonwright.com

Dated:  June 1, 2009

## **VERIFICATION**

Colleen M. Sweeney, being first duly sworn, deposes and says that I have read the above Motion for Admission Pro Hac Vice, and the statements contained therein are true to the best of my knowledge, information and belief.

/s/ Colleen M. Sweeney
Colleen M. Sweeney (CMS - 9401)