UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION.,                          Chapter 11
                                                      Case No. 09-50026-reg
                                      Debtor.         Hon. Robert E. Gerber

_____

## PROOF OF SERVICE

        The undersigned certifies that on June 1, 2009, a copy of Verified Motion for Admission Pro Hac Vice, and proposed Order for Admission Pro Hac Vice were served upon the following parties electronically.

Stephen Karotkin
theodore.tsekerides@weil.com


                                        /s/ Colleen M. Sweeney
                                        Colleen M. Sweeney (CMS - 9401)
                                        Dickinson Wright PLLC
                                        Counsel for Johnson Controls, Inc. and
                                        Magna International Inc.
                                        424 Church Street, Suite 1401
                                        Nashville, Tennessee  37219
                                        csweeney@dickinsonwright.com


DETROIT  99998-1405  1111404v1