09-50026-mg    Doc 56    Filed 06/01/09    Entered 06/01/09 11:22:10    Main Document
Pg 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| In re:                              | : | Chapter 11 |
|                                     | : |            |
| GENERAL MOTORS CORPORATION          | : |            |
|                                     | : | Case No. 09-50026 (REG) |
| Debtor.                             | : |            |
|                                     | : | Jointly Administered |
---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, David J. Baldwin, a member in good standing of the bar in the State of Delaware, request admission, *pro hac vice*, before Honorable Robert E. Gerber, to represent Norfolk Southern Corporation and Norfolk Southern Railway in the above referenced bankruptcy proceeding.

Mailing address: Potter Anderson & Corroon LLP, 1313 North Market Street, Wilmington, DE 19801

E-mail address: dbaldwin@potteranderson.com; telephone number is 302-984-6017.

The filing fee of $25 has been submitted with this motion for *pro hac vice* admission.

Dated: June 1, 2009
New York, New York

/s/ David J. Baldwin
David J. Baldwin

---

## ORDER

**ORDERED,**
that David J. Baldwin, Esq., is admitted to practice, pro hac vice, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
         New York, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE

PAC 918276v.1