UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

| | |
|---|---|
| GENERAL MOTORS CORPORATION, | Chapter 11 |
| | Case No. 09-50026-reg |
| Debtor. | Hon. Robert E. Gerber |

_____

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2009, I electronically filed **Notice of Appearance; Request to be Added to Matrix; and Federal Bankruptcy Procedure 2002(i) Request** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Stephen Karotkin
theodore.tsekerides@weil.com

/s/ Colleen M. Sweeney
Colleen M. Sweeney (CMS - 9401)
Dickinson Wright PLLC
424 Church Street, Suite 1401
Nashville, Tennessee  37219
Phone: (615) 244-6538
csweeney@dickinsonwright.com

DETROIT 21407-44 1111410v1