UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,      Chapter 11
    Case No. 09-50026-reg
            Debtor.      Hon. Robert E. Gerber

_____

# CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2009, I electronically filed **Notice of Appearance; Request to be Added to Matrix; and Federal Bankruptcy Procedure 2002(i) Request** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Stephen Karotkin
theodore.tsekerides@weil.com

            /s/ Colleen M. Sweeney
            Colleen M. Sweeney (CMS - 9401)
            Dickinson Wright PLLC
            424 Church Street, Suite 1401
            Nashville, Tennessee  37219
            Phone: (615) 244-6538
            csweeney@dickinsonwright.com

DETROIT  18402-1852  1114396v1