**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **IN RE:** * | | **CASE NO.  09-50026-reg** |
| **GENERAL MOTORS CORPORATION** * | | **CHAPTER 11** |
| **Debtor** * | | **Honorable Robert E. Gerber** |
| *    *    *    *    *    *    *    * | | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Richard W. Martinez, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent W A Thomas Company and Specialty Engine Components, LLC in the above-captioned case.

*I certify that I am a member in good standing* of the bar in the State of Louisiana and of the bar of the United States District Court for the Eastern, Middle, and Western Districts of Louisiana.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

My address is:

>Richard W. Martinez
>Richard W. Martinez, APLC
>228 St. Charles Ave., Suite 1310
>New Orleans, LA 70130
>Telephone: (504)525-3343
>Facsimile: (504)525-6701
>Email: Richardnotice@rwmaplc.com

        Respectfully Submitted,

        */S/Richard W. Martinez*

        _____
        **RICHARD W. MARTINEZ**
        (Louisiana Bar #17040)
        Richard W. Martinez, APLC
        228 St. Charles Ave., Suite 1310
        New Orleans, LA 70130
        Telephone: (504) 525-3343
        Facsimile:   (504) 525-6701
        Email: Richardnotice@rwmaplc.com
        Attorney for W A Thomas Company and
        Specialty Engine Components, LLC

Dated: June 1, 2009