**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **IN RE:** | * | **CASE NO. 09-50026-reg** |
| **GENERAL MOTORS CORPORATION** | * | **CHAPTER 11** |
| **Debtor** | * | **Honorable Robert E. Gerber** |

\*   \*   \*   \*   \*   \*   \*   \*

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Richard W. Martinez to be admitted *pro hac vice* to represent W A Thomas Company and Specialty Engine Components, LLC in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Louisiana and of the bar of the United States District Courts for the Eastern, Middle, and Western Districts of Louisiana, it is hereby

**ORDERED** that Richard W. Martinez is admitted to practice *pro hac vice* in the above referenced case in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____          _____

_____, New York          **UNITED STATES BANKRUPTCY JUDGE**