UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,             Chapter 11
                                                                                      Case No. 09-50026-reg
                                     Debtor.              Hon. Robert E. Gerber
_____

## **VERIFIED MOTION FOR ADMISSION *PRO HAC VICE***

Doron Yitzchaki, a member of the bar of the State of Michigan, for his Verified Motion for Admission *Pro Hac Vice* to the Bankruptcy Court for the Southern District of New York to represent Johnson Controls, Inc. and Magna International Inc. in the above-captioned bankruptcy proceeding, states as follows:

1.      Doron Yitzchaki is an associate with Dickinson Wright PLLC, located at 301 E. Liberty, Suite 500, Ann Arbor, Michigan 48104. His office telephone number is (734) 623-1947.

2.      Mr. Yitzchaki is admitted to practice law in the State of Michigan (2008), the United States District Court for the Eastern District of Michigan, and the United States District Court for the Western District of Michigan. Mr. Yitzchaki's Michigan State Bar number is P72044.

3.      Mr. Yitzchaki is in good standing in the Courts listed in ¶ 2, supra, and is eligible to practice in this Court pursuant to Rule 2090-1 of the Local Rules for the Bankruptcy Court for the Southern District of New York. He is not currently suspended or disbarred in any other Court. He is not the subject of any formal pending grievance procedures. He has not been denied admission or disciplined by the State Bar of Michigan, or by any other State Bar or Court.

4.      Mr. Yitzchaki has never been denied admission in the Bankruptcy Court for the Southern District of New York.

2

WHEREFORE, Doron Yitzchaki respectfully requests that this Court admit his *pro hac vice* to practice law in the United States Bankruptcy Court for the Southern District of New York in this bankruptcy proceeding.

DICKINSON WRIGHT PLLC

By: /s/ Doron Yitzchaki
   Doron Yitzchaki (DY - 5630)
Counsel for Johnson Controls, Inc. and Magna International Inc.
301 E. Liberty, Suite 500
Ann Arbor, Michigan 48104
(734) 623-7075
dyitzchaki@dickinsonwright.com

Dated: June 1, 2009

## **VERIFICATION**

Doron Yitzchaki, being first duly sworn, deposes and says that I have read the above Motion for Admission Pro Hac Vice, and the statements contained therein are true to the best of my knowledge, information and belief.

/s/ Doron Yitzchaki
Doron Yitzchaki (DY - 5630)