UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,                              Chapter 11
                                                          Case No. 09-50026-reg
                                  Debtor.        Hon. Robert E. Gerber
_____

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having reviewed the Verified Motion for Admission *Pro Hac Vice* of Doron Yitzchaki, and being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that the *Pro Hac Vice* admission of Doron Yitzchaki be granted, permitting the same to practice before the United States Bankruptcy Court, Southern District of New York for the purposes of the above referenced bankruptcy proceeding, only.

Dated: _____, 2009

                                                                           _____
                                                                           UNITED STATES BANKRUPTCY JUDGE