UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,    Chapter 11
                                Case No. 09-50026-reg
            Debtor.             Hon. Robert E. Gerber
_____

**PROOF OF SERVICE**

      The undersigned certifies that on June 1, 2009, a copy of Verified Motion for Admission Pro Hac Vice, and proposed Order for Admission Pro Hac Vice were served upon the following parties electronically.

Stephen Karotkin
theodore.tsekerides@weil.com

                                         /s/ Doron Yitzchaki
                                         Doron Yitzchaki (DY - 5630)
                                         Dickinson Wright PLLC
                                         Counsel for Johnson Controls, Inc. and
                                         Magna International Inc.
                                         301 E. Liberty, Suite 500
                                         Ann Arbor, Michigan 48104
                                         dyitzchaki@dickinsonwright.com

DETROIT 99998-1618 1113753v1