**CLIFFORD CHANCE US LLP**
31 West 52nd Street
New York, New York 10019-6131
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Andrew Brozman, Esq.
Sarah Campbell, Esq.

*Attorneys for The Royal Bank of Scotland plc,
ABN AMRO Bank N.V. and RBS Citizens N.A.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the firm listed below hereby appears in the above-captioned bankruptcy cases as attorneys for The Royal Bank of Scotland plc, ABN AMRO Bank N.V. and RBS Citizens N.A., pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and hereby requests that all notices and papers given or required to be given in the above-captioned cases and all papers in these cases be sent to and served upon:

> Andrew Brozman, Esq.
> Sarah Campbell, Esq.
> CLIFFORD CHANCE US LLP
> 31 West 52nd Street
> New York, New York 10019-6131
> Telephone: (212) 878-8000

        Facsimile: (212) 878-8375
        E-Mail:
        andrew.brozman@cliffordchance.com
        sarah.campbell@cliffordchance.com

This request includes, without limitation, all notices (including those required by Bankruptcy Rules 2002 and 4001 or ordered by the Court pursuant to Bankruptcy Rule 9007), applications, motions, petitions, orders, pleadings, requests, lists, schedules, statements, complaints and demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telecopy, electronic file transfer, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive: (i) the right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related thereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, and recoupments to which The Royal Bank of Scotland plc, ABN AMRO Bank N.V. and RBS Citizens N.A. is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: New York, NY
       June 1, 2009

**CLIFFORD CHANCE US LLP**

By: /s/ Andrew Brozman
    Andrew Brozman, Esq.
    Sarah Campbell, Esq.
    31 W. 52nd Street
    New York, New York 10019-6131
    Telephone: (212) 878-8000
    Facsimile: (212) 878-8375
    E-Mail:
    andrew.brozman@cliffordchance.com
    sarah.campbell@cliffordchance.com

    *Attorneys for The Royal Bank of Scotland plc, ABN AMRO Bank N.V. and RBS Citizens N.A.*

AMR #196300-v1