UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re

**General Motors Corp., et al.,**

      Debtors.

Chapter 11
Case No. 09-50026 (REG)

Jointly Administered

---

## Proof of Service

I, Vitold J. de Stronie, do hereby certify that on June 1, 2009, I caused a true copy of the attached Notice of Appearance and Request for Service of Papers to be served by first class U.S. Mail upon the following:

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

Office of the United States Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

Dated:  June 1, 2009
       New York, NY

_____
Vitold. J. de Stronie

AMR #196329-v1