**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

In re:

General Motors Corp., *et al.*,                                        Chapter 11

                Debtors,                             Case No. 09-50026 (REG)

                                 (Jointly administered)
_____/

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Thomas J. Schank, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent ZF Friedrichshafen AG, its subsidiaries and joint ventures, Creditors in the above-referenced case proceeding.

***I certify that I am a member in good standing*** of the bar in the State of Ohio and, if applicable, the bar of the U.S. District Court for the Northern District of Ohio.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Date: June 1, 2009                                           Hunter & Schank Co. LPA
New York, New York

                                                  /s/ Thomas J. Schank
                                                 Thomas J. Schank (0025500)
                                                 Hunter & Schank Co. LPA
                                                 One Canton Square
                                                 1700 Canton Avenue
                                                 Toledo, Ohio 43624
                                                 (419) 255-4300
                                                 Fax (419) 255-9121
                                                 tomschank@hunterschank.com