UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,                          Chapter 11
                                                     Case No. 09-50026-reg
                                    Debtor.           Hon. Robert E. Gerber

_____

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2009, I electronically filed **Notice of Appearance; Request to be Added to Matrix; and Federal Bankruptcy Procedure 2002(i) Request** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Stephen Karotkin
theodore.tsekerides@weil.com

/s/ Doron Yitzchaki_____
Doron Yitzchaki (DY - 5630)
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, Michigan 48104
Phone: (734) 623-7075
dyitzchaki@dickinsonwright.com

DETROIT 21407-44 1114409v1