**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORPORATION, | ) | Case No. 09-50026 |
| | ) | |
| Debtor. | ) | Honorable Robert E. Gerber |
| | ) | |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Gordon J. Toering, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Robert Bosch LLC, creditor and party in interest in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Court for the Western District of Michigan.

I have submitted the filing fee of $25 with this motion for *pro hac vice* admission.

Dated:  June 1, 2009
Grand Rapids, Michigan          /s/ Gordon J. Toering
                                Gordon J. Toering (P46409)
                                WARNER NORCROSS & JUDD LLP
                                900 Fifth Third Center
                                111 Lyon Street, NW
                                Grand Rapids, Michigan 49503
                                Telephone:  (616) 752-2185
                                Fax:  (616) 222-2185
                                Email:  gtoering@wnj.com

1672820