**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------
:
In re                                                        :    Chapter 11
                                                             :
GENERAL MOTORS CORPORATION, *et al.,*    :    Case No. 09-50026 (REG)
                                                             :
                                     Debtors.         :    (Joint Administration Pending)
---------------------------------------------------------------

### SPECIAL LIMITED NOTICE OF APPEARANCE, REQUEST FOR NOTICES ON BEHALF OF STATE OF OHIO, EX REL RICHARD CORDRAY, ATTORNEY GENERAL OF OHIO

PLEASE TAKE NOTICE that the State of Ohio, ex rel Richard Cordray, Attorney General of Ohio ("State") appears by its counsel for the limited purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the schedules and also at the following address:

> Victoria D. Garry
> Assistant Attorney General
> Collections Enforcement
> 441 Vine Street, 1600 Carew Tower
> Cincinnati, Ohio 45202
> (513) 852-1536; (513) 852-3484 (fax)

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Fed. R. Bankr. P. 2002, but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights of State.

This special limited notice of appearance is being filed for the sole purpose of notifying the Court and the parties of the address to be used for service of notices, orders, reports, and pleadings. The undersigned does not have the authority or capacity to waive the sovereign immunity of State to consent to this Court's jurisdiction over State. Accordingly, this special limited notice of appearance does not constitute a waiver of sovereign immunity by or on behalf of State, or any of its other departments, agencies, boards or other instrumentalities.

Richard Cordray  (0038034)
Ohio Attorney General

*/s/ Victoria D. Garry*_____
Victoria D. Garry
Assistant Attorney General
Collections Enforcement
Cincinnati, Ohio 45202
(513) 852-1536 (direct)
(513) 852-3484 (facsimile)
victoria.garry@ohioattorneygeneral.gov

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Special Limited Appearance was served this 1st day of June, 2009, by electronic service upon all parties as have entered their appearance so as to receive electronic service of pleadings.

*/s/ Victoria D. Garry*_____
Victoria D. Garry

2