UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,                     Chapter 11
                                                Case No. 09-50026-reg
                        Debtor.                 Hon. Robert E. Gerber

_____

## CERTIFICATE OF SERVICE

    I hereby certify that on June 1, 2009, I electronically filed **Notice of Appearance; Request to be Added to Matrix; and Federal Bankruptcy Procedure 2002(i) Request** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Stephen Karotkin
theodore.tsekerides@weil.com

                                            /s/ Doron Yitzchaki
                                            Doron Yitzchaki (DY - 5630)
                                            Dickinson Wright PLLC
                                            301 E. Liberty, Suite 500
                                            Ann Arbor, Michigan 48104
                                            Phone: (734) 623-7075
                                            dyitzchaki@dickinsonwright.com

DETROIT 18402-1852 1114413v1