K&L GATES LLP
Jeffrey N. Rich, Esq.
Eric T. Moser, Esq.
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for PPG Industries, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                              :
In re                                         :    Case No.  09-50026 (REG)
                                              :    Jointly Administered
GENERAL MOTORS CORPORATION, et al.,           :    Chapter 11
                                              :
              Debtors.                        :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears as counsel for PPG Industries, Inc., a creditor and party in interest in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests that copies of all notices, motions, applications, stipulations, orders, pleadings, and other papers filed in the above-captioned cases be sent to:

        K&L GATES LLP
        Jeffrey N. Rich, Esq.
        Eric T. Moser, Esq.
        599 Lexington Avenue
        New York, NY 10022
        (212) 536-3900

Dated:  New York, New York
      June 1, 2009

Respectfully submitted,

K&L GATES, LLP

By: /s/ Eric T. Moser
    Jeffrey N. Rich, Esq.
    Eric T. Moser, Esq.
Attorneys for PPG Industries, Inc.
599 Lexington Avenue
New York, NY 10022
(212) 536-3900
jeff.rich@klgates.com
eric.moser@klgates.com