UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re: General Motors Corporation,          Case No.: 09-50026 (REG)
                                            Chapter 11
                Debtor.

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Leslie Stein, a member in good standing of the bar in the State of Michigan and the bars of the U.S. District Courts for the Eastern and Western Districts of Michigan, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Superior Acquisition, Inc. d/b/a Superior Electric Great Lakes Company, a creditor in the above referenced

☒ case          ☐ adversary proceeding.

Mailing address:    2000 Town Center, Suite 1500, Southfield, Michigan 48075;
E-mail address:     lstein@seyburn.com; telephone number (248) 353-7620.

The filing fee of $25.00 has been submitted with this motion for pro hac vice admission.

Dated: June 1, 2009
New York, New York

                                            /s/ Leslie Stein
                                            Leslie Stein, Esq.  (P31922)

---

## ORDER

**ORDERED,**
that Leslie Stein, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

                                            _____
                                            UNITED STATES BANKRUPTCY JUDGE

{00345469.DOC}