Leslie J. Stein (P31922)
Counsel for Superior Acquisition, Inc.
 d/b/a Superior Electric Great Lakes Company
Seyburn, Kahn, Ginn, Bess and Serlin, P.C.
2000 Town Center, Suite 1500
Southfield, MI 48075
(248) 353-7620
(248) 353-3727 (Facsimile)
lstein@seyburn.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:

GENERAL MOTORS CORPORATION,

       Debtor.

------------------------------------------------------------x

Chapter 11
Case No. 09-50026 (REG)

## NOTICE OF APPEARANCE

TO:

    Clerk of the Court
    United States Bankruptcy Court
    Southern District of New York
    One Bowling Green
    New York, NY 10004-1408

    **PLEASE TAKE NOTICE** that Seyburn, Kahn, Ginn, Bess & Serlin, PC, by Leslie Stein, hereby enters its appearance as counsel to Superior Acquisition, Inc. d/b/a Superior Electric Great Lakes Company in this bankruptcy case and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

{00345465.DOC}

Leslie Stein (P31922)
Seyburn, Kahn, Ginn, Bess & Serlin, P.C.
2000 Town Center, Suite 1500
Southfield, Michigan 48075-1195
(248) 353-7620 (phone)
(248) 353-3727 (facsimile)
lstein@seyburn.com

Respectfully submitted,

**SEYBURN, KAHN, GINN, BESS,
& SERLIN, P.C.**

BY:          /s/ Leslie Stein
         LESLIE STEIN  (P31922)
         Atty. for Superior Acquisition, Inc.
         d/b/a Superior Electric Great Lakes Company
         2000 Town Center, Suite 1500
         Southfield, MI 48075-1195
         (248) 353-7620

Dated:  June 1, 2009

{00345465.DOC}