Leslie J. Stein (P31922)
Counsel for Superior Acquisition, Inc.
 d/b/a Superior Electric Great Lakes Company
Seyburn, Kahn, Ginn, Bess and Serlin, P.C.
2000 Town Center, Suite 1500
Southfield, MI 48075
(248) 353-7620
(248) 353-3727 (Facsimile)
lstein@seyburn.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :    Chapter 11
GENERAL MOTORS CORPORATION,                                 :    Case No. 09-50026 (REG)
                                                            :
            Debtor.                                         :
                                                            :
------------------------------------------------------------x

### CERTIFICATION OF SERVICE

This is to certify that on June 1, 2009, I electronically filed the Notice of Appearance of Leslie Stein, on behalf of Superior Acquisition, Inc. d/b/a Superior Electric Great Lakes Company, and the Motion for Admission to Practice, Pro Hac Vice of Leslie Stein along with this Certificate of Service with the Clerk of the Court using the ECF system, which sent notification to:

Stephen Karotkin, stephen.karotkin@weil.com

                                                               Respectfully submitted,
                                                               **SEYBURN, KAHN, GINN,
                                                               BESS AND SERLIN, P.C.**

                                         By:     /s/   Jamie Kruger
                                                          Jamie Kruger
                                                          Assistant to Leslie Stein, Esq.

Dated:  June 1, 2009

{00345470.DOC}