Sander L. Esserman (Admission *Pro Hac Vice* Pending)
Peter C. D'Apice
Jo E. Hartwick (Admission *Pro Hac Vice* Pending)
Jacob L. Newton (Admission *Pro Hac Vice* Pending)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

COUNSEL FOR AD HOC COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             )
In re                                                        )    Chapter 11
                                                             )
GENERAL MOTORS CORP., *et al.*,                              )
                                                             )    Case No. 09-50026
                                                             )
                    Debtors.                                 )    Jointly Administered
-------------------------------------------------------------X

### NOTICE OF APPEARANCE AND
### REQEUST FOR SERVICE OF PAPERS

Please take notice that, pursuant to § 1109(b) of title 11 of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure, Sander L. Esserman, Peter C. D'Apice, Jo E. Hartwick and Jacob L. Newton of Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation, appear on behalf of the Ad Hoc Committee of Asbestos Personal Injury Claimants, respectfully request that all notices which are required to be

given in this case and all papers which are required to be served in this case be given to and served on the addresses and numbers listed below:

                Sander L. Esserman
                Peter C. D'Apice
                Jo E. Hartwick
                Jacob L. Newton
     Stutzman, Bromberg, Esserman & Plifka
           A Professional Corporation
              2323 Bryan Street
                 Suite 2200
               Dallas, TX  75201
               (214) 969-4900
          (214) 969-4999 (facsimile)
        esserman@sbep-law.com
        hartwick@sbep-law.com
         d'apice@sbep-law.com
         newton@sbep-law.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, plans, disclosure statements, notices of any application, complaint, demand, hearing, motion, petition, settlement, pleading or request, whether formal or informal, written or oral, or whether by mail, delivery, telephone, telex or otherwise.

At this time, the Ad Hoc Committee of Asbestos Personal Injury Claimants is comprised of:

| | |
|---|---|
| Asbestos Personal Injury Claimants represented by Weitz & Luxenberg, P.C.<br>180 Maiden Lane<br>New York, NY 10038 | Asbestos Personal Injury Claimants represented by Waters & Kraus<br>3219 McKinney Avenue<br>Dallas, TX 75204 |

2

| | |
|---|---|
| Asbestos Personal Injury Claimants represented by Brayton Purcell<br>222 Rush Landing Road<br>Novato, CA 94948 | William J. Lewis<br>Represented by SimmonsCooper LLC<br>707 Berkshire Boulevard<br>East Alton, IL 62024 |

*Ex Officio Member*
Steven Kazan
Kazan, McClain, Lyons, Greenwood
& Harley, A Professional Corporation
171 12th Street, Third Floor
Oakland, CA 94607

Other asbestos personal injury claimants may join the Ad Hoc Committee

and, in that event, this Notice will be amended as appropriate.

| | |
|---|---|
| June 1, 2009 | Respectfully submitted,<br><br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A PROFESSIONAL CORPORATION<br><br>By: /s/    *Peter C. D'Apice*<br><br>Sander L. Esserman (Admission *Pro Hac Vice* Pending)<br>Peter C. D'Apice<br>Jo E. Hartwick (Admission *Pro Hac Vice* Pending)<br>Jacob L. Newton (Admission *Pro Hac Vice* Pending)<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br>Telephone: (214) 969-4900<br>Facsimile: (214) 969-4999<br><br>COUNSEL FOR AD HOC COMMITTE OF ASBESTOS PERSONAL INJURY CLAIMANTS |

3