**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: General Motors Corporation,

                       Debtor.

Case No.: 09-50026 (REG)
Chapter 11

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

     I, David T. Lin, a member in good standing of the bar in the State of Michigan and the bars of the U.S. District Courts for the Eastern and Western Districts of Michigan, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Superior Acquisition, Inc. d/b/a Superior Electric Great Lakes Company, a creditor in the above referenced

☒    case      ☐    adversary proceeding.

Mailing address:    2000 Town Center, Suite 1500, Southfield, Michigan 48075;
E-mail address:     dlin@seyburn.com; telephone number (248) 353-7620.

The filing fee of $25.00 has been submitted with this motion for pro hac vice admission.

Dated: June 1, 2009
New York, New York

                                      /s/ David T. Lin
                              David T. Lin, Esq. (P70764)

---

## ORDER

**ORDERED,**

that David T. Lin, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case
☐ adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

                                   _____
                                   UNITED STATES BANKRUPTCY JUDGE