David T. Lin (P70764)
Counsel for Superior Acquisition, Inc.
 d/b/a Superior Electric Great Lakes Company
Seyburn, Kahn, Ginn, Bess and Serlin, P.C.
2000 Town Center, Suite 1500
Southfield, MI 48075
(248) 353-7620
(248) 353-3727 (Facsimile)
dlin@seyburn.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:

GENERAL MOTORS CORPORATION,

      Debtor.

Chapter 11
Case No. 09-50026 (REG)

------------------------------------------------------------x

## CERTIFICATION OF SERVICE

This is to certify that on June 1, 2009, I electronically filed the Notice of Appearance of David T. Lin, on behalf of Superior Acquisition, Inc. d/b/a Superior Electric Great Lakes Company, and the Motion for Admission to Practice, Pro Hac Vice of David T. Lin along with this Certificate of Service with the Clerk of the Court using the ECF system, which sent notification to:

Stephen Karotkin, stephen.karotkin@weil.com

          Respectfully submitted,
          **SEYBURN, KAHN, GINN,**
          **BESS AND SERLIN, P.C.**

By:    /s/  Jamie Kruger
          Jamie Kruger
          Assistant to David T. Lin, Esq.

Dated:  June 1, 2009

{00345472.DOC}