Steven A. Ginther, Mo. Bar #43556
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475
(573) 751-5531   FAX (573) 751-7232
Attorney for Department of Revenue.

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
IN RE                                                          :
                                                               :
GENERAL MOTORS CORPORATION,           : Case No. 09-50026-REG
                                                               : Chapter 11
                                                               :
                    Debtor(s).                         :
---------------------------------------------------------------x

## ENTRY OF APPEARANCE AND REQUEST FOR
## PLEADINGS, NOTICES AND DOCUMENTS

Comes now the Missouri Department of Revenue and enters its appearance as a creditor of the captioned Debtor(s).  This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.

All pleadings, notices and documents should preferably be served by e-mail at sdnyecf@dor.mo.gov or at the following address: Missouri Department of Revenue, Bankruptcy Unit, Attn:  Steven A. Ginther, P.O. Box 475, Jefferson City, MO  65105-0475.

**This pleading constitutes a written and specific request for the disclosure statement and plan.**

Chris Koster, Attorney General
State of Missouri

**By: /s/ Steven A. Ginther**
Steven A. Ginther, Mo. Bar #43556
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475
(573) 751-5531   FAX (573) 751-7232
Attorney for Department of Revenue.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically and served upon all those who receive electronic notification on June 1, 2009.

/s/ Steven A. Ginther