UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re:                                                                              Chapter 11

GENERAL MOTORS CORPORATION, et al.,                Case No.  09-50026-REG

                                                 Debtors.
-------------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

      I, David R. Jury, Esq., request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent the United Steelworkers, who is a creditor and party in interest in the above referenced case.

      I certify that I am a member in good standing of the bars of the State of Pennsylvania, District of Colorado, and the Western District of Pennsylvania.

      I have submitted the filing fee of $25.00 with this motion for pro hac vice admission

Dated: June 1, 2009
       New York, New York

                                                        LEVY RATNER, P.C.

                                                           __*/s/ David R. Jury*_____
                                            By:   David R. Jury, Esq.
                                                    Attorneys for United Steelworkers
                                                    Five Gateway Center Suite 807
                                                    Pittsburgh, PA  15222
                                                    E-Mail address: djury@usw.org
                                                    (412) 562-2545
                                                    (412) 562-2574 (fax)

54-001-00001 46609.doc