UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re:

GENERAL MOTORS CORPORATION, et al.,

                                    Debtors.

-------------------------------------------------------------------X

Chapter 11

Case No. 09-50026-REG

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of David R. Jury, Esq., to be admitted, *pro hac vice*, to represent the United Steelworkers, a creditor and party in interest in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Pennsylvania, District of Colorado, and the Western District of Pennsylvania, it is hereby

**ORDERED,** that David R. Jury, Esq., is admitted to practice *pro hac vice,* in the above referenced case to represent, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June ____, 2009
       New York, New York

                                                                _____
                                                                 UNITED STATES BANKRUPTCY JUDGE