UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:                                                                                    Chapter 11

GENERAL MOTORS CORPORATION, *et al.*,                     Case No. 09-50026-REG

                                                  Debtor,
------------------------------------------------------------------X

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of Title 11 of the United States Code, and Rule 2002 and the Federal Rules of Bankruptcy Procedure, the undersigned appears for the United Steelworkers, who is a creditor and party in interest herein, and demands that notice given or required to be given in these cases, and all papers served in these cases, be given to and served upon:

> David R. Jury, Esq.
> Attorneys for United Steelworkers
> Five Gateway Center Suite 807
> Pittsburgh, PA  15222
> (412) 562-2545
> (412) 562-2574 (fax)
> E-Mail address: djury@usw.org

PLEASE TAKE FURTHER NOTICE that pursuant to §1109(b) of the United States Code, the foregoing demand includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notice of application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile or otherwise, which affects either the Debtor or any property of the Debtor.

54-001-00001 46612.doc

Dated: June 1, 2009
      New York, New York

                                    LEVY RATNER, P.C.

                                    ___/s/ David R. Jury_____
                By:   David R. Jury, Esq.
                      Attorneys for United Steelworkers
                      Five Gateway Center Suite 807
                      Pittsburgh, PA  15222
                      E-Mail address: djury@usw.org
                      (412) 562-2545
                      (412) 562-2574 (fax)

## CERTIFICATE OF SERVICE

     I hereby certify that the above document has been served to those parties requesting the court's electronic service on this 1st day of June, 2009

                                    ___/s/ David R. Jury_____
                                    David R. Jury, Esq.