## CERTIFICATE OF SERVICE

I, Matthew L. Schwartz, Assistant United States Attorney for the Southern District of New York, hereby certify that on June 1, 2009, in addition to service via ECF, I caused true copies of the foregoing Statement of the United States of America Upon the Commencement of General Motors Corporation's Chapter 11 Case to be served, via Federal Express, upon the persons set forth below:

| | |
|---|---|
| Harvey R. Miller, Esq. | Diana T. Adams |
| Stephen Karotkin, Esq. | United States Trustee |
| Joseph H. Smolinsky, Esq. | Office of the United States Trustee |
| Weil, Gotshal & Manges LLP | 33 Whitehall Street, 21st Floor |
| 767 Fifth Avenue | New York, New York 10004 |
| New York, New York 10153 | |

 /s/ Matthew L. Schwartz
MATTHEW L. SCHWARTZ
Assistant United States Attorney