DENNIS S. KAYES (Michigan P15771)
PEPPER HAMILTON LLP
Suite 3600
100 Renaissance Center
Detroit, MI 48243-1157
Telephone:    (313)393-7450
Facsimile:     (313)731-1560
E-Mail:         kayesd@pepperlaw.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | |
|---|---|
| In Re: | Chapter 11 |
| GENERAL MOTORS CORP, et al., | Case No. 09-50026-REG |
| Debtors. | Honorable Robert E. Gerber |

-------------------------------------------------------------x

### **MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Dennis S. Kayes, a member in good standing of the bar in the State of Michigan and of the bar of the U.S. District Courts for the Eastern and Western Districts of Michigan, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Osram Sylvania Products, Inc., a creditor in the above referenced cases and any successor cases.

My address is:      Dennis S. Kayes
                              Pepper Hamilton LLP
                              Suite 3600
                              100 Renaissance Center
                              Detroit, MI 48243-1157
                              Telephone:    (313)393-7450
                              Facsimile:     (313)731-1560
                              E-Mail:         kayesd@pepperlaw.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

WHEREFORE, movant requests that the Court enter the Order Admitting Dennis S. Kayes to Practice *Pro Hac Vice* attached as Exhibit A.

#11044193 v1

                                              Respectfully submitted,

                                              PEPPER HAMILTON LLP
                                              Attorneys for Flex-N-Gate Corporation

Dated: June 1, 2009.                    By: /s/ Dennis S. Kayes
                                              Dennis S. Kayes (MI P15771)
                                              Suite 3600
                                              100 Renaissance Center
                                              Detroit, MI 48243-1157
                                              Telephone:   (313)393-7450
                                              Facsimile:    (313)731-1560
                                              E-Mail:       kayesd@pepperlaw.com

#11044193 v1