# Exhibit A

#11044193 v1

DENNIS S. KAYES (Michigan P15771)
PEPPER HAMILTON LLP
Suite 3600
100 Renaissance Center
Detroit, MI 48243-1157
Telephone:   (313)393-7450
Facsimile:   (313)731-1560
E-Mail:      kayesd@pepperlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | |
|---|---|
| In Re: | Chapter 11 |
| GENERAL MOTORS CORP, et al., | Case No. 09-50026-REG |
| Debtors. | Honorable Robert E. Gerber |

-------------------------------------------------------------x

## ORDER ADMITTING DENNIS S. KAYES TO PRACTICE *PRO HAC VICE*

Upon the motion of Dennis S. Kayes, to be admitted, *pro hac* vice, to represent Osram Sylvania Products, Inc. in the above case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan and of the bar of the U.S. District Courts for the Eastern and Western Districts of Michigan; it is hereby

**ORDERED**, that Dennis S. Kayes is admitted to practice, *pro hac vice*, in connection with the above-referenced Chapter 11 cases and any related adversary proceedings in the United States Bankruptcy Court for the Southern District of New York.

Dated:

　　　　　　　　　　　　　　　　　　　　　　　HONORABLE ROBERT E. GERBER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

#11044193 v1