Robert M. Dombroff
Jeffrey S. Sabin
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY 10022-4689
Tel: 212-705-7000
Fax: 212-752-5378

*Counsel to Deutsche Bank AG*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re:                                             :       Chapter 11
                                                   :
GENERAL MOTORS CORP., *et al*.    :       Case No. 09-50027 (REG)
                                                   :
                      Debtors.                :       (Joint Administration Pending)
---------------------------------------------------------------x

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Deutsche Bank AG (the "Appearing Party"), a party in interest in the above-captioned case, hereby appears by its counsel, Bingham McCutchen LLP, and requests, pursuant to rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned attorneys, at the address set forth below:

>    Robert M. Dombroff
>    Jeffrey S. Sabin
>    Bingham McCutchen LLP
>    399 Park Avenue
>    New York, New York 10022
>    Telephone No.:  (212) 705-7000
>    Fax No.:   (212) 752-5378
>    robert.dombroff@bingham.com
>    jeffrey.sabin@bingham.com

A/73053124.1

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, fax, email, or otherwise.

This appearance and demand for notice is neither intended as nor is it a consent of the Appearing Party to jurisdiction of the Bankruptcy Court nor, specifically but not limited to a waiver of: (i) the Appearing Party's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the Appearing Party's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iii) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Appearing Party is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Appearing Party expressly reserve.

Dated: New York, New York
       June 1, 2009

                                            Respectfully submitted,

                                            By: /s/Jeffrey S. Sabin
                                                Robert M. Dombroff
                                                Jeffrey S. Sabin
                                                BINGHAM McCUTCHEN LLP
                                                399 Park Avenue
                                                New York, NY 10022-4689
                                                Tel: 212-705-7857
                                                Fax: 212-752-5378

                                         *Counsel to Deutsche Bank AG*

A/73053124.1