COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, New York 10036
Babette A. Ceccotti
Tel.: (212) 563-4100
Fax: (646) 473-8227
Attorneys for International Union, UAW

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORPORATION, *et al.*, | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. §1109(b), the undersigned attorneys enter their appearance for the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW") and request that all notice given or required to be given in this action and all related actions, be given and served upon the following:

| | | |
|---|---|---|
| Babette A. Ceccotti | | Daniel W. Sherrick |
| Cohen, Weiss and Simon LLP | | Niraj R. Ganatra |
| 330 West 42nd Street | | Legal Department |
| New York, New York 10036 | -and- | International Union, UAW |
| Telephone (212) 356-0227 | | 8000 East Jefferson Avenue |
| Facsimile: (646) 473-8227 | | Detroit, Michigan 48214 |
| Email: bceccotti@cwsny.com | | Telephone: (313) 926-5216 |
| | | Facsimile: (313) 926-5240 |

00140120.DOC.1

- 2 -

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers, whether formal or informal, *ex parte* or on notice, written or oral, referred to in the Bankruptcy Rules and Code sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, facsimile, electronic transmission or otherwise, which affect or seek to affect in any way any rights or interests of the Debtors.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any later appearance, pleading claim, or suit shall waive the above-named entity's right to have final orders in noncore matters entered only after *de novo* review by a District Judge; or the right to trial by jury in any proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which such entity is or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

Dated: June 1, 2009

/s/ Babette A. Ceccotti
Babette A. Ceccotti
COHEN, WEISS and SIMON LLP
330 West 42nd Street
New York, New York  10036
Tel: (212) 563-4100
Fax: (646) 473-8227

Attorneys for UAW

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2009 I caused a true and correct copy of the Notice of Appearance and Request for Service to be duly served via e-mail and regular U.S. mail upon:

| | |
|---|---|
| Harvey R. Miller<br>Stephen Karotkin<br>Joseph H. Smolinsky<br>Weil, Gotshal & Manges LLP<br>7867 Fifth Avenue<br>New York, NY 10153<br>stephen.karotkin@weil.com<br>harvey.miller@weil.com<br>joseph.smolinsky@weil.com | Office of the U.S. Trustee, Manhattan Office<br>Attn: GM Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |

      /s/ Babette Ceccotti
    Babette Ceccotti