**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **GENERAL MOTORS CORPORATION,** | § | **CASE NO. 09-50026 (REG)** |
| **ET AL** | § | |
| | § | (Jointly Administered) |
| **Debtor.** | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PLEADINGS**

*To the Clerk of the Bankruptcy Court:*

PLEASE TAKE NOTICE that Affiliated Computer Services, Inc. ("ACS"), by and through its counsel Singer & Levick, P.C., files this its Notice of Appearance.

Pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1), 342, and 1109(b) of the Bankruptcy Code, ACS respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon their counsel at the address, telephone number and email address listed below.

Larry A. Levick, Esq.
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, Texas  75001
(972) 380-5533
(972) 380-5748 – facsimile
levick@singerlevick.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or

informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notice and Service of Pleadings is without prejudice to: (1) ACS's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtor and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoff and recoupments are expressly reserved, and (2) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit ACS to the jurisdiction of the Court.

DATED this 1st day of June 2009.

>Respectfully submitted,
>
>SINGER & LEVICK, P.C.
>
>By: _____/s/ Larry A. Levick_____
>   Larry A. Levick
>   TX State Bar No. 12252600
>
>16200 Addison Road, Suite 140
>Addison, Texas  75001
>Tel. (972) 380-5533
>Fax (972) 380-5748
>levick@singerlevick.com
>
>ATTORNEYS FOR AFFILIATED COMPUTER SERVICES, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that Notice of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District on this 1st day of June 2009.

                                                /s/ Larry A. Levick
                                                Larry A. Levick