Cynthia Woodruff-Neer
ALPINE ELECTRONICS OF AMERICA, INC.
19145 Gramercy Place
Torrance, California 90501-1162
Telephone: 310-783-7043
Facsimile: 310-618-7043

General Counsel and Attorney for Creditor
ALPINE ELECTRONICS OF AMERICA, INC.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORPORATION, *et al.* | Chapter 11 |
| Debtors. | Honorable Robert Gerber |
| | [No Hearing Required] |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE THAT**, Cynthia Woodruff-Neer, attorney of record for creditor Alpine Electronics of America, Inc., hereby files this Notice of Appearance and Request for Special Notice pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "F.R.B.P.").

**PLEASE TAKE FURTHER NOTICE THAT**, Alpine Electronics of America, Inc. requests that all notices given or required to be given and all papers served or required to be served in these cases, in accordance with Rules 2002(a)(1) through (a)(7), 2002(b), and 9007 of the F.R.B.P., sections 102(1) and 342(a) of the Bankruptcy Code, and any order(s) of the Court limiting notice in these cases, be given to and served upon Alpine Electronics of America, Inc.'s counsel at the following address and telephone number:

Cynthia Woodruff-Neer, Esq.
ALPINE ELECTRONICS OF AMERICA, INC.
19145 Gramercy Place
Torrance, California 90501-1162
Telephone: 310-783-7043
Facsimile: 310-618-7043
E-mail: cwoodruff-neer@alpine-usa.com

**PLEASE TAKE FURTHER NOTICE THAT**, the foregoing request includes not only the notices and papers referred to in the rules, statutes, and order(s) specified above, but also includes, without limitation, amended bankruptcy schedules and statements of financial affairs, notices and orders regarding any applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, overnight delivery, personal service, telephone, telegraph, telex, facsimile, or otherwise.

This Notice of Appearance and Request for Special Notice shall not be deemed or construed to be a waiver of the rights of Alpine Electronics of America, Inc., including, without limitation (1) to have final orders in non-core matters entered only after de novo review by a District Court, (2) to trial by jury in any proceedings so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Alpine Electronics of America, Inc. are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: June 1, 2009                          Respectfully submitted,

                                             By:/s/ Cynthia Woodruff-Neer
                                             Cynthia Woodruff-Neer (CW-3334)
                                             Counsel for
                                             ALPINE ELECTRONICS OF
                                             AMERICA, INC.

-2-

# PROOF OF SERVICE BY MAIL

## LOS ANGELES COUNTY

## STATE OF CALIFORNIA

I, Alan Akin declare:

I am a citizen of the United States, a resident of Los Angeles County, and am over 18 years of age. My business/residence address is 19145 Gramercy Place, Torrance, California 90501, California. On June 1, 2009, I served a copy of the attached **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** in this action by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Torrance, California, addressed as follows:

**Debtors/ Counsel:**

Stephen Karotkin,
on behalf of Debtor
General Motors Corporation
Wiel. Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10004

U.S. Trustee:

Office of the U.S. Trustee
Southern District of New York
33 Whitehall Street
New York. New York 10004

I declare, under penalty of perjury, that the foregoing is true and correct.

Date: June 1, 2009

/s/M. Alan Akin
M. Alan Akin
Assistant General Counsel
Alpine Electronics of America, Inc.
19145 Gramercy Place
Torrance, CA 90501