IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
In re:                                                          :
                                                                :        Chapter 11
**GENERAL MOTORS CORPOARATION**                                 :
                                                                :        Case No. 09-50026 (REG)
    Debtor.                                  :
                                                                :
---------------------------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE that the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers- Communications Workers of America ("IUE-CWA"), by its counsel, Kennedy, Jennik & Murray, P.C., appears in the above-entitled bankruptcy case and demands that all notices given or required to be given in this case, be given to and served upon:

    Thomas M. Kennedy, Esq.
    Susan M. Jennik, Esq.
    Kennedy, Jennik & Murray, P.C.
    113 University Place, 7th Floor
    New York, NY 10003
    (212) 358-1500 (Tel.)
    (212) 358-0208 (Fax.)
    tkennedy@kjmlabor.com
    sjennik@kjmlabor.com

Dated: June 1, 2009

                            KENNEDY, JENNIK & MURRAY, P.C.
                            Attorneys for IUE-CWA

                            _____
                            Thomas M. Kennedy (TK 0993)
                            Susan M. Jennik (SJ 4607)
                            113 University Place, 7th Floor
                            New York, NY 10002