UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

**GENERAL MOTORS CORPOARATION**

    Debtor.

**Chapter 11**

Case No. 09-50026 (REG)

_____

### CERTIFICATE OF SERVICE

    I hereby certify that on June 1, 2009, I caused a true and correct copy of the within **Notice of Appearance and Request for Service of Notices** to be served via U.S. mail, upon the following:

Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(Counsel for the Debtor)

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(Trustee)

Dated: June 1, 2009

                                      Thomas M. Kennedy (TK 0993)
                                      Kennedy, Jennik & Murray, P.C.
                                      113 University Place, 7th Floor
                                      New York, NY 10002
                                      (212) 358-1500 (Tel.)
                                      tkennedy@kjmlabor.com