UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,    Chapter 11
    Case No.
Debtor.

_____

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2009, I electronically filed **Declaration of Dickinson Wright PLLC Pursuant to Federal Rule of Bankruptcy Procedure 2019** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- David J. Baldwin    dbaldwin@potteranderson.com, bankruptcy@potteranderson.com
- Elizabeth Banda    kwilliams@pbfcm.com
- Theresa V. Brown-Edwards    bankruptcy@potteranderson.com
- Mark Edwin Browning    BK-MBROWNING@OAG.STATE.TX.US, sherri.simpson@oag.state.tx.us
- Andrew P. Brozman    andrew.brozman@cliffordchance.com
- Dawn R. Copley    dcopley@dickinsonwright.com,dnavin@dickinsonwright.com
- Trent P. Cornell    tcornell@stahlcowen.com
- Peter D'Apice    dapice@sbep-law.com
- Alyssa Englund    aenglund@orrick.com
- Kerry M Ewald    kewald@dickinsonwright.com
- Deborah L. Fish    dfish@allardfishpc.com
- Victoria D. Garry    vgarry@ag.state.oh.us
- Steven A. Ginther    sdnyecf@dor.mo.gov
- Michael C. Hammer    mchammer3@dickinsonwright.com
- Suzanne Hepner    shepner@lrbpc.com, ecarder@lrbpc.com;jcahn@lrbpc.com;rbarbur@lrbpc.com;scameron@lrbpc.com;psherer@lrbpc.com

- John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com
- Adam H. Isenberg    aisenberg@saul.com
- Stephen Karotkin    theodore.tsekerides@weil.com;Shai.Waisman@weil.com;Rachel.albanese@weil.com;michele.meises@weil.com;philip.weintraub@weil.com;ilusion.rodriguez@weil.com;sara.gerstein@weil.com;mark.ribaudo@weil.com;david.rivera@weil.com
- Thomas M. Kennedy    tkennedy@kjmlabor.com
- Deborah Kovsky-Apap    kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com
- Larry A. Levick    levick@singerlevick.com, croote@singerlevick.com;ckirkland@singerlevick.com
- David T. Lin    dlin@seyburn.com
- Kayalyn A. Marafioti    kmarafio@skadden.com
- Richard W. Martinez    Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com
- Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com
- Ingrid S. Palermo    ipalermo@hselaw.com
- Michael Reed    danielle.goff@mvbalaw.com
- Paul J. Ricotta    pricotta@mintz.com
- Thomas J. Schank    tomschank@hunterschank.com, mcraig@hunterschank.com
- Matthew L. Schwartz    matthew.schwartz@usdoj.gov
- Leslie Stein    lstein@seyburn.com, seccles@seyburn.com
- James M. Sullivan    sullivan.james@arentfox.com, constantino.nova@arentfox.com
- Colleen M. Sweeney    csweeney@dickinsonwright.com
- Gordon J. Toering    gtoering@wnj.com
- Scott A. Wolfson    wolfson@bsplaw.com, recchia@bsplaw.com;stepp@bsplaw.com;bolton@bsplaw.com;kochis@bsplaw.com
- Cynthia Woodruff-Neer    cwoodruff-neer@alpine-usa.com
- Doron Yitzchaki    dyitzchaki@dickinsonwright.com

/s/ James A. Plemmons
James A. Plemmons (JAP-2284)
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
Phone: (313) 223-3500
jplemmons2@dickinsonwright.com