IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

|  |  |
|---|---|
| IN RE:<br><br>GENERAL MOTORS CORPORATION<br><br>Debtor | ) In Proceedings for a Reorganization<br>) Under Chapter 11<br>)<br>) Case No. 09-50026-reg<br>)<br>) Honorable Robert E. Gerber<br>)<br>) |

## VERIFIED MOTION FOR ADMISSION *PRO HAC VICE*

Thomas M. Wilson, a member of the bar of the State of New York and the State of Ohio, for his Verified Motion for Admission *Pro Hac Vice* to the Bankruptcy Court for the Southern District of New York to represent Kelley & Ferraro LLP in the above-captioned bankruptcy proceeding, states as follows:

1. Thomas M. Wilson is a member of Kelley & Ferraro LLP, located at 2200 Key Tower, 127 Public Square, Cleveland, Ohio 44114. His office telephone number is (216) 575-0777.

2. Mr. Wilson is admitted to practice law in the state of New York (2009) and the State of Ohio (1987).

3. Mr. Wilson has never been denied admission in the Bankruptcy Court for the Southern District of New York.

WHEREFORE, Mr. Wilson respectfully requests this Court admit his *pro hac vice* to practice law in the United States Bankruptcy Court for the Southern District of New York in this bankruptcy proceeding.

KELLEY & FERRARO, LLP

By  /s/ Thomas M. Wilson
    Thomas M. Wilson
    2200 Key Tower-127 Public Square
    Cleveland, Ohio 44114
    (216) 575-0777
    Fax: (216) 575-0799
    twilson@kelley-ferraro.com

**VERIFICATION**

Thomas M. Wilson, being first duly sworn, deposes and says that I have read the above Motion for Admission *Pro Hac Vice*, and the statements contained therein are true to the best of my knowledge, information and belief.

 /s/  Thomas M. Wilson
Thomas M. Wilson (0038933)

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

|  |  |
|---|---|
| IN RE:<br><br>GENERAL MOTORS CORPORATION<br><br>Debtor | ) In Proceedings for a Reorganization<br>) Under Chapter 11<br>)<br>) Case No. 09-50026-reg<br>)<br>) Honorable Robert E. Gerber<br>)<br>) |

## ORDER FOR ADMISSION *PRO HAC VICE*

The court, having reviewed the Verified Motion for Admission *Pro Hac Vice* of Thomas M. Wilson, and being otherwise duly advised in the premises:

IT IS HEREBY ORDERED that the *Pro Hac Vice* admission of Thomas M. Wilson be granted, permitting the same to practice before the United States Bankruptcy Court, Southern District of New York for the purposes of the above referenced bankruptcy proceeding, only.

Dated: _____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

|  |  |
|---|---|
| IN RE:<br><br>GENERAL MOTORS CORPORATION<br><br>Debtor | ) In Proceedings for a Reorganization<br>) Under Chapter 11<br>)<br>) Case No. 09-50026-reg<br>)<br>) Honorable Robert E. Gerber<br>)<br>) |

## PROOF OF SERVICE

The undersigned certifies that on June 1, 2009, a copy of the Verified Motion for Admission *Pro Hac Vice*, and proposed Order for Admission *Pro Hac Vice* were served upon the following parties electronically.

Stephen Karotkin
Theodore.tsekerides@weil.com


 /s/ Thomas M. Wilson
Thomas M. Wilson (0038933)
Kelley & Ferraro LLP
2200 Key Tower
127 Public Square
Cleveland, OH 44114