```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
In re

General Motors Corporation,                Case # 09-50026-reg
                                           Hon. Robert E. Gerber
                        Debtor.

--------------------------------------X
```

**NOTICE OF APPEARANCE AND**
**REQUEST FOR ALL DOCUMENTS**

PLEASE TAKE NOTICE that ANDREW M. CUOMO, Attorney General of the State of New York, appears in the above-captioned case on behalf of The Department of Taxation and Finance of the State of New York.

PLEASE TAKE FURTHER NOTICE that demand is hereby made for a copy of all papers, documents and pleadings in this case to be served upon the undersigned at the address indicated below.

Dated: New York, New York
       **June 1, 2009**

                                    Yours, etc.,

                                    ANDREW M. CUOMO
                                    Attorney General of the
                                    State of New York
                                    Attorney for The New York State
                                    Department of Taxation and Finance
                                    By:

                                     /s/ Neal S. Mann
                                     NEAL S. MANN (NM-0617)
                                    Assistant Attorney General
                                    120 Broadway - 24th Floor
                                    New York, New York 10271
                                    (212) 416-8666
                                    Email:neal.mann@oag.state.ny.us

TO   Stephen Karotkin, Esq.
     Weil, Gotshal & Manges LLP
     767 Fifth Avenue
     New York, New York 10153

     United States Trustee
     33 Whitehall Street
     21st Floor
     New York, New York 10004

**CERTIFICATE OF SERVICE**

Dominique Jones certifies under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

She is a Legal Assistant in the office of ANDREW M. CUOMO, Attorney General of the State of New York, Attorney for the New York State Department of Taxation and Finance herein. **On June 1, 2009,** she served the annexed Notice of Appearance upon the following parties:

> Stephen Karotkin, Esq.
> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
>
> United States Trustee
> 33 Whitehall Street
> 21st Floor
> New York, New York 10004

Attorneys in the within entitled proceeding by depositing a true and correct copy thereof, properly enclosed in a post-paid wrapper, in the post-office box regularly maintained by the United States Postal Service at 120 Broadway, New York, New York 10271 directed to said attorneys at the addresses designated by them for that purpose.

Dated:  New York, New York
        **June 1, 2009**

                                        /s/
                                        Dominique Jones