UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,                    Chapter 11
                                                Case No. 09-50026-reg
                    Debtor.                     Hon. Robert E. Gerber
_____

## NOTICE OF APPEARANCE; REQUEST TO BE ADDED TO MATRIX; AND FEDERAL BANKRUPTCY PROCEDURE 2002(i) REQUEST

PLEASE TAKE NOTICE that Visteon Corporation shall appear through its counsel, Dickinson Wright PLLC, and requests that all notice given and required to be given in this case and all papers served and required to be served be given to and served upon the undersigned at the following address and telephone number:

> James A. Plemmons, Esq.
> Dickinson Wright PLLC
> 500 Woodward Avenue, Suite 4000
> Detroit, Michigan 48226
> (313) 223-3500

PLEASE TAKE FURTHER NOTICE that Visteon Corporation requests to be added to the Debtor's Matrix in care of its counsel at the above address and further requests that all notices and papers provided pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the same.

> DICKINSON WRIGHT PLLC
>
> By: /s/ James A. Plemmons
>     James A. Plemmons (JAP-2284)
> Counsel for Visteon Corporation
> 500 Woodward Avenue, Suite 4000
> Detroit, Michigan 48226
> (313) 223-3500
> jplemmons2@dickinsonwright.com

Dated: June 1, 2009

DETROIT 26381-286 1114455v1