UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

| | |
|---|---|
| GENERAL MOTORS CORPORATION, | Chapter 11 |
| | Case No. 09-50026-reg |
| Debtor. | Hon. Robert E. Gerber |

_____

## NOTICE OF APPEARANCE;
## REQUEST TO BE ADDED TO MATRIX; AND
## FEDERAL BANKRUPTCY PROCEDURE 2002(i) REQUEST

PLEASE TAKE NOTICE that Visteon Corporation shall appear through its counsel, Dickinson Wright PLLC, and requests that all notice given and required to be given in this case and all papers served and required to be served be given to and served upon the undersigned at the following address and telephone number:

> Michael C. Hammer, Esq.
> Dickinson Wright PLLC
> 301 E. Liberty, Suite 500
> Ann Arbor, Michigan 48104
> (734) 623-7075

PLEASE TAKE FURTHER NOTICE that Visteon Corporation requests to be added to the Debtor's Matrix in care of its counsel at the above address and further requests that all notices and papers provided pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the same.

> DICKINSON WRIGHT PLLC
>
> By: /s/ Michael C. Hammer
>     Michael C. Hammer (MCH-9232)
> Counsel for Visteon Corporation
> 301 E. Liberty, Suite 500
> Ann Arbor, Michigan 48104
> (734) 623-7075
> mchammer3@dickinsonwright.com

Dated: June 1, 2009