UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,                     Chapter 11
                                                Case No. 09-50026-reg
                           Debtor.              Hon. Robert E. Gerber
_____

# CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2009, I electronically filed **Notice of Appearance; Request to be Added to Matrix; and Federal Bankruptcy Procedure 2002(i) Request** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- David J. Baldwin    dbaldwin@potteranderson.com, bankruptcy@potteranderson.com
- Elizabeth Banda    kwilliams@pbfcm.com
- Theresa V. Brown-Edwards    bankruptcy@potteranderson.com
- Mark Edwin Browning    BK-MBROWNING@OAG.STATE.TX.US, sherri.simpson@oag.state.tx.us
- Andrew P. Brozman    andrew.brozman@cliffordchance.com
- Dawn R. Copley    dcopley@dickinsonwright.com,dnavin@dickinsonwright.com
- Trent P. Cornell    tcornell@stahlcowen.com
- Peter D'Apice    dapice@sbep-law.com
- Alyssa Englund    aenglund@orrick.com
- Kerry M Ewald    kewald@dickinsonwright.com
- Deborah L. Fish    dfish@allardfishpc.com
- Victoria D. Garry    vgarry@ag.state.oh.us
- Steven A. Ginther    sdnyecf@dor.mo.gov
- Michael C. Hammer    mchammer3@dickinsonwright.com

- Suzanne Hepner    shepner@lrbpc.com, ecarder@lrbpc.com;jcahn@lrbpc.com;rbarbur@lrbpc.com;scameron@lrbpc.com;psherer@lrbpc.com

- John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

- Adam H. Isenberg    aisenberg@saul.com

- Stephen Karotkin    theodore.tsekerides@weil.com;Shai.Waisman@weil.com;Rachel.albanese@weil.com;michele.meises@weil.com;philip.weintraub@weil.com;ilusion.rodriguez@weil.com;sara.gerstein@weil.com;mark.ribaudo@weil.com;david.rivera@weil.com

- Thomas M. Kennedy    tkennedy@kjmlabor.com

- Deborah Kovsky-Apap    kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

- Larry A. Levick    levick@singerlevick.com, croote@singerlevick.com;ckirkland@singerlevick.com

- David T. Lin    dlin@seyburn.com

- Kayalyn A. Marafioti    kmarafio@skadden.com

- Richard W. Martinez    Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com

- Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com

- Ingrid S. Palermo    ipalermo@hselaw.com

- James A. Plemmons    jplemmons2@dickinsonwright.com

- Michael Reed    danielle.goff@mvbalaw.com

- Paul J. Ricotta    pricotta@mintz.com

- Thomas J. Schank    tomschank@hunterschank.com, mcraig@hunterschank.com

- Matthew L. Schwartz    matthew.schwartz@usdoj.gov

- Leslie Stein    lstein@seyburn.com, seccles@seyburn.com

- James M. Sullivan    sullivan.james@arentfox.com, constantino.nova@arentfox.com

- Colleen M. Sweeney    csweeney@dickinsonwright.com

- Gordon J. Toering    gtoering@wnj.com

- Scott A. Wolfson    wolfson@bsplaw.com, recchia@bsplaw.com;stepp@bsplaw.com;bolton@bsplaw.com;kochis@bsplaw.com

- Cynthia Woodruff-Neer    cwoodruff-neer@alpine-usa.com

- Doron Yitzchaki    dyitzchaki@dickinsonwright.com

/s/ Michael C. Hammer
Michael C. Hammer (MCH - 9232)
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, Michigan 48104
Phone: (734) 623-7075
mchammer3@dickinsonwright.com

DETROIT 26381-286 1114458v1