IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

|  |  |
|---|---|
| IN RE:<br><br>GENERAL MOTORS CORPORATION<br><br>Debtor | ) In Proceedings for a Reorganization<br>) Under Chapter 11<br>)<br>) Case No. 09-50026-reg<br>)<br>) Honorable Robert E. Gerber<br>)<br>) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that, pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002(j)(4), 3017(d), 9007, and 9010(b), Kelley & Ferraro, LLP, hereby enters its appearance on behalf of all asbestos tort claimants represented by Kelley & Ferraro, LLP with a claim against the Debtor herein. Kelley & Ferraro, LLP requests on behalf of these asbestos tort claimants that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the undersigned attorneys at the address and telephone number set forth below:

Thomas M. Wilson, Esq.
Kelley & Ferraro, L.L.P.
2200 Key Tower
127 Public Square
Cleveland, Ohio 44114
(216) 575-0777
Fax: (216) 575-0799

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitations, any notices, orders, applications, motions, petitions, pleadings, requests, complaints or demands, and any other document brought before

the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

Respectfully submitted this 1st day of June 2009.

                        KELLEY & FERRARO, LLP

                        By    /s/ Thomas M. Wilson
                              Thomas M. Wilson
                              2200 Key Tower
                              127 Public Square
                              Cleveland, Ohio 44114
                              (216) 575-0777
                              Fax: (216) 575-0799

## **CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing Notice of Appearance and Request for Service of Papers was electronically filed via CM/ECF and thereby served upon all counsel of record on June 1, 2009.

                                              Electronically Filed
                                              Thomas M. Wilson