Cynthia Woodruff-Neer
ALPINE ELECTRONICS OF AMERICA, INC.
19145 Gramercy Place
Torrance, California 90501-1162
Telephone: 310-783-7043
Facsimile: 310-618-7043

General Counsel and Attorney for Creditor
ALPINE ELECTRONICS OF AMERICA, INC.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORPORATION, *et al.* | Chapter 11 |
| Debtors. | Honorable Robert E. Gerber |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Cynthia Woodruff-Neer, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent creditor Alpine Electronics of America, Inc. in the above referenced bankruptcy proceeding.

I certify that I am a member in good standing of the bar in the State of California.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 1, 2009              Respectfully submitted,

By:/s/ Cynthia Woodruff-Neer
    Cynthia Woodruff-Neer (CW-3334)
    Counsel for
    ALPINE ELECTRONICS OF
    AMERICA, INC.

-1-

# PROOF OF SERVICE BY MAIL

# LOS ANGELES COUNTY

# STATE OF CALIFORNIA

I, Alan Akin declare:

I am a citizen of the United States, a resident of Los Angeles County, and am over 18 years of age. My business/residence address is 19145 Gramercy Place, Torrance, California 90501, California. On June 1, 2009, I served a copy of the attached **MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE** in this action by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Torrance, California, addressed as follows:

| **Debtors/ Counsel:** | **U.S. Trustee:** |
|---|---|
| Stephen Karotkin, on behalf of Debtor General Motors Corporation Wiel. Gotshal & Manges LLP 767 Fifth Avenue New York, New York 10004 | Office of the U.S. Trustee Southern District of New York 33 Whitehall Street New York. New York 10004 |

I declare, under penalty of perjury, that the foregoing is true and correct.

Date: June 1, 2009      /s/M. Alan Akin
                        M. Alan Akin
                        Assistant General Counsel
                        Alpine Electronics of America, Inc.
                        19145 Gramercy Place
                        Torrance, CA 90501

Cynthia Woodruff-Neer
ALPINE ELECTRONICS OF AMERICA, INC.
19145 Gramercy Place
Torrance, California 90501-1162
Telephone: 310-783-7043
Facsimile: 310-618-7043

General Counsel and Attorney for Creditor
ALPINE ELECTRONICS OF AMERICA, INC.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORPORATION, *et al.* | Chapter 11 |
| Debtors. | Honorable Robert E. Gerber |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Cynthia Woodruff-Neer to be admitted, *pro hac vice*, before the Honorable Robert E. Gerber, to represent creditor Alpine Electronics of America, Inc. ("Alpine") in the above referenced bankruptcy proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California, it is hereby:

**ORDERED**, that Cynthia Woodruff-Neer, Esq., is admitted to practice, *pro hac vice*, in the above referenced bankruptcy proceeding to represent Alpine, in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated:_____

New York, New York

By:/s/_____

UNITED STATES BANKRUPTCY JUDGE

-1-