ROBERT B. WEISS, ESQ.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7596
Facsimile: (313) 465-7597
rweiss@honigman.com

*Proposed Special Counsel to the Debtors and Debtors-In-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| **GENERAL MOTORS CORPORATION,** *et al.*, | Case No. 09-50026 (Jointly Administered) |
| Debtors. | Hon. Robert E. Gerber |

### NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND REQUEST TO BE ADDED TO DEBTORS' MATRIX

Please take notice that Honigman Miller Schwartz and Cohn LLP ("Honigman") hereby appears in the above-captioned case as proposed special counsel for General Motors Corporation and certain of its wholly-owned direct and indirect subsidiaries, as debtors and debtors-in-possession and requests that any and all notices given or required to be given in the above-captioned case, and all papers served or required to be served in the case, be served upon the following attorneys, and that Honigman be added to the mailing matrix on file with the Clerk of the Bankruptcy Court:

> Robert B. Weiss, Esq.
> Honigman Miller Schwartz and Cohn LLP
> 2290 First National Building
> 660 Woodward Avenue
> Detroit, MI 48226
> Telephone: (313) 465-7596
> Facsimile: (313) 465-7597
> Email: rweiss@honigman.com

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Proposed Special Counsel to the Debtors and
Debtors-In-Possession

Dated: June 1, 2009     By: /s/ Robert B. Weiss
             Robert B. Weiss (MI Bar P28249)
             2290 First National Building
             660 Woodward Avenue
             Detroit, MI  48226
             Telephone:  (313) 465-7596
             Facsimile:  (313) 465-7597
             Email:  rweiss@honigman.com

DETROIT.3688936.1