Andrew N. Rosenberg
Brian S. Hermann
Margaret A. Phillips
Matthew R. Scheck
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Counsel to the Informal Group of
Holders of General Motors Unsecured Notes

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                        :   Chapter 11
                                                             :
GENERAL MOTORS CORP., *et al.*,                              :   Case No. 09- 50026 (REG)
                                                             :
                                                             :   (Jointly Administered)
                                                             :
                                    Debtors.                 :
                                                             x
------------------------------------------------------------

### VERIFIED STATEMENT OF
### PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
### PURSUANT TO BANKRUPTCY RULE 2019

Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss") represents the creditors and parties in interest identified below. Andrew N. Rosenberg, a member of the firm, on behalf of Paul Weiss, pursuant to Federal Rule of Bankruptcy Procedure 2019, makes the following representations in connection with this Verified Statement:

1. Paul Weiss represents the following parties in interest in their capacities as members of an informal group of holders of certain unsecured notes issued by General Motors (the "Unsecured Notes"), or as managers or advisors to such holders, (collectively, the "Informal Noteholder Group"):

| | |
|---|---|
| Franklin Templeton Investments,<br>on behalf of certain Funds and Accounts<br>One Franklin Parkway<br>San Mateo, California 94403 | Marathon Asset Management,<br>on behalf of certain Funds and Accounts<br>One Bryant Park, 38th Floor<br>New York, New York 10036 |
| JMG Capital Management, LLC<br>on behalf of certain Funds and Accounts<br>11601 Wilshire Blvd., Suite 2180<br>Los Angeles, CA 90025 | Eastbourne Capital Management, LLC,<br>on behalf of certain Funds and Accounts<br>1101 Fifth Avenue, Suite 370<br>San Rafael CA 94901 |

2.    The individual members of the Informal Noteholder Group collectively hold approximately $1.6 billion of the Unsecured Notes. Each of the members of the Informal Noteholder Group was a member of the larger Ad-Hoc GM Noteholders Group, which was formed in December 2008.

3.    The Informal Noteholder Group has retained Paul Weiss to represent their respective interests in connection with the above-captioned cases.

4.    Upon information and belief formed after due inquiry, Paul Weiss does not hold any claims against or equity interests in the Debtors.

I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
June 1, 2009

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Andrew N. Rosenberg
Andrew N. Rosenberg
(arosenberg@paulweiss.com)
Brian S. Hermann
(bhermann@paulweiss.com)
Margaret A. Phillips
(mphillips@paulweiss.com)
Matthew R. Scheck
(mscheck@paulweiss.com)

1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Counsel to the Informal Group of Holders of General Motors Unsecured Notes