IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                      :     Chapter 11
                                                            :
**GENERAL MOTORS CORPORATION**                              :
                                                            :     Case No. 09-50026 (REG)
         Debtor.                                            :
                                                            :     Jointly Administered
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, R. Stephen McNeill, a member in good standing of the bar in the State of Delaware, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Norfolk Southern Corporation and Norfolk Southern Railway in the above referenced bankruptcy proceeding.

Mailing address: Potter Anderson & Corroon LLP, 1313 North Market Street, Wilmington, DE 19801

E-mail address: rmcneill@potteranderson.com; telephone number is 302-984-6171.

The filing fee of $25 has been submitted with this motion for *pro hac vice* admission.

Dated: June 1, 2009

                                          _____
                                                    R. Stephen McNeill

---

## ORDER

**ORDERED,**
that R. Stephen McNeill, Esq., is admitted to practice, pro hac vice, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
         New York, New York
                              /s/_____
                                 UNITED STATES BANKRUPTCY JUDGE

PAC 918271v.1