JOSEPH R. SGROI, ESQ.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI  48226
Telephone:  (313) 465-7570
Facsimile:  (313) 465-7571
jsgroi@honigman.com

*Proposed Special Counsel to the Debtors and Debtors-In-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| **GENERAL MOTORS CORPORATION,** *et al.***,** | Case No. 09-50026 (Jointly Administered) |
| Debtors. | Hon. Robert E. Gerber |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF
PAPERS, AND REQUEST TO BE ADDED TO DEBTORS' MATRIX**

Please take notice that Honigman Miller Schwartz and Cohn LLP ("Honigman") hereby appears in the above-captioned case as proposed special counsel for General Motors Corporation and certain of its wholly-owned direct and indirect subsidiaries, as debtors and debtors-in-possession and requests that any and all notices given or required to be given in the above-captioned case, and all papers served or required to be served in the case, be served upon the following attorneys, and that Honigman be added to the mailing matrix on file with the Clerk of the Bankruptcy Court:

> Joseph R. Sgroi, Esq.
> Honigman Miller Schwartz and Cohn LLP
> 2290 First National Building
> 660 Woodward Avenue
> Detroit, MI  48226
> Telephone:  (313) 465-7570
> Facsimile:  (313) 465-7571
> Email:  jsgroi@honigman.com

                    Respectfully submitted,

                    HONIGMAN MILLER SCHWARTZ AND COHN LLP
                    Proposed Special Counsel to the Debtors and
                    Debtors-In-Possession

Dated: June 1, 2009        By: /s/ Joseph R. Sgroi
                                       Joseph R. Sgroi (MI Bar P68666)
                              2290 First National Building
                              660 Woodward Avenue
                              Detroit, MI 48226
                              Telephone: (313) 465-7570
                              Facsimile: (313) 465-7571
                              Email: jsgroi@honigman.com

DETROIT.3689042.1