DICONZA LAW, P.C.
630 Third Avenue, Seventh Floor
New York, New York 10017
Tel: 212-682-4940
Fax: 212-682-4942
Attn: Gerard DiConza

*Bankruptcy Counsel for ARCADIS U.S., INC.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                    :
In re:                                       :    Chapter 11
                                               :
GENERAL MOTORS CORPORATION, *et al.*,  :    Case No. 09-50026 (REG)
                                             :
                            Debtors.          :
------------------------------------------------------------ x

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF PAPERS AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE that DiConza Law, P.C. appears on behalf of ARCADIS U.S., INC. ("ARCADIS") and, pursuant to Rules 2002, 9007, 9010(b) and 9013 of the Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), requests that all notices given or required in the above-captioned cases, and all documents, and all other papers served in these cases, be given to and served upon:

| DiConza Law, P.C. | ARCADIS U.S., INC. |
|---|---|
| 630 Third Avenue, 7th Floor | 630 Plaza Drive, Suite 100 |
| New York, New York 10017 | Highlands Ranch, Colorado 80129 |
| Attn: Gerard DiConza, Esq. | Attn: Liesl Spangler, Associate Counsel |
| E-Mail: gdiconza@dlawpc.com | E-mail: Elizabeth.Spangler@arcadis-us.com |

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the above-captioned Debtors or their property.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which ARCADIS is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York
       June 1, 2009

DICONZA LAW, P.C.

By: /s/ Gerard DiConza
Gerard DiConza
630 Third Avenue, 7th Floor
New York, New York 10017
Tel: (212) 682-4940
Fax: (212) 682-4942
Email: gdiconza@dlawpc.com