DICONZA LAW, P.C.
630 Third Avenue, Seventh Floor
New York, New York 10017
Tel: 212-682-4940
Fax: 212-682-4942
Attn: Gerard DiConza

*Bankruptcy Counsel for ARCADIS U.S., INC.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
                                       :
In re:                                :   Chapter 11
                                       :
GENERAL MOTORS CORPORATION, *et al.*,  :   Case No. 09-50026 (REG)
                                       :
                                       :
                    Debtors.      :
-------------------------------------------------------- x

## CERTIFICATE OF SERVICE

      The undersigned, being duly admitted in New York State and to practice before the District Court for the Southern District of New York, hereby certifies that, on June 1, 2009, a true and correct copy of the Notice of Appearance and Request for Service of Papers and Reservation of Rights was served by first class mail, postage prepaid, on the parties on the attached service list.

Dated: New York, New York
       June 1, 2009

                                                        /s/ Gerard DiConza
                                                        Gerard DiConza

## SERVICE LIST

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Harvey R. Miller, Esq.
            Stephen Karotkin, Esq.
            Joseph H. Smolinsky, Esq.


Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Diana Adams, Esq.