GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
Douglas B. Rosner (DR-5690)
Gregory O. Kaden (GK-9610)
Counsel to 767 Fifth Partners LLC and
BP/CGCenter I LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
GENERAL MOTORS CORPORATION, *et al.*                :    Case No. 09-50026 (REG)
                                                    :
                              Debtors.              :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned appear as attorneys for and on behalf of **767 Fifth Partners LLC** and **BP/CGCenter I LLC**, and request that they be placed on the service list, and, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, demand that all orders, pleadings, notices, motions, and all other documents and papers filed in connection with this case, be served upon the undersigned at the office address set forth below.

Dated: June 1, 2009

                                         /s/ Gregory O. Kaden
                                         Gregory O. Kaden, Esq. (GK-9610)
                                         GOULSTON & STORRS, P.C.
                                         400 Atlantic Avenue
                                         Boston, MA  02110-3333
                                         Tel:  (617) 482-1776
                                         Fax:  (617) 574-4112

GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
Douglas B. Rosner (DR-5690)
Gregory O. Kaden (GK-9610)
Counsel to 767 Fifth Partners LLC and
BP/CGCenter I LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                       :    Chapter 11
                                             :
GENERAL MOTORS CORPORATION, *et al.*         :    Case No. 09-50026 (REG)
                                             :
                              Debtors.       :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Gregory O. Kaden, hereby certify that on this 1st day of June, 2009, I caused to be served a copy of the ***Notice of Appearance and Demand for Service of Papers*** on the parties set forth on the attached Service List via the Court's ECF system.

/s/ Gregory O. Kaden
Gregory O. Kaden, Esq. (GK-9610)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333
Tel:  (617) 482-1776
Fax:  (617) 574-4112

GSDOCS\1917149

Service List

| Stephen Karotkin, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>*Counsel to the Debtors* | Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
|---|---|