UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

GENERAL MOTORS CORP., et al.,

Debtors.

Case No. 09-50026(REG)
(Jointly Administered)

Chapter 11
-----------------------------------------------------------x

# **MOTION FOR ADMISSION, *PRO HAC VICE***

TO THE HONORABLE ROBERT GERBER
UNITED STATES BANKRUPTCY JUDGE:

I, Ryan D. Heilman, a member in good standing of the bar of the state of Michigan and the United States District Court for the Eastern District of Michigan, the Western District of Michigan and the Sixth Circuit Court of Appeals, request admission, *pro hac vice*, before this Court, to represent Hirotec America ("Hirotec") and certain of Hirotec's affiliates in the above-captioned jointly administered cases, and in any related adversary proceedings.

| | |
|---|---|
| My address is: | Schafer and Weiner, PLLC |
| | 40950 Woodward Avenue, Suite 100 |
| | Bloomfield Hills, MI 48304 |
| Telephone: | (248) 540-3340. |
| Email Address: | rheilman@schaferandweiner.com |

I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Dated:  Bloomfield Hills, MI
        June 1, 2009

    /s/Ryan D. Heilman
Ryan D. Heilman

{00213452}