ROBINSON BROG LEINWAND
  GREENE GENOVESE & GLUCK, P.C.
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 603-6300
Facsimile: (212) 956-2164
*Russell P. McRory*
*Fred B. Ringel*
*A. Mitchell Greene*
*Robert R. Leinwand*
*Robert M. Sasloff*

*Attorneys for Saturn of Hempstead, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                             :
In re                                        :    Chapter 11
                                             :
General Motors Corporation, et.al            :    Case No. 09-50026 (REG)
                                             :
                    Debtors.                 :    (Jointly Administered)
                                             :
------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Robinson Brog Leinwand Greene Genovese & Gluck P.C. hereby appears as counsel for Saturn of Hempstead, Inc. ("Saturn of Hempstead") in this action and request, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and Section 1109(b) of chapter 11 of title 11 of the United States Code, that all papers served or required to be served in connection therewith, be given and served upon:

      Russell P. McRory, Esq.
      Robinson Brog Leinwand Greene Genovese & Gluck P.C.
      1345 Avenue of the Americas
      New York, New York 10105
      Telephone: (212) 603-6300
      Facsimile: (212) 956-2164
      Email:     rpm@robinsonbrog.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in this case whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the Bankruptcy Court over their respective affiliates.  Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of Saturn of Hempstead' substantive or procedural rights, including without limitation:  (i) Saturn of Hempstead' right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) Saturn of Hempstead's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) Saturn of Hempstead's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions defenses, set-offs or recoupments, all of which Saturn of Hempstead expressly reserves.

Dated: June 1, 2009
      New York, New York

                                         **ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.**

By:   /s/ Russell P. McRory
       Russell P. McRory.
       *Fred B. Ringel*
       *A. Mitchell Greene*
       *Robert R. Leinwand*
       *Robert M. Sasloff*
       1345 Avenue of the Americas
       New York, New York  10105
       Telephone:  (212) 603-6328
       Facsimile:  (212) 956-2164
       *Attorneys for Saturn of Hempstead, Inc.*