Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re**                                    :    **Chapter 11 Case No.**
:
**GENERAL MOTORS CORP.**, *et al.*,          :    09-_____ (___)
:
            Debtors.                         :    **(Jointly Administered)**
:
------------------------------------------------------------x

**MOTION PURSUANT TO RULE 2090-1(b) OF
THE LOCAL RULES OF THE UNITED STATES
DISTRICT COURT FOR THE SOUTHERN DISTRICT
OF NEW YORK FOR ADMISSION PRO HAC VICE**

Joseph H. Smolinsky ("Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States District Court for the Southern District of New York, and a member of Weil, Gotshal & Manges LLP, hereby moves the Court to enter an order permitting Tricia A. Sherick, a member of Honigman Miller Schwartz and Cohn LLP, to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York to represent General Motors Corporation ("GM") and certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the

"<u>Debtors</u>"), pursuant to Local Rule 2090-1(b) of the United States District Court for the Southern District of New York.  In support of the Motion, Movant states as follows:

1. Ms. Sherick is a member in good standing of the Bar of the State of Michigan, and admitted to practice before the United States District Court for the Eastern District of Michigan and the United States District Court for the Western District of Michigan.  There are no disciplinary proceedings pending in any court against her.

2. In support of the relief requested in this Motion, attached as <u>Exhibit A</u> is a certificate pursuant to Local Rule 2090-1(b) of the United States District Court for the Southern District of New York.

3. Movant requests that this Court approve this Motion so that Ms. Sherick may file pleadings and appear and be heard at hearings in these chapter 11 cases.

4. No previous request for the relief sought herein has been made to this or any other Court.

WHEREFORE Movant respectfully requests that the Court enter an Order permitting Tricia A. Sherick to appear *pro hac vice* in association with the Movant as counsel to the Debtors in these chapter 11 cases and granting such other and further relief as is just.

Dated: New York, New York
June 1, 2009

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**

I certify that I am eligible for admission to this Court, am admitted to practice in the jurisdictions specified in the Motion, and am in good standing in such jurisdictions; I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of these chapter 11 cases, pursuant to Local Rule 2090-1(b) of the District Court for the Southern District of New York; and I have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such Rules.

Dated: June 1, 2009
       Detroit, Michigan

                                /s/ Tricia A. Sherick
                                Tricia A. Sherick, Esq.
                                HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                2290 First National Building
                                660 Woodward Avenue
                                Detroit, MI  48226-3506
                                Telephone: (313) 465-7662
                                Facsimile: (313) 465-7663
                                Email: tsherick@honigman.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
In re                                                      :     Chapter 11 Case No.
:
**GENERAL MOTORS CORP.,** *et al.***,**         :     09-_____ (___)
:
                                      Debtors.       :     (Jointly Administered)
:
-----------------------------------------------------------------x

### ORDER GRANTING MOTION PURSUANT TO RULE 2090-1(b) OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK FOR ADMISSION PRO HAC VICE

Upon consideration of the Motion Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York For Admission Pro Hac Vice (the "Motion"), seeking admission *pro hac vice* of Tricia A. Sherick to represent General Motors Corporation ("GM") and certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), before the United States Bankruptcy Court for the Southern District of New York, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and upon the Motion and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing thereof, it is

ORDERED that Tricia A. Sherick is permitted to appear *pro hac vice* as counsel to the Debtors in the above-captioned chapter 11 cases, subject to the payment of the filing fee.

Dated: June ___, 2009
      New York, New York

                                                   _____
                                                   UNITED STATES BANKRUPTCY JUDGE