**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP, et al., | Case No.: 09-50026 |
| Debtors. | (*Joint Administration Pending*) |

----------------------------------------------------------x

## ORDER

**ORDERED**, that Thomas R. Fawkes, Esq., is admitted to practice, ***pro hac vice***, in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the required filing fee.

Dated: _____
      New York , New York

                                   /s/_____
                                       UNITED STATES BANKRUPTCY JUDGE