John R. McDonald
**BRIGGS AND MORGAN P.A.**
2200 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 977-8754
Facsimile: (612) 977-8650
Email: JMcDonald@Briggs.com
*Attorneys for Factory Motor Parts Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
In re:                                                        :
                                                              :   Chapter 11
GENERAL MOTORS CORPORATION, *et al.*,                         :
                                                              :   Case No. 09-B-50026-reg
                                         Debtors.             :
-------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, John R. McDonald, request admission ***pro hac vice***, before this Bankruptcy Court, to represent Factory Motor Parts Company, a creditor and party in interest in the above-referenced case.

I certify that I am a member in good standing of the bar of the State of Minnesota and the bar of the U.S. District Court for the District of Minnesota.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: Minneapolis, Minnesota
       June 1, 2009

                                              **BRIGGS AND MORGAN**
                                              *Attorneys for Factory Motor Parts Company*

                                              By: /s/ John R. McDonald
                                              John R. McDonald
                                              Briggs and Morgan P.A.
                                              2200 IDS Center, 80 South 8th Street
                                              Minneapolis, MN 55402
                                              Telephone: (612) 977-8754
                                              Facsimile: (612) 977-8650
                                              Email: JMcDonald@Briggs.com

# CERTIFICATE OF SERVICE

I certify that on June 1, 2009, this office caused the **MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE* of John R. McDonald to be electronically filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York. I further certify that copies of the Motion were also served upon all parties in interest via electronic notice.

Dated: June 1, 2009
       New York, New York

                                            **BECKER, GLYNN, MELAMED & MUFFLY LLP**
*Attorneys for Factory Motor Parts Company*

By: /s/ Chester B Salomon
Chester B Salomon (CS-2319)
299 Park Avenue
New York, New York 10171
Tel: (212) 888-3033
Fax: (212) 888-0255
Email: csalomon@beckerglynn.com