**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
In re:                                                                :
                                                                         :    Chapter 11
GENERAL MOTORS CORPORATION, *et al.*,      :
                                                                         :    Case No. 09-B-50026-reg
                                         Debtors.             :
-------------------------------------------------------------X

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of John R. McDonald to be admitted, ***pro hac vice***, to represent Factory Motor Parts Company, a creditor and party in interest in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Minnesota and the bar of the U.S. District Court for the District of Minnesota, it is hereby

**ORDERED**, that John R. McDonald, Esq. is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  New York, New York
            June __, 2009

_____
ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE