# **EXHIBIT A**

AFFINIA
DAVID OVERBEEKE, CEO
4400 PRIME PARKWAY
MCHENRY, IL 60050
EMAIL: david.overbeeke@affiniagroup.com
FAX: 815-759-7392

AK STEEL HOLDING CORP
ATTN: JIM WAINSCOTT CEO
9227 CENTRE POINTE DRIVE
WESTCHESTER, OH 0
EMAIL: jim.wainscott@aksteel.com
FAX: 513-425-5815

ALIX PARTNERS LLP
ATTN: MICHELLE CAMPBELL
300 N LASALLE STREET
CHICAGO, IL 60654
EMAIL: MCAMPBELL@ALIXPARTNERS.COM

ALPHA SA DE CV
ATTN: MANUEL RIVERA, PRESIDENT & CEO
AVE GOMEZ MORIN 1111
COL. CARRIZALEJO GARZA GARCIA
NL CP66254 MEXICO
EMAIL: manuel.rivera@nemak.com
FAX: 52 81 8748 1254

ALPHA SA DE CV
AVENIDA GÓMEZ MORÍN NO. 1111 SUR
COL. CARRIZALEJO
SAN PEDRO GARZA GARCÍA N.L. C.P. 66254 MX

AMERICAN AXLE & MFG HOLDINGS INC
ATTN: MR. RICHARD DAUCH, CO FOUNDER, CHAIRMAN
ONE DAUCH DRIVE
DETROIT, MI 0
EMAIL: suzanne.lees@aam.com
FAX: 313-758-4212

ARCELOR MITTAL
ATTN: LAKSHMI MITTAL, CEO
BERKLEY SQUARE HOUSE, 7TH FLOOR
LONDON, ENGLAND W1J6DA
EMAIL: akshmi.mittal@arcelormittal.com
FAX: 44 20 7629 7993

ARCELOR MITTAL
19, AVENUE DE LA LIBERTE
LUXEMBOURG, L-2930 LUXEMBOURG

AT&T CORP
RICHARD G LINDNER CFO
208 S. AKARD ST
DALLAS, TX 75202
EMAIL: diane.gibson@att.com
FAX: 214-746-2102

AVIS RENTAL CAR
ATTN: ROBERT SALERNO, PRESIDENT
6 SYLVAN WAY
PARSIPPANY, NJ 7054
EMAIL: robert.salerno@avisbudget.com
FAX: 212-413-1924

BANK OF NEW YORK MELLON
ONE WALL STREET
NEW YORK, NY 10286

BANK OF NEW YORK MELLON
ATTN: GREGORY KINDER
GLOBAL CORPORATE TRUST
101 BARCLAY, 7W
NEW YORK, NY 10286
FAX: 212-815-5595

BASF
DR. KURT BOCK, Chairman and CEO
100 CAMPUS DRIVE
FLORHAM PARK, NJ 7932
EMAIL: kurt.bock@basf.com
FAX: 973-245-6701

BRIDGESTONE CORP
ATTN: MR. SHOSHI ARAKAWA, CHAIRMAN
10-1 KYOBASHI 1-CHROME CHUOKU
TOKYO JAPAN 104
EMAIL: kato.sadaharu@bridgestone.com.jp
FAX: 81 3 3567 9816

BRIDGESTONE CORP
535 MARRIOT DRIVE
NASHVILLE, TN 37214

CAP GEMENI AMERICA INC
ATTN: THIERRY DELAPORTE, CFO
623 FIFTH AVENUE
33RD FL
NEW YORK, NY 10022
EMAIL: thierry.delaporte@capgemini.com
FAX: 212-314-8018

CHEMICO SYSTEMS
LEON C. RICHARDSON, PRESIDENT
10 W.HURON, SUITE 300
PONTIAC, MI 48342
EMAIL: lcrichardson@chemicosystems.com
FAX: 248 646 1464

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
EMAIL: dgottlieb@cgsh.com
FAX: 212-225-3999

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
EMAIL: rlincer@cgsh.com
FAX: 212-225-3999

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY 10006
EMAIL: bsusko@cgsh.com
FAX: 212-225-3999

