**EXHIBIT B**

# EXHIBIT B

BANK OF AMERICA, N.A. (CHICAGO)
ATTN: MASTENEH MASGHATI
540 W. MADISON
CHICAGO, IL 60661
EMAIL: mastaneh.masghati@bankofamerica.com
FAX: 312 453 2455

BANK OF AMERICA, N.A. (TENNESSEE)
ATTN: MASTENEH MASGHATI
540 W. MADISON
CHICAGO, IL 60661
EMAIL: mastaneh.masghati@bankofamerica.com
FAX: 312 453 2455

BANK OF CHINA
ATTN: DAVID HOANG
410 MADISON AVENUE
NEW YORK, NY 0
EMAIL: dhoang@bocusa.com
FAX: 212 688 0919

BANK OF NEW YORK MELLON
ATTN: BOB LADLEY
500 ROSS STREET
MELLON CLIENT SERVICE CENTER
SUITE 1360
PITTSBURGH, PA 15262-0001
EMAIL: robert.ladley@bnymellon.com
FAX: 412 236 0485

BEAR STEARNS (JPMORGAN)
ATTN: ROBERT REIMERS
115 SOUTH JEFFERSON RD - D4
WHIPPANY, NJ 0
EMAIL: rreimers@bear.com
FAX: 973-463-5096

CITIBANK - CARACAS, VEN
ATTN: SARAH TERNER
388 GREENWICH STREET
22ND FLOOR
NEW YORK, NY 10013
EMAIL: sarah.terner@citigroup.com
FAX: 212 816 5702

CITIBANK, N.A. (NEW YORK)
ATTN: SARAH TERNER
388 GREENWICH STREET
22ND FLOOR
NEW YORK, NY 10013
EMAIL: sarah.terner@citigroup.com
FAX: 212 816 5702

CITIZENS BANK
ATTN: KAREN VANCE
328 SOUTH SAGINAW STREET
FLINT, MI 0-2401

COMERICA BANK
ATTN: THOMAS VANDERMULEN
500 WOODWARD AVENUE
DETROIT, MI 48226
EMAIL: tvandermeulen@comerica.com
FAX: 313 222 9514

DEUTSCHE BANK.
ATTN: UTA DEV
CORPORATE INVESTMENT BANK
ROSSMARKT 18
60311 FRANKFURT GERMANY

FIFTH THIRD BANK OF NW OH
ATTN: JOEL JERGER
606 MADISON AVENUE
TOLEDO, OH 43604
EMAIL: joel.jerger@53.com
FAX: 419.259.7134

HARRIS N.A. (ILLINOIS)
ATTN: JACK KANE
115 SOUTH LASALLE STREET - 12TH FLOOR
CHICAGO, IL 60603
EMAIL: jack.kane@bmo.com
FAX: 312-461-7958

JP MORGAN CHASE N.A. (LONDON)
ATTN: BILL BITONTI
611 WOODWARD AVENUE
DETROIT, MI 48226
EMAIL: bill.bitonti@jpmchase.com, Ron.Kendrick@jpmorgan.com, steve.m.hall@jpmorgan.com, ric.huttenlocher@jpmorgan.com, linda.s.kind@jpmchase.com, thomas.switalski@jpmchase.com
FAX: 313 256 8503

JPMORGAN CHASE BANK N.A. (ILLINOIS)
ATTN: BILL BITONTI
611 WOODWARD AVENUE
DETROIT, MI 48226
EMAIL: bill.bitonti@jpmchase.com
FAX: 313 256 8503

JPMORGAN CHASE BANK N.A. (MICHIGAN)
ATTN: BILL BITONTI
611 WOODWARD AVENUE
DETROIT, MI 48226
EMAIL: bill.bitonti@jpmchase.com
FAX: 313 256 8503

JPMORGAN CHASE BANK N.A. (NEW YORK)
ATTN: BILL BITONTI
611 WOODWARD AVENUE
DETROIT, MI 0
EMAIL: bill.bitonti@jpmchase.com
FAX: 313 256 8503

JPMORGAN CHASE BANK N.A. (SPECIAL EQUITY ACCOUNT)
ATTN: ARA MOVSESIAN
383 MADISON AVENUE
NEW YORK, NY 0
EMAIL: ara.movsesian@jpmorgan.com
FAX: 917 464 9674

KEYBANK
ATTN: HELEN FRANCE
127 PUBLIC SQUARE
CLEVELAND, OH 44114
EMAIL: hfrance@keybanccm.com
FAX: 216 689 4654

M&T BANK
ATTN: LYNN GIBBONS
25 SOUTH CHARLES STREET
BALTIMORE, MD 0
EMAIL: lgibbons@mtb.com
FAX: 410-244-4239

PIERCE, FENNER & SMITH INC.
ATTN: CHARLES J. PHLON
250 VESEY ST
NEW YORK, NY 10080
EMAIL: salvatore_amorello@ml.com
FAX: 917.778.0861

**EXHIBIT B**

| | |
|---|---|
| STATE STREET BANK<br>ATTN: CHRISTINE GINN<br>105 ROSEMONT ROAD<br>WESTWOOD, MA 0<br>EMAIL: cginn@statestreet.com<br>FAX: 617.786.2067 | TORONTO DOMINION BANK<br>ATTN: DEBBIE MCCARROL<br>100 WELLINGTON STREET W., CP TOWER 28TH FLOOR,<br>TORONTO, ONTARIO M5K1A2<br>EMAIL: Debbie.McCarroll@td.com<br>FAX: (416) 308-9715 |