# **EXHIBIT C**

| | |
|---|---|
| CITIGROUP INC.<br>CITIGROUP INC.<br>399 PARK AVENUE<br>NEW YORK, NY 10043<br>FAX: 212-793-3946 | COMPUTERSHARE<br>199 WATER STREET<br>26TH FLOOR<br>NEW YORK, NY 10038<br>FAX: 212-440-9800 |