HAYNES AND BOONE, LLP
1221 Avenue of the Americas, 26th Floor
New York, New York 10020
Telephone: (212) 659-7300
Facsimile:  (212) 884-8211
Jonathan Hook (NY Bar #4187449)

    -and-

One Houston Center
1221 McKinney, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile:  (713) 547-2600
Patrick L. Hughes
Peter C. Ruggero

*Attorneys for Airgas, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | : | Case No. 09-50026 (REG) |
| Debtors. | : | (Lead Case) |

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF ALL PLEADINGS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Airgas, Inc. and its subsidiaries and related entities ("Airgas"), and pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the Unites States Code (the "Bankruptcy Code"), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in these cases, be transmitted to:

Jonathan Hook
Haynes and Boone, LLP
1221 Avenue of the Americas, 26th Floor
New York NY  10020-1007
Telephone No.:  (212) 659-7300
Facsimile No.:  (212) 884-8211
e-mail:  jonathan.hook@haynesboone.com

- and -

Patrick L. Hughes
Peter C. Ruggero
Haynes and Boone LLP
1221 McKinney, Suite 2100
Houston TX  77010
Telephone No.:  (713) 547-2000
Facsimile No.:  (713) 547-2600
e-mail:  patrick.hughes@haynesboone.com
e-mail:  peter.ruggero@haynesboone.com

- and –

David Boyle
Consultant to Airgas Legal Department
259 Radnor Chester Road
Radnor, PA  19087
Telephone No.:  (610) 902-6028
Facsimile No.:  (610) 687-3187
e-mail:  david.boyle@airgas.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that:  (1) affects or seeks to affect in any way the rights or interests of Airgas or any other party-in-interest in these cases, including (a) property of the estates of the above-captioned debtors and debtors in possession (the "Debtors"), or proceeds thereof, (b) claims against, or interests in, the Debtors, (d) other rights or interests of creditors of

the Debtors or other parties-in-interest in the cases or (e) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by Airgas or any other party-in-interest.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Airgas to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs

**[Concluded on following page]**

or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: June 1, 2009
New York, New York

                  HAYNES AND BOONE LLP

                  *Attorneys for Airgas, Inc.*

                  By: /s/ Jonathan Hook
                     Jonathan Hook (NY Bar #4187449)
                     1221 Avenue of the Americas, 26th Floor
                     New York NY 10020-1007
                     Telephone No.: (212) 659-7300
                     Facsimile No.: (212) 884-8211

                     - and –

                     Patrick L. Hughes
                     Peter C. Ruggero
                     One Houston Center
                     1221 McKinney, Suite 2100
                     Houston, Texas 77010
                     Telephone: (713) 547-2000
                     Facsimile: (713) 547-2600

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was duly served by United States first class mail, postage prepaid and properly addressed, to all parties listed on the attached Service List and by electronic transmission to all registered ECF users appearing in the case on June 1, 2009.

*/s/ Jonathan Hook*
JONATHAN HOOK

# SERVICE LIST

**DEBTORS:**

General Motors Corporation
300 Renaissance Center
Detroit, MI 48265-3000

**COUNSEL FOR THE DEBTORS:**

Weil Gotshal & Manges LLP
Attn: Stephen Karotkin
767 Fifth Avenue
New York, NY 10153

**UNITED STATES TRUSTEE:**

Office of the United States Trustee
Southern District of New York
33 Whitehall Street
New York, NY 10004