Benjamin P. Deutsch (BD-5435)
SCHNADER HARRISON SEGAL & LEWIS LLP
Counsel to the Ad Hoc Committee of Consumer Victims of General Motors
140 Broadway, Suite 3100
New York, NY 10005-1101
Phone: (212) 973-8000
Fax: (212) 972-8798

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
In re:                                                           :    Chapter 11
                                                                 :
            GENERAL MOTORS CORPORATION,                          :    Case No. 09-50026 (REG)
                                                                 :
                                 Debtors.                        :
-----------------------------------------------------------------X

## NOTICE OF ENTRY OF APPEARANCE OF BENJAMIN P. DEUTSCH FOR THE AD HOC COMMITTEE OF CONSUMER VICTIMS OF GENERAL MOTORS COMBINED WITH REQUEST FOR SERVICE OF PAPERS

Please take notice that the Ad Hoc Committee of Consumer Victims of General Motors (the "Ad Hoc Committee"), creditors and parties-in-interest in the above-captioned bankruptcy cases, hereby appears in the above-captioned bankruptcy case by its counsel, Benjamin P. Deutsch, Esquire, and hereby enter their appearances pursuant to Fed. R. Bankr. P. 9010(b); and such counsel hereby request, pursuant to Fed. R. Bankr. P. 2002, 9007, 9010, 9013, 9014, and Section 342 of Title 11 of the United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code"), that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following addresses:

SCHNADER HARRISON SEGAL
   & LEWIS LLP
140 Broadway, Suite 3100
New York, NY 10005-1101
Phone: (212) 973-8000
Fax: (212) 972-8798
Attn: Benjamin P. Deutsch, Esquire

- and –

SCHNADER HARRISON SEGAL
   & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Phone: (215) 751-2529
Fax: (215) 751-2205
Attn: Barry E. Bressler, Esquire

      Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and all proceedings therein.

      This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the Ad Hoc Committee's rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which the Ad Hoc Committee is or may be entitled, in law or in equity, all

PHDATA 3197975_1

of which rights, claims, actions, defenses, setoffs and recoupments the Ad Hoc Committee reserves.

                SCHNADER HARRISON SEGAL
                &amp; LEWIS LLP

Dated: June 1, 2009              By:  /s/ Benjamin P. Deutsch
                                      Benjamin P. Deutsch (BD-5435)
                                      bdeutsch@schnader.com
                              140 Broadway, Suite 3100
                              New York, NY 10005-1101
                              Phone: (212) 973-8000
                              Fax: (212) 972-8798

                              - and -

                              Arlin M. Adams, Esquire
                                      aadams@schnader.com
                              Timothy K. Lewis, Esquire
                                      tlewis@schnader.com
                              Barry E. Bressler, Esquire
                                      bbressler@schnader.com
                              Richard A. Barkasy, Esquire
                                      rbarkasy@schnader.com
                              Michael J. Barrie, Esquire
                                      mbarrie@schnader.com
                              1600 Market Street, Suite 3600
                              Philadelphia, PA 19103-7286
                              Phone: (215) 751-2000
                              Fax: (215) 751-2205

                              Attorneys for the Ad Hoc Committee of
                              Consumer Victims of General Motors