Robert W. Phillips
SIMMONSCOOPER LLC
707 Berkshire Boulevard
East Alton, IL 62024
Telephone: (618) 259-2222
Facsimile: (618) 259-2251

*Counsel for the SimmonsCooper Cancer Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                :
In re:                                          :    Chapter 11
                                                :    Case No. 09-50026-reg
GENERAL MOTORS CORPORATION, et al.,             :
                                                :
         Debtors.                               :
-------------------------------------------------------------------x

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW the SimmonsCooper Cancer Claimants ("Cancer Claimants") represented by SimmonsCooper LLC, by and through counsel Robert W. Phillips of SimmonsCooper LLC, and hereby respectfully requests admission of Robert W. Phillips, *pro hac* vice, to represent the Cancer Claimants, creditors in the above-referenced case. The grounds for the Motion are as follows:

(i)   The Cancer Claimants are those individuals represented by SimmonsCooper LLC with "malignant" cancer personal injury claims against the Debtors resulting from exposure to asbestos contained in Debtors' products;

(ii)  Under the Local Rule 2090-1(b) for the Bankruptcy Court for the Southern District of New York, an attorney in "good standing of the bar of any state or of any United States District Court may be permitted to practice in this Court" upon motion to the Court;

(iii) Robert W. Phillips is a member in good standing of the bars of the States of Missouri and Illinois, as well as of the United States District Courts for the

(iv)    Western District of Missouri, the Eastern District of Missouri, the Southern District of Illinois, the Central District of Illinois, and the Northern District of Illinois.

(iv)    Contact information for Robert W. Phillips is at the offices of SimmonsCooper LLC, 707 Berkshire Boulevard, East Alton, Illinois, 62024, email rphillips@simmonscooper.com, phone (618) 259-2222, Fax (618) 259-2251.

(v)    The applicable filing fee was paid to the Clerk of Court upon filing of this Motion.

Respectfully submitted,

SIMMONSCOOPER LLC

By    /s/ Robert W. Phillips
Robert W. Phillips, IL #6257613
rphillips@simmonscooper.com
707 Berkshire Boulevard
East Alton, IL 62024
Phone (618) 259-2222
Fax (618) 259-2251

Counsel for the SimmonsCooper Cancer Claimants