UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
: 
In re: : Chapter 11
 : Case No. 09-50026-reg
GENERAL MOTORS CORPORATION, et al., :
 :
       Debtors. :
-----------------------------------------------------------------x

## ORDER FOR ADMISSION PRO HAC VICE

**ORDERED,**

that Robert W. Phillips of SimmonsCooper LLC is admitted, *pro hac* vice, in the above-referenced case in the United States Bankruptcy Court for the Southern District of New York to represent the SimmonsCooper Cancer Claimants.

Dated: _____, ___, 2009
       New York, New York

                                              _____
                                              UNITED STATES BANKRUPTCY JUDGE