Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
Marc E. Richards

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORPORATION, et al. | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | Joint Administration Pending |
| | : | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b) in the above-captioned Chapter 11 cases as co-counsel of DENSO International America, Inc., and DENSO Sales California, Inc., as parties in interest, and request that pursuant to Bankruptcy Rules 2002, 3017 and 9008, and 11 U.S.C. §§ 342 and 1109(b), all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding be given to and served upon:

        Marc E. Richards
        Blank Rome LLP
        The Chrysler Building
        405 Lexington Avenue
        New York, NY 10174
        Telephone**:**  (212) 885-5000
        Facsimile:  (212) 885-5002
        Email:     mrichards@blankrome.com

- and -

Douglas C. Bernstein
Michael A. Fleming
Plunkett Cooney
38505 Woodward Avenue
Suite 2000
Bloomfield Hills, MI 48304
Telephone**:**    (248) 901-4091
Facsimile:    (248) 901-4040
Email:    DBernstein@plunkettcooney.com
MFleming@plunkettcooney.com

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the statute and Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, hearing, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these cases and any proceedings therein, formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, electronic mail, telephone, telex or otherwise.

Dated:  New York, New York
June 1, 2009

Respectfully Submitted,

BLANK ROME LLP

By:    */s/ Marc E. Richards*
Marc E. Richards
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone**:**    (212) 885-5000
Facsimile:    (212) 885-5002
Email:    mrichards@blankrome.com

                - and -

Douglas C. Bernstein
Michael A. Fleming
Plunkett Cooney
38505 Woodward Avenue
Suite 2000
Bloomfield Hills, MI 48304
Telephone**:**   (248) 901-4091
Facsimile:   (248) 901-4040
Email:   DBernstein@plunkettcooney.com
            MFleming@plunkettcooney.com

Co-Counsel for DENSO International America, Inc.
and DENSO Sales California, Inc.