Benjamin P. Deutsch (BD-5435)
SCHNADER HARRISON SEGAL & LEWIS, LLP
Counsel to the Ad Hoc Committee of Consumer Victims of General Motors
140 Broadway Suite 3100
New York, NY 10005-1101
Telephone: (212) 973-8000
Facsimile: (212) 972-8798

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                          :
In re:                                    :    Chapter 11
                                          :
    GENERAL MOTORS CORPORATION,        :    Case No. 09-50026 (REG)
                                          :
                          Debtors.         :
------------------------------------------------------------------X

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, I, Benjamin P. Deutsch, am a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

|  |  |
|---|---|
| Applicant's Name: | Barry E. Bressler |
| Firm Name: | Schnader Harrison Segal & Lewis LLP |
| Address: | 1600 market Street, Suite 3600 |
|  | Philadelphia, PA 19103-7286 |
| Phone Number: | (215) 751-2000 |
| Fax Number: | (215) 751-2205 |
| Email: | bbressler@schnader.com |

Barry E. Bressler is a member in good standing of the Bars of the Commonwealth of Pennsylvania, as well as in the United States Supreme Court, United States Court of Appeals, Third Circuit, United States District Courts for the Eastern and Middle Districts of Pennsylvania and U.S. District Court for the District of Colorado, and respectfully requests admission from

PHDATA 3199207_1

this Court to practice, *pro hac vice*, to represent the Ad Hoc Committee of Consumer Victims of General Motors, in the above-captioned bankruptcy case pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

There are no pending disciplinary proceedings against Barry E. Bressler in any state or federal court.

Dated: June 1, 2009
New York, NY

        Respectfully submitted:

        SCHNADER HARRISON SEGAL & LEWIS LLP

        By: /s/ Benjamin P. Deutsch
           Benjamin P. Deutsch (BD-5435)
           bdeutsch@schnader.com
        140 Broadway, Suite 3100
        New York, New York 10005-1101
        Telephone: (212) 973-8000
        Facsimile: (212) 972-8798

        Counsel to the Ad Hoc Committee of Consumer
        Victims of General Motors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                                                                 :
In re:                                                           :    Chapter 11
                                                                 :
       GENERAL MOTORS CORPORATION,               :    Case No. 09-50026 (REG)
                                                                 :
                                 Debtors.         :
-----------------------------------------------------------------X


## ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE

Upon consideration of the foregoing Motion for Admission *Pro Hac* Vice, it is hereby

ORDERED, that Barry E. Bressler, Esq., is admitted to practice, *pro hac vice*, in the above-captioned bankruptcy cases, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.


Dated: New York, New York
       June _____, 2009


                                                    The Honorable Robert E. Gerber
                                                    United States Bankruptcy Judge