Aaron L. Hammer, Esq. *(pro hac vice admission pending)*
Thomas R. Fawkes, Esq. *(pro hac vice admission pending)*
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone:  312.360.6000
Facsimile:  312.360.6995
ahammer@freebornpeters.com
tfawkes@freebornpeters.com

*Attorneys for Trico Products Corporation*
  *and PGW, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP, et al., | Case No.: 09-50026 |
| Debtors. | (*Joint Administration Pending*) |

----------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice***

I, Aaron L. Hammer, a member in good standing of the bar in the State of Illinois, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Trico Products Corporation and PGW, LLC in the above-referenced bankruptcy proceeding.

Mailing address:      Freeborn & Peters LLP
                              311 S. Wacker Dr., Ste. 3000
                              Chicago, Illinois 60606-6677;

E-mail address:       ahammer@freebornpeters.com;

Telephone number:   (312) 360-6000.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 1, 2009

                                        /s/ Aaron L. Hammer