**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x

In re:                                              Chapter 11

    GENERAL MOTORS CORP, et al.,          Case No.: 09-50026

                 Debtors.          (*Joint Administration Pending*)

----------------------------------------------------------x

## <u>ORDER</u>

    **ORDERED**, that Aaron L. Hammer, Esq., is admitted to practice, ***pro hac vice***, in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the required filing fee.

Dated: _____
      New York , New York

                      /s/_____
                      UNITED STATES BANKRUPTCY JUDGE