UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
: 
In re: : Chapter 11 Case No.
: 
GENERAL MOTORS CORPORATION, *et al.*, : 09-50026 (REG)
: 
Debtors. : (Joint Administration Pending)
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## CERTIFICATE OF SERVICE

I, Richard Smolev, hereby certify that, on this 1st day of June, 2009, I caused a true and correct copy of the **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF NOTICES AND DOCUMENTS** to be served via first-class U.S. Mail to the parties set forth below:

>Steven Karotkin, Esq.
>WEIL, GOTSHAL & MANGES LLP
>767 Fifth Avenue
>New York, New York 10153

>Office of the United States Trustee
>33 Whitehall Street, 21st Floor
>New York, New York 10004

Dated: New York, New York
June 1, 2009                                    KAYE SCHOLER LLP

　　　/s/ Richard G. Smolev　　
Richard G. Smolev (RS 2222)
425 Park Avenue
New York, NY  10022-3598
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689
Email: rsmolev@kayescholer.com

*Counsel for Phillip Morris Capital Corporation and certain of its subsidiaries and affiliates*

~0155168.DOC