Benjamin P. Deutsch (BD-5435)
SCHNADER HARRISON SEGAL & LEWIS, LLP
Counsel to the Ad Hoc Committee of Consumer Victims of General Motors
140 Broadway Suite 3100
New York, NY  10005-1101
Telephone: (212) 973-8000
Facsimile: (212) 972-8798

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                          :

In re:                                    :       Chapter 11
                          :

       GENERAL MOTORS CORPORATION,      :       Case No. 09-50026 (REG)
                          :

                        Debtors.     :
-----------------------------------------------------------------------X

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

        Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy

Court for the Southern District of New York, I, Benjamin P. Deutsch, am a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice

of:

|                   |                                    |
|-------------------|------------------------------------|
| Applicant's Name: | Richard A. Barkasy                 |
| Firm Name:        | Schnader Harrison Segal & Lewis LLP |
| Address:          | 1600 market Street, Suite 3600     |
|                   | Philadelphia, PA 19103-7286        |
| Phone Number:     | (215) 751-2000                     |
| Fax Number:       | (215) 751-2205                     |
| Email:            | rbarkasy@schnader.com              |

        Richard A. Barkasy is a member in good standing of the Bars of New Jersey,

Pennsylvania and Delaware as well as in the United States District Court of New York, United

States District Court for the District of Delaware, United District Court for the Eastern District of

Pennsylvania, United States District Court for the Western District of Pennsylvania and the

United States Court of Appeals for the Third Circuit, and respectfully requests admission from

this Court to practice, *pro hac vice*, to represent the Ad Hoc Committee of ConsumerVictims of

General Motors, in the above-captioned bankruptcy case pursuant to Rule 2090-1(b) of the Local

Rules of the United States Bankruptcy Court for the Southern District of New York.

There are no pending disciplinary proceedings against Richard A. Barkasy in any

state or federal court.

Dated:  June 1, 2009
        New York, NY

                              Respectfully submitted:

                              SCHNADER HARRISON SEGAL & LEWIS LLP


                              By: /s/ Benjamin P. Deutsch
                                  Benjamin P. Deutsch (BD-5435)
                                  bdeutsch@schnader.com
                              140 Broadway, Suite 3100
                              New York, New York  10005-1101
                              Telephone: (212) 973-8000
                              Facsimile: (212) 972-8798

                              Counsel to the Ad Hoc Committee of Consumer
                              Victims of General Motors

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                      :

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORPORATION, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | |

-----------------------------------------------------------------------X

## <u>ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE</u>

Upon consideration of the foregoing Motion for Admission *Pro Hac* Vice, it is hereby

ORDERED, that Richard A. Barkasy, Esq., is admitted to practice, *pro hac vice*, in the
above-captioned bankruptcy cases, in the United States Bankruptcy Court for the Southern
District of New York, subject to payment of the filing fee.

Dated: New York, New York
      June _____, 2009

_____
The Honorable Robert E. Gerber
United States Bankruptcy Judge

PHDATA 3197972_1