**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan, Esq.
Michael R. Dal Lago, Esq.
Phone: (212) 735-8600

Attorneys for Blue Cross Blue Shield of Michigan

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                      :
                                                           :    Chapter 11
                                                           :
GENERAL MOTORS CORPORATION, *et al.,*                      :    Case No. 09-50026 (REG)
                                                           :
                                                           :    (Jointly Administered)
                              Debtors.                     :
------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure ("Rules"), Morrison Cohen LLP, as counsel for Blue Cross Blue Shield of Michigan ("BCBS of MI"), demands that all notices, papers, and pleadings including, without limitation, orders, applications, objections to proofs of claim, notices of cure amounts, petitions, demands, motions, or documents of any kind, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telex, computer data medium or any electronic means, filed or served in this case, or any adversary proceeding herein (collectively, "Documents"), be served upon the following:

| | |
|---|---|
| Joseph T. Moldovan, Esq. | Jeffrey Rumley, Esq. |
| Michael R. Dal Lago, Esq. | Assistant General Counsel |
| Morrison Cohen LLP | Blue Cross and Blue Shield of Michigan |
| 909 Third Avenue | 600 Lafayette East #1925 |
| New York, NY 10022 | Detroit, Michigan 48226-2998 |
| E-mail: bankruptcy@morrisoncohen.com | E-mail: JRumley@bcbsm.com |

#1749127 v1 \015453 \0004

**MORRISON COHEN LLP DEMANDS THAT IN ADDITION TO ANY METHOD OF SERVICE REQUIRED BY COURT ORDER IN THIS CASE, ALL DOCUMENTS BE SERVED UPON IT BY REGULAR MAIL OR OTHER HARD COPY DELIVERY, SUCH AS FEDERAL EXPRESS OR OTHER OVERNIGHT COURIER.**

**THIS NOTICE OF APPEARANCE SHALL NOT BE INTERPRETED AS, OR DEEMED TO BE, A CONSENT TO ELECTRONIC SERVICE OR NOTICE BY ELECTRONIC TRANSMISSION IN THIS CASE AND, MORRISON COHEN EXPRESSLY DOES NOT CONSENT TO SUCH SERVICE UNLESS REQUIRED BY COURT ORDER. IF, AT ANY TIME, MORRISON COHEN LLP DETERMINES TO RECEIVE ELECTRONIC SERVICE OF DOCUMENTS OR NOTICE BY ELECTRONIC TRANSMISSION IN THIS CASE, IT WILL MAKE THE APPROPRIATE REQUEST IN WRITING IN ACCORDANCE WITH RULE 9036 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE.**

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive BCBS of MI's: (i) right to have a final order in non-core matters entered only after de novo review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which BCBS of MI is or may be entitled under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: New York, New York
      June 1, 2009

                              **MORRISON COHEN LLP**
                              Attorneys for Blue Cross Blue Shield of Michigan

                       By: */s/Joseph T. Moldovan*
                              Joseph T. Moldovan
                              Michael R. Dal Lago
                              909 Third Avenue
                              New York, New York 10022
                              (212) 735-8600

#1749127 v1 \015453 \0004

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

**MARIOLA WIATRAK,** being duly sworn, deposes and says:

I am employed by the firm of Morrison Cohen LLP, attorneys for Blue Cross Blue Shield of Michigan. I am not a party to this action, am over 18 years of age and reside in Forest Hills, New York.

On June 1, 2009, I served copies of the Notice of Appearance and Demand for Service of Papers, upon the parties on the annexed service list by enclosing same in wrappers respectively addressed to the addresses designated for that purpose and causing same to be deposited first class and post-paid in an official depository under the care and custody of the United Stated Postal Service within the State of New York.

/s/ Mariola Wiatrak
MARIOLA WIATRAK

Sworn to before me this
1st day of June 2009

/s/
NOTARY PUBLIC

#1749127 v1 \015453 \0004

## SERVICE LIST

Stephen Karotkin, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Joseph R. Sgroi, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004