Aaron L. Hammer, Esq. *(pro hac vice admission pending)*
Thomas R. Fawkes, Esq. *(pro hac vice admission pending)*
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone: 312.360.6000
Facsimile: 312.360.6995
ahammer@freebornpeters.com
tfawkes@freebornpeters.com

*Attorneys for PGW, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP, et al., | Case No.: 09-50026 |
| Debtors. | *(Joint Administration Pending)* |

-----------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*") and section 1109(b) of title 11 of the United States Code (the "*Bankruptcy Code*"), Aaron L. Hammer and Thomas R. Fawkes of the law firm of Freeborn & Peters LLP appear as counsel to PGW, LLC ("*PGW*") in the above-captioned, chapter 11 cases (the "*Bankruptcy Cases*").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002, 3017, 4001, 9001, and 9010, and sections 342 and 1109(b) of the Bankruptcy Code, PGW hereby requests that all documents filed with the Bankruptcy Court, all notices given or required to be given in the Bankruptcy Cases, and all papers served or required to be served in this bankruptcy proceeding or in any related adversary proceeding be given and served upon the following, and that appropriate entry thereof be made on the Clerk's Matrix in these Bankruptcy Cases:

Aaron L. Hammer, Esq.
Thomas R. Fawkes, Esq.
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone: 312-360-6000
Facsimile: 312-360-6995
ahammer@freebornpeters.com
tfawkes@freebornpeters.com

    PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, telex, facsimile transmission, electronic mail, or otherwise that affect or seek to affect in any way: (a) any rights or interests of any unsecured creditor or party-in-interest in these Bankruptcy Cases, with respect to, without limitation General Motors Corp, et al., (the "*Debtors*"); (b) property of the Debtors' estates or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof, in the possession, custody, or control of others, that the Debtors may seek to use, or require or seek to require any act, delivery or any property, payment, or other conduct by unsecured creditors of the Debtors' estates.

    PLEASE TAKE FURTHER NOTICE that PGW intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive: (a) the right of PGW to have final orders and non-core matters entered only after *de novo* review by a District Court Judge; (b) the right of PGW to trial by jury in any proceedings so triable in these Bankruptcy Cases or any case, controversy, or proceeding related to these Bankruptcy Cases; (c) the right of PGW to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, set-offs, or recoupments to which PGW is or may be entitled.

2

Dated: June 1, 2009

PGW, LLC

By:    /s/ Thomas R. Fawkes
      One of Its Attorneys

Aaron L. Hammer, Esq.
Thomas R. Fawkes, Esq.
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: 312.360.6000
Facsimile: 312.360.6571

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on Monday, June 1, 2009, I served this *Notice of Appearance and Request for Service of Documents* by first-class U.S. Mail, postage pre-paid upon the parties listed on the following Service List.

/s/ Thomas R. Fawkes

**Service List**

U.S. Trustee
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

David J. Baldwin
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Mark Edwin Browning
Texas Attorney General's Office
Bankruptcy - Collection Division
P.O. Box 12548
Austin, TX 78711-2548

Dawn R. Copley
Dickinson Wright PLLC
500 Woodward Avenue
Suite 4000
Detroit, MI 48226

Kerry M Ewald
Dickinson Wright PLLC
424 Church Street
Suite 1401
Nashville, TN 37212

Deborah L. Fish
Allard & Fish, P.C.
2600 Buhl Building
535 Griswold
Detroit, MI 48226

Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430

Trent P. Cornell
Stahl Cowen Crowley LLC
55 W. Monroe, Suite 1200
Chicago, IL 60603

Alyssa Englund
Orrick, Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY

Michael C. Hammer
Dickinson Wright PLLC
301 E. Liberty
Suite 500
Ann Arbor, MI 48104-2266

Marshall Scott Huebner
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Stephen Karotkin  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, NY 10153  

Suzanne Hepner  
Levy Ratner, P.C.  
80 Eighth Avenue  
8th Floor  
New York, NY 10036  

Kayalyn A. Marafioti  
Skadden, Arps, Slate, Meagher & Flom LLP  
Four Times Square  
New York, NY 10036  

Michael Reed  
McCreary, Veselka, Bragg & Allen, P.C.  
P.O. Box 1269  
Round Rock, TX 78680  

Eric A Schaffer  
Reed Smith LLP  
435 Sixth Avenue  
Pittsburgh, PA 15219  

Gordon J. Toering  
Warner Norcross & Judd LLP  
900 Fifth Third Center  
111 Lyon Street NW  
Grand Rapids, MI 49503  

Adam H. Isenberg  
Saul Ewing LLP  
Centre Square West  
1500 Market Street  
38th Floor  
Philadelphia, PA 19102  

Ingrid S. Palermo  
Harter, Secrest & Ernery, LLP  
1600 Bausch & Lomb Place  
Rochester, NY 14604  

James A. Plemmons  
Dickinson Wright PLLC  
500 Woodward Avenue  
Suite 4000  
Detroit, MI 48226  

Paul J. Ricotta  
Mintz, Levin, Cohn, Ferris, Glovsky  
and Popeo, P.C.  
One Financial Center  
Boston, MA 02111  

Matthew L. Schwartz  
U.S. Attorney's Office, SDNY  
86 Chambers Street  
New York, NY 10007  

Scott A. Wolfson  
Bush Seyferth & Paige, PLLC  
3001 W. Big Beaver Road, Suite 600  
Troy, MI 48084