Aaron L. Hammer, Esq. *(pro hac vice admission pending)*
Thomas R. Fawkes, Esq. *(pro hac vice admission pending)*
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone: 312.360.6000
Facsimile: 312.360.6995
ahammer@freebornpeters.com
tfawkes@freebornpeters.com

*Attorneys for Trico Products Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP, et al., | Case No.: 09-50026 |
| Debtors. | *(Joint Administration Pending)* |

------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*") and section 1109(b) of title 11 of the United States Code (the "*Bankruptcy Code*"), Aaron L. Hammer and Thomas R. Fawkes of the law firm of Freeborn & Peters LLP appear as counsel to Trico Products Corporation ("*Trico*") in the above-captioned, chapter 11 cases (the "*Bankruptcy Cases*").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002, 3017, 4001, 9001, and 9010, and sections 342 and 1109(b) of the Bankruptcy Code, Trico hereby requests that all documents filed with the Bankruptcy Court, all notices given or required to be given in the Bankruptcy Cases, and all papers served or required to be served in this bankruptcy proceeding or in any related adversary proceeding be given and served upon the following, and that appropriate entry thereof be made on the Clerk's Matrix in these Bankruptcy Cases:

Aaron L. Hammer, Esq.
Thomas R. Fawkes, Esq.
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone: 312-360-6000
Facsimile: 312-360-6995
ahammer@freebornpeters.com
tfawkes@freebornpeters.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, telex, facsimile transmission, electronic mail, or otherwise that affect or seek to affect in any way: (a) any rights or interests of any unsecured creditor or party-in-interest in these Bankruptcy Cases, with respect to, without limitation General Motors Corp, et al., (the "*Debtors*"); (b) property of the Debtors' estates or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof, in the possession, custody, or control of others, that the Debtors may seek to use, or require or seek to require any act, delivery or any property, payment, or other conduct by unsecured creditors of the Debtors' estates.

PLEASE TAKE FURTHER NOTICE that Trico intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive: (a) the right of Trico to have final orders and non-core matters entered only after *de novo* review by a District Court Judge; (b) the right of Trico to trial by jury in any proceedings so triable in these Bankruptcy Cases or any case, controversy, or proceeding related to these Bankruptcy Cases; (c) the right of Trico to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, set-offs, or recoupments to which Trico is or may be entitled.

2

Dated: June 1, 2009               TRICO PRODUCTS CORPORATION

                                                  By:     /s/ Thomas R. Fawkes
                                                        One of Its Attorneys

                                                        Aaron L. Hammer, Esq.
                                                        Thomas R. Fawkes, Esq.
                                                        FREEBORN & PETERS LLP
                                                        311 South Wacker Drive, Suite 3000
                                                        Chicago, Illinois 60606
                                                        Telephone: 312.360.6000
                                                        Facsimile: 312.360.6571

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on Monday, June 1, 2009, I served this *Notice of Appearance and Request for Service of Documents* by first-class U.S. Mail, postage pre-paid upon the parties listed on the following Service List.

/s/ Thomas R. Fawkes

**Service List**

U.S. Trustee
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

David J. Baldwin
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Mark Edwin Browning
Texas Attorney General's Office
Bankruptcy - Collection Division
P.O. Box 12548
Austin, TX 78711-2548

Dawn R. Copley
Dickinson Wright PLLC
500 Woodward Avenue
Suite 4000
Detroit, MI 48226

Kerry M Ewald
Dickinson Wright PLLC
424 Church Street
Suite 1401
Nashville, TN 37212

Deborah L. Fish
Allard & Fish, P.C.
2600 Buhl Building
535 Griswold
Detroit, MI 48226

Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Elizabeth Banda
Perdue, Brandon, Fielder, Collins
& Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430

Trent P. Cornell
Stahl Cowen Crowley LLC
55 W. Monroe, Suite 1200
Chicago, IL 60603

Alyssa Englund
Orrick, Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY

Michael C. Hammer
Dickinson Wright PLLC
301 E. Liberty
Suite 500
Ann Arbor, MI 48104-2266

Marshall Scott Huebner
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Adam H. Isenberg
Saul Ewing LLP
Centre Square West
1500 Market Street
38th Floor
Philadelphia, PA 19102

Suzanne Hepner
Levy Ratner, P.C.
80 Eighth Avenue
8th Floor
New York, NY 10036

Ingrid S. Palermo
Harter, Secrest & Ernery, LLP
1600 Bausch & Lomb Place
Rochester, NY 14604

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue
Suite 4000
Detroit, MI 48226

Michael Reed
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680

Paul J. Ricotta
Mintz, Levin, Cohn, Ferris, Glovsky
and Popeo, P.C.
One Financial Center
Boston, MA 02111

Eric A Schaffer
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Matthew L. Schwartz
U.S. Attorney's Office, SDNY
86 Chambers Street
New York, NY 10007

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503

Scott A. Wolfson
Bush Seyferth & Paige, PLLC
3001 W. Big Beaver Road, Suite 600
Troy, MI 48084