Jonathan L. Flaxer
Douglas L. Furth
Anthony M. Vassallo
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, NY 10022
(212) 907-7300
*Counsel for Panasonic Automotive Systems
Company of America, Division of Panasonic
Corporation of North America, Formerly Known
as Matsushita Electric Corp. of America*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| In re | Chapter 11 |
|---|---|
| GENERAL MOTORS CORP., et al., | Case No. 09-50026 (REG) (Jointly Administered) |
| Debtors. | |

---

## NOTICE OF APPEARANCE
## AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Panasonic Automotive Systems Company of America, Division of Panasonic Corporation of North America, formerly known as Matsushita Electric Corp. of America ("PASA"), a party in interest in the above-captioned cases, by and through its counsel, hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") 9010(b); and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in these cases be given and served upon the undersigned representative at the following address and telephone number:

*461093.1*

Jonathan L. Flaxer, Esq.
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10022
Tel. No. (212) 907-7300
Fax No. (212) 754-0330
Email: jflaxer@golenbock.com

and

Douglas L. Furth, Esq.
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10022
Tel. No. (212) 907-7300
Fax No. (212) 754-0330
Email: dfurth@golenbock.com

and

Anthony M. Vassallo, Esq.
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10022
Tel. No. (212) 907-7300
Fax No. (212) 754-0330
Email: avassalo@golenbock.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, e-mail, facsimile or otherwise filed or given with regard to the above-referenced cases and the proceedings therein.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive PASA's (i) right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) right

to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which PASA is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby.

Dated: New York, New York  
       June 1, 2009

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP

By: /s/ Jonathan L. Flaxer
    Jonathan L. Flaxer
437 Madison Avenue
New York, New York 10022
(212) 907-7300

*Attorneys for Panasonic Automotive Systems Company of America, Division of Panasonic Corporation of North America, Formerly Known as Matsushita Electric Corp. of America*