IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| GENERAL MOTORS CORPORATION | * | CASE NO.: |
| | * | 09-50026-REG |
| DEBTOR | * | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, William T. Green, III, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Lawrence Marshall Chevrolet II, LLC, a creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the State Bar of Texas and the United States District Court for the Southern District of Texas.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 1, 2009
Houston, Texas                          Respectfully submitted,

                                        /s/ William T. Green, III
                                        William T. Green, III
                                        William T. Green, III, P.C.
                                        11 Greenway Plaza, Suite 2820
                                        Houston, Texas  77046
                                        (713) 626-9296/ Fax No.: (713) 961-0883
                                        State Bar No.: 08375500
                                        uncbill@msn.com
                                        Attorney Lawrence Marshall Chevrolet II, LLC

c:\client\lm dealer-manufacturer bank cases\03-060109-pro hac vice-mot-gmc bank case case