IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| GENERAL MOTORS CORPORATION | * | CASE NO.: |
| | * | 09-50026-REG |
| DEBTOR | * | |

## **ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*** 

Upon the motion of William T. Green, III, to be admitted *pro hac vice*, to represent Lawrence Marshall Chevrolet II, LLC, a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and the bar of the United States District Court for the Southern District of Texas, it is hereby

Ordered, that William T. Green, III, is admitted to practice *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court for the Southern District of New York provided that the filing fee has been paid.

Dated: _____
New York, New York            /s/ _____
                                United States Bankruptcy Judge


c:\client\lm dealer\04-060109-order pro hac vice mot-gmc bank case