IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| _____ ) | In Proceedings for a Reorganization |
| ) | Under Chapter 11 |
| ) |  |
| IN RE:                                              ) | Case No. 09-50026-reg |
| ) |  |
| GENERAL MOTORS CORPORATION  ) |  |
| ) | Honorable Robert E. Gerber |
| Debtor                          ) |  |
| _____ ) |  |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that, pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002(j)(4), 3017(d), 9007, and 9010(b), Motley Rice LLC, hereby enters its appearance on behalf of all asbestos tort claimants represented by Motley Rice LLC with a claim against the Debtor herein. Motley Rice LLC requests on behalf of these asbestos tort claimants that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the undersigned attorneys at the address and telephone number set forth below:

>  Motley Rice LLC
>  Jeanette M. Gilbert, Esq.
>  Joseph F. Rice, Esq.  (*pro hac* pending)
>  John A. Baden, IV, Esq. (*pro hac* pending)
>  28 Bridgeside Blvd.
>  Mt. Pleasant, SC  29464
>  (843) 216-9000
>  (843) 216-9430  (Fax)
>  jgilbert@motleyrice.com
>  jrice@motleyrice.com
>  jbaden@motleyrice.com

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitations, any notices, orders, applications, motions, petitions, pleadings, requests, complaints or demands, and any other document brought before the Court in this case,

whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

Respectfully submitted this 1st day of June, 2009.

                        MOTLEY RICE LLC

                        By: s/Jeanette M. Gilbert
                            Jeanette M. Gilbert
                            Joseph F. Rice (*pro hac* pending)
                            John A. Baden, IV (*pro hac* pending)
                      28 Bridgeside Blvd.
                      Mt. Pleasant, SC  29464
                      (843) 216-9000
                      (843) 216-9430  (Fax)
                      jgilbert@motleyrice.com
                      jrice@motleyrice.com
                      jbaden@motleyrice.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Appearance and Request for Service of Papers was electronically filed via CM/ECF and thereby served upon all counsel of record on June 1, 2009.

                                              s/Jeanette M. Gilbert