Jonathan L. Flaxer
Douglas L. Furth
Anthony M. Vassallo
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, NY 10022
(212) 907-7300
*Counsel for Panasonic Automotive Systems
Company of America, Division of Panasonic
Corporation of North America, Formerly Known
as Matsushita Electric Corp. of America*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re

GENERAL MOTORS CORP., et al.,

Debtors.

Chapter 11
Case No. 09-50026 (REG)
(Jointly Administered)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Elizabeth Neuman, being duly sworn, deposes and says:

1. I am over the age of eighteen years and not a party to these proceedings. I reside in New York, New York.

2. On June 1, 2009, I caused to be served the *Notice of Appearance and Demand for Service of Papers* on behalf of Panasonic Automotive Systems Company of America, Division of Panasonic Corporation of North America, formerly known as Matsushita Electric Corp. of America, by depositing a true copy thereof enclosed in a post-paid envelope in an official depository under the exclusive care and custody of the U.S. Postal Service addressed to the following party:

*<u>Debtors' Counsel:</u>*
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153
Attn: Stephen Karotkin, Esq.

*461165.1*

*Elizabeth Neuman* (signature)
Elizabeth Neuman

Sworn to before me this
1ST day of June, 2009

*Arnold Hammerschlag* (signature)
Notary Public

ARNOLD HAMMERSCHLAG
Notary Public State of New York
No. 01HA6196893
Qualified in Kings County
Commission Expires November 24, 2012

460474.1                              2