UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:                                              )
General Motors Corporation         )         Case No. 09-50026
                                                    )         Chapter 11
              Debtors.                         )

## MOTION FOR ADMISSION TO PRATICE
### *PRO HAC VICE*

I, Jeff Klusmeier, a member in good standing of the bar in the State of Missouri and, the bar of the U.S. District Court for the Western District of Missouri, request admission, ***pro hac vice***, before the Honorable Judge Robert E. Gerber, to represent State of Missouri, a creditor in the above referenced case proceeding.

Mailing address:       P.O. Box 899
                                  Jefferson City, MO  65102

E-mail address:        jeff.klusmeier@ago.mo.gov

Telephone No.:         (573) 751-0284

The Filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

                                                    Respectfully submitted,

                                                    CHRIS KOSTER
                                                    Attorney General for Missouri
                                                    /s/ Jeff Klusmeier
                                                    JEFF KLUSMEIER
                                                    Assistant Attorney General
                                                    Missouri Bar No. 59601
                                                    Missouri Attorney General's Office
                                                    P.O. Box 899
                                                    Jefferson City, Missouri 65102
                                                    (573) 751-0284
                                                    (573) 751-4254 (facsimile)
                                                    Jeff.klusmeier@ago.mo.gov

Dated:  June 1, 2009
       Jefferson City, Missouri

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| General Motors Corporation | ) | Case No. 09-50026 |
| | ) | Chapter 11 |
| Debtors. | ) | |

## ORDER GRANTING ADMISSION TO PRATICE
## *PRO HAC VICE*

Jeff Klusemeier, a member in good standing of the bar in the State of Missouri and, the bar of the U.S. District for the Western District of Missouri, having requested admission, *pro hac vice*, to represent the State of Missouri in the above reference case.

**ORDERED**,

that Jeff Klusmeier, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE