UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
In re:                                                                                                  Chapter 11

GENERAL MOTORS CORPORATION, *et al.,*                    Case No. 09-50026-REG

                                                    Debtor
-----------------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of Title 11 of the United States Code, and Rule 2002 and the Federal Rules of Bankruptcy Procedure, the undersigned appears on behalf of Harco Manufacturing Group LLC ("Harco"), who is a creditor and party-in-interest herein, and requests that notice given or required to be given in these cases, and all papers served in these cases, be given to and served upon:

Ronald S. Pretekin, Esq. (OH #0018694)
COOLIDGE WALL CO., L.P.A.
33 West First Street, Suite 600
Dayton, OH  45402
Telephone:  (937) 223-8177
Facsimile:  (937) 223-6705
e-mail:  pretekin@coollaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to §1109(b) of the United States Code, the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notice of application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile or otherwise, which affects either the Debtor or any property of the Debtor.

Dated: June 1, 2009
      Dayton, Ohio

                              COOLIDGE WALL CO., L.P.A.

                              By:   */s/ Ronald S. Pretekin*
                                   Ronald S. Pretekin (OH0018694)
                                   33 West First Street, Suite 600
                                   Dayton, OH 45402
                                   Telephone: (937) 223-1877
                                   Facsimile: (937) 223-6705
                                   e-mail: pretekin@coollaw.com

                              ATTORNEYS FOR HARCO MANUFACTURING
                              GROUP, LLC

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above document has been served to those parties requesting the court's electronic service on this 1st day of June, 2009.

                                        */s/ Ronald S. Pretekin*
                                        Ronald S. Pretekin

S:\Wdox\Client\009017\00100\00441259.Doc
6/1/09