**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 09-50026 (REG) |
| | Chapter 11 |
| General Motors Corp., *et al.,* | Hon. Robert E. Gerber |
| Debtors. | |
| _____/ | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Robert J. Figa, a member in good standing of the bar of the State of Michigan and the U.S. District Court for the Eastern District of Michigan, hereby request admission, *pro hac vice*, before the Honorable Robert E. Gerber, United States Bankruptcy Court Judge, to represent George P. Johnson Company, in connection with the above-referenced Chapter 11 cases and all related adversary and other proceedings.

| | |
|---|---|
| My Address is: | 100 W. Big Beaver Rd, Ste. 385 |
| | Troy, MI 48084 |
| Telephone: | (248) 743-9800 |
| Facsimile: | (248) 743-0900 |
| E-Mail: | RFiga@comlawone.com |

I agree to pay the required filing fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

CAMPBELL, O'BRIEN & MISTELE, P.C.

BY:   /s/ Robert J. Figa
Robert J. Figa (Michigan Id. No. P47159)
100 W. Big Beaver Rd, Ste. 385
Troy, MI 48084
(248) 743-9800
Dated:  June 1, 2009          RFiga@comlawone.com