**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 09-50026 (REG) |
| | Chapter 11 |
| General Motors Corp., *et al.,* | Hon. Robert E. Gerber |
| Debtors. | |

_____/

### **ORDER ADMITTING ROBERT J. FIGA TO PRACTICE *PRO HAC VICE***

**ORDERED**, that Robert J. Figa, is admitted to practice, *pro hac vice*, in, and in connection with the above-referenced Chapter 11 cases and all related adversary and other proceedings in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the required filing fee.

Dated:
    New York, New York

_____
HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY COURT