Stuart A. Krause, Esq.
Bryan D. Leinbach, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 223-0400
Fax: (212) 753-0396

*Counsel for Toyota Tsusho Canada, Inc. and
Toyota Tsusho America, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.* | Case No.: 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned Chapter 11 case as counsel for Toyota Tsusho Canada, Inc. and Toyota Tsusho America, Inc. (collectively, "TAI"), pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §1109(b) and hereby request that all notices given or required to be given and all papers served or required to be served in this Chapter 11 case be delivered and served upon TAI at its counsel as set forth below:

Stuart A. Krause, Esq.
Bryan D. Leinbach, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, New York 10022
E-mail: skrause@zeklaw.com
E-mail: bleinbach@zeklaw.com
Telephone: (212) 223-0400

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. §1109(b) the foregoing demand includes all notices and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure, together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents which in any way affect the debtor or her property.

The foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopy, telegraph, telex or otherwise filed or made with regard to the above-referenced case and all proceedings therein.

Dated:   New York, New York
         June 1, 2009

                                        ZEICHNER ELLMAN & KRAUSE LLP


                                        By:  /s/ Stuart A. Krause
                                             Stuart A. Krause, Esq.
                                             Bryan D. Leinbach, Esq.
                                             Zeichner Ellman & Krause LLP
                                             575 Lexington Avenue
                                             New York, New York 10022
                                             Telephone: (212) 223-0400

                                             *Counsel for Toyota Tsusho Canada,
                                             Inc. and Toyota Tsusho America, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP., *et al.*<br><br>                                    Debtors. | Chapter 11<br><br>Case No.: 09-50026 (REG)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of June, 2009, a true and correct copy of the attached Notice of Appearance and Request for Service of Papers was served via U.S. first class mail on the following:

    Harvey R. Miller
    Stephen Karotkin
    Joseph H. Smolinsky
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153

                                              By:  /s/ Bryan D. Leinbach
                                                            BRYAN D. LEINBACH

550529 v.1.2209.101.BDL