## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| In Re: ) | |
| ) | **Chapter 11 Case No.** |
| **GENERAL MOTORS CORP.,** *et al.* ) | |
| ) | **09-50026 (reg)** |
| **Debtors.** ) | |
| _____) | **(Jointly Administered)** |

### MOTION OF UNITED STATES GOVERNMENT ATTORNEYS
### CHARLES L. FINKE, ANDREA WONG, AND MICHAEL A. MARICCO FOR
### ADMISSION TO PRACTICE, *PRO HAC VICE*

The United States of America, by and through attorney, **Michael A. Maricco** of the Pension Benefit Guaranty Corporation ("PBGC"), respectfully requests admission, ***pro hac vice***, before the Honorable Judge Robert E. Gerber for Charles L. Finke, Andrea Wong, and Michael A. Maricco, to represent the PBGC, a creditor against each Debtor in each of the jointly administered cases. The grounds for this motion ("Motion") are as follows:

The PBGC is a United States Government corporation that administers and enforces the pension plan termination program established under Title IV of the Employee Retirement Income Security Act of 1974, *as amended*, 29 U.S.C. §§ 1301-1461 (2006).

Under the Local Rules of the Bankruptcy Court for the Southern District of New York, an attorney "in good standing of the bar of any state or of any United States District Court may be permitted to practice in this Court" upon motion to the Court, in compliance with Local Rule 2090-1(b).

Mr. Finke is a member in good standing of the bar of the State of New York.

Ms. Wong is a member in good standing of the bar of the District of Columbia.

Mr. Maricco is a member in good standing of the bar of the District of Columbia.

Contact information is as follows:

Mailing address: Charles L. Finke, Andrea Wong and Michael A. Maricco, Pension Benefit Guaranty Corporation, Office of the Chief Counsel, 1200 K Street, N.W., Washington, DC 20005-4026.

E-mail address: maricco.michael@pbgc.gov and efile@pbgc.gov; Telephone number: (202) 326-4020, x 3732; Facsimile number: (202) 326-4112.

The Pension Benefit Guaranty Corporation is a United States Government corporation and therefore **exempt from filing fees**.

|  |  |
|---|---|
| Dated: June 1, 2009<br>Washington, D.C. | Respectfully submitted,<br>*/s/ Michael A. Maricco*<br>CHARLES L. FINKE<br>Deputy Chief Counsel<br>ANDREA WONG<br>Assistant Chief Counsel<br>MICHAEL A. MARICCO<br>Attorneys<br>Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, NW, 3rd Floor<br>Washington, DC 20005-4026<br>Tel. No.: (202) 326-4020, ext. 3732<br>Fax No.: (202) 326-4112<br>Email:maricco.michael@pbgc.gov & efile@pbgc.gov<br><br>*Attorneys for Creditor Pension Benefit Guaranty Corporation* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
|  |  |
|---|---|
| **In Re:** ) | |
| ) | **Chapter 11 Case No.** |
| **GENERAL MOTORS CORP.,** *et al.* ) | |
| ) | **09-50026 (reg)** |
| **Debtors.** ) | |
| _____) | **(Jointly Administered)** |

<u>**ORDER**</u>

**ORDERED,**

that Charles L. Finke, Andrea Wong, and Michael A. Maricco, are admitted to practice, *pro hac vice,* in the above referenced case, in the United States Bankruptcy Court, Southern District of New York.  Mr. Finke, Ms. Wong, and Mr. Maricco represent the Pension Benefit Guaranty Corporation, a U.S. Government corporation, and are therefore exempt from filing fees.


Dated: _____, 2009
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE