## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Motion of United States Government Attorneys Charles L. Finke, Andrea Wong, And Michael A. Maricco For Admission to Practice**, *Pro Hac Vice*, was electronically filed and served by overnight delivery on this 1st day of June, 2009, on the following:

**Debtor:**
General Motors Corporation
300 Renaissance Center
Detroit, MI 48265-3000

**Debtor's Attorney:**
Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**United States Trustee:**
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004


    */s/ Michael A. Maricco*
    Michael A. Maricco
    Attorney