**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                    :
In re                                               :                  Chapter 11 Case No.
                                                    :
**GENERAL MOTORS CORP.,** *et al.*,                 :                  **09-50026 (REG)**
                                                    :
                                     Debtors.       :                  **(Jointly Administered)**
                                                    :
------------------------------------------------------------------x

**INTERIM ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 345(b), 363(b), 363(c) AND
364(a) AND FED. R. BANKR. P. 6003 AND 6004 (A) AUTHORIZING THE DEBTORS
TO (i) CONTINUE USING EXISTING CASH MANAGEMENT SYSTEM, (ii) HONOR
CERTAIN PREPETITION OBLIGATIONS RELATED TO THE USE OF THE CASH
MANAGEMENT SYSTEM, AND (iii) MAINTAIN EXISTING BANK ACCOUNTS AND
BUSINESS FORMS; (B) EXTENDING TIME TO
COMPLY WITH 11 U.S.C. § 345(b), AND (C) SCHEDULING A FINAL HEARING**

Upon the Motion, dated June 1, 2009 (the "Motion"),[1] of General Motors

Corporation ("GM") and certain of its subsidiaries, as debtors and debtors in possession in the

above-captioned chapter 11 cases (collectively, the "Debtors"), pursuant to sections 105(a),

345(b), 363(b), 363(c) and 364(a) of title 11, United States Code (the "Bankruptcy Code"), for

entry of an order (A) authorizing the Debtors (i) to continue to operate their cash management

systems, including the continued maintenance of existing bank accounts and the continued

transfers of funds among the Debtors and their affiliates in the ordinary course of business,

consistent with their prepetition practices, (ii) to honor certain prepetition obligations related to

the use of the Cash Management System, (iii) to maintain existing business forms, (B) granting

an extension of time to comply with section 345 of the Bankruptcy Code, and (C) scheduling a

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Motion.

final hearing on the relief requested , all as more fully described in the Motion; and the Court

having jurisdiction to consider the Motion and the relief requested therein in accordance with 28

U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the

Southern District of New York of Any and All Proceedings Under Title 11, dated July 10, 1984

(Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a

core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court

pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been

provided to:  (i) the Office of the United States Trustee for the Southern District of New York,

(ii) the attorneys for the U.S. Treasury, (iii) the attorneys for EDC; (iv) the attorneys for the

agent under GM's prepetition secured term loan agreement, (v) the attorneys for the agent under

GM's prepetition amended and restated secured revolving credit agreement, (vi) the holders of

the fifty largest unsecured claims against the Debtors (on a consolidated basis), (vii) the

attorneys for the International Union, United Automobile, Aerospace and Agricultural

Implement Workers of America, (viii) the attorneys for the International Union of Electronic,

Electrical, Salaried, Machine and Furniture Workers—Communications Workers of America,

(ix) the United States Department of Labor, (x) the attorneys for the National Automobile

Dealers Association, (xi) the attorneys for the ad hoc bondholders committee and (xii) each of

the banks listed on Exhibit A hereto (the "Banks") ((i)-(xii) collectively, the "Notice Parties"),

and it appearing that no other or further notice need be provided; and a hearing having been held

to consider the relief requested in the Motion (the "Hearing"); and upon the record of the

Hearing and all of the proceedings had before the Court; and the Court having found and

determined that the relief sought in the Motion is necessary to avoid immediate and irreparable

harm to the Debtors and their estates, as contemplated by Bankruptcy Rule 6003, and is in the

best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal

and factual bases set forth in the Motion establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted as provided herein; on an interim basis as

provided herein; and it is further

ORDERED that the Debtors are authorized and empowered, pursuant to sections

105(a) and 363(c) of the Bankruptcy Code, to continue to manage their cash pursuant to the Cash

Management System maintained by the Debtors prior to the Commencement Date; to collect,

concentrate, and disburse cash in accordance with the Cash Management System, including

intercompany funding; and to make ordinary course changes to their Cash Management System

without further order of the Court and it is further

ORDERED that pursuant to section 105(a) of the Bankruptcy Code, each of the

Banks is authorized and directed to continue to honor transfers as directed by the Debtors of

funds among their Bank Accounts and to the Debtors; and it is further

ORDERED that the Debtors shall maintain accurate records of all transfers within

the Cash Management System so that all postpetition transfers and transactions shall be

adequately and promptly documented in, and readily ascertainable from, their books and records,

to the same extent maintained by the Debtors prior to the Commencement Date; and it is further

ORDERED that the Debtors are authorized to: (i) designate, maintain and

continue to use any or all of their existing Bank Accounts listed on Exhibit A annexed to the

Motion, in the names and with the account numbers existing immediately prior to the

