ALAN R. BRAYTON, ESQ., S.B. #73685
CHRISTINA C. SKUBIC, ESQ., S.B. #191368
MATTHEW B. LEE, ESQ., S.B. #230736
BRAYTON❖PURCELL LLP
222 Rush Landing Road
Novato, California 94948-6169
Telephone 415-898-1555

Attorneys for Claimants

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| GENERAL MOTORS CORP., *et al.*, ) | Case No. 09-50026 (REG) |
| ) | |
| Debtors. ) | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**TO THE HONORABLE COURT:**

Please take notice that Brayton❖Purcell, LLP, counsel for certain asbestos claimants who are creditors in the above-entitled action, very respectfully request, pursuant to Section 1109(B) of the Bankruptcy Code and Rules 2002, and 3017 of Federal Rules of Bankruptcy Procedure, that copies of all notices, reports, motions, briefs, pleadings, proposed orders, conformed copies of orders, monthly operating reports, amended statements and schedules, and any other documents or instruments filed in the above-captioned case be given to and served at the following address:

> Alan R. Brayton, Esq.
> Christina C. Skubic, Esq.
> Matthew B. Lee, Esq.
> BRAYTON ◆ PURCELL LLP
> 222 Rush Landing Road
> Novato, California 94945
> Telephone (415) 898-1555
> Facsimile  (415) 898-1247
> E-mail: bankruptcy.asbpo.asbdom@braytonlaw.com

**WHEREFORE,** claimants respectfully request this Honorable Court take notice of the above, and order that it be included in the master address list of the above-captioned case and that copies of all motions, orders or pleadings filed herein by any party be served upon it as indicated.

Dated: 6/1/2009

Respectfully submitted,

BRAYTON✜PURCELL LLP
222 Rush Landing Road
Novato, California 94945
(415) 898-1555

By: _____
Matthew B. Lee
Brayton✜Purcell LLP
Attorneys for Claimants

## CERTIFICATE OF SERVICE

I, Kaishea Kegley, do hereby certify that on June 1, 2009, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers to be served by electronic mail or United States Mail upon parties on the Official Service List on June 1, 2009.

_____
Kaishea Kegley