**DORSEY & WHITNEY LLP**
250 Park Avenue
New York, New York 10177
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
Eric Lopez Schnabel (ES 5553)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

### REQUEST FOR NOTICE AND
### RESERVATION OF RIGHTS

Pursuant to Bankruptcy Rules 2002(g) and (i), Entergy Mississippi, Inc. ("Entergy") hereby requests that a copy of all notices given and all papers (including pleadings, motions, applications, orders and reports) served or filed in this case, be served upon it to the attention of:

> Alan H. Katz, Esq.
> Assistant General Counsel
> Entergy Services, Inc.
> 639 Loyola Avenue, 26th Floor
> New Orleans, LA 70113
> Facsimile: (281) 297-5342
> E-mail: akatz@entergy.com

This Request for Notice is not intended to waive (i) Entergy's right to have final orders in non-core matters entered only after de novo review by a District Court; (ii) Entergy's right to a jury trial where available; (iii) Entergy's right to have the reference withdrawn by the District Court in any matter subject to withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Entergy is or may be

entitled under agreements, in law or, in equity, all of which are reserved.

Dated:  June 1, 2009                              DORSEY & WHITNEY LLP

                                                                /s/ Eric Lopez Schnabel
                                                Eric Lopez Schnabel (DE Bar No. 3672)
                                                1105 North Market Street (16th Floor)
                                                Wilmington, Delaware 19801
                                                Telephone: (302) 425-7162
                                                Facsimile: (302) 335-0830
                                                E-mail: schnabel.eric@dorsey.com