LEV L. DASSIN
Acting United States Attorney for the
Southern District of New York
By:  DAVID S. JONES
     JEFFREY S. OESTERICHER
     MATTHEW L. SCHWARTZ
     JOSEPH N. CORDARO
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone:  212-637-2800
Facsimile:  212-637-2750

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE:                                          Chapter 11

    GENERAL MOTORS CORP., *et al.*,       Case No. 09-50026 (REG)

        Debtors.                        (Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that the United States of America and its agencies (collectively, the "Government"), including the United States Department of the Treasury, the Environmental Protection Agency, and the Internal Revenue Service, hereby appear by their counsel, Lev L. Dassin, Acting United States Attorney for the Southern District of New York, by Assistant United States Attorneys David S. Jones, Jeffrey S. Oestericher, Matthew L. Schwartz, and Joseph N. Cordaro, and such counsel hereby enter their appearances pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such

counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following person at the following address, telephone and facsimile numbers and electronic mail address:

>David S. Jones
>Jeffrey S. Oestericher
>Matthew L. Schwartz
>Joseph N. Cordaro
>Assistant United States Attorneys
>Southern District of New York
>86 Chambers Street, 3rd Floor
>New York, New York 10007
>Telephone:  212-637-2800
>Facsimile:  212-637-2750
>E-mail:  david.jones6@usdoj.gov
>         jeffrey.oestericher@usdoj.gov
>         matthew.schwartz@usdoj.gov
>         joseph.cordaro@usdoj.gov

With a copy to:

>John J. Rapisardi
>Cadwalader, Wickersham & Taft LLP
>One World Financial Center
>New York, New York 10281
>Telephone: (212) 504-6000
>Facsimile: (212) 504-6666
>E-mail:  john.rapisardi@cwt.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint,

demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise filed or made with regard to the above captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of (a) the Government's rights to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which the Government is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Government expressly reserve.

Dated:   June 1, 2009
         New York, New York

                                        Respectfully submitted,

                                        LEV L. DASSIN
                                        Acting United States Attorney for the
                                        Southern District of New York

                                By:     /s/ Matthew L. Schwartz
                                        MATTHEW L. SCHWARTZ
                                        Assistant United States Attorney
                                        86 Chambers Street
                                        New York, New York 10007
                                        Tel.: (212) 637-1945
                                        Fax: (212) 637-2750
                                        E-mail:  matthew.schwartz@usdoj.gov