WHITE AND WILLIAMS LLP
One Penn Plaza, Suite 4110
New York, NY  10119
Telephone:  (212) 631-4421
Karel S. Karpe, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

# NOTICE OF APPEARANCE AND REQUEST FOR SERVICE ON BEHALF OF SIEMENS PRODUCT LIFECYCLE MANAGEMENT SYSTEMS INC.

**PLEASE TAKE NOTICE** that Siemens Product Lifecycle Management Systems, Inc. hereby appears by its counsel White and Williams LLP in the above-captioned case, and counsel hereby enters appearance pursuant to the Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that an entry be made on the Clerk's Matrix in this case and that all documents filed with the Court and all notices which the Court and/or any party provides in accordance with Bankruptcy Rule 2002 be served upon the counsel set forth below:

> White and Williams LLP
> One Penn Plaza, Suite 4110
> New York, New York 10119
> Attn.:  Karel S. Karpe
>         Telephone:  (212) 631-4421
>         Fax: (212) 631-4431
>         Email: karpek@whiteandwilliams.com

This request includes without limitation all papers, reports, orders, notices, applications, motions, petitions,  pleadings, disclosure statements, plans of reorganization, appendices,

5338980v.1

exhibits, requests or demands, whether formal or informal, whether written or oral, transmitted or conveyed by mail, courier service, telephone, facsimile, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit shall be deemed or construed to be a waiver of the rights of Siemens Product Lifecycle Management Systems, Inc. (i) to have final orders in non-core matters entered only after *de novo* review by a District Court, (ii) to trial by jury in any proceeding so triable in these cases, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which Siemens Product Lifecycle Management Systems, Inc. is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

**PLEASE TAKE FURTHER NOTICE** that request is also made that counsel be added to the Official Service List, or any other creditor matrix for notice of all contested matters, adversary proceedings and other proceedings in the Chapter 11 case.

Dated: New York, New York
      June 1, 2009

                        WHITE AND WILLIAMS LLP

                By:     /s/Karel S. Karpe
                        Karel S. Karpe
                        One Penn Plaza, Suite 4110
                        New York, New York  10119

                        *Attorneys for Siemens Product Lifecycle Management Systems, Inc*.

5338980v.1