KILPATRICK & ASSOCIATES, P.C.
903 N. Opdyke Road, Suite C
Auburn Hills, MI 48326
RICHARDO I. KILPATRICK, ESQ.
LEONORA K. BAUGHMAN, ESQ.
(248) 377-0700

ATTORNEYS FOR WAYNE COUNTY TREASURER

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-B 50026 (REG) |
| Debtor. | |

### NOTICE OF APPEARANCE AND REQUEST TO BE PLACED ON MATRIX

**PLEASE TAKE NOTICE** that Richardo I. Kilpatrick of KILPATRICK & ASSOCIATES, P.C., hereby appears as counsel for Creditor, WAYNE COUNTY TREASURER, and pursuant to the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code, requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be given to and served upon him at the following address:  Kilpatrick & Associates, P.C., 903 N. Opdyke Road, Suite C, Auburn Hills, Michigan 48326.

       Respectfully submitted,

       KILPATRICK & ASSOCIATES, P.C.
       Attorneys for the Wayne County Treasurer


       /S/ *Richardo I Kilpatrick*
       RICHARDO I. KILPATRICK (P35275)
       LEONORA K. BAUGHMAN (P33534)
       615 Griswold, Suite 1004
       Detroit, Michigan 48226
       (313) 963-2581
       ecf@kaalaw.com

Dated: June 1, 2009

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Appearance and Request to be Placed on Matrix was duly served to all registered parties through the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York.

                                                          /S/ *Larissa M Robertson*
                                                          Larissa M. Robertson
                                                          An Employee of Kilpatrick & Associates, P.C.

June 1, 2009