UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

GENERAL MOTORS CORP., et al.,

                      Debtors.

Case No. 09-50026(REG)
(Jointly Administered)

Chapter 11

-----------------------------------------------------------x

**APPEARANCE, NOTICE OF APPEARANCE AND REQUEST TO BE ADDED TO MATRIX AND FOR SERVICE OF NOTICES, PLEADINGS AND ORDERS**

**TO: ALL INTERESTED PARTIES;**

    **PLEASE TAKE NOTICE** that the undersigned hereby files an appearance as counsel for Hirotec America ("Hirotec") and certain of Hirotec's affiliates, and pursuant to Bankruptcy Rule 2002 requests that all notices and all papers given or served in this case be given and served on the undersigned at the address set forth below:

Ryan D. Heilman
rheilman@schaferandweiner.com
glee@schaferandweiner.com
Schafer and Weiner, PLLC
40950 Woodward Avenue, Ste. 100
Bloomfield Hills, Michigan  48304

    **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes without limitation, orders and notices of any application, motion, response, reply, petition, pleadings, request, any plan, complaint or demand whether formal or informal, whether written or oral, and whether transferred

{00213518}

or conveyed by hand delivery, mail, telephone, telefax, or otherwise, which affects Hirotec or the property of the Hirotec.

                Respectfully Submitted:

                SCHAFER AND WEINER, PLLC

By:  /s/ Ryan D. Heilman
      RYAN D. HEILMAN
      Counsel for Hirotec America
      40950 Woodward Ave., Ste. 100
      Bloomfield Hills, MI  48304
      (248) 540-3340
      rheilman@schaferandweiner.com

Dated:  June 2, 2009

{00213518}