**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                                :
                                                     :    Chapter 11
General Motors Corporation, *et al.*,                :
                                                     :    Case No. 09-50026 (REG)
Debtors.                                             :    (Jointly Administered)
                                                     :
-----------------------------------------------------------x

## MOTION FOR ADMISSION PRO HAC VICE

I, **SEAN M. WALSH**, a member in good standing of the bar in the State of Michigan, the State of Illinois and of the bar of the U.S. District Court for the Eastern and Western Districts of Michigan and the Northern District of Illinois, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent L&W Engineering Co. creditor and party in interest in the above-referenced case.

My address is:    Sean M. Walsh, Esq.
                  Giarmarco, Mullins & Horton, P.C.
                  Tenth Floor Columbia Center
                  101 West Big Beaver Road
                  Troy, Michigan  48084-5280
                  Telephone Number:  (248) 457-7000
                  E-Mail Address:  swalsh@gmhlaw.com

I agree to pay the fee of $25 upon approval by this Court admitting me to practice ***pro hac vice***.

|  |  |
|---|---|
|  | GIARMARCO, MULLINS & HORTON, P.C. |
|  | By: /s/  Sean M. Walsh |
|  | SEAN M. WALSH (P48724) |
|  | Attorneys for L&W Engineering Co. |
|  | 101 West Big Beaver Road |
|  | Troy, MI 48084-5280 |
|  | Telephone: (248) 457-7000 |
| Dated: June 2, 2009 | Email: swalsh@gmhlaw.com |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
In re                                                         :
                                                              :    Chapter 11
General Motors Corporation, *et al.*,                         :
                                                              :    Case No. 09-50026 (REG)
Debtors.                                                      :    (Jointly Administered)
                                                              :
-------------------------------------------------------------x

## ORDER

**IT IS ORDERED**, that Sean M. Walsh, Esq. is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

                                               **HON. ROBERT E. GERBER**
                                               United States Bankruptcy Judge

Date: _____, 2009