UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

GENERAL MOTORS CORPORATION,

         Debtors.
----------------------------------------------------------x

Case No. 09-50026 (reg)
(Jointly Administered)
Chapter 11

## MOTION FOR ADMISSION, *PRO HAC VICE*

TO THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRTUPCY JUDGE:

    I, Patrick J. Kukla, a member in good standing of the bar of the State of Michigan and the United States District Court for the Eastern District of Michigan and the Western District of Michigan, requests admission, *pro hac vice,* before this Court, to represent Behr America, Inc., Karmann U.S.A., Inc., Findlay Industries, Inc., Bing Metals Group, Inc. and certain other creditors of General Motors Corporation in the above-captioned jointly administered cases, and in any related adversary proceedings.

| | |
|---|---|
| My address is: | Carson Fischer, P.L.C. |
| | 4111 Andover Road |
| | West – 2nd Floor |
| | Bloomfield Hills, Michigan 48302 |
| Telephone: | (248) 644-4840 |
| Email address: | pkukla@carsonfischer.com |

    I, agree to pay the fee of $25.00 upon entry of an order admitting me to practice *pro hac vice*.

Dated: June 2, 2009

                                    */s/ Patrick J. Kukla*
                                    Patrick J. Kukla (P60465)

# EXHIBIT 1

***(Proposed Order)***

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

GENERAL MOTORS CORPORATION,

        Debtors.

Case No. 09-50026 (reg)
(Jointly Administered)
Chapter 11

-----------------------------------------------------------x

## ORDER ADMITTING PATRICK J. KUKLA
## TO PRACTICE, *PRO HAC VICE*

IT IS HEREBY ORDERED that Patrick J. Kukla is admitted to practice, *pro hac vice,* in connection with the above-referenced Chapter 11 cases and any related adversary proceedings in the United States Bankruptcy Court, Southern District of New York, subject to payment of the required filing fee.


Dated:_____
      New York, New York

                                                         _____
                                                          HONORABLE ROBERT E. GERBER
                                                         UNITED STATES BANKRUPTCY COURT