Robert T. Smith
1451 East Lincoln Avenue
Madison Heights, Michigan 48071
*Phone:* (248) 586-3320
*Fax:* (248) 586-9611
*E-mail:* rsmith@cniinc.cc
*Attorney for CNI Enterprises, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re : 
: **Chapter 11 Case No.**
**GENERAL MOTORS CORP.,** *et al.*, : 
: **09-50026 (REG)**
Debtors. : 
: **(Jointly Administered)**
: 
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Robert T. Smith, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent CNI Enterprises, Inc. in the above-referenced cases and in any related adversary proceedings.

I certify that I am a member in good standing of the bar in the State of Michigan and the bar of the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 2, 2009

s/ Robert T. Smith
Robert T. Smith
CNI Enterprises, Inc.
1451 East Lincoln Avenue
Madison Heights, Michigan 48071
*E-mail address:* rsmith@cniinc.cc
*Telephone number:* (248) 586-3320

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
:
In re                                                         :       **Chapter 11 Case No.**
:
**GENERAL MOTORS CORP.,** *et al.*,          :       **09-50026 (REG)**
:
Debtors.                          :       **(Jointly Administered)**
:
-----------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Robert T. Smith, to be admitted, *pro hac vice*, to represent CNI Enterprises, Inc. in the above-referenced cases and in any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan and the bar of the U.S. District Court for the Eastern District of Michigan, it is hereby

**ORDERED**, that Robert T. Smith, Esq., is admitted, *pro hac vice*, in the above referenced cases and in any related adversary proceedings, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2009
New York, New York            /s/ _____
                              UNITED STATES BANKRUPTCY JUDGE