PEPPER HAMILTON LLP
Deborah Kovsky-Apap (DK 6147)
100 Renaissance Center
Suite 3600
Detroit, MI 48243-1157
Telephone: (313) 259-7110
Facsimile:  (313) 259-7926
E-mail: kovsky@pepperlaw.com

- and -

Henry J. Jaffe (DE No. 2987
James C. Carignan (DE No. 4230)
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile:  (302) 421-8390
E-mail: jaffeh@pepperlaw.com
          carignanj@pepperlaw.com

Counsel for SKF USA Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                              :     Chapter 11
In re                                                         :
                                                              :     Case No. 09-50026 (REG)
General Motors Corporation, *et al.,*                         :
                                                              :
        Debtors.                                              :
                                                              :
---------------------------------------------------------------x

**NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY
AND REQUEST FOR SERVICE OF NOTICE AND DOCUMENTS**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), the

undersigned appears as counsel for SKF USA Inc.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rule 2002 (i),

the undersigned requests that Henry J. Jaffe, Esq. and James C. Carignan, Esq. be added to the

official mailing matrix and service lists in this case.  In addition, said counsel requests that copies

#11047028 v1

of all pleadings, motions, notices, and other papers, filed and/or served, in this case or any proceeding therein, be served upon Henry J. Jaffe, Esq. and James C. Carignan at the following address:

>   Henry J. Jaffe (DE No. 2987
>   James C. Carignan (DE No. 4230)
>   Hercules Plaza, Suite 5100
>   1313 Market Street, P.O. Box 1709
>   Wilmington, DE 19899-1709
>   Telephone: (302) 777-6500
>   Facsimile:  (302) 421-8390
>   E-mail: jaffeh@pepperlaw.com
>              carignanj@pepperlaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code and Rule 3017(a) of the Bankruptcy Rules, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, plans, disclosure statements, complaints or demands transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which are filed or made with regard to the captioned cases and proceedings herein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit, is intended to waive (i) the party's right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) the party's right to trial by jury in any proceedings or trial so triable herein or in any case, controversy, or proceeding relating hereto, (iii) the party's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which this party is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions,

#11047028 v1

defenses, setoffs and recoupments this party expressly reserves. Further, this Entry of Appearance constitutes a special appearance and is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the Bankruptcy Court, including without limitation, the jurisdiction of the Court to adjudicate non-core matters, all of which rights are reserved without prejudice.

/s/ Deborah Kovsky-Apap
Deborah Kovsky-Apap (DK 6147)
PEPPER HAMILTON LLP
100 Renaissance Center
Suite 3600
Detroit, MI 48243-1157
Telephone: (313) 259-7110
Facsimile:  (313) 259-7926
E-mail: kovsky@pepperlaw.com

Counsel for SKF USA Inc.

Dated:  June 2, 2009