PEPPER HAMILTON LLP
Deborah Kovsky-Apap (DK 6147)
100 Renaissance Center
Suite 3600
Detroit, MI 48243-1157
Telephone: (313) 259-7110
Facsimile:  (313) 259-7926
E-mail: kovsky@pepperlaw.com

- and -

Henry J. Jaffe (DE No. 2987)
James C. Carignan (DE No. 4230)
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile:  (302) 421-8390
E-mail: jaffeh@pepperlaw.com
           carignanj@pepperlaw.com

Counsel for SKF USA Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                  :     Chapter 11
In re                                             :
                                                  :     Case No. 09-50026 (REG)
General Motors Corporation, *et al.,*             :
                                                  :
         Debtors.                                 :
                                                  :
-------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 2, 2009, copies of the Notice of Appearance, Request for Matrix Entry and Request for Service of Notice and Documents were served via first class mail, postage prepaid, upon the individuals on the attached service list via first class mail, postage prepaid, upon the individuals on the attached service list.

-4-

#11047028 v1

| | |
|---|---|
| Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Office of the United States Trustee<br>33 Whitehall Street , Suite 2100<br>New York, NY 10004 |

Dated:  June 2, 2009                              PEPPER HAMILTON LLP


                                                  /s/ Deborah Kovsky-Apap
                                                  Deborah Kovsky-Apap (DK 6147)
                                                  100 Renaissance Center
                                                  Suite 3600
                                                  Detroit, MI 48243-1157
                                                  Telephone: (313) 259-7110
                                                  Facsimile:  (313) 259-7926
                                                  E-mail: kovsky@pepperlaw.com

                                                  Counsel for SKF USA Inc.

-5-

#11047028 v1