PEPPER HAMILTON LLP
Deborah Kovsky-Apap (DK 6147)
100 Renaissance Center
Suite 3600
Detroit, MI 48243-1157
Telephone: (313) 259-7110
Facsimile: (313) 259-7926
E-mail: kovsky@pepperlaw.com

- and -

Henry J. Jaffe (DE No. 2987
James C. Carignan (DE No. 4230)
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: jaffeh@pepperlaw.com
carignanj@pepperlaw.com

Counsel for SKF USA Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>General Motors Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG) |

**MOTION AND ORDER FOR ADMISSION TO PRACTICE**
***PRO HAC VICE* OF HENRY J. JAFFE**

I, Henry J. Jaffe, admitted to practice in the State of Delaware and the Commonwealth of Pennsylvania, and before the United States District Courts for the District of Delaware, the Eastern District of Pennsylvania, and the Middle District of Pennsylvania, and a member in good standing of the Bars of these Courts, request admission, *pro hac vice*, before the Honorable Robert E. Gerber to represent SKF USA Inc. in the above-captioned cases, together with any proceedings related thereto.

My business address, telephone number, fax number and e-mail address are:

Henry J. Jaffe (DE No. 2987)
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: jaffeh@pepperlaw.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Henry J. Jaffe (DE No. 2987)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

Dated: June 1, 2009

Counsel for SKF USA Inc.

**ORDER GRANTING MOTION *PRO HAC VICE* OF HENRY J. JAFFE**

IT IS HEREBY ORDERED that Henry J. Jaffe, Esq. is admitted to practice, *pro hac vice,* in the above-captioned cases, as well as all other proceedings related thereto, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Date:____________________
New York, New York

____________________________________
United States Bankruptcy Judge