PEPPER HAMILTON LLP
Deborah Kovsky-Apap (DK 6147)
100 Renaissance Center
Suite 3600
Detroit, MI 48243-1157
Telephone: (313) 259-7110
Facsimile: (313) 259-7926
E-mail: kovsky@pepperlaw.com

- and -

Henry J. Jaffe (DE No. 2987)
James C. Carignan (DE No. 4230)
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: jaffeh@pepperlaw.com
         carignanj@pepperlaw.com

Counsel for SKF USA Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                                :   Chapter 11
In re                                                           :
                                                                :   Case No. 09-50026 (REG)
General Motors Corporation, *et al.*,                           :
                                                                :
         Debtors.                                               :
                                                                :
----------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION TO PRACTICE
## *PRO HAC VICE* OF JAMES C. CARIGNAN

I, James C. Carignan, admitted to practice in the State of Delaware and before the United States District Court for the District of Delaware, and a member in good standing of the Bars of these Courts, request admission, *pro hac vice*, before the Honorable Robert E. Gerber to represent SKF USA Inc. in the above-captioned cases, together with any proceedings related thereto.

#11047486 v1

My business address, telephone number, fax number and e-mail address are:

> James C. Carignan (DE No. 4230)
> Hercules Plaza, Suite 5100
> 1313 Market Street, P.O. Box 1709
> Wilmington, DE 19899-1709
> Telephone: (302) 777-6500
> Facsimile: (302) 421-8390
> E-mail: carignanj@pepperlaw.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

_____
James C. Carignan (DE No. 4230)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500

Dated: June 2, 2009                            Counsel for SKF USA Inc.


## ORDER GRANTING MOTION *PRO HAC VICE* OF JAMES C. CARIGNAN

IT IS HEREBY ORDERED that James C. Carignan, Esq. is admitted to practice, *pro hac vice*, in the above-captioned cases, as well as all other proceedings related thereto, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Date:_____              _____
         New York, New York                        United States Bankruptcy Judge

#11047486 v1