Michelle T. Sutter (MS3205)
Principal Assistant Attorney General
Ohio Attorney General
30 East Broad Street, 25th Floor
Columbus, OH 43215
(614) 466-5276
(866) 483-1104 (fax)
Michelle.sutter@ohioattorneygeneral.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                          :
                                                :    Case No.: 1:09-bk-50026
GENERAL MOTORS CORPORATION,    :
                                                :    Chapter 11
                                                :
Debtor.                                      :    Judge Robert E. Gerber
                                                :

SPECIAL LIMITED NOTICE OF APPEARANCE,
REQUEST FOR NOTICES ON BEHALF OF STATE OF OHIO,
ENVIRONMENTAL PROTECTION AGENCY

PLEASE TAKE NOTICE that the State of Ohio, Environmental Protection Agency ("OEPA") appears by its counsel for the limited purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the schedules and also at the following address:

Ohio Environmental Protection Agency
c/o Michelle T. Sutter
Principal Assistant Attorney General
Environmental Enforcement Section
30 E. Broad Street, 25th Floor
Columbus, Ohio 43215
Phone: (614) 466-5276
Fax:    (866) 483-1104

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Fed. R. Bankr. P. 2002 but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of OEPA.

This special limited notice of appearance is being filed for the sole purpose of notifying the Court and the parties of the address to be used for service of notices, orders, reports, and pleadings. The undersigned does not have the authority or capacity to waive the sovereign immunity of OEPA or of the State of Ohio or to consent to this Court's exercise of jurisdiction over OEPA or the State of Ohio. Accordingly, this special limited notice of appearance does not constitute a waiver of sovereign immunity by or on behalf of OEPA, the State of Ohio, or any of its other departments, agencies, boards, or other instrumentalities.

RICHARD CORDRAY    (0038034)
OHIO ATTORNEY GENERAL

/s/ Michelle T. Sutter
_____
Michelle T. Sutter    (0013880)
Principal Assistant Attorney General
Environmental Enforcement Section
30 E. Broad Street, 25th Floor
Columbus, Ohio 43215
(614) 466-5276
(866) 483-1104 (fax)
Michelle.sutter@ohioattorneygeneral.gov
Attorneys for State of Ohio, Environmental Protection Agency

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Special Limited Notice of Appearance* was served this 2nd day of June, 2009, by electronic service upon all parties as have entered their appearance herein so as to receive electronic service of pleadings.

/s/ Michelle T. Sutter
_____
Michelle T. Sutter