**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORPORATION, | ) | Case No. 09-50026 (REG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109, Fed. R. Bankr. P. 2002 and 9010, the undersigned appears as counsel to ATC Logistics & Electronics, Inc., d/b/a Autocraft Material Recovery, Autocraft Electronics, Speedometer Service, and GM-SPO, ATCLE, creditor and party-in-interest in the above-captioned bankruptcy case. The undersigned requests that all parties-in-interest serve the undersigned with copies of all notices, motions, applications, pleadings, plans, reports and other papers either served or filed in connection with this case at the following address:

>Brian L. Shaw
>SHAW GUSSIS FISHMAN GLANTZ
>WOLFSON & TOWBIN LLC
>321 N. Clark St., Suite 800
>Chicago, IL  60654
>Phone:  (312) 541-0151
>Fax:  (312) 980-3888
>E-mail: bshaw100@shawgussis.com

>Respectfully submitted,
>
>ATC Logistics & Electronics, Inc.

Dated:  June 2, 2009         By: */s/ Brian L. Shaw*
                                        One of its attorneys

Brian L. Shaw
SHAW GUSSIS FISHMAN GLANTZ
  WOLFSON &TOWBIN LLC
321 N. Clark St., Suite 800
Chicago, IL  60654
Phone:  (312) 541-0151
Fax:  (312) 980-3888

{000 APPEAR A0232844.DOC}

## **CERTIFICATE OF SERVICE**

I, Brian L. Shaw, an attorney, certify that service of the foregoing Notice of Appearance and Request for Service of Papers was accomplished electronically to all ECF registrants via the Court's ECF system on June 2, 2009.

                                                */s/ Brian L. Shaw*
                                                  Brian L. Shaw