UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORPORATION, | ) | Case No. 09-50026 (REG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtor. | ) | |

**MOTION OF BRIAN L. SHAW
FOR ADMISSION TO PRACTICE, *PRO HAC VICE*"**

I, Brian L. Shaw, a member in good standing of the bar of the State of Illinois, and the bar of the United States District Court for the Northern District of Illinois, request admission, *pro hac vice*, to represent certain parties in interest, including but not limited to, ATC Logistics & Electronics, Inc. d/b/a Autocraft Material Recovery, Autocraft Electronics, Speedometer Service, and GM-SPO, ATCLE, ATC Drivetrain, Inc., and Elbar Industrial (Trading) Ltd. d/b/a Autocraft Industries UK and ATC Drivetrain UK in the above-captioned chapter 11 cases.

| | |
|---|---|
| Mailing Address: | Brian L. Shaw
SHAW GUSSIS FISHMAN GLANTZ
WOLFSON & TOWBIN LLC
321 Clark St., Suite 800
Chicago, IL  60654 |
| Telephone: | (312) 541-0151 |
| E-mail: | bshaw100@shawgussis.com |

                                                                      Respectfully submitted,

Dated:  June 2, 2009                           By: */s/ Brian L. Shaw*
                                                    Counsel for: ATC Logistics & Electronics,
Brian L. Shaw                                                Inc., ATC Drivetrain, Inc., and Elbar
SHAW GUSSIS FISHMAN GLANTZ             Industrial (Trading) Ltd.
  WOLFSON &TOWBIN LLC
321 N. Clark St., Suite 800
Chicago, IL  60654
Phone:  (312) 541-0151
Fax:  (312) 980-3888

{000 MOT A0232850.DOC}

## **CERTIFICATE OF SERVICE**

I, Brian L. Shaw, an attorney, certify that service of the foregoing MOTION OF BRIAN L. SHAW FOR ADMISSION TO PRACTICE, *PRO HAC VICE* was accomplished electronically to all ECF registrants via the Court's ECF system on June 2 2009.

>    */s/ Brian L. Shaw*
>    Brian L. Shaw

{000 MOT A0232850.DOC}