UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
: 
In re                                                                    :    Chapter 11
                                                                            :
GENERAL MOTORS CORPORATION, *et al.*        :    Case No. 09-50026 (REG)
                                                                            :
                                         Debtors.             :    (Joint Administration
                                                                            :    Pending)
-------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                                )  ss.:
COUNTY OF NEW YORK    )

Joseph Monzione, being duly sworn, deposes, and says:

1. I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

2. On June 1, 2009, I caused to be served copies of the **Notice of Appearance and Request for Service of Papers** on Harvey Miller, c/o Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153.

3. I caused such service to be made by enclosing a true copy of the aforementioned document in a properly addressed wrapper and caused it to be deposited in a depository under the exclusive care and custody of the United States Postal Service in the State of New York.

/s/ Joseph Monzione
Joseph Monzione

Sworn to before me this
2nd day of June, 2009

/s/ Maurice Tattnall
Notary Public, State of New York
No. 01TA6018000, Qualified in Kings County
Certificate Filed in New York County
Commission Expires December 21, 2010

Doc#: US1:5654614v1