UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

IN THE MATTER OF

BANKRUPTCY NO: 09-50026
HONORABLE: REG
CHAPTER: 11

Debtor(s)

**GENERAL MOTORS CORP.**

CERTIFICATE OF SERVICE

I hereby certify that on 6/3/2009, I electronically filed the foregoing WAYNE COUNTY TREASURER'S PROOF OF CLAIM and PROOF OF SERVICE with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

WEIL, GOTSHAL & MANGES LLP   KAROTKIN STEPHEN,
767 FIFTH AVENUE   NEW YORK NY   10153

US TRUSTEE ,
33 WHITEHALL STREET   21ST FLOOR   NEW YORK NY   10004

and I hereby certify that I have mailed by United States Postal Serivce the WAYNE COUNTY TREASURER'S PROOF OF CLAIM and PROOF OF SERVICE to the following non-ECF participants.

*Theresa M. Costa*

---
THERESA M. COSTA, an employee of
The Office of the County Treasurer
400 Monroe, Suite 520
Detroit, MI 48226-2942
(313) 224-5957
bankruptcy@co.wayne.mi.us