UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                                               )
In re                                                          )    Chapter 11
                                                               )    Case No. 09-50026
GENERAL MOTORS CORP., *et al.,*                                )
                                                               )    Jointly Administered
                                        Debtors.               )
--------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jacob L. Newton, a member in good standing of the bar in the State of Texas and, of the U.S. District Court for the Northern District of Texas and the U.S. District Court for the Southern District of Texas, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent the Ad Hoc Committee of Asbestos Personal Injury Claimants in the above referenced case.

My mailing address is Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201.

My email address is newton@sbep-law.com.

My telephone number is 214-969-4900.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 2, 2009
       Dallas, Texas

                                        */s/ Jacob L. Newton*
                                        Jacob L. Newton

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             )
In re                                                        )    Chapter 11
                                                             )    Case No. 09-50026
GENERAL MOTORS CORP., et al.                                 )
                                                             )    Jointly Administered
                                  Debtors.                   )
-------------------------------------------------------------X
```

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Jacob L. Newton, a member in good standing of the bar in the State of Texas and, of the U.S. District Court for the Northern District of Texas and the U.S. District Court for the Southern District of Texas, having requested admission, ***pro hac vice***, to represent the Ad Hoc Committee of Asbestos Personal Injury Claimants in the above referenced case.

**ORDERED**,

that Jacob L. Newton, Esq. is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
       _____, New York

                                                          _____
                                                          THE HONORABLE ROBERT E. GERBER,
                                                          UNITED STATES BANKRUPTCY JUDGE