UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
In Re:                                              )
                                                    )     **Chapter 11 Case No.**
**GENERAL MOTORS CORP.,** *et al.*                  )
                                                    )     **09-50026 (reg)**
**Debtors.**                                        )
                                                    )     **(Jointly Administered)**
_____)
                        **ORDER**

**ORDERED,**

that Charles L. Finke, Andrea Wong, and Michael A. Maricco, are admitted to practice, *pro hac vice,* in the above referenced case, in the United States Bankruptcy Court, Southern District of New York.  Mr. Finke, Ms. Wong, and Mr. Maricco represent the Pension Benefit Guaranty Corporation, a U.S. Government corporation, and are therefore exempt from filing fees.


Dated: *June 2, 2009*
New York, New York


                    *S/ Robert E. Gerber*
                    UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Motion of United States Government Attorneys Charles L. Finke, Andrea Wong, And Michael A. Maricco For Admission to Practice**, *Pro Hac Vice*, was electronically filed and served by overnight delivery on this 1st day of June, 2009, on the following:

**Debtor:**
General Motors Corporation
300 Renaissance Center
Detroit, MI 48265-3000

**Debtor's Attorney:**
Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**United States Trustee:**
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

                                          */s/ Michael A. Maricco*
                                          Michael A. Maricco
                                          Attorney