UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re:                                          :     Chapter 11
                                                :
GENERAL MOTORS CORP., et al.,                   :     Case No. 09-50026 (REG)
                                                :
                                                :     (Jointly Administered)
         Debtors.                               :
                                                x
----------------------------------------------------------------

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, DARRYL S. LADDIN and FRANK N. WHITE of the firm of ARNALL GOLDEN GREGORY LLP, whose office address and telephone number appear herein below, do hereby enter an appearance as counsel for the wholly-owned subsidiaries of Verizon Communications Inc.[1] (collectively, "Verizon") in the above-styled Chapter 11 case.

Pursuant to sections 342 and 1109(b) of the Bankruptcy Code and Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, Verizon requests copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and telephone number:

> **Darryl S. Laddin**
> **Frank N. White**
> Arnall Golden Gregory LLP
> 171 17th Street NW, Suite 2100
> Atlanta, Georgia  30363-1031

---

[1] The wholly-owned subsidiaries of Verizon Communications Inc. include, without limitation, Verizon Corporate Services Group Inc., Verizon Network Integration Corp., Verizon Business Global LLC, Verizon Business Network Services Inc., Verizon Select Services Inc., MCI Communications Services, Inc. f/k/a MCI WorldCom Communications, Inc. and the operating telephone company subsidiaries of Verizon Communications Inc.

2617957v1

       Telephone: (404) 873-8120
       Fax:  (404) 873-8121
       Emails: dladdin@agg.com
          frank.white@agg.com

  Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any other notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to these cases and any proceedings therein.

  This 2nd day of June, 2009.

            Respectfully submitted,

            ARNALL GOLDEN GREGORY LLP

            /s/  Darryl S. Laddin
            Darryl S. Laddin (DL-5130)
            171 17th Street NW, Suite 2100
            Atlanta, Georgia  30363-1031
            (404) 873-8120
            Attorneys for Verizon

2617957v1

# CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the Notice of Appearance and Demand for Notices and Papers by causing a copy of same to be deposited in the United States Mail, first-class postage prepaid, addressed as follows:

>Joseph R. Sgroi
>Robert B. Weiss
>Tricia A. Sherick
>Honigman Miller Schwartz and Cohn LLP
>2290 First National Building
>660 Woodward Avenue
>Detroit, MI 48226
>
>Stephen Karotkin
>Weil, Gotshal & Manges LLP
>767 Fifth Avenue
>New York, NY 10153
>
>United States Trustee
>33 Whitehall Street
>21st Floor
>New York, NY 10004

This 2nd day of June, 2009.

>/s/  Darryl S. Laddin
>Darryl S. Laddin

2617957v1