UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re

GENERAL MOTORS CORP., et al. ,

                    Debtors.
-----------------------------------------------------------------x

Case No. 09-50026 (REG)
Chapter 11

(Jointly Administered)

**NOTICE OF APPEARANCE AND
<u>DEMAND FOR SERVICE OF PAPERS</u>**

    **PLEASE TAKE NOTICE** that Leo Burnett Detroit, Inc., Starcom MediaVest Group, Inc., Digitas, Inc., Publicis Groupe Operating Divisions, LLC, Martin Retail Group, LLC, Manning, Selvage & Lee, Inc. and TMG Strategies LLC, hereby appear by and through their counsel below, and demand pursuant to Bankruptcy Rules 2002, 9007 and 9010(b), that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the undersigned attorneys on their behalf, at the address set forth below:

SILVERMANACAMPORA LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Tel: (516) 479-6300
Attn: Adam L. Rosen
ARosen@SilvermanAcampora.com


Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606-1229
Tel: (312) 201-2662
Michael Dockterman
Dockterman@wildman.com
Jonathan W. Young
Young@wildman.com
Rene Friedman
Friedman@wildman.com

    **PLEASE TAKE FURTHER NOTICE**, the foregoing demand includes not only the notices of papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail,

ALR/D284595v/F099999

delivery, telephone, or facsimile which affect or seek to affect in any way the Debtors or their property or proceeds in which the Debtors may claim an interest.

Dated: Jericho, New York
      June 2, 2009

**S**ILVERMAN**A**CAMPORA **LLP**
Co-Counsel to Leo Burnett Detroit, Inc., Starcom MediaVest Group, Inc., Digitas, Inc., Publicis Groupe Operating Divisions, LLC, Martin Retail Group, LLC, Manning, Selvage & Lee, Inc., and TMG Strategies LLC

By: s/ Adam L. Rosen
_____
Adam L. Rosen
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300

ALR/D284595v/F099999