SCOTT A. WOLFSON (MI P53194)
BUSH SEYFERTH & PAIGE PLLC
3001 W. Big Beaver Rd., Suite 600
Troy, MI  48084
Telephone:  (248) 822-7803
Facsimile:  (248) 822-7853
E-Mail:  wolfson@bsplaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
|                                                 | :  | **Chapter 11**                     |
| **In re:**                                      | :  |                                    |
|                                                 | :  | **Case No. 09-50026 (REG)**        |
| **GENERAL MOTORS CORPORATION,** *et al.*,       | :  |                                    |
|                                                 | :  | **(Jointly Administered)**         |
|     **Debtors.**                                | :  |                                    |
-----------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Scott A. Wolfson of Bush Seyferth & Paige PLLC hereby appears in the above-captioned cases, *pro hac vice,* as counsel for Len Industries, Inc., and requests that any and all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in these cases, be served upon him at the following address, and that he be added to any mailing matrix on file with the Clerk of the Bankruptcy Court:

> Scott A. Wolfson (MI P53194)
> Bush Seyferth & Paige PLLC
> 3001 W. Big Beaver Rd., Suite 600
> Troy, MI  48084
> Telephone:  (248) 822-7803
> Facsimile:  (248) 822-7853
> E-Mail:  wolfson@bsplaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request,

complaint or demand filed in this matter, whether transmitted or conveyed by ECF filing, mail, hand delivery, telephone, facsimile, or otherwise.

    PLEASE TAKE FURTHER NOTICE that the foregoing request includes all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9010.

    Respectfully submitted,

    BUSH SEYFERTH & PAIGE PLLC
    *Attorneys for Len Industries, Inc.*

Dated: June 2, 2009    By: /s/ Scott A. Wolfson
    Scott A. Wolfson (MI P53194)
    3001 W. Big Beaver Rd., Suite 600
    Troy, MI 48084
    Telephone: (248) 822-7803
    Facsimile: (248) 822-7853
    E-Mail: wolfson@bsplaw.com

S:\FIRM\EMPLOYEE\00158\07126561.DOC