MILLER JOHNSON
Attorneys for Benteler Automotive Corporation
250 Monroe Avenue, Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700
Thomas P. Sarb (TS-8282)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
:
In Re:                                              :         Chapter 11
                                                    :
GENERAL MOTORS CORPORATION,                         :         Case No. 09-50026 (REG)
                                                    :
         Debtors.                                   :         (Jointly Administered)
-------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Thomas P. Sarb, a member in good standing of the bar in the State of Michigan, request admission, pro hac vice, before the Honorable Robert E. Gerber, to represent Benteler Automotive Corporation and its subsidiaries and affiliates, in the above referenced case.

My address is:  Miller Johnson, 250 Monroe Avenue, NW, Suite 800, P.O. Box 306, Grand Rapids, MI 49501-0306

E-mail address is:  ecfSarbT@millerjohnson.com; telephone number is:  (616) 831-1748

I agree to pay the fee of $25 upon approval of this Court admitting me to practice pro hac vice.

Dated: June 2, 2009                  /s/ Thomas P. Sarb
                                     Thomas P. Sarb (TS-8282)

# **ORDER**

**ORDERED,**

That Thomas P. Sarb, Esq., is admitted to practice, pro hac vice, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:

    New York, New York

                           UNITED STATES BANKRUPTCY JUDGE