**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| ) | Case No.: 09-50026 (REG) |
| General Motors Corp., et al., ) | |
| ) | |
| ) | |
| Debtors ) | |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL NOTICES AND PLEADINGS**

In accordance with Rule 9010(b) of the Federal Rules of Bankruptcy, please enter the appearances of Thomas H. Curran, Paul F. O'Donnell, III, and Jennifer V. Doran of the law firm of Hinckley, Allen & Snyder LLP, as counsel for Dave Delaney's Columbia Buick-Pontiac-GMC Company, LLC, a creditor of the Debtors in the above-captioned Chapter 11 case.  The undersigned requests that notices of all matters be served as follows:

> Thomas H. Curran
> Paul F. O'Donnell, III
> Jennifer V. Doran
> Hinckley, Allen & Snyder LLP
> 28 State Street
> Boston, MA 02109
> Telephone: (617) 345-9000
> Facsimile: (617) 345-9020
> Email: tcurran@haslaw.com

Request is hereby made for copies of all notices, papers and orders required to be given or served in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure and, in addition, copies of all pleadings, notices or applications, motions,

petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, facsimile, telephone, telegram, telex or otherwise, which affect the Debtors or the property of the Debtors filed by any party in the above-captioned case.

                        Dave Delaney's Columbia Buick-Pontiac-GMC Company, LLC

                        By its attorneys,

                        /s/ *Thomas H. Curran*
                        Thomas H. Curran
                        (MA BBO #550759)
                        Paul F. O'Donnell, III
                        (MA BBO #552456)
                        Jennifer V. Doran
                        (MA BBO #652518)
                        Hinckley, Allen & Snyder LLP
                        28 State Street
                        Boston, MA 02109
                        Telephone: (617) 345-9000
                        Facsimile: (617) 345-9020

Dated: June 2, 2009

#795957

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| ) | Case No.: 09-50026 (REG) |
| General Motors Corp., et al., ) | |
| ) | |
| ) | |
| Debtors ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I, Thomas H. Curran, hereby certify that on this 2nd day of June, 2009, I caused to be served a copy of the Notice of Appearance and Request for Service of All Notices and Pleadings, filed herewith, to the parties listed on the Court's Electronic Service List.

/s/ *Thomas H. Curran*
Thomas H. Curran
(MA BBO #550759)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000 (Phone)
(617) 345-9020 (Fax)

#795957