**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
PDF FILE WITH AUDIO FILE ATTACHMENT
Page 1 of 1

    09-50026
    General Motors Corporation

    Case Type:    BK
    Case Number: 09-50026
    Case Title: General Motors Corporation
    Audio Date\Time:06/01/2009 3:28:36 PM
    Audio File Size : 31264 KB
    Audio Run Time : [02:13:23] (hh:mm:ss)
    Audio File Name : 1BK-09-50026-REG090601-152.82600010001.mp3

    Help using this file:An audio file is embedded as an attachment in this PDF document. To listen to the file,click the Attachments tab or the Paper Clip icon.  Select the Audio File and click Open.MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.

MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.

This digital recording is a copy of a court proceeding and is provided as a convenience to the public.  In accordance with 28 U.S.C. § 753 (b)   "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."