STITES & HARBISON, PLLC
Brian H. Meldrum, Esq. (*pro hac vice* pending)
400 W. Market Street, Suite 1600
Louisville, Kentucky 40202
Telephone: (502) 681-0578
Facsimile: (502) 779-8296
bmeldrum@stites.com

*Attorneys for Akebono Corporation (North America)*
*d/b/a Akebono Brake Corporation, Ambrake Corporation*
*d/b/a Akebono Brake, Elizabethtown Plant,*
*Amak Brake L.L.C. d/b/a Akebono*
*Brake, Glasgow Plant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG) |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Brian H. Meldrum, request admission, *pro hac vice*, to represent Akebono Corporation (North America) d/b/a Akebono Brake Corporation, Ambrake Corporation d/b/a Akebono Brake, Elizabethtown Plant and Amak Brake L.L.C. d/b/a Akebono Brake, Glasgow Plant, in the above-captioned case.

I am a member in good standing of the Bars of the Commonwealth of Kentucky, the State of Illinois, and the United States District Courts for the Western District of Kentucky, the Eastern District of Kentucky, the Northern District of Illinois, and the Southern District of Indiana.

      Mailing address:      Brian H. Meldrum, Esq.
                                      STITES & HARBISON, PLLC
                                      400 W. Market Street, Suite 1600
                                      Louisville, Kentucky 40202

        Telephone:  (502) 681-0578
        Facsimile:  (502) 779-8296
        bmeldrum@stites.com

  There are no pending disciplinary proceedings against me in any State of Federal Court, and the filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated:  June 1, 2009

        Respectfully submitted,

        s/ *Brian H. Meldrum*
        Brian H. Meldrum
        STITES & HARBISON, PLLC
        400 W. Market Street, Suite 1600
        Louisville, Kentucky 40207
        Telephone: (502) 587-3400
        Facsimile: (502) 587-6391
        Email:  bmeldrum@stites.com

        *Attorneys for Akebono Corporation (North America) d/b/a Akebono Brake Corporation, Ambrake Corporation d/b/a Akebono Brake, Elizabethtown Plant, Amak Brake L.L.C. d/b/a Akebono Brake, Glasgow Plant*

AK020:00AK9:739008:1:LOUISVILLE