UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP., et al.,<br><br>                  Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG) |

### ORDER ADMITTING BRIAN H. MELDRUM TO PRACTICE *PRO HAC VICE*

ORDERED, that Brian H. Meldrum, Esq. is admitted to practice *pro hac vice* in the above-captioned case in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: June __, 2009

                                                                                               HON. ROBERT E. GERBER
                                                                                               UNITED STATES BANKRUPTCY JUDGE

AK020:00AK9:739005:1:LOUISVILLE