KILPATRICK & ASSOCIATES, P.C.
903 N. Opdyke Road, Suite C
Auburn Hills, MI 48326
RICHARDO I. KILPATRICK, ESQ.
LEONORA K. BAUGHMAN, ESQ.
(248) 377-0700

ATTORNEYS FOR OAKLAND COUNTY TREASURER
WAYNE COUNTY TREASURER, HEIDTMAN STEEL PRODUCTS, INC.,
NEW TECHNOLOGY STEEL, LLC AND HÖEGH AUTOLINERS, AS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-B 50026 (REG) |
| Debtor. | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Richardo I. Kilpatrick, a member in good standing of the bar of the State of Michigan, hereby request admission, *pro hac vice,* before the Honorable Robert E. Gerber, U.S.B.J to represent Oakland County Treasurer, Wayne County Treasurer, Heidtman Steel Products, Inc., New Technology Steel, LLC and HOEGH Autoliners, AS and to otherwise appear in connection with the above-referenced Chapter 11 cases and any related proceedings.

My Address is:   KILPATRICK & ASSOCIATES, P.C.
                 903 NORTH OPDYKE ORAD, SUITE C
                 AUBURN HILLS, MI 48326
E-mail Address:  rkilpatrick@kaalaw.com
Telephone number: (248) 377-0700

I agree to pay the required filing fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice.*

June 2, 2009                         _Richardo I. Kilpatrick_____
                                     RICHARDO I. KILPATRICK