Maddin, Hauser, Wartell, Roth & Heller, PC
28400 Northwestern Hwy., 3rd Floor
Southfield, MI  48034
Telephone: (248) 827-1874/Fax: (248) 359-6174
Michael S. Leib (P30470)

Attorney for Creditor Tenibac-Graphion, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (Manhattan)**
------------------------------------------------x

| | |
|---|---|
| In re:<br><br>　　　GENERAL MOTORS CORPORATION, et al<br><br>　　　　　　Debtor | Chapter 11<br>Case No: 09-50026-reg<br>Voluntary - Asset<br>Hon. Robert E. Gerber |

------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

　　　I, MICHAEL S. LEIB, a member in good standing of the bar in the State of Michigan request admission *pro hac vice*, before the Honorable Robert E. Gerber, to represent Creditor Tenibac-Graphion, Inc. in the above- referenced case.  My address is as follows:

　　　　　　Michael S. Leib (P30470)
　　　　　　Maddin, Hauser, Wartell, Roth & Heller, P.C.
　　　　　　28400 Northwestern Highway, Third Floor
　　　　　　Southfield, Michigan 48034-1839
　　　　　　T: (248) 827-1874/F: (248) 359-6174
　　　　　　Email:　 msl@maddinhauser.com

　　　I agree to pay the $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

　　　　　　　　　　　　　　　　MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.

Dated:  June 2, 2009　　　　　　By:　　 */s/ Michael S. Leib*　　　　　　
　　　　　　　　　　　　　　　　　　Michael S. Leib

### ORDER

　　　**ORDERED**, that Michael S. Leib, Esq., is admitted to practice *pro hac vice* in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  June 2, 2009

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

834101