Neil A. Goteiner  
Dean M. Gloster (*Pro Hac Vice* Application Pending)  
Nan E. Joesten (*Pro Hac Vice* Application Pending)  
FARELLA BRAUN & MARTEL LLP  
235 Montgomery Street, 17th Floor  
San Francisco, CA  94104  
Telephone:  (415) 954-4400  
Facsimile:  (415) 954-4480  

Attorneys for General Motors Retirees Association

Return Date:  To Be Determined  
Opposition Date:  To Be Determined

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 Case No. 09-50026 (REG) |
|---|---|
| GENERAL MOTORS CORPORATION, | (Jointly Administered) |
| Debtor. | |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE AND NOTICE IS HEREBY GIVEN that the General Motors Retirees Association appear through their counsel, Farella Braun + Martel LLP pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request that copies of all notices and pleadings pursuant to Bankruptcy Rule 2002 or other documents brought before the Court in the above referenced case be provided to the General Motors Retirees Association addressed as follows:

24677\1959041.1

        Neil A. Goteiner, Esq.
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:   (415) 954-4480
Email: ngoteiner@fbm.com

    PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rule specified above but also includes notices of any order, application, complaint, demand, hearing, motion, plan of reorganization, disclosure statement, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telegraph, telex or telecopier or otherwise, filed with regard to the above-captioned case and proceedings therein.

    PLEASE TAKE FURTHER NOTICE that the submission and filing of this notice and demand constitutes a "special appearance" and is not intended to be, nor shall it be deemed, a consent to, or a waiver of, the right to challenge jurisdiction of this Court to adjudicate noncore matters, or any other rights, claims, actions, set-offs or recoupments to which the General Motors Retirees Association is or may be entitled to, all of which are expressly reserved.

Dated: June 2, 2009

Respectfully submitted,

FARELLA BRAUN & MARTEL LLP


By:    /s/
    Neil A. Goteiner (NG 1644)

Attorneys for General Motors Retirees Association