Maddin, Hauser, Wartell, Roth & Heller, PC
28400 Northwestern Hwy., 3rd Floor
Southfield, MI  48034
Telephone: (248) 827-1874/Fax: (248) 359-6174
Michael S. Leib (P30470)

Attorney for Creditor Tenibac-Graphion, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK (Manhattan)**
------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No: 09-50026-reg |
| GENERAL MOTORS CORPORATION, et al | Voluntary - Asset |
| | Hon. Robert E. Gerber |
| Debtor | |

------------------------------------------------x

## CERTIFICATE OF SERVICE

   I hereby certify that on June 2, 2009, I electronically filed Notice of Appearance; Request to be Added to Matrix; and Federal Bankruptcy Procedure 2002(i) Request with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

                              MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.

                              BY:     /s/ *Michael S. Leib*
                              MICHAEL S. LEIB (P30470)
                              28400 Northwestern Hwy., 3rd Floor
                              Southfield, MI  48034
                              (248) 827-1874
                              E-Mail:  msl@maddinhauser.com
DATED:  June 2, 2009          Attorney for Creditor Tenibac-Graphion, Inc.

834106