BARNES & THORNBURG LLP
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, Michigan  49503
Telephone:  (616) 742-3930
Facsimile:  (616) 742-3999

John T. Gregg
Telephone:  (616) 742-3930
Email:  jgregg@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 |
| Debtors. | Jointly Administered |

## **MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, John T. Gregg, a member in good standing of the bar in the states of Michigan and Illinois, and of the bar for the U.S. District Court for the Western District of Michigan, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Continental Tire North America, Inc., Continental Automotive Systems US, Inc., and Temic Automotive of North America, Inc. (collectively, "Continental") creditors in the above-referenced jointly administered cases.

My address is 171 Monroe Avenue, N.W., Suite 1000, Grand Rapids, Michigan  49503, my e-mail address is jgregg@btlaw.com, and my telephone number is (616) 742-3930.

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: June 2, 2009

                                                  /s/John T. Gregg
                                                Signature of Movant

                                                John T. Gregg
                                                (Print or Type Name)