UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 |
| Debtors. | Jointly Administered |

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of John T. Gregg to be admitted, ***pro hac vice***, to represent Continental Tire North America, Inc., Continental Automotive Systems US, Inc., and Temic Automotive of North America, Inc. (collectively, "Continental"), creditors, in the above-referenced jointly administered cases, and upon the movant's certification that the movant is a member in good standing of the bar in the states of Michigan and Illinois, it is hereby

**ORDERED,** that John T. Gregg, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced jointly administered cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____
         New York, New York

                                                    _____
                                                    United States Bankruptcy Judge

GRDS01 JGREGG 381827v1