Neil A. Goteiner (NG 1644)  
Dean M. Gloster (*Pro Hac Vice* Application Pending)  
Nan E. Joesten (*Pro Hac Vice* Application Pending)  
FARELLA BRAUN & MARTEL LLP  
235 Montgomery Street, 17th Floor  
San Francisco, CA  94104  
Telephone:  (415) 954-4400  
Facsimile:  (415) 954-4480  

Return Date:  To Be Determined  
Opposition Date:  To Be Determined  

Attorneys for General Motors Retirees Association

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  

| | |
|---|---|
| In re: | Chapter 11 Case No. 09-50026 (REG) |
| GENERAL MOTORS CORPORATION, | (Jointly Administered) |
| Debtor. | |

# [PROPOSED[ ORDER GRANTING APPLICATION OF THE GENERAL MOTORS RETIREES ASSOCIATION TO APPOINT A RETIREE COMMITTEE PURSUANT TO 11U.S.C. § 1114(D)

After consideration of all documents submitted in relation to the Application to Appoint a Retiree Committee pursuant to 11U.S.C. § 1114(d), arguments of counsel and any pro se parties, and the entire file in this action, the Court finds that good cause exists to grant the motion.  The motion is therefore GRANTED.  The Court authorizes the appointment of an official Section 1114 Committee ("Committee") pursuant to 11 U.S.C. §1114(d) to represent the salaried retirees in this matter.

24677\1958989.1

IT IS SO ORDERED.

Date: _____          _____
                                      The Hon. Robert E. Gerber
                                      United States Bankruptcy Judge