BARNES & THORNBURG LLP
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, Michigan  49503
Telephone:  (616) 742-3930
Facsimile:  (616) 742-3999

John T. Gregg
Telephone:  (616) 742-3930
Email:  jgregg@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORPORATION, *et al.*, | ) | Case No.  09-50026 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE, that the undersigned counsel hereby files its Notice of Appearance on behalf of Continental Tire North America, Inc., Continental Automotive Systems US, Inc., and Temic Automotive of North America, Inc. (collectively, "Continental") in these Chapter 11 cases.  Pursuant to Rules 2002 and 9010(b) of the Rules of Bankruptcy Procedure, we request that all notices given or required to be given in the above-captioned Chapter 11 cases be given to and served upon the undersigned at the office, address, and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail delivery,

telephone, telegraph, telex, or otherwise which affect the above-captioned debtors or their respective properties.

PLEASE TAKE FURTHER NOTICE that the submission and filing of this notice and demand constitutes a "special appearance" and is not intended to be, nor shall it be deemed a consent to, or a waiver of, the right to challenge jurisdiction of this Court to adjudicate noncore matters, which right Continental expressly reserves without prejudice.

Dated:  June 2, 2009

                                      BARNES & THORNBURG LLP
                                      Counsel to Continental


                                      By:   /s/John T. Gregg
                                                John T. Gregg
                                      Business Address:
                                      171 Monroe Avenue, NW
                                      Suite 1000
                                      Grand Rapids, Michigan  49503
                                      (616) 742-3930