STITES & HARBISON PLLC, *Lead Counsel*
Robert C. Goodrich Jr. (TN 10454) *Pro Hac Vice pending*
Madison L. Martin (TN 24027) *Pro Hac Vice pending*
401 Commerce Street, Suite 1800
Nashville, TN 37219
Tel: (615) 244-5200
robert.goodrich@stites.com
-and-
HERRICK, FEINSTEIN LLP
Stephen B. Selbst
Paul Rubin
2 Park Avenue
New York, NY 10016
Tel: (212) 592-1400; sselbst@herrick.com
*Attorneys for Bridgestone Americas Tire Operations, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) |
| GENERAL MOTORS CORPORATION, et al., | ) Chapter 11 |
| | ) Case No. 09-50026 (REG) |
| Debtors. | ) Jointly Administered |
| | ) |
| ----------------------------------------------------------- x | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Stites & Harbison PLLC and Herrick, Feinstein LLP appear as counsel for Bridgestone Americas Tire Operations, LLC f/k/a Bridgestone Firestone North American Tire, LLC ("BATO" or "Bridgestone"), a party-in-interest in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby request pursuant to Sections 102 and 342 of the Bankruptcy Code, Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure that they be added to all mailing lists and matrices in this case and that copies of all notices, pleadings, judgments, orders and other papers filed or to be filed in this case be sent to them at the following addresses:

ROBERT C. GOODRICH JR.
MADISON L. MARTIN
STITES & HARBISON PLLC
424 CHURCH STREET, SUITE 1800
NASHVILLE, TN 37219
nashvillebankruptcyfilings@stites.com

14492N:090867:819290:1:NASHVILLE
6/1/09

        -and-

        HERRICK, FEINSTEIN LLP
        Stephen B. Selbst
        Paul Rubin
        2 Park Avenue
        New York, NY 10016
        Tel: (212) 592-1400
        sselbst@herrick.com
        prubin@herrick.com

    **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and above-specified sections of the Bankruptcy Code, but also includes without limitation any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic filing or otherwise filed or made with regard to the above-captioned case and proceedings therein.

    This Notice Of Appearance And Request For Service is without prejudice to Bridgestone's rights, remedies, and claims against other entities or any objection that may be had to the subject-matter jurisdiction of the court, and shall not be deemed or construed to submit Bridgestone to the jurisdiction of the Court. All rights, remedies, and claims are hereby expressly reserved, including without limitation Bridgestone's (i) right to have final order in non-core matters entered only after *de novo* review by a District Judge, (ii) right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) right to seek a change of venue, or (v) any other rights, claims, actions, setoffs or recoupments to which Bridgestone is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Bridgestone expressly reserved.

Date: June 2, 2009                    Respectfully submitted,

/s/ Madison L. Martin
Robert C. Goodrich Jr. (TN Bar No. 10454)
Madison L. Martin (TN Bar No. 24027)
STITES & HARBISON PLLC
401 Commerce Street, Suite 800
Nashville, TN  37219-2490
Telephone: (615) 244-5200   Fax:  (615) 782-2371
robert.goodrich@stites.com
-and-
HERRICK, FEINSTEIN LLP, *Local Counsel*
Stephen B. Selbst
Paul Rubin
2 Park Avenue
New York, NY 10016
Tel: (212) 592-1400
sselbst@herrick.com
*Attorneys for BATO*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Appearance* has been electronically filed through the Court's ECF system and served this 2nd day of June, 2009, by operation of the Court's electronic filing system.

 /s/ Madison L. Martin
Madison L. Martin