STITES & HARBISON PLLC
Robert C. Goodrich Jr. (TN 10454)
401 Commerce Street, Suite 1800
Nashville, TN 37219
Tel: (615) 244-5200; robert.goodrich@stites.com
*Attorneys for Bridgestone Americas Tire Operations, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Robert C. Goodrich Jr., a member in good standing of the bar of the state of Tennessee, the bars of the U.S. District Courts for the Middle, Western and Eastern Districts of Tennessee, and the United States Court of Appeals for the Third, Sixth and Eleventh Circuits, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber to represent Bridgestone Americas Tire Operations, LLC f/k/a Bridgestone Firestone North American Tire, LLC ("BATO" or "Bridgestone"), a party-in-interest in the above-referenced case.

Mailing address: Stites & Harbison PLLC, 401 Commerce St., Suite 800, Nashville, TN 37219
E-mail address: robert.goodrich@stites.com; Telephone: (615) 244-5200; Fax: (615) 742-4126

The filing fee of $25 has been submitted with this motion for ***pro hac vice*** admission.

Dated: June 1, 2009
Nashville, TN

/s/ Robert C. Goodrich Jr. (TN Sup. Ct. N. 10454)

**ORDER**

**ORDERED**,
That Robert C. Goodrich Jr. is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____    /s/_____
New York, NY                         UNITED STATES BANKRUPTCY JUDGE

14492N:090867:819283:1:NASHVILLE
6/1/09