STITES & HARBISON PLLC
Madison L. Martin (TN 24027)
401 Commerce Street, Suite 1800
Nashville, TN 37219
Tel: (615) 244-5200; madison.martin@stites.com
*Attorneys for Bridgestone Americas Tire Operations, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

    I, Madison L. Martin, a member in good standing of the bar of the states of Illinois, Delaware and Tennessee, the United States District Courts for the Northern District of Illinois, the District of Delaware, the Eastern, Western and Middle Districts of Tennessee, the United States Courts of Appeal for the Third, Sixth and Eleventh Circuits, and the United States Supreme Court, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber to represent Bridgestone Americas Tire Operations, LLC f/k/a Bridgestone Firestone North American Tire, LLC ("<u>BATO</u>" or "<u>Bridgestone</u>"), a party-in-interest in the above-referenced case.

Mailing address: Stites & Harbison PLLC, 401 Commerce St., Suite 800, Nashville, TN 37219
E-mail address: madison.martin@stites.com; Telephone: (615) 244-5200; Fax: (615) 742-4126

    The filing fee of $25 has been submitted with this motion for ***pro hac vice*** admission.

Dated: June 1, 2009
       Nashville, TN

                                                          /s/ Madison L. Martin (TN Sup. Ct. N. 24027)

**ORDER**

**ORDERED**,
    That Madison L. Martin is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____    /s/_____
       New York, NY                               UNITED STATES BANKRUPTCY JUDGE