UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                                          :        CHAPTER 11
                                                                          :
In re: GENERAL MOTORS CORPORATION        :        Case No. 09-50026-REG
                                                                          :
                                                                          :
            Debtor                                                 :
---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I Mark E. Browning, a member in good standing of the bar in the State of Texas and, the bar of the U.S. District Courts for the Eastern, Northern, Southern & Western District of Texas, request admission, ***pro hac vice***, before the Honorable Judge Robert E. Gerber, to represent Texas Comptroller of Public Accounts and Texas Workforce Commission, creditors in the above referenced case.

Mailing address:    Bankruptcy - Collections Division
                             PO Box 12548
                             Austin, Texas 78711-2548

E-mail address: bk-mbrowning@oag.state.tx.us

Telephone No.: (512) 475-4883

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

                                                    Respectfully submitted,

                                                    */s/ Mark Browning*
                                                    MARK BROWNING (MB 3402)
                                                    Assistant Attorney General
                                                    Bankruptcy & Collections Division
                                                    P. O. Box 12548
                                                    Austin, TX  78711-2548
                                                    Telephone:  (512) 475-4883
                                                    bk-mbrowning.oag.state.tx.us

Dated: June 2, 2009
            Austin, Texas

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
                                            :    CHAPTER 11
                                            :
In re: GENERAL MOTORS CORPORATION  :    Case No. 09-50026-REG
                                            :    (Jointly Administered)
                                            :
            Debtor                          :    Honorable Robert E. Gerber
-------------------------------------------------------x
```

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Mark E. Browning dated June 2, 2009, to be admitted *pro hac vice* in this bankruptcy case; it is hereby

**ORDERED**, that Mark E. Browning is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
       Austin, Texas


                                            _____
                                            UNITED STATES BANKRUPTCY JUDGE