**MCKENNA LONG & ALDRIDGE LLP**
230 Park Avenue, Suite 1700
New York, New York 10169
Telephone: (212) 905-8300
Facsimile: (212) 922-1819
Christopher F. Graham, Esq.

*Counsel for Industry Canada*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORPORATION, | Case No. 09-50026 (REG) |
| Debtor. | |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND OTHER DOCUMENTS, AND RESERVATION OF RIGHTS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Industry Canada in the above-referenced case, and pursuant to *inter alia*, Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010 and section 1109(b) of Title 11 of the United States Code, § 101 *et seq.* (the "Bankruptcy Code"), requests that the following names be added to any service list in this case and that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon:

| | |
|---|---|
| Christopher F. Graham, Esq.<br>McKenna Long & Aldridge LLP<br>230 Park Avenue, Suite 1700<br>New York, NY 10169<br>Tel: (212) 905-8300<br>Fax: (212) 922-1819<br>E-Mail Address: cgraham@mckennalong.com | Anne Boudreau<br>Legal Services, Industry Canada<br>235 Queen Street<br>Ottawa, ON K1A 0H5<br>CANADA<br>Tel: (613) 948-6439<br>Fax: (613) 954-5356<br>E-Mail Address: anne.boudreau@ic.gc.ca |

| | |
|---|---|
| Michael Weinczok<br>Cassels Brock<br>2100 Scotia Plaza - 40 King Street West<br>Toronto, ON  M5H 3C2<br>CANADA<br>Tel:  (416) 642-7475<br>Fax: (416) 640-3046<br>E-Mail Address:<br>mweinczok@casselsbrock.com | Jessica H. Mayes, Esq.<br>McKenna Long & Aldridge LLP<br>230 Park Avenue, Suite 1700<br>New York, NY 10169<br>Tel:  (212) 905-8300<br>Fax: (212) 922-1819<br>E-Mail Address: jmayes@mckennalong.com |

**PLEASE TAKE FURTHER NOTICE** that under section 1109(b) of the Bankruptcy Code, this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, e-mail or otherwise (1) that affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in this case, including Industry Canada, with respect to:  (a) the above-named debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by Industry Canada.

**PLEASE TAKE FURTHER NOTICE** that Industry Canada intends that neither this Notice of Appearance, Request for Service of Notices, Pleadings and Other Documents, and Reservation of Rights nor any later appearance, claim or suit shall waive (1) its right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) its right to trial by jury in any proceeding so triable in this case or any case, controversy or

proceeding relating to this case; (3) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York
      June 2, 2009

MCKENNA LONG & ALDRIDGE LLP

By: /s/ Christopher F. Graham
     Christopher F. Graham

230 Park Avenue
Suite 1700
New York, NY 10169
Tel.: (212) 905-8300
Fax: (212) 922-1819
E-mail: cgraham@mckennalong.com

*Counsel for Industry Canada*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Notice of Appearance, Request for Service of Notices, Pleadings and Other Documents, and Reservation of Rights** was served to the persons listed below, via First-Class United States Mail with sufficient postage prepaid as followed:

| | |
|---|---|
| Stephen H. Karotkin, Esq. | United States Trustee |
| WEIL GOTSHAL & MANGES | 33 Whitehall Street, 21st Floor |
| 767 Fifth Avenue | New York, NY 10004 |
| New York, NY 10153 | Attention: Diana G. Adams, Esq. |
| *Counsel for the Debtor* | *Trustee* |

Dated: New York, New York
       June 2, 2009.

/s/ Christopher F. Graham
Christopher F. Graham
230 Park Avenue
Suite 1700
New York, NY 10169
Tel.: (212) 905-8300
Fax: (212) 922-1819
E-mail: cgraham@mckennalong.com