**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>General Motors Corp., *et al.*,<br>　　　　　　　　　Debtors. | **Case No. 09-50026 (REG)**<br>**Chapter 11**<br>**(Jointly Administered)** |

**SIERRA MOUNTAIN EXPRESS, INC.'S**
**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Matthew J. Shier, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Sierra Mountain Express, Inc. ("SME"), a creditor in the above-referenced case.

***I certify that I am member in good standing*** of the bar in the State of California and the bar of the U.S. District Court for the Northern, Eastern, Central and Southern Districts of California.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

| | |
|---|---|
| Date:  June 2, 2009<br>San Francisco, California | PINNACLE LAW GROUP LLP<br><br>By:   /s/ Matthew J. Shier<br>　　　MATTHEW J. SHIER (CASBN: 72638)<br>　　　PINNACLE LAW GROUP LLP<br>　　　425 California Street, Suite 1800<br>　　　San Francisco, CA 94104<br>　　　Email: mshier@pinnaclelawgroup.com<br>　　　Telephone:　　(415) 394-5700<br>　　　Facsimile:　　(415) 394-5003 |

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

CASE NO. 09-50026 REG
5144.001/00081363

1

SME *Pro Hac Vice* Application