# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | **Case No. 09-50026 (REG)** |
| General Motors Corp., *et al.*, | **Chapter 11** |
| Debtors. | **(Jointly Administered)** |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Matthew J. Shier, to be admitted, ***pro hac vice***, to represent Sierra Mountain Express, Inc. ("SME"), a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bar of the U.S. District Court for the Northern, Eastern, Central and Southern Districts of California, it is hereby

**ORDERED** that Matthew J. Shier, Esq., is admitted to practice ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Date: _____

_____, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

CASE NO. 09-50026 REG
5144.001/00081376

1

Order Granting *Pro Hac Vice* Application