UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | CASE NO. 09-50026 |
| GENERAL MOTORS CORPORATION, | |
| DEBTOR. | CHAPTER 11 CASE |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTIFICATION

Warren, Drugan & Barrows, P.C. files its NOTICE OF APPEARANCE AND REQUEST FOR NOTIFICATION.

1. Warren, Drugan & Barrows, P.C. has been retained as counsel for Charles Clark Chevrolet Co., Tipotex Chevrolet, Inc., and Knapp Chevrolet, dealers of the Debtor.

2. As counsel for these three dealers, Warren, Drugan & Barrows, P.C. is entitled to receive notice of any and all matters filed in this bankruptcy proceeding, including, but not limited to, contested matters and adversary proceedings, irrespective of whether these dealers are listed as a party to those particular proceedings.

3. Warren, Drugan & Barrows, P.C. requests that all pleadings and all notices given regarding the above-referenced case in any contested matters or adversary proceedings be sent to the following addresses:

Robert L. Barrows
WARREN, DRUGAN & BARROWS, P.C.
800 Broadway
San Antonio, Texas  78215
rbarrows@wdblaw.com
rbarrows800@gmail.com

Charles Clark Chevrolet Co.
P.O. Box 520
McAllen, Texas 78505-0520

Tipotex Chevrolet, Inc.
1600 N. Expressway 77/83
Brownsville, Texas 78521

Knapp Chevrolet
815 Houston Avenue
Houston, Texas 77007

WHEREFORE, PREMISES CONSIDERED, Warren, Drugan & Barrows, P.C. respectfully requests that it be included on the mailing matrix to receive notice of all matters and proceedings filed in the above-captioned bankruptcy matter and that copies of any and all pleadings and notices given regarding any adversary proceeding be sent to Warren, Drugan & Barrows, P.C.

WARREN, DRUGAN & BARROWS, P.C.
800 Broadway
San Antonio, Texas 78215
(210) 226-4131
Fax (210) 224-6488
rbarrows@wdblaw.com
rbarrows800@gmail.com

By: /S/ Robert L. Barrows
    Robert L. Barrows
    Texas State Bar No. 01833500

***Attorneys for Charles Clark Chevrolet Co., Tipotex Chevrolet, Inc. and Knapp Chevrolet***

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June, 2009, a copy of the foregoing Notice of Appearance and Request for Service of Papers was electronically filed via CM/ECF and thereby served upon all counsel of record.

/S/ Robert L. Barrows
Robert L. Barrows