Alan W. Kornberg
Jonathan T. Koevary
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

FOLGER LEVIN & KAHN LLP
Thomas F. Koegel (CA Bar No. 125852)
   (*pro hac vice application pending*)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone:  (415) 986-2800
Facsimile:  (415) 986-2827

Attorneys for Enterprise Rent-A-Car
Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>GENERAL MOTORS CORP., et al.,<br><br>　　　　　Debtors, | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

### APPLICATION FOR PRO HAC VICE
### ADMISSION OF THOMAS F. KOEGEL

　　　　I, Thomas F. Koegel, a member in good standing of the California bar and admitted to practice before the United States District Court for the Northern District of California, request admission *pro hac vice*, before the Honorable Robert E. Gerber to represent Enterprise Rent-A-Car Company as co-counsel to Paul, Weiss, Rifkind, Wharton & Garrison LLP in the above-referenced jointly administered case.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.


Dated: San Francisco, California
       June 2, 2009

                                                /s/ Thomas F. Koegel

| | |
|---|---|
| Mailing Address: | Thomas F. Koegel |
| | Folger Levin & Kahn LLP |
| | 275 Battery Street, 23rd Floor |
| | San Francisco, CA 94111 |
| Telephone: | 415 986-2800 |
| Email: | tkoegel@flk.com |

35004\0033\658011.1