UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

In re                                                              :

General Motors Corporation, *et al.*,                              :

            Debtors.                                      :

------------------------------------------------------------------ X

Chapter 11
Case No. 09-50026 (REG)
(Joint Administration Pending)

CERTIFICATE OF
<u>SERVICE</u>

      I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

      1. On the 2nd day of June 2009, the Notice of Appearance and Request for Service of Papers, dated June 1, 2009 was served by First Class Mail upon the entities listed on the attached service list.

      2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated: New York, New York
       June 2, 2009

                                          Richard V. Conza

## SERVICE LIST

### By U.S. Mail

General Motors Corporation
300 Renaissance Center
Detroit, Michigan 48265
Attn: Lawrence S. Buonomo, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.

The U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attn: Michael J. Edelman, Esq.
Michael L. Schein, Esq.

Office of the United States Trustee for
the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Diana G. Adams, Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn: Peter V. Pantaleo, Esq.
David J. Mack, Esq.