TROUTMAN SANDERS LLP
Brett D. Goodman, Esq.
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
Telephone: (212) 704-6000
Facsimile: (212) 704-6288

    -and-

TROUTMAN SANDERS LLP
Jeffrey W. Kelley, Esq.
600 Peachtree Street, NE Suite 5200
Atlanta, Georgia 30308
Telephone: (404) 885-3000
Facsimile: (404) 885-3900

*Attorneys for Allied Automotive
Group, Inc., Allied Systems Ltd. (L.P.),
and Transport Support LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
In re                                                            :    Chapter 11 Case No.
                                                                 :
                                                                 :
GENERAL MOTORS CORP., *et al.*,                                  :    Case No. 09-50026 (REG)
                                                                 :
                                                                 :    (Jointly Administered)
             Debtors.                                   :
---------------------------------------------------------------- X

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

TO:    ALL PARTIES IN INTEREST

      PLEASE TAKE NOTICE that Allied Automotive Group, Inc., Allied Systems, Ltd. (L.P.), and Transport Support LLC (collectively, "Allied") hereby appear by their counsel, Troutman Sanders LLP, in the above captioned chapter 11 cases, pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f), 3017(a) and 9007 including, without limitation, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, proposed disclosure statements and plans of reorganization and any other documents brought before the Court in these cases.

All such notices should be addressed as follows:

> TROUTMAN SANDERS LLP
> The Chrysler Building
> 405 Lexington Avenue
> New York, New York 10174
> Telephone: (212) 704-6000
> Facsimile: (212) 704-6288
> Attn.:  Brett D. Goodman, Esq.
> Email: brett.goodman@troutmansanders.com
>
> -and-
>
> TROUTMAN SANDERS LLP
> 600 Peachtree Street
> NE Suite 5200
> Atlanta, Georgia 30308
> Telephone: (404) 885-3000
> Facsimile: (404) 885-3900
> Attn: Jeffrey W. Kelley, Esq.
> Email: jeffrey.kelley@troutmansanders.com

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telegraph, telex or telecopier or otherwise, filed with regard to the above-captioned cases and proceeding therein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to waive and shall not constitute a waiver of (i) Allied's right to have final orders in non-core matters entered only after de novo review by a District Court; (ii) Allied's right to a jury trial in any proceedings so triable herein, or in any case, controversy, or proceeding related hereto; (iii) Allied's right to request to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Allied is or may be entitled to under agreements, documents or instruments, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
       June 2, 2009

TROUTMAN SANDERS LLP

By:   /s/ *Brett D. Goodman*
      The Chrysler Building
      405 Lexington Avenue
      New York, New York 10174
      Telephone: (212) 704-6000
      Facsimile: (212) 704-6288

      -and-

      Jeffrey W. Kelley, Esq.
      600 Peachtree Street, NE Suite 5200
      Atlanta, Georgia 30308
      Telephone: (404) 885-3000
      Facsimile: (404) 885-3900

      *Attorneys for Allied Automotive Group, Inc., Allied Systems Ltd. (L.P.), and Transport Support LLC*