# EXHIBIT A

# Schnader
ATTORNEYS AT LAW

1600 MARKET STREET   SUITE 3600
PHILADELPHIA, PA 19103-7286
215.751.2000   FAX 215.751.2205   schnader.com

April 7, 2009

Barry E. Bressler
Direct Dial 215-751-2050
Direct Fax 215-972-7221
E-mail bebressler@schnader.com


Harvey R. Miller, Esquire
Weil Gotshal & Manges
767 Fifth Avenue
New York, New York 10153

Re: **General Motors Corporation**

Dear Mr. Miller:

We represent the Committee of Consumer-Victims of General Motors Corporation (the "Committee"). The members of the Committee are holders of tort claims involving personal injuries (including derivative claims and wrongful death actions). The Committee was formed to advance the mutual interests of its members with regard to the financial reorganization of General Motors Corporation ("GM"). The Committee has more than 200 members who hold personal injury claims against GM. If GM files for bankruptcy, the Committee intends to seek the appointment of an official committee of tort claimants under Section 1102(a) of the Bankruptcy Code.

We would appreciate the opportunity to discuss with you the concerns of the Committee members with regard to GM's restructuring. Of particular importance are the provisions of any pre-packaged or other Chapter 11 plan of reorganization specifically addressing tort claims.

The Committee looks forward to working with GM toward a successful reorganization. Please contact me as soon as convenient to discuss these matters.

Very truly yours,

BARRY E. BRESSLER

Cc: Fritz Henderson, CEO