# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | |
| | Case No. 09-50026-reg |
| General Motors Corporation, *et al.* | Chapter 11 |
| | (Jointly Administered) |
| Debtor. | Honorable Robert E. Gerber |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Michael G. Cruse, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent BorgWarner, Inc., a creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Date:  June 2, 2009
Southfield, Michigan

/s/Michael G. Cruse
Michael G. Cruse (P38837)
Attorneys for BorgWarner, Inc.
2000 Town Center, Suite 2700
Southfield, MI  48075-1318
Phone: 248-784-5131
Fax:     248-603-9731
mcruse@wnj.com

1673574-1