**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| | Case No. 09-50026-reg |
| General Motors Corporation, *et al.* | Chapter 11 |
| | (Jointly Administered) |
| Debtor. | Honorable Robert E. Gerber |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Michael G. Cruse, to be admitted, ***pro hac vice***, to represent BorgWarner, Inc., a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan, it is hereby

**ORDERED**, that Michael G. Cruse, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

_____
UNITED STATES BANKRUPTCY JUDGE

1673575-1