**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| | Case No. 09-50026-reg |
| General Motors Corporation, *et al.* | Chapter 11 |
| | (Jointly Administered) |
| Debtor. | Honorable Robert E. Gerber |

## **APPEARANCE**

NOW COMES Michael G. Cruse of Warner Norcross & Judd LLP and hereby enters his appearance for and on behalf of BorgWarner, Inc., creditor and party-in-interest in the above-captioned case.

          Respectfully submitted,

          WARNER NORCROSS & JUDD LLP

Date: June 2, 2009      BY: /s/Michael G. Cruse
                                        Michael G. Cruse (P38837)
                                        Attorneys for BorgWarner, Inc.
                                        2000 Town Center, Suite 2700
                                        Southfield, MI 48075-1318
                                        Phone: 248-784-5131
                                        Fax:   248-603-9731
                                        mcruse@wnj.com

1673582-1