**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

| | |
|---|---|
| | Case No. 09-50026-reg |
| General Motors Corporation, *et al.* | Chapter 11 |
| | (Jointly Administered) |
| Debtor. | Honorable Robert E. Gerber |

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2009, I served a copy of:

BorgWarner, Inc.'s Notice of Appearance and Request for Service of Notices, Pleadings and Orders

on the following parties at these addresses:

David J. Baldwin, dbaldwin@potteranderson.com, bankruptcy@potteranderson.com
Elizabeth Banda, kwilliams@pbfcm.com
Robert L. Barrows, rbarrows@wdblaw.com
James L. Bromley, maofiling@cgsh.com
Theresa V. Brown-Edwards, bankruptcy@potteranderson.com
Mark Edwin Browning, bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
Andrew P. Brozman, andrew.brozman@cliffordchance.com
James S. Carr, kdwBankruptcyDepartment@kelleydrye.com
Babette A. Ceccotti, bceccotti@cwsny.com, ecf@cwsny.com
Marvin E. Clements, agbanknewyork@ag.tn.gov
Dawn R. Copley, dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
Trent P. Cornell, tcornell@stahlcowen.com
Thomas H. Curran, tcurran@haslaw.com, calirm@haslaw.com
Peter D'Apice, dapice@sbep-law.com
Benjamin P. Deutsch, bdeutsch@schnader.com
Alyssa Englund, aenglund@orrick.com
Richard L. Epling, richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com
Kerry M Ewald, kewald@dickinsonwright.com
Thomas R. Fawkes, tfawkes@freebornpeters.com
Robert J. Figa, rfiga@comlawone.com
Deborah L. Fish, dfish@allardfishpc.com
Jonathan L. Flaxer, jflaxer@golenbock.com, ssmith@golenbock.com; avassallo@golenbock.com; eneuman@golenbock.com; mlu@golenbock.com
Victoria D. Garry, vgarry@ag.state.oh.us
Jeanette M. Gilbert, jgilbert@motleyrice.com
Steven A. Ginther, sdnyecf@dor.mo.gov
Brett D. Goodman, brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com
Neil Andrew Goteiner, ngoteiner@fbm.com, calendar@fbm.com; karentsen@fbm.com
Christopher F. Graham, cgraham@mckennalong.com, vargas@mckennalong.com; rgee@mckennalong.com; jmayes@mckennalong.com; ehall@mckennalong.com
William T. Green, uncbill@msn.com
John T. Gregg, jgregg@btlaw.com
Michael C. Hammer, mchammer3@dickinsonwright.com
Ryan D. Heilman, rheilman@schaferandweiner.com

Suzanne Hepner, shepner@lrbpc.com; carder@lrbpc.com; jcahn@lrbpc.com; rbarbur@lrbpc.com; scameron@lrbpc.com; psherer@lrbpc.com

Michael S. Holmes, mshatty@yahoo.com

Jonathan Hook, jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com; paul.fabsik@haynesboone.com

John J. Hunter, jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Adam H. Isenberg, aisenberg@saul.com

Gregory O. Kaden, gkaden@goulstonstorrs.com

Stephen Karotkin, theodore.tsekerides@weil.com; Shai.Waisman@weil.com; Rachel.albanese@weil.com; michele.meises@weil.com; ilusion.rodriguez@weil.com; sara.gerstein@weil.com; mark.ribaudo@weil.com

Karel S. Karpe, karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com

Thomas M. Kennedy, tkennedy@kjmlabor.com

Richardo I. Kilpatrick, ecf@kaalaw.com, lrobertson@kaalaw.com

Jeff Klusmeier, jeff.klusmeier@ago.mo.gov

Thomas F. Koegel, tkoegel@flk.com

Deborah Kovsky-Apap, kovskyd@pepperlaw.com, kressk@pepperlaw.com, wisotska@pepperlaw.com, alexsym@pepperlaw.com

Stuart A. Krause, skrause@zeklaw.com

Patrick J. Kukla, pkukla@carsonfischer.com

Darryl S. Laddin, bkrfilings@agg.com

Michael S. Leib, msl@maddinhauser.com, bac@maddinhauser.com

Larry A. Levick, levick@singerlevick.com, croote@singerlevick.com; ckirkland@singerlevick.com

