Philip D. Anker (PA 7833)
Melanie J. Dritz (MD 7825)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Dennis L. Jenkins
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Attorneys for Pension Benefit Guaranty Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                              :
In re:                                                        :
                                                              :    Chapter 11
                                                              :
GENERAL MOTORS CORPORATION, *et al.*,                         :
                                                              :    Case No. 09-50026 (REG)
                                      Debtors.                :
                                                              :
                                                              :
------------------------------------------------------------- x

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Wilmer Cutler Pickering Hale and Dorr LLP, counsel

for Pension Benefit Guaranty Corporation ("PBGC"), files this Notice of Appearance and

Request for Service of Papers, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and Sections 102(1), 342 and 1109(b) of title

11 of the United States Code (the "Bankruptcy Code"), and requests that copies of all notices and

pleadings given or required to be given in this case, be given to and served upon:

Philip D. Anker, Esq.
Melanie J. Dritz, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888
E-mails:  philip.anker@wilmerhale.com
              melanie.dritz@wilmerhale.com

- and –

Dennis L. Jenkins
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000
E-mail:  dennis.jenkins@wilmerhale.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rules 2002 and 9010(b) of the

Bankruptcy Rules, and section 1109(b) of the Bankruptcy Code, the foregoing request includes

not only the notices and papers referred to in the Bankruptcy Rules specified above, but also

includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions,

pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities,

statements of affairs, operating reports, plans of reorganization, and disclosure statements,

whether formal or informal, whether written or oral, and whether transmitted or conveyed by

mail, hand delivery, telephone, facsimile, telecopy or otherwise filed with regard to this case and

any proceedings thereon.

This Notice of Appearance and Request for Service of Papers shall not be deemed or

construed to be a waiver of (A) the rights of PBGC (i) to have final orders in non-core matters

entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so

triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to

2

have the District Court withdraw the reference in any matter subject to mandatory or

discretionary withdrawal, or (B) any other rights, claims, actions, setoffs, or recoupments to

which PBGC are or may be entitled, in law or in equity, all of which rights, claims, actions,

defenses, setoffs, and recoupments PBGC expressly reserve.


Date:  New York, New York
       June 2, 2009

                                            /s/ Philip D. Anker
                                            WILMER CUTLER PICKERING
                                             HALE AND DORR LLP
                                            Philip D. Anker (PA 7833)
                                            Melanie J. Dritz (MD 7825)
                                            399 Park Avenue
                                            New York, New York 10022
                                            Telephone:  (212) 230-8800
                                            Facsimile:   (212) 230-8888

                                                   - and –

                                            Dennis L. Jenkins
                                            60 State Street
                                            Boston, Massachusetts 02109
                                            Telephone:  (617) 526-6000
                                            Facsimile:   (617) 526-5000

                                            *Attorneys for Pension Benefit Guaranty
                                            Corporation*

3