Harter Secrest & Emery LLP
1600 Bausch & Lomb Place
Rochester, New York 14604
(585) 232-6500
John J. Aho, Esq.
William L Kreienberg, Esq.
John R. Weider, Esq.
Ingrid Schumann Palermo (IS 9868)

Harter Secrest & Emery LLP
Twelve Fountain Plaza, suite 400
Buffalo, New York 14202-2293
(716) 853-1616
Raymond L. Fink, Esq.

Attorneys for Saturn of Rochester, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

    GENERAL MOTORS CORPORATION,    CHAPTER 11
    ET AL.
                                             Case No. 09-50026-REG

                  DEBTOR.

NOTICE OF APPEARANCE
AND
DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that Saturn of Rochester, Inc. appears herein by its counsel, HARTER SECREST & EMERY LLP, and demands, pursuant to §§102(1) and 342 of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address, telephone number and electronic mail:

        Saturn of Rochester, Inc..
        Attention: David P. Stoetzel
        770 Panorama Trail South
        P.O. Box 25427
        Rochester, New York 14625

HARTER SECREST & EMERY LLP
Jon J. Aho, Esq.
William L. Kreienberg, Esq.
John R. Weider, Esq.
Ingrid S. Palermo, Esq.
1600 Bausch & Lomb Place
Rochester, New York 14604
Telephone: (585) 232-6500
Facsimile: (585) 232-2152
jaho@hselaw.com
wkreienberg@hselaw.com
jweider@hselaw.com
ipalermo@hselaw.com

HARTER SECREST & EMERY LLP.
Raymond L. Fink, Esq.
Twelve Fountain Plaza, Suite 400
Buffalo, New York 14202-2293
Telephone: (716) 853-1616
Facsimile: (716) 853-1617
rfink@hselaw.com

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may effect, or seek to affect, in any way any rights or interest of Saturn of Rochester, Inc. with respect to the debtor(s) or any property or proceeds in which the debtor(s) may claim an interest.

PLEASE TAKE FURTHER NOTICE, that the submission and filing of this notice and demand constitutes a "special appearance" and is not intended to be, nor shall it be deemed a consent to, or a waiver of, the right to challenge jurisdiction of the United States Bankruptcy Court including, without

limitation, the jurisdiction of the Court to adjudicate non-core matters, which right Saturn of Rochester, Inc. expressly reserves without prejudice.

Dated: June 2, 2009
   Rochester, New York

        HARTER SECREST & EMERY LLP
        *Attorneys for Saturn of Rochester, Inc.*

        By: */s/ Ingrid S. Palermo*
         Jon J. Aho, Esq.
         William L. Kreienberg, Esq.
         John R. Weider, Esq.
         Ingrid Schumann Palermo, Esq. (IS 9868)
         1600 Bausch & Lomb Place
         Rochester, New York 14604
         Tel: (585) 232-6500
         Fax: (585) 232-2152

         HARTER SECREST & EMERY LLP
         Twelve Fountain Plaza, Suite 400
         Buffalo, New York 14202-2293
         Tel:  (716) 853-1616
         Fax:  (716) 853-1617
         Raymond L. Fink, Esq.