Harter Secrest & Emery LLP
1600 Bausch & Lomb Place
Rochester, New York 14604
(585) 232-6500
John J. Aho, Esq.
William L Kreienberg, Esq.
John R. Weider, Esq.
Ingrid Schumann Palermo (IS 9868)

Harter Secrest & Emery LLP
Twelve Fountain Plaza, suite 400
Buffalo, New York 14202-2293
(716) 853-1616
Raymond L. Fink, Esq.

Attorneys for Mike Barnard Chevrolet-Cadillac-Buick-
        Pontiac-GMC, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE:

    GENERAL MOTORS CORPORATION,
    ET AL.

               DEBTOR.

CHAPTER 11

Case No. 09-50026-REG

---

## NOTICE OF APPEARANCE
## AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that Mike Barnard Chevrolet-Cadillac-Buick-Pontiac-GMC, Inc. appears herein by its counsel, HARTER SECREST & EMERY LLP, and demands, pursuant to §§102(1) and 342 of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address, telephone number and electronic mail:

                Mike Barnard Chevrolet-Cadillac-Buick-Pontiac-GMC, Inc
                Attention:  Michael E. Barnard, President
                616 Thayer Road
                Fairport, New York  14450

HARTER SECREST & EMERY LLP
Jon J. Aho, Esq.
William L. Kreienberg, Esq.
John R. Weider, Esq.
Ingrid S. Palermo, Esq.
1600 Bausch & Lomb Place
Rochester, New York  14604
Telephone:  (585) 232-6500
Facsimile:  (585) 232-2152
jaho@hselaw.com
wkreienberg@hselaw.com
jweider@hselaw.com
ipalermo@hselaw.com

HARTER SECREST & EMERY LLP.
Raymond L. Fink, Esq.
Twelve Fountain Plaza, Suite 400
Buffalo, New York  14202-2293
Telephone:  (716) 853-1616
Facsimile:  (716) 853-1617
rfink@hselaw.com

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may effect, or seek to affect, in any way any rights or interest of Mike Barnard Chevrolet-Cadillac-Buick-Pontiac-GMC, Inc with respect to the debtor(s) or any property or proceeds in which the debtor(s) may claim an interest.

PLEASE TAKE FURTHER NOTICE, that the submission and filing of this notice and demand constitutes a "special appearance" and is not intended to be, nor shall it be deemed a consent to, or a waiver of, the right to challenge jurisdiction of the United States Bankruptcy Court including, without

limitation, the jurisdiction of the Court to adjudicate non-core matters, which right Mike Barnard Chevrolet-Cadillac-Buick-Pontiac-GMC, Inc expressly reserves without prejudice.

Dated:   June 2, 2009
         Rochester, New York

        HARTER SECREST & EMERY LLP
        *Attorneys for Mike Barnard Chevrolet-Cadillac-Buick-Pontiac-GMC, Inc.*

        By:   */s/ Ingrid S. Palermo*
           Jon J. Aho, Esq.
           William L. Kreienberg, Esq.
           John R. Weider, Esq.
           Ingrid Schumann Palermo, Esq. (IS 9868)
           1600 Bausch & Lomb Place
           Rochester, New York  14604
           Tel:  (585) 232-6500
           Fax:  (585) 232-2152

        HARTER SECREST & EMERY LLP
        Twelve Fountain Plaza, Suite 400
        Buffalo, New York 14202-2293
        Tel:     (716) 853-1616
        Fax:    (716) 853-1617
        Raymond L. Fink, Esq.