UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                                  Chapter 11

GENERAL MOTORS CORPORATION,                              Case No. 09-50026
                                                                         (Jointly Administered)
                                 Debtors.
_____              Hon. Robert E. Gerber

## NOTICE OF APPEARANCE;
## REQUEST TO BE ADDED TO MATRIX; AND
## FEDERAL BANKRUPTCY PROCEDURE 2002(i) REQUEST

     PLEASE TAKE NOTICE that Sumitomo Electric Wiring Systems, Inc. shall appear through its counsel, Dickinson Wright PLLC, and requests that all notice given and required to be given in this case and all papers served and required to be served be given to and served upon the undersigned at the following address and telephone number:

                Michael C. Hammer, Esq.
                Dickinson Wright PLLC
                301 E. Liberty, Suite 500
                Ann Arbor, Michigan 48104
                (734) 623-7075

     PLEASE TAKE FURTHER NOTICE that Sumitomo Electric Wiring Systems, Inc. requests to be added to the Debtor's Matrix in care of its counsel at the above address and further requests that all notices and papers provided pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the same.

                DICKINSON WRIGHT PLLC

                By: /s/ Michael C. Hammer
                     Michael C. Hammer (MCH-9232)
                Counsel for Sumitomo Electric Wiring Systems, Inc.
                301 E. Liberty, Suite 500
                Ann Arbor, Michigan 48104
                (734) 623-7075
                mchammer3@dickinsonwright.com

Dated: June 3, 2009