UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORPORATION, | Case No. 09-50026 (Jointly Administered) |
| Debtors. | |
| _____ | Hon. Robert E. Gerber |

## NOTICE OF APPEARANCE; REQUEST TO BE ADDED TO MATRIX; AND FEDERAL BANKRUPTCY PROCEDURE 2002(i) REQUEST

PLEASE TAKE NOTICE that Advics North America, Inc. shall appear through its counsel, Dickinson Wright PLLC, and requests that all notice given and required to be given in this case and all papers served and required to be served be given to and served upon the undersigned at the following address and telephone number:

>Michael C. Hammer, Esq.
>Dickinson Wright PLLC
>301 E. Liberty, Suite 500
>Ann Arbor, Michigan 48104
>(734) 623-7075

PLEASE TAKE FURTHER NOTICE that Advics North America, Inc. requests to be added to the Debtor's Matrix in care of its counsel at the above address and further requests that all notices and papers provided pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the same.

>DICKINSON WRIGHT PLLC
>
>By: /s/ Michael C. Hammer
>     Michael C. Hammer (MCH-9232)
>Counsel for Advics North America, Inc.
>301 E. Liberty, Suite 500
>Ann Arbor, Michigan 48104
>(734) 623-7075
>mchammer3@dickinsonwright.com

Dated:  June 3, 2009