David A. Lerner, Esq.
Plunkett Cooney
38505 Woodward Ave., Ste. 2000
Bloomfield Hills, MI  48304
Telephone:  (248) 901-4010
Facsimile:    (248) 901-4040
Email:  dlerner@plunkettcooney.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| GENERAL MOTORS CORPORATION, et al ) | Case no. 09-50026-reg |
| ) | (Jointly administered) |
| ) | Hon. Robert E. Gerber |

_____

NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND PAPERS

Please take notice that G-Tech Professional Staffing, Inc., a party-in-interest in the above-captioned case, hereby appears in the above-captioned case by its counsel, such counsel hereby enter their appearance in the above-captioned case pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and hereby request, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and §1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the address, telephone, and facsimile numbers indicated:

David A. Lerner
Plunkett Cooney
38505 Woodward Avenue
Suite 2000
Bloomfield Hills, MI  48304
Telephone:  (248) 901-4010
Facsimile:  (248) 901-4040
Email:   dlerner@plunkettcooney.com

Please take further notice that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the above-named party-in-interest's rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding to triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named party-in-interest is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the above-named party-in-interest expressly reserves.

Respectfully submitted,

Plunkett Cooney

By:  /s/DAVID A. LERNER
DAVID A. LERNER (P44829)
Attorneys for G-Tech Professional
Staffing, Inc.
38505 Woodward Ave., Ste. 2000
Bloomfield Hills, MI  48304
(248) 901-4010
dlerner@plunkettcooney.com

Dated:  June 3, 2009

Blmfield.03029.94765.1120206-1