David A. Lerner, Esq.
Plunkett Cooney
38505 Woodward Ave., Ste. 2000
Bloomfield Hills, MI  48304
Telephone:  (248) 901-4010
Facsimile:    (248) 901-4040
Email:  dlerner@plunkettcooney.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| GENERAL MOTORS CORPORATION, et al ) | Case no. 09-50026-reg |
| ) | (Jointly administered) |
| ) | Hon. Robert E. Gerber |

_____

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, David A. Lerner, request admission, pro hac vice, before the Honorable Robert E. Gerber to represent G-Tech Professional Staffing, Inc. in the above-referenced case.

**I certify that I am a member in good standing** of the bar in the State of Michigan, and of the bar of the U.S. District Courts for the Eastern and Western Districts of Michigan.

I have submitted the filing fee of $25.00 with this Motion for pro hac vice admission.

My address is:

        David A. Lerner, Esq.
        Plunkett Cooney
        38505 Woodward Ave., Ste. 2000
        Bloomfield Hills, MI  48304
        Telephone:  (248) 901-4010
        Facsimile:    (248) 901-4040
        Email:  dlerner@plunkettcooney.com

        Respectfully submitted,

        Plunkett Cooney


        By:  /s/DAVID A. LERNER
        DAVID A. LERNER (P44829)
        Attorneys for G-Tech Professional Staffing, Inc.
        38505 Woodward Ave., Ste. 2000
        Bloomfield Hills, MI  48304
        (248) 901-4010
        dlerner@plunkettcooney.com

Dated:  June 3, 2009

Blmfield.03029.94765.1120194-1