David A. Lerner, Esq.
Plunkett Cooney
38505 Woodward Ave., Ste. 2000
Bloomfield Hills, MI  48304
Telephone:  (248) 901-4010
Facsimile:   (248) 901-4040
Email: dlerner@plunkettcooney.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| GENERAL MOTORS CORPORATION, et al ) | Case no. 09-50026-reg |
| ) | (Jointly administered) |
| ) | Hon. Robert E. Gerber |
| _____ | |

**ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE**

Upon the motion of David A. Lerner, to be admitted, *pro hac vice*, to represent G-Tech Professional Staffing, Inc., a party-in-interest in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Courts for the Eastern and Western Districts of Michigan, it is hereby

ORDERED, that David A. Lerner, is admitted to practice, pro hac vice, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____          _____
                                                              UNITED STATES BANKRUPTCY JUDGE

_____, New York

Blmfield.03029.94765.1120197-1