**VEDDER PRICE P.C.**
Michael J. Edelman (ME-6476)
Michael L. Schein  (MS-0241)
Erin Zavalkoff-Babej (EZ-6792)
1633 Broadway, 47th Floor
New York, New York 10019
Telephone:   (212) 407-7700
Facsimile:    (212) 407-7799

*Counsel for Export Development Canada*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case |
| GENERAL MOTORS CORPORATION | Case No. 09-50026 (REG) |
| Debtor. | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Vedder Price P.C. ("Vedder Price") hereby enters its appearance as counsel for Export Development Canada ("EDC") in the above referenced chapter 11 cases pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

PLEASE TAKE FURTHER NOTICE that EDC hereby appears in the above-captioned cases by its counsel, Vedder Price, and such counsel hereby requests, pursuant to Rules 2002, 3017, 9007 and 9010 of the Bankruptcy Rules and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings given or filed in these cases, be given and served upon them at the following address, telecopy, e-mail and telephone numbers:

**VEDDER PRICE P.C.**
1633 Broadway, 47th Floor
New York, New York 10019
Attention:    Mchael J. Edelman
              Michael L. Schein
              Erin Zavalkoff-Babej

Telephone:    (212) 407-7700
Facsimile:    (212) 407-7799
E-mail:       MJEdelman@vedderprice.com
              MSchein@vedderprice.com
              Ezavalkoff-babej@vedderprice.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plan or plans of reorganization or liquidation, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, courier service, telegraph, telephone, e-mail, facsimile, telex, or otherwise, that affect the above-captioned debtors or the debtors' estates.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to waive and shall not constitute a waiver of (i) EDC's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) EDC's right to a jury trial in any proceedings so triable herein, or in any case, controversy, or proceeding related hereto; (iii) EDC's right to request to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which EDC is or

may be entitled to under agreements, documents or instruments, in law or equity, all of which

rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
      June 3, 2009

**VEDDER PRICE P.C.**


/s/ Michael J. Edelman
Michael J. Edelman (ME-6476)
Michael L. Schein (MS-0241)
Erin Zavalkoff-Babej (EZ-6792)
1633 Broadway, 47th Floor
New York, New York 10019
Telephone:   (212) 407-7700
Facsimile:    (212) 407-7799

*Attorneys for Export Development Canada*

3