IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| GENERAL MOTORS CORPORATION | * | CASE NO.: |
| | * | 09-50026-REG |
| DEBTOR | * | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE
OF PAPERS PURSUANT TO SECTION 1109(B) OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULES 9010 AND 2002**

Notice is hereby given pursuant to Section 1109(b) of Title 11 of the United States Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that William T. Green, III, P.C. hereby appears for Lawrence Marshall Chevrolet II, LLC in the above-captioned case.

Notice is further given that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, be given to and served upon William T. Green, III, P.C. at the following office:

> William T. Green, III, P.C.
> 11 Greenway Plaza, Suite 2820
> Houston, Texas  77046

Notice is further given that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone,

1

telegraph, telex or otherwise, that affect the above-captioned Debtor or Debtor-in-possession or the property of the Debtor.

Counsel for Movant concurrently herewith filed his Motion for Admission to Practice Pro Hac Vice.

Respectfully submitted,
/s/ William T. Green, III
William T. Green, III
11 Greenway Plaza, Suite 2820
Houston, Texas 77046
(713) 626-9296/ Fax No.: (713) 961-0883
State Bar No.: 08375500
Attorney in Charge for
Lawrence Marshall Chevrolet II, LLC

Of Counsel:

William T. Green, III, P.C.
11 Greenway Plaza, Suite 2820
Houston, Texas 77046
(713) 626-9296

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was sent to the following on this 3rd day of June, 2009, either by first class United States mail or electronically.

                                                  /s/ William T. Green, III
                                                William T. Green, III

**The Party Against Whom Relief is Sought:**
General Motors Corporation
300 Renaissance Center
Detroit, Michigan 48265-3000

**Attorney for Party Against Whom Relief is Sought:**
Stephen Karotkin
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153

**Committee Appointed under the Code:**
None

**Authorized Agent for Committee Appointed under the Code:**
None

**Creditors:**
None

**Party Claiming Interest in the Affected Property:**
U.S. Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

**Entities on Whom the Court has Ordered Notice:**
None

c:\client\lm dealer-manufacturer bank cases\05-060109-not appearance-gmc bank case