SAUL EWING LLP
Jeffrey C. Hampton, Esquire
Adam H. Isenberg, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7118/8662
Facsimile: (215) 972-1848/1853

Attorneys for JAC Products, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                                            :    Chapter 11
                                                                  :
GENERAL MOTORS CORPORATION, *et al.*                              :    Case No. 09-50026 (REG)
                                                                  :
                               Debtors.                           :
                                                                  :
------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that JAC Products, Inc. ("JAC") hereby enters its appearance by its counsel, Saul Ewing LLP ("Saul Ewing"), in accordance with 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010, and, pursuant, *inter alia*, to 11 U.S.C. §§ 102(1) and 342 and Federal Rules of Bankruptcy Procedure 2002 and 9007, requests that all notices given or required to be given in this case and all papers served or required to be served in this case also be given to and served upon Saul Ewing at the following addresses:

| Jeffrey C. Hampton | Adam H. Isenberg, Esquire |
| **SAUL EWING LLP** | **SAUL EWING LLP** |
| Centre Square West | Centre Square West |
| 1500 Market Street, 38th Floor | 1500 Market Street, 38th Floor |
| Philadelphia, PA 19102 | Philadelphia, PA 19102 |
| Telephone: (215) 972-7118 | Telephone: (215) 972-8662 |
| Facsimile: (215) 972-1848 | Facsimile: (215) 972-1853 |
| jhampton@saul.com | aisenberg@saul.com |

1162462.1 6/2/09

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile transmission, telegraph, telex or otherwise, which affect or seek to effect in any way any rights or interest of JAC.

PLEASE TAKE FURTHER NOTICE that, as provided in Federal Rule of Bankruptcy Procedure 3017(a), JAC requests that its attorneys be provided with copies of any and all disclosure statements and plans of reorganization.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the rights of JAC (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which it may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

Dated: June 3, 2009                                SAUL EWING LLP

By: /s/ Jeffrey C. Hampton
Jeffrey C. Hampton, Esquire
Adam H. Isenberg, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7118/8662
Facsimile: (215) 972-1848/1853

Attorneys for JAC Products, Inc.

1162462.1 6/2/09