Christopher R. Belmonte (CB-2163)
Pamela A. Bosswick (PB-5307)
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, New York 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606

Attorneys for Moody's Investors Service

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                            :          Chapter 11
                                                  :
GENERAL MOTORS CORP., *et al.,*                   :          Case No. 09-50026 (REG)
                                                  :
                            Debtors.              :          (Jointly Administered)
-------------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICE AND DOCUMENTS

PLEASE TAKE NOTICE that, the undersigned hereby appears as counsel

for Moody's Investors Service ("Moody's"), a party in interest herein under 11 U.S.C. §

1109(b), in the above-captioned case. Such counsel hereby enters its appearance,

pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010, and,

pursuant to 11 U.S.C. §§ 102(1) and 342, and Federal Rules of Bankruptcy Procedure

2002 and 9007, requests that copies of all notices given or required to be given in this

case, and all papers served or required to be served in this case, be delivered to and

served upon the undersigned at the following offices, post office addresses, email

addresses, fax and telephone numbers:

772418_1

Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169
Tel:    (212) 818-9200
Fax:    (212) 818-9606
Email:  cbelmonte@ssbb.com
        pbosswick@ssbb.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, all other notices, papers, reports, orders, notices, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the Debtors or the property of the Debtors.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), Moody's requests that its counsel be provided with copies of any disclosure statements and plans of reorganization.

This Notice of Appearance and Request for Notice and Documents shall not be deemed or construed to be a waiver of the rights of Moody's to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court or the Bankruptcy Court abstain from hearing any matter subject to such abstention, (iv) have the District Court withdraw the reference in any matters subject to such withdrawal, or (v) any other rights, claims,

2

772418_1

set-offs, or recoupments to which it may be entitled, which rights it expressly reserves.

Dated: New York, New York
      June 1, 2009

SATTERLEE STEPHENS BURKE
& BURKE LLP
Attorneys for Moody's Investors Service

By: _____
     Christopher R. Belmonte (CB – 2163)
     Pamela A. Bosswick (PB-5307)
230 Park Avenue
New York, New York 10169
(212) 818-9200

3

## Service List

David J. Baldwin
Theresa V. Brown-Edwards
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
Wilmington, DE  19801

Mark Edwin Browning
Texas Attorney General's Office
Bankruptcy - Collection Division
P.O. Box 12548
Austin, TX  12548

Dawn R. Copley
James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 400
Detroit, MI  48226

Alyssa Englund
Orrick, Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY  10103

Deborah L. Fish
Allard & Fish, P.C.
2600 Buhl Building
535 Griswold
Detroit, MI  48226

Suzanne Hepner
Levy Ratner, P.C.
80 Eighth Avenue, 8th Floor
New York, NY  10036

Elizabeth Banda
Perdue, Brandon, Fielder, Collins &
Mott, L.L.P.
P.O. Box 13430
Arlington, TX  76094-0430

Andrew P. Brozman
Clifford Chance
31 West 52nd Street
New York, NY  10019

Trent P. Cornell
Stahl Cowen Crowley LLC
55 W. Monroe, Suite 1200
Chicago, IL  60603

Kerry M. Ewald
Colleen M. Sweeney
Dickinson Wright PLLC
424 Church Street, Suite 1401
Nashville, TN  37212

Michael C. Hammer
Doron Yitzchaki
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, MI  48104-2266

Marshall Scott Huebner
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

John J. Hunter, Jr.
Hunter & Schank Co. LPA
1700 Canton Avenue
Toledo, OH 43604

Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Ingrid S. Palermo
Harter, Secrest & Emery, LLP
1600 Bausch & Lomb Place
Rochester, NY 14604

Paul J. Ricotta
Mintz, Levin, Cohn, Ferris, Glovsky and
Popeo, P.C.
One Financial Center
Boston, MA 02111

Thomas J. Schank
Hunter & Schank Co. LPA
1700 Canton Avenue
Toledo, OH 43624

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503

Adam H. Isenberg
Saul Ewing LLP
Centre Square West, 38th Floor
Philadelphia, PA 19102

Deborah Kovsky-Apap
Pepper Hamilton LLP
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157

Richard W. Martinez
Richard W. Martinez, APLC
228 St. Charles Avenue, Suite 1310
New Orleans, LA 70130

Michael Reed
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680

Eric A. Schaffer
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Matthew L. Schwartz
U.S. Attorney's Office, SDNY
86 Chambers Street
New York, NY 10007

Scott A. Wolfson
Bush Seyferth & Paige, PLLC
3001 W. Big Beaver Road, Suite 600
Troy, MI 48084

772418_1