## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK  )
                             ) ss.:
COUNTY OF NEW YORK  )

The undersigned, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and reside at 125 W. 109th Street, New York, NY 10025.

2. That on June 1, 2009, deponent served a true copy of the annexed **Notice of Appearance and Request for Notice and Documents** upon:

| | |
|---|---|
| David J. Baldwin<br>Theresa V. Brown-Edwards<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19801 | Elizabeth Banda<br>Perdue, Brandon, Fielder, Collins &<br>Mott, L.L.P.<br>P.O. Box 13430<br>Arlington, TX 76094-0430 |
| Mark Edwin Browning<br>Texas Attorney General's Office<br>Bankruptcy - Collection Division<br>P.O. Box 12548<br>Austin, TX 12548 | Andrew P. Brozman<br>Clifford Chance<br>31 West 52nd Street<br>New York, NY 10019 |
| Dawn R. Copley<br>James A. Plemmons<br>Dickinson Wright PLLC<br>500 Woodward Avenue, Suite 400<br>Detroit, MI 48226 | Trent P. Cornell<br>Stahl Cowen Crowley LLC<br>55 W. Monroe, Suite 1200<br>Chicago, IL 60603 |
| Alyssa Englund<br>Orrick, Herrington & Sutcliffe, LLP<br>666 Fifth Avenue<br>New York, NY 10103 | Kerry M. Ewald<br>Colleen M. Sweeney<br>Dickinson Wright PLLC<br>424 Church Street, Suite 1401<br>Nashville, TN 37212 |
| Deborah L. Fish<br>Allard & Fish, P.C.<br>2600 Buhl Building<br>535 Griswold<br>Detroit, MI 48226 | Michael C. Hammer<br>Doron Yitzchaki<br>Dickinson Wright PLLC<br>301 E. Liberty, Suite 500<br>Ann Arbor, MI 48104-2266 |
| Suzanne Hepner<br>Levy Ratner, P.C.<br>80 Eighth Avenue, 8th Floor<br>New York, NY 10036 | Marshall Scott Huebner<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |

772469_1

| | |
|---|---|
| John J. Hunter, Jr.<br>Hunter & Schank Co. LPA<br>1700 Canton Avenue<br>Toledo, OH 43604 | Adam H. Isenberg<br>Saul Ewing LLP<br>Centre Square West, 38th Floor<br>Philadelphia, PA 19102 |
| Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Deborah Kovsky-Apap<br>Pepper Hamilton LLP<br>100 Renaissance Center, Suite 3600<br>Detroit, MI 48243-1157 |
| Kayalyn A. Marafioti<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 | Richard W. Martinez<br>Richard W. Martinez, APLC<br>228 St. Charles Avenue, Suite 1310<br>New Orleans, LA 70130 |
| Ingrid S. Palermo<br>Harter, Secrest & Emery, LLP<br>1600 Bausch & Lomb Place<br>Rochester, NY 14604 | Michael Reed<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680 |
| Paul J. Ricotta<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111 | Eric A. Schaffer<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |
| Thomas J. Schank<br>Hunter & Schank Co. LPA<br>1700 Canton Avenue<br>Toledo, OH 43624 | Matthew L. Schwartz<br>U.S. Attorney's Office, SDNY<br>86 Chambers Street<br>New York, NY 10007 |
| Gordon J. Toering<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street NW<br>Grand Rapids, MI 49503 | Scott A. Wolfson<br>Bush Seyferth & Paige, PLLC<br>3001 W. Big Beaver Road, Suite 600<br>Troy, MI 48084 |

the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same, enclosed in a post-paid properly addressed sealed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Leovi Stevenson

Sworn to before me this
1st day of June, 2009

Notary Public

PEARL LEUNG
Notary Public, State of New York
No. 01LE504678
Qualified in Kings County
Commission Expires July 17, 2011

772469_1