UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORPORATION, | Case No. 09-50026 (Jointly Administered) |
| Debtors. | |
| _____ | Hon. Robert E. Gerber |

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2009, I electronically filed **Notice of Appearance; Request to be Added to Matrix; and Federal Bankruptcy Procedure 2002(i) Request** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- Philip D. Anker    philip.anker@wilmerhale.com

- David J. Baldwin    dbaldwin@potteranderson.com, bankruptcy@potteranderson.com

- Elizabeth Banda    kwilliams@pbfcm.com

- Robert L. Barrows    rbarrows@wdblaw.com

- James L. Bromley    maofiling@cgsh.com

- Theresa V. Brown-Edwards    bankruptcy@potteranderson.com

- Mark Edwin Browning    BK-MBROWNING@OAG.STATE.TX.US, sherri.simpson@oag.state.tx.us

- Andrew P. Brozman    andrew.brozman@cliffordchance.com

- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com

- Babette A. Ceccotti    bceccotti@cwsny.com, ecf@cwsny.com

- Marvin E. Clements    agbanknewyork@ag.tn.gov

- Dawn R. Copley    dcopley@dickinsonwright.com,dnavin@dickinsonwright.com

- Trent P. Cornell    tcornell@stahlcowen.com

- Michael G. Cruse    mcruse@wnj.com, hziegler@wnj.com

- Thomas H. Curran    tcurran@haslaw.com, calirm@haslaw.com

- Peter D'Apice    dapice@sbep-law.com

- Benjamin P. Deutsch    bdeutsch@schnader.com

- Alyssa Englund    aenglund@orrick.com

- Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

- Kerry M Ewald    kewald@dickinsonwright.com

- Thomas R. Fawkes    tfawkes@freebornpeters.com

- Robert J. Figa    rfiga@comlawone.com

- Deborah L. Fish    dfish@allardfishpc.com

- Jonathan L. Flaxer    jflaxer@golenbock.com, ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com;mlu@golenbock.com

- Victoria D. Garry    vgarry@ag.state.oh.us

- Jeanette M. Gilbert    jgilbert@motleyrice.com

- Steven A. Ginther    sdnyecf@dor.mo.gov

- Brett D. Goodman    brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com

- Neil Andrew Goteiner    ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com

- Christopher F. Graham    cgraham@mckennalong.com, jvargas@mckennalong.com;rgee@mckennalong.com;jmayes@mckennalong.com;ehall@mckennalong.com

- William T. Green    uncbill@msn.com

- John T. Gregg    jgregg@btlaw.com

- Ryan D. Heilman    rheilman@schaferandweiner.com

- Suzanne Hepner    shepner@lrbpc.com, ecarder@lrbpc.com;jcahn@lrbpc.com;rbarbur@lrbpc.com;scameron@lrbpc.com;psherer@lrbpc.com

- Michael S. Holmes    , mshatty@yahoo.com

- Jonathan Hook    jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com

- John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

- Adam H. Isenberg    aisenberg@saul.com

- Nan E. Joesten    njoesten@fbm.com

- Gregory O. Kaden    gkaden@goulstonstorrs.com

- Stephen Karotkin
  theodore.tsekerides@weil.com;Shai.Waisman@weil.com;Rachel.albanese@weil.com;mi
  chele.meises@weil.com;ilusion.rodriguez@weil.com;sara.gerstein@weil.com;mark.ribau
  do@weil.com

- Karel S. Karpe    karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com

- Thomas M. Kennedy    tkennedy@kjmlabor.com

- Richardo I. Kilpatrick    ecf@kaalaw.com, lrobertson@kaalaw.com

- Jeff Klusmeier    jeff.klusmeier@ago.mo.gov

- Thomas F. Koegel    tkoegel@flk.com

- Deborah Kovsky-Apap    kovskyd@pepperlaw.com,
  kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

