Philip D. Anker (PA 7833)
Melanie J. Dritz (MD 7825)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Telephone:  (212) 230-8800
Facsimile:   (212) 230-8888

Dennis L. Jenkins
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

*Attorneys for Pension Benefit Guaranty Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 :
In re:                                                           :
                                                                 :   Chapter 11
                                                                 :
GENERAL MOTORS CORPORATION, *et al.*,                            :
                                                                 :   Case No. 09-50026 (REG)
                                                                 :
                                    Debtors.                     :
                                                                 :
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June 2009, a true and correct copy of the *Notice of Appearance and Request for Service of Papers*, (Docket No. 294) (the "Notice of Appearance") was served electronically upon the parties listed on the attached Service List "A" using the Court's ECF system.

I also hereby certify that on the 3rd day of June 2009, a true and correct copy of the Notice of Appearance was served via First Class Mail upon the parties listed on the attached Service List "B".

Date:   New York, New York
        June 3, 2009

/s/ Philip D. Anker
WILMER CUTLER PICKERING
 HALE AND DORR LLP
Philip D. Anker (PA 7833)
Melanie J. Dritz (MD 7825)
399 Park Avenue
New York, New York 10022
Telephone:  (212) 230-8800
Facsimile:   (212) 230-8888

- and –

Dennis L. Jenkins
60 State Street
Boston, Massachusetts 02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

*Attorneys for Pension Benefit Guaranty Corporation*

## SERVICE LIST "A"

| | |
|---|---|
| David J. Baldwin | dbaldwin@potteranderson.com, bankruptcy@potteranderson.com |
| Elizabeth Banda | kwilliams@pbfcm.com |
| Robert L. Barrows | rbarrows@wdblaw.com |
| James L. Bromley | maofiling@cgsh.com |
| Theresa V. Brown-Edwards | bankruptcy@potteranderson.com |
| Mark Edwin Browning | BK-MBROWNING@OAG.STATE.TX.US, sherri.simpson@oag.state.tx.us |
| Andrew P. Brozman | andrew.brozman@cliffordchance.com |
| James S. Carr | KDWBankruptcyDepartment@kelleydrye.com |
| Babette A. Ceccotti | bceccotti@cwsny.com, ecf@cwsny.com |
| Marvin E. Clements | agbanknewyork@ag.tn.gov |
| Dawn R. Copley | dcopley@dickinsonwright.com, dnavin@dickinsonwright.com |
| Trent P. Cornell | tcornell@stahlcowen.com |
| Michael G. Cruse | mcruse@wnj.com, hziegler@wnj.com |
| Thomas H. Curran | tcurran@haslaw.com, calirm@haslaw.com |
| Peter D'Apice | dapice@sbep-law.com |
| Benjamin P. | bdeutsch@schnader.com |
| Alyssa Englund | aenglund@orrick.com |
| Richard L. Epling | richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com |
| Kerry M Ewald | kewald@dickinsonwright.com |
| Thomas R. Fawkes | tfawkes@freebornpeters.com |
| Robert J. Figa | rfiga@comlawone.com |
| Deborah L. Fish | dfish@allardfishpc.com |
| Jonathan L. Flaxer | jflaxer@golenbock.com, ssmith@golenbock.com; avassallo@golenbock.com; eneuman@golenbock.com; mlu@golenbock.com |
| Victoria D. Garry | vgarry@ag.state.oh.us |
| Jeanette M. Gilbert | jgilbert@motleyrice.com |
| Steven A. Ginther | sdnyecf@dor.mo.gov |
| Brett D. Goodman | brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com |

| | |
|---|---|
| Neil Andrew Goteiner | ngoteiner@fbm.com, calendar@fbm.com; karentsen@fbm.com |
| Christopher F. Graham | cgraham@mckennalong.com, jvargas@mckennalong.com; rgee@mckennalong.com; jmayes@mckennalong.com; ehall@mckennalong.com |
| William T. Green | uncbill@msn.com |
| John T. Gregg | jgregg@btlaw.com |
| Michael C. Hammer | mchammer3@dickinsonwright.com |
| Ryan D. Heilman | rheilman@schaferandweiner.com |
| Suzanne Hepner | shepner@lrbpc.com, ecarder@lrbpc.com; jcahn@lrbpc.com; rbarbur@lrbpc.com; scameron@lrbpc.com; psherer@lrbpc.com |
| Michael S. Holmes | mshatty@yahoo.com |
| Jonathan Hook | jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com; paul.fabsik@haynesboone.com |
| John J. Hunter | jrhunter@hunterschank.com, sharonaldrich@hunterschank.com |
| Adam H. Isenberg | aisenberg@saul.com |
| Nan E. Joesten | njoesten@fbm.com |
| Gregory O. Kaden | gkaden@goulstonstorrs.com |
| Stephen Karotkin | theodore.tsekerides@weil.com; Shai.Waisman@weil.com; Rachel.albanese@weil.com; michele.meises@weil.com |
| Karel S. Karpe | karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com |
| Thomas M. Kennedy | tkennedy@kjmlabor.com |
| Richardo I. Kilpatrick | ecf@kaalaw.com, lrobertson@kaalaw.com |
| Jeff Klusmeier | jeff.klusmeier@ago.mo.gov |
| Thomas F. Koegel | tkoegel@flk.com |
| Deborah Kovsky-Apap | kovskyd@pepperlaw.com, kressk@pepperlaw.com, wisotska@pepperlaw.com, alexsym@pepperlaw.com |
| Stuart A. Krause | skrause@zeklaw.com |
| Patrick J. Kukla | pkukla@carsonfischer.com |
| Darryl S. Laddin | bkrfilings@agg.com |
| Michael S. Leib | msl@maddinhauser.com, bac@maddinhauser.com |
| Larry A. Levick | levick@singerlevick.com, croote@singerlevick.com; ckirkland@singerlevick.com |
| David T. Lin | dlin@seyburn.com |
| Eric Lopez Schnabel | schnabel.eric@dorsey.com |
| Kayalyn A. Marafioti | kmarafio@skadden.com |

