Gabriel Del Virginia (GDV-4951)
**LAW OFFICES OF GABRIEL DEL VIRGINIA**
*Attorneys for Hess Corporation*
641 Lexington Avenue-21st Floor,
New York, New York 10022.
Telephone: 212-371-5478
Facsimile: 212-371-0460
*gabriel.delvirginia@verizon.net*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------x

In re                                             Chapter 11

GENERAL MOTORS CORPORATION, *et al.*,
                                                  Case  No. 09-50026 (REG)
        Debtors.                                  Jointly Administered

----------------------------------x


**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES AND SERVICE OF PAPERS.**

 **PLEASE TAKE NOTICE** that the undersigned hereby appear as attorneys for Hess Corporation, a creditor and party in interest herein.

 **PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109 (b) and Rules 2002, 3017, and 9010 (b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby request that copies of all notices, pleadings and other documents in this case be served upon both:

    **LAW OFFICES OF GABRIEL DEL VIRGINIA**
    641 Lexington Avenue-21st Floor,
    New York, New York 10022.
    Attn.: Gabriel Del Virginia, Esq.
    Telephone No.: 212-371-5478
    Facsimile No.:  212-371-0460
    Email: *gabriel.delvirginia@verizon.net*

2

-and-

Elizabeth Anne Carini Currenti, Esq.
HESS CORPORATION
1 Hess Plaza
Woodbridge, New Jersey 07095
Phone: 732-750-6012
Email: ecurrenti@hess.com

**PLEASE TAKE FURTHER NOTICE** that Hess Corporation, intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive or otherwise impair or limit: (a) its right to have final orders in non-core matters entered only after *de novo* review by a United States District Judge, (b) its right to trial by a jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) its right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (d) any other rights, claims, or actions, to which it is or may be entitled under agreements in law or in equity; all of which, rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

3

Dated:   June 3, 2009
         New York, New York

                            **LAW OFFICES OF GABRIEL DEL VIRGINIA**
                            *Attorneys for Hess Corporation*


By: */s/ Gabriel Del Virginia*
Gabriel Del Virginia (GDV-4951)
641 Lexington Avenue-21st Floor,
New York, New York 10022.
Telephone:  212-371-5478
Facsimile:  212-371-0460
*gabriel.delvirginia@verizon.net*