Hanan B. Kolko, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
1350 Broadway, Suite 501
P.O. Box 822
New York, NY 10018
T: (212)239-4999
F: (212)239-1311

   -and-

Edward J. LoBello, Esq.
Alan E. Marder, Esq.
Jil Mazer-Marino, Esq.
Jennifer Rando Cristiano, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, New York 11530
T: (516) 741-6565
F: (516)741-6706

*Counsel for the Class Representatives of (1) Int'l Union, UAW, et. al. v. General Motors Corp., Civil Action No. 07-14074 (E.D. Mich.) and (2) UAW et. al. v. General Motors Corp., No. 05-CV-73991 (E.D. Mich.)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| **GENERAL MOTORS CORPORATION,** *et al.,* | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the law firms of Meyer, Suozzi, English & Klein, P.C. and Stember Feinstein Doyle & Payne, LLC hereby appear in the above-captioned Chapter 11 cases as counsel to the Class Representatives of (1) Int'l Union, UAW, et. al. v. General Motors Corp., Civil Action No. 07-14074 (E.D. Mich.) and (2) UAW et. al. v. General Motors Corp., No. 05-CV-73991 (E.D. Mich.), as creditors and parties in interest.

PLEASE TAKE FURTHER NOTICE that Meyer, Suozzi, English & Klein, P.C. and Stember Feinstein Doyle & Payne, LLC request, pursuant to Sections 102(1), 342 and 1109(b) of Title 11, United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007

and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon:

> Hanan B. Kolko, Esq.
> **MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**
> 1350 Broadway, Suite 501
> P.O. Box 822
> New York, NY 10018
> T: 212-239-4999
> F: 212-239-1311
> email: hkolko@msek.com
>
> -and-
>
> Edward J. LoBello, Esq.
> Alan E. Marder, Esq.
> Jil Mazer-Marino, Esq.
> Jennifer Rando Cristiano, Esq.
> **MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**
> 990 Stewart Avenue, Suite 300
> Garden City, New York 11530
> Ph: 516-741-6565
> Fx: 516-741-6706
> email: elobello@msek.com
>
> -and-
>
> William T. Payne, Esq.
> John Stember, Esq.
> Ellen M. Doyle, Esq.
> Stephen M. Pincus, Esq.
> Pamina Ewing, Esq.
> Joel Hurt, Esq.
> **STEMBER FEINSTEIN DOYLE & PAYNE, LLC**
> 429 Forbes Avenue
> Allegheny Building, 17th Floor
> Pittsburgh, Pennsylvania 15219
> Ph: 412-281-8400
> Fx: 412-281-1007
> email: wpayne@stemberfeinstein.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without

2

limitation, any notice, application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telegraph, telecopy, telex, electronically or otherwise filed with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to waive (i) the right to have final orders in non-core matters entered only after <u>de novo</u> review by a District Court Judge, (ii) the right to trial by jury in any case, controversy, or proceeding; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

PLEASE TAKE FURTHER NOTICE that request is also made that the undersigned be added to any official service list for notices of all contested matters, adversary proceedings or other proceedings in this case.

Dated: New York, New York
      June 3, 2009

**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**

By: _____/s/ Hanan B. Kolko_____
      Hanan B. Kolko, Esq.

1350 Broadway, Suite 501
P.O. Box 822
New York, NY 10018
T: (212) 239-4999
F: (212) 239-1311
email: hkolko@msek.com

-and-

Edward J. LoBello, Esq.
Alan E. Marder, Esq.
Jil Mazer-Marino, Esq.
Jennifer Rando Cristiano, Esq.
**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**
990 Stewart Avenue, Suite 300
Garden City, New York 11530
T: (516) 741-6565
F: (516) 741-6706
email: elobello@msek.com

*Counsel for the Class Representatives of (1) Int'l Union, UAW, et. al. v. General Motors Corp., Civil Action No. 07-14074 (E.D. Mich.) and (2) UAW et. al. v. General Motors Corp., No. 05-CV-73991 (E.D. Mich.)*

717828