Hanan B. Kolko, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
1350 Broadway, Suite 501
P.O. Box 822
New York, NY 10018
T: (212)239-4999
F: (212)239-1311

-and-

Edward J. LoBello, Esq.
Alan E. Marder, Esq.
Jil Mazer-Marino, Esq.
Jennifer Rando Cristiano, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, New York 11530
T: (516) 741-6565
F: (516)741-6706

*Counsel for the Class Representatives of (1) Int'l Union, UAW, et. al. v. General Motors Corp., Civil Action No. 07-14074 (E.D. Mich.) and (2) UAW et. al. v. General Motors Corp., No. 05-CV-73991 (E.D. Mich.)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                          Chapter 11

**GENERAL MOTORS CORPORATION,** *et al.*,                       Case No. 09-50026 (REG)
        Debtors.                    (Jointly Administered)
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, **Theresa Weinstein,** being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and am employed by Meyer, Suozzi, English & Klein, P.C. On the 3rd day of June, 2009, I served a true copy of a Notice Of Appearance And Request For Service Of Papers upon:

| | |
|---|---|
| Weil Gotshal & Manges LLP | Office of the United States Trustee |
| Attn: Stephen Karotkin | Southern District of New York |
| 767 Fifth Avenue | 33 Whitehall Street |
| New York NY 10153 | New York, NY  10004 |

by US postal mail and electronically filed the same on the Court's Docket.

                                          /s/ Theresa Weinstein
                                          THERESA WEINSTEIN

Sworn to before me this
1st day of June, 2009
/s/ Michelle M. Rocondino
Notary Public, State of New York
No. 01RO6167856
Qualified in Suffolk County
Commission Expires June 04, 2011