UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>GENERAL MOTORS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.: 09-50026 (REG)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND NOTICE REQUEST

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Barnes Group Inc., and, that pursuant to Rules 2002 and 9010 of the Rules of Bankruptcy Procedure, requests that all notices sent in this case and all papers and pleadings filed in this case be served upon the undersigned as follows:

>Reid and Riege, P.C.
>ATTN: Carol A. Felicetta, Esq.
>Counsel for Barnes Group Inc.
>195 Church Street
>New Haven, CT 06510
>Phone 203-777-8008
>Fax: 203-777-6304
>E-mail: cfelicetta@reidandriege.com

Dated at New Haven, Connecticut this 3rd day of June, 2009

>/s/ Carol A. Felicetta
>Carol A. Felicetta
>Federal Bar No. ct07929
>Reid and Riege, P.C.
>195 Church Street
>New Haven, CT 06510
>Phone 203-777-8008
>Fax 203-777-6304
>E-mail: cfelicetta@reidandriege.com

-2-

## **CERTIFICATION**

    This is to certify that on the 3rd day of June, 2009, a copy of this Appearance was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

    /s/ Carol A. Felicetta
    Carol A. Felicetta

00000.000/491142.1