UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

GENERAL MOTORS CORPORATION,

              Debtors.

-----------------------------------------------------------x

Case No. 09-50026 (reg)
(Jointly Administered)
Chapter 11

## MOTION FOR ADMISSION, *PRO HAC VICE*

TO THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRTUPCY JUDGE:

      Robert A. Weisberg, a member in good standing of the bar of the State of Michigan and the United States District Court for the Eastern District of Michigan and the Western District of Michigan, requests admission, *pro hac vice,* before this Court, to represent Behr America, Inc., Karmann U.S.A., Inc., Findlay Industries, Inc., Bing Metals Group, Inc. and certain other creditors of General Motors Corporation in the above-captioned jointly administered cases, and in any related adversary proceedings.

|  |  |
|---|---|
| His address is: | Carson Fischer, P.L.C. |
|  | 4111 Andover Road |
|  | West – 2nd Floor |
|  | Bloomfield Hills, Michigan 48302 |
| Telephone: | (248) 644-4840 |
| Email address: | rweisberg@carsonfischer.com |

      Robert A. Weisberg agrees to pay the fee of $25.00 upon entry of an order admitting him to practice *pro hac vice*.

Dated: June 3, 2009

                                         /s/ Patrick J. Kukla
                                        Patrick J. Kukla (P60465)

# EXHIBIT 1

**(*Proposed Order*)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

GENERAL MOTORS CORPORATION,

        Debtors.

-----------------------------------------------------------x

Case No. 09-50026 (reg)
(Jointly Administered)
Chapter 11

## ORDER ADMITTING ROBERT A. WEISBERG
## TO PRACTICE, *PRO HAC VICE*

IT IS HEREBY ORDERED that Robert A. Weisberg is admitted to practice, *pro hac vice,* in connection with the above-referenced Chapter 11 cases and any related adversary proceedings in the United States Bankruptcy Court, Southern District of New York, subject to payment of the required filing fee.

Dated:_____
    New York, New York

                              _____
                              HONORABLE ROBERT E. GERBER
                              UNITED STATES BANKRUPTCY COURT