UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                             :
In re:                                         :
                                             :         Chapter 11
                                             :         Case No. 09-50026 (REG)
GENERAL MOTORS CORP., *et al.*        :
                                             :
            Debtors.           :         (Jointly Administered)
---------------------------------------------------------x

## APPLICATION BY PAUL R. HAGE FOR ADMISSION PRO HAC VICE

      I, Paul R. Hage, a member in good standing of the bar in the State of Michigan, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Oakley Industries, Inc., Vitro Automotriz S.A. de C.V., Inland Industrial Services Group and Sharp Model, Inc., parties in interest in the above referenced jointly administered chapter 11 proceedings.

      My address is: 27777 Franklin Road, Suite 2500, Southfield, MI 48034-8214

      My e-mail address is: phage@jaffelaw.com; and

      My telephone number is: 248-351-3000.

      I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice *pro hac vice.*

                                                     **JAFFE RAITT HEUER & WEISS, P.C.**

                                                     By:   /s/ Paul R. Hage
                                                   Paul R. Hage (MI - P70460)
                                                   Jaffe, Raitt, Heuer & Weiss, P.C.
                                                   27777 Franklin Road, Suite 2500
                                                   Southfield, MI 48034
                                                 Tel. No.:  (248) 351-3000
                                                 Fax No.:  (248) 351-3082
                                                 Email:  phage@jaffelaw.com

---

## ORDER

      ORDERED, that Paul R. Hage is admitted to practice, *pro hac vice*, in the above referenced cases, in the United States Bankruptcy Court, Southern District of New York, upon proof that the filing has been paid.

Dated: _____                                                     _____
                                                                             United States Bankruptcy Judge

1

1753755.01