UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                                                          Case No. 09-50026-reg

GENERAL MOTORS CORPORATION, et al.,                              Chapter 11

        Debtor.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PLEADINGS AND OTHER PAPERS

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

    Berger Singerman, P.A., as counsel for creditor, SCI, Ltd., and hereby files this *Notice of Appearance and Request for Service of Pleadings and Other Papers*, pursuant to 11 U.S.C. §1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure, and respectfully requests that all notices given or requested to be served in this case be served upon the undersigned attorney at the following addresses:

> Arthur J. Spector, Esq.
> Berger Singerman, P.A.
> 350 E. Las Olas Boulevard
> 10th Floor
> Fort Lauderdale, FL 33301
> Telephone: (954) 525-9900
> Facsimile: (954) 523-2872
> E-mail: aspector@bergersingerman.com

    PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. §1109(b), the request for service of notices includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan of reorganization in the captioned bankruptcy case, whether transmitted or conveyed by mail, telephone, telecopy or otherwise.

2141746-1

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via electronic mail through the court's CM/ECF System to those parties who are registered users, on the 3rd day of June 2009.

        BERGER SINGERMAN, P.A.
        Attorneys for Creditor, SCI, Ltd.
        350 E. Las Olas Boulevard, 10th Floor
        Fort Lauderdale, FL 33301
        Telephone No.:  (954) 525-9900
        Facsimile No.:  (954) 523-2872

        By:  /s/  Arthur J. Spector
            Arthur J. Spector
            Florida Bar No. 620777
            E-mail: aspector@bergersingerman.com