Hanan B. Kolko, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
1350 Broadway, Suite 501
P.O. Box 822
New York, NY 10018
T: (212)239-4999
F: (212)239-1311

-and-

Edward J. LoBello, Esq.
Alan E. Marder, Esq.
Jil Mazer-Marino, Esq.
Jennifer Rando Cristiano, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, New York 11530
T: (516) 741-6565
F: (516)741-6706

*Counsel for the Class Representatives of (1) Int'l Union, UAW, et. al. v. General Motors Corp., Civil Action No. 07-14074 (E.D. Mich.) and (2) UAW et. al. v. General Motors Corp., No. 05-CV-73991 (E.D. Mich.)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **General Motors Corporation,** *et al.* | **Case No. 09-50026 (REG)** |
| **Debtors.** | **(Jointly Administered)** |

-------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

1.    I, John Stember, a member in good standing of the bar in the State of Pennsylvania, the United States Supreme Court, the United States Courts of Appeals for the Third, Fourth, Sixth and Federal Circuit, and the United States District Courts for the Eastern District of Michigan, Northern District of Ohio, Southern District of Ohio, Western District of Pennsylvania and Western District of Tennessee, request admission, *pro hac vice*, before this Court, to represent the Class Representatives of (1) Int'l Union, UAW, et. al. v. General Motors Corp., Civil Action No. 07-14074 (E.D. Mich.) and (2) UAW et. al. v. General Motors Corp., No. 05-CV-73991 (E.D. Mich.) (the "Class") in the above-referenced, jointly-administered,

Chapter 11 cases and any and all adversary proceedings and contested matters in which the Class

is or may become a party, pursuant to Rule 2090-1(b) of the Local Bankruptcy Rules of the

Southern District of New York.

2.      My address is:  Stember Feinstein Doyle & Payne, LLC, 429 Forbes Avenue,

Allegheny Building, 17th Floor, Pittsburgh, PA  15219.

3.      My telephone number is (412) 281-8400.

4.      My e-mail address is jstember@stemberfeinstein.com.

5.      I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro*

*hac vice.*

Dated: June 3, 2009

> **STEMBER FEINSTEIN DOYLE**
> **& PAYNE, LLC**
>
> By:_____
>       John Stember, Esq.
>       Allegheny Building
>       429 Forbes Avenue, 17th Floor
>       Pittsburgh, PA  15219
>       (412) 281-8400
>       email: jstember@stemberfeinstein.com
>       *Counsel for the Class Representatives of (1) Int'l*
>       *Union, UAW, et. al. v. General Motors Corp.,*
>       *Civil Action No. 07-14074 (E.D. Mich.) and (2)*
>       *UAW et. al. v. General Motors Corp., No. 05-CV-*
>       *73991 (E.D. Mich.)*

717901                                                              2