Hanan B. Kolko, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
1350 Broadway, Suite 501
P.O. Box 822
New York, NY 10018
T: (212)239-4999
F: (212)239-1311

-and-

Edward J. LoBello, Esq.
Alan E. Marder, Esq.
Jil Mazer-Marino, Esq.
Jennifer Rando Cristiano, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, New York 11530
T: (516) 741-6565
F: (516)741-6706

*Counsel for the Class Representatives of (1) Int'l Union, UAW, et. al. v. General Motors Corp., Civil Action No. 07-14074 (E.D. Mich.) and (2) UAW et. al. v. General Motors Corp., No. 05-CV-73991 (E.D. Mich.)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| **General Motors Corporation,** *et al.* | Case No. 09-50026 (REG) |
| **Debtors.** | (Jointly Administered) |

---------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

Ellen M. Doyle, having represented that she is a member in good standing of the bar in the State of Pennsylvania, the United States Supreme Court, the United States Courts of Appeals for the Second, Third, Fourth, Fifth, Sixth, Seventh, Ninth Circuits and Eleventh Circuits and the United States District Courts for the Western District of Pennsylvania, Eastern District of Michigan, Eastern District of Wisconsin, Northern District of Illinois and Western District of

Tennessee, and having requested admission, pro hac vice, to represent the Class Representatives of (1) Int'l Union, UAW, et. al. v. General Motors Corp., Civil Action No. 07-14074 (E.D. Mich.) and (2) UAW et. al. v. General Motors Corp., No. 05-CV-73991 (E.D. Mich.) (the "Class") in the above-referenced, jointly-administered, Chapter 11 cases and any and all adversary proceedings and contested matters in which the Class is or may become a party, pursuant to Rule 2090-1(b) of the Local Bankruptcy Rules for the Southern District of New York, it is hereby

**ORDERED,** that Ellen M. Doyle is admitted to practice, *pro hac vice* in the above-referenced, jointly-administered, Chapter 11 cases and any and all adversary proceedings and contested matters in which the Class is or may become a party, pursuant to Rule 2090-1(b) of the Local Bankruptcy Rules for the Southern District of New York, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
       June____, 2009

_____
United States Bankruptcy Judge

717891