Hanan B. Kolko, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
1350 Broadway, Suite 501
P.O. Box 822
New York, NY 10018
T: (212)239-4999
F: (212)239-1311

      -and-

Edward J. LoBello, Esq.
Alan E. Marder, Esq.
Jil Mazer-Marino, Esq.
Jennifer Rando Cristiano, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, New York 11530
T: (516) 741-6565
F: (516)741-6706

*Counsel for the Class Representatives of (1) Int'l Union, UAW, et. al. v. General Motors Corp.,
Civil Action No. 07-14074 (E.D. Mich.) and (2) UAW et. al. v. General Motors Corp., No. 05-
CV-73991 (E.D. Mich.)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

In re:                                                          Chapter 11

**GENERAL MOTORS CORPORATION,** *et al.,*        Case No. 09-50026 (REG)
             Debtors.                          (Jointly Administered)
--------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, **Theresa Weinstein,** being duly sworn, depose and say: I am not a party to this action,
am over 18 years of age and am employed by Meyer, Suozzi, English & Klein, P.C. On the 3rd
day of June, 2009, I served a true copy of:

1. Motion for Admission to Practice *Pro Hac Vice* for Ellen M. Doyle.

2. Order for Admission to Practice, *Pro Hac Vice* for Ellen M. Doyle.

3. Motion for Admission to Practice *Pro Hac Vice* for John Stember.

4. Order for Admission to Practice, *Pro Hac Vice* for John Stember.

5. Motion for Admission to Practice *Pro Hac Vice* for Joel R. Hurt.

6. Order for Admission to Practice, *Pro Hac Vice* for Joel R. Hurt.

7. Motion for Admission to Practice *Pro Hac Vice* for Pamina Ewing.

8. Order for Admission to Practice, *Pro Hac Vice* for Pamina Ewing.

9. Motion for Admission to Practice *Pro Hac Vice* for Stephen M. Pincus.

10. Order for Admission to Practice, *Pro Hac Vice* for Stephen M. Pincus.

11. Motion for Admission to Practice *Pro Hac Vice* for William T. Payne.

12. Order for Admission to Practice, *Pro Hac Vice* for William T. Payne.

By U.S. postal mail on:

Weil Gotshal & Manges LLP           Office of the United States Trustee
Attn:  Stephen Karotkin             Southern District of New York
767 Fifth Avenue                    33 Whitehall Street
New York NY 10153                   New York, NY  10004

And electronically filed the same on the Court's Docket

                          _____ /s/ Theresa Weinstein _____
                              THERESA WEINSTEIN

Sworn to before me this
3rd day of June, 2009
/s/ Michelle M. Rocondino
Notary Public, State of New York
No. 01RO6167856
Qualified in Suffolk County
Commission Expires June 04, 2011

718016