UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORPORATION, | Case No. 09-50026 |
| | (Jointly Administered) |
| Debtors. | |
| _____ | Hon. Robert E. Gerber |

### AMENDED DECLARATION OF DICKINSON WRIGHT PLLC
### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

James A. Plemmons declares as follows:

1. I am a member of the law firm of Dickinson Wright PLLC ("Dickinson Wright") which maintains offices at the address and phone number listed below:

   Dickinson Wright PLLC
   500 Woodward Ave., Suite 4000
   Detroit, MI 48266
   (313) 223-3500
   jplemmons2@dickinsonwright.com

2. I make this Declaration upon personal knowledge, and if called as a witness would testify to the facts stated herein.

3. Dickinson Wright represents the following parties in interest with respect to the Debtor's bankruptcy case:

   See attached Schedule.

4. Dickinson Wright represents each of these clients in all aspects of their relationships with Debtor, including matters pending before this Court, negotiations with creditors and other commercial matters.

5. Dickinson Wright represents each of these clients individually; they do not constitute a committee of any kind.

6. I make this Declaration under penalty of perjury.

Respectfully submitted,

DICKINSON WRIGHT PLLC


By: /s/ James A. Plemmons
James A. Plemmons (P42892)
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500
jplemmons2@dickinsonwright.com

Dated:  June 3, 2009

DETROIT  39302-1  1112684v2

# SCHEDULE

Johnson Controls, Inc.
JCIM, LLC
JCIM US, LLC
Bridgewater Interiors, L.L.C.
Intertec Systems, L.L.C.
Johnson Controls Seating Systems, LLC
Sumitomo Electric Wiring Systems
Advics North America
Aisin Holdings of America, Inc.
Niles America Wintech
Lacks Enterprises, Inc.
Rhythm North America
Yorozu America Corporation
Magna International Inc.
Magna Car Top Systems of America, Inc.
Magna Electronics, Inc.
Magna Mirrors of America, Inc.
Magna Mirrors North America L.L.C.
Intier Automotive Interiors of America, Inc.
AvanTech Manufacturing L.L.C.
Norplas Industries Inc.
Lexamar Corporation
SVE America, Inc.
Decostar Industries Inc.
Nascote Industries, Inc.
Bestop, Inc.
Norplas Industries Inc.
Magna Powertrain of America, Inc.
Magna Powertrain USA, Inc.
MPT Lansing L.L.C.
Dieomatic Incorporated
Marada Industries Inc.
Eagle Bend Mfg. Inc.
Drive Automotive Industries of America, Inc.
Vehma International of America, Inc.
Drive Automotive Industries of America, Inc.
Bowling Green Metalforming L.L.C.
Magna Seating of America, Inc.
Magna Car Top Systems of America, Inc.
Visteon Corporation
Dealer Services Group, a division of ADP, Inc.