UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: § | | CHAPTER 11 |
| § | | CASE NO. 09-50026 |
| GENERAL MOTORS CORPORATION § | | JOINT ADMINISTERED |
| § | | |
| DEBTOR § | | HONORABLE ROBERT E. GERBER |

**NOTICE OF APPEARANCE AND REQUEST FOR PLEADINGS AND
NOTICES TO ATTORNEY FOR RIVER OAKS L-M, INC. DBA WESTPOINT**

TO THE HONORABLE JUDGE OF SAID COURT:

River Oaks L-M, Inc. dba Westpoint is a creditor of the debtor, makes its appearance in this case, and designates:

    Michael S. Holmes, Esq.
    Michael S. Holmes, P.C.
    8100 Washington Ave., Suite 120
    Houston, Texas 77007
    msholmes@cowgillholmes.com
    (713) 723-6500
    (713) 956-6284 fax

as its attorney of record and requests that he be served with all notices and pleadings under Bankr. R. 2002 and all other contested matters and adversary proceedings filed in this case.

    Respectfully submitted,
    Michael S. Holmes, P.C.


    /s/ Michael S. Holmes
    Michael S. Holmes
    Admitted Pro Hac Vice, June 2, 2009
    State Bar No. 09908250
    8100 Washington Ave., Suite 120
    Houston, Texas  77007
    (713) 723-6500
    (713) 956-6284 fax
    msholmes@cowgillholmes.com

    ATTORNEY FOR RIVER OAKS L-M, INC.

09-154.docx

## CERTIFICATE OF SERVICE

I hereby certify the above Notice of Appearance has been served on the Debtor's attorneys by U.S. Mail, first class or by ECF email on June 3, 2009.

/s/ Michael S. Holmes
Michael S. Holmes

## VERIFICATION

I verify that the above pleading and any attachments have been sent to the United States Trustee by U.S. Mail, first class or by ECF email on June 3, 2009.

/s/ Michael S. Holmes
Michael S. Holmes