D. Christopher Carson
Jennifer B. Kimble
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Phone: 205-251-3000
Fax:    205-458-5100
email:  ccarson@burr.com
        jkimble@burr.com

**ATTORNEYS FOR GESTAMP ALABAMA, LLC, GESTAMP MASON, LLC AND GESTAMP MEXICO**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 11** |
| | ) | |
| **GENERAL MOTORS CORPORATION,** *et al.* | ) | **Case No.: 09-50026-reg** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF ALL PAPERS AND PLEADINGS**

**PLEASE TAKE NOTICE** that pursuant to Rules 2002, 9007 and 9010(b) of the Rules

of Bankruptcy Procedure, and 11 U.S.C. §1109(b), the undersigned attorneys appear for

Gestamp Alabma, LLC, Gestamp Mason, LLC and Gestamp Mexico, which are creditors and

parties-in-interest in this proceeding, and request that all notice given or required to be given in

this action and all related actions, be given and served upon:

> D. Christopher Carson
> Jennifer B. Kimble
> Burr & Forman LLP
> 420 North 20th Street, Suite 3400
> Birmingham, Alabama  35203
> Phone: 205-251-3000
> Fax:    205-458-5100
> email:  ccarson@burr.com
>         jkimble@burr.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers, whether formal or informal, *ex parte* or on notice, written or oral, referred to in the Bankruptcy Rules and Code sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affect or seek to affect in any way any rights or interests of the Debtors.

/s/ Jennifer B. Kimble
D. Christopher Carson
Jennifer B. Kimble

Attorneys for GESTAMP ALABAMA, LLC, GESTAMP MASON, LLC AND GESTAMP MEXICO

**OF COUNSEL:**

BURR & FORMAN LLP
420 N 20th Street, Suite 3400
Birmingham, Alabama  35203
Phone:    (205) 251-3000
Fax:        (205) 458-5100
E-mail:    ccarson@burr.com
              jkimble@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document to all parties receiving Notice of Electronic Filing and to all parties listed below by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 3rd day of June 2009:

**Joseph R. Sgroi**
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7570
Fax : (313) 465-7571
Email: jsgroi@honigman.com

**Robert B. Weiss**
Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
Detroit, MI 48226
(313) 465-7596
Fax : (313) 465-7597
Email: rweiss@honigman.com

**Stephen Karotkin**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8350
Fax : (212) 310-8007
Email: stephen.karotkin@weil.com

**Tricia A. Sherick**
Honigman Miller Schwartz and Cohn, LLP
660 Woodward Avenue
Suite 2290
Detroit, MI 48226
(313) 465-7662
Fax : (313) 465-7663
Email: tsherick@honigman.com

*U.S. Trustee*
**United States Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

/s/ Jennifer B. Kimble_____
OF COUNSEL