**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., ET AL., | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears as counsel for J.D. Power and Associates ("JDPA"), a creditor and party-in-interest in the above-captioned chapter 11 cases. Request is made in accordance with 11 U.S.C. §1109(b) of title 11, United States Code, 11 U.S.C. §§ 101-1330, and Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure ("Rule"), that all papers, pleadings, motions and applications served or required to be served in this case, be given to and served upon:

> GIBBONS P.C.
> One Gateway Center
> Newark, New Jersey 07102-5310
> Attn:   David N. Crapo, Esq.
> Telephone:  (973) 596-4523
> Facsimile:  (973) 639-6244
> E-mail:  dncrapo@gibbonslaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and the papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any

way any rights or interests of creditors with respect to the debtor or any related entity, or property or proceeds thereof in which the debtor may claim an interest.

PLEASE TAKE FURTHER NOTICE that this appearance and request for notice is made without prejudice to JDPA's rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit JDPA to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention or withdrawal of the case or a proceeding therein.

Dated: June 3, 2009
      Newark, New Jersey

                        GIBBONS P.C.
                        One Gateway Center
                        Newark, New Jersey 07102-5310
                        (973) 596-4523

                        Attorneys for J.D. Power and Associates

                        By:   /s/ David N. Crapo
                                David N. Crapo