IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al*., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

## **MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, John J. Jolley, Jr., a member in good standing of the bar of the State of Nebraska and the bar of the U.S. District Court for the District of Nebraska, request admission, ***pro hac vice***, before the Honorable Arthur Gonzalez, to represent Xerox Capital Services, LLC, as servicing agent for Xerox Corporation, a creditor and party in interest in the above-captioned case.

Mailing Address:   1650 Farnam Street, Omaha, Nebraska 68102
E-mail Address:    jay.jolley@kutakrock.com
Telephone Number:  402-346-6000

I agree to pay $25.00 upon the filing of this Motion.

Dated: June 3, 2009    /s/ *John J. Jolley, Jr.*
                       John J. Jolley, Jr. (JJJ 0253)
                       Nebraska Bar No. 20726
                       Kutak Rock LLP
                       1650 Farnam Street
                       Omaha, NE 68102
                       Telephone: (402) 346-6000
                       Facsimile: (402) 346-1148

# ORDER

**ORDERED,**

that John J. Jolley, Jr., Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:_____    _____
    New York, New York    UNITED STATES BANKRUPTCY JUDGE

4821-5319-0659.1