UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (Manhattan)

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No: 09-50026-reg |
| GENERAL MOTORS CORPORATION, et al | |
| | Hon. Robert E. Gerber |
| Debtor | |
| _____/ | |

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, KATHLEEN H. KLAUS, a member in good standing of the bar in the State of Michigan request admission *pro hac vice*, before the Honorable Robert E. Gerber, to represent Creditor M-Tech Associates in the above- referenced case. My address is as follows:

> Kathleen H. Klaus (P67207)
> Maddin, Hauser, Wartell, Roth & Heller, P.C.
> 28400 Northwestern Highway, Third Floor
> Southfield, Michigan 48034-1839
> T: (248) 359-7520/F: (248) 359-7560
> Email:    khk@maddinhauser.com

I agree to pay the $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.

By:    */s/ Kathleen H. Klaus*
       Kathleen H. Klaus (P67207)

Dated:   June 3, 2009

### ORDER

**ORDERED**, that Kathleen H. Klaus, Esq., is admitted to practice *pro hac vice* in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  June 3, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

834359