UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORPORATION, | Case No. 09-50026 (Jointly Administered) |
| Debtors. | |
| _____ | Hon. Robert E. Gerber |

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2009, I electronically filed **Second Amended Declaration of Dickinson Wright PLLC Pursuant to Federal Rules of Bankruptcy Procedure 2019** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- Philip D. Anker   philip.anker@wilmerhale.com
- David J. Baldwin   dbaldwin@potteranderson.com, bankruptcy@potteranderson.com
- Elizabeth Banda   kwilliams@pbfcm.com
- Robert L. Barrows   rbarrows@wdblaw.com
- Christopher Robert Belmonte   cbelmonte@ssbb.com, pbosswick@ssbb.com
- James L. Bromley   maofiling@cgsh.com
- Theresa V. Brown-Edwards   bankruptcy@potteranderson.com
- Mark Edwin Browning   BK-MBROWNING@OAG.STATE.TX.US, sherri.simpson@oag.state.tx.us
- Andrew P. Brozman   andrew.brozman@cliffordchance.com
- James S. Carr   KDWBankruptcyDepartment@kelleydrye.com
- Babette A. Ceccotti   bceccotti@cwsny.com, ecf@cwsny.com
- Marvin E. Clements   agbanknewyork@ag.tn.gov
- Tiffany Strelow Cobb   tscobb@vorys.com, cdfricke@vorys.com
- Dawn R. Copley   dcopley@dickinsonwright.com,dnavin@dickinsonwright.com
- Trent P. Cornell   tcornell@stahlcowen.com
- Michael G. Cruse   mcruse@wnj.com, hziegler@wnj.com

- Thomas H. Curran    tcurran@haslaw.com, calirm@haslaw.com
- Peter D'Apice    dapice@sbep-law.com
- Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net
- Benjamin P. Deutsch    bdeutsch@schnader.com
- Mary Joanne Dowd    dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com
- Michael James Edelman    mjedelman@vedderprice.com, ecfnydocket@vedderprice.com
- Alyssa Englund    aenglund@orrick.com
- Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com
- Kerry M Ewald    kewald@dickinsonwright.com
- Thomas R. Fawkes    tfawkes@freebornpeters.com
- Carol A. Felicetta    cfelicetta@reidandreige.com
- Robert J. Figa    rfiga@comlawone.com
- Deborah L. Fish    dfish@allardfishpc.com
- Jonathan L. Flaxer    jflaxer@golenbock.com, ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com;mlu@golenbock.com
- Victoria D. Garry    vgarry@ag.state.oh.us
- Jeanette M. Gilbert    jgilbert@motleyrice.com
- Steven A. Ginther    sdnyecf@dor.mo.gov
- Brett D. Goodman    brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com
- Neil Andrew Goteiner    ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com
- Christopher F. Graham    cgraham@mckennalong.com, jvargas@mckennalong.com;rgee@mckennalong.com;jmayes@mckennalong.com;ehall@mckennalong.com
- William T. Green    uncbill@msn.com
- John T. Gregg    jgregg@btlaw.com
- Paul R. Hage    phage@jaffelaw.com
- Michael C. Hammer    mchammer3@dickinsonwright.com

- Ryan D. Heilman    rheilman@schaferandweiner.com

- Suzanne Hepner    shepner@lrbpc.com, ecarder@lrbpc.com;jcahn@lrbpc.com;rbarbur@lrbpc.com;scameron@lrbpc.com;psherer@lrbpc.com

- Michael S. Holmes    , mshatty@yahoo.com

- Jonathan Hook    jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com

- John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

- Adam H. Isenberg    aisenberg@saul.com

- Nan E. Joesten    njoesten@fbm.com

- Gregory O. Kaden    gkaden@goulstonstorrs.com

- Stephen Karotkin    theodore.tsekerides@weil.com;Shai.Waisman@weil.com;Rachel.albanese@weil.com;michele.meises@weil.com;ilusion.rodriguez@weil.com;sara.gerstein@weil.com;mark.ribaudo@weil.com

