**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

In re:

General Motors Corp., *et al.*,                                                            Chapter 11

                               Debtors,                                 Case No. 09-50026 (REG)

                                                (Jointly administered)

_____/

**NOTICE OF APPEARANCE & REQUEST**
**FOR SERVICE OF NOTICES AND DOCUMENTS**

      **NOW COMES** the undersigned, attorney for ZF Friedrichshafen AG, its subsidiaries and joint ventures, pursuant to 11 U.S.C. §1109 and Bankruptcy Rule 9010 enters his appearance on behalf of ZF Friedrichshafen AG, its subsidiaries and joint ventures.  John J. Hunter, Jr. respectfully requests that all notices and documents prescribed by Bankruptcy Rules 2002, 3017, 9007 and 9010 be served upon him electronically or at the mailing address indicated below:

                Hunter & Schank Co., LPA
                John J. Hunter, Jr.
                One Canton Square
                1700 Canton Avenue
                Toledo, Ohio 43604
                E-mail: jrhunter@hunterschank.com

      **FURTHER** the foregoing request for service includes all pleadings, including but not limited to notices, applications, motions, complaints and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the Debtors herein, their property or estates.

**FURTHER** neither this *Notice of Appearance and Request for Service of Notice* (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (v) an election of remedies; (vi) any other rights, claims, actions, defense, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims actions, defenses, setoffs and recoupments are expressly reserved.

        Hunter & Schank Co. LPA

        By: /s/ John J. Hunter, Jr.
            John J. Hunter, Jr. (0034602)
            Hunter & Schank Co. LPA
            One Canton Square
            1700 Canton Avenue
            Toledo, Ohio 43604
            (419) 255-4300
            Fax (419) 255-9121
            jrhunter@hunterschank.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

In re:

General Motors Corp., *et al.*,                                    Chapter 11

                    Debtors,                          Case No. 09-50026 (REG)

                                                   (Jointly administered)

_____/

## CERTIFICATE OF SERVICE

      I hereby certify that on June 3, 2009, I electronically filed Notice of Appearance and Request for Service of Notices and Documents, filed herewith, to the parties listed on the Court's Electronic Service List.

                                                  Hunter & Schank Co. LPA

                                                  By:  /s/ John J. Hunter, Jr.
                                                       John J. Hunter, Jr. (0034602)
                                                       Hunter & Schank Co. LPA
                                                       One Canton Square
                                                       1700 Canton Avenue
                                                       Toledo, Ohio 43604
                                                       (419) 255-4300
                                                       Fax (419) 255-9121
                                                      jrhunter@hunterschank.com