UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
**General Motors Corp., et al.,**                   :        Case No. 09-50026 (REG)
                                                    :
                                    Debtors.        :        (Jointly Administered)
-----------------------------------------------------------x

## APPOINTMENT OF COMMITTEE OF
## UNSECURED CREDITORS

As of June 3, 2009, Diana G. Adams, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of General Motors Corporation, and affiliated debtors in possession.

1. Pension Benefit Guaranty Corporation
   1200 K Street, NW
   Washington, DC 20005
   Attention: Dana Cann, Senior Financial Analyst
   Telephone: (202) 326-4000 (Ext. 3810)
   Fax: (202) 842-2643

2. Wilmington Trust Company
   Rodney Square North
   1100 North Market Street
   Wilmington, Delaware 19890
   Attention: James J. McGinley
   Telephone: (302) 636-6019
   Fax: (302) 636-4140

3. Law Debenture Trust Company of New York
   400 Madison Avenue, 4th Floor
   New York, NY 10017
   Attention: Robert Bice, Senior Vice President
   Telephone: (646) 747-1254
   Fax: (212) 750-1361

4.     The Industrial Division of Communications Workers of America, AFL-CIO
2701 Dayton Road
Dayton, Ohio 45439
Attention: James Clark, President, IUE-CWA
Telephone: (937) 298-9984
Fax: (937) 298-6338

5.     International Union UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214
Attention: Niraj R. Ganatra, Associate General Counsel
Telephone: (313) 926-5216
Fax: (313) 926-6240

6.     United Steelworkers
Five Gateway Center, Room 807
Pittsburgh, Pennsylvania 15222
Attention: David R. Jury, Associate General Counsel
Telephone: (412) 562-2545
Fax: (412) 562-2429

7.     Interpublic Group
1114 Avenue of the Americas
New York, New York 10036
Attention: Nicholas J. Camera, Senior Vice President & General Counsel
Telephone: (212) 704-1252
Fax: (212) 704-2223

8.     DENSO International America, Inc.
24777 Denso Drive
Southfield, Michigan 48033
Attention: Steven M. Zarowny, Assistant General Counsel
Telephone: (248) 372-8252
Fax: (248) 213-2551

9.     Inteva Products, LLC
1401 Crooks Road
Troy, Michigan 48084
Attention: Lance Lis, General Counsel
Telephone: (248) 655-8900
Fax: (866) 741-1744

10. Serra Chevrolet of Birmingham, Inc.
    Post Office Box 59120
    Birmingham, Alabama 35259
    Attention: Quentin Brown, Vice President/General Counsel
    Telephone: (205) 706-5359
    Fax: (205) 212-3901

11. Paddock Chevrolet
    3232 Delaware Avenue
    Kenmore, New York 14217
    Attention: Duane Paddock, Owner
    Telephone: (716) 876-0945
    Fax: (716) 876-4016

12. Saturn of Hempstead, Inc.
    265 North Franklin Street
    Hempstead, New York 11550
    Attention: Ernest Louison, General Manager
    Telephone: (877) 242-5361
    Fax: (516) 565-2413

13. Mark Buttita
    2429 South Alpine Rd.
    Rockford, Illinois 61108
    Telephone: (815) 509-1172

14. Genoveva Bermudez
    c/o Cohen & Associates
    8710 E. Vista Bonita Drive
    Scottsdale, Arizona 85255
    Attention: Larry E. Cohen, Esq.
    Telephone: (480) 515-4745

15. Kevin Schoenl
    99 Maretta Road
    Rochester, New York 14624
    Telephone: (215) 751-2050

Dated: New York, New York
       June 3, 2009

                    DIANA G. ADAMS
                    UNITED STATES TRUSTEE

By: /s/ Brian S. Masumoto
     Brian S. Masumoto
     Trial Attorney
     33 Whitehall Street, 21st Floor
     New York, New York 10004
     Tel. No. (212) 510-0500