**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                                                         Case No.: _____

                                                                           Chapter ___

                            Debtor

---------------------------------------------------------------x

                                                                           Adversary Proceeding No.: _____

                            Plaintiff

                     v.

                          Defendant

---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

     I, _____, request admission, ***pro hac vice***, before the Honorable _____, to represent _____, a _____ in the above-referenced    case    adversary proceeding.

     ***I certify that I am a member in good standing*** of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____.

     I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: _____

_____, New York            _____

                                                                *Mailing Address*:

                                                                _____

                                                                _____

                                                                _____

                                                                *E-mail address*: _____

                                                                *Telephone number*: (____)_____

# PROOF OF SERVICE

## FEDERAL COURT

I am a citizen of the United States, over the age of 18 years, and am not a party to or interested in the within entitled cause. I am an employee of Felderstein Fitzgerald Willoughby & Pascuzzi LLP, 400 Capitol Mall, Suite 1450, Sacramento, CA 95814-4434.

On June 3, 2009, I served the following document(s) described as:

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

(✓) I am familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service and know that each day's mail is deposited with the United States Postal Service that same day in the ordinary course of business. On the date set forth above, I served the aforementioned documents on the parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid, for collection and mailing on this date following ordinary business practices, at Sacramento, California, addressed as set forth below.

| | |
|---|---|
| *Debtor*<br>**General Motors Corporation**<br>300 Renaissance Center<br>Detroit, MI 48265-3000 | *Debtor's Counsel*<br>**Joseph R. Sgroi**<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 |
| *Debtor's Counsel*<br>**Robert B. Weiss**<br>Honigman Miller Schwartz & Cohn, LLP<br>2290 First National Building<br>Detroit, MI 48226 | *Debtor's Counsel*<br>**Stephen Karotkin**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| *Debtor's Counsel*<br>**Tricia A. Sherick**<br>Honigman Miller Schwartz and Cohn, LLP<br>660 Woodward Avenue<br>Suite 2290<br>Detroit, MI 48226 | *U.S. Trustee*<br>**United States Trustee**<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2009 at Sacramento, California.

  __/s/ Gianna S. Lee_____
      Gianna S. Lee