Christopher J. Giaimo, Jr., Esq.
Jeffrey N. Rothleder, Esq.
ARENT FOX LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036
(202) 857-6000

Attorneys for Harman Becker Automotive
Systems, Inc. and its affiliated companies

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., et al., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------- x

## **MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

     I, Jeffrey N. Rothleder, a member in good standing of the bars of the State of Maryland, the District of Columbia, the United States District Courts for the District of Maryland and the District of Columbia and the United States Court of Appeals for the Fourth Circuit, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber to represent Harman Becker Automotive Systems, Inc. and its affiliated companies in the above referenced cases.

My address is:    Arent Fox LLP
                            1050 Connecticut Avenue, NW
                            Washington, DC 20036-5339

E-mail address is:    rothleder.jeffrey@arentfox.com

Telephone number is: (202) 828.3472

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: New York, New York
       June 3, 2009                                                 */s/ Jeffrey N. Rothleder*
                                                                     Jeffrey N. Rothleder

NYC/436407.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., et al., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------- x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

Jeffrey N. Rothleder, a member in good standing of the bars of the State of Maryland, the District of Columbia, the United States District Courts for the District of Maryland and the District of Columbia and the United States Court of Appeals for the Fourth Circuit, having requested admission, *pro hac vice,* to represent Harman Becker Automotive Systems, Inc. and its affiliated companies in the above referenced cases, it is thereby,

**ORDERED**, that Jeffrey N. Rothleder, Esq. is admitted to practice, *pro hac vice*, in the above referenced cases in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
       June ___, 2009

                                                           United States Bankruptcy Judge

NYC/436407.1