Joseph E. Shickich, Jr.
RIDDELL WILLIAMS P.S.
1001 - 4th Avenue, Suite 4500
Seattle, WA 98154-1192
Phone: (206) 624-3600
Fax: (206) 389-1708
jshickich@riddellwilliams.com

Counsel to Microsoft Corporation
and Microsoft Licensing, GP

UNITED STATES BANKRUPTCY COURT
SOUTHERN THE DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>General Motors Corporation, et al.,<br><br>              Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Joseph E. Shickich, Jr., request admission, **pro hac vice**, before the Honorable Robert E. Gerber, to represent Microsoft Corporation and Microsoft Licensing, GP, creditors in the above-referenced proceeding.

**I certify that I am a member in good standing** of the bars in the states of Washington and Wyoming, and if applicable, the bars of the U.S. District Courts for the Eastern and Western Districts of Washington.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated:    June 3rd, 2009
               Seattle, Washington

_____
Joseph E. Shickich, Jr. (JS-5229)
Riddell Williams P.S.
1001 - 4th Avenue, Suite 4500
Seattle, WA 98154
Telephone: (206) 624-3600
Facsimile: (206) 389-1708
jshickich@riddellwilliams.com