Joseph E. Shickich, Jr.
RIDDELL WILLIAMS P.S.
1001 - 4th Avenue, Suite 4500
Seattle, WA 98154-1192
Phone: (206) 624-3600
Fax: (206) 389-1708
jshickich@riddellwilliams.com

Counsel to Microsoft Corporation
and Microsoft Licensing, GP

UNITED STATES BANKRUPTCY COURT
SOUTHERN THE DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>General Motors Corporation, et al.,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Joseph E. Shickich, Jr., request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Microsoft Corporation and Microsoft Licensing, GP, creditors in the above-referenced proceeding.

**I certify that I am a member in good standing** of the bars in the states of Washington and Wyoming, and if applicable, the bars of the U.S. District Courts for the Eastern and Western Districts of Washington.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated:    June 3rd, 2009
　　　　　Seattle, Washington

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Joseph E. Shickich, Jr. (JS-5229)
　　　　　　　　　　　　　　　　　　　　　　Riddell Williams P.S.
　　　　　　　　　　　　　　　　　　　　　　1001 - 4th Avenue, Suite 4500
　　　　　　　　　　　　　　　　　　　　　　Seattle, WA 98154
　　　　　　　　　　　　　　　　　　　　　　Telephone: (206) 624-3600
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (206) 389-1708
　　　　　　　　　　　　　　　　　　　　　　jshickich@riddellwilliams.com

MOTION FOR ADMISSION TO PRACTICE,
PRO HAC VICE FOR JOSEPH E. SHICKICH, JR.
4849-0950-3491.01
20363.00505