**BROWN & CONNERY LLP**
Kenneth J. Schweiker, Jr., Esquire
6 North Broad Street, Suite 100
Woodbury, NJ  08096
(856) 812-8900
(856) 853-9933 Fax
kschweiker@brownconnery.com
*Attorneys for SAP America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>GENERAL MOTORS CORP., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No.:  09-50026 (REG)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF PAPERS AND PLEADINGS**

**PLEASE TAKE NOTICE** that the undersigned, subject to the limitations and conditions set forth hereinafter, appears for SAP America, Inc., a creditor and party-in-interest in the above-captioned proceedings.  Request is hereby made pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given in this case, and all papers, pleadings, motions and applications served or required to be served in this case, be given to and served upon the undersigned law firm, which is appearing herein as counsel for SAP America, Inc.

                    **BROWN & CONNERY, LLP**
                    Attorneys for SAP America, Inc.

               By:*/s/Kenneth J. Schweiker, Jr.*
                  Kenneth J. Schweiker, Jr., Esquire
                  6 North Broad Street, Suite 100
                  Woodbury, NJ 08096
                  (856) 812-8900
                  (856) 853-9933 (fax)
                  kschweiker@brownconnery.com

Dated:  June 3, 2009

1115740.1