UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                   :
                                                        :   Chapter 11 Case No.
GENERAL MOTORS CORP., *et. al.*                         :
                                                        :   09-50026 (REG)
                                                        :
           Debtors.                                     :   (Jointly Administered)
                                                        :
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

STATE OF NEW YORK    :
                     ss:
COUNTY OF SUFFOLK    :

Craig E. Johnson, being duly sworn, deposes and states:

1. I am a Director, Business Reorganization with The Garden City Group, Inc., the proposed claims and noticing agent for the debtors and debtors-in-possession (the "<u>Debtors</u>") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On June 1, 2009, at the direction of Weil, Gotshal & Manges LLP, proposed counsel for the Debtors, I caused a true and correct copy of the following documents to be served by overnight mail on the parties set forth on Exhibit "A" annexed hereto:

- **Order Pursuant to 11 U.S.C. §§ 363(c )(1) and 503(b)(1)(A) Granting Administrative Expense Status to Debtors' Undisputed Obligations to Vendors Arising From Postpetition Delivery of Goods and Services Ordered Prepetition and Authorizing Debtors to Pay such Obligations in Ordinary Course of Business (Docket No. 161),**

- **Order Pursuant to 11 U.S.C. §§ 105(a), 363, and 507 (I) Authorizing Debtors to (a) Pay Certain Employee Compensation and Benefits, and (b) Maintain and Continue such Benefits and Other Employee-Related Programs and (II) Directing Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations (Docket No. 164),**

- **Order Pursuant to U.S.C. §§ 105(a) and 363(b) Authorizing Payment Of Certain Prepetition (I) Shipping and Delivery Charges for Goods in Transit, (II) Customs Duties, and (III) Tooling and Mechanics Lien Charges (Docket No. 170),**

- **Order Pursuant to 11 U.S.C. §§ 363(b), 503(b), and 105(a) and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtors to (a) Continue Their Liability, Product, Property, and Other Insurance Programs and (b) Pay All Obligations in Respect Thereof, and (II) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations (Docket No. 172),**

- **Order Pursuant to 11 U.S.C. §§ 363(b), 507(a)(8), 541, and 105(a) Authorizing Debtors to Pay Prepetition Taxes and Assessments (Docket No. 174)**

- **Interim Order Pursuant to 11 U.S.C. §§ 105, 363, and 364 Authorizing Debtors to (I) Pay Prepetition Claims of Certain Essential Suppliers, Vendors, and Service Providers, (II) Continue Troubled Supplier Assistance Program, and (III) Continue Participation in the United States Treasury Auto Supplier Support Program (Docket No. 175),**

- **Interim Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) (I) Authorizing Debtors to Pay Prepetition Obligations to Foreign Creditors and (II) Authorizing and Directing Financial Institutions to Honor and Process Related Checks And Transfers (Docket No. 176),**

- **Interim Order Pursuant to 11 U.S.C. §§ 105(a), 345(b), 363(b), 363(c) and 364(a) and Fed. R. Bankr. P. 6003 and 6004 (A) Authorizing the Debtors to (i) Continue Using Existing Cash Management System, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms; (B) Extending Time to Comply With 11 U.S.C. § 345(b), and (C) Scheduling a Final Hearing (Docket No. 179),**

- **Interim Order under 11 U.S.C. §§ 105, 361, 362, 363 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Revolver Secured Parties and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) (Docket No. 180),** and

- **Interim Order under 11 U.S.C. §§ 105, 361, 362, 363 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Granting Adequate Protection to Term Loan Secured Parties and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) (Docket No. 181)**

