Christopher J. Giaimo, Jr., Esq.
Jeffrey N. Rothleder, Esq.
ARENT FOX LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036
(202) 857-6000

Attorneys for Harman Becker Automotive
Systems, Inc. and its affiliated companies

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., et al., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

--------------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

      I, Andrea Campbell, a member in good standing of the bars of the State of Florida, the State of Virginia and the District of Columbia, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber to represent Harman Becker Automotive Systems, Inc. and its affiliated companies in the above referenced cases.

My address is:    Arent Fox LLP
                           1050 Connecticut Avenue, NW
                           Washington, DC 20036-5339

E-mail address is:    campbell.andrea@arentfox.com

Telephone number is: (202) 857.6424

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: New York, New York
       June 3, 2009                                                */s/ Andrea Campbell*
                                                               Andrea Campbell

NYC/436420.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., et al., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------- x

## **ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

Andrea Campbell, a member in good standing of the bars of the State of Florida, the State of Virginia and the District of Columbia, having requested admission, ***pro hac vice,*** to represent Harman Becker Automotive Systems, Inc. and its affiliated companies in the above referenced cases, it is thereby,

**ORDERED**, that Andrea Campbell, Esq. is admitted to practice, ***pro hac vice***, in the above referenced cases in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
       June ___, 2009

                                                              United States Bankruptcy Judge

NYC/436420.1