Robert H. Brownlee, E.D 2726, Mo. 27519
THOMPSON COBURN LLP
One US Bank Plaza, Suite 2600
St. Louis, Missouri 63101
Phone 314-552-6017
Fax 314-552-7017
rbrownlee@thompsoncoburn.com

Attorneys for Maritz Holdings Inc.
f/k/a Maritz Inc. and its respective
affiliates and subsidiaries

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____
                                        :
In Re:                                  :    Chapter 11
                                        :
GENERAL MOTORS CORPORATION,             :
et al.,                                 :    Case No. 09-50026-(REG)
                                        :    Jointly Administered
                                        :    Hon. Robert E. Gerber
                    Debtors.            :
_____

**MOTION FOR ADMISSION *PRO HAC VICE***

      Robert H. Brownlee, a member in good standing of the Bars of the States of Missouri, Illinois and Kentucky and the United States District Courts for the Eastern and Western Districts of Missouri and the Central and Southern Districts of Illinois, for his Motion for Admission *Pro Hac Vice* to the Bankruptcy Court for the Southern District of New York to represent Maritz Holdings Inc., f/k/a Maritz Inc. and its respective affiliates and subsidiaries in the above-captioned bankruptcy proceeding, respectfully states as follows:

      1.    I am a partner with Thompson Coburn LLP, located at One U.S. Bank Plaza, Suite 2600, St. Louis, Missouri 63101. My e-mail address is rbrownlee@thompsoncoburn.com and my direct dial telephone number is (314) 552-6017.

4946887.1

2. I am a member in good standing of the Bars of the States of Missouri, Illinois and Kentucky and the United States District Courts for the Eastern and Western Districts of Missouri and the Central and Southern Districts of Illinois.

3. I am in good standing in each of the Courts listed above in Paragraph 2 and am eligible to practice in this Court pursuant to Rule 2090-1 of the Local Rules for the Bankruptcy Court for the Southern District of New York. I have never been suspended or disciplined by any Bar or any Court and have never been the subject of any grievance procedure. I have never have never been denied *pro hac vice* admission in this District. My Missouri Bar number is 27519, my Illinois Bar number is 0322687 and my Kentucky Bar number is 88104.

4.. I have paid the fee of $25.00 with the filing of this motion for an order admitting Movant to practice *pro hac vice* in this Chapter 11 case.

WHEREFORE, the Movant respectfully requests entry of the attached proposed Order granting the relief requested herein and such other relief as may be just and proper.

Dated: June 3, 2009

*/s/ Robert H. Brownlee*
Robert H. Brownlee, E.D 2726 ,Mo. 27519
THOMPSON COBURN LLP
One US Bank Plaza, Suite 2600
St. Louis, Missouri 63101
Phone 314-552-6017
Fax 314-552-7017
rbrownlee@thompsoncoburn.com

Attorneys for Maritz Holdings Inc.
f/k/a Maritz Inc. and its respective
affiliates and subsidiaries

**AFFIRMATION**

I, Robert H. Brownlee, affirm that I have read the above Motion for Admission *Pro Hac Vice* and the statements contained therein are true to the best of my knowledge, information and belief.

*/s/ Robert H. Brownlee*
Robert H. Brownlee

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Motion for Admission *Pro Hac Vice* was served via electronic transmission and United States First Class mail, postage prepaid, upon Debtor's counsel of record Harry R. Miller, Esq. and Stephen Karotkin, Esq., Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, stephen.karotkin@weil.com, this 3rd day of June, 2009.

*/s/ Robert H. Brownlee*
Robert H. Brownlee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____
                                        :
In Re:                                  :        Chapter 11
                                        :
GENERAL MOTORS CORPORATION,             :
et al.,                                 :        Case No. 09-50026-(REG)
                                        :        (Jointly Administered)
                                        :        Hon. Robert E. Gerber
             Debtors.                   :
_____

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court, having reviewed the Motion for Admission *Pro hac Vice* of Robert H. Brownlee of Thompson Coburn LLP and being otherwise duly advised in the premises:

IT IS HEREBY ORDERED that the *Pro Hac Vice* Motion of Robert H. Brownlee be granted, permitting the same to practice pursuant to this Order before the United States Bankruptcy Court, Southern District of New York for the purposes of the above referenced bankruptcy proceeding only.

Dated:  New York, New York
June ____, 2009

                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE

4946887.1                    - 4 -