SCHULTE ROTH & ZABEL LLP
Adam C. Harris (ACH-4641)
David J. Karp (DK-4843)
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 595-5955
Counsel for Parnassus Holdings II, LLC and Platinum Equity Capital Partners II, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
In re:                                                       :
                                                             :  Chapter 11
                                                             :
GENERAL MOTORS CORP., et al.                                 :  Case No. 09-50026 (REG)
                                                             :
                                                             :  (Jointly Administered)
                        Debtors.                             :
------------------------------------------------------------ X

## NOTICE OF APPEARANCE UNDER FED. R. BANKR. P. 2002

PLEASE TAKE NOTICE that Schulte Roth & Zabel LLP appears in this proceeding for Parnassus Holdings II, LLC and Platinum Equity Partners II, L.P., and requests, effective immediately, pursuant to Fed. R. Bankr. P. 2002, that further copies of all papers, including notices, pleadings, motions, orders to show cause, applications and orders filed or entered in these cases should be sent to the following counsel:

> David J. Karp
> Schulte Roth & Zabel LLP
> 919 Third Avenue
> New York, New York 10022
> Telephone: (212) 756-2000
> Facsimile: (212) 595-5955
> E-Mail:   david.karp@srz.com

Dated: New York, New York

SRZ-10914303.1

June 3, 2009

SCHULTE ROTH & ZABEL LLP
Counsel for Parnassus Holdings II, LLC and
Platinum Capital Partners II, L.P.


By:    /s/ Adam C. Harris
      Adam C. Harris (ACH-4641)
      (A Member of the Firm)
      David J. Karp (DK-4843)
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 595-5955
E-Mail: adam.harris@srz.com
       david.karp@srz.com

SRZ-10914303.1