Richard F. Hahn, Esq.
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone:  (212) 909-6000

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| **GENERAL MOTORS CORP.,** *et al.,* : | Case No. 09-50026 (REG) |
| : | |
| Debtors. : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

      PLEASE TAKE NOTICE that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Debevoise & Plimpton LLP, on behalf of The Hertz Corporation, appears in the above-captioned cases.  The undersigned respectfully requests that all notices given or required to be given and all documents served or required to be served in the above-captioned cases be given and served upon:

>    Richard F. Hahn, Esq.
>    Debevoise & Plimpton LLP
>    919 Third Avenue
>    New York, New York  10022
>    Telephone: (212) 909-6000
>    Fax: (212) 909-6836
>    Email:  rfhahn@debevoise.com

      PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of Title 11 of the United States Code, the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules cited above but also, without limitation, all orders and

22981624v1

notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise that affects or seeks to affect or may potentially affect in any way the Debtors or their estates or creditors thereof, or any property or proceeds in which the Debtors or their estates may claim an interest.

Dated: New York, New York
       June 3, 2009

                       DEBEVOISE & PLIMPTON LLP

                       By: /s/ Richard F. Hahn____
                       Richard F. Hahn, Esq.
                       919 Third Avenue
                       New York, New York 10022
                       Telephone: (212) 909-6000
                       Fax: (212) 909-6836

22981624v1