UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In re                                       :
                                            :   Chapter 11 Case No.
GENERAL MOTORS CORP., *et. al.*             :
                                            :   09-50026 (REG)
                                            :
              Debtors.                      :   (Jointly Administered)
                                            :
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

STATE OF NEW YORK      :
                              ss:
COUNTY OF SUFFOLK      :

Craig E. Johnson, being duly sworn, deposes and states:

1.  I am a Director, Business Reorganization with The Garden City Group, Inc., the proposed claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.  On June 1, 2009, at the direction of Weil, Gotshal & Manges LLP ("Weil Gotshal"), proposed counsel for the Debtors, I caused true and correct copies of the following documents to be served by overnight mail on the parties set forth on Exhibit A attached hereto:

    - **Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 366 (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objection by Utility Companies, and (III) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service (Docket No. 58) (the "Utilities Motion"),** and

    - **Order Pursuant to 11 U.S.C. §§ 105(a) and 366 (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objection by Utility Companies, and (III) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service (Docket N. 173) (the "Utilities Order").**

3.  Twelve parties on Exhibit A had addresses that could not be processed by Federal Express for delivery and were returned to GCG by Federal Express. A list of these "nondeliverables" is attached hereto as Exhibit B. As a further attempt at service, on June 2, 2009, I caused true and correct copies of the Utilities Motion and Utilities Order to be served by United States Express Mail on these twelve parties.

2

    4.     In addition, on June 2, 2009, at the instruction of Weil Gotshal, I caused true and correct copies of the Utilities Motion and Utilities Order to be served by overnight delivery on the fourteen parties on Exhibit C.

    5.     I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

<u>   Craig E. Johnson   </u>

# Exhibit A

09-50026-mg    Doc 369    Filed 06/03/09    Entered 06/03/09 18:47:08    Main Document
Pg 4 of 18

