```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re                                          :
                                               :       Chapter 11 Case No.
GENERAL MOTORS CORP., et. al.                  :
                                               :       09-50026 (REG)
                                               :
              Debtors.                         :       (Jointly Administered)
                                               :
-------------------------------------------------------------X
```

## CERTIFICATE OF SERVICE

STATE OF NEW YORK    :
                     ss:
COUNTY OF SUFFOLK    :

Barbara Kelley Keane, being duly sworn, deposes and states:

  1.  I am an Assistant Director employed by The Garden City Group, Inc., the proposed claims and noticing agent ("GCG") for the debtors and debtors-in-possession (the "Debtors") in the above-captioned case. Our business address is 105 Maxess Road, Melville, New York 11747.

  2.  On June 1, 2009, at the direction of Weil, Gotshal & Manges LLP ("Weil Gotshal"), proposed counsel for the Debtors, GCG caused a true and correct copy of the following documents to be served via facsimile transmission or email (if no facsimile number was provided) on the parties that filed a Notice of Appearance prior to the start of the hearing on first day motions as set forth on Exhibit "A" annexed hereto:

  A.  **Notice Of Commencement Of Chapter 11 Cases And First Day Hearing – [Docket No. 97].**

  B.  **Motion Of Debtors For Entry Of Order Directing Joint Administration Of Chapter 11 Cases Pursuant To Fed. R. Bankr. P. 1015(B) [Docket No 16];**

  C.  **Motion Of Debtors For Entry Of Order Pursuant To 11 U.S.C. §§ 105(a), 342(a), And 521(a)(1), Fed. R. Bankr. P. 1007(a) And 2002(a), (d), (f), and (*l*), And Local Bankruptcy Rule 1007-1(I) Waiving Requirement To File Lists Of Creditors And Equity Security Holders And (II) Approving Form And Manner Of Notifying Creditors Of Commencement Of Debtors' Chapter 11 Cases And First Meeting Of Creditors [Docket No 17];**

  D.  **Motion Of Debtors For Entry Of Order Pursuant To 11 U.S.C. § 521 And Fed. R. Bankr. P. 1007(c) Extending Time To File Schedules Of Assets And Liabilities, Schedules Of Executory Contracts And Unexpired Leases, And Statements Of Financial Affairs [Docket No 19];**

E.     Affidavit Of Frederick A. Henderson Pursuant to Local Bankruptcy Rule 1007-2 [Docket No 21];

F.     Motion Of Debtors For Entry Of Order Pursuant To 11 U.S.C. § 105(a) Enforcing Protections Of 11 U.S.C. §§ 362, 365(e)(1), And 525 [Docket No 23];

G.     Motion Of Debtors For Entry Of Order Pursuant To 11 U.S.C. §§ 363(c)(1) And 503(b)(1)(A) Granting Administrative Expense Status To Undisputed Obligations To Vendors Arising From Postpetition Delivery Of Goods And Services Ordered Prepetition And Authorizing Debtors To Pay Such Obligations In Ordinary Course Of Business [Docket No 27];

H.     Motion Of Debtors For Entry Of Order Pursuant To 11 U.S.C. §§ 105(a), 345(b), 363(b), 363(c) And 364(a), And Fed. R. Bankr. P. 6003 And 6004 (A) Authorizing Debtors To (I) Continue Using Existing Cash Management System, (II) Honor Certain Prepetition Obligations Related To Use Of Cash Management System, And (III) Maintain Existing Bank Accounts And Business Forms; (B) Extending Time To Comply 11 U.S.C. § 345(b); And (C) Scheduling A Final Hearing [Docket No 30];

I.     Motion Of Debtors For Entry Of Order Pursuant To 11 U.S.C. §§ 105(a), 363(b), And 507, (I) Authorizing Debtors To (a) Pay Certain Employee Compensation And Benefits And (b) Maintain And Continue Such Benefits And Other Employee-Related Programs And (II) Directing Banks To Honor Prepetition Checks For Payment Of Prepetition Employee Obligations [Docket No 33];

J.     Motion Of Debtors For Entry Of Order Pursuant To 11 U.S.C. §§ 105(a) And 363(b) (I) Authorizing Debtors To Pay Prepetition Obligations To Foreign Creditors And (II) Authorizing And Directing Financial Institutions To Honor And Process Related Checks And Transfers [Docket No 38];

K.     Motion Of Debtors For Entry Of Order Pursuant To 11 U.S.C. §§ 105(a) And 363 Authorizing Debtors To Honor Prepetition Obligations To Customers, Dealers, And Trade Customers and To Otherwise Continue Warranty, Credit Card, Other Customer, Dealer And Trade Customer Programs In The Ordinary Course Of Business [Docket No 42];

