**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| GENERAL MOTORS CORPORATION, *et al.*, ) | Case No. 09-50026 (REG) |
| ) | |
| DEBTORS. ) | (Jointly Administered) |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES, PLEADINGS AND ORDERS**

PLEASE TAKE NOTICE that the undersigned and the law firm of Munsch Hardt Kopf & Harr, P.C. appear as counsel for Computer Sciences Corporation ("CSC"), a party-in-interest in the bankruptcy cases of General Motors Corporation and its affiliated debtors (collectively, the "Debtors"), and, pursuant to §1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010, Federal Rules of Bankruptcy Procedure, request that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be served upon the undersigned at the following address:

> Raymond J. Urbanik
> Munsch Hardt Kopf & Harr, P.C.
> 3800 Lincoln Plaza
> 500 N. Akard Street
> Dallas, Texas 75201-6659
> Telephone: (214) 855-7500
> Facsimile: (214) 978-4374
> E-mail: rurbanik@munsch.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned additionally requests that the Debtors and their counsel, all court-appointed committees and their counsel, the United States

Trustee, the Clerk of the Court, and all parties filing a notice of appearance herein place the foregoing party's name and address on any mailing matrix or list of creditors to be prepared or existing in the above-referenced bankruptcy cases.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be, and shall not constitute, a waiver of strict service in connection with any adversary proceeding related to these bankruptcy cases, and shall not constitute a waiver of CSC's: (1) right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (2) right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any and all other rights of CSC, all of which CSC expressly reserves.

Respectfully submitted on this 4th day of June, 2009.

>MUNSCH HARDT KOPF & HARR, P.C.
>3800 Lincoln Plaza
>500 N. Akard Street
>Dallas, Texas 75201-6659
>Telephone:  (214) 855-7500
>Facsimile:  (214) 978-4374
>E-mail:  rurbanik@munsch.com
>
>By: /s/ Raymond J. Urbanik
>    Raymond J. Urbanik
>    NY Bar RU 1842
>    Texas Bar No. 20414050
>
>ATTORNEYS FOR COMPUTER SCIENCES CORPORATION

## CERTIFICATE OF SERVICE

This is to certify that on the 4th day of June, 2009, the undersigned caused a true and correct copy of the foregoing Notice of Appearance to be served electronically on those parties requesting electronic service via the Court's ECF system and on the parties listed below via U.S. first class mail, postage prepaid.

Joseph R. Sgroi
Robert B. Weiss
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
Detroit, MI 48226

Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

    /s/ Raymond J. Urbanik
Raymond J. Urbanik