Jean Winborne Boyles
JOHNSON, HEARN, VINEGAR, GEE
    & GLASS, PLLC
P.O. Box 1776
Raleigh, North Carolina 27602
Tel: (919) 743-2200
Fax: (919) 743-2201

Counsel to D & J Automotive, LLC

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| **GENERAL MOTORS CORP.**, *et al.*, | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF ENTRY OF APPEARANCE AND
## REQUEST FOR NOTICES

PLEASE TAKE NOTICE that D & J Automotive, LLC, ("D & J Automotive"), by its counsel, Johnson, Hearn, Vinegar, Gee & Glass, LLP, appears in the above-captioned bankruptcy case and demands, pursuant to sections 102(1), 342 and 1109(b) of Title 11, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (hereinafter "Bankruptcy Rules"), that all notices given or required to be given in this case, be given and served upon:

JOHNSON, HEARN, VINEGAR, GEE
    & GLASS, PLLC
P.O. Box 1776
Raleigh, North Carolina 27602
Attn: Jean Winborne Boyles, Esq.
Tel: (919) 743-2200
Fax: (919) 743-2201
Email: jboyles@jhvgglaw.com

This request includes, without limitation, all notices (including those required by Bankruptcy Rules 2002 and 4001 or ordered by the Court pursuant to Bankruptcy Rule 9007), applications, motions, petitions, orders, pleadings, requests, lists, schedules, statements, complaints and demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telecopier, electronic file transfer, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive D & J Automotive's (i) right to have final orders in non-core matters entered only after de novo review by a higher court, (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding relating hereto, (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which D & J Automotive is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are reserved.

Dated: June 4, 2009.

JOHNSON, HEARN, VINEGAR, GEE
& GLASS, PLLC

By s/: *Jean Winborne Boyles*
Jean Winborne Boyles
P.O. Box 1776
Raleigh, North Carolina 27602
Tel: (919) 743-2200
Fax: (919) 743-2201
Email: jboyles@jhvgglaw.com

*Counsel to D & J Automotive, LLC*