UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

In re                                                                                  :

General Motors Corporation, *et al.*,                                :

                    Debtors.                                        :

------------------------------------------------------------------------ X

Chapter 11
Case No. 09-50026 (REG)
(Joint Administration Pending)

CERTIFICATE OF SERVICE

        I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        1.  On the 2nd day of June 2009, the Notice of Appearance and Request for Service of Papers, dated June 1, 2009 was served by First Class Mail upon the entities listed on the attached service list.

        2.  This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
          June 3, 2009

                                                                       s/Richard V. Conza
                                                                       Richard V. Conza