UNITED STATES BANKRUPTCYCOURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | ) ) ) ) ) ) ) ) ) | 
| GENERAL MOTORS CORP., *et al.*, | Case NO. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the International Union of Operating Engineers, ("IUOE") and its constituent locals IUOE 101, IUOE 18s, and IUOE 832s, hereby appear by and through their counsel below and demand, pursuant to Bankruptcy Rules 2002, 4001, 9007 and 9010(b), that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the undersigned attorneys on their behalf, at the address set forth below:

Barbara S. Mehlsack, Esq.
GORLICK, KRAVITZ & LISTHAUS, P.C.
17 State Street, 4th Floor
New York, NY 10004
Tel: (212) 269-2500
bmehlsack@gkllaw.com

Richard Griffin, General Counsel
INTERNATIONAL UNION OF
OPERATING ENGINEERS
1125 Seventeenth St. NW
Washington DC 20036
(202) 778-2675
rgriffin@iuoe.org

**PLEASE TAKE FURTHER NOTICE,** the foregoing demand includes not only the notices of papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail

delivery, telephone, or facsimile which affect or seek to affect in any way the Debtors or their property or proceeds in which the Debtors may claim an interest.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the Debtors and the Clerk of the Court place the undersigned on any mailing matrix, or notice list for notice of all contested matters, adversary proceedings, and other proceedings in these chapter 11 cases to be prepared or existing in the above-numbered cases.

Dated: New York, New York

      June 4, 2009

                                Barbara S. Mehlsack, Esq. (BM 1390)
                                GORLICK, KRAVITZ & LISTHAUS, P.C.
                                17 State Street, Fourth Floor
                                New York, NY 10004
                                (212) 269-2500
                                bmehlsack@gkllaw.com

                         By: _____
                                Barbara S. Mehlsack


                                Richard Griffin, General Counsel
                                INTERNATIONAL UNION OF
                                OPERATING ENGINEERS
                                1125 Seventeenth St. NW
                                Washington DC 20036
                                (202) 778-2675
                                rgriffin@iuoe.org

                         By: _____
                                Richard Griffin

                                Attorneys for IUOE and IUOE Locals 101, 18S, 832S,