UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re                                                           :        Chapter 11
                                                                :
GENERAL MOTORS CORP., *et al.*,              :        Case No. 09-50026 (REG)
                                                                :
                      Debtors.        :        (Jointly Administered)
                                                                :

---

### AFFIDAVIT OF SERVICE

State of New York    )
                                ) ss.:
County of New York  )

Tiffany D. Lewis, being duly sworn, deposes and says that: I am not a party to the action, am over 18 years of age, and reside in Kings County, New York. On June 4, 2009, I served the annexed Notice of Appearance by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and control of the United States Postal Service within the State of New York.

                                        Stephen Karotkin
                                        Weil, Gotshal & Manges LLP
                                        767 Fifth Avenue
                                        New York, NY 10153
                                        (Counsel for the Debtor)

                                        United States Trustee
                                        33 Whitehall Street
                                        21st Floor
                                        New York, NY 10004
                                        (Trustee)

Dated: New York, New York
        June 4, 2009

Sworn to before me this                                                        /s/ Tiffany D. Lewis
4th Day of June, 2009

_____
Notary Public

ANN M. SCHNEIDER
Notary Public, State of New York
No. 24-4904097
Qualified in Kings County
Commission Expires    10·29·09