SILVERMANACAMPORA LLP
100 Jericho Quadrangle
Suite 300
Jericho, New York 11753
(516) 479-6300
Attn:   Adam L. Rosen

and

WILDMAN, HARROLD, ALLEN & DIXON
225 West Wacker Drive
Suite 3000
Chicago, Illinois 60606-1229
(312) 201-2662
Attn:   Jonathan W. Young

*Co-Counsel to Leo Burnett Detroit, Inc.,
Starcom Mediavest Group, Inc., Digitas, Inc.,
Martin Retail Group, LLC and Manning, Selvage
& Lee, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re

GENERAL MOTORS CORP., et al. ,

                       Debtors.
-----------------------------------------------------------------x

Case No. 09-50026 (REG)
Chapter 11

(Jointly Administered)

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                         ) ss.:
COUNTY OF NASSAU    )

      GINA MARIA DAMOULIS, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and resides in Jamaica, New York.

      On June 4, 2009, deponent served the **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**, by first class mail delivery to the addresses listed below, said addresses designated for that purpose by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

GMD/D284631v/F057141

To: General Motors Corporation, et al.
300 Renaissance Center
Detroit, Michigan 48265-3000

Joseph R. Sgroi
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Brian Shoichi Masumoto
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

s/ Gina Maria Damoulis
_____
GINA MARIA DAMOULIS

Sworn to before me this
4th day of June 2009

s/ Adam L. Rosen
_____
Notary Public

Adam L. Rosen
Notary Public, State of New York
No. 02RO6054127
Qualified in Nassau County
Commission Expires January 29, 2011

GMD/D284631v/F057141