**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORPORATION | ) | Case No. 09-50026 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Robert E. Gerber |

### <u>ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*</u>

**ORDERED,** that, Jo E. Hartwick, Esq. is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: ***<u>June 4, 2009</u>***
　　　　New York, New York

　　　　　　　　　　　　***<u>S/ Robert E. Gerber</u>***
　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE