UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| GENERAL MOTORS CORPORATION ) | Case No. 09-50026 |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Honorable Robert E. Gerber |

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

**ORDERED,** that, Richardo I. Kilpatrick, Esq. is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: ***June 4, 2009***
        New York, New York

                                    *S/ Robert E. Gerber*
                                    UNITED STATES BANKRUPTCY JUDGE