**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------

In re:

General Motors Corporation,                                 Chapter 11
                                                            Case No. 09-50026-reg
                    Debtor.                                 Hon. Robert E. Gerber

-------------------------------------------------------

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, **Matthew A. Swanson,** request admission, *pro hac vice,* before the Honorable Robert E. Gerber, to represent Canadian Pacific Railway Company, a creditor and party-in-interest in the above-referenced case.

*I certify that I am a member in good standing* of the Bar in the State of Minnesota and the U.S. District Court for the District of Illinois.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 2, 2009
Minneapolis, Minnesota

/s/ Matthew A. Swanson
Matthew A. Swanson (MN #389613)
**LEONARD, STREET AND DEINARD**
  *Professional Association*
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
E-mail: matthew.swanson@leonard.com

**ATTORNEYS FOR CANADIAN PACIFIC RAILWAY COMPANY**

6134205v1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------

In re:

| | |
|---|---|
| General Motors Corporation, | Chapter 11 |
| | Case No. 09-50026-reg |
| Debtor. | Hon. Robert E. Gerber |

-------------------------------------------------------

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of **Matthew A. Swanson**, to be admitted, ***pro hac vice***, to represent Canadian Pacific Railway Company, a creditor and party-in-interest in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the Bar in the State of Minnesota and the U.S. District Court for the District of Illinois, it is hereby

**ORDERED** that **Matthew A. Swanson, Esq.**, is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York    /s/ _____
                                     UNITED STATES BANKRUPTCY JUDGE

6134205v1