UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:      Chapter 11

General Motors Corporation      Case No. 09-50026-reg
     Hon. Robert E. Gerber

     Debtor.

**MOTION FOR ADMISSION TO
PRACTICE, *PRO HAC VICE*, OF TIMOTHY D. MORATZKA**

     I, Timothy D. Moratzka, request ***admission, pro hac vice,*** before the Honorable Robert E. Gerber, to represent Bowman & Brooke, LLP, a party in interest/Creditor in the above-referenced case.

     I certify that I am a member in good standing of the bar in the State of Minnesota and, the bar of the U.S. District Court for the District of Minnesota.

     I have submitted the filing fee of $25.00 with this motion for pro hac vice admission.

Dated: June 4, 2009      MACKALL, CROUNSE & MOORE, PLC

     /e/ Timothy D. Moratzka
     Timothy D. Moratzka (#75036)
     1400 AT&T Tower
     901 Marquette Ave
     Minneapolis, MN 55402
     Telephone: (612) 305-1400
     Facsimile: (612) 305-1414

TDM/ldj/1074488v1

UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| General Motors Corporation | Case No. 09-50026-reg |
| | Hon. Robert E. Gerber |
| Debtor. | |

**ORDER GRANTING ADMISSION,** ***PRO HAC VICE***

Upon the motion of Timothy D. Moratzka, to be admitted, ***pro hac vice,*** to represent Bowman & Brooke, LLP, a party in interest/Creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of Minnesota and the bar of the U.S. District Court for the District of Minnesota, it is hereby

ORDERED, that Timothy D. Moratzka, Esq., is admitted to practice, ***pro hac vice,*** in the above-referenced case to represent Bowman & Brooke, LLP, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE