CUMMINGS & LOCKWOOD LLC
John F. Carberry, Esq. (JC-6702)
Six Landmark Square
Stamford, CT 06901
Telephone: (203) 351-4280
jcarberry@cl-law.com

*Attorneys for Emigrant Business Credit Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| GENERAL MOTORS CORPORATION, ) | Case No. 09-50026(REG) |
| ) | |
| Debtor. ) | |
| ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE Emigrant Business Credit Corp., as a creditor and party in interest in the above-captioned case, hereby appears by its counsel, John F. Carberry, Esq., of Cummings & Lockwood LLC and requests that all notices given or required to be given in connection with the above-captioned Chapter 11 case, and all papers served or required to be served in connection with the above-captioned Chapter 11 case, be given to and served upon:

    John F. Carberry, Esq.
    Cummings & Lockwood LLC
    Six Landmark Square
    Stamford, CT 06901
    (203) 327-1700 (Phone)
    (203) 708-3933 (Fax)
    jcarberry@cl-law.com

-2-

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any paper filed in the above-captioned Chapter 11 case, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States mail, expedited delivery services, telephone, telex telecopy, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Emigrant Business Credit Corp.'s (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments which Emigrant Business Credit Corp. is or may be entitled to under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: June 4, 2009
      Stamford, Connecticut

                JOHN F. CARBERRY, ESQ.
                CUMMINGS & LOCKWOOD LLC
                Attorneys for Emigrant Business Credit Corp.


By  /S/ JOHN F. CARBERRY
     JOHN F. CARBERRY
     Fed. Bar. No. JC-6702
     CUMMINGS & LOCKWOOD LLC
     Six Landmark Square
     Stamford, CT 06901
     Tel: (203) 327-1700
     Facsimile: (203) 708-3933
     Email: jcarberry@cl-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of June, 2009, a true and correct copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be served electronically through the Court's ECF System on parties requesting electronic service or by U.S. Mail, first-class, postage prepaid, on anyone unable to accept electronic filing.

By /S/ JOHN F. CARBERRY

2548495_1.doc 6/4/2009