**MOTLEY RICE LLC**
Jeanette M. Gilbert
28 Bridgeside Blvd.
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9311
Facsimile: (843) 216-9430

*Attorneys for All Asbestos Tort Claimants*
*represented by Motley Rice LLC with*
*a claim against the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                  :    In Proceedings for a Reorganization
In re:                                            :    under Chapter 11
                                                  :
GENERAL MOTORS CORPORATION                        :    **Case No. 09-50026 (REG)**
                                                  :
                              Debtor.             :    Honorable Robert E. Gerber
------------------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

Comes John A. Baden IV, a member in good standing of the bar in the State of South Carolina, applicant hereby requests admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent all asbestos tort claimants represented by Motley Rice LLC with a claim against the debtor in the above referenced case.

Applicant is an attorney and a member of the law firm of Motley Rice LLC. My mailing address is 28 Bridgeside Boulevard, Mount Pleasant, South Carolina, 29464. My e-mail address is jbaden@motleyrice.com and my telephone number is (843) 216-9124.

Applicant has been admitted to practice before the following Courts:

| Court: | Admission date: |
|---|---|
| District of South Carolina | November 18, 2002 |

Applicant is presently a member is good standing of the bar of the court listed above.

Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

Applicant has read and is familiar with the Local Rules of the United States Bankruptcy Court, Southern District of New York, and will comply with the standards of practice set out therein.

The filing fee of $25.00 was been submitted with the original motion for *pro hac vice* admission.

Wherefore, Applicant prays that this court enter an order permitting the admission of John A. Baden IV to the United States Bankruptcy Court, Southern District of New York *pro hac vice* for these cases only.

> Respectfully Submitted,
>
> By */s/ John A. Baden IV*
> John A. Baden IV (JAB-8556)
> Motley Rice LLC
> 28 Bridgeside Boulevard
> Mount Pleasant, South Carolina 29464
> Telephone: (843) 216-9124
> Facsimile: (843) 216-9450
> Email: jbaden@motleyrice.com

Dated: June 2, 2009
Mount Pleasant, South Carolina