UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

| | | |
|---|---|---|
| _____ ) | | |
| In re: | ) | In Proceedings for a Reorganization |
| | ) | Under Chapter 11 |
| GENERAL MOTORS CORPORATION | ) | |
| | ) | Case No. 09-50026 (REG) |
| Debtor. | ) | |
| _____ ) | | |

**MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice***

Comes Joseph F. Rice, a member in good standing of the bar in the State of South

Carolina and the bar of the U.S. District Court for the District of South Carolina, applicant herein

and requests admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent all

asbestos tort claimants represented by Motley Rice LLC with a claim against the Debtor herein.

Applicant is an attorney and a member of the law firm of Motley Rice LLC.  My mailing

address is 28 Bridgeside Boulevard, Mount Pleasant, South Carolina, 29464.  My e-mail address

is jrice@motleyrice.com and my telephone number is (843) 216-9159.

Applicant has been admitted to practice before the following Courts:

| Court: | Admission date: |
|---|---|
| SC Supreme Court | November 8, 1979 |
| District of South Carolina | December 13, 1979 |
| Third Circuit Court of Appeals | April 5, 1984 |
| US Supreme Court | July 31, 1985 |

Applicant is presently a member is good standing of the bars of the courts listed above.

Applicant has never been subject to grievance proceedings or involuntary removal

proceedings while a member of the bar of any state or federal court.

Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

Applicant has read and is familiar with the Local Rules of the United States Bankruptcy Court, Southern District of New York, and will comply with the standards of practice set out therein.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Wherefore, Applicant prays that this court enter an order permitting the admission of Joseph F. Rice to the United States Bankruptcy Court, Southern District of New York (Manhattan) *pro hac vice* for this case only.

Respectfully Submitted,

_____
Joseph F. Rice
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone:  (843) 216-9159
Facsimile:  (843) 216-9290
Email:  jrice@motleyrice.com

Dated: June 2, 2009
Mount Pleasant, South Carolina