**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------

In re:

| | |
|---|---|
| General Motors Corporation, | Chapter 11 |
| | Case No. 09-50026-reg |
| Debtor. | Hon. Robert E. Gerber |

-------------------------------------------------------

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, **Jacob B. Sellers,** request admission, *pro hac vice,* before the Honorable Robert E. Gerber, to represent Canadian Pacific Railway Company, a creditor and party-in-interest in the above-referenced case.

*I certify that I am a member in good standing* of the Bar in the State of Minnesota and the U.S. District Court for the District of Minnesota.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated:  June 2, 2009
Minneapolis, Minnesota

/s/ Jacob B. Sellers
Jacob B. Sellers (MN #348879)
**LEONARD, STREET AND DEINARD**
  *Professional Association*
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone:  (612) 335-1500
Facsimile:  (612) 335-1657
E-mail:  jacob.sellers@leonard.com

**ATTORNEYS FOR CANADIAN**
**PACIFIC RAILWAY COMPANY**

6134207v1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------

In re:

General Motors Corporation,                    Chapter 11
                                                Case No. 09-50026-reg
           Debtor.                              Hon. Robert E. Gerber

-------------------------------------------------------

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of **Jacob B. Sellers**, to be admitted, *pro hac vice*, to represent Canadian Pacific Railway Company, a creditor and party-in-interest in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the Bar in the State of Minnesota and the U.S. District Court for the District of Minnesota, it is hereby

**ORDERED** that **Jacob B. Sellers, Esq.**, is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York        /s/ _____
                                         UNITED STATES BANKRUPTCY JUDGE

6134207v1