DAWDA, MANN, MULCAHY & SADLER, PLC
William L. Rosin
Kenneth A. Flaska, (*Pro Hac Vice Admission Pending*)
39533 Woodward Avenue, Suite 200
Bloomfield Hills, Michigan  48304
Telephone:  (248) 642-3700
Facsimile:  (248) 642-7791

*Attorneys for Magneti Marelli Powertrain USA LLC,*
*Magneti Marelli North America, Inc., Automotive Lighting LLC,*
*Automotive Lighting Rear Lamps Mexico S de RL CV*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
In re:                                              :          Chapter 11
                                                    :          Case No 09-50026-reg
   **GENERAL MOTORS CORPORATION**   :          Hon. Robert E. Gerber
                                                    :
         **Debtor.**                                :
                                                    :
-----------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Kenneth A. Flaska, a member in good standing of the bar of the State of Michigan, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent MAGNETI MARELLI POWERTRAIN USA LLC, MAGNETI MARELLI NORTH AMERICA, INC., AUTOMOTIVE LIGHTING LLC, and AUTOMOTIVE LIGHTING REAR LAMPS MEXICO S DE RL CV in the above referenced proceeding.

Mailing Address:    Kenneth A. Flaska, Dawda, Mann, Mulcahy & Sadler, PLC, 39533 Woodward Avenue, Suite 200, Bloomfield Hills, Michigan,  48304.

Email Address:     gm@dmms.com:  Telephone Number:  248-642-3700

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated:  June 1, 2009

                    DAWDA, MANN, MULCAHY & SADLER, PLC

                    By:  /s/ Kenneth A. Flaska
                    Kenneth A. Flaska (P28605)
                    William L. Rosin (P40529)
                    39533 Woodward Avenue, Suite 200
                    Bloomfield Hills, Michigan 48304
                    (248) 642-3700
                    gm@dmms.com

DAWDA, MANN, MULCAHY & SADLER, PLC
William L. Rosin
Kenneth A. Flaska, (*Pro Hac Vice Admission Pending*)
39533 Woodward Avenue, Suite 200
Bloomfield Hills, Michigan  48304
Telephone:  (248) 642-3700
Facsimile:  (248) 642-7791

*Attorneys for Magneti Marelli Powertrain USA LLC,*
*Magneti Marelli North America, Inc., Automotive Lighting LLC,*
*Automotive Lighting Rear Lamps Mexico S de RL CV*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
| In re: | : | **Chapter 11** |
| | : | **Case No 09-50026-reg** |
| **GENERAL MOTORS CORPORATION** | : | **Hon. Robert E. Gerber** |
| | : | |
| Debtor. | : | |
| | : | |
---------------------------------------------------------x

**ORDER ADMITTING KENNETH A. FLASKA**
**TO PRACTICE *PRO HAC VICE***

IT IS ORDERED that Kenneth A. Flaska, Esq., is admitted to practice ***pro hac vice***, to represent MAGNETI MARELLI POWERTRAIN USA LLC, MAGNETI MARELLI NORTH AMERICA, INC., AUTOMOTIVE LIGHTING LLC, and AUTOMOTIVE LIGHTING REAR LAMPS MEXICO S DE RL CV in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:_____          _____
                                                                    ROBERT E. GERBER
                                                                    UNITED STATES BANKRUPTCY JUDGE