CARSON FISCHER, P.L.C.
*Counsel for Cobasys LLC*
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI  48302
(248) 644-4840
Patrick J. Kukla (P60465)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

GENERAL MOTORS CORP., et al.

                     Debtors.
----------------------------------------------------------x

Case No. 09-50026 (reg)
(Jointly Administered)
Chapter 11

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS
AND REQUEST TO BE ADDED TO THE MATRIX**

     PLEASE TAKE NOTICE THAT Carson Fischer, P.L.C. hereby enters its appearance as counsel for creditor, Cobasys LLC and requests that all notices in the above-referenced Chapter 11 proceeding and all papers served, or required to be served, in the case be served upon the following attorneys and that the following attorneys be added to the Debtors' Matrix:

        Joseph M. Fischer (brcy@carsonfischer.com)
        Robert A. Weisberg (brcy@carsonfischer.com)
        Lawrence A. Lichtman (brcy@carsonfischer.com)
        Patrick J. Kukla (brcy@carsonfischer.com)
        Carson Fischer, P.L.C.
        4111 Andover Road, West-2nd Floor
        Bloomfield Hills, MI  48302

        CARSON FISCHER, P.L.C.
        *Attorneys for Cobasys LLC*

.

        By: */s/ Patrick J. Kukla*
        Patrick J. Kukla (P60465)
        4111 Andover Road, West-2nd Flr.
        Bloomfield Hills, MI  48302
        Tele:  (248) 644-4840

Dated:  June 4, 2009