CARSON FISCHER, P.L.C.
Counsel for Bing Metals Group, Inc.
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI  48302
(248) 644-4840
Patrick J. Kukla (P60465)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

GENERAL MOTORS CORP., et al.

              Debtors.

-------------------------------------------------------------x

Case No. 09-50026 (reg)
(Jointly Administered)
Chapter 11

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO THE MATRIX

      PLEASE TAKE NOTICE THAT Carson Fischer, P.L.C. hereby enters its appearance as counsel for creditor, Bing Metals Group, Inc. and requests that all notices in the above-referenced Chapter 11 proceeding and all papers served, or required to be served, in the case be served upon the following attorneys and that the following attorneys be added to the Debtors' Matrix:

              Joseph M. Fischer (brcy@carsonfischer.com)
              Robert A. Weisberg (brcy@carsonfischer.com
              Patrick J. Kukla (brcy@carsonfischer.com)
              Carson Fischer, P.L.C.
              4111 Andover Road, West-2nd Floor
              Bloomfield Hills, MI  48302

              CARSON FISCHER, P.L.C.
              *Attorneys for Bing Metals Group, Inc.*

            By: */s/  Patrick J. Kukla*
              Patrick J. Kukla (P60465)
              4111 Andover Road, West-2nd Flr.
              Bloomfield Hills, MI  48302
              Tele:  (248) 644-4840

Dated:  June 4, 2009