DONALD J. HUTCHINSON (MI P39545)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Fax: (313) 496-8450
Email: hutchinson@millercanfield.com

SUSAN I. ROBBINS (SR 5759)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
500 Fifth Avenue, Suite 1815
New York, NY 10110
Telephone: (212) 704-4400
Fax: (212) 704-4410
Email: robbins@millercanfield.com

*Attorneys for Lansing Board of Water & Light*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |
| | Judge Robert E. Gerber |

_____

## MOTION FOR ADMISSION *PRO HAC VICE*

Donald J. Hutchinson, a member in good standing of the State Bar of Michigan, the United States District Court for the Eastern District of Michigan, and the United States Courts of Appeals for the Sixth and Third Circuits, states as follows for his Motion for Admission *Pro Hac Vice* to represent the Lansing Board of Water & Light:

1.     I am a principal with Miller, Canfield, Paddock and Stone, P.L.C., resident in the firm's Detroit, Michigan office located at 150 West Jefferson Avenue, Suite 2500, Detroit, MI 48226.  My e-mail address is hutchinson@millercanfield.com, and my direct dial telephone number is (313) 496-7536.

2.     I am a member in good standing of the State Bar of Michigan and the bars of the United States District Court for the Eastern District of Michigan and the United States Courts of Appeals for the Sixth Circuit and Third Circuit.

3.     I am in good standing in each of the Courts listed above in Paragraph 2 and am eligible to practice in this Court pursuant to Rule 2090-1 of the Local Rules for the Bankruptcy Court for the Southern District of New York.  I have never been suspended or disciplined by any Bar or any Court and have never been the subject of any grievance procedure.  I have never been denied *pro hac vice* admission in this District.  My Michigan Bar Number is P39545.

4.     I have paid the fee of $25.00 with the filing of this Motion for an order admitting me to practice *pro hac vice* in this case.

        MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

        By /s/ Donald J. Hutchinson
           Donald J. Hutchinson (MI P39545)
        Attorney for Lansing Board of Water & Light
        150 West Jefferson Avenue, Suite 2500
        Detroit, MI 48226
        Telephone: (313) 963-6420
        Fax: (313) 496-8450
        Email: hutchinson@millercanfield.com

Dated: June 4, 2009

DELIB:3097249.1\101173-00006

        -and

        MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
Susan I. Robbins (SR 5759)
500 Fifth Avenue, Suite 1815
New York, NY 10110
Telephone: (212) 704-4400
Fax: (212) 704-4410
Email: robbins@millercanfield.com

Dated: June 4, 2009

## **AFFIRMATION**

I, Donald J. Hutchinson, affirm that I have read the above Motion for Admission *Pro Hac Vice* and the statements contained therein are true to the best of my knowledge, information, and belief.

/s/ Donald J. Hutchinson
Donald J. Hutchinson
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 496-7536
Fax: (313) 496-8450
Email: hutchinson@millercanfield.com

Dated: June 4, 2009

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* was served via electronic transmission and first class U.S. mail, postage prepaid, upon Debtor's counsel of record, Harvey R. Miller and Stephen Karotkin, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 on the 4th day of June, 2009.

/s/ Donald J. Hutchinson
Donald J. Hutchinson
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 496-7536
Fax: (313) 496-8450
Email: hutchinson@millercanfield.com

Dated: June 4, 2009

DELIB:3097249.1\101173-00006