UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

| | |
|---|---|
| In Re: ) | CASE NO. 09-50026-reg |
| ) | |
| General Motors Corporation, ) | CHAPTER 11 |
| ) | |
| Debtor. ) | **NOTICE OF APPEARANCE** |
| ) | **AND REQUEST FOR SERVICE** |

TO:   CLERK OF COURT, DEBTOR'S COUNSEL, AND US TRUSTEE:

Please take notice that the undersigned, an attorney in the law firm of Nelson Mullins Riley & Scarborough LLP, does hereby give notice of the appearance of this firm on behalf of **Michelin Tire Corp.**, a creditor. This notice of appearance is being filed in accordance with Bankruptcy Rule 9010.

The Clerk of Court, and any other party that the Court may direct to send notices, is hereby requested that this law firm be shown on the master mailing matrix and any shortened matrix that may be in existence, or that may be created in the future.

The Debtor's counsel and the U.S. Trustee are hereby requested to serve upon the undersigned all pleadings, documents and papers to which **Michelin Tire Corp.** may be a party in interest.

**[SIGNATURE ON FOLLOWING PAGE]**

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ George B. Cauthen
    George B. Cauthen
    Federal Bar No. 81
    E-Mail: george.cauthen@nelsonmullins.com
    Linda K. Barr
    Federal Bar No. 6284
    E-Mail: linda.barr@nelsonmullins.com
    Cameron Currie
    Federal Bar No. 10362
    E-Mail: cameron.currie@nelsonmullins.com
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211-1070)
    Columbia, SC 29201
    (803) 799-2000

    – AND –

    Peter J. Haley
    BBO # 543858
    E-Mail: peter.haley@nelsonmullins.com
    One Boston Place
    Boston, MA 02108
    (617) 573-4714
    E-Mail: peter.haley@nelsonmullins.com

Attorneys for **Michelin Tire Corp.**

Columbia, South Carolina
June 4, 2009

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

| | |
|---|---|
| In Re: ) | CASE NO. 09-50002-ajg |
| ) | |
| Chrysler, LLC. ) | CHAPTER 11 |
| ) | |
| Debtor. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, the undersigned of the law offices of Nelson Mullins Riley & Scarborough LLP, attorneys for **Michelin Tire Corp.** do hereby certify that I have served all counsel in this action with a copy of the pleading(s) hereinbelow specified by mailing a copy of the same by United States Mail, postage prepaid, to the following address(es):

Pleading:   **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

Counsel Served:
Joseph R. Sgroi
Robert B. Weiss
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Tricia A. Sherick
Honigman Miller Schwartz and Cohn, LLP
660 Woodward Avenue
Suite 2290
Detroit, MI 48226

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

3

/s/ Mary F. Wilkinson
Mary F. Wilkinson, Admin. Assistant

Columbia, South Carolina
June , 2009