UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
In re                                                        :  Chapter 11
                                                             :
General Motors Corporation, *et al.*,                        :  Case No. 09-50026 (REG)
                                                             :
                                                             :  (Jointly Administered)
                  Debtors.                                   :
                                                             :
------------------------------------------------------------ x

## SUPPLEMENTAL DECLARATION OF J. STEPHEN WORTH
## IN SUPPORT OF THE
## PROPOSED SALE OF DEBTORS' ASSETS TO VEHICLE ACQUISITION HOLDINGS LLC

I, J. Stephen Worth, make this Supplemental Declaration under 28 U.S.C. § 1746 and state:

1.  I am a Managing Director with Evercore Group L.L.C. (together with its wholly-owned subsidiaries, agents, independent contractors and employees, "Evercore"), financial advisor to General Motors Corporation and the other above-captioned debtors and debtors in possession (collectively the "Debtors" and, together with their non-debtor affiliates, "GM"). I am the same J. Stephen Worth who filed a declaration, dated May 31, 2009 (the "Declaration"), in support of the proposed sale and transfer of substantially all of the Debtors' assets to a newly formed entity ("Vehicle Acquisition Holdings LLC"), as described in the Declaration.[1]

2.  I file this Supplemental Declaration to update Evercore's compensation for the Delphi Engagement, as discussed in paragraph 19 of the Declaration. Specifically, in addition to

---

[1] Unless otherwise defined in this Supplemental Declaration, capitalized terms shall have the same meaning as in the Declaration

the total fees of $5.5 million and reimbursed expenses in the amount of $76,888 for all services rendered related to the Delphi Engagement prior to the commencement of the Debtors' Chapter 11 case, on May 27, 2009, Evercore received an additional fee of $500,000 and payment of expenses of $20,000 for services related to the engagement. Additional compensation may be earned under the Delphi Engagement in certain circumstances.

I declare, under penalty of perjury, that the forgoing is true and correct, to the best of my knowledge.

Executed on June 4, 2009

_____
J. Stephen Worth