Karol K. Denniston, CA Bar No. 141667, *Pro Hac Vice Pending*
Jennifer L. Nassiri, CA Bar No. 209796, *Pro Hac Vice Pending*
DLA PIPER LLP (US)
550 South Hope Street, Suite 2300
Los Angeles, CA  90071-2678
Tel:   213.330.7700
Fax:  213.330.7701
karol.denniston@dlapiper.com
jennifer.nassiri@dlapiper.com

Attorneys for Creditors
Hewlett-Packard Company and all of its
affiliates, domestic and international,
including but not limited to Electronic Data
Systems Corporation, an HP company and
Hewlett-Packard Financial Services Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------- X
GENERAL MOTORS CORPORATION, et al.,  :   Chapter 11 Case No. 09-bk-50026-REG

       Debtors,  :   (Jointly Administered)

       :

----------------------------------------- X

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICE AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of Hewlett-Packard Company and each of its subsidiaries and affiliates, whether domestic or international, including without limitation Electronic Data Systems Corporation, an HP company[1] and Hewlett-Packard Financial Services Company (collectively "HP").  Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, HP requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following

---

[1] HP completed its acquisition of Electronic Data Services Corporation on August 26, 2008.

address and further request that they be added to the Master Service List:

>Karol K. Denniston, Esq.
>Jennifer L. Nassiri, Esq.
>DLA Piper LLP (US)
>550 S. Hope Street, Suite 2300
>Los Angeles, CA 90071
>Tel:    (213) 330-7700
>Fax:    (213) 330-7701
>e-mail: karol.denniston@dlapiper.com
>jennifer.nassiri@dlapiper.com

>and

>Ayala Hassell
>Bankruptcy & Insolvency, Senior Attorney
>EDS, an HP company
>Legal Affairs
>H3-3A-05
>5400 Legacy Drive
>Plano, TX 75024
>Tel:    (972) 605-5507
>Fax:    (972) 605-5616
>e-mail: ayala.hassell@hp.com

>and

>Ramona Neal
>Senior Counsel
>Hewlett-Packard Company LP
>11311 Chinden Boulevard, Mail Stop 314
>Boise, ID 83714
>Tel:    (208) 396-6484
>Fax:    (208) 396-3958
>e-mail: Ramona.neal@hp.com

>and

>Linda D'Amico
>Hewlett-Packard Financial Services Company
>420 Mountain Avenue
>Murray Hill, New Jersey 07640
>Tel:    (908) 898-4931
>Fax:    (908) 898-4494
>e-mail: linda.damico@hp.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demands include not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive HP's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the HP is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: Los Angeles, California.
       June 1, 2009

Respectfully submitted,

DLA PIPER LLP (US)

By:    /s/ Jennifer L. Nassiri
    Karol K. Denniston, CA Bar No. 141667
    Jennifer L. Nassiri, CA Bar No. 209796
    550 South Hope Street, Suite 2300
    Los Angeles, CA  90071-2678
    Tel: (213) 330-7700
    Fax: (213) 330-7701

    Attorneys for Creditors
    Hewlett-Packard Company and all of its
    affiliates, domestic and international,
    including but not limited to Electronic Data
    Systems Corporation, an HP company and
    Hewlett-Packard Financial Services
    Company

## CERTIFICATE OF SERVICE

    I hereby certify that on the 4th day of June, 2009, a true and correct copy of the foregoing Notice of Appearance and Request for Notice and Service of Papers was filed electronically. Notice of the filing will be served electronically through the Court's ECF System on parties requesting electronic service or by U.S. Mail, first-class, postage prepaid, on anyone unable to accept electronic filing.

By:   /s/ Jennifer L. Nassiri