DONALD J. HUTCHINSON (MI P39545)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Fax: (313) 496-8450
Email: hutchinson@millercanfield.com

SUSAN I. ROBBINS (SR 5759)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
500 Fifth Avenue, Suite 1815
New York, NY 10110
Telephone: (212) 704-4400
Fax: (212) 704-4410
Email: robbins@millercanfield.com

*Attorneys for Lansing Board of Water & Light*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |
| | Judge Robert E. Gerber |

_____

**NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Donald J. Hutchinson and Susan I. Robbins, of Miller, Canfield, Paddock and Stone, P.L.C., hereby appear in the above-captioned cases as counsel for the Lansing Board of Water & Light and request that any and all notices given or required to be given in the above-captioned cases, and all papers served or

required to be served in these cases, be served upon them both at the following addresses, and that they be added to any service list or mailing matrix on file with the Clerk of the Bankruptcy Court:

>Donald J. Hutchinson
>Miller, Canfield, Paddock and Stone, P.L.C.
>150 West Jefferson Avenue, Suite 2500
>Detroit, MI 48226
>Telephone: (313) 963-6420
>Fax: (313) 496-8450
>Email: hutchinson@millercanfield.com
>
>- and –
>
>Susan I. Robbins
>Miller, Canfield, Paddock and Stone, P.L.C.
>500 Fifth Avenue, Suite 1815
>New York, NY 10110
>Telephone: (212) 704-4400
>Fax: (212) 704-4410
>Email: robbins@millercanfield.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by ECF filing, mailing, hand delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all notices required to be served under any and all of the provisions of the Bankruptcy Code

and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010.

        MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

        By /s/ Donald J. Hutchinson
            Donald J. Hutchinson (MI P39545)
        Attorney for Lansing Board of Water & Light
        150 West Jefferson Avenue, Suite 2500
        Detroit, MI 48226
        Telephone: (313) 963-6420
        Fax: (313) 496-8450
        Email: hutchinson@millercanfield.com

Dated: June 4, 2009

        -and

        MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

        By /s/ Susan I. Robbins
            Susan I. Robbins
        500 Fifth Avenue, Suite 1815
        New York, NY 10110
        Telephone: (212) 704-4400
        Fax: (212) 704-4410
        Email: robbins@millercanfield.com

Dated: June 4, 2009