MILLER JOHNSON
Attorneys for Benteler Automotive Corporation
250 Monroe Avenue, Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700
Robert D. Wolford (RW 1314)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | : | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORPORATION, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------x

## REQUEST FOR NOTICE

Miller Johnson, on behalf of Benteler Automotive Corporation, a party in interest, requests that all notices in the above-captioned case, including those specified in Fed. R. Bankr. P. 2002, be provided to it by notifying its attorney as follows:

> Robert D. Wolford
> Miller Johnson
> 250 Monroe Ave., Ste. 800
> PO Box 306
> Grand Rapids, MI 49501-306
> (616) 831-1726 / Fax: (616) 998-1726
> e-mail:  ECFWolfordR@millerjohnson.com

Additionally, Benteler Automotive Corporation, pursuant to Fed. R. Bankr. P. 3017, requests that it be provided with copies of any disclosure statement and plan of reorganization filed in this Chapter 11 case by service of them on its attorney as set out above.

Benteler Automotive Corporation also consents to service by fax or e-mail in this matter.

MILLER JOHNSON
Attorneys for Benteler Automotive Corporation

Date: June 3, 2009         By  /s/ Robert D. Wolford_____
                                  Robert D. Wolford (RW-1314)
                                  Business Address:
                                      250 Monroe Avenue, N.W., Suite 800
                                      PO Box 306
                                      Grand Rapids, Michigan  49501-0306
                                  Telephone:  (616) 831-1748

GR_DOCS 1464276v1