IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
GENERAL MOTORS CORP., et al.,                               :    09-50026 (REG)
                                                            :
                    Debtors.                                :    Jointly Administered)
------------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF ALL NOTICES AND OTHER DOCUMENTS

**PLEASE TAKE NOTICE** that the UNIVERSITY OF MICHIGAN OFFICE OF THE VICE PRESIDENT AND GENERAL COUNSEL hereby appears as counsel for THE BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN ("University of Michigan"), a Michigan constitutional corporation and a creditor and party-in-interest under 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that all notices given or required to be given and all papers served or required to be served in the above-entitled bankruptcy cases be given to and served upon:

> Debra A. Kowich, Esq.
> Office of the Vice President and General Counsel
> The University of Michigan
> 503 Thompson St., Rm. 5048
> Ann Arbor, MI 48109-1340
> Telephone: (734) 764-0304
> Facsimile: (734) 615-8937
> Email: dkowich@umich.edu

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all notices of any application, motion, petition, order, pleading, request, complaint or demand, statement of affairs, operating report, schedule of assets and liabilities, whether formal

or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, telecopy, electronic file transfer, telegraph, telex, or otherwise that: (1) affects or seeks to affect in any way any rights or interest of any creditor of party-in-interest in this case, including the University of Michigan, with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct by the University of Michigan.

**PLEASE TAKE FURTHER NOTICE** that the University of Michigan intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive: (1) the right of the University of Michigan to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) the right of the University of Michigan to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) the right of the University of Michigan to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or, (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which University of Michigan is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the University of Michigan expressly hereby preserves and asserts in these cases.

Dated: June 4, 2009       /s/ Debra A. Kowich       (MI Bar No. P43346)
                          Office of the Vice President and General Counsel
                          The University of Michigan
                          503 Thompson St., Rm. 5010
                          Ann Arbor, MI 48109-1340
                          Telephone: (734) 764-0304
                          Facsimile: (734) 615-8937
                          Email: dkowich@umich.edu

2