IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
GENERAL MOTORS CORP., *et al.*,                                :    09-50026 (REG)
                                                               :
            Debtors.                                           :    Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of June 2009, photocopies of the Board of Regents of The University of Michigan's NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES AND OTHER DOCUMENTS and this CERTIFICATE OF SERVICE were served via first class U.S. mail, postage prepaid, upon the following parties:

| | | |
|---|---|---|
| Stephen Karotkin, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153 | and | United States Trustee<br>33 Whitehall St.<br>21st Floor<br>New York, NY 10004 |

/s/ Debra A. Kowich        (MI Bar No. P43346)
Office of the Vice President and General Counsel
The University of Michigan
503 Thompson St., Rm. 5010
Ann Arbor, MI 48109-1340
Telephone: (734) 764-0304
Facsimile: (734) 615-8937
Email: dkowich@umich.edu