DAWDA, MANN, MULCAHY & SADLER, PLC
William L. Rosin
Kenneth A. Flaska
39533 Woodward Avenue, Suite 200
Bloomfield Hills, Michigan  48304
Telephone:  (248) 642-3700
Facsimile:  (248) 642-7791

*Attorneys for Magneti Marelli Powertrain USA LLC,*
*Magneti Marelli North America, Inc., Automotive Lighting LLC,*
*Automotive Lighting Rear Lamps Mexico S de RL CV*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re:                                    :        **Chapter 11**
                                          :        **Case No 09-50026-reg**
**GENERAL MOTORS CORPORATION**            :        **Hon. Robert E. Gerber**
                                          :
            Debtor.                       :
                                          :
---------------------------------------------------------x

**APPEARANCE, NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES**

TO: All Creditors and Interested Parties

PLEASE TAKE NOTICE that the law firm of  Dawda, Mann, Mulcahy & Sadler, PLC, has entered its appearance in the above-captioned case as counsel for MAGNETI MARELLI POWERTRAIN USA LLC, MAGNETI MARELLI NORTH AMERICA, INC., AUTOMOTIVE LIGHTING LLC, and AUTOMOTIVE LIGHTING REAR LAMPS MEXICO S DE RL CV and requests that all notices given or required to be given in this case and all papers served in this case be served upon the undersigned at the office and address set forth below.

PLEASE TAKE FURTHER NOTICE that the undersigned requests that the Court add the undersigned to the matrix of creditors.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, telex, or otherwise which affects the Debtor or property of the Debtor.

Dated:  June 4, 2009

DAWDA, MANN, MULCAHY & SADLER, PLC

By:____/s/ Kenneth A. Flaska_____
Kenneth A. Flaska (P28605)
William L. Rosin (P40529)
39533 Woodward Avenue, Suite 200
Bloomfield Hills, Michigan 48304
(248) 642-3700
gm@dmms.com