DONALD J. HUTCHINSON (MI P39545)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Fax: (313) 496-8450
Email: hutchinson@millercanfield.com

SUSAN I. ROBBINS (SR 5759)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
500 Fifth Avenue, Suite 1815
New York, NY 10110
Telephone: (212) 704-4400
Fax: (212) 704-4410
Email: robbins@millercanfield.com

*Attorneys for Lansing Board of Water & Light*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |
| | Judge Robert E. Gerber |

## NOTICE OF PROPOSED ORDER

**PLEASE TAKE NOTICE** that upon the annexed application dated, June 4, 2009, (the "Application") of Motion for Admission Pro Hac Vice, of Donald J. Hutchinson of Miller Canfield, Paddock & Stone, P.L.C. to represent Lansing Board of Water & Light will present for signature the attached order (as defined in the application) for the above-captioned bankruptcy case(s) to the Honorable Roger E. Gerber, United States Bankruptcy

DELIB:3097728.1\101173-00006

Judge, on June 4, 2009.

Dated:  June 4, 2009

                                  Attorney for Lansing Board of Water & Light

                                By: /s/ Donald J. Hutchinson_____
                                   Donald J. Hutchinson (MI P39545)
                                   Miller Canfield Paddock & Stone, P.L.C.
                                   150 W. Jefferson Avenue, Suite 2500
                                   Detroit, MI 48226
                                   Telephone: (313) 963-6420
                                   Fax: (313) 496-8450
                                   Email: Hutchinson@millercanfield.com