UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                              §         Chapter 11 Case No.
                                                    §
GENERAL MOTORS CORP., *et al.*,                     §         09-50026 (REG)
                                                    §
            Debtors.                                §         (Jointly Administered)
------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, H. Christopher Mott, request admission **pro hac vice,** before the Honorable Robert E. Gerber, for the limited purpose of representing Rudolph Chevrolet, LLC in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Texas.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice admission.*

Dated: June 4, 2009.

Respectfully submitted,

**GORDON MOTT & DAVIS P.C.**
4695 N. Mesa Street
El Paso, Texas 79912
(915) 545-1133
(915) 545-4433 (Fax)

By: /s/ H. Christopher Mott
H. Christopher Mott
Texas Bar No. 14596430
E-mail: cmott@gmdep.com
Attorneys for Rudolph Chevrolet LLC

06131933.1