UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case No. |
| | § | |
| GENERAL MOTORS CORP., *et al.*, | § | 09-50026 (REG) |
| | § | |
| Debtors. | § | (Jointly Administered) |

-------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the Motion of H. Christopher Mott, to be admitted, **pro hac vice,** to represent Rudolph Chevrolet, LLC in the above-referenced case, and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Texas, it is hereby

**ORDERED,** that H. Christopher Mott, Esq., is admitted to practice, **pro hac vice,** in the above-referenced case to represent Rudolph Chevrolet LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June _____, 2009.

New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

06131936.1