IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| **General Motors Corporation** ) | Case No. **09-50026-reg** |
| 300 Renaissance Center ) | |
| Detroit, MI 48265-3000 ) | (Joint Administration Requested) |
| Tax ID / EIN: 38-0572515 ) | |
| *aka* **GMC Truck Division** ) | |
| *aka* **Automotive Market Research** ) | |
| *aka* **NAO Fleet Operations** ) | |
| *aka* **National Car Rental** ) | |
| *aka* **GM Corporation** ) | |
| *aka* **National Car Sales** ) | |
| *aka* **GM Corporation-GM Auction Department** ) | |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, Cynthia Jordan Lowery, of the law firm of Moore & Van Allen PLLC, hereby appears, pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, on behalf of Creditor, Hagemeyer N.A., in the captioned case, and demands that notices of all matters be served on her, at the address set forth below.

Please take further notice that demand is also made for service of copies of papers, reports, pleadings, monthly operating statements, Motions and Applications, Petitions, Disclosure Statements, Plans of Reorganization and any other matter filed in this action, including any adversary proceedings.

The full address for such service and notice is as follows:

Cynthia Jordan Lowery, Esquire
Moore & Van Allen PLLC
40 Calhoun Street, Suite 300
Post Office Box 22828
Charleston, SC 29413-2828

CHARLESTON\373336v1

1

      Telephone:  (843) 579-7023
      Facsimile:   (843) 579-8714
      Email: cynthialowery@mvalaw.com

Please take further notice that said Creditor intends that neither this Notice of Appearance nor any later appearance, pleadings, claim, or suit shall waive (1) the right of Creditor to have final orders in non-core matters entered only after de novo review by the District Court, (2) the rights of said Creditor to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the rights of said Creditor to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupment to which said Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, or recoupment said Creditor expressly reserves.

    /s/Cynthia Jordan Lowery
    Cynthia Jordan Lowery
    Moore & Van Allen PLLC
    40 Calhoun Street, Suite 300
    Post Office Box 22828
    Charleston, SC  29413-2828
    (843) 579-7023
    (843) 579-8714 facsimile
    cynthialowery@mvalaw.com
    ATTORNEYS FOR CREDITOR,
    HAGEMEYER N.A.

CHARLESTON, SC
June 5, 2009