# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---

In re:

GENERAL MOTORS CORPORATION,

Debtor.

_____/

Case No. 09-50026

Chapter 11

## APPEARANCE

NOW COMES Gordon J. Toering of Warner Norcross & Judd LLP and hereby enters his appearance for and on behalf of MAHLE Industries, Inc., creditor and party-in-interest in the above-captioned case.

Dated:  June 5, 2009

/s/ Gordon J. Toering
Gordon J. Toering (P46409)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Telephone:  (616) 752-2185
Fax:  (616) 222-2185
Email:  gtoering@wnj.com
Attorneys for MAHLE Industries, Inc.

1672713