G. Alan Wallace (P69333)
Fraser Trebilcock Davis & Dunlap, P.C.
124 West Allegan Street, Suite 1000
Lansing, Michigan 48933
Telephone: (517) 377-0822
Fax: (517) 482-5800
Email: gwallace@fraserlawfirm.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | Chapter 11 |
| **GENERAL MOTORS CORP.,** *et al.*, | Case No. 09-50026-reg |
| Debtors. | (Jointly Administered) |
| | Hon. Robert E. Gerber |

**MOTION FOR ADMISSION *PRO HAC VICE*
OF G. ALAN WALLACE**

G. Alan Wallace, a member in good standing of the bar of the State of Michigan, requests admission, *pro hac vice*, to represent the City of Lansing, Michigan, in the Chapter 11 case of General Motors Corporation, *et al.*, and states as follows:

1. G. Alan Wallace is an attorney at Fraser Trebilcock Davis & Dunlap, P.C., located at 124 West Allegan Street, Suite 1000, Lansing, Michigan 48933. His office telephone number is (517) 377-0822. His office email is gwallace@fraserlawfirm.com.

2. Mr. Wallace is a member in good standing of the bars of the State of Michigan, of the United States District Court for the Eastern District of Michigan, and of the United States District Court for the Western District of Michigan. Mr. Wallace's Michigan State Bar Number is P69333.

3.  Mr. Wallace has never been denied admission in the Bankruptcy Court for the Southern District of New York.

WHEREFORE, G. Alan Wallace respectfully requests that this Court enter an order granting his motion for admission *pro hac vice* to practice law in the United States Bankruptcy Court for the Southern District of New York in this bankruptcy proceeding.

Respectfully Submitted,

**FRASER TREBILCOCK DAVIS & DUNLAP, P.C.**

Dated: June 5, 2009          By:   /s/ G. Alan Wallace
                                   G. Alan Wallace (P69333)
                                   Fraser Trebilcock Davis & Dunlap, P.C.
                                   124 West Allegan Street, Suite 1000
                                   Lansing, Michigan 48933
                                   Telephone: (517) 377-0822
                                   Fax: (517) 482-5800
                                   Email: gwallace@fraserlawfirm.com