**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | Chapter 11 |
| **GENERAL MOTORS CORP.,** *et al.*, | Case No. 09-50026-reg |
| Debtors. | (Jointly Administered) |
| | Hon. Robert E. Gerber |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

ORDERED that G. Alan Wallace is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2009
New York, New York

_____
The Honorable Robert E. Gerber
United States Bankruptcy Judge