Paul J. Ricotta, Esq. (PR-6002)
MINTZ LEVIN COHN FERRIS
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Attorney for Hitachi, Ltd. Automotive Systems, Hitachi Automotive Products (USA), Inc., Tokico (USA), Inc., Hitachi Cable Indiana, Inc., HC Queretaro SA de CV

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
**In re:**                                                    :
                                                              :    **Chapter 11 Case No.**
**GENERAL MOTORS CORPORATION et al.,**    :
                                                              :    **09-50026-REG**
                **Debtors.**                              :    **(Jointly Administered)**
---------------------------------------------------------------x

**VERIFIED STATEMENT OF MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C. PURSUANT TO BANKRUPTCY RULE 2019**

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. ("Mintz Levin") represents the creditors and parties in interest identified below. Paul J. Ricotta, a member of the firm, on behalf of Mintz Levin, pursuant to Federal Rule of Bankruptcy Procedure 2019, makes the following representations in connection with this statement:

1. Mintz Levin represents the following parties in interest in their capacities as suppliers (the "Hitachi Supplier Group") to General Motors Corporation, *et al*. (the "Debtor"):

> Hitachi, Ltd. Automotive Systems
> Akihabara Daibiru Building
> 18-13, Soto-Kanda, 1-chome
> Chiyoda-ku, Tokyo 101-8608
> Japan
>
> Hitachi Automotive Products (USA), Inc.
> 17225 Federal Drive, Suite 100
> Allen Park, Michigan 48101

      Tokico (USA), Inc.
      301 Mayde Road
      Berea, KY 40403

      Hitachi Cable Indiana, Inc.
      5300 Grantline Road
      New Albany, Indiana 47150

      HC Queretaro SA de CV
      Av. Manantiales Num. 18
      Parque Industrial Bernardo Quintana
      Zip Code: 76240
      El Marques, Querétaro, México

    2.  The individual members of the Hitachi Supplier Group hold claims against the Debtor arising out of contracts with the Debtor. The specific nature and amounts of any such claims, when determined, shall be set forth in requests for payment or proofs of claim filed against the Debtor's estate should the individual members of the Hitachi Supplier Group determine to file such claims.

    3.  Each of the members of the Hitachi Supplier Group has requested that Mintz Levin represent their respective interests in connection with the Debtor's bankruptcy case.

    4.  Mintz Levin also represents and advises, or may have represented and advised other parties in interest with respect to this bankruptcy case that have not been included in this statement because such parties do not currently intend to appear in this bankruptcy case or because such representations have been concluded.

    5.  Upon information and belief, Mintz Levin does not hold any claims against or any equity interests in the Debtor. Mintz Levin will supplement this statement as necessary.

6. This statement is filed to comply with the requirements of Rule 2019 of the Federal Rules of Bankruptcy Procedure and nothing contained herein is with prejudice to any right, remedy, or claim of any member of the Hitachi Supplier Group. All such rights, remedies, and claims are expressly preserved.

DATED: June 5, 2009

*/s/ Paul J. Ricotta*
Paul J. Ricotta (PR-6002)
Mintz, Levin, Cohn, Ferris,
  Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000 (tel.)
(617) 542-2241 (fax)

4629805v.1

Paul J. Ricotta, Esq. (PR-6002)
MINTZ LEVIN COHN FERRIS
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Attorney for Hitach, Ltd., Hitachi Automotive Products (USA), Inc.,
Tokico (USA), Inc. and Hitachi Cable Indiana, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**In re:** :
 : **Chapter 11 Case No.**
**GENERAL MOTORS CORPORATION, et al.,** :
 : **09-50026-REG**
 **Debtors.** : **(Jointly Administered)**
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Paul J. Ricotta, do hereby certify that on the 5th day of June, 2009, I caused a copy of the Verified Statement of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. Pursuant to Bankruptcy Rule 2019 to be served by electronic mail and/or first class mail, postage prepaid upon all parties on the attached service list.

