SCHNEIDER MILLER, PC
Kenneth M. Schneider (P31963)
3900 Penobscot Building
645 Griswold Street
Detroit, Michigan 48226
Telephone: (313) 237-0850 x 101
Facsimile: (313) 237-0059
E-mail: kschneider@schneidermiller.com
Attorneys for Visscher-Caravelle N.A., Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
                                                          :
In re                                                     :    Chapter 11
                                                          :
GENERAL MOTORS CORp., et al.                              :    Case No. 09-50026 (REG)
                                                          :
Debtors.                                                  :    (Jointly Administered)
                                                          :
----------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

**TO THE HONORABLE ROBERT E. GERBER,**
**UNITED STATES BANKRUPTCY JUDGE**

I, Kenneth M. Schneider, a member in good standing of the Bar of the State of Michigan, requests admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Visscher-Caravelle N.A., Inc. in the above-referenced case.

Mailing Address:        Kenneth M. Schneider
                        Schneider Miller, P.C.
                        3900 Penobscot Building
                        645 Griswold Street
                        Detroit, Michigan 48226
                        Telephone: (313) 237-0850
                        E-mail: kschneider@schneidermiller.com

The fee of $25.00 has been submitted with this Motion for ***pro hac vice*** admission.

Dated: June 5, 2009                             /s/ Kenneth M. Schneider
                                                Kenneth M. Schneider (P31963)
                                                Schneider Miller, P.C.
                                                3900 Penobscot Building
                                                645 Griswold Street
                                                Detroit, Michigan 48226
                                                Telephone: (313) 237-0850 x 101
                                                E-mail: kschneider@schneidermiller.com
                                                Attorneys for Visscher-Caravelle N.A., Inc.