Dean M. Gloster (California State Bar No. 109313)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
dgloster@fbm.com

Attorneys for General Motors Retirees Association

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>GENERAL MOTORS CORPORATION,<br><br>Debtor. | Chapter 11 Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Dean M. Gloster, a member in good standing of the bar of the State of California, and of the bar of the U.S. District Court for the Northern District of California, request admission, *pro hac vice*, pursuant to Rule 2090-1(b) of the Local Bankruptcy Rules of the Southern District of New York to represent the General Motors Retirees Association before the Honorable Robert E. Gerber in the above referenced case.  My address is Farella Braun & Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, CA  94104; my email is dgloster@fbm.com; telephone number (415) 954-4400.  I agree to pay the fee of $25.00 upon approval of this Court admitting me to practice *pro hac vice*.

24677\1955255.1

Dated: June 2, 2009
      San Francisco, Calif.

Respectfully submitted,

FARELLA BRAUN & MARTEL LLP

By: _____
   Dean M. Gloster, Cal. Bar No. 109313
   235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
   (415) 954-4400

Attorneys for General Motors Retirees Association

## **ORDER**

**ORDERED,**

That Dean M. Gloster, Esq. is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

DATED: _____

_____
Honorable Robert E. Gerber
UNITED STATES BANKRUPTCY JUDGE