UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---

In re:

GENERAL MOTORS CORPORATION, *et al.*,

                Debtors.

Case No. 09-50026 (reg)
(Jointly Administered)

Chapter 11

---

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, JAMES W. Ehrman, request permission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Sunnyside Automotive III, LLC d/b/a Saturn of Middleburg Heights, Sunnyside Automotive VI, LLC d/b/a Saturn of North Olmsted, Sunnyside Automotive XVII, LLC d/b/a Saturn of Mentor, and Sunnyside Automotive XVIII, LLC d/b/a Saturn of Chagrin, each a subsidiary of Sunnyside Automotive, Inc., each a party to an executory contract with Saturn Distribution Corporation, and each a creditor of one or more of the debtors in these jointly administered bankruptcy cases.

**I certify that I am a member in good standing** of the bar of the State of Ohio and of the bar of the United States District Court for the Northern District of Ohio.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 2, 2009
Cleveland, Ohio

                                              /s/ James W. Ehrman
James W. Ehrman (OH Bar ID #0011006)
KOHRMAN JACKSON & KRANTZ PLL
One Cleveland Center, 20th Floor
1375 East Ninth Street
Cleveland, Ohio 44114-1793
Telephone: (216) 696-8700
Telecopier: (216) 621-6536
Email: jwe@kjk.com

{K0201156.1}

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---

In re:

GENERAL MOTORS CORPORATION, *et al.*,

                              Debtors.

Case No. 09-50026 (reg)
(Jointly Administered)

Chapter 11

---

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of James W. Ehrman to be admitted, *pro hac vice*, to represent Sunnyside Automotive III, LLC, Sunnyside Automotive VI, LLC, Sunnyside Automotive XVII, LLC, and Sunnyside Automotive XVIII, LLC (the "Clients"), each a party to an executory contract with Saturn Distribution Corporation, and each a creditor of one or more of the debtors in these jointly administered bankruptcy cases, an upon the movant's certification that the movant is a member in good standing of the bar of the State of Ohio and of the bar of the United States District Court for the Northern District of Ohio, it is hereby

ORDERED, that James W. Ehrman, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June ___, 2009
New York, New York

                                                /s/ _____
                                                UNITED STATES BANKRUPTCY JUDGE

{K0201156.1}