**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

In re:

General Motors Corporation, *et al.*

Debtors.

Chapter 11

Case No. 09-50026
Jointly Administered
Hon. Robert E. Gerber

## APPEARANCE AND DEMAND FOR SERVICE

NOW COMES, LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C., and hereby enters its Appearance and Demand for Service on behalf of Linamar Corporation, Mahar Tool Supply Co. and any other creditor or interested party that retains our services in the above-entitled action.

DATED:  June 5, 2009        BY:

LAMBERT, LESER, ISACKSON,
COOK & GIUNTA, P.C.

/s/ Susan M. Cook
_____
SUSAN M. COOK (P31514)
Attorneys for Linamar Corporation
And Mahar Tool Supply Co.
916 Washington Ave., Suite 309
Bay City, Michigan 48708
Telephone:  (989) 893-3518
scook@lambertleser.com

{00026438}