**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re:   General Motors Corporation

                                              Debtor
-----------------------------------------------------------------x

                                            Plaintiff

v.

                                            Defendant
-----------------------------------------------------------------x

Case No.: 09-50026
Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Robert T. Gibson, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Karen and George Kairis, creditors (litigation) in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Pennsylvania and, if applicable, the bar of the U.S. District Court for the Eastern District of Pennsylvania.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 2, 2009

        Robert T. Gibson, PA Bar ID No. 76187
        *Mailing Address*:
        The Gibson Law Firm
        319 West Front Street
        Media, PA 19063
        *E-mail address*: rgibson@gibsonlawfirm.net
        *Telephone number*: 215-729-7000