**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>General Motors Corporation, *et al.*<br><br>            Debtors. | Chapter 11<br><br>Case No. 09-50026<br>Jointly Administered<br>Hon. Robert E. Gerber |

## APPEARANCE AND DEMAND FOR SERVICE

NOW COMES, LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C., and hereby

enters its Appearance and Demand for Service on behalf of Linamar Corporation, Mahar Tool

Supply Co. and any other creditor or interested party that retains our services in the above-

entitled action.

LAMBERT, LESER, ISACKSON,
COOK & GIUNTA, P.C.

/s/ Adam D. Bruski

DATED:  June 5, 2009            BY:    _____

ADAM D. BRUSKI (P70030)
Attorneys for Linamar Corporation
And Mahar Tool Supply Co.
916 Washington Ave., Suite 309
Bay City, Michigan 48708
Telephone:  (989) 893-3518
abruski@lambertleser.com

{00026443}