UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                              :

In re                                        :        Chapter 11

GENERAL MOTORS CORPORATION, *et al.*,  :        Case No. 09-50026 (REG)

                          Debtors.      :        (Jointly Administered)
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF NEW YORK )

Joseph Monzione, being duly sworn, deposes, and says:

      1.     I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

      2.     On June 5, 2009, I caused to be served copies of the **Notice of Appearance and Request for Service of Papers**; and the **Amended Verified Statement of Paul, Weiss, Rifkind, Wharton & Garrison LLP Pursuant to Bankruptcy Rule 2019** on Harvey R. Miller, c/o Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153; and Thomas Moers Mayer, c/o Kramer Levin Naftalis & Frankel, LLP, 1177 Avenue of the Americas, New York, NY 10036.

3.	I caused such service to be made by enclosing true copies of the aforementioned documents in properly addressed wrappers and caused them to be deposited in a depository under the exclusive care and custody of the U.S. Postal Service in the State of New York.

/s/ Joseph Monzione
Joseph Monzione

Sworn to before me this
day of June 5, 2009

/s/ Maurice Tattnall
Notary Public
State of New York
No. 01TA6018000
Qualified in Kings County
Certificate Filed in New York County
Commission Expires December 21, 2010