UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:* | Chapter 11 |
| GENERAL MOTORS CORP., *et al.,* | Case No. 09-50026-REG |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, <u>Vincent A. D'Agostino</u> , a member in good standing of the bar in the state of New Jersey and the bar of the U.S. District Court for the District of New Jersey, request admission, *pro hac vice,* before the Honorable Robert E. Gerber, to represent <u>AT&T,</u> creditor in the above referenced bankruptcy cases.

My address is <u>Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, NJ 07068;</u> my e-mail address is <u>vdagostino@lowenstein.com</u> ; my telephone no. is <u>(973) 597-2594.</u>

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 5, 2009            <u>/s/ Vincent A. D'Agostino</u>
New York, New York

---

**ORDERED,**

That Vincent A. D'Agostino, Esq. is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____            _____
New York, New York            UNITED STATES BANKRUPTCY JUDGE

12459/1184
06/05/2009 11806594.1