**MORGAN, LEWIS & BOCKIUS LLP**
**101 Park Avenue**
**New York, NY  10178**
**(212) 309-6000**
**Howard S. Beltzer, Esq.**
**Emmeline S. Liu, Esq**

**Attorneys for FMR Corp.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
In re:                                                  :
                                                        :      **Chapter 11**
    **GENERAL MOTORS CORP., <u>et</u> <u>al.</u>,**    :
                                                        :      **Case No.  09-50026 (REG)**
    **Debtors.**                          :
                                                        :      **(Jointly Administered)**
------------------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
<u>**REQUEST FOR SERVICE OF PAPERS**</u>

**PLEASE TAKE NOTICE** that the undersigned appears for FMR Corp. and affiliates, creditors and parties in interest herein, and pursuant to, <u>inter</u> <u>alia</u>, Rules 2002 and 3017(a) of the Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), requests that all notices given or required in this case, and all documents and other papers served in this case, be given to and served upon:

    Howard S. Beltzer, Esq.
    Emmeline S. Liu, Esq.
    MORGAN, LEWIS & BOCKIUS LLP
    101 Park Avenue
    New York, New York 10178
    Phone:         (212) 309-6000
    Telecopy:     (212) 309-6001
    Email:          hbeltzer@morganlewis.com
                   eliu@morganlewis.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the rules specified

above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after <u>de</u> <u>novo</u> review by a district judge, (2) to trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which FMR Corp. and affiliates are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York
         June 5, 2009

            **MORGAN, LEWIS & BOCKIUS LLP**
            Attorneys for FMR Corp.

            By:/s/ Howard S. Beltzer_____
              Howard S. Beltzer

            101 Park Avenue
            New York, NY  10178
            (212) 309-6000

TO:

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153