UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:* | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026-REG |
| Debtors. | (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, Joseph A. Becht, Jr., a member in good standing of the bar in the state of New Jersey and, the bar of the U.S. District Court for the District of New Jersey, request admission, *pro hac vice,* before the Honorable Robert E. Gerber, to represent AT&T, creditor in the above referenced bankruptcy cases.

My address is  Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, NJ 07068; my e-mail address is  jbecht@lowenstein.com ; my telephone no. is (973) 597-6166.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 5, 2009            /s/ Joseph A. Becht, Jr.
New York, New York

_____

**ORDERED,**

That Joseph A. Becht, Jr., Esq. is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____        _____
New York, New York                        UNITED STATES BANKRUPTCY JUDGE

12459/1184
06/05/2009 11806573.1