UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                       :
                                                            :    Chapter 11 Case No.
GENERAL MOTORS CORP., *et. al.*                             :
                                                            :    09-50026 (REG)
                                                            :
                    Debtors.                                :    (Jointly Administered)
                                                            :
------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

STATE OF NEW YORK     :
                      ss:
COUNTY OF SUFFOLK     :

Jeffrey S. Stein, being duly sworn, deposes and states:

   1.   I am a Vice President, Business Reorganization, with The Garden City Group, Inc., the proposed claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

   2.   On June 2, 2009, at the direction of Weil, Gotshal & Manges LLP ("Weil Gotshal"), proposed counsel for the Debtors, I caused true and correct copies of the following documents to be served by first class mail on the parties set forth on Exhibit A (the master service list and all parties who filed a Notice of Appearance) attached hereto:

   - **Notice of Debtors' Motion for Entry of Order Pursuant to 11 U.S.C. § 365 Authorizing the Rejection of Aircraft and Airport Lease Agreements and for Related Relief (Docket No. 209) (the "Notice of Aircraft Lease Motion"),** and

   - **Motion by Debtors for Entry of Order Pursuant to 11 U.S.C. § 365 Authorizing the Rejection of Aircraft and Airport Lease Agreements and for Related Relief (Docket No. 155) (the "Aircraft Lease Motion").**

   3.   In addition, on June 2, 2009, at the direction of Weil Gotshal, I caused true and correct copies of the Notice of Aircraft Lease Motion and Aircraft Lease Motion to be served by overnight delivery on the fifteen parties set forth on Exhibit B attached hereto.

   4.   I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

                                                            /s/ Jeffrey S. Stein
                                                            Jeffrey S. Stein.

# Exhibit A

| | |
|---|---|
| AFFINIA<br>DAVID OVERBEEKE, CEO<br>4400 PRIME PARKWAY<br>MCHENRY IL 60050 | AIRGAS, INC.<br>ATT: DAVID BOYLE, CONSULTANT TO LEGAL DEPT<br>259 RADNOR CHESTER ROAD<br>RADNOR PA 19087 |
| AK STEEL HOLDING CORP<br>ATTN: JEFFREY L ZACKERMAN<br>COMMERCIAL AFFAIRS COUNSEL<br>9227 CENTRE POINTE DRIVE<br>WESTCHESTER OH 45069 | ALIX PARTNERS LLP<br>ATTN: MICHELLE CAMPBELL<br>300 N LASALLE STREET<br>CHICAGO IL 60654 |
| ALLARD & FISH<br>ATT: DEBORAH L. FISH, ESQ.<br>2600 BUHL BLDG<br>535 GRISWOLD<br>DETROIT MI 48226 | ALPHA SA DE CV<br>AVENIDA GÓMEZ MORÍN NO. 1111 SUR<br>SAN PEDRO GARZA GARCÍA N.L<br>C.P. 66254 MEXICO |
| ALPHA SA DE CV<br>ATTN: MANUEL RIVERA, PRESIDENT & CEO<br>AVE GOMEZ MORIN 1111<br>COL. CARRIZALEJO GARZA GARCIA<br>NL CP66254 MEXICO | ALPINE ELECTRONICS OF AMERICA, INC.<br>ATT: CYNTHIA WOODRUFF-NEER, ESQ.<br>19145 GRAMERCY PLACE<br>TORRANCE CA 90501-1162 |
| AMERICAN AXLE & MFG HOLDINGS INC<br>ATTN: MR. RICHARD DAUCH, CO FOUNDER, CHAIRMAN<br>ONE DAUCH DRIVE<br>DETROIT MI 48211-1198 | ARCELOR MITTAL<br>19, AVENUE DE LA LIBERTE<br>LUXEMBOURG, L-2930 LUXEMBOURG |
| ARCELOR MITTAL<br>ATTN: LAKSHMI MITTAL, CEO<br>BERKLEY SQUARE HOUSE, 7TH FLOOR<br>LONDON, ENGLAND W1J6DA | ARENT FOX LLP<br>ATT: JAMES M. SULLIVAN, ESQ.<br>ATTY FOR SUPERIOR INDUSTRIES INTERNATIONAL, INC.<br>1675 BROADWAY<br>NEW YORK NY 10019 |
| ARENT FOX LLP<br>ATT: JAMES M. SULLIVAN, ESQ.<br>ATTY FOR TIMKEN COMPANY<br>1675 BROADWAY<br>NEW YORK NY 10019 | AT&T CORP<br>RICHARD G LINDNER CFO<br>208 S. AKARD ST<br>DALLAS TX 75202 |
| ATTORNEY GENERAL FOR THE STATE OF NEW YORK<br>ATT: NEAL S. MANN, ASSTISTANT ATTORNEY GENERAL<br>ATTY FOR NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>120 BROADWAY - 24TH FLOOR<br>NEW YORK NY 10271 | ATTORNEY GENERAL FOR THE STATE OF TEXAS<br>ATT: MARK BROWNING, ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN TX 78711-2548 |
| ATTORNEY GENERAL OF OHIO<br>ATT: VICTORIA D. GARRY, ASSISTANT ATTORNEY GENERAL<br>COLLECTIONS & ENFORCEMENT<br>441 VINE STREET<br>1600 CAREW TOWER<br>CINCINNATI OH 45202 | AVIS RENTAL CAR<br>ATTN: ROBERT SALERNO, PRESIDENT<br>6 SYLVAN WAY<br>PARSIPPANY NJ 07054 |
| BANK OF NEW YORK MELLON<br>ONE WALL STREET<br>NEW YORK NY 10286 | BANK OF NEW YORK MELLON<br>ATTN: GREGORY KINDER<br>GLOBAL CORPORATE TRUST<br>101 BARCLAY, 7W<br>NEW YORK NY 10286 |

