UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                              :
                                                   :    Chapter 11 Case No.
GENERAL MOTORS CORP., *et. al.*                    :
                                                   :    09-50026 (REG)
                                                   :
                   Debtors.                        :    (Jointly Administered)
                                                   :
------------------------------------------------------------X

# AFFIDAVIT OF SERVICE

STATE OF WASHINGTON :
                            ss:
COUNTY OF KING          :

Laurie M. Thornton, being duly sworn, deposes and states:

1. I am a Senior Bankruptcy Consultant with the Business Reorganization Department of The Garden City Group, Inc., the proposed claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. I work in the Seattle office of The Garden City Group and the business address of the Seattle office is 815 Western Avenue, Seattle, Washington, 98104.

2. On June 4, 2009, at the direction of Weil, Gotshal & Manges LLP ("Weil Gotshal"), proposed counsel for the Debtors, I caused to be served by first class mail on the parties set forth on Exhibit A attached hereto (lienholders) true and correct copies of the following documents:

- **Interim Order Under 11 U.S.C. §§ 105, 361, 362, 363 and Fed. R. Bankr. P. 2002, 4001 And 9014 (I) Authorizing Debtors to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Revolver Secured Parties and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) (Docket No. 180);**

- **Interim Order Under 11 U.S.C. §§ 105, 361, 362, 363 And Fed. R. Bankr. P. 2002, 4001 And 9014 (I) Granting Adequate Protection to Term Loan Secured Parties and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) (Docket No. 181);** and

- **Interim Order Pursuant to Bankruptcy Code Sections 105(a), 361, 362, 363, 364 And 507 And Bankruptcy Rules 2002, 4001 And 6004 (A) Approving A DIP Credit Facility And Authorizing the Debtors to Obtain Post-Petition Financing Pursuant Thereto, (B) Granting Related Liens and Super-Priority Status, (C) Authorizing the**

2

**Use of Cash Collateral, (D) Granting Adequate Protection to Certain Pre-Petition Secured Parties And (E) Scheduling a Final Hearing (Docket No. 292).**

