# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                   )
In re                                              )         Chapter 11
                                               )
GENERAL MOTORS CORP., *et al.*,       )
                                               )         Case No. 09-50026
                                               )
                    Debtors.         )         Jointly Administered
------------------------------------------------------------X

**ORDER GRANTING MOTION OF THE AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS FOR AN ORDER (I) APPOINTING A LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS AND (II) DIRECTING THE UNITED STATES TRUSTEE TO APPOINT AN OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS**

This matter coming before the Court on the Motion for an Order (I) Appointing a Legal Representative for Future Asbestos Personal Injury Claimants (a "Future Claimants' Representative") and (II) Directing the United States Trustee to Appoint an Official Committee of Asbestos Personal Injury Claimants (the "Motion"); the Court having reviewed the Motion and having considered the statements of counsel and evidence adduced with respect to the Motion at a hearing before the Court (the "Hearing"); and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) notice of the Motion and the Hearing was sufficient under the circumstances, (d) in light of the circumstances and the Court

having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY:

ORDERED that the Motion for an order appointing a Future Claimants' Representative is GRANTED; and it is further

ORDERED that the Motion for an Order Directing the United States Trustee to Appoint an Official Committee of Asbestos Personal Injury Claimants is GRANTED and the United States Trustee is hereby directed to appoint the members of the Ad Hoc Committee of Asbestos Personal Injury Claimants as an Official Committee of Asbestos Personal Injury Claimants in these cases.

Dated:    New York, New York

_____, 2009

_____
Honorable Robert E. Gerber
United States Bankruptcy Judge

2