UNITED STATES BANKRUPTCY COURT
NEW YORK
SOUTHERN DIVISION

In Re:

IN RE GENERAL MOTORS CORPORATION,

    Debtor(s).

_____/

Court No. 09-50026
Chapter 11
Hon. Robert E. Gerber
(Jointly Administered)

## APPEARANCE AND
## REQUEST FOR SERVICE OF ALL PLEADINGS
## AND NOTICES

    PLEASE ENTER THE APPEARANCE of Michael A. Cox, Attorney General of the State of Michigan, and Dennis J. Raterink, Assistant Attorney General, as attorneys for the Workers' Compensation Agency for the State of Michigan and the Funds Administration for the State of Michigan.

    The undersigned attorney also specifically requests that he be placed on the matrix for service of all pleadings and notices and that they be sent to him at the address below.

    For purposes of placement on the matrix, it is respectfully requested that the name of the Assistant Attorney General, Dennis J. Raterink, and NOT the Attorney General be listed in order to differentiate the state agency that is represented herein.

Respectfully submitted,

MICHAEL A. COX
Attorney General

Dated: June 4, 2009

_____
Dennis J. Raterink (P52678)
Assistant Attorney General

Labor Division
P.O. Box 30736
Lansing, Michigan 48909
Telephone: (517) 373-2560
E-Mail: raterinkd@michigan.gov