Gordon J. Toering (P46409)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Telephone: (616) 752-2185
Fax: (616) 222-2185
Email: gtoering@wnj.com
Attorneys for Robert Bosch LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x

In re:

GENERAL MOTORS CORPORATION,

        Debtor.

Case No. 09-50026
Chapter 11

_____/

**NOTICE OF CHANGE OF CREDITOR ADDRESS**

TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE U.S. TRUSTEE, ALL PARTIES ENTITLED TO RECEIVE NOTICE, AND THEIR COUNSEL OF RECORD:

      **PLEASE TAKE NOTICE** that effective immediately, notices to Robert Bosch LLC shall be sent to:

      Judith Lowitz Adler
      Assistant General Counsel
      Robert Bosch LLC
      38000 Hills Tech Drive
      Farmington Hills, Michigan 48331
      (248) 876-1163
      Email: judith.adler@us.bosch.com

Dated: June 8, 2009

/s/ Gordon J. Toering
Gordon J. Toering (P46409)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center, 111 Lyon Street, NW
Grand Rapids, Michigan 49503
Telephone: (616) 752-2185
Fax: (616) 222-2185
Email: gtoering@wnj.com
Attorneys for Robert Bosch LLC

1674678