**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

─────────────────────────────────────x

In re:                                                          Chapter 11

General Motors Corporation, et al.,                   Case No. 09-50026-reg

               Debtors.                                   (Jointly Administered)

─────────────────────────────────────x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, David D. Ritter, a member in good standing of the bar in the State of Texas, the bar of the U.S. District Court for the Northern District of Texas, Southern District of Texas, Western District of Texas, Eastern District of Texas, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent San Jacinto Oldsmobile Cadillac, Inc. d/b/a DeMontrond Auto Country, Inc., DeMontrond Motor Corporation And DeMontrond Buick Company, creditors in the above referenced bankruptcy case.

| | |
|---|---|
| Mailing address: | David D. Ritter |
| | Kane Russell Coleman & Logan PC |
| | 1601 Elm Street; Suite 3700 |
| | Dallas, Texas 75201 |
| E-mail address: | dritter@krcl.com |
| Telephone number | (214) 777-4200. |

    The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

| | |
|---|---|
| Dated: June 8, 2009<br>Dallas, Texas | Respectfully submitted,<br>**KANE RUSSELL COLEMAN & LOGAN PC**<br><br>By: /s/ David D. Ritter<br>    David D. Ritter<br>    Texas State Bar No. 0791534<br>3700 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, Texas 75201<br>Ph:  (214) 777-4200<br>Fax:  (214) 777-4299<br>Email: dritter@krcl.com<br>**ATTORNEYS FOR SAN JACINTO OLDSMOBILE CADILLAC, INC. D/B/A DEMONTROND AUTO COUNTRY, INC., DEMONTROND MOTOR CORPORATION AND DEMONTROND BUICK COMPANY** |