**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
─────────────────────────────────────x

| | |
|---|---|
| In re: | Chapter 11 |
| General Motors Corporation, et al., | Case No. 09-50026-reg |
| Debtors. | (Jointly Administered) |

─────────────────────────────────────x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

UPON the motion of David D. Ritter, Esq. to be admitted, ***pro hac vice,*** to represent San Jacinto Oldsmobile Cadillac, Inc. d/b/a DeMontrond Auto Country, Inc., DeMontrond Motor Corporation and DeMontrond Buick Company in the above-referenced case, and upon the movant's certification that movant is a member of good standing of the bar in the State of Texas; it is hereby

ORDERED, that David D. Ritter, Esq. is admitted to practice pro hac vice in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____
      New York, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE