Gordon J. Toering (P46409)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Telephone:  (616) 752-2185
Fax:  (616) 222-2185
Email:  gtoering@wnj.com
Attorneys for Robert Bosch GmbH

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

In re:

GENERAL MOTORS CORPORATION,

                Debtor.

_____/

Case No. 09-50026

Chapter 11

## NOTICE OF CHANGE OF CREDITOR ADDRESS

TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE U.S. TRUSTEE, ALL PARTIES ENTITLED TO RECEIVE NOTICE, AND THEIR COUNSEL OF RECORD:

       **PLEASE TAKE NOTICE** that effective immediately, notices to Robert Bosch GmbH shall be sent to:

               Robert Bosch GmbH
               c/o Gordon J. Toering
               WARNER NORCROSS & JUDD LLP
               900 Fifth Third Center, 111 Lyon Street, NW
               Grand Rapids, Michigan 49503

Dated:  June 8, 2009

               /s/ Gordon J. Toering
               Gordon J. Toering (P46409)
               WARNER NORCROSS & JUDD LLP
               900 Fifth Third Center, 111 Lyon Street, NW
               Grand Rapids, Michigan 49503
               Telephone:  (616) 752-2185
               Fax:  (616) 222-2185
               Email:  gtoering@wnj.com
               Attorneys for Robert Bosch GmbH

1674674