BAKER & HOSTETLER LLP
Attorneys for Scripps Networks, LLC
Individually and as managing G.P. of
Television Food Network, G.P
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114-3485
Wendy J. Gibson, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORPORATION | : | Case No. 09-50026 |
| | : | |
| Debtors | : | Judge Robert E. Gerber |

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, WENDY J. GIBSON, a member in good standing of the bar of the State of Ohio, request admission, **pro hac vice**, before the Honorable Robert E. Gerber, to represent Scripps Networks, LLC, a creditor an party in interest in the above-captioned case, individually and as managing general partner on behalf of Television Food Network, G.P., also a creditor and party in interest.

My address is: Baker & Hostetler LLP, 3200 National City Center, 1900 East 9th Street, Cleveland, Ohio 44114-3485.

E-mail address is: wgibson@bakerlaw.com, Telephone No. is: 216-861-7650.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice **pro hac vice**.

Dated: June 8, 2009
    Cleveland, OH                                                     /s/ Wendy J. Gibson
                                                                                       Wendy J. Gibson (WJG 4117)

## CERTIFICATE OF SERVICE

A copy of the foregoing has been served electronically or otherwise on June 8, 2009, on each person entitled to service in this case.

/s/ Wendy J. Gibson
Wendy J. Gibson (WJG 4117)

BAKER & HOSTETLER LLP
Attorneys for Scripps
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114-3485
Wendy J. Gibson, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORPORATION | : | Case No. 09-50026 |
| | : | |
| Debtors | : | Judge Robert E. Gerber |

-------------------------------------------------------------x

## ORDER

**ORDERED,**

That Wendy J. Gibson, Esq. is admitted to practice, **pro hac vice**, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____        _____
    New York, New York              HONORABLE ROBERT E. GERBER
                                    UNITED STATES BANKRUPTCY JUDGE