BAKER & HOSTETLER LLP
Attorneys for Scripps Networks, LLC
Individually and as Managing G.P of Television
Food Network, G.P
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114-3485
Wendy J. Gibson, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                            :    Chapter 11
                                                  :
GENERAL MOTORS CORPORATION                        :    Case No. 09-50026
                                                  :
                              Debtors             :    Judge Robert E. Gerber
----------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

Now comes Scripps Networks, LLC, a creditor and party in interest in the above-captioned case, and hereby enters its appearance individually and as managing general partner on behalf of Television Food Network, G.P., also a creditor and party in interest, pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f) and 3017(a). All such notices should be addressed as follows:

Wendy J. Gibson
Baker & Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114-3485
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
Email: wgibson@bakerlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings herein.

Respectfully submitted,

*/s/ Wendy J. Gibson*
Wendy J. Gibson (0001581)
Baker & Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114-3485
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
Email: wgibson@bakerlaw.com

*Attorney for Scripps Networks, LLC,*
*Individually and as Managing G.P of Television*
*Food Network, G.P.*

## CERTIFICATE OF SERVICE

A copy of the foregoing has been filed electronically and served via the court's electronic filing system as indicated on the Notice of Electronic Filing on June 8, 2009.

*/s/ Wendy J. Gibson*
Wendy J. Gibson