KILPATRICK & ASSOCIATES, P.C.
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI 48326
(248) 377-0700

Richardo I. Kilpatrick (P35275)( Admitted *Pro hac vice*)

ATTORNEYS FOR OAKLAND COUNTY TREASURER,
WAYNE COUNTY TREASURER, HEIDTMAN STEEL
PRODUCTS, INC., HÖEGH AUTOLINERS HOLDINGS AS,
CITY OF DETROIT, AND DAJACO INDUSTRIES, INC.
.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| GENERAL MOTORS CORPORATION, *et al.,* | Case No. 09-50026 (REG) |
| Debtors. | (jointly administered) |

**VERIFIED STATEMENT OF KILPATRICK & ASSOCIATES, P.C. PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Kilpatrick & Associates, P.C. ("KAA"), as counsel to the parties identified hereinbelow in these jointly administered Chapter 11 cases, submits this verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure and states as follows:

1. Names and Addresses of the Creditors Represented by KAA

    a. KAA has been retained to represent the following creditors as bankruptcy counsel in these cases:

        i.  Oakland County Treasurer;

        ii. Wayne County Treasurer;

        iii. Heidtman Steel Products, Inc;

      iv.  HÖEGH Autoliners Holdings AS;

      v.  The City of Detroit; and

      vi.  Dajaco Industries, Inc.

2. <u>Nature and Amount of the Claims and Time of Acquisition Thereof</u>

   a. The claims of Oakland County Treasurer, Wayne County Treasurer and the City of Detroit relate to, and arise out of, certain real and personal property and other tax-related obligations of the Debtors

   b. The claims of Heidtman Steel Products, Inc., HÖEGH Autoliners Holdings AS and Dajaco Industries, Inc. relate to, and arise out of, certain pre-petition executory contracts between one or more of the Debtors and these creditors.

3. <u>Pertinent Facts and Circumstances in Connection with Employment of KAA</u>

The creditors identified above have each requested that KAA, and KAA has agreed to, represent them in these cases.

4. <u>Amount of Claims Owned by KAA</u>

Upon information and belief, KAA does not hold any claims against, or hold any interests in, any of the Debtors.

5. KAA hereby reserves the right to supplement and/or amend this Statement.

The undersigned declares under penalty of perjury that, to the best of my knowledge, information and belief, the foregoing is true and correct.

Dated:  June 8, 2009

                KILPATRICK & ASSOCIATES, P.C.

        By: */S/ Richardo I Kilpatrick*
            RICHARDO I. KILPATRICK (P35275)
            903 N. Opdyke Road, Suite C
            Auburn Hills, MI 48326
            (248) 377-0700
            ecf@kaalaw.com
            Attorneys For Oakland County Treasurer, Wayne County Treasurer, Heidtman Steel Products, Inc., HÖEGH Autoliners Holdings AS, City of Detroit, and Dajaco Industries, Inc.