Stanley Tarr, Esquire
**Blank Rome LLP**
The Chrysler Building
405 Lexington Avenue
New York, NY  10174-5001
Telephone:  (212) 885-5000
Facsimile:  (212) 885-5001
Email:  Tarr@blankrome.com

*Counsel for Cellco Partnership d/b/a Verizon Wireless
on behalf of itself and its controlled affiliates*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORPORATION, *et al.*, | : | Case No.  09-50026 (REG) |
| | : | |
| Debtors. | : | (Joint Administration Pending) |
| | : | |

**REQUEST FOR NOTICES AND OTHER PAPERS
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002**

Notice is hereby given pursuant to Federal Rule of Bankruptcy Procedure 2002 that Blank Rome LLP, counsel for Cellco Partnership d/b/a Verizon Wireless on behalf of itself and its controlled affiliates ("VZW"), requests that all notices given or required to be given in these cases be given to and served upon Blank Rome LLP at the following addresses:

Regina Stango Kelbon, Esquire
**Blank Rome LLP**
One Logan Square
Philadelphia, PA 19103
Phone:  (215) 569-5507
Facsimile:  (215) 832-5507
Email:  Kelbon@blankrome.com

Notice is further given that the foregoing request includes not only notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002 but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand,

900200.00001/21790472v.1

whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, telex or otherwise, that affect the above-captioned debtors or property of the debtors' estates.

Please take further notice that this Request For Notices And Other Papers Pursuant To Federal Rule of Bankruptcy Procedure 2002 shall not be deemed or construed to be a waiver of any substantive or procedural right of VZW, including without limitation, to: (a) require that where any adversary proceeding is to be initiated against VZW in this or any related case or where any proceeding is to be initiated by complaint against VZW in accordance with applicable non-bankruptcy law, service shall be made on VZW accordance with the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b) have final orders in non-core matters entered only after de novo review by the United Sates District Court; (c) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (d) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (e) compel arbitration of any disputes arising under or relating in any way to any contract, lease or other agreement or arrangement between VZW, the debtors or any third party; or (f) any other rights, claims, actions, defenses, to which VZW is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, VZW expressly reserves.

Dated:  June 8, 2009                                  **BLANK ROME LLP**

*/s/  Stanley Tarr*
Stanley Tarr
The Chrysler Building
405 Lexington Avenue
New York, NY  10174-5001
Telephone:  (212) 885-5000
Facsimile:  (212) 885-5001
Email:  Tarr@blankrome.com

                    and

Regina Stango Kelbon
One Logan Square
Philadelphia, PA 19103
(215) 569-5507
Kelbon@blankrome.com

Cellco Partnership d/b/a Verizon Wireless
on behalf of itself and its controlled affiliates

900200.00001/21790472v.1