## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 8th day of June, 2009, the foregoing *Request for Service of Papers* was served upon the parties listed on the attached Service List via electronic mail, unless otherwise indicated.

*/s/ Regina Stango Kelbon*
Regina Stango Kelbon

# Genreal Motors Corporation

## 2002 Service List

TROUTMAN SANDERS LLP
ATT: JEFFREY W. KELLEY, ESQ.
600 PEACHTREE STREET
NE SUITE 5200
ATLANTA, GA 30308
4048853900
jeffrey.kelley@troutmansanders.com

AFFINIA
DAVID OVERBEEKE, CEO
4400 PRIME PARKWAY
MCHENRY, IL 60050
8157597392
DAVID.OVERBEEKE@AFFINIAGROUP.COM

AIRGAS, INC.
ATT: DAVID BOYLE, CONSULTANT TO LEGAL
DEPT
259 RADNOR CHESTER ROAD
RADNOR, PA 19087
6106873187
david.boyle@airgas.com

AK STEEL HOLDING CORP
ATTN: JEFFREY L ZACKERMAN
COMMERCIAL AFFAIRS COUNSEL
9227 CENTRE POINTE DRIVE
WESTCHESTER, OH 45069
5134255815
JEFFREY.ZACKERMAN@AKSTEEL.COM

ALIX PARTNERS LLP
ATTN: MICHELLE CAMPBELL
300 N LASALLE STREET
CHICAGO, IL 60654
MCAMPBELL@ALIXPARTNERS.COM

ALLARD & FISH
ATT: DEBORAH L. FISH, ESQ.
2600 BUHL BLDG
535 GRISWOLD
DETROIT, MI 48226

ALPHA SA DE CV
AVENIDA GÓMEZ MORÍN NO. 1111 SUR
SAN PEDRO GARZA GARCÍA N.L
C.P. 66254 MEXICO

ALPHA SA DE CV
ATTN: MANUEL RIVERA, PRESIDENT & CEO
AVE GOMEZ MORIN 1111
COL. CARRIZALEJO GARZA GARCIA
NL CP66254 MEXICO
528187481254
MANUEL.RIVERA@NEMAK.COM

ALPINE ELECTRONICS OF AMERICA, INC.
ATT: CYNTHIA WOODRUFF-NEER, ESQ.
19145 GRAMERCY PLACE
TORRANCE, CA 90501
3106187043
cwoodruff-neer@alpine-usa.com

AMERICAN AXLE & MFG HOLDINGS INC
ATTN: MR. RICHARD DAUCH, CO FOUNDER,
CHAIRMAN
ONE DAUCH DRIVE
DETROIT, MI 48211
3137584212
SUZANNE.LEES@AAM.COM

ARCELOR MITTAL
19, AVENUE DE LA LIBERTE
LUXEMBOURG, L-2930 LUXEMBOURG

ARCELOR MITTAL
ATTN: LAKSHMI MITTAL, CEO
BERKLEY SQUARE HOUSE, 7TH FLOOR
LONDON, ENGLAND W1J6DA
442076297993
AKSHMI.MITTAL@ARCELORMITTAL.COM

ARENT FOX LLP
ATT: JAMES M. SULLIVAN, ESQ.
ATTY FOR SUPERIOR INDUSTRIES
INTERNATIONAL, INC.
1675 BROADWAY
NEW YORK, NY 10019
2124843990
sullivan.james@arentfox.com

ARENT FOX LLP
ATT: JAMES M. SULLIVAN, ESQ.
ATTY FOR TIMKEN COMPANY
1675 BROADWAY
NEW YORK, NY 10019
2124843990
sullivan.james@arentfox.com

ARENT FOX LLP
ATT: MARY JOANNE DOWD, ESQ.
ATTY FOR TOYOTA BOSHOKU AMERICA, INC.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
2028576395
dowd.mary@arentfox.com

ARENT FOX LLP
ATT: CHRISTOPHER GIAIMO, JEFFREY
ROTHLEDER, ANDREA CAMPBELL
ATTY FOR HARMAN BECKER AUTOMOTIVE
SYSTEMS, INC.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
2028576395
giamo.christopher@arentfox.com ;
rothleder.jeffrey@arentfox.com ;
campbell.andrea@arentfox.com

ARNALL GOLDEN GREGORY LLP
ATT: DARRYL S. LADDIN & FRANK N. WHITE
ATTY FOR VERIZON COMMUNICATIONS INC.
171 17TH STREET, NW, SUITE 2100
ATLANTA, GA 30363
4048738121
dladdin@agg.com; frank.white@agg.com

AT&T CORP
RICHARD G LINDNER CFO
208 S. AKARD ST
DALLAS, TX 75202
2147462102
DIANE.GIBSON@ATT.COM

ATTORNEY GENERAL FOR THE STATE OF NEW
YORK
ATT: NEAL S. MANN, ASSTISTANT ATTORNEY
GENERAL
ATTY FOR NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
120 BROADWAY - 24TH FLOOR
NEW YORK, NY 10271
neal.mann@oag.state.ny.us

ATTORNEY GENERAL FOR THE STATE OF TEXAS
ATT: MARK BROWNING, ASSISTANT ATTORNEY
GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711
bk-mbrowning.oag.state.tx.us

ATTORNEY GENERAL OF OHIO
ATT: VICTORIA D. GARRY, ASSISTANT
ATTORNEY GENERAL
COLLECTIONS & ENFORCEMENT
441 VINE STREET
1600 CAREW TOWER
CINCINNATI, OH 45202
5138523484
victoria.garry@ohioattorneygeneral.gov

ATTORNEY GENERAL OF STATE OF TEXAS
ATT: KIMBERLY A. WALSH, ASST. ATTORNEY
GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711
bk-kwalsh@oag.state.tx.us

AVIS RENTAL CAR
ATTN: ROBERT SALERNO, PRESIDENT
6 SYLVAN WAY
PARSIPPANY, NJ 07054
2124131924
ROBERT.SALERNO@AVISBUDGET.COM

BANK OF NEW YORK MELLON
ONE WALL STREET
NEW YORK, NY 10286

BANK OF NEW YORK MELLON
ATTN: GREGORY KINDER
GLOBAL CORPORATE TRUST
101 BARCLAY, 7W
NEW YORK, NY 10286
2128155595

BARNES & THORNBURG LLP
ATT: JOHN T. GREGG, ESQ.
ATTY FOR CONTINENTAL
171 MONROE AVENUE, NW, SUITE 1000
GRAND RAPIDS, MI 49503
6167423999
jgregg@btlaw.com

BARTLETT HACKETT FEINBERG P.C.
ATT: FRANK F. MCGINN, ESQ.
ATTY FOR IRON MOUNTAIN INFORMATION
MANAGEMENT, INC.
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110
6174220383
ffm@bostonbusinesslaw.com

BASF
DR. KURT BOCK, CHAIRMAN AND CEO
100 CAMPUS DRIVE
FLORHAM PARK, NJ 07932
9732456701
KURT.BOCK@BASF.COM

BECKER GLYNN MELAMED & MUFFLY LLP
ATT: CHESTER B. SALOMON, ESQ.
ATTY FOR FACTORY MOTOR PARTS COMPANY
299 PARK AVENUE, 16TH FLOOR
NEW YORK, NY 10171
2128880255
CSALOMON@BECKERGLYNN.COM

BERGER SINGERMAN, P.A.
ATT: ARTHUR J. SPECTOR, ESQ.
ATTY FOR SCI, LTD.
350 E. LAS OLAS BOULEVARD
10TH FLOOR
FORT LAUDERDALE, FL 33301
9545232872
aspector@bergersingerman.com

BINGHAM MCCUTCHEN LLP
ATT ROBERT DOMBROFF & JEFFREY SABIN, ESQ.
ATTY FOR DEUTSCHE BANK AG
399 PARK AVENUE
NEW YORK, NY 10022
2127525378
robert.dombroff@bingham.com ;
jeffrey.sabin@bingham.com

BLANK ROME LLP
ATT: MARC E. RICHARDS, ESQ.
ATTY FOR DENSO INTERNATIONAL AMERICA
AND DENSO SALES CALIFORNIA
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
2128855002
mrichards@blankrome.com

BLUE CROSS AND BLUE SHIELD OF MICHIGAN
ATT: JEFFREY RUMLEY, ASSISTANT GENERAL
COUNSEL
600 LAFAYETTE EAST #1925
DETROIT, MI 48226
JRumley@bcbsm.com

BOB HASTINGS BUICK GMC, INC.
ATT: DAVID P. STOETZEL
800 PANORAMA TRAIL SOUTH
ROCHESTER, NY 14625

BRAYTON PURCELL LLP
ATT: ALAN R. BRAYTON, CHRISTINA C. SKUBIC,
MATTHEW B. LEE
ATTY FOR CERTAIN ASBESTOS CLAIMANTS
222 RUSH LANDING ROAD
NOVATO, CA 94945
4158981247
bankruptcy.asbpo.asbdom@braytonlaw.com

