UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                       :
                                                            :    Chapter 11 Case No.
GENERAL MOTORS CORP., *et. al.*                             :
                                                            :    09-50026 (REG)
                                                            :
                Debtors.                                    :    (Jointly Administered)
                                                            :
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON :
                          ss:
COUNTY OF KING            :

Thierry Lamour, being duly sworn, deposes and states:

    1.    I am a Project Supervisor employed by The Garden City Group, Inc., the proposed claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On June 4, 2009, at the direction of Weil, Gotshal & Manges LLP, proposed counsel for the Debtors, I caused true and correct copies of the following documents to be served by overnight mail on the parties set forth on Exhibit A attached hereto:

- **Supplemental Declaration of William C. Repko in Support of Debtors' Proposed Debtor in Possession Financing Facility (Docket No. 422);**
- **Declaration of J. Stephen Worth in Support of the Proposed Sale of Debtors' Assets to Vechicle Acquisition Holdings LLC (Docket No. 425);**
- **Supplemental Declaration of J. Stephen Worth in Support of the Proposed Sale of Debtors' Assets to Vehicle Acquisition Holdings LLC (Docket N. 431);**
- **Declaration of Albert Koch (Docket 435);**
- **Notice of Hearing on Debtors' Motions (Docket No 453);**
- **Notice of Hearing on Debtors' Motion (Docket 454);** and
- **Notice of Hearing on Debtors' Motion (Docket 455).**

    3.    I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

                                          /s/ Thierry Lamour

# Exhibit A

| | |
|---|---|
| AFFINIA<br>DAVID OVERBEEKE, CEO<br>4400 PRIME PARKWAY<br>MCHENRY, IL 60050 | AIRGAS, INC.<br>ATT: DAVID BOYLE, CONSULTANT TO LEGAL DEPT<br>259 RADNOR CHESTER ROAD<br>RADNOR, PA 19087 |
| AK STEEL HOLDING CORP<br>ATTN: JEFFREY L ZACKERMAN<br>COMMERCIAL AFFAIRS COUNSEL<br>9227 CENTRE POINTE DRIVE<br>WESTCHESTER, OH 45069 | ALIX PARTNERS LLP<br>ATTN: MICHELLE CAMPBELL<br>300 N LASALLE STREET<br>CHICAGO, IL 60654 |
| ALLARD & FISH<br>ATT: DEBORAH L. FISH, ESQ.<br>2600 BUHL BLDG<br>535 GRISWOLD<br>DETROIT, MI 48226 | ALPHA SA DE CV<br>AVENIDA GÓMEZ MORÍN NO. 1111 SUR<br>SAN PEDRO GARZA GARCÍA N.L<br>C.P. 66254 MEXICO |
| ALPHA SA DE CV<br>ATTN: MANUEL RIVERA, PRESIDENT & CEO<br>AVE GOMEZ MORIN 1111<br>COL. CARRIZALEJO GARZA GARCIA<br>NL CP66254 MEXICO | ALPINE ELECTRONICS OF AMERICA, INC.<br>ATT: CYNTHIA WOODRUFF-NEER, ESQ.<br>19145 GRAMERCY PLACE<br>TORRANCE, CA 90501 |
| AMERICAN AXLE & MFG HOLDINGS INC<br>ATTN: MR. RICHARD DAUCH, CO FOUNDER, CHAIRMAN<br>ONE DAUCH DRIVE<br>DETROIT, MI 48211 | ARCELOR MITTAL<br>19, AVENUE DE LA LIBERTE<br>LUXEMBOURG, L-2930 LUXEMBOURG |
| ARCELOR MITTAL<br>ATTN: LAKSHMI MITTAL, CEO<br>BERKLEY SQUARE HOUSE, 7TH FLOOR<br>LONDON, ENGLAND W1J6DA | ARENT FOX LLP<br>ATT: JAMES M. SULLIVAN, ESQ.<br>ATTY FOR SUPERIOR INDUSTRIES INTERNATIONAL, INC.<br>1675 BROADWAY<br>NEW YORK, NY 10019 |
| ARENT FOX LLP<br>ATT: MARY JOANNE DOWD, ESQ.<br>ATTY FOR TOYOTA BOSHOKU AMERICA, INC.<br>1050 CONNECTICUT AVENUE, NW<br>WASHINGTON, DC 20036 | ARENT FOX LLP<br>ATT: CHRISTOPHER GIAIMO, JEFFREY ROTHLEDER, ANDREA CAMPBELL<br>ATTY FOR HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.<br>1050 CONNECTICUT AVENUE, NW<br>WASHINGTON, DC 20036 |
| ARNALL GOLDEN GREGORY LLP<br>ATT: DARRYL S. LADDIN & FRANK N. WHITE<br>ATTY FOR VERIZON COMMUNICATIONS INC.<br>171 17TH STREET, NW, SUITE 2100<br>ATLANTA, GA 30363 | AT&T CORP<br>RICHARD G LINDNER CFO<br>208 S. AKARD ST<br>DALLAS, TX 75202 |
| ATTORNEY GENERAL FOR THE STATE OF NEW YORK<br>ATT: NEAL S. MANN, ASSTISTANT ATTORNEY GENERAL<br>ATTY FOR NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>120 BROADWAY - 24TH FLOOR<br>NEW YORK, NY 10271 | ATTORNEY GENERAL FOR THE STATE OF TEXAS<br>ATT: MARK BROWNING, ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711 |
| ATTORNEY GENERAL OF OHIO<br>ATT: VICTORIA D. GARRY, ASSISTANT ATTORNEY GENERAL<br>COLLECTIONS & ENFORCEMENT<br>441 VINE STREET<br>1600 CAREW TOWER<br>CINCINNATI, OH 45202 | ATTORNEY GENERAL OF STATE OF TEXAS<br>ATT: KIMBERLY A. WALSH, ASST. ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711 |

