```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                          :
                                               :    Chapter 11 Case No.
GENERAL MOTORS CORP., et. al.                  :
                                               :    09-50026 (REG)
                                               :
            Debtors.                           :    (Jointly Administered)
                                               :
------------------------------------------------------------X
```

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON :
                                  ss:
COUNTY OF KING          :

Laurie M. Thornton, being duly sworn, deposes and states:

    1.    I am a Senior Bankruptcy Consultant with the Business Reorganization Department of The Garden City Group, Inc., the proposed claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. I work in the Seattle office of The Garden City Group and the business address of the Seattle office is 815 Western Avenue, Seattle, Washington, 98104.

    2.    On June 5, 2009, at the direction of Weil, Gotshal & Manges LLP ("Weil Gotshal"), proposed counsel for the Debtors, I caused true and correct copies of the following documents to be served by first class mail on the parties set forth on Exhibit A attached hereto (additional parties who filed Notices of Appearance):

- **Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, & Deadlines;**

- **Notice of Sale Hearing to Sell Substantially All of Debtors' Assets Pursuant to Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser;**

- **Order Pursuant to 11 U.S.C. §§ 105, 363, And 365 And Fed. R. Bankr. P. 2002, 6004, And 6006 (I) Approving Procedures For Sale of Debtors' Assets Pursuant to Master Sale and Purchase Agreement With Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline and Sale Hearing Date; (III) Establishing Assumption And Assignment Procedures; And (IV) Fixing Notice Procedures And Approving Form of Notice (Docket No. 274);**

- **Notice of Interim Order Establishing Notification Procedures And Approving Restrictions on Certain Transfers of Interests in the Debtors' Estates;** and

- **Interim Order Pursuant to Sections 105(a) And 362 Of The Bankruptcy Code (I) Establishing Notification Procedures And Approving Restrictions On Certain**

**Transfers of Interests In The Debtors' Estates, And (II) Scheduling A Final Hearing (Docket No. 286).**

3. I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

/s/  Laurie M. Thornton

# Exhibit A

BUSH SEYFERTH & PAIGE PLLC
ATTY FOR GUARDIAN PARTIES
ATTN: SCOTT A. WOLFSON, ESQ.
3001 W. BIG BEAVER ROAD, SUITE 600
TROY MI 48084

JOHNSTON BARTON PROCTOR & ROSE LLP
ATTY FOR SERRA CHEVROLET OF BIRMINGHAM, INC.
ATTN: MAX A. MOSELEY, ESQ.
569 BROOKWOOD VILLAGE
SUITE 901
BIRMINGHAM AL 35209

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: SUSAN M. COOK, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY MI 48708

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: ADAM D. BRUSKI, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY MI 48708

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR FMR CORP.
ATTN: HOWARD S. BELTZER & EMMELINE S. LIU
101 PARK AVENUE
NEW YORK NY 10178

PLUNKETT COONEY
ATTY FOR DENSO INTERNATIONAL AMERICA & DENSO SALES CALIFORNIA
ATTN: DOUGLAS C. BERNSTEIN & MICHAEL A. FLEMING
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS MI 48304

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
ATT ERIC A. SCHAFFER, ESQ.
435 SIXTH AVE.
PITTSBURGH PA 15219