UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                    :
                                                         :      Chapter 11 Case No.
GENERAL MOTORS CORP., *et. al.*                          :
                                                         :      09-50026 (REG)
                                                         :
            Debtors.                                     :      (Jointly Administered)
                                                         :
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  :
                                    ss:
COUNTY OF KING          :

Laurie M. Thornton, being duly sworn, deposes and states:

1.  I am a Senior Bankruptcy Consultant with the Business Reorganization Department of The Garden City Group, Inc., the proposed claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. I work in the Seattle office of The Garden City Group and the business address of the Seattle office is 815 Western Avenue, Seattle, Washington, 98104.

2.  On June 5, 2009, at the direction of Weil, Gotshal & Manges LLP, proposed counsel for the Debtors, I caused true and correct copies of the following documents to be served by first class mail on the parties set forth on Exhibit A attached hereto (additional identified lienholders):

- **Interim Order Under 11 U.S.C. §§ 105, 361, 362, 363 and Fed. R. Bankr. P. 2002, 4001 And 9014 (I) Authorizing Debtors to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Revolver Secured Parties and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) (Docket N. 180);**

- **Interim Order Under 11 U.S.C. §§ 105, 361, 362, 363 And Fed. R. Bankr. P. 2002, 4001 And 9014 (I) Granting Adequate Protection to Term Loan Secured Parties and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) (Docket No. 181);**

- **Interim Order Pursuant to Bankruptcy Code Sections 105(a), 361, 362, 363, 364 And 507 And Bankruptcy Rules 2002, 4001 And 6004 (A) Approving A DIP Credit Facility And Authorizing the Debtors to Obtain Post-Petition Financing Pursuant Thereto, (B) Granting Related Liens and Super-Priority Status, (C) Authorizing the Use of Cash Collateral, (D) Granting Adequate Protection to Certain Pre-Petition Secured Parties And (E) Scheduling a Final Hearing (Docket No. 292);**

- **Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, & Deadlines;**

- **Notice of Sale Hearing to Sell Substantially All of Debtors' Assets Pursuant to Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser;**

- **Order Pursuant to 11 U.S.C. §§ 105, 363, And 365 And Fed. R. Bankr. P. 2002, 6004, And 6006 (I) Approving Procedures For Sale of Debtors' Assets Pursuant to Master Sale and Purchase Agreement With Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline and Sale Hearing Date; (III) Establishing Assumption And Assignment Procedures; And (IV) Fixing Notice Procedures And Approving Form of Notice (Docket No. 274);**

- **Notice of Interim Order Establishing Notification Procedures And Approving Restrictions on Certain Transfers of Interests in the Debtors' Estates;** and

- **Interim Order Pursuant to Sections 105(a) And 362 Of The Bankruptcy Code (I) Establishing Notification Procedures And Approving Restrictions On Certain Transfers of Interests In The Debtors' Estates, And (II) Scheduling A Final Hearing (Docket No. 286).**

3. I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

/s/  Laurie M. Thornton

# Exhibit A

CITY OF OAKLAND, FINANCE AND MANAGEMENT AGENCY
CITYWIDE LIENS TAX COMPLIANCE SECTION
150 FRANK H. OGAWA PLAZA #5342
OAKLAND CA 94612

STATE OF CALIFORNIA, DIRECTOR OF THE EMPLOYMENT DEVELOPMENT CENTER
PO BOX 826880
SACRAMENTO CA 94280