STARK REAGAN
1111 W. Long Lake Rd.
Suite 202
Troy, Michigan  48098
Telephone: 248-641-9955
Facsimile: 248-641-9921
J. Christopher Caldwell (P36221)

Attorneys for Satterlund Supply Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **General Motors Corporation,** *et al.* | ) | **Case No. 09-B-50026 (REG)** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF PAPERS AND NOTICES

**PLEASE TAKE NOTICE THAT** pursuant to sections 342(a) and 1109(b) of the Bankruptcy Code, 11 U.S.C. §§ 101-1532, and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters an appearance in the above-captioned cases on behalf of Satterlund Supply Company ("Satterlund") and requests that all notices given or required to be given, and all papers served or required to be served, in these cases, be given to and served on:

> J. Christopher Caldwell, Esq.
> Stark Reagan
> 1111 W. Long Lake Rd., Suite 202
> Troy, MI  48098
> Telephone: 248-641-9955
> Facsimile: 248-641-9921
> E-mail:        ccaldwell@starkreagan.com

1

**PLEASE TAKE FURTHER NOTICE THAT** this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitation, all orders and notices of any applications, motions, petitions, pleadings, requests, complaints, or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmissions, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way rights or interests of any creditor or party in interest in these cases, with respect to any of the (a) the debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek or use; or (2) requires or seeks to require any act, delivery or any property, payment or other conduct by Satterlund.

**PLEASE TAKE FURTHER NOTICE THAT** Satterlund intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupment to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupment are expressly reserved.

Dated: June 9, 2009                 Respectfully submitted,

                                              /s/ J. Christopher Caldwell
                                            J. Christopher Caldwell, Esq.
                                            Stark Reagan
                                            1111 W. Long Lake Rd., Suite 202
                                            Troy, MI  48098
                                            Telephone: 248-641-9955
                                            Facsimile: 248-641-9921
                                            E-mail:        ccaldwell@starkreagan.com
                                            Counsel for Satterlund Supply Company

STARK REAGAN · ATTORNEYS AND COUNSELLORS · 1111 WEST LONG LAKE · SUITE 202 · TROY, MICHIGAN 48098-6310 · (248) 641-9955