STARK REAGAN
1111 W. Long Lake Rd.
Suite 202
Troy, Michigan 48098
Telephone: 248-641-9955
Facsimile: 248-641-9921
J. Christopher Caldwell (P36221)

Attorneys for Satterlund Supply Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **General Motors Corporation,** *et al.* | ) | **Case No. 09-B-50026 (REG)** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |
| | ) | |

### NOTICE OF RECLAMATION DEMAND

**PLEASE TAKE NOTICE THAT** Satterlund Supply Company ("Satterlund"), by and through counsel, hereby files this notice of the delivery of a written demand, pursuant to sections 503 and 546 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, and applicable non-bankruptcy law, on the above-captioned debtors and debtors in possession (collectively, the "debtors") reclaim certain assets (the "Goods") that are subject to reclamation. Satterlund believes that the Goods were sold in the ordinary course of Satterlund's business and delivered on credit terms to and received by, the Debtors during the 45 days prior to the filing of the Debtor's bankruptcy petitions. Satterlund further believes the Debtors were insolvent at the time they received delivery of the Goods. Satterlund attaches as Exhibit A, and incorporates by reference herein, a letter dated June 9, 2009 delivered to the Debtors and their counsel. The

STARK REAGAN · ATTORNEYS AND COUNSELLORS · 1111 WEST LONG LAKE · SUITE 202 · TROY, MICHIGAN 48098-6310 · (248) 641-9955

1

value of the Goods at issue in the demand is at least $2,590.15.

Dated: June 9, 2009                                Respectfully submitted,

   /s/ J. Christopher Caldwell
J. Christopher Caldwell, Esq.
Stark Reagan
1111 W. Long Lake Rd., Suite 202
Troy, MI  48098
Telephone: 248-641-9955
Facsimile: 248-641-9921
E-mail:        ccaldwell@starkreagan.com
Counsel for Satterlund Supply Company