# STARK REAGAN

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELLORS

J. Christopher Caldwell
Extension: 230
ccaldwell@starkreagan.com

TROY OFFICE

SUITE 202
1111 WEST LONG LAKE
TROY, MICHIGAN 48098-6310
TELEPHONE (248) 641-9955
FACSIMILE (248) 641-9921
WWW.STARKREAGAN.COM

TRAVERSE CITY OFFICE

475 EASTWOOD SHORES
TRAVERSE CITY, MICHIGAN 49684
TELEPHONE (231) 943-8230
FACSIMILE (231) 943-8711

June 9, 2009

BONITA SPRINGS OFFICE

267 BAREFOOT BEACH DRIVE
SUITE 402
BONITA SPRINGS, FLORIDA 34134
TELEPHONE (239) 949-0876
FACSIMILE (239) 949-1567

*Via Certified Mail – Return Receipt Requested*

The Debtors
GENERAL MOTORS CORPORATION
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center
Mail Code 480-206-114

WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
Attn: Nathan M. Pierce, Esquire

Re:   *Demand for Reclamation of Satterlund Supply Company*

To Whom It May Concern:

Our client, Satterlund Supply Company ("Satterlund") is aware that General Motors Corporation ("GM"), along with its related entities (collectively, the "Debtors"), each filed a voluntary petition for relief under title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (Manhattan) (the "Bankruptcy Court") on June 1, 2009. Satterlund has shipped certain Goods (defined below) to one or more of the Debtors and the Debtors took possession of such Goods prior to the commencement of their bankruptcy proceedings.

*The Debtor receiving such goods was General Motors Detroit-Hamtramck Assy Center, 2500 East General Motors Blvd, Non-Product Receiving Gate C5, Detroit, MI 48211 on May 8, 2009, under Purchase Order GM DTS 03817. The value of the goods GM received is at least $2,590.11. The products included two #1 Marpac Ball Valves, SSE 790, TTP 01 and two Essex Industries SA 0001x Dead man Handle Assemblies.*

Section 2-702 of the Uniform Commercial Code states that where a seller discovers that a buyer received goods on credit while insolvent, the seller may reclaim the goods upon written demand made within 10 days of receipt of the goods by buyer. Section 546(c) of the Bankruptcy Code extends the look-back period to 45 days. In addition, a demand for reclamation may be made within 20 days of the commencement of a buyer's bankruptcy case if the 45-day period expires after the commencement of such buyer's bankruptcy case.

## STARK REAGAN
PAGE 2

Pursuant to the above-referenced status, demand is hereby made by Satterlund for the return of the goods listed on the invoices referenced on Exhibit A attached hereto and incorporated by reference herein, and any other goods that are not listed on Exhibit A, but were received in the 45 days preceding the initiation of the Debtors' bankruptcy proceedings (collectively, the "Goods").

Based upon information currently available to us, we believe that the Debtors received the Goods on credit while insolvent within the 45 days preceding the commencement of the Debtors' bankruptcy proceedings, and as of the date of this letter, no part of the purchase price has been paid for such Goods. Accordingly, Satterlund hereby demands that all of the Goods be returned to it immediately pursuant to this reclamation demand. In addition, Satterlund further demands that the Goods be immediately segregated for return to Satterlund. Satterlund expressly prohibits any of the Debtors from further consuming any of the Goods or making any further sales of the Goods to others. The Goods shall be held in trust for Satterlund pending their return.

Moreover, Satterlund is making a demand for payment of the value of any Goods received by the Debtors during the 20 days preceding the commencement of the Debtors' bankruptcy cases. Section 503(b)(9) of the Bankruptcy Code grants an administrative claim to sellers of goods received by a debtor in the ordinary course of business 20 days prior to the filing of a debtor's bankruptcy petition.

Finally, GM and its related entities may have made representations of solvency to Satterlund within three months before delivery of the Goods thereby entitling Satterlund to additional reclamation rights under Applicable law. Satterlund expressly retains any and all such additional rights of reclamation.

Please promptly confirm that the Debtors will honor Satterlund's reclamation demand and payment demand for the Goods.

