STARK REAGAN
1111 W. Long Lake Rd.
Suite 202
Troy, Michigan 48098
Telephone: 248-641-9955
Facsimile: 248-641-9921
J. Christopher Caldwell (P36221)

Attorneys for Satterlund Supply Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** ) | Chapter 11 |
| ) | |
| **General Motors Corporation,** *et al***.** ) | Case No. 09-B-50026 (REG) |
| ) | |
| **Debtors.** ) | |
| ) | |
| ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 9, 2009, a true and correct copy of the Notice of Reclamation Demand and Certificate of Service was served via the U.S. Postal Service, first class mail upon the following parties, and through the CM/ECF System for the United States Bankruptcy Court for the Southern District of New York:

The Debtors
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn:  Warren Command Center
       Mail Code 480-206-114

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Attn:  Joseph R. Sgroi

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Attn:  Nathan M. Pierce, Esquire
       Stephen Karotkin

Office of the U.S. Trustee
33 Whitehall Street – 21st Floor
New York, NY 10004
Attn:  Brian Shoichi Masumoto

　　　　　　　　/s/ J. Christopher Caldwell
　　　　　　　　J. Christopher Caldwell