KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102
Tel: 402-346-6000 / Fax: 402-346-1148
John J. Jolley, Jr. (JJ 0253)
jay.jolley@kutakrock.com

Attorneys for Xerox Capital Services, LLC, as servicing agent for Xerox Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| GENERAL MOTORS CORP.., *et al*., | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW, Kutak Rock LLP, by and through John J. Jolley, Jr., and files this Notice of Appearance and Request for Notice on behalf of Xerox Capital Services, LLC ("Xerox LLC"), as servicing agent for Xerox Corporation ("Xerox").

Xerox is a creditor and party-in-interest herein and pursuant to Rules 9010(b) and 2002 of the Federal Rules of Bankruptcy Procedure and hereby requests that all notices in this case be given to and served upon Kutak Rock LLP.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the rule specified above, but all other notices and papers, including but not limited to, notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise: (1) which

4826-2321-4851.1

affect or seek to affect in any way rights or interests in (a) the Debtors, (b) property in which the Debtors may claim an interest, and (c) property in the possession, custody or control of Debtors; and (2) which seek to require any act, payment or other conduct by Debtors.

Dated this 9th day of June, 2009.

> KUTAK ROCK LLP
>
> By /s/ *John J. Jolley, Jr.*
> John J. Jolley, Jr. (*Pro Hac Vice*)
> Kutak Rock LLP
> 1650 Farnam Street
> Omaha, NE  68102
> (402) 346-6000 – Phone
> (402) 346-1148 – Facsimile
> jay.jolley@kutakrock.com – E-Mail

CERTIFICATE OF SERVICE

I, John J. Jolley, Jr., Esquire, certify that on this 9th day of June, 2009, the foregoing Entry of Appearance and Request for Notice was filed electronically and is available for viewing via the Court's ECF system.

> /s/ *John J. Jolley, Jr.*
> John J. Jolley, Jr.

4826-2321-4851.1

2