UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                          Case No. 09-50026-reg
                                                Chapter 11
GENERAL MOTORS CORPORATION, et.al.,             jointly administered
                                                Hon. Robert E. Gerber
            Debtors.
_____/

MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Mark S. Frankel, a member in good standing of the bar of the State of Michigan and the U.S. District Court for the Eastern District of Michigan, hereby request admission, *pro hac vice,* before the Honorable Robert E. Gerber, United States District Court Judge, to represent Commercial Contracting Corporation, in connection with the above-referenced Chapter 11 cases and all related adversary and other proceedings.

| | |
|---|---|
| My address is: | 39395 W. Twelve Mile Road, Suite 200 |
| | Farmington Hills, Michigan 48331 |
| Telephone: | 248-489-8600 |
| Facsimile: | 248-324-2493 |
| e-mail: | mfrankel@couzens.com |

I agree to pay the required filing fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

                                                     Respectfully submitted:

                                                     COUZENS, LANSKY, FEALK, ELLIS,
                                                          ROEDER & LAZAR, P.C.

By:     /S/ Mark S. Frankel
MARK S. FRANKEL (P41565)
Attorneys for Commercial
Contracting Corporation
39395 W. Twelve Mile Road
Suite 200
Farmington Hills, MI 48331
(248) 489-8600

Dated: June 9, 2009

```
                    UNITED STATES BANKRUPTCY COURT
                    SOUTHERN DISTRICT OF NEW YORK
```

In re:                                          Case No. 09-50026-reg
                                                Chapter 11
GENERAL MOTORS CORPORATION, et.al.,             jointly administered
                                                Hon. Robert E. Gerber
            Debtors.
_____/


                ORDER ADMITTING MARK S. FRANKEL
                 TO PRACTICE PRO HAC VICE

   ORDERED, that Mark S. Frankel, is admitted to practice, *pro hac vice,* in, and in connection with the above-referenced Chapter 11 cases and all related adversary and other proceedings in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the required filing fee.


Dated: _____
       New York, New York


                                        _____
                                        HONORABLE ROBERT E. GERBER
                                        UNITED STATES BANKRUPTCY COURT