MILLER JOHNSON
Attorneys for Tran Tek Automation Corp.
250 Monroe Avenue, Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700
Thomas P. Sarb (TS-8282)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                            :
In Re:                                      :    Chapter 11
                                            :
GENERAL MOTORS CORPORATION,                 :    Case No. 09-50026 (REG)
                                            :
         Debtors.                           :    (Jointly Administered)
-------------------------------------------------------x

## APPEARANCE

      Miller Johnson enters its appearance as counsel for creditor Tran Tek Automation Corp. and requests that all notices in the above-referenced Chapter 11 proceeding be provided to it by notifying it as follows:

      Thomas P. Sarb (ecfsarbt@millerjohnson.com)
      Miller Johnson
      250 Monroe Avenue, N.W., Suite 800
      P.O. Box 306
      Grand Rapids, MI 49501-0306

      MILLER JOHNSON
      Attorneys for Tran Tek Automation Corp.

Dated: June 8, 2009      By /s/ Thomas P. Sarb
      Thomas P. Sarb (TS-8282)
      Business Address:
      250 Monroe Avenue, N.W., Suite 800
      PO Box 306
      Grand Rapids, Michigan  49501-0306
      Telephone:  (616) 831-1700

GR_DOCS 1466555v1