UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 09-50026-reg |
| | Chapter 11 |
| GENERAL MOTORS CORPORATION, et.al., | jointly administered |
| | Hon. Robert E. Gerber |
| Debtors. | |
| _____/ | |

MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Bruce J. Lazar, a member in good standing of the bar of the State of Michigan and the U.S. District Court for the Eastern District of Michigan, hereby request admission, *pro hac vice,* before the Honorable Robert E. Gerber, United States District Court Judge, to represent Commercial Contracting Corporation, in connection with the above-referenced Chapter 11 cases and all related adversary and other proceedings.

My address is:     39395 W. Twelve Mile Road, Suite 200
                   Farmington Hills, Michigan 48331
Telephone:         248-489-8600
Facsimile:         248-489-5156
e-mail:            blazar@couzens.com

I agree to pay the required filing fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Respectfully submitted:

COUZENS, LANSKY, FEALK, ELLIS,
    ROEDER & LAZAR, P.C.


By:    /S/ Bruce J. Lazar
       BRUCE J. LAZAR (P16475)
       Attorneys for Commercial
       Contracting Corporation
       39395 W. Twelve Mile Road
       Suite 200
       Farmington Hills, MI 48331
       (248) 489-8600

Dated: June 9, 2009

```
                UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF NEW YORK
```

In re:                                        Case No. 09-50026-reg
                                              Chapter 11
GENERAL MOTORS CORPORATION, et.al.,           jointly administered
                                              Hon. Robert E. Gerber
        Debtors.
_____/

```
            ORDER ADMITTING BRUCE J. LAZAR
              TO PRACTICE PRO HAC VICE
```

ORDERED, that Bruce J. Lazar, is admitted to practice, *pro hac vice,* in, and in connection with the above-referenced Chapter 11 cases and all related adversary and other proceedings in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the required filing fee.

Dated: _____
       New York, New York

                                            _____
                                            HONORABLE ROBERT E. GERBER
                                            UNITED STATES BANKRUPTCY COURT

2