MILLER JOHNSON
Attorneys for Burk E. Porter Company
250 Monroe Avenue, Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700
Thomas P. Sarb (TS-8282)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
:
In Re:                                                  :       Chapter 11
                                                        :
GENERAL MOTORS CORPORATION,    :       Case No. 09-50026 (REG)
                                                        :
    Debtors.                                       :       (Jointly Administered)
------------------------------------------------------x

## APPEARANCE

Miller Johnson enters its appearance as counsel for creditor Burke E. Porter Company and requests that all notices in the above-referenced Chapter 11 proceeding be provided to it by notifying it as follows:

>Thomas P. Sarb (ecfsarbt@millerjohnson.com)
>Miller Johnson
>250 Monroe Avenue, N.W., Suite 800
>P.O. Box 306
>Grand Rapids, MI 49501-0306

>MILLER JOHNSON
>Attorneys for Burke E. Porter Company

Dated: June 8, 2009    By  /s/ Thomas P. Sarb
>Thomas P. Sarb (TS-8282)
>Business Address:
>250 Monroe Avenue, N.W., Suite 800
>PO Box 306
>Grand Rapids, Michigan  49501-0306
>Telephone:  (616) 831-1700

GR_DOCS 1466550v1