MILLER JOHNSON
Attorneys for Pridgeon & Clay, Inc.
250 Monroe Avenue, Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700
Thomas P. Sarb (TS-8282)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      :
In Re:                                                :     Chapter 11
                                                      :
GENERAL MOTORS CORPORATION,                           :     Case No. 09-50026 (REG)
                                                      :
        Debtors.                                      :     (Jointly Administered)
------------------------------------------------------x

## APPEARANCE

        Miller Johnson enters its appearance as counsel for creditor Pridgeon & Clay, Inc. and requests that all notices in the above-referenced Chapter 11 proceeding be provided to it by notifying it as follows:

        Thomas P. Sarb (ecfsarbt@millerjohnson.com)
        Miller Johnson
        250 Monroe Avenue, N.W., Suite 800
        P.O. Box 306
        Grand Rapids, MI 49501-0306

        MILLER JOHNSON
        Attorneys for Pridgeon & Clay, Inc.

Dated: June 8, 2009        By /s/ Thomas P. Sarb
        Thomas P. Sarb (TS-8282)
        Business Address:
          250 Monroe Avenue, N.W., Suite 800
          PO Box 306
          Grand Rapids, Michigan 49501-0306
          Telephone: (616) 831-1700

GR_DOCS 1466552v1