MILLER JOHNSON
250 Monroe Avenue, Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700
Thomas P. Sarb (TS-8282)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                                       :
In Re:                                                 :    Chapter 11
                                                       :
GENERAL MOTORS CORPORATION,                            :    Case No. 09-50026 (REG)
                                                       :
           Debtors.                                    :    (Jointly Administered)
-------------------------------------------------------x

## VERIFIED STATEMENT PURSUANT TO RULE 2019
## OF THE BANKRUPTCY CODE

Thomas P. Sarb, a member of Miller Johnson, declares pursuant to Federal Rule of Bankruptcy Procedure 2019(a) as follows:

I am a member of the firm of Miller Johnson and am duly admitted to practice in the highest court in the state of Michigan and in the Federal District Courts for the Western District of Michigan, the Eastern District of Michigan, and the Northern District of Indiana.

Miller Johnson represents the following creditors in connection with the above-referenced proceedings:

| Creditor Information | Claim Type | Nature of Representation |
|---|---|---|
| Benteler Automotive Corp.
1780 Pond Run
Auburn Hills, MI  48326 | Trade debt in an unknown amount arising under a purchase order. | Miller Johnson has served as general counsel to Benteler Automotive for many years. |
| Burke E. Porter Company
730 Plymouth, NE
Grand Rapids, MI 49505 | Trade debt in an unknown amount arising under a purchase order. | Miller Johnson serves as employment and bankruptcy counsel to Burke E. Porter Company. |

| | | |
|---|---|---|
| Tran Tek Automation Corp.<br>2470 N. Aero Park Court<br>Traverse City, MI 49686 | Trade debt in an unknown amount arising under a purchase order. | Miller Johnson serves as bankruptcy counsel |
| Pridgeon & Clay, Inc.<br>50 Cottage Grove, S.W.<br>Grand Rapids, MI 49507 | Trade debt in an unknown amount arising under a purchase order. | Miller Johnson has served as general counsel to Pridgeon & Clay, Inc. for many years. |
| Mico Industries, Inc.<br>1425 Burlingame, S.W.<br>Wyoming, MI 49509 | Trade debt in an unknown amount arising under a purchase order. | Miller Johnson has served as general counsel to Mico Industries, Inc. for many years |
| Mariah Industries, Inc.<br>13125 E. Eight Mile<br>Warren, MI 48089 | Trade debt in an unknown amount arising under a purchase order. | Miller Johnson has served as general counsel to Mariah Industries, Inc. for many years |
| Trans – Matic<br>300 East 48th Street<br>Holland, MI 49423 | Trade debt in an unknown amount arising under a purchase order. | Miller Johnson serves as general counsel to Trans – Matic |

I declare under penalty of perjury that the foregoing is true and correct.

MILLER JOHNSON

Dated: June 8, 2009          By  /s/ Thomas P. Sarb
　　　　　　　　　　　　　　　Thomas P. Sarb (TS-8282)
　　　　　　　　　　　　Business Address:
　　　　　　　　　　　　　　250 Monroe Avenue, N.W., Suite 800
　　　　　　　　　　　　　　PO Box 306
　　　　　　　　　　　　　　Grand Rapids, Michigan  49501-0306
　　　　　　　　　　　　Telephone:  (616) 831-1700