# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                       )
In re                                             )         Chapter 11
                                                     )
GENERAL MOTORS CORP., *et al.*,        )
                                                     )         Case No. 09-50026
                                                     )
                          Debtors.        )         Jointly Administered
------------------------------------------------------------X

**ORDER GRANTING MOTION OF THE AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS PURSUANT TO 9006(C) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO SHORTEN TIME FOR THE MOTION OF THE AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS FOR AN ORDER
(I) APPOINTING A LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS AND
(II) DIRECTING THE UNITED STATES TRUSTEE TO APPOINT AN OFFICIAL COMMITTEE ASBESTOS PERSONAL INJURY CLAIMANTS**

This matter coming before the Court on the Motion to Shorten Notice for the Motion for an Order (I) Appointing a Legal Representative for Future Asbestos Personal Injury Claimants (a "Future Claimants' Representative") and (II) Directing the United States Trustee to Appoint an Official Committee of Asbestos Personal Injury Claimants (the "Motion"); the Court having reviewed the Motion and having considered the statements of counsel and evidence adduced with respect to the Motion at a hearing before the Court (the "Hearing"); and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) notice of the Motion and the Hearing was sufficient under the circumstances, (d) in light of the

circumstances and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED

2. A hearing on the Motion for an Order (I) Appointing a Legal Representative for Future Asbestos Personal Injury Claimants (a "Future Claimants' Representative") and (II) Directing the United States Trustee to Appoint an Official Committee of Asbestos Personal Injury Claimants is scheduled for Thursday, June 18, 2009, at 11:00 a.m.

3. Objections to the Motion for an Order (I) Appointing a Legal Representative for Future Asbestos Personal Injury Claimants (a "Future Claimants' Representative") and (II) Directing the United States Trustee to Appoint an Official Committee of Asbestos Personal Injury Claimants must be filed, served and received no later than June 12, 2009, at 5:00 p.m.

4. This Court shall retain jurisdiction to resolve all matters relating to this implementation of this Order.

Dated:    New York, New York

_____, 2006

_____
Honorable Robert E. Gerber
United States Bankruptcy Judge

2