UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

In re

GENERAL MOTORS CORP., et al.,

Debtors.

Case No. 09-50026(REG)
(Jointly Administered)

Chapter 11

-------------------------------------------------------------

## MOTION FOR ADMISSION, *PRO HAC VICE*

TO THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE:

      Michael R. Wernette, a member in good standing of the bar of the State of Michigan and the United States District Court for the Eastern District of Michigan, the United States District Court for the Western District of Michigan and the Sixth Circuit Court of Appeals, requests admission *pro hac vice* before this Court to represent CIE Inyectametal, S.A., Nugar, S.A. de C.V., Pintura, Estampado y Montaje, S.A. de C.V., Pintura y Ensambles de Mexico, S.A. de C.V., and CIE Celaya, S.A. de C.V. ("Creditors") and certain of Creditors' affiliates in the above-captioned jointly administered cases, and in any related adversary proceedings. Mr. Wernette has also been admitted to practice in this Court pro hac vice in the Dana Corporation, Tower Automotive and Chrysler bankruptcy cases.

|  |  |
|---|---|
| His address is: | Schafer and Weiner, PLLC |
|  | 40950 Woodward Avenue, Suite 100 |
|  | Bloomfield Hills, MI 48304 |
| Telephone: | (248) 540-3340 |
| Email Address: | mwernette@schaferandweiner.com |

      Michael R. Wernette agrees to pay the fee of $25 upon entry of an order admitting him to practice *pro hac vice*.

Dated:  June 9, 2009
Bloomfield Hills, MI

     /s/  Michael R. Wernette
     Michael R. Wernette
     SCHAFER AND WEINER, PLLC
     40950 Woodward Ave., Ste. 100
     Bloomfield Hills, MI 48304
     248-540-3340
     mwernette@schaferandweiner.com

{00214561}

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
In re

GENERAL MOTORS CORP., et al.,

                                Debtors.
------------------------------------------------------------

Case No. 09-50026(REG)
(Jointly Administered)

Chapter 11

### ORDER ADMITTING MICHAEL R. WERNETTE TO PRACTICE, *PRO HAC VICE*

IT IS HEREBY ORDERED that Michael R. Wernette is admitted to practice, pro hac vice, in connection with the above-referenced chapter 11 cases and any related adversary proceedings in the United States Bankruptcy Court, Southern District of New York, subject to payment of the required filing fee.

Dated:
      New York, New York

                                    _____
                                    HONORABLE ROBERT GERBER
                                    UNITED STATES BANKRUPTCY COURT

{00214561}