**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORPORATION, | ) | Case No. 09-50026-reg |
| | ) | |
| Debtor. | ) | Honorable Robert E. Gerber |
| | ) | |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Stephen B. Grow, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Shape Corp. and GHSP, Inc., unrelated creditors and parties in interest in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Court for the Western District of Michigan.

I have submitted the filing fee of $25 with this motion for *pro hac vice* admission.

Dated: June 9, 2009
Grand Rapids, Michigan

/s/  Stephen B. Grow
Stephen B. Grow (P39622) (SBG9940)
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487
sgrow@wnj.com
Phone: 616-752-2158
Fax: 616-222-2158

1675672-1