**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| GENERAL MOTORS CORPORATION, ) | Case No. 09-50026-reg |
| ) | |
| Debtor. ) | Honorable Robert E. Gerber |
| ) | |

**ORDER GRANTING ADMISSION TO PRACTICE,** ***Pro Hac Vice***

UPON the motion of Stephen B. Grow dated June 9, 2009, to be admitted *pro hac vice* in this bankruptcy case; it is hereby

**ORDERED,** that Stephen B. Grow is admitted to practice, ***pro hac vice,*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:_____
             _____, New York

                                                     _____
                                                     UNITED STATES BANKRUPTCY JUDGE

1675672-1