UNITED STATES BANKRUPTCY COURT
NEW YORK
SOUTHERN DIVISION

In Re:

IN RE GENERAL MOTORS CORPORATION,    Court No. 09-50026
                                     Chapter 11
      Debtor(s).                     Hon. Robert E. Gerber
_____/     (Jointly Administered)

## MOTION FOR ADMISSION TO PRACTICE
*Pro Hac Vice*

I, Dennis J. Raterink, a member in good standing of the bars of the State of Michigan, the United States Bankruptcy Courts for the Eastern and Western Districts, and the 6th Circuit Court of Appeals requests admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent the Michigan Workers' Compensation Agency and Michigan Funds Administration, in the above-referenced Chapter 11 cases.

| | |
|---|---|
| Mailing address: | Dennis J. Raterink<br>Assistant Attorney General<br>P.O. Box 30736<br>Lansing, Michigan 48909 |
| Email: | raterinkd@michigan.gov |
| Telephone: | (517) 373-1176 |

I have submitted the filing fee of $25 with this motion for *pro hac vice* admission.

Respectfully submitted,

MICHAEL A. COX
Attorney General

Dated: June 4, 2009

*/s/ Dennis J. Raterink*
Dennis J. Raterink (P52678)
Assistant Attorney General

Labor Division,
Workers' Compensation Unit
P.O. Box 30736
Lansing, Michigan 48909
Telephone: (517) 373-1176
E-Mail: raterinkd@michigan.gov