UNITED STATES BANKRUPTCY COURT
NEW YORK
SOUTHERN DIVISION

In Re:

IN RE GENERAL MOTORS CORPORATION,　　　　Court No. 09-50026
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　Debtor(s).　　　　　　　　　　　　　　Hon. Robert E. Gerber
_____/　　　　　　(Jointly Administered)

## ORDER FOR ADMISSION TO PRACTICE
*Pro Hac Vice for*
**DENNIS J. RATERINK**

Dennis J. Raterink, a member in good standing of the bars in the State of Michigan, the United States Bankruptcy Courts for the Eastern and Western Districts, and the 6th Circuit Court of Appeals, having requested admission, ***pro hac vice***, to represent the Michigan Workers' Compensation Agency and Michigan Funds Administration in the above-captioned case;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Dennis J. Raterink is admitted to practice in the above-captioned Chapter 11 cases, in the United States Bankruptcy Court for the Southern District of New York, subject to the payment of the filing fee.

Dated: _____, 2009
　　　　New York, New York
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE