**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE:**

    **GENERAL MOTORS CORPORATION**
    **aka GMC Truck Division**
    **aka Automotive Market Research**
    **aka NAO Fleet Operations**
    **aka National Car Rental**
    **aka GM Corporation**
    **aka National Car Sales**
    **aka GM Corporation-GM Auction Department**

    **Debtor.**

**CASE NO. 09-50026**

**CHAPTER 11**

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that the undersigned law firm hereby appears in the above-captioned case under Chapter 11 of Title 11 of the United States Code for The Schaefer Group Inc., ("*Schaefer*"), and requests, pursuant to Bankruptcy Rules 2002 and 9010(b) that any and all Notices given or required to be given in the above-captioned Chapter 11 case and any proceedings therein, and all papers served or required to be served in the Chapter 11 case and any proceedings therein, be given to and served upon the undersigned law firm at the Post Office address and telephone number set forth below and that the following firm be added to the mailing matrix on file with the Clerk of the Bankruptcy Court:

    Susan R. Katzoff, Esq.
    **HISCOCK & BARCLAY, LLP**
    Attorneys for The Schaefer Group Inc.
    Office & Post Office Address
    One Park Place
    300 South State Street
    Syracuse, New York 13202
    Telephone: (315) 425-2880

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the Notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, Orders and

HISCOCK & BARCLAY, LLP

Notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand-delivery, telephone, telegraph, telex, or otherwise.

DATED:    Syracuse, New York
          June 9, 2009

                    Yours, etc.

                    /s/ Susan R. Katzoff
                    By:  Susan R. Katzoff, Esq.
                    HISCOCK & BARCLAY, LLP
                    Attorneys for The Schaefer Group Inc.
                    One Park Place
                    300 South State Street
                    Syracuse, New York  13202
                    (315)425-2880

TO: Harvey R. Miller, Esq.
   Weil, Gotshal & Manges, LLP
   767 Fifth Avenue
   New York, New York 10153

   Joseph R. Sgroi, Esq.
   Honigman Miller Schartz and Cohen, Esq.
   2290 First National Building
   Detroit, MI 48226

   Robert B. Weiss, Esq.
    Honigman Miller Schartz and Cohen, Esq.
   2290 First National Building
   Detroit, MI 48226

   Stephen Karotkin, Esq.
   Weil, Gotshal & Manges, LLP
   767 Fifth Avenue
   New York, New York 10153

   Tricia A. Sherick, Esq.
   Honigman Miller Schartz and Cohen, Esq.
   2290 First National Building
   Detroit, MI 48226

HISCOCK & BARCLAY, LLP

SYLIB01\676265\1

United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004

Brian Shoichi Masumoto, Esq.
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004

HISCOCK & BARCLAY, LLP

SYLIB01\676265\1