Michael P. Richman (MR 2224)
Mark A. Salzberg (*pro hac vice* pending)
Melissa Iachan (MI 1270)
PATTON BOGGS LLP
1185 Avenue of the Americas, 30th Floor
New York, NY 10036
(646) 557-5100 (Telephone)
(646) 557-5101 (Facsimile)

*Counsel For Unofficial Committee
Of Family And Dissident GM Bondholders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
                                                           )
In re                                                      )      Chapter 11
                                                           )
GENERAL MOTORS CORP., *et al.*,                            )
                                                           )      Case No. 09-50026 (REG)
                                                           )
                                        Debtors.           )      Jointly Administered
-----------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Mark A. Salzberg, a member in good standing of the Bars in the State of Florida and the District of Columbia, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent the Unofficial Committee of Family and Dissident GM Bondholders in the above-referenced cases.

Mailing address: Patton Boggs LLP, 2550 M Street, N.W., Washington, D.C. 20037.

E-mail address: msalzberg@pattonboggs.com; telephone number: (202) 457-5242.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Date:  June 9, 2009
       Washington, D.C.

                                                           _____
                                                           Mark A. Salzberg

5029914.01

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
                                                          )
In re                                                     )    Chapter 11
                                                          )
GENERAL MOTORS CORP., *et al.*,                           )
                                                          )    Case No. 09-50026 (REG)
                                                          )
                                       Debtors.           )    Jointly Administered
----------------------------------------------------------X

## ORDER

**ORDERED,**

That Mark A. Salzberg, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York.

Dated: June __, 2009
       New York, New York

                                                    _____
                                                    UNITED STATES BANKRUPTCY JUDGE

5029914.01