Michael P. Richman (MR-2224)
Mark A. Salzberg (*pro hac vice* pending)
Melissa Iachan (MI-1270)
PATTON BOGGS LLP
1185 Avenue of the Americas, 30th Floor
New York, NY 10036
(646) 557-5100 (Telephone)
(646) 557-5101 (Facsimile)

*Counsel For Unofficial Committee*
*Of Family & Dissident GM Bondholders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                                               )
In re                                                          )    Chapter 11
                                                               )
GENERAL MOTORS CORP., *et al.*,                                )    Case No. 09-50026 (REG)
                                                               )
                                          Debtors.             )    Jointly Administered
---------------------------------------------------------------X

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICE AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Patton Boggs, LLP hereby appears as counsel for the Unofficial Committee of Family & Dissident GM Bondholders ("F&D Committee") in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that, pursuant to Sections 342 and 1109(b) of the Bankruptcy Code, and Bankruptcy Rules 2002, 3017 and 9007, demand is made that all notices given or required to be given, and all papers served or required to be served, be given and served upon the following:

5712

>PATTON BOGGS LLP
>Michael P. Richman
>Mark A. Salzberg
>Melissa Iachan
>1185 Avenue of the Americas
>30th Floor
>New York, NY 10036
>Tel: (646) 557-5180
>Fax: (646) 557-5101
>Email:  mrichman@pattonboggs.com
>        msalzberg@patton.boggs.com
>        miachan@pattonboggs.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and above-specified sections of the Bankruptcy Code, but also includes, without limitation, any and all notices, applications, complaints, demands, motions, petitions, pleadings, schedules of assets and liabilities and statements of affairs, operating reports, plan or plans of reorganization or liquidation, disclosure statements, or requests, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic filing or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to waive and shall not constitute a waiver of (1) the F&D Committee's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) the F&D Committee's right to a jury trial in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) the F&D Committee's right to request to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (iv) the F&D Committee's right to seek a change of venue; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which the F&D Committee is or may be entitled to under agreements, documents or instruments,

5712

in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Date:   June 9, 2009

Respectfully submitted,

PATTON BOGGS LLP

/s/ Michael P. Richman
Michael P. Richman (MR-2224)
Mark A. Salzberg (*pro hac vice* pending)
Melissa Iachan (MI-1270)
1185 Avenue of the Americas, 30th Floor
New York, NY 10036
Tel: (646) 557-5180
Fax: (646) 557-5101

*Counsel for Unofficial Committee
Of Family & Dissident GM Bondholders*

5712