Michael P. Richman (MR-2224)
Mark A. Salzberg (*pro hac vice* pending)
Melissa Iachan (MI-1270)
PATTON BOGGS LLP
1185 Avenue of the Americas, 30th Floor
New York, NY 10036
(646) 557-5100 (Telephone)
(646) 557-5101 (Facsimile)

*Counsel For Unofficial Committee*
*Of Family & Dissident GM Bondholders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                                               )
In re                                                          )    Chapter 11
                                                               )
GENERAL MOTORS CORP., *et al.*,                                )    Case No. 09-50026 (REG)
                                                               )
                                              Debtors.         )    Jointly Administered
---------------------------------------------------------------X

## VERIFIED STATEMENT OF PATTON BOGGS LLP PURSUANT TO BANKRUPTCY RULE 2019

Patton Boggs LLP ("Patton Boggs") represents the unofficial committee indentified below. Michael P. Richman, a partner in the firm, on behalf of Patton Boggs, pursuant to Federal Rule of Bankruptcy Procedure 2019, makes the following representations in connection with this Verified Statement:

1.  Patton Boggs represents the following unofficial committee of holders of certain GM bonds, consisting of individual family bondholders and other dissident holders (collectively, the "Unofficial Committee of Family & Dissident GM Bondholders", or the "F&D Committee"):

Harold A. John
297 Herworth Drive
Chesterfield, MO 63005
314-453-0080

5719

314-809-8284
haroldjohn@cbnstl.com

Mark Modica
108 Solway Cir
Chalfont, PA 18914
215-348-5990
215-692-2927
markmodica@verizon.net

Wade McGee
137 Cottage Hill
Elmhurst, IL 60126
630-258-9233
wademcgee@gmail.com

      2.      The individual members of the F&D Committee collectively hold approximately $2.3 million in GM Bonds. These three individual members have been part of a larger steering committee, informally representing over 1500 bondholders who in the aggregate hold approximately $400 million in GM Bonds; however, the total amount of the claims has not yet been determined and none of the bondholders has filed a proof of claim against the Debtors as of the time of the filing of this statement.

      3.      The F&D Committee has retained Patton Boggs to represent their respective interests in connection with the above-captioned cases.

      4.      Upon information and belief formed after due inquiry, Patton Boggs does not hold any claims against or equity interests in the Debtors.

      5.      Counsel reserves the right to supplement and amend this statement, pursuant to Federal Rule of Bankruptcy 2019(a)(4), and will do so as it receives material information regarding the F&D Committee bondholders.

5719

I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: June 9, 2009
New York, New York

PATTON BOGGS LLP

By: /s/ Michael P. Richman
Michael P. Richman
(mrichman@pattonboggs.com)
Mark A. Salzberg
(msalzberg@pattonboggs.com)
Melissa Iachan
(miachan@pattonboggs.com)

1185 Avenue of the Americas, 30th Floor
New York, NY 10036
Telephone: (646) 557-5180
Facsimile: (646) 557-5101

*Counsel to the Unofficial Committee of Family & Dissident GM Bondholders*

5719