Colin T. Darke, Esq.
Bodman LLP
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI  48226
Telephone:  (313) 393-7585
Facsimile:  (313) 393-7579
Email:  cdarke@bodmanllp.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In Re: | ) ) | Chapter 11 |
| **GENERAL MOTORS CORPORATION,** *et al.,* | ) ) ) | Case No. 09-50026 (Jointly Administered) |
| Debtors. _____/ | ) ) | Hon. Robert E. Gerber |

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, Colin T. Darke, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Production Modeling Corporation in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Michigan, and of the bar of the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

My address is:       Colin T. Darke
                     Bodman LLP
                     6th Floor at Ford Field
                     1901 St. Antoine Street
                     Detroit, Michigan 48226
                     Telephone:  (313) 393-7585
                     Facsimile:  (313) 393-7579
                     Email:  cdarke@bodmanllp.com

Detroit_931376_1

                Respectfully submitted,

                BODMAN LLP

                By: /s/ Colin T. Darke
                     Colin T. Darke (P68294)
                6th Floor at Ford Field
                1901 St. Antoine Street

Date:   June 9, 2009          Detroit, Michigan 48226
                cdarke@bodmanllp.com
                (313) 393-7585

                Attorneys for Production Modeling Corporation