Colin T. Darke, Esq.
Bodman LLP
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI  48226
Telephone:  (313) 393-7585
Facsimile:  (313) 393-7579
Email:  cdarke@bodmanllp.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | ) ) ) Chapter 11 |
| **GENERAL MOTORS CORPORATION, *et al.*,** | ) ) Case No. 09-50026 (Jointly Administered) |
| Debtors. | ) ) |
| _____/ | Hon. Robert E. Gerber |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Colin T. Darke, to be admitted, ***pro hac vice,*** to represent Production Modeling Corporation, a party-in-interest in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Court for the Eastern District of Michigan, it is hereby

**ORDERED**, that Colin T. Darke, is admitted to practice, ***pro hac vice,*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE