MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP
Joseph O'Neil, Jr.
Natalie D. Ramsey (*pro hac vic*e pending)
123 South Broad Street
Philadelphia, PA 19109
(215) 772-1500

*Attorneys for Steven Kazan, Esquire*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | **Chapter 11 Case No.** |
| **GENERAL MOTORS CORP.,** *et al.* | **09-50026 (REG)** |
| **Debtors.** | **(Jointly Administered)** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 9010(b), Montgomery, McCracken, Walker & Rhoads, LLP hereby appears as counsel of record in these cases for Steven Kazan, Esquire ("Kazan").

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. §§ 342 and 1109(b) and Fed. R. Bankr. P. 2002, 3017 and 9007, Kazan hereby requests that copies of all notices given or required to be given in these bankruptcy cases by any party or their counsel of record, whether in writing or by telephone, fax or any other form of transmission, and all papers served or required to be served in these cases by any party or their counsel of record (including, but not limited to, all papers filed and served in all adversary proceedings, contested matters and other proceedings in these cases, and all

2435859v1

notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them), be given and served upon the counsel listed below at the following address:

Natalie D. Ramsey
Joseph O'Neil, Jr.
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109-1099
Telephone: (215) 772-1500
Facsimile: (215) 772-7620
Email: nramsey@mmwr.com
joneil@mmwr.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise filed or made with regard to these bankruptcy cases or proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Demand for Notices and Papers is not intended to be, and shall not constitute, a consent

2435859v1

by Kazan to the Court's subject matter jurisdiction or personal jurisdiction.

Dated: June 9, 2009

                        **MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**

                        */s/ Joseph O'Neil, Jr.*
                        Joseph O'Neil, Jr.
                        Natalie D. Ramsey (*pro hac vice*, pending)
                        123 South Broad Street
                        Philadelphia, PA 19109-1099
                        Telephone: (215) 772-1500
                        Facsimile: (215) 772-7620
                        joneil@mmwr.com
                        nramsey@mmwr.com

                        *Attorneys for Steven Kazan, Esquire*

2435859v1