Colin T. Darke, Esq.
Bodman LLP
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI  48226
Telephone:  (313) 393-7585
Facsimile:  (313) 393-7579
Email:  cdarke@bodmanllp.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In Re: | ) ) ) | Chapter 11 |
| **GENERAL MOTORS CORPORATION,** *et al.,* | ) ) ) | Case No. 09-50026 (Jointly Administered) |
| Debtors. | ) ) | |
| _____/ | | Hon. Robert E. Gerber |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

Please take notice that Production Modeling Corporation, a party-in-interest in the above-captioned case, hereby appears in the above-captioned case by its counsel, such counsel hereby enter their appearance in the above-captioned case under § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and hereby requests, under Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure and §1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the address, telephone, and facsimile numbers indicated:

Colin T. Darke
Bodman LLP
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
Telephone:  (313) 393-7585
Facsimile:  (313) 393-7579
Email:  cdarke@bodmanllp.com

Detroit_931381_1

Please take further notice that, under § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the above-named party-in-interest's rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding to triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named party-in-interest is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the above-named party-in-interest expressly reserves.

Respectfully submitted,

BODMAN LLP

By: /s/ Colin T. Darke_____
      Colin T. Darke (P68294)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
cdarke@bodmanllp.com
(313) 393-7585

Date:   June 9, 2009

Attorneys for Production Modeling
Corporation

Detroit_931381_1

-3-

Detroit_931381_1