MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP
Natalie D. Ramsey
123 South Broad Street
Philadelphia, PA 19109
(215) 772-1500

*Attorneys for Steven Kazan, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re                                                                :  Chapter 11 Case No.
                                                                     :
                                                                     :  09-50026 (REG)
**GENERAL MOTORS CORP.,** *et al.*                                   :
                                                                     :  (Jointly Administered)
          Debtors.                                                   :
                                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# MOTION OF NATALIE D. RAMSEY, ESQUIRE FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Natalie D. Ramsey, a member in good standing of the bars of the Commonwealth of Pennsylvania, the U.S. District Courts for the Eastern and Western Districts of Pennsylvania, and the Third Circuit Court of Appeals, hereby request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Steven Kazan, Esquire, a party in interest in the above referenced bankruptcy case.

My address, telephone number, and email are as follows:

> Natalie D. Ramsey, Esq.
> Montgomery, McCracken, Walker & Rhoads, LLP
> 123 South Broad Street
> Philadelphia, PA 19109
> Phone (215) 772-1500
> nramsey@mmwr.com

2435847v1

The filing fee of $25.00 is being submitted with this Motion.

| | |
|---|---|
| Dated: June 9, 2009 | /s/ *Natalie D. Ramsey* <br> Natalie D. Ramsey <br> Montgomery, McCracken, Walker & Rhoads, LLP <br> 123 South Broad Street <br> Philadelphia, PA 19109 <br> Phone (215) 772-1500 <br> Fax (215) 772-7620 <br> nramsey@mmwr.com <br><br> *Attorneys for Steven Kazan, Esquire* |

2435847v1