**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
**GENERAL MOTORS CORP.**, *et al.*,                 :    09-50026 (REG)
                                                    :
            Debtors.                                :    (Jointly Administered)
                                                    :
---------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Natalie D. Ramsey, a member in good standing of the bars of the Commonwealth of Pennsylvania, the U.S. District Courts for the Eastern and Western Districts of Pennsylvania, and the Third Circuit Court of Appeals, having requested admission, *pro hac vice*, to represent Steven Kazan, Esquire, a party in interest in the above referenced bankruptcy case, and for good cause shown,

**IT IS HEREBY ORDERED**,

that Natalie D. Ramsey, is admitted to practice, *pro hac vice*, in the above referenced bankruptcy case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2009        _____
New York, New York                          **HON. ROBERT E. GERBER**
                                            **UNITED STATES BANKRUPTCY JUDGE**

2435861v1