MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP
Natalie D. Ramsey
123 South Broad Street
Philadelphia, PA 19109
(215) 772-1500

*Attorneys for Steven Kazan, Esquire*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|   |
| :--- |
| :    **Chapter 11 Case No.** |

**In re**                                                  :

                                                           :    **09-50026 (REG)**

**GENERAL MOTORS CORP., *et al.***        :

                                                           :    **(Jointly Administered)**

          **Debtors.**             :

                                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CERTIFICATE OF SERVICE OF
<u>MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*, AND PROPOSED ORDER</u>**

      I hereby certify that on this 9th day of June 2009, I electronically filed the foregoing

Motion of Natalie D. Ramsey, Esquire For Admission to Practice, *Pro Hac Vice*, and

accompanying proposed Order and caused each to be served on the service list for this case

attached hereto as Exhibit A via U.S. first-class mail, postage prepaid.


                     */s/ Joseph O'Neil, Jr* _____
                     Joseph O'Neil, Jr

2437504v1

EXHIBIT A

AFFINIA
DAVID OVERBEEKE, CEO
4400 PRIME PARKWAY
MCHENRY, IL  60050

AIRGAS, INC.
ATT: DAVID BOYLE, CONSULTANT TO LEGAL DEPT
259 RADNOR CHESTER ROAD
RADNOR, PA  19087

AK STEEL HOLDING CORP
ATTN: JEFFREY L ZACKERMAN
COMMERCIAL AFFAIRS COUNSEL
9227 CENTRE POINTE DRIVE
WESTCHESTER, OH  45069

ALIX PARTNERS LLP
ATTN: MICHELLE CAMPBELL
300 N LASALLE STREET
CHICAGO, IL  60654

ALLARD & FISH
ATT: DEBORAH L. FISH, ESQ.
2600 BUHL BLDG
535 GRISWOLD
DETROIT, MI  48226

ALPHA SA DE CV
AVENIDA GÓMEZ MORÍN NO. 1111 SUR
SAN PEDRO GARZA GARCÍA N.L
C.P. 66254 MEXICO

ALPHA SA DE CV
ATTN: MANUEL RIVERA, PRESIDENT & CEO
AVE GOMEZ MORIN 1111
COL. CARRIZALEJO GARZA GARCIA
NL CP66254 MEXICO

ALPINE ELECTRONICS OF AMERICA, INC.
ATT: CYNTHIA WOODRUFF-NEER, ESQ.
19145 GRAMERCY PLACE
TORRANCE, CA  90501

AMERICAN AXLE & MFG HOLDINGS INC
ATTN: MR. RICHARD DAUCH, CO FOUNDER, CHAIRMAN
ONE DAUCH DRIVE
DETROIT, MI  48211

ARCELOR MITTAL
19, AVENUE DE LA LIBERTE
LUXEMBOURG, L-2930 LUXEMBOURG

ARCELOR MITTAL
ATTN: LAKSHMI MITTAL, CEO
BERKLEY SQUARE HOUSE, 7TH FLOOR
LONDON, ENGLAND W1J6DA

ARENT FOX LLP
ATT: JAMES M. SULLIVAN, ESQ.
ATTY FOR SUPERIOR INDUSTRIES INTERNATIONAL, INC.
1675 BROADWAY
NEW YORK, NY  10019

ARENT FOX LLP
ATT: JAMES M. SULLIVAN, ESQ.
ATTY FOR TIMKEN COMPANY
1675 BROADWAY
NEW YORK, NY  10019

ARENT FOX LLP
ATT: MARY JOANNE DOWD, ESQ.
ATTY FOR TOYOTA BOSHOKU AMERICA, INC.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC  20036

ARENT FOX LLP
ATT: CHRISTOPHER GIAIMO, JEFFREY ROTHLEDER,
ANDREA CAMPBELL
ATTY FOR HARMAN BECKER AUTOMOTIVE SYSTEMS,
INC.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

ARNALL GOLDEN GREGORY LLP
ATT: DARRYL S. LADDIN & FRANK N. WHITE
ATTY FOR VERIZON COMMUNICATIONS INC.
171 17TH STREET, NW, SUITE 2100
ATLANTA, GA 30363

AT&T CORP
RICHARD G LINDNER CFO
208 S. AKARD ST
DALLAS, TX 75202

ATTORNEY GENERAL FOR THE STATE OF NEW YORK
ATT: NEAL S. MANN, ASSTISTANT ATTORNEY GENERAL
ATTY FOR NEW YORK STATE DEPARTMENT OF TAXATIO
AND FINANCE
120 BROADWAY - 24TH FLOOR
NEW YORK, NY 10271

ATTORNEY GENERAL FOR THE STATE OF TEXAS
ATT: MARK BROWNING, ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711

ATTORNEY GENERAL OF OHIO
ATT: VICTORIA D. GARRY, ASSISTANT ATTORNEY
GENERAL
COLLECTIONS & ENFORCEMENT
441 VINE STREET
1600 CAREW TOWER
CINCINNATI, OH 45202

ATTORNEY GENERAL OF STATE OF TEXAS
ATT: KIMBERLY A. WALSH, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711

AVIS RENTAL CAR
ATTN: ROBERT SALERNO, PRESIDENT
6 SYLVAN WAY
PARSIPPANY, NJ 07054

BANK OF NEW YORK MELLON
ATTN: GREGORY KINDER
ONE WALL STREET
NEW YORK, NY 10286

BANK OF NEW YORK MELLON
ATTN: GREGORY KINDER
GLOBAL CORPORATE TRUST
101 BARCLAY, 7W
NEW YORK, NY 10286

BARNES & THORNBURG LLP
ATT: JOHN T. GREGG, ESQ.
ATTY FOR CONTINENTAL
171 MONROE AVENUE, NW, SUITE 1000
GRAND RAPIDS, MI 49503

BARTLETT HACKETT FEINBERG P.C.
ATT: FRANK F. MCGINN, ESQ.
ATTY FOR IRON MOUNTAIN INFORMATION
MANAGEMENT, INC.
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110

BASF
DR. KURT BOCK, CHAIRMAN AND CEO
100 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

BECKER GLYNN MELAMED & MUFFLY LLP
ATT: CHESTER B. SALOMON, ESQ.
ATTY FOR FACTORY MOTOR PARTS COMPANY
299 PARK AVENUE, 16TH FLOOR
NEW YORK, NY 10171

BERGER SINGERMAN, P.A.
ATT: ARTHUR J. SPECTOR, ESQ.
ATTY FOR SCI, LTD.
350 E. LAS OLAS BOULEVARD
10TH FLOOR
FORT LAUDERDALE, FL 33301

BINGHAM MCCUTCHEN LLP
ATT ROBERT DOMBROFF & JEFFREY SABIN, ESQ.
ATTY FOR DEUTSCHE BANK AG
399 PARK AVENUE
NEW YORK, NY 10022

BLANK ROME LLP
ATT: MARC E. RICHARDS, ESQ.
ATTY FOR DENSO INTERNATIONAL AMERICA AND DENSO
SALES CALIFORNIA
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

BLUE CROSS AND BLUE SHIELD OF MICHIGAN
ATT: JEFFREY RUMLEY, ASSISTANT GENERAL COUNSEL
600 LAFAYETTE EAST #1925
DETROIT, MI 48226

BOB HASTINGS BUICK GMC, INC.
ATT: DAVID P. STOETZEL
800 PANORAMA TRAIL SOUTH
ROCHESTER, NY 14625

BRAYTON PURCELL LLP
ATT: ALAN R. BRAYTON, CHRISTINA C. SKUBIC,
MATTHEW B. LEE
ATTY FOR CERTAIN ASBESTOS CLAIMANTS
222 RUSH LANDING ROAD
NOVATO, CA 94945

