# Samuel Harrison Chorches
Attorney at Law
PO Box 658
Chester, Connecticut 06412-0658

Bar Member:
Connecticut
District of Columbia

Telephone:   860.526.1942
Facsimile:   860.526.8170
E-mail:   SHCCT @aol.com

**VIA USPS EXPRESS MAIL:**

June 2, 2009

The Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

**Re: Bankruptcy of General Motors Corporation:**

Dear Judge Gerber,

    I am an attorney with residence in Connecticut. I am also a former Time Magazine Automobile Award Winner Dealer. I am a former National Automobile Dealer Asociation Director.

    My enclosed resume reveals that I graduated from Boston University School of Management and its Law School in six (6) years [accelerated program] and received both BS and JD degrees. I also have an LL.M from New York University School of Law.

    While at Boston University School of Law, I received the American Jurisprudence 2d Prize for Bankruptcy and the highest grade in Securities Regulation. At New York University School of Law, I worked daily off Wall Street for a then major brokerage firm.

    I am one of only a minority of individuals that have a very considerable understanding of the Detroit 3 debacle. My immediate family spanned over fifty (50) years in dealer automotive involvement.

When you factor in an uncle and cousins, who were likewise dealers, I believe, probably close to one (100) hundred years of connection.

    My intent in contacting you is to offer any assistance with regard to the Herculean decisions you will have to determine. Issues like the rule of law versus federal government social and political involvement with respect to bondholders, just to mention one dimension, raises unique considerations. Furthermore, my past active involvement in the auto industry coupled with a legal education offers a comprehensive understanding of this industry.

    Again, if I can be helpful, in any reasonable way, I am a mere two (2) hours from your courthouse.

    Parenthetically, I have written several documents commencing last fall, and given to US Senator Christopher Dodd[ Chairman, Senate Banking Committee], about the Detroit 3 survival, manufacturer vehicle warranty administration after bankruptcy, how to jump-start vehicle sales and past alliances between foreign automotive manufacturers and the Detroit 3.

    Thank you for your time.

Respectfully,

Samuel H. Chorches

Enclosures:



# SAMUEL HARRISON CHORCHES

## SUMMARY

**Senior Business Manager/Attorney** with experience running large retail business. Strong **relationship builder** with customers and clients. Effective **negotiator** in legal and arbitration/mediation matters.
  *expertise in automotive industry, real estate, marketing/advertising, inventory control, life/health insurance and contracts administration.*

## PROFESSIONAL EXPERIENCE

**Legal/ ADR Provider** Chester, CT                                              1993 – forward
Legal representation various legal arenas. Approved arbitrator/mediator: New York Stock Exchange; National Association of Securities Dealers; Special Master, State of CT; National Arbitration Forum; US Postal Service (Redress Program); American Dispute Resolution Center; Key Bridge Foundation; Better Business Bureau (Lemon Law Program); Commonwealth of MA (Consumer Affairs/Business Regulation)

**Owner/Manager**, Chorches Motors, Inc., Manchester, CT                         1970 – 1993
Overall responsibility vintage family dealership: sales, employment, finance and insurance areas.

**U.S. Air Force**, honorable discharge

## HONORS and AWARDS

Time Magazine Quality Dealer Award                  Connecticut Dealer of the Year
Connecticut/District of Columbia Bar Membership     Published-Trade Journals

## AFFILIATIONS

**Corporator,** Savings Bank of Manchester, Eastern CT Health Network; **Board of Directors,** University of Hartford Associates; **Principal,** Ridgefield Condominiums; **Director,** National Automobile Dealers Association; Dealer **Representative,** Automotive Manufacturer's CT Customer Satisfaction Board; **Insurance,** CT Insurance License.



## Alternative Dispute Resolution Training

- Harvard Law School's Program on Negotiation Workshop
- AAA Commercial I & II Arbitrator, Facilitator and Mediator Training and various updates
- National Arbitration Forum Arbitration Training and updates
- NYSE Securities Arbitrator Training and annual updates
- NASD Arbitrator, Mediator, Advanced Mediator and Chairperson Training and updates
- USPS Transformative Mediation Training
- BBB Arbitrator Training
- National Center for Dispute Resolution ADR Training and updates
- Key Bridge Foundation ADA Mediation Training

## EDUCATION

| | |
|---|---|
| LL.M. | New York University School of Law |
| J.D. | Boston University School of Law |
| B.S. | Boston University School of Management* |

\* went to law school after three years of college – accelerated program