Streusand & Landon, L.L.P.
515 Congress Street, Suite 2523
Austin, TX 78701
Telephone: (512)236-9901
Sabrina L. Streusand, Esq.

-AND-

Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, New York  10165-0150
Telephone:  (212) 661-3535
Stephen H. Gross, Esq.

Co-Counsel for Dell Marketing, L.P.
and  Dell Financial Services, L.L.C.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**In re:**

**GENERAL MOTORS CORPORATION,**

                                              **Debtors.**

Case No., 09-50026 (REG)

Chapter 11

Jointly Administered

---

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** *Dell Marketing, L.P.* and *Dell Financial Services L.L.C.* are

parties in interest in the above-captioned Chapter 11 case, hereby appear pursuant to Bankruptcy

Rules 2002, 9007 and 9010 (b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules") and section 1109(b) of the United States Bankruptcy Code (the "Bankruptcy Code"), by its

co-counsel of Streusand & Landon, L.L.P. and Hodgson Russ LLP; and such counsel hereby

requests that it be added to the mailing list maintained by the Clerk of the Bankruptcy Court for this

000160/01261 Litigation 6808925v1

chapter 11 case, hereby demands copies of all notices given or required to be given in this action

and all papers served or required to be served in this action (including, but not limited to, all papers

filed and served in all adversary proceedings in these cases, and all notices mailed only to statutory

committees or their authorized agents and to creditors and equity security holders who file with the

court a request that all notices be mailed to them), be given and served upon the following

attorneys:

**STREUSAND & LANDON, LLP**
Attn:  Sabrina L. Streusand, Esq.
515 Congress Street, Ste. 2523
Austin, Texas 78701
Telephone:  (512) 236-9901
Facsimile:  (512) 236-9904
Email:  streusand@streusandlandon.com

**HODGSON RUSS LLP**
Attn:  Stephen H. Gross, Esq.
60 East 42nd Street, 37th Floor
New York, New York  10165-0150
Telephone:  (212) 661-3535
Facsimile:   (212) 972-1677
Email:  sgross@hodgsonruss.com
Email: mbass@hodgsonruss.com

  **PLEASE TAKE FURTHER NOTICE** that the above-referenced attorneys

consent to e-mail service.

  **PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109 (b) of the

Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the

Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of

any applications, petitions, motions, pleadings, complaints, requests or demands, hearings,

answering or reply papers, memoranda and briefs in support of any of the foregoing and any other

document (including, without limitation, statements of affairs and schedules of assets and

liabilities) filed with, or otherwise brought before, this Court with respect to the above-referenced

case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by

mail, e-mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise, which

affects the above-captioned Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that a request is also made that the attorneys and the addresses identified herein be added to the mailing matrix on file with the Clerk of the Bankruptcy Court at set forth above or otherwise for notice of all contested matters, adversary proceedings, and other proceedings in these Chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Documents nor any later appearance, pleading, proof of claim, claim or suit shall be deemed or construed as a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (5) an election of remedy, or (6) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entity is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:      June 9, 2009
            New York, NY

By:    /s/ Stephen H. Gross
       Stephen H. Gross, Esq.
       **Hodgson Russ LLP**
       60 East 42nd Street, 37th Floor
       New York, New York  10165-0150
       Telephone:  (212) 661-3535
       Facsimile:   (212) 972-1677
       sgross@hodgsonruss.com
       mbass@hodgsonruss.com

-and-

**Streusand & Landon LLP**
515 Congress Street,  Suite 2523
Austin, TX 78701
Telephone: (512)236-9901
Facsimile: (512) 236-9905
Sabrina L. Streusand, Esq.
streusand@streusandlandon.com

Co-Counsel for Dell Marketing, L. P.
and Dell Financial Services L.L.C.