IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | CASE NO. 09-50026-reg |
| | ) | |
| GENERAL MOTORS CORPORATION, | ) | JUDGE ROBERT E. GERBER |
| | ) | CHAPTER 11 |
| Debtor. | ) | (Jointly Administered) |
| | ) | |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, KIMBERLY A. BRENNAN, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Dealer Tire, LLC, a creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Ohio and, if applicable, the bar of the U.S. District Court for the Northern District of Ohio.

I have submitted the filing fee of $25.00 with this Motion for *pro hac vice* admission.

Dated: June 3, 2009
Cleveland, Ohio

*/s/ Kimberly A. Brennan*
Kimberly A. Brennan  (#0061625)
McCARTHY, LEBIT, CRYSTAL
 & LIFFMAN CO., L.P.A.
101 West Prospect Avenue, Suite 1800
Cleveland, Ohio  44115
*kab@mccarthylebit.com*
(216) 696-1422
(216) 696-1210 (facsimile)
*Attorney for Dealer Tire, LLC*

O:\WDox\Client\11003\00057\00040422.DOC

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | CASE NO. 09-50026-reg |
| | ) | |
| GENERAL MOTORS CORPORATION, | ) | JUDGE ROBERT E. GERBER |
| | ) | CHAPTER 11 |
| Debtor. | ) | (Jointly Administered) |
| | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the Motion of KIMBERLY A. BRENNAN, to be admitted, ***pro hac vice***, to represent Dealer Tire, LLC, a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and, if applicable, the bar of the U.S. District Court for the Northern District of Ohio, it is hereby

**ORDERED,** that Kimberly A. Brennan, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York      /s/_____
                                United States Bankruptcy Judge

O:\WDox\Client\11003\00057\00040422.DOC