J. Casey Roy (JCR 1248)
Assistant Attorney General
Texas State Bar No. 00791578
The Texas Attorney General's Office
P. O. Box 12548    MC-008
Austin, Texas  78711-2548
Telephone: (512) 463-2173
Telecopy: (512) 482-8341

ATTORNEYS FOR THE STATE OF TEXAS on behalf of
THE TEXAS DEPARTMENT OF TRANSPORTATION,
MOTOR VEHICLE DIVISION

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                            :    CHAPTER 11
                                                            :
In re:  GENERAL MOTORS CORPORATION,    :    Case No. 09-50026 (REG)
                                                            :
                                                            :    (Jointly Administered)
            Debtors.                                  :
-------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, J. Casey Roy, a member in good standing of the bar in the State of Texas and the bar of the U.S. District Court for the Southern District of Texas, request admission, *pro hac vice*, before the Honorable Judge Robert E. Gerber, to represent the STATE OF TEXAS on behalf of the TEXAS DEPARTMENT OF TRANSPORTATION, MOTOR VEHICLE DIVISION in the above-referenced case.

| | |
|---|---|
| Mailing Address: | The Texas Attorney General's Office<br>Bankruptcy & Collections Division<br>P. O. Box 12548, MC-008<br>Austin, Texas  78711-2548 |
| E-Mail Address: | *casey.roy@oag.state.tx.us* |
| Telephone No.: | (512) 475-4555 |

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 9, 2009  
      Austin, Texas

Respectfully submitted,

GREG ABBOTT  
Attorney General of Texas

C. ANDREW WEBER  
First Assistant Attorney General

DAVID S. MORALES  
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO  
Assistant Attorney General  
Chief, Bankruptcy & Collections Division

/s/   *J. Casey Roy*  
J. CASEY ROY  
Texas State Bar No.  00791578  
Assistant Attorney General  
Bankruptcy & Collections Division  
P. O. Box 12548  
Austin, Texas 78711-2548  
P: (512) 475-4555/F: (512) 482-8341

ATTORNEYS FOR THE STATE OF TEXAS ON BEHALF OF THE TEXAS DEPARTMENT OF TRANSPORTATION, MOTOR VEHICLE DIVISION