J. Casey Roy (JCR 1248)
Assistant Attorney General
Texas State Bar No. 00791578
The Texas Attorney General's Office
P. O. Box 12548    MC-008
Austin, Texas  78711-2548
Telephone: (512) 463-2173
Telecopy: (512) 482-8341

ATTORNEYS FOR THE STATE OF TEXAS on behalf of
THE TEXAS DEPARTMENT OF TRANSPORTATION,
MOTOR VEHICLE DIVISION

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :    CHAPTER 11
                                                                  :
In re:  GENERAL MOTORS CORPORATION,     :    Case No. 09-50026 (REG)
                                                                  :
                                                                  :    (Jointly Administered)
                            Debtors.                         :
------------------------------------------------------------------X

ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of J. Casey Roy, dated June 9, 2009, to be admitted *pro hac vice* in this bankruptcy case, it is hereby

ORDERED that J. Casey Roy is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____
THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE