UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (Manhattan)

In re:                                                                   Chapter 11
                                                                         Case No: 09-50026-reg
    GENERAL MOTORS CORPORATION, et al
                                                                         Hon. Robert E. Gerber
        Debtor
_____/

### NOTICE OF APPEARANCE; REQUEST TO BE ADDED TO MATRIX; AND FEDERAL BANKRUPTCY PROCEDURE 2002(i) REQUEST

PLEASE TAKE NOTICE that Creditor M-Tech Associates, shall appear through its counsel, Maddin, Hauser, Wartell, Roth & Heller, P.C., and requests that all notice given and required to be given in this case and all papers served and required to be served be given to and served upon the undersigned at the following address and telephone number:

> Kathleen H. Klaus (P67207)
> Maddin, Hauser, Wartell, Roth & Heller, P.C.
> 28400 Northwestern Hwy., 3rd Floor
> Southfield, MI 48034
> (248) 359-7520
> Email: khk@maddinhauser.com

PLEASE TAKE FURTHER NOTICE that M-Tech Associates requests to be added to the Debtor's Matrix in care of its counsel at the above address and further request that all notices and papers provided pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the same.

> MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
>
> BY:   /s/ *Kathleen H. Klaus*
> KATHLEEN H. KLAUS (P67207)
> 28400 Northwestern Hwy., 3rd Floor
> Southfield, MI  48034
> (248) 359-7520
> E-Mail:  khk@maddinhauser.com

DATED:  June 9, 2009                          Attorney for Creditor Robert A. Lutz

834355