MILLER JOHNSON
Attorneys for Mico Industries, Inc.
250 Monroe Avenue, Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700
Robert D. Wolford (RW-1314)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
In Re:                                                 :     Chapter 11
                                                       :
GENERAL MOTORS CORPORATION,                            :     Case No. 09-50026 (REG)
                                                       :
        Debtors.                                       :     (Jointly Administered)
-------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Robert D. Wolford, a member in good standing of the bar in the State of Michigan, request admission, pro hac vice, before the Honorable Robert E. Gerber, to represent Mico Industries, Inc. in the above referenced case.

My address is:  Miller Johnson, 250 Monroe Avenue, NW, Suite 800, P.O. Box 306, Grand Rapids, MI 49501-0306

E-mail address is: ecfwolfordr@millerjohnson.com; telephone number is: (616)831-1726

I agree to pay the fee of $25 upon approval of this Court admitting me to practice pro hac vice.

Dated: June 9, 2009                         /s/ Robert D. Wolford
                                            Robert D. Wolford (RW-1314)

# **ORDER**

**ORDERED,**

That Robert D. Wolford, Esq., is admitted to practice, pro hac vice, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:

    New York, New York

                                   UNITED STATES BANKRUPTCY JUDGE