MILLER JOHNSON
Attorneys for Mico Industries, Inc.
250 Monroe Avenue, Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700
Robert D. Wolford (RW-1314)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
In Re:                                                 :        Chapter 11
                                                       :
GENERAL MOTORS CORPORATION,                            :        Case No. 09-50026 (REG)
                                                       :
        Debtors.                                       :        (Jointly Administered)
-------------------------------------------------------x

## APPEARANCE

      Miller Johnson enters its appearance as counsel for creditor Mico Industries, Inc. and requests that all notices in the above-referenced Chapter 11 proceeding be provided to it by notifying it as follows:

        Robert D. Wolford (ecfwolfordr@millerjohnson.com)
        Miller Johnson
        250 Monroe Avenue, N.W., Suite 800
        P.O. Box 306
        Grand Rapids, MI 49501-0306

        MILLER JOHNSON
        Attorneys for Mico Industries, Inc.

Dated: June 9, 2009        By  /s/ Robert D. Wolford
                                    Robert D. Wolford (RW-1314)
                            Business Address:
                              250 Monroe Avenue, N.W., Suite 800
                              PO Box 306
                              Grand Rapids, Michigan  49501-0306
                              Telephone:  (616) 831-1700