MILLER JOHNSON
Attorneys for Trans-Matic
250 Monroe Avenue, Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700
Robert D. Wolford (RW-1314)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      :
In Re:                                                :         Chapter 11
                                                      :
GENERAL MOTORS CORPORATION,                           :         Case No. 09-50026 (REG)
                                                      :
         Debtors.                                     :         (Jointly Administered)
------------------------------------------------------x

## APPEARANCE

Miller Johnson enters its appearance as counsel for creditor Trans-Matic and requests that all notices in the above-referenced Chapter 11 proceeding be provided to it by notifying it as follows:

>Robert D. Wolford (ecfwolfordr@millerjohnson.com)
>Miller Johnson
>250 Monroe Avenue, N.W., Suite 800
>P.O. Box 306
>Grand Rapids, MI 49501-0306

>MILLER JOHNSON
>Attorneys for Trans-Matic

Dated: June 9, 2009          By  /s/ Robert D. Wolford
                                 Robert D. Wolford (RW-1314)
                             Business Address:
                                 250 Monroe Avenue, N.W., Suite 800
                                 PO Box 306
                                 Grand Rapids, Michigan  49501-0306
                                 Telephone:  (616) 831-1700

GR_DOCS 1466567v1