J. Casey Roy (JCR 1248)
Assistant Attorney General
Texas State Bar No. 00791578
The Texas Attorney General's Office
P. O. Box 12548    MC-008
Austin, Texas  78711-2548
Telephone: (512) 463-2173
Telecopy: (512) 482-8341

ATTORNEYS FOR THE STATE OF TEXAS on behalf of
THE TEXAS DEPARTMENT OF TRANSPORTATION,
MOTOR VEHICLE DIVISION

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                               :    CHAPTER 11
                                                               :
In re:  GENERAL MOTORS CORPORATION,       :    Case No. 09-50026 (REG)
                                                               :
                                                               :    (Jointly Administered)
                        Debtors.                            :
---------------------------------------------------------------X

THE STATE OF TEXAS ON BEHALF OF THE TEXAS DEPARTMENT OF
TRANSPORTATION, MOTOR VEHICLE DIVISION'S
NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

***PLEASE TAKE NOTICE*** that the attorney set forth below hereby appears as counsel for the STATE OF TEXAS on behalf of the TEXAS DEPARTMENT OF TRANSPORTATION, MOTOR VEHICLE DIVISION, pursuant to 11 U.S.C. § 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  The undersigned requests that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served

on the following:

> J. Casey Roy
> Assistant Attorney General
> The Texas Attorney General's Office
> Bankruptcy & Collections Division
> P. O. Box 12548, MC-008
> Austin, Texas 78711-2548
> Phone: (512) 463-2173
> Fax: (512) 482-8341

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

*This space intentionally left blank.*

        Respectfully submitted,

        GREG ABBOTT
        Attorney General of Texas

        C. ANDREW WEBER
        First Assistant Attorney General

        DAVID S. MORALES
        Deputy Attorney General for Civil Litigation

        RONALD R. DEL VENTO
        Assistant Attorney General
        Chief, Bankruptcy & Collections Division

        */s/   J. Casey Roy*
        J. CASEY ROY
        Texas State Bar No. 00791578
        Assistant Attorney General
        Bankruptcy & Collections Division
        P. O. Box 12548
        Austin, Texas 78711-2548
        P: (512) 463-2173/F: (512) 482-8341
        E-mail:     *casey.roy@oag.state.tx.us*

        ATTORNEYS FOR THE STATE OF TEXAS ON BEHALF
        OF THE TEXAS DEPARTMENT OF TRANSPORTATION,
        MOTOR VEHICLE DIVISION

## CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of June, 2009, a true and correct copy of the foregoing was served on all those parties receiving notice through the Court's ECF system and those parties below via U. S. Mail First Class, postage prepaid.

| | |
|---|---|
| General Motors Corporation | Brian Shoichi Masumoto |
| 200 Renaissance Center | Office of United States Trustee |
| Detroit, Michigan  48265-3000 | 33 Whitehall Street, 21st Floor |
| | New York, NY  10004 |

| | |
|---|---|
| Harvey R. Miller<br>Stephen Karotkin<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Joseph R. Sgroi<br>Robert B. Weiss<br>Honigman Miller Schwartz & Cohn LLP<br>2290 First National Building<br>Detroit, Michigan  48226 |
| Tricia A. Sherick<br>Honigman Miller Schwarts & Cohn LLP<br>660 Woodward Avenue, Suite 2290<br>Detroit, Michigan  48226 | |

                                                                                                        */s/   J. Casey Roy*
                                                                                                          J. CASEY ROY
                                                                                                          Assistant Attorney General