MILLER JOHNSON
Attorneys for Mariah Industries, Inc.
250 Monroe Avenue, Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700
Robert D. Wolford (RW-1314)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                        :
In Re:                                                  :       Chapter 11
                                                        :
GENERAL MOTORS CORPORATION,                             :       Case No. 09-50026 (REG)
                                                        :
        Debtors.                                        :       (Jointly Administered)
-------------------------------------------------------x

## APPEARANCE

      Miller Johnson enters its appearance as counsel for creditor Mariah Industries, Inc. and requests that all notices in the above-referenced Chapter 11 proceeding be provided to it by notifying it as follows:

      Robert D. Wolford (ecfwolfordr@millerjohnson.com)
      Miller Johnson
      250 Monroe Avenue, N.W., Suite 800
      P.O. Box 306
      Grand Rapids, MI 49501-0306

      MILLER JOHNSON
      Attorneys for Mariah Industries, Inc.

Dated: June 9, 2009      By  /s/ Robert D. Wolford
          Robert D. Wolford (RW-1314)
      Business Address:
          250 Monroe Avenue, N.W., Suite 800
          PO Box 306
          Grand Rapids, Michigan  49501-0306
          Telephone:  (616) 831-1700

GR_DOCS 1466566v1