Maddin, Hauser, Wartell, Roth & Heller, PC
28400 Northwestern Hwy., 3rd Floor
Southfield, MI 48034
Telephone: (248) 359-7520/Fax: (248) 359-7560
Kathleen H. Klaus (P67207)

Attorney for Creditor M-Tech Associates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK (Manhattan)**
------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No: 09-50026-reg |
| GENERAL MOTORS CORPORATION, et al | |
| | Hon. Robert E. Gerber |
| Debtor | |

------------------------------------------------x

## AMENDED CERTIFICATE OF SERVICE

    I hereby certify that on June 9, 2009, I electronically filed Notice of Appearance; Request to be Added to Matrix; and Federal Bankruptcy Procedure 2002(i) Request [Docket No. 526] with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

                                   MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.

                                   BY:  /s/ *Kathleen H. Klaus*
                                   KATHLEEN H. KLAUS (P67207)
                                   28400 Northwestern Hwy., 3rd Floor
                                   Southfield, MI 48034
                                   (248) 359-7520
                                   E-Mail: khk@maddinhauser.com
DATED: June 9, 2009                Attorney for Creditor M-Tech Associates

834360