Norman D. Orr, Esq.
Kemp Klein Law Firm
201 W. Big Beaver Rd., Ste. 600
Troy, MI 48084
Phone:  (248) 740-5693
Fax:  (248) 528-5129
norman.orr@kkue.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| | ) | |
| In Re: | ) | Chapter 11 |
| | ) | Case No. 09-50026 (REG) |
| **GENERAL MOTORS CORP.,** *et al.* | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Norman D. Orr, request admission, ***pro hac vice***, before the Honorable Robert E.

Gerber, to represent Custom Automotive Services, Inc. in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Michigan, and of

the bar of the U.S. District Courts for the Eastern District of Michigan.

I agree to submit the filing fee of $25.00 for this motion.

My address is:          Norman D. Orr
                        Kemp Klein Law Firm
                        201 W. Big Beaver, Ste. 600
                        Troy, MI 48084
                        Phone:  (248) 740-5693
                        Fax:  (248) 528-5129
                        E-mail:  norman.orr@kkue.com

Respectfully submitted,

KEMP KLEIN LAW FIRM

By:    */s/ Norman D. Orr*
Norman D. Orr (P25310)
201 W. Big Beaver Rd., Ste. 600
Troy, MI 48084
norman.orr@kkue.com
(248) 740-5693
Attorneys for Custom Automotive Services, Inc.

Dated: June 9, 2009

631264