Gloria M. Chon, Esq.
Kemp Klein Law Firm
201 W. Big Beaver Rd., Ste. 600
Troy, MI 48084
Phone: (248) 740-5689
Fax: (248) 528-5129
gloria.chon@kkue.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case No. 09-50026 (REG) |
| **GENERAL MOTORS CORP.**, *et al.* | (Jointly Administered) |
| Debtors. | |

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Gloria M. Chon, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Custom Automotive Services, Inc. in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Michigan, and of the bar of the U.S. District Courts for the Eastern District of Michigan.

I agree to submit the filing fee of $25.00 for this motion.

My address is:   Gloria M. Chon
Kemp Klein Law Firm
201 W. Big Beaver, Ste. 600
Troy, MI 48084
Phone: (248) 740-5689
Fax: (248) 528-5129
E-mail: gloria.chon@kkue.com

Respectfully submitted,

KEMP KLEIN LAW FIRM

By: */s/ Gloria M. Chon*
Gloria M. Chon (P72013)
201 W. Big Beaver Rd., Ste. 600
Troy, MI 48084
gloria.chon@kkue.com
(248) 740-5693
Attorneys for Custom Automotive Services, Inc.

Dated: June 9, 2009

633857v2