FOLEY & LARDNER LLP
Mark A. Aiello (*Pro Hac Vice Admission Pending*)
Salvatore Barbatano
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Attorneys for Continental Plastics Company*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                              :      Chapter 11
                                                    :
GENERAL MOTORS CORP., *et al.,*                     :      Case No. 09-50026 (REG)
                                                    :
                                       Debtors      :      (Jointly Administered)
---------------------------------------------------------------X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** the law firm of Foley & Lardner LLP, by the undersigned, hereby appears as counsel for Continental Plastics Company in the above-captioned action, and pursuant to § 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure, Continental Plastics Company requests that all notices that are required to be given and all pleadings and orders that are required to be served in the above-captioned Chapter 11 matter, be served to the following address:

>    Mark A. Aiello
>    Salvatore A. Barbatano
>    FOLEY & LARDNER LLP
>    One Detroit Center
>    500 Woodward Avenue, Suite 2700
>    Detroit, MI 48226-3489
>    Email: sbarbatano@foley.com; maiello@foley.com,
>    Telephone: (313) 234-7100
>    Facsimile: (313) 234-2800

**PLEASE TAKE FURTHER NOTICE** that the forgoing request includes not only the notices, pleadings, and orders referred to in the rules specified above, but also includes, without limitation, all other notices, papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which affects the above captioned Debtors', property in their possession, custody, or control or the administration of the Debtors' bankruptcy cases.

Dated: June 9, 2009       FOLEY & LARDNER LLP
       New York, New York

/s/ Salvatore A. Barbatano
Salvatore A. Barbatano
FOLEY & LARDNER LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800
*Attorneys for Continental Plastics Company*