CLARK HILL PLC
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Joel D. Applebaum (Mich. Bar. No. P36774)
*pro hac vice pending*
japplebaum@clarkhill.com
(313) 965-8579

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 09-50026 (REG) |
| General Motors Corp., *et al,* | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Joel D. Applebaum, a member of good standing of the bar in the State of Michigan, request admission, *pro hac vice*, before the Honorable Robert E. Gerber to represent SPX Corporation and SPX Filtran LLC in the above-referenced case. My address is Clark Hill PLC, 151 S. Old Woodward Avenue, Suite 200, Birmingham, MI 48009; my e-mail address is japplebaum@clarkhill.com; and my telephone number is (313) 965-8579.

I submitted the required $25.00 fee for *pro hac vice* admission currently with filing this motion.

                                                                            CLARK HILL PLC

                                                                            By:  /s/   Joel D. Applebaum
                                                                               Joel D. Applebaum (P36774)
                                                                               151 S. Old Woodward Avenue, Suite 200
                                                                               Birmingham, MI 48009
                                                                               japplebaum@clarkhill.com
                                                                               (313) 965-8579

Dated: June 9, 2009

5900542.1 20396/098849

# EXHIBIT A

-2-

5900542.1 20396/098849

CLARK HILL PLC
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Joel D. Applebaum (Mich. Bar. No. P36774)
*pro hac vice pending*
japplebaum@clarkhill.com
(313) 965-8579

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 09-50026 (REG) |
| General Motors Corp., *et al,* | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**ORDER OF ADMISSION TO PRACTICE PRO HAC VICE**

Joel D. Applebaum, a member in good standing of the bar in the State of Michigan, having requested admission, *pro hac vice*, before the Honorable Robert E. Gerber to represent SPX Corporation and SPX Filtran in the above-referenced case.

**ORDERED** that Joel D. Applebaum is admitted to practice, *pro hac vice,* in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the admission fee.

-3-

5900542.1 20396/098849