Tiffany Strelow Cobb, Esq. (OH-0067516)
**Vorys, Sater, Seymour, and Pease LLP**
52 East Gay Street
Columbus, Ohio 43215
Telephone: 614-464-8322
Facsimile:  614-719-4663
E-mail: tscobb@vorys.com

Attorneys for The Sherwin-Williams Company and
The Sherwin-Williams Automotive Finishes Corp.

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No: 09-50026** |
| **General Motors Corporation, et al.**[1]  ) | |
| ) | |
| Debtors. ) | **Honorable Robert E. Gerber** |
| ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Attorneys for The Sherwin-Williams Company and The Sherwin-Williams Automotive Finishes Corp. (collectively in this document only, "Sherwin-Williams"), creditors and parties in interest, through counsel, Tiffany Strelow Cobb of Vorys, Sater, Seymour and Pease LLP, appear herein and request, pursuant to Rules 2002, 9007, and 9010 of the Bankruptcy Rules, and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served at the following addresses:

---

[1] Debtors include: General Motors Corporation, Chevrolet-Saturn of Harlem, Inc., Saturn, LLC, and Saturn Distribution Corporation

>Tiffany Strelow Cobb, Esq.
>Vorys, Sater, Seymour and Pease LLP
>52 East Gay Street
>Columbus, Ohio 43215
>Telephone: 614-464-8322
>Facsimile:  614-719-4663
>E-mail: tscobb@vorys.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the Cases whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the Bankruptcy Court over Sherwin-Williams.  Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of Sherwin-Williams's substantive or procedural rights, including without limitation: (i) Sherwin-Williams' right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) Sherwin-Williams' right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) Sherwin-Williams' right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights claims, actions, defenses, set-offs or recoupments, with Sherwin-Williams expressly reserves.

Ms. Cobb consents to service by e-mail in this bankruptcy case.  The undersigned further requests to be added to the Clerk's mailing matrix in this case.

Dated: June 9, 2009　　　　　　　　VORYS, SATER SEYMOUR AND PEASE LLP

　　　　　　　　　　　　　　　　　　/s/Tiffany Strelow Cobb
　　　　　　　　　　　　　　　　　　Tiffany Strelow Cobb, Esq.
　　　　　　　　　　　　　　　　　　Vorys, Sater, Seymour and Pease LLP
　　　　　　　　　　　　　　　　　　52 East Gay Street
　　　　　　　　　　　　　　　　　　Columbus, Ohio 43215
　　　　　　　　　　　　　　　　　　Telephone: 614-464-8322
　　　　　　　　　　　　　　　　　　Facsimile:  614-719-4663
　　　　　　　　　　　　　　　　　　E-mail: tscobb@vorys.com

　　　　　　　　　　　　　　　　　　Attorneys for The Sherwin-Williams Company and The
　　　　　　　　　　　　　　　　　　Sherwin-Williams Automotive Finishes Corp.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the preceding Notice of Appearance was electronically filed through the Court's ECF system and served this 9th day of June, 2009, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. This Notice of Appearance was also served by United States Mail, first-class, proper postage affixed on the 10th day of June, 2009 upon the following:

| **Joseph R. Sgroi**<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 | **Office of the United States Trustee**<br>**Southern District of New York**<br>33 Whitehall Street<br>New York, NY 10004 |
|---|---|
| **Stephen Karotkin**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | |

　　　　　　　　　　　　　　　　　　/s/Tiffany Strelow Cobb
　　　　　　　　　　　　　　　　　　Tiffany Strelow Cobb

3