**DORSEY & WHITNEY LLP**
250 Park Avenue
New York, New York 10177
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
Eric Lopez Schnabel (ES 5553)
Attorneys for Entergy

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

Scott A. Cummings hereby certifies that on June 9, 2009, the **OBJECTION OF ENTERGY TO MOTION OF DEBTORS FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 366 (I) APPROVING DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT, (II) ESTABLISHING PROCEDURES FOR RESOLVING OBJECTIONS BY UTILITY COMPANIES, AND (III) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE** [Docket No. 5111] was filed electronically using the Court's CM/ECF filing system, which will generate an electronic notice of filing to all parties who have consented to receive electronic notifications in this case. A copy of this document was also served on the following parties on June 9, 2009, by the means indicated:

4813-2914-2019\1

**By Federal Express**

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019

Daniel W. Sherrick, Esq.
UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

Babette Ceccotti, Esq.
Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, New York 10036

David S. Jones, Esq.
Matthew L. Schwartz, Esq.
U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, New York 10007

General Motors Corporation
c/o Lawrence S. Buonomo, Esq.
300 Renaissance Center
Detroit, Michigan 48265

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220

Kenneth H. Eckstein, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

Diana G. Adams, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

Dated: June 9, 2009

DORSEY & WHITNEY LLP

*[signature]*

DORSEY & WHITNEY LLP
136 S. Main Street, Suite 1000
Salt Lake City, Utah 84101

- 2 -