Michael St. Patrick Baxter
Dennis B. Auerbach
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC  20004-2401
phone:  (202) 662-6000
fax:  (202) 662-6291

- and -

Susan Power Johnston
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
phone:  (212) 841-1000
fax:  (212) 841-1010

*Counsel to Union Pacific Railroad Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

|  |  |  |
|---|---|---|
|  | : |  |
| In re: | : | Chapter 11 |
|  | : |  |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
|  | : |  |
|  | : |  |
| Debtors. | : | Joint Administration Requested |

-------------------------------------------------------------x

### <u>NOTICE OF ENTRY OF APPEARANCE</u>
### <u>AND REQUEST FOR NOTICES</u>

PLEASE TAKE NOTICE that Union Pacific Railroad Company ("Union

Pacific"), by its counsel, Covington & Burling LLP, appears in the above-captioned bankruptcy

case and demands, pursuant to sections 102(1), 342 and 1109(b) of Title 11, 11 U.S.C. §§ 101 *et*

*seq.* (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in

this case, be given and served upon:

UNION PACIFIC RAILROAD COMPANY
1400 Douglas Street, STOP 1580
Omaha, Nebraska  68179
Attn:  Mary Ann Kilgore, Esq.
phone:  (402) 544-4195
fax:  (402) 501-0127
email: mkilgore@up.com

COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC  20004-2401
Attn:  Michael St. Patrick Baxter, Esq.
phone:  (202) 662-5164
fax:  (202) 778-5164
email:  mbaxter@cov.com

COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Attn:  Susan Power Johnston, Esq.
phone:  (212) 841-1000
fax:  (212) 841-1010
email:  sjohnston@cov.com

This request includes, without limitation, all notices (including those required by Bankruptcy Rules 2002 and 4001 or ordered by the Court pursuant to Bankruptcy Rule 9007), applications, motions, petitions, orders, pleadings, requests, lists, schedules, statements, complaints and demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telecopier, electronic file transfer, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Union Pacific's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding relating hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Union Pacific is or may be entitled

- 2 -

under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and

recoupments are expressly reserved.


Dated:    New York, New York
          June 9, 2009



                                              Respectfully submitted,

                                              Michael St. Patrick Baxter
                                              Dennis B. Auerbach
                                              COVINGTON & BURLING LLP
                                              1201 Pennsylvania Avenue, N.W.
                                              Washington, D.C.  20004-2401
                                              phone:  (202) 662-6000
                                              fax:  (202) 662-6291
                                              email:  mbaxter@cov.com

                                              - and -

                                               */s/ Susan Power Johnston*
                                              Susan Power Johnston
                                              COVINGTON & BURLING LLP
                                              The New York Times Building
                                              620 Eighth Avenue
                                              New York, New York  10018
                                              phone:  (212) 841-1000
                                              fax:  (212) 841-1010
                                              email:  sjohnston@cov.com

                                              *Counsel to*
                                              *Union Pacific Railroad Company*