Robert H. Brownlee, E.D 2726, Mo. 27519
THOMPSON COBURN LLP
One US Bank Plaza, Suite 2600
St. Louis, Missouri 63101
Phone 314-552-6017
Fax 314-552-7017
rbrownlee@thompsoncoburn.com

Attorneys for Maritz Holdings Inc.
f/k/a Maritz Inc. and its respective
affiliates and subsidiaries

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |  |
|---|---|---|
| In Re: | : | Chapter 11 |
|  | : |  |
| GENERAL MOTORS CORPORATION, | : |  |
| et al., | : | Case No. 09-50026-(REG) |
|  | : | Jointly Administered |
|  | : | Hon. Robert E. Gerber |
| Debtors. | : |  |

_____

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Maritz Holdings Inc. f/k/a Maritz Inc. and its respective affiliates and subsidiaries hereby enters its appearance by and through its counsel, Robert H. Brownlee, Thompson Coburn LLP, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C §§ 101 et seq. (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and that such party in interest hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that the name of the undersigned counsel be added to the mailing list maintained by the Clerk in the above-captioned cases, and that the Clerk and all other parties-in-interest in these cases provide all notices and all papers served on any party, filed with the Court or delivered to

4949298.1

the Office of the United States Trustee in the above-captioned cases, to all of the persons listed directly below:

> Robert H. Brownlee (rbrownlee @thompsoncoburn.com)
> THOMPSON COBURN LLP
> One U.S. Bank Plaza, Suite 2600
> St. Louis, Missouri  63101
> Phone:  (314) 552.6017
> Fax:  (314) 552.7017

Counsel further requests that the Debtors' Noticing Agent add this Notice of Appearance to the Master Service List.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only all of the notice and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, cash-flow reports, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these cases and any proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, or otherwise filed or given with regard to the above-referenced cases and the proceedings therein, all of which shall be sent to undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any right of Maritz Holdings Inc. f/k/a Maritz Inc. and its respective affiliates and subsidiaries (i)  to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to rights, claims actions,

- 3 -

defenses, setoffs, recoupments, or remedies to which Maritz Holdings Inc. f/k/a Maritz Inc. and its respective affiliates and subsidiaries, is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved hereby.

Dated: June 9, 2009

*/s/ Robert H. Brownlee*
Robert H. Brownlee, E.D 2726 ,Mo. 27519
THOMPSON COBURN LLP
One US Bank Plaza, Suite 2600
St. Louis, Missouri 63101
Phone 314-552-6017
Fax 314-552-7017
rbrownlee@thompsoncoburn.com

Attorneys for Maritz Holdings Inc.
f/k/a Maritz Inc. and its respective
affiliates and subsidiaries