Robert H. Brownlee, E.D 2726, Mo. 27519
THOMPSON COBURN LLP
One US Bank Plaza, Suite 2600
St. Louis, Missouri 63101
Phone 314-552-6017
Fax 314-552-7017
rbrownlee@thompsoncoburn.com

Attorneys for Maritz Holdings Inc.
f/k/a Maritz Inc. and its respective
affiliates and subsidiaries

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____
                                              :
In Re:                                        :      Chapter 11
                                              :
GENERAL MOTORS CORPORATION,                   :
et al.,                                       :      Case No. 09-50026-(REG)
                                              :      Jointly Administered
                                              :      Hon. Robert E. Gerber
                    Debtors.                  :
_____

# AFFIDAVIT OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing **Notice Of Appearance and Request For Service Of Papers** was served via electronic transmission and United States First Class mail, postage prepaid, upon Debtor's counsel of record Harry R. Miller, Esq. and Stephen Karotkin, Esq., Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, stephen.karotkin@weil.com, this 9th day of June, 2009.


                         */s/ Robert H. Brownlee*
                         Robert H. Brownlee

4949307.1