UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               )
In re                                                          )    Chapter 11
                                                               )    Case No. 09-50026
GENERAL MOTORS CORP., *et al.,*                                )
                                                               )    Jointly Administered
                                           Debtors.            )
---------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Steven A. Felsenthal, a member in good standing of the bar in the State of Texas and of the U.S. District Court for the Northern District of Texas, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent the Ad Hoc Committee of Asbestos Personal Injury Claimants in the above referenced case.

My mailing address is Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201.

My email address is felsenthal@sbep-law.com.

My telephone number is 214-969-4900.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 9, 2009
       Dallas, Texas

                                                   */s/ Steven A. Felsenthal*
                                                   Steven A. Felsenthal

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             )
In re                                                        )   Chapter 11
                                                             )   Case No. 09-50026
GENERAL MOTORS CORP., *et al.*                               )
                                                             )   Jointly Administered
                    Debtors.                                 )
-------------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Steven A. Felsenthal, a member in good standing of the bar in the State of Texas and of the U.S. District Court for the Northern District of Texas, having requested admission, ***pro hac vice***, to represent the Ad Hoc Committee of Asbestos Personal Injury Claimants in the above referenced case.

**ORDERED**,

that Steven A. Felsenthal, Esq. is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
          _____, New York

                                                    _____
                                                    THE HONORABLE ROBERT E. GERBER,
                                                    UNITED STATES BANKRUPTCY JUDGE