Michael P. Richman (MR 2224)
Mark A. Salzberg (*pro hac vice* pending)
James Chadwick (*pro hac vice* pending)
Melissa Iachan (MI 1270)
PATTON BOGGS LLP
1185 Avenue of the Americas, 30th Floor
New York, NY 10036
(646) 557-5100 (Telephone)
(646) 557-5101 (Facsimile)

*Counsel For Unofficial Committee
Of Family & Dissident GM Bondholders*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                                               )
In re                                                          )    Chapter 11
                                                               )
GENERAL MOTORS CORP., *et al.*,                                )
                                                               )    Case No. 09-50026 (REG)
                                                               )
                                          Debtors.             )    Jointly Administered
---------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, James C. Chadwick, a member in good standing of the Bar in the State of Texas, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent the Unofficial Committee of Family and Dissident GM Bondholders in the above-referenced cases.

Mailing address: Patton Boggs LLP, 2001 Ross Avenue, Suite 3000, Dallas, Texas 75201.

E-mail address: jchadwick@pattonboggs.com; telephone number: (214) 758-1575.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Date: June 9, 2009
      Dallas, Texas

                                                    _____
                                                    James C. Chadwick

5739.01

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            )
In re                                                       )    Chapter 11
                                                            )
GENERAL MOTORS CORP., *et al.*,                             )
                                                            )    Case No. 09-50026 (REG)
                                                            )
                                          Debtors.          )    Jointly Administered
------------------------------------------------------------X

# ORDER

**ORDERED,**

      That James C. Chadwick, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York.

Dated: June __, 2009
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

5739.01