**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
                                                            )
In re                                                       )        Chapter 11
                                                            )
GENERAL MOTORS CORP., *et al.*,                             )        Case No. 09-50026 (REG)
                                                            )
                                           Debtors.         )        Jointly Administered
------------------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Melissa Iachan, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and my current business address is Patton Boggs LLP, 1185 Avenue of the Americas, 30th Floor, New York, New York 10036.

That on the 9th day of June 2009, deponent served MOTION OF THE UNOFFICIAL COMMITTEE OF FAMILY & DISSIDENT GM BONDHOLDERS PURSUANT TO RULE 9006(c) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO SHORTEN NOTICE AND FOR EXPEDITED HERING ON THE MOTION FOR AN ORDER DIRECTING THE UNITED STATES TRUSTEE TO APPOINT AN OFFICIAL COMMITTEE OF FAMILY & DISSIDENT GM BONDHOLDERS and MOTION OF UNOFFICIAL COMMITTEE OF FAMILY & DISSIDENT GM BONDHOLDERS FOR AN ORDER DIRECTING THE UNITED STATES TRUSTEE TO APPOINT AN OFFICIAL COMMITTEE OF FAMILY & DISSIDENT GM BONDHOLDERS via United States first class mail upon the following parties:

Lev. L. Dassin
Acting United States Attorney for the
Southern District of New York
By: David S. Jones
    Jeffrey S. Oestericher
    Joseph N. Cordaro
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007

Brian Shoichi Masumoto
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

Michael J. Edelman
Michael L. Schein
Erin Zavalkoff-Babej
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019

_____
Melissa Iachan

Sworn to before me this
9th day of June, 2009

_____
Notary Public

LEIZE A. NANO
Notary Public, State of New York
No. 01NA6205421
Qualified in NEW YORK County
Commission Expires 05/04/2013