SIDLEY AUSTIN LLP
Kenneth P. Kansa
One South Dearborn
Chicago, Illinois 60603
Telephone:  (312) 853-7163
Facsimile:  (312) 853-7036

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------- X
In re:                                              :    Chapter 11
                                                    :
General Motors Corporation, *et al.*,               :    Case No. 09-50026 (REG)
                                                    :
                              Debtors.              :    (Jointly Administered)
---------------------------------------------------- X

### **MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

     I, Kenneth P. Kansa, a member in good standing of the bar of the State of Illinois and the bar of the United States District Court for the Northern District of Illinois, request admission ***pro hac vice*** before the Honorable Robert E. Gerber to represent certain lenders under that certain Second Amended and Restated Participation Agreement dated as of June 30, 2004 (collectively, the "Lender Group")[1] in the above-referenced case.

Mailing address:  Sidley Austin LLP
                        One South Dearborn
                        Chicago, Illinois 60603

E-mail address:  kkansa@sidley.com; telephone number:  (312) 853-7000.

The filing fee of $25.00 has been submitted with this motion for ***pro hac vice*** admission.

Dated:  June 9, 2009
       New York, New York

                                         _/s/ Kenneth P. Kansa_____
                                         Kenneth P. Kansa

---

[1] The Lender Group presently consists of Norddeutsche Landesbank Girozentrale, Deutsche Bank AG, New York Branch, HSBC Bank USA, ABN AMRO Bank N.V., Royal Bank of Canada, Bank of America, N.A., Citicorp USA, Inc., Merrill Lynch Bank USA, and Morgan Stanley Bank.

NY1 6990399v.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| ------------------------------------------------------ X |  |  |
| In re: | : | Chapter 11 |
|  | : |  |
| General Motors Corporation, *et al.*, | : | Case No. 09-50026 (REG) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
| ------------------------------------------------------ X |  |  |

### ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

**ORDERED**, that Kenneth P. Kansa, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:    June ___, 2009
         New York, New York

                                            _____
                                            HON. ROBERT E. GERBER
                                            UNITED STATES BANKRUPTCY JUDGE

2