**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                      :
                                                            :   Case No. 09-50026 (REG)
**GENERAL MOTORS CORP, <u>et</u> <u>al</u>.,**              :
                                                            :   (Jointly Administered)
                                                            :
                                            Debtors.        :   Chapter 11
------------------------------------------------------------x

## NOTICE OF APPOINTMENT OF CONSUMER PRIVACY OMBUDSMAN

Diana G. Adams, the United States Trustee for Region 2 (the "United States Trustee"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 105, 363 and 365 and Fed.R.Bankr.P. 2002, 6004 and 6006, (I) Approving Procedures for Sale of Debtors' Assets Pursuant to Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline and Sale Hearing Date, (III) Establishing Assumption and Assignment Procedures, and (IV) Fixing Notice Procedures and Approving Form of Notice* (the "Bid Procedures Order," Docket No. 274, ¶ 13, at 13), hereby appoints Alan Chapell, CIPP, as Consumer Privacy Ombudsman. The offices of Mr. Chapell are at Chapell & Associates, LLC, 297 Driggs Avenue, Suite 3A, Brooklyn, NY 11222.

//

//

//

The United States Trustee has delivered the Bid Procedures Order to Mr. Chapell, which Bid Procedures Order sets forth the date and time of the hearing seeking approval of the sale transaction contemplated by the Bid Procedures Order. Bid Procedures Order, ¶ 7, at 6.

Dated: New York, New York
June 10, 2009

Respectfully Submitted,

DIANA G. ADAMS
UNITED STATES TRUSTEE

**By:** */s/ Andrew D. Velez-Rivera*
Trial Attorney
33 Whitehall Street, 21st Floor
New York, New York 10004
Tel. No. (212) 510-0500
Fax No. (212) 268-2255