UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

In re:                                                    :    Chapter 11
                                                          :
General Motors Corp., *et al.*,                           :    Case No.: 09-50026 (REG)
                                                          :
                    Debtors.                              :    (Jointly Administered)
                                                          :
                                                          :
------------------------------------------------------

## **VERIFIED STATEMENT OF ALAN CHAPELL,** <u>**CONSUMER PRIVACY OMBUDSMAN**</u>

Pursuant to Federal Rule of Bankruptcy Procedure 6004(g) (2), I, Alan Chapell, hereby state and declare as follows:

1.      I am an attorney at law and a Certified Information Privacy Professional, principal of the privacy consulting firm of Chapell & Associates, LLC (the "Firm"), which has its principal offices at 297 Driggs Avenue, Suite 3A, Brooklyn, New York 11222.

2.      I am not a creditor, an equity security holder, or an insider of General Motors, Inc. or its debtor affiliates (collectively, the "Debtors").

3.      I am not, and was not within two years before June 9, 2009, a director, officer, or employee of any of the Debtors.

4.      Neither I, the Firm, nor any member or employee thereof, insofar as I have been able to ascertain, has any financial connection with the Debtors or their estates.

5.      The Firm is not a creditor, an equity security holder, or an insider of the Debtors.

6.      To the extent that I become aware of any additional unrelated representation or relationship subsequent to the date of this Declaration, I intend to supplement this Declaration accordingly.

7.      I have been informed that Citibank N.A. ("Citibank") is an interested party in these cases. Although neither the Firm nor I have provided legal or privacy consulting services to Citibank, I have personally held a personal checking and savings account with Citibank. Neither the Firm nor I have any other relationship with Citibank, and the Firm will not represent Citibank in any capacity with regard to these Chapter 11 cases. I do not believe that these relationships with Citibank conflict with the interests of the Debtors, the estates, or my service as consumer privacy ombudsman. To the extent that I become aware of any additional unrelated representation or relationship subsequent to the date of this Declaration, I intend to supplement this Declaration accordingly.

8.      I have also been informed that Merrill Lynch ("Merrill Lynch") is an interested party in these cases. Although neither the Firm nor I have provided legal or privacy-consulting services to Merrill Lynch, I had up until November of 2008 held a Self Employed Pension ("SEP") investment account with Merrill Lynch. Neither the Firm nor I have any other relationship with Merrill Lynch, and the Firm will not represent Merrill Lynch in any capacity with regard to these Chapter 11 cases. I do not believe that these relationships with Merrill Lynch conflict with the interests of the Debtors, the estates, or my service as consumer privacy ombudsman. To the extent that I become aware of any additional unrelated representation or relationship subsequent to the date of this Declaration, I intend to supplement this Declaration accordingly.

9.      I have also been informed that HSBC Bank ("HSBC") is an interested party in these cases as one of the Debtor's strategic investors. Although neither the Firm nor I have provided legal or privacy consulting services to HSBC, the firm maintains business checking and savings accounts, and has a business credit card with HSBC. Neither the Firm nor I have any other relationship with HSBC, and the Firm will not represent HSBC in any capacity with regard to these Chapter 11 cases. I do not believe that these relationships with HSBC conflict with the

interests of the Debtors, the estates, or my service as consumer privacy ombudsman. To the extent that I become aware of any additional unrelated representation or relationship subsequent to the date of this Declaration, I intend to supplement this Declaration accordingly.

10.     I have also been informed that Accoona.com ("Accoona") is an interested party in these cases, as a prior affiliation of Eckhard Pfeiffer. Over three years ago, I undertook a small project with Accoona, which has concluded. Neither the Firm nor I have any other relationship with Accoona, and the Firm will not represent Accoona in any capacity with regard to these Chapter 11 cases. I do not believe that this prior relationship with Accoona conflicts with the interests of the Debtors, the estates, or my service as consumer privacy ombudsman. To the extent that I become aware of any additional unrelated representation or relationship subsequent to the date of this Declaration, I intend to supplement this Declaration accordingly.

11.     I have also been informed that the Federal Trade Commission ("FTC") is an interested party in these cases. My Firm interacts with FTC staff on a periodic basis on issues pertaining to online advertising and consumer privacy. Neither the Firm nor I have any other relationship with the FTC, and the Firm will not represent the FTC in any capacity with regard to these Chapter 11 cases. I do not believe that these relationships with the FTC conflict with the interests of the Debtors, the estates, or my service as consumer privacy ombudsman. To the extent that I become aware of any additional unrelated representation or relationship subsequent to the date of this Declaration, I intend to supplement this Declaration accordingly.

12.     Although not listed as an interested party, I feel it is appropriate to disclose that my brother, Robert Chapell Jr., is a Vice President at HFI, Inc. ("HFI"), a former tier two supplier of the Debtor. My understanding is that HFI does not currently do business with the Debtor, but I also understand that this may change in the future (after the conclusion of my services as Consumer Privacy Ombudsman). Neither the Firm nor I have any other relationship with HFI, and the Firm will not represent HFI in any capacity with regard to these Chapter 11

cases. I do not believe that the relationship with Robert Chapell Jr. and HFI conflicts with the interests of the Debtors, the estates, or my service as consumer privacy ombudsman. To the extent that I become aware of any additional unrelated representation or relationship subsequent to the date of this Declaration, I intend to supplement this Declaration accordingly.

13.       Neither the Firm nor I have provided legal or privacy consulting services to any of the other persons or entities listed on **Schedule 1**, who, according to the information provided by the Debtors, include; the Debtors, the Debtor's Top 25 Shareholders, the Largest 50 bondholders of the Debtors, the top one hundred largest unsecured creditors of the Debtors, Major Customers of the Debtors, and other interested parties. To the extent that I become aware of any representations unrelated to these Chapter 11 cases subsequent to the date of this Declaration, I intend to supplement this Declaration accordingly.

14.       Because of the size of these cases and the possibility of trading in claims, the Firm may represent other current clients that are creditors of or that have a connection with the Debtors that were not disclosed to me or uncovered by my review. However, my review indicates that neither the Firm nor I represent any such entity in connection with these cases.

15.       I understand that the Debtors and their affiliates have a large number of creditors and parties in interest, some of whom may be unknown at this time. I intend to supplement this Declaration as necessary as the identities of those creditors and their relationships with the Firm, if any, become known. Consequently, while there may exist certain additional persons to whom the Firm has rendered legal or privacy consulting services, I am unaware of any such representation that is in conflict with, or adverse to, that of the estates or the Debtors, or which is related to these cases.

16.       Accordingly, I do not believe that there is any connection or interest (as such terms are used in Section 101[14][C] of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6004[g][2]) of either the Firm or me and (a) the United States Trustee or any person

employed by the Office of the United States Trustee, or (b) any attorneys, accountants, financial

consultants, or investment bankers that represent or may represent claimants or other parties in

interest in these cases. I understand that neither the Firm nor I have represented and will not

represent any Debtors, creditors, or parties in interest in these cases in relation to the Debtors and

these Chapter 11 cases, nor have any financial relationship with any such entities that would be

adverse to the Debtors or their estates with respect to my service as consumer privacy

ombudsman.

17.    Based upon the foregoing, I believe that I am a "disinterested person" within the

meaning of Sections 101(14) and 332(a) of the Bankruptcy Code.

I declare under penalty of perjury under the laws of the United States that the forgoing is

true and correct to the best of my knowledge, information, and belief.


Dated: June 9, 2009
       New York, New York


              *|s| Alan Chapell*
              Alan Chapell
              President
              Chapell & Associates

# Schedule 1

# Retention Checklist and Interested Parties

Retention Checklist and Identified Parties

## Retention Checklist and Identified Parties

### Current Members of Board of Directors for General Motors Corporation

John H. Bryan
George M.C. Fisher
Kent Kresa
Philip A. Laskawy
Erskine B. Bowles
Armando M. Codina
Erroll B. Davis, Jr.
E. Neville Isdell
Karen L. Katen
Kathryn V. Marinello
Eckhard Pfeiffer

### Former Members of Board of Directors of General Motors Corporation (past 3 years)

G. Richard Wagoner Jr.
E. Stanley O'Neal
Jerome B. York
Ellen J. Kullman
Percy N. Barnevik

### Affiliations of Current Members of Board of Directors of General Motors Corporation

#### *Affiliations of John H. Bryan*

Amoco Corporation
Banc One Corporation
BP Amoco p.l.c
BP PLC (formerly, BP PLC- Yorktown Virginia Refinery)
BP Solar International Inc.
BP Trinidad & Tobago LLC
Buckeye Technologies Inc.
Catalyst, Inc.
First Chicago Corporation
First Chicago NBD Corp.
Goldman Sachs Group Inc.
Grocery Manufacturers of America Inc.
Member of the Business Council of Grocery Manufacturers of America
Inc.
Member of The Chicago Council on Foreign Relations
Sara Lee Corp.
School of the Art Institute of Chicago
Chicago Council on Foreign Relations
First National Bank of Chicago
National Trust Council of the National Trust for Historic Preservation

Retention Checklist and Identified Parties

University of Chicago
Trustee of Rush-Presbyterian-St. Luke's Medical Center

### Affiliations of George M.C. Fisher Ph.D.

Allianz International in Germany
American Express Company
AT&T Corp. (Prior)
Bell Telephone Laboratories
Chairman of the Industry Policy Advisory Committee (IPAC)
Chairman of the National Academy of Engineering
Comcast Corporation
Council on Competitiveness
Delta Air Lines Inc. (Prior)
Eastman Kodak Company
Eli Lilly & Co.(Prior)
Emeritus Member of the Singapore Economic Development Board's
        International Advisory Council
Englishtown, Inc.
Fellow of American Academy of Arts and Sciences
Hughes Electronics Corporation
Intelsat Corporation
International Academy of Astronautics
Kodak
Kohlberg Kravis Roberts & Company
Member of the Board of The National Urban League, Inc. (past)
Member of the Tsinghua University Executive Education Advisory Board
        in China
Motorola Inc.
PanAmSat Corp.
PanAmSat Holding Corporation
President's Advisory Council for Trade Policy and Negotiations
The DIRECTV Group
The International Engineering Consortium
The Minnesota Mining & Manufacturing
United States-China Business Council
University of Illinois Foundation (past)
Upromise, Inc.
VISANT Corporation
Visant Holding Corp.
Visant Secondary Holdings Corp.

### Affiliations of Kent Kresa

Advanced Bionics
Atlantic Richfield Co. (Prior)
Avery Dennison Corporation
Board of Governors of the Performing Arts Center of Los Angeles

2

Retention Checklist and Identified Parties

California Institute of Technology
Carlyle Partners IV, L.P. (Prior)
Carlyle Partners V, L.P. (Prior)
Board of Governors of the Aerospace Industries Association
Chrysler LLC (Prior)
Defense Advanced Research Projects Agency
Director of the W. M. Keck Foundation
Draper Laboratories Inc.
Eclipse Aviation Corporation
Trust Company of the West
Flour Corporation
M.I.T. Lincoln Laboratory Advisory Board
MannKind Corp.
National Academy of Engineering and the Chairman of the Defense Policy
    Advisory Committee on Trade
Northrop Grumman Corp.(Prior)
Northrop Grumman Corporation
Alfred Mann Foundation
American Institute of Aeronautics and Astronautics
Carlyle Group (Prior)
John Tracy Clinic
Lincoln Laboratory at the Massachusetts Institute of Technology (M.I.T.)
Los Angeles World Affairs Council
Private Sector Council (Prior)
TCW Group, Inc.
W. M. Keck Foundation

### Affiliations of Philip A. Laskawy

Cap Gemini S.A.
Carolina Group
Director of Dance Theater Foundation (Alvin Ailey American Dance
    Theater)
Director of the Educational Broadcasting Corporation (thirteen
    WNET/New York)
Discover Financial Services
Ernst & Young LLP (Prior)
Ernst & Young LLP, New York
Fannie Mae
Goodyear Tire & Rubber Co. (Prior)
Heidrick & Struggles International Inc. (Prior)
Henry Schein Inc.
Lazard Group LLC
Lazard Ltd.
Loews Corporation

3

Retention Checklist and Identified Parties

Member of the Independence Standards Board, created by the Securities
and Exchange Commission and the American Institute of Certified
Public Accountants
Progressive Corp. (Prior)
Federal National Mortgage Association

**_Affiliations of Erskine B. Bowles_**
Bowles Hollowell Conner & Co. (Prior)
Carousel Capital
Carousel Capital II, L.P.
Carousel Capital III, L.P.
Cousins Properties Inc.
Director at North Carolina Mutual Life Insurance Co. Inc.
Erskine Bowles and Co. LLC
First Union Corporation
Forstmann Little & Co. (Prior)
General Partner at Forstmann Little and Co. (prior)
Golden LEAF Foundation (Prior),
Krispy Kreme Doughnuts Inc. (Prior)
McLeod USA Incorporated (Prior)
Member of Advisory Council at Summit Park Partners
Merck & Co. Inc. (Prior)
Metiom (Prior)
Morgan Stanley and Co.
North Carolina Mutual Life Insurance Co. Inc.
President of the University of North Carolina System
Research Triangle Institute
Summit Park Partners
University of North Carolina
VF Corp. (Prior)
VF Corporation
Wachovia Corporation (prior)
United Nations, Deputy Special Envoy for Tsunami Recovery

**_Affiliations of Armando M. Codina_**
Amer. Bankers Insurance/FL (Formerly American Bankers Insurance
Group Inc)
American Airlines Inc.
American Bankers Insurance Group
AMR Corporation
AT&T Southeast
BellSouth Corp.
BellSouth Telecommunications, Inc.
Board of Trustees of Florida International University and Member of the
Florida Council of 100
Burger King Corporation

4

Retention Checklist and Identified Parties

Burger King Holdings Inc. (Prior)
Codina Group, Inc. (formerly known as InterAmerica Investments Inc.)
Codina Group, Inc. (Prior)
Community Partnership for the Homeless, Inc.
Flagler Development Company, LLC
Flagler Development Group
Flagler Development Group of Florida East Coast Industries, Inc.
Florida East Coast Industries, Inc.
FPL Group Inc. (Prior)
Merrill Lynch & Co. Inc.
Merrill Lynch Canada Finance Company
Merrill Lynch International & Co Cv
Merrill Lynch Preferred Capital Trust I
Merrill Lynch Preferred Capital Trust II
Merrill Lynch Preferred Capital Trust III
Merrill Lynch Preferred Capital Trust IV
Merrill Lynch Preferred Capital Trust V
Merrill Lynch Preferred Capital Trust VI
Merrill Lynch Preferred Funding I LP
Merrill Lynch Preferred Funding II LP
Merrill Lynch Preferred Funding III LP
Merrill Lynch Preferred Funding IV LP
Merrill Lynch Preferred Funding V LP
Professional Automated Services, Inc.
Quaker Oats Company (Prior)
Home Depot, Inc.
Winn-Dixie Stores Inc. (Prior)
Yupi Internet Inc. (Prior)

**_Affiliations of Erroll B. Davis, Jr._**

Alliant Energy Corp.(Prior)
Alliant Energy Resources, Inc. (Prior)
American Society of Corporate Executives
Amoco Corporation (Prior)
Board of Trustees of Carnegie Mellon University
Board of Trustees of the University of Chicago
BP PLC - Yorktown Virginia Refinery
BP Solar International Inc.
BP Trinidad & Tobago LLC
Carnegie Mellon University
Edison Electric Institute (prior)
Electric Power Research Institute
Federal Reserve Bank of Chicago Advisory Board
Ford Motor Co.
Industrial Energy Applications Inc.
Interstate Power & Light Co.

