G. Alan Wallace (P69333)
Fraser Trebilcock Davis & Dunlap, P.C.
124 West Allegan Street, Suite 1000
Lansing, Michigan 48933
Telephone: (517) 377-0822
Fax: (517) 482-0887
Email: gwallace@fraserlawfirm.com

Attorneys for City of Lansing

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re** | Chapter 11 |
| **GENERAL MOTORS CORP.,** *et al.*, | Case No. 09-50026-reg |
| Debtors. | (Jointly Administered) |
| | Hon. Robert E. Gerber |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 10, 2009, a true and correct copy of the Notice of Appearance and Request for Service of Papers and Certificate of Service was served via the U.S. Postal Service, first class mail upon the following parties, and through the CM/ECF System for the United States Bankruptcy Court for the Southern District of New York:

The Debtors
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center
Mail Code 480-206-114

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Attn: Joseph R. Sgroi

| | |
|---|---|
| Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn:  Nathan M. Pierce, Esq. and<br>           Stephen Karotkin | Office of the U.S. Trustee<br>33 Whitehall Street – 21st Floor<br>New York, NY 10004<br>Attn: Brian Shoichi Masumoto |

Respectfully Submitted,

**FRASER TREBILCOCK DAVIS & DUNLAP, P.C.**

Dated: June 10, 2009        By:   /s/ G. Alan Wallace
                                         G. Alan Wallace (P69333)
                                         Fraser Trebilcock Davis & Dunlap, P.C.
                                         124 West Allegan Street, Suite 1000
                                         Lansing, Michigan 48933
                                         Telephone: (517) 377-0822
                                         Fax: (517) 482-0887
                                         Email: gwallace@fraserlawfirm.com