CLARK HILL PLC
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Robert D. Gordon (Mich. Bar. No. P48627)
*pro hac vice pending*
rgordon@clarkhill.com
(313) 965-8572

*Counsel to The Environmental Quality Company
and ATS Automation Tooling Systems, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 09-50026 (REG) |
| General Motors Corp., *et al*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Robert D. Gordon, a member in good standing of the bar of the State of Michigan, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent The Environmental Quality Company and ATS Automation Tooling Systems, Inc., in connection with the above-referenced Chapter 11 cases and related proceedings.

| | |
|---|---|
| Address: | Clark Hill PLC |
| | 151 S. Old Woodward Avenue |
| | Suite 200 |
| | Birmingham, MI  48009 |
| Email Address: | rgordon@clarkhill.com |
| Telephone Number: | (313) 965-8572 |

I submitted the required $25.00 fee for *pro hac vice* admission concurrently with filing this motion.

                                      CLARK HILL PLC

                                By: /s/ *Robert D. Gordon*
                                    Robert D. Gordon (P48627)
                                    151 S. Old Woodward Avenue, Suite 200
                                    Birmingham, MI 48009
                                    rgordon@clarkhill.com
                                    (313) 965-8572

Dated: June 10, 2009

5900828.1 22039/101239

# EXHIBIT A

5900828.1 22039/101239

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 09-50026 (REG) |
| General Motors Corp., *et al,* | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### ORDER OF ADMISSION TO PRACTICE PRO HAC VICE

Robert D. Gordon, a member in good standing of the State Bar of Michigan, having requested admission, *pro hac vice*, before the Honorable Robert E. Gerber to represent The Environmental Quality Company and ATS Automation Tooling Systems, Inc. in the above-referenced case; it is hereby

**ORDERED** that Robert D. Gordon is admitted to practice, *pro hac vice,* in the above-referenced Chapter 11 cases, and any related proceedings, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the admission fee.

5900828.1 22039/101239