| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| In re: | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al*., | Case No. 09-B-50026-reg |
| Debtors. | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Jason M. Torf, am a member in good standing of the bars of the State of Illinois and am admitted to practice before the U.S. Court of Appeals for the Seventh Circuit and the U.S. District Courts for the Northern District of Illinois, Central District of Illinois, the Northern District of Indiana, the Western District of Michigan and the Eastern District of Wisconsin, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Columbia Gas Transmission Corp., Columbia Gas of Ohio, Inc; Columbia Gas of Virginia, Inc. and Thrivent Financial for Lutherans, creditors in the above-referenced case.

       Mailing Address:    SCHIFF HARDIN LLP
                                     6600 Sears Tower, Chicago, IL  60606

       E-mail Address:     jtorf@schiffhardin.com; Telephone number:  (312) 258-5791

The filing fee of $25.00 has been submitted with this motion for pro hac vice admission.

Dated: Chicago, IL
         June 10, 2009                   /s/ Jason M. Torf
                                             Jason M. Torf

_____

## ORDER

**ORDERED**, that Jason M. Torf, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:
       New York, New York                             _____
                                                                 UNITED STATES BANKRUPTCY JUDGE

CH2\7370802.1