James E. DeLine (P45205)
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Telephone: 313-961-0200
jed@krwlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) CHAPTER 11 |
| GENERAL MOTORS CORPORATION | ) Case No: 09-50026 |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) Honorable Robert E. Gerber |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

1. James E. DeLine, a member in good standing of the bar in the State of Michigan, requests admission, *pro hac vice*, to represent Reliable Carriers, Inc., a creditor in the above-referenced case. My address is 500 Woodward Avenue, Suite 2500, Detroit, Michigan 48226; my email address is jed@krwlaw.com; and my telephone number is 313-961-0200. I am admitted to the United States District Court for the Eastern District of Michigan and have never been subject to any disciplinary proceedings or cited for contempt.

2. I have submitted the filing fee of $25.00 with this Motion for *pro hac vice* admission.

                                                      Respectfully submitted,

                                                      By: /s/ James E. DeLine
                                                           James E. DeLine (P45205)
                                                           Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Telephone: 313-961-0200
Fax:       313-961-0388
jed@krwlaw.com
Attorneys for Reliable Carriers, Inc.

Dated: June 10, 2009

{90000\89\DT394106.DOC;1}