Patrick Warren Hunt (P69713)
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Telephone: 313-961-0200
pwh@krwlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) CHAPTER 11 |
| GENERAL MOTORS CORPORATION | ) Case No: 09-50026 |
| Debtors. | ) (Jointly Administered) |
| | ) Honorable Robert E. Gerber |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

1. Patrick Warren Hunt, a member in good standing of the bar in the State of Michigan, requests admission, *pro hac vice*, to represent Reliable Carriers, Inc., a creditor in the above-referenced case. My address is 500 Woodward Avenue, Suite 2500, Detroit, Michigan 48226; my email address is pwh@krwlaw.com; and my telephone number is 313-961-0200. I am admitted to the United States District Court for the Eastern District of Michigan and have never been subject to any disciplinary proceedings or cited for contempt.

2. I have submitted the filing fee of $25.00 with this Motion for *pro hac vice* admission.

Respectfully submitted,

By: /s/ Patrick Warren Hunt
    Patrick Warren Hunt (P69713)
    Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Telephone: 313-961-0200
Fax:      313-961-0388
pwh@krwlaw.com
Attorneys for Reliable Carriers, Inc.

Dated: June 10, 2009

{90000\89\DT394105.DOC;1}