UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

| | |
|---|---|
| IN RE:<br>**GENERAL MOTORS CORP.**, *et al.*,<br>*Debtors* | Case No. 09-50026-REG<br>Chapter 11 |

### REQUEST FOR NOTICE

REQUEST IS HEREBY MADE, pursuant to Fed. R. Bankr. Pro. 2002, 317 and 9007, that all notices given or required to be given in this case and all papers, pleadings, motions, applications, plans and disclosure statements (if applicable) served or required to be served in this case be directed to the undersigned counsel for the County of Loudoun, Virginia, whose office address, post office address, electronic mail address, telephone and facsimile numbers are set forth below.   Specifically requested is anything filed in relation to the sale of assets.

                                                                         Respectfully submitted,
                                                                         The COUNTY of LOUDOUN, VIRGINIA
                                                                          By counsel

JOHN R. ROBERTS
COUNTY ATTORNEY
By____/s/*Belkys Escobar*_____
Belkys Escobar (VSB #74866)
Assistant County Attorney
One Harrison Street, S.E., 5th Floor (MSC #06)
Leesburg, Virginia 20175-3102
Telephone:  (703) 777-3119
Telecopier: (703) 771-5025
E-mail:       belkys.escobar@loudoun.gov

### CERTIFICATE OF SERVICE

      I certify that on June 10, 2009 a copy of the foregoing Notice was served by ELECTRONIC MAIL through the Court's electronic filing system or by FIRST CLASS MAIL to the parties indicated below:

| | |
|---|---|
| **Harvey R. Miller**<br>harvey.miller@weil.com<br>*Counsel for Debtor* | **Andrew D. Velez-Rivera**<br>Office of the United States Trustee<br>33 Whitehall Street, 21st floor<br>New York, New York 10017<br>*United States Trustee* |

                                                           _____/s/ *Belkys Escobar*_____