Michael P. Richman (MR 2224)
R. Timothy Bryan (*pro hac vice* pending)
Melissa Iachan (MI 1270)
PATTON BOGGS LLP
1185 Avenue of the Americas, 30th Floor
New York, NY 10036
(646) 557-5100 (Telephone)
(646) 557-5101 (Facsimile)

*Counsel For Unofficial Committee
Of Family And Dissident GM Bondholders*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------X
                                                      )
In re                                                 )      Chapter 11
                                                      )
GENERAL MOTORS CORP., *et al.*,                       )
                                                      )      Case No. 09-50026 (REG)
                                                      )
                                    Debtors.          )      Jointly Administered
------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, R. Timothy Bryan, a member in good standing of the Bars in the States of California and Virginia and the District of Columbia, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent the Unofficial Committee of Family and Dissident GM Bondholders in the above-referenced cases.

Mailing address: Patton Boggs LLP, 2550 M Street, N.W., Washington, D.C. 20037.

E-mail address: tbryan@pattonboggs.com; telephone number: (202) 457-7515.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Date: June 9, 2009
       Washington, D.C.

                                                           _____
                                                           R. Timothy Bryan

5030208.01