**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------

In re:

| | |
|---|---|
| General Motors Corporation, | Chapter 11 |
| | Case No. 09-50026-reg |
| Debtor. | Hon. Robert E. Gerber |

-------------------------------------------------------

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICE**

**PLEASE TAKE NOTICE** that Matthew A. Swanson of the law firm of Leonard, Street and Deinard Professional Association hereby appears in the above-captioned bankruptcy as counsel for Canadian Pacific Railway Company, requests that he be added to the mailing list maintained by the Clerk in this case, and that all notices given or required to be given in this case be given to and served upon Canadian Pacific Railway Company at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notice of any orders, pleadings, motions, applications, complaints, demands, hearing, requests or petitions, answering or reply papers, memoranda and briefs in support of any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by e-mail, mail, hand delivery, facsimile or telephone, all of which shall be sent to:

6162919v1

Canadian Pacific Railway Company
c/o Matthew A. Swanson, Esq.
**LEONARD, STREET AND DEINARD**
   *Professional Association*
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone:  (612) 335-1500
Facsimile:  (612) 335-1657
E-mail:  matthew.swanson@leonard.com

Dated:  June 10, 2009

/e/ Matthew A. Swanson
Matthew A. Swanson (#348879)

**LEONARD, STREET AND DEINARD**
  *Professional Association*
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone:  (612) 335-1500
Facsimile:  (612) 335-1657

**ATTORNEYS FOR CANADIAN PACIFIC RAILWAY COMPANY**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------

In re:

General Motors Corporation,                               Chapter 11
                                                          Case No. 09-50026-reg
                        Debtor.            Hon. Robert E. Gerber

--------------------------------------------------------

## CERTIFICATE OF SERVICE

I, Callie Sanford, declare, under penalty of perjury, that on June 10, 2009, I filed a **Notice of Appearance and Request for Electronic Notice (Matthew A. Swanson)** with the Clerk of Bankruptcy Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

    **Adam Craig Harris**; adam.harris@srz.com
    **Adam D. B**ruski; adbruski@lambertleser.com
    **Adam H. Isenberg**; aisenberg@saul.com
    **Adam L. Rosen**; filings@spallp.com
    **Alan W. Kornberg**; akornberg@paulweiss.com
    **Alyssa Englund**; aenglund@orrick.com
    **Andrea Shee**han; sheehan@txschoollaw.com
    **Andrew Neil Rosenberg**; arosenberg@paulweiss.com
    **Andrew P. Brozman**; andrew.brozman@cliffordchance.com
    **Arthur J. Spector**; aspector@bergersingerman.com
    **Babette A. Ceccotti**; Assigned: 06/02/09
    **Barbara S Mehlsack**; bmehlsack@gkllaw.com
    **Benjamin P. Deutsch**; bdeutsch@schnader.com
    **Blanka K. Wolfe**; bwolfe@sheppardmullin.com
    **Brett D. Goodman**; brett.goodman@troutmansanders.com
    **Brian H. Meldrum**; bmeldrum@stites.com
    **Brian L. Shaw**; bshaw100@shawgussis.com
    **Carol A. Felicetta**; cfelicetta@reidandreige.com
    **Chester B. Salomon**; csalomon@beckerglynn.com
    **Christina C. Skubic**; bankruptcy@braytonlaw.com
    **Christopher F. Graham**; cgraham@mckennalong.com
    **Christopher J. Giaimo, Jr**.; giaimoc@arentfox.com
    **Christopher Robert Belmonte**; cbelmonte@ssbb.com
    **Colin Thomas Darke**; cdarke@bodmanllp.com
    **Colleen M. Sweeney**; csweeney@dickinsonwright.com
    **Cynthia Jordan Lowery**; cynthialowery@mvalaw.com

