Stephen M. Gross, Esquire
McDonald Hopkins PLC
39533 Woodward Ave., Suite 318
Bloomfield Hills, MI 48304
Phone:  248.646.5070
Fax:  248.646.5075
E-mail:  sgross@mcdonaldhopkins.com

**Counsel to Swagelok Company**

United States Bankruptcy Court
Southern District of New York
_____

| | |
|---|---|
| In re: | Chapter 11 |
| General Motors Corp., *et al.,* | Case No. 09-50026 (REG) |
| | (Jointly Administered) |

_____

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I,  Stephen M. Gross, a member in good standing of the bar in the state of Michigan, and of the bar for the U.S. District Court for the Eastern District of Michigan, request admission, ***pro hac vice,*** before the Honorable Robert E. Gerber, to represent Swagelok Company, a creditor in the above-referenced jointly administered cases.

My address is 39533 Woodward Ave., Suite 318, Bloomfield Hills, Michigan 48304, my e-mail address is sgross@mcdonaldhopkins.com, and my telephone number is (248) 646-5070.

{1760490:2}

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice.*

Dated:  June 10, 2009

        MCDONALD HOPKINS PLC

    By:    /s/  Stephen M. Gross
        Stephen M. Gross  (P35410)
        39533 Woodward Ave., Suite 318
        Bloomfield Hills, MI  48304
        Phone:  248.646.5070
        Fax: 248.646.5075
        E-mail:  sgross@mcdonaldhopkins.com

**COUNSEL TO SWAGELOK COMPANY**

{1760490:2}

Stephen M. Gross, Esquire
McDonald Hopkins PLC
39533 Woodward Ave., Suite 318
Bloomfield Hills, MI  48304
Phone:  248.646.5070
Fax:  248.646.5075
E-mail:  sgross@mcdonaldhopkins.com

**Counsel to Swagelok Company**

United States Bankruptcy Court
Southern District of New York

_____

In re:

GENERAL MOTORS CORP., *et al*.,

                 Debtors.

_____

Chapter 11
Case No. 09-50026 (REG)

(Jointly Administered)

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Stephen M. Gross to be admitted, ***pro hac vice,*** to represent Swagelok Company in the above-referenced jointly administered cases, and upon the movant's certification that the movant is a member in good standing of the bar in the state of Michigan, it is hereby

**ORDERED** that Stephen M. Gross, is admitted to practice ***pro hac vice*** in the above-referenced jointly administered cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____         _____
New York, New York                                United States Bankruptcy Judge

{1760490:2}