**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                          Case No.: _____

                                                                                Chapter ___

                                    Debtor

---------------------------------------------------------------x

                                                                          Adversary Proceeding No.: _____

                                   Plaintiff

                    v.

                                   Defendant

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

      Upon the motion of _____, to be admitted, ***pro hac vice***, to represent _____, a _____ in the above referenced    case    adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

      **ORDERED**, that _____, Esq., is admitted to practice, ***pro hac vice***, in the above referenced    case    adversary proceeding, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York      /s/ _____

                                                        UNITED STATES BANKRUPTCY JUDGE