# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

_____/

In Re:

    GENERAL MOTORS CORPORATION,

    Debtor.

Chapter 11
Case No. 09-50026-reg
Hon. Robert E. Gerber

_____/

## VERIFIED MOTION FOR ADMISSION *PRO HAC VICE*

    NOW COMES **D. Douglas McGaw** and **Kathryn E. Driscoll**, members of the State Bar of Michigan, for their Verified Motion for Admission *Pro Hac Vice* to the United States Bankruptcy Court for the Southern District of New York to represent Creditor, DeMaria Building Company in the above-captioned Chapter 11 Bankruptcy Proceeding, state as follows:

    1.    Pursuant to the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, an attorney "in good standing of the bar of any state or of any United States District Court may be permitted to practice in this Court" upon motion to this Court, in compliance with Local Rule 2090-1(b).

    2.    D. Douglas McGaw (P24166) is the Senior Partner of Poling, McGaw & Poling, P.C., located at 5455 Corporate Drive, Suite 104, Troy, MI 48098. His office telephone number is (248) 641-0500.

    3.    Kathryn E. Driscoll (P69727) is an Associate Attorney at Poling, McGaw & Poling, P.C., located at 5455 Corporate Drive, Suite 104, Troy, MI 48098. Her office telephone number is (248) 641-0500.

    4.    Mr. McGaw is a member in good standing of the bar in the State of Michigan as well as the United States District Court for the Eastern District of Michigan, the United States

Bankruptcy Court for the Eastern District of Michigan, the United States Bankruptcy Court for the Western District of Michigan, and the United States Court of Appeals for the Sixth Circuit.

5.  Ms. Driscoll is a member in good standing of the bar in the State of Michigan as well as the United States District Court for the Eastern District of Michigan, the United States Bankruptcy Court for the Eastern District of Michigan, and the United States Bankruptcy Court for the Western District of Michigan.

6.  As members in good standing in the above identified Michigan Courts, Mr. McGaw and Ms. Driscoll meet the criteria set forth in Local Rule 2090-1(b) for admission *pro hac vice*.

WHEREFORE, **D. Douglas McGaw** and **Kathryn E. Driscoll** respectfully request that this Honorable Court grant their Motion for Admission *Pro Hac Vice* and permit them to practice law in the United States Bankruptcy Court for the Southern District of New York in this bankruptcy proceeding.

| | |
|---|---|
| **/s/D. Douglas McGaw** | **/s/Kathryn E. Driscoll** |
| D. Douglas McGaw (P24166) | D. Douglas McGaw (P24166) |
| Kathryn E. Driscoll (P69727) | Kathryn E. Driscoll (P69727) |
| Poling, McGaw & Poling, P.C. | Poling, McGaw & Poling, P.C. |
| 5455 Corporate Drive, Suite 104 | 5455 Corporate Drive, Suite 104 |
| Troy, MI   48098 | Troy, MI 48098 |
| (248) 641-0500 | (248) 641-0500 |
| Dougmcgaw@aol.com | KDriscoll@pmppc.com |
| (P24166), Attorney for DeMaria Building Co. | (P69727) Attorney for DeMaria Building Co |
| Dated: June 9, 2009 | Dated: June 9, 2009 |

## VERIFICATION

D. Douglas McGaw, being first duly sworn, deposes and says that I have read the above Motion for Admission *Pro Hac Vice*, and the statements contained therein are true to the best of my knowledge, information and belief.

/s/D. Douglas McGaw
D. Douglas McGaw (P24166)

Kathryn E. Driscoll, being first duly sworn, deposes and says that I have read the above Motion for Admission *Pro Hac Vice*, and the statements contained therein are true to the best of my knowledge, information and belief.

/s/Kathryn E. Driscoll
Kathryn E. Driscoll (P69727)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____/
In Re:

    GENERAL MOTORS CORPORATION,    Chapter 11
                                                                   Case No. 09-50026-reg
                                                                     Hon. Robert E. Gerber

    Debtor.

_____/

**ORDER FOR ADMISSION *PRO HAC VICE***

    The Court, having reviewed the Verified Motion for Admission *Pro Hac Vice* of D. Douglas McGaw and Kathryn E. Driscoll, and being otherwise duly advised in the premises;

    IT IS HEREBY ORDERED that the *Pro Hac Vice* admission of D. Douglas McGaw and Kathryn E. Driscoll be granted, permitting the same to practice before the United States Bankruptcy Court Southern District of New York for the purposes of the above referenced bankruptcy proceeding, only.

Dated: _____, 2009

                                                                               _____
                                                                               UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

_____/
In Re:

    GENERAL MOTORS CORPORATION,

        Debtor.

Chapter 11
Case No. 09-50026-reg
Hon. Robert E. Gerber

_____/

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN    )
                           )§
COUNTY OF OAKLAND  )

    Kathryn E. Driscoll, being first duly sworn, deposes and says that on June 10, 2009 she did serve a true and correct copy of:

1. D. Douglas McGaw and Kathryn E. Driscoll's Verified Motion for Admission *Pro Hac Vice*;
2. Verification;
3. Proposed Order for Admission *Pro Hac Vice*; and
4. This Certificate of Service upon:

the parties to this Chapter 11 Bankruptcy Proceeding by ECF Filing.

                                      **/s/Kathryn E. Driscoll**
                                      D. Douglas McGaw (P24166)
                                      Kathryn E. Driscoll (P69727)
                                      Poling, McGaw & Poling, P.C.
                                      5455 Corporate Drive, Suite 104
                                      Troy, MI    48098
                                      (248) 641-0500
                                      KDriscoll@pmppc.com
                                      (P69727), Attorneys for DeMaria Building Co.

09-50026-mg    Doc 609    Filed 06/10/09    Entered 06/10/09 14:53:18    Main Document
Pg 6 of 6