Jessica E. Price
BROUSE MCDOWELL LPA
1001 Lakeside Avenue, Suite 1600
Cleveland, Ohio  44114
Telephone: 216-830-6830
Facsimile: 216-830-6807

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Case No. 09-50026 (REG) |
| | (Jointly Administered) |
| General Motors Corp., *et al.* | |
| | Chapter 11 |
| Debtors. | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jessica E. Price, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent FirstEnergy Corporation, its affiliates and subsidiaries, in the above-referenced cases.

**I certify that I am a member in good standing** of the bar in the State of Ohio, and admitted to the U.S. District Court for the Northern District of Ohio.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

DATED:  June 10, 2009                Respectfully submitted,

/s/ Jessica E. Price
Jessica E. Price (OH Bar #0068782)
BROUSE McDOWELL
1001 Lakeside Avenue, Suite 1600
Cleveland, Ohio  44114
Telephone: 216-830-6830
Facsimile: 216-830-6807
jprice@brouse.com

Attorneys for FirstEnergy Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **Motion for Admission Pro Hac Vice** was served on this 10th day of June, 2009, via the Court's ECF system on those parties registered to receive notice.

/s/ Jessica E. Price
Jessica E. Price

750827