

# GOLDBERG PERSKY WHITE P.C.
## ATTORNEYS AT LAW

1030 FIFTH AVENUE PITTSBURGH PA 15219
PHONE (412) 471-3980 - FAX (412) 471-8308
WWW.GPWLAW.COM
INFO@GPWLAW.COM

THEODORE GOLDBERG (PA, WV, MI & DC)
THOMAS W. WHITE (PA)
PETER T. PALADINO, JR. (PA, MI & NY)
DAVID P. CHERVENICK (PA & WV)
MARK C. MEYER (PA & MI)
JAMES J. BEDORTHA (PA & MI)
LANE A. CLACK (PA & MI)
BRUCE E. MATTOCK (PA & WV)
DAVID B. RODES (PA)
JOSEPH J. CIRILANO (PA, MI & OH)
CHARLES J. McLEIGH (PA & WV)
DARREN K. PARR (PA & IN)
JASON E. LUCKASEVIC (PA)
JASON T. SHIPP (PA)
HOWARD M. LOUIK (PA)
DIANA NICKERSON JACOBS (PA)
LEE W. DAVIS (PA, WV & MI)

JOHN T. TIERNEY III (PA, DC & AZ)
JOHN N. KELSEY (MI)
JOHN R. POMERVILLE (MI)
STEPHANIE N. BELL (PA)
KENNETH J. FRYNCKO (PA)
CORI J. KAPUSTA (PA)
CARRIE L. FURLAN (PA)
HOLLY L. DEIHL (PA)
LEIF J. OCHELTREE (PA & WV)
JEFFREY V. MANSELL (PA)

Retired:
JOEL PERSKY

Of Counsel:
TERRENCE O'BRIEN
CINDY STINE

June 2, 2009

Clerk of Court
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New Yew, NY 10004

*Re: In Re: General Motors Corporation – Case No. 09-50026-REG*

Dear Clerk:

Enclosed for filing in the above case please find the original and one copy of *Motion for Admission to Practice, Pro Hac Vice,* together with a CD containing the motion in PDF Format. Also enclosed is a check for the filing fee in the amount of $25.00.

I am enclosing an extra copy of the Motion which I ask that you kindly date stamp and return in the self-addressed, stamped envelope provided.

By copy of this letter, I am forwarding a courtesy copy of the Motion to Judge Gerber with a CD containing the proposed order in Word format.

Thank you for your attention to this matter.

Very truly yours,

Mark C. Meyer

MCM/kjs
Enclosures
cc:    Honorable Robert E. Gerber (w/enclosures: Motion and CD)

---

| JOHNSTOWN | WEST VIRGINIA | GREENSBURG | MICHIGAN | MICHIGAN |
|---|---|---|---|---|
| 132 JACKSON STREET | WESBANCO BUILDING, 2ND FLOOR | 205 COULTER BUILDING | 4800 FASHION SQUARE BLVD. | 16411 SOUTHFIELD ROAD |
| JOHNSTOWN, PA 15901-2134 | 333 PENCO ROAD | 231 SOUTH MAIN STREET | SUITE 260 | ALLEN PARK, MI 48101 |
| TELEPHONE (814) 539-4007 | WEIRTON, WV 26062 | GREENSBURG, PA 15601-3102 | SAGINAW, MI 48604-2602 | TELEPHONE (313) 389-2723 |
| FAX (814) 539-3981 | TELEPHONE (304) 723-0213 | TELEPHONE (724) 836-3305 | TELEPHONE (989) 799-4848 | FAX (313) 389-4962 |
|  |  | FAX (724) 832-8747 | FAX (989) 799-5727 |  |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re: | Case No. 09-50026-REG |
| GENERAL MOTORS CORPORATION, | Chapter 11 |
| Debtor. | |

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Mark C. Meyer, Esquire request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to present Asbestos Personal Injury Claimants represented by the firm of Goldberg, Persky & White, P.C., in the above-referenced bankruptcy proceeding.

I certify that I am a member in good standing of the Pennsylvania and Michigan State Bars, and the U.S. District Court for the Western District of Pennsylvania.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 2, 2009

_____
Mark C. Meyer, Esquire
Goldberg, Persky & White, P.C.
1030 Fifth Avenue
Pittsburgh, PA  15219
Telephone: 412-471-3980
Email: mmeyer@gpwlaw.com
Fax:  412-471-8308

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re:                                                      Case No. 09-50026-REG

GENERAL MOTORS CORPORATION,                                 Chapter 11

    Debtor.

---------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Mark C. Meyer, Esquire to be admitted, *pro hac vice*, to represent Asbestos Personal Injury Claimants, (the "Clients") in the above-referenced bankruptcy proceeding, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Pennsylvania and the State of Michigan, and the bar of the U.S. District Court for the Western District of Pennsylvania, it is hereby

ORDERED, that Mark C. Meyer, Esquire, is admitted to practice, *pro hac vice*, in the above bankruptcy proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____,

_____, New York    s/_____
                                                         UNITED STATES BANKRUPTCY JUDGE