Thomas K. Lindahl, Esq.
McDonald Hopkins PLC
39533 Woodward Ave., Suite 318
Bloomfield Hills, MI 48304
Phone:  248.646.5070
Fax:  248.646.5075
E-mail:  tlindahl@mcdonaldhopkins.com

**Counsel to Comau, Inc.**

United States Bankruptcy Court
Southern District of New York

―――――――――――――――――――――――――

| | |
|---|---|
| In re: | Chapter 11 |
| General Motors Corp., *et al.,* | Case No. 09-50026 (REG) |
| | (Jointly Administered) |

―――――――――――――――――――――――――

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Thomas K. Lindahl, a member in good standing of the bar in the state of Michigan, and of the bar for the U.S. District Court for the Eastern District of Michigan, request admission, ***pro hac vice,*** before the Honorable Robert E. Gerber, to represent Comau, Inc., a creditor in the above-referenced jointly administered cases.

My address is 39533 Woodward Ave., Suite 318, Bloomfield Hills, Michigan 48304, my e-mail address is tlindahl@mcdonaldhopkins.com, and my telephone number is (248) 646-5070.

{1761381:}

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice.*

Dated:  June 10, 2009

                              MCDONALD HOPKINS PLC

                By:    /s/  Thomas K. Lindahl
                         Thomas K. Lindahl (P30741)
                         39533 Woodward Ave., Suite 318
                         Bloomfield Hills, MI  48304
                         Phone:  248.646.5070
                         Fax: 248.646.5075
                         E-mail:  tlindahl@mcdonaldhopkisn.com

                         **COUNSEL TO COMAU, INC.**

{1761381:}

Thomas K. Lindahl, Esquire
McDonald Hopkins PLC
39533 Woodward Ave., Suite 318
Bloomfield Hills, MI  48304
Phone:  248.646.5070
Fax:  248.646.5075
E-mail:  tlindahl@mcdonaldhopkins.com

**Counsel to Comau, Inc.**

United States Bankruptcy Court
Southern District of New York

| | |
|---|---|
| In re: | Chapter 11<br>Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP., *et al*., | (Jointly Administered) |
| Debtors. | |

## **ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Thomas K. Lindahl to be admitted, ***pro hac vice,*** to represent Comau, Inc. in the above-referenced jointly administered cases, and upon the movant's certification that the movant is a member in good standing of the bar in the state of Michigan, it is hereby

**ORDERED** that Thomas K. Lindahl, is admitted to practice ***pro hac vice*** in the above-referenced jointly administered cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____
          New York, New York

                                              _____
                                              United States Bankruptcy Judge

{1761381:}