Angela Z. Miller, Esq.
Phillips Lytle LLP
437 Madison Avenue, 34th Floor
New York, New York   10022
Tel. 212-759-4888
Fax. 212-308-9079

-and-

3400 HSBC Center
Buffalo, New York 14203
Tel. 716-847-8400
Fax. 716-852-6100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re                                                                Chapter 11

General Motors,                                              Case No. 09-50026 (AJG)
                                                                      (Jointly Administered)
                                Debtors.

_____

### VERIFIED STATEMENT OF MULTIPLE REPRESENTATION PURSUANT TO FED. R. BANKR. P. 2019

Phillips Lytle LLP hereby submits to the Court this Verified Statement of Multiple Representation Pursuant to Fed. R. Bankr. P. 2019.

Phillips Lytle LLP represents the following creditors or parties in interest who have engaged them as counsel, to be paid on an hourly basis except as otherwise set forth below, in connection with this case:

| Creditor Name | Nature of Claim(s) | Claim(s) Amount |
|---|---|---|
| Gibraltar Industries, Inc.<br>Attn:  James McAuliffe<br>4310 East 49th Street<br>Cleveland, OH   44125 | Trade creditor | Unknown |
| Toro Energy of Missouri, LLC<br>c/o Alice Curtiss, Esq.<br>National Fuel Gas Supply Corporation<br>6363 Main Street<br>Williamsville, NY  14221 | Forward contract merchant<br>Trade creditor | Unknown |
| E.I. du Pont de Nemours and Company<br>DuPont Legal – D7156<br>1007 Market Street<br>Wilmington, DE  19898 | Trade creditor | Unknown |
| National Fuel Resources<br>Suite 120<br>165 Lawrence Bell Drive<br>Buffalo, NY  14221-7817 | Trade creditor | Unknown |
| A.W. Farrell & Son, Inc.<br>3761 East Lake Road<br>Dunkirk, NY   14048 | Trade creditor | Unknown |

Dated: Buffalo, New York
June 9, 2009

PHILLIPS LYTLE LLP


By   /s/ Angela Z. Miller
         Angela Z. Miller
Suite 3400
One HSBC Center
Buffalo, New York  14203-2887
Telephone No. (716) 847-8400

- and –

437 Madison Avenue, 34th Floor
New York, New York 10022
Telephone No. (212) 759-4888

## **VERIFICATION**

      I hereby verify under penalty of perjury that the statements contained herein are true and correct to the best of my knowledge, information and belief.

Date:   June 9, 2009

                                                     /s/ Angela Z. Miller
                                                     Angela Z. Miller

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of June, 2009, a copy of the foregoing *Verified Statement of Multiple Representation Pursuant to Fed. R. Bankr. P. 2019* was filed electronically through the CM/ECF system and served electronically on all parties accepting Notice of Electronic Filing. Parties may also access this filing through the Court's ECF system.

                                                      /s/ Angela Z. Miller
                                                   Angela Z. Miller

Doc # 01-2298796.1