BODMAN LLP
Colin T. Darke (P68294)
6th Floor at Ford Field
1901 St. Antoine
Detroit, Michigan 48226
313-393-7585

ATTORNEYS FOR PRODUCTION
MODELING CORPORATION

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (Jointly Administered) |
| Debtors. | |

-------------------------------------------------------------------- x

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2009, I electronically filed ***Motion for Admission to Practice, Pro Hac Vice; Notice of Appearance and Demand for Notices and Papers;*** and ***Limited Objection by Production Modeling Corporation to Debtors' Proposed Cure Amount*** with the Clerk of the Court which will send notification of such filing to all ECF participants, and also mailed via Federal Express a copy of same to all the parties on the attached Service List.

        Respectfully Submitted:

        BODMAN LLP

        By: / s / Colin T. Darke
            Colin T. Darke (P68294)
            Counsel for PMC
            6th Floor at Ford Field
            1901 St. Antoine Street
            Detroit, Michigan 48026

June 10, 2009        cdarke@bodmanllp.com

# SERVICE LIST

General Motors Corporation
Attn:  Lawrence S. Buonomo
300 Renaissance Center
Detroit, MI  48265

Weil, Gotshal & Manges LLP
Attn:  Harvey R. Miller
          Stephen Karotkin
          Joseph H. Smolinsky
767 Fifth Avenue
New York, New York  10153

U.S. Treasury Department
Attn:  Matthew Feldman
1500 Pennsylvania Avenue, N.W.
Room 2312
Washington, D.C. 20220

Cadwalader, Wickersham & Taft LLP
Attn:  John J. Rapisardi
One World Financial Center
New York, New York  10281

Vedder Price, P.C.
 Attn:  Michael J. Edelman
           Michael L. Schein
1633 Broadway, 47th Floor
New York, New York  10019

Office of the U.S Trustee for the Southern District of New York
Attn:  Diana G. Adams
33 Whitehall Street, 21st Floor
New York, New York 10004