2847 Lexington Lane
Highland Park, IL 60035
June 2, 2009

The Honorable Robert E. Gerber
One Bowling Green
New York, NY 10004-1408

Dear Judge Gerber:

We are individual holders of $35,000. of General Motors bonds. A few weeks ago, General Motors sent us an extensive proposal to dispose of bondholder debt. We were offered 10 % of GM stock, based on the amount of our investment. We found this proposal unsatisfactory since we originally purchased the bonds at the initial offering price of $25. per share as a means of providing income during our retirement. Tendering our bonds for GM stock that might take years to recover, if at all, serves no purpose for us.

A couple of days before GM filed for bankruptcy, we learned that some major bondholders struck a deal with GM to receive 10 % stock in the new Company plus warrants to purchase 15 % additional stock. We were not asked for our input. Where does this agreement leave the small retired bondholder with regards to his investment? Big companies can afford to make deals; small bondholders should not be forced to accept the same terms. In our opinion, GM should either immediately pay back the money lent by small bondholders or should continue the dividend payments until the loans can be paid back.

If General Motors is allowed to emerge from bankruptcy, the Company should be required to honor its obligations. The Company's management was negligent in letting their debt get out of control. General Motors should not be allowed to nearly wipe out the debt to bondholders and then emerge from bankruptcy to start over again. We also hope that other companies in trouble will not use GM as an example of a way to eliminate debt.

We hope that consideration will be given to our concerns. We would appreciate a reply so we know that we have been heard.

Sincerely,

*Adrienne Goldner*
*Howard Goldner*
Adrienne and Howard Goldner
Tel: 847-432-0170
hgoldner@juno.com