Hearing Date and Time: June 25, 2009 9:45 a.m. (Eastern Time)
Objections Due: June 19, 2009 4:00 p.m. (Eastern Time)

Benjamin P. Deutsch (BD-5435)
SCHNADER HARRISON SEGAL & LEWIS LLP
Counsel to the Ad Hoc Committee of Consumer Victims of General Motors
140 Broadway, Suite 3100
New York, NY 10005-1101
Phone: (212) 973-8000
Fax: (212) 972-8798

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
            :
In re:      :    Chapter 11
            :
GENERAL MOTORS CORP., et al.,   :    Case No. 09-50026 (REG)
            :
        Debtors.    :    (Jointly Administered)
-----------------------------------------------------------------X

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Court will hold a hearing to consider entry of an order granting the relief requested in respect of the following motion, which hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on June 25, 2009 at 9:45 a.m. (Eastern Time).

> Motion of Ad Hoc Committee of Consumer Victims of General Motors for Appointment of Official Committee of Tort Claimants Pursuant To 11 U.S.C. §1102(A)(2) [Docket No. 287]

Objections to the Motion must be made in writing, filed with the Court, and served upon the following so as to be actually received not later than 4:00 p.m. (Eastern Time) on Friday, June 19, 2009 (the "Objection Deadline"): (i) Schnader Harrison Segal & Lewis LLP, attorneys for the Ad Hoc Committee of Consumer Victims of General Motors, 1600 Market Street, Suite

3600, Philadelphia, PA 19103 (Attn: Barry E. Bressler, Esq., Richard A. Barkasy, Esq., and Benjamin P. Deutsch, Esq.); (ii) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (iii) the Debtors, c/o General Motors Corporation, 300 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the U.S. Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Matthew Feldman, Esq.); (vi) Vedder Price, P.C., attorneys for EDC, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Esq. and Thomas Moers Mayer, Esq.); (viii) the UAW, 8000 East Jefferson Avenue, Detroit, Michigan 48214 (Attn: Daniel W. Sherrick, Esq.); (ix) Cleary Gottlieb Steen & Hamilton LLP, attorneys for the UAW, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esq.); (x) Cohen, Weiss and Simon LLP, attorneys for the UAW, 330 W. 42nd Street, New York, New York 10036 (Attn: Babette Ceccotti, Esq.); (xi) the Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004; and (xii) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.).

Registered users of the Bankruptcy Court's case filing system must electronically file their objections and responses. All other parties in interest must file their objections and responses on a 3.5 inch floppy disk or flash drive, preferably in Portable Document Format (PDF), Microsoft Word or any other Windows-based word processing format (with a hard copy delivered directly to the chambers of the Hon. Robert E. Gerber), in accordance with General Order M-182.

                                                          SCHNADER HARRISON SEGAL
                                                          & LEWIS LLP

Dated: June 10, 2009                       By:  /s/ Benjamin P. Deutsch
                                                          Benjamin P. Deutsch (BD-5435)
                                                          bdeutsch@schnader.com
                                                          140 Broadway, Suite 3100
                                                          New York, NY 10005-1101
                                                          Phone: (212) 973-8000
                                                          Fax: (212) 972-8798

                                                          - and -

                                                          Barry E. Bressler, Esquire
                                                            bbressler@schnader.com
                                                          Richard A. Barkasy, Esquire
                                                            rbarkasy@schnader.com
                                                          1600 Market Street, Suite 3600
                                                          Philadelphia, PA 19103-7286
                                                          Phone: (215) 751-2000
                                                          Fax: (215) 751-2205

                                                          *Attorneys for the Ad Hoc Committee of*
                                                          *Consumer Victims of General Motors*