UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORPORATION, et al., | ) | Case No. 09-50026 (reg) |
| | ) | Jointly Administered. |
| Debtors. | ) | |
| _____ | ) | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    :
                                      :.ss:
COUNTY OF NEW YORK :

      I, Ronald Cappiello, being duly sworn, deposes and says:

      1.    I am over the age of eighteen years, am employed in the offices of **KAYE SCHOLER LLP,** Counsel to Phillip Morris Capital Corporation, a party-in-interest in the above-captioned matter, and am not a party to this action.

      2.   That on the 3rd day of June, 2009, I caused to be served a true and correct copy of the following document:  (i) Verified Statement Of Kaye Scholer LLP Pursuant To Federal Rule Of Bankruptcy Procedure 2019(a), dated June 3, 2009, upon each of the following parties:

      Steven Karotkin, Esq.
      Weil, Gotshsal & Manges LLP
      767 Fifth Avenue
      New Y ork, NY 10153

      Office of the United States Trustee
      33 Whitehall Street, 21st Floor
      New York, NY 10004,

by first-class United States mail.


/s/*Ronald Cappiello*
Ronald Cappiello

Sworn to before me this
5th day of June, 2009

*/s/Gurnel Jean-Louis*
Notary Public

**GURNEL JEAN-LOUIS**
**Notary Public, State of New York**
**No. 01JE6016979**
**Qualified in Queens County**
**Commission Expires Nov. 30, 2010**