**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORPORATION, *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Regina Stango Kelbon, a member in good standing of the bar in the Commonwealth of Pennsylvania and the State of New Jersey and admitted to practice before the District Courts for the District of New Jersey and the Eastern District of Pennsylvania, respectfully request for the admission *pro hac vice* before the Honorable Robert E. Gerber, to represent Cellco Partnership d/b/a Verizon Wireless on behalf of itself and its controlled affiliates in the above-referenced case(s).

Mailing Address:   Regina Stango Kelbon
Blank Rome LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA  19103
Tel:  215.569.5507
Fax:  215.832.5507
Email:  Kelbon@blankrome.com

The fee of $25 shall be paid upon approval by this Court admitting me to practice *pro hac vice*.

017286.01681/21792989v.1

Dated: New York, New York
June 10, 2009

By: /s/ *Regina Stango Kelbon*
Regina Stango Kelbon
BLANK ROME LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA  19103
Tel:  215.569.5507
Fax:  215.832.5507
Email:  Kelbon@blankrome.com

Counsel to Cellco Partnership d/b/a Verizon Wireless on behalf of itself and its controlled affiliates