**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORPORATION, *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion for admission to practice *pro hac vice* dated June ___, 2009, it is hereby ordered that Regina Stango Kelbon, Esq., is admitted to practice *pro hac vice* in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
June __, 2009

_____
HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE

017286.01681/21792991v.1