UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            )
In re                                                       )    Chapter 11
                                                            )
GENERAL MOTORS CORP., *et al.*,                             )
                                                            )    Case No. 09-50026 (REG)
                                                            )
                              Debtors.                      )    Jointly Administered
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 7, 2009, she caused true and correct copies of the *Motion of the Ad Hoc Committee of Asbestos Persona Injury Claimants for an Order (I) Appointing a Legal Representative for Future Asbestos Claimants and (ii) Directing the United States Trustee to Appoint an Official Committee of Asbestos Personal Injury Claimants* and the *Motion Pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure to Shorten Time for the Hearing on the Motion of the Ad Hoc Committee of Asbestos Persona Injury Claimants for an Order (I) Appointing a Legal Representative for Future Asbestos Claimants and (ii) Directing the United States Trustee to Appoint an Official Committee of Asbestos Personal Injury Claimants filed by the Ad Hoc Committee of Asbestos Personal Injury Claimants* to be served on counsel for the Debtors by electronic mail, on the

United States Trustee by facsimile and by electronic mail to all parties receiving notice via the Court's ECF System.

           */s/ Jo E. Hartwick*

          STUTZMAN, BROMBERG,
          ESSERMAN & PLIFKA,
          A PROFESSIONAL CORPORATION
          2323 Bryan Street, Suite 2200
          Dallas, Texas 75201
          Telephone:  (214) 969-4900
          Facsimile:  (214) 969-4999