Randall D. LaTour, Esq. (OH-0038511)
**Vorys, Sater, Seymour, and Pease LLP**
52 East Gay Street
Columbus, Ohio 43215
Telephone: 614-464-8290
Facsimile:  614-719-4821
E-mail: rdlatour@vorys.com

Attorneys for Superior Production Partnership


Tiffany Strelow Cobb, Esq. (OH-0067516)
**Vorys, Sater, Seymour, and Pease LLP**
52 East Gay Street
Columbus, Ohio 43215
Telephone: 614-464-8322
Facsimile:  614-719-4663
E-mail: tscobb@vorys.com

Attorneys for The Worthington Steel Company, Worthington
Industries, Inc., Worthington Steel of Michigan, Inc.,
Worthington Taylor, LLC, ProCoil Company, LLC
The Gerstenslager Company, TWB Company, LLC,
TWB Tailored Welded Blanks, TWB of Indiana Inc.
TWB de Mexico, S.A. de C.V., Worthington Specialty
Processing, Turner Broadcasting Systems, Inc.,
AOL LLC, The Sherwin-Williams Company, and
The Sherwin-Williams Company Automotive Finishes Corp.


**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)**

| | |
|---|---|
| **In re:** | ) |
| | ) Case No: 09-50026 |
| **General Motors Corporation, et al.[1]** | ) |
| | ) |
| Debtors. | ) Honorable Robert E. Gerber |
| | ) |

**VERIFIED STATEMENT PURSUANT TO RULE 2019 OF THE BANKRUPTCY CODE**

Vorys, Sater, Seymour and Pease LLP (the "Vorys Firm"), pursuant to Rule 2019 of the

Federal Rules of Bankruptcy Procedure, hereby files this Verified Statement.

---

[1] Debtors include: General Motors Corporation, Chevrolet-Saturn
of Harlem, Inc., Saturn, LLC, and Saturn Distribution Corporation

1. Name and address of creditors/parties in interest represented:

   Superior Production Partnership
   c/o Vorys, Sater, Seymour and Pease LLP
   Randall D. LaTour, Esq.
   52 East Gay Street
   Columbus, Ohio 43215
   E-mail: rdlatour@vorys.com

   Worthington Industries Inc.
   c/o Vorys, Sater, Seymour and Pease LLP
   Tiffany Strelow Cobb, Esq.
   52 East Gay Street
   Columbus, OH 43215
   E-mail: tscobb@vorys.com

   The Worthington Steel Company
   c/o Vorys, Sater, Seymour and Pease LLP
   Tiffany Strelow Cobb, Esq.
   52 East Gay Street
   Columbus, OH 43215
   E-mail: tscobb@vorys.com

   Worthington Steel of Michigan, Inc.
   c/o Vorys, Sater, Seymour and Pease LLP
   Tiffany Strelow Cobb, Esq.
   52 East Gay Street
   Columbus, OH 43215
   E-mail: tscobb@vorys.com

   Worthington Taylor, LLC
   c/o Vorys, Sater, Seymour and Pease LLP
   Tiffany Strelow Cobb, Esq.
   52 East Gay Street
   Columbus, OH 43215
   E-mail: tscobb@vorys.com

   ProCoil Company, LLC
   c/o Vorys, Sater, Seymour and Pease LLP
   Tiffany Strelow Cobb, Esq.
   52 East Gay Street
   Columbus, OH 43215
   E-mail: tscobb@vorys.com

   The Gerstenslager Company
   c/o Vorys, Sater, Seymour and Pease LLP
   Tiffany Strelow Cobb, Esq.
   52 East Gay Street
   Columbus, OH 43215
   E-mail: tscobb@vorys.com

TWB Company, LLC
c/o Vorys, Sater, Seymour and Pease LLP
Tiffany Strelow Cobb, Esq.
52 East Gay Street
Columbus, OH 43215
E-mail: tscobb@vorys.com

TWB Co. Tailored Welded Blanks
c/o Vorys, Sater, Seymour and Pease LLP
Tiffany Strelow Cobb, Esq.
52 East Gay Street
Columbus, OH 43215
E-mail: tscobb@vorys.com

TWB of Indiana Inc.
c/o Vorys, Sater, Seymour and Pease LLP
Tiffany Strelow Cobb, Esq.
52 East Gay Street
Columbus, OH 43215
E-mail: tscobb@vorys.com

TWB de Mexico, S.A. de C.V.
c/o Vorys, Sater, Seymour and Pease LLP
Tiffany Strelow Cobb, Esq.
52 East Gay Street
Columbus, OH 43215
E-mail: tscobb@vorys.com

Worthington Specialty Processing
c/o Vorys, Sater, Seymour and Pease LLP
Tiffany Strelow Cobb, Esq.
52 East Gay Street
Columbus, OH 43215
E-mail: tscobb@vorys.com

Turner Broadcasting Systems, Inc.
c/o Vorys, Sater, Seymour and Pease LLP
Tiffany Strelow Cobb, Esq.
52 East Gay Street
Columbus, OH 43215
E-mail: tscobb@vorys.com

AOL LLC
c/o Vorys, Sater, Seymour and Pease LLP
Tiffany Strelow Cobb, Esq.
52 East Gay Street
Columbus, OH 43215
E-mail: tscobb@vorys.com

        The Sherwin-Williams Company
        c/o Vorys, Sater, Seymour and Pease LLP
        Tiffany Strelow Cobb, Esq.
        52 East Gay Street
        Columbus, OH 43215
        E-mail: tscobb@vorys.com

        The Sherwin-Williams Automotive Finishes Corp.
        c/o Vorys, Sater, Seymour and Pease LLP
        Tiffany Strelow Cobb, Esq.
        52 East Gay Street
        Columbus, OH 43215
        E-mail: tscobb@vorys.com

    2.    Nature and amount of claim or interest and time of acquisition thereof unless it is alleged to have been acquired more than one year prior to the filing of the petition.

