VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
Telephone:   (703) 760-1647
Facsimile:    (703) 821-8949
Lawrence A. Katz

 - and -

VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 983-3850
Facsimile:    (212) 307-5598
Edward A. Smith (ES 2461)

*Attorneys for Penske Auto Group, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ X
|                                    |   |                           |
|------------------------------------|---|---------------------------|
| In re                              | : | Chapter 11                |
|                                    | : |                           |
| GENERAL MOTORS CORP., *et al.*     | : | Case No. 09-50026 (REG)   |
|                                    | : |                           |
|                                    | : | (Jointly Administered)    |
|                  Debtors.          | : |                           |
|                                    | : |                           |

------------------------------------------------------ X

**NOTICE OF APPEARANCE OF PENSKE AUTO GROUP, INC.
AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE, that Penske Auto Group, Inc. ("Penske"), a creditor of

General Motors Corp. and its affiliated entities, the debtors and debtors-in-possession herein,

hereby appears in this case by its counsel, Venable LLP, and such counsel hereby enter their

appearance, pursuant to § 1109 of the United States Bankruptcy Code ("Bankruptcy Code") and

Federal Rule of Bankruptcy Procedure 9010(b), and such counsel hereby request, pursuant to

Federal Rules of Bankruptcy Procedure 2002, 3017, and 9007, and §§ 342 and 1109(b) of the

Bankruptcy Code, that copies of all notices, pleadings and other papers given or filed in this case be served upon them at the following address:

>Lawrence A. Katz
>Venable LLP
>8010 Towers Crescent Drive, Suite 300
>Vienna, Virginia 22182-2707
>Email: lakatz@venable.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, any application, motion, complaint, petition, pleading, demand, notice, plan, disclosure statement, or report, whether formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, telecopier or otherwise.

THIS ENTRY OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF DOCUMENTS is without prejudice to the remedies and claims of Penske against other entities, or any objection that may be made to the jurisdiction or venue of this Court, and shall not be deemed or construed to be a waiver of Penske's rights to (1) have final orders in noncore matters entered only after de novo review by a district judge, (2) trial by jury in any proceeding related to this case, (3) have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Penske is, or may be entitled, in law or in equity, all of which rights Penske expressly reserves.

Dated: June 11, 2009            Respectfully submitted,

VENABLE LLP

*/s/ Edward A. Smith*
Edward A. Smith (ES 2461)
Rockefeller Center
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 983-3850
Facsimile: (212) 307-5598
Email: easmith@venable.com

-and-

Lawrence A. Katz
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
Telephone: (703) 760-1600
Facsimile: (703) 821-8949
Email: lakatz@venable.com

*Counsel to Penske Auto Group, Inc.*

#280275

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Appearance of Penske Auto Group, Inc. and Request for Service of Notices and Documents to be served this 11th day of June, 2009, to be served via first class mail, postage prepaid, upon the following and through the CM/ECF System for the United States Bankruptcy Court for the Southern District of New York:

General Motors Corporation
300 Renaissance Center
Detroit, MI 48265-3000

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal &Manges LLP
767 Fifth Avenue
New York, NY   10153

Joseph R. Sgroi, Esq.
Robert B. Weiss, Esq.
Tricia A. Sherick, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Andrew D. Velez-Rivera, Esq.
Brian Shoichi Masumoto, Esq.
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Robert D. Wolford
Miller, Johnson, Snell & Cummiskey, PLC
250 Monroe Avenue, N.W.
Suite 800
Grand Rapids, MI 49503

*/s/ Lawrence A. Katz*
Lawrence A. Katz