VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
Telephone:   (703) 760-1647
Facsimile:    (703) 821-8949
Lawrence A. Katz

 - and -

VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 983-3850
Facsimile:    (212) 307-5598
Edward A. Smith (ES 2461)

*Attorneys for RK Chevrolet/RK Auto Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| GENERAL MOTORS CORP., *et al.* | : | Case No. 09-50026 (REG) |
| | : | (Jointly Administered) |
| Debtors. | : | |

**NOTICE OF APPEARANCE OF RK CHEVROLET/RK AUTO GROUP**
**AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE, that RK Chevrolet/RK Auto Group ("RK Chevrolet"), a creditor of General Motors Corp. and its affiliated entities, the debtors and debtors-in-possession herein, hereby appears in this case by its counsel, Venable LLP, and such counsel hereby enter their appearance, pursuant to § 1109 of the United States Bankruptcy Code ("Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 9010(b), and such counsel hereby request, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, and 9007, and

- 2 -

§§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings and other papers given or filed in this case be served upon them at the following address:

>Lawrence A. Katz
>Venable LLP
>8010 Towers Crescent Drive, Suite 300
>Vienna, Virginia 22182-2707
>Email: lakatz@venable.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, any application, motion, complaint, petition, pleading, demand, notice, plan, disclosure statement, or report, whether formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, telecopier or otherwise.

THIS ENTRY OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF DOCUMENTS is without prejudice to the remedies and claims of RK Chevrolet against other entities, or any objection that may be made to the jurisdiction or venue of this Court, and shall not be deemed or construed to be a waiver of RK Chevrolet's rights to (1) have final orders in noncore matters entered only after de novo review by a district judge, (2) trial by jury in any proceeding related to this case, (3) have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which RK Chevrolet is, or may be entitled, in law or in equity, all of which rights RK Chevrolet expressly reserves.

Dated: June 11, 2009                Respectfully submitted,

                                    VENABLE LLP

                                    */s/ Edward A. Smith*
                                    Edward A. Smith (ES 2461)
                                    Rockefeller Center
                                    1270 Avenue of the Americas
                                    New York, New York 10020
                                    Telephone:  (212) 983-3850
                                    Facsimile:   (212) 307-5598
                                    Email: easmith@venable.com

                                              -and-

                                    Lawrence A. Katz
                                    8010 Towers Crescent Drive, Suite 300
                                    Vienna, Virginia 22182-2707
                                    Telephone:   (703) 760-1600
                                    Facsimile:   (703) 821-8949
                                    Email: lakatz@venable.com


                                    *Counsel to RK Chevrolet/RK Auto Group*

#280275

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Appearance of RK Chevrolet/RK Auto Group and Request for Service of Notices and Documents to be served this 11th day of June, 2009, to be served via first class mail, postage prepaid, upon the following and through the CM/ECF System for the United States Bankruptcy Court for the Southern District of New York:

General Motors Corporation
300 Renaissance Center
Detroit, MI 48265-3000

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal &Manges LLP
767 Fifth Avenue
New York, NY   10153

Joseph R. Sgroi, Esq.
Robert B. Weiss, Esq.
Tricia A. Sherick, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Andrew D. Velez-Rivera, Esq.
Brian Shoichi Masumoto, Esq.
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Robert D. Wolford
Miller, Johnson, Snell & Cummiskey, PLC
250 Monroe Avenue, N.W.
Suite 800
Grand Rapids, MI 49503

*/s/ Lawrence A. Katz*
Lawrence A. Katz

- 4 -