VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
Telephone:   (703) 760-1647
Facsimile:    (703) 821-8949
Lawrence A. Katz

- and -

VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 983-3850
Facsimile:   (212) 307-5598
Edward A. Smith (ES 2461)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ X
                                                       :
In re                                                  :   Chapter 11
                                                       :
GENERAL MOTORS CORP., *et al.*                         :   Case No. 09-50026 (REG)
                                                       :
                                                       :   (Jointly Administered)
                                       Debtors.        :
                                                       :
------------------------------------------------------ X

**VERIFIED STATEMENT OF COUNSEL**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

PLEASE TAKE NOTICE, that pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, the law firm of Venable LLP ("Venable") files this statement of multiple representation, and in support thereof, state as follows:

1. Venable is representing the following creditors and parties in interest (the "Parties") of General Motors Corp. and its affiliated entities, the debtors and debtors-in-possession herein, in the above-captioned matters:

    a.    <u>Penske Auto Group, Inc.</u>  Penske Auto Group, Inc. is a dealer.  Penske Auto Group, Inc. is located at 18600 South Hawthorne Boulevard, Torrance, CA 90504.

    b.    <u>RK Chevrolet/RK Auto Group.</u>  RK Chevrolet/RK Auto Group is a dealer.  RK Chevrolet/RK Auto Group is located at 2661 Virginia Beach Boulevard, Virginia Beach, VA 23451.

    c.    <u>Raytheon Professional Services LLC</u>  Raytheon Professional Services LLC is a service provider.  Raytheon Professional Services LLC is located at 12160 Sunrise Valley Drive, Reston, VA 20191.

2.    The Parties have each retained Venable to represent them with respect to their interests in the Debtors' Chapter 11 cases.  Each is aware of and has consented to the contemporaneous representation of the other entities by Venable.

3.    Venable reserves the right to supplement or amend this statement.

*REMAINDER OF PAGE INTENTIONALLY BLANK*

The undersigned hereby verifies under oath that this Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief.

Dated: June 11, 2009

Respectfully submitted,

VENABLE LLP

*/s/ Edward A. Smith*
Edward A. Smith (ES 2461)
Rockefeller Center
1270 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 983-3850
Facsimile:    (212) 307-5598
Email: easmith@venable.com

-and-

Lawrence A. Katz
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
Telephone:   (703) 760-1600
Facsimile:    (703) 821-8949
Email: lakatz@venable.com

#280273

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Verified Statement of Counsel Pursuant to Federal Rule of Bankruptcy Procedure 2019 to be served this 11th day of June, 2009, to be served via first class mail, postage prepaid, upon the following and through the CM/ECF System for the United States Bankruptcy Court for the Southern District of New York:

General Motors Corporation
300 Renaissance Center
Detroit, MI 48265-3000

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal &Manges LLP
767 Fifth Avenue
New York, NY   10153

Joseph R. Sgroi, Esq.
Robert B. Weiss, Esq.
Tricia A. Sherick, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Andrew D. Velez-Rivera, Esq.
Brian Shoichi Masumoto, Esq.
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Robert D. Wolford
Miller, Johnson, Snell & Cummiskey, PLC
250 Monroe Avenue, N.W.
Suite 800
Grand Rapids, MI 49503

/s/ Lawrence A. Katz
Lawrence A. Katz