SCHAFER AND WEINER, PLLC
Ryan D. Heilman (P63952)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
248-540-3340

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re

GENERAL MOTORS CORP., et al.,

                                Debtors.
-------------------------------------------------------------x

Case No. 09-50026(REG)
(Jointly Administered)

Chapter 11

## WITHDRAWAL OF OBJECTION OF BASF CORPORATION TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO

    BASF Corporation ("BASF"), hereby withdraws the submitted objection (the "Objection") to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto (the "Notice of Intent"), served upon BASF by the Debtors pursuant to this Court's Order Pursuant to 11 U.S.C. §§ 105, 363, and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006 (I) Approving Procedures for Sale of Debtors' Assets Pursuant to Master Sale and Purchase Agreement With Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline and Sale Hearing Date; (III) Establishing Assumption and Assignment Procedures; and (IV) Fixing Notice Procedures and Approving Form of Notice (the "Bidding Procedures Order"), based on a negotiated resolution with the Debtors.

{00215009}

                Respectfully Submitted:

Dated: June 11, 2009          SCHAFER AND WEINER, PLLC

                By:  / s / Ryan D. Heilman
                      MICHAEL E. BAUM (P29946)
                      RYAN D. HEILMAN (P63952)
                      40950 Woodward Ave., Ste. 100
                      Bloomfield Hills, MI 48304
                      248-540-3340
                      rheilman@schaferandweiner.com
                      Attorneys for BASF Corporation