SILVERMAN & MORRIS, P.L.L.C.
Geoffrey L. Silverman (P34011)
Karin F. Avery (P45364)
7115 Orchard Lake Road, Suite 500
West Bloomfield, Michigan 48322
Telephone (248) 539-1330; Fax (248) 539-1355
avery@silvermanmorris.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,
*et al.*,

     Debtors.

_____/

Chapter 11
Case No. 09-50026 (REG)
(Jointly Administered)

Hon. Robert E. Gerber

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, KARIN F. AVERY, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Cassens Transport Company, a creditor in the above-referenced case.

**I certify that I am a member in good standing** of the bar in the State of Michigan and the bar of the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

SILVERMAN & MORRIS, P.L.L.C.

By:   /s/ Karin F. Avery
     GEOFFREY L. SILVERMAN (P34011)
     KARIN F. AVERY (P45364)
Attorneys for Cassens Transport Company
7115 Orchard Lake Road, Suite 500
West Bloomfield, Michigan 48322
Telephone (248) 539-1330; Fax (248) 539-1355
avery@silvermanmorris.com

Dated: June 11, 2009
X:\Clients\General Motors Bankruptcy\Pro Hac Vice Documents\motion for admission to practice pro hac vice kfa (re cassens) (06.11.09).doc