MARC N. SWANSON (MI P71149)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 963-7591
Fax: (313) 496-8452
Email: swanson@millercanfield.com

*Attorneys for* Kongsberg Automotive, *Inc., Kongsberg Driveline Systems I, Inc., Kongsberg Driveline Systems S de RL de CV, Kongsberg Interior Systems S de RL de CV, Kongsberg Automotive S de RL de CV, Kongsberg Power Product Systems I, Inc., Kongsberg Driveline Systems GmbH and Kongsberg Holding II LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |
| | Judge Robert E. Gerber |

_____

## **MOTION FOR ADMISSION *PRO HAC VICE***

Marc N. Swanson, a member in good standing of the State Bar of Michigan, the United States District Court for the Eastern District of Michigan, states as follows for his Motion for Admission *Pro Hac Vice* to represent Kongsberg Automotive, Inc., Kongsberg Driveline Systems I, Inc., Kongsberg Driveline Systems S de RL de CV, Kongsberg Interior Systems S de RL de CV, Kongsberg Automotive S de RL de CV, Kongsberg Power Product Systems I, Inc., Kongsberg Driveline Systems GmbH and Kongsberg Holding II LLC (the "Kongsberg Entities"):

1.  I am an associate with Miller, Canfield, Paddock and Stone, P.L.C., resident in the firm's Detroit, Michigan office located at 150 West Jefferson Avenue, Suite 2500, Detroit, MI 48226.  My e-mail address is swanson@millercanfield.com, and my direct dial telephone number is (313) 496-7591.

2.  I am a member in good standing of the State Bar of Michigan and the bars of the United States District Court for the Eastern District of Michigan.

3.  I am in good standing in each of the Courts listed above in Paragraph 2 and am eligible to practice in this Court pursuant to Rule 2090-1 of the Local Rules for the Bankruptcy Court for the Southern District of New York.  I have never been suspended or disciplined by any Bar or any Court and have never been the subject of any grievance procedure.  I have never been denied *pro hac vice* admission in this District.  My Michigan Bar Number is P71149.

4.  I have paid the fee of $25.00 with the filing of this Motion for an order admitting me to practice *pro hac vice* in this case.

>MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
>
>By /s/ Marc N. Swanson
>      Marc N. Swanson (MI P71149)
>Attorney for the Kongsberg Entities
>150 West Jefferson Avenue, Suite 2500
>Detroit, MI 48226
>Telephone: (313) 963-7591
>Fax: (313) 496-8452
>Email: swanson@millercanfield.com

Dated: June 11, 2009

## **AFFIRMATION**

I, Marc N. Swanson, affirm that I have read the above Motion for Admission *Pro Hac Vice* and the statements contained therein are true to the best of my knowledge, information, and belief.

> By /s/ Marc N. Swanson
> Marc N. Swanson (MI P71149)
> Attorney for the Kongsberg Entities
> 150 West Jefferson Avenue, Suite 2500
> Detroit, MI 48226
> Telephone: (313) 963-7591
> Fax: (313) 496-8452
> Email: swanson@millercanfield.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* was served via electronic transmission and first class U.S. mail, postage prepaid, upon Debtor's counsel of record, Harvey R. Miller and Stephen Karotkin, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 on the 11th day of June, 2009.

> By /s/ Marc N. Swanson
> Marc N. Swanson (MI P71149)
> Miller, Canfield, Paddock and Stone, P.L.C.
> 150 West Jefferson Avenue, Suite 2500
> Detroit, MI 48226
> Telephone: (313) 496-7591
> Fax: (313) 496-8452
> Email: swanson@millercanfield.com

Dated: June 11, 2009

DELIB:3099317.1\121930-00004