Peter F. Jazayeri (SBN 199626)
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

### UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Case No. 09-50026 (REG) |
| | ) (Jointly Administered) |
| GENERAL MOTORS CORP., *et al.*, | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |

### MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Peter F. Jazayeri, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Salas Automotive Group, Inc., its affiliates and subsidiaries, in the above-referenced cases.

*I certify that I am a member in good standing* of the Bar in the State of California, and admitted to the U.S. District Court for the Central, Northern, Eastern and Southern Districts of California.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

DATED: June 11, 2009              Respectfully submitted,

/s/ Peter F. Jazayeri
Peter F. Jazayeri (CA Bar #199626)
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325
pjazayeri@ecjlaw.com

Attorneys for Salas Automotive Group, Inc.

IDOCS:13230.1:898280.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **Motion for Admission Pro Hac Vice** was served on this 11th day of June, 2009, via the Court's ECF system on those parties registered to receive notice.

/s/ Peter F. Jazayeri
Peter F. Jazayeri