UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

In re                                                                    Case No: 09-50026(REG)
                                                                         (Jointly Administered)

**GENERAL MOTORS CORP.**, et al,
                                                                         Chapter 11

        Debtors.
-----------------------------------------------------------

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICE

**TO: ALL INTERESTED PARTIES:**

    **PLEASE TAKE NOTICE** that the undersigned hereby files an appearance as counsel for the GEORGE P. JOHNSON COMPANY ("GPJ") as a creditor and party in interest and pursuant to the Bankruptcy Rules, requests that all notices and all papers given or served in this case be given and served on the undersigned at the address and/or through e-filing using the e-mail address set forth below, and that the undersigned be added to the official address matrix as follows:

                Robert J. Figa, Esq.
                rfiga@comlawone.com
                Campbell, O'Brien & Mistele, P.C.
                100 W. Big Beaver Road, Suite 385
                Troy, MI 48084

    **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes without limitation, orders and notices of any application, motion, response, reply, petition, pleadings, request, any plan, complaint or demand whether formal or informal, whether written or oral, and whether

2

transferred or conveyed by hand delivery, mail, telephone, telefax, or otherwise, which affects GPJ or the property of GPJ.

                              Respectfully submitted,

Dated:  June 10, 2009                /s/ Robert J. Figa_____
                                        ROBERT J. FIGA (P47159)
                                        CAMPBELL, O'BRIEN & MISTELE, P.C.
                                        Attorney for the George P. Johnson Company
                                        100 W. Big Beaver Road, Suite 385
                                        Troy, MI  48084
                                        248-743-9800
                                        rfiga@comlawone.com