Peter F. Jazayeri (SBN 199626)
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Case No. 09-50026 (REG) |
| | ) (Jointly Administered) |
| GENERAL MOTORS CORP., *et al.*, | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| | ) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Peter F. Jazayeri, to be admitted, *pro hac vice*, to represent Salas Automotive Group, Inc., (the "Client") a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bars of the U.S. District Court for the Central, Northern, Eastern and Southern Districts of California, it is hereby

**ORDERED**, that Peter F. Jazayeri, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

DATED: June 11, 2009

_____, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE

IDOCS:13230.1:898290.1