CARSON FISCHER, P.L.C.
*Counsel for Rima Manufacturing Company*
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI 48302
(248) 644-4840
Christopher A. Grosman (P58693)
Patrick J. Kukla (P60465)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

GENERAL MOTORS CORP., et al.

　　　　　　　Debtors.
---------------------------------------------------------x

Case No. 09-50026 (reg)
(Jointly Administered)
Chapter 11

### NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO THE GENERAL SERVICE LIST

　　　PLEASE TAKE NOTICE THAT Carson Fischer, P.L.C. hereby enters its appearance as counsel for creditor, Rima Manufacturing Company, and requests that all notices in the above-referenced Chapter 11 proceeding and all papers served, or required to be served, in the case be served upon the following attorneys and that the following attorneys be added to the Debtors' Matrix:

　　　　　　　Christopher A. Grosman (brcy@carsonfischer.com)
　　　　　　　Patrick J. Kukla (brcy@carsonfischer.com)
　　　　　　　Carson Fischer, P.L.C.
　　　　　　　4111 Andover Road, West-2nd Floor
　　　　　　　Bloomfield Hills, MI 48302

　　　　　　　CARSON FISCHER, P.L.C.
　　　　　　　*Attorneys for Rima Manufacturing Company*


　　　　　　　By: /s/ Patrick J. Kukla
　　　　　　　Patrick J. Kukla (P60465)
　　　　　　　4111 Andover Road, West-2nd Flr.
　　　　　　　Bloomfield Hills, MI 48302
　　　　　　　Tele: (248) 644-4840

Dated: June 11, 2009