

# geoDNA, LLC.

1599 Maywood Road
Cleveland, OH 44121
USA
Telephone: 001-216-291-8723

*-- your sensor social network --*

Mr. Fritz Henderson
Chief Executive Officer
General Motors Corp.
300 Renaissance Center
Detroit, MI 48265-3000

June 2, 2009

Dear Mr. Henderson:

RE:     Purchase All or Part of OnStar

We feel very strongly that you and your team made the correct choice on June 1, and we wish you both speed and good luck in going through the process.

As you make asset decisions, we would like to make you aware of our interest in making an offer for all or part of OnStar. My background as well as my teams' is technology and communication, and we feel the OnStar operations provide the most benefit to GM as a standalone company. Nothing would change from the GM perspective. OnStar would remain a GM brand. The devices would continue to expand in global reach – perhaps more quickly than under the current circumstances – and in technical capability. You would simply be out from under the support cost for the infrastructure and expansion – a lower and more efficient capital investment.

Also, as an independent company, opportunities to service other auto manufacturers would be expanded.

Our venture capital backers are ready to move as quickly as you folks feel comfortable, and we would be glad to meet at any time to discuss this in greater detail.

I look forward to hearing from you.

Kind Regards,

JOHN S. MINOR
CEO
C 216-904-2368
scott.minor@att.net

CC:     The Honorable Robert Gerber
        Stephen Karotkin, Esq.
        Albert Koch