Marc M. Bakst, Esq.
Bodman LLP
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226
Telephone: (313) 393-7530
Facsimile: (313) 393-7579
Email: mbakst@bodmanllp.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) ) ) | Chapter 11 |
| **GENERAL MOTORS CORPORATION, *et al.*,** | ) ) ) | Case No. 09-50026 (Jointly Administered) |
| Debtors. | ) | Hon. Robert E. Gerber |
| _____/ | | |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Marc M. Bakst, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent in the above-referenced case Lear Corporation and its subsidiaries and affiliates in privity of contract with Debtors.

*I certify that I am a member in good standing* of the bar in the State of Michigan, and of the bar of the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

My address is:    Marc M. Bakst
Bodman LLP
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
Telephone: (313) 393-7530
Facsimile: (313) 393-7579
Email: mbakst@bodmanllp.com

Respectfully submitted,

BODMAN LLP


By: /s/ Marc M. Bakst_____
         Marc M. Bakst (P41575)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
mbakst@bodmanllp.com
(313) 393-7530

Attorneys for Lear Corporation and its
subsidiaries and affiliates in privity of contract
with Debtors

Date:   June 11, 2009