Marc M. Bakst, Esq.
Bodman LLP
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226
Telephone: (313) 393-7530
Facsimile: (313) 393-7579
Email: mbakst@bodmanllp.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| **GENERAL MOTORS CORPORATION, *et al.*,** ) | Case No. 09-50026 (Jointly Administered) |
| ) | |
| Debtors. ) | Hon. Robert E. Gerber |
| _____/ | |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Marc M. Bakst, to be admitted, ***pro hac vice,*** to represent Lear Corporation and its subsidiaries and affiliates in privity of contract with Debtors, parties in interest in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Court for the Eastern District of Michigan, it is hereby

**ORDERED**, that Marc M. Bakst, is admitted to practice, ***pro hac vice,*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____     /s/_____
                                         UNITED STATES BANKRUPTCY JUDGE
_____, New York

Detroit_931885_1