MARC N. SWANSON *(pro hac vice pending)*
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson Ave., Suite 2500
Detroit, MI 48226
Phone: (313) 496-7591
Fax: (313) 496-8452

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |
| | Judge Robert E. Gerber |

-------------------------------------------------------------x

### VERIFIED STATEMENT OF
### MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
### <u>PURSUANT TO BANKRUPTCY RULE 2019</u>

Miller, Canfield, Paddock and Stone, P.L.C. ("Miller Canfield") represents the parties in interest identified below. Pursuant to Federal Rule of Bankruptcy Procedure 2019, Miller Canfield makes the following representations:

1.   Miller Canfield represents the following parties in interest with respect to the Debtors' bankruptcy cases:

- Kongsberg Automotive, Inc.
- Kongsberg Driveline Systems I, Inc.
- Kongsberg Driveline Systems S de RL de CV
- Kongsberg Interior Systems S de RL de CV
- Kongsberg Automotive S de RL de CV
- Kongsberg Power Product Systems I, Inc.
- Kongsberg Driveline Systems GmbH
- Kongsberg Holding II LLC
- Ford Motor Company
- Automotive Components Holdings, LLC
- Mechanical Simulation Corporation
- dSPACE, Inc.

- dSPACE GmbH
- Vector CANtech, Inc.
- Vector Informatik GmbH
- Horiba International Corporation
- Horiba Instruments
- Horiba Ltd.
- The Regents of the University of Michigan
- Lansing Board of Water & Light
- Charter Township of Delta, Michigan

2. Miller Canfield represents each of these clients in all aspects of their relationships with Debtors, including matters pending before this Court, negotiations with creditors and other commercial matters.

3. Miller Canfield represents each of these clients individually; they do not constitute a committee of any kind.

4. I make this Declaration under penalty of perjury.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By /s/ Marc N. Swanson
    Marc N. Swanson (MI P71149)
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 963-7591
Fax: (313) 496-8452
Email: swanson@millercanfield.com

Dated: June 11, 2009

DELIB:3099334.1\121930-00004

2