UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE
General Motors Corporation, et al
Jonathan Lee Riches, Movant

Chapter 11

Case No. 09-50026

RECEIVED JUN -9 2009 U.S. BANKRUPTCY COURT, SDNY

Motion To Intervene as Plaintiff/Creditor Under Rule 7024 & Rule 24(A)2, 24(B)

Motion For Brief of Amicus Curiae, Friend of the Court

Motion to File Proof of Claim

Comes Now, Jonathan Lee Riches, moves to intervene in this General Motors Corporation Bankruptcy with newly discovered evidence as a Plaintiff under rule 7024 of the federal Rules of Bankruptcy Procedure and under rule 24(A)2 - as a unconditional matter of Right. Zuber v. Allen & under rule 24(B) - permissive Intervention. Neuilles v. EEOC. I'm a Investor and Bondholder with General Motors Corp in which General Motors Corp owes a debt to me under 11 USC 507(A) & 11 USC 506(A). I have documents, exhibits, financial & vehicle records to provide this court. I move for a Brief of Amicus Curiae, to provide this court with expert testimony regarding General Motors Corp debt and financial obligations. My Intervention brings questions of laws and facts that are common in this action. As a Creditor, I have a Constitutional right to Intervene. I move to file Proof of claim in this action. The Parties Lawyers & the Court need to get in contact as soon as possible with evidence this court must see regarding financial records of General Motors Corp executives and Telephone transcripts. I can be reached or contacted at the below Address. I pray this honorable court will grant my motion for relief.

respectfully,
6-4-09

Jonathan Lee Riches
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512
859-255-6812