

# Bob Baker Enterprises, Inc.

591 Camino de la Reina, Suite 1100, San Diego, California 92108
(619) 297-1001 • Fax (619) 299-1049



**Robert H. Baker**
President

June 4, 2009

**Bob Baker Ford**
730 Camino Del Rio North
San Diego, CA 92108
(619) 297-5001

**Bob Baker Toyota**
6800 Federal Boulevard
Lemon Grove, CA 91945
(619) 287-2400

**Bob Baker Chevrolet**
**Bob Baker Subaru**
900 Arnele Avenue
El Cajon, CA 92020
(619) 440-0404

**Bob Baker Lexus**
1000 Arnele Avenue
El Cajon, CA 92020
(619) 440-5398

**Bob Baker Chrysler**
**Bob Baker Jeep**
5555 Car Country Drive
Carlsbad, CA 92008
(760) 431-3000

**Bob Baker Mitsubishi**
**Bob Baker Kia**
5515 Car Country Drive
Carlsbad, CA 92008
(760) 431-3050

**Bob Baker Volkswagen**
**Bob Baker Subaru**
5500 Paseo del Norte
Carlsbad, CA 92008
(760) 438-2200

**Baker Media Advertising**
591 Camino de la Reina
Suite 1105
San Diego, CA 92108
(619) 683-5588

**BetterWay Leasing &**
**Auto Buying Service**
730 Camino del Rio North
San Diego, CA 92108
(619) 574-6644

**Bob Baker Foundation**
591 Camino de la Reina
Suite 1100
San Diego, CA 92108
(619) 297-1001

**Bob Baker Properties**
**& Partnerships**
REKAB Properties
Miramar Properties
Pacesetters Insurance
591 Camino de la Reina
Suite 1100
San Diego, CA 92108

Via e-mail

General Motors Corporation
Dealer Business Planning Group
100 GM Renaissance Center
Mail Code 8482-A06-C66
Detroit, Michigan 48265-1000

Re:   All American Chevrolet, Inc., dba Bob Baker Chevrolet,
El Cajon (San Diego County), California
Dealer Code:  114603

To Whom It May Concern:

The purpose of this letter is to inform you that I am in receipt of your letter dated June 1, 2009 and the Wind-Down Agreement, which was received June 2, 2009.  As you know, the letter states that the Agreement must be received on or before June 12, 2009.

Please be advised that ten days, not including the weekend, is simply not near enough time to review, analyze and make an informed decision concerning the termination of a 20 year franchise.  My wife just passed away, and I am in the middle of settling my estate. Additionally, I have numerous graduations to attend in the next ten days.

I am therefore requesting an extension to June 30, 2009.  Please confirm the requested extension in writing, via facsimile (619)299-1049, by 3:00 p.m., PST, Monday, June 8, 2009.

Thank you in advance for your consideration.

Very truly yours,

Robert H. Baker
President

RHB/lt
cc:   The Honorable Robert E. Gerber

# ALL AMERICAN CHEVROLET, INC.

# A SUCCESSFUL GENERAL MOTORS' DEALERSHIP

# PAST, PRESENT AND FUTURE

1.   **Historical Performance Factors.**  Bob Baker began his career as a salesman at Parkwood Chevrolet in Lakewood, California in 1955. In 1960, he was a sales manager at Courtesy Chevrolet in Los Angeles, California. Bob Baker helped establish Courtesy Chevrolet in San Diego where he served as General Manager guiding the dealership to the finest service, highest volume and profit in the Los Angeles Zone. In 1964, Bob Baker assisted in negotiating the asset sale of Lone Star Chevrolet/Cadillac which became two dealerships. Bob Baker became the highest volume and profit dealer in the El Paso Zone.

In 1966, Bob Baker purchased a Chevrolet dealership in Indianapolis, Indiana and named it Bob Baker Chevrolet. Ten years later, not only had Bob Baker received several awards for outstanding achievements in all departments, Bob Baker Chevrolet became one of the most profitable and finest service facility dealerships in the United States.

In 1971, Bob Baker acquired a Chevrolet-Oldsmobile dealership in Elwood, Indiana. In 1973, Bob Baker acquired a Chevrolet dealership in Napa, California, which became a very successful operation. In 1974, Bob Baker Chevrolet became the 3rd dealer out of 6,000 dealers in the United States to earn the Service Supremacy Dealer Award. In 1974, a Chevrolet dealership in Los Gatos, California, was acquired.

In 1977, Bob Baker sold his stock in Elwood Chevrolet and later Bob Baker Chevrolet in Indianapolis, Indiana and relocated to Rancho Santa Fe, California.   In 1982, Bob Baker purchased majority stock in Sam DeSantis Chevrolet in San Clemente, California. In 1985, Bob Baker purchased Lamb Chevrolet in National City, California. In 1988, Bob Baker purchased Dick Grihalva Chevrolet, in El Cajon, California, where the store remains today as Bob Baker Chevrolet. Bob Baker has owned several other General Motors franchises, including but not limited to Del Norte Chevrolet in Brawley, California and Bob Baker Cadillac in Carlsbad, California.

## Bob Baker's business activities related to General Motors include:

| | |
|---|---|
| 1967 | President of Chevrolet Dealers Assoc. of Greater Indianapolis. |
| 1973-1975 | Member of Chevrolet Regional Dealer Council. |
| 1976-1977 | Secretary/treasurer of Chevrolet Dealers Association of greater Indianapolis. |
| 1986-1987 | Member of R.M.A. California Chevrolet Dealers Group. |
| 1987 | Board of Directors - San Diego Chevrolet Dealers Advertising Association. |

**General Motors' Awards Include**:

| | |
|---|---|
| 1991 | 25 Year Commemorative Award as Chevrolet Dealer. |
| 2000 | Chevrolet "Genuine Leader's Award" for Sales and Customer Satisfaction. |
| 2000 | General Motors' Mark of Excellence Award. |

---

2.    **Sales Effectiveness/Sales Volume**.

| | |
|---|---|
| 2005 | Top 50 in the Western Region in sales. |
| 2008 | Rated No. 2 in the Zone in GM "Certified" used car sales. |
| 2009 | Rated No. 6 in the Zone in GM "Certified" used car sales. |

Bob Baker Chevrolet has made a commitment to sell GM certified used cars. Bob Stall Chevrolet, Courtesy Chevrolet, Ron Baker Chevrolet and Poway Chevrolet have all abandon the GM certified used car program.

Bob Baker Chevrolet recently won General Motors' OnStar "Navigation" Contest and has consistently been in the top three for OnStar performance. See Exhibit 2.

3.    **Purchase and Delivery Performance.**    Bob Baker Chevrolet Purchase Delivery Satisfaction (PDS) has consistently exceeded the Western Region scores since its inception. The service satisfaction scores (SSS) are currently below the Western Region, but above the San Diego average score. The San Diego average score is consistently below the Western Region for both PDS and SSS; however, Bob Baker Chevrolet is above the San Diego average score. Bob Baker Chevrolet made a number of changes in the Service Department, which included replacement of the Service Manager, Assistant Service Manager, three Service Advisors and number of Technicians. At its current rate of improvement in 2009, Bob Baker Chevrolet has improved its 12 month average 6.6 points in the past six months by consistently exceeding the Western Region average score. It is expected to exceed the Western Region average score in three months. Please see Exhibit 3.

4.    **Capitalization.**    Meet and exceed GM's dealer network requirements.

5.    **Profitability.**    Understandably, 2008 proved to be the only year in Bob Baker Chevrolet's 20 year existence that it had a minimal loss compared to substantial losses by other San Diego County Chevrolet dealers. So far, in 2009, Bob Baker Chevrolet continues to operate at a profit despite the economic downturn.

6.    **Location**.

The Chevrolet franchise, now known as Bob Baker Chevrolet, has been at its present location since 1972. The dealership is located in a small dealer cluster just off of the main freeway, Interstate 8, in El Cajon, California. Bob Baker Chevrolet and other area dealers were negatively impacted when Home Depot relocated in 2007. However, Toyota of El Cajon (one of San Diego's largest dealership and Presidential Award winners) is currently slated to open at that location in October 2009. The new Toyota of El Cajon site is located directly across the street from Bob Baker Chevrolet. See Exhibits 6(a), (b), (c) and (d). Mark LeNeve, Vice President – Sales and Marketing, General Motors North America, has indicated that Chevrolet intends to go head-to-head with Toyota. What a perfect opportunity for General Motors in its restructuring efforts.

Bob Baker Chevrolet is the most eastern Chevrolet dealership located in a very large suburb of San Diego, California. Future growth patterns dictate that San Diego's population will grow to the east, as Mexico borders the south, the Pacific Ocean is due west, and Camp Pendleton is to the north.

Bob Baker Chevrolet has a large geographic area of responsibility of which two of the neighboring Chevrolet dealers. . .Poway Chevrolet and People's Chevrolet. . .went out of business in 2008/2009, in addition to Saturn of El Cajon, McClellan Buick-Pontiac-GMC and Budget Car Sales. . .thereby increasing the need for Bob Baker Chevrolet.

Bob Stall of Bob Stall Chevrolet, Bob Baker Chevrolet's neighboring competitor, was relocated from a poor visibility area in La Mesa, California to a high visibility area on Interstate 8. Since that time, Bob Stall Chevrolet has been given special considerations such as a higher allocation of the more desirable vehicles, such as Corvette's, Suburban's and Silverado's.

7.    **Facilities.**    Bob Baker Chevrolet currently meets or exceeds General Motors' facility guidelines. Additionally, Bob Baker Chevrolet (prior to this recession) was permitted by the City of El Cajon to remodel the facility and still has plans to continue with the remodel. Bob Baker Chevrolet has spent approximately $500,000.00 in architectural, engineering and permit fees.

