Marc B. Merklin (Admitted *Pro Hac Vice*)
BROUSE MCDOWELL LPA
388 S. Main Street, Suite 500
Akron, OH  44311
Telephone: 330-535-5711
Facsimile: 330-253-8601


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | ) | |
| In re | ) | Case No. 09-50026 (REG) |
| | ) | (Jointly Administered) |
| General Motors Corp.**,** *et al.* | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |

## LIMITED OBJECTION OF MATERIAL MANAGEMENT SERVICES, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE COSTS RELATED THERETO

Material Management Services, Inc. ("MMS"), by and through their undersigned counsel, hereby submits this limited objection (the "Objection") to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto (the "Notice").  In support of its Objection, MMS states as follows:

1.      On June 1, 2009, Debtors commenced these voluntary cases under chapter 11 of the Bankruptcy Code.

2.      On June 2, 2009, this Court entered an order (the "Bidding Procedures Order") which, *inter alia*, approved procedures regarding Debtors' assumption and assignment of executory contracts.

3.      On or about June 5, 2009 and pursuant to the Bidding Procedures Order, Debtors delivered the Notice to MMS indicating Debtors' intent to assume and assign certain of Debtors

agreements with MMS (the "MMS Assumed Contracts").  Debtors identify $1,473,986.50 as the

proposed cure amount for the MMS Assumed Contracts (the "Proposed Cure Amount").

4.      MMS has determined that the Proposed Cure Amount is less than the amount of

prepetition defaults under the MMS Assumed Contracts.  Specifically, the Proposed Cure

Amount does not include $54,342.57 in additional prepetition defaults (the "Additional Cure

Amounts").  Attached as Exhibit A is a spreadsheet showing the Additional Cure Amount.

5.      MMS has no objection to the assumption and assignment of the MMS Assumed

Contracts so long as the Additional Cure Amount is similarly paid.

WHEREFORE, MMS respectfully requests that the Court enter an order compelling

Debtors to increase the Proposed Cure Amount for the MMS Contracts to $1,528,329.07.

DATED:  June 11, 2009                          Respectfully submitted,


                                               /s/ Marc B. Merklin
                                               Marc B. Merklin (Admitted *Pro Hac Vice*)
                                               BROUSE McDOWELL
                                               388 S. Main Street, Suite 500
                                               Akron, OH  44311
                                               330-535-5711
                                               330-253-8601 (facsimile)
                                               mmerklin@brouse.com

                                               Attorneys for Material Management Services, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing was served on this 11th day

of June, 2009, via the Court's ECF system on those parties registered to receive notice.


/s/ Marc B. Merklin
Marc B. Merklin

751136