
Material Management Services

6/11/2009

| Customer | Description | Invoice# | Cust P/O# | St# | Inv Date | Amount |
|----------|-------------|----------|-----------|-----|----------|--------|
| 000010 | GM FINANCIAL SHARED SERVICES | 0031553 | FLS21253 | FAB | 06/05/09 | 2,014.00 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1015182 | GMR90243 | PP | 03/31/09 | 14,337.49 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1015184 | GMR90260 | PP | 04/15/09 | 7,825.61 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1015192 | GMR90277 | PP | 05/15/09 | 5,312.45 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1015148 | GMR90198 | PP | 04/30/09 | 4,073.26 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1015195 | GMR90327 | PAR | 04/30/09 | 2,524.00 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1014888 | PPS50494 | PAR | 04/30/09 | 2,038.40 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1015193 | GMR90284 | PP | 05/22/09 | 1,790.50 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1003421 | PPR72928 | PAR | 08/14/07 | 1,463.04 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1015151 | PPR82329 | PP | 05/31/09 | 1,203.66 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1004250 | GMS15955 | GMS | 09/20/07 | 1,127.07 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1015194 | GMR90312 | PP | 05/15/09 | 985.80 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1005756 | PPR73308 | PAR | 11/26/07 | 740.48 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1012403 | PPR73748 | PAR | 10/16/08 | 681.30 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1012052 | PPR77648 | PAR | 09/27/08 | 605.92 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1015150 | PPR82326 | PP | 04/30/09 | 491.50 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1008184 | PPR73110 | PAR | 03/17/08 | 490.00 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1007278 | GMS17188 | GMS | 02/08/08 | 440.00 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1006557 | PPR73625 | PAR | 12/26/07 | 434.10 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1009252 | PPR77492 | PAR | 05/09/08 | 368.00 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1005013 | PPR74429 | PAR | 10/18/07 | 367.51 |
| 000010 | GM FINANCIAL SHARED SERVICES | 0019523 | LTR39128 | ASSY | 12/27/07 | 351.70 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1013303 | PPR79973 | PAR | 12/11/08 | 347.20 |
| 000010 | GM FINANCIAL SHARED SERVICES | 0025706 | LTS76288 | ASSY | 07/10/08 | 320.00 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1014707 | PPS51139 | PP | 04/15/09 | 315.00 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1015191 | PPR81907 | PAR | 05/29/09 | 313.38 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1014890 | PPS51773 | PAR | 04/30/09 | 301.30 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1015183 | PPS52158 | PAR | 05/28/09 | 265.82 |
| 000010 | GM FINANCIAL SHARED SERVICES | 0019524 | LTR39143 | ASSY | 12/27/07 | 262.48 |
| 000010 | GM FINANCIAL SHARED SERVICES | 0029247 | FLR20467 | FAB | 10/15/08 | 258.40 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1015174-1 | EMER916 | PAR | 05/28/09 | 218.00 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1014912 | PPR81632 | PAR | 04/30/09 | 214.40 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1002885 | PPR72801 | PAR | 07/06/07 | 195.33 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1006531 | PPR73535 | PAR | 12/26/07 | 181.44 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1006533 | PPS47665 | PAR | 12/26/07 | 157.75 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1014885 | PPS51796 | PAR | 04/30/09 | 149.17 |
| 000010 | GM FINANCIAL SHARED SERVICES | 0017747 | LTR39040 | ASSY | 10/24/07 | 148.58 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1004246 | PPR73990 | PAR | 09/19/07 | 127.62 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1015187 | PPR81859 | PAR | 05/29/09 | 120.00 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1006555 | PPS48530 | PAR | 12/26/07 | 104.40 |
| 000010 | GM FINANCIAL SHARED SERVICES | 0019521 | LTR39099 | ASSY | 12/27/07 | 101.19 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1006598 | PPR75358 | PAR | 12/27/07 | 87.34 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1012605-2 | EMER567 | PAR | 12/10/08 | 79.67 |
| 000010 | GM FINANCIAL SHARED SERVICES | 0023014 | LTS76423 | PNT | 04/23/08 | 75.00 |
| 000010 | GM FINANCIAL SHARED SERVICES | 0023277 | LTR40677 | ASSY | 04/29/08 | 61.60 |
| 000010 | GM FINANCIAL SHARED SERVICES | 0020941 | FLS19670 | FAB | 02/15/08 | 58.86 |
| 000010 | GM FINANCIAL SHARED SERVICES | 0019843 | LTS75363-HE | PNT | 01/09/08 | 53.25 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1013802 | GMS30037 | GMS | 12/08/08 | 35.00 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1008946 | PPR74417 | PAR | 04/24/08 | 28.18 |
| 000010 | GM FINANCIAL SHARED SERVICES | 0019515 | LTR38937 | ASSY | 12/27/07 | 27.78 |
| 000010 | GM FINANCIAL SHARED SERVICES | 1010427 | PPS49637 | PAR | 07/10/08 | 19.00 |



6/11/2009

| 000010 | GM FINANCIAL SHARED SERVICES | 0027402 | FLR20163 | FAB | 08/28/08 | 16.02 |
|--------|------------------------------|---------|----------|------|----------|-------|
| 000010 | GM FINANCIAL SHARED SERVICES | 1007381 | PPR76068 | PAR | 02/13/08 | 15.20 |
| 000010 | GM FINANCIAL SHARED SERVICES | 0019513 | LTR38869 | ASSY | 12/27/07 | 14.82 |
| 000010 | GM FINANCIAL SHARED SERVICES | 0021094 | FLS19708 | FAB | 02/20/08 | 3.60 |
|        |                              |         |          |      |          | $ 54,342.57 |