ORRICK, HERRINGTON & SUTCLIFFE LLP
Courtney M. Rogers
666 Fifth Avenue
New York, NY  10103-0002
Telephone:  (212) 509-5000

ORRICK, HERRINGTON & SUTCLIFFE LLP
Frederick D. Holden, Jr.(*Pro Hac Vice* Application Pending)
Jenna S. Clemens (*Pro Hac Vice* Application Pending)
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  (415) 773-5700

Attorneys for Creditors and Contract Counterparties APL Co. Pte. Ltd.,
American President Lines, Ltd., APL Logistics Transportation
Management Services, Ltd. and APL Logistics Ltd.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **GENERAL MOTORS CORPORATION,** *et al.,* | Case No. 09-50026 (REG) |
| Debtors. | **(Jointly Administered)** |

**MOTION OF FREDERICK D. HOLDEN, JR.**
**FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, Frederick D. Holden, Jr., request admission, *pro hac vice*, before the Honorable

Robert E. Gerber, to represent, Creditors and contract counterparties APL Co. Pte. Ltd.,

American President Lines, Ltd., APL Logistics Transportation Management Services,

Ltd. and APL Logistics Ltd.. ("APL"), creditors and parties-in-interest in the above

referenced case.

1

I certify that I am a member in good standing of the bar of the State of California and the District of Columbia, as well as the U.S. District. Court for the District of Columbia.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 11, 2009
San Francisco, California

*/s/ Frederick D. Holden, Jr.*
FREDERICK D. HOLDEN, JR.

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
E-mail address: fholden@orrick.com
Telephone number: (415) 773-5759