**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **GENERAL MOTORS CORPORATION,** *et al.,* | **Case No. 09-50026 (REG)** |
| **Debtors.** | **(Jointly Administered)** |

**ORDER GRANTING MOTION OF FREDERICK D. HOLDEN, JR.**
**FOR ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Frederick D. Holden, Jr., to be admitted, *pro hac vice*, to represent creditors and contract counterparties APL Co. Pte. Ltd., American President Lines, Ltd., APL Logistics Transportation Management Services, Ltd. and APL Logistics Ltd.., creditors and parties-in-interest in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bars of the State of California and the District of Columbia and the bar of the U.S. District Court for the District of Columbia, it is hereby

**ORDERED**, that Frederick D. Holden, Jr., is admitted to practice, *pro hac vice*, in the above referenced case to represent creditors and contract counterparties APL Co. Pte. Ltd., American President Lines, Ltd., APL Logistics Transportation Management Services, Ltd. and APL Logistics Ltd., in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____ _____, 2009
        New York, New York

_____
ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE

1