Streusand & Landon, L.L.P.
515 Congress Street, Suite 2523
Austin, TX 78701
Telephone: (512)236-9901
Sabrina L. Streusand, Esq.

-AND-

Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, NY  10165-0150
Telephone:  (212) 661-3535
Stephen H. Gross, Esq.

Co-Counsel for Xerox Capital Services, L.L.C.
as Servicing Agent to Xerox Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** <br> **Case No., 09-50026 (REG)** |
| **GENERAL MOTORS CORPORATION,** *et al.***,** <br><br> **Debtors.** | **(Jointly Administered)** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that *Xerox Capital Services L.L.C., as Servicing Agent to Xerox Corporation,* a party in interest in the above-captioned Chapter 11 case, hereby appears pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of the United States Bankruptcy Code (the "Bankruptcy Code"), by its co-counsel Streusand & Landon, L.L.P. and Hodgson Russ LLP; and such counsel hereby demand copies of all notices given or required to be given in this case and all papers served or required to be served in this case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all

notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with the court a request that all notices be mailed to them), be given and served upon the following attorneys:

| | |
|---|---|
| **STREUSAND & LANDON, LLP** | **HODGSON RUSS LLP** |
| Attn: Sabrina L. Streusand, Esq. | Attn: Stephen H. Gross, Esq. |
| 515 Congress Street, Ste. 2523 | 60 East 42nd Street, 37th Floor |
| Austin, Texas 78701 | New York, New York 10165-0150 |
| Telephone: (512) 236-9901 | Telephone: (212) 661-3535 |
| Facsimile: (512) 236-9904 | Facsimile: (212) 972-1677 |
| Email: streusand@streusandlandon.com | Email: sgross@hodgsonruss.com |

**PLEASE TAKE FURTHER NOTICE** that the above-referenced attorneys consent to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any applications, petitions, motions, pleadings, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document (including, without limitation, statements of affairs and schedules of assets and liabilities) filed with, or otherwise brought before, this Court with respect to the above-referenced case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, e-mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise, which affects the above-captioned Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that a request is also made that the attorneys and the addresses identified herein be added to the mailing matrix on file with the Clerk of the Bankruptcy Court at set forth above or otherwise for notice of all contested matters, adversary proceedings, and other proceedings in this Chapter 11 case.

000160/00890 Litigation 6811275v2

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Documents nor any later appearance, pleading, proof of claim, claim or suit shall be deemed or construed as a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (5) an election of remedy, or (6) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entity is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:   June 11, 2009
         New York, NY

By:   /s/ Stephen H. Gross
Stephen H. Gross, Esq.
**Hodgson Russ LLP**
60 East 42nd Street, 37th Floor
New York, NY 10165-0150
Telephone: (212) 661-3535
Facsimile: (212) 972-1677
sgross@hodgsonruss.com

-and-

**Streusand & Landon LLP**
515 Congress Street, Suite 2523
Austin, TX 78701
Telephone: (512)236-9901
Facsimile: (512) 236-9905
Sabrina L. Streusand, Esq.
streusand@streusandlandon.com

Co-Counsel for Xerox Capital Services L.L.C.
as Servicing Agent to Xerox Corporation