**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.,* | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION OF JENNA S. CLEMENS**
**FOR ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Jenna S. Clemens, to be admitted, *pro hac vice*, to represent creditors and contract counterparties APL Co. Pte. Ltd., American President Lines, Ltd., APL Logistics Transportation Management Services, Ltd. and APL Logistics Ltd., creditors and parties-in-interest in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of California and the bar of the U.S. District Court for the Northern District of California, it is hereby

**ORDERED**, that Jenna S. Clemens, is admitted to practice, *pro hac vice*, in the above referenced case to represent creditors and contract counterparties APL Co. Pte. Ltd., American President Lines, Ltd., APL Logistics Transportation Management Services, Ltd. and APL Logistics Ltd., in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____ ____, 2009
       New York, New York

                                          _____
                                          ROBERT E. GERBER
                                          UNITED STATES BANKRUPTCY JUDGE

1

OHS West:260675643.1