DAWDA, MANN, MULCAHY & SADLER, PLC
William L. Rosin
Kenneth A. Flaska *(Pro Hac Vice)*
39533 Woodward Avenue, Suite 200
Bloomfield Hills, Michigan  48304
Telephone:  (248) 642-3700
Facsimile:  (248) 642-7791

*Attorneys for John E. Green Company*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re:                                              :         **Chapter 11**
                                                    :         **Case No 09-50026-reg**
    **GENERAL MOTORS CORPORATION**   :         **Hon. Robert E. Gerber**
                                                    :
         **Debtor.**                                :
                                                    :
---------------------------------------------------------x

**APPEARANCE, NOTICE OF APPEARANCE
AND REQUEST FOR NOTICES**

TO: All Creditors and Interested Parties

PLEASE TAKE NOTICE that the law firm of  Dawda, Mann, Mulcahy & Sadler, PLC, has entered its appearance in the above-captioned case as counsel for JOHN E. GREEN COMPANY and requests that all notices given or required to be given in this case and all papers served in this case be served upon the undersigned at the office and address set forth below.

PLEASE TAKE FURTHER NOTICE that the undersigned requests that the Court add the undersigned to the matrix of creditors.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, or demand,

whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, telex, or otherwise which affects the Debtor or property of the Debtor.

Dated: June 11, 2009

                        DAWDA, MANN, MULCAHY & SADLER, PLC

                        By:____/s/ Kenneth A. Flaska_____
                        Kenneth A. Flaska (P28605)
                        William L. Rosin (P40529)
                        39533 Woodward Avenue, Suite 200
                        Bloomfield Hills, Michigan 48304
                        (248) 642-3700
                        gm@dmms.com