KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
400 Renaissance Center, Suite 3400
Detroit, Michigan 48243
Phone: (313) 259-8300
Fax: (313) 259-1451
Jayson M. Macyda, Esq. (P64733)

Attorneys for Applied Manufacturing Technologies

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: General Motors Corp., et al | Chapter 11 |
| Debtors. | Case No. 09-50026-reg |
| | Hon. : Robert E. Gerber |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jayson M. Macyda, a member in good standing of the bar of the State of Michigan and the U.S. District Court for the Eastern District of Michigan, hereby request admission, *pro hac vice,* before the Honorable Robert E. Gerber, United States Bankruptcy Judge, to represent Applied Manufacturing Technologies in connection with the above-referenced Chapter 11 cases and related proceedings.

My address is:     Kotz, Sangster, Wysocki and Berg, P.C.
                   400 Renaissance Center, Suite 3400
                   Detroit, Michigan 48243

My email address:  jmacyda@kotzsangster.com
Telephone number:  (313) 259-8300

I agree to pay the required filing fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: June 11, 2009              /s/ Jayson M. Macyda
                                  JAYSON M. MACYDA (P64733)