KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
400 Renaissance Center, Suite 3400
Detroit, Michigan 48243
Phone: (313) 259-8300
Fax: (313) 259-1451
Frederick A. Berg, Esq. (P38002)
Jayson M. Macyda (P64733)

Attorneys for Applied Manufacturing Technologies

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: General Motors Corp., et al | Chapter 11 |
| Debtors. | Case No. 09-50026-reg |
| | Hon. : Robert E. Gerber |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Applied Manufacturing Technologies, by and through its attorneys, Kotz, Sangster, Wysocki and Berg, P.C., appears in the above-entitled bankruptcy cases and demands, pursuant to 11 U.S.C. §§ 102(1), 342 and 1109(b) and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in this case, be given to and served upon:

Kotz, Sangster, Wysocki and Berg, P.C.
400 Renaissance Center, Suite 3400
Detroit, Michigan 48243
    Attention: Frederick A. Berg, Esq.
           Jayson M. Macyda, Esq.

Email address: fberg@kotzsangster.com
                 jmacyda@kotzsangster.com

Telephone number:   (313) 259-8300
Facsimile:                (313) 259-1451

This request includes, without limitation, all notices (including those required by Bankruptcy Rules 2002 and 4001 or ordered by the Court pursuant to Bankruptcy Rule

9007), applications, motions, petitions, orders, pleadings, requests, lists, schedules, statements, complaints and demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telecopy, electronic file transfer, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive (i) the right to have final orders in non-core matters entered only after do novo review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Applied Manufacturing Technologies is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

                                                  Kotz, Sangster, Wysocki and Berg, P.C.

Dated: June 11, 2009                 By: /s/ Frederick A. Berg
                                                Frederick A. Berg (P38002)
                                                /s/ Jayson M. Macyda
                                                Jayson M. Macyda (P64733)
                                            400 Renaissance Center, Suite 3400
                                            Detroit, MI 48243
                                            (313) 259-8300
                                            fberg@kotzsangster.com
                                            jmacyda@kotzsangster.com