FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Phone: (312) 832-4500
Fax: (312) 832-4700
Jill L. Murch (JM2728)
Joanne Lee

*Attorneys for Cummins Inc., Cummins Power Generation Inc., Cummins Filtration Inc., Cummins Emission Solutions Inc., Cummins Fuel Systems, Cummins Turbo Technologies, and Diesel Recon Company*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.,* | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby files this Notice of Appearance and Request for Service of Papers as counsel for Cummins Inc., Cummins Power Generation Inc., Cummins Filtration Inc., Cummins Emission Solutions Inc., Cummins Fuel Systems, Cummins Turbo Technologies, and Diesel Recon Company (collectively "Cummins") in these cases. Pursuant to the applicable Federal Rules of Bankruptcy Procedure, the undersigned does hereby request and demand that the Clerk of this Court and all other parties-in-interest in these proceedings, provide notice of, and where applicable, service of, all motions, applications, orders, pleadings, notices or other communications filed in, or pertaining to these proceedings to the undersigned, whether such motion, application, order, pleading, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever, to the attorneys listed directly below:

ORLA_1337860.1

       Jill L. Murch
       Joanne Lee
       FOLEY & LARDNER LLP
       321 North Clark Street, Suite 2800
       Chicago, IL 60654-5313
       Tel: (312) 832-4500
       Fax: (312) 832-4700
       Email: jmurch@foley.com
             jlee@foley.com

      PLEASE TAKE NOTICE that Cummins intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) its right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge, (2) its right to a trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) its right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, recoupments or remedies to which it is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies it expressly reserves.

Dated: Chicago, Illinois
       June 11, 2009

                                    By: */s/* Jill L. Murch
                                         Jill L. Murch (JM2728)
                                         Joanne Lee
                                         FOLEY & LARDNER LLP
                                         321 North Clark Street, Suite 2800
                                       Chicago, IL 60654
                                       Tel: (312) 832-4500
                                       Fax: (312) 832-4700

                                       *Attorneys for Cummins Inc., Cummins Power Generation Inc., Cummins Filtration Inc., Cummins Emission Solutions Inc., Cummins Fuel Systems, Cummins Turbo Technologies, and Diesel Recon Company*

ORLA_1337860.1

## CERTIFICATE OF SERVICE

       I, Jill L. Murch, an attorney, certify that on June 11, 2009, I caused a true and correct copy of NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS was served electronically through the Court's ECF System on parties requesting electronic service and by first class mail to the following persons at the following addresses:

| | |
|---|---|
| Honorable Robert E. Gerber<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, New York 10004-1408 | The Office of the United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004 |
| Harvey R. Miller<br>Stephen Karotkin<br>Joseph H. Smolinsky<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153 | The Garden City Group, Inc.<br>105 Maxess Road<br>Melville, NY 11747 |

          */s/ Jill L. Murch*

          FOLEY & LARDNER LLP
          321 North Clark Street, Suite 2800
          Chicago, IL 60654-5313
          Tel: (312) 832-4500
          Fax: (312) 832-4700

ORLA_1337860.1