UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re                                                        :
                                                             :    Chapter 11 Case No.
GENERAL MOTORS CORP., *et. al.*                              :
                                                             :    09-50026 (REG)
                                                             :
            Debtors.                                         :    (Jointly Administered)
                                                             :
-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    :
                     ss:
COUNTY OF SUFFOLK    :

Ilka F. Charles, being duly sworn, deposes and states:

1.  I am a Senior Project Supervisor employed by The Garden City Group, Inc., the proposed claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.  On June 5, 2009, at the direction of Weil, Gotshal & Manges LLP, proposed counsel for the Debtors, I caused a true and correct copy of the following document to be served by overnight mail on the parties set forth on Exhibit A (parties interested in purchase and additional parties who filed a Notice of Appearance) attached hereto:

- **Order Pursuant to 11 U.S.C. §§ 105, 363, and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006 (i) Approving Procedures for Sale of Debtors' Assets Pursuant to Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser; (ii) Scheduling Bid Deadline and Sale Hearing Date; (iii) Establishing Assumption and Assignment Procedures; and (iv) Fixing Notice Procedures and Approving Form of Notice (Docket No. 274)**

3.  I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

                                            /s/ Ilka F. Charles

# Exhibit A

| | |
|---|---|
| CEBERUS CAPITAL MANAGEMENT LP<br>ATTN: SETH GARDNER, LEGAL COUNSEL<br>299 PARK AVENUE<br>NEW YORK NY 10171 | LAW DEBENTURE TRUST COMPANY OF NEW YORK<br>ATTN:  ROBERT BICE, SENIOR VICE PRESIDENT<br>400 MADISON AVE<br>4TH FL<br>NEW YORK NY 10017 |
| MARK BUTTITA<br>2429 S ALPINE RD<br>ROCKFORD IL 61108 | RIPPLEWOOD HOLDINGS L.L.C.<br>TIMOTHY C. COLLINS AND IAN K. SNOW<br>1 ROCKEFELLER PLZ FL 32<br>NEW YORK NY 10020-2010 |
| SERRA CHEVROLET OF BIRMINGHAM, INC.<br>PO BOX 59120<br>ATTN:  QUENTIN BROWN, VP/GENERAL COUNSEL<br>BIRMINGHAM AL 35259 | THE BLACKSTONE GROUP<br>ATTN: ROBERT L FREIDMAN<br>SR MANAGING DIRECTOR & CHIEF LEGAL OFFICER<br>345 PARK AVENUE, 31ST FL<br>NEW YORK NY 10154 |