**KELLEY DRYE & WARREN LLP**
James S. Carr, Esq.
Benjamin D. Feder, Esq.
Jordan A. Bergman, Esq.
101 Park Avenue
New York, New York 10178
Tel:  212-808-7800
Fax:  212-808-7897

*Attorneys for BP Products North America Inc. and*
*BP Corporation North America Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.*, | ) | Case No. 09-50026 (REG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**EXHIBIT A [D.I. 679]**

**TO OBJECTION OF BP PRODUCTS NORTH AMERICA INC.
AND BP CORPORATION NORTH AMERICA INC. TO THE
DEBTORS' NOTICE OF ASSUMPTION AND ASSIGNMENT
<u>AND PROPOSED CURE AMOUNT</u>**

Dated: New York, New York
       June 11, 2009

**KELLEY DRYE & WARREN LLP**

By: */s/ James S. Carr*
    James S. Carr
    Benjamin D. Feder
    Jordan A. Bergman
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

*Attorneys for BP Products North America*
*Inc. and BP Corporation North America Inc.*

| Location Number | SHIP DATE | GM PO# | GM PART# | GALLONS | BP PPG | BP TOTAL INVOICE | GM TOTAL PAID | VARIANCE |
|---|---|---|---|---|---|---|---|---|
| 90077899 | 4/2/2009 | ARS55632 | 09986086B | | | | 16,350.49 | 506.39 |
| 90085209 | 12/1/2008 | MAS57890 | 9986086 | | | | 28,486.16 | 824.34 |
| 90085209 | 12/8/2008 | MAS57890 | 9986086 | | | | 27,466.83 | 1,864.37 |
| 90085209 | 12/18/2008 | MAS57890 | 9986086 | | | | 16,726.20 | 520.75 |
| 90072617 | 4/2/2009 | DTS04060 | 9986086B | | | | 27,944.93 | 836.40 |
| 90035955 | 1/7/2009 | FWS43388 | 9986086 | | | | 29,949.26 | (16,678.10) |
| 90035955 | 2/3/2009 | FWS43456 | 9986086 | | | | 13,329.23 | 3,420.05 |
| 90035955 | 2/1/2009 | FWS43456 | 9986086 | | | | 13,278.61 | 3,407.06 |
| 90035955 | 3/15/2009 | FWS43543 | 9986086 | | | | 16,668.83 | 605.88 |
| 90035955 | 3/18/2009 | FWS43543 | 9986086 | | | | 16,637.02 | 604.72 |
| 90035955 | 3/19/2009 | FWS43543 | 9986086 | | | | 16,638.90 | 604.79 |
| 90035955 | 3/25/2009 | FWS43591 | 9986086 | | | | 16,459.30 | 784.39 |
| 90035955 | 3/26/2009 | FWS43591 | 9986086 | | | | 16,466.78 | 757.52 |
| 90035955 | 3/29/2009 | FWS43599 | 9986086 | | | | 16,472.39 | 718.95 |
| 90035955 | 4/1/2009 | FWS43599 | 9986086 | | | | 16,623.93 | 604.38 |
| 90035955 | 4/3/2009 | FWS43599 | 9986086 | | | | 16,463.04 | 1,296.62 |
| 90035955 | 4/8/2009 | FWS43613 | 9986086 | | | | 16,464.91 | 1314.77 |
| 90035955 | 4/8/2009 | FWS43613 | 9986086 | | | | 16,680.05 | 1,163.54 |
| 90035955 | 4/20/2009 | FWS43669 | 9986086 | | | | 16,506.07 | 1,151.40 |
| 90035955 | 4/16/2009 | FWS43630 | 9986086 | | | | 16,565.93 | 1,155.58 |
| 90035955 | 4/22/2009 | FWS43644 | 9986086 | | | | 16,556.58 | 1,154.93 |
| 90035955 | 4/22/2009 | FWS43655 | 9986086 | | | | 16,607.09 | 1,158.45 |
| 90035955 | 4/24/2009 | FWS43644 | 9986086 | | | | 16,599.61 | 1,157.92 |
| 90035955 | 4/29/2009 | FWS43644 | 9986086 | | | | 16,088.88 | 1,122.30 |
| 90035955 | 4/27/2009 | FWS43665 | 9986086 | | | | 16,090.75 | 960.45 |
| 90085206 | 2/4/2009 | LTS78597 | 9986086 | | | | 13,692.97 | 3,325.31 |
| 90085206 | 2/11/2009 | LTS78597 | 9986086 | | | | 13,691.39 | 3,324.93 |
| 90085206 | 2/25/2009 | LTS78597 | 9986086 | | | | 13,689.82 | 3,324.55 |
| 90085206 | 3/18/2009 | LTS78643 | 9986086 | | | | 17,014.37 | 591.80 |
| 90085206 | 4/8/2009 | LTS78693 | 9986086 | | | | 17,604.15 | 543.87 |
| 90085206 | 4/22/2009 | LTS78693 | 9986086 | | | | 17,594.03 | 543.56 |
| 90085208 | 4/21/2009 | ORS95048 | 0369-008N | | | | 22,505.00 | (3,155.20) |
| 90085208 | 4/24/2009 | ORS95048 | 0369-008N | | | | 22,510.00 | (3,155.90) |
| 90035966 | 2/6/2009 | TCS24981 | AMUL-ETHA | | | | 13,954.16 | 3,285.96 |
| 90076691 | 3/2/2009 | FXR52409 | 9986086 | | | | 13,229.76 | 3,831.75 |
| 90076691 | 3/5/2009 | FXR52410 | 9986086 | | | | 13,369.59 | 3,872.25 |
| 90076691 | 3/11/2009 | FXR52411 | 9986086 | | | | 11,433.68 | 3,311.55 |
