**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

**In re:**

**GENERAL MOTORS CORP.,** *et al.*    Chapter 11 Case No.
                                      09-50026 (REG)

                                      **(Jointly Administered)**

       **Debtors.**
----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Robert R. Ross, request admission, *pro hac vice,* before the Honorable Robert E. Gerber to represent Federal Express Corporation in the above-referenced case.

    I certify that I am a member in good standing of the bar in the State of Tennessee and the bar of the United States District Court for the Western District of Tennessee,

    I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated:  June 10, 2009
Memphis, Tennessee

                                      /s/ Robert R. Ross
                                      Robert R. Ross
                                      Federal Express Corporation
                                      3620 Hacks Cross Road
                                      Building B—2nd Floor
                                      Memphis, Tennessee 38125
                                      901-434-8369  Telephone
                                      901-434-4523  Facsimile
                                      **rrross@fedex.com**  e-mail address