Michael St. Patrick Baxter
Dennis B. Auerbach
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC  20004-2401
phone:  (202) 662-6000
fax:  (202) 662-6291

- and -

Susan Power Johnston
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
phone:  (212) 841-1000
fax:  (212) 841-1010

*Counsel to Union Pacific Railroad Company*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

_____

**CERTIFICATE OF SERVICE**

        I, Jennifer McNeil, do hereby certify, that on June 9, 2009, I caused a true and correct copy of the *Notice of Appearance and Request for Notices* [Docket No. 551], to be served electronically through the Court's PACER System on parties requesting electronic service in the above-captioned chapter 11 cases.

Dated:  New York, New York
      June 11, 2009                         COVINGTON & BURLING LLP

                                          By:  */s/ Jennifer McNeil*
                                                 Jennifer McNeil