# EXHIBIT A



**CUSTOM AUTOMOTIVE SERVICES, INC.**

DATE: April 30, 2009

5545 Bridgewood
Sterling Heights, MI 48310
(586) 264-0790
FAX (586) 264-0793

**INVOICE**
**# 4284**

Communications
GM Tracking Center
200 Renaissance Center
Detroit, MI 48265-2000

VENDOR #  62.291 3887
P.O. #    GMB07167
RELEASE # GMR90011

Re: Heritage Center Interview

Attn: Dorothy Maniaci  MC 482-C30-C76

Requested by David Darovitz
EA # 2009-A6465-EF10

| | | | Price | Quantity | Total |
|---|---|---|---|---|---|
| 00043 | 1294-0A6N | Vehicle Prep Level 3 | 175.00 each | 1 | $175.00 |
| 00053 | 1416-015K | Driver | 27.50 / hour | 4 | $110.00 |
| 00056 | 1416-01AH | Manager | 47.5 / hour | 4.25 | $201.88 |
| | | | **Total this invoice** | | **$486.88** |

**PLEASE PAY FROM THIS INVOICE**

Sent
5/13