# EXHIBIT B



## CUSTOM AUTOMOTIVE SERVICES, INC.

DATE:   June 3, 2009

5545 Bridgewood
Sterling Heights, MI 48310
(586) 264-0790
FAX (586) 264-0793

**INVOICE**
**# 4289**

Communications
GM Tracking Center
200 Renaissance Center
Detroit, MI 48265-2000

VENDOR #          62 291 3887
P.O. #             GMB07167
RELEASE #

Re:    Danish Press Corps.

Attn:   Dorothy Maniaci  MC 482-C30-C76

Requested by David Darovitz
EA # 2009-A6465-EF10

| | | | | | |
|---|---|---|---|---|---|
| 00042 | 1294-0A6R | Vehicle Prep Level 1 | 25.00 each | 1 | $25.00 |
| 00044 | 1294-0A92 | Vehicle Prep Level 5 | 225.00 each | 1 | $225.00 |
| 00075 | 1431-008G | Mechanic | 35.00 / hour | 1 | $35.00 |
| 00056 | 1416-01AH | Manager | 47.5 / hour | 1 | $47.50 |
| 00068 | 1416-01AL | Travel Manager | 45.00 / hour | 1.5 | $67.50 |

**Total this Invoice**          $400.00

**PLEASE PAY FROM THIS INVOICE**



**CUSTOM AUTOMOTIVE SERVICES, INC.**

DATE:    June 3, 2009

5545 Bridgewood
Sterling Heights, MI 48310
(586) 264-0790
FAX (586) 264-0793

INVOICE
# 4290

Communications
GM Tracking Center
200 Renaissance Center
Detroit, MI 48265-2000

VENDOR #
P.O. #
RELEASE #

62 291 3887
GMB07167

Re:    Volt Media Drive

Attn:    Dorothy Maniaci  MC 482-C30-C76

Requested by David Darovitz
EA # 2009-A6465-EF10

| | | | | | |
|---|---|---|---|---|---|
| 00042 | 1294-0A6R | Vehicle Prep Level 1 | 25.00 each | 1 | $25.00 |
| 00044 | 1294-0A92 | Vehicle Prep Level 5 | 225.00 each | 1 | $225.00 |
| 00075 | 1431-008G | Mechanic | 35.00 / hour | 0.5 | $17.50 |

Total this Invoice          $267.50

**PLEASE PAY FROM THIS INVOICE**



### CUSTOM AUTOMOTIVE SERVICES, INC.

DATE:    June 3, 2009

5545 Bridgewood
Sterling Heights, MI 48310
(586) 264-0790
FAX (586) 264-0793

**INVOICE**
**# 4291**

Communications
GM Tracking Center
200 Renaissance Center
Detroit, MI 48265-2000

VENDOR #          62 291 3887
P.O. #             GMB07167
RELEASE #

Re:    Good Morning America Event

Attn:    Dorothy Maniaci  MC 482-C30-C76

Requested by David Darovitz
EA # 2009-A6465-EF10

| | | | | | |
|---|---|---|---|---|---|
| 00044 | 1294-0A92 | Vehicle Prep Level 5 | 225.00 each | 1 | $225.00 |
| 00056 | 1416-01AH | Manager | 47.5 / hour | 9.5 | $451.25 |
| 00061 | 1294-09TM | Travel | 1.00 / dollar | 19.4 | $19.40 |
| | | | **Total this Invoice** | | $695.65 |

**PLEASE PAY FROM THIS INVOICE**



**CUSTOM AUTOMOTIVE SERVICES, INC.**

DATE:    June 3, 2009

5545 Bridgewood
Sterling Heights, MI 48310
(586) 264-0790
FAX (586) 264-0793

**INVOICE
# 4292**

Communications
GM Tracking Center
200 Renaissance Center
Detroit, MI 48265-2000

VENDOR #          62 291 3887
P.O. #            GMB07167
RELEASE #

Re:    Car and Driver Photo Shoot

Attn:    Dorothy Maniaci  MC 482-C30-C76

Requested by David Darovitz
EA # 2009-A6465-EF10

| | | | | | |
|---|---|---|---|---|---|
| 00044 | 1294-0A92 | Vehicle Prep Level 5 | 225.00 each | 1 | $225.00 |
| 00061 | 1294-09TM | Travel | 1.00 / dollar | 42.68 | $42.68 |
| 00068 | 1416-01AL | Travel Manager | 45.00 / hour | 12.25 | $551.25 |
| 00069 | 1416-01AM | Travel Manager Overtime | 58.50 / hour | 9 | $526.50 |

