KEMP KLEIN LAW FIRM
Norman D. Orr (P#25310)
(*pro hac vice*)
201 W. Big Beaver
Suite 600
Troy, MI 48084
(248) 740-5693

KEMP KLEIN LAW FIRM
Gloria M. Chon (P#72013)
(*pro hac vice*)
201 W. Big Beaver
Suite 600
Troy, MI 48084
(248) 740-5689

Attorneys for Custom Automotive Services, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., et al.[1], | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2009, I electronically filed a Limited Objection of Custom Automotive Services, Inc. to Designated Cure Amount for Designated Assumable Executory Contracts Related to Debtors' Motion Seeking Approval of Procedures For Sale of Debtors' Assets and Establishing Related Assumption and Assignment Procedures with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants indicated in the Notice of Electronic Filing.  I also hereby certify that I caused such document to be mailed via Federal Express to the following:

---

[1] A list of the Debtors and their respective tax identification numbers may be found on the docket for Case No. 09-50026 (REG), Docket No. 274, and can also be found at www.gmcourtdocs.com.

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attention:  Warren Command Center
Mailcode 480-206-114

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attention:  Harvey R. Miller, Esq., Stephen Karotkin, Esq.
and Joseph H. Smolinsky, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
Attention:  Matthew Feldman, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attention:  John J. Rapisardi, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attention:  Michael J. Edelman, Esq. and Michael L. Schein, Esq.

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attention:  Diana G. Adams, Esq.

      */s/ Gloria M. Chon*
      Gloria M. Chon, Attorney (P#72013)
         (*pro hac vice*)
      Counsel for Custom Automotive Services, Inc.
      201 W. Big Beaver
      Suite 600
      Troy, MI 48084
      (248) 740-5689
      *gloria.chon@kkue.com*

June 11, 2009

634216