KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York  10036
Telephone: (212) 715-3275
Facsimile: (212) 715-8000
Thomas Moers Mayer
Kenneth H. Eckstein
Gordon Z. Novod

*Proposed Counsel for the Official Committee
of Unsecured Creditors of General Motors
Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
In re:                                                     :    Chapter 11 Case No.:
                                                           :
GENERAL MOTORS CORP., et al.,                              :    09-50026 (REG)
                                                           :
                                   Debtors.                :    (Jointly Administered)
                                                           :
-----------------------------------------------------------X


## NOTICE OF APPEARANCE AND DEMAND
## FOR SERVICE OF PLEADINGS AND OTHER PAPERS

PLEASE TAKE NOTICE THAT:

Kramer Levin Naftalis & Frankel LLP, as proposed counsel for **the Official Committee of Unsecured Creditors of General Motors Corporation** files this Notice of Appearance and Demand for Service of Pleadings and Other Papers, pursuant to 11 U.S.C. §1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure, and respectfully requests that the Clerk place counsel listed below in the matrix of listed creditors so as to receive all documents, pleadings and exhibits in this case, and that all notices given or required to be served in this case can be served upon the undersigned at the following address:

        **Thomas Moers Mayer**
        **Kenneth H. Eckstein**
        **Gordon Z. Novod**
        **KRAMER LEVIN NAFTALIS & FRANKEL LLP**
        **1177 Avenue of the Americas**
        **New York, New York 10036**
        **Telephone: (212) 715-3275**
        **Fax: (212) 715-8000**
        **E-mail: gnovod@kramerlevin.com**

      PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the request for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan or reorganization in the captioned bankruptcy case, whether transmitted or conveyed by mail, telephone, telecopier or otherwise.

Dated:  June 11, 2009

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                    By:   /s/ Gordon Z. Novod
                                    Gordon Z. Novod
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    Telephone: (212) 715-3275
                                    Fax: (212) 715-8000
                                    E-mail: gnovod@kramerlevin.com

                                    Proposed Counsel for the Official
                                    Committee of Unsecured Creditors of
                                    General Motors Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June 2009 I caused a true and correct copy of this Notice of Appearance and Request for Notices and Service of Papers to be served by United States mail upon the parties set forth below:

Harvey R. Miller
Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Andrew D. Velez-Rivera, Esq.
Brian Shoichi Masumoto, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street
New York, NY 10004

Joseph R. Sgroi, Esq.
Robert B. Weiss, Esq.
Tricia A. Sherick, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Dated: New York, New York
June 11, 2009

KRAMER LEVIN NAFTALIS &
FRANKEL LLP

By:   /s/ Gordon Z. Novod
Gordon Z. Novod
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-3275
Fax: (212) 715-8000
E-mail: gnovod@kramerlevin.com

Proposed Counsel for the Official
Committee of Unsecured Creditors of
General Motors Corporation

KL2 2607789.1