09-50026-mg   Doc 692-3   Filed 06/11/09   Entered 06/11/09 17:37:16   Exhibit C
Pg 1 of 2

**Exhibit C**

**SPREADSHEET**

**AND SUBSTANTIATING DOCUMENTATION
FOR CURE OBJECTION AMOUNTS (In 3 parts)**

**Exhibit C: Cure Objection Detail**
**Debtor: General Motors Corporation ("GM")**
**Supplier: dSPACE, Inc. Vendor ID #: 32028440 ("dSPACE")**

*Part I.* *Additional Petition Date Defaults to be Included as Cure Amounts :*

| dSPACE Quote Number | GM P. O. Number | GM P.O. Date | dSPACE Order Confirm Number | dSPACE Order Confirm Date | dSPACE Invoice Number | GM Delivery Location | dSPACE Invoice Date | Total Unpaid Amount Euros | Total Unpaid Amount US Dollars |
|---|---|---|---|---|---|---|---|---|---|
| 226801 | TCR20071 | 3/3/2009 | DO14060 | 3/11/2009 | 10697 | Milford, MI | 3/19/2009 | 12,118.95 € | |
| 215101 | TCR19575 | 2/2/2009 | DO14021 | 2/12/2009 | 10732 | Milford, MI | 4/1/2009 | 4,843.22 € | |
| 169401 | TCR16447 | 9/11/2008 | DO13767 | 9/25/2008 | 10733 | Milford, MI | 4/1/2009 | 8,654.12 € | |
| | | | | | | Additional Petition Date Defaults to be Included as Cure Amounts | | 25,616.29 € | $0.00 |

*Part II.* *Potential Pre-Sale Defaults to be Included as Cure Amounts :*

| dSPACE Quote Number | GM P. O. Number | GM P.O. Date | dSPACE Order Confirm Number | dSPACE Order Confirm Date | dSPACE Invoice Number | GM Delivery Location | dSPACE Invoice Date | Total Unpaid Amount Euros | Total Unpaid Amount US Dollars |
|---|---|---|---|---|---|---|---|---|---|
| 215101 | TCR19575 | 2/2/2009 | DO14021 | 2/12/2009 | 10812 | Milford, MI | 5/1/2009 | 5,909.42 € | |
| 169401 | TCR16447 | 9/11/2008 | DO13767 | 9/25/2008 | 10811 | Milford, MI | 5/1/2009 | 5,492.46 € | |
| 223601 | TCS26689 | 3/27/2009 | DO14097 | 4/1/2009 | 14097P | Warren, MI | 4/7/2009 | 14,713.00 € | |
| 236902 | TCS16094 | 2/11/2008 | DO14128 | 4/24/2009 | 10845 | Warren, MI | 5/14/2009 | | $5,394.00 |
| 26904-2 | TCS13419 | 11/20/2007 | DO13091 | 11/26/2007 | 10862 | Warren, MI | 5/15/2009 | | $4,000.00 |
| 26904-2 | TCS13419 | 11/20/2007 | DO13091 | 11/26/2007 | 10863 | Warren, MI | 5/14/2009 | | $4,000.00 |
| | | | | | | Potential Pre-Sale Defaults to be Included as Cure Amounts: | | 26,114.88 € | $13,394.00 |

*Part III.* *Erroneous Subtraction Amount to be Excluded from Cure Amounts :*

| dSPACE Quote Number | GM P. O. Number | GM P.O. Date | dSPACE Order Confirm Number | dSPACE Order Confirm Date | dSPACE Invoice Number | GM Delivery Location | dSPACE Invoice Date | GM Payment Date | Erroneous Subtraction Amount |
|---|---|---|---|---|---|---|---|---|---|
| 79203 | TCS18424 | 4/17/2008 | DO13520 | 6/11/2008 | 5475P | Milford, MI | 8/28/2008 | 11/3/2008 | ($74,364.00) |