Embedded Success    

# Invoice   **10697**

Page:   1 / 2          03/19/09

**Bill To:**
GM FSS ABP
C/O OLIMPIC Receipting
PO BOX 63490
Phoenix, AZ 85082

dSPACE  Inc.
50131 Pontiac Trail
Wixom, MI 48393-2020

Tel.: 248-295-4700
Fax: 248-295-2951

info@dspaceinc.com
www.dspaceinc.com

**Ship to:**
General Motors Corporation
Attn: Anthony B. Will
Building 31E
3300 Milford Rd
Milford, MI 48380

| | |
|---|---|
| **Ship date** | 03/19/09 |
| **Customer #** | 40116 |
| **Customer PO #** | TCR20071 |
| **Customer reference** | TCB08276 |
| **dSPACE Inc. Order #** | DO14060 |
| **Shipping method** | Hand delivery |
| **dSPACE Inc. Contact** | Jim Kovach |
| **Phone** | 1.248.295.4687 |
| **Email** | jkovach@dspaceinc.com |
| **Payment terms** | NET 60 |

| Pos | Item | Quantity | Price/Unit | Extension |
|---|---|---|---|---|
| 1 | GM-SUPPORT-APLE HILP-0036 1 week (40 hours) On-Site Engineering Support, Application Engineer.  Services preformed up to March 19, 2009. | 1.89 | €3,077.00 | €5,815.53 |
| | Delivery note    6224 | 1.89 pcs | | |
| 2 | GM-SUPPORT-SRAP HILP-0037 1 week (40 hours) On-Site Engineering Support, Senior Application Engineer.  Services preformed up to March 19, 2009. | 0.75 | €4,154.00 | €3,115.50 |
| | Delivery note    6224 | 0.75 pcs | | |

**Subtotal:**          **€8,931.03**

Embedded Success    

## Invoice    10697

Page:   2 / 2        03/19/09

| Pos | Item | Quantity | Price/Unit | Extension |
|-----|------|----------|------------|-----------|
| | | | **Carryover:** | **€8,931.03** |
| 3 | GM-SUPPORT-TECH HILP-0038 1 week (40 hours) On-Site Engineering Support, Technician.  Services preformed up to March 19, 2009. | 1.48 | €2,154.00 | €3,187.92 |
| | **Delivery note      6224** | 1.48 pcs | | |
| | | | **Subtotal:** | **€12,118.95** |
| | | | **Grand Total:** | **€12,118.95** |



**GM** General Motors Corporation

RECEIVED MAR 10 2009

# BLANKET ORDER RELEASE

• Purchase order and shipping release number are to be shown on packing slips and invoices.
• Material must be identified by item identification number, noun name, description and unit of measure on both packing slips and invoices.
• Shipments must be received prior to scheduled delivery dates and overshipments will be returned for credit at vendor's expense.
• Vendor is to advise requesting department promptly of anticipated late deliveries.

PAGE: 1

Shipping Release No.: TCR20071

Against Blanket Purchase Order No.: TCR08276

PLANT PURCHASING
Purchasing Department

Releasing Approval

GENERAL MOTORS - ABP GROUP
2000 CENTERPOINT PKWY.
M/C 483-520-160
PONTIAC MI
48341                    US

TO: VENDOR NUMBER 82-487-6593
DSPACE INC
50131 PONTIAC TRL
WIXOM MI
48393-2020

SHIP TO: SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

US

| DATE RELEASED | ALTERATION ISSUE DATE |
|---|---|
| 03/03/09 | |
| 00000 | |

| ITEM SEQUENCE | QUANTITY | unit of measure | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | ACCOUNT CLASS | WORK ORDER | TAX CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | INVOICE FOR SERVICE, MACHINERY & EQUIP ONLY. QUESTIONS TO: CUSTOMER SERVICE 248 874-4636 MAIL INVOICE: GM FSS ABP PO BOX 63490, PHOENIX AZ 85082-3490          US | | | | |
| | | | | | PROGRAM: ATW PR: XX3370 PROJECT: BUDGET / CHERYL HROMEK LUNKAS PLANT: MILFORD PROVING GROUNDS INVOICE TO: SEE SHIP TO INFORMATION REQUESTER: ANTHONY WILL, (248) 343-7503 DELIVER TO: GM POWERTRAIN 3300 GENERAL MOTORS ROAD BUILDING 31E MILFORD, MICHIGAN 48380 ATTN: ANTHONY WILL, (248) 343-7503 TECHNICIAL AND APPLICATION ENGINEERING SUPPORT FOR GMPT ADVANCED ENGINEERING HIL BENCH IN BUILDING 31E LAB | | | | |
| 00028 | 2.00 | EACH | HILP-0036 HILP-0036 | | HARDWARE IN THE LOOP          03/20/09 GM SUPPORT-APLE 1 WEEK (40 HOURS) ON-SITE ENGINEERING SUPPORT, APPLICATION ENGINEER WHO ORDERED: WILL (248) 343-7503 | | | | C |

CONTINUE PAGE

H005385 STOREKEEPER LTC USER: SHARON DITTMER



# BLANKET ORDER RELEASE

GM General Motors Corporation

GENERAL MOTORS - ABP GROUP
2000 CENTERPOINT PKWY.
M/C 483-520-160
PONTIAC MI
48341                    US

TO:
VENDOR NUMBER 82-487-6593
DSPACE INC
50131 PONTIAC TRL
WIXOM MI
48393-2020

- Purchase order and shipping release number are to be shown on packing slips and invoices.
- Material must be identified by item identification number, noun name, description and unit of measure on both packing slips and invoices.
- Shipments must be received prior to scheduled delivery dates and overshipments will be returned for credit at vendor's expense.
- Vendor is to advise requesting department promptly of anticipated late deliveries.

