**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090          US

VENDOR NUMBER 82-487-6593
DSPACE INC
TO: 50131 PONTIAC TRL
WIXOM MI
48393-2020

SHIP TO:
GM WARREN POWERTRAIN CENTER
BLDG 2-7    DOCK 3
30003 VAN DYKE AVE
WARREN MI
48090-9060          US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
INVOICE TO: PO BOX 63490, PHOENIX AZ
85082-3490          US

## PURCHASE ORDER: TCS26689

PAGE 5

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) Copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-492-8481
S RATH          Buyer
7801          PURCHASING AGENT

| ORDER DATE | |
|---|---|
| 03/27/09 | |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

PAYMENT TERMS
NET     NET  60 DAYS

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | RFQ NUMBER | DESCRIPTION | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE/N | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | INDIANA #003-28048490001 | | | | | | | |
| | | | KENTUCKY #0000-10 | | | | | | | |
| | | | KANSAS #98-0003B   (FAIRFAX ONLY) | | | | | | | |
| | | | LOUISIANA #6009013-008DP   (SHREVEPORT ONLY) | | | | | | | |
| | | | MARYLAND #20 | | | | | | | |
| | | | MICHIGAN #ME-0900440 | | | | | | | |
| | | | MISSISSIPPI #4277   (SPO ONLY) | | | | | | | |
| | | | MISSOURI #11731559 | | | | | | | |
| | | | NEW JERSEY #N29-001-683/000 | | | | | | | |
| | | | NEW YORK #DP-003445 | | | | | | | |
| | | | OHIO #98-000613 | | | | | | | |
| | | | OKLAHOMA #137479 | | | | | | | |
| | | | PENNSYLVANIA #02-93450/DP246 | | | | | | | |
| | | | TEXAS #1-38-0572515-0 | | | | | | | |
| | | | VIRGINIA #9980000793 | | | | | | | |
| | | | WISCONSIN #WDP95-01-01012 | | | | | | | |
| | | | * * * * * * * * | | | | | | | |
| | | | ONSTAR CORPORATION PERMIT: | | | | | | | |
| | | | MICHIGAN #38-3506814 | | | | | | | |
| | | | * * * * * * * * * * * * * * * | | | | | | | |
| | | | SATURN CORPORATION PERMITS: | | | | | | | |
| | | | MICHIGAN #38-2577506 | | | | | | | |
| | | | TENNESSEE #100315259 | | | | | | | |
| | | | * * * * * * * * * * * * * * * | | | | | | | |
| | | | FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION | | | | | | | |
| | | | CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND | | | | | | | |

A005605 USER EARITHA JAYA          ORIGINAL          CONTINUE PAGE 6          CHMA06 4/93

**GM** General Motors Corporation

# PURCHASE
# ORDER: TCS26689

PAGE 6

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| | |
|---|---|
| ORDER DATE 03/27/09 | PHONE: 586-492-8481 |
| ALTERATION ISSUE DATE | S RATH     Buyer |
| ALTERATION EFFECTIVE DATE | 7801 |

PURCHASING AGENT

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090                          US

TO: VENDOR NUMBER 82-487-6593
DSPACE INC
50131 PONTIAC TRL
WIXOM MI
48393-2020

SHIP TO:
GM WARREN POWERTRAIN CENTER
BLDG 2-7    DOCK 3
30003 VAN DYKE AVE
WARREN MI
48090-9060                     US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                     US

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

| PAYMENT TERMS | | F.O.B | DESTINATION UNLESS OTHERWISE INDICATED | | |
|---|---|---|---|---|---|
| NET    NET 60 DAYS | | SHIPPING POINT - FREIGHT COLLECT | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| A005605 | | | USER HARITHA JAYA | USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR (WITH THE EXCEPTION OF TEXAS), AND SHOULD BE INCLUDED IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05) OR SECTION 6 OF THE GM1638A (08/02), UNLESS THE RESPONSIBILITY FOR PAYMENT OF SALES & USE TAXES ARE OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. WITH REFERENCE TO TEXAS: IF THE ORDER RELATES TO A CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED CONTRACTS AND AS SUCH SHOULD NOT INCLUDE SALES TAX IN THE COST OF INCORPORATED MATERIALS OR EQUIPMENT. IN ADDITION, THE CONTRACTOR SHOULD NOT BILL GM (GENERAL MOTORS CORPORATION ONLY) FOR SALES TAX ON THE SEPARATED COSTS OF MATERIAL OR LABOR. GM WILL ACCRUE AND REMIT THE APPROPRIATE SALES TAX DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT PAY PERMIT. * * * * * * * * * * * * * * * * * * * * * * * * * * ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO THE FOLLOWING: * DISBURSEMENT SERVICES - CUSTOMER COMMUNICATION CENTER PHONE: (248) 874-4636 * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | | |

ORIGINAL                    CONTINUE PAGE    7

CHMM08 4/93

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090                                    US

VENDOR NUMBER 82-487-6593

TO:  DSPACE INC
     50131 PONTIAC TRL
     WIXOM MI
     48393-2020

SHIP TO:
GM WARREN POWERTRAIN CENTER
BLDG 2-7   DOCK 3
30003 VAN DYKE AVE
WARREN MI
48090-9060                US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                US

# PURCHASE ORDER: TCS26689

PAGE  7

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-492-8481
S RATH                    Buyer
7801

| ORDER DATE | | PURCHASING AGENT |
|---|---|---|
| 03/27/09 | | |
| ALTERATION ISSUE DATE | | |
| | | |
| ALTERATION EFFECTIVE DATE | | |

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

PAYMENT TERMS
NET    NET 60 DAYS

The order is not binding and accepted. Acceptance should be executed on acknowledgment copy which should be
returned to buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

FOB   DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| A005605 | USER HARITHA JAYA | | | (1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES, HOTELS, AND MEAL PURCHASES.  TAX IS TO BE PAID DIRECTLY TO THE SUPPLIER OF THESE ITEMS.  TERMS AND CONDITIONS SEPTEMBER 2004, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | | |

ORIGINAL                                LAST PAGE

CHMM408  4/93

*D014097*
*PO4999*

## Chloe Murphy

| | |
|---|---|
| **From:** | Vivek Moudgal |
| **Sent:** | Tuesday, March 31, 2009 2:33 PM |
| **To:** | Chloe Murphy |
| **Subject:** | FW: Electrical Lab POs (3 remaining ones) and ASM |
| **Attachments:** | qui-0223601.pdf; QUI-0223304.pdf; QUI-0223703.pdf |

Hello Chloe,

Please process the Pos below for the corresponding Quotes attached as soon as possible. Now that we have the PO numbers we do not have to wait for the Paper copies to process.

