## Payment Details

| Buyer Company: | General Motors FSS Payables | Release Creation Date: | Nov-01-2008 |
|---|---|---|---|
| Auth File ID: | 291008191319 | Settlement Date: | Nov-03-2008 |
| Payment Number: | DCS2464051 | Payment Amount: | 74,364.00 |
| Payee Name: | DSPACE INC EFT | Currency: | USD |
| Payee Code: | 00824876593 | Payment Method: | ACH |
| Payer Name: | General Motors FSS Payables | Status: | REMITTANCE ADVICE SENT |
| Payer Code: | 0002 | | |
| Bank Trace Number: | 021000022870343 | Instruction: | |
| ISO Country Code: | US | | |

## Details

Description:

**Payment Details 1-1 of 1**

All Prices are in USD

| Invoice No. | PO No. | BOL # | Invoice Date | Invoice Amt | Tax Amt | Disc/Adj Amt | Net Amt Paid | Hedge | Rate | Comments | Plant No. | Plant Desc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 086678000001 | TCS18424 | 5475 | Aug-28-2008 | 74,364.00 | 0.00 | 0.00 | 74,364.00 | | | TCS184245475 | WN | GM TECH CNTR WARREN GENER |

**Payment Details 1-1 of 1**



| | | Page: 1 / 2 | 08/28/08 |
|---|---|---|---|

# Invoice    5475P

**Bill To**

General Motors Corporation
Attn: Lillian Dodge
Mail Code 483-710-210
895 Joslyn Ave
Pontiac, MI 48340

dSPACE Inc.
50131 Pontiac Trail
Wixom, MI 48393-2020

Tel.: 248-295-4700
Fax: 248-295-2951

info@dspaceinc.com
www.dspaceinc.com

**Ship to**

General Motors Corporation
Attn: Bob Shafto (DOE Proj.)
NA Validation Center
Bldg 7 Dock 1
3300 General Motors Rd
Milford, MI 48380

| | |
|---|---|
| Ship date | 08/28/08 |
| Customer # | 40116 |
| Customer PO # | TCS18424 001 |
| dSPACE Inc. Order # | DO13520 |
| Shipping method | Hand delivery |
| dSPACE Inc. Contact | Jim Kovach |
| Phone | 1.248.295.4687 |
| Email | jkovach@dspaceinc.com |
| Payment terms | NET 60 |

| Pos | Item | Quantity | Price/Unit | Extension |
|---|---|---|---|---|
| 1 | MABX (1504/815/C) MicroAutobox with DS1401 PowerPC 750FX 800 MHz processor board, DS1504 I/O board, and PCMCIA Host Interface DS815-2 (incl. RJ45 adapter, High Speed Serial Patch-Cable/ 5m)/ incl. crimping tool.  End User: Shafto, Bob.   SN: 61337,61355,60588 | 3.00 | $20,240.00 | $60,720.00 |
| | Delivery note    5475    3.00 pcs | | | |
| 2 | DCI_GSI1_KIT (1) DCI-GSI1 in enclosure for Nexus/MPC55xx without backside Glenair connector End User: Shafto, Bob.   SN: 231980,231970,231968 | 3.00 | $3,828.00 | $11,484.00 |
| | Delivery note    5475    3.00 pcs | | | |
| | | | Subtotal: | $72,204.00 |



Embedded Success

# Invoice    5475P

Page:  2 / 2           08/28/08

| Pos | Item | Quantity | Price/Unit | Disc. % | Extension |
|-----|------|----------|------------|---------|-----------|
|     |      |          | Carryover: |         | $72,204.00 |
| 3   | PWR_CAB7<br>Power supply cable with molded DC/DC converter for DCI_GSI1, LEMO_0B, 3m, 85°C/150°C<br>End User: Shafto, Bob | 3.00 | $180.00 | | $540.00 |
|     | **Delivery note**  5475 | 3.00 pcs | | | |
| 4   | USB_CAB4<br>Interface Cable with optoisolation external USB Opto-Isolation (USB1.1), LEOMO_1B Key A to LEMO_1B Key B, 3m<br>End User: Shafto, Bob | 3.00 | $450.00 | | $1,350.00 |
|     | **Delivery note**  5475 | 3.00 pcs | | | |
| 5   | USB_CAB5<br>USB_CAB5<br>PC Connection Cable USB_A to LEMO_1B Key A, 30cm<br>End User: Shafto, Bob | 3.00 | $90.00 | | $270.00 |
|     | **Delivery note**  5475 | 3.00 pcs | | | |
|     |      |          | **Subtotal:** | | **$74,364.00** |
|     |      |          | **Grand Total:** | | **$74,364.00** |



