R. Michael Farquhar – NY Bar # 4202826; SDNY # RF 6508
Joseph G. Epstein--Texas Bar No. 06639320; S.D. Tex. No. 11733
**WINSTEAD PC**
1100 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002-5895
(713) 650-8400 (telephone)
(713) 650-2400 (facsimile)

**Counsel for Det Norkse Veritas (USA), Inc.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., et al., | Case No. 09-50026 (REG) |
| Debtors. | |

**LIMITED OBJECTION TO PROPOSED CURE AMOUNT UNDER
NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN
CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF
PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL
REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

Det Norske Veritas (USA), Inc. ("DNV") files this Limited Objection to the Proposed Cure Amount under the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto (the "Notice").

**Limited Objection**

1.      DNV is a party to various unexpired leases and contracts with the Debtors.

2. The Notice references schedules which have a proposed cure amount of $22,246.61 with respect to DNV. It is unclear from the notice and schedules as to which of the leases and contracts the Debtors propose to assume and assign to the purchaser.

3. DNV objects to the proposed cure amount. The books and records of DNV reflect outstanding balances of approximately $312,786.22 as of the Debtors' Petition Date. Attached as **Exhibit A** are true and correct copies of the outstanding matters between the Debtors and DNV which evidence the cure amounts for any assumption and assignment.

WHEREFORE, DNV respectfully requests entry of an order establishing the cure amount in connection with the assumption and assignment of any contracts and leases as $312,786.22 as provided under the respective executory contracts by and between DNV and the Debtors and for such other further relief as is just.

**DATED:** June 11, 2009.

                Respectfully submitted,

                **WINSTEAD PC**
                1100 JPMorgan Chase Tower
                600 Travis Street
                Houston, Texas 77002-5895
                (713) 650-8400 (telephone)
                (713) 650-2400 (facsimile)

                By: _____/s/ R. Michael Farquhar_____
                R. Michael Farquhar
                NY Bar # 4202826; SDNY # RF 6508
                Joseph G. Epstein
                Texas Bar No. 06639320
                S.D. Tex. No. 11733

                **ATTORNEYS FOR**
                **DET NORSKE VERITAS (USA), INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on June 11, 2009, a true and correct copy of the foregoing objection was electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in these cases pursuant to the Electronic Filing Procedures in this District, and that the parties listed below have been served with a copy of the objection by federal express delivery service, properly addressed to each of such parties.

                                                    /s/ Joseph G. Epstein
                                                    One of Counsel

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center, Mail Code 480-206-114

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

Office of the U.S. Trustee for the
Southern District of New York
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.

United States Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esq.
Attn: Michael L. Schein, Esq.