**Det Norske Veritas**
**Balance Due from General Motors**
**At June 1, 2009 BANKRUPTCY DATE**

| Invoice No. | Invoice Date | Amount | | |
|---|---|---|---|---|
| ZNAUS1492731485 | 12/31/2007 | $ 460.00 | USD | |
| ZNAUS1492735790 | 8/27/2008 | $ 500.08 | USD | |
| ZAMUS1412740065 | 3/23/2009 | $ 562.00 | USD | |
| ZAMUS1412741779 | 5/31/2008 | $ 562.00 | USD | |
| ZNAUS1452003355 | 9/30/2007 | $ 630.00 | USD | |
| ZNAUS1492733596 | 4/30/2008 | $ 681.30 | USD | Partial paid 4/6/09 $9648.72 |
| ZNAUS1492731402 | 12/31/2007 | $ 844.50 | USD | Partial paid 1/28/09 $15788.70 |
| ZNAUS1412736624 | 9/30/2008 | $ 1,025.95 | USD | |
| ZNAUS1412737774 | 11/30/2008 | $ 1,243.58 | USD | |
| Z160503893 | 1/26/2007 | $ 1,595.00 | USD | |
| ZNAUS1492735789 | 8/27/2008 | $ 2,076.87 | USD | |
| ZNAUS1492731893 | 12/31/2007 | $ 2,136.82 | USD | |
| ZNAUS1492731393 | 12/31/2007 | $ 2,139.74 | USD | |
| ZAMUS1412740894 | 4/26/2009 | $ 2,331.00 | USD | ** |
| ZAMUS1412741678 | 5/29/2009 | $ 2,365.50 | USD | |
| ZAMUS1412740787 | 4/23/2009 | $ 2,374.60 | USD | |
| ZAMUS1412740084 | 3/24/2009 | $ 2,579.00 | USD | |
| ZNAUS1412738971 | 1/22/2009 | $ 3,001.62 | USD | |
| ZAMUS1412741537 | 5/25/2009 | $ 3,449.76 | USD | |
| ZNAUS1412737096 | 10/27/2008 | $ 4,204.75 | USD | |
| ZAMUS1412742012 | 6/9/2009 | $ 3,541.54 | USD | Represents work performed pre-bankruptcy |
| ZNAUS1492731414 | 12/31/2007 | $ 4,267.46 | USD | ** |
| ZNAUS1492402499 | 7/11/2007 | $ 4,382.14 | USD | |
| ZAMUS1412741319 | 5/14/2009 | $ 4,511.40 | USD | |
| ZAMUS1412740526 | 4/13/2009 | $ 4,619.05 | USD | ** |
| ZNAUS1492733244 | 4/27/2008 | $ 4,767.00 | USD | |
| ZNAUS1492733279 | 4/27/2008 | $ 5,112.44 | USD | |
| ZAMUS1412741962 | 5/31/2009 | $ 5,200.00 | USD | |
| ZNAUS1492733152 | 4/8/2008 | $ 5,266.32 | USD | |
| ZNAUS1452003250 | 9/24/2007 | $ 6,124.90 | USD | |
| ZNAUS1492731398 | 12/31/2007 | $ 6,490.33 | USD | |
| ZAMUS1412741971 | 5/31/2009 | $ 6,752.64 | USD | |
| ZNAUS1412737765 | 12/2/2008 | $ 6,847.88 | USD | |
| ZNAUS1492733895 | 5/26/2008 | $ 6,950.84 | USD | |
| ZNAUS1412738321 | 12/27/2008 | $ 7,172.86 | USD | |
| ZNAUS1412736949 | 10/21/2008 | $ 7,573.08 | USD | |
| ZNAUS1412736743 | 10/13/2008 | $ 7,727.17 | USD | |
| ZNAUS1492735794 | 5/27/2008 | $ 8,244.44 | USD | |
| ZAMUS1412741980 | 5/31/2009 | $ 8,347.42 | USD | |
| ZAMUS1412740957 | 4/26/2009 | $ 8,743.67 | USD | |
| ZAMUS1412741972 | 5/31/2009 | $ 9,343.17 | USD | |
| ZNAUS1412736817 | 10/17/2008 | $ 9,346.28 | USD | |
| ZNAUS1492734166 | 6/7/2008 | $ 9,662.98 | USD | ** |
| ZNAUS1492731396 | 12/31/2008 | $ 9,787.59 | USD | |
| ZAMUS1412741784 | 5/31/2009 | $ 10,065.82 | USD | |
| ZNAUS1412737006 | 10/23/2008 | $ 10,093.62 | USD | |
| ZAMUS1412741954 | 5/31/2009 | $ 10,755.90 | USD | |
| ZNAUS1492731410 | 12/31/2007 | $ 10,856.26 | USD | |
| ZAMUS1412741970 | 5/31/2009 | $ 10,932.85 | USD | |
| ZAMUS1412741974 | 5/31/2009 | $ 11,154.01 | USD | |
| ZAMUS1412740061 | 3/23/2009 | $ 12,087.39 | USD | |
| ZAMUS1412741955 | 5/31/2009 | $ 12,930.30 | USD | |
| ZNAUS1492734485 | 6/26/2008 | $ 13,480.81 | USD | |
| ZAMUS1412741973 | 5/31/2009 | $ 14,882.59 | USD | |
| | | **$ 312,786.22** | USD | |

**** Denotes items listed in GM Cure Document*

**Items in GM Cure Document but not in above list:**

| | | | | |
|---|---|---|---|---|
| 1492733279 | 10/13/2008 | $ 4,169.94 | USD | it is on line 31 for $5112.44 |
| 1412736624 | 9/30/2008 | $ 960.95 | USD | it is on line 12 for $1025.95 |
| ZAMUS14927 | 3/19/2009 | $ (3,764.77) | USD | org Invoice 1492738082 we credited internally |



