# Invoice

General Motors
Rick Conklin
c/o OLIMPIC Receipting
P. O. Box 63490
Phoenix, AZ 85082-3490

VAT No AZ

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

Due date 2009-01-29

*Please quote only the numeric digits
of the invoice number when remitting* ↓

| Invoice No |
|---|
| ZNAUS141 2737774 |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
|---|---|---|---|---|
| 2008-11-30 | Dortch, Melissa | | 1245570 | Shreveport, LA |

| Your ref. | Customer contact person | On date |
|---|---|---|
| Release# TCR06604 Blanket Order#GMB07060 | Rick Conklin | |

| Invoice description | On behalf of |
|---|---|
| General Motors(14001)(ANAB)(Shreveport, LA) | |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 70002190 | | | |
| Expenses-Airfare due to cancellation of scheduled Audit-Per attached details | 0/ | R  2213 | 1,243.58 |
| SEQ#00011 ITEM ID 1294-09TM $1243.58 INQUIRIES: Melissa Dortch 281 721-6764 email: melissa.dortch@dnv.com | | | |

| Net amount | | 1,243.58 |
|---|---|---|
| Value added tax | VAT not calculated in accordance with | 0.00 |
| Total | USD | 1,243.58 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached

Otherwise interest of 18.00% p.a. may be charged

**DNV**

# Invoice details

Invoice No: ZNAUS141 2737774
Customer:  1245570 - General Motors

Project No:  70002190
Project Description: General Motors(14001)(ANAB)(Shreveport, LA)

| Pg No | Project Activity | Description | Week Date | Work Days Hours | Number of | Curr Rate ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **70002190 - General Motors(14001)(ANAB)(Shreveport, LA)** | | | | | | | | | | |
| 70002190  RC | | Tankersley, Dolores Air Tickets (Claimed) | 200842 | | | USD | 1,243.58 | 1,243.58 | | | |
| 70002190  RC | | Expenses RC | | | | | | 1,243.58 | 0.00 | 1,243.58 | 1,243.58 |
| | | Expenses-Airfare due to cancellation of scheduled Audit-Per attached details | | | | | | 0.00 | 1,243.58 | 1,243.58 | |
| | | SEQ#00011 ITEM ID 1294-09TM S1243.58 | | | | | | | | | |

Invoiced in USD

Totals for project: 70002190 - General Motors(14001)(ANAB)(Shreveport, LA)          0.00      1,243.58    1,243.58

Total Invoice No: ZNAUS141 2737774          0,00      1 243,58    1 243,58

# Invoice

General Motors Corporation Orion Assembly Plant
Attn: Vince Lever
4555 Giddings , MS 483-900-056
ORION, MI 48359 1713

Please Remit To: DNV Certification Inc.
P O Box 934927 Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 5610011002096001
ABA# 021000018

Due date 2007-01-29

*Please quote only the numeric digits of the invoice number when remitting*

| Invoice No |
|---|
| ZNAUS160 503893 |

| Invoice date 2007-01-29 | Our ref. Smith, Leslie | DNV Id No | Client No 1031677 | Work completed at |
|---|---|---|---|---|
| Your ref. | | Customer contact person Vince Lever | | On date |
| Invoice description ISO 9001:2000 LA - LONG BEACH - FEBRUARY 12-16, 2007 | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project no: 38134117 | | | |
| PUBLIC TRAINING - ISO 9001:2000 LEAD AUDITOR ATTENDEE: JERRY GOSS | 0/ | F 2320 | 1,595.00 |
| For invoice questions, contact Sheila @ 770 279-894 or e-mail sheila.thompson@dnv.com | | | |

| Net amount | | 1,595.00 |
|---|---|---|
| Value added tax | VAT not calculated in accordance with | 0.00 |
| Total | USD | 1,595.00 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Payment due prior to course
Otherwise interest of 18.00% p.a. may be charged

1/1

HOU010
No filter applied

# Invoice details

Invoice No: ZNAUS160 503893

Customer: 1031677 - General Motors Corporation Orion Assembly Plant

Project No: 38134117

Project Description: ISO 9001:2000 LA - LONG BEACH - FEBRUARY 1

| Project No | Activity | Description | Work Week Date | Days | Hours | Number of | Curr ency Rate | Amount | Amount | Invoiced in USD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Fee | Expense | Total |

**38134117**

Exhibit 6

38134117 - ISO 9001:2000 LA - LONG BEACH - FEBRUAR'

| | | PUBLIC TRAINING - ISO 9001:2000 LEAD AUDITOR ATTENDEE: JERRY GOSS | | | | | USD | 1,595.00 | 1,595.00 | 1,595.00 | 0.00 | 1,595.00 |

