# Invoice

General Motors Corp. Wixom Performance Build Center
C/O OLIMPIC RECEIPTING
P.O. BOX 63490
PHOENIX, AZ 85082-3490

VAT No MI

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

Due date 2009-07-24

*Please quote only the numeric digits
of the invoice number when remitting*

Invoice No
ZAMUS141 2741537

| Invoice date 2009-05-25 | Our ref. Accounting Business Assurance | DNV Id No | Client No 1101231 | Work completed at Wixom, MI |
|---|---|---|---|---|
| Your ref. PO # GMB07060  Rel #FHR50897 | | Customer contact person | | On date |
| Invoice description General Motors Corp.(16949/IATF)(Wixom, MI) | | | | On behalf of |

| | | |
|---|---|---|
| *Net amount* | | 3,449.76 |
| *Value added tax* | VAT not calculated in accordance with | 0.00 |
| *Total* | USD | 3,449.76 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached

Otherwise interest of 18.00% p.a. may be charged

# Invoice details

**DNV**

Invoice No: ZAMUSI41 2741537
Customer: 1101231 - General Motors Corp.  Wixom Performance Build Center

Project No: 70001966
Project Description: General Motors Corp (16949/IATF)(Wixom, MI)

| Pg No | Project Activity | Description | Week | Work Date | Days | Hours | Number of | Curr Rate ency | Amount | Invoiced in USD Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **70001966 - General Motors Corp (16949/IATF)(Wixom, MI)** | | | | | | | | | | | | |
| 70001966 | PF | Slabey, Martin TS Audits | 200914 | 2009-04-01 | 1.00 | | | | 1,125.000 USD | 1,125.00 | | | |
| 70001966 | PF | Slabey, Martin TS Audits | 200914 | 2009-04-02 | 1.00 | | | | 1,125.000 USD | 1,125.00 | | | |
| 70001966 | PF | Slabey, Martin TS Audits | 200914 | 2009-04-03 | 1.00 | | | | 1,125.000 USD | 1,125.00 | | | |
| 70001966 | PF | Time based PF | | | 3.00 | 0.00 | | | | | 3,375.00 | 3,375.00 | |
| | **Periodic Audit - Per attached details** | | | | | | | | | | | | |
| | **SEQ #00003 ITEM ID TS 16-FULL: 3 DAYS @ $1125.00/DAY** | | | | | | | | | | 3,375.00 | | 3,375.00 |
| 70001966 | PF | Slabey, Martin Mileage own car | 200914 | | | | 168.00 | 0.445 USD | 74.76 | | | 74.76 | |
| 70001966 | PF | Expenses PF | | | | | 168.00 | | 74.76 | | | 74.76 | |
| | **Expenses** | | | | | | | | | | | | |
| | **SEQ #00011 ITEM ID 1294-09TM: $74.76** | | | | | | | | | | 0.00 | 74.76 | 74.76 |

Totals for project: 70001966 - General Motors Corp (16949/IATF)(Wixom, MI)

| | Fee | Expense | Total |
|---|---|---|---|
| | 3,375.00 | 74.76 | 3,449.76 |

Total Invoice No: ZAMUSI41 2741537

| | Fee | Expense | Total |
|---|---|---|---|
| | 3,375.00 | 74.76 | 3,449.76 |

HOU010
No filter applied

# Invoice

General Motors Corporation - Pontiac Metal Center
JESSICA ALDERTON
220 East Columbia Avenue   Mail Code 483-049-201
Pontiac, MI  48340-2857
USA

VAT No MI

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

Due date 2008-12-26

*Please quote only the numeric digits of the invoice number when remitting* ↓

| Invoice No |
| --- |
| ZNAUS141 2737096 |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
|---|---|---|---|---|
| 2008-10-27 | Dominick, Monique | | 10036999 | Pontiac, MI |

| Your ref. | Customer contact person | On date |
|---|---|---|
| PO# WHS17080 | JESSICA ALDERTON | |

| Invoice description | On behalf of |
|---|---|
| General Motors (14001/ANAB)(Pontiac, MI) | |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 70001820 | | | |
| | | | |
| Periodic Audit - per attached details | 0/ | F  2213 | 3,940.00 |
| SEQ# 00010  ITEM ID 1416-00NM: 4 DAYS @ $985.00/DAY= $3940.00 | | | |
| | | | |
| Expenses | 0/ | R  2213 | 264.75 |
| SEQ# 00007  ITEM ID TRAV-0EXP: $264.75 | | | |
| | | | |
| INVOICE INQUIRIES:  NIA HARRIS:  PHONE 281-721-6636 EMAIL:  NIA.HARRIS@DNV.COM | | | |
| | | | |
| PF:  Periodic Audit Final | | | |

# Invoices

General Motors Corporation - Pontiac Metal Center
JESSICA ALDERTON
220 East Columbia Avenue   Mail Code 483-049-201
Pontiac, MI  48340-2857
USA

VAT No MI

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

Due date 2008-12-26

*Please quote only the numeric digits of the invoice number when remitting* →↓

Invoice No
ZNAUS141 2737096

| Invoice date | Our ref: | DNV Id No | Client No | Work completed at |
| 2008-10-27 | Dominick, Monique | | 10036999 | Pontiac, MI |

| Your ref. | Customer contact person | On date |
| PO# WHS17080 | JESSICA ALDERTON | |

| Invoice description | On behalf of |
| General Motors (14001/ANAB)(Pontiac, MI) | |

| Net amount | | 4,204.75 |
| Value added tax | VAT not calculated in accordance with | 0.00 |
| Total | USD | 4,204.75 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached
Otherwise interest of 18.00% p.a. may be charged