**EXHIBIT A**

| | |
|---|---|
| COBASYS<br>MR. TOM NESLAGE, PRESIDENT & CEO<br>3740 LAPEER RD. SOUTH<br>ORION, MI 48359<br>EMAIL: tneslage@cobasys.com<br>FAX: 248-620-5781 | CONTINENTAL AG<br>ATTN:  MR. KARL-THOMAS NEUMANN<br>GUERICKESTRASSE 7<br>60488 FRANKFURT GERMANY<br>EMAIL: karl-thomas.neumann@continental-corporation.com<br>FAX: 49-69-7603-3800 |
| CONTINENTAL AG<br>VAHRENWALDER STR 9<br>D-30165 HANOVER GERMANY | CSX CORP<br>OSCAR MUNOZ CFO<br>500 WATER STREET, 15TH FLOOR<br>SPEED CODE C900<br>JACKSONVILLE, FL 0<br>EMAIL: omunoz@csx.com<br>FAX: 904-359-1859 |
| DANIEL W. SHERRICK, GENERAL COUNSEL<br>8000 EAST JEFFERSON AVE<br>DETROIT, MI 48214<br>FAX: 313-823-6016 | DELPHI CORP<br>ATTN: MR. RODNEY O'NEAL CHIEF EXECUTIVE OFFICER<br>5725 DELPHI DRIVE<br>TROY, MI 0<br>EMAIL: rodney.o.neal@delphi.com<br>FAX: 248-813-2560 |
| DENSO CORP<br>ATTN MR. HARUYA MARUYAMA, PRESIDENT & CEO<br>24777 DENSO DRIVE<br>SOUTHFIELD, MI 0<br>EMAIL: haruya.maruyama@denso-diam.com<br>FAX: 248-213-2474 | DEPARTMENT OF LABOR<br>ATTN: DEPUTY SOLICITOR OF LABOR<br>200 CONSTITUTION AVENUE, NW<br>WASHINGTON, DC 20201<br>EMAIL: contact-ocfo@dol.gov |
| DEPARTMENT OF THE TREASURY<br>ATTN: OFFICE OF GENERAL COUNSEL<br>1500 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20220<br>FAX: 202-622-6415 | DEUTSCHE BANK AG<br>ATTN: STUART HARDING<br>1 GREAT WINCHESTER ST<br>LONDON EC2N 2DB ENGLAND<br>FAX: 44-207-547-6149 |
| DOW AUTOMOTIVE<br>MR. PETER SYKES, PRESIDENT<br>2-2-24 HIGASHI-SHINAGAWA<br>SHINAGAWA-KU, TOKYO 140-8617<br> 0<br>Japan<br>EMAIL: PSykes@dow.com | DUPONT<br>ELLEN J. KULLMAN, CEO<br>1007 MARKET STREET<br>WILMINGTON, DL 19898<br>EMAIL: ellen.j.kullman@usa.dupont.com<br>FAX: (302) 773-0737 |
| DURA AUTOMOTIVE<br>TIM LEULIETTE, CHAIRMAN<br>2791 RESEARCH DRIVE<br>ROCHESTER HILLS, MI 0<br>EMAIL: tim@leuliettepartners.com<br>FAX: 248-299-7504 | DYNAMIC MANUFACTURING<br>MRS. MARY PARTIPILO, CEO<br>1930 N. MANNHEIM ROAD<br>MELROSE PARK, IL 60160<br>EMAIL: mpartipilo@dmimail.com<br>FAX: 708-343-0364 |
| ENTERPRISE RENT A CAR<br>ATTN: MR. GEORGE STUBBLEFILED, PRESIDENT<br>600 CORPORATE PARK DRIVE<br>ST. LOUIS, MO 63105<br>EMAIL: williamw.synder@erac.com<br>FAX: 314-512-4230 | ENTERPRISE RENT A CAR<br>6929 N LAKEWOOD AVE SUITE 100<br>TULSA, OK 74117 |
| EXXON MOBIL CORP<br>JAMES P. HENNESSY EM GLOBAL EXECUTIVE<br>3225 GALLOWS ROAD<br>FAIRFAX, VA 22037<br>FAX: 703-846-6903 | EXXON MOBIL CORP<br>5959 LAS COLINAS BOULEVARD<br>IRVING, TX 75039 |
| FLEX-N-GATE CORP<br>ATTN: MR SHAHID KHAN, CEO<br>1306 EAST UNIVERSITY<br>URBANA, IL 61802<br>EMAIL: srkhan@flex-n-gate.com<br>FAX: 217-278-2318 | FMR CORP<br>ROBERT J CHERSI CFO<br>82 DEVONSHIRE ST<br>BOSTON, MA 0<br>EMAIL: robert.chersi@fmr.com<br>FAX: 617-598-9449 |