Commencement Date, (ii) deposit funds in and withdraw funds from such accounts by all usual

means including, without limitation, checks, wire transfers, automated clearinghouse transfers

and other debits, (iii) pay any bank fees or charges associated with the Bank Accounts, and (iv)

treat their prepetition Bank Accounts for all purposes as debtors in possession accounts; and it is

further

ORDERED that except as otherwise provided in this Order, all financial

institutions in which the Debtors maintain the Bank Accounts as of the Commencement Date are

authorized and directed to continue to maintain, service, and administer such Bank Accounts

without interruption and in the usual and ordinary course, and to receive, process, honor and pay

any and all checks, drafts, wires, or other transfers by the holders or makers thereof, as the case

may be; provided, however, that nothing contained herein shall (i) require a financial institution

to honor any check, wire, or other transfer unless the account has good and collected funds at the

time of the requested action or (ii) authorize any such financial institution to honor any check,

draft, wire, or other transfer issued or dated prior to the Commencement Date, except as

otherwise provided by further order of this Court; provided further, however, that any such

financial institution is authorized to accept and honor all representations from the Debtors as to

which check, ACH transfer, draft, wire, or other transfer drawn or issued by the Debtors prior to

the Commencement Date should be honored pursuant to an order of this Court, and such bank

shall not have any liability to any party for relying on such representation by the Debtors as

provided for herein, nor shall any Bank honoring or not honoring any check or other item as a

result of good faith error be liable to any party therefor; and it is further

ORDERED that with respect to those Bank Accounts which are not located in

Banks that are Authorized Bank Depositories and with respect to any of their investments, the

Debtors shall have 45 days (or such additional time as the U.S. Trustee may agree to) from the

entry of this Order (the "Extension Period") to either come into compliance with section 345(b)

of the Bankruptcy Code or to make such other arrangements as agreed with the U.S. Trustee; and it is further

ORDERED that with respect to any deposit or investment currently insured or guaranteed by the United States or by a department, agency, or instrumentality of the United States, upon the termination or modification of such insurance or guarantee, the Debtors shall either come into compliance with section 345(b) of the Bankruptcy Code or seek appropriate relief from the Court; and it is further

ORDERED, that nothing contained herein shall prevent the Debtors from opening any additional bank accounts, or closing any existing Bank Account(s) as they may deem necessary and appropriate, and the Banks and other financial institutions are directed to honor the Debtors' request to open or close, as the case may be, such Bank Accounts or additional bank accounts; and it is further

ORDERED, that notwithstanding anything to the contrary contained in this Order, all rights of JPMorgan Chase Bank N.A. ("JPMC"), if any, to assert cash collateral and/or setoff rights with respect to amounts in one or more of the Debtors' accounts as of the Commencement Date against prepetition obligations (the "Obligations") of Debtors owed to JPMC as of the Commencement Date (the "Commencement Date Balances") are expressly preserved. In the event that it is determined by this Court that JPMC has such rights, then (i) JPMC shall have the right to seek leave of the Court to setoff an amount in the Debtors' accounts equivalent to the Commencement Date Balances, irrespective of whether such funds constitute prepetition or postpetition funds, and (ii) for purposes of this paragraph, the Commencement Date Balances shall constitute the cash collateral for which JPMC is entitled to adequate protection for any diminution of the Commencement Date Balances, which adequate protection shall be (i) with

respect to setoffs relating to obligations under GM's prepetition revolving credit agreement dated as of July 20, 2006 (as amended, supplemented or otherwise modified), the same forms of protection provided under the Interim Cash Collateral Order covering the secured parties under such agreement and (ii) with respect to setoffs relating to all other obligations, including those arising under the Term Loan Agreement dated as of November 29, 2006 (as amended, supplemented or otherwise modified), the same forms of adequate protection provided under the Interim Term Loan Adequate Protection Order.  The Debtors reserve the right to object to and challenge any such assertion by JPMC.  JPMC will not seek to assert cash collateral or setoff rights with respect to the Commencement Date Balances or otherwise seek to prevent the Debtors' use of any cash collateral so long as the Termination Date has not occurred under the either of the orders referenced in this paragraph; and it is further

ORDERED, that nothing in this Order shall authorize the Debtors to use or otherwise impair cash collateral previously pledged by them as security for letters of credit, bonds and similar obligations owed by the Debtors to JPMC; and it is further

ORDERED that the automatic stay is hereby modified to authorize any Bank that has issued a letter of credit at the request of the Debtors, upon notice to the Debtors and upon receipt of written consent by the Debtors, to set off any cash deposits it is specifically holding as collateral for such letter of credit against any amount paid by the bank to the beneficiary of the letter of credit upon postpetition draw of the letter of credit, subject to the terms of any agreement between the Debtors and the Bank relating to the letter of credit; *provided, however*, that the Bank agrees to return to the Debtors' estates, within three business days of such setoff, the excess of any cash deposits it is holding as collateral for all letters of credit it has issued at the request of the Debtors over the amount of collateral the Debtors are required to provide with

6

respect to all outstanding letters of credit issued by the Bank at the request of the Debtors; and it is further

ORDERED that as soon as reasonably practicable, the Debtors shall mark "Debtors in Possession" and the chapter 11 case number under which these cases are being jointly administered on their checks; and it is further

ORDERED that, pursuant to section 364(a) of the Bankruptcy Code, the Debtors are authorized in connection with the ordinary course of their Cash Management System to obtain unsecured credit and incur unsecured debt in the ordinary course of business from their affiliates without notice and a hearing; and it is further

ORDERED, that to the extent a Bank in the ordinary course of the Cash Management System incurs an overdraft, failed securities transaction or other event giving rise to an uncovered debit, irrespective of whether arising pre or postpetition, such Bank shall be authorized to cover such overdraft, failed securities transaction or debit from funds of the Debtors in its possession and available for such purpose; and it is further

ORDERED that the Debtors are authorized to continue to use their Cash Management System and to fund Debtor and non-Debtor affiliates as they did prior to the Commencement Date; and it is further

ORDERED that the Debtors are authorized to continue to honor and make payments in respect of prepetition and postpetition intercompany obligations to subsidiaries and affiliates (Debtor and non-Debtor) in accordance with their prepetition practices; and it is further