David T. Lin, dlin@seyburn.com

Eric Lopez Schnabel, schnabel.eric@dorsey.com

Kayalyn A. Marafioti, kmarafio@skadden.com

Michael A. Maricco, maricco.michael@pbgc.gov, efile@pbgc.gov

Richard W. Martinez, Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com

Frank McGinn, ffm@bostonbusinesslaw.com

Brian H. Meldrum, bmeldrum@stites.com

Joseph Thomas Moldovan, bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com

Eric T. Moser, eric.moser@klgates.com, kristen.serrao@klgates.com

Ingrid S. Palermo, ipalermo@hselaw.com

Robert W. Phillips, rphillips@simmonscooper.com

James A. Plemmons, jplemmons2@dickinsonwright.com

Michael Reed, danielle.goff@mvbalaw.com

Marc E. Richards, mrichards@blankrome.com

Paul J. Ricotta, pricotta@mintz.com

Adam L. Rosen, filings@spallp.com, arosen@silvermanacampora.com

Andrew Neil Rosenberg, mtattnall@paulweiss.com

Douglas B. Rosner, drosner@goulstonstorrs.com

Scott K. Rutsky, srutsky@proskauer.com

Chester B. Salomon, csalomon@beckerglynn.com, aranade@beckerglynn.com; jholdridge@beckerglynn.com

Thomas P. Sarb, ecfsarbt@millerjohnson.com

Thomas J. Schank, tomschank@hunterschank.com, mcraig@hunterschank.com

Matthew L. Schwartz, matthew.schwartz@usdoj.gov

Stephen B. Selbst, sselbst@herrick.com, courtnotices@herrick.com

Joseph R. Sgroi, jsgroi@honigman.com

Brian L. Shaw, bshaw100@shawgussis.com

Andrea Sheehan, sheehan@txschoollaw.com, coston@txschoollaw.com; ashee1@yahoo.com; garza@txschoollaw.com

Tricia A. Sherick, tsherick@honigman.com

Matthew J. Shier, mshier@pinnaclelawgroup.com, mterry@pinnaclelawgroup.com

Christina C. Skubic, bankruptcy@braytonlaw.com

Robert T. Smith, rsmith@cniinc.cc

Richard G. Smolev, rsmolev@kayescholer.com, rrotman@kayescholer.com; maosbny@kayescholer.com

Jeffrey S. Stein, Jeff_Stein@gardencitygroup.com, Kenneth_Freda@gardencitygroup.com; jennifer.keough@gardencitygroup.com; barbara_keane@gardencitygroup.com
Leslie Stein, lstein@seyburn.com, seccles@seyburn.com
James M. Sullivan, sullivan.james@arentfox.com, constantino.nova@arentfox.com
Michelle T. Sutter, msutter@ag.state.oh.us
Colleen M. Sweeney, csweeney@dickinsonwright.com
Gordon J. Toering, gtoering@wnj.com
Kimberly A. Walsh, bk-kwalsh@oag.state.tx.us
Sean M. Walsh, swalsh@gmhlaw.com, jmahar@gmhlaw.com
Robert B. Weiss, rweiss@honigman.com
Elizabeth Weller, dallas.bankruptcy@publicans.com
Scott A. Wolfson, wolfson@bsplaw.com, recchia@bsplaw.com; stepp@bsplaw.com; bolton@bsplaw.com; kochis@bsplaw.com
Cynthia Woodruff-Neer, cwoodruff-neer@alpine-usa.com
Doron Yitzchaki, dyitzchaki@dickinsonwright.com

using the ECF system which will send notification of such filing to same.  I further certify I served the following parties at these addresses via First Class U.S. Mail:

Deutsche Bank AG
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Harco Manufacturing Group LLC
3535 Kettering Boulevard
Moraine, OH 45439

Marshall Scott Huebner
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Alan W. Kornberg
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Neal S. Mann
New York State Attorney General's O
120 Broadway, 24th Floor
New York, NY 10271

Saturn of Hempstead, Inc.
c/o Robinson Brog et. al
1345 Avenue of the Americas, 31st Floor
New York, NY 10105

Eric A Schaffer
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Thomas M. Wilson
Kelley & Ferraro, LLP
1300 E. Ninth Street, Suite 1901
Cleveland, OH 44114

/s/Helga Ziegler
Helga Ziegler
Legal Assistant to Michael G. Cruse (P38837)
Warner Norcross & Judd LLP
Attorneys for BorgWarner, Inc.
2000 Town Center, Suite 2700
Southfield, MI  48075-1318
Phone:        248-784-5131
Fax:           248-603-9731
mcruse@wnj.com

1673585-1