- Stuart A. Krause    skrause@zeklaw.com

- Patrick J. Kukla    pkukla@carsonfischer.com

- Darryl S. Laddin    bkrfilings@agg.com

- Michael S. Leib    msl@maddinhauser.com, bac@maddinhauser.com

- Larry A. Levick    levick@singerlevick.com,
  croote@singerlevick.com;ckirkland@singerlevick.com

- David T. Lin    dlin@seyburn.com

- Eric Lopez Schnabel    schnabel.eric@dorsey.com

- Kayalyn A. Marafioti    kmarafio@skadden.com

- Michael A. Maricco    maricco.michael@pbgc.gov, efile@pbgc.gov

- Richard W. Martinez    Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com

- Frank McGinn    ffm@bostonbusinesslaw.com

- Brian H. Meldrum    bmeldrum@stites.com

- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com,
  moldovanlb@morrisoncohen.com

- Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com

- Ingrid S. Palermo     ipalermo@hselaw.com

- Robert W. Phillips     rphillips@simmonscooper.com

- James A. Plemmons     jplemmons2@dickinsonwright.com

- Michael Reed     danielle.goff@mvbalaw.com

- Marc E. Richards     mrichards@blankrome.com

- Paul J. Ricotta     pricotta@mintz.com

- Adam L. Rosen     filings@spallp.com, arosen@silvermanacampora.com

- Andrew Neil Rosenberg     mtattnall@paulweiss.com

- Douglas B. Rosner     drosner@goulstonstorrs.com

- Scott K. Rutsky     srutsky@proskauer.com

- Chester B. Salomon     csalomon@beckerglynn.com,
  aranade@beckerglynn.com;jholdridge@beckerglynn.com

- Thomas P. Sarb     ecfsarbt@millerjohnson.com

- Thomas J. Schank     tomschank@hunterschank.com, mcraig@hunterschank.com

- Matthew L. Schwartz     matthew.schwartz@usdoj.gov

- Stephen B. Selbst     sselbst@herrick.com, courtnotices@herrick.com

- Joseph R. Sgroi     jsgroi@honigman.com

- Brian L. Shaw     bshaw100@shawgussis.com

- Andrea Sheehan     sheehan@txschoollaw.com,
  coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

- Tricia A. Sherick     tsherick@honigman.com

- Joseph E. Shickich     jshickich@riddellwilliams.com

- Matthew J. Shier     mshier@pinnaclelawgroup.com, mterry@pinnaclelawgroup.com

- Christina C. Skubic     bankruptcy@braytonlaw.com

- Robert T. Smith     rsmith@cniinc.cc

- Richard G. Smolev     rsmolev@kayescholer.com,
  rrotman@kayescholer.com;maosbny@kayescholer.com

- Jeffrey S. Stein    Jeff_Stein@gardencitygroup.com, Kenneth_Freda@gardencitygroup.com;jennifer.keough@gardencitygroup.com;barbara_keane@gardencitygroup.com

- Leslie Stein    lstein@seyburn.com, seccles@seyburn.com

- James M. Sullivan    sullivan.james@arentfox.com, constantino.nova@arentfox.com

- Michelle T. Sutter    msutter@ag.state.oh.us

- Colleen M. Sweeney    csweeney@dickinsonwright.com

- Gordon J. Toering    gtoering@wnj.com

- Kimberly A. Walsh    bk-kwalsh@oag.state.tx.us

- Sean M. Walsh    swalsh@gmhlaw.com, jmahar@gmhlaw.com

- Robert B. Weiss    rweiss@honigman.com

- Elizabeth Weller    dallas.bankruptcy@publicans.com

- Scott A. Wolfson    wolfson@bsplaw.com, recchia@bsplaw.com;stepp@bsplaw.com;bolton@bsplaw.com;kochis@bsplaw.com

- Cynthia Woodruff-Neer    cwoodruff-neer@alpine-usa.com

- Doron Yitzchaki    dyitzchaki@dickinsonwright.com


/s/ Michael C. Hammer
Michael C. Hammer (MCH - 9232)
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, Michigan 48104
Phone: (734) 623-7075
mchammer3@dickinsonwright.com

DETROIT 26381-286 1114458v1