| | |
|---|---|
| Michael A. Maricco | maricco.michael@pbgc.gov, efile@pbgc.gov |
| Richard W. Martinez | Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com |
| Frank McGinn | ffm@bostonbusinesslaw.com |
| Brian H. Meldrum | bmeldrum@stites.com |
| Joseph Thomas Moldovan | bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com |
| Eric T. Moser | eric.moser@klgates.com, kristen.serrao@klgates.com |
| Ingrid S. Palermo | ipalermo@hselaw.com |
| Robert W. Phillips | rphillips@simmonscooper.com |
| James A. Plemmons | jplemmons2@dickinsonwright.com |
| Michael Reed | danielle.goff@mvbalaw.com |
| Marc E. Richards | mrichards@blankrome.com |
| Paul J. Ricotta | pricotta@mintz.com |
| Adam L. Rosen | filings@spallp.com, arosen@silvermanacampora.com |
| Andrew Neil Rosenberg | mtattnall@paulweiss.com |
| Douglas B. Rosner | drosner@goulstonstorrs.com |
| Scott K. Rutsky | srutsky@proskauer.com |
| Chester B. Salomon | csalomon@beckerglynn.com, aranade@beckerglynn.com; jholdridge@beckerglynn.com |
| Thomas P. Sarb | ecfsarbt@millerjohnson.com |
| Thomas J. Schank | tomschank@hunterschank.com, mcraig@hunterschank.com |
| Matthew L. Schwartz | matthew.schwartz@usdoj.gov |
| Stephen B. Selbst | sselbst@herrick.com, courtnotices@herrick.com |
| Joseph R. Sgroi | jsgroi@honigman.com |
| Brian L. Shaw | bshaw100@shawgussis.com |
| Andrea Sheehan | sheehan@txschoollaw.com, coston@txschoollaw.com; ashee1@yahoo.com; garza@txschoollaw.com |
| Tricia A. Sherick | tsherick@honigman.com |
| Joseph E. Shickich | jshickich@riddellwilliams.com |
| Matthew J. Shier | mshier@pinnaclelawgroup.com, mterry@pinnaclelawgroup.com |
| Christina C. Skubic | bankruptcy@braytonlaw.com |
| Robert T. Smith | rsmith@cniinc.cc |
| Richard G. Smolev | rsmolev@kayescholer.com, rrotman@kayescholer.com; maosbny@kayescholer.com |

| | |
|---|---|
| Leslie Stein | lstein@seyburn.com, seccles@seyburn.com |
| Jeffrey S. Stein | Jeff_Stein@gardencitygroup.com, Kenneth_Freda@gardencitygroup.com; jennifer.keough@gardencitygroup.com; barbara_keane@gardenciTygroup.com |
| James M. Sullivan | sullivan.james@arentfox.com, constantino.nova@arentfox.com |
| Michelle T. Sutter | msutter@ag.state.oh.us |
| Colleen M. Sweeney | csweeney@dickinsonwright.com |
| Gordon J. Toering | gtoering@wnj.com |
| Sean M. Walsh | swalsh@gmhlaw.com, jmahar@gmhlaw.com |
| Kimberly A. Walsh | bk-kwalsh@oag.state.tx.us |
| Robert B. Weiss | rweiss@honigman.com |
| Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Scott A. Wolfson | wolfson@bsplaw.com, recchia@bsplaw.com; stepp@bsplaw.com; bolton@bsplaw.com; kochis@bsplaw.com |
| Cynthia Woodruff-Neer | cwoodruff-neer@alpine-usa.com |
| Doron Yitzchaki | dyitzchaki@dickinsonwright.com |

**SERVICE LIST "B"**

Deutsche Bank AG
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Harco Manufacturing Group LLC
3535 Kettering Boulevard
Moraine, OH 45439

Marshall Scott Huebner, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Alan W. Kornberg, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Neal S. Mann, Esq.
New York State Attorney General's Office
120 Broadway, 24th Floor
New York, NY 10271

Saturn of Hempstead, Inc.
c/o Robinson Brog et. al
1345 Avenue of the Americas, 31st floor
New York, NY 10105

Eric A Schaffer, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Thomas M. Wilson, Esq.
Kelley & Ferraro, LLP
1300 E. Ninth Street
Cleveland, OH 44114