- Karel S. Karpe    karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com

- Thomas M. Kennedy    tkennedy@kjmlabor.com

- Richardo I. Kilpatrick    ecf@kaalaw.com, lrobertson@kaalaw.com

- Jeff Klusmeier    jeff.klusmeier@ago.mo.gov

- Thomas F. Koegel    tkoegel@flk.com

- Deborah Kovsky-Apap    kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

- Stuart A. Krause    skrause@zeklaw.com

- Patrick J. Kukla    pkukla@carsonfischer.com

- Darryl S. Laddin    bkrfilings@agg.com

- Michael S. Leib    msl@maddinhauser.com, bac@maddinhauser.com

- David A. Lerner    dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com

- Larry A. Levick    levick@singerlevick.com, croote@singerlevick.com;ckirkland@singerlevick.com

- David T. Lin    dlin@seyburn.com

- Eric Lopez Schnabel    schnabel.eric@dorsey.com
- Kayalyn A. Marafioti    kmarafio@skadden.com
- Michael A. Maricco    maricco.michael@pbgc.gov, efile@pbgc.gov
- Richard W. Martinez    Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com
- Frank McGinn    ffm@bostonbusinesslaw.com
- Brian H. Meldrum    bmeldrum@stites.com
- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com
- Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com
- Ingrid S. Palermo    ipalermo@hselaw.com
- Robert W. Phillips    rphillips@simmonscooper.com
- Michael Reed    danielle.goff@mvbalaw.com
- Marc E. Richards    mrichards@blankrome.com
- Paul J. Ricotta    pricotta@mintz.com
- Adam L. Rosen    filings@spallp.com, arosen@silvermanacampora.com
- Andrew Neil Rosenberg    mtattnall@paulweiss.com
- Douglas B. Rosner    drosner@goulstonstorrs.com
- Scott K. Rutsky    srutsky@proskauer.com
- Chester B. Salomon    csalomon@beckerglynn.com, aranade@beckerglynn.com;jholdridge@beckerglynn.com
- Thomas P. Sarb    ecfsarbt@millerjohnson.com
- Thomas J. Schank    tomschank@hunterschank.com, mcraig@hunterschank.com
- Matthew L. Schwartz    matthew.schwartz@usdoj.gov
- Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com
- Joseph R. Sgroi    jsgroi@honigman.com
- Brian L. Shaw    bshaw100@shawgussis.com
- Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

- Tricia A. Sherick     tsherick@honigman.com
- Joseph E. Shickich     jshickich@riddellwilliams.com
- Matthew J. Shier     mshier@pinnaclelawgroup.com, mterry@pinnaclelawgroup.com
- Christina C. Skubic     bankruptcy@braytonlaw.com
- Robert T. Smith     rsmith@cniinc.cc
- Richard G. Smolev     rsmolev@kayescholer.com, rrotman@kayescholer.com;maosbny@kayescholer.com
- Arthur J. Spector     aspector@bergersingerman.com, jdiaz@bergersingerman.com;byglesia@bergersingerman.com;efile@bergersingerman.com
- Jeffrey S. Stein     Jeff_Stein@gardencitygroup.com, Kenneth_Freda@gardencitygroup.com;jennifer.keough@gardencitygroup.com
- Leslie Stein     lstein@seyburn.com, seccles@seyburn.com
- Harvey A. Strickon     harveystrickon@paulhastings.com
- James M. Sullivan     sullivan.james@arentfox.com, constantino.nova@arentfox.com
- Michelle T. Sutter     msutter@ag.state.oh.us
- Colleen M. Sweeney     csweeney@dickinsonwright.com
- Gordon J. Toering     gtoering@wnj.com
- Kimberly A. Walsh     bk-kwalsh@oag.state.tx.us
- Sean M. Walsh     swalsh@gmhlaw.com, jmahar@gmhlaw.com
- Robert B. Weiss     rweiss@honigman.com
- Elizabeth Weller     dallas.bankruptcy@publicans.com
- David B. Wheeler     davidwheeler@mvalaw.com
- Scott A. Wolfson     wolfson@bsplaw.com, recchia@bsplaw.com;stepp@bsplaw.com;bolton@bsplaw.com;kochis@bsplaw.com
- Cynthia Woodruff-Neer     cwoodruff-neer@alpine-usa.com
- Doron Yitzchaki     dyitzchaki@dickinsonwright.com

/s/ James A. Plemmons
James A. Plemmons (JAP-2284)
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan  48226
Phone: (313) 223-3500
jplemmons2@dickinsonwright.com