3. I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

/s/  Craig E. Johnson

# Exhibit A

| | | |
|---|---|---|
| BANK OF AMERICA, N.A.<br>ATTN: MASTENEH MASGHATI<br>540 W. MADISON<br>CHICAGO, IL 60661 | BANK OF CHINA<br>ATTN: DAVID HOANG<br>410 MADISON AVENUE<br>NEW YORK, NY 10017 | BANK OF NEW YORK<br>ATTN: PHIL TRIOLO<br>101 BARCLAY ST<br>NEW YORK, NY 10286 |
| BANK OF NEW YORK MELLON<br>ATTN: BOB LADLEY<br>500 ROSS STREET<br>MELLON CLIENT SERVICE CENTER<br>SUITE 1360<br>PITTSBURGH, PA 15262 0001 | BANK OF NEW YORK TRUST<br>ATTN: ANDREW ASMDEO<br>101 BARCLAY ST<br>NEW YORK, NY 10286 | BEAR STEARNS (JPMORGAN)<br>ATTN: ROBERT REIMERS<br>115 SOUTH JEFFERSON RD - D4<br>WHIPPANY, NJ 07981 |
| BLACKROCK<br>100 BELLEVUE PARKWAY<br>WILMINGTON, DE 19809 | CITIBANK, N.A. (NEW YORK)<br>ATTN: SARAH TERNER<br>388 GREENWICH STREET<br>22ND FLOOR<br>NEW YORK, NY 10013 | CITIZENS BANK<br>ATTN: KAREN VANCE<br>328 SOUTH SAGINAW STREET<br>FLINT, MI 48502 2401 |
| COMERICA BANK<br>ATTN: THOMAS VANDERMULEN<br>500 WOODWARD AVENUE<br>DETROIT, MI 48226 | DEUTSCHE BANK.<br>ATTN: UTA DEV<br>ROSSMARKT 18<br>CORPORATE INVESTMENT BANK<br>60311 FRANKFURT GERMANY | FIFTH THIRD BANK OF NW OH<br>ATTN: JOEL JERGER<br>606 MADISON AVENUE<br>TOLEDO, OH 43604 |
| HARRIS N.A. (ILLINOIS)<br>ATTN: JACK KANE<br>115 SOUTH LASALLE STREET - 12TH FLOOR<br>CHICAGO, IL 60603 | JP MORGAN CHASE<br>ATTN: RANDY POLANCO<br>55 W 215TH STREET<br>NEW YORK, NY 10027 | JPMORGAN CHASE BANK N.A.<br>ATTN: BILL BITONTI<br>611 WOODWARD AVENUE<br>DETROIT, MI 48226 |
| JPMORGAN CHASE BANK N.A.<br>ATTN: JOYCE BRYANT<br>611 WOODWARD AVENUE<br>DETROIT, MI 48226 | JPMORGAN CHASE BANK N.A.<br>ATTN: ARA MOVSESIAN<br>383 MADISON AVENUE<br>NEW YORK, NY 10179 | JPMORGAN CHASE BANK N.A.<br>ATTN:<br>10420 HIGHLAND MANOR DR, 2ND FL<br>MONEY MARKET SERVICE CENTER<br>TEMPLE, FL 33610 |
| KEYBANK<br>ATTN: HELEN FRANCE<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114 | M&T BANK<br>ATTN: LYNN GIBBONS<br>25 SOUTH CHARLES STREET<br>BALTIMORE, MD 21201 | NATAXIS<br>ATTN: MICHELLE ALVAREZ<br>9 WEST 57TH ST<br>35TH FL<br>NEW YORK, NY 10019 |
| PIERCE, FENNER & SMITH INC.<br>ATTN: CHARLES J. PHLON<br>250 VESEY ST<br>NEW YORK, NY 10080 | PNC BANK<br>620 LIBERTY AVE<br>PRODUCT CLIENT SERVICES<br>PITTSBURGH, PA 15265 | SMITH BARNEY<br>ATTN: DENISE YUU<br>185 ASYLUM STREET<br>2ND FLOOR<br>HARTFORD, CT 06103 |
| STATE STREET BANK<br>ATTN: CHRISTINE CRONIN<br>105 ROSEMONT ROAD<br>WESTWOOD, MA 02090 | TENESSEE VALLEY AUTHORITY<br>ATTN: JT LONG<br>26 CENTURY BLVD.<br>ONE CENTURY PL<br>NASHVILLE, TN 37214 | TORONTO DOMINION BANK<br>ATTN: DEBBIE MCCARROL<br>100 WELLINGTON STREET W<br>CP TOWER 28TH FLOOR<br>TORONTO, ONTARIO M5K1A2 |
| WACHOVIA<br>ATTN: RICHARD CATANESE<br>481 WEST GERMANTOWN PIKE<br>PLYMOUTH MEETING, PA 19462 | | |