AEP (COLUMBUS STHRN PWR)
PO BOX 88880
CANTON, OH 44701 4418

AEP (INDIANA MICHIGAN)
PO BOX 24412
CANTON, OH 44701 4412

AEP (SWEPCO)(CANTON)
PO BOX 24422
CANTON, OH 44701 4422

ALASCOM INC
PO BOX 78425
PHOENIX, AZ 85062

ALLEGHENY PWR (POTOMAC ED)
901 WILSON ST
MARTINSBURG, WV 25401

ALLIANT ENERGY (WP&L)
PO BOX 3068
CEDAR RAPIDS, IA 52406 3066

AMEREN UE MO
PO BOX 66301
ST LOUIS, MO 63166 6301

AMEREN UE MO
P O BOX 66529
ST LOIUS, MO 63166 6529

AMERICAN FIBER SYSTEMS
PO BOX 673599
DETROIT, MI 48267

ARLINGTON (CITY OF)
PO BOX 90020
ARLINGTON, TX 76004 3020

ARTESIAN WATER COMPANY
664 CHURCHMAN'S ROAD
NEWARK DE 19702, DE 19702

ASHLEY LYON LLC
9810 S. DORCHESTER AVE
CHICAGO, IL 60628

AT&T
P O BOX 989045
WEST, CA 95798 9045

AT&T
P.O BOX 78214
PHOENIX, AZ 85062 8214

AT&T
P.O BOX 78522
PHOENIX, AZ 85062 8522

AT&T
P.O BOX 9001309
LOUISVILLE, KY 40290 1309

AT&T
P.O. BOX 78114
PHOENIX, AZ 85062 8114

AT&T
PO BOX 105262
ATLANTA, GA 30348 5262

AT&T
PO BOX 105414
ATLANTA, GA 30348 5414

AT&T
PO BOX 105503
ATLANTA, GA 30348 5503

AT&T
PO BOX 13140
NEWARK, NJ 07101 5640

AT&T
PO BOX 13142
NEWARK, NJ 07101 5642

AT&T
PO BOX 13146
NEWARK, NJ 07101 5646

AT&T
PO BOX 13148
NEWARK, NJ 07101 5648

AT&T
PO BOX 5001
CAROL STREAM, IL 60197 5001

AT&T
PO BOX 5011
CAROL STREAM, IL 60197

AT&T
PO BOX 5017
CAROL STREAM, IL 60197

AT&T
PO BOX 5019
CAROL STREAM, IL 60197

AT&T
PO BOX 8100
AURORA, IL 60507 8100

AT&T
PO BOX 8102
AURORA, IL 60507 8102

| | | |
|---|---|---|
| AT&T<br>85 ANNEX ROAD<br>ATLANTA, GA 30385 0001 | AT&T BUSINESS SERVICE<br>P.O BOX 9001310<br>LOUISVILLE, KY 40290 | AT&T CALLING CARDS<br>P.O BOX 78114<br>PHOENIX, AZ 85062 8114 |
| AT&T CAPITAL SERVICES INC<br>13160 COLLECTIONS DR<br>CHICAGO, IL 60693 | AT&T COLLOCATION PRO CABS<br>COLLOCATION PRO CABS<br>ATLANTA, GA 30348 | AT&T CORP<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921 |
| AT&T CORP.<br>UNIVERSAL BILLER<br>PO BOX 79112<br>PHOENIX, AZ 85062 9112 | AT&T CORP.<br>PO BOX 5019<br>CAROL STREAM, IL 60197 | AT&T CORP.<br>PO BOX 79112<br>PHOENIX, AZ 85062 9112 |
| AT&T CORP-05<br>PO BOX 8110<br>AURORA, IL 60507 8110 | AT&T CORP-05<br>P O BOX 105262<br>ATLANTA, GA 30348 5262 | AT&T CORP-05<br>P O BOX 13134<br>NEWARK, NJ 07101 5634 |
| AT&T CORP-05<br>P.O BOX 5082<br>SAGINAW, MI 48605 5082 | AT&T CORP-05<br>PO BOX 13142<br>NEWARK, NJ 07101 5642 | AT&T CORP-05<br>PO BOX 8100<br>AURORA, IL 60507 8100 |
| AT&T CORP-05<br>PO BOX 8102<br>AURORA, IL 60507 8102 | AT&T CORP-05<br>PO BOX 830120<br>BALTIMORE, MD 21283 0120 | AT&T CORP-05<br>BILL PAYMENT CENTER<br>CHICAGO, IL 60663 0001 |
| AT&T CORP-05<br>BILL PAYMENT CTR<br>SAGINAW, MI 48663 0003 | AT&T CORP-05 OPUS<br>NEWARK, NJ 07101 5632 | AT&T INC LEGACY SBC<br>PO BOX 8110<br>AURORA, IL 60507 8110 |
| AT&T TELECONFERENCE<br>PO BOX 2840<br>OMAHA, NE 68103 2840 | AT&T TELECONFERENCE SERVICES<br>P.O. BOX 2840<br>OMAHA, NE 68103 2840 | AT&T VTNS<br>P.O BOX 2969<br>OMAHA, NE 68103 2969 |
| AT&T WORLDNET<br>P.O BOX<br>ATLANTA, GA 30384 7019 | AT&T WORLDNET<br>PO BOX 5019<br>CAROL STREAM, IL 60197 | AT&T YELLOW PAGES<br>PO BOX 8112<br>AURORA, IL 60507 8112 |
| AT&T-20<br>PO BOX 105414<br>ATLANTA, GA 30348 5414 | AT&T-20<br>PO BOX 5001<br>CAROL STREAM, IL 60197 5001 | AT&T-20<br>PO BOX 630047<br>DALLAS, TX 75263 0047 |

| | | |
|---|---|---|
| ATMOS ENERGY (PHOENIX AZ)<br>PO BOX 78108<br>PHOENIX, AZ 85062 8108 | ATMOS ENERGY (TXU GAS CO)<br>PO BOX 841425<br>DALLAS, TX 85062 8108 | ATMOS ENERGY (UNITED CITIES)TN EFT<br>PO BOX 9001949<br>LOUISVILLE, KY 40290 1949 |
| ATMOS ENERGY (WKG)<br>638 WEST BRAODWAY<br>MADISONVILLE, KY 42431 | ATMOS ENERGY CORPORATION<br>DANNY BERTOLLI<br>200 NOAH DR<br>FRANKLIN, TN 37064 3937 | ATMOS ENERGY MARKETING LLC<br>PO BOX 847311<br>DALLAS, TX 75284 7311 |
| AURORA UTIL DEPT (CITY OF)<br>PO BOX 31629<br>AURORA, CO 80041 | AUSTIN UTILITIES (CITY OF)<br>PO BOX 2267<br>AUSTIN, TX 78783 2267 | BALTIMORE (CITY OF)<br>200 HOLLIDAY ST<br>SUITE 3<br>BALTIMORE, MD 21202 3683 |
| BALTIMORE GAS & ELECTRIC CO<br>PO BOX 13070<br>PHILADELPHIA, PA 19101 3070 | BALTIMORE GAS & ELECTRIC CO<br>PO BOX 64844<br>BALTIMORE, MD 21264 4844 | BAY CITY (CITY OF)<br>301 WASHINGTON<br>BAY CITY, MI 48708 5866 |
| BAY STATE GAS CO<br>PO BOX 742514<br>CININNATI, OH 45274 | BEAVERTON (CITY OF)<br>PO BOX 3188<br>PORTLAND, OR 97208 3188 | BEDFORD CITY UTILITIES<br>1614 L STREET<br>BEDFORD, IN 47421 3730 |
| BELLSOUTH<br>P.O BOX 105320<br>ATLANTA, GA 30348 | BELLSOUTH<br>PO BOX 105262<br>ATLANTA, GA 30348 5262 | BELLSOUTH<br>PO BOX 85 ANNEX<br>ATLANTA, GA 30385 0001 |
| BELLSOUTH<br>85 ANNEX<br>ATLANTA, GA 30385 0001 | BELLSOUTH BUSINESS SYSTEMS DBA<br>BELLSOUTH ATLANTA<br>754 PEACHTREE ST. NE<br>ATLANTA, GA 30348 5262 | BELLSOUTH LONG DISTANCE<br>PO BOX 856178<br>LOUISVILLE, KY |
| BERKELEY BUS.PARK ASSOCS.LC<br>PO BOX 2530<br>WINCHESTER, VA 22604 1730 | BERKELEY CNTY PUB SVC WT DT<br>PO BOX 944<br>MARTINSBURG, WV 25402 0944 | BERKELEY CNTY PUB SWR DIST<br>PO BOX 944<br>MARTINSBURG, WV 25402 0944 |
| BP CANADA<br>MITCHELL MEYER<br>BP CANADA ENERGY MARKETING<br>240-4TH AVENUE SW<br>CALGARY AB T2P 2H8 CANADA | BP CANADA ENERGY MARKETING CORP<br>DAVID FLAUGHER<br>240-4TH AVENUE SW<br>CALGARY AB T2P 2HB CANADA | BP CANADA ENERGY MARKETING CORP.<br>PETE CURRIE<br>240-4TH AVENUE SW<br>CALGARY AB T2P 2H8 CANADA |
| BP ENERGY<br>MARK SHERMAN<br>501 WESTLAKE PARK BLVD<br>BP ENERGY COMPANY<br>HOUSTON, TX 77079 2604 | BP ENERGY COMPANY<br>MARK SHERMAN<br>501 WESTLAKE PARK BLVD<br>HOUSTON, TX 77079 2604 | BRANDON (CITY OF)<br>PO BOX 1539<br>BRANDON, MS 39042 |