L.     Motion Of Debtors For Entry Of Order Pursuant To 11 U.S.C. §§ 105(a) And 546(c) Establishing And Implementing Exclusive And Global Procedures For Treatment Of Reclamation Claims [Docket No 47];

M.     Motion Of Debtors For Entry Of Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b)(9) Establishing Procedures For The Assertion, Resolution, And Satisfaction Of Claims Asserted Pursuant To 11 U.S.C. § 503(b)(9) [Docket No 51];

2

N.   Motion Of Debtors For Entry Of Order Pursuant To 11 U.S.C. §§ 105 And 363(b) Authorizing Payment Of Certain Prepetition (I) Shipping And Delivery Charges For Goods In Transit, (II) Customs Duties, And (Iii) Tooling And Mechanics Lien Charges [Docket No 53];

O.   Motion Of Debtors For Entry Of Order Pursuant To 11 U.S.C. §§ 363(b), 507(a)(8), 541, And 105(a), Authorizing Debtors To Pay Prepetition Taxes And Assessments [Docket No 55];

P.   Motion Of Debtors For Entry Of Order Pursuant To 11 U.S.C. §§ 105(a) And 366 (I) Approving Debtors' Proposed Form Of Adequate Assurance Of Payment, (II) Establishing Procedures For Resolving Objections By Utility Companies, And (III) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Service [Docket No 58];

Q.   Motion of Debtors for Entry Of Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507 (i) Authorizing Use of Cash Collateral, (ii) Granting Adequate Protection to the Revolver Secured Parties, (iii) Granting Adequate Protection to the Term Loan Secured Parties, and (iv) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No 60];

R.   Motion Of Debtors For Entry Of An Order Pursuant To 11 U.S.C. §§ 361, 362, 363, And 364 (I) Authorizing The Debtors To Obtain Postpetition Financing, Including On An Immediate, Interim Basis; (II) Granting Superpriority Claims And Liens; (III) Authorizing The Debtors To Use Cash Collateral; (IV) Granting Adequate Protection To Certain Prepetition Secured Parties; (V) Authorizing The Debtors To Prepay Certain Secured Obligations In Full Within 45 Days; And (VI) Scheduling A Final Hearing Pursuant To Bankruptcy Rule 4001 [Docket No 64];

S.   Declaration of William C. Repko in Support of Debtors' Proposed Debtor in Possession Financing Facility [Docket No 68];

T.   Motion Of Debtors For Entry Of Order Pursuant To 11 U.S.C. §§ 363(b), 503(b), And 105(a) And Fed. R. Bankr. P. 6003 And 6004 (I) Authorizing Debtors To (A) Continue Their Liability, Product, Property, And Other Insurance Programs And (B) Pay All Obligations In Respect Thereof, And (II) Authorizing And Directing Financial Institutions To Honor And Process Checks And Transfers Related To Such Obligations [Docket No 72];

U.   Motion Of Debtors For Entry Of Order Pursuant To 11 U.S.C. §§ 105, 363, And 364 Authorizing Debtors To (I) Pay Prepetition Claims Of Certain Essential Suppliers, Vendors And Service Providers; (II) Continue Troubled Supplier Assistance Program; And (III) Continue Participation In The United States Treasury Auto Supplier Support Program [Docket No 76];

V.   Motion For Entry Of Order Authorizing Debtors To Enter Into, and Approving, Ratification Agreement with GMAC LLC [Docket No 80];

    W.    **Joint Motion for the Debtors and GMAC LLC for Entry of Order Authorizing Them to File Documents Under Seal [Docket No. 87];**

    X.    **Motion Of The Debtors Pursuant to 11 U.S.C. §§ 105(a) And 362 For Entry Of (I) Interim And Final Orders Establishing Notification Procedures Regarding Restrictions On Certain Transfers of Interests In The Debtors And (II) Order Scheduling a Final Hearing [Docket No 88];**

    Y.    **Debtors' Motion Pursuant To 11 U.S.C. §§ 105, 363(b), (f), (k) And (m), And 365 And Fed. R. Bankr. P. 2002, 6004, And 6006, To (I) Approve (A) The Sale Pursuant To The Master Sale And Purchase Agreement With Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser, Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (B) The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; And (C) Other Relief; And (II) Schedule Sale Approval Hearing [Docket No. 92];**