Dated: June 5, 2009        /s/ *Paul J. Ricotta*
                           Paul J. Ricotta

4633969v.1

**Philip D. Anker, Esq.**
Wilmer Cutler Pickering Hale and Dorr
399 Park Avenue
New York, NY 10022

**David J. Baldwin, Esq.**
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

**Elizabeth Banda, Esq.**
Perdue, Brandon, Fielder, Collins
& Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430

**Robert L. Barrows, Esq.**
800 Broadway
San Antonio, TX 78215

**Christopher Robert Belmonte, Esq.**
Satterlee Stephens Burke & Burke, LLP
230 Park Avenue
New York, NY 10169-0079

**Jean Winborne Boyles, Esq.**
Johnson Hearn Vinegar Gee & Mercer PLLC
P.O. Box 1776
Raleigh, NC 27602

**James L. Bromley, Esq.**
Cleary, Gottlieb, Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006

**Theresa V. Brown-Edwards, Esq.**
Potter Anderson & Corroon, LLP
1313 North Market Street
6th Floor
Wilmington, DE 19801

**Mark Edwin Browning, Esq.**
Texas Attorney General's Office
Bankruptcy - Collection Division
P.O. Box 12548
Austin, TX 78711-2548

**Robert H. Brownlee, Esq.**
Thompson Coburn LLP
One U.S. Bank Plaza
Suite 2600
St. Louis, MO 63101

**Andrew P. Brozman, Esq.**
Clifford Chance
31 West 52nd Street
New York, NY 10019

**John F. Carberry, Esq.**
Cummings & Lockwood, LLC
Six Landmark Square
Stamford, CT 06901

**James S. Carr, Esq.**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**George B. Cauthen, Esq.**
Nelson Mullins Riley & Scarborough, LLP
PO Box 11070
Columbia, SC 29211

**Babette A. Ceccotti**
Cohen, Weiss and Simon
330 West 42nd Street, 25th Floor
New York, NY 10036

**Marvin E. Clements, Jr., Esq.**
Office of the Tennessee Attorney General
Bankruptcy & Collections Division
425 Fifth Avenue North, 2nd Floor
Nashville, TN 37243

**Tiffany Strelow Cobb, Esq.**
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43215

**Dawn R. Copley, Esq.**
Dickinson Wright PLLC
500 Woodward Avenue
Suite 4000
Detroit, MI 48226

**Trent P. Cornell, Esq.**
Stahl Cowen Crowley LLC
55 W. Monroe, Suite 1200
Chicago, IL 60603

**David N. Crapo, Esq.**
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

**Michael G. Cruse, Esq.**
Warner Norcross & Judd, LLP
2000 Town Center
Suite 2700
Southfield, MI 48075

**Thomas H. Curran, Esq.**
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA 02109

**Peter D'Apice, Esq.**
Stutzman, Bromberg, Esserman & Plifka, P.C.
2323 Bryan Street
Suite 2200
Dallas, TX 75201-2689

**Gabriel Del Virginia, Esq.**
Law Offices of Gabriel Del Virginia
641 Lexington Avenue
21st Floor
New York, NY 10022

**Sam Della Fera, Jr., Esq.**
Trenk, DiPasquale, Webster,
Della Fera & Sodono, P.C.
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052

**Benjamin P. Deutsch, Esq.**
Schnader Harrison Segal & Lewis, LLP
140 Broadway
Suite 3100
New York, NY 10005

**Mary Joanne Dowd, Esq.**
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

**Michael James Edelman, Esq.**
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway
47th Floor
New York, NY 10019

**Alyssa Englund, Esq.**
Orrick, Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103

**Richard L. Epling, Esq.**
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036

**Kerry M Ewald, Esq.**
Dickinson Wright PLLC
424 Church Street, Suite 1401
Nashville, TN 37212

**Thomas R. Fawkes, Esq.**
Freeborn & Peters LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606-6677

**Carol A. Felicetta, Esq.**
Reid and Riege, P.C.
234 Church Street
9th Floor
New Haven, CT 06510-1819

**Robert J. Figa, Esq.**
Campbell, O'Brien & Mistele, P.C.
100 W. Big Beaver Road
Suite 385
Troy, MI 48084

**Deborah L. Fish, Esq.**
Allard & Fish, P.C.
2600 Buhl Building
535 Griswold
Detroit, MI 48226

**Kenneth A. Flaska, Esq.**
Dawda, Mann, Mulcahy & Sadler, PLC
39533 Woodward Avenue
Suite 200
Bloomfield Hills, MI 48304