| | |
|---|---|
| BARTLETT HACKETT FEINBERG P.C.<br>ATT: FRANK F. MCGINN, ESQ.<br>ATTY FOR IRON MOUNTAIN INFORMATION MANAGEMENT, INC.<br>155 FEDERAL STREET, 9TH FLOOR<br>BOSTON MA 02110 | BASF<br>DR. KURT BOCK, CHAIRMAN AND CEO<br>100 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932 |
| BECKER GLYNN MELAMED & MUFFLY LLP<br>ATT: CHESTER B. SALOMON, ESQ.<br>ATTY FOR FACTORY MOTOR PARTS COMPANY<br>299 PARK AVENUE, 16TH FLOOR<br>NEW YORK NY 10171 | BINGHAM MCCUTCHEN LLP<br>ATT ROBERT DOMBROFF & JEFFREY SABIN, ESQ.<br>ATTY FOR DEUTSCHE BANK AG<br>399 PARK AVENUE<br>NEW YORK NY 10022-4689 |
| BLANK ROME LLP<br>ATT: MARC E. RICHARDS, ESQ.<br>ATTY FOR DENSO INTERNATIONAL AMERICA AND DENSO SALES CALIFORNIA<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE<br>NEW YORK NY 10174 | BLUE CROSS AND BLUE SHIELD OF MICHIGAN<br>ATT: JEFFREY RUMLEY, ASSISTANT GENERAL COUNSEL<br>600 LAFAYETTE EAST #1925<br>DETROIT MI 48226-2998 |
| BRAYTON PURCELL LLP<br>ATT: ALAN R. BRAYTON, CHRISTINA C. SKUBIC, MATTHEW B. LEE<br>ATTY FOR CERTAIN ASBESTOS CLAIMANTS<br>222 RUSH LANDING ROAD<br>NOVATO CA 94945 | BRIDGESTONE CORP<br>535 MARRIOT DRIVE<br>NASHVILLE TN 37214 |
| BRIDGESTONE CORP<br>ATTN: MR. SHOSHI ARAKAWA, CHAIRMAN<br>10-1 KYOBASHI 1-CHROME CHUOKU<br>TOKYO JAPAN 104 | BRIGGS AND MORGAN P.A.<br>ATT: JOHN R. MCDONALD, ESQ.<br>ATTY FOR FACTORY MOTOR PARTS COMPANY<br>2200 IDS CENTER<br>80 SOUTH 8TH STREET<br>MINNEAPOLIS MN 55402 |
| CAP GEMENI AMERICA INC<br>ATTN: THIERRY DELAPORTE, CFO<br>623 FIFTH AVENUE<br>33RD FL<br>NEW YORK NY 10022 | CHEMICO SYSTEMS<br>LEON C. RICHARDSON, PRESIDENT<br>10 W.HURON, SUITE 300<br>PONTIAC MI 48342 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATT: JAMES L. BROMLEY, ESQ.<br>ATTY FOR UAW<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>A RICHARD SUSKO, ESQ<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>RICHARD S LINCER, ESQ.<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>DAVID I GOTTLIEB, ESQ.<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006 |
| CLIFFORD CHANCE US LLP<br>ATT: ANDREW BROZMAN & SARAH CAMPBELL, ESQ.<br>31 WEST 52ND STREET<br>NEW YORK NY 10019-6131 | COBASYS<br>MR. TOM NESLAGE, PRESIDENT & CEO<br>3740 LAPEER RD. SOUTH<br>ORION MI 48359 |
| COHEN WEISS AND SIMON LLP<br>ATT: BABETTE A. CECCOTTI, ESQ.<br>ATTY FOR UAW<br>330 WEST 42ND STREET<br>NEW YORK NY 10036 | CONTINENTAL AG<br>VAHRENWALDER STR 9<br>D-30165 HANOVER GERMANY |

| | |
|---|---|
| CONTINENTAL AG<br>ATTN: MR. KARL-THOMAS NEUMANN<br>GUERICKESTRASSE 7<br>60488 FRANKFURT GERMANY | COOLIDGE WALL CO., L.P.A.<br>ATT: RONALD S. PRETEKIN, ESQ.<br>ATTY FOR HARCO MANUFACTURING GROUP LLC<br>33 WEST FIRST STREET, SUITE 600<br>DAYTON OH 45402 |
| CSX CORP<br>OSCAR MUNOZ CFO<br>500 WATER STREET, 15TH FLOOR<br>SPEED CODE C900<br>JACKSONVILLE FL 32202 | DANA HOLDING COMPANY<br>ATT: LISA WURSTER<br>4500 DORR STREET<br>TOLEDO OH 43615 |
| DANIEL W. SHERRICK, GENERAL COUNSEL<br>8000 EAST JEFFERSON AVE<br>DETROIT MI 48214 | DAVIS POLK & WARDWELL<br>ATT: DONALD S. BERNSTEIN & MARSHALL S. HUEBNER<br>ATTY FOR FORD MOTOR COMPANY<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 |
| DELPHI CORP<br>ATTN: MR. RODNEY O'NEAL CHIEF EXECUTIVE OFFICER<br>5725 DELPHI DRIVE<br>TROY MI 48098 | DENSO CORP<br>ATTN MR. HARUYA MARUYAMA, PRESIDENT & CEO<br>24777 DENSO DRIVE<br>SOUTHFIELD MI 48086-5047 |
| DEPARTMENT OF LABOR<br>ATTN: DEPUTY SOLICITOR OF LABOR<br>200 CONSTITUTION AVENUE, NW<br>WASHINGTON DC 20201 | DEPARTMENT OF THE TREASURY<br>ATTN: OFFICE OF GENERAL COUNSEL<br>1500 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20220 |
| DEUTSCHE BANK AG<br>ATTN: STUART HARDING<br>1 GREAT WINCHESTER ST<br>LONDON EC2N 2DB ENGLAND | DICKINSON WRIGHT PLLC<br>ATT: MICHAEL C. HAMMER, ESQ.<br>ATTY FOR JOHNSON CONTROLS, INC.<br>301 E. LIBERTY, SUITE 500<br>ANN ARBOR MI 48104 |
| DICKINSON WRIGHT PLLC<br>ATT: DAWN R. COPLEY, ESQ.<br>ATTY FOR JOHNSON CONTROLS<br>500 WOODWARD AVENUE, SUITE 4000<br>DETROIT MI 48226 | DICKINSON WRIGHT PLLC<br>ATT: KERRY MASTERS EWALD, ESQ.<br>ATTY FOR JOHNSON CONTROLS, INC.<br>424 CHURCH STREET, SUITE 1401<br>NASHVILLE TN 37219 |
| DICKINSON WRIGHT PLLC<br>ATT: JAMES A. PLEMMONS, ESQ.<br>ATTY FOR MAGNA INTERNATIONAL, INC.<br>500 WOODWARD AVENUE, SUITE 4000<br>DETROIT MI 48226 | DICKINSON WRIGHT PLLC<br>ATT: DAWN R. COPLEY, ESQ.<br>ATTY FOR MAGNA INTERNATIONAL, INC.<br>500 WOODWARD AVENUE, SUITE 4000<br>DETROIT MI 48226 |
| DICKINSON WRIGHT PLLC<br>ATT: KERRY MASTERS EWALD, ESQ.<br>ATTY FOR MAGNA INTERNATIONAL<br>424 CHURCH STREET, SUITE 1401<br>NASHVILLE TN 37219 | DICKINSON WRIGHT PLLC<br>ATT: COLLEEN M. SWEENEY, ESQ.<br>ATTY FOR JOHNSON CONTROLS, INC.<br>424 CHURCH STREET, SUITE 1401<br>NASHVILLE TN 37219 |
| DICKINSON WRIGHT PLLC<br>ATT: COLLEEN M. SWEENEY, ESQ,<br>ATTY FOR MAGNA INTERNATIONAL, INC.<br>424 CHURCH STREET, SUITE 1401<br>NASHVILLE TN 37219 | DICKINSON WRIGHT PLLC<br>ATT: DORON YITZCHAKI, ESQ.<br>ATTY FOR JOHNSON CONTROLS, INC.<br>301 E. LIBERTY, SUITE 500<br>ANN ARBOR MI 48101 |