3. I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

/s/  Laurie M. Thornton

# Exhibit A

| | |
|---|---|
| A RAYMOND INC<br>3091 RESEARCH DR<br>ROCHESTER HILLS MI 48309 | A WELLNESS CENTER P C<br>ATTORNEY ADAMS & MOSS<br>5115 NEW PEACHTREE RD<br>STE 101<br>CHAMBLEE GA 30341 |
| ABLE CONTRACTING GROUP INC<br>33100 LAKELAND BLVD<br>EASTLAKE OH 44095 | ATLAS INDUSTRIAL HOLDINGS LLC<br>D/B/A ATLAS INDUSTRIAL ELECTRICAL CO AND<br>ATLAS INDUSTRIAL CONTRACTORS LTD<br>C/O ONEBANE LAW FIRM FRANK H SPRUIELL JR<br>400 TRAVIS ST  SUITE 1000<br>SHREVEPORT LA 71101 |
| AUTO CAPITAL GROUP<br>2010 MAIN ST<br>STE 1150<br>IRVINE CA 92614 | BALBOA CAPITAL CORPORATION<br>2010 MAIN ST<br>STE 1150<br>IRVINE CA 92614 |
| BANK OF AMERICA  N A<br>AS ADMINISTRATIVE AGENT COMMERCIAL<br>AGENCY MANAGEMENT<br>WA 1-501-37-20<br>800 FIFTH AVE  FL 37<br>SEATTLE WA 98014 | BANK OF THE WEST<br>201 N CIVIC DR<br>STE 360-B<br>WALNUT CREEK CA 94596 |
| BANK ONE NATIONAL ASSOCIATION<br>AS INDENTURE TRUSTEE (GM191A-3)<br>1 BANK ONE PLAZA<br>CHICAGO IL 60670 | BRENCAL CONTRACTING<br>6686 E MCNICHOLS RD<br>DETROIT MI 48212 |
| BRISTOL STEEL AND CONVEYOR CORP<br>4416 N STATE RD<br>DAVIDSON MI 48423 | BRITTANY L STAPISH<br>C/O LAWRENCE D SANDS<br>813 S MAIN ST<br>PO BOX 1660<br>COLUMBIA TN 38402 |
| BRITTANY L STAPISH<br>C/O LAWRENCE D SANDS<br>813 S MAIN ST<br>PO BOX 1660<br>COLUMBIA TN 38402 | CEC CONTROLS COMPANY INC<br>(AS SUBCONTRACTOR TO JERVIS B WEBB COMPANY)<br>C/O KENNETH SILVER  HERTZ SCHRAM PC<br>1760 S TELEGRAPH RD<br>STE 300<br>BLOOMFIELD HILLS MI 48302 |
| CEC CONTROLS COMPANY INC<br>(AS SUBCONTRACTOR TO JERVIS B WEBB COMPANY)<br>C/O KENNETH SILVER<br>HERTZ SCHRAM PC<br>1760 S TELEGRAPH RD  STE 300<br>BLOOMFIELD HILLS MI 48302 | CHARTER CAPITAL<br>6991 E CAMELBACK RD<br>STE D-202<br>SCOTTSDALE AZ 85251 |
| CHARTER TOWNSHIP OF YPSILANTI (DEFENDANT, COUNTER-PLAINTIFF) | CIT TECHNOLOGIES CORP D/B/A CIT SYSTEMS LEASING<br>(ASSIGNED FROM LGR GROUP INC)<br>2285 FRANKLIN RD<br>2ND FL<br>BLOOMFIELD HILLS MI 48302 |
| CITICORP USA INC  AS AGENT<br>TWO PENNS WAY<br>NEW CASTLE DE 19720 | CITY OF DORAVILLE<br>3725 PARK AVE<br>DORAVILLE GA 30340 |

| | |
|---|---|
| CITY RENOVATION & TRIM INC<br>2685 PALDAN DR<br>AUBURN HILLS MI 48326 | CONEX INC<br>G-4376 BEECHER RD<br>FLINT MI 48532 |
| DEMARIA BUILDING COMPANY<br>3031 W GRAND BLVD<br>SUITE 624<br>DETROIT MI 48202-2008 | DEPT OF PUBLIC WORKS CONSOLIDATED CITY OF INDIANAPOLIS |
| E & L CONSTRUCTION GROUP INC<br>PO BOX 418<br>FLINT MI 48501 | E & L CONSTRUCTION GROUP INC (AS GEN CONTRACTOR)<br>PO BOX 418<br>FLINT MI 48501 |
| FATA AUTOMATION INC (AS GEN CONTRACTOR) | FERNDALE ELECTRIC CO<br>915 E DRAYTON<br>FERNDALE MI 48220 |
| FINANCIAL PACIFIC LEASING  LLC<br>3455 S 344TH WAY<br>AUBURN WA 98001 | FINANCIAL PACIFIC LEASING  LLC<br>PO BOX 4568<br>FEDERAL WAY WA 98063-4568 |
| FIRST BANK OF HIGHLAND PARK<br>CIT TECHNOLOGIES CORPORATION<br>1835 FIRST ST<br>HIGHLAND PARK IL 60035 | FIRST INTERNATIONAL BANK<br>280 TRUMBULL ST<br>HARTFORD CT 06103 |
| FIRST SECURITY BANK  N A AS AGENT<br>CORPORATE TRUST BANK  N A  AS AGENT<br>CORPORATE TRUST SERVICES<br>79 S MAIN ST<br>3RD FL<br>SALT LAKE CITY UT 84111 | FRST BANK OF HIGHLAND PARK<br>PACIFIC RIM CAPITAL, INC<br>1835 FIRST ST<br>HIGHLAND PARK IL 60035 |
| GAIL WEISZ | HOHL INDUSTRIAL SERVICES INC<br>770 RIVER RD<br>TONAWANDA NY 14150 |
| INDICON CORPORATION AS PLAINTIFF<br>C/O HARGROVE, PESNELL, & WYATT<br>PO BOX 59<br>SHREVEPORT LA 71161-0059 | INDY DISTRIBUTORS INC<br>15232 STONY CREEK WAY<br>NOBLESVILLE IN 46060 |
| IRVING MATERIALS INC<br>8032 N STATE RD 9<br>GREENFIELD IN 46140 | J P MORGAN CHASE BANK  AS TRUSTEE<br>PO BOX 2558<br>HOUSTON TX 77252 |