BRIDGESTONE CORP
535 MARRIOT DRIVE
NASHVILLE, TN 37214

BRIDGESTONE CORP
ATTN: MR. SHOSHI ARAKAWA, CHAIRMAN
10-1 KYOBASHI 1-CHROME CHUOKU
TOKYO JAPAN 104
81335679816
KATO.SADAHARU@BRIDGESTONE.COM.JP

BRIGGS AND MORGAN P.A.
ATT: JOHN R. MCDONALD, ESQ.
ATTY FOR FACTORY MOTOR PARTS COMPANY
2200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN 55402
6129778650
JMcDonald@Briggs.com

BURR & FORMAN LLP
ATT: D. CHRISTOPHER CARSON & JENNIFER B.
KIMBLE
ATTY FOR GESTAMP
420 NORTH 20TH STREET, SUITE 3400
BIRMINGHAM, AL 35203
2054585100
ccarson@burr.com; jkimble@burr.com

BUSH FEYFERTH & PAIGE PLLC
ATT: SCOTT A. WOLFSON, ESQ.
ATTY FOR GUARDIAN INDUSTRIES CORP.
3001 W. BIG BEAVER ROAD, SUITE 600
TROY, MI 48084
2488227853
wolfson@bsplaw.com

BUSH SEYFERTH & PAIGE PLLC
ATT: SCOTT A. WOLFSON, ESQ.
ATTY FOR LEN INDUSTRIES, INC.
3001 W. BIG BEAVER ROAD, SUITE 600
TROY, MI 48084
2488227853
wolfson@bsplaw.com

BUSH SEYFERTH & PAIGE PLLC
ATT: SCOTT A. WOLFSON, ESQ.
ATTY FOR MITSUBISHI ELECTRIC AUTOMOTIVE
AMERICA, INC.
3001 W. BIG BEAVER ROAD, SUITE 600
TROY, MI 48084
2488227853
wolfson@bsplaw.com

CADWALADER, WICKERSHAM & TAFT LLP
ATT: JOHN J. RAPISARDI, ESQ.
ATTY FOR UNITED STATES OF AMERICA
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
2125046666
john.rapisardi@cwt.com

CAP GEMENI AMERICA INC
ATTN: THIERRY DELAPORTE, CFO
623 FIFTH AVENUE
33RD FL
NEW YORK, NY 10022
2123148018
THIERRY.DELAPORTE@CAPGEMINI.COM

CASSELS BROCK
ATT: MICHAEL WEINCZOK
2100 SCOTIA PLAZA - 40 KING STREET WEST
TORONTO, ON M5H 3C2
CANADA
mweinczok@casselsbrock.com

CHARLES CLARK CHEVROLET CO.
P.O. BOX 520
MCALLEN, TX 78505

CHEMICO SYSTEMS
LEON C. RICHARDSON, PRESIDENT
10 W.HURON, SUITE 300
PONTIAC, MI 48342
2486461464
LCRICHARDSON@CHEMICOSYSTEMS.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATT: JAMES L. BROMLEY, ESQ.
ATTY FOR UAW
ONE LIBERTY PLAZA
NEW YORK, NY 10006
2122253999
jbromley@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY 10006
2122253999
BSUSKO@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
2122253999
RLINCER@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
2122253999
DGOTTLIEB@CGSH.COM

CLIFFORD CHANCE US LLP
ATT: ANDREW BROZMAN & SARAH CAMPBELL,
ESQ.
31 WEST 52ND STREET
NEW YORK, NY 10019
2128788375
andrew.brozman@cliffordchance.com ;
sarah.campbell@cliffordchance.com

COBASYS
MR. TOM NESLAGE, PRESIDENT & CEO
3740 LAPEER RD. SOUTH
ORION, MI 48359
2486205781
TNESLAGE@COBASYS.COM

COHEN WEISS AND SIMON LLP
ATT: BABETTE A. CECCOTTI, ESQ.
ATTY FOR UAW
330 WEST 42ND STREET
NEW YORK, NY 10036
2124738227
bceccotti@cwsny.com

COHEN, WEISS AND SIMON LLP
ATT: BABETTE A. CECCOTTI, ESQ.
ATTY FOR INTERNATIONAL UNION, UAW
330 WEST 42ND STREET
NEW YORK, NY 10036
2124738227
bceccotti@cwsny.com

CONTINENTAL AG
VAHRENWALDER STR 9
D-30165 HANOVER GERMANY

CONTINENTAL AG
ATTN:  MR. KARL-THOMAS NEUMANN
GUERICKESTRASSE 7
60488 FRANKFURT GERMANY
496976033800
KARL-THOMAS.NEUMANN@CONTINENTAL-CORPORATION.COM

COOLIDGE WALL CO., L.P.A.
ATT: RONALD S. PRETEKIN, ESQ.
ATTY FOR HARCO MANUFACTURING GROUP LLC
33 WEST FIRST STREET, SUITE 600
DAYTON, OH 45402
9372236705
pretekin@coollaw.com

CSX CORP
OSCAR MUNOZ CFO
500 WATER STREET, 15TH FLOOR
SPEED CODE C900
JACKSONVILLE, FL 32202
9043591859
OMUNOZ@CSX.COM

DANA HOLDING COMPANY
ATT: LISA WURSTER
4500 DORR STREET
TOLEDO, OH 43615
4195354790
lisa.wurster@dana.com

DANIEL W. SHERRICK, GENERAL COUNSEL
8000 EAST JEFFERSON AVE
DETROIT, MI 48214
3138236016

DAVIS POLK & WARDWELL
ATT: DONALD S. BERNSTEIN & MARSHALL S. HUEBNER
ATTY FOR FORD MOTOR COMPANY
450 LEXINGTON AVENUE
NEW YORK, NY 10017
2124506444
gm.service@dpw.com

DELPHI CORP
ATTN: MR. RODNEY O'NEAL CHIEF EXECUTIVE OFFICER
5725 DELPHI DRIVE
TROY, MI 48098
2488132560
RODNEY.O.NEAL@DELPHI.COM

DENSO CORP
ATTN MR. HARUYA MARUYAMA, PRESIDENT & CEO
24777 DENSO DRIVE
SOUTHFIELD, MI 48086
2482132474
HARUYA.MARUYAMA@DENSO-DIAM.COM

DEPARTMENT OF LABOR
ATTN: DEPUTY SOLICITOR OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20201
CONTACT-OCFO@DOL.GOV

DEPARTMENT OF THE TREASURY
ATTN: OFFICE OF GENERAL COUNSEL
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20220
2026226415

DEUTSCHE BANK AG
ATTN: STUART HARDING
1 GREAT WINCHESTER ST
LONDON EC2N 2DB ENGLAND
442075476149

DICKINSON WRIGHT PLLC
ATT: MICHAEL C. HAMMER, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
mchammer3@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: DAWN R. COPLEY, ESQ.
ATTY FOR JOHNSON CONTROLS
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
dcopley@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: KERRY MASTERS EWALD, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN 37219
kewald@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
ATTY FOR MAGNA INTERNATIONAL, INC.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
jplemmons2@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: DAWN R. COPLEY, ESQ.
ATTY FOR MAGNA INTERNATIONAL, INC.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
dcopley@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: KERRY MASTERS EWALD, ESQ.
ATTY FOR MAGNA INTERNATIONAL
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN 37219
kewald@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: COLLEEN M. SWEENEY, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN 37219
csweeney@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: COLLEEN M. SWEENEY, ESQ.
ATTY FOR MAGNA INTERNATIONAL, INC.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN 37219
csweeney@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: DORON YITZCHAKI, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48101
dyitzchaki@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: DORON YITZCHAKI, ESQ.
ATTY FOR MAGNA INTERNATIONAL, INC.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48101
dyitzchaki@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
ATTY FOR VISTEON CORPORATION
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
jplemmons2@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: MICHAEL C. HAMMER, ESQ.
ATTY FOR VISTEON CORPORATION
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
mchammer3@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
ATTY FOR SUMITOMO ELECTRIC WIRING
SYSTEMS, INC.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
jplemmons2@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
ATTY FOR ADVICS NORTH AMERICA, INC.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
jplemmons2@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
ATTY FOR AISIN HOLDINGS OF AMERICA, INC.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
jplemmons2@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
ATTY FOR YAZAKI NORTH AMERICA, INC.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
jplemmons2@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: MICHAEL C. HAMMER, ESQ.
ATTY FOR SUMITOMO ELECTRIC WIRING
SYSTEMS, INC.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104

mchammer3@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: MICHAEL C. HAMMER, ESQ.
ATTY FOR ADVICS NORTH AMERICA, INC.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
mchammer3@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: MICHAEL C. HAMMER, ESQ.
ATTY FOR AISIN HOLDINGS OF AMERICA, INC.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
mchammer3@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: MICHAEL C. HAMMER, ESQ.
ATTY FOR YAZAKI NORTH AMERICA, INC.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
mchammer3@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
ATTY FOR RHYTHM NORTH AMERICA
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
jplemmons2@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
ATTY FOR DEALER SERVICES GROUP, A
DIVISION OF ADP
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
jplemmons2@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: MICHAEL C. HAMMER, ESQ.
ATTY FOR YOROZU AMERICA CORPORATION
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
mchammer3@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: MICHAEL C. HAMMER, ESQ.
ATTY FOR DEALER SERVICES GROUP, A DIV OF
ADP
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
mchammer3@dickinsonwright.com