| | |
|---|---|
| AVIS RENTAL CAR<br>ATTN: ROBERT SALERNO, PRESIDENT<br>6 SYLVAN WAY<br>PARSIPPANY, NJ 07054 | BANK OF NEW YORK MELLON<br>ATTN: GREGORY KINDER<br>ONE WALL STREET<br>NEW YORK, NY 10286 |
| BANK OF NEW YORK MELLON<br>ATTN: GREGORY KINDER<br>GLOBAL CORPORATE TRUST<br>101 BARCLAY, 7W<br>NEW YORK, NY 10286 | BARNES & THORNBURG LLP<br>ATT: JOHN T. GREGG, ESQ.<br>ATTY FOR CONTINENTAL<br>171 MONROE AVENUE, NW, SUITE 1000<br>GRAND RAPIDS, MI 49503 |
| BARTLETT HACKETT FEINBERG P.C.<br>ATT: FRANK F. MCGINN, ESQ.<br>ATTY FOR IRON MOUNTAIN INFORMATION MANAGEMENT, INC.<br>155 FEDERAL STREET, 9TH FLOOR<br>BOSTON, MA 02110 | BASF<br>DR. KURT BOCK, CHAIRMAN AND CEO<br>100 CAMPUS DRIVE<br>FLORHAM PARK, NJ 07932 |
| BECKER GLYNN MELAMED & MUFFLY LLP<br>ATT: CHESTER B. SALOMON, ESQ.<br>ATTY FOR FACTORY MOTOR PARTS COMPANY<br>299 PARK AVENUE, 16TH FLOOR<br>NEW YORK, NY 10171 | BERGER SINGERMAN, P.A.<br>ATT: ARTHUR J. SPECTOR, ESQ.<br>ATTY FOR SCI, LTD.<br>350 E. LAS OLAS BOULEVARD<br>10TH FLOOR<br>FORT LAUDERDALE, FL 33301 |
| BINGHAM MCCUTCHEN LLP<br>ATT ROBERT DOMBROFF & JEFFREY SABIN, ESQ.<br>ATTY FOR DEUTSCHE BANK AG<br>399 PARK AVENUE<br>NEW YORK, NY 10022 | BLANK ROME LLP<br>ATT: MARC E. RICHARDS, ESQ.<br>ATTY FOR DENSO INTERNATIONAL AMERICA AND DENSO SALES CALIFORNIA<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE |
| BLUE CROSS AND BLUE SHIELD OF MICHIGAN<br>ATT: JEFFREY RUMLEY, ASSISTANT GENERAL COUNSEL<br>600 LAFAYETTE EAST #1925<br>DETROIT, MI 48226 | BOB HASTINGS BUICK GMC, INC.<br>ATT: DAVID P. STOETZEL<br>800 PANORAMA TRAIL SOUTH<br>ROCHESTER, NY 14625 |
| BRAYTON PURCELL LLP<br>ATT: ALAN R. BRAYTON, CHRISTINA C. SKUBIC, MATTHEW B. LEE<br>ATTY FOR CERTAIN ASBESTOS CLAIMANTS<br>222 RUSH LANDING ROAD<br>NOVATO, CA 94945 | BRIDGESTONE CORP<br>535 MARRIOT DRIVE<br>NASHVILLE, TN 37214 |
| BRIDGESTONE CORP<br>ATTN: MR. SHOSHI ARAKAWA, CHAIRMAN<br>10-1 KYOBASHI 1-CHROME CHUOKU<br>TOKYO JAPAN 104 | BRIGGS AND MORGAN P.A.<br>ATT: JOHN R. MCDONALD, ESQ.<br>ATTY FOR FACTORY MOTOR PARTS COMPANY<br>2200 IDS CENTER<br>80 SOUTH 8TH STREET<br>MINNEAPOLIS, MN 55402 |
| BROWN & CONNERY, LLP<br>ATT: KENNETH J. SCHWEIKER, JR., ESQ.<br>ATTY FOR SAP AMERICA, INC.<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096 | BURR & FORMAN LLP<br>ATT: D. CHRISTOPHER CARSON & JENNIFER B. KIMBLE<br>ATTY FOR GESTAMP<br>420 NORTH 20TH STREET, SUITE 3400<br>BIRMINGHAM, AL 35203 |
| BUSH FEYFERTH & PAIGE PLLC<br>ATT: SCOTT A. WOLFSON, ESQ.<br>ATTY FOR GUARDIAN INDUSTRIES CORP.<br>3001 W. BIG BEAVER ROAD, SUITE 600<br>TROY, MI 48084 | BUSH SEYFERTH & PAIGE PLLC<br>ATT: SCOTT A. WOLFSON, ESQ.<br>ATTY FOR LEN INDUSTRIES, INC.<br>3001 W. BIG BEAVER ROAD, SUITE 600<br>TROY, MI 48084 |

| | |
|---|---|
| CADWALADER, WICKERSHAM & TAFT LLP<br>ATT: JOHN J. RAPISARDI, ESQ.<br>ATTY FOR UNITED STATES OF AMERICA<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 | CAP GEMENI AMERICA INC<br>ATTN: THIERRY DELAPORTE, CFO<br>623 FIFTH AVENUE<br>33RD FL<br>NEW YORK, NY 10022 |
| CASSELS BROCK<br>ATT: MICHAEL WEINCZOK<br>2100 SCOTIA PLAZA - 40 KING STREET WEST<br>TORONTO, ON M5H 3C2<br>CANADA | CHARLES CLARK CHEVROLET CO.<br>P.O. BOX 520<br>MCALLEN, TX 78505 |
| CHEMICO SYSTEMS<br>LEON C. RICHARDSON, PRESIDENT<br>10 W.HURON, SUITE 300<br>PONTIAC, MI 48342 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATT: JAMES L. BROMLEY, ESQ.<br>ATTY FOR UAW<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATT: SEAN A. O'NEAL, ESQ.<br>ATTY FOR THE INTERPUBLIC GROUP OF COMPANIES, INC.<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>A RICHARD SUSKO, ESQ<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>RICHARD S LINCER, ESQ.<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>DAVID I GOTTLIEB, ESQ.<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 |
| CLIFFORD CHANCE US LLP<br>ATT: ANDREW BROZMAN & SARAH CAMPBELL, ESQ.<br>31 WEST 52ND STREET<br>NEW YORK, NY 10019 | COBASYS<br>MR. TOM NESLAGE, PRESIDENT & CEO<br>3740 LAPEER RD. SOUTH<br>ORION, MI 48359 |
| COHEN WEISS AND SIMON LLP<br>ATT: BABETTE A. CECCOTTI, ESQ.<br>ATTY FOR UAW<br>330 WEST 42ND STREET<br>NEW YORK, NY 10036 | COHEN, WEISS AND SIMON LLP<br>ATT: BABETTE A. CECCOTTI, ESQ.<br>ATTY FOR INTERNATIONAL UNION, UAW<br>330 WEST 42ND STREET<br>NEW YORK, NY 10036 |
| CONTINENTAL AG<br>VAHRENWALDER STR 9<br>D-30165 HANOVER GERMANY | CONTINENTAL AG<br>ATTN: MR. KARL-THOMAS NEUMANN<br>GUERICKESTRASSE 7<br>60488 FRANKFURT GERMANY |
| COOLIDGE WALL CO., L.P.A.<br>ATT: RONALD S. PRETEKIN, ESQ.<br>ATTY FOR HARCO MANUFACTURING GROUP LLC<br>33 WEST FIRST STREET, SUITE 600<br>DAYTON, OH 45402 | CSX CORP<br>OSCAR MUNOZ CFO<br>500 WATER STREET, 15TH FLOOR<br>SPEED CODE C900<br>JACKSONVILLE, FL 32202 |
| CUMMINGS & LOCKWOOD LLC<br>ATT: JOHN F. CARBERRY, ESQ.<br>ATTY FOR EMIGRANT BUSINESS CREDIT CORP<br>SIX LANDMARK SQUARE<br>STAMFORD, CT 06901 | DANA HOLDING COMPANY<br>ATT: LISA WURSTER<br>4500 DORR STREET<br>TOLEDO, OH 43615 |