Very truly yours,

STARK REAGAN

By: J. Christopher Caldwell
Its: Attorney

cc:   Mr. Frederick P. Satterlund
      Michael H. Whiting, Esq.
      Brian Shoichi Masumoto, Office of the U.S. Trustee
      Joseph R. Sgroi, Esquire
      Stephen Karotkin, Esquire

1528-9

INVOICE

 SUPPLY COMPANY

*Specializing in Products for the Piping Industry*


A. M. McCARTHY & SONS CO.

26277 Sherwood Ave. • Warren, MI 48091
(586) 755-9700 • FAX (586) 755-9713

| INVOICE NO. |
|---|
| 213183 |

| INVOICE DATE |
|---|
| 05-08-09 |

SOLD TO:
GM NAO DISBURSEMENTS CENTER
P.O. BOX 2000
FLINT, MI 48501-2000

SHIP TO:
DETROIT-HAMTRAMCK ASSY CTR
2500 E. GENERAL MOTORS BLVD
NON-PRODUCT RECEIVING GATE C5
DETROIT MI 48211-2002

| CUSTOMER | SHIP VIA | DATE SHIPPED | SSC ORDER NO. | SLSM | CUSTOMER PURCHASE ORDER | PAGE |
|---|---|---|---|---|---|---|
| 341 | DOT RYA/GS | 05-08-09 | 166629 | DW | DTS 03817 | 1 |

| F.O.B. | ORDER DATE | TAX | AREA | TERMS | ORDERED BY |
|---|---|---|---|---|---|
| SHIPPING PT | 02-05-09 | Y | 19 | NET 10TH PROX | ROB BARNES |

| QTY. ORD. | QTY. SHPD. | QTY. B/O | PART NO. / DESCRIPTION | U/M | UNIT PRICE | DISC. % | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 2 | 2 | 0 | 999990<br>1 MARPAC BALL VALVE<br>SSE 790 TTP 01-Z W/ DEAD MAN<br>HANDLE ASSEMBLY SA0001X<br>INSTALLED | EA | 1,292.00 | | 2,584.00 |

| | GROSS AMOUNT | TAX | FREIGHT | MISC. | TOTAL INVOICE |
|---|---|---|---|---|---|
| We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Sec. 14 thereof.<br>**SEE REVERSE SIDE FOR ADDITIONAL TERMS & CONDITIONS** | 2,584.00 | | 6.15 | | 2,590.15 |

ORIGINAL INVOICE

# Satterlund SUPPLY COMPANY

*Specializing in Products for the Piping Industry*

Date: 5-8-09                              Driver: Ray

| Satterlund Sales Order No. | Customer Name | No. of Boxes/Pipe | Recipient Signature | Print Name Of Recipient |
|---|---|---|---|---|
| 166629 | C.M. Det. Hm. | 1 | Don Call— | D. COLLINS |

SATTERLUND SUPPLY COMPANY
26277 SHERWOOD AVENUE
WARREN, MI 48091
(586) 755-9700  FAX (586) 755-9713

                                                        Q14865    01-29-09    1

    341

    GM NAO DISBURSEMENTS CENTER            DETROIT-HAMTRAMCK ASSY CTR
    P.O. BOX 2000                          2500 E. GENERAL MOTORS BLVD
    FLINT, MI  48501-2000                  NON-PRODUCT RECEIVING GATE C5
                                           DETROIT, MI 48211-2002


ROB BARNES              01-29-09 NET 10TH PROX              19    DAN WRIGHT


  1  900010                          EA        2       525.0000       1,050.00
     1 MARPAC BALL VALVE
       SSE 790 TTP 01

  2  999990                          EA        2       767.0000       1,534.00
     ESSEX INDUSTRIES SA0001X
       DEAD MAN HANDLE ASSEMBLY
       INSTALLED ON ABOVE VALVE

  3  COMMENTS                        EA        1         0.0000           0.00
     SPECIAL COMMENTS
       PRICES INCLUDE ALL FREIGHT
       CHARGES. LEAD TIME IS ABOUT
       7 - 8 WEEKS ARO TO DELIVERED.


                                            Subtotal                  ----------
                                                                      2,584.00




                                                                      2,584.00



# Satterlund SUPPLY COMPANY

**Specializing in Products for the Piping Industry**

26277 Sherwood Ave. • Warren, Michigan 48091 • (586) 755-9700 • FAX (586) 755-9713
www.satterlund.com        E-mail: sattpvf@aol.com

Rob —

pott    GM
        DTS 03817

2 pcs    Marpac Valve

Essex Industries
7700 Gravois Rd.
St. Louis, MO  63123

166629
Ind. Valve. 39531
Essey 39532

Robert.Barnes@
    GM.com    FEB 0 5 2009
            Dan

**Stainless, Carbon, Copper, PVC and CPVC Materials in Stock**