BRIDGESTONE CORP
535 MARRIOT DRIVE
NASHVILLE, TN 37214

BRIDGESTONE CORP
ATTN: MR. SHOSHI ARAKAWA, CHAIRMAN
10-1 KYOBASHI 1-CHROME CHUOKU
TOKYO JAPAN 104

BRIGGS AND MORGAN P.A.
ATT: JOHN R. MCDONALD, ESQ.
ATTY FOR FACTORY MOTOR PARTS COMPANY
2200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN 55402

BROWN & CONNERY, LLP
ATT: KENNETH J. SCHWEIKER, JR., ESQ.
ATTY FOR SAP AMERICA, INC.
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BURR & FORMAN LLP
ATT: D. CHRISTOPHER CARSON & JENNIFER B. KIMBLE
ATTY FOR GESTAMP
420 NORTH 20TH STREET, SUITE 3400
BIRMINGHAM, AL 35203

BUSH FEYFERTH & PAIGE PLLC
ATT: SCOTT A. WOLFSON, ESQ.
ATTY FOR GUARDIAN INDUSTRIES CORP.
3001 W. BIG BEAVER ROAD, SUITE 600
TROY, MI 48084

BUSH SEYFERTH & PAIGE PLLC
ATT: SCOTT A. WOLFSON, ESQ.
ATTY FOR LEN INDUSTRIES, INC.
3001 W. BIG BEAVER ROAD, SUITE 600
TROY, MI 48084

BUSH SEYFERTH & PAIGE PLLC
ATT: SCOTT A. WOLFSON, ESQ.
ATTY FOR MITSUBISHI ELECTRIC AUTOMOTIVE
AMERICA, INC.
3001 W. BIG BEAVER ROAD, SUITE 600
TROY, MI 48084

CADWALADER, WICKERSHAM & TAFT LLP
ATT: JOHN J. RAPISARDI, ESQ.
ATTY FOR UNITED STATES OF AMERICA
ONE WORLD FINANCIAL CENTER
NEW YORK, NY  10281

CAP GEMENI AMERICA INC
ATTN: THIERRY DELAPORTE, CFO
623 FIFTH AVENUE
33RD FL
NEW YORK, NY  10022

CASSELS BROCK
ATT: MICHAEL WEINCZOK
2100 SCOTIA PLAZA - 40 KING STREET WEST
TORONTO, ON M5H 3C2
CANADA

CHARLES CLARK CHEVROLET CO.
P.O. BOX 520
MCALLEN, TX  78505

CHEMICO SYSTEMS
LEON C. RICHARDSON, PRESIDENT
10 W.HURON, SUITE 300
PONTIAC, MI  48342

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATT: JAMES L. BROMLEY, ESQ.
ATTY FOR UAW
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATT: SEAN A. O'NEAL, ESQ.
ATTY FOR THE INTERPUBLIC GROUP OF COMPANIES, INC.
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLIFFORD CHANCE US LLP
ATT: ANDREW BROZMAN & SARAH CAMPBELL, ESQ.
31 WEST 52ND STREET
NEW YORK, NY  10019

COBASYS
MR. TOM NESLAGE, PRESIDENT & CEO
3740 LAPEER RD. SOUTH
ORION, MI  48359

COHEN WEISS AND SIMON LLP
ATT: BABETTE A. CECCOTTI, ESQ.
ATTY FOR UAW
330 WEST 42ND STREET
NEW YORK, NY  10036

COHEN, WEISS AND SIMON LLP
ATT: BABETTE A. CECCOTTI, ESQ.
ATTY FOR INTERNATIONAL UNION, UAW
330 WEST 42ND STREET
NEW YORK, NY  10036

CONTINENTAL AG
VAHRENWALDER STR 9
D-30165 HANOVER GERMANY

CONTINENTAL AG
ATTN: MR. KARL-THOMAS NEUMANN
GUERICKESTRASSE 7
60488 FRANKFURT GERMANY

COOLIDGE WALL CO., L.P.A.
ATT: RONALD S. PRETEKIN, ESQ.
ATTY FOR HARCO MANUFACTURING GROUP LLC
33 WEST FIRST STREET, SUITE 600
DAYTON, OH  45402

CSX CORP
OSCAR MUNOZ CFO
500 WATER STREET, 15TH FLOOR
SPEED CODE C900
JACKSONVILLE, FL  32202

CUMMINGS & LOCKWOOD LLC
ATT: JOHN F. CARBERRY, ESQ.
ATTY FOR EMIGRANT BUSINESS CREDIT CORP
SIX LANDMARK SQUARE
STAMFORD, CT  06901

DANA HOLDING COMPANY
ATT: LISA WURSTER
4500 DORR STREET
TOLEDO, OH  43615

DANIEL W. SHERRICK, GENERAL COUNSEL
8000 EAST JEFFERSON AVE
DETROIT, MI  48214

DAVIS POLK & WARDWELL
ATT: DONALD S. BERNSTEIN & MARSHALL S. HUEBNER
ATTY FOR FORD MOTOR COMPANY
450 LEXINGTON AVENUE
NEW YORK, NY  10017

DEBEVOISE & PLIMPTON LLP
ATT: RICHARD F. HAHN, ESQ.
ATTY FOR THE HERTZ CORPORATION
919 THIRD AVENUE
NEW YORK, NY  10022

DELPHI CORP
ATTN: MR. RODNEY O'NEAL CHIEF EXECUTIVE OFFICER
5725 DELPHI DRIVE
TROY, MI  48098

DENSO CORP
ATTN MR. HARUYA MARUYAMA, PRESIDENT & CEO
24777 DENSO DRIVE
SOUTHFIELD, MI  48086

DEPARTMENT OF LABOR
ATTN: DEPUTY SOLICITOR OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON, DC  20201

DEPARTMENT OF THE TREASURY
ATTN: OFFICE OF GENERAL COUNSEL
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20220

DEUTSCHE BANK AG
ATTN: STUART HARDING
1 GREAT WINCHESTER ST
LONDON EC2N 2DB ENGLAND

DICKINSON WRIGHT PLLC
ATT: MICHAEL C. HAMMER, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI  48104

DICKINSON WRIGHT PLLC
ATT: DAWN R. COPLEY, ESQ.
ATTY FOR JOHNSON CONTROLS
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI  48226

DICKINSON WRIGHT PLLC
ATT: KERRY MASTERS EWALD, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN  37219

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
ATTY FOR MAGNA INTERNATIONAL, INC.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI  48226

DICKINSON WRIGHT PLLC
ATT: DAWN R. COPLEY, ESQ.
ATTY FOR MAGNA INTERNATIONAL, INC.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI  48226

DICKINSON WRIGHT PLLC
ATT: KERRY MASTERS EWALD, ESQ.
ATTY FOR MAGNA INTERNATIONAL
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN  37219

DICKINSON WRIGHT PLLC
ATT: COLLEEN M. SWEENEY, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN  37219

DICKINSON WRIGHT PLLC
ATT: COLLEEN M. SWEENEY, ESQ,
ATTY FOR MAGNA INTERNATIONAL, INC.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN  37219

DICKINSON WRIGHT PLLC
ATT: DORON YITZCHAKI, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI  48101

DICKINSON WRIGHT PLLC
ATT: DORON YITZCHAKI, ESQ.
ATTY FOR MAGNA INTERNATIONAL, INC.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI  48101