5

Retention Checklist and Identified Parties

Interstate Power & Light Co. (Prior), a subsidiary of Alliant Energy Corp.
PPG Industries Inc. (Prior)
Regents of The University System Of Georgia
Union Pacific Corp.
Union Pacific Railroad Co.
United States Olympic Committee (Prior)
University of Wisconsin System Board of Regents
Wisconsin Power & Light Co. (Prior), a subsidiary of WPL Holdings
WPL Holdings
Xerox Corp.

### *Affiliations of E. Neville Isdell*

BT Group plc (LSE:BT.A) (Prior)
Center for Strategic and International Studies
CIES (The Food Business Forum) Committee for the organization of The
    World Food Business Summit
Coca-Cola Beverages PLC
Coca-Cola Company
Coca-Cola HBC
Greater Europe Group of The Coca-Cola Company
John F. Kennedy Center For The Performing Arts
Scottish & Newcastle PLC
Scottish & Newcastle UK Limited (Prior)
SunTrust Banks Inc. (Prior)

### *Affiliations of Karen L. Katen*

2003 U.S.-Japan Private Sector/Government Commission
American Bureau for Medical Advancement in China
American Cancer Society Research Foundation
American Diabetes Association Board of Corporate Advisors
Catalyst, Inc.
Essex Woodlands Health Ventures
European Federation of Pharmaceutical Industry Associations
Graduate School of Business at the University of Chicago
Harris Corp.
Harris Information Technology Services, Inc.
Healthcare Leadership Council
International Council of J.P. Morgan Chase & Co.
L'Air Liquide SA
National Alliance for Hispanic Health
National Infrastructure Advisory Committee
National Pharmaceutical Council
New York Board of Trustees
Pfizer
Pfizer Foundation
Pfizer Human Health

6

Retention Checklist and Identified Parties

Pfizer Inc. (Prior)
Pfizer Ltd. (Prior)
Pfizer Pharmaceuticals Group
Pharmaceutical Research and Manufacturers Association of America
Pharmaceutical Research and Manufacturers of America
PhRMA
RAND Corporation
The Home Depot, Inc
University of Chicago
Pfizer Global Pharmaceuticals

### *Affiliations of Ellen J. Kullman*

Board of Overseers at Tufts University School of Engineering
DuPont Automotive Co.
Dupont Coatings & Color Technologies Group
Dupont Safety & Protection
Ei Dupont De Nemours & Co.
The National Safety Council
White Pigment & Mineral Products

### *Affiliations of Kathryn V. Marinello*

Ceridian Corp.
GE Fleet Services of GE Commercial Finance
GE Insurance Solutions
General Electric Co.
GE Capital Consumer Financial Services
GE Card Services
GE Capital
First Data Corporation
U.S. Bank Card Services, a wholly owned subsidiary of U.S. Bank
Greater Twin Cities United Way
Minnesota Business Partnership
Member of The Business Roundtable
Ceridian Corporation
GE Commercial Finance
General Electric Co. (Prior)

### *Affiliations of Eckhard Pfeiffer*

Accoona Corp. (Prior)
Biogen Idec Ma Inc. (Prior)
Biogen Inc.
Compaq Computer Corporation
Compaq Europe and International
Deutsche Bank AG
Ericsson Inc.
Ericsson LM Telephone Co.

7

Retention Checklist and Identified Parties

Ericsson NV/SA
Ericsson SpA
Ericsson Telecomunicacoes S.A.
Hitachi Data Systems Corporation
Hughes Electronics Corporation
IFCO Systems NV (Prior)
Intershop Communications AG (Prior)
LM Ericsson Telephone Co. (Prior)
M.D. Anderson Cancer Center
Southern Methodist University - Edwin L. Cox School of Business
Syntek Capital AG
Texas Instruments, Inc.

## Current Officers of General Motors Corporation

Frederick A. Henderson
Robert A. Lutz
Bo I. Andersson
Walter G. Borst
Troy A. Clarke
Gary L. Cowger
Nicholas S. Cyprus
Carl-Peter Forster
Maureen Kempston-Darkes
Robert S. Osborne
David N. Reilly
Thomas G. Stephens
Ralph J Szygenda
Ray G. Young

## Former Officers of General Motors Corporation (past 3 years)

G. Richard Wagoner, Jr.
Kathleen S. Barclay
Peter A. Bible
Kenneth W. Cole
John M. Devine
Eric A. Feldstein
Thomas A. Gottschalk
Steven J. Harris
Paul W. Schmidt
Lawrence D. Burns

## Other Key Executives and Professionals of Affiliates

Nancy C. Everett
Michael Grimaldi
Mark Hass
David W. Meline

8

Retention Checklist and Identified Parties

Hans-Juergen Michel
James E. Taylor
Jamie Ardilla
Troy A. Clarke
John M. Devine
G.L. Cowger
Thomas A. Gottschalk

## Current Significant Shareholders (top 5%)

State Street Global Advisors (US)

## Top 25 Shareholders

State Street Global Advisors, Inc.
Dodge & Cox
Brandes Investment Partners, L.P.
Credit Suisse Securities (USA) LLC, Investment Arm
Barclays Global Investors, National Association
BNY Mellon Wealth Management
Vanguard Group, Inc.
Mellon Capital Management Corporation
TCW Asset Management Company
Southeastern Asset Management, Inc.
Capital Research and Management Company
Capital Research Global Investors
Capital International Limited
RiverSource Investments, LLC
T. Rowe Price Associates, Inc.
Tiger Management Corp
Northern Trust Investments, N.A.
Fidelity Management & Research Company
GAMCO Asset Management, Inc.
Barclays Global Investors Limited
Van Kampen Asset Management
New York State Common Retirement Fund
INTECH Investment Management LLC
College Retirement Equities Fund
Lehman Brothers Asset Management Inc

## Other names each of the Debtor entities are known as (including trade names and aliases (up to 8 years) (a/k/a, d/b/a, f/k/a))

### *Other names for General Motors Corporation*

GMC Truck Division
NAO Fleet Operations
GM Corporation
GM Auction Department

9

Retention Checklist and Identified Parties

National Car Rental
National Car Sales
Automotive Market Research

### *Other names for Saturn, LLC*

Saturn Corporation
Saturn Motor Car Corporation
GM Saturn Corporation
Saturn Corporation of Delaware

## Largest 50 Bondholders

Advent Capital Management
AIG Global Investment Group Inc.
Allianz Global Investment
Barclays Capital Inc.
BNP Paribas Securities Corp.
BNY GCM (Belgium)
Calamos Advisors LLC
Camden Asset Management
Canyon Capital Advisers
Capital Research & Management Co.
Castle Creek Partners, LLC
Citicorp Securities Services Inc.
Citigroup
Clearstream Banking
Davidson Kempner Capital Management
DB Platinum Advisors
Deutsche Bank AG
Elliott International LP
Euroclear Bank
Fidelity Management & Research Co.
Franklin Advisers
GE Asset Management Inc.
Highbridge Capital Management
J.P. Morgan Securities Inc.
JD Capital Management
JMG Capital Partners
Kamunting Street Capital Management
King Street Capital Management
Lehman Brothers Inc.
Liverpool LP
Loomis Sayles & Co. LP
Lord, Abbett & Co., LLC
Lydian Asset Management
MacKay Shields LLC
Nicholas Applegate Capital Management

Retention Checklist and Identified Parties

Northern Trust Company Securities Lending
Northwestern Investment Management Co.
Oaktree Capital Management LLC
Pacific Asset Management
Pacific Investment Management Co. LLC
Peoples Benefit Life Insurance Co.
Polygon Investment Partners
Sandelman Partners, LP
Scepter Holdings Inc.
Southeastern Asset Management
UBS AG London
UBS Global Asset Management (US) Inc.
Wellington Management Co. LLP
Western Asset Management Co.
Whitebox Advisors LLC

## Top 100 Unsecured Creditors as of May 29, 2009 (other than individual bondholders)

Wilmington Trust (as Indenture Trustee, under indenture dated November 15,
     1990; and as Indenture Trustee, under indenture dated December 7,
     1995)
International Union, United Automobile, Aerospace and Agricultural Implement
     Workers of America
Deutsche Bank AG
International Union of Electric, Salary, Machine and Furniture Workers
US Treasury
Delphi
Starcom Media Vest Group
Lear Corporation
American Axle & Mfg Inc
Robert Bosch Corp
Magna Inc.
Electronic Data Systems
Johnson Controls LP
TRW Vehicle Safety Systems
Enterprise Rent-A-Car
Vanguard Car Rental USA
Tenneco Inc
Inteva Products LLC
Denso International America Inc
International Automotive
Goodyear General Products Div
Maritz Inc
Bridgewater Interiors LLC
Bridgestone/Firestone Inc
Emcon Technologies LLC
Union Pacific Railroad Co

11

Retention Checklist and Identified Parties

Autoliv Inc
Arcelormittal Usa Inc
Faurecia Automotive
Flex N Gate Battle Creek
Hertz
Yazaki North America Inc
AK Steel Corp
The Advertising Checking Bureau
Federal Mogul Corp
Cooper Standard Automotive
Nemak SA
Inergy Automotive Systems USA
Healthplus Michigan Inc
Temic Automotive Of North
BEHR Dayton Thermal Products
Aesop
L & W Engineering Co Inc
The Warranty Group Inc
Blue Care Network Of Michigan
Canadian Linen And Uniform
Hitachi Automotive Prods
Michelin Americas Services
Dana Corporation
Hewlett Packard Canada Co
Android Industries LLC
Maclaren Mccann Canada
Digitas LLC
Fidelity Investments
Isuzu Commercial Truck Of
Campbell Ewald
Health Alliance Plan
Csx Transportation Inc
Mando America Corp
Shiloh Industries Inc
Blue Cross Blue Shield
Superior Industries Intl
Borg Warner Automotive Inc
US Steel Inc
SMW Automotive Corp
Continental Tire
Leo Burnett Detroit
Benteler Automotive
Panasonic Corporation
Exxonmobil Oil Corp
Mittal/Ispat Inland
A G Simpson Automotive Inc

12

Retention Checklist and Identified Parties

Valeo Sistemas Electricos S.L.
Yorozu Automotive Tennessee
Crown Packaging/Polycon Industries
Textron / Kautex
Norfolk Southern Railway
Pilkington Na Holdings Inc
Brake Parts Inc
Mitsubishi Electric
Cobalt Group Inc
AT & T Canada Enterprises
Remy Inc
Henniges Automotive
Hutchings Automotive Products
ZF Corporation
HLI Operating Company Inc
ABC Group Inc
NYX Inc
Cellco Partnership
Eatons / Areoquip De Mexico S De Rl
Automotive Lighting Corp
Van Rob Stampings Inc EFT
Getrag Corporation
Plastic Omnium Auto
Shape Corp
Capgemini Canada Inc
TK Holdings Inc
PPG Industries Inc
JTEKT AUTOMOTIVE TN VONORE

**Utility Companies**

AEP (Columbus Sthrn Pwr)
AEP (Indiana Michigan)
AEP (SWEPCO)(CANTON)
Allegheny Pwr (Potomac Ed)
Alliant Energy (WP&L)
Altoona City Authority
Ameren UE
Arlington (City of)
Artesian Water Company
Ashley Lyon LLC
Atmos Energy
Atmos Energy (TXU Gas Co)
Aurora Util Dept (City of)
Austin Utilities
Austin Utilities (City of)