**Cynthia Woodruff-Neer**; cwoodruff-neer@alpine-usa.com
**Darryl S. Laddin**; bkrfilings@agg.com
**David A. Lerner**; dlerner@plunkettcooney.com
**David B. Wheeler**; davidwheeler@mvalaw.com
**David D. Ritter**; ecf@krcl.com
**David J. Baldwin**; dbaldwin@potteranderson.com
**David N. Crapo**; dcrapo@gibbonslaw.com
**David T. Lin**; dlin@seyburn.com
**Dawn R. Copley**; dcopley@dickinsonwright.com,dnavin@dickinsonwright.com
**Deborah Kovsky-Apap**; kovskyd@pepperlaw.com
**Deborah L. Fish**; dfish@allardfishpc.com
**Debra A. Kowich**; dkowich@umich.edu
**Dennis Jay Raterink**; raterinkd@michigan.gov
**Donald J. Hutchinson**; hutchinson@millercanfield.com
**Doron Yitzchaki**; dyitzchaki@dickinsonwright.com
**Douglas B. Rosner**; drosner@goulstonstorrs.com
**Edward J. LoBello**; elobello@msek.com
**Elizabeth Banda**; arlbank@pbfcm.com
**Elizabeth Weller**; dallas.bankruptcy@publicans.com
**Eric A Schaffer**; eschaffer@reedsmith.com
**Eric Lopez Schnabel**; schnabel.eric@dorsey.com
**Eric T. Moser**; eric.moser@klgates.com
**Frank McGinn**; ffm@bostonbusinesslaw.com
**G. Alan Wallace**; gwall@fraserlawfirm.com
**Gabriel Del Virginia, Esq**.; gabriel.delvirginia@verizon.net
**George B. Cauthen**; george.cauthen@nelsonmullins.com
**Gloria M. Chon**; gloria.chon@kkue.com
**Gordon J. Toering**; gtoering@wnj.com
**Gregory O. Kaden**; gkaden@goulstonstorrs.com
**H. Christopher Mott**; cmott@gordonmottpc.com
**Harvey A. Strickon**; harveystrickon@paulhastings.com
**Harvey R. Miller**; harvey.miller@weil.com
**Howard S. Beltzer**; hbeltzer@morganlewis.com
**Ingrid S. Palermo**; ipalermo@hselaw.com
**J. Casey Roy**; casey.roy@oag.state.tx.us
**James A. Plemmons**; jplemmons2@dickinsonwright.com
**James Christopher Caldwell**; ccaldwell@starkreagan.com
**James L. Bromley**; maofiling@cgsh.com
**James M. Sullivan**; sullivan.james@arentfox.com
**James S. Carr**; jcarr@kelleydrye.com
**Jean Winborne Boyles**; jboyles@jhvgmlaw.com
**Jeanette M. Gilbert**; jgilbert@motleyrice.com
**Jeff Klusmeier**; jeff.klusmeier@ago.mo.gov
**Jeffrey S. Stein**; Jeff_Stein@gardencitygroup.com
**Jennifer Anne Christian**; jchristian@kelleydrye.com
**Jennifer B. Kimble**; jkimble@burr.com
**Jennifer L. Nassiri**; jennifer.nassiri@dlapiper.com
**Joel D. Applebaum**; japplebaum@clarkhill.com
**John F. Carberry**; jcarberry@cl-law.com
**John J. Hunter, Jr**.; jrhunter@hunterschank.com
**John J. Jolley, Jr**.; jay.jolley@kutakrock.com