        A.    Superior Production Partnership and certain of its related entities creditors and parties in interest holding a pre-petition claim(s), and post-petition administrative claim(s) for executory contract rights in this Chapter 11 case. Counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

        B.    Worthington Industries, Inc. and certain of its related entities creditors and parties in interest holding a pre-petition claim(s), and post-petition administrative claim(s) for executory contract rights in this Chapter 11 case. Counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

        C.    The Worthington Steel Company and certain of its related entities creditors and parties in interest holding a pre-petition claim(s), and post-petition administrative claim(s) for executory contract rights in this Chapter 11 case. Counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

        D.    Worthington Steel of Michigan, Inc. and certain of its related entities creditors and parties in interest holding a pre-petition claim(s), and post-petition administrative claim(s) for executory contract rights in this Chapter 11 case. Counsel has been retained by this

creditor to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

    E.  The Gerstenslager Company and certain of its related entities creditors and parties in interest holding a pre-petition claim(s), and post-petition administrative claim(s) for executory contract rights in this Chapter 11 case. Counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

    F.  TWB Company, LLC and certain of its related entities creditors and parties in interest holding a pre-petition claim(s), and post-petition administrative claim(s) for executory contract rights in this Chapter 11 case. Counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

    G.  TWB Company Tailored Welded Blanks and certain of its related entities creditors and parties in interest holding a pre-petition claim(s), and post-petition administrative claim(s) for executory contract rights in this Chapter 11 case. Counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

    H.  TWB of Indiana, Inc. and certain of its related entities creditors and parties in interest holding a pre-petition claim(s), and post-petition administrative claim(s) for executory contract rights in this Chapter 11 case. Counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

    I.  TWB de Mexico, S.A. de C.V. and certain of its related entities creditors and parties in interest holding a pre-petition claim(s), and post-petition administrative claim(s) for executory contract rights in this Chapter 11 case. Counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

J.	Worthington Specialty Processing and certain of its related entities creditors and parties in interest holding a pre-petition claim(s), and post-petition administrative claim(s) for executory contract rights in this Chapter 11 case. Counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

K.	Turner Broadcasting Systems, Inc. and certain of its related entities creditors and parties in interest holding a pre-petition claim(s), and post-petition administrative claim(s) for executory contract rights in this Chapter 11 case. Counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

L.	AOL LLC and certain of its related entities creditors and parties in interest holding a pre-petition claim(s), and post-petition administrative claim(s) for executory contract rights in this Chapter 11 case. Counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

M.	The Sherwin-Williams Company and certain of its related entities creditors and parties in interest holding a pre-petition claim(s), and post-petition administrative claim(s) for executory contract rights in this Chapter 11 case. Counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

N.	The Sherwin-Williams Automotive Finishes Corp. and certain of its related entities creditors and parties in interest holding a pre-petition claim(s), and post-petition administrative claim(s) for executory contract rights in this Chapter 11 case. Counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

3.	A recital of pertinent facts and circumstances in connection with the employment of the entity or entities at whose instance, directly or indirectly, the employment was arranged.

The Vorys Firm has represented each of the above creditors/parties in interest on a variety of matters and was asked by each of these related entities to represent each in this Chapter 11 case.

4. With reference to the time of the employment of the entity, the organization or formation of the committee, or the appearance in the case, the amounts of claims or interests owned by the entity, the times when acquired, the amounts paid therefor, and any sales or other disposition thereof.

This is not applicable to the Vorys Firm.

Dated: June 11, 2009    Respectfully submitted,

/s/Tiffany Strelow Cobb
Tiffany Strelow Cobb, Esq. (OH-0067516)
**Vorys, Sater, Seymour, and Pease LLP**
52 East Gay Street
Columbus, Ohio 43215
Telephone: 614-464-8322
Facsimile: 614-719-4663
E-mail: tscobb@vorys.com

Attorneys for Clients Specified Above

## VERIFICATION

I, Tiffany Strelow Cobb, Partner, of the law firm of Vorys, Sater, Seymour, and Pease LLP, declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

/s/Tiffany Strelow Cobb
Tiffany Strelow Cobb

STATE OF OHIO         )
                      )    ss.
COUNTY OF FRANKLIN    )

SWORN TO AND SUBSCRIBED TO in my presence, this 11th day of June, 2009.

/s/Cindy D. Fricke
Notary Public, State of Ohio

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the preceding Verified Rule 2019 Statement was electronically filed through the Court's ECF system and served this 11th day of June, 2009, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. This Verified Rule 2019 Statement was also served by United States Mail, first-class, proper postage affixed upon the following:

| | |
|---|---|
| **Joseph R. Sgroi**<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 | Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street<br>New York, NY 10004 |
| **Stephen Karotkin**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | |

/s/Tiffany Strelow Cobb
Tiffany Strelow Cobb

06/10/2009 Columbus 10649231