8.    **Dualing.**    Bob Baker Chevrolet is currently housed with Bob Baker Suburu. This matter was the subject of a Protest heard before the New Motor Vehicle Board several years ago. The New Motor Vehicle Board ruled in favor of the dual. Please see Exhibit 8(a). Also, Bob Baker Chevrolet's Lease Agreement, not only contains a high rent factor, but it is not due to expire until the year 2036. The landlord required the Dealer Operator to personally guarantee the Lease Agreement. Non-renewal of the Franchise Agreement would create considerable financial harm to the Dealer Operator personally. Please see Exhibit 8(b).

9.    **Other Considerations.**  Bob Baker Chevrolet is one of the largest GM wholesale parts distributors in San Diego County.    Additionally, Bob Baker Chevrolet is currently participating in the following GM programs:  (1) Goodwrench "on a roll" tire program; (2) GM bulk oil program; (3) GM certified used car program; and (4) GM lifetime service guaranty program.  The General Manager, Kurt Anderson, is President of the San Diego County Chevrolet Dealers Association.  As a further commitment to General Motors, Bob Baker Chevrolet has committed to the above over the past two years.

10.    **Closing Summary.**    Bob Baker and Bob Baker Chevrolet have more than sufficient capital to withstand any economic downturn.  The dealership's future sales expectations are great with the relocation of Toyota of El Cajon across the street and the recent closing of four other General Motors' dealerships near Bob Baker Chevrolet's area of responsibility.    With the above information in hand, I respectfully request reconsideration of your decision not to continue your contractual relationship beyond October 2010.  Bob Baker and Bob Baker Chevrolet have the attributes and tenure necessary to meet and exceed General Motors expectations of its dealer network going forward, and we are committed and excited for the future of General Motors and Bob Baker Chevrolet.

Dated: May 27, 2009

Dealer Operator

# Exhibit 2



# OnStar "Navigation" Contest

OnStar is running a "Navigation" contest putting 15 Dealerships against each other to increase OnStar Turn-By-Turn Navigation during March, April and May 2009.

**Contest Dates:**
This contest will begin on March 2 and run through May 25, 2009. Ranking reports will be provided each week throughout the contest.

**Measures:**
The goal is for each dealer to obtain 45% Onstar Turn-By-Turn Navigation. All Dealerships must have 80% Welcome Call or higher as a qualifier.

**Keys to obtaining 45% Onstar Turn-By-Turn Navigation:**
1) Every Vehicle is activated/enrolled online before delivery.
2) Push the Blue Button at Delivery.
3) Send Customer home with a Turn-By-Turn Route.
4) Utilize the OnStar Customer Manifest List posted on Dealer World

**The Payout:**
- The dealership who obtains the highest Turn-By-Turn over 45% as reported on the June 1 Manifest report will be declared the winner.
- Qualifier: In order to win the dealership must obtain a minimum of 80% Welcome Call.
- The winning dealership will be awarded **$1000**
- The 2nd place dealership will win **$300**
- .The 3rd place dealership will win **$200**
- 1st Tie breaker will be Highest Welcome Call for the contest period.
- 2nd Tie Breaker will be Highest Vehicle Diagnostic E-mail sign up rate (OVD) for the contest period.

Dealer Authorized Signature_____

Dealer Authorized Name_____    Dealer BAC_____

OnStar Area Sales Manager
Trina Solomon

GM District Sales Managers
Chip Zimmer
Ozgur Wroe
Marlin Jackson
Mike Ballard
Jeff Lindquist

Zone Managers
Ron McCants
Chris Shane
Pat Botsford

| BAC # | DEALERSHIP | Navigation/ Welcome Call Goal | March Final Welcome Call | March Final Nav | April Final Welcome Call | April Final Nav | May Final Welcome Call | May Final Nav | March April May Welcome Call Final | March April May Navigation Final |
|---|---|---|---|---|---|---|---|---|---|---|
| 114603 | Bob Baker Chevrolet | 45%/80% | | | | | | | | |
| 114565 | Harbor Chevrolet | 45%/80% | | | | | | | | |
| 171750 | Hardin BPG | 45%/80% | 76% | 33% | 68% | 43% | 78% | | 72% | 43% |
| 114582 | Connell Chevrolet | 45%/80% | 76% | 39% | 74% | | 71% | 44% | 74% | 43% |
| 211766 | Jimmie Johnson Chevr | 45%/80% | 72% | 39% | 73% | 40% | 76% | 37% | 78% | 42% |
| 114567 | Puente Hills Chevrolet | 45%/80% | | 32% | | 40% | 76% | 37% | 78% | 41% |
| 172151 | Weseloh & Sons Chevr | 45%/80% | | 23% | | 36% | 78% | | | 37% |
| 114691 | Paradise Chevrolet Cad | 45%/80% | | 34% | 71% | 34% | 76% | 37% | 76% | 37% |
| 114576 | Selman Chevrolet | 45%/80% | 65% | 26% | 77% | 30% | 77% | | 73% | 34% |
| 314623 | Quality Chevrolet | 45%/80% | 75% | 32% | | 36% | | 34% | | 34% |
| 114637 | Weseloh Chevrolet | 45%/80% | 71% | 30% | | 27% | | 43% | | 33% |
| 314635 | Bob Stall Chevrolet | 45%/80% | 60% | 31% | 68% | 31% | 75% | 35% | 71% | 32% |
| 171040 | Cerritos BPG | 45%/80% | 50% | 24% | | | 43% | 27% | 51% | 25% |
| 114556 | Cormier Chevrolet | 45%/80% | 69% | 26% | 50% | 24% | 74% | 22% | 79% | 24% |
| 114548 | Rancho Valley Chevrol | 45%/80% | 47% | 12% | 66% | 18% | 56% | 15% | 56% | 15% |

# Exhibit 3


BOB BAKER CHEVROLET/SUBARU

Division: POINT TOTAL  Time Period: 12-MONTH  Survey Type: PDS

*12 month sales*



12-month Point Total Scores Through May 2009 Reports
PDS  (Q14 TB) Overall Dealership Purchase/Delivery (% TB)

⊗ BOB BAKER CHEVROLET/SUBARU          ▲ WESTERN REGION

| | 5/07 | 6/07 | 7/07 | 8/07 | 9/07 | 10/07 | 11/07 | 12/07 | 1/08 | 2/08 | 3/08 | 4/08 | 5/08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOB BAKER CHEVROLET/SUBARU | 83.3 | 81.9 | 81.9 | 82.2 | 82.5 | 82.4 | 81.8 | 82.0 | 80.5 | 80.9 | 80.5 | 81.6 | 81.3 |
| WESTERN REGION | - | - | - | - | - | - | - | - | - | - | - | - | - |

| | 6/08 | 7/08 | 8/08 | 9/08 | 10/08 | 11/08 | 12/08 | 1/09 | 2/09 | 3/09 | 4/09 | 5/09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOB BAKER CHEVROLET/SUBARU | 84.4 | 82.7 | 82.0 | 83.4 | 85.8 | 87.0 | 86.4 | 87.4 | 89.4 | 88.1 | 87.2 | 88.6 |
| WESTERN REGION | - | - | - | - | - | - | 82.1 | 82.1 | 82.1 | 82.0 | 82.1 | 82.1 |

Sales 12 month
Above Region

BOB BAKER CHEVROLET/SUBARU          Division:  POINT TOTAL   Time Period: 12-MONTH   Survey Type:  SSS



12 MONTH SERVICE INV



12-month Point Total Scores Through May 2009 Reports
SSS  (Q16 TB) Overall Dealership Service Visit (% TB)

Report Month

⋯ BOB BAKER CHEVROLET/SUBARU                     ⚊△⚊ WESTERN REGION

| | 5/07 | 6/07 | 7/07 | 8/07 | 9/07 | 10/07 | 11/07 | 12/07 | 1/08 | 2/08 | 3/08 | 4/08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOB BAKER CHEVROLET/SUBARU | 62.8 | 61.0 | 64.5 | 66.9 | 65.4 | 66.0 | 65.6 | 66.3 | 67.2 | 66.7 | 66.9 | 66.8 | 64.8 |
| WESTERN REGION | - | - | - | - | - | - | - | - | - | - | - | - |

| | 5/08 | 6/08 | 7/08 | 8/08 | 9/08 | 10/08 | 11/08 | 12/08 | 1/09 | 2/09 | 3/09 | 4/09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOB BAKER CHEVROLET/SUBARU | 66.3 | 65.0 | 65.7 | 67.9 | 66.0 | 67.2 | 66.7 | 66.3 | 67.4 | 69.5 | 70.2 | 72.6 |
| WESTERN REGION | - | - | - | - | - | - | 74.7 | 75.3 | 75.7 | 76.2 | 76.4 | 76.7 |

12 MONTH SERVICE

BOB BAKER CHEVROLET/SUBARU

Division:  POINT TOTAL   Time Period: 3-MONTH   Survey Type: SSS

*3 MONTH SERVICE AVG*



3-month Point Total Scores Through May 2009 Reports
SSS  (Q16 TB) Overall Dealership Service Visit (% TB)

| | 6/07 | 6/07 | 7/07 | 8/07 | 9/07 | 10/07 | 11/07 | 12/07 | 1/08 | 2/08 | 3/08 | 4/08 | 5/08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOB BAKER CHEVROLET/SUBARU | 70.2 | 65.6 | 65.3 | 61.3 | 60.7 | 66.3 | 65.6 | 72.1 | 71.2 | 73.5 | 69.6 | 63.5 | 59.6 |
| WESTERN REGION | - | - | - | - | - | - | - | - | - | - | - | - | - |

| | 6/08 | 7/08 | 8/08 | 9/08 | 10/08 | 11/08 | 12/08 | 1/09 | 2/09 | 3/09 | 4/09 | 5/09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOB BAKER CHEVROLET/SUBARU | 61.5 | 56.9 | 64.6 | 64.3 | 74.4 | 74.2 | 70.7 | 75.6 | 75.6 | 84.2 | 79.1 | 81.0 |
| WESTERN REGION | - | - | - | - | - | - | 75.9 | 77.2 | 77.9 | 78.2 | 77.5 | 77.4 |