| 90076691 | 3/24/2009 | FXR52412 | 9986086 | | | | 13,319.87 | 3,857.85 |
| 90076691 | 3/27/2009 | FXR52532 | 9986086 | | | | 13,377.36 | 3,874.50 |
| 90076691 | 4/1/2009 | FXR52533 | 9986086 | | | | 13,397.56 | 4,419.15 |
| 90076691 | 4/16/2009 | FXR52536 | 9986086 | | | | 13,327.64 | 4,396.09 |
| 90076691 | 4/6/2009 | FXR52534 | 9986086 | | | | 13,105.46 | 4,322.82 |
| 90076691 | 4/8/2009 | FXR52535 | 9986086 | | | | 13,368.03 | 4,409.42 |
| 90076691 | 4/21/2009 | FXR52537 | 9986086 | | | | 13,332.30 | 4,397.63 |
| 90076691 | 4/29/2009 | FXR52776 | 9986086 | | | | 13,270.15 | 4,377.13 |
| 90077900 | 3/3/2009 | SHR92116 | 9986086 | | | | 14,602.83 | 3,662.10 |
| 90077900 | 3/19/2009 | SHR92305 | 9986086 | | | | 14,400.06 | 4,105.02 |
| 90077900 | 4/29/2009 | SHR92476 | 9986086 | | | | 8,972.00 | 2,551.29 |
| 90079164 | 2/6/2009 | PRO03DD0009 | 9986086 | | | | 12,624.77 | 3,236.69 |
| 90079164 | 2/2/2009 | PRO03DD0009 | 9986086 | | | | 12,659.04 | 3,245.47 |
| 90079164 | 2/1/2009 | PRO03DD0009 | 9986086 | | | | 12,636.69 | 3,239.74 |
| 90079164 | 2/17/2009 | PRO03DD0009 | 9986086 | | | | 12,629.24 | 3,237.83 |
| 90079164 | 2/16/2009 | PRO03DD0009 | 9986086 | | | | 12,642.65 | 3,241.27 |
| 90079164 | 2/15/2009 | PRO03DD0009 | 9986086 | | | | 12,597.95 | 3,229.81 |
| 90079164 | 2/22/2009 | PRO03DD0009 | 9986086 | | | | 12,624.77 | 3,236.69 |
| 90079164 | 2/9/2009 | PRO03DD0009 | 9986086 | | | | 12,611.36 | 3,233.25 |
| 90079164 | 2/9/2009 | PRO03DD0009 | 9986086 | | | | 12,612.85 | 3,233.63 |
| 90079164 | 2/22/2009 | PRO03DD0009 | 9986086 | | | | 12,627.75 | 3,237.45 |
| 90079164 | 3/5/2009 | PRO03DD0009 | 9986086 | | | | 12,596.46 | 3,804.30 |
| 90079164 | 3/4/2009 | PRO03DD0009 | 9986086 | | | | 12,590.50 | 3,802.50 |
| 90079164 | 3/18/2009 | PRO03DD0009 | 9986086 | | | | 12,620.30 | 3,811.50 |
| 90079164 | 3/19/2009 | PRO03DD0009 | 9986086 | | | | 12,609.87 | 3,808.35 |
| 90079164 | 3/10/2009 | PRO03DD0009 | 9986086 | | | | 12,583.05 | 3,800.25 |
| 90079164 | 3/30/2009 | PRO03DD0009 | 9986086 | | | | 12,650.10 | 3,820.50 |
| 90079164 | 3/9/2009 | PRO03DD0009 | 9986086 | | | | 12,583.05 | 3,800.25 |
| 90079164 | 3/23/2009 | PRO03DD0009 | 9986086 | | | | 12,603.91 | 3,806.55 |
| 90079164 | 3/24/2009 | PRO03DD0009 | 9986086 | | | | 12,600.93 | 3,805.65 |
| 90079164 | 3/31/2009 | PRO03DD0009 | 9986086 | | | | 12,615.83 | 3,810.15 |
| 90079164 | 3/27/2009 | PRO03DD0009 | 9986086 | | | | 12,617.32 | 3,810.60 |
| 90079164 | 4/7/2009 | PRO03DD0009 | 9986086 | | | | 12,638.18 | 4,347.16 |
| 90079164 | 4/5/2009 | PRO03DD0009 | 9986086 | | | | 12,641.16 | 4,348.17 |
| 90079164 | 4/7/2009 | PRO03DD0009 | 9986086 | | | | 12,645.63 | 4,349.72 |
| 90079164 | 4/20/2009 | PRO03DD0009 | 9986086 | | | | 12,597.95 | 4,333.32 |
| 90079164 | 4/30/2009 | PRO03DD0009 | 9986086 | | | | 12,545.80 | 4,315.38 |
| 90079164 | 4/21/2009 | PRO03DD0009 | 9986086 | | | | 12,593.48 | 4,331.78 |
| 90078963 | 2/27/2009 | PRO03DD0009 | 9986086 | | | | 12,609.87 | 3,232.87 |
| 90078963 | 2/15/2009 | PRO03DD0009 | 9986086 | | | | 12,638.18 | 3,240.12 |
| 90078963 | 2/24/2009 | PRO03DD0009 | 9986086 | | | | 12,627.75 | 3,237.45 |
| 90078963 | 3/15/2009 | PRO03DD0009 | 9986086 | | | | 12,583.05 | 3,870.09 |
| 90078963 | 3/20/2009 | PRO03DD0009 | 9986086 | | | | 12,605.40 | 3,807.00 |
| 90078963 | 3/25/2009 | PRO03DD0009 | 9986086 | | | | 12,618.81 | 3,811.05 |
| 90078963 | 4/15/2009 | PRO03DD0009 | 9986086 | | | | 12,617.32 | 4,339.97 |
| 90078963 | 4/6/2009 | PRO03DD0009 | 9986086 | | | | 12,639.67 | 4,347.66 |
| 90078963 | 4/16/2009 | PRO03DD0009 | 9986086 | | | | 12,612.85 | 4,338.45 |
| 90078963 | 4/27/2009 | PRO03DD0009 | 9986086 | | | | 12,575.60 | 4,325.62 |
| 90078963 | 4/30/2009 | PRO03DD0009 | 9986086 | | | | 12,557.72 | 4,319.47 |
| | | | | | | | | 218,182.99 |