**Total this Invoice**          $1,345.43

PLEASE PAY FROM THIS INVOICE

# CAS

## CUSTOM AUTOMOTIVE SERVICES, INC.

5545 Bridgewood
Sterling Heights, MI 48310
(586) 264-0790
FAX (586) 264-0793

DATE:   June 3, 2009

**INVOICE
# 4293**

Communications
GM Tracking Center
200 Renaissance Center
Detroit, MI 48265-2000

VENDOR #        62 291 3887
P.O. #          GMB07167
RELEASE #

Re:     David Letterman Show

Attn:   Dorothy Maniaci  MC 482-C30-C76

Requested by David Darovitz
EA # 2009-A6465-EF10

| | | | | | |
|---|---|---|---|---|---|
| 00056 | 1416-01AH | Manager | 47.5 / hour | 21.25 | $1,009.38 |
| 00061 | 1294-09TM | Travel | 1.00 / dollar | 833.72 | $833.72 |

**Total this invoice**        $1,843.10

### PLEASE PAY FROM THIS INVOICE



**CUSTOM AUTOMOTIVE SERVICES, INC.**

DATE:    June 3, 2009

5545 Bridgewood
Sterling Heights, MI 48310
(586) 264-0790
FAX (586) 264-0793

INVOICE
# 4294

GENERAL MOTORS CORPORATION
VSSM Marketing Services
100 Renaissance Center
Detroit, MI 48265-1000

VENDOR #        62 291 3887
P.O. #          GMB07167
RELEASE #       GMR87378

Attn:    Sean Finegan  MC 482-A25-D35

APACC Annual Dinner

| | | | | | |
|---|---|---|---|---|---|
| 00044 | 1294-0A92 | Vehicle Prep Level 5 | 225.00 each | 1 | $225.00 |
| 00075 | 1431-008G | Mechanic | 35.00 / hour | 2 | $70.00 |
| 00076 | 1431-008H | Mechanic Overtime | 45.50 / hour | 8 | $364.00 |
| 00053 | 1416-015K | Driver | 27.50 / hour | 0.25 | $6.88 |
| 00061 | 1294-09TM | Travel | 1.00 / dollar | 104.76 | $104.76 |
| 00069 | 1416-01AM | Travel Manager Overtime | 58.50 / hour | 8 | $468.00 |

Total this Invoice        $1,238.64

**PLEASE PAY FROM THIS INVOICE**



**CUSTOM AUTOMOTIVE SERVICES, INC.**

DATE:    June 3, 2009

5545 Bridgewood
Sterling Heights, MI 48310
(586) 264-0790
FAX (586) 264-0793

**INVOICE
# 4295**

GENERAL MOTORS CORPORATION
Chevy Racing
100 Renaissance Center
Detroit, MI 48265-1000

VENDOR #    62 291 3887
P.O. #    GMB07167
RELEASE #    GMR88388

Attn:    Jeff Chew MC 482-A29-D76

Raceshop: Monthly Charges

| | | Description | Rate | Quantity | Cost |
|---|---|---|---|---|---|
| 00040 | 1429-00AH | Storage (Vehicles) | 6.75 each | 1331 | $8,984.25 |
| 00041 | 1429-00AG | Storage (Parts) | .90 / sq ft | 926 | $833.40 |
| 00042 | 1294-0A6R | Vehicle Prep Level 1 | 25.00 each | 9 | $225.00 |
| 00044 | 1294-0A92 | Vehicle Prep Level 5 | 225.00 each | 3 | $675.00 |
| 00075 | 1431-008G | Mechanic | 35.00 / hour | 15.25 | $533.75 |
| 00050 | 1416-01AA | Technician | 40.00 / hour | 21 | $840.00 |
| 00053 | 1416-015K | Driver | 27.50 / hour | 2.75 | $75.63 |
| 00056 | 1416-01AH | Manager | 47.5 / hour | 30 | $1,425.00 |
| 00060 | 1294-09TN | Support | 1.00 / dollar | 578.59 | $578.59 |
| 00061 | 1294-09TM | Travel | 1.00 / dollar | 2675.58 | $2,675.58 |
| 00065 | 1415-00JK | Scheduler | 37.50 / hour | 35 | $1,312.50 |
| 00068 | 1416-01AL | Travel Manager | 45.00 / hour | 91.5 | $4,117.50 |
| 00069 | 1416-01AM | Travel Manager Overtime | 58.50 / hour | 50.25 | $2,939.63 |
| 00070 | 1416-01AN | Travel Manager Holiday | 76.50 / hour | 43.5 | $3,327.75 |
| 00072 | 1416-01AP | Technician Senior | 45.00 / hour | 2.25 | $101.25 |