SHIP TO: SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
US

| DATE RELEASED | ALTERATION ISSUE DATE |
|---|---|
| 00000 | |
| 03/03/09 | |

Shipping
Release No.: TCR20071

Against
Blanket
Purchase
Order No.: TCB08276

PLANT PURCHASING
Purchasing Department

Releasing Approval: _____

| ITEM SEQUENCE | QUANTITY | unit of measure | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | DATE REQUIRED | ACCOUNT CLASS | WORK ORDER | TAX CODE % |
|---|---|---|---|---|---|---|---|---|
| 00029 | 1.00 | EACH | HILP-0037 HILP-0037 | HARDWARE IN THE LOOP GM-SUPPORT-SRAP 1 WEEK (40 HOURS) ON-SITE ENGINEERING SUPPORT, SENIOR APPLICATION ENGINEER | 03/20/09 | | | C  0.00 |
| | | | | WHO ORDERED: WILL (248) 343-7503 | | | | |
| 00030 | 2.00 | EACH | HILP-0038 HILP-0038 | HARDWARE IN THE LOOP GM-SUPPORT-TECH 1 WEEK (40 HOURS) ON-SITE ENGINEERING SUPPORT TECHNICIAN | 03/20/09 | | | C  0.00 |
| | | | | WHO ORDERED: WILL (248) 343-7503 | | | | |

LAST PAGE    CHMM11 4/93

H005385 STOREKEEPER LTC USER: SHARON DITTMER

Embedded Success    **dSPACE**

# Quotation

**QUI-0226801**                Page  1/2              3/10/2009

Global Purchasing Supply Chain
General Motors Corporation
R&D Rec Hrs 7-3:30

Bldg 1-6 Dock 7
30500 Mound Rd
Warren MI 48090

USA

dSPACE Inc.
50131 Pontiac Trail
Wixom, MI  48393-2020

Tel.: 248-295-4700
Fax: 248-295-2951

info@dspaceinc.com
www.dspaceinc.com

| | |
|---|---|
| **Customer-No.:** | 40116 |
| **Customer Email:** | |
| **dSPACE Contact:** | Jim Kovach |
| **Telephone:** | 2482954700 |
| **Email:** | jkovach@dspaceinc.com |
| **Payment Terms:** | Due within 60 days |
| **Expiration Date:** | 5/9/2009 |

| Pos | Item | Order No./ Configuration | Qty | Unit | Price [EUR] | Price Total [EUR] |
|---|---|---|---|---|---|---|
| 1 | **GM-SUPPORT-APLE** HILP-00361 week (40 hours) On-Site Engineering Support, Application Engineer | GM-SUPPORT-APLE | 2 | pcs | 3,077.00 | 6,154.00 |
| 2 | **GM-SUPPORT-SRAP** HILP-00371 week (40 hours) On-Site Engineering Support, Senior Application Engineer | GM-SUPPORT-SRAP | 1 | pcs | 4,154.00 | 4,154.00 |
| 3 | **GM-SUPPORT-TECH** HILP-00381 week (40 hours) On-Site Engineering Support, Technician | GM-SUPPORT-TECH | 2 | pcs | 2,154.00 | 4,308.00 |
| | | | | | **Subtotal:** | 14,616.00 |
| | | | | | **Total:** | 14,616.00 |
| | | | | | **Grand Total:** | 14,616.00 |

Embedded Success    **dSPACE**

# Quotation

**QUI-0226801**          Page  2/2          3/10/2009

- This Quote is subject to dSPACE's Terms and Conditions attached hereto.

Embedded Success    

# Invoice    **10732**

Page:    1 / 2         04/01/09

**Bill To:**
GM FSS ABP
C/O OLIMPIC Receipting
PO BOX 63490
Phoenix, AZ 85082

dSPACE  Inc.
50131 Pontiac Trail
Wixom, MI 48393-2020

Tel.: 248-295-4700
Fax: 248-295-2951

info@dspaceinc.com
www.dspaceinc.com

**Ship to:**
General Motors Corporation
Attn: Myrna Sultan
3300 General Motors Rd
Building 16
Milford, MI 48380

| | |
|---|---|
| Ship date | 04/01/09 |
| Customer # | 40116 |
| Customer PO # | TCR19575 - TCB08276 |
| Customer reference | TCB08276 |
| dSPACE Inc. Order # | DO14021 |
| Shipping method | Hand delivery |
| dSPACE Inc. Contact | Jim Kovach |
| Phone | 1.248.295.4687 |
| Email | jkovach@dspaceinc.com |
| Payment terms | NET 60 |

| Pos | Item | Quantity | Price/Unit | Extension |
|---|---|---|---|---|
| 1 | GM-SUPPORT-APLE HILP-0036 1 week (40 hours) On-Site Engineering Support, Application Engineer.  March, 2009 .98 weeks **Delivery note    6259** | 0.98 0.98 pcs | €3,077.00 | €3,015.46 |
| 2 | GM-SUPPORT-SRAP HILP-0037 1 week (40 hours) On-Site Engineering Support, Senior Application Engineer.  March, 2009 .44 weeks **Delivery note    6259** | 0.44 0.44 pcs | €4,154.00 | €1,827.76 |

Embedded Success    **dSPACE**

# Invoice    **10732**

Page:    2 / 2    04/01/09

**Subtotal:**    €4,843.22

**Grand Total:**    €4,843.22

Embedded Success    

# Invoice    **10812**

Page:   1 / 2          05/01/09

**Bill To:**
GM FSS ABP
C/O OLIMPIC Receipting
PO BOX 63490
Phoenix, AZ 85082

dSPACE  Inc.
50131 Pontiac Trail
Wixom, MI 48393-2020

Tel.: 248-295-4700
Fax: 248-295-2951

info@dspaceinc.com
www.dspaceinc.com

**Ship to:**
General Motors Corporation
Attn: Myrna Sultan
3300 General Motors Rd
Building 16
Milford, MI 48380

| | |
|---|---|
| **Ship date** | 05/01/09 |
| **Customer #** | 40116 |
| **Customer PO #** | TCR19575 - TCB08276 |
| **Customer reference** | TCB08276 |
| **dSPACE Inc. Order #** | DO14021 |
| **Shipping method** | Hand delivery |
| **dSPACE Inc. Contact** | Jim Kovach |
| **Phone** | 1.248.295.4687 |
| **Email** | jkovach@dspaceinc.com |
| **Payment terms** | NET 60 |

| Pos | Item | Quantity | Price/Unit | Extension |
|---|---|---|---|---|
| 1 | GM-SUPPORT-APLE HILP-0036 1 week (40 hours) On-Site Engineering Support, Application Engineer.  April, 2009 .80 weeks **Delivery note**     **6339** | 0.80  0.80 pcs | €3,077.00 | €2,461.60 |
| 2 | GM-SUPPORT-SRAP HILP-0037 1 week (40 hours) On-Site Engineering Support, Senior Application Engineer.  April, 2009 .83 weeks **Delivery note**     **6339** | 0.83  0.83 pcs | €4,154.00 | €3,447.82 |