Please request GmbH to ship the licenses for the orders containing ASM items immediately to assist Mina in her project.

Thanks,
Vivek

---

**From:** mina.khoee-fard@gm.com [mailto:mina.khoee-fard@gm.com]
**Sent:** Tuesday, March 31, 2009 11:36 AM
**To:** Vivek Moudgal
**Cc:** Mahendra Muli; Peter Waeltermann; Jim Kovach
**Subject:** Electrical Lab POs (3 remaining ones) and ASM


Hello Vivek,

The following three POs were issued couple of hours ago for the 3 quotes you sent to purchasing on Friday:

TCS26689 - This is the ASM Vehicle Dynamics License  Quote 223601
TCS26739 - This the NRE charge for DS5337 and 1 DS5337 + Integration charge  Quote 223304
TCS26738 - 2nd DS5337 + Integration charge.  Quote 223703

Previously **TCS26520** (couple of weeks ago) was issed which had ASM-EC library and DS4004 and couple of misc. items on them  Please make sure to get this ASM license delivered ASAP also.

I need to get the license of ASM-VD and ASM-EC as soon as possible.   You can invoice those POs for the entire amount as soon as I get the license.  Please denise Know about the invoice possibility.

I am not sure of the status of development on DS5337 (Peter can answer that).  I probably would need to know that before making the decision on payment of NRE charges.

Let me know the timing on getting the ASM license.

Regards,
*Mina  Khoee-Fard*
Tel: (586) 854-8952
email: mina.khoee-fard@gm.com
Engineering Group Manager
Global Systems Engineering
Advanced Development and Validation
VPC, 135-18, MC: 480-715-330
30003 Van Dyke Road, Warren, MI 48090


4/7/2009

**Chloe Murphy**

| | |
|---|---|
| **From:** | Chloe Murphy |
| **Sent:** | Tuesday, April 07, 2009 11:11 AM |
| **To:** | Bjoern Starke |
| **Cc:** | Jim Kovach; Vivek Moudgal |
| **Subject:** | PO4999-2 [General Motors] |
| **Attachments:** | PO4999-2.pdf; ASM_Pricing for GM_VM.xls |

Added discount per attached email.

Chloé Murphy
Sales Coordinator

dSPACE Inc.
50131 Pontiac Trail
Wixom, MI 48393-2020
USA

Tel: (248) 295-4700
Direct: (248) 295-4681
Fax: (248) 295-2951
cmurphy@dspaceinc.com
www.dspaceinc.com

Embedded Success  

dSPACE GmbH - Industry
Technologiepark 25
Paderborn, Paderborn  D-33100

Phone: 248-295-4700 Fax: 248-295-2951
info@dspaceinc.com * www.dspaceinc.com

# Purchase order copy

| | |
|---|---|
| Date | 04/07/09 |
| Page | 1 / 2 |
| Purchase order | 4999 |
| Variant | 16094 |

| | | | |
|---|---|---|---|
| **Your quotation no.** | 14097 | | |
| **Customer no** | | | |
| **Vendor No.** | dSPACE | **Purchaser** | Jim Kovach |
| **Contact person** | | **Telephone** | 1.248.295.4687 |
| **Tel. Vendor** | 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-1638-0 | **Fax** | 1.248.295.2951 |
| **Fax vendor** | 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-66529 | **E-mail** | jkovach@dspaceinc.com |

| Pos | Itemnumber/Itemdescription | Date of delivery | Quantity | Unit | Price/Unit | Discount % | Amount EUR |
|---|---|---|---|---|---|---|---|
| 1 | ASM_L_VD (USB) <br> ASM VehicleDynamics Library <br> with USB dongle <br> Configuration  .....: USB | 04/01/09 | 1.00 | pcs | € 5,795.00 | 38.00 | € 3,592.90 |
| 2 | ASM_L_ENV (USB) <br> ASM Environment Library <br> with USB dongle <br> Configuration  .....: USB | 04/01/09 | 1.00 | pcs | € 3,965.00 | 38.00 | € 2,458.30 |
| 3 | MODELDESK (USB) <br> ModelDesk <br> Graphical user interface for parameterization of <br> dSPACE models with USB dongle <br> Configuration  .....: USB | 04/01/09 | 1.00 | pcs | € 2,745.00 | 38.00 | € 1,701.90 |

Embedded Success    

## Purchase order copy

**Purchase order: 4999**    Variant: 16094    Vendor No.: dSPACE    Page: 2 / 2    04/07/09

Pos  Itemnumber/Itemdescription    Date of delivery  Quantity Unit  Price/Unit    Discount %  Amount EUR

Delivery address                              End user          General Motors Corporation
**50131 Pontiac Trail**                                         Mina J. Khoee-Fard
**Wixom, MI 48393-2020**                                        VPC, 135-22, MC: 480-715-330
                                                                30003 Van Dyke Road
                                                                Warren, MI 48092
                                                                (586) 492-0560
                                                                mina.khoee-fard@gm.com
                                                                ID 43209

Branch and task information                   Notes and remarks:
Category:            HIL
Line of business:    APRO

Buyer:    Jim Kovach

Sales balance    Total discount    Misc. charges    Sales tax    Round-off    Total

Embedded Success    **dSPACE**

# Quotation

**QUI-0223601**                    Page 1/2                    3/3/2009

Ms. Mina J. Khoee-Fard
General Motors Corporation
VPC 135-18

MC: 480-715-330
30003 Van Dyke Rd
Warren MI 48090

USA

dSPACE Inc.
50131 Pontiac Trail
Wixom, MI 48393-2020

Tel.: 248-295-4700
Fax: 248-295-2951

info@dspaceinc.com
www.dspaceinc.com

| | |
|---|---|
| **Customer-No.:** | 40116 |
| **Customer Email:** | mina.khoee-fard@gm.com |
| **dSPACE Contact:** | Jim Kovach |
| **Telephone:** | 2482954700 |
| **Email:** | jkovach@dspaceinc.com |
| **Payment Terms:** | Due within 60 days |
| **Expiration Date:** | 5/2/2009 |

| Pos | Item | Order No./ Configuration | Qty | Unit | Price [EUR] | Price Total [EUR] |
|---|---|---|---|---|---|---|
| 1 | **ASM_L_VD** ASM VehicleDynamics Library with USB dongle | ASM_L_VD_USB | 1 | pcs | 6,655.00 | 6,655.00 |
| 2 | **ASM_L_ENV** ASM Environment Library with USB dongle | ASM_L_ENV_USB | 1 | pcs | 4,555.00 | 4,555.00 |
| 3 | **MODELDESK** ModelDesk Graphical user interface for parameterization of dSPACE models with USB dongle | MODELDESK_USB | 1 | pcs | 3,503.00 | 3,503.00 |

| | |
|---|---|
| **Subtotal:** | 14,713.00 |
| **Total:** | 14,713.00 |
| **Grand Total:** | 14,713.00 |