D013520
PO4194

**General Motors Corporation**

# PURCHASE ORDER

### ALTERATION

**TCS18424 001**

PAGE 2

| | |
|---|---|
| GENERAL MOTORS CORPORATION<br>GLOBAL PURCHASING<br>ATTN: POWERTRAIN - 2B40A<br>M/C 483-710-210<br>PONTIAC MI<br>48340<br>US | SHIP TO: GM - MILFORD PROVING GROUNDS<br>NA VALIDATION CENTER<br>3300 GENERAL MOTORS RD<br>BLDG 7 DOCK 1<br>MILFORD MI<br>48380-3726<br>US |
| VENDOR NUMBER 82-487-6593<br>DSPACE INC<br>TO: 50131 PONTIAC TRL<br>WIXOM MI<br>48393-2020 | INVOICE TO: INVOICE FOR SERVICE, MACHINERY<br>& EQUIP ONLY. QUESTIONS TO:<br>CUSTOMER SERVICE 248 874-4636<br>MAIL INVOICE: ~~DSPACE INC~~<br>~~PO BOX 80430, PHOENIX AZ~~<br>~~85062-0430~~<br>US |

### ### THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ###

(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips or Invoices.

Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE | PHONE: 248-857-2960 |
|---|---|---|---|
| 04/17/08 | 04/18/08 | 04/18/08 | M. JENNINGS 5502 Buyer |

PURCHASING AGENT

| PAYMENT TERMS | SHIP VIA | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | | | REFER TO WWW.GMSUPPLYPOWER.COM |
|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | FREIGHT COLLECT | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 895 JOSLYN AVENUE<br>PONTIAC, MI 48340-2920 | | | | | | | |
| | | | SHIPPER SHALL ADD AN ATTENTION LINE AS FOLLOWS: | | | | | | | |
| | | | ATTENTION BOB SHAFTO 248 431-9902 (DOE PROJECT) | | | | | | | |
| | | | ### THIS ITEM HAS BEEN CANCELED ### | | | | | | | |
| 00001 | 0 | PRGB5281 002 | DCI_GSI1_KIT 1 -DCI-GSI1 POD FOR NEXUS/MPC55XX<br>ROBERT DELMOTTE 248-857-3049<br>WHO ORDERED: 248-857-3049 | | | | C 0.00% | 3828.0000 | | EA |
| | | | ### THIS ITEM HAS BEEN CANCELED ### | | | | | | | |
| 00002 | 0 | PRGB5281 003 | PWR_CAB7<br>ROBERT DELMOTTE 248-857-3049<br>WHO ORDERED: 248-857-3049 | | | | C 0.00% | 180.0000 | | EA |
| | | | ### THIS ITEM HAS BEEN CANCELED ### | | | | | | | |
| 00003 | 0 | PRGB5281 004 | USB_CAB4 GOVERNMENT AGREEMENT - EGR BOOST<br>DE-FC26-07NT43271<br>ROBERT DELMOTTE 248-857-3049<br>WHO ORDERED: 248-857-3049 | | | | C 0.00% | 450.0000 | | EA |

CONTINUE PAGE 3

0000000 USER MICHAEL P JENNINGS

CHMM08 4/93

# General Motors Corporation

**PURCHASE ORDER** ### A L T E R A T I O N ###

PAGE 4
TCS18424 001 ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips or Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**SHIP TO:**
GM - MILFORD PROVING GROUNDS
NA VALIDATION CENTER
3300 GENERAL MOTORS RD
BLDG 7 DOCK 1
MILFORD MI
48380-3726 US

**INVOICE TO:**
INVOICE FOR SERVICE, MACHINERY & EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490 US

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
ATTN: POWERTRAIN - 2B40A
M/C 483-710-210
PONTIAC MI
48340