EXHIBIT

A

# Invoice

GM Financial Shared Services Acquisition Business Process
c/o OLIMPIC Receipting
P. O. Box 63490
Phoenix, AZ 85082-3490

**VAT No AZ**

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

## Due date 2008-02-29

*Please quote when remitting*

| | |
|---|---|
| Invoice No | ZNAUS149 2731485 |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
|---|---|---|---|---|
| 2007-12-31 | Jones, Sandy | | 1245570 | YPSILANTI, MI |

| Your ref. | Customer contact person | On date |
|---|---|---|
| PO #GMB07060 | | |

| Invoice description | On behalf of |
|---|---|
| +ISO/TS 16949 (IATF) GM Powertrain | |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project no: 59215463 | | | |
| Follow-Up Audit to Close Non-Conformities | 0/ | F  2270 | 460.00 |
| SEQ#00009 ITEM ID FOLL-OWUP: 1 HOUR @ $1150.00/HOUR | | | |
| 4 HOURS@ $115.00/HOUR= $460.00 | | | |
| INQUIRIES: Melissa Dortch 281 721-6764 | | | |
| email: melissa.dortch@dnv.com | | | |

| | | |
|---|---|---|
| *Net amount* | | 460.00 |
| *Value added tax*  VAT not calculated in accordance with | | 0.00 |
| **Total** | USD | **460.00** |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached

Otherwise interest of 18.00% p.a. may be charged

# Invoice details

DNV

Invoice No: ZNAUS149 2731485
Customer:    1245570 - GM Financial Shared Services Acquisition Business Process

Project No:              59215463
Project Description: CLOSED+ISO/TS 16949 (IATF) GM Powertrain

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Curr Rate ency | Amount | Amount | Invoiced in USD Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**59215463 - CLOSED+ISO/TS 16949 (IATF) GM Powertrain**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59215463 | | Slabey, Martin Follow-Up Audit - Hrly | 200747 | 2007-11-25 | 4.00 | | 115.000 | USD | 460.00 | 460.00 | | | |
| 59215463 | | Time based | | | 0.00 | 4.00 | | | | 460.00 | 460.00 | 0.00 | 460.00 |

Follow-Up Audit to Close Non-Conformities
SEQ#00009 ITEM ID FOLL-OWUP: 1 HOUR @ $1150.00/HOUR
4 HOURS@ $115.00/HOUR= $460.00

Totals for project: 59215463 - CLOSED+ISO/TS 16949 (IATF) GM Powertrain      460.00      460.00      0.00      460.00

Total Invoice No: ZNAUS149 2731485      460.00      460.00      0.00      460.00

# Invoice

General Motors
Accounts Payable
c/o OLIMPIC Receipting
P. O. Box 63490
Phoenix, AZ 85082-3490

VAT No AZ

Please Remit To: DNV Certification Inc.
P O Box 934927 Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 5610011020096001
ABA# 021000018

Due date 2008-10-26

*Please quote only the numeric digits of the invoice number when remitting*

Invoice No
ZNAUS149 2735790

| Invoice date 2008-08-27 | Our ref. Dominick, Monique | DNV Id No | Client No 1245570 | Work completed at BEDFORD, IN |
|---|---|---|---|---|
| Your ref. #GMB07060, REL #98053 (PA2FU 2006-PER REI | | Customer contact person Accounts Payable | | On date |
| Invoice description XX+ISO/TS16949 (IATF) GM Bedford Casting | | | | On behalf of |

| *Text specification* | *VAT rate* | *Service* | *Amount USD* |
|---|---|---|---|
| DNV Project No: 59216663 | | | |
| Follow-Up Audit-Per attached details | 0/ | F 2270 | 425.00 |
| SEQ#00009 ITEM IDFOLL-OWUP: 2 HOURS @ $115.00/HOUR=$230.00 | | | |
| SEQ#00006 ITEM IDTRAV-TIME: 3 HOURS @ $65.00/HOUR=$195.00 | | | |
| Expenses | 0/ | R 2270 | 75.08 |
| SEQ#00006 ITEM ID TRAVE-0EXP: $75.08 | | | |
| INQUIRIES: Melissa Dortch 281 721-6764 email: melissa.dortch@dnv.com | | | |

| *Net amount* | | 500.08 |
|---|---|---|
| *Value added tax* | VAT not calculated in accordance with | 0.00 |
| **Total** | USD | **500.08** |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached
Otherwise interest of 18.00% p.a. may be charged

1/1

DNV

# Invoice details

Invoice No: ZNAUS149 2735790
Customer: 1245570 - General Motors

Project No: 59216663
Project Description: XX+ISO/TS16949 (IATF) GM Bedford Casting

**59216663 - XX+ISO/TS16949 (IATF) GM Bedford Casting**

| Project No | Activity | Description | Week Date | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Invoiced in USD | | |
| 59216663 | | Kistler, David Follow-Up Audit - Hrly | 200825 | 2008-06-20 | | 2.00 | 115.000 | 115.000 | USD | 230.00 | 230.00 | | | |
| 59216663 | | Kistler, David Travel | 200825 | 2008-06-20 | | 3.00 | 65.000 | 65.000 | USD | 195.00 | 195.00 | | | |
| 59216663 | | Time based | | | 0.00 | 5.00 | | | | | 425.00 | 425.00 | 0.00 | 425.00 |

Follow-Up Audit-Per attached details
SEQ#00009 ITEM IDFOLL-OWUP: 2 HOURS @ $115.00/HOUR=$230.00
SEQ#00006 ITEM IDTRAV-TIME: 3 HOURS @ $65.00/HOUR=$195.00