PUBLIC TRAINING - ISO 9001:2000 LEAD AUDITOR

ATTENDEE: JERRY GOSS

| Totals for project: 38134117 - ISO 9001:2000 LA - LONG BEACH - FEBRUARY 12-16, 2007 | | | | | | | | | 1,595.00 | 1,595.00 | 0.00 | 1,595.00 |

| Total Invoice No: ZNAUS160 503893 | | | | | | | | | 1 595,00 | 1 595,00 | 0,00 | 1 595,00 |

# Invoice

General Motors
Linda Wood
c/o OLIMPIC Receipting
P. O. Box 63490
Phoenix, AZ 85082-3490

VAT No AZ

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

Due date 2008-10-26

*Please quote only the numeric digits of the invoice number when remitting* →↓

Invoice No
ZNAUS149 2735789

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
|---|---|---|---|---|
| 2008-08-27 | Dominick, Monique | | 1245570 | BUFFALO, NY |
| Your ref. | | Customer contact person | | On date |
| PO #GMB07060 | | Linda Wood | | |
| Invoice description | | | | On behalf of |
| +ISO/TS16949 (IATF) GM Powertrain | | | | |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 59216463 | | | |
| Follow-Up Audit-Per attached details | 0/ | F  2270 | 1,570.00 |
| SEQ#000009 ITEM IDFOLL-OWUP: 8 HOURS @ $115/HOUR= $920.00 | | | |
| SEQ#00006 ITEM IDTRAV-TIME: 10 HOURS @ $65.00/HOUR = $650.00 | | | |
| Expenses | 0/ | R  2270 | 506.87 |
| SEQ#00007 ITEM ID TRAVE-0EXP: $506.87 | | | |
| INQUIRIES: Melissa Dortch 281 721-6764 email: melissa.dortch@dnv.comI | | | |

| | | | |
|---|---|---|---|
| Net amount | | | 2,076.87 |
| Value added tax | VAT not calculated in accordance with | | 0.00 |
| Total | | USD | 2,076.87 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net cash 60 days
Otherwise interest of 18.00% p.a. may be charged

HOU010
No filter applied



# Invoice details

Invoice No: ZNAUS149 2735789
Customer: 1245570 - General Motors

Project No: 59216463
Project Description: +ISO/TS16949 (IATF) GM Powertrain

| Project No | Activity Description | Work Week Date | Days | Hours | Number of Rate | Curr ency | Amount | Invoiced in USD Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **59216463 - +ISO/TS16949 (IATF) GM Powertrain** | | | | | | | | | | | |
| 59216463 | Hetrick, John Gregory Travel | 200830 2008-07-21 | | 5.00 | 65.000 | USD | 325.00 | 325.00 | | | |
| 59216463 | Hetrick, John Gregory Travel | 200830 2008-07-22 | | 5.00 | 65.000 | USD | 325.00 | 325.00 | | | |
| 59216463 | Hetrick, John Gregory Follow-Up Audi - Hrly | 200830 2008-07-22 | | 8.00 | 115.000 | USD | 920.00 | 920.00 | | | |
| | Time based | | 0.00 | 18.00 | | | 1,570.00 | 1,570.00 | 0.00 | 0.00 | 1,570.00 |

**Follow-Up Audit-Per attached details**
SEQ#000009 ITEM IDFOLL-OWUP: 8 HOURS @ $115/HOUR=$920.00
SEQ#000006 ITEM IDTRAV-TIME: 10 HOURS @ $65.00/HOUR = $650.00

| Project No | Activity Description | Work Week Date | | | | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Expenses** | | | | | | | | | | | |
| 59216463 | Hetrick, John Gregory Hotel & Lodging | 200830 | | | | USD | 116.03 | 116.03 | | | 116.03 |
| 59216463 | Hetrick, John Gregory Taxi & Other Transportation | 200830 | | | | USD | 78.00 | 78.00 | | | 78.00 |
| 59216463 | Hetrick, John Gregory Car Rental | 200830 | | | | USD | 46.22 | 46.22 | | | 46.22 |
| 59216463 | Hetrick, John Gregory Air Tickets (Claimed) | 200830 | | | | USD | 211.62 | 211.62 | | | 211.62 |
| 59216463 | Hetrick, John Gregory Subsistence/Meals | 200830 | | | | USD | 55.00 | 55.00 | | | 55.00 |
| | Expenses | | | | | | | 506.87 | 506.87 | 0.00 | 506.87 | 506.87 |

**Expenses**
SEQ#00007 ITEM ID TRAVE-0EXP: $506.87

Totals for project: 59216463 - +ISO/TS16949 (IATF) GM Powertrain | 1,570.00 | 0.00 | 506.87 | 2,076.87

Total Invoice No: ZNAUS149 2735789 | 1 570.00 | 0.00 | 506.87 | 2 076.87

Printed 2009.06.09 at 11:30:43

# Invoice

GM Financial Shared Services Acquisition Business Process
c/o OLIMPIC Receipting
P. O. Box 63490
Phoenix, AZ 85082-3490