**DNV**

## Invoice details

Invoice No.:ZNAUS141 2737096
Customer: 10036999 - General Motors Corporation - Pontiac Metal Center

Project No: 70001820
Project Description: General Motors (14001/ANAB)(Pontiac, MI)

| Pg No | Project Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | **Invoiced in USD** | | |

**70001820 - General Motors (14001/ANAB)(Pontiac, MI)**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70001820 | PF | Underwood, Greg Periodic Audit - Days | 200833 | 2008-08-11 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70001820 | PF | Underwood, Greg Periodic Audit - Days | 200833 | 2008-08-12 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70001820 | PF | Underwood, Greg Periodic Audit - Days | 200833 | 2008-08-13 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70001820 | PF | Underwood, Greg Periodic Audit - Days | 200833 | 2008-08-15 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70001820 | PF | Time based PF | | | **4.00** | **0.00** | | | | | 3,940.00 | 3,940.00 | | |

**Periodic Audit - per attached details**
**SEQ# 00010 ITEM ID 1416-00NM: 4 DAYS @ $985.00/DAY= $3940.00**

| | | | | | | | | | | | 3,940.00 | | | 3,940.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70001820 | PF | Underwood, Greg Mileage own car | 200833 | | | | 350.00 | 0.585 | USD | 204.75 | 204.75 | | | |
| 70001820 | PF | Underwood, Greg Subsistence/Meals | 200833 | | | | | | USD | 60.00 | 60.00 | | | |
| 70001820 | PF | Expenses PF | | | | | 350.00 | | | 264.75 | 264.75 | | | |

**Expenses**
**SEQ# 00007 ITEM ID TRAV-0EXP: $264.75**

| | | | | | | | | | | | 0.00 | 264.75 | 264.75 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Totals for project: 70001820 - General Motors (14001/ANAB)(Pontiac, MI)      3,940.00    3,940.00    264.75    4,204.75

Total Invoice No: ZNAUS141 2737096      3 940.00    3 940.00    0.00    264.75    4 204.75

DET NORSKE VERITAS

# Invoice



General Motors of Canada Ltd. - Worldwide Facilities Group-Oshawa
Autopl
Hussein Sabbour
1908 Colonel Sam Dr.   CA1-062-916
L1H 8P7   Oshawa   ON

VAT No ON

Please Remit To: DNV Certification
Inc.
P O Box 934927  Atlanta, GA
31193-4927
WIRES: Beneficiary Acct.
#20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York,
ABA# 021000018
ACH PYMT: Ben. Bank Acct. #
5610011020096001
ABA# 021000018

Due date 2009-07-09

*Please quote only the numeric digits*
*of the invoice number when remitting*

| Invoice No |
| --- |
| ZAMUS141 2742012 |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
| --- | --- | --- | --- | --- |
| 2009-06-09 | Accounting Business Assurance | | 1032190 | Oshawa, ON |

| Your ref. | Customer contact person | On date |
| --- | --- | --- |
| PO #N560829/PO Req | | |

| Invoice description | On behalf of |
| --- | --- |
| General Motors (14001/ANAB)(Oshawa, ON) | |

| Text specification | VAT rate | Service | Amount USD |
| --- | --- | --- | --- |
| DNV Project No: 70001881 | | | |
| ConCert Id: PRJC-65889-2008-MSC-USA | | | |
| | | | |
| Periodic Audit - Per attached details | 0/ | F  2213 | 2,425.00 |
| | | | |
| Expenses | 0/ | R  2213 | 1,116.54 |
| | | | |
| For questions or to pay by Credit Card | | | |
| please contact: Monique.Dominick@dnv.com 281-396-1739 | | | |
| | | | |
| **WE ACCEPT CREDIT CARD PAYMENTS** | | | |
| Visa, MC, American Express | | | |
| PF:  Periodic Audit Final | | | |

1/2

DET NORSKE VERITAS

# Invoice



| | |
|---|---|
| General Motors of Canada Ltd. - Worldwide Facilities Group-Oshawa AutopI<br>Hussein Sabbour<br>1908 Colonel Sam Dr.  CAI-062-916<br>L1H 8P7   Oshawa   ON<br><br>VAT No ON | |

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA
31193-4927
WIRES: Beneficiary Acct.
#20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York,
ABA# 021000018
ACH PYMT: Ben. Bank Acct. #
56100110020096001
ABA# 021000018

Due date 2009-07-09

*Please quote only the numeric digits
of the invoice number when remitting* →↓

| | | | | |
|---|---|---|---|---|
| | | | | **Invoice No**<br>ZAMUS141 2742012 |
| **Invoice date**<br>2009-06-09 | **Our ref.**<br>Accounting Business Assurance | **DNV Id No** | **Client No**<br>1032190 | **Work completed at**<br>Oshawa, ON |
| **Your ref.**<br>PO #N560829/PO Req | | **Customer contact person** | | **On date** |
| **Invoice description**<br>General Motors (14001/ANAB)(Oshawa, ON) | | | | **On behalf of** |
| | | | | |

| | | | |
|---|---|---|---|
| *Net amount* | | | 3,541.54 |
| *Value added tax* | VAT not calculated in accordance with | | 0.00 |
| *Total* | | USD | 3,541.54 |