**EXHIBIT A**

GENERAL PHYSICS CORP
1500 W BIG BEAVER RD
TROY, MI 48084

GENERAL PHYSICS CORP
ATTN: MS SHARON ESPOSITO
6095 MARSHALEE DR
SUITE 300
ELKRIDGE, MD 21075
EMAIL: SESPOSITO-MAYER@GPWORLD.COM
FAX: 410-540-5302

GOODYEAR TIRE & RUBBER CO
ROBERT KEEGAN CHAIRMAN, CEO & PRES
1144 E MARKET ST
AKRON, OH 0
EMAIL: susan.casaceli@goodyear.com
FAX: (330) 796-2108

HERTZ CORPORATION
ATTN: MS. ELYSE DOUGLAS CFO
225 BRAE BOULEVARD PARK
RIDGE, NJ 7656
EMAIL: e.douglas@hertz.com
FAX: 866-444-4763

HERTZ CORPORATION
14501 HERTZ QUAIL SPRINGS PARKWAY
OKLAHOMA CITY, OK 73134

HEWLETT PACKARD CO
3000 HANOVER ST
PALO ALTO, CA 94304

HEWLETT PACKARD CO
MIKE NEFKENS, VP
500 RENAISSANCE CENTER
MC:20A
DETROIT, MI 48243
EMAIL: mike.nefkens@eds.com
FAX: 313-230-5705

HEWLETT -PACKARF DEVELOPMENT COMPANY, L.P.
MIKE NEFKENS, VICE PRESIDENT
500 RENAISSANCE CENTER, MC:20A
DETROIT, MI 48243
EMAIL: mike.nefkens@eds.com
FAX: 313 230 5705

HITACHI LTD
ATTN MR. YASUHIKO HONDA CEO
AKIHABARA DAIBIRU BUILDING
18-13, SOTO-KANDA, 1-CHROME
CHIYODA-KU, TOKYO, JAPAN 101-8608
EMAIL: YASUHIKO.HONDA.TU@HITACHI.CO
FAX: 011 81 3 4564 3415

HITACHI LTD
955 WARWICK ROAD
PO BOX 510
HARRODSBURG, KY 40330

HSS/SAGINAW
MR. ERIC LARSON, COO
5446 DIXIE HIGHWAY
SAGINAW, MI 48601
EMAIL: elarson@hss-mms.com
FAX: 989 777 4818

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
290 BROADWAY
NEW YORK, NY 0
FAX: 212-436-1931

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
P.O. BOX 21126
PHILADELPHIA, PA 0
FAX: 215-516-2555

INTERNATIONAL AUTOMOTIVE COMPONENTS
JAMES KAMSICKAS, PRESIDENT AND CEO
5300 AUTO CLUB DRIVE
DEARBORN, MI 0
EMAIL: jkamsickas@iacna.com
FAX: 313-240-3270

INTERNATIONAL UNION OF ELECTRIC, SALARY, MACHINE AND FURNITURE WORKERS
JIM CLARK/ PETER MITCHELL
2701 DRYDEN ROAD
DAYTON, OH 45439
FAX: 937-298-6333

INTERNATIONAL UNION OF ELECTRIC, SALARY, MACHINE AND FURNITURE WORKERS
3461 OFFICE PARK DR
KETTERING, OH 45439
FAX: 937-298-6333

INTERPUBLIC GROUP OF COMPANIES INC
MR. MICHAEL ROTH, CEO
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 0
EMAIL: mroth@interpublic.com
FAX: 212-704-2270

JOHNSON CONTROLS INC
ATTN: MR. STEPHEN A. ROELL, CHAIRMAN
5757 N. GREEN BAY AVENUE
GLENDALE, WI 0
EMAIL: steve.roell@jci.com
FAX: 414-524-3000