ORDERED that the Debtors are authorized, but not directed, to pay prepetition amounts outstanding as of the Commencement Date, if any, owed to the Banks and other third parties that directly or indirectly provide services to the Debtors in connection with the Cash

Management System as service charges for the maintenance of the Cash Management System;

provided that no Bank shall be obligated to continue cash management services for the Debtors if

the Debtors do not pay such prepetition and postpetition charges within five business days after

receiving notice from a Bank that the Debtors have not paid such charges when due in the

ordinary course; and it is further

ORDERED that the Debtors are hereby authorized to execute any additional

documents and reasonably cooperate with the financial institutions as may be required to carry

out the intent and purpose of this Order; and it is further

ORDERED that the Debtors are authorized to implement the Investment

Guidelines and invest and deposit their cash and cash equivalents in accordance therewith in

addition to the investments permitted by section 345 of the Bankruptcy Code; and it is further

ORDERED that the Investment Guidelines may be amended by order of the Court

from time to time upon motion by the Debtors; and it is further

ORDERED that the Debtors' compliance with the Investment Guidelines shall be

deemed to constitute compliance with section 345 of the Bankruptcy Code, and the Debtors are

relieved from the obligations under section 345(b) to obtain a bond from any entity with which

money is deposited or invested in accordance with the Investment Guidelines; and it is further

ORDERED that the requirements set forth in Bankruptcy Rule 6004(a) are hereby

waived; and it is further

ORDERED that pursuant to Bankruptcy Rule 6004(h), the terms and provisions

of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that the Final Hearing to consider entry of an order granting the relief

requested in the Motion on a final basis shall be held on ***June 25, 2009 at 9:45 a.m.*** (Eastern

Time); and any objections to entry of such order shall be in writing, filed with the Court in

accordance with General Order M-242, and served upon those parties entitled to receive service

of this Cash Management Order (as provided below), in each case so as to be received no later

than 4:00 p.m. (Eastern Time) on June 14, 2009; and it is further

      ORDERED that the Debtors shall serve this Order within three business days of

its entry on the Notice Parties; and it is further

      ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated:     New York, New York
       **_June 1, 2009_**


                  s/ **_Robert E. Gerber_**
                  UNITED STATES BANKRUPTCY JUDGE

<u>**Exhibit A**</u>

**Banks and Bank Accounts**

**Account Type Key**
ZBA: Zero Balance Account
ODC : Non GMAC Collection
Accounts
DEP: Deposit Account
PAR: Parent Account
BAL: Balance Account
LBX: Lockbox
FSC: FISC Accounts

**DOMESTIC BANK ACCOUNTS**

# Saturn Corporation

| | Account Type | Account Name | Account Number (Last Four Digits) |
|---|---|---|---|
| Bank of America, N.A. (Tennessee) 540 W. Madison Chicago, IL 60661 312-828-8016 Contact: Masteneh Masghati | DEP | SATN DEPOSITS-MISCELLANEOUS RE | 6363 |

**Account Type Key**
ZBA: Zero Balance Account
ODC: Non GMAC Collection Accounts
DEP: Deposit Account
PAR: Parent Account
BAL: Balance Account
LBX: Lockbox
FSC: FISC Accounts

# Saturn Distribution Corp

| | Account Type | Account Name | Account Number |
|---|---|---|---|
| Citibank, N.A. (New York)<br>388 Greenwich Street 22nd Floor<br>New York NY 10013<br>212-816-2933<br>Contact: Sarah Terner | ZBA | SATURN DIST CORP | 1256 |

# Chevrolet-Saturn of Harlem, Inc.

| | Account Type | Account Name | Account Number |
|---|---|---|---|
| JP Morgan Chase<br>55 W. 125th Street<br>New York, NY 10027<br>212-860-0261<br>Contact: Randy Polanco | PAR | Chevrolet-Saturn of Harlem, Inc. | 7901 |

**Account Type Key**
ZBA: Zero Balance Account
ODC: Non GMAC Collection
Accounts
DEP: Deposit Account
PAR: Parent Account
BAL: Balance Account
LBX: Lockbox
FSC: FISC Accounts

# GM

| | Account Type | Account Name | Account Number |
|---|---|---|---|
| Bank of America, N.A. (San Francisco) | ZBA | GM SEDGWICK/WORKERS COMP | 4593 |
| | ZBA | GM CORP SEDGWICK CMS REIMB ACC | 5336 |
| 540 W. Madison | ZBA | DISABILITY EXPENSE A/C | 6285 |
| Chicago, IL 60661 | ZBA | DISABILITY RECEIPTS A/C | 6308 |
| 312-828-8016 | ZBA | GM CORP W/C CDA ACCOUNT | 1071 |
| Contact: Mastaneh Masghati | ZBA | SEDGWICK DISP EXP SETTLE ACCT | 5239 |
| | ZBA | SEDGWICK WORKERS COMP SETT ACC | 5247 |
| | DEP | INSURED W/C PGM SPEC DEP ACCT | 7156 |
| | ZBA | GMC COMMON DIVIDEND LEGACY | 2094 |
| | ZBA | GM CORP DIVIDEND DISBURSEMENTS | 8902 |
| | ZBA | GM COMMON DIVIDEND | 6150 |
| | ZBA | GMC COMMON DIVIDEND LEGACY | 7885 |
| | PAR | GM CORPORATION | 0215 |
| | DEP | EAG RECEIVABLES TEMPE, AZ | 3787 |
| | ZBA | SATN DISBURSEMENTS (CLASS) | 6347 |
| | ZBA | SATN DISBURSEMENTS (NEW) | 9187 |
| Bank of America, N.A. (Tennessee) | PAR | GENERAL MOTORS CORPORATION | 5539 |
| 540 W. Madison | | | |
| Chicago, IL 60662 | | | |
| 312-828-8016 | | | |
| Contact: Masteneh Masghati | | | |
| Bank of New York Mellon | | | |
| 500 Ross Street | ODC | DEALER ACCTG VEHICLE | 4443 |