BURBANK (CITY OF)
PO BOX 631
BURBANK, CA 91503 0631

BURTON (CITY OF)
4303 S CENTER ROAD
BURTON, MI 48519

BUTLER CNTY DEPT OF EVNIRON
130 HIGH STREET
HAMILTON, OH 45011

CALIFORNIA AMERICAN WATER COMP
PO BOX 7150
PASADENA, CA 91109 7150

CENTERPOINT ENERGY ARKLA
PO BOX 21734
SHREVEPORT, LA 71154

CENTERPOINT ENERGY ENTEX
PO BOX 4981
HOUSTON, TX 77210 4981

CENTERPOINT ENERGY GAS SVCS
PO BOX 201484
HOUSTON, TX 77216 1484

CENTERPOINT ENERGY GAS TRANS
PO BOX 203289
HOUSTON, TX 77216 3289

CENTURY TELEPHONE OF
PO BOX 4065
MONROE, LA 71211 4065

CENTURYTEL
PO BOX 4300
CAROL STREAM, IL 60197 4300

CHARLOTTE (CITY OF)
BILLING CENTER
600 EAST 4TH STREET
CHARLOTTE, NC 28250 0001

CINCINNATI BELL
PO BOX 787
FLORENCE, KY 41022 0787

CINCINNATI BELL TELEPHONE
PO BOX 748003
CINCINNATI, OH 45274 8003

CITIZENS GAS & COKE UTILITY
PO BOX 7056
INDIANAPOLIS, IN 46207 7056

CITIZENS GAS & COKE UTILITY IN-EFT-USA
PO BOX 7056
INDIANAPOLIS, IN 46207 7056

CLEVELAND (CITY OF)
PO BOX 94540
CLEVELAND, OH 44101 4540

COLUMBIA (CITY OF)
707 NORTH MAIN ST
COLUMBIA, TN 38401

COLUMBIA GAS OF OHIO
200 CIVIC CENTER DR
COLUMBUS, OH 43215 4138

COLUMBIA GAS OF OHIO
PO BOX 742510
CINCINNATI, OH 45274 2510

COLUMBIA GAS OF OHIO, CINCINNATI
PO BOX 742510
CINCINNATI, OH 45274 2510

COLUMBIA GAS OF VIRGINIA
PO BOX 742529
CINCINNATI, OH 45274 2529

COLUMBIA GAS TRANSMISSION CORP
PO BOX 641475
PITTSBURGH, PA 15264 1475

COLUMBIA PWR & WTR SYSTEMS
PO BOX 379
COLUMBIA, TN 38402 0379

COLUMBUS (CITY OF)
PO BOX 182882
COLUMBUS, OH 43218 2882

COMMONWEALTH EDISON IL BILLPAY
PO BOX 611
CAROL STREAM, IL 60197 6111

CONEDISON SOLUTIONS
PO BOX 223246
PITTSBURGH, PA 15251 2246

CONOCOPHILLIPS
ATTN: GENERAL COUNSEL
PO BOX 2197
HOUSTON, TX 77252 2197

CONSOLIDATED
PO BOX 747057
PITTSBURG, PA 15274 7057

CONSOLIDATED COMM
PO BOX 747100
PITTSBURGH, PA 15274 7100

CONSOLIDATED EDISON NEW YORK
PO BOX 1701
NEW YORK, NY 10116 1701

| | | |
|---|---|---|
| CONSUMERS ENERGY<br>1945 W. PARNALL<br>JACKSON, MI 49201 | CONSUMERS ENERGY MI (DETROIT)<br>PO BOX 30090<br>LANSING, MI 48937 7590 | CONSUMERS ENERGY MI (DETROIT)<br>PO BOX 30090<br>LANSING, MI 48909 7590 |
| CONSUMERS ENERGY MI (EFT)<br>PO BOX 30090<br>LANSING, MI 48909 7590 | CONSUMERS ENERGY MI (LANSING)<br>PO BOX 30090<br>LANSING, MI 48937 7590 | CONSUMERS ENERGY MI (LANSING)<br>PO BOX 30090<br>LANSING, MI 48909 7590 |
| CUCAMONGA COUNTY WATER DIST.<br>PO BOX 51788<br>LOS ANGELES, CA 90051 6088 | DAYTON POWER & LIGHT CO<br>PO BOX 740598<br>CINCINNATI, OH 45274 0598 | DBA AT&T DATACOMM INC<br>PO BOX 8104<br>AURORA, IL 60507 8104 |
| DEFIANCE UTILS BILLING<br>PO BOX 425<br>324 PERRY ST<br>DEFIANCE, OH 43512 | DEKALB CNTY TREASURY & ACCS.<br>PO BOX 1027<br>DECATUR, GA 30031 1027 | DELMARVA POWER<br>PO BOX 17000<br>WILMINGTON, DE 19886 |
| DELTA CHARTER TOWNSHIP<br>7710 WEST SAGINAW HWY<br>LANSING, MI 48917 9712 | DENVER W/WATER MANAGMNT DIV<br>PO BOX 173343<br>DENVER, CO 80217 3343 | DENVER WATER<br>PO BOX 173343<br>DENVER, CO 80217 3343 |