    Z.    **Memorandum of Law in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), (m) and 365, and Fed. R. Bank. P. 2002, 6004, 6006, to (I) Approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser, Free and Clear and Liens, Claims, Encumbrances and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Hearing [Docket No. 105].**

I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

                                                       /s/ Barbara Kelley Keane

**EXHIBIT A**

09-50026-mg    Doc 372    Filed 06/03/09    Entered 06/03/09 21:44:22    Main Document
Pg 5 of 8

| | | |
|---|---|---|
| Severstal North America, Inc<br>Allard & Fish LLP<br>Attn: Deborah L Fish Esq<br>Detroit, MI 48226<br>Email: Dfish@allardfishpc.com | Robert Bosch LLC<br>Warner Norcross & Judd LLP<br>Attn: Gordon J Toering<br>Grand Rapids, MI 49503<br>Fax #: 616.222.2185 | International Union, UAW<br>Cleary Gottlieb Steen & Hamilton LLP<br>James L. Bromley<br>NEW YORK, NY<br>Fax #: (212) 225-3999 |
| Paddock Chevrolet, Inc<br>Harter Secrest & Emery Llp<br>Kenneth Africano, Raymond Fink Esq<br>Buffalo, NY 14202<br>Fax #: (716) 853-1617 | Paddock Chevrolet, Inc<br>Harter Secrest & Emery Llp<br>John R. Weider, Ingrid Palermo Esq<br>Rochester, NY 14604<br>Fax #: (585) 232-2152 | Unofficial GM Dealers Committee<br>Orrick, Herrington & Sutcliffe LLP<br>Alyssa D. Englund, Courtney M. Rogers<br>New York, NY 10103<br>Fax #: (212) 506-5151 |
| Unofficial GM Dealers Committee<br>Orrick, Herrington & Sutcliffe LLP<br>Roger Frankel, Richard H. Wyron<br>Washington, DC 20005<br>Fax #: (202) 339-8500 | Ford Motor Company<br>DAVIS POLK & WARDWELL<br>Donald Bernstein, Marshall Huebner<br>New York, NY 10017<br>Fax #: (212) 450-6444 | Texas Comptroller of Public Accounts<br>Mark Browning, Asst Atty Gen<br>Bankruptcy & Collection Division<br>Austin, TX 78711<br>Email: bk-mbrowning.oag.state.tx.us |
| Johnson Controls, Inc<br>Dickinson Wright PLLC<br>500 Woodward Avenue<br>DETROIT, MI 48226<br>Email: jplemmons2@dickinsonwright.com | Johnson Controls, Inc<br>Dickinson Wright PLLC<br>Michael C. Hammer, Esq.<br>Ann Arbor, MI 48104<br>Email: mchammer3@dickinsonwright.com | Johnson Controls, Inc<br>Dickinson Wright PLLC<br>Dawn R. Copley, Esq.<br>DETROIT, MI 48226<br>Email: dcopley@dickinsonwright.com |
| Johnson Controls, Inc<br>Dickinson Wright PLLC<br>Kerry M Ewald<br>NASHVILLE, TN 37219<br>Email: kewald@dickinsonwright.com | Arlington ISD<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>Elizabeth Banda<br>Arlington, TX 76094<br>Fax #: (817) 860-6509 | United States Steel Corporation<br>Reed Smith LLP<br>Kurt F. Gwynne, Esq<br>WILMINGTON, DE 19801<br>Fax #: (302) 778-7575 |
| United States Steel Corporation<br>Reed Smith LLP<br>Eric A Schaffer<br>PITTSBURGH, PA 15219<br>Fax #: (412) 288-3063 | GMAC LLC<br>Otterbourg, Steindler, Houston & Rosen P.C<br>Daniel Wallen, Melanie Cyganowski<br>NEW YORK, NY 10169<br>Fax #: (212) 682-6104 | Johnson Controls, Inc<br>Dickinson Wright PLLC<br>Colleen M. Sweeney<br>NASHVILLE, TN<br>Email: csweeney@dickinsonwright.com |
| Norfolk Southern Corp & Norfolk Southern Railway<br>Potter Anderson & Carroon LLP<br>David J. Baldwin, R Stephen McNeill<br>Wilmington, DE<br>Fax #: 302-658-1192 | Magna International, Inc.<br>Dickinson Wright PLLC<br>James A. Plemmons, Esq.<br>DETROIT, MI 48226<br>Email: jplemmons2@dickinsonwright.com | United Steelworkers<br>Levy Ratner P.C.<br>Suzanne Hepner, Ryan Barbur<br>New York, NY 10011<br>Fax #: (212) 627-8182 |
| Hitach, Ltd et al<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.,<br>Paul J. Ricotta, Esquire<br>Boston, MA<br>Fax #: 617-542-2241 | Magna International, Inc.<br>DIckinson Wright, PLLC<br>Michael C. Hammer, Esq<br>Ann Arbor, MI 48104<br>Email: mchammer3@dickinsonwright.com | Magna International, Inc.<br>DIckinson Wright, PLLC<br>Dawn R. Copley, Esq.<br>DETROIT, MI 48226<br>Email: dcopley@dickinsonwright.com |
| Delphi Corporation<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Kayalyn A. Marafioti, Gregory Fox<br>New York, NY<br>Fax #: 212-735-2000 | Delphi Corporation<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>John Wm. Butler, Jr.<br>CHICAGO, IL<br>Fax #: 312-407-0411 | General Motors National Retiree Association<br>STAHL COWEN CROWLEY ADDIS LLC<br>Trent P Cornell, Jon D. Cohen, Esq.<br>CHICAGO, IL<br>Fax #: (312) 641-6959 |
| WA Thomas Co & Specialty Engine Components, LLC<br>Richard W. Martinez, APLC<br>Richard W. Martinez<br>New Orleans, LA<br>Fax #: (504)525-6701 | Magna International, Inc.<br>Dickinson Wright PLLC<br>Kerry Masters Ewald, Esq.<br>NASHVILLE, TN<br>Email: kewald@dickinsonwright.com | Citicorp USA, Inc<br>Simpson Thacher & Bartlett LLP<br>Peter V. Pantaleo, David J Mack<br>NEW YORK, NY<br>Fax #: 212-455-2502 |