**Jonathan L. Flaxer, Esq.**
Golenbock, Eiseman, Assor & Bell
437 Madison Avenue
New York, NY 10022

**Victoria D. Garry, Esq.**
Ohio Attorney General's Office
441 Vine Street
1600 Carew Tower
Cincinnati, OH 45202

**Christopher J. Giaimo, Jr., Esq.**
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

**Jeanette M. Gilbert, Esq.**
Motley Rice
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

**Steven A. Ginther, Esq.**
Missouri Department of Revenue
General Counsel's Office
P.O. Box 475
Jefferson City, MO 65105-0475

**Brett D. Goodman, Esq.**
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

**Neil Andrew Goteiner, Esq.**
Farella, Braun & Martel, LLP
235 Montgomery Street
30th Floor
San Francisco, CA 94104

**William T. Green, III, Esq.**
11 Greenway Plaza
Suite 2820
Houston, TX 77046

**Paul R. Hage, Esq.**
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road
Suite 2500
Southfield, MI 48034

**Michael C. Hammer, Esq.**
Dickinson Wright PLLC
301 E. Liberty
Suite 500
Ann Arbor, MI 48104-2266

**Ryan D. Heilman, Esq.**
Schafer and Weiner, PLLC
40950 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304

**Michael S. Holmes, Esq.**
8100 Washington Avenue
Suite 120
Houston, TX 77007

**Marshall Scott Huebner, Esq.**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**Christopher F. Graham, Esq.**
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169

**John T. Gregg, Esq.**
Barnes & Thornburg, LLP
171 Monroe Avenue, NW
Suite 1000
Grand Rapids, MI 49503

**Richard F. Hahn, Esq.**
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022-6225

**Adam Craig Harris, Esq.**
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022

**Suzanne Hepner, Esq.**
Levy Ratner, P.C.
80 Eighth Avenue
8th Floor
New York, NY 10036

**Jonathan Hook, Esq.**
Haynes and Boone LLP
1221 Avenues of the Americas
26th Floor
New York, NY 10020-1007

**John J. Hunter, Jr., Esq.**
Hunter & Schank Co. LPA
1700 Canton Avenue
Toledo, OH 43604

**Donald J. Hutchinson, Esq.**
Miller, Canfield, Paddock & Stone, PLC
150 West Jefferson Avenue
Detroit, MI 48226

**Adam H. Isenberg, Esq.**
Saul Ewing LLP
Centre Square West
1500 Market Street
38th Floor
Philadelphia, PA 19102

**Nan E. Joesten, Esq.**
Farella Braun & Martel, LLP
235 Montgomery Street
San Francisco, CA 94104

**John J. Jolley, Jr., Esq.**
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102

**Gregory O. Kaden, Esq.**
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

**Stephen Karotkin, Esq.**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Karel S. Karpe, Esq.**
White and Williams LLp
One Penn Plaza
Suite 4110
New York, NY 10119

**Thomas M. Kennedy, Esq.**
Kennedy Jennik & Murray, P.C.
113 University Place
7th Floor
New York, NY 10003

**Richardo I. Kilpatrick, Esq.**
Kilpatrick & Associates, PC
903 North Opdyke Road
Suite C
Auburn Hills, MI 48326

**Jennifer B. Kimble, Esq.**
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203

**Kathleen H. Klaus, Esq.**
Maddin Hauser Wartell Roth & Heller, P.C.
28400 Northwestern Hwy.
3rd Floor
Southfield, MI 48034