| | |
|---|---|
| DICKINSON WRIGHT PLLC<br>ATT: DORON YITZCHAKI, ESQ.<br>ATTY FOR MAGNA INTERNATIONAL, INC.<br>301 E. LIBERTY, SUITE 500<br>ANN ARBOR MI 48101 | DICKINSON WRIGHT PLLC<br>ATT: JAMES A. PLEMMONS, ESQ.<br>ATTY FOR VISTEON CORPORATION<br>500 WOODWARD AVENUE, SUITE 4000<br>DETROIT MI 48226 |
| DICKINSON WRIGHT PLLC<br>ATT: MICHAEL C. HAMMER, ESQ.<br>ATTY FOR VISTEON CORPORATION<br>301 E. LIBERTY, SUITE 500<br>ANN ARBOR MI 48104 | DICKINSON WRIGHT, PLLC<br>ATT: JAMES A. PIEMMONS, ESQ.<br>ATTY FOR JOHNSON CONTROLS, INC.<br>500 WOODWARD AVENUE, SUITE 4000<br>DETROIT MI 48226 |
| DICKINSON WRIGHT, PLLC<br>ATT: MICHAEL C. HAMMER, ESQ.<br>ATTY FOR MAGNA INTERNATIONAL, INC.<br>301 E. LIBERTY, SUITE 500<br>ANN ARBOR MI 48104 | DICONZA LAW P.C.<br>ATT: GERARD DICONZA, ESQ.<br>ATTY FOR ARCADIS U.S., INC.<br>630 THIRD AVENUE, 7TH FLOOR<br>NEW YORK NY 10017 |
| DOW AUTOMOTIVE<br>MR. PETER SYKES, PRESIDENT<br>2-2-24 HIGASHI-SHINAGAWA<br>SHINAGAWA-KU, TOKYO 140-8617 | DUPONT<br>ELLEN J. KULLMAN, CEO<br>1007 MARKET STREET<br>WILMINGTON DL 19898 |
| DURA AUTOMOTIVE<br>TIM LEULIETTE, CHAIRMAN<br>2791 RESEARCH DRIVE<br>ROCHESTER HILLS MI 48309-3575 | DYNAMIC MANUFACTURING<br>MRS. MARY PARTIPILO, CEO<br>1930 N. MANNHEIM ROAD<br>MELROSE PARK IL 60160 |
| ENTERGY SERVICES, INC<br>ATT: ALAN H. KATZ, ASSISTANT GENERAL COUNSEL<br>639 LOYOLA AVENUE, 26TH FLOOR<br>NEW ORLEANS LA 70113 | ENTERPRISE RENT A CAR<br>6929 N LAKEWOOD AVE SUITE 100<br>TULSA OK 74117 |
| ENTERPRISE RENT A CAR<br>ATTN: MR. GEORGE STUBBLEFILED, PRESIDENT<br>600 CORPORATE PARK DRIVE<br>ST. LOUIS MO 63105 | EXXON MOBIL CORP<br>5959 LAS COLINAS BOULEVARD<br>IRVING TX 75039 |
| EXXON MOBIL CORP<br>JAMES P. HENNESSY EM GLOBAL EXECUTIVE<br>3225 GALLOWS ROAD<br>FAIRFAX VA 22037 | FLEX-N-GATE CORP<br>ATTN: MR SHAHID KHAN, CEO<br>1306 EAST UNIVERSITY<br>URBANA IL 61802 |
| FMR CORP<br>ROBERT J CHERSI CFO<br>82 DEVONSHIRE ST<br>BOSTON MA 02109 | FREEBORN & PETERS LLP<br>ATT: AARON L. HAMMER & THOMAS R. FAWKES<br>ATTY FOR PGW, LLC<br>311 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606 |
| FREEBORN & PETERS LLP<br>ATT: AARON L. HAMMER & THOMAS R. FAWKES<br>ATTY FOR TRICO CORPORATION<br>311 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606 | GENERAL PHYSICS CORP<br>1500 W BIG BEAVER RD<br>TROY MI 48084 |