| | |
|---|---|
| JAMES BROTHERS INC<br>23216 TELEGRAPH RD<br>BROWNSTONE MI 48134 | JB II FUNDING INC<br>1705 S SANTA ANITA AVE<br>STE B<br>ARCADIA CA 91006 |
| JEFFREY MURPHY  ESQ  TRUSTEE FOR<br>THE BENEFIT OF THE UNITED STATES TREASURY<br>C/O SONNENSCHEIN  NATH  & ROSENTHAL  LLP<br>TWO WORD FINANCIAL CENTER<br>NEW YORK NY 10281 | JERVIS B WEBB COMPANY<br>C/O BRIAN M DOBBS<br>BASS BERRY AND SIMMS  PLC<br>315 DEADERICK ST<br>STE 2700<br>CLARKSVILLE TN 37401 |
| JOE D SNAVELY<br>ANNABELLE SNAVELY<br>C/O ATTORNEYS HARRELL  STEVEN DUNN  STRONG & ASSOCIATES<br>901 E BATTLEFIELD<br>SPRINGFIELD MO 65807 | KIRBY J SHEETS AND<br>BECKY L SHEETS<br>C/O BUSBY AUSTIN COOPER & FARR<br>RALPH E SIPES<br>800 MAIN ST  STE 200<br>ANDERSON IN 46016 |
| KIRK AND BLUM MANUFACTURING CO<br>C/O JOEL D RAGLAND<br>107 N 3RD ST<br>PO BOX 925<br>CLARKSVILLE TN 37041 | KIRK AND BLUM MANUFACTURING CO<br>JOEL D RAGLAND<br>107 N 3RD ST<br>PO BOX 925<br>CLARKSVILLE TN 37041 |
| K-R AUTOMATION CORP<br>C/O NEIL STREFLING<br>26153 JOHN R<br>MADISON HGTS MI 48071 | LAWYERS TITLE INSURANCE CORP AS TTEE FOR<br>THE BENEFIT OF CITICORP USA INC  AS AGENT FOR THE BANK PRIORITY<br>SECURED PARTIES AND AS AGENT FOR THE HEDGE PRIORITY SECURED PARTIES<br>LAWYERS TITLE INSURANCE CORP  ATTN:  JIM JOHNS<br>1850 N CENTRAL AVE  STE 400<br>PHOENIX AZ 85004 |
| LEAF FUNDING INC<br>1818 MARKET ST<br>9TH FL<br>PHILADELPHIA PA 19103 | LGR GROUP<br>80 HIGH ST<br>MT HOLLY NJ 08060 |
| MICHAEL FABRICATING INC<br>21516 S TELEGRAPH RD<br>BROWNSTOWN TWP MI 48183 | MICHIGAN NATIONAL BANK<br>A NATIONAL BANKING ASSOCIATION<br>27777 INKSTER RD<br>PO BOX 9065<br>FARMINGTON HILLS MI 48331 |
| MICHIGAN SPECIALTY COATINGS INC<br>2953 MANCHESTER DR<br>KIMBALL MI 48074 | MOTOR CITY ELECTRIC CO<br>9440 GRINNELL<br>DETROIT MI 48213 |
| MOTOR CITY ELECTRIC CO (AS SUBCONTRACTOR TO IDEAL CONTRACTING LLC)<br>9440 GRINNELL<br>DETROIT MI 48213-1151 | MOTOR CITY ELECTRIC TECHNOLOGIES INC<br>9440 GRINNELL<br>DETROIT MI 48213 |
| MOTOR CITY ELECTRIC TECHNOLOGIES INC<br>(AS SUBCONTRACTOR TO EXTREME ENGINEERING)<br>MOTOR CITY ELECTRIC<br>9440 GRINNELL<br>DETROIT MI 48213-1151 | NAI (AS SUBCONTRACTOR TO CITY RENOVATION & TRIM INC)<br>21342 BRIDGE ST<br>SOUTHFIELD MI 48034 |