DICKINSON WRIGHT, PLLC
ATT: MICHAEL C. HAMMER, ESQ.
ATTY FOR MAGNA INTERNATIONAL, INC.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
mchammer3@dickinsonwright.com

DOW AUTOMOTIVE
MR. PETER SYKES, PRESIDENT
2-2-24 HIGASHI-SHINAGAWA
SHINAGAWA-KU, TOKYO 140-8617
PSYKES@DOW.COM

DURA AUTOMOTIVE
TIM LEULIETTE, CHAIRMAN
2791 RESEARCH DRIVE
ROCHESTER HILLS, MI 48309
2482997504
TIM@LEULIETTEPARTNERS.COM

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
ATTY FOR NILES AMERICA WINTECH
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
jplemmons2@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
ATTY FOR YOROZU AMERICA CORPORATION
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
jplemmons2@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: MICHAEL C. HAMMER, ESQ.
ATTY FOR RHYTHM NORTH AMERICA
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
mchammer3@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: MICHAEL C. HAMMER, ESQ.
ATTY FOR NILES MAERICA WINTECH
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
mchammer3@dickinsonwright.com

DICKINSON WRIGHT, PLLC
ATT: JAMES A. PIEMMONS, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
jplemmons@dickinsonwright.com

DICONZA LAW P.C.
ATT: GERARD DICONZA, ESQ.
ATTY FOR ARCADIS U.S., INC.
630 THIRD AVENUE, 7TH FLOOR
NEW YORK, NY 10017
2126824942
gdiconza@dlawpc.com

DUPONT
ELLEN J. KULLMAN, CEO
1007 MARKET STREET
WILMINGTON, DL 19898
3027730737
ELLEN.J.KULLMAN@USA.DUPONT.COM

DYNAMIC MANUFACTURING
MRS. MARY PARTIPILO, CEO
1930 N. MANNHEIM ROAD
MELROSE PARK, IL 60160
7083430364
MPARTIPILO@DMIMAIL.COM

ENTERGY SERVICES, INC
ATT: ALAN H. KATZ, ASSISTANT GENERAL
COUNSEL
639 LOYOLA AVENUE, 26TH FLOOR
NEW ORLEANS, LA 70113
2182975342
akatz@entergy.com

ENTERPRISE RENT A CAR
ATTN: MR. GEORGE STUBBLEFILED, PRESIDENT
600 CORPORATE PARK DRIVE
ST. LOUIS, MO 63105
3145124230
WILLIAMW.SYNDER@ERAC.COM

EXXON MOBIL CORP
5959 LAS COLINAS BOULEVARD
IRVING, TX 75039

EXXON MOBIL CORP
JAMES P. HENNESSY EM GLOBAL EXECUTIVE
3225 GALLOWS ROAD
FAIRFAX, VA 22037
7038466903

FACTORY MOTOR PARTS COMPANY
1380 CORPORATE CENTER CURVE
EAGAN, MN 55121

FARELLA BRAUN & MARTEL LLP
ATT: NEIL A. GOTEINER, ESQ.
ATTY FOR GENERAL MOTORS RETIREES
ASSOCIATION
235 MONTGOMERY STREET, 17TH FLOOR
SAN FRANCISCO, CA 94104
4159544480
ngoteiner@fbm.com

FLEX-N-GATE CORP
ATTN: MR SHAHID KHAN, CEO
1306 EAST UNIVERSITY
URBANA, IL 61802
2172782318
SRKHAN@FLEX-N-GATE.COM

FMR CORP
ROBERT J CHERSI CFO
82 DEVONSHIRE ST
BOSTON, MA 02109
6175989449
ROBERT.CHERSI@FMR.COM

FREEBORN & PETERS LLP
ATT: AARON L. HAMMER & THOMAS R. FAWKES
ATTY FOR PGW, LLC
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
3123606995
ahammer@freebornpeters.com ;
tfawkes@freebornpeters.com

FREEBORN & PETERS LLP
ATT: AARON L. HAMMER & THOMAS R. FAWKES
ATTY FOR TRICO CORPORATION
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
3123606995
ahammer@freebornpeters.com ;
tfawkes@freebornpeters.com

GENERAL PHYSICS CORP
1500 W BIG BEAVER RD
TROY, MI 48084

GENERAL PHYSICS CORP
ATTN: MS SHARON ESPOSITO
6095 MARSHALEE DR
SUITE 300
ELKRIDGE, MD 21075
4105405302
SESPOSITO-MAYER@GPWORLD.COM

GIBBONS P.C.
ATT: DAVID N. CRAPO, ESQ.
ATTY FOR J.D. POWER AND ASSOCIATES
ONE GATEWAY CENTER
NEWARK, NJ 07102
9736396244
dncrapo@gibbonslaw.com

GIBSON, DUNN & CRUTCHER LLP
ATT: DAVID M. FELDMAN, ESQ.
ATTY FOR WILMINGTON TRUST COMPANY
200 PARK AVENUE
NEW YORK, NY 10166
2123514035
dfeldman@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ATT: MATTHEW J. WILLIAMS, ESQ.
ATTY FOR WILMINGTON TRUST COMPANY
200 PARK AVENUE
NEW YORK, NY 10166
2123514035
mjwilliams@gibsondunn.com

GOLENBOCK EISMAN ASSOR BELL & PESKOE LLP
ATT: JONATHAN L. FLAXER, DOUGLAS L. FURTH, ANTHONY M. VASSALLO
437 MADISON AVENUE
NEW YORK, NY 10022
2127540300
jflaxer@golenbock.com ; dfurth@golenbock.com ; avassalo@golenbock.com

GOODYEAR TIRE & RUBBER CO
ROBERT KEEGAN CHAIRMAN, CEO & PRES
1144 E MARKET ST
AKRON, OH 44316
3307962108
SUSAN.CASACELI@GOODYEAR.COM

GOULSTON & STORRS, P.C.
ATT: DOUGLAS B. ROSNER, ESQ.
ATTY FOR 767 FIFTH PARTNERS LLC AND BP/CGCENTER I LLC
400 ATLANTIC AVENUE
BOSTON, MA 02110
6175744112

GOULSTON & STORRS, P.C.
ATT: GREGORY O. KADEN, ESQ.
ATTY FOR 767 FIFTH PARTNERS AND BP/CGCENTER I LLC
400 ATLANTIC AVENUE
BOSTON, MA 02110
6175744112

HARTER SECREAT & EMERY LLP
ATT: RAYMOND L. FINK, ESQ.
ATTY FOR TEAM CHEVROLET, INC.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY 14202
7168531617
rfink@hselaw.com

HARTER SECREST & EMERY LLP
ATT: KENNETH W. AFRICANO & RAYMOND L. FUNK
ATTY FOR PADDOCK CHEVROLET, INC.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY 14202
7168531617
kafricano@hselaw.com ; rfink@hselaw.com

HARTER SECREST & EMERY LLP
ATT: JOHN WEIDER & INGRIDE PALERMO
ATTY FOR PADDOCK CHEVROLET, INC.
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14606
5852322152
jweider@hselaw.com ; ipalermo@hselaw.com

HARTER SECREST & EMERY LLP
ATT: JON AHO, WILLIAM KREIENBERG, JOHN WEIDER, INGRID PALERMO
ATTY FOR THE VALLEY CADILLAC CORPORATION
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604
5852322152
jaho@hselaw.com ; wkreienberg@hselaw.com ; jweider@hselaw.com; jpalermo@hselaw.com

HARTER SECREST & EMERY LLP
ATT: RAYMOND L. FINK, ESQ.
ATTY FOR THE VALLEY CADILLAC CORPORATION
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY 14202
7168531617
rfink@hselaw.com

HARTER SECREST & EMERY LLP
ATT: JON AHO, WILLIAM KREIENBERG, JOHN WEIDER, INGRID PALERMO
ATTY FOR TEAM CHEVROLET, INC.
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604
5852322152
jaho@hselaw.com ; jweider@hselaw.com ; wkreienberg@hselaw.com ; jpalermo@hselaw.com