| | |
|---|---|
| DANIEL W. SHERRICK, GENERAL COUNSEL<br>8000 EAST JEFFERSON AVE<br>DETROIT, MI 48214 | DAVIS POLK & WARDWELL<br>ATT: DONALD S. BERNSTEIN & MARSHALL S. HUEBNER<br>ATTY FOR FORD MOTOR COMPANY<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 |
| DEBEVOISE & PLIMPTON LLP<br>ATT: RICHARD F. HAHN, ESQ.<br>ATTY FOR THE HERTZ CORPORATION<br>919 THIRD AVENUE<br>NEW YORK, NY 10022 | DELPHI CORP<br>ATTN: MR. RODNEY O'NEAL CHIEF EXECUTIVE OFFICER<br>5725 DELPHI DRIVE<br>TROY, MI 48098 |
| DENSO CORP<br>ATTN MR. HARUYA MARUYAMA, PRESIDENT & CEO<br>24777 DENSO DRIVE<br>SOUTHFIELD, MI 48086 | DEPARTMENT OF LABOR<br>ATTN: DEPUTY SOLICITOR OF LABOR<br>200 CONSTITUTION AVENUE, NW<br>WASHINGTON, DC 20201 |
| DEPARTMENT OF THE TREASURY<br>ATTN: OFFICE OF GENERAL COUNSEL<br>1500 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20220 | DEUTSCHE BANK AG<br>ATTN: STUART HARDING<br>1 GREAT WINCHESTER ST<br>LONDON EC2N 2DB ENGLAND |
| DICKINSON WRIGHT PLLC<br>ATT: MICHAEL C. HAMMER, ESQ.<br>ATTY FOR JOHNSON CONTROLS, INC.<br>301 E. LIBERTY, SUITE 500<br>ANN ARBOR, MI 48104 | DICKINSON WRIGHT PLLC<br>ATT: DAWN R. COPLEY, ESQ.<br>ATTY FOR JOHNSON CONTROLS<br>500 WOODWARD AVENUE, SUITE 4000<br>DETROIT, MI 48226 |
| DICKINSON WRIGHT PLLC<br>ATT: KERRY MASTERS EWALD, ESQ.<br>ATTY FOR JOHNSON CONTROLS, INC.<br>424 CHURCH STREET, SUITE 1401<br>NASHVILLE, TN 37219 | DICKINSON WRIGHT PLLC<br>ATT: JAMES A. PLEMMONS, ESQ.<br>ATTY FOR MAGNA INTERNATIONAL, INC.<br>500 WOODWARD AVENUE, SUITE 4000<br>DETROIT, MI 48226 |
| DICKINSON WRIGHT PLLC<br>ATT: COLLEEN M. SWEENEY, ESQ.<br>ATTY FOR JOHNSON CONTROLS, INC.<br>424 CHURCH STREET, SUITE 1401<br>NASHVILLE, TN 37219 | DICKINSON WRIGHT PLLC<br>ATT: COLLEEN M. SWEENEY, ESQ,<br>ATTY FOR MAGNA INTERNATIONAL, INC.<br>424 CHURCH STREET, SUITE 1401<br>NASHVILLE, TN 37219 |
| DICKINSON WRIGHT PLLC<br>ATT: DORON YITZCHAKI, ESQ.<br>ATTY FOR JOHNSON CONTROLS, INC.<br>301 E. LIBERTY, SUITE 500<br>ANN ARBOR, MI 48101 | DICKINSON WRIGHT, PLLC<br>ATT: JAMES A. PIEMMONS, ESQ.<br>ATTY FOR JOHNSON CONTROLS, INC.<br>500 WOODWARD AVENUE, SUITE 4000<br>DETROIT, MI 48226 |
| DICKINSON WRIGHT, PLLC<br>ATT: MICHAEL C. HAMMER, ESQ.<br>ATTY FOR MAGNA INTERNATIONAL, INC.<br>301 E. LIBERTY, SUITE 500<br>ANN ARBOR, MI 48104 | DICONZA LAW P.C.<br>ATT: GERARD DICONZA, ESQ.<br>ATTY FOR ARCADIS U.S., INC.<br>630 THIRD AVENUE, 7TH FLOOR<br>NEW YORK, NY 10017 |
| DOW AUTOMOTIVE<br>MR. PETER SYKES, PRESIDENT<br>2-2-24 HIGASHI-SHINAGAWA<br>SHINAGAWA-KU, TOKYO 140-8617 | DUPONT<br>ELLEN J. KULLMAN, CEO<br>1007 MARKET STREET<br>WILMINGTON, DL 19898 |

| | |
|---|---|
| DURA AUTOMOTIVE<br>TIM LEULIETTE, CHAIRMAN<br>2791 RESEARCH DRIVE<br>ROCHESTER HILLS, MI 48309 | DYNAMIC MANUFACTURING<br>MRS. MARY PARTIPILO, CEO<br>1930 N. MANNHEIM ROAD<br>MELROSE PARK, IL 60160 |
| ENTERGY SERVICES, INC<br>ATT: ALAN H. KATZ, ASSISTANT GENERAL COUNSEL<br>639 LOYOLA AVENUE, 26TH FLOOR<br>NEW ORLEANS, LA 70113 | ENTERPRISE RENT A CAR<br>ATTN: MR. GEORGE STUBBLEFIELD, PRESIDENT<br>600 CORPORATE PARK DRIVE<br>ST. LOUIS, MO 63105 |
| EXXON MOBIL CORP<br>5959 LAS COLINAS BOULEVARD<br>IRVING, TX 75039 | EXXON MOBIL CORP<br>JAMES P. HENNESSY EM GLOBAL EXECUTIVE<br>3225 GALLOWS ROAD<br>FAIRFAX, VA 22037 |
| FACTORY MOTOR PARTS COMPANY<br>1380 CORPORATE CENTER CURVE<br>EAGAN, MN 55121 | FARELLA BRAUN & MARTEL LLP<br>ATT: NEIL A. GOTEINER, ESQ.<br>ATTY FOR GENERAL MOTORS RETIREES ASSOCIATION<br>235 MONTGOMERY STREET, 17TH FLOOR<br>SAN FRANCISCO, CA 94104 |
| FLEX-N-GATE CORP<br>ATTN: MR SHAHID KHAN, CEO<br>1306 EAST UNIVERSITY<br>URBANA, IL 61802 | FMR CORP<br>ROBERT J CHERSI CFO<br>82 DEVONSHIRE ST<br>BOSTON, MA 02109 |
| FREEBORN & PETERS LLP<br>ATT: AARON L. HAMMER & THOMAS R. FAWKES<br>ATTY FOR PGW, LLC<br>311 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | GENERAL PHYSICS CORP<br>1500 W BIG BEAVER RD<br>TROY, MI 48084 |
| GENERAL PHYSICS CORP<br>ATTN: MS SHARON ESPOSITO<br>6095 MARSHALEE DR<br>SUITE 300<br>ELKRIDGE, MD 21075 | GIBBONS P.C.<br>ATT: DAVID N. CRAPO, ESQ.<br>ATTY FOR J.D. POWER AND ASSOCIATES<br>ONE GATEWAY CENTER<br>NEWARK, NJ 07102 |
| GIBSON, DUNN & CRUTCHER LLP<br>ATT: DAVID M. FELDMAN, ESQ.<br>ATTY FOR WILMINGTON TRUST COMPANY<br>200 PARK AVENUE<br>NEW YORK, NY 10166 | GIBSON, DUNN & CRUTCHER LLP<br>ATT: MATTHEW J. WILLIAMS, ESQ.<br>ATTY FOR WILMINGTON TRUST COMPANY<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |
| GOLENBOCK EISMAN ASSOR BELL & PESKOE LLP<br>ATT: JONATHAN L. FLAXER, DOUGLAS L. FURTH, ANTHONY M. VASSALLO<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 | GOODYEAR TIRE & RUBBER CO<br>ROBERT KEEGAN CHAIRMAN, CEO & PRES<br>1144 E MARKET ST<br>AKRON, OH 44316 |
| GORLICK, KRAVITZ & LISTHAUS, P.C.<br>ATT: BARBARA S. MEHLSACK, ESQ.<br>ATTY FOR INTERNAT'L UNION OF OPERATING ENGINEERS<br>17 STATE STREET, 4TH FLOOR<br>NEW YORK, NY 10004 | GOULSTON & STORRS, P.C.<br>ATT: DOUGLAS B. ROSNER, ESQ.<br>ATTY FOR 767 FIFTH PARTNERS LLC AND BP/CGCENTER I LLC<br>400 ATLANTIC AVENUE<br>BOSTON, MA 02110 |

GOULSTON & STORRS, P.C.
ATT: GREGORY O. KADEN, ESQ.
ATTY FOR 767 FIFTH PARTNERS AND BP/CGCENTER I LLC
400 ATLANTIC AVENUE
BOSTON, MA 02110

HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
39001 WEST 12 MILE ROAD
FARMINGTON HILLS, MI 48331

HARTER SECREAT & EMERY LLP
ATT: RAYMOND L. FINK, ESQ.
ATTY FOR TEAM CHEVROLET, INC.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY 14202

HARTER SECREST & EMERY LLP
ATT: KENNETH W. AFRICANO & RAYMOND L. FUNK
ATTY FOR PADDOCK CHEVROLET, INC.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY 14202