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
ATTY FOR VISTEON CORPORATION
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI  48226

DICKINSON WRIGHT PLLC
ATT: MICHAEL C. HAMMER, ESQ.
ATTY FOR VISTEON CORPORATION
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI  48104

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
ATTY FOR SUMITOMO ELECTRIC WIRING SYSTEMS, INC.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI  48226

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
ATTY FOR ADVICS NORTH AMERICA, INC.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI  48226

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
ATTY FOR AISIN HOLDINGS OF AMERICA, INC.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
ATTY FOR YAZAKI NORTH AMERICA, INC.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226

DICKINSON WRIGHT PLLC
ATT: MICHAEL C. HAMMER, ESQ.
ATTY FOR SUMITOMO ELECTRIC WIRING SYSTEMS, INC.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104

DICKINSON WRIGHT PLLC
ATT: MICHAEL C. HAMMER, ESQ.
ATTY FOR ADVICS NORTH AMERICA, INC.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104

DICKINSON WRIGHT PLLC
ATT: MICHAEL C. HAMMER, ESQ.
ATTY FOR AISIN HOLDINGS OF AMERICA, INC.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104

DICKINSON WRIGHT PLLC
ATT: MICHAEL C. HAMMER, ESQ.
ATTY FOR YAZAKI NORTH AMERICA, INC.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
ATTY FOR NILES AMERICA WINTECH
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
ATTY FOR RHYTHM NORTH AMERICA
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
ATTY FOR YOROZU AMERICA CORPORATION
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
ATTY FOR DEALER SERVICES GROUP, A DIVISION OF AD:
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226

DICKINSON WRIGHT PLLC
ATT: MICHAEL C. HAMMER, ESQ.
ATTY FOR RHYTHM NORTH AMERICA
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104

DICKINSON WRIGHT PLLC
ATT: MICHAEL C. HAMMER, ESQ.
ATTY FOR YOROZU AMERICA CORPORATION
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104

DICKINSON WRIGHT PLLC
ATT: MICHAEL C. HAMMER, ESQ.
ATTY FOR NILES MAERICA WINTECH
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104

DICKINSON WRIGHT PLLC
ATT: MICHAEL C. HAMMER, ESQ.
ATTY FOR DEALER SERVICES GROUP, A DIV OF ADP
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104

DICKINSON WRIGHT, PLLC
ATT: JAMES A. PIEMMONS, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI  48226

DICKINSON WRIGHT, PLLC
ATT: MICHAEL C. HAMMER, ESQ.
ATTY FOR MAGNA INTERNATIONAL, INC.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI  48104

DICONZA LAW P.C.
ATT: GERARD DICONZA, ESQ.
ATTY FOR ARCADIS U.S., INC.
630 THIRD AVENUE, 7TH FLOOR
NEW YORK, NY  10017

DOW AUTOMOTIVE
MR. PETER SYKES, PRESIDENT
2-2-24 HIGASHI-SHINAGAWA
SHINAGAWA-KU, TOKYO 140-8617

DUPONT
ELLEN J. KULLMAN, CEO
1007 MARKET STREET
WILMINGTON, DL  19898

DURA AUTOMOTIVE
TIM LEULIETTE, CHAIRMAN
2791 RESEARCH DRIVE
ROCHESTER HILLS, MI  48309

DYNAMIC MANUFACTURING
MRS. MARY PARTIPILO, CEO
1930 N. MANNHEIM ROAD
MELROSE PARK, IL  60160

ENTERGY SERVICES, INC
ATT: ALAN H. KATZ, ASSISTANT GENERAL COUNSEL
639 LOYOLA AVENUE, 26TH FLOOR
NEW ORLEANS, LA  70113

ENTERPRISE RENT A CAR
6929 N LAKEWOOD AVE SUITE 100
TULSA, OK  74117

ENTERPRISE RENT A CAR
ATTN: MR. GEORGE STUBBLEFILED, PRESIDENT
600 CORPORATE PARK DRIVE
ST. LOUIS, MO  63105

EXXON MOBIL CORP
5959 LAS COLINAS BOULEVARD
IRVING, TX  75039

EXXON MOBIL CORP
JAMES P. HENNESSY EM GLOBAL EXECUTIVE
3225 GALLOWS ROAD
FAIRFAX, VA  22037

FACTORY MOTOR PARTS COMPANY
1380 CORPORATE CENTER CURVE
EAGAN, MN  55121

FARELLA BRAUN & MARTEL LLP
ATT: NEIL A. GOTEINER, ESQ.
ATTY FOR GENERAL MOTORS RETIREES ASSOCIATION
235 MONTGOMERY STREET, 17TH FLOOR
SAN FRANCISCO, CA  94104

FLEX-N-GATE CORP
ATTN: MR SHAHID KHAN, CEO
1306 EAST UNIVERSITY
URBANA, IL  61802

FMR CORP
ROBERT J CHERSI CFO
82 DEVONSHIRE ST
BOSTON, MA  02109

FREEBORN & PETERS LLP
ATT: AARON L. HAMMER & THOMAS R. FAWKES
ATTY FOR PGW, LLC
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606

FREEBORN & PETERS LLP
ATT: AARON L. HAMMER & THOMAS R. FAWKES
ATTY FOR TRICO CORPORATION
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606

GENERAL PHYSICS CORP
1500 W BIG BEAVER RD
TROY, MI  48084

GENERAL PHYSICS CORP
ATTN: MS SHARON ESPOSITO
6095 MARSHALEE DR
SUITE 300
ELKRIDGE, MD  21075

GIBBONS P.C.
ATT: DAVID N. CRAPO, ESQ.
ATTY FOR J.D. POWER AND ASSOCIATES
ONE GATEWAY CENTER
NEWARK, NJ  07102

GIBSON, DUNN & CRUTCHER LLP
ATT: DAVID M. FELDMAN, ESQ.
ATTY FOR WILMINGTON TRUST COMPANY
200 PARK AVENUE
NEW YORK, NY  10166

GIBSON, DUNN & CRUTCHER LLP
ATT: MATTHEW J. WILLIAMS, ESQ.
ATTY FOR WILMINGTON TRUST COMPANY
200 PARK AVENUE
NEW YORK, NY  10166

GOLENBOCK EISMAN ASSOR BELL & PESKOE LLP
ATT: JONATHAN L. FLAXER, DOUGLAS L. FURTH,
ANTHONY M. VASSALLO
437 MADISON AVENUE
NEW YORK, NY  10022

GOODYEAR TIRE & RUBBER CO
ROBERT KEEGAN CHAIRMAN, CEO & PRES
1144 E MARKET ST
AKRON, OH  44316

GORLICK, KRAVITZ & LISTHAUS, P.C.
ATT: BARBARA S. MEHLSACK, ESQ.
ATTY FOR INTERNAT'L UNION OF OPERATING ENGINEER
17 STATE STREET, 4TH FLOOR
NEW YORK, NY  10004

GOULSTON & STORRS, P.C.
ATT: DOUGLAS B. ROSNER, ESQ.
ATTY FOR 767 FIFTH PARTNERS LLC AND BP/CGCENTER I
LLC
400 ATLANTIC AVENUE
BOSTON, MA  02110

GOULSTON & STORRS, P.C.
ATT: GREGORY O. KADEN, ESQ.
ATTY FOR 767 FIFTH PARTNERS AND BP/CGCENTER I LLC
400 ATLANTIC AVENUE
BOSTON, MA  02110

HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
39001 WEST 12 MILE ROAD
FARMINGTON HILLS, MI  48331

HARTER SECREAT & EMERY LLP
ATT: RAYMOND L. FINK, ESQ.
ATTY FOR TEAM CHEVROLET, INC.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY  14202

HARTER SECREST & EMERY LLP
ATT: KENNETH W. AFRICANO & RAYMOND L. FUNK
ATTY FOR PADDOCK CHEVROLET, INC.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY  14202

HARTER SECREST & EMERY LLP
ATT: JOHN WEIDER & INGRIDE PALERMO
ATTY FOR PADDOCK CHEVROLET, INC.
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY  14606

HARTER SECREST & EMERY LLP
ATT: JON AHO, WILLIAM KREIENBERG, JOHN WEIDER,
INGRID PALERMO
ATTY FOR THE VALLEY CADILLAC CORPORATION
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604

HARTER SECREST & EMERY LLP
ATT: RAYMOND L. FINK, ESQ.
ATTY FOR THE VALLEY CADILLAC CORPORATION
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY  14202

HARTER SECREST & EMERY LLP
ATT: JON AHO, WILLIAM KREIENBERG, JOHN WEIDER,
INGRID PALERMO
ATTY FOR TEAM CHEVROLET, INC.
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY  14604

HARTER SECREST & EMERY LLP
ATT: JON AHO, WILLIAM KREIENBERG, JOHN WEIDER,
INGRID PALERMO
ATTY FOR SATURN OF ROCHESTER, INC.
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY  14604

HARTER SECREST & EMERY LLP
ATT: RAYMOND L. FINK, ESQ.
ATTY FOR SATURN OF ROCHESTER, INC.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY  14202

HARTER SECREST & EMERY LLP
ATT:JON AHO, WILLIAM KREIENBERG, JOHN WEIDER,
INGRID PALERMO
ATTY FOR JIM BARNARD CHEVROLET, INC.
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY  14604

HARTER SECREST & EMERY LLP
ATT: RAYMOND L. FINK, ESQ.
ATTY FOR JIM BARNARD CHEVROLET, INC.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY  14202

HARTER SECREST & EMERY LLP
ATT: JON AHO, WILLIAM KREIENBERG, JOHN WEIDER,
INGRID PALERMO
ATTY FOR BOB HASTINGS BUICK GMC, INC.
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY  14604

HARTER SECREST & EMERY LLP
ATT: RAYMOND L. FINK, ESQ.
ATTY FOR BOB HASTINGS BUICK GMC, INC.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY  14202

HARTER SECREST & EMERY LLP
ATT: JON AHO, WILLIAM KREIENBERG, JOHN WEIDER,
INGRID PALERMO
ATTY FOR MIKE BARNARD CHEVROLET CADILLAC BUIC
PONTIAC GMC, INC.
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY  14604

HARTER SECREST & EMERY LLP
ATT: RAYMOND L. FINK, ESQ.
ATTY FOR MIKE BARNARD CHEVROLET CADILLAC BUICK
PONTIAC GMC, INC.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY  14202

HAYNES AND BOONE LLP
ATT: JONATHAN HOOK, ESQ.
ATTY FOR AIRGAS, INC.
1221 AVENUE OF THE AMERICAS
NEW YORK, NY  10020

HAYNES AND BOONE LLP
ATT: PATRICK L. HUGHES & PETER C. RUGGERO
ATTY FOR AIRGAS, INC.
1221 MCKINNEY, SUITE 2100
HOUSTON, TX  77010

HERRICK, FEINSTEIN LLP
ATT: STEPHEN B. SELBST & PAUL RUBIN
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS,
LLC
2 PARK AVENUE
NEW YORK, NY  10016

HERTZ CORPORATION
14501 HERTZ QUAIL SPRINGS PARKWAY
OKLAHOMA CITY, OK  73134

HERTZ CORPORATION
ATTN: MS. ELYSE DOUGLAS CFO
225 BRAE BOULEVARD PARK
RIDGE, NJ  07656

HESS CORPORATION
ATT: ELIZABETH ANNE CARINI CURRENTI, ESQ.
1 HESS PLAZA
WOODBRIDGE, NJ  07095

HEWLETT PACKARD CO
3000 HANOVER ST
PALO ALTO, CA  94304

HEWLETT PACKARD CO
MIKE NEFKENS, VP
500 RENAISSANCE CENTER
MC:20A
DETROIT, MI  48243

HEWLETT -PACKARD DEVELOPMENT COMPANY, L.P.
MIKE NEFKENS, VICE PRESIDENT
500 RENAISSANCE CENTER, MC:20A
DETROIT, MI  48243

HINCKLEY, ALLEN & SNYDER LLP
ATT: THOMAS CURRAN, PAUL O'DONNELL & JENNIFER
DORAN
ATTY FOR DAVE DELANEY'S COLUMBIA BUICK PONTIAC
GMAC CO
28 STATE STREET
BOSTON, MA  02109

HITACHI LTD
955 WARWICK ROAD
PO BOX 510
HARRODSBURG, KY  40330

HITACHI LTD
ATTN MR. YASUHIKO HONDA CEO
AKIHABARA DAIBIRU BUILDING
18-13, SOTO-KANDA, 1-CHROME
CHIYODA-KU, TOKYO, JAPAN 101-8608

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATT: ROBERT B. WEISS, ESQ.
ATTY FOR GENERAL MOTORS CORPORATION
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI  48226

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATT: TRICIA A. SHERICK, ESQ.
ATTY FOR GENERAL MOTORS CORPORATION
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATT: JOSEPH R. SGROI, ESQ.
ATTY FOR GENERAL MOTORS CORPORATION
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226

HSS/SAGINAW
MR. ERIC LARSON, COO
5446 DIXIE HIGHWAY
SAGINAW, MI 48601

HUNTER & SCHANK CO., LPA
ATT: JOHN J. HUNTER, JR., ESQ.
ATTY FOR ZF FRIEDRICHSHAFEN AG
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH 43604

INDUSTRY CANADA, LEGAL SERVICES
ATT: ANNE BOUDREAU
235 QUEEN STREET
OTTAWA, ON K1A OH5
CANADA

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
290 BROADWAY
NEW YORK, NY 10007

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
P.O. BOX 21126
PHILADELPHIA, PA 19114

INTERNATIONAL AUTOMOTIVE COMPONENTS
JAMES KAMSICKAS, PRESIDENT AND CEO
5300 AUTO CLUB DRIVE
DEARBORN, MI 48126

INTERNATIONAL UNION OF ELECTRIC, SALARY, MACHINE
AND FURNITURE WORKERS
3461 OFFICE PARK DR
KETTERING, OH 45439

INTERNATIONAL UNION OF ELECTRIC, SALARY, MACHIN
AND FURNITURE WORKERS
JIM CLARK/ PETER MITCHELL
2701 DRYDEN ROAD
DAYTON, OH 45439

INTERNATIONAL UNION OF OPERATING ENGINEERS
ATT: RICHARD GRIFFIN, GENERAL COUNSEL
1125 SEVENTEENTH STREET, NW
WASHINGTON, DC 20036

INTERNATIONAL UNION, UAW
ATT: DANIEL W. SHERRICK & NIRAJ R. GANATRA - LEGAL
DEPT
8000 EAST JEFFERSON AVENUE
DETROIT, MI 48124

INTERNATIONAL UNION, UAW
ATT: DANIEL SHERRICK & NIRAJ GANATRA, LEGAL DEPT.
ATTY FOR INTERNATIONAL UNION, UAW
8000 EAST JEFFERSON AVENUE
DETROIT, MI 48214