13

Retention Checklist and Identified Parties

Baltimore (City of)
Baltimore Gas & Electric Co
Bay City (City of)
Bay State Gas Co
Beaverton (City of)
Bedford City Utilities
Berkeley Bus.Park Assocs. LC
Berkeley Cnty Pub Svc Wt Dt
Berkeley Cnty Pub Swr Dist
BP Products N America Inc
Brandon (City of)
Burbank   (City of)
Burton (City of)
Butler Cnty Dept of Evniron
California-American Water Comp
CenterPoint Energy Arkla
CenterPoint Energy Entex
CenterPoint Energy Gas Svcs
CenterPoint Energy Gas Trans
Charlotte (City of)
Citizens Gas & Coke Utility
Citizens Thermal Energy 1
Cleveland (City of)
Columbia (City of)
Columbia Gas of Ohio
Columbia Pwr & Wtr Systems
Columbus (City of)
Commonwealth Edison IL
ConEdison Solutions
Consolidated Edison
Constellation Eng Proj&Svc
Constellation NewEnergy
Consumers Energy
Crown Energy Services Inc
Cucamonga County Water Dist.
Dayton Power & Light Co
Defiance Utils Billing
DeKalb Cnty Treasury & Accs
Delmarva Power
Delmarva Power
Delta Charter Township
Delta Charter Township
Delta Township Utils II LLC
Denver W/Water Managmnt Div
Denver Water
Detroit Brd of Wtr Comisnrs

Retention Checklist and Identified Parties

Detroit Thermal LLC
Dominion Peoples Gas
Dominion Virginia Power
DPL Energy Resources
DTE Defiance LLC
DTE Energy
DTE Tonawanda LLC
Duke Energy
Duquesne Light Comp
Duquesne Light Energy
East Side Hoosier Propane
Elizabethtown Gas
Empire Natural Gas Corp
Entergy (Power & Light)
Equitable Gas Comp
Falls (Twp of) Wtr&Swr Dept
Flagg Creek Wtr Reclam.Dist
Flint (City of)
Flint TWSP Board Public Wks
Fontana (City of)
Fontana Water Company
Forsyth Cnty Dept of Water
Fort Wayne City Utilities
Garland (City of) Util Svcs
Gas Recovery Systems Inc
Gas South
GASMARK UGI Energy Svcs Inc
Georgia Natural Gas
Georgia Power Co
Georgia Power Company
Grand Blanc  Charter Twp
Grand Blanc (City of)
Granger Electric Company
Hess Corporation
Hillsboro (City of)
Hinsdale (Village of)
Hudson (City of)
Illinois-American Water Comp
Illuminating Co
Indianapolis Power & Light Co
Indianapolis Water Company
Jacksonville (City of)
Jacksonville Elec Authority
Janesville Water (City of)
Kansas City Board Public Utils
Laclede Gas Company

15

Retention Checklist and Identified Parties

Lansing Board of Wtr & Lght
Livonia Wtr & Sew(City of)
Lordstown Water Department
Los Angeles (City of)
Mainstreet Real Estate
Mansfield (City of)
Marion Municipal Utilities
Memphis Light Gas & Wtr Div
Mesa (City of)
MMA Renewable Ventures Finance L/LORDS USA
Monroe Cnty Water Authority
Montgomery Cnty
Mountaineer Gas Company
MX Energy
MXenergy Inc
National Fuel Gas Dist Corp
National Fuel Resources Inc
National Grid
New Castle County, DE
New Jersey-American Water Co
New York Power Authority
New York State of Env Cons
NICOR Gas
Northeast Ohio Regnl Swr Dist
Northwest Natural Gas
Norton (Town of)
NV ENERGY USA
NYC Water Board
NYSEG Solutions
Ohio Edison Company
Oklahoma City (City of)
Oklahoma Gas & Electric USA
Oklahoma Natural Gas Co USA
Ontario (Village of)
Orion (Charter Township)
Pacific Gas & Electric Comp
PECO Energy Company
Penn Power A First Energy Com USA
Pennsylvania-American Wtr Comp
PEPCO Energy Services
Piedmont Natural Gas Comp
Pontiac (City of)
Portland General Electric
Potomac Electric Power Comp
PSE&G
R & M Investments

16

Retention Checklist and Identified Parties

Reliant Energy Solutions
Reliant Energy Solutions LLC
Reno (City of)
Renovar Shreveport LLC
Roanoke (City of)
Romulus (City of)
Saginaw (City of) Wtr & Swr
Sawnee Elec Membership Corp
Sawyer / Teco Gas
Seminole Energy Services
Shreveport (City of)
Shreveport Red River Utils LLC
Sierra Pacific Power Co
Sierra Pacific Power Comp
Solar LLC
Southern California Edison
Southern California Gas Co
Southwest Gas Corporation
Spotsylvania (Cnty Tresur)
Spring Hill (City of)
SRP - Salt River Project
Sterling Heights (City of)
Swartz Creek (City of)
Tennessee Valley Authority
Texican Industrial Energy
C Reiss Coal Company
Thousand Oaks (City of)
Toledo (City of)
Toledo Edison Company
Tonawanda (Town of)
Tonawanda (Town of)
Toro Energy of Indiana LLC
Toro Energy of Michigan LLC
Torrance (City of)
Trenton Waterwrks (City of)
Troy (City of )
Truckee Meadows Water Auth
Trumbull County Wtr & Swr
TXU Energy
United REMC
Van Buren Charter Township
Vectren Energy Delivery
Veolia Water Partners VI LLC
Warren (City of)
Warren (City of) Water Div
Warren (City of)Util Srvcs

Retention Checklist and Identified Parties

Warren County Wtr District
Warren Rural Electric CO-OP
Waterford Twp Wtr & Swr
Wayne (County of)
Wentzville
West Mifflin SSA
West Side Wtr
Wixom (City of)
Wyoming (City of)
Xcel Energy
Ypsilanti Comm Utils Auth
Atmos Energy Marketing LLC
BP Canada Energy Mktg Corp
BP Energy Co USA
ANR Pipeline Co
Columbia Gas of Virginia
Columbia Gas Transmission Corp
ConocoPhillips Company
Coral Energy Resources LP
Dominion East Ohio
Dominion Retail Inc
EnergyUSA - TPC  IN
Kansas Gas Service KS
Laclede Energy Resources Inc
Laclede Gas Co
Northern Indiana Pub Svc Comp
Panhandle Eastern Pipe Line Co USA
Sequent Energy Management USA
Shell Energy N America (US)
Shell Energy N America (Canada)
St Lawrence Gas Co
Trunkline Gas Company LLC
West Bay Exploration Co
Ameren UE
Baltimore Gas & Electric Co
Flint (City of)
Econ Global Services
Alascom INC
American Fiber Systems
AT&T
AT&T Business Service
AT&T Calling Cards
AT&T Capital Services Inc
AT&T Collocation Pro Cabs
AT&T Corp.
AT&T Inc Legacy SBC

18

Retention Checklist and Identified Parties

AT&T Teleconference
AT&T VTNS
AT&T Worldnet
At&T Yellow Pages
BellSouth
BellSouth Business Systems
BellSouth Long Distance
Century Telephone
Cincinnati Bell
Cincinnati Bell Telephone
Consolidated Comm
Consolidated
AT&T Datacomm Inc.
Embarq Communications Inc
Fairpoint Communications
Frontier
Frontier Corp.
Granite
Hawaiian Telcom Inc.
MCI
MCI Worldcom
Qwest
SBC
SBC Internet Services
Smart City Telecom
Southwestern Bell
Southwestern Bell Corp.
Sprint
TDS Telecom
Time Warner Telecom
Verizon
Verizon Business
Verizon Communications
EDS LLC

**Insurance Providers**
Marsh Inc.
Aon Inc.
CAN
ACE
AIG
Allianz
National Union
Great American
AAU
Lloyds

19

Retention Checklist and Identified Parties

General International Limited
Kiln/Millenium
AIU
Lexington
Chubb
Travellers
Liberty/SafeCo
Travellers
GMAC Re
CAN
Zurich
Vigilant
Glencairn
Goss
ESIS
HSB
XL Gaps
National Union Fire Insurance Company of Pittsburgh

## Counterparties to Major Contracts (financing agreements, executory contracts, leases, and other agreements)

SAAB Automobile A.B.
GM Europe Treasury Company
General Motors Canada Limited
SAAB Cars Holdings Corp.
New United Motor Manufacturing, Inc.
Toyota Motor Corporation
Isuzu Motors Limited
UAW
Delta Township Utilities, LLC
Delta Township Utilities II, LLC
Niject Services Company
Trigen/Cinergy-USFOS of Lansing LLC
Air Technologies Division of Ohio Transmission Corporation
DTE Energy Services Inc
USFilter Water Partners VI L.L.C.
DTE Moraine, LLC
DTE Moraine, LLC
DTE Tonawanda LLC
Oklahoma Arcadian Utilities, LLC
Shreveport Red River Utilities, LLC
VM Motori, S.p.A.
Suzuki
Shanghai Automotive Industry Corporation
Daewoo Motor Co Ltd
Korea Development Bank

20

Retention Checklist and Identified Parties

VM Motori, S.p.A.
Penske Corporation
VM Holdings, B.V.
DDC Holdings, Inc.
Circle L Technology
Isuzu Motors Polska Sp.
Government of Republic of Uzbekistan
Defiance Energy, LLC
PNC Leasing, LLC
Kensington Capital Corporation
AVN Air, LLC
State Street Bank and Trust Company of Connecticut National Association
U.S. Bank Trust National Association
Wilmington Trust Company
ICG Leaseback Fund I LLC
Cabot II-OH1B02, LLC
Cabot II-FL3B01, LLC
Cabot II-MA1B01, LLC
Cabot II-OH2B01, LLC
NS- 1500 Marquette MS, L.L.C.
NS- 2200 Willis Miller WI, L.L.C.
NS- 200 Cabot PA, L.L.C.
NS- 608 Caperton WV, L.L.C.
Delta Township Utilities LLC
Newman Financial Services, Inc.
Kensington Capital Corporation
Porrett Investments, LLC
Downtown Pontiac Development Company
Ohio Water Development Authority
Unified Government of Wyandotte County/Kansas City
City of Fort Wayne, Indiana
Michigan Strategic Fund
Michigan Job Development Authority
City of Moraine, Ohio
Trinity River Authority of Texas
Development Authority of Fulton County
City of Janesville, Wisconsin
Massachusetts Industrial Finance Agency
New Jersey Economic Development Authority
Delaware Economic Development Authority
City of Indianapolis, Indiana
Maryland Economic Development Corporation
General Electric Capital Corporation
AVN Air, LLC
Suntrust Leasing Corporation
LBA Realty Fund III-Company IX, LLC

21

Retention Checklist and Identified Parties

Auto Facilities Real Estate Trust 2001-1
Barclays Bank PLC
Citibank Korea Inc.
Citibank N.A., Taipei Branch
Citibank N.A., Bangkok Branch
Citibank Japan Ltd
Citibank Istanbul
Torbali Vergi Dairesi
Barclays Bank of Kenya Limited
Industrial Development Board of Maury County, Tennessee
Connecticut National Bank

**Taxing Authorities**
Acadia Parish School Board
Alabama Department Of Revenue
Allen Parish School Board
Arizona Dept Of Revenue
Ascension Parish
Assumption Parish
Avoyelles Parish
Baldwin County
Beauregard Parish
Bossier City Parish
Caddo Parish
Calcasieu Parish
Caldwell Parish
City And County Of Denver, Dept Of Revenue
City Of Abbeville
City Of Aberdeen Finance Dept.
City Of Alamosa
City Of Arvada
City Of Auburn
City Of Aurora
Tax Division
City Of Aurora
Tax Division
City Of Avondale
City Of Avondale
City Of Baton Rouge
City Of Baton Rouge
City Of Bellevue
City Of Bellingham Finance Dept.
City Of Birmingham
City Of Boulder, Dept Of Finance-Sales/Use Tax
City Of Bremerton, Tax & License Div
City Of Brighton

22

Retention Checklist and Identified Parties

City Of Burien
City Of Canon City
City Of Chandler
City Of Charleston City Collectors Office
City Of Colorado Springs Sales Tax Dept 2408
City Of Cortez
City Of Daphne
City Of Decatur
C/O Wachovia Bank
City Of Delta Finance Dept-Sales Tax
City Of Durango
City Of Englewood
City Of Federal Heights
City Of Flagstaff
City Of Fort Collins Dept Of Finance
City Of Fort Collins
Dept Of Finance
City Of Glendale
City Of Glenwood Springs
City Of Golden
City Of Grand Junction, Sales Tax Division
City Of Greeley Sales/ Use Tax Return
City Of Gunnison
City Of Hoover
City Of Huntsville City Clerk Treasurer
City Of Issaquah
City Of Jasper
City Of La Junta
City Of Lakewood
City Of Littleton Sales/Use Tax Return
City Of Lone Tree Dept. 1882
City Of Longmont Sale/Use Tax Return
City Of Longview Finance Dept- B&O Taxes
City Of Loveland Sales Tax Admin
City Of Madison Tax Collector
City Of Mesa
City Of Mobile
City Of Montgomery
City Of Montrose
City Of New Orleans
City Of Nogales
City Of North Bend Finance Dept
City Of Olympia
City Of Pelham
City Of Pell City
City Of Peoria, Tax And License S Section

23

Retention Checklist and Identified Parties

City Of Peoria Tax And License S Section
City Of Prattville
City Of Prescott Tax And License Office
City Of Pueblo
City Of Red Bay Sales Tax Division
City Of Scottsdale Customer Service Division
City Of Seattle Revenue & Consumer Affairs
City Of Shelton
City Of Sterling
City Of Tacoma Dept Of Finance, Tax & License Div.
City Of Tempe Tax And License Division
City Of Thornton Dept. 222
City Of Tucson, Collections
City Of Tuscaloosa
City Of Tuscumbia, Sales Tax Division
City Of Wheat Ridge
Claiborne Parish
Colbert County
Colorado Department Of Revenue, Taxpayer Service Division
Commonwealth Of Pennsylvania
Comptroller Of Maryland
Concordia Parish
Connecticut Department Of Revenue Services
Cullman County
DC Office Of Tax And Revenue
Dekalb County Revenue Dept, Sales Tax Collections
Delaware Division Of Revenue
Department Of Finance & Administration
Desoto Parish
Evangeline Parish
Everett City Clerk's Office Business Tax Div.
Florida Department Of Revenue
Florida Department Of Revenue
Franklin County Sales Tax Division
Franklin Parish
Georgia Department Of Revenue
Grant Parish
Hawaii Department Of Taxation
Iberia Parish
Iberville Parish
Illinois Department Of Revenue Retailers' Occupation Tax
Indiana Department Of Revenue
Iowa Dept. Of Revenue And Finance
Irondale City, Revenue Dept
Jackson Parish
Jefferson County Dept Of Revenue