2

6162919v1

**John T. Gregg**; jgregg@btlaw.com
**Jonathan Hook**; jonathan.hook@haynesboone.com
**Jonathan L. Flaxer**; jflaxer@golenbock.com
**Joseph E. Shickich, Jr**.; jshickich@riddellwilliams.com
**Joseph R. Sgroi**; jsgroi@honigman.com
**Joseph Thomas Moldovan**; bankruptcy@morrisoncohen.com
**Judith Elkin**; judith.elkin@haynesboone.com
**Karel S. Karpe**; karpek@whiteandwilliams.com
**Kathleen H. Klaus**; khk@maddinhauser.com
**Kayalyn A. Marafioti**; kmarafio@skadden.com
**Kenneth A. Flaska**; gm@dmms.com
**Kenneth J. Schweiker, Jr**.; kschweiker@brownconnery.com
**Kenneth M. Schneider**; smpcecf@gmail.com
**Kerry M Ewald**; kewald@dickinsonwright.com
**Kimberly A. Walsh**; bk-kwalsh@oag.state.tx.us
**Larry A. Levick**; levick@singerlevick.com
**Leslie Stein**; lstein@seyburn.com
**Marc E. Richards**; mrichards@blankrome.com
**Mark Edwin Browning**; BK-MBROWNING@OAG.STATE.TX.US
**Mark S. Frankel**; mfrankel@couzens.com
**Marshall Scott Huebner**; marshall.huebner@dpw.com
**Marvin E. Clements, Jr**.; agbanknewyork@ag.tn.gov
**Mary Joanne Dowd**; dowd.mary@arentfox.com
**Matthew J. Shier**; mshier@pinnaclelawgroup.com
**Matthew L. Schwartz**; matthew.schwartz@usdoj.gov
**Max Anderson Moseley**; mam@jbpp.com
**Michael A. Maricco**; maricco.michael@pbgc.gov
**Michael C. Hammer**; mchammer3@dickinsonwright.com
**Michael G. Cruse**; mcruse@wnj.com
**Michael James Edelman**; mjedelman@vedderprice.com
**Michael P. Richman**; mrichman@pattonboggs.com
**Michael R. Wernette**; mwernette@schaferandweiner.com
**Michael Reed**; nycourts@mvbalaw.com
**Michael S. Leib**; msl@maddinhauser.com
**Michelle T. Sutter**; msutter@ag.state.oh.us
**Nan E. Joesten**; njoesten@fbm.com
**Neal S. Mann**; neal.mann@oag.state.ny.us
**Neil Andrew Goteiner**; ngoteiner@fbm.com
**Norman D. Orr**; norman.orr@kkue.com
**Patrick J. Kukla**; pkukla@carsonfischer.com
**Paul J. Pascuzzi**; ppascuzzi@ffwplaw.com
**Paul J. Ricotta**; pricotta@mintz.com
**Paul R. Hage**; phage@jaffelaw.com
**Peter D'Apice**; dapice@sbep-law.com
**Philip D. Anker**; philip.anker@wilmerhale.com
**Raymond J. Urbanik**; rurbanik@munsch.com
**Richard F. Hahn**; rfhahn@debevoise.com
**Richard G. Smolev**; rsmolev@kayescholer.com
**Richard L. Epling**; richard.epling@pillsburylaw.com
**Richard W. Martinez**; Richardnotice@rwmaplc.com
**Richardo I. Kilpatrick**; ecf@kaalaw.com