*3 MONTHS*

*LAST 3 ABOVE REGION*

BAC:  00000114603

1 of 1



# ZONE/DEALER SUMMARY

## Purchase and Delivery Satisfaction Survey

| December 2008 Report |
| --- |

Region 10 - Zone 1113

| AREA | DIVISION/ BAC | DEALER NAME | (Q14) TOP BOX PERCENT | | (Q14) OVERALL DEALER PURCHASE/ DELIVERY | | (Q15) RECOMMEND DEALERSHIP PURCHASE | | (Q10) OVERALL SALES CONSULTANT | | (Q13) OVERALL FINANCIAL PROCESS | | 12-MONTH CUSTOMERS RESPONDING | | 12-MONTH ZONE IMPACT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 3 MO. | 12 MO. | 3 MO. | 12 MO. | 3 MO. | 12 MO. | 3 MO. | 12 MO. | 3 MO. | 12 MO. | NO. | PCT. | (In .0000) |
| 1133 | XX-114592 | COURTESY CHEVROLET CE | 79.2 | 77.8 | 3.46 | 3.52 | 3.50 | 3.59 | 3.48 | 3.61 | 3.52 | 3.36 | 245 | 45.3 | -104 |
| 1133 | XX-114596 | DEL NORTE CHEVROLET | 93.3 | 78.9 | 3.80 | 3.66 | 3.93 | 3.79 | 3.80 | 3.68 | 3.67 | 3.65 | 71 | 38.0 | -20 |
| 1133 | XX-114600 | CITY CHEVROLET | 69.6 | 73.9 | 3.52 | 3.57 | 3.61 | 3.72 | 3.82 | 3.70 | 3.67 | 3.56 | 112 | 39.4 | -104 |
| 1133 | XX-114603 | BOB BAKER CHEVROLET/SL | 93.8 | 86.4 | 3.88 | 3.76 | 3.82 | 3.83 | 3.79 | 3.81 | 3.72 | 3.70 | 172 | 43.9 | 117 |
| 1133 | XX-114613 | RON BAKER CHEVROLET-IS | 64.7 | 59.5 | 3.35 | 3.15 | 3.47 | 3.34 | 3.47 | 3.32 | 3.41 | 3.10 | 74 | 21.6 | -205 |
| 1133 | XX-114623 | QUALITY CHEVROLET | 86.8 | 79.0 | 3.81 | 3.62 | 3.67 | 3.74 | 3.89 | 3.77 | 3.62 | 3.53 | 225 | 45.8 | -61 |
| 1133 | XX-114629 | SECURITY CHEVROLET | 94.1 | 87.8 | 3.76 | 3.81 | 3.78 | 3.90 | 4.00 | 3.89 | 3.93 | 3.75 | 91 | 46.2 | 78 |
| 1133 | XX-114635 | BOB STALL CHEVROLET | 88.1 | 85.9 | 3.85 | 3.77 | 3.93 | 3.84 | 3.85 | 3.82 | 3.74 | 3.73 | 287 | 42.7 | 165 |
| 1133 | XX-114637 | WESELOH CHEVROLET CO | 90.9 | 88.8 | 3.85 | 3.84 | 3.88 | 3.89 | 3.76 | 3.84 | 3.81 | 3.80 | 170 | 43.8 | 168 |
| 1133 | XX-114638 | DESERT AUTO PLAZA | 68.0 | 67.4 | 3.44 | 3.39 | 3.69 | 3.61 | 3.63 | 3.50 | 3.48 | 3.36 | 136 | 24.3 | -239 |
| 1133 | XX-160970 | PEOPLE'S CHEVROLET | 83.3 | 78.4 | 3.76 | 3.61 | 3.89 | 3.72 | 3.71 | 3.65 | 3.56 | 3.51 | 149 | 29.6 | -52 |
| 1133 | XX-161716 | FISHER CHEVROLET INC | 96.4 | 81.5 | 3.96 | 3.67 | 3.93 | 3.79 | 3.96 | 3.76 | 3.85 | 3.59 | 178 | 48.8 | 9 |
| 1133 | XX-211766 | JIMMIE JOHNSON KEARNY h | 80.6 | 83.5 | 3.61 | 3.75 | 3.77 | 3.83 | 3.52 | 3.78 | 3.52 | 3.72 | 201 | 41.3 | 62 |
| 1133 | XX-217593 | POWAY CHEVROLET | 78.6 | 71.4 | 3.71 | 3.42 | 3.53 | 3.51 | 3.57 | 3.49 | 3.33 | 3.32 | 85. | 32.3 | -106 |
| | XX | 1113 CHV LA S/SANDIEGH/H | 79.6 | 81.1 | 3.66 | 3.68 | 3.77 | 3.79 | 3.72 | 3.75 | 3.59 | 3.61 | 7783 | 40.7 | |
| | XX | 1133 CHV SAN DIEGO | 84.3 | 80.0 | 3.71 | 3.64 | 3.77 | 3.74 | 3.74 | 3.72 | 3.64 | 3.57 | 2176 | 38.7 | |
| | XX | WESTERN REGION | 80.3 | 82.1 | 3.68 | 3.71 | 3.81 | 3.81 | 3.74 | 3.72 | 3.60 | 3.64 | 114532 | 45.7 | |
| | XX | TOTAL US GM | 83.2 | 84.3 | 3.74 | 3.76 | 3.84 | 3.85 | 3.78 | 3.80 | 3.67 | 3.69 | 960676 | 51.0 | |

# ZONE/DEALER SUMMARY
## Service Satisfaction Survey

October 2008 Report

Region 10 - Zone 1116

| AREA | DIVISION/BAC | DEALER NAME | (Q16) TOP BOX PERCENT | | (Q16) OVERALL DEALERSHIP SERVICE VISIT | | (Q17) RECOMMEND DEALERSHIP SERVICE | | (Q10) OVERALL SERVICE CONSULTANT | | (Q13) FIXED RIGHT THIS VISIT | | (Q12 YES) % ALL CONCERNS CORRECTED | | 12-MONTH CUSTOMERS RESPONDING | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 3 MO. | 12 MO. | 3 MO. | 12 MO. | 3 MO. | 12 MO. | 3 MO. | 12 MO. | 3 MO. | 12 MO. | 3 MO. | 12 MO. | NO. | PCT. |
| 1653 | XX-114635 | BOB STALL CHEVROLET | 90.9 | 77.5 | 3.73 | 3.53 | 3.79 | 3.66 | 3.75 | 3.66 | 3.73 | 3.46 | 92.7 | 86.3 | 284 | 26.0 |
| 1653 | XX-114600 | CITY CHEVROLET | 85.7 | 74.8 | 3.79 | 3.53 | 3.75 | 3.67 | 3.86 | 3.70 | 3.43 | 3.31 | 85.7 | 82.3 | 132 | 22.3 |
| 1653 | XX-161718 | FISHER CHEVROLET INC | 85.7 | 79.3 | 3.79 | 3.61 | 3.80 | 3.71 | 3.84 | 3.71 | 3.67 | 3.51 | 92.1 | 87.9 | 334 | 31.8 |
| 1653 | XX-114629 | SECURITY CHEVROLET | 83.3 | 72.5 | 3.67 | 3.61 | 3.92 | 3.83 | 3.75 | 3.71 | 3.83 | 3.66 | 100.0 | 89.9 | 70 | 18.2 |
| 1653 | XX-114592 | COURTESY CHEVROLET CE | 79.7 | 77.9 | 3.59 | 3.61 | 3.69 | 3.75 | 3.77 | 3.78 | 3.52 | 3.59 | 89.6 | 89.8 | 252 | 31.9 |
| 1653 | XX | 1651 CHV SAN BERN | 79.2 | 78.1 | 3.58 | 3.56 | 3.69 | 3.68 | 3.70 | 3.66 | 3.50 | 3.51 | 87.8 | 88.2 | 2956 | 23.3 |
| 1653 | XX-114637 | WESELOH CHEVROLET CO | 78.6 | 83.7 | 3.71 | 3.69 | 3.86 | 3.80 | 3.80 | 3.78 | 3.65 | 3.59 | 84.2 | 89.2 | 256 | 19.6 |
| 1653 | XX-114596 | DEL NORTE CHEVROLET | 77.1 | 71.4 | 3.58 | 3.46 | 3.60 | 3.57 | 3.59 | 3.47 | 3.64 | 3.44 | 91.4 | 82.0 | 113 | 21.9 |
| 1653 | XX | 1652 CHV ANAHEIM | 76.8 | 75.1 | 3.54 | 3.51 | 3.66 | 3.64 | 3.64 | 3.62 | 3.45 | 3.44 | 84.0 | 85.2 | 3570 | 25.1 |
| 1653 | XX | 1116 CHV LA/S DIEGO | 76.6 | 75.3 | 3.53 | 3.51 | 3.66 | 3.65 | 3.64 | 3.62 | 3.47 | 3.45 | 86.4 | 86.4 | 9521 | 25.1 |
| 1653 | | TOTAL US GM | 76.3 | 75.8 | 3.57 | 3.56 | 3.70 | 3.69 | 3.64 | 3.63 | 3.51 | 3.50 | 88.2 | 87.6 | 1033407 | 30.3 |
| 1653 | XX-114623 | QUALITY CHEVROLET | 75.3 | 73.4 | 3.58 | 3.49 | 3.72 | 3.65 | 3.73 | 3.68 | 3.52 | 3.37 | 90.0 | 83.2 | 295 | 22.9 |
| 1653 | | WESTERN REGION | 75.3 | 74.2 | 3.54 | 3.51 | 3.67 | 3.65 | 3.63 | 3.60 | 3.49 | 3.45 | 87.1 | 86.0 | 152602 | 26.5 |
| 1653 | XX-211766 | BOB BAKER CHEVROLET/SL | 74.4 | 66.0 | 3.46 | 3.33 | 3.58 | 3.52 | 3.64 | 3.44 | 3.62 | 3.33 | 89.5 | 83.4 | 219 | 21.2 |
| 1653 | XX | 1653 CHV SAN DIEGO | 73.5 | 72.6 | 3.47 | 3.46 | 3.62 | 3.61 | 3.59 | 3.58 | 3.47 | 3.42 | 87.7 | 86.0 | 2995 | 23.1 |
| 1653 | XX-160970 | JIMMIE JOHNSON KEARNY M | 71.6 | 78.8 | 3.47 | 3.62 | 3.62 | 3.74 | 3.58 | 3.69 | 3.53 | 3.62 | 90.3 | 89.1 | 319 | 26.7 |
| 1653 | XX-116780 | PEOPLES CHEVROLET | 64.8 | 70.6 | 3.33 | 3.42 | 3.45 | 3.58 | 3.44 | 3.50 | 3.38 | 3.38 | 84.2 | 89.1 | 248 | 21.3 |
| 1653 | XX-217593 | KARL MOELD. PONTIAC-BUIC | 60.0 | 64.0 | 3.40 | 3.33 | 3.50 | 3.54 | 3.70 | 3.39 | 3.65 | 3.33 | 80.0 | 85.1 | 125 | 30.9 |
| 1653 | XX-114613 | POWAY CHEVROLET | 56.3 | 54.7 | 2.94 | 3.02 | 3.44 | 3.26 | 3.00 | 3.01 | 2.94 | 3.01 | 73.0 | 79.6 | 86 | 16.5 |
| 1653 | XX-114613 | RON BAKER CHEVROLET-IS | 51.9 | 56.0 | 2.93 | 2.99 | 3.35 | 3.24 | 3.11 | 3.05 | 3.07 | 3.13 | 81.5 | 83.8 | 118 | 16.4 |
| 1653 | XX-114638 | DESERT AUTO PLAZA | 31.7 | 46.5 | 2.17 | 2.77 | 2.61 | 3.06 | 2.60 | 3.04 | 2.23 | 2.92 | 60.5 | 77.8 | 144 | 15.9 |