**General Motors Aging Analysis**

| | | Whole opens with March 09 date: | $ | 319,820.52 |
| | | Whole opens with April 09 date: | $ | 52,766.07 |

| Document Date | Document # | Purchase Order | BOL Number | Due Date | Ship To # | Location Name | Amount Due from March 2009 | Amount Due from April 2009 |
|---|---|---|---|---|---|---|---|---|
| 3/3/2009 | 3028310976 | | | 5/5/2009 | 90035963 | Milford Proving Grounds | 26,368.85 | |
| 3/8/2009 | 3028322762 | | | 5/5/2009 | 90035963 | Milford Proving Grounds | 25,891.91 | |
| 3/10/2009 | 3028359707 | | | 5/5/2009 | 90035963 | Milford Proving Grounds | 26,794.29 | |
| 3/11/2009 | 3028367440 | | | 5/5/2009 | 90035963 | Milford Proving Grounds | 26,786.42 | |
| 3/15/2009 | 3028345144 | | | 5/5/2009 | 90035963 | Milford Proving Grounds | 26,669.22 | |
| 3/17/2009 | 3028406387 | | | 5/5/2009 | 90035963 | Milford Proving Grounds | 26,890.76 | |
| 3/19/2009 | 3028424726 | | | 5/5/2009 | 90035963 | Milford Proving Grounds | 26,999.98 | |
| 3/22/2009 | 3028432375 | | | 5/5/2009 | 90035963 | Milford Proving Grounds | 26,566.49 | |
| 3/24/2009 | 3028458961 | | | 5/5/2009 | 90035963 | Milford Proving Grounds | 26,580.58 | |
| 3/25/2009 | 3028466795 | | | 5/5/2009 | 90035963 | Milford Proving Grounds | 26,667.40 | |
| 3/29/2009 | 3028480645 | | | 5/5/2009 | 90035963 | Milford Proving Grounds | 26,882.73 | |
| 3/31/2009 | 3028505581 | | | 5/5/2009 | 90035963 | Milford Proving Grounds | 26,721.89 | |
| 4/9/2009 | 3028579339 | | | 6/5/2009 | 90035963 | Milford Proving Grounds | | 27,625.86 |
| 4/27/2009 | 3028702726 | | | 6/5/2009 | 90035953 | Pontiac - Truck Engineering | | 13,197.95 |
| 4/29/2009 | 3028718304 | | | 6/5/2009 | 90085206 | Lordstown Assembly | | 17,528.75 |
| 5/29/2009 | 1400012387 | | | | | April GM Tech Warren Proving | | (5,586.49) |
| | | | | | | Totals | 319,820.52 | 52,766.07 |