**Total this Invoice**    $28,644.83

**PLEASE PAY FROM THIS INVOICE**



**CUSTOM AUTOMOTIVE SERVICES, INC.**

DATE: June 3, 2009

5545 Bridgewood
Sterling Heights, MI 48310
(586) 264-0790
FAX (586) 264-0793

INVOICE
# 4296

GM Auto Shows & Exhibits Department
100 Renaissance Center
P O Box 100
Detroit, MI 48265-1000

Attn: Scott Settlemire MC 482-A25-D41

VENDOR #   62 291 3887
P.O. #      GMB07167
RELEASE #   GMR88767

Auto Shows & Exhibits: Monthly Charges

| | | Description | Rate | Quantity | |
|---|---|---|---|---|---|
| 00040 | 1429-00AH | Storage (Vehicles) | 6.75 each | 394 | $2,659.50 |
| 00041 | 1429-00AG | Storage (Parts) | .90 / sq ft | 150 | $135.00 |
| 00042 | 1294-0A6R | Vehicle Prep Level 1 | 25.00 each | 1 | $25.00 |
| 00044 | 1294-0A92 | Vehicle Prep Level 5 | 225.00 each | 1 | $225.00 |
| 00075 | 1431-008G | Mechanic | 35.00 / hour | 13.75 | $481.25 |
| 00076 | 1431-008H | Mechanic Overtime | 45.50 / hour | 3.5 | $159.25 |
| 00049 | 1431-00TJ | Mechanic Holiday | 59.50 / hour | 12 | $714.00 |
| 00053 | 1416-015K | Driver | 27.50 / hour | 0.5 | $13.75 |
| 00056 | 1416-01AH | Manager | 47.5 / hour | 26 | $1,235.00 |
| 00061 | 1294-09TM | Travel | 1.00 / dollar | 1353.38 | $1,353.38 |
| 00065 | 1415-00JK | Scheduler | 37.50 / hour | 50 | $1,875.00 |

Total this Invoice   $8,876.13

**PLEASE PAY FROM THIS INVOICE**



## CUSTOM AUTOMOTIVE SERVICES, INC.

DATE:     June 3, 2009

5545 Bridgewood
Sterling Heights, MI 48310
(586) 264-0790
FAX (586) 264-0793

INVOICE
# 4297

GENERAL MOTORS CORPORATION
VSSM Marketing Services
100 Renaissance Center
Detroit, MI 48265-1000

VENDOR #
P.O. #
RELEASE #

62 291 3887
GMB07167
GMR86436

Attn:     Sean Finegan MC 482-A25-D35

Chevrolet: Monthly Charges

| | | | | | |
|---|---|---|---|---|---|
| 00040 | 1429-00AH | Storage (Vehicles) | 6.75 each | 3625 | $24,468.75 |
| 00041 | 1429-00AG | Storage (Parts) | .90 / sq ft | 33035 | $29,731.50 |
| 00042 | 1294-0A6R | Vehicle Prep Level 1 | 25.00 each | 15 | $375.00 |
| 00043 | 1294-0A6N | Vehicle Prep Level 3 | 175.00 each | 4 | $700.00 |
| 00044 | 1294-0A92 | Vehicle Prep Level 5 | 225.00 each | 1 | $225.00 |
| 00075 | 1431-008G | Mechanic | 35.00 / hour | 22.25 | $778.75 |
| 00050 | 1416-01AA | Technician | 40.00 / hour | 52 | $2,080.00 |
| 00053 | 1416-015K | Driver | 27.50 / hour | 1.25 | $34.38 |
| 00056 | 1416-01AH | Manager | 47.5 / hour | 78 | $3,705.00 |
| 00057 | 1416-01AJ | Manager Overtime | 61.75 / hour | 0.25 | $15.44 |
| 00060 | 1294-09TN | Support | 1.00 / dollar | 735.86 | $735.86 |
| 00061 | 1294-09TM | Travel | 1.00 / dollar | 1449.64 | $1,449.64 |
| 00065 | 1415-00JK | Scheduler | 37.50 / hour | 142.25 | $5,334.38 |
| 00068 | 1416-01AL | Travel Manager | 45.00 / hour | 47.5 | $2,137.50 |
| 00069 | 1416-01AM | Travel Manager Overtime | 58.50 / hour | 2.5 | $146.25 |
| 00072 | 1416-01AP | Technician Senior | 45.00 / hour | 19.5 | $877.50 |