**Embedded Success**    **dSPACE**

# Invoice    10812

Page:    2 / 2         05/01/09

| | |
|---|---|
| **Subtotal:** | €5,909.42 |
| **Grand Total:** | €5,909.42 |

DO14021

# BLANKET ORDER RELEASE

PAGE: 1

- Purchase order and shipping release number are to be shown on packing slips and invoices.
- Material must be identified by item identification number, noun name, description and unit of measure on both packing slips and invoices.
- Shipments must be received prior to scheduled delivery dates and overshipments will be returned for credit at vendor's expense.
- Vendor is to advise requesting department promptly of anticipated late deliveries.

Shipping Release No.: **TCR19575**

Against Blanket Purchase Order No.: **TCR08276**

**PLANT PURCHASING**
Purchasing Department

Releasing Approval

**GM** General Motors Corporation

GENERAL MOTORS - ABP GROUP
2000 CENTERPOINT PKWY.
M/C 483-520-160
PONTIAC MI
48341                          US

TO: VENDOR NUMBER 82-487-6593
DSPACE INC
50131 PONTIAC TRL
WIXOM MI
48393-2020

SHIP TO: SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

US

| ITEM SEQUENCE | QUANTITY | unit of measure | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | ACCOUNT CLASS | WORK ORDER | TAX CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ALTERATION ISSUE DATE | | | |
| | | | | | 00000 | | | | |
| | | | | | DATE RELEASED | 02/02/09 | | | |
| | | | | INVOICE TO: | INVOICE FOR SERVICE, MACHINERY & EQUIP ONLY. QUESTIONS TO: CUSTOMER SERVICE 248 874-4636 MAIL INVOICE: GM FSS ABP PO BOX 63490, PHOENIX AZ 85082-3490 | | | | |
| | | | | | | | US | | |
| | | | | | PROGRAM: BUDGET PR: XX5620 PROJECT: BUDGET / LINDA WOOLARD PLANT: MILFORD PROVING GROUNDS INVOICE TO: SEE SHIP TO INFORMATION REQUESTER: MYRNA C SULTAN, 248-568-4669 DELIVER TO: GM POWERTRAIN 3300 GENERAL MOTORS ROAD-- BUILDING 16 MILFORD, MI 48380-3726 ATTN: MYRNA SULTAN, 248-568-4669 2009 DSPACE SUPPORT HOURS FOR APPLICATION ENGINEER, SENIOR APPLICATION ENGINEER AND TECHNICIAN | | | | |
| 00028 | 14.50 | EACH | HILP-0036 HILP-0036 | | HARDWARE IN THE LOOP GM-SUPPORT-APLE 1 WEEK (40 HOURS) ON-SITE ENGINEERING SUPPORT, APPLICATION ENGINEER | 02/25/09 | | C | 0.000 |
| | | | | | WHO ORDERED: SULTAN 248-568-4669 | | | | |

CONTINUE PAGE

H005364 STOREKEEPER LTC USER: MICHAEL BROWN



## BLANKET ORDER RELEASE

• Purchase order and shipping release number are to be shown on packing slips and invoices.
• Material must be identified by item identification number, noun name, description and unit of measure on both packing slips and invoices.
• Shipments must be received prior to scheduled delivery dates and overshipments will be returned for credit at vendor's expense.
• Vendor is to advise requesting department promptly of anticipated late deliveries.

**GM** General Motors Corporation

GENERAL MOTORS - ABP GROUP
2000 CENTERPOINT PKWY.
M/C 483-520-160
PONTIAC MI
48341                    US

TO:
VENDOR NUMBER 82-487-6593
DSPACE INC
50131 PONTIAC TRL
WIXOM MI
48393-2020

SHIP TO:  SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

00000                                      US

| DATE RELEASED | ALTERATION ISSUE DATE |
|---|---|
| 02/02/09 | |

PAGE: 2

Shipping
Release No.:  TCR19575

Against
Blanket
Purchase
Order No.:  TCR08276

PLANT PURCHASING
Purchasing Department

Releasing Approval

| ITEM SEQUENCE | QUANTITY | unit of measure | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | ACCOUNT CLASS | WORK ORDER | TAX CODE % |
|---|---|---|---|---|---|---|---|---|---|
| 00029 | 6.00 | EACH | HILP-0037 HILP-0037 | HARDWARE IN THE LOOP | GM-SUPPORT-SRAP 1 WEEK (40 HOURS) ON-SITE ENGINEERING SUPPORT, SENIOR APPLICATION ENGINEER WHO ORDERED: SULTAN 248-568-4669 | 02/25/09 | | | C  0.0 |
| 00030 | 2.50 | EACH | HILP-0038 HILP-0038 | HARDWARE IN THE LOOP | GM-SUPPORT-TECH 1 WEEK (40 HOURS) ON-SITE ENGINEERING SUPPORT TECHNICIAN WHO ORDERED: SULTAN 248-568-4669 | 02/25/09 | | | C |