Embedded Success   **dSPACE** 

# Quotation

QUI-0223601                    Page 2/2              3/3/2009

- This Quote is subject to dSPACE´s Terms and Conditions attached hereto.
- In general our software is protected by an USB dongle. An parallel dongle is also available on request instead.
- Our current software (Solutions for Control R6.2) is compatible with The MathWorks R2006a+, R2006b R2007a+, R2007b+, R2008a and R2008b.
- For six months from date of shipment, we will supply upgrades on dSPACE software products automatically and free of charge, provided new major releases become available within that period. Neither above mentioned free software upgrades nor ordered ones entitle to subsequent free upgrades. Please supply us with a valid e-mail address, so that we are able to inform you about the latest software updates for your system. Please also ensure that you are able to receive .zip archives with your e-mail account, because licenses for automatic updates and patches are distributed electronically!

Embedded Success 

# Invoice    10845

Page:  1 / 2          05/14/09

**Bill To:**
GM FSS ABP
C/O OLIMPIC Receipting
PO BOX 63490
Phoenix, AZ 85082
USA

dSPACE  Inc.
50131 Pontiac Trail
Wixom, MI 48393-2020

Tel.: 248-295-4700
Fax: 248-295-2951

info@dspaceinc.com
www.dspaceinc.com

**Ship to:**
General Motors Corporation
Attn: Kevin Deng/James Horak
R&D Rec Hrs 7-3:30
Bldg 1-6 Dock 7
30500 Mound Rd
Warren, MI 48090
USA

| | |
|---|---|
| **Ship date** | 05/14/09 |
| **Customer #** | 40116 |
| **Customer PO #** | TCS16094 003 |
| **dSPACE Inc. Order #** | DO14128 |
| **Shipping method** | United Parcel Service |
| **dSPACE Inc. Contact** | Angie Suthivarakom |
| **Phone** | 1.248.295.4667 |
| **Email** | angies@dspaceinc.com |
| **Payment terms** | NET 60 |

| Pos | Item | Quantity | Price/Unit | Disc. % | Extension |
|---|---|---|---|---|---|
| 1 | CUSTOM ITEMSA-Tangible PRYX9680 001 Hardware-in-the-Loop Host PC | 1.00 | $4,570.00 | | $4,570.00 |
| | **Delivery note**    **6372** | 1.00 pcs | | | |
| 3 | HSL_OPTO (20m) PRYX9680 003 High Speed Serial Opto Cable for DS813 or DS817-DS814 connection/ 20m | 2.00 | $90.00 | | $180.00 |
| | **Delivery note**    **6372** | 2.00 pcs | | | |
| 4 | CUSTOM ITEMSA-Tangible Hardware-in-the-Loop Host PC-Dual DVI SVGA Card-MMuli | 1.00 | $0.00 | | $0.00 |
| | **Delivery note**    **6372** | 1.00 pcs | | | |

**Subtotal:**                              **$4,750.00**

Embedded Success    

# Invoice    10845

Page:  2 / 2          05/14/09

| Pos | Item | Quantity | Price/Unit | Disc. % | Extension |
|-----|------|----------|------------|---------|-----------|
| | | | **Carryover:** | | **$4,750.00** |
| 5 | CUSTOM ITEMS1 | 1.00 | $805.00 | 20.00 | $644.00 |
| | PRYX9680 002 | | | | |
| | DS817 | | | | |
| | High-speed serial PCI host interface, connects to | | | | |
| | MABX(RJ5-LEMO) or DS814(OPTO or RJ45 cables) | | | | |
| | expansion box interface.  SN: 233123 | | | | |
| | **Delivery note    6372** | 1.00 pcs | | | |
| | | | **Subtotal:** | | **$5,394.00** |
| | | | **Grand Total:** | | **$5,394.00** |
| | Total discount | | | | $161.00 |

**GM** General Motors Corporation

RECEIVED APR 22 2009

GENERAL MOTORS CORP.
GLOBAL PURCHASING
200 RENAISSANCE CENTER
BOX 200 M\C 482-B29-D84
DETROIT MI
48265-2000

VENDOR NUMBER 82-487-6593
DSPACE INC
TO: 50131 PONTIAC TRL
WIXOM MI
48393-2020

PAYMENT TERMS
NET    2ND DAY OF 2ND MONTH

SHIP TO:
GM - NAO TECHNICAL CENTER
R & D  REC HRS 7-3:30
BLDG 1-6  DOCK 7
30500 MOUND RD
WARREN MI
48090-9055                    US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

This order is not binding until accepted. Acceptance should be execute an acknowledgment copy which should be retained to Buyer.

## PURCHASE ORDER

### ALTERATION

TCS16094  003
### ### ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 02/11/08 |
| ALTERATION ISSUE DATE | 04/15/09 |
| ALTERATION EFFECTIVE DATE | 04/15/09 |

PHONE: 313-667-4519
J. HORAK         Buyer
S110
PURCHASING AGENT

PAGE 1

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | EA | UNIT MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED FREIGHT COLLECT | | | | | | | |
| | | | ### | ### SPOT BUY TCS16094 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | | |
| | | | | RENEWAL OF PURCHASE ORDER FOR THE ITEMS LISTED REFERENCE DSPACE QUOTE QUI-0236902 | | | | | | | |
| | | | | THIS PURCHASE IS GOVERNED BY GM'S SOFTWARE LICENSE AGREEMENT SIGNED BY AND BETWEEN GENERAL MOTORS AND DSPACE EFFECTIVE 10/18/02. | | | | | | | |
| 00030 | 1 | PRYX9680 001 | | ### THIS ITEM HAS BEEN ADDED ###  CUSTOM ITEMSA-TANGIBLE HARDWARE-IN-THE-LOOP HOST PC (AS A HOST TO CONNECT DSPACE HIL SIMULATOR) WEIWEN DENG    586 986 4807 DELIVER TO: KEVIN DENG 30500 MOUND ROAD, 480-106-390 WARREN, MI   48090 WHO ORDERED: DENG  586 986 4807 | | 04/09/09 | C   0.00% | 4570.0000 | | EA | |
| 00031 | 1 | PRYX9680 002 | | ### THIS ITEM HAS BEEN ADDED ###  DS817 PCI BUS LINK BOARD (PC) PCI CARD AS HOST SIDE INTERFACE ADAPTER WEIWEN DENG    586 986 4807 | | 04/09/09 | C   0.00% | 644.0000 | | EA | |