VENDOR NUMBER 82-487-6593
DSPACE INC
50131 PONTIAC TRL
WIXOM MI
48393-2020

PHONE: 248-857-2960
M. JENNINGS
5502    Buyer
PURCHASING AGENT

ORDER DATE: 04/17/08
ALTERATION ISSUE DATE: 04/18/08
ALTERATION EFFECTIVE DATE: 04/18/08

SHIP VIA: REFER TO WWW.GMSUPPLYPOWER.COM
F.O.B.: FREIGHT COLLECT - DESTINATION UNLESS OTHERWISE INDICATED

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| 00007 | 3 | PRGB5284 004 | ### THIS ITEM HAS BEEN ADDED ### USB_CAB4 OPTO-ISOLATION (USB1.1) KEY_A KEY B REQUESTER: ROBERT DELMOTTE; 248-857-3049 DELIVER TO: SAME, 483-331-500 WHO ORDERED: DELMOTTE248-857-3049 | | 05/28/08 | C 0.00% | 450.0000 | | EACH |
| 00008 | 3 | PRGB5284 005 | ### THIS ITEM HAS BEEN ADDED ### USB_CABS PC CONNECT UUSB A TO LEMO 18 KEY A 30CM REQUESTER: ROBERT DELMOTTE; 248-857-3049 DELIVER TO: SAME, 483-331-500 WHO ORDERED: DELMOTTE248-857-3049 | | 05/28/08 | C 0.00% | 90.0000 | | EACH |
| 00009 | 3 | PRGB5284 001 | ### THIS ITEM HAS BEEN ADDED ### MABX 1504/815/C MICROAUTOBOX WITH DS1401 800MHZ REQUESTER: ROBERT DELMOTTE; 248-857-3049 DELIVER TO: SAME, 483-331-500 WHO ORDERED: DELMOTTE248-857-3049 | | 05/28/08 | C 0.00% | 20240.0000 | | EACH |

This order is not binding until accepted. Acceptance should be an acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

LAST PAGE

handwritten: 1350  270  60209  $174364

0000000   USER MICHAEL P JENNINGS

CHMM08 4/93

## Addendum 1

## ADDITIONAL PURCHASE ORDER TERMS AND CONDITIONS APPLICABLE TO PURCHASE ORDER UNDER THE GENERAL MOTORS CORPORATION/DOE INTEGRATED TRACTION DRIVE SYSTEM COOPERATIVE AGREEMENT: DOE COOPERATIVE AGREEMENT DE-FC26-07NT43271

This Purchase Order is in support of GM's Cooperative Agreement Number: DE-FC26-07NT43271 with the United States Department of Energy. All references to the "DOE Cooperative Agreement" or "Cooperative Agreement" herein shall be deemed references to the Financial Assistance Agreement between GM and the United States Department of Energy (DOE). The following terms and conditions supplement General Motors Purchase Order Terms and Conditions, dated September 2004, and supersede any other terms and conditions set forth by GM and supplier.

**THE FOLLOWING NEW SECTIONS ARE ADDED:**

**32.    Compliance with Mandatory Procurement Provisions:**

Seller shall comply with, and provide any required certifications evidencing compliance with the provisions of Appendix B as referenced in 10 CFR 600.331(c)(4).

**33.    Lower-Tier Subcontractor Procurement Provisions:**

Seller agrees that it shall, in addition to provisions necessary to define a sound and complete agreement, incorporate the provisions of 10 CFR 600.331 in all subcontracts and/or subgrants. Seller specifically agrees to incorporate the provisions of Appendix B as referenced in 10 CFR 600.331(c)(4) in all contracts, including those for amounts less than the simplified acquisition threshold as defined by 41 U.S.C 403(11) (currently $100,000).

**34.    Certification Regarding Debarment, Suspension, and other Responsibility Matters**

> Seller certifies to the best of its knowledge and belief, obtained after appropriate due diligence, that Seller and its subcontractors and suppliers under this Agreement:
>
> (1) Are not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from covered transactions by any agency of the United States Government;

(2) Have not within a three-year period preceding this Agreement been convicted of or had a civil judgment rendered against them for commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal State or Local) transaction, or contract under a public transaction; violation of Federal or State Antitrust statutes, or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property;

(3) Are not presently indicted or otherwise criminally or civilly charged by a government entity (Federal, State, or local) with commission of any of the offenses enumerated in paragraph (1)(b) of this certification;

(4) Have not within a three-year period preceding the awarding of this Agreement had one or more public transactions (Federal, State, or local) terminated for cause or default; and

(5) Will immediately notify Customer in the event any of the conditions recited within subsections (a) through (d) occurs during the time period of Seller's performance under this Agreement.

The certification set forth within this Section 10.11 constitutes a material part of this Agreement.

## 35. Further Assurances

The Parties agree to execute any further agreements, and provide any requested assurances reasonably necessary for the Parties to effectuate the purpose of this agreement and to ensure the compliance of GM with the terms of the DOE Cooperative Agreement.