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59216663 | | Kistler, David Subsistence/Meals | 200825 | | | | | USD | | 15.00 | 15.00 | | | |
| 59216663 | | Kistler, David Mileage own car | 200825 | | | | 135.00 | 0.445 | USD | 60.08 | 60.08 | | | |
| | | Expenses | | | | | 135.00 | | | | 75.08 | 0.00 | 75.08 | 75.08 |

Expenses
SEQ#00006 ITEM ID TRAVE-0EXP: $75.08

Totals for project: 59216663 - XX+ISO/TS16949 (IATF) GM Bedford Casting    425.00    75.08    500.08

Total Invoice No. ZNAUS149 2735790    425.00    75.08    500.08

# Invoice

GM Powertrain Group Livonia Engine Plant
ACCOUNTS PAYABLE
c/o OLIMPIC Receipting
P O BOX 63490
Phoenix, AZ  85082-3490

VAT No MI

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 5610011020096001
ABA# 021000018

Due date 2009-05-22

*Please quote only the numeric digits of the invoice number when remitting*

| Invoice No | |
|---|---|
| ZAMUS141 2740065 | |

| Invoice date 2009-03-23 | Our ref. Dominick, Monique | DNV Id No | Client No 1031881 | Work completed at LIVONIA, MI |
|---|---|---|---|---|
| Your ref. PO# GMB07060/# LVS-26076 | | Customer contact person ACCOUNTS PAYABLE | | On date |
| Invoice description XX-GM Powertrain (16949/IATF)(Livonia, MI) | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 70001586 | | | |
| | 0/ | F  2270 | 562.00 |
| Follow Up audit - per attached details SEQ# 00004  ITEM ID TS16-HALF  $562.00/DAY= $562.00 | | | |
| INVOICE INQUIRIES:  NIA HARRIS:  PHONE 281-721-1636 EMAIL: NIA.HARRIS@DNV.COM | | | |
| FU: | | | |

| Net amount | | 562.00 |
|---|---|---|
| Value added tax | VAT not calculated in accordance with | 0.00 |
| Total | USD | 562.00 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached
Otherwise interest of 18.00% p.a. may be charged

# Invoice details

Invoice No:ZAMUS141 2740065
Customer: 1031881 - GM Powertrain Group Livonia Engine Plant

Project No:                   70001586
Project Description: GM Powertrain (16949/IATF)(Livonia, MI)

**7001586 - GM Powertrain (16949/IATF)(Livonia, MI)**

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Curr ency | Rate | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **Invoiced in USD** | | |
| 7001586 | FU | Slabey, Martin<br>Follow-Up Audit - Days | 200849 | 2008-12-06 | 0.50 | | 1,124.000 | USD | | 562.00 | 562.00 | 562.00 | 0.00 | 562.00 |
| 7001586 | FU | Time based FU | | | | 0.00 | | | | | 562.00 | 562.00 | 0.00 | 562.00 |

Follow Up audit - per attached details
SEQ# 00004 ITEM ID TS16-HALF $562.00/DAY= $562.00

Totals for project: 7001586 - GM Powertrain (16949/IATF)(Livonia, MI)                562.00    0.00    562.00

Total Invoice No: ZAMUS141 2740065          562.00    0.00    562.00

Printed 2009.06.09 at 12:37:07

# Invoice

GM Powertrain Group
c/o OLIMPIC RECEIPTING
P O Box 63490
Phoenix, AZ 85082-3490

VAT No VA

Please Remit To: DNV Certification
Inc.
P O Box 934927 Atlanta, GA
31193-4927
WIRES: Beneficiary Acct.
#20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York,
ABA# 021000018
ACH PYMT: Ben. Bank Acct. #
56100110020096001
ABA# 021000018

Due date 2009-07-30

*Please quote only the numeric digits
of the invoice number when remitting* →

| Invoice No |
| --- |
| ZAMUS141 2741779 |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
| --- | --- | --- | --- | --- |
| 2009-05-31 | Accounting Business Assurance | | 1239301 | FREDRICKSBURG, VA |
| Your ref. | | Customer contact person | | On date |
| PO#GMB07060/REL# | | | | |
| Invoice description | | | | On behalf of |
| GM Powertrain Group(16949/IATF)(Fredericksburg, VA) | | | | |

| Text specification | VAT rate | Service | Amount USD |
| --- | --- | --- | --- |
| DNV Project No: 70002060 | 0/ | F  2270 | 562.00 |
| Follow Up audit - per attached details SEQ#00003 ITEM ID TS16-HALF: .50 DAY @ $1125.00/DAY= $562.50 | | | |
| INVOICE INQUIRIES: NIA HARRIS: PHONE 281-721-1636 EMAIL: NIA.HARRIS@DNV.COM | | | |
| FU: | | | |

| | | |
| --- | --- | --- |
| *Net amount* | | 562.00 |
| *Value added tax*  VAT not calculated in accordance with | | 0.00 |
| *Total* | USD | 562.00 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached
Otherwise interest of 18.00% p.a. may be charged

# Invoice details

DNV

Invoice No:ZAMUS141 2741779
Customer: 1239301 - GM Powertrain Group

Project No:                70002060
Project Description: GM Powertrain Group(16949)(IATF)(Fredericksburg, \

Exhibit

| Pg No / Project | Activity | Description | Week / Date | Work Days | Hours | Number of | Curr ency | Rate | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | **Invoiced in USD** | | | |
| 70002060 - GM Powertrain Group(16949)(IATF)(Fredericksbu | | | | | | | | | | | | | |
| 70002060  FU | Parent, Ronald G. Follow-Up Audit - Days | | 200848  2008-11-30 | 0.50 | | 1,124.000 USD | | 562.00 | 562.00 | | | | |
| 70002060  FU | Time based FU | | | 0.50 | 0.00 | | | | | 562.00 | 562.00 | 0.00 | 562.00 |