VAT No AZ

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

**Due date 2008-03-31**

*Please quote when remitting*

| Invoice No |
|---|
| ZNAUS149 2731893 |

| Invoice date 2008-01-31 | Our ref. Dominick, Monique | DNV Id No | Client No 1245570 | Work completed at YPSILANTI, MI |
|---|---|---|---|---|
| Your ref. PO # GMB07060 | | Customer contact person | | On date |
| Invoice description +ISO 14001 (ANAB) General Motors | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project no: 5911259 | | | |
| Periodic Audit - Per attached details | 0/ | F  2213 | 1,477.50 |
| SEQ #00001 ITEM ID AUDT-FULL: 1.5 DAYS @ $985.00 = $1477.50 | | | |
| Expenses SEQ # 00007 ITEM ID TRAV-0EXP: $655.72 | 0/ | R  2213 | 659.32 |
| INVOICE INQUIRIES:  MONIQUE DOMINICK:  PHONE 281-721-6739 | | | |
| EMAIL:  MONIQUE.DOMINICK@DNV.COM | | | |

| | | | |
|---|---|---|---|
| *Net amount* | | | 2,136.82 |
| *Value added tax* | VAT not calculated in accordance with | | 0.00 |
| *Total* | | USD | 2,136.82 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached
Otherwise interest of 18.00% p.a. may be charged

**Invoice details**

Invoice No:ZNAUS149 2731893
Customer:  1245570 - GM Financial Shared Services Acquisition Business Process

Project No:  5911259
Project Description: CLOSED-ISO 14001 (ANAB) General Motors

DNV

## 5911259 - CLOSED-ISO 14001 (ANAB) General Motors

| Project No. | Activity Description | Week | Work Date | Days | Hours | Number of | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5911259 | Gillespie, Robert Periodic Audit - Days | 200804 | 2008-01-21 | 0.50 | | | | | | | | |
| 5911259 | Gillespie, Robert Periodic Audit - Days | 200804 | 2008-01-22 | 1.00 | | 985.000 | USD | 985.00 | | | | |
| 5911259 | Time based | | | 1.50 | 0.00 | | | | | | | |

**Periodic Audit - Per attached details**
**SEQ #00001 ITEM ID AUDT-FULL: 1.5 DAYS @ $985.00 = $1,477.50**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5911259 | Gillespie, Robert Hotel & Lodging | 200804 | | | | | USD | 110.44 | 110.44 | | | |
| 5911259 | Gillespie, Robert Car Rental | 200804 | | | | | USD | 162.24 | 162.24 | | | |
| 5911259 | Gillespie, Robert Mileage own car | 200804 | | | 60.00 | 0.505 | USD | 30.30 | 30.30 | | | |
| 5911259 | Gillespie, Robert Subsistence/Meals | 200804 | | | | | USD | 105.14 | 105.14 | | | |
| 5911259 | Gillespie, Robert Air Tickets (Claimed) | 200804 | | | | | USD | 251.20 | 251.20 | | | |
| 5911259 | Expenses | | | | | 60.00 | | | 659.32 | 0.00 | 659.32 | 659.32 |

**Expenses SEQ # 00007 ITEM ID TRAV-0EXP: $655.72**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals for project: 5911259 - CLOSED-ISO 14001 (ANAB) General Motors | | | | | | | | 1,477.50 | 1,477.50 | 0.00 | 659.32 | 2,136.82 |
| Total Invoice No. ZNAUS149 2731893 | | | | | | | | | 1,477,50 | 1,477.50 | 659.32 | 2 136,82 |

# Invoice

GM Financial Shared Services Acquisition Business Process
c/o OLIMPIC Receipting
P. O. Box 63490
Phoenix, AZ 85082-3490

VAT No AZ

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

Due date 2008-02-29

*Please quote when remitting*

| Invoice No |
| ZNAUS149 2731393 |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
|---|---|---|---|---|
| 2007-12-31 | Fox, Emily | | 1245570 | FLINT, MI |
| Your ref.<br>PO #GMB07060 | | Customer contact person | | On date |
| Invoice description<br>+ISO 14001 (ANAB) GM-UTILITIES GROUP | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project no: 59659863 | | | |
| Periodic Audit - Per attached details | 0/ | F  2213 | 1,505.00 |
| SEQ #00001 ITEM ID AUDT-FULL:  1.0 DAY @ $985.00/DAY= $985.00<br>SEQ #00006 ITEM ID TRAV-TIME:  8 HOURS @ $65.00/HOUR= $520.00 | | | |
| Expenses  SEQ #00007 ITEM ID TRAV-0EXP:  $634.74 | 0/ | R  2213 | 634.74 |
| Invoice Inquiries:  Emily Fox      Phone:  281/721-6740<br>Email:  Emily.fox@dnv.com | | | |

| Net amount | | 2,139.74 |
|---|---|---|
| Value added tax | VAT not calculated in accordance with | 0.00 |
| Total | USD | 2,139.74 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached

Otherwise interest of 18.00% p.a. may be charged



# Invoice details

Invoice No:ZNAUS149 2731393
Customer:   124557o - GM Financial Shared Services Acquisition Business Process

Project No:   59659863
Project Description:   CLOSED +ISO 14001 (ANAB) GM-UTILITIES GRC...