Federal ID# : 76-0452326

Accounts Receivable : +281-396-1703

Net 30-Receipts Attached

Otherwise interest of 18.00% p.a. may be charged



## Invoice details

Invoice No: ZAMUS141 2742012
Customer:   1032190 - General Motors of Canada Ltd. - Worldwide Facilities Group-Oshawa Autopl

Project No:             70001881
Project Description:    General Motors (14001/ANAB)(Oshawa, ON)

Invoiced in USD

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Currency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **70001881 - General Motors (14001/ANAB)(Oshawa, ON)** | | | | | | | | | | | | | | |
| 70001881 | PF | Byers, R. Lee Periodic Audit - Days | 200921 | 2009-05-21 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70001881 | PF | Byers, R. Lee Travel | 200921 | 2009-05-22 | | 7.00 | | 65.000 | USD | 455.00 | 455.00 | | | |
| 70001881 | PF | Byers, R. Lee Periodic Audit - Days | 200921 | 2009-05-22 | 1.00 | | 985.000 | | USD | 985.00 | 985.00 | | | |
| 70001881 | PF | Time based PF | | | 2.00 | 7.00 | | | | 2,425.00 | 2,425.00 | | 0.00 | 2,425.00 |
| | | **Periodic Audit - Per attached details** | | | | | | | | | | 2,425.00 | 0.00 | 2,425.00 |
| 70001881 | PF | Byers, R. Lee Subsistence/Meals | 200921 | | | | 47.00 | 0.445 | USD | 20.92 | 20.92 | | | |
| 70001881 | PF | Byers, R. Lee Mileage own car | 200921 | | | | | | USD | 13.25 | 13.25 | | | |
| 70001881 | PF | Byers, R. Lee Gas | 200921 | | | | | | USD | 12.30 | 12.30 | | | |
| 70001881 | PF | Byers, R. Lee Other travel expenses with receipt | 200921 | | | | | | USD | 653.65 | 653.65 | | | |
| 70001881 | PF | Byers, R. Lee Air Tickets (Claimed) | 200921 | | | | | | USD | 225.58 | 225.58 | | | |
| 70001881 | PF | Byers, R. Lee Hotel & Lodging | 200921 | | | | | | USD | 119.13 | 119.13 | | | |
| 70001881 | PF | Byers, R. Lee Car Rental | | | | | | | | | | | | |
| 70001881 | PF | Expenses PF | | | | | 47.00 | | | 1,116.55 | 1,116.55 | 0.00 | 1,116.54 | 1,116.54 |
| | | **Expenses** | | | | | | | | | | 0.00 | 1,116.54 | 1,116.54 |

Totals for project: 70001881 - General Motors (14001/ANAB)(Oshawa, ON)        2,425.00   1,116.54   3,541.54

Total Invoice No: ZAMUS141 2742012        2 425.00   1 116.54   3,541.54

# Invoice

| | |
|---|---|
| GM Financial Shared Services Acquisition Business Process<br>c/o OLIMPIC Receipting<br>P. O. Box 63490<br>Phoenix, AZ 85082-3490<br><br>VAT No AZ | Please Remit To: DNV Certification Inc.<br>P O Box 934927  Atlanta, GA 31193-4927<br>WIRES: Beneficiary Acct. #20096001<br>Beneficiary Bank: DnB NOR Bank<br>SWIFT Code DNBAUS33<br>Pay Thru Bank, Bank of New York, ABA# 021000018<br>ACH PYMT: Ben. Bank Acct. # 56100110020096001<br>ABA# 021000018 |

## Due date 2008-02-29

*Please quote when remitting*

| | |
|---|---|
| | Invoice No<br>ZNAUS149 2731414 |

| Invoice date<br>2007-12-31 | Our ref.<br>Fox, Emily | DNV Id No | Client No<br>1245570 | Work completed at<br>FLINT, MI |
|---|---|---|---|---|
| Your ref.<br>PO #GMB07060 | | Customer contact person | | On date |
| Invoice description<br>XX+ISO 14001 (ANAB) GM-Flint Engine South | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project no: 59630263 | | | |
| Periodic Audit - Per attached details | 0/ | F  2213 | 3,377.50 |
| SEQ #00001 ITEM ID AUDT-FULL: 3.0 DAYS @ $985.00= $2955.00<br>SEQ #00006 ITEM ID TRAV-TIME: 6.5 HOURS @ $65.00/HOUR= $422.50 | | | |
| Expenses  SEQ #00007 ITEM ID TRAV-0EXP: $686.26 | 0/ | R  2213 | 889.96 |
| Invoice Inquiries: Emily Fox        Phone: 281/721-6740<br>Email: Emily.fox@dnv.com | | | |

| | | |
|---|---|---|
| *Net amount* | | 4,267.46 |
| *Value added tax* | VAT not calculated in accordance with | 0.00 |
| *Total* | USD | 4,267.46 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached

Otherwise interest of 18.00% p.a. may be charged



# Invoice details

Invoice No.: ZNAUS149 2731414
Customer: 1245570 - GM Financial Shared Services Acquisition Business Process

Project No: 59630263
Project Description: CLOSED XX+ISO 14001 (ANAB) GM-Flint Engine S

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Invoiced in USD Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59630263 - CLOSED XX+ISO 14001 (ANAB) GM-Flint Engi |||||||||||||||
| 59630263 | | Byers, R. Lee Periodic Audit - Days | 200750 | 2007-12-12 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 59630263 | | Byers, R. Lee Periodic Audit - Days | 200750 | 2007-12-13 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 59630263 | | Byers, R. Lee Travel-HHy | 200750 | 2007-12-13 | | 6.50 | | 65.000 | USD | 422.50 | 422.50 | | | |
| 59630263 | | Byers, R. Lee Periodic Audit - Days | 200750 | 2007-12-14 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 59630263 | | Time based | | | 3.00 | 6.50 | | | | 3,377.50 | 3,377.50 | | | 3,377.50 |