JONES LANG LASALLE INC
ATTN: MR COLIN DRYER
200 EAST RANDOLPH DRIVE
CHICAGO, IL 60601
EMAIL: c.dryer@jll.com
FAX: 312-601-1000

JTEKT AUTOMOTIVE
MOTOHIKO YOKOYAMA, CEO
15TH FLOOR MIDLAND SQUARE, 4-7-1 MEIEKI
NAGOYA HEAD OFFICE
NAKAMURA-KU, NAGOYA, JAPAN, 450-8515
Japan
EMAIL: takaya_yamada@jtekt.co.jp

**EXHIBIT A**

| | |
|---|---|
| KEM KREST<br>AMISH SHAH. CEO<br>1919 SUPERIOR ST.<br>ELKHART, IN 46515 | KENNEDY, JENNIK & MURRAY P.C.<br>ATTN: SUSAN JENNICK, ESQ.<br>113 UNIVERSITY PLACE<br>NEW YORK, NY 10003 |
| KENNEDY, JENNIK & MURRAY P.C.<br>ATTN: THOMAS M KENNEDY, ESQ.<br>113 UNIVERSITY PLACE<br>NEW YORK, NY 10003 | KENNEDY, JENNIK & MURRAY P.C.<br>ATTN: LARRY MAGARIK, ESQ.<br>113 UNIVERSITY PLACE<br>NEW YORK, NY 10003 |
| LEAR CORP<br>MR. ROBERT ROSSITER<br>21557 TELEGRAPH ROAD<br>SOUTHFIELD, MI 0<br>EMAIL: brossiter@lear.com<br>FAX: 248-447-1524 | MAGNA INTERNATIONAL INC<br>ATTN: MR. DON WALKER, CEO<br>337 MAGNA DRIVE<br>AURORA, ON L4G 7K1 CANADA<br>CA<br>EMAIL: don.walker@magna.com<br>FAX: 905-726-2593 |
| MANDO CORP.<br>ATTN: ZUNG SU BYUN, CEO<br>343-1, MANHO-RE, POSEUNGMYON<br>PYONGTACK KYONGGI, SOUTH KOREA<br>EMAIL: ZSBYUN@MANDO.COM<br>FAX: 82-31-681-6921 | MANDO CORP.<br>4201 NORTHPARK DR<br>OPELIKA, AL 36801 |
| MANUFACTURERS EQUIPMENT & SUPPLY CO<br>GREG M GRUIZENGA, PRESIDENT<br>2401 LAPEER RD<br>FLINT, MI 0 | MARITZ INC<br>ATTN: MR.STEVE MARTIZ, CEO<br>1375 NORTH HIGHWAY DRIVE<br>FENTON, MO 0<br>EMAIL: steve.martiz@martiz.com<br>FAX: 636-827-2089 |
| MCCANN ERICKSON<br>ATTN: MR. GARY LEE, CFO<br>622 3RD AVENUE<br>NEW YORK, NY 10017<br>EMAIL: gary.lee@ccann.com<br>FAX: 646-865-8694 | MCCANN ERICKSON<br>238 11 AVENUE, SE<br>CALGARY, ALBERTA T2G 0X8 |
| MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: RICHARD S. TODER, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178<br>EMAIL: rtoder@morganlewis.com<br>FAX: 212-309-6001 | MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: ANDREW D GOTTFRIED, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178<br>EMAIL: agottfried@morganlewis.com<br>FAX: 212-309-6001 |
| NEW YORK CITY DEPT. OF FINANCE<br>ATTN: LEGAL AFFAIRS - DEVORA COHN<br>345 ADAMS ST- 3RD FLOOR<br>BROOKLYN, NY 11201<br>FAX: 718-403-3650 | NEW YORK STATE DEPT TAXATION & FINANCE<br>ATTN: BANKRUPTCY/SPECIAL PROC. SECT.<br>PO BOX 5300<br>ALBANY, NY 12205<br>FAX: 518-457-0617 |
| OFFICE OF THE ATTORNEY GENERAL<br>ANDREW M. CUOMO<br>120 BROADWAY<br>NEW YORK, NY 10271<br>FAX: 212-416-8369 | OFFICE OF THE UNITED STATES TRUSTEE<br>33 WHITEHALL STREET<br>21ST FLOOR<br>NEW YORK, NY 10004<br>FAX: 212-668-2255 |
| ORRICK HERRINGTON & SUTCLIFF LLP<br>ATTN: RICHARD H WYRON, ESQ.<br>COLUMBIA CENTER<br>1152 15TH STREET, N.W<br>WASHINGTON, DC 20005<br>EMAIL: rwyron@orrick.com<br>FAX: 202-339-8500 | ORRICK HERRINGTON & SUTCLIFF LLP<br>ATTN: ROGER FRANKEL, ESQ<br>COLUMBIA CENTER<br>1152 15TH STREET, N.W<br>WASHINGTON, DC 20005<br>EMAIL: rfrankel@orrick.com<br>FAX: 202-339-8500 |