| | | | |
|---|---|---|---|
| Mellon Client Service Center Suite 1360 | ODC | RETURNS DEALER ACCTG  VEHICLE CREDITS | 2371 |
| Pittsburgh PA 15262-0001 | ZBA | NAO DEALER ACCTG - INT SUPP | 3882 |
| 412-234-6175 | PAR | GM CORPORATION | 9901 |
| Contact: Bob Ladley | | | |
| | ZBA | NAO - HOURLY PAYROLL | 0481 |
| | ZBA | GM HOURLY PAYROLL ACH FUNDING | 6214 |
| | | | |
| Citibank, N.A. (New York) | BAL | GM SUPPLIERS LLC | 5748 |
| 388 Greenwich Street 22nd Floor | DEP | NAO - DEALER ACCT.-ACHDEBITS | 6383 |
| New York NY 10013 | | | |
| 212-816-2933 | | | |
| Contact: Sarah Terner | | | |
| | PAR | GM CORPORATION | 1878 |
| | BAL | GM SPECIAL OPERATIONS | 6552 |
| | GMC | OVERSEAS REMIT ACCT | 1997 |
| | BAL | GM AUTO RECEIVABLES CORP. | 7474 |
| | BAL | GM AUTO LEASE PURCHASE | 8321 |
| | DEP | TRADES PAY PGM - SPEC DEP ACCT | 6278 |
| | DEP | NYTO - SUPPLIER REMIT | 2921 |
| | ZBA | CAFCO SETTLEMENT ACCOUNT | 8369 |
| | ZBA | NAO - HOURLY PAYROLL | 4623 |
| | ZBA | STAF EFT DISB | 2982 |
| | ZBA | STAF-CNTL DISB | 4646 |
| | ZBA | NAO, DEALER ACCT.-CONT. DISB. | 1286 |
| | BAL | GM CORPORATION UST | 5721 |
| | | | |
| Comerica Bank | ZBA | GMC BENEFIT SETTLEMENT | 1846 |
| 500 Woodward Avenue | PAR | GM CORPORATION | 2827 |
| Detroit MI 48226 | BAL | GMC-FLEXIBLE COMP PROG | 6547 |
| 313-222-5431 | | | |
| Contact:Thomas Vandermulen | | | |
| | | | |
| Harris N.A. (Illinois) | PAR | GM CORPORATION | 672-3 |
| 115 South LaSalle St. 12th Floor | LBX | MOHO LOCKBOX | 1323 |
| Chicago IL 60603 | | | |
| 312-461-7432 | | | |
| Contact: Jack Kane | | | |
| | | | |
| JPMorgan Chase Bank N.A. (Illinois) | DEP | ATDV LOCKBOX #93647 | 6476 |
| 611 Woodward Avenue | BAL | ALLISON TRAN DIV DEPOSIT ACCT | 5-333 |
| Detroit MI 48226 | DEP | DLRA LBOX-CHICAGO #70595 | 6344 |

| | | | |
|---|---|---|---|
| 313-256-2218<br>Contact: Bill Bitonti | PAR | GM CORPORATION | 3191 |
| | ZBA | GM FX SETTLEMENT ACCT | 6164 |
| | DEP | GMPD LOCKBOX-NEWARK #13595 | 6190 |
| | DEP | GMPD LOCKBOX-CHICAGO #93112 | 6417 |
| | DEP | GMPD LOCKBOX-CHARLOTTE #195053 | 6786 |
| | DEP | GMPD LOCKBOX-DALLAS #890158 | 6816 |
| | DEP | GMPD LOCKBOX-L.A. #100061 | 6840 |
| | ZBA | BOCG DET PR CNTL DIS | 2176 |
| | ZBA | CPCG CNTL DISB | 2184 |
| JPMorgan Chase Bank N.A.<br>(Michigan) | ZBA | GM ICP | 58-94 |
| 611 Woodward Avenue | ZBA | GM ICP REIMBURSEMENTS | 25-64 |
| Detroit MI 48226 | ZBA | FIDELITY LUMP SUM DISB | 73-04 |
| 313-256-2218 | ZBA | FIDELITY INACTIVES | 47-06 |
| Contact: Bill Bitonti | ZBA | FIDELITY MED 'B' | 47-14 |
| | ZBA | FIDELITY OVERPAYMENT REFUND | 66-10 |
| | ZBA | FIDELITY ACCLARIS SAL FLX ACCT | 5-507 |
| | ZBA | FIDELITY ACCLARIS HLY FLX ACCT | 5-523 |
| | ZBA | GMC BENEFIT SETTLEMENT ACCT | 45-53 |
| | ZBA | GM BOFA HRA (NONCORENEWHIRES) | 0407 |
| | DEP | GM U.S. CUSTOMS RECEIPTS | 7-184 |
| | ODC | DEALER ACCTG  VEHICLE RETURNS | 3-084 |
| | ODC | DEALER ACCTG  VEHICLE CREDITS | 9-354 |
| | DEP | BUICK PGA RECEIPTS | 9-734 |
| | DEP | NAO DELAR ACTG. - GSA | 98-83 |
| | ODC | SATN SAAB COLL VEH DRAFTS | 4-724 |
| | ODC | NONGMAC FINANCED DLR COMP CAR | 4-880 |
| | ODC | GMAC DLR FINANCED COMP CAR | 5-556 |
| | DEP | COMP CAR LOAN AUCTION ACCT | 5-564 |
| | ODC | AUCTION ACH CREDITS ACCOUNT | 1-828 |
| | DEP | VSSM LICENSING & MERCHANDISING | 2-420 |
| | DEP | VSSM INT'L LICENSING ROYALTIES | 2-446 |
| | DEP | FLT COMM OPS-MED DTY ROY RECS | 9-553 |