| DETROIT BRD OF WTR COMISNRS<br>PO BOX 32711<br>DETROIT, MI 48232 0711 | DOMINION EAST<br>PO BOX 26225<br>RICHMOND, VA 23260 6225 | DOMINION PEOPLES GAS<br>PO BOX 86190<br>PITTSBURGH, PA 15221 |
| DOMINION RETAIL INC<br>PO BOX 414607<br>BOSTON, MA 02241 4607 | DOMINION VIRGINIA POWER<br>PO BOX 26019<br>RICHMOND, VA 3260- | DTE ENERGY MI<br>PO BOX 630795<br>CINCINNATI, OH 45263 0795 |
| DTE ENERGY MI<br>PO BOX 67-069A<br>CINCINNATI, OH 48267 | DUKE ENERGY<br>PO BOX 70516<br>CHARLOTTE, NC 28272 0516 | DUKE ENERGY<br>PO BOX 9001076<br>LOUISVILLE, KY 40290 1076 |
| DUKE ENERGY<br>PO BOX 9001076<br>LOUISVILLE, KY 02090 1076 | DUQUESNE LIGHT COMP<br>PO BOX 10<br>PITTSBURGH, PA 15230 0010 | ECON GLOBAL SERVICES<br>4555 INVESTMENT DRIVE<br>TROY, MI 48098 |
| EDS LLC<br>500 RENAISSANCE<br>DETROIT, MI 48243 | EMBARQ COMMUNICATIONS INC<br>PO BOX 219489<br>KANSAS CITY, MO 64121 9489 | EMBARQ COMMUNICATIONS INC<br>PO BOX 660068<br>DALLAS, TX 75266 0068 |

| | | |
|---|---|---|
| EMBARQ COMMUNICATIONS INC<br>PO BOX 96064<br>CHARLOTTE, NC 28296 0064 | ENERGY - TPC IN<br>LOCKBOX 66949 CO<br>JP MORGAN CHASE<br>INDIANPOLIS, IN 46266 6949 | ENTERGY (POWER & LIGHT)<br>PO BOX 8105<br>BATON ROUGE, LA 70891 8105 |
| EQUITABLE GAS COMP<br>PO BOX 371820<br>PITTSBURGH, PA 15250 7820 | FAIRPOINT COMMUNICATIONS<br>PO BOX 1<br>WORCESTER, MA 01654 0001 | FALLS (TWP OF) WTR&SWR DEPT<br>435 ALDEN AVENUE<br>PMB 63<br>MORRISVILLE, PA 19067 4805 |
| FLAGG CREEK WTR RECLAM.DIST<br>7001 FRONTAGE ROAD<br>BURR RIDGE, IL 60527 | FLINT (CITY OF)<br>PO BOX 1950<br>FLINT, MI 48501 | FLINT TWSP BOARD PUBLIC WKS<br>1490 SOUTH DYE ROAD<br>FLINT, MI 48532 4121 |
| FONTANA (CITY OF)<br>8353 SIERRA AVENUE<br>FONTANA, CA 92335 3528 | FONTANA WATER COMPANY<br>PO BOX 5970<br>EL MONTE, CA 91734 1970 | FORSYTH CNTY DEPT OF WATER<br>PO BOX 100003<br>CUMMING, GA 30028 8303 |
| FORT WAYNE CITY UTILITIES<br>ONE E MAIN STREET<br>FORT WAYNE, IN 46802 | FRONTIER<br>PO BOX 20550<br>ROCHESTER, NY 14602 0550 | FRONTIER CORP<br>PO BOX 20550<br>ROCHESTER, NY 14602 0550 |
| GARLAND (CITY OF) UTIL SVCS<br>PO BOX 461508<br>GARLAND, TX 75046 1508 | GAS SOUTH<br>PO BOX 530552<br>ATALNTA, GA 30353 0552 | GEORGIA NATURAL GAS<br>PO BOX 105445<br>ATLANTA, GA 30348 5445 |
| GEORGIA POWER CO<br>96 ANNNEX<br>ATLANTA, GA 30396 | GEORGIA POWER COMPANY<br>96 ANNNEX<br>ATLANTA, GA 30396 | GRAND BLANC (CITY OF)<br>203 E GRAND BLANC RD<br>GRAND BLANC, MI 48439 |
| GRAND BLANC CHARTER TWP<br>PO BOX 1833<br>GRAND BLANC, MI 48480 0057 | GRANITE<br>PO BOX 1405<br>LEWISTON, ME 04243 1405 | HAWAIIAN TELCOM INC<br>PO BOX 30770<br>HONOLULU, HI 96820 0770 |
| HESS CORPORATION<br>PO BOX 905243<br>CHARLOTTE, NC 28290 5243 | HINSDALE (VILLAGE OF)<br>19 EAST CHICAGO AVE<br>HINSDALE, IL 60521 3489 | HUDSON (CITY OF)<br>3300 HEISER STREET<br>, WI 54016 |
| ILLINOIS AMERICAN WATER COM<br>PO BOX 94551<br>PALATINE, IL 60094 4551 | ILLUMINATING CO OH<br>PO BOX 3612<br>AKRON, OH 44309 3612 | ILLUMINATING CO OH<br>76 STH MAIN<br>PO BOX 3612<br>AKRON, OH 44309 3612 |