Dana Holding Corporation
Lisa Wurster
4500 Dorr Street
Toledo, OH
Fax #: (419) 535-4790

Magna International Inc
Dickinson Wright PLLC
Colleen M. Sweeney
NASHVILLE, TN
Email: csweeney@dickinsonwright.com

Osram Sylvania Products, Inc
Pepper Hamilton LLP
Deborah Kovsky-Apap, Dennis S. Kayes
DETROIT, MI
Fax #: 313.259.7926

The Royal Bank of Scotland PLC, et al
CLIFFORD CHANCE US LLP
Andrew P. Brozman, Sarah Campbell
NEW YORK, NY
Fax #: (212) 878-8375

Johnson Controls, Inc
Dickinson Wright PLLC
Doron Yitzchaki
Ann Arbor, MI 48104
Email: dyitzchaki@dickinsonwright.com

Ohio Attorney General
Victoria D. Garry, Asst Atty Gen
Collections Division
Cincinnati, OH
Fax #: (513) 852-3484

Magna International Inc
Dickinson Wright PLLC
Doron Yitzchaki
Ann Arbor, MI 48104
Email: dyitzchaki@dickinsonwright.com

PPG Industries, Inc
K&L GATES LLP
Eric T Moser, Jeffrey N Rich
New York, NY
Email: jeff.rich@klgates.com
eric.moser@klgates.com

Superior Acquisition, Inc.
Seyburn, Kahn, Ginn, Bess and Serlin, P.C.
Leslie J. Stein
Southfield, MI
Fax #: (248) 353-3727

Superior Industries International, Inc
ARENT FOX LLP
James M. Sullivan
New York, NY
Fax #: (212) 484-3990

Ad Hoc Committee of Asbestos Personal Injury Claimants
Stutzman, Bromberg, Esserman & Plifka PC
Sander Esserman, Peter D'Apice et al
DALLAS, TX
Fax #: (214) 969-4999

The Timken Company
ARENT FOX LLP
James M. Sullivan
New York, NY
Fax #: (212) 484-3990

Superior Acquisition, Inc.
Seyburn, Kahn, Ginn, Bess and Serlin, P.C.
David T. Lin
Southfield, MI
Fax #: (248) 353-3727

Missouri Department of Revenue
Steven A. Ginther, Special Asst Atty Gen
301 W. High Street, Room 670
Jefferson City, MO
Fax #: (573) 751-7232

United Steelworkers
David R. Jury, Esq.
Attorneys for United Steelworkers
PHILADELPHIA, PA
Fax #: (412) 562-2574

Dana Holding Corporation
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Alan Kornberg, Rebecca Zubaty, Ian Pohl
New York, NY
Fax #: (212) 757-3990

09-50026-mg    Doc 372    Filed 06/03/09    Entered 06/03/09 21:44:22    Main Document
Pg 8 of 8