**Jeff Klusmeier, Esq.**
Missouri Attorney General's Office
221 West High Street
Jefferson City, MO 65102

**Thomas F. Koegel, Esq.**
Folger Levin & Kahn, LLP
275 Battery Street
23rd Floor
San Francisco, CA 94111

**Alan W. Kornberg, Esq.**
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

**Deborah Kovsky-Apap, Esq.**
Pepper Hamilton LLP
100 Renaissance Center
Suite 3600
Detroit, MI 48243-1157

**Stuart A. Krause, Esq.**
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

**Darryl S. Laddin, Esq.**
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031

**David A. Lerner, Esq.**
Plunkett Cooney
38505 Woodward Avenue
Suite 2000
Bloomfield Hills, MI 48304

**David T. Lin, Esq.**
Seyburn, Kahn, Ginn, Bess and Serlin
2000 Town Center
Suite 1500
Southfield, MI 48075

**Eric Lopez Schnabel, Esq.**
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177

**Kayalyn A. Marafioti, Esq.**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

**Debra A. Kowich, Esq.**
University of Michigan
503 Thompson Street
Room 5010
Ann Arbor, MI 48109-1340

**Patrick J. Kukla, Esq.**
Carson Fischer, P.L.C.
4111 Andover Road West
2nd Floor
Bloomfield Hills, MI 48302

**Michael S. Leib, Esq.**
Maddin Hauser Wartell Roth & Heller PC
28400 Northwestern Hwy.
3rd Floor
Southfield, MI 48034

**Larry A. Levick, Esq.**
Singer & Levick, P.C.
16200 Addison Road
Suite 140
Addison, TX 75001

**Edward J. LoBello, Esq.**
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530

**Neal S. Mann, Esq.**
New York State Attorney General's O
120 Broadway
24th Floor
New York, NY 10271

**Michael A. Maricco, Esq.**
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005

**Richard W. Martinez, Esq.**
Richard W. Martinez, APLC
228 St. Charles Ave.
Suite 1310
New Orleans, LA 70130

**Frank McGinn, Esq.**
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110

**Brian H. Meldrum, Esq.**
Stites & Harbison, PLLC
400 West Market Street
Suite 1800
Louisville, KY 40202

**Joseph Thomas Moldovan, Esq.**
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022-4731

**Eric T. Moser, Esq.**
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022

**Sean A. O'Neal, Esq.**
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006

**Paul J. Pascuzzi, Esq.**
Felderstein Fitzgerald Willoughby
& Pascuzzi, LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814-4434