| | |
|---|---|
| GENERAL PHYSICS CORP<br>ATTN: MS SHARON ESPOSITO<br>6095 MARSHALEE DR<br>SUITE 300<br>ELKRIDGE MD 21075 | GOLENBOCK EISMAN ASSOR BELL & PESKOE LLP<br>ATT: JONATHAN L. FLAXER, DOUGLAS L. FURTH, ANTHONY M. VASSALLO<br>437 MADISON AVENUE<br>NEW YORK NY 10022 |
| GOODYEAR TIRE & RUBBER CO<br>ROBERT KEEGAN CHAIRMAN, CEO & PRES<br>1144 E MARKET ST<br>AKRON OH 44316-0001 | GOULSTON & STORRS, P.C.<br>ATT: DOUGLAS B. ROSNER, ESQ.<br>ATTY FOR 767 FIFTH PARTNERS LLC AND BP/CGCENTER I LLC<br>400 ATLANTIC AVENUE<br>BOSTON MA 02110-3333 |
| GOULSTON & STORRS, P.C.<br>ATT: GREGORY O. KADEN, ESQ.<br>ATTY FOR 767 FIFTH PARTNERS AND BP/CGCENTER I LLC<br>400 ATLANTIC AVENUE<br>BOSTON MA 02110-3333 | HARTER SECREST & EMERY LLP<br>ATT: KENNETH W. AFRICANO & RAYMOND L. FUNK<br>ATTY FOR PADDOCK CHEVROLET, INC.<br>TWELVE FOUNTAIN PLAZA, SUITE 400<br>BUFFALO NY 14202-2293 |
| HARTER SECREST & EMERY LLP<br>ATT: JOHN WEIDER & INGRIDE PALERMO<br>ATTY FOR PADDOCK CHEVROLET, INC.<br>1600 BAUSCH & LOMB PLACE<br>ROCHESTER NY 14606 | HAYNES AND BOONE LLP<br>ATT: JONATHAN HOOK, ESQ.<br>ATTY FOR AIRGAS, INC.<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1007 |
| HAYNES AND BOONE LLP<br>ATT: PATRICK L. HUGHES & PETER C. RUGGERO<br>ATTY FOR AIRGAS, INC.<br>1221 MCKINNEY, SUITE 2100<br>HOUSTON TX 77010 | HERTZ CORPORATION<br>14501 HERTZ QUAIL SPRINGS PARKWAY<br>OKLAHOMA CITY OK 73134 |
| HERTZ CORPORATION<br>ATTN: MS. ELYSE DOUGLAS CFO<br>225 BRAE BOULEVARD PARK<br>RIDGE NJ 07656 | HEWLETT PACKARD CO<br>3000 HANOVER ST<br>PALO ALTO CA 94304 |
| HEWLETT PACKARD CO<br>MIKE NEFKENS, VP<br>500 RENAISSANCE CENTER<br>MC:20A<br>DETROIT MI 48243 | HEWLETT -PACKARD DEVELOPMENT COMPANY, L.P.<br>MIKE NEFKENS, VICE PRESIDENT<br>500 RENAISSANCE CENTER, MC:20A<br>DETROIT MI 48243 |
| HITACHI LTD<br>955 WARWICK ROAD<br>PO BOX 510<br>HARRODSBURG KY 40330 | HITACHI LTD<br>ATTN MR. YASUHIKO HONDA CEO<br>AKIHABARA DAIBIRU BUILDING<br>18-13, SOTO-KANDA, 1-CHROME<br>CHIYODA-KU, TOKYO, JAPAN 101-8608 |
| HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>ATT: ROBERT B. WEISS, ESQ.<br>ATTY FOR GENERAL MOTORS CORPORATION<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVENUE<br>DETROIT MI 48226 | HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>ATT: TRICIA A. SHERICK, ESQ.<br>ATTY FOR GENERAL MOTORS CORPORATION<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVENUE<br>DETROIT MI 48226 |
| HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>ATT: JOSEPH R. SGROI, ESQ.<br>ATTY FOR GENERAL MOTORS CORPORATION<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVENUE<br>DETROIT MI 48226 | HSS/SAGINAW<br>MR. ERIC LARSON, COO<br>5446 DIXIE HIGHWAY<br>SAGINAW MI 48601 |

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>ATTN: INSOLVENCY SECTION<br>290 BROADWAY<br>NEW YORK NY 10007 | INTERNAL REVENUE SERVICE<br>ATTN: INSOLVENCY SECTION<br>P.O. BOX 21126<br>PHILADELPHIA PA 19114 |
| INTERNATIONAL AUTOMOTIVE COMPONENTS<br>JAMES KAMSICKAS, PRESIDENT AND CEO<br>5300 AUTO CLUB DRIVE<br>DEARBORN MI 48126 | INTERNATIONAL UNION OF ELECTRIC, SALARY, MACHINE AND FURNITURE WORKERS<br>3461 OFFICE PARK DR<br>KETTERING OH 45439 |
| INTERNATIONAL UNION OF ELECTRIC, SALARY, MACHINE AND FURNITURE WORKERS<br>JIM CLARK/ PETER MITCHELL<br>2701 DRYDEN ROAD<br>DAYTON OH 45439 | INTERNATIONAL UNION, UAW<br>ATT: DANIEL W. SHERRICK & NIRAJ R. GANATRA - LEGAL DEPT<br>8000 EAST JEFFERSON AVENUE<br>DETROIT MI 48124 |
| INTERPUBLIC GROUP OF COMPANIES INC<br>MR. MICHAEL ROTH, CEO<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | JOHNSON CONTROLS INC<br>ATTN: MR. STEPHEN A. ROELL, CHAIRMAN<br>5757 N. GREEN BAY AVENUE<br>GLENDALE WI 53209 |
| JONES LANG LASALLE INC<br>ATTN: MR COLIN DRYER<br>200 EAST RANDOLPH DRIVE<br>CHICAGO IL 60601 | JTEKT AUTOMOTIVE<br>MOTOHIKO YOKOYAMA, CEO<br>15TH FLOOR MIDLAND SQUARE, 4-7-1 MEIEKI<br>NAGOYA HEAD OFFICE<br>NAKAMURA-KU, NAGOYA, JAPAN, 450-8515 |
| K&L GATES LLP<br>ATT: JEFFREY N. RICH & ERIC T. MOSER, ESQ.<br>ATTY FOR PPG INDUSTRIES, INC.<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 | KAYE SCHOLER LLP<br>ATT: RICHARD G. SMOLEV & LAUREN ATTARD<br>ATTY FOR PHILLIP MORRIS CAPITAL CORP<br>425 PARK AVENUE<br>NEW YORK NY 10022-3598 |
| KELLEY & FERRARO, LLP<br>ATT: THOMAS M. WILSON, ESQ.<br>ATTY FOR ASBESTOS CLAIMANTS<br>2200 KEY TOWER<br>127 PUBLIC SQUARE<br>CLEVELAND OH 44114 | KELLEY DRYE & WARREN, LLP<br>ATT: JAMES S. CARR & JORDAN A. BERGMAN<br>ATTY FOR BP CANADA ENERGY MARKETING AND BP ENERGY CO<br>101 PARK AVENUE<br>NEW YORK NY 10178 |
| KEM KREST<br>AMISH SHAH. CEO<br>1919 SUPERIOR ST.<br>ELKHART IN 46515 | KENNEDY JENNIK & MURRAY P.C.<br>ATT: THOMAS M. KENNEDY & SUSAN M. JENNIK, ESQ.<br>ATTY FOR IUE-CWA<br>113 UNIVERSITY PLACE, 7TH FLOOR<br>NEW YORK NY 10003 |
| KENNEDY, JENNIK & MURRAY P.C.<br>ATTN: THOMAS M KENNEDY, ESQ.<br>113 UNIVERSITY PLACE<br>NEW YORK NY 10003 | KENNEDY, JENNIK & MURRAY P.C.<br>ATTN: SUSAN JENNICK, ESQ.<br>113 UNIVERSITY PLACE<br>NEW YORK NY 10003 |
| KENNEDY, JENNIK & MURRAY P.C.<br>ATTN: LARRY MAGARIK, ESQ.<br>113 UNIVERSITY PLACE<br>NEW YORK NY 10003 | LAW OFFICES OF ROBERT E. LUNA, P.C.<br>ATT: ANDREA SHEEHAN, ESQ.<br>ATTY FOR CARROLLTON FARMERS BRANCH ISD & LEWISVILLE ISD<br>4411 N. CENTRAL EXPRESSWAY<br>DALLAS TX 75205 |