| | |
|---|---|
| OAKLAND COUNTY TREASURER<br>CHIEF TAX ADMINISTRATOR<br>1200 N TELEGRAPH RD<br>PONTIAC MI 48341 | OHIO CONCRETE SAWING AND DRILLING OF AKRON INC<br>1100 EVANS AVE<br>AKRON OH 44305 |
| PADCO FINANCIAL SERVICES INC<br>100 W MONROE ST<br>STE 706<br>CHICAGO IL 60603 | PONTIAC CEILING & PARTITION<br>(SUBCONTRACTOR TO BRENCAL CONTRACTING)<br>715 AUBURN RD<br>PO BOX 430119<br>PONTIAC MI 48343-0119 |
| R K HOPPE CORPORATION<br>53125 GRAND RIVER<br>PO BOX 208<br>NEW HUDSON MI 48165 | RAND ENVIRONMENTAL SERVICES INC<br>35555 GENRON COURT<br>ROMULUS MI 48174 |
| RENTAL SERVICE CORPORATION/NC<br>PO BOX 36217<br>CHARLOTTE NC 28236-6217 | REPUBLIC BANK<br>SUMMIT FUNDING GROUP, INC<br>801 NORTH 500 WEST<br>STE 103<br>WEST BOUNTIFUL UT 84087 |
| ROBERT MAHON AS PLAINNTIFF<br>569 INWOOD DR<br>MANSFIELD OH 44903 | ROSE GORSIC AS PLAINTIFF<br>C/O WENDT GROSS, P.C.<br>ATTN: PETER GROSS<br>4510 BELLEVIEW<br>SUITE 202<br>KANSAS CITY MO 64111 |
| ROY SUDDUTH | SACHS ELECTRIC COMPANY<br>(AS CONTRACTOR, DURR SYSTEMS, INC AS SUBCONTRACTOR)<br>SACHS ELECTRIC COMPANY<br>PO BOX 96<br>ST LOUIS MO 63166-0096 |
| SCREEN ACTORS GUILD INC<br>300 MADISON AVE<br>12TH FL<br>NEW YORK NY 10017 | SHELLY & SANDS, INC<br>720 HOME AVE<br>AKRON OH 44310 |
| STAR FINANCIAL BANK<br>TECHNOLOGY INVESTMENT PARTNERS LLC<br>3815 RIVER CROSSING PARKWAY<br>STE 330<br>INDIANAPOLIS IN 46240 | STATE OF INDIANA DEPT OF TREASURY |
| STATE OF MICHIGAN<br>DEPT OF ENVIRONMENTAL QUALITY<br>PO BOX 30426<br>LANSING MI 48909-7926 | STATE OF OHIO<br>DEPARTMENT OF TAXATION |
| STATE OF TEXAS<br>COMPTROLLER OF PUBLIC ACCOUNTS<br>AUSTIN TX 78774-0100 | STATE STREET BANK AND TRUST CO OF CONNECTICUT NA<br>AS OWNER TRUSTEE (GM 2002 A-1)<br>STATE STREET BANK AND TRUST CO OF CONNECTICUT<br>225 ASYLUM ST<br>23RD FL<br>HARTFORD CT 06103 |