HARTER SECREST & EMERY LLP
ATT: JON AHO, WILLIAM KREIENBERG, JOHN WEIDER, INGRID PALERMO
ATTY FOR SATURN OF ROCHESTER, INC.
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604
5852322152
jaho@hselaw.com ; wkreienberg@hselaw.com ; jweider@hselaw.com; jpalermo@hselaw.com

HARTER SECREST & EMERY LLP
ATT: RAYMOND L. FINK, ESQ.
ATTY FOR SATURN OF ROCHESTER, INC.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY 14202
7168531617
rfink@hselaw.com

HARTER SECREST & EMERY LLP
ATT:JON AHO, WILLIAM KREIENBERG, JOHN
WEIDER, INGRID PALERMO
ATTY FOR JIM BARNARD CHEVROLET, INC.
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604
5852322152
jaho@hselaw.com ; wkreienberg@hselaw.com ;
jweider@hselaw.com ; jpalermo@hselaw.com

HARTER SECREST & EMERY LLP
ATT: RAYMOND L. FINK, ESQ.
ATTY FOR JIM BARNARD CHEVROLET, INC.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY 14202
7168531617
rfink@hselaw.com

HARTER SECREST & EMERY LLP
ATT: JON AHO, WILLIAM KREIENBERG, JOHN
WEIDER, INGRID PALERMO
ATTY FOR BOB HASTINGS BUICK GMC, INC.
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604
5852322152
jaho@hselaw.com ; wkreienberg@hselaw.com ;
jweider@hselaw.com ; jpalermo@hselaw.com

HARTER SECREST & EMERY LLP
ATT: RAYMOND L. FINK, ESQ.
ATTY FOR BOB HASTINGS BUICK GMC, INC.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY 14202
7168531617
rfink@hselaw.com

HARTER SECREST & EMERY LLP
ATT: JON AHO, WILLIAM KREIENBERG, JOHN
WEIDER, INGRID PALERMO
ATTY FOR MIKE BARNARD CHEVROLET
CADILLAC BUICK PONTIAC GMC, INC.
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604
5852322152
jaho@hselaw.com ; wkreienberg@hselaw.com ;
jweider@hselaw.com ; jpalermo@hselaw.com

HARTER SECREST & EMERY LLP
ATT: RAYMOND L. FINK, ESQ.
ATTY FOR MIKE BARNARD CHEVROLET
CADILLAC BUICK PONTIAC GMC, INC.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY 14202
7168531617
rfink@hselaw.com

HAYNES AND BOONE LLP
ATT: JONATHAN HOOK, ESQ.
ATTY FOR AIRGAS, INC.
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
2128848211
jonathan.hook@haynesboone.com

HAYNES AND BOONE LLP
ATT: PATRICK L. HUGHES & PETER C. RUGGERO
ATTY FOR AIRGAS, INC.
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77010
7135472600
patrick.hughes@haynesboone.com ;
peter.ruggero@haynesboone.com

HERRICK, FEINSTEIN LLP
ATT: STEPHEN B. SELBST & PAUL RUBIN
ATTY FOR BRIDGESTONE AMERICAS TIRE
OPERATIONS, LLC
2 PARK AVENUE
NEW YORK, NY 10016
sselbst@herrick.com ; prubin@herrick.com

HERTZ CORPORATION
14501 HERTZ QUAIL SPRINGS PARKWAY
OKLAHOMA CITY, OK 73134

HERTZ CORPORATION
ATTN: MS. ELYSE DOUGLAS CFO
225 BRAE BOULEVARD PARK
RIDGE, NJ 07656
8664444763
E.DOUGLAS@HERTZ.COM

HESS CORPORATION
ATT: ELIZABETH ANNE CARINI CURRENTI, ESQ.
1 HESS PLAZA
WOODBRIDGE, NJ 07095
ecurrenti@hess.com

HEWLETT PACKARD CO
3000 HANOVER ST
PALO ALTO, CA 94304

HEWLETT PACKARD CO
MIKE NEFKENS, VP
500 RENAISSANCE CENTER
MC:20A
DETROIT, MI 48243
3132305705
MIKE.NEFKENS@EDS.COM

HEWLETT -PACKARD DEVELOPMENT COMPANY, L.P.
MIKE NEFKENS, VICE PRESIDENT
500 RENAISSANCE CENTER, MC:20A
DETROIT, MI 48243
3132305705
MIKE.NEFKENS@EDS.COM

HINCKLEY, ALLEN & SNYDER LLP
ATT: THOMAS CURRAN, PAUL O'DONNELL &
JENNIFER DORAN
ATTY FOR DAVE DELANEY'S COLUMBIA BUICK
PONTIAC GMAC CO
28 STATE STREET
BOSTON, MA 02109
6173459020
tcurran@haslaw.com

HITACHI LTD
955 WARWICK ROAD
PO BOX 510
HARRODSBURG, KY 40330

HITACHI LTD
ATTN MR. YASUHIKO HONDA CEO
AKIHABARA DAIBIRU BUILDING
18-13, SOTO-KANDA, 1-CHROME
CHIYODA-KU, TOKYO, JAPAN 101-8608
01181345643415
YASUHIKO.HONDA.TU@HITACHI.CO

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATT: ROBERT B. WEISS, ESQ.
ATTY FOR GENERAL MOTORS CORPORATION
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
3124657597
rweiss@honigman.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATT: TRICIA A. SHERICK, ESQ.
ATTY FOR GENERAL MOTORS CORPORATION
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
3134657597
tsherrick@honigman.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATT: JOSEPH R. SGROI, ESQ.
ATTY FOR GENERAL MOTORS CORPORATION
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
3134657597
jsgroi@honigman.com

HSS/SAGINAW
MR. ERIC LARSON, COO
5446 DIXIE HIGHWAY
SAGINAW, MI 48601
9897774818
ELARSON@HSS-MMS.COM

HUNTER & SCHANK CO., LPA
ATT: JOHN J. HUNTER, JR., ESQ.
ATTY FOR ZF FRIEDRICHSHAFEN AG
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH 43604
4192559121
jrhunter@hunterschank.com

INDUSTRY CANADA, LEGAL SERVICES
ATT: ANNE BOUDREAU
235 QUEEN STREET
OTTAWA, ON K1A OH5
CANADA
6139545356
anne.boudreau@ic.gc.ca

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
290 BROADWAY
NEW YORK, NY 10007
2124361931

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
P.O. BOX 21126
PHILADELPHIA, PA 19114
2155162555

INTERNATIONAL AUTOMOTIVE COMPONENTS
JAMES KAMSICKAS, PRESIDENT AND CEO
5300 AUTO CLUB DRIVE
DEARBORN, MI 48126
3132403270
JKAMSICKAS@IACNA.COM

INTERNATIONAL UNION OF ELECTRIC, SALARY,
MACHINE AND FURNITURE WORKERS
3461 OFFICE PARK DR
KETTERING, OH 45439
9372986333

INTERNATIONAL UNION OF ELECTRIC, SALARY,
MACHINE AND FURNITURE WORKERS
JIM CLARK/ PETER MITCHELL
2701 DRYDEN ROAD
DAYTON, OH 45439
9372986333

INTERNATIONAL UNION, UAW
ATT: DANIEL W. SHERRICK & NIRAJ R. GANATRA
- LEGAL DEPT
8000 EAST JEFFERSON AVENUE
DETROIT, MI 48124
3139265240

INTERNATIONAL UNION, UAW
ATT: DANIEL SHERRICK & NIRAJ GANATRA,
LEGAL DEPT.
ATTY FOR INTERNATIONAL UNION, UAW
8000 EAST JEFFERSON AVENUE
DETROIT, MI 48214
3139265240

INTERPUBLIC GROUP OF COMPANIES INC
MR. MICHAEL ROTH, CEO
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
2127042270
MROTH@INTERPUBLIC.COM

JIM BARNARD CHEVROLET, INC.
ATT: ALLYN BARNARD, PRESIDENT
7107 BUFFALO ROAD
CHURCHVILLE, NY 14428

JONES LANG LASALLE INC
ATTN: MR COLIN DRYER
200 EAST RANDOLPH DRIVE
CHICAGO, IL 60601
3126011000
C.DRYER@JLL.COM

JTEKT AUTOMOTIVE
MOTOHIKO YOKOYAMA, CEO
15TH FLOOR MIDLAND SQUARE, 4-7-1 MEIEKI
NAGOYA HEAD OFFICE
NAKAMURA-KU, NAGOYA, JAPAN, 450-8515
TAKAYA_YAMADA@JTEKT.CO.JP

K&L GATES LLP
ATT: JEFFREY N. RICH & ERIC T. MOSER, ESQ.
ATTY FOR PPG INDUSTRIES, INC.
599 LEXINGTON AVENUE
NEW YORK, NY 10022
jeff.rich@klgates.com ; eric.moser@klgates.com