HARTER SECREST & EMERY LLP
ATT: JOHN WEIDER & INGRIDE PALERMO
ATTY FOR PADDOCK CHEVROLET, INC.
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14606

HARTER SECREST & EMERY LLP
ATT: JON AHO, WILLIAM KREIENBERG, JOHN WEIDER, INGRID PALERMO
ATTY FOR THE VALLEY CADILLAC CORPORATION
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604

HARTER SECREST & EMERY LLP
ATT: RAYMOND L. FINK, ESQ.
ATTY FOR THE VALLEY CADILLAC CORPORATION
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY 14202

HARTER SECREST & EMERY LLP
ATT:JON AHO, WILLIAM KREIENBERG, JOHN WEIDER, INGRID PALERMO
ATTY FOR JIM BARNARD CHEVROLET, INC.
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604

HAYNES AND BOONE LLP
ATT: JONATHAN HOOK, ESQ.
ATTY FOR AIRGAS, INC.
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

HAYNES AND BOONE LLP
ATT: PATRICK L. HUGHES & PETER C. RUGGERO
ATTY FOR AIRGAS, INC.
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77010

HERRICK, FEINSTEIN LLP
ATT: STEPHEN B. SELBST & PAUL RUBIN
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
2 PARK AVENUE
NEW YORK, NY 10016

HERTZ CORPORATION
14501 HERTZ QUAIL SPRINGS PARKWAY
OKLAHOMA CITY, OK 73134

HERTZ CORPORATION
ATTN: MS. ELYSE DOUGLAS CFO
225 BRAE BOULEVARD PARK
RIDGE, NJ 07656

HESS CORPORATION
ATT: ELIZABETH ANNE CARINI CURRENTI, ESQ.
1 HESS PLAZA
WOODBRIDGE, NJ 07095

HEWLETT PACKARD CO
3000 HANOVER ST
PALO ALTO, CA 94304

HEWLETT PACKARD CO
MIKE NEFKENS, VP
500 RENAISSANCE CENTER
MC:20A
DETROIT, MI 48243

HEWLETT -PACKARD DEVELOPMENT COMPANY, L.P.
MIKE NEFKENS, VICE PRESIDENT
500 RENAISSANCE CENTER, MC:20A
DETROIT, MI 48243

HINCKLEY, ALLEN & SNYDER LLP
ATT: THOMAS CURRAN, PAUL O'DONNELL & JENNIFER DORAN
ATTY FOR DAVE DELANEY'S COLUMBIA BUICK PONTIAC GMAC CO
28 STATE STREET
BOSTON, MA 02109

HITACHI LTD
955 WARWICK ROAD
PO BOX 510
HARRODSBURG, KY 40330

HITACHI LTD
ATTN MR. YASUHIKO HONDA CEO
AKIHABARA DAIBIRU BUILDING
18-13, SOTO-KANDA, 1-CHROME
CHIYODA-KU, TOKYO, JAPAN 101-8608

| | |
|---|---|
| HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>ATT: ROBERT B. WEISS, ESQ.<br>ATTY FOR GENERAL MOTORS CORPORATION<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVENUE<br>DETROIT, MI 48226 | HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>ATT: TRICIA A. SHERICK, ESQ.<br>ATTY FOR GENERAL MOTORS CORPORATION<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVENUE<br>DETROIT, MI 48226 |
| HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>ATT: JOSEPH R. SGROI, ESQ.<br>ATTY FOR GENERAL MOTORS CORPORATION<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVENUE<br>DETROIT, MI 48226 | HSS/SAGINAW<br>MR. ERIC LARSON, COO<br>5446 DIXIE HIGHWAY<br>SAGINAW, MI 48601 |
| HUNTER & SCHANK CO., LPA<br>ATT: JOHN J. HUNTER, JR., ESQ.<br>ATTY FOR ZF FRIEDRICHSHAFEN AG<br>ONE CANTON SQUARE<br>1700 CANTON AVENUE<br>TOLEDO, OH 43604 | INDUSTRY CANADA, LEGAL SERVICES<br>ATT: ANNE BOUDREAU<br>235 QUEEN STREET<br>OTTAWA, ON K1A OH5<br>CANADA |
| INTERNAL REVENUE SERVICE<br>ATTN: INSOLVENCY SECTION<br>290 BROADWAY<br>NEW YORK, NY 10007 | INTERNAL REVENUE SERVICE<br>ATTN: INSOLVENCY SECTION<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 |
| INTERNATIONAL AUTOMOTIVE COMPONENTS<br>JAMES KAMSICKAS, PRESIDENT AND CEO<br>5300 AUTO CLUB DRIVE<br>DEARBORN, MI 48126 | INTERNATIONAL UNION OF ELECTRIC, SALARY, MACHINE AND FURNITURE WORKERS<br>3461 OFFICE PARK DR<br>KETTERING, OH 45439 |
| INTERNATIONAL UNION OF ELECTRIC, SALARY, MACHINE AND FURNITURE WORKERS<br>JIM CLARK/ PETER MITCHELL<br>2701 DRYDEN ROAD<br>DAYTON, OH 45439 | INTERNATIONAL UNION OF OPERATING ENGINEERS<br>ATT: RICHARD GRIFFIN, GENERAL COUNSEL<br>1125 SEVENTEENTH STREET, NW<br>WASHINGTON, DC 20036 |
| INTERNATIONAL UNION, UAW<br>ATT: DANIEL W. SHERRICK & NIRAJ R. GANATRA - LEGAL DEPT<br>8000 EAST JEFFERSON AVENUE<br>DETROIT, MI 48124 | INTERNATIONAL UNION, UAW<br>ATT: DANIEL SHERRICK & NIRAJ GANATRA, LEGAL DEPT.<br>ATTY FOR INTERNATIONAL UNION, UAW<br>8000 EAST JEFFERSON AVENUE<br>DETROIT, MI 48214 |
| INTERPUBLIC GROUP OF COMPANIES INC<br>MR. MICHAEL ROTH, CEO<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | JIM BARNARD CHEVROLET, INC.<br>ATT: ALLYN BARNARD, PRESIDENT<br>7107 BUFFALO ROAD<br>CHURCHVILLE, NY 14428 |
| JOHNSON, HEARN, VINEGAR, GEE & GLASS, PLLC<br>ATT: JEAN WINBORNE BOYLES, ESQ.<br>ATTY FOR D 7 J AUTOMOTIVE, LLC<br>P.O. BOX 1776<br>RALEIGH, NC 27602 | JONES LANG LASALLE INC<br>ATTN: MR COLIN DRYER<br>200 EAST RANDOLPH DRIVE<br>CHICAGO, IL 60601 |
| JTEKT AUTOMOTIVE<br>MOTOHIKO YOKOYAMA, CEO<br>15TH FLOOR MIDLAND SQUARE, 4-7-1 MEIEKI<br>NAGOYA HEAD OFFICE<br>NAKAMURA-KU, NAGOYA, JAPAN, 450-8515 | K&L GATES LLP<br>ATT: JEFFREY N. RICH & ERIC T. MOSER, ESQ.<br>ATTY FOR PPG INDUSTRIES, INC.<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 |