INTERPUBLIC GROUP OF COMPANIES INC
MR. MICHAEL ROTH, CEO
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

JIM BARNARD CHEVROLET, INC.
ATT: ALLYN BARNARD, PRESIDENT
7107 BUFFALO ROAD
CHURCHVILLE, NY  14428

JOHNSON CONTROLS INC
ATTN: MR. STEPHEN A. ROELL, CHAIRMAN
5757 N. GREEN BAY AVENUE
GLENDALE, WI  53209

JOHNSON, HEARN, VINEGAR, GEE & GLASS, PLLC
ATT: JEAN WINBORNE BOYLES, ESQ.
ATTY FOR D 7 J AUTOMOTIVE, LLC
P.O. BOX 1776
RALEIGH, NC  27602

JONES LANG LASALLE INC
ATTN: MR COLIN DRYER
200 EAST RANDOLPH DRIVE
CHICAGO, IL  60601

JTEKT AUTOMOTIVE
MOTOHIKO YOKOYAMA, CEO
15TH FLOOR MIDLAND SQUARE, 4-7-1 MEIEKI
NAGOYA HEAD OFFICE
NAKAMURA-KU, NAGOYA, JAPAN, 450-8515

K&L GATES LLP
ATT: JEFFREY N. RICH & ERIC T. MOSER, ESQ.
ATTY FOR PPG INDUSTRIES, INC.
599 LEXINGTON AVENUE
NEW YORK, NY  10022

KAYE SCHOLER LLP
ATT: RICHARD G. SMOLEV & LAUREN ATTARD
ATTY FOR PHILLIP MORRIS CAPITAL CORP
425 PARK AVENUE
NEW YORK, NY  10022

KELLEY & FERRARO, LLP
ATT: THOMAS M. WILSON, ESQ.
ATTY FOR ASBESTOS CLAIMANTS
2200 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH  44114

KELLEY DRYE & WARREN, LLP
ATT: JAMES S. CARR & JORDAN A. BERGMAN
ATTY FOR BP CANADA ENERGY MARKETING AND BP
ENERGY CO
101 PARK AVENUE
NEW YORK, NY  10178

KEM KREST
AMISH SHAH. CEO
1919 SUPERIOR ST.
ELKHART, IN  46515

KENNEDY JENNIK & MURRAY P.C.
ATT: THOMAS M. KENNEDY & SUSAN M. JENNIK, ESQ.
ATTY FOR IUE-CWA
113 UNIVERSITY PLACE, 7TH FLOOR
NEW YORK, NY  10003

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M  KENNEDY, ESQ.
113 UNIVERSITY PLACE
NEW YORK, NY  10003

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNICK, ESQ.
113 UNIVERSITY PLACE
NEW YORK, NY  10003

KENNEDY, JENNIK & MURRAY P.C.
ATTN: LARRY MAGARIK, ESQ.
113 UNIVERSITY PLACE
NEW YORK, NY  10003

KILPATRICK & ASSOCIATES, P.C.
ATT: RICHARDO I. KILPATRICK & LEONORA K.
BAUGHMAN
ATTY FOR OAKLAND COUNTY TREASURER
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI  48326

KILPATRICK & ASSOCIATES, P.C.
ATT: RICHARDO I. KILPATRICK & LEONORA K.
BAUGHMAN
ATTY FOR WAYNE COUNTY TREASURER
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI  48326

KILPATRICK & ASSOCIATES, P.C.
ATT: RICHARDO I. KILPATRICK & LEONORA K.
BAUGHMAN
ATTY FOR HEIDTMAN STEEL PRODUCTS, INC.
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI  48326

KILPATRICK & ASSOCIATES, P.C.
ATT: RICHARDO I. KILPATRICK & LEONORA K.
BAUGHMAN
ATTY FOR HOEGH AUTOLINERS, AS
615 GRISWOLD, SUITE 1004
DETROIT, MI  48226

KNAPP CHEVROLET
815 HOUSTON AVENUE
HOUSTON, TX  77007

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATT: GABRIEL DEL VIRGINIA, ESQ.
ATTY FOR HESS CORPORATION
641 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NY  10022

LAW OFFICES OF ROBERT E. LUNA, P.C.
ATT: ANDREA SHEEHAN, ESQ.
ATTY FOR CARROLLTON FARMERS BRANCH ISD &
LEWISVILLE ISD
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX  75205

LEAR CORP
MR. ROBERT ROSSITER
21557 TELEGRAPH ROAD
SOUTHFIELD, MI  48033

LEVY RATNER P.C.
ATT: SUZANNE HEPNER, RYAN J. BARBUR & ROBERT H.
STROUP
ATTY FOR UNITED STEELWORKERS
80 EIGHTH AVENUE, 8TH FLOOR
NEW YORK, NY  10011

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATT: ELIZABETH WELLER, ESQ.
ATTY FOR TARRANT COUNTY & DALLAS COUNTY
2323 BRYAN STREET, SUITE 1600
DALLAS, TX  75201

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATT: MICHAEL S. LIEB, ESQ.
ATTY FOR TENIBAC-GRAPHION, INC.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI  48034

MAGNA INTERNATIONAL INC
ATTN: MR. DON WALKER, CEO
337 MAGNA DRIVE
AURORA, ON L4G 7K1 CANADA

MANDO CORP.
4201 NORTHPARK DR
OPELIKA, AL  36801

MANDO CORP.
ATTN: ZUNG SU BYUN, CEO
343-1, MANHO-RE, POSEUNGMYON
PYONGTACK KYONGGI, SOUTH KOREA

MANUFACTURERS EQUIPMENT & SUPPLY CO
GREG M GRUIZENGA, PRESIDENT
2401 LAPEER RD
FLINT, MI  48503

MARITZ INC
ATTN: MR.STEVE MARTIZ, CEO
1375 NORTH HIGHWAY DRIVE
FENTON, MO  63099

MCCANN ERICKSON
238 11 AVENUE, SE
CALGARY, ALBERTA T2G 0X8

MCCANN ERICKSON
ATTN: MR. GARY LEE, CFO
622 3RD AVENUE
NEW YORK, NY  10017

MCCREARY VEDELKA BRAGG & ALLEN, P.C.
ATT: MICHAEL REED, ESQ.
ATTY FOR LOCAL TEXAS TAXING AUTHORITIES
P.O. BOX 1269
ROUND ROCK, TX  78680

MCKENNA LONG & ALDRIDGE LLP
ATT: CHRISTOPHER F. GRAHAM, ESQ.
ATTY FOR INDUSTRY CANADA
230 PARK AVENUE
NEW YORK, NY  10169

MCKENNA LONG & ALDRIDGE LLP
ATT: JESSICA H. MAYES, ESQ.
ATTY FOR INDUSTRY CANADA
230 PARK AVENUE
NEW YORK, NY  10169

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATT: HANAN B. KOLKO, ESQ.
ATTY FOR CLASS REPRESENTATIVES
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY  10018

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATT: EDWARD LOBELLO, ALAN MARDER. JIL MAZER-
MARINO, J. RANDO CRISTIANO
ATTY FOR CLASS REPRESENTATIVES
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY  11530

MICHAEL S. HOLMES, P.C.
ATT: MICHAEL S. HOLMES, ESQ.
ATTY FOR OAKS L-M, INC.
8100 WASHINGTON AVENUE, SUITE 120
HOUSTON, TX  77007