24

Retention Checklist and Identified Parties

Jefferson Davis Parish
Jefferson Parish Sales/Use Tax Division
Kansas Department Of Revenue
Kentucky State Treasurer, Revenue Cabinet
Lafayette Parish
Lafourche  Parish
Lasalle Parish
Lincoln Parish
Livingston Parish School Board
Louisiana Department Of Revenue
Madison County Sales Tax Dept
Madison Parish
Maine Revenue Services
Massachusetts Department Of Revenue
Michigan Department Of Treasury Dept. 77003
Minnesota Department Of Revenue
Mississippi Tax Commission
Missouri Dept. Of Revenue, Business Tax Bureau
Mobile County
Montgomery County Revenue Dept
Montgomery County Revenue Dept
Morehouse Parish
Morgan County
Municipality Of Caguas
Natchitoches Tax Commission
Nebraska Department Of Revenue
New Jersey Department Of Revenue
North Carolina Department Of Revenue
NYS Sales Tax Processing Jaf Building
Office Of State Tax Commission
Ohio Department Of Taxation
Ohio Dept. Of Taxation, Commercial Activity Tax
Ohio Excise Tax And Assessment Unit
Oklahoma Tax Commission
Ouachita Taxation And Revenue Dept
Parish Of St. Bernard
Parish Of St. Tammany
Parish Of St. Mary
Parish Of Terrebonne
Phoenix City Treasurer
Plaquemines Parish
Pointe Coupee Parish
Puerto Rico Department Of Treasury
Rapides Parish Sales Tax
Red River Tax Agency
Richland Parish Tax Commissioner

25

Retention Checklist and Identified Parties

Sabine Parish
Sales Tax Division  −Alatax
Shelby County
South Carolina Department Of Revenue
South Dakota Dept Of Revenue
St. Charles Parish School Board
St. Clair County
St. John The Baptist Parish
St. Landry Parish
St. Martin Parish
State Board Of Equalization
State Of Nevada
State Of Rhode Island, Div Of Tax
State Of Washington
State Tax Commission
Tangipahoa Parish
Taxation And Revenue Department
Tennessee Department Of Revenue
Texas Comptroller
Town Of Castle Rock
Town Of Parker
Town Of Silverthorne Revenue Admin.
Town Of Windsor
Tuscaloosa County
Union Parish
Utah State Tax Commission
Vermillion Parish
Vermont Department Of Taxes
Vernon Parish
Virginia Department Of Taxation
Walker County
Washington Parish
Webster Parish
West Baton Rouge Parish
West Feliciana Parish
West Virginia State Tax Dept
Winn Parish
Wisconsin Dept Of Revenue
Wyoming Dept Of Revenue, Sales And Use Tax Division
Alabama Department Of Revenue, Business Privilege Tax Unit
Franchise Tax Board
Department Of Revenue Services State Of Connecticut
Georgia Department Of Revenue Processing Center
Kansas Franchise Tax, Kansas Department Of Revenue
Massachusetts Department Of Revenue
Missouri Department Of Revenue

26

Retention Checklist and Identified Parties

NH Dept Of Revenue Administration
North Carolina Department Of Revenue
Oklahoma Tax Commission Franchise Tax
Bureau Of Corporation Taxes
SC Department Of Revenue Corporation Return
Tennessee Department Of Revenue
West Virginia State Tax Department, Internal Auditing Division
City Of Portland
City Of Bowling Green
Philadelphia Department Of Revenue

## Investments as a Limited Partnership

Accuitive Medical Ventures, LLC
Apollo Management, L.P.
Ascend Technology Ventures
Austin Ventures
Brantley Partners
Coller Capital Ltd.
Detroit Investment Fund
Focus Ventures
General Motors Investment Management Corporation
Geocapital Partners LLC
Metalmark Capital LLC
Nordic Capital
Quantum Energy Partners
Thomas H. Lee Partners, L.P.
Vestar Capital Partners
Vista Equity Partners
Wind Point Partners

## Joint Venture Parties
### A.  ASIA-PACIFIC

### 1.  KOREA

#### GM Daewoo Auto & Technology
GM Daewoo Auto & Technology
General Motors Corporation
GM Holden Investments Pty Ltd. (now called General Motors Investments Pty
   Ltd.)
Suzuki Motor Corporation
Shanghai Automotive Industry Corporation (Group)
Korea Development Bank (Trust Business Division)

### 2.  CHINA

27

Retention Checklist and Identified Parties

### Shanghai General Motors Corporation Limited
Shanghai Automotive Industry Corporation (Group) Motor Corporation Limited General
Motors Corporation
General Motors China, Inc.
General Motors (China) Investment Company Limited

### Pan Asia Technical Automotive Center Company Limited
Shanghai Automotive Industry Corporation (Group) Motor Corporation Limited
Shanghai Automotive Industry Corporation (Group)
General Motors Corporation
General Motors China, Inc.

### SAIC GM Wuling Automobile Company Limited
Shanghai Automotive Industry Corporation (Group)
Liuzhou Mini Vehicles Factory
Liuzhou Wuling Automotive Co. Ltd.
Liuzhou Changhong Machine Manufacturing Co.
Liuzhou Automotive Transport Co.
Liuzhou Vehicle Frame Factory
General Motors China, Inc.
General Motors China Investments

### Shanghai GM (Shen Yang) Norsom Motors Company Limited
Shanghai Automotive Industry Corporation (Group) Motor Corporation Limited General
Motors China, Inc.
General Motors China Investments
Shanghai General Motors Corporation Limited

### Shanghai GM Dong Yue Powertrain Company Limited
Shanghai Automotive Industry Corporation (Group) Motor Corporation Limited General
Motors China, Inc.
General Motors China Investments
Shanghai General Motors Corporation Limited

### Shanghai GM Dong Yue Motors Company Limited
Shanghai Automotive Industry Corporation (Group) Motor Corporation Limited General
Motors China, Inc.
General Motors China Investments
Shanghai General Motors Corporation Limited

3.    **TAIWAN**

### Yulon GM Motors Company Limited
Yulon Motor Company, Ltd.
General Motors China, Inc.

28

Retention Checklist and Identified Parties

4. **MALAYSIA**

**Hicom Chevrolet**
General Motors Asia Pacific Holdings LLC
DRB-Hicom Berhad.

B. **EUROPE**

1. **ITALY**

**Caterpillar Logistics Supply Chain Services Italia S.r.l.**
Caterpillar Logistics Services International NV
Caterpillar Logistics Services Inc.
Belgian Branch
General Motors Europe Holdings S.A.
General Motors Europe AG

**VM Motori S.p.A. and VM Holdings B.V.**
GM Europe
GAZ Joint-Stock Company
GAZ Nominee

2. **NETHERLANDS**

**ISPOL-IMG Holdings B.V.**
General Motors Limited
Isuzu Motors Limited
ISPOL-IMG Holdings B.V.

3. **POLAND**

**FIAT – GM Powertrain Polska Sp. z.o.o.**
Fiat Partecipazioni S.p.A.
FIAT – GM Powertrain B.V.
OnStar Corporation

4. **RUSSIA**

**GM Avtovaz**
AO "AVTOVAZ"
GM Auslandprojekte GmbH
European Bank for Reconstruction and Development

5. **UZBEKISTAN**

**GM Uzbekistan**

29

Retention Checklist and Identified Parties

Government of the Republic of Uzbekistan
General Motors Corporation
General Motors International Holdings, Inc.
UzDaewoo Auto Co.
JSC UZavtosanOat
UzDaewoo Auto Co.
GM Daewoo Auto & Technology Co.

C.    **LATIN AMERICA, AFRICA AND MIDDLE EAST**

1.    **COLOMBIA**

**GM – Isuzu Camiones Andinos de Colombia Limitada**
General Motors Corporation
Isuzu Motors Limited

2.    **ECUADOR**

**GM – Isuzu Camiones Andinos del Ecuador GMICA Ecuador CIA. Ltda.**
General Motors Corporation
Isuzu Motors Limited

3.    **EGYPT**

**General Motors Egypt, S.A.E.**
General Motors Corporation
Isuzu Motors Limited

4.    **SOUTH AFRICA**

**Isuzu Truck South Africa (Proprietary) Limited**
General Motors Corporation
Isuzu Motors Limited

**Former GM Entities**
GMAC
Delphi

**Indenture Trustees (including any parties to GM municipal bond financing arrangements)**
Bank of New York
Citibank, N.A.
Deutsche Bank AG London
Bank General du Luxembourg S.A.
U.S. Bank N.A.
Wilmington Trust Company

30

Retention Checklist and Identified Parties

## Underwriting Investment Banks for GM's securities (for all securities issued or outstanding and for the prior 3 years, including investment banks used in private placement transactions)

ABN AMRO Rothschild LLC
Banc of America Securities LLC
Barclays Capital Inc.
Bear, Stearns & Co. Inc.
Blaylock & Company, Inc.
Citigroup Global Markets Inc.
Credit Suisse Securities (USA) LLC
Deutsche Bank Securities Inc.
Doley Securities, LLC
Goldman, Sachs & Co.
Greenwich Capital Markets, Inc.
J. P. Morgan Securities Inc.
Loop Capital Markets, LLC
Merrill Lynch
Morgan Stanley & Co. Incorporated
Muriel Siebert & Co., Inc.
Samuel A. Ramirez & Co., Inc.
The Williams Capital Group, L.P.
UBS Securities LLC
Utendahl Capital Partners, L.P.
Pierce, Fenner & Smith Incorporated

## Governmental and State Regulatory Agencies

U.S. Environmental Protection Agency
California Air Resources Board (CARB)
Vermont Agency of Natural Resources
Vermont Department of Environmental Conservation
Rhode Island Department of Environmental Management
Michigan Department of Treasury
NYS Sales Tax Processing JAF Building
United States Department of Justice
Department of Labor
Department of Transportation
Department of the Treasury
Equal Employment Opportunity Commission
Federal Trade Commission
National Labor Relations Board
Occupational Safety and Health Review Commission
Securities and Exchange Commission
Social Security Administration
Patent & Trademark Office
Copyright Office
Department of the Interior

Retention Checklist and Identified Parties

Internal Revenue Service
New York State Department of Environmental Conservation
Michigan Department of State Bureau of Regulatory Services
National Highway Traffic Safety Administration
Bureau of Customs and Border Protection

## Secured Creditors Other Than Major Secured Lenders

United States Department of the Treasury
Citicorp USA, Inc.
JPMorgan Chase Bank, N.A.
GELCO Corporation
AVN Air LLC
Delta Township Utilities II, LLC
GE Corporate Financial Services

## Major Secured Lenders

### *Term Loan Secured Lenders*

Aegon Transamer MFS Hi Yld
AG Northwoods Cap IV
AG Northwoods Cap V
AG Northwoods Cap VI Ltd
AG Northwoods Cap VIII Ltd
AG Northwoods Capital VII Ltd
American Intl Group Inc.
Arch Reinsurance Ltd
Ares Enhanced LN Inv III Ltd
Ares Enhanced LN Inv IR
Ares Enhanced LN Inv STR IR-B
Ares IIIR IVR CLO Ltd
Ares IX CLOLtd
Ares VIII CLI Ltd
Ares VIR CLO Ltd
Ares VR CLO Ltd
Ares XI CLO Ltd
Arnhold-Houston POL OFF Pen Sy
Atrium IV
Atrium V
Avenue CLO V Ltd
Avery Point CLO Ltd
Ballyrock CLO 2006-1 Ltd
Ballyrock CLO 2006-2 Ltd
Big Sky III Senior Loan TR
Bismarck CBNA Loan Funding LLC
Bk Of America, N.A.
Black Diamond CLO 2005 2

Retention Checklist and Identified Parties

Black Diamond CLO 2005 2
Black Diamond CLO 2005 1
Black Diamond CLO 2006-I Caymn
Blackrock BD FD Inc Hi Inc FD
Blackrock Corp Hi Yld Fd III I
Blackrock Corp Hi Yld Fd Inc
Blackrock Corp Hi Yld Fd V Inc
Blackrock Corp Hi Yld Fd VI In
Blackrock Debt Strt Fd Inc
Blackrock Div Inc Strt Fd Inc
Blackrock Emp Ret Fd City Dal
Blackrock FDS Hi Yld BD PF
Blackrock Fltg Rt Inc Strt
Blackrock Gbl Inv Ser Inc Str
Blackrock Hi Inc Shrs
Blackrock Hi Yld Tr
Blackrock Met Inv Sr Tr Hi Yld
Blackrock Mgd Ac Sr Hi Inc Pf
Blackrock Multi-Strategy Fixed
Blackrock Senior Inc Ser II
Blackrock Sr Hi Fd Inc
Blackrock Sr Inc Ser IV
Blackrock Strt Bd Tr
California State Teachers Ret
Canadian Imperial Bk Comm
Canyon Cap Cdo 2002-1 Ltd
Carbonado LLC
Carlyle High Yield Part 2008-1
Carlyle High Yield Part IX Ltd
Castle Garden Fdg
Caterpillar Inc Mstr Pen Tr
Celfin Capital S.A. Gfufi
Chatham Light II CLO
Chatham Light III CLO Ltd
Citibank NA-N Y
City Of Milwaukee Employers Re
City Of Oakland Police
Classic Cayman Bd Ltd
Classic I Loan Funding
Contl Casualty Co
Csam Syndicated Loan Fd
Cuna Mutual Ins Society
Cypress Tree Intl Ln Holding C
De-Sei Instl Inv Tr-Hi Yld Bd
De-Sei Instl Mgd Tr-Hi Yld Bd
Delaware Delchester Fd