3

**Robert B. Weiss**; rweiss@honigman.com
**Robert D. Gordon**; rgordon@clarkhill.com
**Robert D. Wolford**; ecfwolfordr@millerjohnson.com
**Robert H. Brownlee**; rbrownlee@thompsoncoburn.com
**Robert J. Figa**; rfiga@comlawone.com
**Robert L. Barrows**; rbarrows@wdblaw.com
**Robert T. Smith**; rsmith@cniinc.cc
**Robert W. Phillips**; rphillips@simmonscooper.com
**Ronald S. Pretekin**; pretekin@coollaw.com
**Ryan D. Heilman**; rheilman@schaferandweiner.com
**Sam Della Fera, Jr**.; sdellafera@trenklawfirm.com
**Scott A. Wolfson**; wolfson@bsplaw.com
**Scott K. Rutsky**; srutsky@proskauer.com
**Sean A. O'Neal**; soneal@cgsh.com
**Sean M. Walsh**; swalsh@gmhlaw.com
**Stanley B. Tarr**; tarr@blankrome.com
**Stephen B. Grow**; sgrow@wnj.com
**Stephen B. Selbst**; sselbst@herrick.com
**Stephen H. Gross**; sgross@hodgsonruss.com
**Stephen Karotkin**; stephen.karotkin@weil.com
**Steven A. Ginther**; sdnyecf@dor.mo.gov
**Stuart A. Krause**; skrause@zeklaw.com
**Susan M. Cook**; smcook@lambertleser.com
**Susan Power-Johnston**; sjohnston@cov.com
**Susan R. Katzoff**; skatzoff@hiscockbarclay.com
**Suzanne Hepner**; shepner@lrbpc.com
**Teresa H. Chan**; tchan@sidley.com
**Theresa V. Brown-Edwards**; bankruptcy@potteranderson.com
**Thomas F. Koegel**; tkoegel@flk.com
**Thomas H. Curran**; tcurran@haslaw.com
**Thomas J. Schank**; tomschank@hunterschank.com
**Thomas M. Kennedy**; tkennedy@kjmlabor.com
**Thomas M. Wilson**; ddipenti@kelley-ferraro.com
**Thomas P. Sarb**; ecfsarbt@millerjohnson.com
**Thomas R. Fawkes**; tfawkes@freebornpeters.com
**Tiffany Strelow Cobb**; tscobb@vorys.com
**Timothy D. Moratzka**; tdm@mcmlaw.com
**Trent P. Cornell**; tcornell@stahlcowen.com
**Tricia A. Sherick**; tsherick@honigman.com
**Victoria D. Garry**; vgarry@ag.state.oh.us
**Vincent D'Agostino**; vdagostino@lowenstein.com
**Wendy J. Gibson**; wgibson@bakerlaw.com
**William T. Green, III**; uncbill@msn.com

I further certify that I caused a copy of the foregoing document and the Notice of Electronic Filing to be served by First Class Mail on the following parties:

**Saturn of Hempstead, Inc.**
c/o Robinson Brog et. al
1345 Avenue of the Americas
31st floor
New York, NY 10105

**Raufoss Automotive Components Canada**
Porzio Bromberg & Newman PC
100 Southgate Parkway
Morristown, NJ 07962

**Deutsche Bank AG**
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

**Diana G. Adams**
Office of the United States Trustee
33 Whitehall Street, 21st floor
New York, NY 10004

**Cadillac Products Automotive Company**
c/o Mark A. Aiello and
Salvatore A. Barbatano
Foley & Lardner LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489

**Citicorp USA, Inc.**
c/o Peter V. Pantaleo, Esq. and
David J. Mack, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

**Continental Plastics Company**
c/o c/o Mark A. Aiello and
Salvatore A. Barbatano
Foley & Lardner LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489

**GMAC LLC**
c/o Otterbourg, Steindler, Houston & Rosen, P.C.
Counsel for GMAC LLC and its affiliates
230 Park Avenue
New York, NY 10169
    Attention:  Daniel Wallen, Esq.
                   Melanie L. Cyganowski, Esq.
                   Jonathan N. Helfat, Esq.
                   Steven B. Soll, Esq.

**Inergy Automotive Systems (USA), LLC**
c/o Mark A. Aiello and
Salvatore A. Barbatano
Foley & Lardner LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489

**Visiocorp USA, Inc.**
c/o Mark A. Aiello and
Salvatore A. Barbatano
Foley & Lardner LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489

**Wilmington Trust Company**
c/o David M. Feldman, Esq. and
Matthew J. Williams, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

**Brian Shoichi Masumoto**
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

**Andrew D. Velez-Rivera**
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

6162919v1

| | |
|---|---|
| **Joseph O'Neil, Jr.**<br>Smith Reed LLP<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801 | **Michael S. Holmes**<br>8100 Washington Avenue, Suite 120<br>Houston, TX 77007 |
| Dated:  June 10, 2009 | /e/ Callie M. Sanford<br>Callie M. Sanford |

2