# Exhibit 6
## (a) – (d)



(a)



Future Site of Toyota of El Cajon across the street from Bob Baker Chevrolet

(b)

Address   ▮ Bob Baker Chevrolet



FUTURE
NY6IN

SATURN CLOSED
NOW KIA

(c)

Google Maps

Address

LEXUS  |  New TOYOTA

CHEVY

HONDA



NISSAN

OLD TOYOTA

(cd)

# Exhibit 8(a)

# GENERAL MOTORS CORPORATION
### Dealer Sales And Service Agreement(s)

Effective <u>November 1, 2005</u>, General Motors Corporation, a Delaware Corporation, separately on behalf of its Division(s) identified in the specific Motor Vehicle Addendum(s) for ☒ Chevrolet Passenger Vehicles and Light Duty Trucks, ☐ Chevrolet Medium Duty Trucks, ☐ Pontiac Motor Vehicles, ☐ GMC Light Duty Trucks, ☐ GMC Medium Duty Trucks, ☐ Buick Motor Vehicles, ☐ Cadillac Motor Vehicles, and ☐ HUMMER Motor Vehicles, ("General Motors") and <u>ALL AMERICAN CHEVROLET, INC.</u>, ☐ a proprietorship, ☐ a partnership, or ☒ a <u>CALIFORNIA</u> corporation, ☐ a limited liability company, or ☐ other business entity, doing business as <u>BOB BAKER CHEVROLET/SUBARU</u> and located at <u>900 ARNELE AVE. EL CAJON, CALIFORNIA. 92020,</u> ("Dealer"), hereby enter into separate Agreement(s) for each Motor Vehicle Line-Make(s) included in the Motor Vehicle Addendum(s) incorporated into this Agreement, and only for the Line-Make(s) included in the Motor Vehicle Addendum(s). The Agreement for each Line-Make is independent and separately enforceable by each party, and the use of this common form is intended solely to simplify execution of the Agreement(s). The parties agree as follows:

#### FIRST: TERM OF AGREEMENT(S)

This Agreement(s) shall expire on <u>October 31, 2010</u> unless earlier terminated. Dealer is assured of an opportunity to enter into a new Agreement(s) at the expiration date if General Motors determines that Dealer has fulfilled its obligations under this Agreement(s).

#### SECOND: STANDARD PROVISIONS AND RELATED ADDENDA

The Standard Provisions and all of the related Addenda are hereby incorporated as part of this Agreement. The Dealer acknowledges that these documents have been brought to its attention, and Dealer accepts their form, content and amendments thereto, in the prescribed manner, from time to time.

#### THIRD: DEALER OPERATOR AND DEALER OWNER

Dealer agrees that the following Dealer Operator will provide personal services in accordance with Article 2 of the Standard Provisions:
<u>ROBERT H. BAKER</u>
___
___

The following Dealer Owner(s) agree that they will comply in all respects with Article 3 of the Standard Provisions:
<u>N/A</u>
___
___

#### FOURTH: EXECUTION OF AGREEMENT(S) AND RELATED DOCUMENT(S)

This Agreement(s) and related agreement(s) are valid only if signed:
(a) on behalf of Dealer by its duly authorized representative, and in the case of this Agreement(s), by its Dealer Operator; and
(b) this Agreement(s) as set forth below on behalf of General Motors by the Regional General Manager and his authorized representative. All related agreements will be signed by the Regional General Manager or his authorized representative.

#### FIFTH: ADDITIONAL AGREEMENTS AND UNDERSTANDINGS
The following agreement(s) are hereby incorporated by reference into this Agreement(s): Letter dated 08/22/01, with Exhibit "A" and Letter dated 10/03/01, attached hereto.

<u>ALL AMERICAN CHEVROLET, INC.</u>
<u>dba BOB BAKER CHEVROLET/SUBARU</u>
Dealer Firm Name

By: _Robert H. Baker_  10/10/05
Dealer Operator and Date

**GENERAL MOTORS CORPORATION**

By: _____
Regional General Manager

By: _____
Authorized Representative and Date

CERTIFIED MAIL 7000 0520 0021 5192 2413
RETURN RECEIPT REQUESTED

 General Motors

August 22, 2001

All American Chevrolet, Inc.
dba Bob Baker Chevrolet
900 Arnele Avenue
San Diego, California 92020

Attention: Mr. Robert H. Baker, President

Dear Mr. Baker:

General Motors Corporation ("GM") confirms our agreement concerning your dealership's proposal
to effect certain changes to the approved dealership premises for All American Chevrolet, Inc., dba
Bob Baker Chrevrolet ("Bob Baker" or "Dealer") as defined in the Location and Premises
Addendum to your dealership's General Motors Dealer Sales and Service Agreement for Chevrolet
("Dealer Agreement"). This letter agreement supplements and is an integral part of (1) the
Settlement Agreement the parties have entered into in New Motor Vehicle Board Protests Nos. PR-
1719-00 and PR-1729-00 and (2) the 2000 General Motors Corporation Dealer Sales and Service
Agreement to be executed by the parties pursuant to the terms of the Settlement Agreement.

On November 22, 1999, pursuant to Article 4.4.2 of the Dealer Agreement, Dealer requested
paperwork necessary to update the current (1995) Dealer Sales and Service Agreement. On
January 24, 2000, GM notified your dealership that it was GM's position that the addition of Subaru
to the dealership premises without the prior written approval of GM constituted a material breach of
the Dealer Agreement and, if not cured, constituted grounds for termination of the Dealer
Agreement. In reliance on your dealership's commitments set forth in this Letter Agreement, and
subject to your dealership's fulfillment of the terms and conditions set forth below, GM has agreed
not to proceed with termination.

Accordingly, Bob Baker and GM agree to the following terms and conditions:

1.  GM has approved and will execute an amended Location and Premises Addendum to the
    Dealer Agreement regarding Dealer's use of the property located at 900 Arnele Avenue, San
    Diego for GM Dealership Operations. The amended Location and Premises Addendum is
    attached hereto as Exhibit A and incorporated by this reference. Consistent with Exhibit A,
    Dealer agrees to maintain complete separation of all non-GM new vehicle sales operations
    from GM new vehicle sales operations within the existing dealership showroom building,
    including the portable wall between the GM and non-GM premises, the maintenance of
    separate entrances for the GM and non-GM premises, separate display and separate closing
    offices. Thereafter, Dealer agrees that non-GM new vehicles will not be displayed or stored on
    the GM premises or together with Dealer's new GM vehicles. The parties further agree that
    Subaru service may be performed in the same building as Chevrolet service, but only in an
    arrangement approved by GM in which there are separate service drive lanes, mechanical
    stalls and employees dedicated exclusively to either GM or non-GM service operations, but not
    both.