Total this invoice     $72,794.95

PLEASE PAY FROM THIS INVOICE



**CUSTOM AUTOMOTIVE SERVICES, INC.**

DATE:    June 3, 2009

5545 Bridgewood
Sterling Heights, MI 48310
(586) 264-0790
FAX (586) 264-0793

INVOICE
# 4298

GENERAL MOTORS CORPORATION
VSSM Marketing Services
100 Renaissance Center
Detroit, MI 48265-1000

VENDOR #         62 291 3887
P.O. #           GMB07167
RELEASE #        GMR86442

Attn:    Sean Finegan MC 482-A25-D35

Saab: Monthly Charges

| Item | Number | Description | Rate | Quantity | Total |
|------|--------|-------------|------|----------|-------|
| 00040 | 1429-00AH | Storage (Vehicles) | 6.75 each | 651 | $4,394.25 |
| 00041 | 1429-00AG | Storage (Parts) | .90 / sq ft | 40 | $36.00 |
| 00050 | 1416-01AA | Technician | 40.00 / hour | 2.25 | $90.00 |
| 00056 | 1416-01AH | Manager | 47.5 / hour | 5.5 | $261.25 |
| 00060 | 1294-09TN | Support | 1.00 / dollar | 89.89 | $89.89 |
| 00065 | 1415-00JK | Scheduler | 37.50 / hour | 11.75 | $440.63 |
| 00072 | 1416-01AP | Technician Senior | 45.00 / hour | 1.5 | $67.50 |

**Total this Invoice**          $5,379.52

**PLEASE PAY FROM THIS INVOICE**

Sent By: CUSTOM AUTOMOTIVE SERVICE;    09-50026-mg    Doc 687-2    Filed 06/11/09    Entered 06/11/09 17:15:01    Exhibit B    Jun-9-09 12:07;    Page 8

Pg 12 of 24



**CUSTOM AUTOMOTIVE SERVICES, INC.**

DATE:    June 3, 2009

5545 Bridgewood
Sterling Heights, MI 48310
(586) 264-0790
FAX (586) 264-0793

INVOICE
# 4299

GENERAL MOTORS CORPORATION
VSSM Marketing Services
100 Renaissance Center
Detroit, MI 48265-1000

| | |
|---|---|
| VENDOR # | 62 291 3887 |
| P.O. # | GMB07167 |
| RELEASE # | GMR88124 |

Attn:    Sean Finegan MC 482-A25-D35

Oldsmobile: Monthly Charges

| ITEM # | PART # | DESCRIPTION | RATE | QUANTITY | TOTAL |
|---|---|---|---|---|---|
| 00040 | 1429-00AH | Storage (Vehicles) | 6.75 each | 930 | $6,277.50 |
| 00041 | 1429-00AG | Storage (Parts) | .90 / sq ft | 8000 | $7,200.00 |
| 00050 | 1416-01AA | Technician | 40.00 / hour | 8 | $320.00 |
| 00056 | 1416-01AH | Manager | 47.5 / hour | 47.5 | $2,256.25 |
| 00060 | 1294-09TN | Support | 1.00 / dollar | 245.4 | $245.40 |
| 00065 | 1415-00JK | Scheduler | 37.50 / hour | 53 | $1,987.50 |
| 00072 | 1416-01AP | Technician Senior | 45.00 / hour | 11.5 | $517.50 |

Total this invoice    $18,804.15

**PLEASE PAY FROM THIS INVOICE**



**CUSTOM AUTOMOTIVE SERVICES, INC.**

DATE:    June 3, 2009

5545 Bridgewood
Sterling Heights, MI 48310
(586) 264-0790
FAX (586) 264-0793

**INVOICE**
**# 4300**

GENERAL MOTORS CORPORATION
VSSM Marketing Services
100 Renaissance Center
Detroit, MI 48265-1000