LAST PAGE

CHMM11 4/93

H005364 STOREKEEPER LTC USER: MICHAEL BROWN

Embedded Success 

# Quotation

**QUI-0215101**        Page  1/1        2/10/2009

Ms. Myrna  Sultan
General Motors Corporation
Bldg 16

3300 General Motors Road
Milford MI 48380

USA

dSPACE Inc.
50131 Pontiac Trail
Wixom, MI  48393-2020

Tel.: 248-295-4700
Fax: 248-295-2951

info@dspaceinc.com
www.dspaceinc.com

| | |
|---|---|
| **Customer-No.:** | 40116 |
| **Customer Email:** | myrna.c.sultan@gm.com |
| **dSPACE Contact:** | Jim Kovach |
| **Telephone:** | 2482954700 |
| **Email:** | jkovach@dspaceinc.com |
| **Payment Terms:** | Due within 60 days |
| **Expiration Date:** | 4/11/2009 |

| Pos | Item | Order No./ Configuration | Qty | Unit | Price [EUR] | Price Total [EUR] |
|-----|------|--------------------------|-----|------|-------------|-------------------|
| 1 | **GM-SUPPORT-APLE** HILP-00361 week (40 hours) On-Site Engineering Support, Application Engineer | GM-SUPPORT-APLE | 15 | pcs | 3,077.00 | 44,616.50 |
| 2 | **GM-SUPPORT-SRAP** HILP-00371 week (40 hours) On-Site Engineering Support, Senior Application Engineer | GM-SUPPORT-SRAP | 6 | pcs | 4,154.00 | 24,924.00 |
| 3 | **GM-SUPPORT-TECH** HILP-00381 week (40 hours) On-Site Engineering Support, Technician | GM-SUPPORT-TECH | 3 | pcs | 2,154.00 | 5,385.00 |

| | |
|---|---|
| **Subtotal:** | 74,925.50 |
| **Total:** | 74,925.50 |
| **Grand Total:** | 74,925.50 |

- This Quote is subject to dSPACE´s Terms and Conditions attached hereto.

GM-173

angies        OPI-0215

Embedded Success    

# Invoice    10733

Page:    1 / 2          04/01/09

**Bill To:**
GM FSS ABP
C/O OLIMPIC Receipting
PO BOX 63490
Phoenix, AZ 85082

dSPACE  Inc.
50131 Pontiac Trail
Wixom, MI 48393-2020

Tel.: 248-295-4700
Fax: 248-295-2951

info@dspaceinc.com
www.dspaceinc.com

**Ship to:**
General Motors Corporation
Attn: Jennifer Sesi/Hamid Oral
Maild Code 483-316-270
3300 GM Rd
Milford, MI 48380

| | |
|---|---|
| **Ship date** | 04/01/09 |
| **Customer #** | 40116 |
| **Customer PO #** | TCR16447 |
| **Customer reference** | TCB08276 |
| **dSPACE Inc. Order #** | DO13767 |
| **Shipping method** | Hand delivery |
| **dSPACE Inc. Contact** | Jim Kovach |
| **Phone** | 1.248.295.4687 |
| **Email** | jkovach@dspaceinc.com |
| **Payment terms** | NET 60 |

| Pos | Item | Quantity | Price/Unit | Extension |
|---|---|---|---|---|
| 1 | GM-SUPPORT-APLE HILP-0036 | 1.26 | €3,077.00 | €3,877.02 |
| | 1 week (40 hours) On-Site Engineering Support, Application Engineer.  -  March. 2009 support = 1.26 weeks. | | | |
| | **Delivery note**      6260 | 1.26 pcs | | |
| 2 | GM-SUPPORT-SRAP HILP-0037 | 1.15 | €4,154.00 | €4,777.10 |
| | 1 week (40 hours) On-Site Engineering Support, Senior Application Engineer. March. 2009  1.15 weeks. | | | |
| | **Delivery note**      6260 | 1.15 pcs | | |

Embedded Success    **dSPACE**

# Invoice    **10733**

Page:    2 / 2                    04/01/09

**Subtotal:**                    €8,654.12

**Grand Total:**                    €8,654.12

Embedded Success  

# Invoice   10811

Page:   1 / 2        05/01/09

**Bill To:**
GM FSS ABP
C/O OLIMPIC Receipting
PO BOX 63490
Phoenix, AZ 85082

dSPACE  Inc.
50131 Pontiac Trail
Wixom, MI 48393-2020

Tel.: 248-295-4700
Fax: 248-295-2951

info@dspaceinc.com
www.dspaceinc.com

**Ship to:**
General Motors Corporation
Attn: Jennifer Sesi/Hamid Oral
Maild Code 483-316-270
3300 GM Rd
Milford, MI 48380

| | |
|---|---|
| **Ship date** | 05/01/09 |
| **Customer #** | 40116 |
| **Customer PO #** | TCR16447 |
| **Customer reference** | TCB08276 |
| **dSPACE Inc. Order #** | DO13767 |
| **Shipping method** | Hand delivery |
| **dSPACE Inc. Contact** | Jim Kovach |
| **Phone** | 1.248.295.4687 |
| **Email** | jkovach@dspaceinc.com |
| **Payment terms** | NET 60 |

| Pos | Item | Quantity | Price/Unit | Extension |
|---|---|---|---|---|
| 1 | GM-SUPPORT-APLE HILP-0036 1 week (40 hours) On-Site Engineering Support, Application Engineer.  -  April. 2009 support = 1.38 weeks. | 1.38 | €3,077.00 | €4,246.26 |
| | Delivery note    6338 | 1.38 pcs | | |
| 2 | GM-SUPPORT-SRAP HILP-0037 1 week (40 hours) On-Site Engineering Support, Senior Application Engineer.  April. 2009  .30 weeks. | 0.30 | €4,154.00 | €1,246.20 |
| | Delivery note    6338 | 0.30 pcs | | |

**Embedded Success**  **dSPACE**

# Invoice    10811

Page:    2 / 2                    05/01/09

| | |
|---|---|
| **Subtotal:** | €5,492.46 |
| **Grand Total:** | <u>€5,492.46</u> |

# BLANKET ORDER RELEASE

- Purchase order and shipping release number are to be shown on packing slips and invoices.
- Material must be identified by item identification number, noun name, description and unit of measure on both packing slips and invoices.
- Shipments received prior to scheduled delivery dates and overshipments will be returned to vendor at vendor's expense.
- Vendor is to advise requesting department promptly of anticipated late deliveries.