CONTINUE PAGE 2

CHMMC8 4/93

0005396  USER JAMES L HORAK

ID14128
205039
(P04295 Stock

**GM** General Motors Corporation

# PURCHASE ORDER: ALTERATION

PAGE 2

TCS16094 003

### ### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 313-667-4519
J. HORAK    Buyer
SI10    PURCHASING AGENT

| ORDER DATE | |
| --- | --- |
| 02/11/08 | |
| ALTERATION ISSUE DATE | |
| 04/15/09 | |
| ALTERATION EFFECTIVE DATE | |
| 04/15/09 | |

SHIP VIA    REFER TO WWW.GMSHIPPING.COM

SHIP TO:
GM - NAO TECHNICAL CENTER
R & D REC HRS 7-3:30
BLDG 1-6 DOCK 7
30500 MOUND RD
WARREN MI
48090-9055    US
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:

INVOICE TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490    US

General Motors Corporation
GENERAL MOTORS CORP.
GLOBAL PURCHASING
200 RENAISSANCE CENTER
BOX 200 M/C 482-B29-D84
DETROIT MI
48265-2000    US

VENDOR NUMBER 82-487-6593
DSPACE INC
50131 PONTIAC TRL
WIXOM MI
48393-2020

TO:

PAYMENT TERMS
NET    2ND DAY OF 2ND MONTH

F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 00032 | 2 | PRYX9680 003 | | WHO ORDERED: DENG 586 986 4807 | | | C  0.00% | 90.0000 | EACH |
| | | | | ### THIS ITEM HAS BEEN ADDED ### | | 04/09/09 | | | |
| | | | | HSL_OPTO_20M  HIGH SPEED SERIAL OPTO CABLE FOR DS813 OR DS817-DS814 CONNECTION/20M | | | | | |
| | | | | WEIWEN DENG   586 986 4807 | | | | | |
| | | | | WHO ORDERED: DENG 586 986 4807 | | | | | |

LAST PAGE

This order is not binding until accepted. Acceptance should be executed by an acknowledgement copy which should be returned to Buyer.
Do not change side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, overrides the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

CHMM08 4/93

0005396   USER JAMES L HORAK

**Chloe Murphy**

| | |
|---|---|
| **From:** | Chloe Murphy |
| **Sent:** | Friday, April 24, 2009 12:18 PM |
| **To:** | Bjoern Starke |
| **Cc:** | Angie Suthivarakom |
| **Subject:** | PO5039 [General Motors] |
| **Attachments:** | PO5039.pdf |

```
Chloé Murphy
Sales Coordinator

dSPACE Inc.
50131 Pontiac Trail
Wixom, MI 48393-2020
USA

Tel: (248) 295-4700
Direct: (248) 295-4681
Fax: (248) 295-2951
cmurphy@dspaceinc.com
www.dspaceinc.com
```

Embedded Success  

dSPACE GmbH - Industry
Technologiepark 25
Paderborn, Paderborn  D-33100

Phone: 248-295-4700 Fax: 248-295-2951
info@dspaceinc.com * www.dspaceinc.com

# Purchase order copy

| | |
|---|---|
| Date | 04/24/09 |
| Page | 1 / 1 |
| Purchase order | 5039 |
| Variant | 16141 |

| | | | |
|---|---|---|---|
| Your quotation no. | 14128 | | |
| Customer no | | | |
| Vendor No. | dSPACE | Purchaser | Angie Suthivarakom |
| Contact person | | Telephone | 1.248.295.4667 |
| Tel. Vendor | 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-1638-0 | Fax | |
| Fax vendor | 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-66529 | E-mail | angies@dspaceinc.com |

| Pos | Itemnumber/Itemdescription | Date of delivery | Quantity | Unit | Price/Unit | Discount % | Amount EUR |
|---|---|---|---|---|---|---|---|
| 1 | HSL_OPTO (20m)<br>High Speed Serial Opto Cable<br>for DS813 or DS817-DS814 connection/ 20m<br>Configuration  .....: 20m | 04/24/09 | 2.00 | pcs | € 50.00 | | € 100.00 |

| Delivery address | End user |
|---|---|
| 50131 Pontiac Trail<br>Wixom, MI 48393-2020 | General Motors Corporation<br>James Horak<br>200 Renaissance Center<br>Detroit, MI 48265<br>3136674519<br>james.horak@gm.com<br>ID 807953 |

Branch and task information          Notes and remarks:
Category:                HIL
Line of business:        APRO

Buyer:    Angie Suthivarakom

| Sales balance | Total discount | Misc. charges | Sales tax | Round-off | Total |
|---|---|---|---|---|---|

Embedded Success 

# Quotation

**QUI-0236902**      Page  1/1      4/1/2009

Mr. Kevin  Deng
General Motors Corporation
MC 480-106-390
Warren MI 48090-9055
USA

dSPACE Inc.
50131 Pontiac Trail
Wixom, MI  48393-2020

Tel.: 248-295-4700
Fax: 248-295-2951

info@dspaceinc.com
www.dspaceinc.com

| | |
|---|---|
| **Customer Fax:** | (586) 986-3003 |
| **Customer-No.:** | 40116 |
| **Customer Email:** | kevin.deng@gm.com |
| **dSPACE Contact:** | Angie Suthivarakom |
| **Telephone:** | 2482954700 |
| **Email:** | angies@dspaceinc.com |
| **Payment Terms:** | Due within 60 days |
| **Expiration Date:** | 5/31/2009 |

| Pos | Item | Order No./ Configuration | Qty | Unit | Price [USD] | Disc. % | Price Total [USD] |
|---|---|---|---|---|---|---|---|
| 1 | **CUSTOM ITEMSA-Tangible** | CUSTOM ITEMSA-Tangible | 1 | pcs | 4,570.00 | 0.00 | 4,570.00 |
| | Hardware-in-the-Loop Host PC | | | | | | |
| 2 | **DS817** PCI Bus Link Board (PC) PCI card as host side interface adapter | DS817 | 1 | pcs | 805.00 | 20.00 | 644.00 |
| 3 | **HSL_OPTO** High Speed Serial Opto Cable for DS813 or DS817-DS814 connection/ 20m | HSL_OPTO_20m | 2 | pcs | 90.00 | 0.00 | 180.00 |

*(handwritten: P04295 (Stock))*

| | |
|---|---|
| **Subtotal:** | 5,394.00 |
| **Total:** | 5,394.00 |
| **Grand Total:** | 5,394.00 |

- This Quote is subject to dSPACE´s Terms and Conditions attached hereto.