**Follow Up audit - per attached details**
**SEQ#00003 ITEM ID TS16-HALF: .50 DAY @ $1125.00/DAY= $562.50**

Totals for project: 70002060 - GM Powertrain Group(16949)(IATF)(Fredericksburg, VA)          562.00          562.00          0.00          562.00

Total Invoice No: ZAMUS141 2741779          562.00          562.00          0.00          562.00

HOU010
No filter applied

Printed 2009.06.09 at 12:41:58

# Invoice

Saturn Electronics & Engineering
Ignacio Resendiz
255 Rex Boulevard
Auburn Hills, MI 48326

VAT No SEM931026BM4

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 5610011002096001
ABA# 021000018

## Due date 2007-10-30

*Please quote when remitting*

| Invoice No |
|---|
| ZNAUS145 2003355 |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
|---|---|---|---|---|
| 2007-09-30 | Dortch, Melissa | | 1033631 | |

| Your ref. | Customer contact person | On date |
|---|---|---|
| | Ignacio Resendiz | |

| Invoice description | On behalf of |
|---|---|
| +ISO 9001/TS 16949 (IATF) Saturn Electronics | |

| Text specification | VAT rate | Service | | Amount USD |
|---|---|---|---|---|
| DNV Project no: 57739963 | | | | |
| Follow-Up Audit-Per attached details | 0/ | F | 2270 | 600.00 |
| 5% IAOB Surcharge | 0/ | R | 2270 | 30.00 |
| INQUIRIES: Melissa Dortch 281 721-6764 | | | | |
| email: melissa.dortch@dnv.com | | | | |

| Net amount | | 630.00 |
|---|---|---|
| Value added tax | VAT not calculated in accordance with | 0.00 |
| Total | USD | 630.00 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net cash 30 days
Otherwise interest of 18.00% p.a. may be charged

**DNV**

# Invoice details

Invoice No. ZNAUS145 2003355
Customer: 103631 - Saturn Electronics & Engineering

Project No:                     57739963
Project Description: CLOSED+ISO 9001/TS 16949 (IATF) Saturn Electro

| Pg No | Project | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Invoiced in USD | | | |

57739963 - CLOSED+ISO 9001/TS 16949 (IATF) Saturn Elec

| | 57739963 | | Petersen, Klaus Follow-Up Audit - Days Time based | 200737 | 2007-09-16 | 0.50 | 0.00 | 1,200.000 | | USD | 600.00 | 600.00 | 600.00 | 0.00 | 600.00 |

**Follow-Up Audit-Per attached details**

| | 57739963 | | 5% IAOB Surcharge | | | | | | | USD | | 30.00 | 0.00 | 30.00 | 30.00 |
| | | | **5% IAOB Surcharge** | | | | | | | | | | 0.00 | 30.00 | 30.00 |

Totals for project: 57739963 - CLOSED+ISO 9001/TS 16949 (IATF) Saturn Electronics     600.00     600.00     0.00     30.00     630.00

**Total Invoice No: ZNAUS145 2003355**     600.00     30.00     630.00

# INVOICE

General Motors
c/o OLIMPIC Receipting
P. O. Box 63490
Phoenix, AZ 85082-3490

VAT No AZ

Please Remit To: DNV Certification Inc.
P O Box 934927 Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

Due date 2008-06-29

*Please quote when remitting*

| Invoice No |
|---|
| ZNAUS149 2733596 |

| Invoice date 2008-04-30 | Our ref. Dominick, Monique | DNV Id No | Client No 1245570 | Work completed at BEDFORD, IN |
|---|---|---|---|---|
| Your ref. #GMB07060 | | Customer contact person | | On date |
| Invoice description XX+ISO/TS16949 (IATF) GM Bedford Casting | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 59216663 | | | |
| Periodic Audit - Per attached details<br>SEQ #00003 ITEM ID TS16-FULL: 6.00 DAYS @ 1125.00/DAY = $6750.00<br>SEQ #00006 ITEM ID TRAV-TIME: 32.00 HOURS @ $65.00/HOUR = $2080.00 | 0/ | F 2270 | 8,830.00 |
| Expenses<br>SEQ #00007 ITEM ID TRAV-0EXP: $818.72 | 0/ | R 2270 | 1,500.02 |
| INVOICE INQUIRIES: MONIQUE DOMINICK: PHONE 281-721-6739<br>EMAIL: MONIQUE.DOMINICK@DNV.COM | | | |

| | | |
|---|---|---|
| *Net amount* | | 10,330.02 |
| *Value added tax*  VAT not calculated in accordance with | | 0.00 |
| *Total* | USD | 10,330.02 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached
Otherwise interest of 18.00% p.a. may be charged

68/.30

left
owing

1/1



# Invoice details

Invoice No.: ZNAUS149 2733596
Customer:  1245570 - General Motors

Project No:  59216663
Project Description:  XX+ISO/TS16949 (IATF) GM Bedford Casting

**59216663 - XX+ISO/TS16949 (IATF) GM Bedford Casting**

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **Invoiced in USD** | | |
| 59216663 | | Kucko, Michael TS Audits | 200816 | 2008-04-14 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 59216663 | | Slabey, Martin TS Audits | 200816 | 2008-04-14 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 59216663 | | Kistler, David TS Audits | 200816 | 2008-04-14 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 59216663 | | Slabey, Martin Travel | 200816 | 2008-04-15 | | 6.00 | 65.000 | USD | 390.00 | 390.00 | | | |
| 59216663 | | Kucko, Michael TS Audits | 200816 | 2008-04-15 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 59216663 | | Kistler, David TS Audits | 200816 | 2008-04-15 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 59216663 | | Kistler, David Travel | 200816 | 2008-04-15 | | 2.50 | 65.000 | USD | 162.50 | 162.50 | | | |
| 59216663 | | Slabey, Martin Travel | 200816 | 2008-04-15 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 59216663 | | Kucko, Michael Travel | 200816 | 2008-04-15 | | 7.50 | 65.000 | USD | 487.50 | 487.50 | | | |
| 59216663 | | Kistler, David Travel | 200816 | 2008-04-20 | | 2.50 | 65.000 | USD | 162.50 | 162.50 | | | |
| 59216663 | | Kistler, David Travel | 200816 | 2008-04-20 | | 6.00 | 65.000 | USD | 390.00 | 390.00 | | | |
| 59216663 | | Slabey, Martin Travel | 200816 | 2008-04-20 | | 6.00 | 65.000 | USD | 390.00 | 390.00 | | | |
| 59216663 | | Kucko, Michael Travel | 200816 | 2008-04-20 | | 7.50 | 65.000 | USD | 487.50 | 487.50 | | | |
| | | Time based | | | 6.00 | 32.00 | | | | | 8,830.00 | | |