HOU010
No filter applied

| Project No | Activity Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Invoiced in USD Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59659863 - CLOSED +ISO 14001 (ANAB) GM-UTILITIES G | | | | | | | | | | | | | |
| 59659863 | Byers, R. Lee Travel-Hrly | 200750 | 2007-12-10 | | 8.00 | | 65.000 | USD | 520.00 | 520.00 | | | 520.00 |
| 59659863 | Byers, R. Lee Periodic Audit - Days | 200750 | 2007-12-11 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | 985.00 |
| | Time based | | | 1.00 | 8.00 | | | | 1,505.00 | 1,505.00 | | | 1,505.00 |

**Periodic Audit - Per attached details**

SEQ #00001 ITEM ID AUDT-FULL: 1.0 DAY @ $985.00/DAY= $985.00
SEQ #00006 ITEM ID TRAV-TIME: 8 HOURS @ $65.00/HOUR=$520.00

| Project No | Activity Description | Week | Number of | Rate | Curr ency | Amount | Invoiced in USD Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 59659863 | Byers, R. Lee Taxi & Other Transportation | 200750 | | | USD | 15.00 | 15.00 | | | 15.00 |
| 59659863 | Byers, R. Lee Air Tickets (Claimed) | 200750 | | | USD | 280.74 | 280.74 | | | 280.74 |
| 59659863 | Byers, R. Lee Car Rental | 200750 | | | USD | 62.50 | 62.50 | | | 62.50 |
| 59659863 | Byers, R. Lee Hotel & Lodging | 200750 | | | USD | 197.58 | 197.58 | | | 197.58 |
| 59659863 | Byers, R. Lee Mileage own car | 200750 | 47.00 | 0.360 | USD | 16.92 | 16.92 | | | 16.92 |
| 59659863 | Byers, R. Lee Subsistence/Meals | 200750 | | | USD | 62.00 | 62.00 | | | 62.00 |
| | Expenses | | 47.00 | | | | 634.74 | | 634.74 | 634.74 |

Expenses   SEQ #00007 ITEM ID TRAV-0EXP: $634.74

Totals for project: 59659863 - CLOSED +ISO 14001 (ANAB) GM-UTILITIES GROUP   **1,505.00   0.00   634.74   2,139.74**

Total Invoice No. ZNAUS149 2731393   **1 505,00   0.00   634.74   2 139,74**

Printed 2009.06.09 at 11:33:57

# Invoice

General Motors Powertrain - Transmission Engineering
c/o OLIMPIC Receipting
P. O. Box 63490
Phoenix, AZ 85082-3490

VAT No MI

Please Remit To: DNV Certification
Inc.
P O Box 934927  Atlanta, GA
31193-4927
WIRES: Beneficiary Acct.
#20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York,
ABA# 021000018
ACH PYMT: Ben. Bank Acct. #
5610011020096001
ABA# 021000018

## Due date 2009-05-26

*Please quote only the numeric digits
of the invoice number when remitting* →

| Invoice No |
|---|
| ZAMUS141 2740894 |

| Invoice date 2009-04-26 | Our ref. Accounting Business Assurance | DNV Id No | Client No 10049184 | Work completed at Pontiac & Milford, MI |
|---|---|---|---|---|
| Your ref. PO # GMB07060 REL #TCR19215 | | Customer contact person | | On date |
| Invoice description General Motors Power (9001/ANAB)(Ypsilanti, MI) | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 70003737 Audits dates 3/10-11/2009 | | | |
| Periodic Audit - Per attached details SEQ #00003 ITEM ID TS16-FULL: 2 DAYS @ $1125.00/DAY | 0/ | F  2210 | 2,250.00 |
| Expenses SEQ #00011 ITEM ID 1294-09TM: $81.00 | 0/ | R  2210 | 81.00 |
| INVOICE INQUIRIES:  MONIQUE DOMINICK:  PHONE 281-396-1739 EMAIL:  MONIQUE.DOMINICK@DNV.COM P2:  Periodic Audit P2 | | | |

# Invoice

General Motors Powertrain - Transmission Engineering
c/o OLIMPIC Receipting
P. O. Box 63490
Phoenix, AZ 85082-3490

**VAT No MI**

Please Remit To: DNV Certification
Inc.
P O Box 934927  Atlanta, GA
31193-4927
WIRES: Beneficiary Acct.
#20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York,
ABA# 021000018
ACH PYMT: Ben. Bank Acct. #
5610011002009601
ABA# 021000018