**Periodic Audit - Per attached details**

SEQ #00001 ITEM ID AUDT-FULL: 3.0 DAYS @ $985.00= $2955.00
SEQ #00006 ITEM ID TRAV-TIME: 6.5 HOURS @ $65.00/HOUR= $422.50

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59630263 | | Byers, R. Lee Gas | 200750 | | | | | | USD | 9.82 | 9.82 | | | |
| 59630263 | | Byers, R. Lee Subsistence/Meals | 200750 | | | | | | USD | 111.00 | 111.00 | | | |
| 59630263 | | Byers, R. Lee Air Tickets (Claimed) | 200750 | | | | | | USD | 280.74 | 280.74 | | | |
| 59630263 | | Byers, R. Lee Hotel & Lodging | 200750 | | | | | | USD | 197.58 | 197.58 | | | |
| 59630263 | | Byers, R. Lee Taxi & Other Transportation | 200750 | | | | | | USD | 15.00 | 15.00 | | | |
| 59630263 | | Byers, R. Lee Mileage own car | 200750 | | | | 47.00 | | 0.405 | USD | 19.04 | 19.04 | | | |
| 59630263 | | Byers, R. Lee Car Rental | 200750 | | | | | | USD | 256.78 | 256.78 | | | |
| 59630263 | | Expenses | | | | | 47.00 | | | 889.96 | 889.96 | | | 889.96 |

Expenses  SEQ #00007 ITEM ID TRAV-0EXP: $686.26

| | Fee | Expense | Total |
|---|---|---|---|
| | 0.00 | 889.96 | 889.96 |
| | 0.00 | 889.96 | 889.96 |

**DNV**

# Invoice details

Invoice No.: ZNAUS149 2731414
Customer: 1245570 - GM Financial Shared Services Acquisition Business Process

Project No:                 59630263
Project Description: CLOSED XX+ISO 14001 (ANAB) GM-Flint Engine S

| Reg No | Project Activity | Description | Work Week Date | Days | Hours | Number of | Rate | Curr ency | Amount | Invoiced in USD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Amount | Fee | Expense | Total |
| Totals for project: 59630263 - CLOSED XX+ISO 14001 (ANAB) GM-Flint Engine South | | | | | | | | | | 3,377.50 | 889.96 | 4,267.46 |
| Total Invoice No: ZNAUS149 2731414 | | | | | | | | | | 3,377.50 | 889.96 | 4,267.46 |

# Invoice

```
General Motors
Tameria Warren
2932 Ecorse Rd.
Ypsilanti, MI 48198


              VAT No MI
```

Please Remit To: DNV Certification
Inc.
P O Box 934927  Atlanta, GA
31193-4927
WIRES: Beneficiary Acct.
#20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York,
ABA# 021000018
ACH PYMT: Ben. Bank Acct. #
56100110020096001
ABA# 021000018

Due date 2007-09-09

*Please quote only the numeric digits
of the invoice number when remitting* ↓

| Invoice No |
| --- |
| ZNAUS149 2402499 |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
| --- | --- | --- | --- | --- |
| 2007-07-11 | Jones, Sandy | | 1089491 | YPSILANTI, MI |
| Your ref. PO #GMB07060 | | Customer contact person | | On date |
| Invoice description +ISO 14001 (ANAB) General Motors | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
| --- | --- | --- | --- |
| DNV Project no: 5911259 | | | |
| DOCUMENTATION REVIEW & LIMITED PRE-ASSESSMENT AUDIT-PER ATTACHED DETAILS SEQ #00001 ITEM ID AUDT-FULL: 1.5 DAYS @ $985.00/DAY=$1477.50 SEQ #00005 ITEM ID DOCS-REV: 1.0 EACH @ $750.00 SEQ #00006 ITEM ID TRAV-TIME: 16.0 HOURS @ $65.00/HOUR=$1040.00 | 0/ | F 2213 | 3,267.50 |
| Expenses SEQ #00007 ITEM ID TRAV-0EXP: $1114.64 | 0/ | R 2213 | 1,114.64 |
| INVOICE INQUIRIES: SANDY JONES: PHONE: 281-721-6881 EMAIL: SANDY.JONES@DNV.COM | | | |

| *Net amount* | | 4,382.14 |
| --- | --- | --- |
| *Value added tax* | VAT not calculated in accordance with | 0.00 |
| *Total* | USD | 4,382.14 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached

Otherwise interest of 18.00% p.a. may be charged



**Invoice details**

Invoice No.:ZNAUS149 2402499
Customer: 1089491 - General Motors

Project No: 5911259
Project Description: CLOSED+ISO 14001 (ANAB) General Motors

HOU010
No filter applied

| Pg No | Project Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Invoiced in USD Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **5911259 - CLOSED+ISO 14001 (ANAB) General Motors** | | | | | | | | | | | | | |
| 5911259 | | Gillespie, Robert Travel-Hrly | 200716 | 2007-04-16 | | 8.00 | 8.00 | 65.000 | USD | 520.00 | 520.00 | | | |
| 5911259 | | Gillespie, Robert Travel-Hrly | 200716 | 2007-04-17 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 5911259 | | Limited Pre-Assessment - Days | | | | | | | | | | | | |
| 5911259 | | Gillespie, Robert Travel-Hrly | 200716 | 2007-04-18 | 0.50 | 8.00 | 8.00 | 65.000 | USD | 520.00 | 520.00 | | | |
| 5911259 | | Gillespie, Robert Travel-Hrly | 200716 | 2007-04-18 | | | | 985.000 | USD | 492.50 | 492.50 | | | |
| 5911259 | | Limited Pre-Assessment - Days | | | | | | | | | | | | |
| 5911259 | | Gillespie, Robert Documentation review - Days | 200716 | 2007-04-22 | 1.00 | | | 750.000 | USD | 750.00 | 750.00 | | | |
| 5911259 | | Time based | | | 2.50 | 16.00 | | | | **3,267.50** | **3,267.50** | 3,267.50 | 0.00 | 3,267.50 |