# EXHIBIT A

| | |
|---|---|
| OTTERBOURG STEINDLER HOUSTON & ROSEN PC<br>ATTN: DANIEL WALLEN, ESQ, JONATHAN N. HELFAT, ESQ.<br>230 PARK AVENUE<br>NEW YORK, NY 10169<br>EMAIL: dwallen@oshr.com, jhelfat@oshr.com, ssoll@oshr.com<br>FAX: 212-682-6104 | PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>ANDREW N. ROSENBERG, ESQ.<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019<br>EMAIL: arosenberg@paulweiss.com<br>FAX: 212-492-0158 |
| PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K STREET, NW<br>WASHINGTON, DC<br>20005<br>EMAIL: (202) 326-4400<br>FAX: (202) 326-4122 | PENSKE LOGISTICS<br>MR. TERRY MILLER, CEO<br>PO BOX 563<br>READING, PA 19603<br>EMAIL: terry.miller@penske.com<br>FAX: 610-775-2449 |
| PPG INDUSTRIES INC.<br>MR. CHARLES E. BUNCH, CEO<br>ONE PPG PLACE<br>PITTSBURGH, PA 15272<br>EMAIL: bunch@ppg.com<br>FAX: 412-434-2134 | PUBLICIS GROUPE SA<br>MR. MAURICE LEVY CEO<br>133 AVENUE DES CHAMPS ELYSEES<br>PARIS 75008 FRANCE<br>EMAIL: maurice.levy@publicisgroupe.com<br>FAX: (33) 0(1) 44 43 75 50 |
| RANDSTAD<br>MS.LINDA GALIPEAU, PRESIDENT - NORTH AMERICA<br>2015 SOUTH PARK PLACE<br>ATLANTA, GA 30339<br>EMAIL: linda.galipeau@us.randstad.com<br>FAX: 514 350 0035 | RENCO GROUP INC, THE<br>1 ROCKEFELLER PLAZA, 29TH FLOOR<br>NEW YORK, NY 0 |
| RENCO GROUP INC, THE<br>MR. LON OFFENBACHER, PRESIDENT & CEO<br>1401 CROOKS ROAD<br>TROY, MI 48084<br>EMAIL: loffenbacher@intevaproducts.com<br>FAX: 248-655-8903 | ROBERT BOSCH<br>38000 HILLS TECH DRIVE<br>FARMINGTON HILLS, MI 0 |
| ROBERT BOSCH<br>ATTN: MR. FRANZ FEHRENBACH<br>ROBERT-BOSCH-PLATZ 1<br>70839 CERLINGEN-SCHILLERHOEHE, GER<br>FAX: 49(711)811-6454 | SECURITIES AND EXCHANGE COMMISSION<br>ATTN: ANDREW N. VOLLMER, ACTING GEN. COUNSEL<br>100 F STREET, ND<br>WASHINGTON, DC 0<br>FAX: 202-772-9263 |
| SECURITIES AND EXCHANGE COMMISSION<br>ATTN: MARK SCHONFELD, REGIONAL DIRECTOR<br>3 WORLD FINANCIAL CENTER<br>SUITE 400<br>NEW YORK, NY 0<br>FAX: 212-336-1322 | SEVERSTAL O A O<br>MR. GREGORY MASON CEO<br>4661 ROTUNDA DRIVE<br>PO BOX 1699<br>DEARBORN, MI 48120<br>EMAIL: gmason@severstlana.com<br>FAX: 313-337-9373 |
| SHIVELY BROTHERS<br>SCOTT SHIVELY, CEO<br>2919 S.GRAND TRAVERSE ST<br>FLINT, MI 48507<br>EMAIL: Scotts@shivelybros.com<br>FAX: 810 232 3219 | SIMPSON THACHER & BARTLETT LLP<br>ATTN: DAVID J. MACK, ESQ.<br>425 LEXINGTON AVENUE<br>NEW YORK, NY 10017<br>EMAIL: dmack@stblaw.com<br>FAX: 212-455-2502 |
| SIMPSON THACHER & BARTLETT LLP<br>ATTN: PETER V. PANTALEO, ESQ.<br>425 LEXINGTON AVENUE<br>NEW YORK, NY 10017<br>EMAIL: ppantaleo@stblaw.com<br>FAX: 212-455-2502 | STARCOM MEDIAVEST GROUP INC<br>LAURA DESMOND, CEO<br>35 W. WACKER DRIVE<br>CHICAGO, IL 0<br>EMAIL: laura.desmond@smvgroup.com<br>FAX: 312 220 6530 |
| STEMBER FEINSTEIN DOYLE AND PAYNE LLC<br>ELLEN M DOYLE, ESQ.<br>429 FORBES AVENUE<br>ALLEGHENY BUILDING , 17TH FL<br>PITTSBURGH, PA 15219<br>EMAIL: edoyle@stemberfeinstein.com<br>FAX: 412-281-1007 | STEMBER FEINSTEIN DOYLE AND PAYNE LLC<br>JOHN STEMBER, ESQ.<br>429 FORBES AVENUE<br>ALLEGHENY BUILDING , 17TH FL<br>PITTSBURGH, PA 15219<br>EMAIL: jstember@stemberfeinstein.com<br>FAX: 412-281-1007 |