| | | |
|---|---|---|
| DEP | GM ASSET ACCT WIRE RECPT SDA | 82-06 |
| ZBA | Salaried Retiree HRA | 3803 |
| PAR | GM CORPORATION | 67-90 |
| DEP | GMC,HCS/MASTER CARD,SPEC. DEP. | 07-63 |
| ZBA | GM R&D Lithium Ion Battery | 4090 |
| DEP | GM PERSONNEL ADMINISTRATION | 48-93 |
| DEP | SPO DEPOSITORY ACCT | 32-50 |
| FSC | GMPT - DEPOSITORY ACCOUNT | 00-83 |
| DEP | GMPT LBX 77680 | 75-41 |
| DEP | GMPT LBX 78056 | 0-313 |
| DEP | GMPT LBOX 771280 | 32-76 |
| ZBA | GMPT ASSET ACCT LKBX 77681 SDA | 81-98 |
| DEP | GM CORP HUMAN FACTORS | 76-84 |
| DEP | ROAD TO HYDROGEN | 33-84 |
| DEP | GENERAL MOTORS CORP. CARB | 4-454 |
| DEP | R & D GMX 569 U.S. GOVT | 1-614 |
| DEP | DOE WASTE HEAT RECOVERY | 3-694 |
| DEP | R & D CLEAN FUELS | 4-549 |
| DEP | R & D EMISSIONS DEVICES | 4-564 |
| DEP | ACAT / NHTSA - U.S. GOVT | 2-690 |
| DEP | NREL HEAVY HYBRID | 67-21 |
| DEP | VISUALIZATION FUEL CELL WTR TR | 67-39 |
| DEP | GM CORP AUTO UWB SHORT RANGE | 67-47 |
| DEP | GMT800 GOVERNMENT PROGRAM | 67-96 |
| DEP | R & D HIGH EFFICIENCY ENG. | 68-04 |
| DEP | ONSTAR LEXUS DIGITAL CORP | 70-91 |
| DEP | ONSTAR LEXUS PERSONAL CALLING | 71-09 |
| DEP | GMC INTEGRATED TRACTIION DRIVE | 9-470 |
| DEP | GMC EGR BOOST EFT SETTLEMENT | 9-488 |
| DEP | NYSERDA 957 | 1132 |
| DEP | GM LOGISTICS - TRAFFIC LOG. | 4393 |
| ZBA | INTL TRAF LOG LKBX 77789 SDA | 21-65 |
| DEP | GM LOGISTICS - COMM TRAFFIC | 1383 |
| DEP | GM LOGISTICS - MIAMI | 63-03 |
| DEP | GMU SPECIAL DEPOSITORY | 5-094 |
| DEP | GM CORP OFFICE WIRE RECEIPTS | 01-45 |
| DEP | GMC ALLISON TRANS REIMBURSE | 8-936 |
| ZBA | MTOM - SALARIED PAYROLL | 68-84 |
| ZBA | MTOM LLC HRLY PAYROLL - ACH | 3118 |
| ZBA | GMC SALARIED MATCHED PR | 47-46 |