| | | |
|---|---|---|
| INDIANAPOLIS POWER & LIGHT CO<br>PO BOX 110<br>INDIANAPOLIS, IN 44309 3612 | INDIANAPOLIS WATER COMPANY<br>PO BOX 1990<br>INDIANAPOLIS, IN 46206 1990 | JACKSONVILLE (CITY OF) DPW<br>214 N. HOGAN ST.<br>10TH FLOOR<br>JACKSONVILLE, FL 32202 |
| JACKSONVILLE ELEC AUTHORITY<br>PO BOX 44297<br>JACKSONVILLE, FL 32231 4297 | JANESVILLE WATER (CITY OF)<br>18 NORTH JACKSON ST<br>JANESVILLE, WI 53547 5005 | KANSAS CITY BOARD PUBLIC UTI<br>PO BOX 219661<br>KANSAS CITY, MO 64121 9661 |
| KANSAS CITY BOARD PUBLIC UTILS<br>PO BOX 219661<br>KANSAS CITY, MO 64121 9661 | KANSAS GAS SERVICE KS<br>PO BOX 22158<br>TULSA, OK 74121 2158 | LACLEDE GAS CO<br>PO BOX 2082<br>ST LOUIS, MO 63195 |
| LACLEDE GAS COMPANY<br>720 OLIVE ST.<br>ST. LOUIS, MO 63101 | LANSING BOARD OF WATER & LIGHT<br>DOUGLAS K. WOOD<br>730 E HAZEL ST<br>P.O. BOX 13007<br>LANSING, MI 48912 1018 | LIVONIA WTR & SEW(CITY OF)<br>33000 CIVIC CENTER DR<br>LIVONIA, MI 48154 3097 |
| LORDSTOWN WATER DEPART<br>1455 SALT SPRINGS RD SW<br>LORDSTOWN, OH 44481 | LOS ANGELES (CITY OF) DWP<br>PO BOX 30808<br>LOS ANGELES, CA 90030 0808 | MAINSTREET REAL ESTATE<br>135 SOUTH LASALLE ST.<br>SUITE 1625<br>CHICAGO, IL 60603 |
| MANSFIELD (CITY OF)<br>CLOSED PLANT<br>, WI 44902 | MARION MUNICIPAL UTILITIES<br>PO BOX 718<br>MARION, IN 46952 0718 | MCI<br>27732 NETWORK PL<br>CHICAGO, IL 60673 1277 |
| MCI WORLDCOM<br>PO BOX 371355<br>PITTSBURGH, PA 15250 | MEMPHIS LIGHT GAS & WTR DIV<br>PO BOX 388<br>MEMPHIS, TN 38145 | MEMPHIS LIGHT GAS & WTR DIV<br>PO BOX 388<br>MENPHIS, TN 38145 |
| MESA (CITY OF)<br>PO BOX 1878<br>MESA, AZ 85211 1878 | MONROE CNTY WATER AUTHORITY<br>PO BOX 41999<br>ROCHESTER, NY 14604 4999 | MONTGOMERY CNTY SAN ENG DEPT<br>1850 SPAULDING ROAD<br>PO BOX 817601<br>DAYTON, OH 45481 7601 |
| MOUNTAINEER GAS COMPANY<br>PO BOX 362<br>CHARLESTON, WV 24322 0362 | NATIONAL FUEL<br>10 LAYFAYETTE SQ.<br>BUFFALO, NY 14203 | NATIONAL FUEL RESOURCES INC<br>PO BOX 9072<br>WILLIAMSVILLE, NY 14231 |
| NATIONAL GRID<br>PO BOX 1005<br>WOBURN, MA 01807 1005 | NATIONAL GRID<br>PO BOX 1303<br>BUFFALO, NY 14240 | NEW CASTLE COUNTY<br>FINANCE DIV ? TREASURY<br>87 READS WAY<br>NEW CASTLE, DE 19720 |