**Brian Shoichi Masumoto, Esq.**
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

**Barbara S Mehlsack, Esq.**
Gorlick, Kravitz & Listhaus P.C.
17 State Street
4th floor
New York, NY 10004

**Harvey R. Miller, Esq.**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

**Timothy D. Moratzka, Esq.**
Mackall, Crounse & Moore, PLC
901 Marquette Avenue
Suite 1400
Minneapolis, MN 55402

**Jennifer L. Nassiri, Esq.**
DLA Piper LLP (US)
550 S. Hope Street
Suite 2300
Los Angeles, CA 90071

**Ingrid S. Palermo, Esq.**
Harter, Secrest & Ernery, LLP
1600 Bausch & Lomb Place
Rochester, NY 14604

**Robert W. Phillips, Esq.**
SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL 62024

**James A. Plemmons, Esq.**
Dickinson Wright PLLC
500 Woodward Avenue
Suite 4000
Detroit, MI 48226

**Michael Reed, Esq.**
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680

**Marc E. Richards, Esq.**
Blank Rome, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208

**Paul J. Ricotta, Esq.**
Mintz, Levin, Cohn, Ferris, Glovsky
and Popeo, P.C.
One Financial Center
Boston, MA 02111

**Adam L. Rosen, Esq.**
Silverman Acampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753

**Andrew Neil Rosenberg, Esq.**
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

**Douglas B. Rosner, Esq.**
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110

**Scott K. Rutsky, Esq.**
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

**Chester B. Salomon, Esq.**
Becker, Glynn, Melamed & Muffly LLP
299 Park Avenue
16th Floor
New York, NY 10171

**Thomas P. Sarb, Esq.**
Miller Johnson
250 Monroe Avenue, NW
Suite 800
Grand Rapids, MI 49503

**Eric A Schaffer, Esq.**
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

**Thomas J. Schank, Esq.**
Hunter & Schank Co. LPA
1700 Canton Avenue
Toledo, OH 43624

**Matthew L. Schwartz, Esq.**
U.S. Attorney's Office, SDNY
86 Chambers Street
New York, NY 10007

**Kenneth J. Schweiker, Jr., Esq.**
Brown & Connery LLP
6 North Broad Street
Woodbury, NJ 08096

**Stephen B. Selbst, Esq.**
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

**Brian L. Shaw, Esq.**
Shaw Gussis Fishman Glantz Wolfson
321 N. Clark Street
Suite 800
Chicago, IL 60610

**Tricia A. Sherick, Esq.**
Honigman Miller Schwartz and Cohn, LLP
660 Woodward Avenue
Suite 2290
Detroit, MI 48226

**Matthew J. Shier, Esq.**
Pinnacle Law Group LLP
425 California Street, # 1800
San Francisco, CA 94104

**Robert T. Smith, Esq.**
CNI Enterprises, Inc.
1451 East Lincoln Avenue
Madison Heights, MI 48071

**Arthur J. Spector, Esq.**
Berger Singerman, PA
350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301

**Leslie Stein, Esq.**
Seyburn, Kahn, Ginn, Bess and Serlin, P.C.
2000 Town Center
Suite 1500
Southfield, MI 48075

**Joseph R. Sgroi, Esq.**
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

**Andrea Sheehan, Esq.**
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

**Joseph E. Shickich, Jr., Esq.**
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1065

**Christina C. Skubic, Esq.**
Brayton Purcell
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

**Richard G. Smolev, Esq.**
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

**Jeffrey S. Stein, Esq.**
The Garden City Group, Inc.
105 Maxess Road
Melville, NY 11747

**Harvey A. Strickon, Esq.**
Paul,Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022-3205

**James M. Sullivan, Esq.**
Arent Fox LLP
1675 Broadway
New York, NY 10019

**Colleen M. Sweeney, Esq.**
Dickinson Wright PLLC
424 Church Street
Suite 1401
Nashville, TN 37219

**Raymond J. Urbanik, Esq.**
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-6659

**Sean M. Walsh, Esq.**
Giarmarco, Mullins & Horton P.C.
101 West Big Beaver Road
Suite 1000
Troy, MI 48084-5280

**Elizabeth Weller, Esq.**
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2691

**Thomas M. Wilson, Esq.**
Kelley & Ferraro, LLP
1300 E. Ninth Street
Suite 1901
Cleveland, OH 44114

**Robert D. Wolford, Esq.**
Miller, Johnson, Snell & Cummiskey, PLC
250 Monroe Avenue, N.W.
Suite 800
Grand Rapids, MI 49503

**Michelle T. Sutter, Esq.**
Ohio Attorney General
30 East Broad Street, 25th Floor
Columbus, OH 43215-5148

**Gordon J. Toering, Esq.**
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503

**Kimberly A. Walsh, Esq.**
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711

**Robert B. Weiss, Esq.**
Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
Detroit, MI 48226

**David B. Wheeler, Esq.**
Moore & Van Allen PLLC
P.O. Box 22828
Charleston, SC 29413-2828

**Blanka K. Wolfe, Esq.**
Sheppard Mullin Richter & Hampton, LLP
30 Rockefeller Plaza
Suite 2400
New York, NY 10112

**Scott A. Wolfson, Esq.**
Bush Seyferth & Paige, PLLC
3001 W. Big Beaver Road, Suite 600
Troy, MI 48084

**Cynthia Woodruff-Neer, Esq.**
Alpine Electronics of America, Inc.
19145 Gramercy Place
Torrance, CA 90501

**Doron Yitzchaki, Esq.**
Dickinson Wright PLLC
301 East Liberty Street
Suite 500
Ann Arbor, MI 48104

4633504v.1