| | |
|---|---|
| LEAR CORP<br>MR. ROBERT ROSSITER<br>21557 TELEGRAPH ROAD<br>SOUTHFIELD MI 48033 | LEVY RATNER P.C.<br>ATT: SUZANNE HEPNER, RYAN J. BARBUR & ROBERT H. STROUP<br>ATTY FOR UNITED STEELWORKERS<br>80 EIGHTH AVENUE, 8TH FLOOR<br>NEW YORK NY 10011 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATT: ELIZABETH WELLER, ESQ.<br>ATTY FOR TARRANT COUNTY & DALLAS COUNTY<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS TX 75201 | MAGNA INTERNATIONAL INC<br>ATTN: MR. DON WALKER, CEO<br>337 MAGNA DRIVE<br>AURORA, ON L4G 7K1 CANADA |
| MANDO CORP.<br>4201 NORTHPARK DR<br>OPELIKA AL 36801 | MANDO CORP.<br>ATTN: ZUNG SU BYUN, CEO<br>343-1, MANHO-RE, POSEUNGMYON<br>PYONGTACK KYONGGI, SOUTH KOREA |
| MANUFACTURERS EQUIPMENT & SUPPLY CO<br>GREG M GRUIZENGA, PRESIDENT<br>2401 LAPEER RD<br>FLINT MI 48503-4350 | MARITZ INC<br>ATTN: MR.STEVE MARTIZ, CEO<br>1375 NORTH HIGHWAY DRIVE<br>FENTON MO 63099 |
| MCCANN ERICKSON<br>238 11 AVENUE, SE<br>CALGARY, ALBERTA T2G 0X8 | MCCANN ERICKSON<br>ATTN: MR. GARY LEE, CFO<br>622 3RD AVENUE<br>NEW YORK NY 10017 |
| MCCREARY VEDELKA BRAGG & ALLEN, P.C.<br>ATT: MICHAEL REED, ESQ.<br>ATTY FOR LOCAL TEXAS TAXING AUTHORITIES<br>P.O. BOX 1269<br>ROUND ROCK TX 78680 | MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, P.C.<br>ATT: PAUL J. RICOTTA, ESQ.<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 |
| MISSOURI DEPARTMENT OF REVENUE<br>ATT: STEVEN A. GINTHER, ESQ.<br>ATTY FOR MISSOURI DEPARTMENT OF REVENUE, BANKRUPTCY UNIT<br>P.O. BOX 475<br>JEFFERSON CITY MO 65105-0475 | MORGAN, LEWIS & BOCKIUS LLP<br>ATTN:  RICHARD S. TODER, ESQ.<br>101 PARK AVENUE<br>NEW YORK NY 10178 |
| MORGAN, LEWIS & BOCKIUS LLP<br>ATTN:  ANDREW D GOTTFRIED, ESQ.<br>101 PARK AVENUE<br>NEW YORK NY 10178 | MORRISON COHEN LLP<br>ATT: JOSEPH T. MOLDOVAN & MICHAEL R. DAL LAGO<br>ATTY FOR BLUE CROSS BLUE SHIELD OF MICHIGAN<br>909 THIRD AVENUE<br>NEW YORK NY 10022 |
| MOTLEY RICE LLC<br>ATT: JEANETTE M. GILBERT, JOSEPH F. RICE, JOHN A. BADEN<br>ATTY FOR ASBESTOS TORT CLAIMANTS<br>28 BRIDGESIDE BLVD.<br>MT. PLEASANT SC 29464 | NEW YORK CITY DEPT. OF FINANCE<br>ATTN: LEGAL AFFAIRS - DEVORA COHN<br>345 ADAMS ST- 3RD FLOOR<br>BROOKLYN NY 11201 |
| NEW YORK STATE DEPT TAXATION & FINANCE<br>ATTN: BANKRUPTCY/SPECIAL PROC. SECT.<br>PO BOX 5300<br>ALBANY NY 12205 | OFFICE OF THE ATTORNEY GENERAL<br>ANDREW M. CUOMO<br>120 BROADWAY<br>NEW YORK NY 10271 |