| | |
|---|---|
| STATE STREET BANK AND TRUST CO OF CONNECTICUT NA<br>AS OWNER TRUSTEE (GM 2002 A-2)<br>STATE STREET BANK AND TRUST CO OF CONNECTICUT<br>225 ASYLUM ST<br>23RD FL<br>HARTFORD CT 06103 | STATE STREET BANK AND TRUST COMPANY<br>AS OWNER TRUSTEE (GM191A-3)<br>225 ASYLUM ST<br>23RD FL<br>HARTFORD CT 06103 |
| STATE STREET BANK AND TRUST COMPANY AS OWNER TRUSTEE<br>(ADDITONAL SECURED)<br>STATE STREET BANK AND TRUST CO OF CONNECTICUT<br>225 ASYLUM ST<br>23RD FL<br>HARTFORD CT 06103 | STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT AS OWNER TRUSTEE<br>STATE STREET BANK AND TRUST CO OF CONNECTICUT<br>225 ASYLUM ST<br>23RD FL<br>HARTFORD CT 06103 |
| STYLED BROADWAY ELECTRICAL CONSTRUCTION AS PLAINTIFF<br>C/O DAVID A SCHATZ ESQ<br>HUSCH BLACKWELL SANDERS, LLP<br>1200 MAIN ST<br>STE 2300<br>KANSAS CITY MO 64105 | SUMMIT FUNDING GROUP INC<br>PACIFIC RIM CAPITAL INC<br>11500 NORTHLAKE DR<br>STE 300<br>CINCINNATI OH 45249 |
| THE BANK OF NEW YORK MELLON<br>101 BARCLAY ST 4 EAST<br>NEW YORK NY 10286 | THOMAS ZAHOREC, PLAINTIFF<br>C/O JOHN D. BARKER ATTORNEY<br>120 W. MADISON STREET<br>10TH FLOOR<br>CHICAGO IL 60602 |
| TSI TITLE COMPANY OF CALIFORNIA, INC AS TRUSTEE FOR THE BENEFIT OF<br>CITICORP USA INC<br>AGENT FOR THE BANK PRIORITY SECURED PARTIES AND AS AGENT FOR THE<br>HEDGE PRIORITY SECURED PARTIES  TSI TITLE COMPANY<br>17785 CENTER COURT DR NORTH  STE 290<br>CERRITOS CA 90703 | U S  BANK TRUST NATIONAL ASSOCIATION  OWNER TRUSTEE<br>225 ASYLUM ST<br>23RD FL<br>HARFORD CT 06103 |
| U S BANK ASSOCIATES (OWNER TRUSTEE)<br>US BANK ASSOCIATES<br>225 ASYLUM ST<br>23RD FL<br>HARFORD CT 06103 | U S BANK NATIONAL ASSOCIATION (GM 1991 A-1)<br>U S BANK NATIONAL ASSOCIATION<br>225 ASYLUM ST<br>23RD FL<br>HARTFORD CT 06103 |
| U S BANK NATIONAL ASSOCIATION AS OWNER TRUSTEE (GM 2003 C-1)<br>225 ASYLUM ST<br>23RD FL<br>HARTFORD CT 06103 | U S BANK NATIONAL ASSOCIATION AS OWNER TRUSTEE/ADDITIONAL SECURED<br>U S BANK NATIONAL ASSOCIATION AS OWNER TRUSTEE<br>225 ASYLUM ST<br>23RD FL<br>HARTFORD CT 06103 |
| U S BANK TRUST NATIONAL ASOCIATION OWNER TRUSTEE (GM 2003 C-1)<br>225 ASYLUM ST<br>23RD FL<br>HARTFORD CT 06103 | U S BANK TRUST NATIONAL ASSOCIATION  OWNER TRUSTEE (GM 2003-B)<br>225 ASYLUM ST<br>23RD FL<br>HARFORD CT 06103 |
| U S BANK TRUST NATIONAL ASSOCIATION OWNER TRUSTEE (GM 2000 A-2)<br>U S BANK TRUST NATIONAL ASSOCIATION<br>225 ASYLUM ST<br>23RD FL<br>HARTFORD CT 06103 | UNIVERSAL WALL SYSTEMS INC SUBSUBCONTRACTOR TO COMMERCIAL<br>CONTRACTING CORP, AS SUBCONTRACTOR TO H M WHITE)<br>THORNAPPLE OFFICE PLAZA<br>6119 28TH ST SE<br>ST 1B<br>GRAND RAPIDS MI 49546 |
| WAYNE AND SANDRA HANKS | WELLS FARGO BANK NORTHWEST  N A<br>733 MARQUETTE AVE<br>STE 700<br>MINNEAPOLIS MN 55402 |