KAYE SCHOLER LLP
ATT: RICHARD G. SMOLEV & LAUREN ATTARD
ATTY FOR PHILLIP MORRIS CAPITAL CORP
425 PARK AVENUE
NEW YORK, NY 10022
2128368689
rsmolev@kayescholer.com; lattard@kayescholer.com

KELLEY & FERRARO, LLP
ATT: THOMAS M. WILSON, ESQ.
ATTY FOR ASBESTOS CLAIMANTS
2200 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114
2165750799

KELLEY DRYE & WARREN, LLP
ATT: JAMES S. CARR & JORDAN A. BERGMAN
ATTY FOR BP CANADA ENERGY MARKETING
AND BP ENERGY CO
101 PARK AVENUE
NEW YORK, NY 10178
2128087897
KDWBankruptcyDepartment@kelleydrye.com

KEM KREST
AMISH SHAH. CEO
1919 SUPERIOR ST.
ELKHART, IN 46515

KENNEDY JENNIK & MURRAY P.C.
ATT: THOMAS M. KENNEDY & SUSAN M. JENNIK,
ESQ.
ATTY FOR IUE-CWA
113 UNIVERSITY PLACE, 7TH FLOOR
NEW YORK, NY 10003
2123580208
tkennedy@kjmlabor.com ; sjennik@kjmlabor.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M  KENNEDY, ESQ.
113 UNIVERSITY PLACE
NEW YORK, NY 10003

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNICK, ESQ.
113 UNIVERSITY PLACE
NEW YORK, NY 10003

KENNEDY, JENNIK & MURRAY P.C.
ATTN: LARRY MAGARIK, ESQ.
113 UNIVERSITY PLACE
NEW YORK, NY 10003

KILPATRICK & ASSOCIATES, P.C.
ATT: RICHARDO I. KILPATRICK & LEONORA K. BAUGHMAN
ATTY FOR OAKLAND COUNTY TREASURER
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI 48326
ecf@kaalaw.com

KILPATRICK & ASSOCIATES, P.C.
ATT: RICHARDO I. KILPATRICK & LEONORA K. BAUGHMAN
ATTY FOR WAYNE COUNTY TREASURER
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI 48326
ecf@kaalaw.com

KILPATRICK & ASSOCIATES, P.C.
ATT: RICHARDO I. KILPATRICK & LEONORA K. BAUGHMAN
ATTY FOR HEIDTMAN STEEL PRODUCTS, INC.
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI 48326
ecf@kaalaw.com

KILPATRICK & ASSOCIATES, P.C.
ATT: RICHARDO I. KILPATRICK & LEONORA K. BAUGHMAN
ATTY FOR HOEGH AUTOLINERS, AS
615 GRISWOLD, SUITE 1004
DETROIT, MI 48226
ecf@kaalaw.com

KNAPP CHEVROLET
815 HOUSTON AVENUE
HOUSTON, TX 77007

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATT: GABRIEL DEL VIRGINIA, ESQ.
ATTY FOR HESS CORPORATION
641 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NY 10022
2123710460
gabriel.delvirginia@verizon.net

LAW OFFICES OF ROBERT E. LUNA, P.C.
ATT: ANDREA SHEEHAN, ESQ.
ATTY FOR CARROLLTON FARMERS BRANCH ISD & LEWISVILLE ISD
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX 75205
2145211738
sheehan@txschoollaw.com

LEAR CORP
MR. ROBERT ROSSITER
21557 TELEGRAPH ROAD
SOUTHFIELD, MI 48033
2484471524
BROSSITER@LEAR.COM

LEVY RATNER P.C.
ATT: SUZANNE HEPNER, RYAN J. BARBUR & ROBERT H. STROUP
ATTY FOR UNITED STEELWORKERS
80 EIGHTH AVENUE, 8TH FLOOR
NEW YORK, NY 10011
2126278182
shepner@lrbpc.com ; rbarbur@lrbpc.com ; rstroup@lrbpc.com

LEVY RATNER, P.C.
ATT: DAVID R. JURY, ESQ.
ATTY FOR UNITED STEELWORKERS
FIVE GATEWAY CENTER, SUITE 807
PITTSBURGH, PA 15222
4125622574
djury@usw.org

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATT: ELIZABETH WELLER, ESQ.
ATTY FOR TARRANT COUNTY & DALLAS COUNTY
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201
4692215002
dallas.bankruptcy@publicans.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATT: MICHAEL S. LIEB, ESQ.
ATTY FOR TENIBAC-GRAPHION, INC.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
msl@maddinhauser.com

MAGNA INTERNATIONAL INC
ATTN: MR. DON WALKER, CEO
337 MAGNA DRIVE
AURORA, ON L4G 7K1 CANADA
9057262593
DON.WALKER@MAGNA.COM

MANDO CORP.
4201 NORTHPARK DR
OPELIKA, AL 36801

MANDO CORP.
ATTN: ZUNG SU BYUN, CEO
343-1, MANHO-RE, POSEUNGMYON
PYONGTACK KYONGGI, SOUTH KOREA
82316816921
ZSBYUN@MANDO.COM

MANUFACTURERS EQUIPMENT & SUPPLY CO
GREG M GRUIZENGA, PRESIDENT
2401 LAPEER RD
FLINT, MI 48503

MARITZ INC
ATTN: MR.STEVE MARTIZ, CEO
1375 NORTH HIGHWAY DRIVE
FENTON, MO 63099
6368272089
STEVE.MARTIZ@MARTIZ.COM

MCCANN ERICKSON
ATTN: MR. GARY LEE, CFO
622 3RD AVENUE
NEW YORK, NY 10017
6468658694
GARY.LEE@CCANN.COM

MCCREARY VEDELKA BRAGG & ALLEN, P.C.
ATT: MICHAEL REED, ESQ.
ATTY FOR LOCAL TEXAS TAXING AUTHORITIES
P.O. BOX 1269
ROUND ROCK, TX 78680

MCKENNA LONG & ALDRIDGE LLP
ATT: CHRISTOPHER F. GRAHAM, ESQ.
ATTY FOR INDUSTRY CANADA
230 PARK AVENUE
NEW YORK, NY 10169
2129221819
cgraham@mckennalong.com

MCKENNA LONG & ALDRIDGE LLP
ATT: JESSICA H. MAYES, ESQ.
ATTY FOR INDUSTRY CANADA
230 PARK AVENUE
NEW YORK, NY 10169
2129221819
jmayes@mckennalong.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATT: HANAN B. KOLKO, ESQ.
ATTY FOR CLASS REPRESENTATIVES
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018
2122391311
hkolko@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATT: EDWARD LOBELLO, ALAN MARDER. JIL
MAZER-MARINO, J. RANDO CRISTIANO
ATTY FOR CLASS REPRESENTATIVES
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530
5167416706
elobello@msek.com

MICHAEL S. HOLMES, P.C.
ATT: MICHAEL S. HOLMES, ESQ.
ATTY FOR OAKS L-M, INC.
8100 WASHINGTON AVENUE, SUITE 120
HOUSTON, TX 77007
7139566284
msholmes@cowgillholmes.com

MIKE BARNARD CHEVROLET CADILLAC BUICK
PONTIAC GMC, INC.
ATT: MICHAEL E. BARNARD, PRESIDENT
616 THAYER ROAD
FAIRPORT, NY 14450

MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO,
P.C.
ATT: PAUL J. RICOTTA, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA 02111
6175422241
pricotta@mintz.com

MISSOURI DEPARTMENT OF REVENUE
ATT: STEVEN A. GINTHER, ESQ.
ATTY FOR MISSOURI DEPARTMENT OF
REVENUE, BANKRUPTCY UNIT
P.O. BOX 475
JEFFERSON CITY, MO 65105
5737517232
sdnyecf@dor.mo.gov

MOORE & VAN ALLEN PLLC
ATT: CYNTHIA JORDAN LOWERY, ESQ.
ATTY FOR HAGEMEYER N.A.
40 CALHOUN STREET, SUITE 300
POST OFFICE BOX 22828
CHARLESTON, SC 29413
8435798714
cynthialowery@mvalaw.com

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  RICHARD S. TODER, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178
2123096001
RTODER@MORGANLEWIS.COM

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  ANDREW D GOTTFRIED, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178
2123096001
AGOTTFRIED@MORGANLEWIS.COM

MORRISON COHEN LLP
ATT: JOSEPH T. MOLDOVAN & MICHAEL R. DAL LAGO
ATTY FOR BLUE CROSS BLUE SHIELD OF MICHIGAN
909 THIRD AVENUE
NEW YORK, NY 10022
bankruptcy@morrisoncohen.com

MOTLEY RICE LLC
ATT: JEANETTE M. GILBERT, JOSEPH F. RICE, JOHN A. BADEN
ATTY FOR ASBESTOS TORT CLAIMANTS
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC 29464
8432169430
jgilbert@motleyrice.com ; jrice@motleyrice.com ; jbaden@motleyrice.com