| | |
|---|---|
| KAYE SCHOLER LLP<br>ATT: RICHARD G. SMOLEV & LAUREN ATTARD<br>ATTY FOR PHILLIP MORRIS CAPITAL CORP<br>425 PARK AVENUE<br>NEW YORK, NY 10022 | KELLEY & FERRARO, LLP<br>ATT: THOMAS M. WILSON, ESQ.<br>ATTY FOR ASBESTOS CLAIMANTS<br>2200 KEY TOWER<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114 |
| KELLEY DRYE & WARREN, LLP<br>ATT: JAMES S. CARR & JORDAN A. BERGMAN<br>ATTY FOR BP CANADA ENERGY MARKETING AND BP ENERGY CO<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | KEM KREST<br>AMISH SHAH. CEO<br>1919 SUPERIOR ST.<br>ELKHART, IN 46515 |
| KENNEDY JENNIK & MURRAY P.C.<br>ATT: THOMAS M. KENNEDY & SUSAN M. JENNIK, ESQ.<br>ATTY FOR IUE-CWA<br>113 UNIVERSITY PLACE, 7TH FLOOR<br>NEW YORK, NY 10003 | KENNEDY, JENNIK & MURRAY P.C.<br>ATTN: THOMAS M KENNEDY, ESQ.<br>113 UNIVERSITY PLACE<br>NEW YORK, NY 10003 |
| KENNEDY, JENNIK & MURRAY P.C.<br>ATTN: SUSAN JENNICK, ESQ.<br>113 UNIVERSITY PLACE<br>NEW YORK, NY 10003 | KENNEDY, JENNIK & MURRAY P.C.<br>ATTN: LARRY MAGARIK, ESQ.<br>113 UNIVERSITY PLACE<br>NEW YORK, NY 10003 |
| KILPATRICK & ASSOCIATES, P.C.<br>ATT: RICHARDO I. KILPATRICK & LEONORA K. BAUGHMAN<br>ATTY FOR OAKLAND COUNTY TREASURER<br>903 N. OPDYKE ROAD, SUITE C<br>AUBURN HILLS, MI 48326 | KILPATRICK & ASSOCIATES, P.C.<br>ATT: RICHARDO I. KILPATRICK & LEONORA K. BAUGHMAN<br>ATTY FOR HOEGH AUTOLINERS, AS<br>615 GRISWOLD, SUITE 1004<br>DETROIT, MI 48226 |
| KNAPP CHEVROLET<br>815 HOUSTON AVENUE<br>HOUSTON, TX 77007 | LAW OFFICES OF GABRIEL DEL VIRGINIA<br>ATT: GABRIEL DEL VIRGINIA, ESQ.<br>ATTY FOR HESS CORPORATION<br>641 LEXINGTON AVENUE, 21ST FLOOR<br>NEW YORK, NY 10022 |
| LAW OFFICES OF ROBERT E. LUNA, P.C.<br>ATT: ANDREA SHEEHAN, ESQ.<br>ATTY FOR CARROLLTON FARMERS BRANCH ISD & LEWISVILLE ISD<br>4411 N. CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | LEAR CORP<br>MR. ROBERT ROSSITER<br>21557 TELEGRAPH ROAD<br>SOUTHFIELD, MI 48033 |
| LEVY RATNER P.C.<br>ATT: SUZANNE HEPNER, RYAN J. BARBUR & ROBERT H. STROUP<br>ATTY FOR UNITED STEELWORKERS<br>80 EIGHTH AVENUE, 8TH FLOOR<br>NEW YORK, NY 10011 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATT: ELIZABETH WELLER, ESQ.<br>ATTY FOR TARRANT COUNTY & DALLAS COUNTY<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 |
| MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.<br>ATT: MICHAEL S. LIEB, ESQ.<br>ATTY FOR TENIBAC-GRAPHION, INC.<br>28400 NORTHWESTERN HWY., 3RD FLOOR<br>SOUTHFIELD, MI 48034 | MAGNA INTERNATIONAL INC<br>ATTN: MR. DON WALKER, CEO<br>337 MAGNA DRIVE<br>AURORA, ON L4G 7K1 CANADA |
| MANDO CORP.<br>4201 NORTHPARK DR<br>OPELIKA, AL 36801 | MANDO CORP.<br>ATTN: ZUNG SU BYUN, CEO<br>343-1, MANHO-RE, POSEUNGMYON<br>PYONGTACK KYONGGI, SOUTH KOREA |

| | |
|---|---|
| MANUFACTURERS EQUIPMENT & SUPPLY CO<br>GREG M GRUIZENGA, PRESIDENT<br>2401 LAPEER RD<br>FLINT, MI 48503 | MARITZ INC<br>ATTN: MR.STEVE MARTIZ, CEO<br>1375 NORTH HIGHWAY DRIVE<br>FENTON, MO 63099 |
| MCCANN ERICKSON<br>ATTN: MR. GARY LEE, CFO<br>622 3RD AVENUE<br>NEW YORK, NY 10017 | MCCREARY VEDELKA BRAGG & ALLEN, P.C.<br>ATT: MICHAEL REED, ESQ.<br>ATTY FOR LOCAL TEXAS TAXING AUTHORITIES<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 |
| MCKENNA LONG & ALDRIDGE LLP<br>ATT: CHRISTOPHER F. GRAHAM, ESQ.<br>ATTY FOR INDUSTRY CANADA<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | MCKENNA LONG & ALDRIDGE LLP<br>ATT: JESSICA H. MAYES, ESQ.<br>ATTY FOR INDUSTRY CANADA<br>230 PARK AVENUE<br>NEW YORK, NY 10169 |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>ATT: HANAN B. KOLKO, ESQ.<br>ATTY FOR CLASS REPRESENTATIVES<br>1350 BROADWAY, SUITE 501<br>P.O. BOX 822<br>NEW YORK, NY 10018 | MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>ATT: EDWARD LOBELLO, ALAN MARDER. JIL MAZER-MARINO,<br>J. RANDO CRISTIANO<br>ATTY FOR CLASS REPRESENTATIVES<br>990 STEWART AVENUE, SUITE 300<br>GARDEN CITY, NY 11530 |
| MICHAEL S. HOLMES, P.C.<br>ATT: MICHAEL S. HOLMES, ESQ.<br>ATTY FOR OAKS L-M, INC.<br>8100 WASHINGTON AVENUE, SUITE 120<br>HOUSTON, TX 77007 | MIKE BARNARD CHEVROLET CADILLAC BUICK PONTIAC GMC, INC.<br>ATT: MICHAEL E. BARNARD, PRESIDENT<br>616 THAYER ROAD<br>FAIRPORT, NY 14450 |
| MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, P.C.<br>ATT: PAUL J. RICOTTA, ESQ.<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111 | MISSOURI DEPARTMENT OF REVENUE<br>ATT: STEVEN A. GINTHER, ESQ.<br>ATTY FOR MISSOURI DEPARTMENT OF REVENUE,<br>BANKRUPTCY UNIT<br>P.O. BOX 475<br>JEFFERSON CITY, MO 65105 |
| MOORE & VAN ALLEN PLLC<br>ATT: CYNTHIA JORDAN LOWERY, ESQ.<br>ATTY FOR HAGEMEYER N.A.<br>40 CALHOUN STREET, SUITE 300<br>POST OFFICE BOX 22828<br>CHARLESTON, SC 29413 | MORGAN, LEWIS & BOCKIUS LLP<br>ATTN:  RICHARD S. TODER, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178 |
| MORGAN, LEWIS & BOCKIUS LLP<br>ATTN:  ANDREW D GOTTFRIED, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | MORRISON COHEN LLP<br>ATT: JOSEPH T. MOLDOVAN & MICHAEL R. DAL LAGO<br>ATTY FOR BLUE CROSS BLUE SHIELD OF MICHIGAN<br>909 THIRD AVENUE<br>NEW YORK, NY 10022 |
| MOTLEY RICE LLC<br>ATT: JEANETTE M. GILBERT, JOSEPH F. RICE, JOHN A. BADEN<br>ATTY FOR ASBESTOS TORT CLAIMANTS<br>28 BRIDGESIDE BLVD.<br>MT. PLEASANT, SC 29464 | MUNSCH HARDT KOPF & HARR, P.C.<br>ATT: RAYMOND J. URBANIK, ESQ.<br>ATTY FOR COMPUTER SCIENCES CORPORATION<br>3800 LINCOLN PLAZA<br>500 N. AKARD STREET<br>DALLAS, TX 75201 |
| NEW YORK CITY DEPT. OF FINANCE<br>ATTN: LEGAL AFFAIRS - DEVORA COHN<br>345 ADAMS ST- 3RD FLOOR<br>BROOKLYN, NY 11201 | NEW YORK STATE DEPT TAXATION & FINANCE<br>ATTN: BANKRUPTCY/SPECIAL PROC. SECT.<br>PO BOX 5300<br>ALBANY, NY 12205 |