MIKE BARNARD CHEVROLET CADILLAC BUICK PONTIAC
GMC, INC.
ATT: MICHAEL E. BARNARD, PRESIDENT
616 THAYER ROAD
FAIRPORT, NY  14450

MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, P.C.
ATT: PAUL J. RICOTTA, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA  02111

MISSOURI DEPARTMENT OF REVENUE
ATT: STEVEN A. GINTHER, ESQ.
ATTY FOR MISSOURI DEPARTMENT OF REVENUE,
BANKRUPTCY UNIT
P.O. BOX 475
JEFFERSON CITY, MO  65105

MOORE & VAN ALLEN PLLC
ATT: CYNTHIA JORDAN LOWERY, ESQ.
ATTY FOR HAGEMEYER N.A.
40 CALHOUN STREET, SUITE 300
POST OFFICE BOX 22828
CHARLESTON, SC  29413

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  RICHARD S. TODER, ESQ.
101 PARK AVENUE
NEW YORK, NY  10178

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  ANDREW D GOTTFRIED, ESQ.
101 PARK AVENUE
NEW YORK, NY  10178

MORRISON COHEN LLP
ATT: JOSEPH T. MOLDOVAN & MICHAEL R. DAL LAGO
ATTY FOR BLUE CROSS BLUE SHIELD OF MICHIGAN
909 THIRD AVENUE
NEW YORK, NY  10022

MOTLEY RICE LLC
ATT: JEANETTE M. GILBERT, JOSEPH F. RICE, JOHN A.
BADEN
ATTY FOR ASBESTOS TORT CLAIMANTS
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC  29464

MUNSCH HARDT KOPF & HARR, P.C.
ATT: RAYMOND J. URBANIK, ESQ.
ATTY FOR COMPUTER SCIENCES CORPORATION
3800 LINCOLN PLAZA
500 N. AKARD STREET
DALLAS, TX  75201

NEW YORK CITY DEPT. OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS ST- 3RD FLOOR
BROOKLYN, NY  11201

NEW YORK STATE DEPT TAXATION & FINANCE
ATTN: BANKRUPTCY/SPECIAL PROC. SECT.
PO BOX 5300
ALBANY, NY  12205

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
120 BROADWAY
NEW YORK, NY  10271

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: BRIAN MATSUMOTO
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY  10004

OHIO ATTORNEY GENERAL
ATT: MICHELLE T. SUTTER, PRINCIPAL ASST. ATTORNEY
GENERAL
ATTY FOR OHIO ENVIRONMENTAL PROTECTION AGENCY
ENVIRONMENTAL ENFORCEMENT SECTION
30 E. BROAD STREET, 25TH FLOOR
COLUMBUS, OH  43215

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: ROGER FRANKEL, ESQ
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC  20005

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: RICHARD H WYRON, ESQ.
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC  20005

ORRICK HERRINGTON & SUTCLIFFE LLP
ATT: ROGER FRANKEL & RICHARD H. WYRON
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, DC  20005

ORRICK HERRINGTON & SUTCLIFFE LLP
ATT: LORRAINE MCGOWEN, ALYSSA ENGLUND,
COURTNEY ROGERS
ATTY FOR UNOFFICIAL GM DEALERS COMMITTEE
666 FIFTH AVENUE
NEW YORK, NY  10103

OTTERBOURG STEINDLER HOUSTON & ROSEN PC
ATTN: DANIEL WALLEN, ESQ, JONATHAN N. HELFAT, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATT: DANIEL WALLEN, MELANIE CYGANOWSKI,
JONATHAN HELFAT, STEVEN SOL
ATTY FOR GMAC
230 PARK AVENUE
NEW YORK, NY 10169

PADDOCK CHEVROLET, INC.
ATT: DUANE PADDOCK, PRESIDENT
3232 DELAWARE AVENUE
KENMORE, NY 14217

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATT: ALAN W. KORNBERG, REBECCA ZUBATY & IAN
POHL, ESQ.
ATTY FOR DANA HOLDING COMPANY
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATT: ALAN W. KORNBERG & JONATHAN T. KOEVARY,
ESQ.
ATTY FOR ENTERPRISE RENT-A-CAR COMPANY
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATT: HARVEY A. STRICKON, ESQ.
ATTY FOR ROLLS-ROYCE
75 EAST 55TH STREET
NEW YORK, NY 10022

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATT: ANDREW ROSENBERG, BRIAN HERMANN,
MARGARET PHILLIPS, M. SCHECK
ATTY FOR INFORMAL GROUP OF HOLDERS OF GM
UNSECURED NOTES
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005

PENSKE LOGISTICS
MR. TERRY MILLER, CEO
PO BOX 563
READING, PA 19603

PEPPER HAMILTON LLP
ATT: DENNIS S. KAYE & DEBORAH KOVSKY-APAP
ATTY FOR VALEO SYLVANIA LLC
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243

PEPPER HAMILTON LLP
ATT: DENNIS S. KAYES & DEBORAH KOVSKY-APAP
ATTY FOR URBAN SCIENCE APPLICATIONS, INC.
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243

PEPPER HAMILTON LLP
ATT: DENNIS S. KAYES & DEBORAH KOVSKY-APAP, ESQ.
ATTY FOR PILKINGTON NORTH AMERICA, INC.
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243

PEPPER HAMILTON LLP
ATT: HENRY J. JAFFE & JAMES C. CARIGNAN
HERECULES PLAZA, SUITE 5100
1313 MARKET STREET
P.O. BOX 1709
WILMINGTON, DE 19899

PEPPER-HAMILTON LLP
ATT: DENNIS S. KAYES & DEBORAH KOVSKY-APAP
ATTY FOR OSRAM SYLVANIA PRODUCTS, INC.
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243

PERDUE BRANDON FIELDER COLLINS & MOTT, L.L.P.
ATT: ELIZABETH BANDA, ESQ.
ATTY FOR ARLINGTON ISD
P.O. BOX 13430
ARLINGTON, TX 76094

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATT: RICHARD EPLING, KAREN B. DINE & ERICA E. CARRIG
ATTY FOR PSEG RESOURCES LLP
1540 BROADWAY
NEW YORK, NY 10036

PLUNKETT COONEY
ATT: DAVID A. LERNER, ESQ.
ATTY FOR G-TECH PROFESSIONAL STAFFING, INC.
38505 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

PORZIO BROMBERG & NEWMAN P.C.
ATT: JOHN MAIRO, ROBERT SCHECHTER
ATTY FOR RAUFOSS AUTOMOTIVE COMPONENTS CANADA
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962

POTTER ANDERSON & CORROON LLP
ATT: DAVID BALDWIN, THERESA BROWN-EDWARDS, R. STEPHEN MCNEILL
HERCULES PLAZA, 6TH FLOOR
1313 NORTH MARKET STREET
P.O. BOX 951
WILMINGTON, DE 19801

PPG INDUSTRIES INC.
MR. CHARLES E. BUNCH, CEO
ONE PPG PLACE
PITTSBURGH, PA 15272

PROSKAUER ROSE LLP
ATT: SCOTT K. RUTSKY & ADAM T. BERKOWITZ
ATTY FOR STATE STREET BANK VAND TRUST CO
1585 BROADWAY
NEW YORK, NY 10036

PUBLICIS GROUPE SA
MR. MAURICE LEVY CEO
133 AVENUE DES CHAMPS ELYSEES
PARIS 75008 FRANCE

RANDSTAD
MS.LINDA GALIPEAU, PRESIDENT - NORTH AMERICA
2015 SOUTH PARK PLACE
ATLANTA, GA 30339

REED SMITH LLP
ATT: KURT F. GWYNNE, ESQ.
ATTY FOR UNITED STATES STEEL CORPORATION
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