33

Retention Checklist and Identified Parties

Delaware Diversified Inc Fd
Delaware Diversified Inc Fd
Delaware Enhanced Global Divid
Delaware Grp Eq V Div Inc Fd
Delaware High-Yield Opp Fd
Delaware Inv Div & Income Fd
Delaware Optimum Fxd Income Fd
Delaware Optimum Fxd Income Fd
Delaware Pooled Tr-Core PL Inc
Delaware Pooled Tr-Hi Yld Bd P
Delaware Pseg Nuc Mstr Decommi
Delaware Vip Tr Diversified In
Delaware Vip Tr Hi Yld Series
Delaware-Lincoln Vipt Bd Fd
Deutsche Bk-New York
Diamond Springs Trading LLC
Eaton Vance Cdo IX Ltd
Eaton Vance Cdo VIII Ltd
Eaton Vance Cdo X PLC
Eaton Vance Fltg Rt Inc Tr
Eaton Vance Grayson & Co
Eaton Vance Instl Sr Ln Fd
Eaton Vance Loan Opp Fd Ltd
Eaton Vance Ltd Duration Inc F
Eaton Vance Medallion Floating
Eaton Vance Senior Inc Tr
Eaton Vance Sht Dur Div Inc Fd
Eaton Vance Sr Debt Pf
Eaton Vance Sr Debt Pf
Eaton Vance Sr Fltg Rt Tr
Eaton Vance Sr Inc Tr
Eaton Vance Vt Fltg Rt Inc Fd
Emerald Orchard Ltd
Employers Ins Company Of Wausa
Evergreen Core Plus Bd Fd
Evergreen Hi Yld Bd Tr
Evergreen High Income Fund
Evergreen Inc Adv Fd
Evergreen Multi-Sector Income
Evergreen Utly & Hi Inc Fd
Evergreen Va High Income Fd
Fairview Funding LLC
Fidelity Advr Sr I-Advr Hi In
Fidelity Advr Sr Il-Advr Strt
Fidelity American Hi Yld Fd
Fidelity Ballyrock Clo II

34

Retention Checklist and Identified Parties

Fidelity Ballyrock Clo III
Fidelity Cip LLC:Fid Fl Rate
Fidelity Puritan Tr-Puritan Fd
Fidelity Sch St Tr-Strt Inc Fd
Fidelity Summer St Tr-Cap & In
Fidelity Summer St-Cap & Inc F
Fidelity Vip V Strt Inc Pf
First Tr Highland Cap Fltg Rt
Flagship CLO IV
Flagship CLO V
Flagship CLO VI
Foothill CLO I Ltd
Foothill Gr Inc
Foothill Grp Inc
Fortress Cr Invs I Ltd
Fortress Cr Invs II Ltd
Four Corners CLO II Ltd
Four Corners CLO II Ltd
Frt Tr 4 Cor Sr Fl Rt Inc Fd 2
Fst Tr/Four Corners Sr Fltg Rt
Galaxite Master Unit Tst
GE Pen Tr
Gen Elec Cap Corp
Genesis CLO 2007-1 Ltd
Genesis CLO 2007-2 Ltd
Global Investment Grade Credit
Golden Knight II CLO Ltd
Goldentree Ln Opp III Ltd
Goldentree Ln Opp IV Ltd
Goldman Sachs Cr Parts LP
Goldman Sachs Cr Parts LP
Goldman Sachs-Abs Loans 2007 L
GPC 69 LLC
GPC 69 LLC
Grand Cent Asset Tr  Bdc
Grand Cent Asset Tr  Bdc
Grand Cent Asset Tr Gslf
Grand Cent Asset Tr Wam
Grayson & Co
Gulf Stream - Sextant CLO 2007
Gulf Stream Compass CLO 2003-1
Gulf Stream-Compass CLO 2007
Harbour Town Funding LLC
Harch Clo II Ltd
Harch Clo III Ltd
Hartford-Fltg Bk Ln Sr Of Hart

35

Retention Checklist and Identified Parties

Health Care Foundation Ks
Hewett's Island CLO V Ltd
Hewett's Island CLO Vi Ltd
Hewetts Island CLO IV
Hewlett-Packard Co
HFR Rva Opal Master Trust
Highland Credit Opp CDO Ltd
Highland Floating Rate Fund
Highland Offshore Ptnrs LP
Highland-Pac Sel Fd Fltg Rt Ln
Himco Fltg Rt Fd
Ill Teachers Ret Sys Stpl
Illinois Municipal Retire Fund
Iowa Public Employees Retire
Ivy-Hi Inc Fd
Janus Adviser Floating Rate Hi
Jasper Funding
Jersey Street CLO, Ltd
Jp Morgan Whitefriars Inc
Katonah 2007-I CLO
Katonah III, Ltd.
Katonah IV Ltd
Kil Loan Funding LLC
L3- Lincoln Variable Ins Prods
Lincoln Natl Life Ins 12
Lincoln Natl Life Sa20
Ll Rustic Canyon Funding LLC
Loan Funding Xl LLC
Loan Star State Tr
Logan - Raytheon Mpt-Fltg Rate
Logan -Raytheon Mpt-Mid Grde P
Logan Cir-Russell Inv Co Multi
Logan Circ-Walt Disney Ret Pl
Logan Circle - Alameda Cty Tra
Logan Circle - Allina Health S
Logan Circle - Allina Healths
Logan Circle - Bechtel Corpora
Logan Circle - Fric Fixed Inco
Logan Circle - Liberty Mut Emp
Logan Circle - Ric PLC
Logan Circle - Rusifllc Ruscbf
Logan Circle - Russell Multi-M
Logan Circle -Public Service E
Logan Circle Freddie Mac Fdtn
Logan Circle Peoples Enrgy Cor
Logan Circle Wis Pub Ser Pen T

36

Retention Checklist and Identified Parties

Logan Circle- Sunoco Inc Mstr
Logan Circle-Raytheon Mstr Pen
Longhorn Cr Fdng LLC
Longlane Master Tr IV
Lord Abbett Inv Tr- Float Rate
Mackay Shlds Coreplusalpha Ltd
Mackay Short Duration Alpha Fd
Mackay-Ar Pub Emp Ret Sys
Madison Park Fdg III Ltd
Madison Park Fdng VI Ltd
Madison Park Funding I Ltd
Madison Park Funding II
Madison Park Funding IV Ltd
Madison Park Funding V Ltd
Marathon CLO I
Marathon CLO II Ltd
Marathon Financing I B V
Mariner LDC
Marlborough Street CLO Ltd
Mayport CLO Ltd
Mcdonnell-Il State Board Inv
Meritage Fd Ltd
Merrill Lynch Cap Serv Inc
Mfs Charter Inc Tr
Mfs Charter Inc Tr
Mfs Fltg Rt Hi Inc Fd
Mfs Fltg Rt Inc Fd
Mfs Intermarket Inc Tr I
Mfs Intermediate High Income F
Mfs Multimarket Income Trust
Mfs Spcl VI Tr
Mfs Spcl VI Tr
Mfs Sr III Tr Hi Yld Opp Fd
Mfs Sr III Tr Hi Yld Opp Fd
Mfs Sr Tr IIIHi Inc Fd
Mfs Sr Tr XIII-Div Inc Fd
Mfs Tr VIII Strt Inc Fd
Mfs Tr VIII Strt Inc Fd
Mfs Var Ins Tr- Mfs Strtgc Inc
Mfs Variable Ins Tr Mfs High I
Mfs Vit II High Yeild Portolio
Mfs Vit II Strt Inc Port
Mfs-Dif-Diversified Income Fun
Mfs-Dif-Diversified Income Fun
Microsoft Global Finance
Mo St Emp Ret Sys

37

Retention Checklist and Identified Parties

Momentum Cap Fd Ltd
Morgan Stanley Sr Fd Inc
Mt Wilson CLO II Ltd
Muzinich-Spc Extrayield $ Segr
Nash Point CLO
Nash Point CLO III B.V.
Nash Point II CLO
National City Bank
New York Life Ins  GP Port Alp
New York Life Ins Co GP
Oak Hill Cr Part III
Oak Hill Cr Partnes IV
Oak Hill Credit Partners V Ltd
Oak Hill Credit Ptnrs II Ltd
Oaktree - Emp Ret Fd City Of D
Oaktree - Gen Brd Pen Hlth Bnf
Oaktree - High Yield LP
Oaktree - Intl Paper Co Comngl
Oaktree - Pac Gas & Elec Post
Oaktree Cap Mgmt-Hi Yld Tr
Oaktree Loan Fund 2x (Cay) LP
Oaktree Loan Fund, L.P.
Oaktree-Bill & Melinda Gates
Oaktree-Daimlerchrysler Corp M
Oaktree-High Yield Fd II LP
Oaktree-San Diego Cty Emp Ret
Oaktree-Tmct LCC
Obsidian Master Fd
OCM High Yield Plus Fd LP
OCM -Cent St,Se & Sw Pens Pl
OCM -IBM Personal Pens Pl
OCM -Pac Gas & Elec Comp Ret Tr
OCM -State Teach Ret Oh
OCM -Wm Pool Hiyld Fix Int Tr
Octagon Invsmnt Part XI Ltd
Oevag
OHA Cap Sol Fin Ofshore Ltd
OHA Cap Sol Fin Onshore Ltd
OHA Park Avenue CLO I Ltd
OHSF Financing Ltd
OHSF II Financing Ltd
Oppenheimer Sr Fltg Rt Fd
OW Fdng Ltd
Pension Inv Comm Of GM For GM
Phoenix Edge Sr Fd Multi Sect
Phoenix Edge-Multi-Sec Fix Inc

38

Retention Checklist and Identified Parties

Phoenix Multisector Fx Inc Fd
Phoenix Multisector Sht Trm Bd
Phoenix Senior Floating Rt Fd
Pimco Fairway Loan Funding Co
Pimco1464-Freescale Retirement
Pimco1641-Sierra Pac Rscrce De
Pimco2244-Virginia Retirement
Pimco2496-Fltg Rt Inc Fd
Pimco2497-Fltg Rt Strt Fd
Pimco2603-Red River Hypi Lp
Pimco3813- Cayman Bk Ln Fd
Pimco400-Stk Plus Sub Fd B LLC
Pimco6819 Portola CLO Ltd
Pimco700-Fd Tot Rtn Fd
Pimco706-Fd Private Hi Yd Pt
Pioneer Fltg Rt Tr
Post - Royal Mail Pens Plan
Post-Va Ret System Multi Port
Primus CLO I Ltd
Primus CLO II Ltd
Princeton Rosedale CLO II Ltd
Putnam 29x-Fds Tr-Fltg Rt Inc
Putnam Bk Ln Fd (Cayman) Mstr
Pyramis Fltg Rt Hi Inc Comngl
Pyramis Hi Yld Bd Comngl Pool
Race Point II CLO
Race Point II CLO
Race Point III CLO
Race Point IV CLO Ltd
Reams - Brd Of Pen Presbyteria
Reams - Chicago Park District
Reams - Children's Hsptl Phila
Reams - Ct Gen Life Ins Co
Reams - Emp Ret Sys Of The Cit
Reams - Goldman Core Plus Fixe
Reams - Halliburton Company
Reams - Kraft Foods Master Ret
Reams - La Fire And Police
Reams - Parkview Mem Hospital
Reams - Reichhold, Inc.
Reams - Rotary Intl Foundation
Reams -San Diego Fdtn
Reams City Of Mont Al Empl Ret
Reams Ilwu Pma Pen Pln
Reams Indiana St Pol Pen Tr
Reams Indiana St Teach Ret Fd

39

Retention Checklist and Identified Parties

Reams Louisiana Carp Reg Cnc P
Reams Muni Emp Ret Sys Michiga
Reams Trustees Of Indiana Univ
Reams- Columbus Core Pl
Reams- Labcorp Cash Bal Ret
Reams-Amer President Lines Ltd
Reams-Bill & Melinda Found
Reams-Bldng Trds Un Pen Tr
Reams-Carp Pen Fd Il
Reams-Columbs Ext Mkt Fd Llc
Reams-Eight Dist Elec Pen Fd
Reams-Emp Ret Sys Balt Cnty
Reams-Indiana Mjr Move Cnstrct
Reams-Inter Lc Pen Fd Grphc Co
Reams-Inter Lc Pen Fd Grphc Co
Reams-Laboratory Corp Of Us Hl
Reams-Prudential Ret Ins & Ann
Reams-Santa Barbara Cnty Emp R
Reams-Sonoma Cnty Emp Ret Asso
Reams-St Luke Epis Hlth Sys Fd
Reams-The Mather Found Core Pl
Reams-Trustees Of Purdue
Reams-Univ Of Kentucky
Reams-Ventura Cnty Emp Ret Ass
RGA Reinsurance Co
Royal Bk Of Scot PLC
Sanctuary Clear Creek
Sanford Bernstein Il Interm Du
Sanford Bernstein Interm Dur P
Sankaty Cr Opps Off Mtr IV LP
Sankaty High Yield Part Il LP
Sankaty Hy Part  III LP
Seattle City Empl Retire
Secondary Loan And Distressed
Security Invstrs-Hi Yld Fd
Sei Inst Mgd Tr Core Fxd Inc
Sf-3 Segregated Portfolio
Sfr Ltd
Shinnecock CLO II Ltd
Silverado CLO 2006-1 Ltd
Spiret IV Loan Trust 2003 B
Sss Fdg Il, LLC
State Of Connecticut
Stoney Lane Fdng I Ltd
Talon Total Return Ptnrs LP
Talon Total Return Qp Ptnrs LP