2. *Dealer agrees to maintain its existing GM signage and to provide separate freestanding and facia signage for its non-GM sales operations.*

3. It is understood by all parties that any costs and expenses incurred to accomplish the realignment of the non-GM dealership operations will be at the sole expense of Dealer.

4. Dealer represents that it has complied with all statutes and regulations relevant to the realignment of non-GM lines from the dealership premises for Bob Baker, including but not limited to, licensing provisions. GM is not responsible for any expense Dealer has incurred or may incur due to compliance with, or delay caused by, any such statutes or regulations.

GM is entering into this Letter Agreement with Dealer at this time in reliance upon Dealer's commitments and representations set forth in this Letter Agreement. Dealer agrees and represents that exclusive GM sales and service facilities as set forth above are reasonable and justified based upon the market opportunity and economic and business considerations. It is further acknowledged and agreed that the terms and conditions of this Letter Agreement are hereby incorporated by this reference into the 2000 Dealer Agreement and shall be enforceable pursuant thereto as if set forth fully therein. This Letter Agreement is hereby incorporated into the Dealer Agreement and shall expire contemporaneously therewith.

Please indicate your dealership's agreement and acceptance of the foregoing by signing this Letter Agreement and the attached duplicate copy. Please return one signed copy to the attention of Ms. Nancy L. Caretti at:

> General Motors Corporation
> 100 Renaissance Center
> P.O. Box 100
> Detroit, Michigan 48235-1000
> Mail Code: 482-A07-C66

> Very truly yours,

> GENERAL MOTORS CORPORATION

> By: _Doug Fields Inc_
> Doug Fields
> Market Area Manager

Acknowledged and agreed to this
28th day of Sept., 2001.

All American Chevrolet, Inc.

By _Robert H. Baker_
Mr. Robert H. Baker, President

cc: Michael Sieving, Esq.
Nancy L. Caretti, Dealer Contractual Group

# GENERAL MOTORS CORPORATION
## Dealer Sales and Service Agreement

The undersigned Dealer and the undersigned division of General Motors Corporation, acting for itself and the other Division(s), if any, identified on Page 3, hereby agree that as of the effective date shown below:

1.  Part I on Page 2 hereof, entitled "Description of Premises", identifies the Location and describes the Premises at which Dealer is authorized to conduct Dealership Operations under the Dealer Agreement(s). Dealer also represents that Part I accurately reflects the terms under which it occupies the premises and the manner in which each is used for GM Dealership Operations.

2.  Part II beginning on Page 3 hereof, entitled "Premises Space Analysis", sets forth the actual space Dealer represents it uses in GM Dealership operations, and the actual space at the same locations used by Dealer for a purpose other than GM Dealership Operations.

All changes in the Location and Premises that may be agreed upon by Dealer and General Motors pursuant to provisions of Article 4.4 of the Dealer Agreement(s) requirement shall be reflected in a new Location and Premises Addendum executed by Dealer and General Motors.

Dealer Firm Name:   ALL AMERICAN CHEVROLET, INC., DBA BOB BAKER CHEVROLET/SUBARU
Location:   EL CAJON, CALIFORNIA

By _____ President          GENERAL MOTORS CORPORATION
   Signature          Title

By _____                    By _____
   Signature          Title

   September 28, 2001                         _____
   Date                                          Date

Identify any special letters in effect of special or unusual circumstances relating to Dealership Premises:
Letter Agreement between All American Chevrolet, Inc. and General Motors
Corporation dated   August 22   , 2001.

EXHIBIT   A

## DESCRIPTION OF PREMISES

ALL AMERICAN CHEVROLET, INC.

| | |
|---|---|
| Dealer Firm Name: DBA BOB BAKER CHEVROLET/ | Location: EL CAJON, CALIFORNIA |
| Facts Dealer Number:                 SUBARU | Date of this GMMS: September 28, 2001 |
| Date Main Facility Constructed: FEBRUARY 1973 | Date Main Facility Remodeld or Added to: |

### LOCATION, USE AND OWNERSHIP OF PREMISES

| Identify by street address each separate dealership location and describe how each is used for GM operations. Specify: NEW VEHICLE SALES, USED VEHICLE SALES, SERVICE, PARTS OFFICE, NEW VEHICLE STORAGE, BODY SHOP, etc. Also indicate distance of each separate location from main location. | Dealer Asset | Leased | IF LEASED, INDICATE: Name of Lessor: Beginning and Expiration Date of Lease Annual Rental: Renewal Option: Term and Annual Rent |
|---|---|---|---|
| MAIN 900 ARNELE AVENUE EL CAJON, CALIFORNIA NEW DISP, USED DISP, MECHANICAL, BODY SERV RECP, PARK-CUST, NEW STORAG, EMP PK/MSC, GEN OFFICE, PARTS | | X | MR. G. L. CORY 06-01-1988 THRU 06-30-2021 CURRENT ANNUAL $428,952 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

| TOTAL DEALERSHIP IN SQUARE FEET | | | |
|---|---|---|---|
| | GM Use | Other Use | Total Area |
| Total Building | 45,546 | 4,650 | 50,196 |
| Total Lot | 217,266 | 16,500 | 233,766 |
| Grand Total | 262,812 | 21,150 | 283,962 |

PART II

USA 11/90
DNPS 6/04/90

# PREMISES SPACE ANALYSIS

Dealer Firm Name:  ALL AMERICAN CHEVROLET, INC., DBA BOB BAKER CHEVROLET/SUBARU

Location: EL CAJON, CALIFORNIA          Date of this GMMS : SEPTEMBER 28, 2001

| DEPARTMENTAL ALLOCATION | Actual Space in Number of Stalls | | | | TOTAL |
| --- | --- | --- | --- | --- | --- |
| | Building | | Lot | | |
| | GM Use | Other Use | GM Use | Other Use | |
| (1)  New Vehicle Display | 4 | | 69 | | 73 |
| (1)  Used Vehicle Display | | | 92 | | 92 |
| (1)  Productive Service - Mechanical | 38 | | | | 38 |
| (1)  Productive Service - Body | 27 | | | | 27 |
| (1)  Service - Reception | 6 | | | | 6 |
| (1)  Parking - Customer | | | 138 | | 138 |
| (1)  New Vehicle Storage | | | 287 | | 287 |
| (1)  Employee Parking and Miscellaneous | | | 50 | | 50 |
| (1)  Total of Lines (1) through (8) | 75 | | 636 | | 711 |
| | Actual Space in Square Feet | | | | TOTAL |
| | GM Use | Other Use | | | |
| (10)  General Office | 7,698 | | | | 7,698 |
| (10)  Parts | 8,720 | | | | 8,720 |
| (10)  Total of Lines (10) and (11) | 16,418 | | | | 16,418 |

## VEHICLE LINES HANDLED

| General Motors Divsion(s) | Non-GM Lines Handled |
| --- | --- |
| CHEVROLET | |

EXHIBIT A

# O'MELVENY & MYERS LLP

CENTURY CITY
IRVINE
NEWPORT BEACH
NEW YORK
SAN FRANCISCO
TYSONS CORNER

400 South Hope Street
Los Angeles, California 90071-2899

TELEPHONE (213) 430-6000
FACSIMILE (213) 430-6407
INTERNET: www.omm.com

WASHINGTON, D.C.
HONG KONG
LONDON
SHANGHAI
TOKYO

October 3, 2001

OUR FILE NUMBER
302,145-286

WRITER'S DIRECT DIAL
213-430-6645

WRITER'S E-MAIL ADDRESS
goxford@omm.com

Mr. Robert H. Baker, President
All American Chevrolet, Inc.
dba Bob Baker Chevrolet
900 Arnele Avenue
San Diego, California 92020

Re:   *All American Chevrolet, Inc. dba Bob Baker Chevrolet --*
      *Protest Numbers PR-1719-00 and PR-1729-00*

Dear Mr. Baker:

This letter is intended to provide clarification as to the parties' intention concerning the provisions of the Letter Agreement executed in resolution of the above-referenced protests filed with the California New Motor Vehicle Board. In particular, you were concerned with the following language contained in paragraph number 1 of the Letter Agreement:

> Thereafter, Dealer agrees that non-GM new vehicles will not be displayed or stored on the GM premises or together with Dealer's new GM vehicles. The parties further agree that Subaru service may be performed in the same building as Chevrolet service, but only in an arrangement approved by GM in which there are separate service drive lanes, mechanical stalls and employees dedicated exclusively to either GM or non-GM service operations, but not both.

General Motors and your dealership have agreed that the intention behind this language is to prohibit you from displaying any non-GM vehicles in the area designated for Chevrolet display. However, if exigent circumstances arise, which require you to park Subaru vehicles in the designated Chevrolet area only for a temporary, short period of time, GM will not consider such infrequent display a breach of the Dealer Agreement. In addition, there may be situations in which service technicians and/or stalls designated for the Chevrolet operation may be used for Subaru or other line-makes of vehicles. Examples of these situations include items

Mr. Robert H. Baker, President, October 3, 2001 - Page 2

such as alignments, smog checks, and lubes.  Should these situations occur, General Motors would not deem it to be a material breach of the Letter Agreement.

Sincerely,

Gregory R. Oxford
for O'MELVENY & MYERS LLP

GRO:hmb
cc:    Michael M. Sieving, Esq.
        Samina R. Schey, Esq.
LA2:586133.1

# Exhibit 8(b)

## THIRD AMENDMENT TO REVISED AND RESTATED LEASE

(Dated, for reference purposes only, June 23 , 2003)

### PARTIES:

CORY PROPERTIES EL CAJON, LLC "Landlord", and ALL AMERICAN CHEVROLET, a California corporation, "Tenant."