VENDOR #        62 291 3887
P.O. #          GMB07167
RELEASE #       GMR86425

Attn:    Sean Finegan MC 482-A25-D35

Cadillac: Monthly Charges

| | | Description | Rate | Quantity | Total |
|---|---|---|---|---|---|
| 00040 | 1429-00AH | Storage (Vehicles) | 6.75 each | 930 | $6,277.50 |
| 00041 | 1429-00AG | Storage (Parts) | .90 / sq ft | 6750 | $6,075.00 |
| 00075 | 1431-008G | Mechanic | 35.00 / hour | 0.75 | $26.25 |
| 00050 | 1416-01AA | Technician | 40.00 / hour | 26.5 | $1,060.00 |
| 00056 | 1416-01AH | Manager | 47.5 / hour | 39.25 | $1,864.38 |
| 00060 | 1294-09TN | Support | 1.00 / dollar | 210.14 | $210.14 |
| 00065 | 1415-00JK | Scheduler | 37.50 / hour | 27.25 | $1,021.88 |
| 00072 | 1416-01AP | Technician Senior | 45.00 / hour | 25.5 | $1,147.50 |

**Total this Invoice**        $17,682.65

**PLEASE PAY FROM THIS INVOICE**



**CUSTOM AUTOMOTIVE SERVICES, INC.**

DATE:     June 3, 2009

5545 Bridgewood
Sterling Heights, MI 48310
(586) 264-0790
FAX (586) 264-0793

INVOICE
# 4301

GM Performance Division
30100 Mound Road
Warren, MI 48090

| | |
|---|---|
| VENDOR # | 62 291 3887 |
| P.O. # | GMB07167 |
| RELEASE # | TCR21597 |

Attn: Rod Green MC 480-113-S27

Design Center: Monthly Charges

| Sales # | Item ID | Description | Rate | Quantity | Total |
|---|---|---|---|---|---|
| 00040 | 1429-00AH | Storage (Vehicles) | 6.75 each | 2244 | $15,147.00 |
| 00041 | 1429-00AG | Storage (Parts) | .90 / sq ft | 1000 | $900.00 |
| 00042 | 1294-0A6R | Vehicle Prep Level 1 | 25.00 each | 1 | $25.00 |
| 00043 | 1294-0A6N | Vehicle Prep Level 3 | 175.00 each | 1 | $175.00 |
| 00075 | 1431-008G | Mechanic | 35.00 / hour | 1 | $35.00 |
| 00053 | 1416-015K | Driver | 27.50 / hour | 0.75 | $20.63 |
| 00056 | 1416-01AH | Manager | 47.5 / hour | 29 | $1,377.50 |
| 00065 | 1415-00JK | Scheduler | 37.50 / hour | 68 | $2,550.00 |
| 00068 | 1416-01AL | Travel Manager | 45.00 / hour | 0.5 | $22.50 |

**Total this Invoice**          $20,252.63

**PLEASE PAY FROM THIS INVOICE**

FAX
6-5-09

Sent By: CUSTOM AUTOMOTIVE SERVICE;        586 264 0793;        Jun-3-09 12:07;        Page 10



**CUSTOM AUTOMOTIVE SERVICES, INC.**

DATE:        June 3, 2009

5545 Bridgewood
Sterling Heights, MI 48310
(586) 264-0790
FAX (586) 264-0793

INVOICE
# 4302

GENERAL MOTORS CORPORATION
VSSM Marketing Services
100 Renaissance Center
Detroit, MI 48265-1000

VENDOR #       62 291 3887
P.O. #            GMB07167
RELEASE #      GMR86422

Attn:     Sean Finegan MC 482-A25-D35

Buick: Monthly Charges

| Line | Part | Description | Rate | Quantity | Total |
|---|---|---|---|---|---|
| 00040 | 1429-00AH | Storage (Vehicles) | 6.75 each | 589 | $3,975.75 |
| 00041 | 1429-00AG | Storage (Parts) | .90 / sq ft | 5190 | $4,671.00 |
| 00050 | 1416-01AA | Technician | 40.00 / hour | 13.75 | $550.00 |
| 00056 | 1416-01AH | Manager | 47.5 / hour | 48.75 | $2,315.63 |
| 00060 | 1294-09TN | Support | 1.00 / dollar | 244.98 | $244.98 |
| 00065 | 1415-00JK | Scheduler | 37.50 / hour | 49 | $1,837.50 |
| 00068 | 1416-01AL | Travel Manager | 45.00 / hour | 114 | $5,130.00 |
| 00072 | 1416-01AP | Technician Senior | 45.00 / hour | 2.25 | $101.25 |

**Total this Invoice**        $18,826.11

**PLEASE PAY FROM THIS INVOICE**

Sent By: CUSTOM AUTOMOTIVE SERVICE;     586 264 0793;     Jun-9-09 12:07;     Page 11