**GM** General Motors Corporation

GENERAL MOTORS - ABP GROUP
2000 CENTERPOINT PKWY.
M/C 483-520-160
PONTIAC MI
48341                              US

TO:
VENDOR NUMBER 82-487-6593
DSPACE INC
50131 PONTIAC TRL
WIXOM MI
48393-2020

SHIP TO:   SEE BODY OF PURCHASE ORDER
           FOR SHIPPING ADDRESS

| ITEM SEQUENCE | QUANTITY | unit of measure | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | ACCOUNT CLASS | WORK ORDER | TAX CODE % |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 00000 | US | | | |
| | | | | | DATE RELEASED | ALTERATION ISSUE DATE | | | |
| | | | | | 09/11/08 | | | | |
| | | | | INVOICE TO: & EQUIP ONLY. QUESTIONS TO:<br>CUSTOMER SERVICE 248 874-4636<br>MAIL INVOICE: GM FSS ABP<br>PO BOX 63490, PHOENIX AZ<br>85082-3490   US | INVOICE FOR SERVICE, MACHINERY | | | | |
| | | | | | PROGRAM: HYBRID-HOMEROOM ADMINISTRATION<br>PR: UX6976<br>PROJECT: BUDGET / CHERYL HROMEK LUNKAS<br>PLANT: MILFORD PROVING GROUNDS<br>INVOICE TO: SEE SHIP TO INFORMATION<br>REQUESTER: JENNIFER SESI, 248-255-7527<br>DELIVER TO: GM POWERTRAIN<br>3300 GM ROAD - MAIL CODE 483-316-270<br>MILFORD, MI  48380<br>ATTN: JENNIFER SESI, 248 - 255 - 7527 | | | | |
| 00028 | 13.00 | EACH | HILP-0036<br>HILP-0036 | | HARDWARE IN THE LOOP<br>GM-SUPPORT-APLE 1 WEEK (40 HOURS) ON-SITE<br>ENGINEERING SUPPORT, APPLICATION ENGINEER<br><br>WHO ORDERED: SESI 248-255-7527 | 09/30/09 | C | | 0.00 |
| 00029 | 12.00 | EACH | HILP-0037<br>HILP-0037 | | HARDWARE IN THE LOOP<br>GM-SUPPORT-SRAP 1 WEEK (40 HOURS)<br>ON-SITE ENGINEERING SUPPORT, SENIOR APPLICATION | 09/30/09 | C | | 0.00 |

Shipping
Release No.:   TCR16447

Against
Blanket
Purchase
Order No.:   TCR08276

PLANT PURCHASING
Purchasing Department

Releasing   Approval

PAGE:   1

H005277 STOREKEEPER LTC USER: CLEMENTINE Y BANKS

# BLANKET ORDER RELEASE

**General Motors Corporation**

* Purchase order and shipping release number are to be shown on all packing slips and invoices.
* Materials must be identified by item identification number, noun name, service description and unit of measure on both packing slips and invoices.
* Shipments must be received prior to scheduled delivery dates and overshipments will be returned for credit at vendor's expense.
* Vendor is to advise receiving department promptly of anticipated late deliveries.

GENERAL MOTORS - ABP GROUP
2000 CENTERPOINT PKWY.
M/C 483-520-160
PONTIAC MI
48341
US

VENDOR NUMBER 82-487-6593
TO: DSPACE INC
50131 PONTIAC TRL
WIXOM MI
48393-2020

SHIP TO:  SEE BODY OF PURCHASE ORDER
          FOR SHIPPING ADDRESS
          US

**Shipping Release No.:** ICR16447
**Against Blanket Purchase Order No.:** ICR08276

PAGE: 2

PLANT PURCHASING
Purchasing Department

Releasing Approval

| ITEM SEQUENCE | QUANTITY | Unit of measure | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | DATE REQUIRED | ACCOUNT CLASS | WORK ORDER | TAX CODE % |
|---|---|---|---|---|---|---|---|---|
| | | | | DATE RELEASED 09/11/08 | ALTERATION ISSUE DATE | | | |
| | | | | 00000 | | | | |
| | | | | ENGINEER | | | | |
| | | | | WHO ORDERED: SESI 248-255-7527 | | | | |
| 00030 | 2.00 | EACH | HILP-0038 HILP-0038 | HARDWARE IN THE LOOP GM-SUPPORT-TECH 1 WEEK (40 HOURS) ON-SITE ENGINEERING SUPPORT TECHNICIAN | 09/30/09 | | | C 0.00 |
| | | | | WHO ORDERED: SESI 248-255-7527 | | | | |
| 00040 | 4.00 | EACH | HILP-0048 HILP-0048 | HARDWARE IN THE LOOP GM-HIL-SW-DV-ELEC SOFTWARE MAINTENANCE - DEVELOPER VERSION - 1 YEAR ELECTRICAL CONFIGURATION | 09/30/09 | | | C 0.00 |
| | | | | WHO ORDERED: SESI 248-255-7527 | | | | |
| 00055 | 4.00 | EACH | HILP-0065 HILP-0065 | HARDWARE IN THE LOOP GM-HIL-SW-FAILSIM SOFTWARE MAINTENANCE-FAILURE SIMULATION MODULE - 1 YEAR | 09/30/09 | | | C 0.03 |
| | | | | WHO ORDERED: SESI 248-255-7527 | | | | |
| 00067 | 1.00 | EACH | HILP-0077 HILP-0077 | HARDWARE IN THE LOOP GM-HIL-SW-RTILINMMBS DSPACE SOFTWARE- RTI LIN 2.0 | 09/30/09 | | | C 0.08 |

CONTINUE PAGE 3

GM General Motors Corporation

# BLANKET ORDER RELEASE

RECEIVED SEP 1 5 2008    PAGE: 3

- Purchase order and shipping release number are to be shown on packing slips and invoices.
- Material must be identified by item identification number, noun name, description and unit of measure on both packing slips and invoices.
- Shipments must be received prior to scheduled delivery dates and overshipments will be returned for credit at vendor's expense.
- Vendor is to advise requesting department promptly of anticipated late deliveries.