angies        OPI-02369

☒Close Window



## Tracking Detail

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z R25 06W 03 5029 433 4 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 05/15/2009 10:15 A.M. |
| Signed By: | PARKIN |
| Location: | DOCK |
| Delivered To: | WARREN, MI, US |
| Shipped/Billed On: | 05/14/2009 |
| Service: | GROUND |
| Weight: | 2.00 Lbs |
| Multiple Packages: | 5 |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| MADISON HEIGHTS, MI, US | 05/15/2009 | 10:15 A.M. | DELIVERY |
| | 05/15/2009 | 5:09 A.M. | OUT FOR DELIVERY |
| | 05/15/2009 | 4:12 A.M. | ARRIVAL SCAN |
| MAUMEE, OH, US | 05/15/2009 | 1:22 A.M. | DEPARTURE SCAN |
| MAUMEE, OH, US | 05/14/2009 | 10:47 P.M. | ARRIVAL SCAN |
| WIXOM, MI, US | 05/14/2009 | 9:04 P.M. | DEPARTURE SCAN |
| | 05/14/2009 | 8:47 P.M. | ORIGIN SCAN |
| US | 05/14/2009 | 3:07 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 06/11/2009 8:50 A.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

Embedded Success    

# Invoice    10862

Page:    1 / 2          05/15/09

**Bill To:**
GM FSS ABP
C/O OLIMPIC Receipting
PO BOX 63490
Phoeniz, AZ 85082

dSPACE  Inc.
50131 Pontiac Trail
Wixom, MI 48393-2020

Tel.: 248-295-4700
Fax: 248-295-2951

info@dspaceinc.com
www.dspaceinc.com

**Ship to:**
General Motors Corporation
Vass Theodoracatos
GM Knowledge Center
6442 E. 12 Mile Rd
Warren, MI 48090

| | |
|---|---|
| **Ship date** | 05/15/09 |
| **Customer #** | 40116 |
| **Customer PO #** | TCS13419 |
| **dSPACE Inc. Order #** | DO13091 |
| **Shipping method** | Picked Up By Customer |
| **dSPACE Inc. Contact** | Jim Kovach |
| **Phone** | 1.248.295.4687 |
| **Email** | jkovach@dspaceinc.com |
| **Payment terms** | NET 60 |

| Pos | Item | Quantity | Price/Unit | Extension |
|---|---|---|---|---|
| 2 | Training - Real-Time Systems | 1.00 | $4,000.00 | $4,000.00 |
| | 1-day training class for dSPACE Automation Desk. This class will accommodate up to 14 GM employees during the 1 day session. May 14, 2009.  Attendees:  Chang Liu, Etsuko Stewart, Fei An, Juan Nava, Matt Herrmann, Michael Carlson, Michael Leffert, Raul Pena, Shenetra Moses, Teddy Siy, Xiao Zhang, Zhenhu Zhuang | | | |
| | **Delivery note**    **6388** | 1.00 pcs | | |
| | | | **Subtotal:** | **$4,000.00** |
| | | | **Grand Total:** | **$4,000.00** |

Embedded Success    

# Invoice     10862

Page:    2 / 2                    05/15/09

dUPLICATE BILLING OF INVOICE 9837 CREDIT FOR PAID INVOICE 10132

Embedded Success    

# Invoice    **10863**

Page:    1 / 2        05/14/09

**Bill To:**
GM FSS ABP
C/O OLIMPIC Receipting
PO BOX 63490
Phoeniz, AZ 85082

dSPACE  Inc.
50131 Pontiac Trail
Wixom, MI 48393-2020

Tel.: 248-295-4700
Fax: 248-295-2951

info@dspaceinc.com
www.dspaceinc.com

**Ship to:**
General Motors Corporation
Vass Theodoracatos
GM Knowledge Center
6442 E. 12 Mile Rd
Warren, MI 48090

| | |
|---|---|
| **Ship date** | 05/14/09 |
| **Customer #** | 40116 |
| **Customer PO #** | TCS13419 |
| **dSPACE Inc. Order #** | DO13091 |
| **Shipping method** | Picked Up By Customer |
| **dSPACE Inc. Contact** | Jim Kovach |
| **Phone** | 1.248.295.4687 |
| **Email** | jkovach@dspaceinc.com |
| **Payment terms** | NET 60 |

| Pos | Item | Quantity | Price/Unit | Extension |
|---|---|---|---|---|
| 3 | Training - Real-Time Systems | 1.00 | $4,000.00 | $4,000.00 |
| | 1-day training class for dSPACE HIL function and system overview training.  This class will accommodate up to 14 GM employees during the 1 day session. May 13, 2009.  Attendees: Amer Abughaida, Henry Baker, Michael Carlson, Bachar Kaafarani, Namal Jumara, Michael Leffert, Chang Liu, Juan Nava, Eiko Okumura, Raul Pena, Etsuko Sewart, Xiao Zhang, Ming Zhao, Zhenhu Zhuang. | | | |
| | **Delivery note**    **6389** | 1.00 pcs | | |

Embedded Success    **dSPACE**

# Invoice    10863

Page:   2 / 2          05/14/09

| | |
|---|---|
| **Subtotal:** | **$4,000.00** |
| **Grand Total:** | **$4,000.00** |

dUPLICATE BILLING OF INVOICE 9837 CREDIT FOR PAID INVOICE 10132

DC13091

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
300 RENAISSANCE CENTER
DETROIT MI
48265-3000                    US

VENDOR NUMBER 82-487-6593

TO:  DSPACE INC
     50131 PONTIAC TRL
     WIXOM MI
     48393-2020

**PURCHASE**
**ORDER:** TCS13419                    PAGE  1

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 313-665-1278
R CULPEPPER
4803                    Buyer

| ORDER DATE | | |
|---|---|---|
| 11/20/07 | | |
| ALTERATION ISSUE DATE | | |
| | | |
| ALTERATION EFFECTIVE DATE | | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

SHIP TO:
     .
     . . .
     00000                    US

INVOICE TO: INVOICE FOR SERVICE, MACHINERY
           & EQUIP ONLY. QUESTIONS TO:
           CUSTOMER SERVICE 248 874-4636
           MAIL INVOICE: GM FSS ABP
           PO BOX 63490, PHOENIX AZ
           85082-3490                    US