**Periodic Audit - Per attached details**
SEQ #00003 ITEM ID TS16-FULL: 6.00 DAYS @ 1125.00/DAY = $6750.00
SEQ #00006 ITEM ID TRAV-TIME: 32.00 HOURS @ $65.00/HOUR = $2080.00

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59216663 | | Kistler, David Subsistence/Meals | 200816 | | | | | | USD | 27.50 | 27.50 | | | |
| 59216663 | | Kucko, Michael Mileage own car | 200816 | | | | 814.00 | 0.445 | USD | 362.23 | 362.23 | | | |
| | | | | | | | | | | | **8,830.00** | **8,830.00** | **0.00** | **8,830.00** |

**DNV**

## Invoice details

Invoice No: ZNAUS149 2733596
Customer:  1245570 - General Motors

Project No:             59216663
Project Description:  XX+ISO/TS16949 (IATF) GM Bedford Casting

| Project No | Activity | Description | Work Week Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Invoiced in USD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Fee | Expense | Total |
| 59216663 | | Kucko, Michael Hotel & Lodging | 200816 | | | | | USD | 199.36 | 199.36 | | | |
| 59216663 | | Slabey, Martin Subsistence/Meals | 200816 | | | | | USD | 34.24 | 34.24 | | | |
| 59216663 | | Kistler, David Hotel & Lodging | 200816 | | | | | USD | 189.62 | 189.62 | | | |
| 59216663 | | Slabey, Martin Hotel & Lodging | 200816 | | | 710.00 | 0.445 | USD | 315.95 | 315.95 | | | |
| 59216663 | | Mileage own car | 200816 | | | | | USD | 189.62 | 189.62 | | | |
| 59216663 | | Slabey, Martin Hotel & Lodging | 200816 | | | | | USD | 48.00 | 48.00 | | | |
| 59216663 | | Kucko, Michael Subsistence/Meals | 200816 | | | 300.00 | 0.445 | USD | 133.50 | 133.50 | | | |
| 59216663 | | Kistler, David Mileage own car | | | | | | | | | | | |
| 59216663 | | Expenses | | | | 1,824.00 | | | | 1,500.02 | 1,500.02 | 1,500.02 | 1,500.02 |

Expenses
**SEQ #00007 ITEM ID TRAV-0EXP: $818.72**

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals for project: 59216663 - XX+ISO/TS16949 (IATF) GM Bedford Casting | 8,830.00 | 0.00 | 0.00 | 1,500.02 | 1,500.02 | 10,330.02 |
| Total Invoice No: ZNAUS149 2733596 | 8 830,00 | 8 830,00 | 1 500,02 | 1 500,02 | 10 330,02 | |

Printed 2009.06.09 at 11:26:01

## Transaction Details

| Return to Report | Hide Transaction | |
|---|---|---|

| Type | Transaction Total | Credit Date | Process Date | Lockbox | Site | Batch | Item | Group | Pages |
|---|---|---|---|---|---|---|---|---|---|
| LBX | $9,648.72 | 4/6/09 | 4/6/09 | 201898 | Houston | 110 | 2 | 0 | 2 |

| Payment Number | Amount | Remitter | Remitter RT | Remitter DDA |
|---|---|---|---|---|
| 2959046 | $9,648.72 | NORTH AMERICAN OPERA | 31100283 | 0952176 |

**+ Workflow/Notes:**

**+ Reference Details:**



| VENDOR DUNS NO. | RD 182239921 | 1 | | **North American Operations** General Motors Corporation Disbursement Services (3126) PO Box 62530 Phoenix, AZ 85082-2530 | | DETACH BEFORE DEPOSITING CHECK CHECK NO. 002959046 |
|---|---|---|---|---|---|---|
| VENDOR NAME | DET NORSKE VERITAS | | | | | PAYMENT DATE 04/02/09 |

| REGISTER NO. DESCRIPTION | INVOICE DATE | DOC. REFERENCE NUMBER | % DISC. | INVOICE AMOUNT | DISC. AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 9000169224585 | 09/21/08 | FA 082248750001 | 00.0000 | 9,648.72 | .00 | 9,648.72 |
| PBR90518 5723596 | | | | | | |
| PLT: GM POWERTRAIN BEDFORD. | | | | | | |
| P/N: TRAV-TIME | QTY: | 32.000 | UOM: HR | U/P: | 65.00000 | EXT: 2,080.00 |
| P/N: TRAV-0EXP | QTY: | 818.720 | UOM: EA | U/P: | 1.00000 | EXT: 818.72 |
| P/N: TS16-FULL | QTY: | 6.000 | UOM: DA | U/P: | 1,125.00000 | EXT: 6,750.00 |

FOR PMT INFO USE E-DACOR (WWW.GMSUPPLYPOWER.COM/ ISSUES (PRICING - CALL BUYER) (QTY - CALL PLANT) (OTHER-HELP DESK: 248-874-4636) FN

| | | **TOTAL** | | 9,648.72 | .00 | 9,648.72 |

**Return To Top**

# Invoice

GM Financial Shared Services Acquisition Business Process
c/o OLIMPIC Receipting
P. O. Box 63490
Phoenix, AZ 85082-3490