## Due date 2009-05-26

*Please quote only the numeric digits
of the invoice number when remitting* ↓

| Invoice No |
| --- |
| ZAMUS141 2740894 |

| Invoice date 2009-04-26 | Our ref. Accounting Business Assurance | DNV Id No | Client No 10049184 | Work completed at Pontiac & Milford, MI |
| --- | --- | --- | --- | --- |
| Your ref. PO # GMB07060 REL #TCR19215 | | Customer contact person | | On date |
| Invoice description General Motors Power (9001/ANAB)(Ypsilanti, MI) | | | | On behalf of |

| Net amount | | | 2,331.00 |
| --- | --- | --- | --- |
| Value added tax | VAT not calculated in accordance with | | 0.00 |
| **Total** | | USD | **2,331.00** |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net cash 30 days
Otherwise interest of 18.00% p.a. may be charged

# Invoice details

Invoice No: ZAMUS141 2740894
Customer: 10049184 - General Motors Powertrain - Transmission Engineering

Project No: 700003737
Project Description: General Motors Power (9001/ANAB)(Ypsilanti, MI)

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Curr ency Rate | Amount | Amount | Invoiced in USD Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **700003737 - General Motors Power (9001/ANAB)(Ypsilanti, M** | | | | | | | | | | | | | |
| 70003737 | P4 | Slabey, Martin Periodic Audit - Days | 200911 | 2009-03-10 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 70003737 | P4 | Slabey, Martin Periodic Audit - Days | 200911 | 2009-03-11 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 70003737 | P4 | Time based P4 | | | 2.00 | 0.00 | | | | 2,250.00 | 2,250.00 | 0.00 | 2,250.00 |
| **Periodic Audit - Per attached details** | | | | | | | | | | | | | |
| **SEQ #00003 ITEM ID TS16-FULL: 2 DAYS @ $1125.00/DAY** | | | | | | | | | | | 2,250.00 | 0.00 | 2,250.00 |
| 70003737 | P4 | Slabey, Martin Mileage own car | 200911 | | | | 180.00 | 0.450 USD | 81.00 | 81.00 | | 81.00 | 81.00 |
| | | Expenses P4 | | | | | 180.00 | | | 81.00 | 0.00 | 81.00 | 81.00 |
| **Expenses** | | | | | | | | | | | | | |
| **SEQ #00011 ITEM ID 1294-09TM: $81.00** | | | | | | | | | | | 0.00 | 81.00 | 81.00 |

Totals for project: 70003737 - General Motors Power (9001/ANAB)(Ypsilanti, MI)    2,250.00    2,250.00    81.00    2,331.00

Total Invoice No: ZAMUS141 2740894    2 250,00    2 250,00    81,00    2 331,00

Printed 2009.06.09 at 11:35:11

HOU010
No filter applied

# Invoice

General Motors Powertrain - Gas Engine Engineering
C/O OLIMPIC RECEIPTING
P.O. BOX 63490
PHOENIX, AZ 85082-3490

VAT No MI

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 5610011020096001
ABA# 021000018

Due date 2009-06-28

*Please quote only the numeric digits of the invoice number when remitting* →

| | | |
|---|---|---|
| **Invoice No** ZAMUS141 2741678 | | |

| Invoice date 2009-05-29 | Our ref. Accounting Business Assurance | DNV Id No | Client No 10049177 | Work completed at |
|---|---|---|---|---|
| Your ref. PO #GMB07060 REL # TCR19215 | | Customer contact person | | On date |
| Invoice description GM Powertrain (ISO/TS-IAFT)(Multi-Site) | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 70003727 ConCert Id: PRJC-97694-2008-MSC-USA | | | |
| Periodic Audit - Per attached details SEQ #00003 ITEM ID TS16-FULL: 2 DAYS @ $1125.00/DAY = $2250.00 | 0/ | F  2270 | 2,250.00 |
| SITES AUDITED: PONTIAC, MI & MILFORD, MI Expenses SEQ # 00011 ITEM ID 1294-09TM: $115.50 | 0/ | R  2270 | 115.50 |
| INVOICE INQUIRIES: MONIQUE DOMINICK: PHONE 281-396-1739 EMAIL: MONIQUE.DOMINICK@DNV.COM PF: Periodic Audit; PF | | | |

# Invoice

| General Motors Powertrain - Gas Engine Engineering C/O OLIMPIC RECEIPTING P.O. BOX 63490 PHOENIX, AZ 85082-3490 |
|---|
| VAT No MI |

Please Remit To: DNV Certification Inc.
P O Box 934927 Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

Due date 2009-06-28

*Please quote only the numeric digits of the invoice number when remitting* →

| | Invoice No |
|---|---|
| | ZAMUS141 2741678 |

| Invoice date 2009-05-29 | Our ref. Accounting Business Assurance | DNV Id No | Client No 10049177 | Work completed at |
|---|---|---|---|---|
| Your ref. PO #GMB07060 REL # TCR19215 | | Customer contact person | | On date |
| Invoice description GM Powertrain (ISO/TS-IAFT)(Multi-Site) | | | | On behalf of |

| Net amount | | 2,365.50 |
|---|---|---|
| Value added tax | VAT not calculated in accordance with | 0.00 |
| Total | USD | 2,365.50 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net cash 30 days
Otherwise interest of 18.00% p.a. may be charged