**DOCUMENTATION REVIEW & LIMITED PRE-ASSESSMENT AUDIT-PER ATTACHED DETAILS**
**SEQ #00001 ITEM ID AUDT-FULL: 1.5 DAYS @ $985.00/DAY=$1477.50**
**SEQ #00005 ITEM ID DOCS-REV: 1.0 EACH @ $750.00**
**SEQ #00006 I**

| Pg No | Description | Week | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 5911259 | Gillespie, Robert Air Tickets (Claimed) | 200716 | | | USD | 563.80 | 563.80 | | | |
| 5911259 | Gillespie, Robert Mileage own car | 200716 | 120.00 | 0.445 | USD | 53.40 | 53.40 | | | |
| 5911259 | Gillespie, Robert Subsistence/Meals | 200716 | | | USD | 84.40 | 84.40 | | | |
| 5911259 | Gillespie, Robert Hotel & Lodging | 200716 | | | USD | 209.76 | 209.76 | | | |
| 5911259 | Gillespie, Robert Car Rental | 200716 | | | USD | 148.32 | 148.32 | | | |
| 5911259 | Gillespie, Robert Parking | 200716 | | | USD | 39.00 | 39.00 | | | |
| 5911259 | Gillespie, Robert Gas | 200716 | | | USD | 15.96 | 15.96 | | | |
| 5911259 | Expenses | | 120.00 | | | **1,114.64** | **1,114.64** | 0.00 | 1,114.64 | 1,114.64 |

Expenses SEQ #00007 ITEM ID TRAV-0EXP: $1114.64

| | Fee | Expense | Total |
|---|---|---|---|
| | 0.00 | 1,114.64 | 1,114.64 |

Printed 2009.06.09 at 11:35:18

# Invoice details

Invoice No: ZNAUS149 2402499
Customer: 1089491 - General Motors

Project No: 5911259
Project Description: CLOSED+ISO 14001 (ANAB) General Motors

| Project | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---------|----------|-------------|------|-----------|------|-------|-----------|------|-----------|--------|--------|-----|---------|-------|
| | | | | | | | | | | | | | **Invoiced in USD** | |

Totals for project: 5911259 - CLOSED+ISO 14001 (ANAB) General Motors      3,267.50   1,114.64   4,382.14

Total Invoice No: ZNAUS149 2402499      3 267,50   1 114,64   4 382,14

# Invoice

| General Motors (Ypsilanti, MI) |
| ATTN: Accounts Payable |
| c/o OLIMPIC RECEIPTING |
| P O Box 63490 |
| Phoenix, AZ  85082-3490 |
| |
| VAT No MI |

Please Remit To: DNV Certification
Inc.
P O Box 934927  Atlanta, GA
31193-4927
WIRES: Beneficiary Acct.
#20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York,
ABA# 021000018
ACH PYMT: Ben. Bank Acct. #
56100110020096001
ABA# 021000018

## Due date 2009-06-13

*Please quote only the numeric digits
of the invoice number when remitting* ↓

| Invoice No |
| ZAMUS141 2741319 |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
|---|---|---|---|---|
| 2009-05-14 | Accounting Business Assurance | | 10044775 | YPSILANTI, MI |
| Your ref. | | Customer contact person | | On date |
| PO# GMB07060/REL# | | | | |
| Invoice description | | | | On behalf of |
| General Motors (16949/IATF)(Ypsilanti, MI) | | | | |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 70003390 | | | |
| | 0/ | F  2270 | 4,488.00 |
| Periodic Audit - per attached details | | | |
| SEQ#00003  ITEM ID TS16-FULL 4 DAYS @ $1122.00/DAY =$4488.00 | | | |
| | 0/ | R  2270 | 23.40 |
| Expenses | | | |
| SEQ#00011 ITEM ID 1294-09TM: $23.40 | | | |
| INVOICE INQUIRIES:  NIA HARRIS:  PHONE 281-396-1636 EMAIL: NIA.HARRIS@DNV.COM | | | |
| P1:  Periodic Audit 1 | | | |
| RP:  Off Site-Periodic Audit 1 | | | |

# Invoice

General Motors (Ypsilanti, MI)
ATTN: Accounts Payable
c/o OLIMPIC RECEIPTING
P O Box 63490
Phoenix, AZ  85082-3490

VAT No MI

Please Remit To: DNV Certification
Inc.
P O Box 934927  Atlanta, GA
31193-4927
WIRES: Beneficiary Acct.
#20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York,
ABA# 021000018
ACH PYMT: Ben. Bank Acct. #
56100110020096001
ABA# 021000018