# EXHIBIT A

| | |
|---|---|
| STEMBER FEINSTEIN DOYLE AND PAYNE LLC<br>EDWARD J FEINSTEIN, ESQ.<br>429 FORBES AVENUE<br>ALLEGHENY BUILDING , 17TH FL<br>PITTSBURGH, PA 15219<br>EMAIL: efeinstein@stemberfeinstein.com<br>FAX: 412-281-1007 | SUN CAPITAL PARTNERS INC.<br>ATTN: MR KEVIN CALHOUN CFO<br>5200 TOWN CENTER CIRCLE<br>SUITE 600<br>BOCA RATON, FL 33486<br>EMAIL: ealberto@suncappart.com<br>FAX: 561-394-0540 |
| TENNECO INC<br>GREGG SHERRILL, CHAIRMAN & CEO<br>500 NORTH FIELD DRIVE<br>LAKE FOREST, IL 0<br>EMAIL: gsherrill@tenneco.com<br>FAX: 847-482-5030 | THE GARDEN CITY GROUP INC<br>ATTN: KEN FREDA<br>105 MAXESS ROAD<br>MELVILLE, NY 11747<br>EMAIL: kenneth_freda@gardencitygroup.com<br>FAX: 631-940-6554 |
| TRW AUTOMOTIVE HOLDINGS CORP<br>12025 TECH CENTER DR<br>LIVONIA, MI 0 | TRW AUTOMOTIVE HOLDINGS CORP<br>ATTN: MR. JOHN PLANT PRESIDENT & CEO<br>12001 TECH CENTER DR<br>LIVONIA, MI 0<br>EMAIL: john.plant@trw.com<br>FAX: 734-855-2473 |
| U.S. TREASURY<br>ATTN:  MATTHEW FELDMAN, ESQ.<br>1500 PENNSYLVANIA AVENUE NW<br>ROOM 2312<br>WASHINGTON, DC 20220<br>EMAIL: matthew.feldman@do.treas.gov<br>FAX: 202-622-6415 | UNION PACIFIC CORP<br>ROBERT M KNIGHT, JR. CFO<br>1400 DOUGLAS STREET<br>OMAHA, NE 0<br>EMAIL: rmknight@up.com<br>FAX: 402-501-2121 |
| UNITED AUTO WORKERS<br>ATTN: MR RON GETTLEFINGER<br>8000 EAST JEFFERSON<br>DETROIT, MI 48214<br>FAX: 313-331-4957 | UNITED STATES ATTORNEYS OFFICE<br>ATTN: LEV DASSIN, USA<br>ONE ST. ANDREWS PLAZA<br>NEW YORK, NY 0<br>FAX: 212-637-2685 |
| UNITED STATES ATTORNEY'S OFFICE<br>ATTN: CLAIMS UNIT - ROOM 417<br>ONE ST. ANDREWS PLAZA<br>NEW YORK, NY 0<br>FAX: 212-637-2685 | UNITED STATES DEPT. OF JUSTICE<br>ATTN: ANTI-TRUST DIVISION<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 0<br>FAX: 202-307-6777 |