| | | | |
|---|---|---|---|
| | ZBA | NAO - HOURLY PAYROLL | 74-26 |
| | ZBA | MTM HOURLY PARYROLL ACCOUNT | 8-467 |
| | ZBA | DDP - SALARY | 2987 |
| | ZBA | DDP - HOURLY | 2995 |
| | ZBA | FIDELITY ACCLARIS SAL FLX ACH | 3126 |
| | ZBA | FIDELITY ACCLARIS HLY FLX ACH | 3134 |
| | ZBA | BOCG - C.O. - CNTL DISB | 46-46 |
| | ZBA | CPCG-MANSFIELD-EFT DISB | 3343 |
| | ZBA | ONSTAR DISB ACCT | 30-32 |
| | ZBA | GM CORP OEM TELEMATICS SERV | 42-78 |
| | DEP | SAT CORP-GMAC ROYALTY PAYMENTS | 2-438 |
| | DEP | GM HEADQUARTERS CASHIER | 01-63 |
| | DEP | EAG CO LBX 77696 | 3-694 |
| | DEP | GM CENT OFF ACH RECP SETT ACCT | 01-37 |
| | DEP | GFSS AR-FREIGHT CLAIMS-FOR U.S. | 0258 |
| | DEP | ONSTAR PERSONAL CALLING | 53-74 |
| | DEP | ONSTAR/LEXUS LINK | 18-04 |
| | DEP | GM ONSTAR - DEPOSITORY AC | 46-03 |
| | DEP | ONSTAR OEM TELEMATICS SERVICES | 4-583 |
| | DEP | XM SATELLITE RADIO DEP ACCT | 5-341 |
| | ZBA | Plug-In Hybrid 319, EFT Settlement Account | **4918** |
| JPMorgan Chase Bank N.A. (New York) | ZBA | ALL TRANS-CNTL DISB | 7579 |
| 611 Woodward Avenue | ZBA | GM BENE ACCT | 2644 |
| Detroit MI 48226 | ZBA | GM SALARIED FLEX | 7376 |
| 313-256-2218 | ZBA | WORK. COMP. LIAB. CIGNA SETTLM | 4180 |
| Contact: Bill Bitonti | FSC | DLRA MILITARY SALES | 2048 |
| | ZBA | NAO DEALER ACCTG. EFT DISB. | 0189 |
| | FSC | DELCO SYST. OPS., SPEC. DEPOS. | 7068 |
| | SEC | GM ENHANCED CUSTODY | 0170 |
| | DEP | GMIMCO REMTIIANCES | 3523 |
| | BAL | GM USD CORP ACCT AT JPMC | 3760 |
| | PAR | GM CORPORATION | 2095 |
| | FSC | OVERSEAS REMIT ACCT | 4605 |
| | GMC | FSC ACCT | 3058 |
| | DEP | GMCC - CREDIT CARD | 0114 |
| | ZBA | GM DEBT SETTLEMENT ACCT | 5-072 |
| | FSC | GMOO SPECIAL DEPOSITORY ACC | 9839 |

| | | | |
|---|---|---|---|
| | | GMPD SPECIAL DEPOSITORY | |
| | FSC | ACC | 9813 |
| | FSC | AC DELCO - FSC DEPOSITS | 3959 |
| | FSC | GM TRADE RECEIVABLE LLC | 1075 |
| | FSC | GMTC SPECIAL DEPOSITORY ACCT | 6478 |
| | SEC | GM LIQUIDITY CUSTODY | 0171 |
| | FSC | GMC GMB OVERSEAS DEP | 1948 |
| | DEP | CEP SPECIAL DEPOSITORY | 0765 |
| | ZBA | NAO - HOURLY PAYROLL | 4775 |
| | ZBA | NAO, DEALER ACCT.-CONT. DISB. | 1757 |
| | ZBA | CPCG-CNTL. DISB | 2520 |
| | ZBA | GMC FED TAX SETTLEMENT | 0399 |
| | ZBA | NAO EFT DISBURSEMENT ACCT. | 1721 |
| | ZBA | CHEV CENTRAL OFFICE DIS | 3719 |
| | FSC | GMC PATENT SECTION | 2248 |
| | FSC | GMC NAO-WARREN OVERSEAS DEPOS. | 1646 |
| | ZBA | PROD LIAB INSURANCE SETTLE A/C | 6683 |
| | ZBA | WORKERS COMP LIAB INS A/C | 6717 |
| | ZBA | PROD. LIABIL. CIGNA SETTLEMENT | 4156 |
| | ZBA | GEN. LIABIL. CIGNA SETTLEMENT | 4164 |
| | ZBA | AUTOM. LIABIL. CIGNA SETTLEM. | 4172 |
| | ZBA | EIL/POLLUT. LIAB. SETTLEMENT | 4198 |
| | FSC | ONSTAR/OEM SERVICES | 1208 |
| | ZBA | GM GLOBAL TECH INC | 5749 |
| | ZBA | ONSTAR GLOBAL SERVICES | 3092 |
| | GMC | GM CORPORATION UST COLLATERAL ACCT | 3795 |
| State Street Bank | PAR | GM CORPORATION | 0747 |
| 105 Rosemont Road | DEP | GMC SALARIED STOCK OPTION | 8-398 |
| Westwood MA 02090 | DEP | SALARIED STOCK OPTION 2 | 1141 |
| 781-302-6068 | | | |
| Contact: Christine Cronin | | | |
| Bank of China | PAR | GM CORPORATION | 0683 |
| 410 Madison Ave. | | | |
| New York, NY  10017 | | | |
| 212-935-3101 | | | |
| Contact:  David Hoang | | | |
| M&T Bank | PAR | GM CORPORATION | 3671 |
| 25 South Charles Street | | | |
| Baltimore MD  21201 | | | |
| 410-244-4792 | | | |

Contact:  Lynn Mathy

| | | | |
|---|---|---|---|
| Citizens Bank | PAR | GM CORPORATION | 6889 |
| 328 South Saginaw Street | | | |
| Flint, MI  48502-2401 | | | |
| 810-282-0085 | | | |
| Contact: Karen Vance | | | |
| | | | |
| KeyBank | PAR | GM CORPORATION | 5008 |
| 127 Public Square | | | |
| Cleveland, OH  44114 | | | |
| 216-689-3696 | | | |
| Contact: Helen France | | | |
| | | | |
| Fifth Third Bank of NW OH | PAR | GM CORPORATION | 0536 |
| 606 Madison Ave | | | |
| Toledo, OH  43604 | | | |
| 419-259-0318 | | | |
| Contact: Joel Jerger | | | |