| | | |
|---|---|---|
| NEW JERSEY AMERICAN WATER<br>, OH 08035 | NEW YORK POWER AUTHORITY<br>PO BOX 2245<br>SYRACUSE, NY 13220 2245 | NICOR GAS IL<br>PO BOX 0632<br>AURORA, IL 60507 0632 |
| NORTHEAST OHIO REGNL SWR DIS<br>PO BOX 94550<br>CLEVELAND, OH 44101 4550 | NORTHERN INDIANA PUB SVC COMP<br>PO BOX 13077<br>MERRILLVILLE, IN 46411 3007 | NORTHWEST NATURAL GAS<br>PO BOX 6017<br>PORTLAND, OR 97228 6017 |
| NORTON (TOWN OF)<br>, MA 02205 | NV ENERGY<br>PO BOX 10100<br>6100 NEIL RD<br>RENO, NV 89520 | NYC WATER BOARD<br>PO BOX 410<br>CHURCH STREET STATION<br>NEW YORK, NY 10008 0410 |
| OHIO EDISON COMPANY<br>PO BOX 3637<br>AKRON, OH 44309 3637 | ONTARIO (VILLAGE OF)<br>3375 MILLIGAN ROAD<br>MANSFIELD, OH 44906 0166 | ORION (CHARTER TOWNSHIP)<br>2525 JOSLYN RD<br>LAKE ORION, MI 48360 |
| PACIFIC BELL DBA SBC<br>PAYMENT CENTER<br>SACRAMENTO, CA 95887 0001 | PACIFIC GAS & ELECTRIC COMP<br>PO BOX 997300<br>SACRAMENTO, CA 95899 7300 | PANHANDLE EASTERN PIPE LINE CO<br>PO BOX 201202<br>HOUSTON, TX 77216 1202 |
| PECO ENERGY COMPANY<br>PO BOX 37632<br>PHILADELPHIA, PA 19101 | PECO ENERGY COMPANY<br>PO BOX 37632<br>PHILADELPHA, PA 19101 | PENN POWER A FIRST ENERGY COM USA<br>PO BOX 3687<br>AKRON, OH 44309 |
| PENNSYLVANIA AMERICAN WTR COM<br>PO BOX 371412<br>PITTSBURGH, PA 15250 7412 | PIEDMONT NATURAL GAS COMP<br>PO BOX 533500<br>ATLANTA, GA 30353 3500 | PONTIAC (CITY OF)<br>PO BOX 805046<br>CHICAGO, IL 60680 4111 |
| PORTLAND GENERAL ELECTRIC<br>PO BOX 4438<br>PORTLAND, OR 97208 | QWEST<br>PO BOX 17360<br>DENVER, CO 80217 0360 | QWEST<br>PO BOX 29039<br>PHOENIX, AZ 85038 9039 |
| QWEST<br>PO BOX 29040<br>PHOENIX, AZ 85038 9040 | QWEST<br>PO BOX 91154<br>SEATTLE, WA 98111 9254 | QWEST<br>PO BOX 91155<br>SEATTLE, WA 98111 9255 |
| R & M INVESTMENTS<br>11423 SUNRISE GOLD CR#16<br>RANCHO CORDOVA, CA 95742 | RENO (CITY OF)<br>ONE EAST 1ST STREET. 2ND FLOOR<br>PO BOX 1900<br>RENO, NV 89505 1900 | ROANOKE (CITY OF)<br>108 S OAK ST<br>ROANOKE, TX 76262 2610 |

| | | |
|---|---|---|
| ROMULUS (CITY OF)<br>11111 WAYNE RD<br>ROMULUS, MI 48174 | SAGINAW (CITY OF) WTR & SWR<br>TREASURER<br>PO BOX 5079<br>SAGINAW, MI 48605 5079 | SAWNEE ELEC MEMBERSHIP CORP<br>PO BOX 2153<br>DEPT 2430<br>BORMINGHAM, AL 35287 |
| SBC<br>PO BOX 989045<br>WEST SAC, CA 95798 9045 | SBC INTERNET SERVICES.<br>PO BOX 5016<br>CAROL STREAM, IL 60197 | SBC PAYMENT CENTER<br>SACRAMENTO, CA 95887 0001 |
| SEMINOLE ENERGY SERVICES<br>DEPARTMENT 1886<br>TULSA, OK 74182 | SHELL ENERGY N AMERICA (US)<br>PO BOX 7247-6355<br>PHILADELPHIA, PA 19170 6355 | SHREVEPORT (CITY OF)<br>PO BOX 30065<br>SHREVEPORT, LA 71153 0065 |
| SIERRA PACIFIC POWER CO USA NO LONGER A SUPPLIER<br>295 EDISON WAY<br>RENO, NV 89502 | SMART CITY TELECOM<br>PO BOX 917720<br>ORLANDO, FL 32891 7720 | SOUTHERN CALIFORNIA EDISON<br>PO BOX 300<br>ROSAMEAD, CA 91771 |
| SOUTHERN CALIFORNIA GAS CO<br>PO BOX C<br>MONTERY PARK, CA 91756 | SOUTHWEST GAS CORPORATION<br>PO BOX 52075<br>PHOENIX, AZ 85072 2075 | SOUTHWESTERN BELL<br>P.O BOX 630047<br>DALLAS, TX 75263 0047 |
| SOUTHWESTERN BELL<br>PO BOX 5001<br>CAROL STREAM, IL 60197 5001 | SOUTHWESTERN BELL<br>PO BOX 5011<br>CAROL STREAM, IL 60197 | SOUTHWESTERN BELL<br>PO BOX 650661<br>DALLAS, TX 75265 0661 |
| SOUTHWESTERN BELL CORP<br>PO BOX 105414<br>ATLANTA, GA 30348 5414 | SOUTHWESTERN BELL CORP<br>PO BOX 630047<br>DALLAS, TX 75263 0047 | SOUTHWESTERN BELL DBA SBC<br>PO BOX 5017<br>CAROL STREAM, IL 60197 5017 |
| SPOTSYLVANIA (CNTY TRESUR)<br>PO BOX C 9000<br>SPOTSYLVANIA, VA 22553 9000 | SPRING HILL (CITY OF)<br>PO BOX 789<br>SPRING HILL, TN 37174 0789 | SPRINT<br>PO BOX 219100<br>KANSAS CITY, MO 64121 9100 |
| SPRINT<br>6200 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | SPRINT-02<br>PO BOX 219100<br>KANSAS CITY, MO 64121 9100 | SRP SALT RIVER PROJECT<br>PO BOX 2950<br>PHOENIX, AZ 85062 2950 |
| ST LAWRENCE GAS CO<br>33 STEARNS ST.<br>MASSENA, NY 13662 | STERLING HEIGHTS (CITY OF)<br>PO BOX 55000<br>DETROIT, MI 48255 1816 | SUMMIT ENERGY<br>10350 ORMSBY PARK PLACE<br>SUITE 400<br>LOUISVILLE, KY 40223 |