| | |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>33 WHITEHALL STREET<br>21ST FLOOR<br>NEW YORK NY 10004 | ORRICK HERRINGTON & SUTCLIFF LLP<br>ATTN: ROGER FRANKEL, ESQ<br>COLUMBIA CENTER<br>1152 15TH STREET, N.W<br>WASHINGTON DC 20005 |
| ORRICK HERRINGTON & SUTCLIFF LLP<br>ATTN: RICHARD H WYRON, ESQ.<br>COLUMBIA CENTER<br>1152 15TH STREET, N.W<br>WASHINGTON DC 20005 | ORRICK HERRINGTON & SUTCLIFFE LLP<br>ATT: ROGER FRANKEL & RICHARD H. WYRON<br>COLUMBIA CENTER<br>1152 15TH STREET, NW<br>WASHINGTON DC 20005-1706 |
| ORRICK HERRINGTON & SUTCLIFFE LLP<br>ATT: LORRAINE MCGOWEN, ALYSSA ENGLUND, COURTNEY ROGERS<br>ATTY FOR UNOFFICIAL GM DEALERS COMMITTEE<br>666 FIFTH AVENUE<br>NEW YORK NY 10103 | OTTERBOURG STEINDLER HOUSTON & ROSEN PC<br>ATTN: DANIEL WALLEN, ESQ, JONATHAN N. HELFAT, ESQ.<br>230 PARK AVENUE<br>NEW YORK NY 10169 |
| OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.<br>ATT: DANIEL WALLEN, MELANIE CYGANOWSKI, JONATHAN HELFAT, STEVEN SOL<br>ATTY FOR GMAC<br>230 PARK AVENUE<br>NEW YORK NY 10169 | PADDOCK CHEVROLET, INC.<br>ATT: DUANE PADDOCK, PRESIDENT<br>3232 DELAWARE AVENUE<br>KENMORE NY 14217 |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>ATT: ALAN W. KORNBERG, REBECCA ZUBATY & IAN POHL, ESQ.<br>ATTY FOR DANA HOLDING COMPANY<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 | PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>ATT: ALAN W. KORNBERG & JONATHAN T. KOEVARY, ESQ.<br>ATTY FOR ENTERPRISE RENT-A-CAR COMPANY<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6064 |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>ANDREW N. ROSENBERG, ESQ.<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 | PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K STREET, NW<br>WASHINGTON DC 20005-4026 |
| PENSKE LOGISTICS<br>MR. TERRY MILLER, CEO<br>PO BOX 563<br>READING PA 19603 | PEPPER HAMILTON LLP<br>ATT: DENNIS S. KAYE & DEBORAH KOVSKY-APAP<br>ATTY FOR VALEO SYLVANIA LLC<br>100 RENAISSANCE CENTER, SUITE 3600<br>DETROIT MI 48243-1157 |
| PEPPER HAMILTON LLP<br>ATT: DENNIS S. KAYES & DEBORAH KOVSKY-APAP<br>ATTY FOR URBAN SCIENCE APPLICATIONS, INC.<br>100 RENAISSANCE CENTER, SUITE 3600<br>DETROIT MI 48243-1157 | PEPPER HAMILTON LLP<br>ATT: DENNIS S. KAYES & DEBORAH KOVSKY-APAP, ESQ.<br>ATTY FOR PILKINGTON NORTH AMERICA, INC.<br>100 RENAISSANCE CENTER, SUITE 3600<br>DETROIT MI 48243-1157 |
| PEPPER-HAMILTON LLP<br>ATT: DENNIS S. KAYES & DEBORAH KOVSKY-APAP<br>ATTY FOR OSRAM SYLVANIA PRODUCTS, INC.<br>100 RENAISSANCE CENTER, SUITE 3600<br>DETROIT MI 48243-1157 | PERDUE BRANDON FIELDER COLLINS & MOTT, L.L.P.<br>ATT: ELIZABETH BANDA, ESQ.<br>ATTY FOR ARLINGTON ISD<br>P.O. BOX 13430<br>ARLINGTON TX 76094-0430 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>ATT: RICHARD EPLING, KAREN B. DINE & ERICA E. CARRIG<br>ATTY FOR PSEG RESOURCES LLP<br>1540 BROADWAY<br>NEW YORK NY 10036-4039 | POTTER ANDERSON & CORROON LLP<br>ATT: DAVID BALDWIN, THERESA BROWN-EDWARDS, R. STEPHEN MCNEILL<br>HERCULES PLAZA, 6TH FLOOR<br>1313 NORTH MARKET STREET<br>P.O. BOX 951<br>WILMINGTON DE 19801 |

| | |
|---|---|
| PPG INDUSTRIES INC.<br>MR. CHARLES E. BUNCH, CEO<br>ONE PPG PLACE<br>PITTSBURGH PA 15272 | PROSKAUER ROSE LLP<br>ATT: SCOTT K. RUTSKY & ADAM T. BERKOWITZ<br>ATTY FOR STATE STREET BANK VAND TRUST CO<br>1585 BROADWAY<br>NEW YORK NY 10036-8299 |
| PUBLICIS GROUPE SA<br>MR. MAURICE LEVY CEO<br>133 AVENUE DES CHAMPS ELYSEES<br>PARIS 75008 FRANCE | RANDSTAD<br>MS.LINDA GALIPEAU, PRESIDENT - NORTH AMERICA<br>2015 SOUTH PARK PLACE<br>ATLANTA GA 30339 |
| REED SMITH LLP<br>ATT: KURT F. GWYNNE, ESQ.<br>ATTY FOR UNITED STATES STEEL CORPORATION<br>1201 MARKET STREET, SUITE 1500<br>WILMINGTON DE 19801 | RENCO GROUP INC, THE<br>1 ROCKEFELLER PLAZA, 29TH FLOOR<br>NEW YORK NY 10020 |
| RENCO GROUP INC, THE<br>MR. LON OFFENBACHER, PRESIDENT & CEO<br>1401 CROOKS ROAD<br>TROY MI 48084 | RICHARD W. MARTINEZ, APLC<br>ATT: RICHARD W. MARTINEZ, ESQ.<br>ATTY FOR W A THOMAS CO. AND SPECIALTY ENGINE COMPONENTS<br>228 ST. CHARLES AVENUE, SUITE 1310<br>NEW ORLEANS LA 70130 |
| ROBERT BOSCH<br>38000 HILLS TECH DRIVE<br>FARMINGTON HILLS MI 48331 | ROBERT BOSCH<br>ATTN: MR. FRANZ FEHRENBACH<br>ROBERT-BOSCH-PLATZ 1<br>70839 CERLINGEN-SCHILLERHOEHE, GER |
| ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.<br>ATT: RUSSELL P. MCRORY, ESQ.<br>ATTY FOR SATURN OF HEMPSTEAD, INC.<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK NY 10105 | SCHNADER HARRISON SEGAL & LEWIS LLP<br>ATT: BENJAMIN P. DEUTSCH, ESQ.<br>ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM<br>140 BROADWAY, SUITE 3100<br>NEW YORK NY 10005-1101 |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>ATT: BARRY E. BRESSLER, ESQ.<br>ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM<br>1600 MARKET STREET, SUITE 3600<br>PHILADELPHIA PA 19103-7286 | SECURITIES AND EXCHANGE COMMISSION<br>ATTN: MARK SCHONFELD, REGIONAL DIRECTOR<br>3 WORLD FINANCIAL CENTER<br>SUITE 400<br>NEW YORK NY 10281 |
| SECURITIES AND EXCHANGE COMMISSION<br>ATTN: ANDREW N. VOLLMER, ACTING GEN. COUNSEL<br>100 F STREET, ND<br>WASHINGTON DC 20549 | SEVERSTAL O A O<br>MR. GREGORY MASON CEO<br>4661 ROTUNDA DRIVE<br>PO BOX 1699<br>DEARBORN MI 48120 |
| SEYBURN, KAHN, GINN, BESS & SERLIM, P.C.<br>ATT: LESLIE STEIN, ESQ.<br>2000 TOWN CENTER, SUITE 1500<br>SOUTHFIELD MI 48075-1195 | SEYBURN, KAHN, GINN, BESS & SERLIN P.C.<br>ATT: DAVID T. LIN, ESQ.<br>2000 TOWN CENTER, SUITE 1500<br>SOUTHFIELD MI 48075-1195 |
| SHIVELY BROTHERS<br>SCOTT SHIVELY, CEO<br>2919 S.GRAND TRAVERSE ST<br>FLINT MI 48507 | SIMPSON THACHER & BARTLETT LLP<br>ATT: PETER V. PANTALEO & DAVID J. MACK, ESQ.<br>ATTY FOR CITICORP USA, INC.<br>425 LEXINGTON AVENUE<br>NEW YORK NY 10017 |