| | |
|---|---|
| WELLS FARGO BANK NORTHWEST  N A<br>FIRST SECURITY BANK  NA<br>733 MARQUETTE AVE<br>STE 700<br>MINNEAPOLIS MN 55402 | WELLS FARGO BANK NORTHWEST NA<br>AS AGENT ON BEHALF OF THE LENDERS, MORTGAGEE<br>C/O CORPORATE TRUSTS SERVICES, MAC U1228-120<br>299 SOUTH MAIN ST<br>12TH FL<br>SALT LAKE CITY UT 84111 |
| WELLS FARGO BANK NORTHWEST NA AS INDENTURE TRUSTEE (GM 2001 A-5 TRUST)<br>WELLS FARGO BANK NORTHWEST<br>79 SOUTH MAIN ST<br>3RD FL<br>SALT LAKE CITY UT 84111 | WELLS FARGO BANK NORTHWEST NA INDENTURE TRUSTEE<br>(GM 2001 A-6 FIRST STEP)<br>WELLS FARGO BANK NORTHWEST<br>79 SOUTH MAIN ST<br>3RD FL<br>SALT LAKE CITY UT 84111 |
| WELLS FARGO BANK NORTHWEST NA INDENTURE TRUSTEE<br>(GM 2001 A-6 SECOND STEP)<br>WELLS FARGO BANK NORTHWEST<br>79 SOUTH MAIN ST<br>3RD FL<br>SALT LAKE CITY UT 84111 | WELLS FARGO BANK NORTHWEST NATIONAL ASSOCIATION AS<br>INDENTURE TRUSTEE (GM 2003-A)<br>299 SOUTH  MAIN ST<br>12TH FL<br>SALT LAKE CITY UT 84111 |
| WELLS FARGO BANK NORTHWEST, NA INDENTURE TRUST<br>(GM 2001 A-5 FIRST STEP)<br>WELLS FARGO BANK NORTHWEST<br>79 SOUTH MAIN ST<br>3RD FL<br>SALT LAKE CITY UT 84111 | WELLS FARGO BANK NORTHWEST, NA INDENTURE TRUSTEE<br>(GM 2001 A-5 TRUST)<br>WELLS FARGO BANK NORTHWEST<br>79 SOUTH MAIN ST<br>3RD FL<br>SALT LAKE CITY UT 84111 |
| WELLS FARGO BANK NORTHWEST, NA INDENTURE TRUSTEE<br>(GM 2004 A-1 TRUST)<br>WELLS FARGO BANK NORTHWEST<br>79 SOUTH MAIN ST<br>3RD FL<br>SALT LAKE CITY UT 84111 | WELLS FARGO BANK NORTHWEST, NA INDENTURE TRUSTEE<br>(GM 2004 A-2 TRUST)<br>WELLS FARGO BANK NORTHWEST<br>79 SOUTH MAIN ST<br>3RD FL<br>SALT LAKE CITY UT 84111 |
| WELLS FARGO BANK NORTHWEST, NA INDENTURE TRUSTEE<br>(GM 2004 A-6 TRUST)<br>WELLS FARGO BANK NORTHWEST<br>79 SOUTH MAIN ST<br>3RD FL<br>SALT LAKE CITY UT 84111 | WELLS FARGO BANK NORTHWEST, NA INDENTURE TRUSTEE (GM 2001 A-1 TRUST)<br>WELLS FARGO BANK NORTHWEST<br>79 SOUTH MAIN ST<br>3RD FL<br>SALT LAKE CITY UT 84111 |
| WELLS FARGO BANK NORTHWEST, NA INDENTURE TRUSTEE (GM 2001 A-2 TRUST)<br>WELLS FARGO BANK NORTHWEST<br>79 SOUTH MAIN ST<br>3RD FL<br>SALT LAKE CITY UT 84111 | WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION<br>(INDENTURE TRUSTEE) (GM 2001 A-1)<br>WELLS FARGO BANK NORTHWEST<br>79 SOUTH MAIN ST<br>3RD FL<br>SALT LAKE CITY UT 84111 |
| WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION<br>(INDENTURE TRUSTEE) (GM 2001A-2)<br>WELLS FARGO BANK NORTHWEST<br>79 SOUTH MAIN ST<br>3RD FL<br>SALT LAKE CITY UT 84111 | WELLS FARGO EQUIPMENT FINANCE INC<br>TECHNOLOGY INVESTMENT PARTNERS LLC<br>733 MARQUETTE AVE STE 700<br>MINNEAPOLIS MN 55402 |
| WELLS FARGO FINANCIAL LEASING INC<br>MAC F4045-050<br>400 LOCUST ST<br>STE 500<br>DES MOINES IA 50309 | WEST MIFFLIN BORO |
| WILLIAM J AND<br>INGRED SUCHACEK | WILMINGTON TRUST CO ( INDENTURE TRUSTEE) (GM 2000 A-1 TRUST)<br>WILMINGTON TRUST CO<br>1100 NORTH MARKET ST<br>RODNEY SQUARE NORTH<br>WILMINGTON DE 19890 |