NEW YORK CITY DEPT. OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS ST- 3RD FLOOR
BROOKLYN, NY 11201
7184033650

NEW YORK STATE DEPT TAXATION & FINANCE
ATTN: BANKRUPTCY/SPECIAL PROC. SECT.
PO BOX 5300
ALBANY, NY 12205
5184570617

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
120 BROADWAY
NEW YORK, NY 10271
2124168369

OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY 10004
2126682255

OHIO ATTORNEY GENERAL
ATT: MICHELLE T. SUTTER, PRINCIPAL ASST. ATTORNEY GENERAL
ATTY FOR OHIO ENVIRONMENTAL PROTECTION AGENCY
ENVIRONMENTAL ENFORCEMENT SECTION
30 E. BROAD STREET, 25TH FLOOR
COLUMBUS, OH 43215
8664831104
Michelle.sutter@ohioattorneygeneral.gov

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: ROGER FRANKEL, ESQ
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005
2023398500
RFRANKEL@ORRICK.COM

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: RICHARD H WYRON, ESQ.
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005
2023398500
RWYRON@ORRICK.COM

ORRICK HERRINGTON & SUTCLIFFE LLP
ATT: ROGER FRANKEL & RICHARD H. WYRON
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, DC 20005
2023398500
rfrankel@orrick.com ; rwyron@orrick.com

ORRICK HERRINGTON & SUTCLIFFE LLP
ATT: LORRAINE MCGOWEN, ALYSSA ENGLUND,
COURTNEY ROGERS
ATTY FOR UNOFFICIAL GM DEALERS
COMMITTEE
666 FIFTH AVENUE
NEW YORK, NY 10103
2125065151
lmcgowen@orrick.com ; aenglund@orrick.com ;
crogers@orrick.com

OTTERBOURG STEINDLER HOUSTON & ROSEN
PC
ATTN: DANIEL WALLEN, ESQ, JONATHAN N.
HELFAT, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169
2126826104
DWALLEN@OSHR.COM , JHELFAT@OSHR.COM ,
SSOLL@OSHR.COM

OTTERBOURG, STEINDLER, HOUSTON & ROSEN,
P.C.
ATT: DANIEL WALLEN, MELANIE CYGANOWSKI,
JONATHAN HELFAT, STEVEN SOL
ATTY FOR GMAC
230 PARK AVENUE
NEW YORK, NY 10169
2126826104
OSHR-GM@oshr.com

PADDOCK CHEVROLET, INC.
ATT: DUANE PADDOCK, PRESIDENT
3232 DELAWARE AVENUE
KENMORE, NY 14217

PAUL WEISS RIFKIND WHARTON & GARRISON
LLP
ATT: ALAN W. KORNBERG, REBECCA ZUBATY &
IAN POHL, ESQ.
ATTY FOR DANA HOLDING COMPANY
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
2127573990
akornberg@paulweiss.com ; rzubaty@paulweiss.com ;
ipohl@paulweiss.com

PAUL WEISS RIFKIND WHARTON & GARRISON
LLP
ATT: ALAN W. KORNBERG & JONATHAN T.
KOEVARY.
ATTY FOR ENTERPRISE RENT-A-CAR COMPANY
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
2127573990
akornberg@paulweiss.com ; jkoevary@paulweiss.com

PAUL WEISS RIFKIND WHARTON & GARRISON
LLP
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
2124920158
AROSENBERG@PAULWEISS.COM

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATT: HARVEY A. STRICKON, ESQ.
ATTY FOR ROLLS-ROYCE
75 EAST 55TH STREET
NEW YORK, NY 10022
2122307689
harveystrickon@paulhastings.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP
ATT: ANDREW ROSENBERG, BRIAN HERMANN,
MARGARET PHILLIPS, M. SCHECK
ATTY FOR INFORMAL GROUP OF HOLDERS OF
GM UNSECURED NOTES
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
2127573990
arosenberg@paulweiss.com ; bhermann@paulweiss.com ;
mphillips@paulweiss.com ; mscheck@paulweiss.com

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005
2023264400

PENSKE LOGISTICS
MR. TERRY MILLER, CEO
PO BOX 563
READING, PA 19603
6107752449
TERRY.MILLER@PENSKE.COM

PEPPER HAMILTON LLP
ATT: DENNIS S. KAYE & DEBORAH KOVSKY-APAP
ATTY FOR VALEO SYLVANIA LLC
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243
3132597926
kayesd@pepperlaw.com ; kovskyd@pepperlaw.com

PEPPER HAMILTON LLP
ATT: DENNIS S. KAYES & DEBORAH KOVSKY-APAP
ATTY FOR URBAN SCIENCE APPLICATIONS, INC.
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243
3132597926
kayesd@pepperlaw.com ; kovsky@pepperlaw.com

PEPPER HAMILTON LLP
ATT: DENNIS S. KAYES & DEBORAH KOVSKY-APAP, ESQ.
ATTY FOR PILKINGTON NORTH AMERICA, INC.
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243
3132597926
kayesd@pepperlaw.com ; kovskyd@pepperlaw.com

PEPPER HAMILTON LLP
ATT: HENRY J. JAFFE & JAMES C. CARIGNAN
HERECULES PLAZA, SUITE 5100
1313 MARKET STREET
P.O. BOX 1709
WILMINGTON, DE 18899
3024218390
jaffeh@pepperlaw.com ; cariganj@pepperlaw.com

PEPPER-HAMILTON LLP
ATT: DENNIS S. KAYES & DEBORAH KOVSKY-APAP
ATTY FOR OSRAM SYLVANIA PRODUCTS, INC.
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243
3132597926
kayesd@pepperlaw.com ; kovskyd@pepperlaw.com

PERDUE BRANDON FIELDER COLLINS & MOTT, L.L.P.
ATT: ELIZABETH BANDA, ESQ.
ATTY FOR ARLINGTON ISD
P.O. BOX 13430
ARLINGTON, TX 76094
8178606509
ebanda@pbfcm.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATT: RICHARD EPLING, KAREN B. DINE & ERICA E. CARRIG
ATTY FOR PSEG RESOURCES LLP
1540 BROADWAY
NEW YORK, NY 10036
2128581500
richard.epling@pillsburylaw.com ;
karen.dine@pillsburylaw.com ;
erica.carrig@pillsburylaw.com

PLUNKETT COONEY
ATT: DAVID A. LERNER, ESQ.
ATTY FOR G-TECH PROFESSIONAL STAFFING, INC.
38505 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304
2489014040
dlerner@plunkettcooney.com

PORZIO BROMBERG & NEWMAN P.C.
ATT: JOHN MAIRO, ROBERT SCHECHTER
ATTY FOR RAUFOSS AUTOMOTIVE COMPONENTS CANADA
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962
9735385146
jsmairo@pbnlaw.com ; rmschechter@pbnlaw.com

POTTER ANDERSON & CORROON LLP
ATT: DAVID BALDWIN, THERESA BROWN-EDWARDS, R. STEPHEN MCNEILL
HERCULES PLAZA, 6TH FLOOR
1313 NORTH MARKET STREET
P.O. BOX 951
WILMINGTON, DE 19801
3026581192
dbaldwin@potteranderson.com ; tbrown-edwards@potteranderson.com ;
rmcneill@potteranderson.com

PPG INDUSTRIES INC.
MR. CHARLES E. BUNCH, CEO
ONE PPG PLACE
PITTSBURGH, PA 15272
4124342134
BUNCH@PPG.COM

PROSKAUER ROSE LLP
ATT: SCOTT K. RUTSKY & ADAM T. BERKOWITZ
ATTY FOR STATE STREET BANK VAND TRUST CO
1585 BROADWAY
NEW YORK, NY 10036
2129692900
srutsky@proskauer.com ; aberkowitz@proskauer.com

PUBLICIS GROUPE SA
MR. MAURICE LEVY CEO
133 AVENUE DES CHAMPS ELYSEES
PARIS 75008 FRANCE
330144437550
MAURICE.LEVY@PUBLICISGROUPE.COM

RANDSTAD
MS.LINDA GALIPEAU, PRESIDENT - NORTH
AMERICA
2015 SOUTH PARK PLACE
ATLANTA, GA 30339
5143500035
LINDA.GALIPEAU@US.RANDSTAD.COM

REED SMITH LLP
ATT: KURT F. GWYNNE, ESQ.
ATTY FOR UNITED STATES STEEL CORPORATION
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801
3027787575
kgwynne@reedsmith.com

REID AND REIGE, P.C.
ATT: CAROL A. FELICETTA, ESQ.
ATTY FOR BARNES GROUP INC.
195 CHURCH STREET
NEW HAVEN, CT 06510
2037776304
cfelicetta@reidandriege.com