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
120 BROADWAY
NEW YORK, NY 10271

OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY 10004

OHIO ATTORNEY GENERAL
ATT: MICHELLE T. SUTTER, PRINCIPAL ASST. ATTORNEY GENERAL
ATTY FOR OHIO ENVIRONMENTAL PROTECTION AGENCY
ENVIRONMENTAL ENFORCEMENT SECTION
30 E. BROAD STREET, 25TH FLOOR

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: ROGER FRANKEL, ESQ
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: RICHARD H WYRON, ESQ.
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005

ORRICK HERRINGTON & SUTCLIFFE LLP
ATT: ROGER FRANKEL & RICHARD H. WYRON
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, DC 20005

ORRICK HERRINGTON & SUTCLIFFE LLP
ATT: LORRAINE MCGOWEN, ALYSSA ENGLUND, COURTNEY ROGERS
ATTY FOR UNOFFICIAL GM DEALERS COMMITTEE
666 FIFTH AVENUE
NEW YORK, NY 10103

OTTERBOURG STEINDLER HOUSTON & ROSEN PC
ATTN: DANIEL WALLEN, ESQ, JONATHAN N. HELFAT, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATT: DANIEL WALLEN, MELANIE CYGANOWSKI, JONATHAN HELFAT, STEVEN SOL
ATTY FOR GMAC
230 PARK AVENUE
NEW YORK, NY 10169

PADDOCK CHEVROLET, INC.
ATT: DUANE PADDOCK, PRESIDENT
3232 DELAWARE AVENUE
KENMORE, NY 14217

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATT: ALAN W. KORNBERG, REBECCA ZUBATY & IAN POHL, ESQ.
ATTY FOR DANA HOLDING COMPANY
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATT: ALAN W. KORNBERG & JONATHAN T. KOEVARY, ESQ.
ATTY FOR ENTERPRISE RENT-A-CAR COMPANY
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATT: HARVEY A. STRICKON, ESQ.
ATTY FOR ROLLS-ROYCE
75 EAST 55TH STREET
NEW YORK, NY 10022

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATT: ANDREW ROSENBERG, BRIAN HERMANN, MARGARET PHILLIPS, M. SCHECK
ATTY FOR INFORMAL GROUP OF HOLDERS OF GM UNSECURED NOTES
1285 AVENUE OF THE AMERICAS

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005

PENSKE LOGISTICS
MR. TERRY MILLER, CEO
PO BOX 563
READING, PA 19603

PEPPER HAMILTON LLP
ATT: DENNIS S. KAYE & DEBORAH KOVSKY-APAP
ATTY FOR VALEO SYLVANIA LLC
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243

PEPPER HAMILTON LLP
ATT: DENNIS S. KAYES & DEBORAH KOVSKY-APAP
ATTY FOR URBAN SCIENCE APPLICATIONS, INC.
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243

PEPPER HAMILTON LLP
ATT: DENNIS S. KAYES & DEBORAH KOVSKY-APAP, ESQ.
ATTY FOR PILKINGTON NORTH AMERICA, INC.
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243

PEPPER HAMILTON LLP
ATT: HENRY J. JAFFE & JAMES C. CARIGNAN
HERECULES PLAZA, SUITE 5100
1313 MARKET STREET
P.O. BOX 1709
WILMINGTON, DE 19899

PEPPER-HAMILTON LLP
ATT: DENNIS S. KAYES & DEBORAH KOVSKY-APAP
ATTY FOR OSRAM SYLVANIA PRODUCTS, INC.
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243

PERDUE BRANDON FIELDER COLLINS & MOTT, L.L.P.
ATT: ELIZABETH BANDA, ESQ.
ATTY FOR ARLINGTON ISD
P.O. BOX 13430
ARLINGTON, TX 76094

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATT: RICHARD EPLING, KAREN B. DINE & ERICA E. CARRIG
ATTY FOR PSEG RESOURCES LLP
1540 BROADWAY
NEW YORK, NY 10036

PLUNKETT COONEY
ATT: DAVID A. LERNER, ESQ.
ATTY FOR G-TECH PROFESSIONAL STAFFING, INC.
38505 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

PORZIO BROMBERG & NEWMAN P.C.
ATT: JOHN MAIRO, ROBERT SCHECHTER
ATTY FOR RAUFOSS AUTOMOTIVE COMPONENTS CANADA
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962

POTTER ANDERSON & CORROON LLP
ATT: DAVID BALDWIN, THERESA BROWN-EDWARDS, R. STEPHEN MCNEILL
HERCULES PLAZA, 6TH FLOOR
1313 NORTH MARKET STREET
P.O. BOX 951

PPG INDUSTRIES INC.
MR. CHARLES E. BUNCH, CEO
ONE PPG PLACE
PITTSBURGH, PA 15272

PROSKAUER ROSE LLP
ATT: SCOTT K. RUTSKY & ADAM T. BERKOWITZ
ATTY FOR STATE STREET BANK VAND TRUST CO
1585 BROADWAY
NEW YORK, NY 10036

PUBLICIS GROUPE SA
MR. MAURICE LEVY CEO
133 AVENUE DES CHAMPS ELYSEES
PARIS 75008 FRANCE

RANDSTAD
MS.LINDA GALIPEAU, PRESIDENT - NORTH AMERICA
2015 SOUTH PARK PLACE
ATLANTA, GA 30339

REED SMITH LLP
ATT: KURT F. GWYNNE, ESQ.
ATTY FOR UNITED STATES STEEL CORPORATION
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

REID AND REIGE, P.C.
ATT: CAROL A. FELICETTA, ESQ.
ATTY FOR BARNES GROUP INC.
195 CHURCH STREET
NEW HAVEN, CT 06510

RENCO GROUP INC, THE
1 ROCKEFELLER PLAZA, 29TH FLOOR
NEW YORK, NY 10020

RENCO GROUP INC, THE
MR. LON OFFENBACHER, PRESIDENT & CEO
1401 CROOKS ROAD
TROY, MI 48084

RICHARD W. MARTINEZ, APLC
ATT: RICHARD W. MARTINEZ, ESQ.
ATTY FOR W A THOMAS CO. AND SPECIALTY ENGINE COMPONENTS
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS, LA 70130

RIDDELL WILLIAMS P.S.
ATT: JOSEPH E. SHICKICH, ESQ.
ATTY FOR MICROSOFT CORP AND MICROSOFT LICENSING
1001 - 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154

ROBERT BOSCH
38000 HILLS TECH DRIVE
FARMINGTON HILLS, MI 48331

ROBERT BOSCH
ATTN: MR. FRANZ FEHRENBACH
ROBERT-BOSCH-PLATZ 1
70839 CERLINGEN-SCHILLERHOEHE, GER

ROBERT T. SMITH, ESQ.
ATTY FOR CNI ENTERPRISES, INC
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS, MI 48071

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
ATT: RUSSELL P. MCRORY, ESQ.
ATTY FOR SATURN OF HEMPSTEAD, INC.
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