REID AND REIGE, P.C.
ATT: CAROL A. FELICETTA, ESQ.
ATTY FOR BARNES GROUP INC.
195 CHURCH STREET
NEW HAVEN, CT 06510

RENCO GROUP INC, THE
1 ROCKEFELLER PLAZA, 29TH FLOOR
NEW YORK, NY 10020

RENCO GROUP INC, THE
MR. LON OFFENBACHER, PRESIDENT & CEO
1401 CROOKS ROAD
TROY, MI 48084

RICHARD W. MARTINEZ, APLC
ATT: RICHARD W. MARTINEZ, ESQ.
ATTY FOR W A THOMAS CO. AND SPECIALTY ENGINE
COMPONENTS
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS, LA 70130

RIDDELL WILLIAMS P.S.
ATT: JOSEPH E. SHICKICH, ESQ.
ATTY FOR MICROSOFT CORP AND MICROSOFT LICENSING
1001 - 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154

ROBERT BOSCH
38000 HILLS TECH DRIVE
FARMINGTON HILLS, MI 48331

ROBERT BOSCH
ATTN: MR. FRANZ FEHRENBACH
ROBERT-BOSCH-PLATZ 1
70839 CERLINGEN-SCHILLERHOEHE, GER

ROBERT T. SMITH, ESQ.
ATTY FOR CNI ENTERPRISES, INC
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS, MI 48071

ROBINSON BROG LEINWAND GREENE GENOVESE &
GLUCK P.C.
ATT: RUSSELL P. MCRORY, ESQ.
ATTY FOR SATURN OF HEMPSTEAD, INC.
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

SATTERLEE STEPHENS BURKE & BURKE LLP
ATT: CHRISTOPHER BELMONTE & PAMELA BOSSWICK
ATTY FOR MOODY'S INVESTORS SERVICE
230 PARK AVENUE
NEW YORK, NY 10169

SATURN OF ROCHESTER, INC.
ATT: DAVID P. STOETZEL
770 PANORAMA TRAIL SOUTH
P.O. BOX 25427
ROCHESTER, NY 14625

SAUL EWING LLP
ATT: JEFFREY C. HAMPTON, ESQ.
ATTY FOR JAC PRODUCTS, INC.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102

SAUL EWING LLP
ATT: ADAM H. ISENBERG, ESQ.
ATTY FOR JAC PRODUCTS, INC.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102

SCAFER AND WEINER, PLLC
ATT: RYAN D. HEILMAN, ESQ.
ATTY FOR HIROTEC AMERICA
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS, MI 48304

SCHNADER HARRISON SEGAL & LEWIS LLP
ATT: BENJAMIN P. DEUTSCH, ESQ.
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS
OF GM
140 BROADWAY, SUITE 3100
NEW YORK, NY 10005

SCHNADER HARRISON SEGAL & LEWIS LLP
ATT: BARRY E. BRESSLER, ESQ.
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS
OF GM
1600 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103

SCHULTE ROTH & ZABEL LLP
ATT: DAVID J. KARP, ESQ.
ATTY FOR PARNASSUS HOLDINGS; PLATINUM EQUITY
CAPITAL PARTNERS
919 THIRD AVENUE
NEW YORK, NY 10022

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY  10281

SECURITIES AND EXCHANGE COMMISSION
ATTN: ANDREW N. VOLLMER, ACTING GEN. COUNSEL
100 F STREET, ND
WASHINGTON, DC  20549

SEVERSTAL O A O
MR. GREGORY MASON CEO
4661 ROTUNDA DRIVE
PO BOX 1699
DEARBORN, MI  48120

SEYBURN, KAHN, GINN, BESS & SERLIM, P.C.
ATT: LESLIE STEIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI  48075

SEYBURN, KAHN, GINN, BESS & SERLIN P.C.
ATT: DAVID T. LIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI  48075

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN
LLC
ATT: BRIAN L. SHAW, ESQ.
ATTY FOR ATC DRIVETRAIN, INC
321 N. CLARK STREET, SUITE 800
CHICAGO, IL  60654

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN
LLC
ATT: BRIAN L. SHAW, ESQ.
ATTY FOR ATC LOGISTICS & ELECTRONICS, INC.
321 N. CLARK STREET, SUITE 800
CHICAGO, IL  60654

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN
LLC
ATT: BRIAN L. SHAW, ESQ.
ATTY FOR ELBAR INDUSTRIAL (TRADING) LTD.
321 N. CLARK STREET, SUITE 800
CHICAGO, IL  60654

SHEPPARD MULLIN RICHTER & HAMPTON, LLP
ATT: CARREN SHULMAN, SETH KIM, ROGER ZAITZEFF,
BLANKA WOLFE
ATTY FOR HANKOOK TIRE CO AND HANKOOK TIRE
AMERICA CORP
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY  10112

SHIVELY BROTHERS
SCOTT SHIVELY, CEO
2919 S.GRAND TRAVERSE ST
FLINT, MI  48507

SILVERMANACAMPORA LLP
ATT: ADAM L. ROSEN, ESQ.
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY  11753

SIMPSON THACHER & BARTLETT LLP
ATT: PETER V. PANTALEO & DAVID J. MACK, ESQ.
ATTY FOR CITICORP USA, INC.
425 LEXINGTON AVENUE
NEW YORK, NY  10017

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY  10017

SIMPSON THACHER & BARTLETT LLP
ATTN: DAVID J. MACK, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY  10017

SINGER & LEVICK P.C.
ATT: LARRY A. LEVICK, ESQ.
ATTY FOR AFFILIATED COMPUTER SERVICES, INC.
16200 ADDISON ROAD, SUITE 140
ADDISON, TX 75001

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
AT: KAYALYN A. MARAFIOTI & GREGORY W. FOX, ESQ.
ATTY FOR DELPHI CORPORATION
FOUR TIMES SQUARE
NEW YORK, NY 10036

STAHL COWEN CROWLEY ADDIS LLC
ATT: TRENT P. CORNELL, ESQ.
ATTY FOR GM NAT'L RETIREE ASS., OVER THE HILL CAR PEOPLE
55 WEST MONROE STREET, SUITE 1200
CHICAGO, IL 60603

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
ATT: WILLIAM PAYNE, J. STEMBER, E. DOYLE, S. PINCUS, P. EWING, J. HURT
ATTY FOR CLASS REPRESENTATIVES
429 FORBES AVENUE
ALLEGHENY BUILDING, 17TH FLOOR
PITTSBURGH, PA 15219

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
EDWARD J FEINSTEIN, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH, PA 15219

STITES & HARBISON PLLC
ATT: ROBERT C. GOODRICH & MADISON L. MARTIN
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
424 CHURCH STREET, SUITE 1800
NASHVILLE, TN 37219

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA P.C.
ATT: SANDER ESSERMAN, PETER D'APICE, JO HARTWICK, JACOB NEWTON
ATTY FOR AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
2323 BRYAN STREET, SUITE 220
DALLAS, TX 75201

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
ATT: JOHN WM. BUTLER, JR., ESQ.
ATTY FOR DELPHI CORPORATION
333 WEST WACKER DRIVE, SUITE 2100
CHICAGO, IL 60606

SOUTHERN DISTRICT OF NEW YORK
ATT: DAVID S. JONES, JEFFREY S. OESTERICHER, JOSEPH N. CORDARO
ASSISTANT UNITED STATES ATTORNEYS
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007