40

Retention Checklist and Identified Parties

TCW Absolute Return Credit Fd
TCW High Income Parts Ltd
TCW Sr Secured Fltg Rt Ln Fd L
TCW Sr Secured Ln Fund LP
TCW Velocity CLO
TCW -Park Avenue Ln Tr
Texas Cty & Dist Ret Sys
TMCT II LLC
Trilogy Portfolio Co LLC
Trs Svco LLC
Vitesse CLO Ltd
Vulcan Ventures Inc
Wamco 176-Va Supplemental Ret
Wamco 2357-Legg Mason Prtnrs
Wamco 3023-Virginia Ret Sys Bk
Wamco 3073-John Hancock Trst
Wamco 3074-John Hancock Fd II
Wamco Mt Wilson CLO
Wamco Mt Wilson CLO
Wamco Wstrn Asst Fltg Rt Hi In
Wamco-3131-Raytheon Master Pen
Wells - 13702900
Wells - 13823100
Wells - 14945000
Wells - 16017000
Wells 16959701-John Hancock In
Wells Cap Mgmt - 13923601
Wells Cap Mgmt 12222133
Wells 16463700 La Dept W&Pwr Em
Wells 16959700-Jh Hi Yld
West Bend Mutual Insurance Com
XX - Agility Glb Fx Inc Mst Fd
XX - Mfs - High Yield Var Acct
XX - Sankaty Credit Opp IV LP
XX - Stichting Bedrijfstakpens
XX - Stichting Pensionfonds Me
XX - The Hartford Flting Rt Fd
XX - Wells Cap Mgmt 18866500
XX -Fidelity Canadian Asset All
XX -GMAM Investment Funds Trust
XX -Lehman Brothers First Trust
XX -Lehman Brothers High Income
XX -Neuberger Berman Income
XX -Rbc Dexia Investor Services
XX -Sg Am Ai Ec V – Ca

41

Retention Checklist and Identified Parties

### Credit Revolver Secured Lenders

ABN AMRO
Australia & New Zealand Bank
Banca Intesa (Intesa BCI)**
Banco Comercial Portugues
Bank of America
Bank of China
Bank of Montreal
Bank of New York
Bank of Nova Scotia
Barclays Bank
Bayerische Landesbank
BBVA
Bear Stearns
BNP Paribas
BOTM
Calyon
CIBC
Citigroup
Citizens Savings Bank
Comerica Bank
Commerzbank AG
Credit Suisse
Deutsche Bank
Dresdner Bank
Fifth Third Bank
Fortis
Goldman Sachs
Helaba (Landesbank Hessen)
HSBC
ING Bank
JP Morgan Chase
KBC Bank
Key Bank
Lloyds
M&T Bank
Mellon Bank
Merrill Lynch Bank
Mizuho Corporate Bank
Morgan Stanley
Nordea Bank
Northern Trust Company
RBS
San Paolo Di Torino
SE Banken
SMBC

42

Retention Checklist and Identified Parties

Societe Generale
Standard Chartered Bank
UBS AG
WestLB
Citibank, N.A.

## Professionals Employed

ABN AMRO, Inc.
AG Edwards Inc.
Arthur Andersen
Bear Stearns International Limited
Bear, Stearns & Co. Inc.
Blackstone Group L.P.
BNP Paribas
Citibank, National Association (Las Vegas, NV)
Citigroup CIB
Computershare Trust Company, NA
Credit Suisse
Daiwa Europe (Deutschland) GmbH
Davis Polk & Wardwell
Deloitte LLP
Deloitte Touche Tohmatsu
Deutsche Bank Securities Inc.
Evercore Partners Inc.
Goldman Sachs Group Inc.
Goldman, Sachs & Co.
J.P. Morgan & Co. Inc.
J.P. Morgan Securities Inc.
Jenner & Block LLP
Jones Day
JPMorgan Chase & Co
Kirkland & Ellis LLP
KPMG LLP
Mallesons Stephen Jaques
Merrill Lynch & Co., Inc.
Merrill Lynch International Limited
Merrill Lynch, Pierce, Fenner & Smith Incorporated
Morgan Stanley
Morgan Stanley & Co. Incorporated
Osler, Hoskin & Harcourt LLP
Richards, Layton & Finger
Stewart McKelvey Stirling Scales
Bank of New York Mellon Corporation
W. Y. Campbell & Company
Weil, Gotshal & Manges LLP
White & Case, L.L.P.

43

Retention Checklist and Identified Parties

**Retention Applicants**
Weil, Gotshal & Manges LLP
Alix Partners
Evercore Partners
Cravath, Swaine & Moore LLP
Blackstone Group L.P.
Morgan Stanley
Honigman Miller Schwartz and Cohn LLP
Ernst & Young
Gupton Mars
Deloitte & Touche
Price Waterhouse Coopers
Resource Global Professionals
Acteon
KPMG
Jenner & Block

**Major Customers**
AMERCO
American Creek Resources Ltd.
American DG Energy, Inc.
Asbury Automotive Group, Inc.
Asiaavto JSC
Avis Budget Car Rental, LLC
Avis Budget Group, Inc.
Barloworld Ltd.
BMW Group
Brunswick Corp.
CarMax Inc.
Casa Cuervo, S.A. de C.V.
CFAO
Coachmen Industries Inc.
Combined Motor Holdings Ltd.
Delphi Corp.
Eagle Coach Company
Europcar Groupe S.A.
Evans Halshaw Motors Ltd.
Federal Coach, LLC
GMAC LLC
GMAC LLC
Group 1 Automotive Inc.
Hydrogenics Corp.
Imperial Holdings Ltd.
Infomedia Ltd.
Insignia Group, LC

44

Retention Checklist and Identified Parties

Johnson Industries, Inc.
Linamar Hungary Autóipari és Gépgyártó Nyilvánosan Muködo Részvénytársaság
Lookers plc
McCarthy Motor Holdings
Next Inc.
Penske Automotive Group, Inc.
Quantum Telecom, Inc.
Residential Capital LLC
Rush Enterprises, Inc.
SAIC Motor Corporation Limited
Sense Technologies Inc.
Sfakianakis SA
Signature Eyewear Inc.
Sonavox International Holdings Ltd.
Sonic Automotive Inc.
Starsauto Pte Ltd.
Stern Autobedrijven N.V. (Out of Business)
Stratstone Specialist Limited
Super Group Ltd.
Synergy Drive Bhd
The Hertz Corporation
Thor Industries Inc.
Tunas Ridean PT
United Solar Ovonic Corp.
Wallbridge Mining Co. Ltd.
WBL Corp. Ltd.
Winnebago Industries Inc.
Woods Industries Inc
XM Satellite Radio Holdings Inc.
XM Satellite Radio, Inc.
Zastava Grupa Vozila AD

## Top 100 Suppliers

ABC Group Inc.
AJG Vantage Capital LP.
Al-Shreveport LLC
Aisin Seiki Co Ltd.
Allison Transmission Inc.
Alpha SA De Cv
American Axle & Mfg Holdings Inc.
Android Industries-Delta Township
AP Plasman Corp.
Arvinmeritor Inc.
Auma SA De Cv
Autoliv Inc.
Ballard Power Systems Inc.

45

Retention Checklist and Identified Parties

Behr GmbH & Co.
Borg Warner Inc.
Bosch, Robert Stiftung GmbH
Bose Corp.
Bridgestone Corp.
Brose International GmbH
Burelle
Challenge Mfg Co.
Cloyes Gear & Products Inc.
Compagnie Generale Des Etablissemen
Concord International Inc.
Continental AG
Continental Plastics Co.
Cooper-Standard Holdings Inc.
Dakkota Integrated Systems LLC
Dana Holding Corp.
Delphi Corp.
Denso Corp.
Detroit Technologies Inc.
Eaton Corp.
Exedy Corp.
Fiat Spa
Flex-N-Gate Corp.
Getrag Getriebe-Und Zahnradfabrik
GKN Plc
Goodyear Tire & Rubber Co.
Grupo Antolin Irausa SA
Guardian Industries Corp.
Hayes Lemmerz International Inc.
Hella Kgaa Hueck & Co.
Henniges Automotive Holding Inc.
Hilite International Inc.
Hitachi Ltd.
HP-Pelzer Beteiligungsholding GmbH
Icahn Enterprises LP
Illinois Tool Works Inc.
Inergy Automotive Systems
International Automotive Components
Isuzu Motors Ltd.
J2 Management Corp.
JCIM US LLC
Johnson Controls Inc.
Key Safety Systems Inc.
Kohlberg & Co LLC
L&W Inc.
Lear Corp.

46

Retention Checklist and Identified Parties

Linamar Corp.
Lio Ho Machine Works Ltd.
Magna International Inc.
Mahle-Stiftung GmbH
Mando Corp.
Martinrea International Inc.
Mitsubishi Electric Corp.
Mold Masters Co.
Morgan, JP Chase & Co
Multimatic Inc.
Nippon Sheet Glass Co Ltd.
Noble International Ltd.
Nyx Inc.
Panasonic Corp.
Peugeot SA
Remy International Inc.
Renco Group Inc.
Sanluis Corporacion SA De Cv
Schaeffler Kg
Shape Corp.
SL Corp.
Sumitomo Electric Industries Ltd.
Superior Industries International
Tenneco Inc.
Textron Inc.
TI Automotive Ltd.
Timken Co. Inc.
TKJ KK
Tomkins Plc
Total SA
Toyota Industries Corp.
TRW Automotive Holdings Corp.
Valeo
Van-Rob Inc.
Visteon Corp.
Webasto Ag
Windsor Mold Inc.
Yazaki Corp.
Yorozu Corp.
Zeppelin-Stiftung
ZF Lenksysteme GmbH

**Strategic Alliances**
123 Systems, Inc.
Apollo Tyres Ltd.
Applied Intellectual Capital

Retention Checklist and Identified Parties

Avtotor-Kholding Grupp OAO
BMW Group
Carnegie Mellon University
CNF Technologies, Inc.
Compact Power, Inc.
Daechang Forging Co., Ltd.
Daimler AG
DRB-HICOM Bhd
Duke Energy Corp.
Ford Motor Co.
Freudenberg-NOK General Partnership
GAZ Group
GMAC LLC
Hitor Group, Inc.
HSBC Finance Corp.
HSBC Financial Corp Ltd.
Hydrogenics Corp.
IF P&C Insurance Holding Ltd.
Indian Institute of Technology, Kharagpur
Mondragón Corporación Cooperativa
National Governors Association
Nicholas Financial Inc.
Ontario Power Generation Inc.
PTT Public Co. Ltd.
Quantum Fuel Systems Technologies Worldwide Inc.
Rockwood Holdings Inc.
Rockwood Specialties Group Inc.
Rodale Inc.
Saudi Basic Industries Corp.
Segway, Inc.
Segway, Inc.
Shanghai Automotive Industry Corporation
Shell Hydrogen B.V.
SK Telecom Co. Ltd.
State Grid Corporation of China
Suzuki Motor Corp.
Thailand Automotive Industry Association
The Electric Power Research Institute, Inc.
Tóth Autó Kft
Toyota Motor Corp.
Tsinghua University
University of Ontario Institute of Technology
Uzavtosanoat JSC
Veolia Environnement SA
VeraSun Energy Corporation
VM Motori S.p.A

48

Retention Checklist and Identified Parties

XM Satellite Radio Holdings Inc.

## Unions/Non-Debtor Parties to Collective Bargaining Agreements

International Union, United Automobile, Aerospace and Agricultural Implement
Workers of America (UAW)
International Union of Electronic, Electrical, Salaried, Machine and Furniture
Workers (IUE)
IUE-CWA
International Association of Machinists
IAM
International Brotherhood of Electrical Workers
IBEW

## Major Litigation Claimants

New Market Vehicle Canadian Export Antitrust Litigation
Belch
UAW
Folksam Asset Management, et al
Galliani
Stein v. Bowles
Henry Gluckstern
John Orr
Sharon Bouth
Robin Salisbury
Barnevik
Stanley Zielezienski
J&R Marketing, SEP
J&R Marketing
Alex Mager
Delphi ERISA Litigation
Young
Mary M. Brewer
Evans and Evans Cooling Systems, Inc
Gutzler
Sanute
Amico
Kenneth Stewart
OnStar Contract Litigation
California ex rel. Lockyer
California Attorney General
Alliance of Automobile Manufacturers
Association of International Automobile Manufacturers
EPA Region III
EPA Region V
Int'l Union

Retention Checklist and Identified Parties

International Union, United Automobile, Aerospace and Agricultural Implement
Workers of America
Bryant
Hunter
Chartrand
Goodridge
Sidra Bell
Aurelius Capital Partners LP
Margaret George
Allgood

## Professionals Retained by Significant Creditor Groups
Skadden, Arps, Slate, Meagher & Flom LLP
Rothschild LLP
Cadwalader Wickersham and Taft LLP
Sonnenschein Nath & Rosenthal LLP
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Houlihan Lokey
Haynes & Boone LLP
Lazard Ltd.
Otterbourg, Steindler, Houston & Rosen, P.C.
Brown Rudnick
Simpson Thacher & Bartlett LLP
Morgan, Lewis & Bockius

## Entities in which GM owns an equity interest
This list is based on the entities disclosed in Exhibit 21 to the 2008 10-K, a list of direct
investments included in the Capital IQ Report, and the organizational charts provided by GM.
### Asia Pacific
Autohaus Anif GmbH
Chevrolet Austria GmbH
Chevrolet Belgium
Chevrolet Deutschland GmbH
Chevrolet Espana S.A.
Chevrolet Euro Parts Center B.V.
Chevrolet Europe GmbH
Chevrolet Finland OY
Chevrolet France S.A.S.
Chevrolet Italia S.p.A.
Chevrolet Nederland B.V.
Chevrolet Poland Sp. Z.O.O.
Chevrolet Portugal, LDA
Chevrolet Sales (Thailand) Ltd.
Chevrolet Southeast Europe Automobile LLC.
Chevrolet Suisse S.A.
Chevrolet Sverige AB