### RECITALS:

The parties hereto, or their predecessors, entered into a Revised and Restated Lease dated June 2, 1988 (the "Lease") covering certain property (the "Premises") bearing the street address 900 Arnele Avenue, El Cajon, California. (This same property now bears two street addresses: 900 Arnele Avenue and 1000 Arnele Avenue.) The legal description and plat of the Premises are attached hereto as Exhibit A and Exhibit B, respectively. The Lease has been amended and/or supplemented twice: (1) December 29, 1988 Amendment and Supplement to Revised and Restated Lease which, among other things, extended the expiration date from January 31, 2014 to June 30, 2021 (the "Extended Term") and granted the Landlord the option, by terms set forth therein, to terminate the Extended Term; and (2) October 1, 1991 Second Amendment to Revised and Restated Lease, which gave the Tenant the right to encumber the leasehold estate. The Lease, supplemented and amended, has been guaranteed by Baker Enterprises, Inc., a California corporation and Robert H. Baker, individually.



Tenant proposes to build additional improvements on the Lexus site at 1000 Arnele Avenue at a cost of approximately $2,000,000 and desires to extend the Lease to 2036 from 2021 and Landlord is willing to agree to such request.

## AGREEMENT:

### ARTICLE 1

1)   Article 3 of Amendment and Supplement to Revised and Restated Lease dated December 29, 1988 which gives Landlord the option to terminate the Lease on terms set forth therein, is revoked.

2)   The Second Amendment to Revised and Restated Lease dated October 1, 1991 relating to encumbrance of the leasehold is revoked in its entirety.

### ARTICLE 2

The Lease expiration date is changed from June 30, 2021 to June 30, 2036 ("Second Extended Term").

### ARTICLE 3

1)   Rent during each Lease year of the Second Extended Term (2/1/2021 - 6/30/2036) shall be computed as follows: ("Lease Year", as used herein is defined as the period February 1 of each calendar year of the Lease to January 31 of the following calendar year (except that the period February 1, 2035 through June 30, 2036 shall be considered to be one Lease Year for rent adjustment purposes).

2)   The monthly rent for the first Lease Year of the Second Extended Term (2/1/21 - 1/31/22) shall be an amount equal to the rent for the period February 1, 2020 through January 31,

 

- 2 -

107770.000000/406683.01

2021 (as set forth in Amendment and Supplement to Revised and Restated Lease dated 12/29/1988), adjusted upward to reflect the cost of living increase during calendar year 2020.

3) Rent for each subsequent Lease Year of the Second Extended Term shall be adjusted upward annually to reflect the cost of living increase in the calendar year next preceding such Lease Year. Example: Assume that monthly rent for Lease Year February 1, 2020 to January 31, 2021 is $68,000.00, and assume further that the cost of living increase for calendar year 2020 is 2%; under those assumptions, rent for Lease Year February 1, 2021 to January 31, 2022 would be $69,360.00 and monthly rent for each Lease Year of the remaining Second Extended Term (to 2036) would be calculated in a like manner to reflect each prior calendar year's cost of living increase.

The cost of living increases referred to above shall be measured by changes in the Consumer Price Index for Urban Wage Earners and Clerical Workers Los Angeles-Anaheim-Riverside. In the event such index is no longer published, a comparable published index shall be used.

## ARTICLE 4

Before start of planned construction on the Premises, Tenant agrees to deliver to Landlord for Landlord's review and approval, plans and specifications for Tenant's planned improvements.



# ARTICLE 5

In all respects other than those set for the in Articles 1-4 herein, the terms and conditions

of the Lease and all Amendments and Supplements thereto remain unchanged.

Landlord:                                          Tenant:

                                                   All-American Chevrolet, Inc.

_____*Ann l Cory Ugle*_____          By _*Robert H. Baker*_
for Cory Properties El Cajon, LLC                     *President*

June 23, 2003                                      By: _____

                                                   June 23, 2003


# CONSENT OF GUARANTORS

The undersigned, guarantors of "Lease" including all Amendments and Supplements

thereto, hereby also acknowledge and consent to the Third Amendment to Revised and Restated

Lease.

Dated: _*6/23*_____, 2003          _*Robert H. Baker*_
                                                   Robert H. Baker, Individually

Dated: _*6/23*_____, 2003          _*Robert H. Baker*_
                                                   Bob Baker Enterprises, a California corporation



107770.000000/406683.01

DESCRIPTION

PARCEL 1:

That portion of Block 29 OF FLETCHER HILLS UNIT NO. 2, in the City of El Cajon, County of San Diego, State of California, according to Map thereof No. 2122, filed in the Office of the County Recorder of San Diego County, July 31, 1928, described as follows:

COMMENCING at the point of intersection of the Westerly line of said Block 29 with the Easterly prolongation of a line which is parallel with and 7.50 feet Northerly, measured at right angles from the Northerly line of Lot 190 of SUNNYSLOPE HEIGHTS UNIT NO. 5, according to Map thereof No. 2843, filed in the Office of the County Recorder of San Diego County; thence along said Easterly prolongation North 89° 55' 10" East, 8.00 feet to the TRUE POINT OF BEGINNING; thence continuing North 89° 55' 10" East, 308.01 feet; thence South 00° 05' 40" West, 626.09 feet; thence South 89° 59' 20" West, 283.05 feet to the beginning of a tangent 25.00 foot radius curve concave Northeasterly; thence Northwesterly and Northerly along said curve through a central angle of 89° 55' 00" a distance of 39.23 feet; thence tangent to said curve North 00° 05' 40" West, 600.75 feet to the TRUE POINT OF BEGINNING.

EXCEPTING THEREFROM the interest in and to that portion thereof as conveyed to the City of El Cajon, for public street purposes by Instrument recorded February 2, 1973 as File No. 73-030245, and December 7, 1977 as File No. 77-504854, and May 17, 1984 as File No. 84-183714.

PARCEL 2:

That portion of Block 29 of FLETCHER HILLS UNIT NO. 2, in the City of El Cajon, County of San Diego, State of California, according to Map thereof No. 2122, filed in the Office of the County Recorder of San Diego County, July 31, 1928, described as follows:

BEGINNING at the point of intersection of the Westerly line of said Block 29 with the Easterly prolongation of a line which is parallel with and 7.50 feet Northerly measured at right angles from the Northerly line of Lot 190 of SUNNYSLOPE HEIGHTS UNIT NO. 5, according to Map thereof No. 2843, filed in the Office of the County Recorder of San Diego County; thence along said Easterly prolongation North 89° 55' 10" East, 316.01 feet to the TRUE POINT OF BEGINNING; thence continuing North 89° 55' 10" East, 308.02 feet; thence South 00° 05' 40" East, parallel with said Westerly line, 601.42 feet to a tangent 25.00 foot radius curve, concave Northwesterly; thence Southwesterly and Westerly along said curve 39.31 feet through an angle of 90° 05' 00" to a point of tangency in the North line of the South 30.00 feet to said Block 29; thence South 89° 59' 20" West parallel with the South line of said Block, 282.98 feet to a line which bears South 00° 05' 40" East parallel with the Westerly line of said Block from the TRUE POINT OF BEGINNING; thence along said parallel line, North 00° 05' 40" West, 626.09 feet to the TRUE POINT OF BEGINNING.

EXCEPTING THEREFROM the interest in and to that portion thereof as conveyed to the City of El Cajon, for public street purposes by Instrument recorded February 2, 1973 as File No. 73-030245, and December 7, 1977 as File No. 77-504855, and May 17, 1984 as File No. 84-183713.

EXHIBIT A



**PROFESSIONAL PROFILE**

**OF**

**ROBERT HALEM BAKER**

**2009**

BUSINESS ADDRESS

BOB BAKER ENTERPRISES, INC.
591 CAMINO DE LA REINA, #1100
SAN DIEGO, CALIFORNIA 92108
(619)297-1001

 RESIDENCE ADDRESS

POST OFFICE BOX 2129
RANCHO SANTA FE,
CALIFORNIA 92067

# ROBERT HALEM BAKER

## PERSONAL DATA

Birth Date:

Native:          State of California

Marital Status:  Widowed, wife's name Sherrill

Health:          Excellent

Father of five children:

Michael Vincent Baker. Age 55.
Graduate of San Diego State University. Psychology B.A.,
business management B.S. Graduate of N.A.D.A. Dealer
Academy. Vice president of Operations of Bob Baker
Enterprises, Inc.

Elizabeth Diane Baker Treloar. Age 50.
Graduate of San Diego State University. Geology B.S.
Teaches at the University of San Diego and San Diego
State University, and is also a well-known half-marathon
runner.

Theresa Baker Hertel. Age 49.
Graduate of Cal Poly, San Luis Obispo. Corporate physical
fitness B.S.

Mary Baker Ross. Age 48.
Employed as a salesperson at Bob Baker Jeep.

Christopher Robert Baker. Age 45.
Graduate of University of San Diego and N.A.D.A. Dealer
Academy. Currently employed as general manager of Bob
Baker Jeep-Mitsubishi-Subaru.

## EDUCATION

Grade School:  Los Angeles, California.
High School:   Los Angeles, California.
College:       Woodbury Business College.
               Los Angeles, California.

ROBERT HALEM BAKER

---

Armed Forces:  United States Army, paratrooper.
Korean Conflict.
Awarded the Bronze Star for Valor.

## ADDITIONAL EDUCATION

Schools and training seminars sponsored by Chevrolet
Motor Division, General Motors Corporation.
Business management seminars.

Communications and management seminars.

Public speaking.