**CUSTOM AUTOMOTIVE SERVICES, INC.**

DATE:   June 3, 2009

5545 Bridgewood
Sterling Heights, MI 48310
(586) 264-0790
FAX (586) 264-0793

INVOICE
# 4303

GENERAL MOTORS CORPORATION
VSSM Marketing Services
100 Renaissance Center
Detroit, MI 48265-1000

VENDOR #        62 291 3887
P.O. #          GMB07167
RELEASE #       GMR88083

Attn:   Sean Finegan  MC 482-A25-D35

Pontiac: Monthly Charges

| | | Description | | Quantity | Total |
|---|---|---|---|---|---|
| 00040 | 1429-00AH | Storage (Vehicles) | 6.75 each | 1051 | $7,094.25 |
| 00041 | 1429-00AG | Storage (Parts) | .90 / sq ft | 575 | $517.50 |
| 00075 | 1431-008G | Mechanic | 35.00 / hour | 1 | $35.00 |
| 00050 | 1416-01AA | Technician | 40.00 / hour | 25.25 | $1,010.00 |
| 00053 | 1416-015K | Driver | 27.50 / hour | 0.5 | $13.75 |
| 00056 | 1416-01AH | Manager | 47.5 / hour | 52.5 | $2,493.75 |
| 00060 | 1294-09TN | Support | 1.00 / dollar | 215.05 | $215.05 |
| 00065 | 1415-00JK | Scheduler | 37.50 / hour | 64.5 | $2,418.75 |
| 00072 | 1416-01AP | Technician Senior | 45.00 / hour | 2.25 | $101.25 |

**Total this invoice**        $13,899.30

**PLEASE PAY FROM THIS INVOICE**



**CUSTOM AUTOMOTIVE SERVICES, INC.**

DATE:    June 3, 2009

5545 Bridgewood
Sterling Heights, MI 48310
(586) 264-0790
FAX (586) 264-0793

**INVOICE**
**# 4304**

GENERAL MOTORS CORPORATION        VENDOR #        62 291 3887
GMC-Pontiac Promotions Manager        P.O. #        GMB07167
100 Renaissance Center        RELEASE #        GMR88797
Detroit, MI 48265

                                                Pontiac Race & Pace Program:
Attn:    Dan Henry MC 482-A31-A26        Monthly Charges

| | | | Rate | Quantity | Total |
|---|---|---|---|---|---|
| 00040 | 1429-00AH | Storage (Vehicles) | 6.75 each | 268 | $1,809.00 |
| 00042 | 1294-0A6R | Vehicle Prep Level 1 | 25.00 each | 6 | $150.00 |
| 00044 | 1294-0A92 | Vehicle Prep Level 5 | 225.00 each | 6 | $1,350.00 |
| 00075 | 1431-008G | Mechanic | 35.00 / hour | 1 | $35.00 |
| 00050 | 1416-01AA | Technician | 40.00 / hour | 7 | $280.00 |
| 00053 | 1416-015K | Driver | 27.50 / hour | 2 | $55.00 |
| 00056 | 1416-01AH | Manager | 47.5 / hour | 4 | $190.00 |
| 00060 | 1294-09TN | Support | 1.00 / dollar | 1190.29 | $1,190.29 |
| 00065 | 1415-00JK | Scheduler | 37.50 / hour | 6 | $225.00 |
| 00072 | 1416-01AP | Technician Senior | 45.00 / hour | 25 | $1,125.00 |

                                        **Total this Invoice**                $6,409.29

**PLEASE PAY FROM THIS INVOICE**



**CUSTOM AUTOMOTIVE SERVICES, INC.**

DATE:   June 3, 2009

5545 Bridgewood
Sterling Heights, MI 48310
(586) 264-0790
FAX (586) 264-0793

INVOICE
# 4305

GENERAL MOTORS CORPORATION
VSSM Marketing Services
100 Renaissance Center
Detroit, MI 48265-1000

VENDOR #          62 291 3887
P.O. #               GMB07167
RELEASE #         GMR86428

Attn:   Sean Finegan MC 482-A25-D35

Saturn:  Monthly Charges

| Item | Item ID | Description | Rate | Quantity | Total |
|------|---------|-------------|------|----------|-------|
| 00040 | 1429-00AH | Storage (Vehicles) | 6.75 each | 155 | $1,046.25 |
| 00050 | 1416-01AA | Technician | 40.00 / hour | 0.5 | $20.00 |
| 00056 | 1416-01AH | Manager | 47.5 / hour | 4.75 | $225.63 |
| 00065 | 1415-00JK | Scheduler | 37.50 / hour | 2 | $75.00 |