Shipping Release No.: TCR16447

Against Blanket Purchase Order No.: TCR08276

GENERAL MOTORS - ABP GROUP
2000 CENTERPOINT PKWY.
M/C 483-520-160
PONTIAC MI
48341                    US

PLANT PURCHASING
Purchasing Department

Releasing Approval

TO: VENDOR NUMBER 82-487-6593
DSPACE INC
50131 PONTIAC TRL
WIXOM MI
48393-2020

SHIP TO: SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
US

| ITEM SEQUENCE | QUANTITY | unit of measure | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | ACCOUNT CLASS | WORK ORDER | TAX CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | DATE RELEASED 09/11/08 | ALTERATION ISSUE DATE | | | |
| | | | | | 00000 | | | | |
| | | | | MULTIMESSAGE BLOCKSET | | | | | |
| | | | | WHO ORDERED: SESI 248-255-7527 | | | | | |
| 00068 | 4.00 | EACH | HILP-0078 HILP-0078 | HARDWARE IN THE LOOP GM-HIL-SM-RTILINMMBS SOFTWARE MAINTENANCE- RTI LIN 2.0 MULTI MESSAGE BLOCKSET- 1 YEAR | | 09/30/09 | | | C 0.0 |
| | | | | WHO ORDERED: SESI 248-255-7527 | | | | | |

LAST PAGE    CHMM11 4/93

Embedded Success 

dSPACE GmbH - Industry
Technologiepark 25
Paderborn, Paderborn  D-33100

Phone: 248-295-4700 Fax: 248-295-2951
info@dspaceinc.com * www.dspaceinc.com

# Purchase order copy

| | | |
|---|---|---|
| Date | 09/25/08 |
| Page | 1 / 2 |
| Purchase order | **4485** |
| Variant | 15499 |

| | | | | |
|---|---|---|---|---|
| Your quotation no. | 13767 | | | |
| Customer no | | | | |
| Vendor No. | dSPACE | | Purchaser | Jim Kovach |
| Contact person | | | Telephone | 1.248.295.4687 |
| Tel. Vendor | 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-1638-0 | | Fax | 1.248.295.2951 |
| Fax vendor | 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-66529 | | E-mail | jkovach@dspaceinc.com |

| Pos | Itemnumber/Itemdescription | Date of delivery | Quantity | Unit | Price/Unit | Discount % | Amount EUR |
|---|---|---|---|---|---|---|---|
| 1 | GM-HIL-SM-DV-ELEC<br>HILP-0048<br>Software Maintenance - Developer Version - 1 year:<br>Electrical Configuration<br>1x SMS-CDP-MP<br>1x SMS-RTICAN Blockset<br>1x SMS-AUD<br>For Dongles 19458 - 19461 | 09/25/08 | 4.00 | pcs | 844.00 | | 3,376.00 |
| 2 | GM-HIL-SM-FAILSIM<br>HILP-0065<br>Software Maintenance - Failure Simulation Module - 1<br>year<br>For Dongles 19458 - 19461 | 09/25/08 | 4.00 | pcs | 38.00 | | 152.00 |
| 3 | GM-HIL-SW-RTILINMMBS<br>HILP-0077<br>dSPACE Software - RTI LIN 2.0 Multi Message Blockset | 09/25/08 | 1.00 | pcs | 756.00 | | 756.00 |
| 4 | GM-HIL-SM-RTILINMMBS<br>HILP-0078<br>Software Maintenance - RTI LIN 2.0 Multi Message<br>Blockset - 1 year<br>HILP-0078<br>For Dongles 19458 - 19461 | 09/25/08 | 4.00 | pcs | 189.00 | | 756.00 |



Embedded Success

## Purchase order copy

**Purchase order: 4485**    Variant: 15499          Vendor No.: dSPACE          Page: 2 / 2              09/25/08

| Pos | Itemnumber/Itemdescription | Date of delivery | Quantity Unit | Price/Unit | Discount % | Amount EUR |
|---|---|---|---|---|---|---|

Delivery address                          End user          General Motors Corporation
**50131 Pontiac Trail**                                     Hamid Oral
**Wixom, MI 48393-2020**                                    3300 General Motors Rd
                                                            MC 483-316-270
                                                            Milford, MI 48380
                                                            248.249.9121

Branch and task information               Notes and remarks:
Category:              HIL
Line of business:

Buyer:    Jim Kovach

| Sales balance | Total discount | Misc. charges | Sales tax | Round-off | Total |
|---|---|---|---|---|---|
| 5,040.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,040.00  EUR |

**dSPACE**

# Quotation

**QUI-0169401**

Page 1/2

9/22/2008

Mr. Hamid Oral
General Motors Corporation
3300 General Motors Rd
Milford MI 48380
USA

dSPACE Inc.
50131 Pontiac Trail
Wixom, MI 48393-2020

Tel.: 248-295-4700
Fax: 248-295-2951

info@dspaceinc.com
www.dspaceinc.com

| | |
|---|---|
| Customer-No.: | 40116 |
| Customer Email: | |
| dSPACE Contact: | Jim Kovach |
| Telephone: | 2482954700 |
| Email: | jkovach@dspaceinc.com |
| Payment Terms: | Due within 60 days |
| Expiration Date: | 11/21/2008 |

| Pos | Item | Order No./ Configuration | Qty | Unit | Price [EUR] | Price Total [EUR] |
|---|---|---|---|---|---|---|
| 1 | **GM-SUPPORT-APLE** HILP-00361 week (40 hours) On-Site Engineering Support, Application Engineer | GM-SUPPORT-APLE | 13 | pcs | 3,077.00 | 40,001.00 |
| 2 | **GM-SUPPORT-SRAP** HILP-00371 week (40 hours) On-Site Engineering Support, Senior Application Engineer | GM-SUPPORT-SRAP | 12 | pcs | 4,154.00 | 49,848.00 |
| 3 | **GM-SUPPORT-TECH** HILP-00381 week (40 hours) On-Site Engineering Support, Technician | GM-SUPPORT-TECH | 2 | pcs | 2,154.00 | 4,308.00 |
| 4 | **GM-HIL-SM-DV-ELEC** HILP-0048 Software Maintenance - Developer Version - 1 year: Electrical Configuration | GM-HIL-SM-DV-ELEC | 4 | pcs | 1,441.00 | 5,764.00 |
| 5 | **GM-HIL-SM-FAILSIM** HILP-0065 Software Maintenance - Failure Simulation Module - 1 year | GM-HIL-SM-FAILSIM | 4 | pcs | 74.00 | 296.00 |