RECEIVED NOV 2 6 2007

This order.... is hereby until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the... on reverse of the terms and conditions to which Seller agrees by acceptance of this order.
The conditions contained on the front and reverse side hereof, constitute the complete and total
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding... the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

| PAYMENT TERMS | | | | F.O.B | DESTINATION UNLESS OTHERWISE INDICATED | |
|---|---|---|---|---|---|---|
| NET    2ND DAY OF 2ND MONTH | | | | FREIGHT COLLECT | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | | SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND EQUIPMENT PURCHASING AVAILABLE DURING DETROIT BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT IMEHLPDESK@GM.COM | | | | | | |
| | | | | QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT DISBURSEMENTS AT 248-874-4636. | | | | | | |
| | | | | FAX QUOTATIONS TO: 602-797-6053 FOR INDIRECT MATERIALS BUYERS ************************************************* ************************************************* (FQ) | | | | | | |
| | | | | E-MAIL ID: MAILTOODMO2@ACS-INC.COM | | 12/12/07 H | 0.00% | | | |
| 00001 | 6 | PR834377 001 | | CLASSES OF DSPACE CONTROLDESK OVERVIEW VASS THEODORACATOS  586-947-0735 DELIVER TO: VASS THEODORACATOS GM KNOWLEDGE CENTER 6442 E. 12 MILE ROAD WARREN, MI  48090 ATTN: VASS THEODORACATOS, WHO ORDERED: 586-947-0735 | | | | 7500.0000 | | EACH |

A005264  USER LAKSHMI RAO                    ORIGINAL                    CONTINUE PAGE    2                    CHMM0B  4/93

**GM General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
300 RENAISSANCE CENTER
PO BOX 300 M/C 482-C22-D84
DETROIT MI
48265-3000                     US

VENDOR NUMBER 82-487-6593

TO: DSPACE INC
50131 PONTIAC TRL
WIXOM MI
48393-2020

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
. .
.00000                          US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                      US

# PURCHASE ORDER: TCS13419

PAGE 2

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(1) Copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 11/20/07 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PHONE: 313-665-1278
R CULPEPPER                     Buyer
4803

PURCHASING AGENT

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

PAYMENT TERMS: NET   2ND DAY OF 2ND MONTH

F.O.B.: FREIGHT COLLECT    DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | DATE REQUIRED | RFQ NUMBER | TAXCODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| 00002 | 3 | PR834377 002 | CLASSES OF DSPACE AUTOMATIONDESK VASS THEODORACATOS 586-947-0735 WHO ORDERED: 586-947-0735 | 12/12/07 | | H   0.00% | 4000.0000 | | EACH |
| 00003 | 3 | PR834377 003 | CLASSES OF DSPACE HIL HARDWARE FUNCTIONAL OVERVIEW EACH CLASS FOR UP TO 14 PEOPLE, CLASSES TO BE AT DSPACE FACILITIES IN WIXOM PER DSPACE QUOTE # Q26904-1 DATED 11/15/2007 VASS THEODORACATOS 586-947-0735 WHO ORDERED: 586-947-0735 | 12/12/07 | | H   0.00% | 4000.0000 | | EACH |
| | | | CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT) CONTRACT CLAUSE | | | | | | |
| | | | SPECIAL TERM (U.S.) - C-TPAT | | | | | | |
| | | | FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/ ENFORCEM/CTPAT.HTM). AT BUYER'S OR THE CUSTOMS SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING | | | | | | |

CONTINUE PAGE 3

ORIGINAL

A005264   USER LAKSHMI RAO

CHMM08 4/93

**GM** General Motors Corporation

# PURCHASE ORDER: TCS13419

PAGE 3

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
300 RENAISSANCE CENTER
PO BOX 300 M/C 482-C22-D84
DETROIT MI
48265-3000                    US

VENDOR NUMBER 82-487-6593
DSPACE INC
TO: 50131 PONTIAC TRL
WIXOM MI
48393-2020

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
.
.
. .
00000                          US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                     US

This order is being executed. Acceptance should be executed on acknowledgement copy which should be returned to the Seller in order to render this order effective. The order and the terms and conditions to which it refers open by acceptance of the order.
The Seller shall proceed with the order and any modification of any way modifying any of said terms and conditions to the Seller in any offer made or writing shall be effective. In the event otherwise agreed to Buyer's authorized representative.
If Government Contract Number is shown hereon, additional Terms and Conditions Attached hereto will apply.

| ORDER DATE | PHONE: 313-665-1278 |
| 11/20/07 | R CULPEPPER    Buyer |
| ALTERATION ISSUE DATE | 4803 |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

| PAYMENT TERMS | | | | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | | | | |
| NET 2ND DAY OF 2ND MONTH | | | | FREIGHT COLLECT | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT-OF-MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ITS COMPLIANCE WITH THE FOREGOING. SELLER SHALL INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES (INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES) ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE. (AT 6/20/02) (AT) | | | | | | |
| | | | | IMPORTANT NOTICE: EFF. JAN 13/06 SIGNIFICANT CHANGES HAVE BEEN MADE TO THE GMNA SHIPPING INSTRUCTIONS. PLEASE REVIEW FOR CARRIER UPDATES. NON-COMPLIANCE TO THESE INSTRUCTIONS MAY RESULT IN FREIGHT CHARGES BEING DEBITED BACK TO THE SUPPLIER. | | | | | | |
| | | | | SHIPPING INSTRUCTIONS CAN BE FOUND AT WWW.GMSUPPLYPOWER.COM UNDER GM LINKS / LOGISTICS SHIPPING INFORMATION YOU MUST LOGIN IN AS A USER TO ACCESS THIS INFORMATION. TO REGISTER AS A USER TO SUPPLY POWER FOLLOW THE REGISTRATION INSTRUCTIONS ON THE HOME PAGE OF SUPPLY POWER OR CALL 866-756-0692. | | | | | | |
| | | | | UNLESS OTHERWISE INDICATED IN THIS RFQ, SELLER IS REQUIRED TO HAVE ELECTRONIC DATA INTERCHANGE | | | | | | |

CONTINUE PAGE 4

ORIGINAL

A005264   USER LAKSHMI RAO

CWMM08 4/93

GM General Motors Corporation

**PURCHASE ORDER:** TCS13419

PAGE 4

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 313-665-1278 |
|---|---|
| 11/20/07 | R CULPEPPER |
| ALTERATION ISSUE DATE | 4803          Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
300 RENAISSANCE CENTER
PO BOX 300 M/C 482-C22-D84
DETROIT MI
48265-3000          US

VENDOR NUMBER 82-487-6593
TO: DSPACE INC
50131 PONTIAC TRL
WIXOM MI
48393-2020

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
.    .
.    .    .
00000          US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490          US