VAT No AZ

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

Due date 2008-02-29

*Please quote when remitting* →

| Invoice No |
| --- |
| ZNAUS149 2731402 |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
|---|---|---|---|---|
| 2007-12-31 | Fox, Emily | | 1245570 | TOLDEO, OH |

| Your ref. | Customer contact person | On date |
|---|---|---|
| PO #GMB07060   TTR # is 21062 | | |

| Invoice description | On behalf of |
|---|---|
| +ISO/TS16949 (IATF) GM Powertrain Group | |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project no: 59215663 | | | |
| | | | |
| Recertification Audit - Per attached details | 0/ | F  2270 | 13,762.50 |
| SEQ #00003  ITEM ID TS16- Full: 9 Days @ $1125.00/DAY= $10125 | | | |
| SEQ #00004  ITEM ID TS16-Half:  1.5 Day @ $562.00/DAY= $1686 | | | |
| SEQ #00006  ITEM ID TRAV-TIME: 30.0 HOURS @ $65.00/HOUR=$1950 | | | |
| | | | |
| Expenses SEQ #00007 ITEM ID TRAV-0EXP: $2870.70 | 0/ | R  2270 | 2,870.70 |
| | | | |
| Invoice Inquiries:  Emily Fox        Phone:  281/721-6740 | | | |
| Email:  Emily.fox@dnv.com | | | |

| | | | |
|---|---|---|---|
| *Net amount* | | | 16,633.20 |
| *Value added tax* | VAT not calculated in accordance with | | 0.00 |
| *Total* | | USD | 16,633.20 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached
Otherwise interest of 18.00% p.a. may be charged

8 44.50

# Invoice details



Invoice No.: ZNAUS149 2731402
Customer: 1245570 - GM Financial Shared Services Acquisition Business Process

Project No: 5921663
Project Description: CLOSED +ISO/TS16949 (IATF) GM Powertrain Gro

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5921663 - CLOSED +ISO/TS16949 (IATF) GM Powertrain ( |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 5921663 |  | Leaning, John / Travel-Hrly | 200741 | 2007-10-08 |  | 6.00 | 65.000 | USD | 390.00 | 390.00 |  |  |  |
| 5921663 |  | Hoellrich, William / Travel-Hrly | 200741 | 2007-10-08 |  | 6.00 | 65.000 | USD | 390.00 | 390.00 |  |  |  |
| 5921663 |  | Leaning, John / TS Audits | 200741 | 2007-10-09 | 1.00 |  | 1,125.000 | USD | 1,125.00 | 1,125.00 |  |  |  |
| 5921663 |  | Kucko, Michael / TS Audits | 200741 | 2007-10-09 | 1.00 |  | 1,125.000 | USD | 1,125.00 | 1,125.00 |  |  |  |
| 5921663 |  | Hoellrich, William / TS Audits | 200741 | 2007-10-09 | 1.00 |  | 1,125.000 | USD | 1,125.00 | 1,125.00 |  |  |  |
| 5921663 |  | Hoellrich, William / TS Audits | 200741 | 2007-10-10 | 1.00 |  | 1,125.000 | USD | 1,125.00 | 1,125.00 |  |  |  |
| 5921663 |  | Kucko, Michael / TS Audits | 200741 | 2007-10-10 | 1.00 |  | 1,125.000 | USD | 1,125.00 | 1,125.00 |  |  |  |
| 5921663 |  | Leaning, John / TS Audits | 200741 | 2007-10-10 | 1.00 |  | 1,125.000 | USD | 1,125.00 | 1,125.00 |  |  |  |
| 5921663 |  | Hoellrich, William / TS Audits | 200741 | 2007-10-11 | 1.00 |  | 1,125.000 | USD | 1,125.00 | 1,125.00 |  |  |  |
| 5921663 |  | Hoellrich, William / TS Audits | 200741 | 2007-10-11 | 1.00 |  | 1,125.000 | USD | 1,125.00 | 1,125.00 |  |  |  |
| 5921663 |  | Kucko, Michael / TS Audits | 200741 | 2007-10-11 | 1.00 |  | 1,125.000 | USD | 1,125.00 | 1,125.00 |  |  |  |
| 5921663 |  | Hoellrich, William / Travel-Hrly | 200741 | 2007-10-12 |  | 7.50 | 65.000 | USD | 487.50 | 487.50 |  |  |  |
| 5921663 |  | Kucko, Michael / TS Audits | 200741 | 2007-10-12 | 0.50 |  | 1,125.000 | USD | 562.50 | 562.50 |  |  |  |
| 5921663 |  | Hoellrich, William / TS Audits | 200741 | 2007-10-12 | 0.50 |  | 1,125.000 | USD | 562.50 | 562.50 |  |  |  |
| 5921663 |  | Kucko, Michael / Travel-Hrly | 200741 | 2007-10-12 |  | 7.50 | 65.000 | USD | 487.50 | 487.50 |  |  |  |
| 5921663 |  | Leaning, John / TS Audits | 200741 | 2007-10-12 | 1.00 |  | 1,125.000 | USD | 1,125.00 | 1,125.00 |  |  |  |
| 5921663 |  | Kucko, Michael / TS Audits | 200741 | 2007-10-12 | 0.50 |  | 1,125.000 | USD | 562.50 | 562.50 |  |  |  |
| 5921663 |  | Kucko, Michael / Travel-Hrly | 200741 | 2007-10-12 |  | 3.00 | 65.000 | USD | 195.00 | 195.00 |  |  |  |
| 5921663 |  | Leaning, John / Travel-Hrly | 200741 | 2007-10-12 |  | 7.50 | 65.000 | USD | 487.50 | 487.50 |  |  |  |