# Invoice details

Invoice No: ZAMUS141 2741678
Customer: 10049177 - General Motors Powertrain - Gas Engine Engineering

Project No: 70003727
Project Description: GM Powertrain (ISO/TS-IAFT)(Multi-Site)

Invoiced in USD

| Project No | Activity | Description | Week Date | Work Days | Hours | Number of | Rate | Currency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **70003727 - GM Powertrain (ISO/TS-IAFT)(Multi-Site)** | | | | | | | | | | | | | |
| 70003727 | PF | Slabey, Martin TS Audits | 200912 2009-03-16 | 1.00 | | | 1,125.000 | USD | 1,125.00 | | | | |
| 70003727 | PF | Slabey, Martin TS Audits | 200912 2009-03-17 | 1.00 | | | 1,125.000 | USD | 1,125.00 | | | | |
| 70003727 | PF | Time based PF | | 2.00 | 0.00 | | | | | 2,250.00 | 2,250.00 | 0.00 | 2,250.00 |
| | | **Periodic Audit - Per attached details** | | | | | | | | | | | |
| | | SEQ #00003 ITEM ID TS16-FULL: 2 DAYS @ $1125.00/DAY = $2250.00 | | | | | | | | | | | |
| | | **SITES AUDITED: PONTIAC, MI & MILFORD, MI** | | | | | | | | | | | |
| 70003727 | PF | Slabey, Martin Mileage own car | 200912 | | | 210.00 | 0.550 | USD | 115.50 | 115.50 | | 115.50 | |
| 70003727 | PF | Expenses PF | | | | **210.00** | | | | **115.50** | 0.00 | 115.50 | 115.50 |
| | | **Expenses** | | | | | | | | | | | |
| | | SEQ # 00011 ITEM ID 1294-09TM: $115.50 | | | | | | | | | | | |

Totals for project: 70003727 - GM Powertrain (ISO/TS-IAFT)(Multi-Site)   2,250.00   2,250.00   0.00   2,365.50

Total Invoice No: ZAMUS141 2741678   2 250,00   2 250,00   115,50   2 365,50

# Invoice

General Motors
c/o OLIMPIC Receipting  P. O. Box 63490
Phoenix, AZ  85082-3490
USA

VAT No AZ

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 5610011002096001
ABA# 021000018

Due date 2009-06-22

*Please quote only the numeric digits of the invoice number when remitting*

| | | | | | | Invoice No |
| | | | | | | ZAMUS141 2740787 |

| Invoice date 2009-04-23 | Our ref. Accounting Business Assurance | DNV Id No | Client No 1245570 | Work completed at Flint, MI |
| Your ref. PO # GMB07060 Release #ZX3483 | | Customer contact person | | On date |
| Invoice description GM Powertrain Group (16949/IATF)(Flint, MI) | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 70002050 | | | |
| | 0/ | F  2270 | 2,250.00 |
| Periodic Audit - Per attached details SEQ # 00003 ITEM ID TS16-FULL: 2 DAYS @ $1125.00/DAY | | | |
| | 0/ | R  2270 | 124.60 |
| Expenses SEQ #00011 ITEM ID 1294-09TM: $124.60 INVOICE INQUIRIES:  MONIQUE DOMINICK:  PHONE 281-396-1739 EMAIL:  MONIQUE.DOMINICK@DNV.COM P3:  Periodic Audit 3 RP:  Off Site-Periodic Audit 3 | | | |

1/2

# Invoice

General Motors
c/o OLIMPIC Receipting   P. O. Box 63490
Phoenix, AZ   85082-3490
USA

VAT No AZ

Please Remit To: DNV Certification Inc.
P O Box 934927 Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 5610011020096001
ABA# 021000018

Due date 2009-06-22

Please quote only the numeric digits
of the invoice number when remitting

| Invoice No |
| ZAMUS141 2740787 |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
|---|---|---|---|---|
| 2009-04-23 | Accounting Business Assurance | | 1245570 | Flint, MI |
| Your ref. | | Customer contact person | | On date |
| PO # GMB07060 Release #ZX3483 | | | | |
| Invoice description | | | | On behalf of |
| GM Powertrain Group (16949/IATF)(Flint, MI) | | | | |

| | |
|---|---|
| *Net amount* | 2,374.60 |
| *Value added tax*   VAT not calculated in accordance with | 0.00 |
| *Total*                                    USD | 2,374.60 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached

Otherwise interest of 18.00% p.a. may be charged

**DNV**

# Invoice details

Invoice No: ZAMUS141 2740787
Customer: 1245570 - General Motors

Project No: 70002050
Project Description: GM Powertrain Group (16949/IATF)(Flint, MI)

| Prg No | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | **Invoiced in USD** | |