Due date 2009-06-13

*Please quote only the numeric digits
of the invoice number when remitting* →↓

| | | | | Invoice No |
|---|---|---|---|---|
| | | | | ZAMUS141 2741319 |

| Invoice date 2009-05-14 | Our ref. Accounting Business Assurance | DNV Id No | Client No 10044775 | Work completed at YPSILANTI, MI |
|---|---|---|---|---|
| Your ref. PO# GMB07060/REL# | | Customer contact person | | On date |
| Invoice description General Motors (16949/IATF)(Ypsilanti, MI) | | | | On behalf of |

| Net amount | | 4,511.40 |
|---|---|---|
| Value added tax | VAT not calculated in accordance with | 0.00 |
| Total | USD | 4,511.40 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net cash 30 days
Otherwise interest of 18.00% p.a. may be charged

**DNV**

# Invoice details

Invoice No: ZAMUS141 2741319  
Customer: 10044775 - General Motors (Ypsilanti, MI)

Project No: 70003390  
Project Description: General Motors (16949/IATF)(Ypsilanti, MI)

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **70003390 - General Motors (16949/IATF)(Ypsilanti, MI)** | | | | | | | | | | | | | | |
| 70003390 | P1 | Slabey, Martin TS Audits | 200838 | 2008-09-16 | 1.00 | | | 1,122.000 | USD | 1,122.00 | | | | |
| 70003390 | P1 | Slabey, Martin TS Audits | 200838 | 2008-09-17 | 1.00 | | | 1,122.000 | USD | 1,122.00 | | | | |
| 70003390 | P1 | Slabey, Martin TS Audits | 200838 | 2008-09-18 | 1.00 | | | 1,122.000 | USD | 1,122.00 | | | | |
| 70003390 | P1 | Slabey, Martin TS Audits | 200838 | 2008-09-19 | 1.00 | | | 1,122.000 | USD | 1,122.00 | | | | |
| 70003390 | P1 | Time based P1 | | | 4.00 | 0.00 | | | | 1,122.00 | 4,488.00 | 4,488.00 | | 4,488.00 |

Periodic Audit - per attached details  
SEQ#00003 ITEM ID TS16-FULL 4 DAYS @ $1122.00/DAY  
=$4488.00

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70003390 | P1 | Slabey, Martin Mileage own car | 200838 | | | | 40.00 | 0.585 | USD | 23.40 | 23.40 | | | |
| 70003390 | P1 | Expenses P1 | | | | | 40.00 | | | 23.40 | 23.40 | 0.00 | 23.40 | 23.40 |

Expenses  
SEQ#00011 ITEM ID 1294-09TM: $23.40

Totals for project: 70003390 - General Motors (16949/IATF)(Ypsilanti, MI)   4,488.00   4,488.00   0.00   23.40   4,511.40

Total Invoice No: ZAMUS141 2741319   4,488.00   23.40   4,511.40

Invoiced in USD

HOU010  
No filter applied

# Invoice

```
GM Powertrain Bedford Casting
ACCOUNTS PAYABLE
GM FSS ABP
PO BOX 63490
PHOENIX, AZ  85082-3490

                VAT No IN
```

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

## Due date 2009-06-12

*Please quote only the numeric digits of the invoice number when remitting ↓*

| | | | | |
|---|---|---|---|---|
| | | | | **Invoice No**<br>ZAMUS141 2740526 |
| **Invoice date**<br>2009-04-13 | **Our ref.**<br>Dominick, Monique | **DNV Id No** | **Client No**<br>1031449 | **Work completed at**<br>BEDFORD, IN |
| **Your ref.**<br>PO#GMB07060/REL# PBR90244 | | **Customer contact person**<br>Accounts Payable | | **On date** |
| **Invoice description**<br>GM Powertrain (14001/ANAB)(Bedford, IN) | | | | **On behalf of** |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 70001326 | | | |
| Periodic Audit - per attached details<br>SEQ# 00010 ITEM ID 1416-00NM: 3 DAYS @ $985.00/DAY= $2955.00<br>SEQ# 00006 ITEM ID TRAV-TIME: 15HRS @ $65.00/HOUR= $975.00 | 0/ | F  2213 | 3,930.00 |
| Expenses<br>SEQ# 00011 ITEM ID 1294-09TM: $689.05 | 0/ | R  2213 | 689.05 |
| INVOICE INQUIRIES:  NIA HARRIS:  PHONE 281-721-1636<br>EMAIL:  NIA.HARRIS@DNV.COM | | | |
| P1:  Periodic Audit; P1 | | | |

# Invoice

GM Powertrain Bedford Casting
ACCOUNTS PAYABLE
GM FSS ABP
PO BOX 63490
PHOENIX, AZ  85082-3490

VAT No IN

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

Due date 2009-06-12

*Please quote only the numeric digits of the invoice number when remitting* ↓

| | |
|---|---|
| Invoice No | ZAMUS141 2740526 |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
|---|---|---|---|---|
| 2009-04-13 | Dominick, Monique | | 1031449 | BEDFORD, IN |

| Your ref. | Customer contact person | On date |
|---|---|---|
| PO#GMB07060/REL# PBR90244 | Accounts Payable | |

| Invoice description | On behalf of |
|---|---|
| GM Powertrain (14001/ANAB)(Bedford, IN) | |

| Net amount | | 4,619.05 |
|---|---|---|
| Value added tax | VAT not calculated in accordance with | 0.00 |
| Total | USD | 4,619.05 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached

Otherwise interest of 18.00% p.a. may be charged

# Invoice details

**DNV**

Invoice No:ZAMUS141 2740526
Customer: 1031449 - GM Powertrain Bedford Casting

Project No: 70001326
Project Description: GM Powertrain (14001/ANAB)(Bedford, IN)

| Project No | Activity | Description | Week Date | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Invoiced in USD Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70001326 | P1 | Van Huffel, Phillip Travel | 200839 | 2008-09-23 | | 7.00 | | 65.000 | USD | 455.00 | 455.00 | | | |
| 70001326 | P1 | Van Huffel, Phillip Periodic Audit - Days | 200839 | 2008-09-24 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70001326 | P1 | Van Huffel, Phillip Periodic Audit - Days | 200839 | 2008-09-25 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70001326 | P1 | Van Huffel, Phillip Periodic Audit - Days | 200839 | 2008-09-26 | | 8.00 | | 65.000 | USD | 520.00 | 520.00 | | | |
| 70001326 | P1 | Van Huffel, Phillip Travel | 200839 | 2008-09-26 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70001326 | P1 | Periodic Audit - Days Time based P1 | | | 3.00 | 15.00 | | | | | 3,930.00 | 3,930.00 | | | 3,930.00 |

**Periodic Audit - per attached details**
**SEQ# 00010 ITEM ID 1416-00NM: 3 DAYS @ $985.00/DAY= $2955.00**
**SEQ# 00006 ITEM ID TRAV-TIME: 15HRS @ $65.00/HOUR=$975.00**

| Project No | Activity | Description | Week Date | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70001326 | P1 | Van Huffel, Phillip Hotel & Lodging | 200839 | | | | | | USD | 313.14 | 313.14 | | | |
| 70001326 | P1 | Van Huffel, Phillip Mileage own car | 200839 | | | | 776.00 | 0.445 | USD | 345.32 | 345.32 | | | |
| 70001326 | P1 | Van Huffel, Phillip Subsistence/Meals | 200839 | | | | | | USD | 30.59 | 30.59 | | | |
| 70001326 | P1 | Expenses P1 | | | | 776.00 | | | | | 689.05 | | | 689.05 |

**Expenses**
**SEQ# 00011 ITEM ID 1294-09TM: $689.05**

Totals for project: 70001326 - GM Powertrain (14001/ANAB)(Bedford, IN): 3,930.00 | 0.00 | 689.05 | 4,619.05

Total Invoice No: ZAMUS141 2740526: 3,930.00 | 3,930.00 | 0.00 | 689.05 | 4,619.05

# INVOICE

GM Powertrain Group
GM FINANCIAL SHARED SERVICES ACQUISITION
BUSINESS PROCESS
c/o OLIMPIC Receipting
P.O. Box 63490

VAT No MI

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

Due date 2008-06-26

*Please quote when remitting*

Invoice No
ZNAUS149 2733244

| Invoice date 2008-04-27 | Our ref. Dominick, Monique | DNV Id No | Client No 1030679 | Work completed at FLINT, MI |
|---|---|---|---|---|
| Your ref. PO #GMB07060 | | Customer contact person | | On date |
| Invoice description +ISO/TS 16949 (IATF)GM-Flint North | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 59215863 | | | |
| PERIODIC AUDIT - PER ATTACHED DETAIL SEQ #00003 IEM ID TS16-FULL: 4 DAYS @ $1125.00/DAY = $4500.00 | 0/ | F 2270 | 4,500.00 |
| Expenses SEQ # 00007 ITEM ID TRAV-0EXP: $267.00 | 0/ | R 2270 | 267.00 |
| INVOICE INQUIRIES: MONIQUE DOMINICK: PHONE 281-721-6739 EMAIL: MONIQUE.DOMINICK@DNV.COM | | | |

| | | |
|---|---|---|
| *Net amount* | | 4,767.00 |
| *Value added tax* | VAT not calculated in accordance with | 0.00 |
| *Total* | USD | 4,767.00 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached
Otherwise interest of 18.00% p.a. may be charged

# Invoice details

Invoice No.: ZNAUS149 2733244
Customer:  1030679 - GM Powertrain Group

Project No:  59215863
Project Description:  CLOSED+ISO/TS 16949 (IATF) GM-Flint North

| Project | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Invoiced in USD | | | |

**59215863 - CLOSED+ISO/TS 16949 (IATF) GM-Flint North**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59215863 | | Slabey, Martin TS Audits | 200814 | 2008-03-31 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 59215863 | | Slabey, Martin TS Audits | 200814 | 2008-04-01 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 59215863 | | Slabey, Martin TS Audits | 200814 | 2008-04-02 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 59215863 | | Slabey, Martin TS Audits | 200814 | 2008-04-03 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 59215863 | | Time based | | | 4.00 | 0.00 | | | | 4,500.00 | 4,500.00 | 0.00 | 4,500.00 |

**PERIODIC AUDIT - PER ATTACHED DETAIL.**
**SEQ #00003 IEM ID TS16-FULL: 4 DAYS @ $1125.00/DAY = $4500.00**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59215863 | | Slabey, Martin Mileage own car | 200814 | | | | 600.00 | 0.445 | USD | 267.00 | 267.00 | | | |
| 59215863 | | Expenses | | | | | 600.00 | | | 267.00 | 0.00 | 0.00 | 267.00 | 267.00 |

**Expenses**
**SEQ # 00007 ITEM ID TRAV-0EXP: $267.00**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Totals for project: 59215863 - CLOSED+ISO/TS 16949 (IATF) GM-Flint North | | | 4,500.00 | 0.00 | 267.00 | 4,767.00 |
| | | | | | | | | Total Invoice No: ZNAUS149 2733244 | | | 4,500.00 | 0.00 | 267.00 | 4,767.00 |