| UNITED STATES DEPT. OF JUSTICE<br>ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 0<br>FAX: 202-307-6777 | VALEO<br>MR. JACQUES ASCHENBROICH, CEO<br>43 RUE BAYEN<br>PARIS, FRANCE 75848<br>France<br>EMAIL: Christine.ossikian@valeo.com<br>FAX: 33-1-4055-2168 |
| VEDDER PRICE<br>MICHAEL SCHEIN, ESQ.<br>1633 BROADWAY<br>47TH FLOOR<br>NEW YORK, NY 10019<br>EMAIL: mschein@vedderprice.com<br>FAX: 212-407-7799 | VEDDER PRICE<br>MICHAEL EDELMAN, ESQ.<br>1633 BROADWAY<br>47TH FLOOR<br>NEW YORK, NY 10019<br>EMAIL: mjedelman@vedderprice.com<br>FAX: 212-407-7799 |
| VISTEON CORP<br>DONALD J STEBBINS, PRESIDENT AND CEO<br>ONE VILLAGE CENTER DRIVE<br>VAN BUREN TOWNSHIP, MI 0<br>EMAIL: dstebbin@visteon.com<br>FAX: 734-710-7402 | VOITH AG<br>2200 N. ROEMER RD<br>APPLETON, WI 0 |
| VOITH AG<br>DR. HUBERT LIENHARD, PRESIDENT & CEO<br>ST. POLTENER STRASSE 43,<br>HEIDENHEIM, D-89522, GERMANY<br> 0<br>EMAIL: hubert.lienhard@voith.com | VOITH AG<br>HARRY NEIMAN, CEO<br>9395 KENWOOD RD SUITE 200<br>CINCINNATI, OH 45242<br>EMAIL: hneiman@voith.com<br>FAX: 513 731 3659 |

## **EXHIBIT A**

| | |
|---|---|
| WARBURG E M PINCUS & CO INC<br>466 LEXINGTON AVE<br>NEW YORK, NY 0<br>FAX: (212) 878-9351 | WEIL, GOTSHAL & MANGES LLP<br>ATTN: HARVEY R. MILLER, ESQ.<br>767 FIFTH AVE<br>NEW YORK, NY 10153<br>EMAIL: harvey.miller@weil.com<br>FAX: 212-310-8007 |
| WEIL, GOTSHAL & MANGES LLP<br>ATTN: JOSEPH H. SMOLINSKY, ESQ.<br>767 FIFTH AVE<br>NEW YORK, NY 10153<br>EMAIL: joseph.smolinsky@weil.com<br>FAX: 212-310-8007 | WEIL, GOTSHAL & MANGES LLP<br>ATTN: STEPHEN KAROTKIN, ESQ.<br>767 FIFTH AVE<br>NEW YORK, NY 10153<br>EMAIL: stephen.karotkin@weil.com<br>FAX: 212-310-8007 |
| WILMINGTON TRUST<br>MR. GEOFFREY J LEWIS<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET ST<br>WILMINGTON, DE 0<br>FAX: 302-636-4145 | YAZAKI CORP<br>ATTN: GEORGE PERRY, PRES AND CEO<br>6801 HAGGERTY ROAD, 48E<br>CANTON, MI 0<br>EMAIL: george.perry@us.yazaki.com<br>FAX: 734-983-5197 |