## FOREIGN BANK ACCOUNTS

| | | |
|---|---|---|
| JP Morgan Chase NA (London) | General Motors Corporation, Australian Dollar | 0406 |
| 611 Woodward Avenue | General Motors Corporation, Canadian Dollar | 0407 |
| Detroit, Mi. 48226 | General Motors Corporation, Swiss Franc | 0405 |
| 313-256-2218 | General Motors Corporation, Danish Krone | 0411 |
| Contact: Bill Bitonti | General Motors Corporation, Euro | 0401 |
| | General Motors Corporation, British Pound | 0402 |
| | General Motors Corporation, Japanese Yen | 0404 |
| | General Motors Corporation, Mexican Peso | 0415 |
| | General Motors Corporation, Norwegian Krone | 0409 |
| | General Motors Corporation, New Zealand Dollar | 0412 |
| | General Motors Corporation, Swedish Krona | 0408 |
| | General Motors Overseas Distribution Corporation | 8901 |
| | | 8902 |
| | General Motors Overseas Distribution Corporation | |
| | | 8904 |
| | General Motors Overseas Distribution Corporation | |
| | | 8908 |
| | General Motors Overseas Distribution Corporation | |

| | | |
|---|---|---|
| Toronto Dominion Bank | General Motors Corporation, Can. Dollar Disb. | 0181 |
| 100 Wellington St. W | General Motors Corporation, Can. Dollar EFT Disb. | 0505 |
| CP Tower 28th Floor | General Motors Corporation, OnStar Can. Dollar Disb. | 0823 |
| Toronto, Ontario M5K 1A2 416-982-8976 Contact: Debbie McCarrol | General Motors Corporation, Can. Dollar EDI/EFT Disb. | 9652 |

## **Custody/Brokerage Accounts**

| | | |
|---|---|---|
| Citibank, N.A. NY | General Motors Corporation, Core Portfolio | 0591 |
| 388 Greenwich Street 22nd Floor New York NY 10013 212-816-2933 Contact: Sarah Terner | Saturn Distribution Corporation | 6563 |
| Citibank, N.A. Cairo Branch | General Motors Corporation Custody Acct | 9100 |
| 388 Greenwich Street 22nd Floor New York, NY 10013 212-816-2933 Contact: Sarah Terner | General Motors Corporation Custody Cash Account EGP | 9506 |
| | General Motors Corporation Custody Cash Account USD | 9018 |
| JPMorgan Chase Bank N.A. (New | GM Treasurer's Office Enhanced Fund | 0170 |

York)
611 Woodward Avenue
Detroit MI 48226
313-256-2218
Contact: Bill Bitonti

GM Treasurer's Office Liquidity Fund

0171

JPMorgan Chase Bank
383 Madison Ave. – 5th Floor
New York, NY 10179
212-622-2619
Contact: Ara Movsesian

Special Equity Account

6952

Bear Stearns (JPMorgan)
115 South Jefferson Road – D4
Whippany NJ, 07981
973-793-7699
Contact: Robert Reimers

Bear Stearns Brokerage

1828

Pierce, Fenner & Smith Inc.
250 Vesey St.
New York, NY 10080
212-449-0484
Contact: Charles J. Phlon

ML Brokerage

0869

## RESTRICTED CASH ACCOUNTS

| Held By | Account Name | Account Number |
|---|---|---|
| Bank of New York Trust | General Motors/AISLIC 2006 Escrow Account | 4786 |

Andrew Asmdeo
101 Barclay St.
New York, NY 10286
212-298-1756

| | | |
|---|---|---|
| JP Morgan Chase | General Motors & Nat Union Fire Account | 2912 |

Money Market Service Center
10420 Highland Manor Dr. 2nd Floor
Temple, Fl 33610
866 737 5826

| | | |
|---|---|---|
| JP Morgan Chase | General Motors & Nat Union Fire Account | 1219 |

Money Market Service Center
10420 Highland Manor Dr. 2nd Floor
Temple, Fl 33610
866 737 5826

| | | |
|---|---|---|
| Bank of New York Trust | Westchester Fire/GMC Pledged collateral Account | 6144 |

Andrew Asmdeo
101 Barclay St.
New York, NY 10286
212-298-1756

| | | |
|---|---|---|
| | NiHill & Riedley/General Motors Account | 4268 |

Wachovia
Richard Catanese
481 West Germantown Pike
Plymouth Meeting, PA 19462
888-800-3567

| | | |
|---|---|---|
| Wachovia | NiHill & Riedley/General Motors Account | 9732 |

Richard Catanese
481 West Germantown Pike
Plymouth Meeting, PA 19462
888-800-3567

| | | |
|---|---|---|
| Bank of New York Trust | General Motors Corp-Motor Ins Corp Account | 4787 |

Andrew Asmdeo
101 Barclay St.
New York, NY 10286
212-298-1756

| | | |
|---|---|---|
| Natixis | GM Arrowood | 3-001 |

Michelle Alvarez
9 West 57th Str. 35th Floor
New York, NY 10019
201-761-6547

| | | |
|---|---|---|
| Natixis | GM Workers Comp CA | 1-001 |

Michelle Alvarez
9 West 57th Str. 35th Floor
New York, NY 10019
201-761-6547

| | | |
|---|---|---|
| Natixis | GM Workers Comp CA | 1-002 |

Michelle Alvarez
9 West 57th Str. 35th Floor
New York, NY 10019
201-761-6547

| | | |
|---|---|---|
| Natixis | GM Workers Comp NY | 8-001 |
| Michelle Alvarez | GM Workers Comp OH | 7-001 |