| | | |
|---|---|---|
| SWARTZ CREEK (CITY OF)<br>8083 CIVIC DR.<br>SWARTZ CREEK, MI 48473 1377 | TDS TELECOM<br>PO BOX 94510<br>PALATINE, IL 60094 4510 | TENNESSEE VALLEY AUTHORITY<br>PO BOX 30517<br>NASHVILLE, TN 37230 5172 |
| THOUSAND OAKS (CITY OF)<br>DEPARTMENT NUMBER # 7235<br>LOS ANGELES, CA 90088 7235 | TIME WARNER TELECOM<br>PO BOX 172567<br>DENVER, CO 80217 2567 | TOLEDO (CITY OF)<br>420 MADISON AVE STE 100<br>TOLEDO, OH 43667 0001 |
| TOLEDO EDISON COMPANY<br>PO BOX 3612<br>AKRON, OH 44309 3612 | TOLEDO EDISON COMPANY<br>PO BOX 3638<br>AKRON, OH 44309 3638 | TONAWANDA (TOWN OF)<br>ROOM 14 MUNICIPAL BLDG<br>2919 DELAWARE AVE<br>KENMORE, NY 14217 |
| TONAWANDA (TOWN OF) PRTRT<br>PRETREATMENT DIVISION<br>779 TWO MILE CREEK ROAD<br>TONAWANDA, NY 14150 | TORRANCE (CITY<br>PO BOX 9005<br>SAN DIMAS, CA 91773 | TRENTON WATERWRKS (CITY OF)<br>1375 PARKWAY AVE<br>TRENTON, NJ 08628 |
| TROY (CITY OF )<br>DRAWER #0103<br>PO BOX 33321<br>DETROIT, MI 48232 5321 | TRUCKEE MEADOWS WATER AUTH<br>PO BOX 659565<br>SAN ANTONIO, TX 78265 9565 | TRUMBULL COUNTY WTR & SWR<br>ACCOUNTS RECEIVABLES DEPT<br>842 YOUNGSTOWN KINGSVILLE ROAD<br>VIENNA, OH 44473 |
| TRUNKLINE GAS COMPANY LLC<br>PO BOX 201203<br>HOUSTON, TX 77216 1203 | TXU (ONCOR ELECTRIC DELIVERY)<br>PO BOX 660161<br>DALLAS, TX 75266 0161 | UNITED REMC<br>PO BOX 605<br>MARKLE, IN 46770 0605 |
| VAN BUREN CHARTER TOWN<br>46425 TYLER RD<br>BELLEVILLE, MI 48111 | VECTREN ENERGY DELIVERY IN<br>PO BOX 6248<br>INDIANAPOLIS, IN 46206 6262 | VECTREN ENERGY DELIVERY OH<br>PO BOX 6262<br>INDIANAPOLIS, IN 46206 6262 |
| VERIZON<br>P.O BOX 920041<br>DALLAS, TX 75392 0041 | VERIZON<br>PO BOX 1<br>WORCESTER, MA 01654 0001 | VERIZON<br>PO BOX 1100<br>ALBANY, NY 12250 |
| VERIZON<br>PO BOX 15124<br>ALBANY, NY 12212 5124 | VERIZON<br>PO BOX 28000<br>LEHIGH VALLEY, PA 18002 8000 | VERIZON<br>PO BOX 37200<br>BALTIMORE, MD 21297 3200 |
| VERIZON<br>PO BOX 4832<br>TRENTON, NJ 08650 4832 | VERIZON<br>PO BOX 4833<br>TRENTON, NJ 08650 4833 | VERIZON<br>PO BOX 4836<br>TRENTON, NJ 08650 4836 |