| | |
|---|---|
| SIMPSON THACHER & BARTLETT LLP<br>ATTN: PETER V. PANTALEO, ESQ.<br>425 LEXINGTON AVENUE<br>NEW YORK NY 10017 | SIMPSON THACHER & BARTLETT LLP<br>ATTN: DAVID J. MACK, ESQ.<br>425 LEXINGTON AVENUE<br>NEW YORK NY 10017 |
| SINGER & LEVICK P.C.<br>ATT: LARRY A. LEVICK, ESQ.<br>ATTY FOR AFFILIATED COMPUTER SERVICES, INC.<br>16200 ADDISON ROAD, SUITE 140<br>ADDISON TX 75001 | SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>ATT: JOHN WM. BUTLER, JR., ESQ.<br>ATTY FOR DELPHI CORPORATION<br>333 WEST WACKER DRIVE, SUITE 2100<br>CHICAGO IL 60606 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>AT: KAYALYN A. MARAFIOTI & GREGORY W. FOX, ESQ.<br>ATTY FOR DELPHI CORPORATION<br>FOUR TIMES SQUARE<br>NEW YORK NY 10036 | SOUTHERN DISTRICT OF NEW YORK<br>ATT: DAVID S. JONES, JEFFREY S. OESTERICHER, JOSEPH N. CORDARO<br>ASSISTANT UNITED STATES ATTORNEYS<br>86 CHAMBERS STREET, 3RD FLOOR<br>NEW YORK NY 10007 |
| STAHL COWEN CROWLEY ADDIS LLC<br>ATT: TRENT P. CORNELL, ESQ.<br>ATTY FOR GM NAT'L RETIREE ASS., OVER THE HILL CAR PEOPLE<br>55 WEST MONROE STREET, SUITE 1200<br>CHICAGO IL 60603 | STARCOM MEDIAVEST GROUP INC<br>LAURA DESMOND, CEO<br>35 W. WACKER DRIVE<br>CHICAGO IL 60601 |
| STEMBER FEINSTEIN DOYLE AND PAYNE LLC<br>JOHN STEMBER, ESQ.<br>429 FORBES AVENUE<br>ALLEGHENY BUILDING , 17TH FL<br>PITTSBURGH PA 15219 | STEMBER FEINSTEIN DOYLE AND PAYNE LLC<br>EDWARD J FEINSTEIN, ESQ.<br>429 FORBES AVENUE<br>ALLEGHENY BUILDING , 17TH FL<br>PITTSBURGH PA 15219 |
| STEMBER FEINSTEIN DOYLE AND PAYNE LLC<br>ELLEN M DOYLE, ESQ.<br>429 FORBES AVENUE<br>ALLEGHENY BUILDING , 17TH FL<br>PITTSBURGH PA 15219 | STUTZMAN, BROMBERG, ESSERMAN & PLIFKA P.C.<br>ATT: SANDER ESSERMAN, PETER D'APICE, JO HARTWICK, JACOB NEWTON<br>ATTY FOR AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS<br>2323 BRYAN STREET, SUITE 220<br>DALLAS TX 75201 |
| SUN CAPITAL PARTNERS INC.<br>ATTN: MR KEVIN CALHOUN CFO<br>5200 TOWN CENTER CIRCLE<br>SUITE 600<br>BOCA RATON FL 33486 | TENNECO INC<br>GREGG SHERRILL, CHAIRMAN & CEO<br>500 NORTH FIELD DRIVE<br>LAKE FOREST IL 60045 |
| THE GARDEN CITY GROUP INC<br>ATTN: KEN FREDA<br>105 MAXESS ROAD<br>MELVILLE NY 11747 | TRW AUTOMOTIVE HOLDINGS CORP<br>12025 TECH CENTER DR<br>LIVONIA MI 48150 |
| TRW AUTOMOTIVE HOLDINGS CORP<br>ATTN: MR. JOHN PLANT PRESIDENT & CEO<br>12001 TECH CENTER DR<br>LIVONIA MI 48150 | U.S. TREASURY<br>ATTN: MATTHEW FELDMAN, ESQ.<br>1500 PENNSYLVANIA AVENUE NW<br>ROOM 2312<br>WASHINGTON DC 20220 |
| UNION PACIFIC CORP<br>ROBERT M KNIGHT, JR. CFO<br>1400 DOUGLAS STREET<br>OMAHA NE 68179 | UNITED AUTO WORKERS<br>ATTN: MR RON GETTLEFINGER<br>8000 EAST JEFFERSON<br>DETROIT MI 48214 |