WILMINGTON TRUST CO AS INDENTURE TRUSTEE
(GM 2000 A-1 FIRST STEP)
WILMINGTON TRUST CO
RODNEY SQUARE NORTH
1100 NORTH MARKET ST
WILMINGTON DE 19890

WILMINGTON TRUST CO AS INDENTURE TRUSTEE
(GM 2000 A-2 SECOND STEP)
WILMINGTON TRUST CO
RODNEY SQUARE NORTH
1100 NORTH MARKET ST
WILMINGTON DE 19890

WILMINGTON TRUST CO AS INDENTURE TRUSTEE
(GM 2000 A-2 FIRST STEP)
WILMINGTON TRUST CO
RODNEY SQUARE NORTH
1100 N MARKET ST
WILMINGTON DE 19890

WILMINGTON TRUST CO, (INDENTURE TRUSTEE) (GM 2000 A-1 TRUST)
WILMINGTON TRUST CO.
RODNEY SQUARE NORTH
1100 NORTH MARKET ST
WILMINGTON DE 19890

WILMINGTON TRUST CO, AS INDENTURE TRUSTEE
WILMINGTON TRUST CO
RODNEY SQUARE NORTH
1100 NORTH MARKET ST
WILMINGTON DE 19890

WILMINGTON TRUST CO, AS INDENTURE TRUSTEE
(GM 2000 A-2 SECOND STEP)
WILMINGTON TRUST CO
1100 NORTH MARKET ST
RODNEY SQUARE NORTH
WILMINGTON DE 19890

WILMINGTON TRUST CO. AS INDENTURE TRUSTEE
(GM 2000 A-1 FIRST STEP)
WILMINGTON TRUST CO.
RODNEY SQUARE NORTH
1100 NORTH MARKET ST
WILMINGTON DE 19890

WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE
(GM 2000 A-1 TRUST)
WILMINGTON TRUST CO
RODNEY SQUARE NORTH
1100 NORTH MARKET ST
WILMINGTON DE 19890

WONG ELECTRIC INC
4067 TRANSPORT ST
PALO ALTO CA 94303