RENCO GROUP INC, THE
1 ROCKEFELLER PLAZA, 29TH FLOOR
NEW YORK, NY 10020

RENCO GROUP INC, THE
MR. LON OFFENBACHER, PRESIDENT & CEO
1401 CROOKS ROAD
TROY, MI 48084
2486558903
LOFFENBACHER@INTEVAPRODUCTS.COM

RICHARD W. MARTINEZ, APLC
ATT: RICHARD W. MARTINEZ, ESQ.
ATTY FOR W A THOMAS CO. AND SPECIALTY
ENGINE COMPONENTS
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS, LA 70130
5045256701
richardnotice@rwmaplc.com

RIDDELL WILLIAMS P.S.
ATT: JOSEPH E. SHICKICH, ESQ.
ATTY FOR MICROSOFT CORP AND MICROSOFT
LICENSING
1001 - 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154
2063891708
jshickich@riddellwilliams.com

ROBERT BOSCH
38000 HILLS TECH DRIVE
FARMINGTON HILLS, MI 48331

ROBERT BOSCH
ATTN: MR. FRANZ FEHRENBACH
ROBERT-BOSCH-PLATZ 1
70839 CERLINGEN-SCHILLERHOEHE, GER
497118116454

ROBERT T. SMITH, ESQ.
ATTY FOR CNI ENTERPRISES, INC
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS, MI 48071
2485869611
rsmith@cniinc.cc

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
ATT: RUSSELL P. MCRORY, ESQ.
ATTY FOR SATURN OF HEMPSTEAD, INC.
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105
2129562164
rpm@robinsonbrog.com

SATTERLEE STEPHENS BURKE & BURKE LLP
ATT: CHRISTOPHER BELMONTE & PAMELA
BOSSWICK
ATTY FOR MOODY'S INVESTORS SERVICE
230 PARK AVENUE
NEW YORK, NY 10169
2128189606
cbelmonte@ssbb.com ; pbosswick@ssbb.com

SATURN OF ROCHESTER, INC.
ATT: DAVID P. STOETZEL
770 PANORAMA TRAIL SOUTH
P.O. BOX 25427
ROCHESTER, NY 14625

SAUL EWING LLP
ATT: JEFFREY C. HAMPTON, ESQ.
ATTY FOR JAC PRODUCTS, INC.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
2159721848
jhampton@saul.com

SAUL EWING LLP
ATT: ADAM H. ISENBERG, ESQ.
ATTY FOR JAC PRODUCTS, INC.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
2159721853
aisenberg@saul.com

SCAFER AND WEINER, PLLC
ATT: RYAN D. HEILMAN, ESQ.
ATTY FOR HIROTEC AMERICA
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS, MI 48304
rheilman@scaferandweiner.com ;
glee@scaferandweiner.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATT: BENJAMIN P. DEUTSCH, ESQ.
ATTY FOR AD HOC COMMITTEE OF CONSUMER
VICTIMS OF GM
140 BROADWAY, SUITE 3100
NEW YORK, NY 10005
2129728798
bdeutsch@schnader.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATT: BARRY E. BRESSLER, ESQ.
ATTY FOR AD HOC COMMITTEE OF CONSUMER
VICTIMS OF GM
1600 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
2157512205
bbressler@schnader.com ; aadams@schnader.com ;
tlewis@schnader.com ; rbarkasy@schnader.com ;
mbarrie@schnader.com

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY 10281
2123361322

SECURITIES AND EXCHANGE COMMISSION
ATTN: ANDREW N. VOLLMER, ACTING GEN.
COUNSEL
100 F STREET, ND
WASHINGTON, DC 20549
2027729263

SEVERSTAL O A O
MR. GREGORY MASON CEO
4661 ROTUNDA DRIVE
PO BOX 1699
DEARBORN, MI 48120
3133379373
GMASON@SEVERSTLANA.COM

SEYBURN, KAHN, GINN, BESS & SERLIM, P.C.
ATT: LESLIE STEIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075
2483533727
lstein@seyburn.com

SEYBURN, KAHN, GINN, BESS & SERLIN P.C.
ATT: DAVID T. LIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075
2483533727
dlin@seyburn.com

SHAW GUSSIS FISHMAN GLANTZ WOLFSON &
TOWBIN LLC
ATT: BRIAN L. SHAW, ESQ.
ATTY FOR ATC DRIVETRAIN, INC
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654
3129803888
bshaw@shawgussis.com

SHAW GUSSIS FISHMAN GLANTZ WOLFSON &
TOWBIN LLC
ATT: BRIAN L. SHAW, ESQ.
ATTY FOR ATC LOGISTICS & ELECTRONICS, INC.
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654
3129803888
bshaw100@shawgussis.com

SHAW GUSSIS FISHMAN GLANTZ WOLFSON &
TOWBIN LLC
ATT: BRIAN L. SHAW, ESQ.
ATTY FOR ELBAR INDUSTRIAL (TRADING) LTD.
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654
3129803888
bshaw100@shawgussis.com

SHIVELY BROTHERS
SCOTT SHIVELY, CEO
2919 S.GRAND TRAVERSE ST
FLINT, MI 48507
8102323219
SCOTTS@SHIVELYBROS.COM

SILVERMANACAMPORA LLP
ATT: ADAM L. ROSEN, ESQ.
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753
ARosen@SilvermanAcampora.com

SIMPSON THACHER & BARTLETT LLP
ATT: PETER V. PANTALEO & DAVID J. MACK,
ESQ.
ATTY FOR CITICORP USA, INC.
425 LEXINGTON AVENUE
NEW YORK, NY 10017
2124552502
ppantaleo@stblaw.com ; dmack@stblaw.com

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017
2124552502
PPANTALEO@STBLAW.COM

SIMPSON THACHER & BARTLETT LLP
ATTN: DAVID J. MACK, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017
2124552502
DMACK@STBLAW.COM

SINGER & LEVICK P.C.
ATT: LARRY A. LEVICK, ESQ.
ATTY FOR AFFILIATED COMPUTER SERVICES,
INC.
16200 ADDISON ROAD, SUITE 140
ADDISON, TX 75001
9723805748
levick@singerlevick.com

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
ATT: JOHN WM. BUTLER, JR., ESQ.
ATTY FOR DELPHI CORPORATION
333 WEST WACKER DRIVE, SUITE 2100
CHICAGO, IL 60606
3124070411
jack.butler@skadden.com

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
AT: KAYALYN A. MARAFIOTI & GREGORY W.
FOX, ESQ.
ATTY FOR DELPHI CORPORATION
FOUR TIMES SQUARE
NEW YORK, NY 10036
2127352000
kayalyn.marafioti@skadden.com;
gregory.fox@skadden.com

SOUTHERN DISTRICT OF NEW YORK
ATT: DAVID S. JONES, JEFFREY S. OESTERICHER,
JOSEPH N. CORDARO
ASSISTANT UNITED STATES ATTORNEYS
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007
2126372750
david.jones@usdoj.gov ; jeffrey.oestericher@usdoj.gov ;
matthew.schwartz@usdoj.gov ;
joseph.cordaro@usdoj.gov

STAHL COWEN CROWLEY ADDIS LLC
ATT: TRENT P. CORNELL, ESQ.
ATTY FOR GM NAT'L RETIREE ASS., OVER THE
HILL CAR PEOPLE
55 WEST MONROE STREET, SUITE 1200
CHICAGO, IL 60603
3126416959
tcornell@stahlcowen.com

STARCOM MEDIAVEST GROUP INC
LAURA DESMOND, CEO
35 W. WACKER DRIVE
CHICAGO, IL 60601
3122206530
LAURA.DESMOND@SMVGROUP.COM

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
ATT: WILLIAM PAYNE, J. STEMBER, E. DOYLE, S.
PINCUS, P. EWING, J. HURT
ATTY FOR CLASS REPRESENTATIVES
429 FORBES AVENUE
ALLEGHENY BUILDING, 17TH FLOOR
PITTSBURGH, PA 15219
4122811007
wpayne@stemberfeinstein.com

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
JOHN STEMBER, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH, PA 15219
4122811007
JSTEMBER@STEMBERFEINSTEIN.COM

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
EDWARD J FEINSTEIN, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH, PA 15219
4122811007
EFEINSTEIN@STEMBERFEINSTEIN.COM

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
ELLEN M DOYLE, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH, PA 15219
4122811007
EDOYLE@STEMBERFEINSTEIN.COM

STITES & HARBISON PLLC
ATT: ROBERT C. GOODRICH & MADISON L.
MARTIN
ATTY FOR BRIDGESTONE AMERICAS TIRE
OPERATIONS, LLC
424 CHURCH STREET, SUITE 1800
NASHVILLE, TN 37219
nashvillebankruptcyfilings@stites.com