SATTERLEE STEPHENS BURKE & BURKE LLP
ATT: CHRISTOPHER BELMONTE & PAMELA BOSSWICK
ATTY FOR MOODY'S INVESTORS SERVICE
230 PARK AVENUE
NEW YORK, NY 10169

SATURN OF ROCHESTER, INC.
ATT: DAVID P. STOETZEL
770 PANORAMA TRAIL SOUTH
P.O. BOX 25427
ROCHESTER, NY 14625

SAUL EWING LLP
ATT: JEFFREY C. HAMPTON, ESQ.
ATTY FOR JAC PRODUCTS, INC.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102

SAUL EWING LLP
ATT: ADAM H. ISENBERG, ESQ.
ATTY FOR JAC PRODUCTS, INC.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102

SCAFER AND WEINER, PLLC
ATT: RYAN D. HEILMAN, ESQ.
ATTY FOR HIROTEC AMERICA
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS, MI 48304

SCHNADER HARRISON SEGAL & LEWIS LLP
ATT: BENJAMIN P. DEUTSCH, ESQ.
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
140 BROADWAY, SUITE 3100
NEW YORK, NY 10005

SCHNADER HARRISON SEGAL & LEWIS LLP
ATT: BARRY E. BRESSLER, ESQ.
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
1600 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103

SCHULTE ROTH & ZABEL LLP
ATT: DAVID J. KARP, ESQ.
ATTY FOR PARNASSUS HOLDINGS; PLATINUM EQUITY CAPITAL PARTNERS
919 THIRD AVENUE
NEW YORK, NY 10022

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY 10281

SECURITIES AND EXCHANGE COMMISSION
ATTN: ANDREW N. VOLLMER, ACTING GEN. COUNSEL
100 F STREET, ND
WASHINGTON, DC 20549

SEVERSTAL O A O
MR. GREGORY MASON CEO
4661 ROTUNDA DRIVE
PO BOX 1699
DEARBORN, MI 48120

SEYBURN, KAHN, GINN, BESS & SERLIM, P.C.
ATT: LESLIE STEIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075

SEYBURN, KAHN, GINN, BESS & SERLIN P.C.
ATT: DAVID T. LIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
ATT: BRIAN L. SHAW, ESQ.
ATTY FOR ATC DRIVETRAIN, INC
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654

SHEPPARD MULLIN RICHTER & HAMPTON, LLP
ATT: CARREN SHULMAN, SETH KIM, ROGER ZAITZEFF, BLANKA WOLFE
ATTY FOR HANKOOK TIRE CO AND HANKOOK TIRE AMERICA CORP
30 ROCKEFELLER PLAZA, 24TH FLOOR

SHIVELY BROTHERS
SCOTT SHIVELY, CEO
2919 S.GRAND TRAVERSE ST
FLINT, MI 48507

SILVERMANACAMPORA LLP
ATT: ADAM L. ROSEN, ESQ.
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753

SIMPSON THACHER & BARTLETT LLP
ATT: PETER V. PANTALEO & DAVID J. MACK, ESQ.
ATTY FOR CITICORP USA, INC.
425 LEXINGTON AVENUE
NEW YORK, NY 10017

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017

| | |
|---|---|
| SIMPSON THACHER & BARTLETT LLP<br>ATTN: DAVID J. MACK, ESQ.<br>425 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | SINGER & LEVICK P.C.<br>ATT: LARRY A. LEVICK, ESQ.<br>ATTY FOR AFFILIATED COMPUTER SERVICES, INC.<br>16200 ADDISON ROAD, SUITE 140<br>ADDISON, TX 75001 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>ATT: JOHN WM. BUTLER, JR., ESQ.<br>ATTY FOR DELPHI CORPORATION<br>333 WEST WACKER DRIVE, SUITE 2100<br>CHICAGO, IL 60606 | SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>AT: KAYALYN A. MARAFIOTI & GREGORY W. FOX, ESQ.<br>ATTY FOR DELPHI CORPORATION<br>FOUR TIMES SQUARE<br>NEW YORK, NY 10036 |
| SOUTHERN DISTRICT OF NEW YORK<br>ATT: DAVID S. JONES, JEFFREY S. OESTERICHER, JOSEPH N. CORDARO<br>ASSISTANT UNITED STATES ATTORNEYS<br>86 CHAMBERS STREET, 3RD FLOOR<br>NEW YORK, NY 10007 | STAHL COWEN CROWLEY ADDIS LLC<br>ATT: TRENT P. CORNELL, ESQ.<br>ATTY FOR GM NAT'L RETIREE ASS., OVER THE HILL CAR PEOPLE<br>55 WEST MONROE STREET, SUITE 1200<br>CHICAGO, IL 60603 |
| STARCOM MEDIAVEST GROUP INC<br>LAURA DESMOND, CEO<br>35 W. WACKER DRIVE<br>CHICAGO, IL 60601 | STEMBER FEINSTEIN DOYLE & PAYNE, LLC<br>ATT: WILLIAM PAYNE, J. STEMBER, E. DOYLE, S. PINCUS, P. EWING, J. HURT<br>ATTY FOR CLASS REPRESENTATIVES<br>429 FORBES AVENUE<br>ALLEGHENY BUILDING, 17TH FLOOR |
| STEMBER FEINSTEIN DOYLE AND PAYNE LLC<br>JOHN STEMBER, ESQ.<br>429 FORBES AVENUE<br>ALLEGHENY BUILDING , 17TH FL<br>PITTSBURGH, PA 15219 | STEMBER FEINSTEIN DOYLE AND PAYNE LLC<br>EDWARD J FEINSTEIN, ESQ.<br>429 FORBES AVENUE<br>ALLEGHENY BUILDING , 17TH FL<br>PITTSBURGH, PA 15219 |
| STEMBER FEINSTEIN DOYLE AND PAYNE LLC<br>ELLEN M DOYLE, ESQ.<br>429 FORBES AVENUE<br>ALLEGHENY BUILDING , 17TH FL<br>PITTSBURGH, PA 15219 | STITES & HARBISON PLLC<br>ATT: ROBERT C. GOODRICH & MADISON L. MARTIN<br>ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC<br>424 CHURCH STREET, SUITE 1800<br>NASHVILLE, TN 37219 |
| STITES & HARBISON, PLLC<br>ATT: BRIAN H. MELDRUM, ESQ.<br>ATTY FOR AKEBONO CORP.<br>400 W. MARKET STREET, SUITE 1600<br>LOUISVILLE, KY 40202 | STUTZMAN, BROMBERG, ESSERMAN & PLIFKA P.C.<br>ATT: SANDER ESSERMAN, PETER D'APICE, JO HARTWICK, JACOB NEWTON<br>ATTY FOR AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS<br>2323 BRYAN STREET, SUITE 220 |
| SUN CAPITAL PARTNERS INC.<br>ATTN: MR KEVIN CALHOUN CFO<br>5200 TOWN CENTER CIRCLE<br>SUITE 600<br>BOCA RATON, FL 33486 | TEAM CHEVROLET, INC.<br>ATT: THOMAS STEIGERWALD, VICE PRESIDENT<br>ROUT 16<br>OLEAN, NY 14760 |
| TENNECO INC<br>GREGG SHERRILL, CHAIRMAN & CEO<br>500 NORTH FIELD DRIVE<br>LAKE FOREST, IL 60045 | TENNESSEE ATORNEY GENERAL'S OFFICE<br>ATT: ROBERT COOPER & MARVIN CLEMENTS<br>ATTY FOR TENNESSEE DEPARTMENT OF REVENUE<br>PO BOX 20207<br>NASHVILLE, TN 37202 |
| THE GARDEN CITY GROUP INC<br>ATTN: KEN FREDA<br>105 MAXESS ROAD<br>MELVILLE, NY 11747 | THE VALLEY CADILLAC CORPORATION<br>ATT: EDWARD T. MEAGHAR, JR., PRESIDENT<br>3100 WINTON ROAD SOUTH<br>ROCHESTER, NY 14623 |