STARCOM MEDIAVEST GROUP INC
LAURA DESMOND, CEO
35 W. WACKER DRIVE
CHICAGO, IL 60601

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
JOHN STEMBER, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH, PA 15219

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
ELLEN M DOYLE, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH, PA 15219

STITES & HARBISON, PLLC
ATT: BRIAN H. MELDRUM, ESQ.
ATTY FOR AKEBONO CORP.
400 W. MARKET STREET, SUITE 1600
LOUISVILLE, KY 40202

SUN CAPITAL PARTNERS INC.
ATTN: MR KEVIN CALHOUN CFO
5200 TOWN CENTER CIRCLE
SUITE 600
BOCA RATON, FL 33486

TEAM CHEVROLET, INC.
ATT: THOMAS STEIGERWALD, VICE PRESIDENT
ROUT 16
OLEAN, NY  14760

TENNECO INC
GREGG SHERRILL, CHAIRMAN & CEO
500 NORTH FIELD DRIVE
LAKE FOREST, IL  60045

TENNESSEE ATORNEY GENERAL'S OFFICE
ATT: ROBERT COOPER & MARVIN CLEMENTS
ATTY FOR TENNESSEE DEPARTMENT OF REVENUE
PO BOX 20207
NASHVILLE, TN  37202

THE VALLEY CADILLAC CORPORATION
ATT: EDWARD T. MEAGHAR, JR., PRESIDENT
3100 WINTON ROAD SOUTH
ROCHESTER, NY  14623

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE, TX  78521

TOYOTA BOSHOKU AMERICA, INC.
28000 WEST PARK DRIVE
NOVI, MI  48377

TRENK DIPASQUALE WEBSTER DELLA FERA & SODONA,
P.C.
ATT: SAM DELLA FERA, JR., ESQ.
ATTY FOR SIKA CORPORATION
347 MT. PLEASANT AVENUE, SUITE 300
WEST ORANGE, NJ  07052

TROUTMAN SANDERS LLP
ATT: BRETT D. GOODMAN, ESQ.
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY  10174

TROUTMAN SANDERS LLP
ATT: JEFFREY W. KELLEY, ESQ.
600 PEACHTREE STREET
NE SUITE 5200
ATLANTA, GA  30308

TRW AUTOMOTIVE HOLDINGS CORP
12025 TECH CENTER DR
LIVONIA, MI  48150

TRW AUTOMOTIVE HOLDINGS CORP
ATTN: MR. JOHN PLANT PRESIDENT & CEO
12001 TECH CENTER DR
LIVONIA, MI  48150

U.S. TREASURY
ATTN:  MATTHEW FELDMAN, ESQ.
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON, DC  20220

UNION PACIFIC CORP
ROBERT M KNIGHT, JR. CFO
1400 DOUGLAS STREET
OMAHA, NE  68179

UNITED AUTO WORKERS
ATTN: MR RON GETTLEFINGER
8000 EAST JEFFERSON
DETROIT, MI  48214

UNITED STATES ATTORNEYS OFFICE
ATTN: LEV DASSIN, USA
ONE ST. ANDREWS PLAZA
NEW YORK, NY  10007

UNITED STATES ATTORNEY'S OFFICE
ATTN: CLAIMS UNIT - ROOM 417
ONE ST. ANDREWS PLAZA
NEW YORK, NY  10007

UNITED STATES DEPT. OF JUSTICE
ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20530

UNITED STATES DEPT. OF JUSTICE
ATTN: ANTI-TRUST DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20530

UNITED STEELWORKERS
ATT: DAVID R. JURY, ESQ.
FIVE GATEWAY CENTER, SUITE 807
PITTSBURGH, PA  15222

VALEO
MR. JACQUES ASCHENBROICH, CEO
43 RUE BAYEN
PARIS, FRANCE 75848

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY  10019

VEDDER PRICE
MICHAEL SCHEIN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY  10019

VEDDER PRICE P.C.
ATT: MICHAEL EDELMAN, MICHAEL SCHEIN, ERIN
ZAVALKOFF-BABEJ
ATTY FOR EXPORT DEVELOPMENT CANADA
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY  10019

VISTEON CORP
DONALD J STEBBINS, PRESIDENT AND CEO
ONE VILLAGE CENTER DRIVE
VAN BUREN TOWNSHIP, MI  48111

VOITH AG
2200 N. ROEMER RD
APPLETON, WI  54911

VOITH AG
DR. HUBERT LIENHARD, PRESIDENT & CEO
ST. POLTENER STRASSE 43,
HEIDENHEIM, D-89522, GERMANY

VOITH AG
HARRY NEIMAN, CEO
9395 KENWOOD RD SUITE 200
CINCINNATI, OH  45242

VORYS, SATER, SEYMOUR AND PEASE LLP
ATT: TIFFANY STRELOW COBB, ESQ.
ATTY FOR WORTHINGTON
52 EAST GAY STREET
COLUMBUS, OH  43215

WARBURG E M PINCUS & CO INC
ATTN: JOSEPH P LANDY
466 LEXINGTON AVE
NEW YORK, NY 10017

WARNER NORCROSS & JUDD LLP
ATT: GORDON TOERING, ESQ.
900 FIFTH THIRD CENTER
111 LYONS STREET NW
GRAND RAPIDS, MI 49508

WARNER NORCROSS & JUDD LLP
ATT: MICHAEL G. CRUSE, ESQ.
ATTY FOR BORGWARNER, INC.
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI 48075

WARREN, DRUGAN & BARROWS, P.C.
ATT: ROBERT L. BARROW, ESQ.
ATTY FOR CHARLES CLARK CHEVY, TIPOTEX CHEVY,
KNAPP CHEVY
800 BROADWAY
SAN ANTONIO, TX 78215

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153

WHITE AND WILLIAMS LLP
ATT: KAREL S. KARPE, ESQ.
ATTY FOR SIEMENS PRODUCT LIFECYCLE MANAGEMENT
SYSTEMS, INC.
ONE PENN PLAZA, SUITE 410
NEW YORK, NY 10119

WILDMAN, HARROLD, ALLEN & DIXON
ATT: MICHAEL DOCKTERMAN, JONATHAN YOUNG, RENE
FRIEDMAN
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

WILLIAM T. GREEN, III, P.C.
ATT: WILLIAM T. GREEN, ESQ.
ATTY FOR LAWRENCE MARSHALL CHEVROLET II, LLC
11 GREENWAY PLAZA, SUITE 2820
HOUSTON, TX 77046

WILMER CUTLER PICKERING HALE AND DORR LLP
ATT: PHILP D. ANKER & MELANIE J. DRITZ
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
399 PARK AVENUE
NEW YORK, NY 10022

WILMER CUTLER PICKERING HALE AND DORR LLP
ATT: DENNIS L. JENKINS, ESQ.
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
60 STATE STREET
BOSTON, MA 02109

WILMINGTON TRUST
MR. GEOFFREY J LEWIS
RODNEY SQUARE NORTH
1100 NORTH MARKET ST
WILMINGTON, DE 19890

YAZAKI CORP
ATTN: GEORGE PERRY, PRES AND CEO
6801 HAGGERTY ROAD, 48E
CANTON, MI 48187

ZEICHNER ELLMAN & KRAUSE LLP
ATT: STUART A. KRAUSE & BRYAN D. LEINBACH
ATTY FOR TOYOTA TSUSHO CANADA & TOYOTA TSUSHO
AMERICA
575 LEXINGTON AVENUE
NEW YORK, NY 10022