50

Retention Checklist and Identified Parties

Chevrolet Turkiye Ticaret Ltd. Sti.
Chevrolet UK Ltd.
Daewoo Motor De Puerto Rico Inc.
Espace 328 S.A.R.L.
General Motors (China) Investment Company Ltd.
General Motors (Hong Kong) Company Limited
General Motors (India) Marketing Private Limited
General Motors Asia Pacific (Japan) Limited
General Motors Asia Pacific (Pte.) Ltd.
General Motors Australia Limited
General Motors Daewoo Auto And Technology CIS
General Motors Global Industries Co. Ltd.
General Motors Holden Ltd.
General Motors Holden's Sales Pty.
General Motors India Private Limited
General Motors Japan Ltd.
General Motors Ltd.
General Motors Malaysia
General Motors New Zealand Pension Limited
General Motors New Zealand Pensions Limited
General Motors Powertrain (Thailand)
General Motors Southeast Asia Operations Limited
General Motors Taiwan Limited
General Motors Thailand Ltd.
GM Automobiles Phillippines Inc.
GM Autoworld Korea Co. Ltd.
GM Autoworld Yugen Kaisha
GM Daewoo Auto & Technology Company
GM Investments Pty. Ltd.
GM Korea Co. Ltd.
GMl Diesel Engineering Limited
Herouville Motors S.A.R.L.
Hicom Chevrolet SDN BHD
Holden's New Zealand Ltd.
LCV Platform Engineering Corp.
P.T. General Motors Autoworld
P.T. General Motors Indonesia
P.T. Mesin Indonesia
Pan Asia Technical Automotive Center Company
SAIC GM Wuling Automobile Ltd.
Shanghai General Motors Corporation
Shanghai GM (Shenyeng) Norsom Motors Co. Ltd.
Shanghai GM Dongyue Motors Co. Ltd.
Shanghai GM Dongyue Powertrain
Suzuki Motor Corporation
Tai Jin International

Retention Checklist and Identified Parties

Vietnam Daewoo Motor Co. Ltd.
Yulon General Motors Co.

### Latin America, Africa, and Middle East

Al Mansour Automotive Sae
Boco (Proprietary) Limited
Chevrolet S.A. De Ahorra Para Fines Determinados
Dad Holdings (Pty.) Ltd.
Delmot Properties
DMC Holdings (Pty.) Ltd.
Elasto S.A.
General Motors Africa And Middle East FZE
General Motors Chile S.A.
General Motors Colmotores S.A.
General Motors De Argentina S.R.L.
General Motors Del Ecuador S.A.
General Motors Do Brasil LTDA.
General Motors East Africa Limited
General Motors Egypt S.A.E.
General Motors Inversiones Santiago
General Motors Israel
General Motors Nigeria Ltd.
General Motors Peru S.A.
General Motors South Africa
General Motors Uruguay
General Motors Venezolana C.A.
Global Logistical Services (Pty.) Ltd.
GM Factoring Sociedade De Fomento Comercial LTDA.
GM-Isuzu Camiones Colombia
GM-Isuzu Camiones Ecuador
Holdcorp S.A.
Isuzu Truck South Africa (Pty) Limited
Mac International Fzco
Midas Group (Proprietary) Limited
Omnibus Bb Transportes S.A.
Plan Automotor Ecuatoriano S.A. Planautomotor
Precision Exhaust Systems
Ruedas De Aluminio C.A.
Sociedad De Compra Programada Chevrolet C.A.
Stainless Precision Components (Pty.) Ltd.
Universal Motors Israel Ltd.

### Europe

Adam Opel GmbH
Aftermarket (Uk) Ltd.
Aftermarket Italia S.R.L.

Retention Checklist and Identified Parties

Amg Svenska Ab
Atk Automotive Technology Kaiserslautern GmbH
Carus Grundstucks - Mbh & Co. Object Kuno 65 KG Vermietungsgesellschaft
Carus Grundstucks - Vermietungsgesellschaft MBH & Co. Object Leo 40
    KG
Caterpillar Logistics LLC
Caterpillar Logistics Supply Chain Services GMBG
Caterpillar Logistics Supply Chain Services Italia S.R.L.
EMWE B.V.
Fiat-GM Powertrain Polska Sp Z O.O.
General Motors Asset Management Limited
General Motors Auto LLC
General Motors Automotive Holdings S.L.
General Motors Belgium N.V.
General Motors Central And Eastern Europe
General Motors CIS
General Motors Coordination Center N.V.
General Motors Espana SL
General Motors Europe Holdings S.L.
General Motors Finland OY
General Motors France S.A.
General Motors Investment Services Company
General Motors Investment Trustees Ltd.
General Motors Ireland Ltd.
General Motors Italia S.R.L.
General Motors Manufacturing Poland Sp. Z O.O.
General Motors Nederland B.V.
General Motors Norden AB
General Motors Nordiska AB
General Motors Norge AS
General Motors Poland Spolka Z.O.O.
General Motors Portugal LDA.
General Motors Powertrain – Kaiserslautern Germany GmbH
General Motors Powertrain Austria GmbH
General Motors Powertrain GmbH
General Motors Powertrain Holding B.V.
General Motors Powertrain Hungary Ltd.
General Motors Powertrain Sweden AB
General Motors Strasbourg S.A.S.
General Motors Suisse S.A.
General Motors UK Limited
General Motors Uzbekistan
Global Tooling Service Company Europe Limited
GM Auslandprojekte GmbH
GM Austria GmbH
GM Automotive Services, Belgium

53

Retention Checklist and Identified Parties

GM Automotive UK Limited
GM Europe A.G.
GM Europe GmbH
GM Europe Treasury Company AB
GM Global Purchasing And Supply Chain S.R.L. Romania
GM Hellas A.B.E.E.
GM Overseas Funding LLC
GM Plats (Proprietary) Limited
GM Turkiye Ltd Sirketi
GM -Avtovaz
IBC Vehicles (Distribution) Limited
IBC Vehicles Ltd
Ile De France Automobiles S.A.
Ispol-Img Holdings B.V.
Isuzu Motors Polska Sp. Z O. O.
Millbrook Proving Ground Ltd.
Opel Eisenach GmbH
Opel Live GmbH
Opel Performance Center GmbH
Opel Special Vehicles GmbH
Opel Wohnbau GmbH
Prostep AG
Randstad Worknet GmbH
Saab Automobile A.B.
Saab Automobile Investering A.B.
Saab City Ltd.
Saab Deutschland GmbH
Saab Great Britain Limited
Saab Marlow
Saab Zentrum Frankfurt
Saab-Ana I Trollhatten A.B.
Saab-Scania Canada
Vauxhall Engineering Centre Ltd.
Vhc Sub Holdings (UK) Ltd.
VM Holdings B.V.
VM Motori S.P.A.

**North America – Dealerships**
Advantage Chevrolet Of Bolingbrook, Inc.
Angleton Auto Center, Inc.
Athens Chevrolet, Inc.
Beck & Masten Gulf Freeway, Inc.
Bill Osborne Chevrolet Ltd.
Britain Chevrolet, Inc.
Broome Oldsmobile, Inc.
Buick Pontiac GMC Of Moosic, Inc.

54

Retention Checklist and Identified Parties

Buick-GMC Of Milford, Inc.
Cable - Dahmer Chevrolet, Inc.
Cadillac Hummer Of London Inc.
California Automotive Retailing Group, Inc.
Carnahan Chevrolet, Inc.
Champion Buick Pontiac GMC, Inc.
Champion Chevrolet, Pontiac, Buick, Inc.
Chevrolet Of Novato, Inc.
Chevrolet-Saturn Of Harlem, Inc.
Clear Lake Automotive Group, Inc.
Cloutier Pontiac Buick Ltée
Colchester Chevrolet, Inc.
Conlin Pontiac Buick GMC Ltd.
Curt Warner Chevrolet, Inc.
Danny Beck Chevrolet, Inc.
Ddh Investment North Texas, Inc.
Ddh Investment South Texas, Inc.
Dennis Jonsson Motor Products Ltd.
Desert Sun Motors Chevrolet-Oldsmobile-Cadillac, Inc.
Dinuba Auto Center, Inc.
Elk Grove Saturn Auto, Inc.
Exton Motors, Inc.
Falls Pontiac GMC, Inc.
Fernandez- GMC GMC -Pontiac Buick, Inc.
Florence Buick- GMC, Inc.
Florence Chevrolet, Inc. (Tom Gill Chevrolet)
Franklin Buick-Pontiac- GMC, Inc.
Fredericktown Chevrolet Co., Inc.
Freeborough Automotive, Inc. (Saturn Of Okemos)
Friendly Motors, Inc.
Fugère Pontiac Buick Inc.
Gema Automotive, Inc.
General Sales Company Of West Chester, Inc.
Gilroy Chevrolet Cadillac, Inc.
Golden State Motors, LLC
Grayson Motors Of Texas, Inc.
Hawaii Automotive Retailing Group, Inc.
Henderson Chevrolet, Inc.
Hmp On The Mountain
Île-Perrot Chevrolet Ltée
Integrity Saturn Of Chattanooga, Inc. (Saturn Of Chattanooga)
Jkars, Inc.
Joe Giacomin Chevrolet, Inc.
Joe Morgan Chevrolet Cadillac, Inc.
John H. Powell Jr. Chevrolet - Oldsmobile, Inc.
Ken Behlmann Automotive Services, Inc.

Retention Checklist and Identified Parties

King's Mountain Chevrolet, Inc.
Lankford Buick-Pontiac- GMC, Inc.
Laplante Chev. Pontiac Buick GMC Ltd.
Las Cruces Automotive Group, Inc.
Leo Stec Saturn, Inc. (Saturn Of Chicago)
Little Rock Automotive Group (Gwatney Pbg)
Lou Sobh Cerritos Saturn, Inc.
Lou Sobh Saturn, Inc. (Saturn Of Schaumburg)
Mack Johnson Automotive, Inc. (Saturn)
Mangino Chevrolet, Inc.
Martin Saturn Of Ontario, Inc.
Metro Saab, Inc.
Milton Chevrolet, Inc. (Sobh-Locklear Chevrolet)
Moran Cadillac - GMC, Inc.
Morris Pontiac-GMC, Inc.
Motors Holding San Fernando Valley, Inc.
Muncie Chevrolet-Cadillac, Inc. (American Chevrolet Cadillac)
New Castle Automotive, Inc. (Bill Walker Chev Pontiac Buick Cadillac)
Oakland Automotive Center, Inc.
Peninsula Pontiac GMC Buick, Inc.
Plaza Chev. Olds. Pontiac Buick GMC (2003)
Poughkeepsie Chevrolet, Inc.
Prestige Saturn Of Jacksonville, Inc. (Avenues)
Puente Hills Pontiac GMC Buick, Inc.
Rancho Mirada Chevrolet, Inc.
Renton Cadillac Pontiac GMC, Inc.
Salas Automotive Group, Inc.
Salois Pontiac Buick GMC (1999) Ltée
San Francisco Multiple Dealer Holdings, Inc
San Patricio Automotive Group, Inc.
Saturn Of Central Florida, Inc. (Orlando South)
Saturn Of Charlotte Market Area, Inc.
Saturn Of Connecticut, Inc.
Saturn Of Dartmouth Inc.
Saturn Of Raleigh Market Area, Inc.
Saturn Of Salt Lake, Inc.
Saturn Of Wilkes Barre, Inc.
Saturn Saab Of Halifax Inc.
Scott Drummond Motors Ltd.
Shawinigan Chevrolet (2003) Inc.
Signature Cadillac
Simpsonville Chevrolet, Inc.
Slaughter Motor Company, Inc.
Smokey Point Buick Pontiac GMC, Inc.
Taft Automotive, Inc.
Tampa Bay Buick, Inc.

Retention Checklist and Identified Parties

Todd Wenzel Chevrolet, Inc.
Tracy Pontiac GMC Cadillac, Inc.
Trimarco Pontiac-Buick- GMC, Inc. (Gary Trimarco Automotive)
Tyler Motor Company, Inc.
Valley Stream Automotive, Inc.
Vanover Chevrolet, Inc.
Wallis Pontiac Buick GMC Ltd.
Washington Chevrolet, Inc.
West Haverstraw Chevrolet, Inc.
Westborough Buick-Pontiac- GMC, Inc.
Westminster Pontiac GMC Buick, Inc.
Wills Chevrolet Ltd.
Woody Folsom Automotive, Inc.

## North America – Dormant

3535673 Canada Inc.
Beil Acquisition Corporation
Delphi Energy And Engine Management Systems UK Overseas
    Corporation
General Motors Commercial Corporation
General Motors Export Corporation
General Motors International Operations, Inc.
General Motors Receivables Corporation
GM Auto Receivables Co.
GM Car Company LLC
GM Driversite Incorporated
GM National Car International, Ltd.
GMAC Auto Lease Purchase Corporation
GMLG Ltd.
GMRH Kansas City, Inc.
GMRH Philadelphia, Inc.
GMRH Pittsburgh, Inc.
GMRH Seattle, Inc.
GMRH St. Louis, Inc.
GMRHLA, Inc.
Hec Holdings, Inc.
Koneyren, Inc.
Lidlington Engineering Company, Ltd.
Manual Transmissions Of Muncie, LLC
MLS USA, Inc.
Motors Trading Corporation
New-Cen Commercial Corporation
Premier Investment Group, Inc.