## BUSINESS EXPERIENCE

1953            Began automotive career as a salesman.

1954-1965       Employed by R. Mitchell McClure (Fleetline Management
Services), owner of several dealerships and related
corporations.Advanced to general manager and troubleshooter
of various dealerships as listed:

1955-1959       Parkwood Chevrolet, Lakewood, California. Salesman and
sales manager.

1960            Courtesy Chevrolet, Los Angeles, California. Sales manager.

1961-1964       Helped establish Courtesy Chevrolet dealership in San
Diego. Served as general manager guiding the dealership to
the finest service, highest volume and profit in the Los
Angeles Zone.

1964-1965       Lone Star Chevrolet-Cadillac, El Paso,Texas. Helped
negotiate assets of this Corporation into two separate
dealerships; Courtesy Chevrolet and Courtesy Cadillac.
Trained all personnel, including replacement. Highest
volume and profit dealer in the El Paso Zone.

1965            Resigned from the R. Mitchell McClure organization to
purchase own dealership.

ROBERT HALEM BAKER

---

| | |
|---|---|
| 1966 | Purchased Chevrolet dealership in Indianapolis, Indiana, and renamed Bob Baker Chevrolet, Inc. Planning potential 2,350. Served as president and dealer operator. |
| 1966-1977 | During the first year of operation of Bob Baker Chevrolet, 2,984 units were sold. A partner with Motors Holding Division of General Motors Corporation, which was bought out within 3 1/2 years. |

In 1969 Bob Baker Chevrolet moved into a new facility with an excess of 72,000 square feet under the roof on 12.5 acres of land. Large portion of the facility designed to excel in all phases of customer service.

Bob Baker Chevrolet increased business to become one of the most profitable and finest service facility dealerships in the United States.

Received several awards for outstanding achievements in all departments.

Established additional operating profit centers within the Indianapolis dealership and expanded the facilities.

| | |
|---|---|
| 1971 | Acquired Chevrolet-Oldsmobile dealership in Elwood, Indiana. Operated successfully and served as chairman of the board and financial partner until 1977. Sold to existing dealer pursuant to the buy-out agreement in the agreed time of December 31, 1977. |
| 1973 | Acquired Chevrolet dealership in Napa, California. Served as chairman of the board and financial partner. Very successful operation. |
| 1974 | Bob Baker Chevrolet, Indianapolis earned the Service Supremacy Dealer Award, the third dealer out of 6,000 in the United States to receive this most prestigious award for outstanding service to customers. |

Acquired Chevrolet dealership in Los Gatos, California. Served as chairman of the board and financial partner. Very successful operation.

## ROBERT HALEM BAKER

| | |
|---|---|
| 1977 | Bob Baker Chevrolet, Indianapolis, acquired GMC Motorhome franchise, division of General Motors Corporation. The facilities were expanded to meet the needs of the increased business. |
| 1977 | Sold remaining stock in Elwood Chevrolet dealership to partner. Bought home in Rancho Santa Fe, California. |
| 1978 | Purchased British Leyland franchise in Anaheim, California, which was the number-one Leyland franchise in the western United States. |
| 1979 | Purchased University Ford in San Diego, California. The number-one Ford franchise in San Diego County. |
| | Sold Chevrolet dealership in Indianapolis, Indiana to partner. Retained the real estate and fixed assets. Returned to California. |
| | Sold British Leyland dealership in Anaheim, California. Lost interest when M.G., Triumph and other model lines were dropped by the manufacturer. |
| 1980 | Purchased Martin Chrysler-Plymouth and renamed University Chrysler-Plymouth, Inc. The number one Chrysler-Plymouth store in San Diego County. Sold remaining stock in the Los Gatos, California, Chevrolet dealership to partner. |
| 1981 | Purchased Don Sharp Volkswagen in Carlsbad, California, and renamed Bob Baker Volkswagen. |
| 1982 | Purchased majority stock in Sam DeSantis Chevrolet, San Clemente, California. |
| | Added Chrysler-Plymouth franchise into existing Bob Baker Volkswagen facility, Carlsbad, California. |
| 1983 | Sold stock in Sam DeSantis Chevrolet, San Clemente, California. |

ROBERT HALEM BAKER

        Sold real estate and fixed assets of Chevrolet facility in
Indianapolis, Indiana, to partner.

        Merged University Chrysler-Plymouth into the existing
University Ford facility.

1984      Formed REKAB ENTERPRISES, INC. (now known as
BOB BAKER ENTERPRISES, INC.),"parent" holding
company.

        Purchased Bill Loeper Ford, Santa Maria, California and
renamed Santa Maria Ford.

1985      Acquired AMC-Jeep/Renault franchise in Santa Maria,
California, and renamed Santa Maria Jeep-Eagle.

        Purchased Lamb Chevrolet and Lamb Isuzu in National
City, California and renamed Bob Baker Chevrolet and
Bob Baker Isuzu.

1986      Formed Miramar Road Auto Center Properties
(MRACP), a California limited partnership, which
purchased a 14-acre parcel of undeveloped land near San
Diego's "Golden Triangle."

1987      Formed Santa Maria Auto Center Properties (SMACP), a
California limited partnership, which purchased a 10-acre
parcel of undeveloped land in Santa Maria, California.

1988      Awarded Acura franchise in National City, California.
Facility completed and opened in January 1988.

        Purchased the primary assets of Dick Grihalva Chevrolet in
El Cajon, California, and formed All American Chevrolet,
Inc.

1989      Awarded Lexus franchise in El Cajon, California. Lexus of
El Cajon facility completed and opened in December.

        Sold stock in Santa Maria Ford/Jeep-Eagle in Santa Maria,
California.

ROBERT HALEM BAKER

SMACP sold the 10-acre parcel of land in Santa Maria, California.

SMACP reinvested a portion of the sale proceeds in a 2-acre parcel of undeveloped land adjacent to University Ford/Chrysler-Plymouth, San Diego, California.

1989    Purchased El Cajon Nissan in El Cajon, California and renamed Bob Baker Nissan of El Cajon.

1990    Purchased majority stock of Del Norte Chevrolet-Olds-Toyota in Brawley, California.

Added Saab franchise to Bob Baker Nissan location.

1991    Sale of 2-acre parcel of undeveloped land adjacent to University Ford Chrysler-Plymouth, San Diego, California.

Miramar Road Auto Center Properties (MRACP) purchased 19.1 acres of vernal pool property, which it transferred to the city of San Diego as a permanent vernal pool preserve.

1992    Established Betterway Auto Buying Service. Purchased five franchises in Car Country Carlsbad. The dealerships are named Bob Baker Cadillac/Subaru, Bob Baker Infiniti, and Bob Baker Jeep-Eagle/Hyundai. Awarded Toyota franchise in Imperial Valley, California.

1993    Toyota of Imperial Valley facility completed and opened in January 1993.

Sold the assets of University Chrysler-Plymouth, Inc., and Bob Baker Acura.

1994    Opened Bob Baker Toyota of Lemon Grove in May 1994. Sold Hyundai franchise.

1995    Added GMC light duty truck franchise to Toyota of Imperial Valley location.

1996    Sold Del Norte Chevrolet and Toyota of Imperial Valley.

## ROBERT HALEM BAKER

| | |
|---|---|
| 1997 | Sale of Bob Baker Infiniti-Carlsbad |
| | Sale of Bob Baker Nissan. |
| | Purchased Chrysler-Plymouth franchise and named Bob Baker Chrysler-Plymouth-El Cajon. |
| | Formed Baker Family Enterprises, LLC |
| 1999 | Obtained Subaru franchise and merged with Bob Baker Chevrolet-El Cajon. |
| | Sold Bob Baker Chrysler/Plymouth-El Cajon franchise. |
| | MRACP sold 6.49 acres of the 14-acre parcel on Miramar Road. |
| | Rekab Properties sold its Ron Baker Chevrolet/Isuzu facilities in National City, California. |
| 2001 | Purchased Carlsbad Mitsubishi and renamed Bob Baker Mitsubishi. |
| 2002 | Sold Cadillac franchise and real estate in Carlsbad. Relocated. |
| | Subaru franchise to Jeep/Mitsubishi facilities. Reorganized all dealerships holdings to Sub-S Corporations. |
| | Formed Rekab Family Enterprises, LLC. |
| 2003 | MRACP sold remaining 7.51 acres. |
| 2003-2004 | Undertaking expansion plans for all seven dealership locations and storage facilities. |
| 2004 | Five-acre property site of Bob Baker Ford purchased by MRACP. |
| 2005 | Promoted eldest son, Michael Baker, to executive vice president/chief operational officer. Robert H. Baker's position remains as president and chairman of the board. |

ROBERT HALEM BAKER

## BUSINESS ACTIVITIES

| | |
|---|---|
| 1967 | Chevrolet Dealers Association of Greater Indianapolis, president. |
| 1969-1976 | Indianapolis Automobile Trade Association, board of directors. |
| 1971-1982 | Concord Life Insurance Company, board of directors. |
| 1972 | Indianapolis Automobile Trade Association, president. |
| 1972-1975 | Concord Life Insurance Company, president. (Sixty automobile dealers involved in this firm.) |
| | Through recognition of accomplishments, was invited guest speaker at Dealers Sons School-School of Modern Merchandising, Detroit. |
| | Auto Dealers Bill of Rights License Study and Dealers Election Action Committee for Indiana, member. Dealer Safety Council Committee, member. Membership Committee of Chevrolet International Management Group, chairman. |
| 1973-1975 | Regional Dealer Council, Chevrolet Motor Division, member. |
| 1975-1976 | Chevrolet National Dealer Council, member. |
| 1975-1977 | Dealer Operators Committee, Indiana State Dealers Association, chairman. |
| 1976-1977 | Chevrolet Dealers Association of Greater Indianapolis, secretary/treasurer. |
| 1980-1981 | Ford Dealer Council, member. |
| | Chrysler Dealer Council, member. |
| 1980-1991 | Chrysler-Plymouth Dealers Association of Southern California, board of directors 1980-1985. |

ROBERT HALEM BAKER

Westwood Life Insurance Company, board of directors 1980-1987.