Total this Invoice          $1,366.88

**PLEASE PAY FROM THIS INVOICE**



**CUSTOM AUTOMOTIVE SERVICES, INC.**

DATE:     June 3, 2009

5545 Bridgewood
Sterling Heights, MI 48310
(586) 264-0790
FAX (586) 264-0793

**INVOICE
# 4306**

GM Mobility
100 Renaissance Center
P.O. Box 100
Detroit, MI 48265-1000

VENDOR #         62 291 3887
P.O. #           GMB07167
RELEASE #        GMR88232

Attn:     Ray Bush MC 482-A20-B98

GM Mobility: Monthly Charges

| | | | | | |
|---|---|---|---|---|---|
| 00040 | 1429-00AH | Storage (Vehicles) | 6.75 each | 42 | $283.50 |
| 00041 | 1429-00AG | Storage (Parts) | .90 / sq ft | 400 | $360.00 |
| 00042 | 1294-0A6R | Vehicle Prep Level 1 | 25.00 each | 2 | $50.00 |
| 00050 | 1416-01AA | Technician | 40.00 / hour | 2 | $80.00 |
| 00053 | 1416-015K | Driver | 27.50 / hour | 1 | $27.50 |
| 00056 | 1416-01AH | Manager | 47.5 / hour | 1.75 | $83.13 |
| 00065 | 1415-00JK | Scheduler | 37.50 / hour | 1 | $37.50 |

**Total this invoice**          $921.63

**PLEASE PAY FROM THIS INVOICE**



**CUSTOM AUTOMOTIVE SERVICES, INC.**

DATE:     June 3, 2009

5545 Bridgewood
Sterling Heights, MI 48310
(586) 264-0790
FAX (586) 264-0793

INVOICE
# 4307

GENERAL MOTORS CORPORATION
VSSM Marketing Services
100 Renaissance Center
Detroit, MI 48265-1000

VENDOR #          62 291 3887
P.O. #            GMB07167
RELEASE #         GMR86429

Attn:     Sean Finegan MC 482-A25-D35

Enthusiast Special Events: Monthly Charges

| Site # | Part # | Description | Rate | Quantity | Total |
|---|---|---|---|---|---|
| 00075 | 1431-008G | Mechanic | 35.00 / hour | 173.75 | $6,081.25 |
| 00050 | 1416-01AA | Technician | 40.00 / hour | 114 | $4,560.00 |
| 00053 | 1416-015K | Driver | 27.50 / hour | 363 | $9,982.50 |
| 00056 | 1416-01AH | Manager | 47.5 / hour | 64 | $3,040.00 |
| 00060 | 1294-09TN | Support | 1.00 / dollar | 146.59 | $146.59 |
| 00065 | 1415-00JK | Scheduler | 37.50 / hour | 15 | $562.50 |
| 00068 | 1416-01AL | Travel Manager | 45.00 / hour | 136.25 | $6,131.25 |
| 00072 | 1416-01AP | Technician Senior | 45.00 / hour | 176.5 | $7,942.50 |

**Total this Invoice**     $38,446.59

**PLEASE PAY FROM THIS INVOICE**



**CUSTOM AUTOMOTIVE SERVICES, INC.**

DATE:      June 3, 2009

5545 Bridgewood
Sterling Heights, MI 48310
(586) 264-0790
FAX (586) 264-0793

INVOICE
# 4308

GENERAL MOTORS CORPORATION
VSSM Marketing Services
100 Renaissance Center
Detroit, MI 48265-1000

VENDOR #            62 291 3887
P.O. #              GMB07167
RELEASE #           GMR86430

Attn:      Sean Finegan MC 482-A25-D35

GMC: Monthly Charges

| | | | | | |
|---|---|---|---|---|---|
| 00040 | 1429-00AH | Storage (Vehicles) | 6.75 each | 767 | $5,177.25 |
| 00041 | 1429-00AG | Storage (Parts) | .90 / sq ft | 200 | $180.00 |
| 00042 | 1294-0A6R | Vehicle Prep Level 1 | 25.00 each | 1 | $25.00 |
| 00075 | 1431-008G | Mechanic | 35.00 / hour | 1.75 | $61.25 |
| 00050 | 1416-01AA | Technician | 40.00 / hour | 1.25 | $50.00 |
| 00056 | 1416-01AH | Manager | 47.5 / hour | 17 | $807.50 |
| 00065 | 1415-00JK | Scheduler | 37.50 / hour | 26 | $975.00 |
| 00072 | 1416-01AP | Technician Senior | 45.00 / hour | 8.25 | $371.25 |