# Quotation

**QUI-0169401**                Page  2/2                9/22/2008

| Pos | Item | Order No./ Configuration | Qty | Unit | Price [EUR] | Price Total [EUR] |
|-----|------|--------------------------|-----|------|-------------|-------------------|
| 6 | **GM-HIL-SW-RTILINMMBS** | GM-HIL-SW-RTILINMMBS | 1 | pcs | 2,148.00 | 2,148.00 |
|  | HILP-0077 dSPACE Software - RTI LIN 2.0 Multi Message Blockset |  |  |  |  |  |
| 7 | **GM-HIL-SM-RTILINMMBS** | GM-HIL-SM-RTILINMMBS | 4 | pcs | 369.00 | 1,476.00 |
|  | Software Maintenance - RTI LIN 2.0 Multi Message Blockset - 1 yearHILP-0078 |  |  |  |  |  |

|  |  |
|--|--|
| **Subtotal:** | 103,841.00 |
| **Total:** | 103,841.00 |
| **Grand Total:** | 103,841.00 |

- SMS for 19458 - 19461
- This Quote is subject to dSPACE´s Terms and Conditions attached hereto.

10 781


Embedded Success

# Invoice  14097P

Page:   1 / 2          04/07/09

**Bill To**
GM FSS ABP
C/O OLIMPIC Receipting
PO BOX 63490
Phoenix, AZ 85082
USA

dSPACE  Inc.
50131 Pontiac Trail
Wixom, MI 48393-2020

Tel.: 248-295-4700
Fax: 248-295-2951

info@dspaceinc.com
www.dspaceinc.com

**Ship to**
General Motors Corporation
Attn: Mina J. Khoee-Fard
Bldg 2-7 Dock 3
30003 Van Dyke Ave
Warren, MI 48090

| | |
|---|---|
| **Ship date** | 04/07/09 |
| **Customer #** | 40116 |
| **Customer PO #** | TCS26689 |
| **dSPACE Inc. Order #** | DO14097 |
| **Shipping method** | Picked Up By Customer |
| **dSPACE Inc. Contact** | Jim Kovach |
| **Phone** | 1.248.295.4687 |
| **Email** | jkovach@dspaceinc.com |
| **Payment terms** | NET 60 |

| Pos | Item | Quantity | Price/Unit | Extension |
|---|---|---|---|---|
| 1 | ASM_L_VD (USB)<br>#PRYX4615 001<br>ASM VehicleDynamics Library<br>with USB dongle | 1.00 | €6,655.00 | €6,655.00 |
| 2 | ASM_L_ENV (USB)<br>#PRYX4615 002<br>ASM Environment Library<br>with USB dongle | 1.00 | €4,555.00 | €4,555.00 |
| 3 | MODELDESK (USB)<br>#PRYX4615 003<br>ModelDesk<br>Graphical user interface for parameterization of<br>dSPACE models with USB dongle | 1.00 | €3,503.00 | €3,503.00 |

Embedded Success    **dSPACE**

# Invoice  14097P

Page:    2 / 2          04/07/09

**Subtotal:**              €14,713.00

**Grand Total:**           €14,713.00

DO14097
PO4999

**GM** General Motors Corporation

# PURCHASE ORDER : TCS26689

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices. Invoice Attn: Accounts Payable Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-492-8481 |
|---|---|
| 03/27/09 | S RATH                Buyer |
| ALTERATION ISSUE DATE | 7801 |
| | PURCHASING AGENT |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA

REFER TO WWW.GMSHIPPING.COM

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                    US

VENDOR NUMBER 82-487-6593

TO: DSPACE INC
50131 PONTIAC TRL
WIXOM MI
48393-2020

SHIP TO:
GM WARREN POWERTRAIN CENTER
BLDG 2-7    DOCK 3
30003 VAN DYKE AVE
WARREN MI
48090-9060                              US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
INVOICE TO:    MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                              US

This page is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. The words, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | | | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|---|---|---|
| NET    NET    60 DAYS | | | SHIPPING POINT - FREIGHT COLLECT | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY EUR EUROPEAN CURRENCY UNIT | | | | | | |
| | | | | SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND EQUIPMENT PURCHASING AVAILABLE DURING DETROIT BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT IMEHELPDESK@GM.COM QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT DISBURSEMENTS AT 248-874-4636. | | | | | | |
| | | | | THE PAYMENT TERMS OTHERWISE SET FORTH HEREIN ARE MODIFIED AS FOLLOWS: THE PAYMENT DATE SHALL BE NET 60, WITH DISBURSEMENTS OCCURRING ON A WEEKLY PAYMENT CYCLE. PAYMENT WILL BE TRIGGERED UPON BUYER'S RECEIPT OF (A) GOODS OR (B) A VALID INVOICE. | | | | | | |
| | | | | PRICE BASED ON QUOTE RECEIVED FROM VIVEK MOUDGAL TD 03/27/09..HJ | | | | | | |
| 00001 | 1 | PRYX4615 001 | | ASM_L_VD USB ASM_L_VD TAREK LAHDHIRI -586-492-0559 DELIVER TO: GENERAL MOTORS CORP 30003 VANDYKE AVE WARREN, MI 48090 | | 04/07/09    F | 0.00% | 6655.0000 | | EACH |

CONTINUE PAGE 2

A005605 USER HARITHA JAYA                ORIGINAL                CHMM08 4/93

**General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090    US

VENDOR NUMBER 82-487-6593

TO:
DSPACE INC
50131 PONTIAC TRL
WIXOM MI
48393-2020

**PURCHASE ORDER :** TCS26689

PAGE 2

SHIP TO:
GM WARREN POWERTRAIN CENTER
BLDG 2-7   DOCK 3
30003 VAN DYKE AVE
WARREN MI
48090-9060    US

INVOICE FOR SERVICE, MACHINERY & EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490    US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post