PAYMENT TERMS
NET    2ND DAY OF 2ND MONTH

F.O.B.          DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

| ITEM STD/PRICE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAXCODE/% | BASE UNIT PRICE | PRICE MULTIPLE/MEASURE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | CAPABILITY WORLDWIDE. | | | | | | | |
| | | | INVOICES | | | | | | | |
| | | | THE SELLER'S INVOICE MUST INCLUDE THE FOLLOWING: | | | | | | | |
| | | | PURCHASE ORDER NUMBER | | | | | | | |
| | | | RELEASE NUMBER REQUIRED FOR ALL BLANKET ORDERS | | | | | | | |
| | | | DELIVER TO INFORMATION | | | | | | | |
| | | | REQUESTOR AND ROOM NUMBER OF REQUESTOR | | | | | | | |
| | | | ITEM SEQUENCE NUMBER AS SHOWN ON PURCHASE ORDER | | | | | | | |
| | | | ITEM IDENTIFICATION NUMBER (IF APPLICABLE) | | | | | | | |
| | | | DESCRIPTION | | | | | | | |
| | | | QUANTITY | | | | | | | |
| | | | PRICE | | | | | | | |
| | | | INVOICE APPROVAL NAME AND ADDRESS    (IAR) | | | | | | | |
| | | | IF APPLICABLE | | | | | | | |
| | | | ACCOUNT CLASSIFICATION NUMBER AND PRR NUMBER FOR | | | | | | | |
| | | | CONTRACT LABOR OR ENGINEERING DESIGN | | | | | | | |
| | | | .    . | | | | | | | |
| | | | NOTICE | | | | | | | |
| | | | THE FOLLOWING TELEPHONE NUMBERS ARE STAFFED TO HANDLE | | | | | | | |
| | | | QUESTIONS CONCERNING INVOICE PAYMENT FOR GENERAL | | | | | | | |
| | | | MOTORS CORPORATION: | | | | | | | |
| | | | DISBURSEMENT ANALYSIS CONTROL 248-874-4636 | | | | | | | |
| | | | MEXICO STAFF ACCOUNTING 011-52-841-54000 | | | | | | | |
| | | | THE INVOICE NUMBER AND PURCHASE ORDER/RELEASE NUMBER | | | | | | | |
| | | | WILL BE REQUIRED FOR THE PERSON TO ASSIST YOU. | | | | | | | |

A005264  USER LAKSHMI RAO          ORIGINAL          CONTINUE PAGE  5

CHMMGB 4/93

**GM** General Motors Corporation

# PURCHASE ORDER : TCS13419

PAGE 5

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE : 313-665-1278 |
|---|---|
| 11/20/07 | R CULPEPPER |
| ALTERATION ISSUE DATE | 4803    Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
300 RENAISSANCE CENTER
PO BOX 300 M/C 482-C22-D84
DETROIT MI                    US
48265-3000

VENDOR NUMBER 82-487-6593

TO: DSPACE INC
50131 PONTIAC TRL
WIXOM MI
48393-2020

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
.
. . .
00000                    US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO-
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|---|
| NET    2ND DAY OF 2ND MONTH | | FREIGHT COLLECT |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | .  . | FOR SERVICES ONLY | | | | | | |

FOR SERVICES ONLY
SUBMIT A DUPLICATE COPY TO REQUESTOR FOR APPROVAL.
PLEASE MARK THIS COPY "RECEIVING SLIP" TO AVOID
CONFUSION. BOTH COPIES ARE REQUIRED TO PROCESS
YOUR INVOICE IN A TIMELY MANNER. (2M)

EXPORT ADMINISTRATION REGULATIONS (EAR) CONTROLLED
PURCHASES
*****************************************************
THE TECHNICAL DATA ASSOCIATED WITH THIS EQUIPMENT,
SERVICE OR PART IS CONTROLLED UNDER U.S. EXPORT LAWS.
YOU MAY NOT EXPORT OR RE-EXPORT THE TECHNICAL DATA,
INCLUDING BUT NOT LIMITED TO PRINTS, ROUTINGS AND
SPECIFICATIONS ASSOCIATED WITH THIS REQUEST FOR
QUOTATION OR PURCHASE CONTRACT WITHOUT THE PROPER
GOVERNMENTAL AUTHORIZATIONS.

"DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO
ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED
BELOW." GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE
STATES. AS A RESULT, IN ALL OF THE IDENTIFIED STATES
BELOW LISTED GM CORPORATE ENTITIES WILL REMIT
DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX
LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE
PERSONAL PROPERTY AND SERVICES (1). THEREFORE,

ORIGINAL                    CONTINUE PAGE    6

A005264    USER LAKSHMI RAO

CMAM08 4/93

**GM** General Motors Corporation

# PURCHASE ORDER : TCS13419

PAGE 6

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
300 RENAISSANCE CENTER
PO BOX 300 M/C 482-C22-D84
DETROIT MI
48265-3000        US

VENDOR NUMBER 82-487-6593

TO:  DSPACE INC
     50131 PONTIAC TRL
     WIXOM MI
     48393-2020

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

00000        US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490        US

This number must appear on a binding and accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse hereof are the terms and conditions to which seller agrees by acceptance of this order.
This order is to be kept free from liens and claims on the part and contains the conditions and that agreement hereunder. Buyer and Seller shall on other agreement in any way modifying any of said terms and conditions unless in writing. The buyer when made a modifying and signed by buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereon Apply.

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 313-665-1278
R CULPEPPER        Buyer
4803

| ORDER DATE | |
|---|---|
| 11/20/07 | |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PURCHASING AGENT

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

| PAYMENT TERMS |
|---|
| NET    2ND DAY OF 2ND MONTH |

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|
| FREIGHT COLLECT | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL | | | | | | |
| | | | | TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR | | | | | | |
| | | | | THOSE STATES NOT IDENTIFIED BELOW. FOR THOSE STATES | | | | | | |
| | | | | NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE | | | | | | |
| | | | | SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER. | | | | | | |
| | | | | LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX | | | | | | |
| | | | | LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS | | | | | | |
| | | | | WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY: | | | | | | |
| | | | | * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | | | |
| | | | | GENERAL MOTORS CORPORATION PERMITS: | | | | | | |
| | | | | GEORGIA #044-38-00894-3 | | | | | | |
| | | | | INDIANA #003-2804890001 | | | | | | |
| | | | | KENTUCKY #0000-10 | | | | | | |
| | | | | KANSAS #98-0003B    (FAIRFAX ONLY) | | | | | | |
| | | | | LOUISIANA #6009013-008DP (SHREVEPORT ONLY) | | | | | | |
| | | | | MARYLAND #20 | | | | | | |
| | | | | MICHIGAN #ME-0900440 | | | | | | |
| | | | | MISSISSIPPI #4277 (SPO ONLY) | | | | | | |
| | | | | MISSOURI #11731559 | | | | | | |
| | | | | NEW JERSEY #NJ9-001-683/000 | | | | | | |
| | | | | NEW YORK #DP-003445 | | | | | | |
| | | | | OHIO #98-000613 | | | | | | |
| | | | | OKLAHOMA #137479 | | | | | | |
| | | | | PENNSYLVANIA #02-93450/DP246 | | | | | | |
| | | | | TEXAS #1-38-0572515-0 | | | | | | |
| | | | | VIRGINIA #9980000793 | | | | | | |