HOU010
No filter applied

Printed 2009.06.09 at 11:27:14

# Invoice details

Invoice No. ZNAUS149 2731402

Customer: 1245570 - GM Financial Shared Services Acquisition Business Process

Project No: 59215663

Project Description: CLOSED +ISO/TS16949 (IATF) GM Powertrain Gro

| Project No | Activity | Description | Week Date | Work Days Hours | Number of | Curr Rate ency | Amount | Invoiced in USD Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9215663 | Time based | Hoeltrich, William | 200735 | 10.50 30.00 | | USD | 363.30 | 363.30 | | | |
| | | **Recertification Audit - Per attached details** | | | | | | | | | |
| | | **SEQ #00003 ITEM ID TS16- Full: 9 Days @ $1125.00/DAY= $10125** | | | | | | | | | |
| | | **SEQ #00004 ITEM ID TS16-Half: 1.5 Days @ $562.00/DAY= $1686** | | | | | | | | | |
| | | **SEQ #00006 ITEM ID TRAV-TIM** | | | | | | | | | |
| 9215663 | | Air Tickets (Claimed) | 200741 | | | USD | 4.25 | 4.25 | | | |
| 9215663 | | Kucko, Michael Tolls | 200741 | | | USD | 114.00 | 114.00 | | | |
| 9215663 | | Kucko, Michael Subsistence/Meals | 200741 | | | USD | 345.60 | 345.60 | | | |
| 9215663 | | Kucko, Michael Hotel & Lodging | 200741 | | | USD | 45.00 | 45.00 | | | |
| 9215663 | | Hoeltrich, William Parking | 200741 | | | USD | 53.40 | 53.40 | | | |
| 9215663 | | Leaning, John Mileage own car | 200741 | | 120.00 | 0.445 USD | 15.58 | 15.58 | | | |
| 9215663 | | Hoeltrich, William Mileage own car | 200741 | | 35.00 | 0.445 USD | 41.00 | 41.00 | | | |
| 9215663 | | Leaning, John Parking | 200741 | | | USD | 345.60 | 345.60 | | | |
| 9215663 | | Hoeltrich, William Hotel & Lodging | 200741 | | | USD | 161.00 | 161.00 | | | |
| 9215663 | | Leaning, John Subsistence/Meals | 200741 | | | USD | 296.63 | 296.63 | | | |
| 9215663 | | Leaning, John Car Rental | 200741 | | | USD | 183.65 | 183.65 | | | |
| 9215663 | | Hoeltrich, William Car Rental | 200741 | | | USD | 80.10 | 80.10 | | | |
| 9215663 | | Kucko, Michael Mileage own car | 200741 | | 180.00 | 0.445 USD | 26.13 | 26.13 | | | |
| 9215663 | | Leaning, John Gas | 200741 | | | USD | | | | | |

|  | Amount | Fee | Expense | Total |
|---|---|---|---|---|
| | 13,762.50 | 13,762.50 | 0.00 | 13,762.50 |
| | | 13,762.50 | 13,762.50 | 13,762.50 |

**DNV**

# Invoice details

Invoice No: ZNAUS149 2731402
Customer:   1245570 - GM Financial Shared Services Acquisition Business Process

Project No:            5921563
Project Description:   CLOSED +ISO/TS16949 (IATF) GM Powertrain Gro...

| Project No | Activity Description | Week Date | Days | Hours | Number of | Curr ency | Rate | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9215663 | Hoelrich, William Gas | 200741 | | | | USD | | 11.37 | 11.37 | | | |
| 9215663 | Leaning, John Hotel & Lodging | 200741 | | | | USD | | 345.60 | 345.60 | | | |
| 9215663 | Hoelrich, William Subsistence/Meals | 200741 | | | | USD | | 120.00 | 120.00 | | | |
| 9215663 | Leaning, John Air Tickets (Claimed) | 200741 | | | | USD | | 318.49 | 318.49 | | | |
| 9215663 | Expenses | | | | 335.00 | | | | 2,870.70 | | 2,870.70 | 2,870.70 |

Expenses SEQ #00007 ITEM ID TRAV-0EXP: $2870.70

Totals for project: 5921563 - CLOSED +ISO/TS16949 (IATF) GM Powertrain Group    13,762.50    0.00    2,870.70    16,633.20

Total Invoice No: ZNAUS149 2731402    13,762.50    0.00    2,870.70    16,633.20

**Invoiced in USD**

## Transaction Details

| Return to Report | Hide Transaction | |
|---|---|---|

| Type | Transaction Total | Credit Date | Process Date | Lockbox | Site | Batch | Item | Group | Pages |
|---|---|---|---|---|---|---|---|---|---|
| LBX | $15,788.70 | 1/28/08 | 1/28/08 | 201898 | Houston | 608 | 8 | 0 | 2 |

| Payment Number | Amount | Remitter | Remitter RT | Remitter DDA |
|---|---|---|---|---|
| 2897368 | $15,788.70 | NORTH AMERICAN OPERA | 31100283 | 0952176 |