**70002050 - GM Powertrain Group (16949/IATF)(Flint, MI)**

| 70002050 | P3 | Slabey, Martin TS Audits | 200912 | 2009-03-19 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 70002050 | P3 | Slabey, Martin TS Audits | 200912 | 2009-03-20 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 70002050 | P3 | Time based P3 | | | 2.00 | 0.00 | | | | 2,250.00 | 2,250.00 | 2,250.00 | 0.00 | 2,250.00 |

**Periodic Audit - Per attached details**
**SEQ # 00003 ITEM ID TS16-FULL: 2 DAYS @ S1125.00/DAY**

| 70002050 | P3 | Slabey, Martin Mileage own car | 200912 | | | | 280.00 | 0.445 | USD | 124.60 | 124.60 | | | |
| 70002050 | P3 | Expenses P3 | | | | | 280.00 | | | | 124.60 | 0.00 | 124.60 | 124.60 |

**Expenses**
**SEQ #00011 ITEM ID 1294-09TM: $124.60**

| | | **Totals for project: 70002050 - GM Powertrain Group (16949/IATF)(Flint, MI)** | | | | | | | | | **2,250.00** | **2,250.00** | **0.00** | **2,374.60** |

| | | **Total Invoice No: ZAMUS141 2740787** | | | | | | | | | **2 250,00** | **124,60** | **124,60** | **2 374,60** |

HOU010
No filter applied

# Invoice

| General Motors |
| Accounts Payable |
| c/o OLIMPIC Receipting |
| P. O. Box 63490 |
| Phoenix, AZ 85082-3490 |
| VAT No AZ |

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

## Due date 2009-05-23

*Please quote only the numeric digits of the invoice number when remitting* ↓

Invoice No
**ZAMUS141 2740084**

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
|---|---|---|---|---|
| 2009-03-24 | Eckles, Denisa | | 1245570 | Pontiac, MI |

| Your ref. | Customer contact person | On date |
|---|---|---|
| PO#GMMB07060 REL#TCR2045 | Accounts Payable | |

| Invoice description | On behalf of |
|---|---|
| GM Financial (ISO/IAFT)(Pontiac, MI) | |

| Text specification | VAT rate | Service | | Amount USD |
|---|---|---|---|---|
| DNV Project No: 70003734 | | | | |
| | 0/ | F | 2270 | 2,480.00 |
| Periodic Audit/Follow-Up Audit - Per attached details | | | | |
| SEQ#00003  ITEM ID TS16-FULL: 2 days @ $1125.00/DAY = $2250.00 | | | | |
| SEQ#00009 ITEM ID FOLL-OWUP: 2 hours @ $115.00/HR = $230.00 | | | | |
| | 0/ | R | 2270 | 99.00 |
| Expenses | | | | |
| SEQ#00007 ITEM ID TRAV-0EXP = $99.00 | | | | |
| INQUIRIES: Melissa Dortch 281 396-1764 | | | | |
| email: melissa.dortch@dnv.com | | | | |
| PF:  Periodic Audit; PF | | | | |
| RP:  Off Site Audit Time; PF | | | | |

# Invoice

General Motors
Accounts Payable
c/o OLIMPIC Receipting
P. O. Box 63490
Phoenix, AZ 85082-3490

VAT No AZ

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 5610011002009 6001
ABA# 021000018

## Due date 2009-05-23

*Please quote only the numeric digits*
*of the invoice number when remitting*

| Invoice No |
| --- |
| ZAMUS141 2740084 |

| Invoice date 2009-03-24 | Our ref. Eckles, Denisa | DNV Id No | Client No 1245570 | Work completed at Pontiac, MI |
| --- | --- | --- | --- | --- |
| Your ref. PO#GMMB07060 REL#TCR2045 | Customer contact person Accounts Payable | | | On date |
| Invoice description GM Financial (ISO/IAFT)(Pontiac, MI) | | | | On behalf of |

| | | |
| --- | --- | --- |
| *Net amount* | | 2,579.00 |
| *Value added tax* | VAT not calculated in accordance with | 0.00 |
| *Total* | USD | 2,579.00 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached
Otherwise interest of 18.00% p.a. may be charged

# Invoice

```
General Motors
Accounts Payable
c/o OLIMPIC Receipting
P. O. Box 63490


            VAT No AZ
```

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 5610011020096001
ABA# 021000018