# Invoice

```
General Motors
c/o OLIMPIC Receipting
P. O. Box 63490
Phoenix, AZ 85082-3490


                   VAT No AZ
```

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

## Due date 2008-06-26

*Please quote when remitting* →

| | | | | |
|---|---|---|---|---|
| **Invoice No** ZNAUS149 2733279 | | | | |
| Invoice date 2008-04-27 | Our ref. Dominick, Monique | DNV Id No | Client No 1245570 | Work completed at MARION, IN |
| Your ref. PO #GMB07060 | | Customer contact person | | On date |
| Invoice description +ISO 14001 (ANAB) General Motors Manufacturing-Stamping | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 59796663 | | | |
| PERIODIC AUDIT - PER ATTACHED DETAILS | 0/ | F  2213 | 3,897.50 |
| SEQ #00001 ITEM ID AUDT-FULL: 3.0 DAYS @ $985.00/DAY = $2955.00 | | | |
| SEQ #00006 ITEM ID TRAV-TIME: 14.5 HOURS @ $65.00/HOUR = $910.00 | | | |
| Expenses | 0/ | R  2213 | 1,214.94 |
| SEQ #00007 ITEM ID TRAV-0EXP: $1214.94 | | | |
| | | | |
| INVOICE INQUIRIES:  MONIQUE DOMINICK:  PHONE 281-721-6739 | | | |
| EMAIL:  MONIQUE.DOMINICK@DNV.COM | | | |

| | | |
|---|---|---|
| *Net amount* | | 5,112.44 |
| *Value added tax* | VAT not calculated in accordance with | 0.00 |
| *Total* | USD | 5,112.44 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached

Otherwise interest of 18.00% p.a. may be charged



# Invoice details

Invoice No:ZNAUS149 2733279
Customer: 1245570 - General Motors

Project No: 59796663
Project Description: CLOSED+ISO 14001 (ANAB) General Motors Manu...

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59796663 - CLOSED+ISO 14001 (ANAB) General Motors Ma | | | | | | | | | | | | | | |
| 59796663 | | Byers, R. Lee Travel | 200814 | 2008-04-01 | | 7.00 | | 65.000 | USD | 455.00 | 455.00 | | | |
| 59796663 | | Byers, R. Lee Periodic Audit - Days | 200814 | 2008-04-02 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 59796663 | | Byers, R. Lee Periodic Audit - Days | 200814 | 2008-04-03 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 59796663 | | Byers, R. Lee Travel | 200814 | 2008-04-04 | | 7.50 | | 65.000 | USD | 487.50 | 487.50 | | | |
| 59796663 | | Byers, R. Lee Periodic Audit - Days | 200814 | 2008-04-04 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 59796663 | | Time based | | | 3.00 | 14.50 | | | | 3,897.50 | 3,897.50 | | | |

PERIODIC AUDIT - PER ATTACHED DETAILS
SEQ #00001 ITEM ID AUDT-FULL: 3.0 DAYS @ $985.00/DAY = $2955.00
SEQ #00006 ITEM ID TRAV-TIME: 14.5 HOURS @ $65.00/HOUR = $910.00

| | Invoiced in USD | | |
|---|---|---|---|
| Amount | Fee | Expense | Total |
| 3,897.50 | 0.00 | 0.00 | 3,897.50 |

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59796663 | | Byers, R. Lee Air Tickets (Claimed) | 200814 | | | | | | USD | 571.25 | 571.25 | | | 571.25 |
| 59796663 | | Byers, R. Lee Car Rental | 200815 | | | | | | USD | 189.38 | 189.38 | | | 189.38 |
| 59796663 | | Byers, R. Lee Gas | 200814 | | | | | | USD | 18.97 | 18.97 | | | 18.97 |
| 59796663 | | Byers, R. Lee Subsistence/Meals | 200814 | | | | | | USD | 140.00 | 140.00 | | | 140.00 |
| 59796663 | | Byers, R. Lee Hotel & Lodging | 200814 | | | | | | USD | 241.92 | 241.92 | | | 241.92 |
| 59796663 | | Byers, R. Lee Parking | 200814 | | | | | | USD | 32.50 | 32.50 | | | 32.50 |
| 59796663 | | Byers, R. Lee Mileage own car | 200814 | | | | | 47.00 | 0.445 | USD | 20.92 | 20.92 | | | 20.92 |
| 59796663 | | Expenses | | | | | 47.00 | | | 1,214.94 | | 0.00 | 1,214.94 | 1,214.94 |

SEQ #00007 ITEM ID TRAV-0EXP: $1214.94

Expenses
SEQ #00007 ITEM ID TRAV-0EXP: $1214.94

HOU010
No filter applied

# Invoice details

Invoice No.:ZNAUS149 2733279
Customer:  1245570 - General Motors

Project No:                      59796663
Project Description:  CLOSED+ISO 14001 (ANAB) General Motors Manu

| Project No | Activity | Description | Work Week Date | Days | Hours | Number of | Rate | Curr ency | Amount | Invoiced in USD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Amount | Fee | Expense | Total |

Totals for project: 59796663 - CLOSED+ISO 14001 (ANAB) General Motors Manufacturing-Stamping

| | | | | | | 3,897.50 | 1,214.94 | 5,112.44 |
|---|---|---|---|---|---|---|---|---|

Total Invoice No: ZNAUS149 2733279

| | | | | | | 3 897,50 | 1 214,94 | 5 112,44 |
|---|---|---|---|---|---|---|---|---|