9 West 57th Str. 35th Floor
New York, NY 10019
201-761-6547
Natixis
Michelle Alvarez
9 West 57th Str. 35th Floor
New York, NY 10019
201-761-6547

| | | |
|---|---|---|
| Natixis | GM Workers Comp OH | 7-002 |

Michelle Alvarez
9 West 57th Str. 35th Floor
New York, NY 10019
201-761-6547

| | | |
|---|---|---|
| Natixis | GM Workers Comp OH | 7-003 |

Michelle Alvarez
9 West 57th Str. 35th Floor
New York, NY 10019
201-761-6547

| | | |
|---|---|---|
| Natixis | GM Workers Comp TX | 4-001 |

Michelle Alvarez
9 West 57th Str. 35th Floor
New York, NY 10019
201-761-6547

| | | |
|---|---|---|
| Blackrock | SafeCo Ins Co or America Pledgee FBO General Motors Account | 8163 |

100 Bellevue Parkway
Wilmington, DE 19809
1-800-441-7450

| | | |
|---|---|---|
| Smith Barney | TCA, Secured Party FBO: General Motors Corp Acct | 0164 |

Denise Yuu
185 Asylum Street 2nd Floor
Hartford, CT 06103
860-275-0700

| | | |
|---|---|---|
| BONY MATT LEWIS | LINDEN RD MI COLLATERAL | 1365 |

101 Barclay Street
New York, NY 10286
212-815-3219

| | | |
|---|---|---|
| PNC BANK | ALLEGHENY POWER DEPOSIT | 9632 |

Product Client Services
620 Liberty Ave.
Pittsburgh, PA 15265
1-877-824-5001

| | | |
|---|---|---|
| JP Morgan: | NATIONAL FUEL GAS DIST DEPOSIT | 4886 |

Joyce Bryant
611 Woodward Ave.
Detroit, MI 48226
866-696-4212

| | | |
|---|---|---|
| Tenesse Valley Authority | TVA DEPOSIT | 4912 |

JT Long
26 Century Blvd. – One

| | | |
|---|---|---|
| Century Pl. | SO CAL EDISON DEPOSIT | 4434 |

0CP-1K
Nashville, TN 37214
615-232-6103
JP Morgan:
Joyce Bryant
611 Woodward Ave.
Detroit, MI 48226
866-696-4212

| | | |
|---|---|---|
| JP Morgan:<br>Joyce Bryant<br>611 Woodward Ave.<br>Detroit, MI 48226<br>866-696-4212 | SRP DEPOSIT | 0452 |
| BONY:<br>PHIL TRIOLO<br>101 Barclay Street<br>New York, NY 10286<br>212-815-3229 | CENTERPOINT ENERGY ESCROW | 6016 |
| BONY:<br>PHIL TRIOLO<br>101 Barclay Street<br>New York, NY 10286<br>212-815-3229 | PEPCO ESCROW | 0893 |
| BONY:<br>PHIL TRIOLO<br>101 Barclay Street<br>New York, NY 10286<br>212-815-3229 | ST LAWRENCE GAS ESCROW | 6760 |
| BONY:<br>PHIL TRIOLO<br>101 Barclay Street<br>New York, NY 10286<br>212-815-3229 | DOMINION RETAIL ESCROW | 6023 |
| BONY:<br>PHIL TRIOLO<br>101 Barclay Street<br>New York, NY 10286<br>212-815-3229 | CONOCO PHILIPS ESCROW | 6022 |
| BONY:<br>PHIL TRIOLO<br>101 Barclay Street<br>New York, NY 10286<br>212-815-3229 | PANHANDLE/TRUNKLINE ESCROW | 6166 |
| BONY:<br>PHIL TRIOLO<br>101 Barclay Street<br>New York, NY 10286<br>212-815-3229 | GEORGIA POWER ESCROW | 6017 |
| BONY:<br>PHIL TRIOLO<br>101 Barclay Street | SEQUENT ENERGY ESCROW | 6009 |

New York, NY 10286
212-815-3229

| | | |
|---|---|---|
| Citibank:<br>Sarah Terner<br>388 Greenwich Street 22nd<br>Floor New York, NY 10013<br>212-816-2933 | AMEREN LC | 2099 |
| Citibank:<br>Sarah Terner<br>388 Greenwich Street 22nd<br>Floor New York, NY 10013<br>212-816-2933 | C REISS COAL | 2973 |
| Citibank:<br>Sarah Terner<br>388 Greenwich Street 22nd<br>Floor New York, NY 10013<br>212-816-2933 | ATMOS ENERGY MARKETING LC | 3869 |
| Citibank:<br>Sarah Terner<br>388 Greenwich Street 22nd<br>Floor New York, NY 10013<br>212-816-2933 | CORAL ENERGY CANADA LC | 4976 |
| BONY:<br>PHIL TRIOLO<br>101 Barclay Street<br>New York, NY 10286<br>212-815-3229 | CENTERPOINT ENERGY GAS TRANSMISSION | 3433 |
| BONY:<br>PHIL TRIOLO<br>101 Barclay Street<br>New York, NY 10286<br>212-815-3229 | CENTERPOINT ENERGY RESOURCES CORP | 2894 |
| BONY:<br>PHIL TRIOLO<br>101 Barclay Street<br>New York, NY 10286<br>212-815-3229 | PEA ESCROW | 0492 |