VERIZON
PO BOX 660720
DALLAS, TX 75266 0720

VERIZON
PO BOX 660748
DALLAS, TX 75266 0748

VERIZON
VERIZON NORTHWEST
PO BOX 9688
MISSION HILLS, CA 91346 9688

VERIZON BUSINESS
PO BOX 371322
PITTSBURGH, PA 15250 7322

VERIZON CALIFORNIA
PO BOX 9688
MISSION HILLS, CA 91346 9688

VERIZON COMMUNICATIONS
140 WEST STREET
NEW YORK, NY 10007

VERIZON>9T
PO BOX 660720
DALLAS, TX 75266

WARREN (CITY OF) WATER DIV
ONE CITY SQUARE
SUITE 420
WARREN, MI 48093 2394

WARREN (CITY OF) WWTP M
ONE CITY SQUARE
SUITE 420
WARREN, MI 48093 2394

WARREN (CITY OF)UTIL SRVCS
580 LAIRD AVE SE
PO BOX 670
WARREN, OH 44482 0670

WARREN RURAL ELECTRIC CO OP
951 FAIRVIEW AVENUE
BOWLING GREEN, KY 42102 1118

WATERFORD TWP WTR & SWR
5240 CIVIC CENTER DRIVE
WATERFORD, MI 48329

WAYNE (COUNTY OF)
WAYNE COUNTY AIRPORT LC SMITH
TERMINAL?MEZZANINE
DETROIT, MI 48242

WAYNE (COUNTY OF) WAYNE COUNTY
AIRPORT LC
SMITH TERMINAL MEZZANINE
DETROIT, MI 48242

WENTZVILLE (CITY OF)
310 W. PEARCE BLVD.
WENTZVILLE, MO 63385 0308

WEST BAY EXPLORATION CO
13685 WEST BAY SHORE
SUITE 200
TRAVERSE CITY, MI 49684

WEST MIFFLIN SSA PA LEGAL TAX
LEGAL TAX SERVICE INC
PO BOX 10020
PITTSBURGH, PA 15236 6020

WEST SIDE WTR LANSING TWP
3209 W MICHIGAN AVE
LANSING, MI 48917

WIXOM (CITY OF)
PO BOX 79001
DETROIT, MI 48279 1077

WYOMING (CITY OF)
PO BOX 905
WYOMING, MI 49509 0905

XCEL ENERGY
PO BOX 840
DENVER, CO 80201

XCEL ENERGY
PO BOX 9477
MINNEAPOLIS, MN 55484 9477

YPSILANTI COMM UTILS AUTH
2777 STATE ROAD
CITIZEN BANK OF FLINT
YPSILANTI, MI 48198 9112

# Exhibit B

| | | |
|---|---|---|
| AT&T COLLOCATION PRO CABS<br>COLLOCATION PRO CABS<br>ATLANTA, GA  30348 | AT&T CORP-05<br>BILL PAYMENT CENTER<br>CHICAGO, IL  60663 0001 | AT&T CORP-05<br>BILL PAYMENT CTR<br>SAGINAW, MI  48663 0003 |
| AT&T CORP-05 OPUS<br>NEWARK, NJ  07101 5632 | MANSFIELD (CITY OF)<br>CLOSED PLANT<br>WI  44902 | NEW JERSEY AMERICAN WATER<br>OH  08035 |
| NORTON (TOWN OF)<br>MA  02205 | SBC PAYMENT CENTER<br>SACRAMENTO, CA  95887 0001 | SEMINOLE ENERGY SERVICES<br>DEPARTMENT  1886<br>TULSA, OK  74182 |
| THOUSAND OAKS (CITY OF)<br>DEPARTMENT NUMBER # 7235<br>LOS ANGELES, CA  90088 7235 | WAYNE (COUNTY OF)<br>WAYNE COUNTY AIRPORT LC SMITH<br>TERMINAL?MEZZANINE<br>DETROIT, MI  48242 | WAYNE (COUNTY OF) WAYNE<br>COUNTY AIRPORT LC<br>SMITH TERMINAL MEZZANINE<br>DETROIT, MI  48242 |

# Exhibit C

| | | |
|---|---|---|
| BLUESTAR ENERGY<br>IL 69603 | COLUMBIA GAS OF OHIO COLUMBUS<br>200 CIVIC CENTER DRIVE<br>PO BOX 117<br>COLUMBUS, OH 43216 0117 | CONSTELLATION ENG PROJ&SVC<br>100 FOOT OF JOHN STREET<br>2ND FLOOR<br>LOWELL, MA 01852 |
| DETROIT THERMAL LLC<br>541 MADISON<br>DETROIT, MI 48226 | DP&L ENERGY RESOURCES<br>1065 WOODMAN DRIVE<br>DAYTON, OH 45432 | ENERGYUSA - TPC  IN<br>CO JP MORGAN CHASE INDIANPOLIS<br>LOCKBOX 66949<br>INDIANAPOLIS, IN 46266 6949 |
| GRANGER ELECTRIC COMPANY<br>PO BOX 27185<br>LANSING, MI 48909 | INTEGRYS ENERGY SERVICES<br>1716 LAWRENCE DR.<br>DE PERE, WI 54115 | MMA RENEWABLE VENTURES FINANCE<br>621 EAST PRATT STREET 3RD FLOOR<br>BALTIMORE,, MD 21202 |
| NYSEG SOLUTIONS<br>50 METHODIST HILL<br>ROCHESTER, NY 14623 | PEPCO ENERGY SERVICES<br>PO BOX 659408<br>SAN ANTONIO, TX 78265 | RELIANT ENERGY SOLUTIONS LLC<br>DEPT 0954<br>DALLAS, TX 77210 |
| RIVERFRONT HOLDINGS INC.<br>200 RENAISSANCE CENTER<br>DETROIT, MI 48243 | SEQUENT ENERGY MANAGEMENT USA<br>1200 SMITH STREET<br>SUIT 900<br>HOUSTON, TX 77002 4374 | WARREN COUNTY WATER DISTRICT<br>PO BOX 10180<br>BOWLING GREEN, KY 421202 4780 |