| | |
|---|---|
| UNITED STATES ATTORNEYS OFFICE<br>ATTN: LEV DASSIN, USA<br>ONE ST. ANDREWS PLAZA<br>NEW YORK NY 10007 | UNITED STATES ATTORNEY'S OFFICE<br>ATTN: CLAIMS UNIT - ROOM 417<br>ONE ST. ANDREWS PLAZA<br>NEW YORK NY 10007 |
| UNITED STATES DEPT. OF JUSTICE<br>ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20530 | UNITED STATES DEPT. OF JUSTICE<br>ATTN: ANTI-TRUST DIVISION<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20530 |
| UNITED STEELWORKERS<br>ATT: DAVID R. JURY, ESQ.<br>FIVE GATEWAY CENTER, SUITE 807<br>PITTSBURGH PA 15222 | VALEO<br>MR. JACQUES ASCHENBROICH, CEO<br>43 RUE BAYEN<br>PARIS, FRANCE 75848 |
| VEDDER PRICE<br>MICHAEL EDELMAN, ESQ.<br>1633 BROADWAY<br>47TH FLOOR<br>NEW YORK NY 10019 | VEDDER PRICE<br>MICHAEL SCHEIN, ESQ.<br>1633 BROADWAY<br>47TH FLOOR<br>NEW YORK NY 10019 |
| VISTEON CORP<br>DONALD J STEBBINS, PRESIDENT AND CEO<br>ONE VILLAGE CENTER DRIVE<br>VAN BUREN TOWNSHIP MI 48111 | VOITH AG<br>2200 N. ROEMER RD<br>APPLETON WI |
| VOITH AG<br>DR. HUBERT LIENHARD, PRESIDENT & CEO<br>ST. POLTENER STRASSE 43,<br>HEIDENHEIM, D-89522, GERMANY | VOITH AG<br>HARRY NEIMAN, CEO<br>9395 KENWOOD RD SUITE 200<br>CINCINNATI OH 45242 |
| WARBURG E M PINCUS & CO INC<br>466 LEXINGTON AVE<br>NEW YORK NY 10017 | WARNER NORCROSS & JUDD LLP<br>ATT: GORDON TOERING, ESQ.<br>900 FIFTH THIRD CENTER<br>111 LYONS STREET NW<br>GRAND RAPIDS MI 49508 |
| WEIL, GOTSHAL & MANGES LLP<br>ATTN: HARVEY R. MILLER, ESQ.<br>767 FIFTH AVE<br>NEW YORK NY 10153 | WEIL, GOTSHAL & MANGES LLP<br>ATTN: STEPHEN KAROTKIN, ESQ.<br>767 FIFTH AVE<br>NEW YORK NY 10153 |
| WEIL, GOTSHAL & MANGES LLP<br>ATTN: JOSEPH H. SMOLINSKY, ESQ.<br>767 FIFTH AVE<br>NEW YORK NY 10153 | WILMINGTON TRUST<br>MR. GEOFFREY J LEWIS<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET ST<br>WILMINGTON DE 19890-1615 |
| YAZAKI CORP<br>ATTN: GEORGE PERRY, PRES AND CEO<br>6801 HAGGERTY ROAD, 48E<br>CANTON MI 48187 | ZEICHNER ELLMAN & KRAUSE LLP<br>ATT: STUART A. KRAUSE & BRYAN D. LEINBACH<br>ATTY FOR TOYOTA TSUSHO CANADA & TOYOTA TSUSHO AMERICA<br>575 LEXINGTON AVENUE<br>NEW YORK NY 10022 |

# Exhibit B

| | |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: DIANA ADAMS<br>33 WHITEHALL STREET<br>21ST FLOOR<br>NEW YORK, NY 10004 | U.S. TREASURY<br>ATTN:  MATTHEW FELDMAN, ESQ.<br>1500 PENNSYLVANIA AVENUE NW<br>ROOM 2312<br>WASHINGTON, DC 20220 |
| VEDDER PRICE<br>MICHAEL EDELMAN, ESQ.<br>1633 BROADWAY<br>47TH FLOOR<br>NEW YORK, NY 10019 | MORGAN, LEWIS & BOCKIUS LLP<br>ATTN:  RICHARD S. TODER, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178 |
| SIMPSON THACHER & BARTLETT LLP<br>ATTN: DAVID J. MACK, ESQ.<br>425 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | DANIEL W. SHERRICK, GENERAL COUNSEL<br>8000 EAST JEFFERSON AVE<br>DETROIT, MI 48214 |
| KENNEDY, JENNIK & MURRAY P.C.<br>ATTN: THOMAS M  KENNEDY, ESQ.<br>113 UNIVERSITY PLACE<br>NEW YORK, NY 10003 | DEPARTMENT OF LABOR<br>ATTN: DEPUTY SOLICITOR OF LABOR<br>200 CONSTITUTION AVENUE, NW<br>WASHINGTON, DC 20201 |
| ORRICK HERRINGTON & SUTCLIFF LLP<br>ATTN: ROGER FRANKEL, ESQ<br>COLUMBIA CENTER<br>1152 15TH STREET, N.W<br>WASHINGTON, DC 20005 | PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>ANDREW N. ROSENBERG, ESQ.<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 |
| AVN AIR LLC<br>ATTN: SENIOR RISK MANAGER<br>44 OLD RIDGEBURY ROAD<br>DANBURY, CT 06810 | GENERAL ELECTRIC CAPITAL CORPORATION<br>ATTN: CAMILLE E MIHALIC<br>4 NORTH PARK DRIVE<br>SUITE 500<br>HUNT VALLEY, MD 21030 |
| U.S. BANK TRUST NA<br>CORPORATE TRUST SERVICES<br>ONE FEDERAL STREET<br>3RD FLOOR<br>BOSTON, MA 02110 | SUNTRUST LEASING CORPORATION<br>ATTN: MJ POWERS<br>29 SUSQUEHANNA AVE<br>TOWSON, MD 21204 |

BOARD OF WAYNE COUNTY ROAD COMMISSIONERS
415 CLIFFORD STREET
DETROIT, MI 48226