STITES & HARBISON, PLLC
ATT: BRIAN H. MELDRUM, ESQ.
ATTY FOR AKEBONO CORP.
400 W. MARKET STREET, SUITE 1600
LOUISVILLE, KY 40202
5027798296
bmeldrum@stites.com

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
P.C.
ATT: SANDER ESSERMAN, PETER D'APICE, JO
HARTWICK, JACOB NEWTON
ATTY FOR AD HOC COMMITTEE OF ASBESTOS
PERSONAL INJURY CLAIMANTS
2323 BRYAN STREET, SUITE 220
DALLAS, TX 75201
2149694999
esserman@sbep-law.com ; hartwick@sbep-law.com ;
dapice@sbep-law.com ; newton@sbep-law.com

SUN CAPITAL PARTNERS INC.
ATTN: MR KEVIN CALHOUN CFO
5200 TOWN CENTER CIRCLE
SUITE 600
BOCA RATON, FL 33486
5613940540
EALBERTO@SUNCAPPART.COM

TEAM CHEVROLET, INC.
ATT: THOMAS STEIGERWALD, VICE PRESIDENT
ROUT 16
OLEAN, NY 14760

TENNECO INC
GREGG SHERRILL, CHAIRMAN & CEO
500 NORTH FIELD DRIVE
LAKE FOREST, IL 60045
8474825030
GSHERRILL@TENNECO.COM

TENNESSEE ATORNEY GENERAL'S OFFICE
ATT: ROBERT COOPER & MARVIN CLEMENTS
ATTY FOR TENNESSEE DEPARTMENT OF
REVENUE
PO BOX 20207
NASHVILLE, TN 37202
6157413334

THE GARDEN CITY GROUP INC
ATTN: KEN FREDA
105 MAXESS ROAD
MELVILLE, NY 11747
6319406554
KENNETH_FREDA@GARDENCITYGROUP.COM

THE VALLEY CADILLAC CORPORATION
ATT: EDWARD T. MEAGHAR, JR., PRESIDENT
3100 WINTON ROAD SOUTH
ROCHESTER, NY 14623

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE, TX 78521

TROUTMAN SANDERS LLP
ATT: BRETT D. GOODMAN, ESQ.
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
2127046288
BRETT.GOODMAN@TROUTMANSANDERS.COM

TRW AUTOMOTIVE HOLDINGS CORP
12025 TECH CENTER DR
LIVONIA, MI 48150

TRW AUTOMOTIVE HOLDINGS CORP
ATTN: MR. JOHN PLANT PRESIDENT & CEO
12001 TECH CENTER DR
LIVONIA, MI 48150
7348552473
JOHN.PLANT@TRW.COM

U.S. TREASURY
ATTN:  MATTHEW FELDMAN, ESQ.
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON, DC 20220
2026226415
MATTHEW.FELDMAN@DO.TREAS.GOV

UNION PACIFIC CORP
ROBERT M KNIGHT, JR. CFO
1400 DOUGLAS STREET
OMAHA, NE 68179
4025012121
RMKNIGHT@UP.COM

UNITED AUTO WORKERS
ATTN: MR RON GETTLEFINGER
8000 EAST JEFFERSON
DETROIT, MI 48214
3133314957

UNITED STATES ATTORNEYS OFFICE
ATTN: LEV DASSIN, USA
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007
2126372685

UNITED STATES ATTORNEY'S OFFICE
ATTN: CLAIMS UNIT - ROOM 417
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007
2126372685

UNITED STATES DEPT. OF JUSTICE
ATTN: ERIC H. HOLDER, JR., ATTORNEY
GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530
2023076777

UNITED STATES DEPT. OF JUSTICE
ATTN: ANTI-TRUST DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530
2023076777

VALEO
MR. JACQUES ASCHENBROICH, CEO
43 RUE BAYEN
PARIS, FRANCE 75848
33140552168
CHRISTINE.OSSIKIAN@VALEO.COM

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019
2124077799
MJEDELMAN@VEDDERPRICE.COM

VEDDER PRICE
MICHAEL SCHEIN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019
2124077799
MSCHEIN@VEDDERPRICE.COM

VEDDER PRICE P.C.
ATT: MICHAEL EDELMAN, MICHAEL SCHEIN,
ERIN ZAVALKOFF-BABEJ
ATTY FOR EXPORT DEVELOPMENT CANADA
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019
2124077799
MJEdelman@vedderprice.com ;
MSchein@vedderprice.com ; Ezavalkoff-
babej@vedderprice.com

VISTEON CORP
DONALD J STEBBINS, PRESIDENT AND CEO
ONE VILLAGE CENTER DRIVE
VAN BUREN TOWNSHIP, MI 48111
7347107402
DSTEBBIN@VISTEON.COM

VOITH AG
2200 N. ROEMER RD
APPLETON, WI

VOITH AG
DR. HUBERT LIENHARD, PRESIDENT & CEO
ST. POLTENER STRASSE 43,
HEIDENHEIM, D-89522, GERMANY
HUBERT.LIENHARD@VOITH.COM

VOITH AG
HARRY NEIMAN, CEO
9395 KENWOOD RD SUITE 200
CINCINNATI, OH 45242
5137313659
HNEIMAN@VOITH.COM

VORYS, SATER, SEYMOUR AND PEASE LLP
ATT: TIFFANY STRELOW COBB, ESQ.
ATTY FOR WORTHINGTON
52 EAST GAY STREET
COLUMBUS, OH 43215
6147194663
tscobb@vorys.com

WARBURG E M PINCUS & CO INC
466 LEXINGTON AVE
NEW YORK, NY 10017
2128789351

WARNER NORCROSS & JUDD LLP
ATT: GORDON TOERING, ESQ.
900 FIFTH THIRD CENTER
111 LYONS STREET NW
GRAND RAPIDS, MI 49508
6162222185

WARNER NORCROSS & JUDD LLP
ATT: MICHAEL G. CRUSE, ESQ.
ATTY FOR BORGWARNER, INC.
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI 48075
2486039731
mcruse@wnj.com

WARREN, DRUGAN & BARROWS, P.C.
ATT: ROBERT L. BARROW, ESQ.
ATTY FOR CHARLES CLARK CHEVY, TIPOTEX
CHEVY, KNAPP CHEVY
800 BROADWAY
SAN ANTONIO, TX 78215
2102246488
rbarrows@wdblaw.com ; rbarrows800@gmail.com

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
2123108007
HARVEY.MILLER@WEIL.COM

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
2123108007
STEPHEN.KAROTKIN@WEIL.COM

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
2123108007
JOSEPH.SMOLINSKY@WEIL.COM

WHITE AND WILLIAMS LLP
ATT: KAREL S. KARPE, ESQ.
ATTY FOR SIEMENS PRODUCT LIFECYCLE
MANAGEMENT SYSTEMS, INC.
ONE PENN PLAZA, SUITE 410
NEW YORK, NY 10119
2126314431
karpek@whiteandwilliams.com

WILDMAN, HARROLD, ALLEN & DIXON
ATT: MICHAEL DOCKTERMAN, JONATHAN
YOUNG, RENE FRIEDMAN
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
Dockterman@wildman.com ; Young@wildman.com ;
Friedman@wildman.com

WILLIAM T. GREEN, III, P.C.
ATT: WILLIAM T. GREEN, ESQ.
ATTY FOR LAWRENCE MARSHALL CHEVROLET
II, LLC
11 GREENWAY PLAZA, SUITE 2820
HOUSTON, TX 77046
7139610883

WILMER CUTLER PICKERING HALE AND DORR
LLP
ATT: PHILP D. ANKER & MELANIE J. DRITZ
ATTY FOR PENSION BENEFIT GUARANTY
CORPORATION
399 PARK AVENUE
NEW YORK, NY 10022
2122308888
philip.anker@wilmerhale.com ;
melanie.dritz@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR
LLP
ATT: DENNIS L. JENKINS, ESQ.
ATTY FOR PENSION BENEFIT GUARANTY
CORPORATION
60 STATE STREET
BOSTON, MA 02109
6175265000
dennis.jenkins@wilmerhale.com

WILMINGTON TRUST
MR. GEOFFREY J LEWIS
RODNEY SQUARE NORTH
1100 NORTH MARKET ST
WILMINGTON, DE 19890
3026364145

YAZAKI CORP
ATTN: GEORGE PERRY, PRES AND CEO
6801 HAGGERTY ROAD, 48E
CANTON, MI 48187
7349835197
GEORGE.PERRY@US.YAZAKI.COM

ZEICHNER ELLMAN & KRAUSE LLP
ATT: STUART A. KRAUSE & BRYAN D. LEINBACH
ATTY FOR TOYOTA TSUSHO CANADA & TOYOTA
TSUSHO AMERICA
575 LEXINGTON AVENUE
NEW YORK, NY 10022
skrause@zeklaw.com ; beinbach@zeklaw.com