| | |
|---|---|
| TIPOTEX CHEVROLET, INC.<br>1600 N. EXPRESSWAY 77/83<br>BROWNSVILLE, TX 78521 | TOYOTA BOSHOKU AMERICA, INC.<br>28000 WEST PARK DRIVE<br>NOVI, MI 48377 |
| TRENK DIPASQUALE WEBSTER DELLA FERA & SODONA, P.C.<br>ATT: SAM DELLA FERA, JR., ESQ.<br>ATTY FOR SIKA CORPORATION<br>347 MT. PLEASANT AVENUE, SUITE 300<br>WEST ORANGE, NJ 07052 | TROUTMAN SANDERS LLP<br>ATT: BRETT D. GOODMAN, ESQ.<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE<br>NEW YORK, NY 10174 |
| TROUTMAN SANDERS LLP<br>ATT: JEFFREY W. KELLEY, ESQ.<br>600 PEACHTREE STREET<br>NE SUITE 5200<br>ATLANTA, GA 30308 | TRW AUTOMOTIVE HOLDINGS CORP<br>12025 TECH CENTER DR<br>LIVONIA, MI 48150 |
| TRW AUTOMOTIVE HOLDINGS CORP<br>ATTN: MR. JOHN PLANT PRESIDENT & CEO<br>12001 TECH CENTER DR<br>LIVONIA, MI 48150 | U.S. TREASURY<br>ATTN: MATTHEW FELDMAN, ESQ.<br>1500 PENNSYLVANIA AVENUE NW<br>ROOM 2312<br>WASHINGTON, DC 20220 |
| UNION PACIFIC CORP<br>ROBERT M KNIGHT, JR. CFO<br>1400 DOUGLAS STREET<br>OMAHA, NE 68179 | UNITED AUTO WORKERS<br>ATTN: MR RON GETTLEFINGER<br>8000 EAST JEFFERSON<br>DETROIT, MI 48214 |
| UNITED STATES ATTORNEYS OFFICE<br>ATTN: LEV DASSIN, USA<br>ONE ST. ANDREWS PLAZA<br>NEW YORK, NY 10007 | UNITED STATES ATTORNEY'S OFFICE<br>ATTN: CLAIMS UNIT - ROOM 417<br>ONE ST. ANDREWS PLAZA<br>NEW YORK, NY 10007 |
| UNITED STATES DEPT. OF JUSTICE<br>ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530 | UNITED STATES DEPT. OF JUSTICE<br>ATTN: ANTI-TRUST DIVISION<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530 |
| UNITED STEELWORKERS<br>ATT: DAVID R. JURY, ESQ.<br>FIVE GATEWAY CENTER, SUITE 807<br>PITTSBURGH, PA 15222 | VALEO<br>MR. JACQUES ASCHENBROICH, CEO<br>43 RUE BAYEN<br>PARIS, FRANCE 75848 |
| VEDDER PRICE<br>MICHAEL EDELMAN, ESQ.<br>1633 BROADWAY<br>47TH FLOOR<br>NEW YORK, NY 10019 | VEDDER PRICE<br>MICHAEL SCHEIN, ESQ.<br>1633 BROADWAY<br>47TH FLOOR<br>NEW YORK, NY 10019 |
| VEDDER PRICE P.C.<br>ATT: MICHAEL EDELMAN, MICHAEL SCHEIN, ERIN ZAVALKOFF-BABEJ<br>ATTY FOR EXPORT DEVELOPMENT CANADA<br>1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY 10019 | VISTEON CORP<br>DONALD J STEBBINS, PRESIDENT AND CEO<br>ONE VILLAGE CENTER DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 |

| | |
|---|---|
| VOITH AG<br>2200 N. ROEMER RD<br>APPLETON, WI 54911 | VOITH AG<br>DR. HUBERT LIENHARD, PRESIDENT & CEO<br>ST. POLTENER STRASSE 43,<br>HEIDENHEIM, D-89522, GERMANY |
| VOITH AG<br>HARRY NEIMAN, CEO<br>9395 KENWOOD RD SUITE 200<br>CINCINNATI, OH 45242 | VORYS, SATER, SEYMOUR AND PEASE LLP<br>ATT: TIFFANY STRELOW COBB, ESQ.<br>ATTY FOR WORTHINGTON<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 |
| WARBURG E M PINCUS & CO INC<br>ATTN: JOSEPH P LANDY<br>466 LEXINGTON AVE<br>NEW YORK, NY 10017 | WARNER NORCROSS & JUDD LLP<br>ATT: GORDON TOERING, ESQ.<br>900 FIFTH THIRD CENTER<br>111 LYONS STREET NW<br>GRAND RAPIDS, MI 49508 |
| WARNER NORCROSS & JUDD LLP<br>ATT: MICHAEL G. CRUSE, ESQ.<br>ATTY FOR BORGWARNER, INC.<br>2000 TOWN CENTER, SUITE 2700<br>SOUTHFIELD, MI 48075 | WARREN, DRUGAN & BARROWS, P.C.<br>ATT: ROBERT L. BARROW, ESQ.<br>ATTY FOR CHARLES CLARK CHEVY, TIPOTEX CHEVY, KNAPP CHEVY<br>800 BROADWAY<br>SAN ANTONIO, TX 78215 |
| WEIL, GOTSHAL & MANGES LLP<br>ATTN: STEPHEN KAROTKIN, ESQ.<br>767 FIFTH AVE<br>NEW YORK, NY 10153 | WEIL, GOTSHAL & MANGES LLP<br>ATTN: JOSEPH H. SMOLINSKY, ESQ.<br>767 FIFTH AVE<br>NEW YORK, NY 10153 |
| WHITE AND WILLIAMS LLP<br>ATT: KAREL S. KARPE, ESQ.<br>ATTY FOR SIEMENS PRODUCT LIFECYCLE MANAGEMENT SYSTEMS, INC.<br>ONE PENN PLAZA, SUITE 410<br>NEW YORK, NY 10119 | WILDMAN, HARROLD, ALLEN & DIXON<br>ATT: MICHAEL DOCKTERMAN, JONATHAN YOUNG, RENE FRIEDMAN<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 |
| WILLIAM T. GREEN, III, P.C.<br>ATT: WILLIAM T. GREEN, ESQ.<br>ATTY FOR LAWRENCE MARSHALL CHEVROLET II, LLC<br>11 GREENWAY PLAZA, SUITE 2820<br>HOUSTON, TX 77046 | WILMER CUTLER PICKERING HALE AND DORR LLP<br>ATT: PHILP D. ANKER & MELANIE J. DRITZ<br>ATTY FOR PENSION BENEFIT GUARANTY CORPORATION<br>399 PARK AVENUE<br>NEW YORK, NY 10022 |
| WILMER CUTLER PICKERING HALE AND DORR LLP<br>ATT: DENNIS L. JENKINS, ESQ.<br>ATTY FOR PENSION BENEFIT GUARANTY CORPORATION<br>60 STATE STREET<br>BOSTON, MA 02109 | WILMINGTON TRUST<br>MR. GEOFFREY J LEWIS<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET ST<br>WILMINGTON, DE 19890 |
| YAZAKI CORP<br>ATTN: GEORGE PERRY, PRES AND CEO<br>6801 HAGGERTY ROAD, 48E<br>CANTON, MI 48187 | ZEICHNER ELLMAN & KRAUSE LLP<br>ATT: STUART A. KRAUSE & BRYAN D. LEINBACH<br>ATTY FOR TOYOTA TSUSHO CANADA & TOYOTA TSUSHO AMERICA<br>575 LEXINGTON AVENUE<br>NEW YORK, NY 10022 |