## North America – Holding Companies

2035208 Ontario Inc.

Retention Checklist and Identified Parties

2140879 Ontario Inc.
Alternative Energy Services LLC
Annunciata Corporation
Auto Lease Finance Corporation
Doraville Bond Corporation
El-Mo Holding I Corporation
El-Mo Holding II Corporation
General Motors Asia Pacific Holdings, LLC
General Motors Asia, Inc.
General Motors China
General Motors Indonesia, Inc.
General Motors International Holdings, Inc.
General Motors Korea, Inc.
General Motors Nova Scotia Finance Company
General Motors Nova Scotia Investments Limited
General Motors Thailand Investments, LLC
GM APO Holdings, LLC
GM Finance Co. Holdings LLC
GM LAAM Holdings, LLC
GM Preferred Finance Co. Holdings Inc.
GMCH &Sp Private Equity II L.P.
LBK, LLC
Parkwood Holdings Ltd.
Vector SCM, LLC

**North America – Joint Ventures**

Aerovironment, Inc.
Andiamo Riverfront, LLC
Automotive Air Charter, Inc.
Automotive Composites Consortium
Aviation Spectrum Resources Holdings, Incorporated
Cadillac Polanco, S.A. De C.V.
Cami Automotive, Inc.
Coach Insignia LLC
Controladora Acdelco S.A. De C.V.
Controladora General Motors, S.A. De C.V.
Coskata, Inc.
Cunningham Motor Company
Dmax, Ltd.
Electric Scientific, Inc.
Electrical Wiring Component Applications Partnership
Genasys L.L.C.
General Motors De Mexico, S. De R.L. De C.V.
General Motors Isuzu Commercial Truck, LLC
Giner Electrochemical Systems, LLC
GMAC Holding S.A. De C.V.

58

Retention Checklist and Identified Parties

GSI Lumonics
Low Emission Paint Consortium
Mascoma Corp.
Multiple Dealerships Holdings Of Albany, Inc.
New Cure, Inc.
New United Motor Manufacturing, Inc.
Occupational Safety Research Partnership
OEconnection LLC
OEconnection Manager Corp.
PDES, Inc.
Quantum Fuel Systems Technologies Worldwide, Inc.
Renaissance Center Management Company
Robotic Vision Systems, Inc.
Sistemas Para Automotores De Mexico, S. De R.L. De C.V.
Supercomputer Automotive Applications Partnership
Tx Holdco, LLC
United Online, Inc.
United States Automotive Materials Partnership
US Advanced Battery Consortium
Vector Scm Mexico S. Del. De Cv
XM Satellite Radio Holdings Inc.
New United Motor Manufacturing, Inc.

## North America – Operating Entities
3096169 Nova Scotia Co.
Argonaut Holdings, Inc.
Environmental Corporate Remediation Company, Inc.
General International Insurance Services Limited
General International Limited
General Motors Asset Management Corporation
General Motors Employees Foundation
General Motors Foundation, Inc.
General Motors Global Service Operations, Inc.
General Motors Investment Management Corporation
General Motors Of Canada Limited
General Motors Overseas Commercial Vehicle Corporation
General Motors Overseas Corporation
General Motors Overseas Distribution Corporation
General Motors Product Services, Inc.
General Motors Research Corporation
General Motors Trust Bank, N.A.
General Motors Trust Company
General Motors U.S. Trading Corp.
GM Eurometals, Inc.
GM GEFS L.P.
GM Global Technology Operations, Inc.

59

Retention Checklist and Identified Parties

GM Global Tooling Company, Inc.
GM International Sales Ltd.
GM Overseas Funding, LLC
GM Personnel Services, Inc.
GM Preferred Receivables Corporation
GM Technologies, LLC
GMAC Auto Lease Payment Corp.
GMAC LLC
GMAM Real Estate I, LLC
GM-DI Leasing Corporation
GMOC Administrative Services Corporation
Grand Pointe Holdings, Inc.
HRL Laboratories LLC
Hydrogenics Corporation
Metal Casting Technology, Inc.
Motor Enterprises, Inc.
National Motors Bank FSB
NJDOI/GMAM Core Plus Real Estate Investment Program, L.P.
NJDOI/GMAM Opportunistic Real Estate Investment Program, L.P.
NJDOI/GMAM High Grade Partners II, L.P.
North American New Cars, Inc.
Onstar Canada Corporation
Onstar Corporation
PIMS Co.
Remediation And Liability Management Company, Inc.
Riverfront Development Corporation
Riverfront Holdings III, Inc.
Riverfront Holdings Phase II, Inc.
Riverfront Holdings, Inc.
Saab Cars Holdings Corp.
Saab Cars Holdings Overseas Corp.
Saturn, LLC
Saturn County Bond Corporation
Saturn Distribution Corporation
Truck And Bus Engineering U.K., Limited
WRE, Inc.

**North America – SPVs**

1908 Holdings Ltd.
3183795 Nova Scotia ULC
Brazauto Trading (Cayman) Limited
Carve-Out Ownership Cooperative LLC
El-Mo Leasing II Corporation
El-Mo Leasing III Corporation
El-Mo-Mex, Inc.
Facilities Real Estate LLC

60

Retention Checklist and Identified Parties

Facilities Real Estate Trust
General Motors Foreign Sales Corporation
General Motors Trade Receivables LLC
GM Facilities Trust
GM GEFS Holdings (Chc4) ULC
GM GEFS Holdings Canada ULC
GMODC Receivables Funding LLC
GMODC Trade Receivables LLC
Lease Ownership Cooperative LLC
Monetization Of Carve-Out, LLC

**Miscellaneous**

Acdelco, Inc.
Aisin GM Allison Co., Ltd.
Asheville Chevrolet, Inc
Cadillac Motor Div Area
Chevrolet Sociedad Anonima De Ahorro Para Fines Determinados
CJSC GM-Avtovaz
Cobb Parkway Chevrolet, Inc
Elgin Pontiac GMC Inc
General Motors Acceptance Corporation Of Canada, Limited
General Motors Automotive
General Motors Capital Trust D
General Motors Capital Trust G
General Motors Chile S.A., Industria Automotriz
General Motors Coordination Center BVBA.
General Motors Corporation, Medium Duty Truck Business
General Motors Europe
General Motors France
General Motors Hellas S.A.
General Motors Holding Espana, S.A.
General Motors Holding Espana, S.A.
General Motors Importaktiebolag
General Motors Isuzu Diesel Engineering Limited K.K.
General Motors North America
General Motors Romania
General Motors South Africa (Pty.) Limited
General Motors Southeast Europe
General Motors Uruguay, S.A.
General Motors Warehousing And Trading (Shanghai) Co. Ltd.
Glendora Chevrolet
GM Asset Management (UK) Limited
GM Canada GEFSHolding Corporation
GM China Group
GM Defense
GM Imports & Trading Ltd.

61

Retention Checklist and Identified Parties

GM India Science Laboratory
GM Inversions Santiago Limitada
GM Latin America, Africa, Middle East
GM Powertrain Europe
GM Powertrain Group General Motors Corp.
GM Powertrain LTDA.
GM Powertrain LTDA.
GM Purchasing Vauxhall UK Limited
GM Worldwide Purchasing Austria GmbH
GM Worldwide Purchasing Do Brasil Ltda
GMAC
GMAC Banque
GMACCommercial Credit (Holdings) Limited
Guzman, Ernie Pontiac GMC Truck Inc
Hicomobil SDN BHD.
Holiday Saturn, Inc
Hughes Aircraft Company
Integon Re (Barbados), Limited
Isuzu - General Motors Australia Limited
Japan Autoweb Services K.K.
Millbrook Pension Management Limited
New Rochelle Chevrolet Inc
Opel Belgium NV
Opel Portugal - Comercio E Industria De Veiculos SA
P.T. GM Autoworld Indonesia
PT General Motors Indonesia
Saab Ab (Om:Saab B)
Saab Automobili Italia S.R.L.
Saab Automobili Italia S.R.L.
Shanghai General Motors Co. Ltd.
Simi Valley Pontiac, GMC, Buick, Inc
Sistemas De Compra Programada Chevrolet, CA
Sistemas De Compra Programada Chevrolet, CA
Société De Crédit Commercial GMAC-Canada
Tai Jin International Automotive Distribution Co., Ltd.
Ultimate Pontiac Buick GMC Inc
Vector SCM Asia Pacific Pte. Ltd.
Vector SCM Australia Pty. Ltd.
Vector SCM Shanghai Co., Ltd.
Vector SCM, GmbH
Yorba Linda Chevrolet-Geo, Inc
Yukon Chevrolet Inc
GMEH Holding, LLC
General Motors India Marketing Private Limited
GM Auslandsprojekte GmbH
GM Preferred Receivables LLC

Retention Checklist and Identified Parties

GM Worldwide Purchasing Austria GmbH
GMETR Trade Receivables LLC
GMI Diesel Engineering Limited K.K.
OnStar, LLC
OnStar Global Services Corporation
Vector SCM Mexico S. de R.L. de CV
Leucadia National Corp.
Garcadia

## Judges for the United States Bankruptcy Court for the Southern District of New York

Chief Judge Stuart M. Bernstein
Judge Prudence C. Beatty
Judge Robert D. Drain
Judge Robert E. Gerber
Judge Martin Glenn
Judge Arthur J. Gonzalez
Judge Allan L. Gropper
Judge Adlai S. Hardin
Judge Burton R. Lifland
Judge James M. Peck
Judge Cecelia G. Morris

## United States Trustees for the Southern District of New York

Diana G. Adams
Linda A. Riffkin
Tracy Hope Davis
Abigail Rodriguez
Catletha Brooks
Maria Catapano
Danny A. Choy
Elizabeth C. Dub
Marilyn Felton
Myrna R. Fields
Susan Golden
Nadkarni Joseph
Nazar Khodorovsky
Marylou Martin
Anna M. Martinez
Brian S. Masumoto
Courtney Matula
Ercilia A. Mendoza
Darin L. Mobley
Mary V. Moroney
Serene Nakano
Richard C. Morrissey
Paul K. Schwartzberg

63

Retention Checklist and Identified Parties

Sylvester Sharp
Hector Soto
Andy Velez-Rivera
Greg M. Zipes

## Current Members of Board of Directors of Saturn, LLC

Gary L. Cowger
Jill A. Lajdziak
Joseph G. Peter

## Affiliations of Current Members of Board of Directors of Saturn, LLC

N/A

## Former Members of Board of Directors of Saturn, LLC (past 3 years)

Mary M. Boland
Guy D. Briggs
David W. Meline
Mark E. Newman
Michael Jackson

## Current Officers of Saturn, LLC

Jill A. Lajdziak
Harvey G. Thomas
Deborah F. Collins
Dennis J. Barber
Raymond Wexler
Timothy G. Gorbatoff
Barbara A. Lister-Tait
Deanna Petkoff
Adil F. Mistry
Anne T. Larin
Niharika Ramdev
Maurita Sutedja

## Former Officers of Saturn, LLC (past 3 years)

Dennis J. Barber
Jill A. Lajdziak
Alice M. Osburn
Tia Y. Turk
Roger D. Wheeler

## Current Members of Board of Directors of Saturn Distribution Corporation

Jill A. Lajdziak
Joseph A. Chrzanowski
Edward J. Toporzycki

## Affiliations of Current Members of Board of Directors of Saturn Distribution Corporation

64

Retention Checklist and Identified Parties

N/A

## Former Members of Board of Directors of Saturn Distribution Corporation (past 3 years)

Enrico Digirolamo, Jr.
Michael A. Jackson

## Current Officers of Saturn Distribution Corporation

Jill A. Lajdziak
Keith C. Best
Ann N. Blakney
Deborah F. Collins
James L. Craner
John F. Minarick
Thomas A. Mudry
Jonathon C. Skidmore
Sterling J. Wesley
Edward J. Toporzycki
Raymond Wexler
Barbara A. Lister-Tait
Deanna Petkoff
Adil F. Mistry
Anne T. Larin
Maurita Sutedja

## Former Officers of Saturn Distribution Corporation (past 3 years)

Enrico Digirolamo, Jr.
Timothy G. Gorbatoff
Ronald J. Haag
Robert M. Milot
Alice M. Osburn
Randolph E. Parker
Gail M. Smith
Tia Y. Turk
Roger D. Wheeler

## Current Members of Board of Directors of Chevrolet-Saturn of Harlem, Inc.

Thomas Doktorcik
Michael Garrick
Timothy J. Rinke

## Affiliations of Current Members of Board of Directors of Chevrolet-Saturn of Harlem, Inc.

### *Affiliations of Michael A. Garrick*

Galleria Chevrolet-Cadillac, Inc.
Saturn of Wilkes Bare, Inc.

65

Retention Checklist and Identified Parties

### *Affiliations of Timothy J. Rinke*

Mangino Chevrolet, Inc.
Colchester Chevrolet, Inc.
Buick Pontiac-GMC of Moosic, Inc.
Champion Buick-Pontiac-GMC, Inc.
The Decuir Group, Inc.
General Sales Company of West Chester, Inc
Saturn of Wilkes Barre, Inc.
Superior Chevrolet, Inc.
Galleria Chevrolet-Cadillac, Inc.

### *Affiliations of Thomas Doktorcik*

North Orange County Saturn, Inc.
San Fernando Valley Automotive, LLC
Elk Grove Saturn Auto, Inc.
Dealership Liquidations, Inc.

### Former Members of Board of Directors of Chevrolet-Saturn of Harlem, Inc. (past 3 years)

Michael Mozingo
Clarence E. Oliver
Otis Thornton

### Current Officers of Chevrolet-Saturn of Harlem, Inc.

Michael Garrick
Joanna R. Lopez

### Former Officers of Chevrolet-Saturn of Harlem, Inc.

Dawana G. Spivey
Stefanie Horn

66