Nichols, Campbell and Morrow, Ford Management Group, member 1980-1987.

Motor Car Dealers Association of San Diego County, member 1980-1988, president 1984-1985, Director 1985.

Ford Dealer Advertising Association of Southern California, vice chairman 1981, chairman 1982, director 1983-1986.

Motor Car Dealers Association of Southern California, board of directors 1982-1989, treasurer 1985-1987, vice president 1988-1989, president 1989-1991.

National Insurance Company, board of directors 1983 - 1988.

San Diego International Auto Show, chairman 1984.
San Diego County Chrysler-Plymouth Dealers Advertising Association, president 1984, board of directors 1985-1986.

R.M.A. California Chevrolet Dealers Group, member 1986-1987.

San Diego County Chevrolet Dealers Advertising Association, board of directors 1987.

Heritage Life Insurance, board of directors 1985-1987.

Nichols, Campbell, and Morrow, Megadealer Group, member 1987-1990.

J.D. Powers and Associates, Superdealers Roundtable Group, member 1987-1990.

Chrysler California Marketing Committee, member 1987.

Motor Car Dealers of Southern California, Legislative Committee, member 1987-1991.

ROBERT HALEM BAKER

---

California Dealer Advocates Committee, member 1987.

N.A.D.A. member for 33 years.

Chrysler-Plymouth council, member 1988.

N.A.D.A.'s Dealer Election Action Committee (DEAC),
Member of President's Club, 1988-1991.

Appointed chairman of N.A.D.A.'s Industry Relations
Subcommittee Task Force in 1989-1990.

## BUSINESS AWARDS

| | |
|---|---|
| 1979-1997 | Ford Distinguished Achievement Award. |
| 1980-1983 | Ford Vice Presidents Club. |
| 1985-1988 | Ford 100 Club. |
| 1980-1986 | Ford Top 20 Dealer Award. |
| 1982 | Ford Top Volume Dealer Award. Chrysler 5 Star Award. |
| 1985 | Ford Quality Care Dealer Award. |
| 1985-1986 | Chrysler Top 20 Dealer Award. |
| 1985-1988 | Chrysler Pacesetter Award. |
| 1987 | *Time* magazine's "Time Quality Dealer Award" finalist. |
| 1988-1989 | Chrysler Award for Excellence. Chrysler 5 Star Award. |
| 1988-1990 | Chrysler Mopar Masters Award. |
| 1990 | Isuzu Quality Service Dealer Award. |
| | Southern California's number-one Geo Dealer. Chrysler Five Star Award. Chrysler Service Professionals Award. |

## ROBERT HALEM BAKER

| | |
|---|---|
| 1991 | 25 Year Commemorative Award as Chevrolet Dealer. |
| | Received the Distinguished Service Award from the New Car Dealers Association of San Diego County for legislative efforts and for the formation of a Statewide Dealers Association. |
| | Chrysler Five Star Award.<br>Chrysler Service Professionals Award. |
| 1993 | Chrysler Service Professionals Award.<br>Ford Distinguished Achievement Award. |
| 1994 | Ford Customer Satisfaction Leadership Ambassador Award. |
| 1995-1996 | Toyota's Presidents Award. |
| 1995-2000 | Toyota Parts and Service Excellence Awards. |
| 1996 | Ford Motor Company "Fix It Right the First Time" Service Award. |
| 1997 | Cadillac Motor Car Division CSI Excellence Award.<br>Ford Motor Company North American Customer Excellence Award for Quality in Customer Satisfaction.<br>Ford Motor Company Quality Leaders Award. |
| 1998-2001 | Chrysler 5 Star Award.<br>*(Jeep and Chrysler dealerships)* |
| 1999-2001 | Toyota's Presidents Award.<br>Toyota's Board of Governors' Award. |
| | Ford 100 Club Award. |
| 2000–2001 | "Elite of Lexus" Dealership Award. |
| | Chevrolet "Genuine Leader's Award" for Sales and Customer Satisfaction. |
| | General Motors Mark of Excellence 2000. |

ROBERT HALEM BAKER

---

|   |   |
|---|---|
|   | Automobile Club Award for 20 year approval as a Ford repair facility. |
| 2001 | Ford "Blue Oval" certification. |
|   | Toyota Triple Crown Award—President's Award, Board of Governors Award, Auto Advisory Board. |
| 2002 | Subaru Stellar Performance Certification. |
| 2002-2003 | Mitsubishi—Diamond Chapter of Excellence |
|   | Ford Triple Crown Award—President's Award, Top 100 Award, FCSD Top 100 Award. |
|   | "Elite of Lexus" Dealership Award. |
|   | Toyota Triple Crown Award—President's Award, Board of Governors Award, Auto Advisory Board. |
| 2003 | Chrysler 5 Star Award. *(Jeep dealership)* |
| 2004 | Certified Toyota Signature Dealer Award. Ford President's Award. Chevrolet Genuine Leader Award. |
| 2005 | Chrysler 5 Star Award. *(Chrysler and Jeep franchises)* |
|   | Ford Medallion Elite Club |
| 2006 | Ford "Blue Oval" certification. |
| 2007 | Subaru Stellar Performance Certification. |
| 2007 | Chrysler 5 Star Award. *(Chrysler and Jeep franchises)* |

## CIVIC ACTIVITIES

| | |
|---|---|
| 1967-1979 | Catholic Seminary Foundation of Indianapolis. St. Matthews Business and Educational Study Committee. |

## ROBERT HALEM BAKER

Warren Central High School Advisory Committee.

Junior Miss Pageant, chairman.

Soap Box Derby, chairman.

Junior Achievement Program, sponsor.

Driver Education Program, Warren Central High School, Scecina Memorial High School, Pike Township High School.

Gibault School for Boys, Terre Haute, Indiana.

Junior Olympics, sponsor.

Knights of Columbus.

1967-1979      Clowes Memorial Hall.

Indiana Museum of Art.

Hillcrest Country Club.
Varsity Club and Scholarship Foundation, Indiana University.

Dollars for Scholars Organization, president, Warren Central High.

John P. Clark Scholarship Fund, University of Michigan.

Distributive Education Clubs of America.

Corvette Club of Central Indiana.

Boss of the Year Award, Local Chapter of the American Business Women's Association, Indianapolis, Indiana.

Central Region of Indiana Blood Bank.

Little League Football and Basketball Teams, sponsor.

United Way/Share, Indianapolis, and San Diego.

ROBERT HALEM BAKER

---

|           | Y.M.C.A./Y.W.C.A., contributor. |
|-----------|----------------------------------|

Y.M.C.A./Y.W.C.A., contributor.

St. Pius X Parish, Building Committee, member.

1979-1996   Church of Nativity, Building Committee, member.

St. James Catholic Church.

Boys & Girls Clubs of America.

C.O.M.B.O.

St. Vincent de Paul Center, advisory board, honorary member of board of directors.

Catholic Charities, board of directors.

Casa de Esperanza (House of Hope), chairman of building project for the homeless.

1979–1996   University of San Diego, President's Club, member.
San Diego State University, contributor.

American Diabetes Association.

San Diego Automotive Museum, committee member.

Numerous contributions and donations to various community projects and fund raisers.

Whispering Palms Country Club.

Rancho Santa Fe Country Club.

Lomas Santa Fe Country Club.

Ironwood Country Club.

1979-1998   Christian Unity Award presented by San Diego Ecumenic Conference for outstanding leadership in community, 1989.

ROBERT HALEM BAKER

_____

Named "Citizen of the Year" by Social Services Auxiliary, 1989.

Member of the Catholic Diocese of San Diego County Executive Finance Council.

Investured into Holy Sepulcher of Jerusalem,"Knighted" Sir Bob, 1989.

Co-chairman, Our Lady of Peace Academy Building Committee for new gymnasium, 1990 to present.

Board member of The Academy of Our Lady of Peace.

Trustee, University of San Diego (emeritus status 2002).

Chairman, University of San Diego Hughes Center Campaign.

Father's Day Council/Father of the Year (1995).

Trustee Emeritus, Mercy Hospital Foundation.

Member of Scripps Hospital Trauma Board.

1999        Recipient of "Bishop Maher Award," St.Vincent de Paul.

2000        Board member of Rancho Santa Fe Community Foundation.

1998-2000   Voted San Diego County's #1 Automotive Group by
            *The San Diego Union-Tribune*'s "Readers Poll."

2000        Honored by "Caring Residence of Carlsbad"—La Posada.

            Initiated scholarship fund to benefit students from San
            Diego attending Northwood University.

            Lead gift for the renovation of Chapel in Scripps/Mercy Hospital.

            Advisor to Catholic Diocese's campaign to build three new
            high schools (Secondary Education Initiative).

ROBERT HALEM BAKER

2001-2002      Instrumental in major renovation at Carmelite Monastery.

Instrumental in the creation of amphitheater at the
Academy of Our Lady of Peace.

Inaugural recipient of the "Joseph L. Hertel Award"
presented by Muscular Dystrophy Association.

2003-2004      Northwood University Automobile Dealer Education
Award for 2002.

Lead gift for building of Chapel at New Cathedral High
School to open in 2005.

Lead gift for building of new parish and school to be
renamed "St. Th´er`ese of Carmel" (formerly known as St.
William of York).