Total this invoice            $7,647.25

**PLEASE PAY FROM THIS INVOICE**



**CUSTOM AUTOMOTIVE SERVICES, INC.**

DATE:    June 3, 2009

5545 Bridgewood
Sterling Heights, MI 48310
(586) 264-0790
FAX (586) 264-0793

**INVOICE**
**# 4309**

GENERAL MOTORS CORPORATION
Vehicle Performance Center
30003 Van Dyke Avenue
Warren, MI 48090-9065

| VENDOR # | 62 291 3887 |
| P.O. # | GMB07167 |
| RELEASE # | TCR19669 |

Attn:    Craig Shantz MC 480-717-004
Cube # 168-06

Performance Division: Monthly Charges

| | | Description | Rate | Quantity | Total |
|---|---|---|---|---|---|
| 00040 | 1429-00AH | Storage (Vehicles) | 6.75 each | 558 | $3,766.50 |
| 00041 | 1429-00AG | Storage (Parts) | .90 / sq ft | 800 | $720.00 |
| 00044 | 1294-0A92 | Vehicle Prep Level 5 | 225.00 each | 1 | $225.00 |
| 00075 | 1431-008G | Mechanic | 35.00 / hour | 0.5 | $17.50 |
| 00056 | 1416-01AH | Manager | 47.5 / hour | 12.5 | $593.75 |
| 00065 | 1415-00JK | Scheduler | 37.50 / hour | 23.75 | $890.63 |

**Total this invoice**    $6,213.38

**PLEASE PAY FROM THIS INVOICE**



**CUSTOM AUTOMOTIVE SERVICES, INC.**

DATE:  June 3, 2009

5545 Bridgewood
Sterling Heights, MI 48310
(586) 264-0790
FAX (586) 264-0793

INVOICE
# 4310

GENERAL MOTORS CORPORATION
VSSM Marketing Services
100 Renaissance Center
Detroit, MI 48265-1000

VENDOR #
P.O. #
RELEASE #

62 291 3887
GMB07167
GMR86424

Attn:  Sean Finegan MC 482-A25-D35

Hummer: Monthly Charges

| | | Description | Rate | Quantity | Total |
|---|---|---|---|---|---|
| 00040 | 1429-00AH | Storage (Vehicles) | 6.75 each | 205 | $1,383.75 |
| 00041 | 1429-00AG | Storage (Parts) | .90 / sq ft | 50 | $45.00 |
| 00075 | 1431-008G | Mechanic | 35.00 / hour | 1.5 | $52.50 |
| 00050 | 1416-01AA | Technician | 40.00 / hour | 0.25 | $10.00 |
| 00056 | 1416-01AH | Manager | 47.5 / hour | 1 | $47.50 |
| 00065 | 1415-00JK | Scheduler | 37.50 / hour | 4 | $150.00 |
| 00068 | 1416-01AL | Travel Manager | 45.00 / hour | 1 | $45.00 |
| 00072 | 1416-01AP | Technician Senior | 45.00 / hour | 1 | $45.00 |

**Total this Invoice**  $1,778.75

**PLEASE PAY FROM THIS INVOICE**

Sent By: CUSTOM AUTOMOTIVE SERVICE;        586 264 0793;        Jun-11-09 12:32;        Page 2



**CUSTOM AUTOMOTIVE SERVICES, INC.**

DATE:    June 3, 2009

5545 Bridgewood
Sterling Heights, MI 48310
(586) 264-0790
FAX (586) 264-0793

**INVOICE
# 4312**

Communications
GM Tracking Center
200 Renaissance Center
Detroit, MI 48265-2000

Attn:    Dorothy Maniaci MC 482-C30-C76

VENDOR #        62 291 3887
P.O. #            GMB07167
RELEASE #

Re:    Photo Shoot

Requested by Mark Rollinson
EA # 2009-A6052-14

| | | | | | |
|---|---|---|---|---|---|
| 00042 | 1294-0A6R | Vehicle Prep Level 1 | 25.00 each | 1 | $25.00 |
| 00043 | 1294-0A6N | Vehicle Prep Level 3 | 175.00 each | 1 | $175.00 |
| 00075 | 1431-008G | Mechanic | 35.00 / hour | 1 | $35.00 |
| | | | **Total this Invoice** | | $235.00 |

**PLEASE PAY FROM THIS INVOICE**