PHONE: 586-492-8481
S  RATH    Buyer
7801    PURCHASING AGENT

ORDER DATE 03/27/09
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

PAYMENT TERMS: NET  NET 60 DAYS

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ATTN: TAREK LAHDHIRI, 586-492-0559 | | | | | | |
| 00002 | 1 | PRYX4615 002 | | INSTRUMENTATION PACKAGE FOR HYBRID HIL. ALL ITEMS IN PR MAKE ONE CAPITAL ASSET.  WHO ORDERED: --586-492-0559 | | 04/07/09  F | 0.00% | 4555.0000 | | EACH |
| 00003 | 1 | PRYX4615 003 | | ASM_L_ENV_USB  ASM_L_ENV  TAREK LAHDHIRI  --586-492-0559  WHO ORDERED: --586-492-0559 | | 04/07/09  F | 0.00% | 3503.0000 | | EACH |
| | | | | MODELDESK_USB  MODELDESK  TAREK LAHDHIRI  --586-492-0559  WHO ORDERED: --586-492-0559 | | | | | | |
| | | | | CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT) CONTRACT CLAUSE | | | | | | |
| | | | | SPECIAL TERM (U.S.) - C-TPAT | | | | | | |
| | | | | FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/ | | | | | | |

A005605 USER HARITHA JAYA    ORIGINAL    CONTINUE PAGE 3    CHMM08 4/93

# GM General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090                US

VENDOR NUMBER 82-487-6593

TO:
DSPACE INC
50131 PONTIAC TRL
WIXOM MI
48393-2020

SHIP TO:
GM WARREN POWERTRAIN CENTER
BLDG 2-7   DOCK 3
30003 VAN DYKE AVE
WARREN MI
48090-9060               US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:

INVOICE TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS A&P
PO BOX 63490, PHOENIX AZ
85082-3490               US

## PURCHASE ORDER: TCS26689

PAGE 3

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-492-8481 |
|---|---|
| 03/27/09 | S RATH   Buyer |
| ALTERATION ISSUE DATE | 7801 |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

F.O.B   DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

PAYMENT TERMS
NET   NET 60 DAYS

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | R.F.Q NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| A005605 | USER HARITHA JAYA | | | ENFORCE/TPAT.HTM). AT BUYER'S OR THE CUSTOMS SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING ITS COMPLIANCE WITH THE FOREGOING. SELLER SHALL INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES (INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES) ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE. (AT 6/20/02)   IMPORTANT NOTICE: EFFECTIVE SEPTEMBER 1, 2008 SIGNIFICANT CHANGES HAVE BEEN MADE TO THE GMNA SHIPPING INSTRUCTIONS. PLEASE REVIEW FOR CARRIER UPDATES.   NON-COMPLIANCE TO THESE INSTRUCTIONS MAY RESULT IN FREIGHT CHARGES BEING DEBITED BACK TO THE SUPPLIER. GM ROUTING / SHIPPING INSTRUCTIONS CAN BE FOUND AT WWW.GMSHIPPING.COM   EXPORT ADMINISTRATION REGULATIONS (EAR) CONTROLLED PURCHASES ************************************************** THE TECHNICAL DATA ASSOCIATED WITH THIS EQUIPMENT, SERVICE OR PART IS CONTROLLED UNDER U.S. EXPORT LAWS. YOU MAY NOT EXPORT OR RE-EXPORT THE TECHNICAL DATA, INCLUDING BUT NOT LIMITED TO PRINTS, ROUTINGS AND SPECIFICATIONS ASSOCIATED WITH THIS REQUEST FOR | | | | | | |

ORIGINAL

CONTINUE PAGE 4

CHM4008 4/93

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090                                US

VENDOR NUMBER 82-487-6593
DSPACE INC
TO:  50131 PONTIAC TRL
WIXOM MI
48393-2020

SHIP TO:
GM WARREN POWERTRAIN CENTER
BLDG 2-7    DOCK 3
30003 VAN DYKE AVE
WARREN MI
48090-9060                           US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS A&P
PO BOX 63490, PHOENIX AZ
85082-3490                           US

# PURCHASE
# ORDER : TCS26689

PAGE  4

This Number Must Appear On All Invoices, Packing Slips.
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-492-8481
S  RATH                    , Buyer
7801

| ORDER DATE | | |
|---|---|---|
| 03/27/09 | | |

ALTERATION ISSUE DATE

ALTERATION EFFECTIVE
DATE

PURCHASING AGENT

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

| PAYMENT TERMS | | | | | |
|---|---|---|---|---|---|
| NET    NET 60 DAYS | | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAXCODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | F.O.B  DESTINATION UNLESS OTHERWISE INDICATED | | | | | | |
| | | | | SHIPPING POINT - FREIGHT COLLECT | | | | | | |
| | | | | QUOTATION OR PURCHASE CONTRACT WITHOUT THE PROPER | | | | | | |
| | | | | GOVERNMENTAL AUTHORIZATIONS. | | | | | | |
| | | | | UNLESS OTHERWISE INDICATED IN THIS RFQ, SELLER IS | | | | | | |
| | | | | REQUIRED TO HAVE ELECTRONIC DATA INTERCHANGE | | | | | | |
| | | | | CAPABILITY WORLDWIDE. | | | | | | |
| | | | | "DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO | | | | | | |
| | | | | ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED | | | | | | |
| | | | | BELOW." GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE | | | | | | |
| | | | | STATES.  AS A RESULT, IN ALL OF THE IDENTIFIED STATES | | | | | | |
| | | | | BELOW LISTED GM CORPORATE ENTITIES WILL REMIT | | | | | | |
| | | | | DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX | | | | | | |
| | | | | LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE | | | | | | |
| | | | | PERSONAL PROPERTY AND SERVICES (1). THEREFORE, | | | | | | |
| | | | | EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL | | | | | | |
| | | | | TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR | | | | | | |
| | | | | THOSE STATES NOT IDENTIFIED BELOW.  FOR THOSE STATES | | | | | | |
| | | | | NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE | | | | | | |
| | | | | SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER. | | | | | | |
| | | | | LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX | | | | | | |
| | | | | LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS | | | | | | |
| | | | | WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY: | | | | | | |
| | | | | * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | | | |
| | | | | GENERAL MOTORS CORPORATION PERMITS: | | | | | | |
| | | | | GEORGIA #044-38-00894-3 | | | | | | |

A005605    USER HARITHA JAYA                    ORIGINAL                    CONTINUE PAGE    5

CHMM008 4/93