CONTINUE PAGE 7

CHMM508 4/93

A005264   USER LAKSHMI RAO

ORIGINAL

**GM** General Motors Corporation

**PURCHASE ORDER:** TCS13419

PAGE 7

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**PHONE:** 313-665-1278
R CULPEPPER    Buyer
4803

ORDER DATE 11/20/07
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

PURCHASING AGENT

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
300 RENAISSANCE CENTER
PO BOX 300 M/C 482-C22-D84
DETROIT MI
48265-3000                    US

VENDOR NUMBER 82-487-6593
DSPACE INC
TO: 50131 PONTIAC TRL
WIXOM MI
48393-2020

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

00000

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

F.O.B          DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

PAYMENT TERMS
NET    2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | WISCONSIN #WDP95-01-01012 | | | | | | |
| | | | | * * * * * * * * * * * * * * * * * * * * | | | | | | |
| | | | | ONSTAR CORPORATION PERMIT: | | | | | | |
| | | | | MICHIGAN #38-3506814 | | | | | | |
| | | | | * * * * * * * * * * * * * * * * * * * * | | | | | | |
| | | | | SATURN CORPORATION PERMITS: | | | | | | |
| | | | | MICHIGAN #38-2577506 | | | | | | |
| | | | | TENNESSEE #100315259 | | | | | | |
| | | | | * * * * * * * * * * * * * * * * * * * * | | | | | | |
| | | | | FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION | | | | | | |
| | | | | CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND | | | | | | |
| | | | | USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR | | | | | | |
| | | | | (WITH THE EXCEPTION OF TEXAS), AND SHOULD BE INCLUDED | | | | | | |
| | | | | IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO | | | | | | |
| | | | | SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05) OR | | | | | | |
| | | | | SECTION 6 OF THE GM1638A (08/02), UNLESS THE | | | | | | |
| | | | | RESPONSIBILITY FOR PAYMENT OF SALES & USE TAXES ARE | | | | | | |
| | | | | OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. WITH | | | | | | |
| | | | | REFERENCE TO TEXAS: IF THE ORDER RELATES TO A | | | | | | |
| | | | | CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE | | | | | | |
| | | | | CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED | | | | | | |
| | | | | CONTRACTS AND AS SUCH SHOULD NOT INCLUDE SALES TAX | | | | | | |
| | | | | IN THE COST OF INCORPORATED MATERIALS OR EQUIPMENT. | | | | | | |
| | | | | IN ADDITION, THE CONTRACTOR SHOULD NOT BILL GM | | | | | | |
| | | | | (GENERAL MOTORS CORPORATION ONLY) FOR SALES TAX ON | | | | | | |
| | | | | THE SEPARATED COSTS OF MATERIAL OR LABOR. GM WILL | | | | | | |

ORIGINAL                    CONTINUE PAGE 8

A005264  USER LAKSHMI RAO                    GM4MGB 4/93

GM  General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
300 RENAISSANCE CENTER
PO BOX 300 M/C 482-C22-D84
DETROIT MI
48265-3000                    US

VENDOR NUMBER 82-487-6593
DSPACE INC
TO: 50131 PONTIAC TRL
WIXOM MI
48393-2020

**PURCHASE ORDER:** TCS13419

PAGE 8

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation Of Express Shipments or Insure Parcel
Post.

PHONE: 313-665-1278
R CULPEPPER          Buyer
4803

ORDER DATE  11/20/07
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

SEE BODY OF PURCHASE ORDER
SHIP TO:  FOR SHIPPING ADDRESS
          :        US
          00000

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
INVOICE TO: CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

PAYMENT TERMS
NET     2ND DAY OF 2ND MONTH

| ITEM SEQUENCE NO. | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE/% | UNIT & MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

ACCRUE AND REMIT THE APPROPRIATE SALES TAX
DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT
PAY PERMIT.
* * * * * * * * * * * * * * * * * * * * * *
ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO
THE FOLLOWING:
*
DISBURSEMENT SERVICES -
  CUSTOMER COMMUNICATION CENTER
  PHONE: (248) 874-4636
* * * * * * * * * * * * * * * * * * * * * *
(1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES,
HOTELS, AND MEAL PURCHASES.  TAX IS TO BE PAID
DIRECTLY TO THE SUPPLIER OF THESE ITEMS.

TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

ORIGINAL                         LAST PAGE

A005264  USER LAKSHMI RAO



## QUOTATION    Q26904-2    Page: 1/1    11/15/07

## Attention:

Rosemary Culpepper
General Motors Corporation
Global Purchasing & Supply Chain
300 Renaissance Center
Mail Code 482-C22-D84

dSPACE  Inc.
50131 Pontiac Trail
Wixom, MI 48393-2020

Tel.: 248-295-4700
Fax: 248-295-2951

info@dspaceinc.com
www.dspaceinc.com

| | |
|---|---|
| **Customer Phone** | 313-665-1278 |
| **Customer Fax** | 313-667-4477 |
| **Customer RFQ #** | e-mail |
| **Customer #** | 40116 |
| **dSPACE Inc. Contact** | Jim Kovach |
| **Phone** | 1.248.295.4687 |
| **Email** | jkovach@dspaceinc.com |
| **Quote Valid Until** | 12/15/07 |
| **Payment Terms** | NET 60 |

| Pos | Item | Quantity | Price/Unit | % Disc | Disc. Price | Extension |
|---|---|---|---|---|---|---|
| 1 | Training - dSPACE Syste | 6 | $7,500.00 | | | $45,000.00 |
| | 2-day training class for dSPACE Control Desk software.  This class will accommodate up to 14 GM employees during the 2 day session. | | | | | |
| 2 | Training - dSPACE Syste | 3 | $4,000.00 | | | $12,000.00 |
| | 1-day training class for dSPACE Automation Desk.  This class will accommodate up to 14 GM employees during the 1 day session. | | | | | |
| 3 | Training - dSPACE Syste | 3 | $4,000.00 | | | $12,000.00 |
| | 1-day training class for dSPACE HIL function and system overview training.  This class will accommodate up to 14 GM employees during the 1 day session. | | | | | |

| | | |
|---|---|---|
| | **Subtotal:** | **$69,000.00** |
| | **Grand total:** | **$69,000.00** |

## Notes and remarks:

Subject to dSPACE - GM Terms and Conditions, 2002.  Please disregard the line below.

This quote is subject to dSPACE's Terms and Conditions as attached hereto.