**+ Workflow/Notes:**

**+ Reference Details:**



| VENDOR DUNS NO. | RD 182239921 | 1 | | North American Operations | | DETACH BEFORE DEPOSITING CHECK | |
|---|---|---|---|---|---|---|---|
| | | | | General Motors Corporation | | CHECK NO. | 002897368 |
| | | | | Disbursement Services (3126) | | | |
| | | | | PO Box 62530 | | PAYMENT DATE | |
| VENDOR NAME | DET NORSKE VERITAS | | | Phoenix, AZ 85082-2530 | | | 01/25/08 |

| REGISTER NO. DESCRIPTION | INVOICE DATE | DOC. REFERENCE NUMBER | % DISC. | INVOICE AMOUNT | DISC. AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 9000157407413 | 10/12/07 | KD 079910600001 | 00.0000 | 15,788.70 | .00 | 15,788.70 |
| TTR26622 | 1492731402 | | | | | |
| PLT: GM POWERTRAIN TOLEDO | | | | | | |
| P/N: TRAV-TIME | QTY: | 30.000 | UOM: HR | U/P: | 65.00000 | EXT: 1,950.00 |
| P/N: TRAV-OEXP | QTY: | 2,670.700 | UOM: DO | U/P: | 1.00000 | EXT: 2,670.70 |
| P/N: 9990215 | QTY: | 9.000 | UOM: DA | U/P: | 1,125.00000 | EXT: 10,125.00 |
| P/N: 9990219 | QTY: | 1.500 | UOM: DA | U/P: | 562.00000 | EXT: 843.00 |

GM WILL NOT ISSUE CHECKS FOR THE PERIOD 12/24/07-01/01/08   FN
PMT INFO USE E-DACOR WWW.GMSUPPLYPOWER.COM HELP DESK 248-874-4636

| | TOTAL | 15,788.70 | .00 | 15,788.70 |
|---|---|---|---|---|

**Return To Top**

# Invoice

General Motors - Arlington Assembly Center
ACCOUNTS PAYABLE
c/o Olimpic Receipting
P.O. Box 63490
Phoenix, AZ  85082-3490

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

**Due date 2008-10-30**

*Please quote only the numeric digits
of the invoice number when remitting* →↓

| Invoice No |
| --- |
| ZNAUS141 2736624 |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
| --- | --- | --- | --- | --- |
| 2008-09-30 | Dortch, Melissa | | 10041237 | ARLINGTON, TX |

| Your ref. | Customer contact person | On date |
| --- | --- | --- |
| PO# GMB07060 | ACCOUNTS PAYABLE | |

| Invoice description | On behalf of |
| --- | --- |
| General Motors - Arlington Assembly Plant (9001/ANAB)(Arlington, TX) | |

| Text specification | VAT rate | Service | Amount USD |
| --- | --- | --- | --- |
| DNV Project No: 70002668 | | | |
| | | | |
| FOLLOW UP AUDIT - per attached details | 0/ | F  2210 | 985.00 |
| | | | |
| SEQ#00009 ITEM ID-FOLL-OWUP: 1 DAY@$985.00/DAY= $ 985.00 | | | |
| | | | |
| Expenses | 0/ | R  2210 | 40.95 |
| SEQ#00006 ITEM IDTRAV-0EXP:  $40.95 | | | |
| | | | |
| INVOICE INQUIRIES:  NIA HARRIS:  PHONE 281-721-6636 EMAIL:  NIA.HARRIS@DNV.COM FU:  Followup Audit | | | |

# Invoice

```
General Motors - Arlington Assembly Center
ACCOUNTS PAYABLE
c/o Olimpic Receipting
P.O. Box 63490
Phoenix, AZ  85082-3490
```

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

## Due date 2008-10-30

*Please quote only the numeric digits of the invoice number when remitting*

| Invoice No |
| --- |
| ZNAUS141 2736624 |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
| --- | --- | --- | --- | --- |
| 2008-09-30 | Dortch, Melissa | | 10041237 | ARLINGTON, TX |

| Your ref. | Customer contact person | On date |
| --- | --- | --- |
| PO# GMB07060 | ACCOUNTS PAYABLE | |

| Invoice description | On behalf of |
| --- | --- |
| General Motors - Arlington Assembly Plant (9001/ANAB)(Arlington, TX) | |

| | |
| --- | --- |
| *Net amount* | 1,025.95 |
| *Value added tax*   VAT not calculated in accordance with | 0.00 |
| *Total*   USD | 1,025.95 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net cash 30 days

Otherwise interest of 18.00% p.a. may be charged

# Invoice details

Invoice No: ZNAUS141 2736624
Customer: 10041237 - General Motors - Arlington Assembly Center

Project No: 70002668
Project Description: General Motors - Arlington Assembly Plant (9001/AN

| Project No | Activity | Description | Work Week Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Invoiced in USD | | | |
| **70002668 - General Motors - Arlington Assembly Plant (9001/** | | | | | | | | | | | | | |
| 70002668 | FU | Bliobenes, Bob Follow-Up Audit - Days | 200834 2008-08-19 | 1.00 | | 985.000 | | USD | 985.00 | 985.00 | 985.00 | 0.00 | 985.00 |
| 70002668 | FU | Time based FU | | 1.00 | 0.00 | | | | | 985.00 | 985.00 | 0.00 | 985.00 |
| | | **FOLLOW UP AUDIT - per attached details** | | | | | | | | | | | |
| | | **SEQ#00009 ITEM ID-FOLL-OWUP: 1 DAY@$985.00/DAY= $ 985.00** | | | | | | | | | 985.00 | 0.00 | 985.00 |
| 70002668 | FU | Bliobenes, Bob Mileage own car | 200834 | | | 70.00 | 0.585 | USD | 40.95 | 40.95 | 0.00 | 40.95 | 40.95 |
| 70002668 | FU | Expenses FU | | | | 70.00 | | | 40.95 | 40.95 | 0.00 | 40.95 | 40.95 |
| | | **Expenses** | | | | | | | | | | | |
| | | **SEQ#00006 ITEM IDTRAV-0EXP: $40.95** | | | | | | | | | 0.00 | 40.95 | 40.95 |
| | | **Totals for project: 70002668 - General Motors - Arlington Assembly Plant (9001/ANABI(Arlington, TX)** | | | | | | | | | 985.00 | 985.00 | 40.95 | 1,025.95 |
| | | **Total Invoice No: ZNAUS141 2736624** | | | | | | | | | 985.00 | 985.00 | 40.95 | 1 025.95 |