Due date 2009-03-23

*Please quote only the numeric digits of the invoice number when remitting* ↓

| | Invoice No |
|---|---|
| | ZNAUS141 2738971 |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
|---|---|---|---|---|
| 2009-01-22 | Dominick, Monique | | 1245570 | FLINT, MI |

| Your ref. | Customer contact person | On date |
|---|---|---|
| PO# GMB07060/REL# TCR06604 | Accounts Payable | |

| Invoice description | On behalf of |
|---|---|
| GM Powertrain Group (16949/IATF)(Flint, MI) | |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 70002050 | | | |
| | | | |
| Periodic Audit - per attached details | 0/ | F  2270 | 2,812.50 |
| SEQ# 00010 ITEM ID  TS16-FULL: 2.5 DAYS @ 1125.00/DAY= $2812.50 | | | |
| | | | |
| Expenses | 0/ | R  2270 | 189.12 |
| SEQ# 00011 ITEM ID  1294-09TM: $189.12 | | | |
| | | | |
| INVOICE INQUIRIES:  NIA HARRIS:  PHONE 281-721-6636 EMAIL: NIA.HARRIS@DNV.COM | | | |
| | | | |
| P2:  Periodic Audit 2 | | | |

# Invoice

General Motors
Accounts Payable
c/o OLIMPIC Receipting
P. O. Box 63490

VAT No AZ

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 5610011002096001
ABA# 021000018

Due date 2009-03-23

*Please quote only the numeric digits of the invoice number when remitting*

Invoice No
ZNAUS141 2738971

| Invoice date 2009-01-22 | Our ref. Dominick, Monique | DNV Id No | Client No 1245570 | Work completed at FLINT, MI |
|---|---|---|---|---|
| Your ref. PO# GMB07060/REL# TCR06604 | | Customer contact person Accounts Payable | | On date |
| Invoice description GM Powertrain Group (16949/IATF)(Flint, MI) | | | | On behalf of |

| Net amount | | | 3,001.62 |
|---|---|---|---|
| Value added tax | VAT not calculated in accordance with | | 0.00 |
| Total | | USD | 3,001.62 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached

Otherwise interest of 18.00% p.a. may be charged

**DNV**

# Invoice details

Invoice No.:ZNAUS141 2738971
Customer:  1245570 - General Motors

Project No:              70002050
Project Description: GM Powertrain Group (16949/IATF)(Flint, MI)

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Curr Rate ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **70002050 - GM Powertrain Group (16949/IATF)(Flint, MI)** | | | | | | | | | | | | | |
| 70002050 | P2 | Slabey, Martin TS Audits | 200845 | 2008-11-05 | 0.50 | | 1,125.000 USD | | 562.50 | 562.50 | | | |
| 70002050 | P2 | Slabey, Martin TS Audits | 200845 | 2008-11-06 | 1.00 | | 1,125.000 USD | | 1,125.00 | 1,125.00 | | | |
| 70002050 | P2 | Slabey, Martin TS Audits | 200845 | 2008-11-07 | 1.00 | | 1,125.000 USD | | 1,125.00 | 1,125.00 | | | |
| 70002050 | P2 | Time based P2 | | | 2.50 | 0.00 | | | | 2,812.50 | 2,812.50 | 0.00 | 2,812.50 |

**Periodic Audit - per attached details**
**SEQ# 00010 ITEM ID TS16-FULL: 2.5 DAYS @ 1125.00/DAY= $2812.50**

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Curr Rate ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70002050 | P2 | Slabey, Martin Mileage own car | 200845 | | | | 425.00 | 0.445 USD | 189.13 | 189.13 | | | |
| 70002050 | P2 | Expenses P2 | | | | | 425.00 | | | 189.13 | | 189.12 | 189.12 |

**Expenses**
**SEQ# 00011 ITEM ID 1294-09TM: $189.12**

Totals for project: 70002050 - GM Powertrain Group (16949/IATF)(Flint, MI)   2,812.50   0.00   189.12   3,001.62

Total Invoice No: ZNAUS141 2738971   2,812.50   189.12   3 001,62

# Invoice

General Motors Corp. Wixom Performance Build Center
C/O OLIMPIC RECEIPTING
P.O. BOX 63490
PHOENIX, AZ 85082-3490

VAT No MI

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

## Due date 2009-07-24

*Please quote only the numeric digits of the invoice number when remitting*

Invoice No
ZAMUS141 2741537

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
|---|---|---|---|---|
| 2009-05-25 | Accounting Business Assurance | | 1101231 | Wixom, MI |

| Your ref. | Customer contact person | On date |
|---|---|---|
| PO # GMB07060  Rel #FHR50897 | | |

| Invoice description | On behalf of |
|---|---|
| General Motors Corp.(16949/IATF)(Wixom, MI) | |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 70001966 | | | |
| | | | |
| Periodic Audit - Per attached details | 0/ | F  2270 | 3,375.00 |
| SEQ #00003 ITEM ID TS 16-FULL: 3 DAYS @ $1125.00/DAY | | | |
| | 0/ | R  2270 | 74.76 |
| Expenses | | | |
| SEQ #00011 ITEM ID 1294-09TM: $74.76 | | | |
| | | | |
| INVOICE INQUIRIES:  MONIQUE DOMINICK:  PHONE 281-396-1739 | | | |
| EMAIL:  MONIQUE.DOMINICK@DNV.COM | | | |
| PF:  Periodic Audit Final | | | |
| RP:  Off Site-Periodic Audit Final | | | |