# Invoice

Saturn Electronics de Juarez, S.A. de C.V.
ACCOUNTS PAYABLE
255 Rex Blvd
Auburn Hills, MI  48326
USA

VAT No SEJ9712156DA

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

Due date 2009-06-30

*Please quote only the numeric digits of the invoice number when remitting* →↓

| Invoice No |
| --- |
| ZAMUS141 2741962 |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
|---|---|---|---|---|
| 2009-05-31 | Accounting Business Assurance | | 1031023 | |
| Your ref. | | Customer contact person | | On date |
| Invoice description | | | | On behalf of |
| Saturn Electronics (EMS/ANAB)(Chihuahua Mexico) | | | | |

| Text specification | VAT rate | Service | | Amount USD |
|---|---|---|---|---|
| DNV Project No: 70000595
ConCert Id: PRJC-41111-2008-MSC-USA | | | | |
| Periodic Audit - Per attached details | 0/ | F  2213 | | 5,200.00 |
| Sites Audited: Chihuahua, MX; El Paso, TX | | | | |
| For questions or to pay by Credit Card
please contact: Monique.Dominick@dnv.com 281-396-1739 | | | | |
| **WE ACCEPT CREDIT CARD PAYMENTS**
     Visa, MC, American Express | | | | |
| RP:  Off Site-Periodic Audit 1 | | | | |
| P1:  Periodic Audit 1 | | | | |

# Invoice

Saturn Electronics de Juarez, S.A. de C.V.
ACCOUNTS PAYABLE
255 Rex Blvd
Auburn Hills, MI 48326
USA

VAT No SEJ9712156DA

Please Remit To: DNV Certification Inc.
P O Box 934927 Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

Due date 2009-06-30

*Please quote only the numeric digits of the invoice number when remitting* ↓

| Invoice No |
| --- |
| ZAMUS141 2741962 |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
|---|---|---|---|---|
| 2009-05-31 | Accounting Business Assurance | | 1031023 | |

| Your ref. | Customer contact person | On date |
|---|---|---|
| | | |

| Invoice description | On behalf of |
|---|---|
| Saturn Electronics (EMS/ANAB)(Chihuahua Mexico) | |

| | | |
|---|---|---|
| | | |

| Net amount | | 5,200.00 |
|---|---|---|
| Value added tax | VAT not calculated in accordance with | 0.00 |
| Total | USD | 5,200.00 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net cash 30 days

Otherwise interest of 18.00% p.a. may be charged

**DNV**

# Invoice details

Invoice No.:ZAMUS141 2741962
Customer: 1031023 - Saturn Electronics de Juarez, S.A. de C.V.

Project No:                    7000595
Project Description: Saturn Electronics (EMS/ANAB)(Chihuahua Mexico)

| Prg No | Project | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Invoiced in USD | | |
| 7000595 - Saturn Electronics (EMS/ANAB)(Chihuahua Mex | | | | | | | | | | | | | | | |
| 7000595 | P1 | | Ortega, Eddie Periodic Audit - Days | 200919 | 2009-05-04 | 1.00 | | 1,300.000 | USD | | 1,300.00 | 1,300.00 | | | |
| 7000595 | P1 | | Ortega, Eddie Periodic Audit - Days | 200919 | 2009-05-05 | 1.00 | | 1,300.000 | USD | | 1,300.00 | 1,300.00 | | | |
| 7000595 | P1 | | Ortega, Eddie Periodic Audit - Days | 200919 | 2009-05-06 | 1.00 | | 1,300.000 | USD | | 1,300.00 | 1,300.00 | | | |
| 7000595 | P1 | | Ortega, Eddie Periodic Audit - Days | 200919 | 2009-05-07 | 0.50 | | 1,300.000 | USD | | 650.00 | 650.00 | | | |
| 7000595 | P1 | | Ortega, Eddie Offsite-Days | 200919 | 2009-05-09 | 0.50 | | 1,300.000 | USD | | 650.00 | 650.00 | | | |
| 7000595 | P1 | | Time based P1 | | | 4.00 | 0.00 | | | | | 5,200.00 | 5,200.00 | 0.00 | 5,200.00 |

**Periodic Audit - Per attached details**                                          5,200.00    5,200.00    0.00    5,200.00

Sites Audited: Chihuahua, MX; El Paso, TX

Totals for project: 7000595 - Saturn Electronics (EMS/ANAB)(Chihuahua Mexico)    5,200.00    5,200.00    0.00    5,200.00

Total Invoice No: ZAMUS141 2741962    5 200.00    5 200.00    0.00    5 200.00

# Invoice

General Motors
c/o OLIMPIC Receipting
P. O. Box 63490
Phoenix, AZ 85082-3490

VAT No AZ

Please Remit To: DNV Certification
Inc.
P O Box 934927  Atlanta, GA
31193-4927
WIRES: Beneficiary Acct.
#20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York,
ABA# 021000018
ACH PYMT: Ben. Bank Acct. #
56100110020096001
ABA# 021000018

## Due date 2008-06-07

*Please quote when remitting*

| Invoice No |
| --- |
| ZNAUS149 2733152 |

| Invoice date 2008-04-08 | Our ref. Dominick, Monique | DNV Id No | Client No 1245570 | Work completed at PONTIAC, MI |
| --- | --- | --- | --- | --- |
| Your ref. PO #GMB07060 | | Customer contact person | | On date |
| Invoice description +ISO 14001 (ANAB) GM Pontiac Metal Center | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
| --- | --- | --- | --- |
| DNV Project No: 59780463 | | | |
| Periodic Audit - Per attached details | 0/ | F  2213 | 4,395.00 |
| SEQ # 00001 ITEM ID AUDT-FULL: 4 DAYS @ $985.00/DAY = $3940.00 | | | |
| SEQ #00006 ITEM ID TRAV-TIME: 7 HOURS @ $65.00/HOUR = $455.00 | | | |
| Expenses | 0/ | R  2213 | 871.32 |
| SEQ #00007 ITEM ID TRAV-0EXP: $871.32 | | | |
| | | | |
| INVOICE INQUIRIES:  MONIQUE DOMINICK:  PHONE 281-721-6739 | | | |
| EMAIL:  MONIQUE.DOMINICK@DNV.COM | | | |

| *Net amount* | | 5,266.32 |
| --- | --- | --- |
| *Value added tax* | VAT not calculated in accordance with | 0.00 |
| *Total* | USD | 5,266.32 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached

Otherwise interest of 18.00% p.a. may be charged

**DNV**

# Invoice details

Invoice No:ZNAUS149 2733152
Customer: 1245570 - General Motors

Project No: 59780463
Project Description: CLOSED+ISO 14001 (ANAB) GM Pontiac Metal Cen...

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59780463 - CLOSED+ISO 14001 (ANAB) GM Pontiac Metal | | | | | | | | | | | | | | |
| 59780463 | | Van Huffel, Phillip Travel-Hrly | 200733 | 2007-08-13 | | 3.00 | | 65.000 | USD | 195.00 | 195.00 | | | 195.00 |
| 59780463 | | Van Huffel, Phillip Periodic Audit - Days | 200733 | 2007-08-14 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | 985.00 |
| 59780463 | | Van Huffel, Phillip Periodic Audit - Days | 200733 | 2007-08-15 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | 985.00 |
| 59780463 | | Van Huffel, Phillip Travel-Hrly | 200733 | 2007-08-15 | | 1.00 | | 65.000 | USD | 65.00 | 65.00 | | | 65.00 |
| 59780463 | | Van Huffel, Phillip Periodic Audit - Days | 200733 | 2007-08-16 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | 985.00 |
| 59780463 | | Van Huffel, Phillip Periodic Audit - Days | 200733 | 2007-08-17 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | 985.00 |
| 59780463 | | Van Huffel, Phillip Travel-Hrly | 200733 | 2007-08-17 | | 3.00 | | 65.000 | USD | 195.00 | 195.00 | | | 195.00 |
| | | Time based | | | 4.00 | 7.00 | | | | 4,395.00 | 4,395.00 | | | 4,395.00 |

Periodic Audit - Per attached details
SEQ # 00001 ITEM ID AUDT-FULL: 4 DAYS @ $985.00/DAY = $3940.00
SEQ #00006 ITEM ID TRAV-TIME: 7 HOURS @ $65.00/HOUR = $455.00

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59780463 | | Van Huffel, Phillip Hotel & Lodging | 200733 | | | | | | USD | 574.04 | 574.04 | | | 574.04 |
| 59780463 | | Van Huffel, Phillip Subsistence/Meals | 200733 | | | | | | USD | 79.23 | 79.23 | | | 79.23 |
| 59780463 | | Van Huffel, Phillip Mileage own car | 200733 | | | | | 490.00 | 0.445 | USD | 218.05 | 218.05 | | | 218.05 |
| | | Expenses | | | | | 490.00 | | | 871.32 | 871.32 | 0.00 | 871.32 | 871.32 |

Expenses
SEQ #00007 ITEM ID TRAV-0EXP: $871.32

Totals for project: 59780463 - CLOSED+ISO 14001 (ANAB) GM Pontiac Metal Center   4,395.00   4,395.00   0.00   871.32   5,266.32

Total Invoice No: ZNAUS149 2733152   4,395.00   4,395.00   0.00   871,32   5,266,32

Printed 2009.06.09 at 11:52:21

# Invoice

| | |
|---|---|
| GM Financial Shared Services Acquisition Business Process<br>c/o OLIMPIC Receipting<br>P. O. Box 63490<br>Phoenix, AZ 85082-3490<br><br>                    VAT No AZ | Please Remit To:<br>DNV Certification, Inc.<br>P.O. Box 201898<br>Houston, TX 77216-1898<br>Wire/ACH: JPMorgan Chase,<br>55 Water Str., New York NY10041<br>ABA:021000021<br>SWIFT:CHASUS33<br>Account No : 616710038 |

### Due date 2007-11-23

*Please quote when remitting* →

| Invoice No |
|---|
| ZNAUS145 2003250 |

| Invoice date<br>2007-09-24 | Our ref.<br>Jones, Sandy | | DNV Id No | Client No<br>1245570 | Work completed at<br>KANSAS CITY, KS |
|---|---|---|---|---|---|
| Your ref.<br>GMB07060, REL #GMR78847 | | | Customer contact person | | On date |
| Invoice description<br>+ISO 14001 (ANAB) General Motors | | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project no: 57387863 | | | |
| RECERTIFICATION AUDIT-PER ATTACHED DETAILS<br>SEQ #00001 ITEM ID AUDT-FULL: 4.0 DAYS @<br>$985.00/DAY=$3940.00<br>SEQ #00006 ITEM ID TRAV-TIME: 12.0 HOURS @<br>$65.00/HOUR=$780.00 | 0/ | F  2213 | 4,720.00 |
| Expenses SEQ #00007 ITEM ID TRAV-0EXP: $1404.90 | 0/ | R  2213 | 1,404.90 |
| INVOICE INQUIRIES:  SANDY JONES:  PHONE:  281-721-6881<br>EMAIL:  SANDY.JONES@DNV.COM | | | |

| Net amount | | | 6,124.90 |
|---|---|---|---|
| Value added tax | VAT not calculated in accordance with | 0.00 | 0.00 |
| Total | | USD | 6,124.90 |

Federal ID# : 76-0452326
Accounts Receivable : +281-721-6703

Net 60-Receipts Attached

Otherwise interest of 18.00% p.a. may be charged



**DNV**

# Invoice details

Invoice No:ZNAUSI45 20032050
Customer: 124570 - GM Financial Shared Services Acquisition Business Process

Project No: 57387863
Project Description: CLOSED +ISO 14001 (ANAB) General Motors

| Project No | Activity | Description | Week Date | Days | Hours | Number of | Curr Rate ency | Amount | Amount (Invoiced in USD) | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **7387863 - CLOSED +ISO 14001 (ANAB) General Motors** | | | | | | | | | | | | |
| 7387863 | | Gillespie, Robert Travel-Hrly | 200735 2007-08-28 | 7.00 | | | 65.000 USD | 455.00 | 455.00 | | | |
| 7387863 | | Gillespie, Robert Recertification Audit - Days | 200735 2007-08-28 | 1.00 | | | 985.000 USD | 985.00 | 985.00 | | | |
| 7387863 | | Gillespie, Robert Recertification Audit - Days | 200735 2007-08-29 | 1.00 | | | 985.000 USD | 985.00 | 985.00 | | | |
| 7387863 | | Gillespie, Robert Recertification Audit - Days | 200735 2007-08-30 | 1.00 | | | 985.000 USD | 985.00 | 985.00 | | | |
| 7387863 | | Gillespie, Robert Travel-Hrly | 200735 2007-08-31 | 5.00 | | | 65.000 USD | 325.00 | 325.00 | | | |
| 7387863 | | Gillespie, Robert Recertification Audit - Days | 200735 2007-08-31 | 1.00 | | | 985.000 USD | 985.00 | 985.00 | | | |
| | | Time based | | 4.00 | 12.00 | | | 4,720.00 | 4,720.00 | 4,720.00 | | 4,720.00 |

RECERTIFICATION AUDIT-PER ATTACHED DETAILS
SEQ #00001 ITEM ID AUDIT-FULL: 4.0 DAYS @ $985.00/DAY=$3940.00
SEQ #00006 ITEM ID TRAV-TIME: 12.0 HOURS @ $65.00/HOUR=$780.00

| Project No | Description | Week | Number of | Curr | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|
| 7387863 | Gillespie, Robert Mileage own car | 200735 | 120.00 | 0.445 USD | 53.40 | 53.40 | | | |
| 7387863 | Gillespie, Robert Car Rental | 200735 | | USD | 297.80 | 297.80 | | | |
| 7387863 | Gillespie, Robert Air Tickets (Claimed) | 200735 | | USD | 445.00 | 445.00 | | | |
| 7387863 | Gillespie, Robert Transaction Fee Associated With Revised Ticket Due to Postponement of Scheduled Audit | 200709 | | USD | 15.20 | 15.20 | | | |
| 7387863 | Gillespie, Robert Hotel & Lodging | 200735 | | USD | 416.55 | 416.55 | | | |
| 7387863 | Gillespie, Robert Gas | 200735 | | USD | 24.13 | 24.13 | | | |
| | | | | | | 4,720.00 | 0.00 | | 4,720.00 |

HOU120
No filter applied

Printed 2008.10.13 at 11:24:18

## Invoice details

Invoice No: ZNAUS145 2003250
Customer:  1245570 - GM Financial Shared Services Acquisition Business Process

Project No:  57387863
Project Description:  CLOSED +ISO 14001 (ANAB) General Motors

| Pg No | Project | Activity | Description | Week Date | Work Days Hours | Number of | Curr Rate ency | Amount | Amount | Invoiced in USD Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7387863 | | | Gillespie, Robert Parking | 200735 | | | USD | 52.00 | 52.00 | | | |
| 7387863 | | | Gillespie, Robert Subsistence/Meals | 200735 | | | USD | 100.82 | 100.82 | | | |
| | | | Expenses | | | 120.00 | | | 1,404.90 | 0.00 | 1,404.90 | 1,404.90 |

Expenses SEQ #00007 ITEM ID TRAV-0EXP: $1404.90

Totals for project: 57387863 - CLOSED +ISO 14001 (ANAB) General Motors

| | | | | | |
|---|---|---|---|---|---|
| | 0.00 | 1,404.90 | 1,404.90 |

Total Invoice No: ZNAUS145 2003250

| | 4,720.00 | 1,404.90 | 6,124.90 |
|---|---|---|---|
| | 4720 | 1405 | 6125 |

HOU120
No filter applied

# Invoice

General Motors Corp.
Melton Lee-GM Global Purchasing
30009 Van Dyke Ave.
Warren, MI 48090

VAT No MI

Please Remit To: DNV Certification
Inc.
P O Box 934927 Atlanta, GA
31193-4927
WIRES: Beneficiary Acct.
#20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York,
ABA# 021000018
ACH PYMT: Ben. Bank Acct. #
56100110020096001
ABA# 021000018

Due date 2008-02-29

*Please quote when remitting*

| Invoice No |
| ZNAUS149 2731398 |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
|---|---|---|---|---|
| 2007-12-31 | Fox, Emily | | 1087644 | DEFIANCE, OH |

| Your ref. | Customer contact person | On date |
|---|---|---|
| PO #GMB07060, Rel #PDR95439 | | |

| Invoice description | On behalf of |
|---|---|
| +ISO 14001 (ANAB)GM-Defiance Cast | |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project no: 59216763 | | | |
| | | | |
| Periodic Audit - Per attached details | 0/ | F  2213 | 4,980.00 |
| | | | |
| SEQ #00001 ITEM ID AUDT-FULL: 4.0 DAYS @ $985/DAY= $3940.00 | | | |
| SEQ #00006 ITEM ID TRAV-TIME: 16.0 HOURS @ $65.00/HOUR= $1040.00 | | | |
| Expenses  SEQ #00007 ITEM ID TRAV-0EXP: $1510.33 | 0/ | R  2213 | 1,510.33 |
| | | | |
| Invoice Inquiries:  Emily Fox        Phone:  281/721-6740 | | | |
| Email:  Emily.fox@dnv.com | | | |

| | | |
|---|---|---|
| *Net amount* | | 6,490.33 |
| *Value added tax*    VAT not calculated in accordance with | | 0.00 |
| *Total* | USD | 6,490.33 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached

Otherwise interest of 18.00% p.a. may be charged



# Invoice details

Invoice No:ZNAUS149 2731398
Customer: 1087644 - General Motors Corp.

Project No:              5921763
Project Description:   CLOSED+ISO 14001 (ANAB) GM-Defiance Cast

| Project No | Activity Description | Week | Work Date | Days | Hours | Number of | Rate ency | Curr | Amount | Invoiced in USD Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **216763 - CLOSED+ISO 14001 (ANAB) GM-Defiance Cast** | | | | | | | | | | | | | |
| 5216763 | Sukaskas, Michael Periodic Audit - Days | 200744 | 2007-10-29 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 5216763 | Sukaskas, Michael Periodic Audit - Days | 200744 | 2007-10-30 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 5216763 | Sukaskas, Michael Periodic Audit - Days | 200744 | 2007-10-31 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 5216763 | Sukaskas, Michael Periodic Audit - Days | 200744 | 2007-11-01 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 5216763 | Sukaskas, Michael Periodic Audit - Days | 200744 | 2007-11-02 | | 8.00 | | 65.000 | USD | 520.00 | 520.00 | | | |
| 5216763 | Sukaskas, Michael Travel-Hrly | 200744 | 2007-11-04 | | 8.00 | | 65.000 | USD | 520.00 | 520.00 | | | |
| 5216763 | Sukaskas, Michael Travel-Hrly | | | | | | | | | | | | |
| 5216763 | Time based | | | 4.00 | 16.00 | | | | | 4,980.00 | | | |

Periodic Audit - Per attached details

SEQ #00001 ITEM ID AUDT-FULL: 4.0 DAYS @ $985/DAY= $3940.00
SEQ #00006 ITEM ID TRAV-TIME: 16.0 HOURS @ $65.00/HOUR=$1040.00

| Project No | Activity Description | Week | Work Date | Days | Hours | Number of | Rate ency | Curr | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5216763 | Sukaskas, Michael Gas | 200744 | | | | | | USD | 40.00 | 40.00 | | | |
| 5216763 | Sukaskas, Michael Air Tickets (Claimed) | 200744 | | | | | | USD | 470.36 | 470.36 | | | |
| 5216763 | Sukaskas, Michael Parking | 200744 | | | | | | USD | 56.00 | 56.00 | | | |
| 5216763 | Sukaskas, Michael Car Rental | 200744 | | | | | | USD | 232.70 | 232.70 | | | |
| 5216763 | Sukaskas, Michael Subsistence/Meals | 200744 | | | | | | USD | 153.87 | 153.87 | | | |
| 5216763 | Sukaskas, Michael Mileage own car | 200744 | | | | 60.00 | 0.445 | USD | 26.70 | 26.70 | | | |
| 5216763 | Sukaskas, Michael Hotel & Lodging | 200744 | | | | | | USD | 530.70 | 530.70 | | | |
| | | | | | | | | | | 4,980.00 | 4,980.00 | 0.00 | 0.00 | 4,980.00 |

**DNV**

# Invoice details

Invoice No: ZNAUS149 2731398
Customer:    1087644 - General Motors Corp.

Project No:              59216763
Project Description: CLOSED+ISO 14001 (ANAB) GM-Defiance Cast

| Project No | Activity | Description | Work Week Date | Days | Hours | Number of | Curr Rate ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Invoiced in USD | | |
| 59216763 | Expenses | Expenses | | | | 60.00 | | | 1,510.33 | 0.00 | 1,510.33 | 1,510.33 |

Expenses SEQ #00007 ITEM ID TRAV-0EXP:   $1510.33

Totals for project: 59216763 - CLOSED+ISO 14001 (ANAB) GM-Defiance Cast

| | Amount | Fee | Expense | Total |
|---|---|---|---|---|
| | | 0.00 | 1,510.33 | 1,510.33 |
| | 4,980.00 | 4,980.00 | 1,510.33 | 6,490.33 |

Total Invoice No: ZNAUS149 2731398

| Amount | Fee | Expense | Total |
|---|---|---|---|
| 4 980.00 | 1 510.33 | 6 490.33 |

HOU010
No filter applied

Printed 2009.06.09 at 11:53:49

# Invoice

General Motors - Warren Transmissions - MI
C/O OLIMPIC RECEIPTING
P.O. BOX 63490
PHOENIX, AZ 85082-3490

VAT No MI

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

Due date 2009-07-30

*Please quote only the numeric digits of the invoice number when remitting* ↓

Invoice No
ZAMUS141 2741971

| Invoice date 2009-05-31 | Our ref. Accounting Business Assurance | DNV Id No | Client No 10043401 | Work completed at Warren, MI |
|---|---|---|---|---|
| Your ref. PO #GMB07060 | | Customer contact person | | On date |
| Invoice description General Motors - Warren (ISO/TS-IAFT)(Warren, MI) | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 70003148<br>ConCert Id: PRJC-79381-2008-MSC-USA | | | |
| Periodic Audit - Per attached details<br>SEQ #00003 ITEM ID TS16-FULL: 5 DAYS @ $1125.00/DAY = $5625.00<br>SEQ #00006 ITEM ID TRAV-TIME: 6 HOURS @ $65.00/HOUR = $390.00 | 0/ | F  2270 | 6,015.00 |
| Expenses<br>SEQ #00011 ITEM ID 1294-09TM: $737.64 | 0/ | R  2270 | 737.64 |
| INVOICE INQUIRIES:  MONIQUE DOMINICK:  PHONE 281-396-1739<br>EMAIL:  MONIQUE.DOMINICK@DNV.COM<br>P1:  Future Periodic Audit; P1 | | | |

# Invoice

General Motors - Warren Transmissions - MI
C/O OLIMPIC RECEIPTING
P.O. BOX 63490
PHOENIX, AZ 85082-3490

VAT No MI

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

Due date 2009-07-30

*Please quote only the numeric digits of the invoice number when remitting* →↓

Invoice No
ZAMUS141 2741971

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
|---|---|---|---|---|
| 2009-05-31 | Accounting Business Assurance | | 10043401 | Warren, MI |

| Your ref. | Customer contact person | On date |
|---|---|---|
| PO #GMB07060 | | |

| Invoice description | On behalf of |
|---|---|
| General Motors - Warren (ISO/TS-IAFT)(Warren, MI) | |

| | |
|---|---|
| Net amount | 6,752.64 |
| Value added tax   VAT not calculated in accordance with | 0.00 |
| Total                        USD | 6,752.64 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached

Otherwise interest of 18.00% p.a. may be charged

09-50026-mg    Doc 693-4    Filed 06/11/09    Entered 06/11/09 17:45:40    Exhibit Pg 14 of 25



# Invoice details

Invoice No.:ZAMUS141 2741971
Customer:  10043401 - General Motors - Warren Transmissions - MI

Project No:  70003148
Project Description: General Motors - Warren (ISO/TS-1AFT)(Warren, MI

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **Invoiced in USD** | | |
| **70003148 - General Motors - Warren (ISO/TS-1AFT)(Warren** | | | | | | | | | | | | | | |
| 70003148 | P1 | Cohrac, Mark TS Audits | 200915 | 2009-04-06 | 1.00 | | 1,125.000 | USD | | 1,125.00 | 1,125.00 | | | |
| 70003148 | P1 | Cohrac, Mark TS Audits | 200915 | 2009-04-07 | 1.00 | | 1,125.000 | USD | | 1,125.00 | 1,125.00 | | | |
| 70003148 | P1 | Cohrac, Mark TS Audits | 200915 | 2009-04-08 | 1.00 | | 1,125.000 | USD | | 1,125.00 | 1,125.00 | | | |
| 70003148 | P1 | Cohrac, Mark TS Audits | 200915 | 2009-04-09 | 1.00 | | 1,125.000 | USD | | 1,125.00 | 1,125.00 | | | |
| 70003148 | P1 | Cohrac, Mark Travel | 200915 | 2009-04-09 | | 3.00 | 65.000 | USD | | 195.00 | 195.00 | | | |
| 70003148 | P1 | Cohrac, Mark TS Audits | 200915 | 2009-04-09 | 1.00 | | 1,125.000 | USD | | 1,125.00 | 1,125.00 | | | |
| 70003148 | P1 | Cohrac, Mark Travel | 200915 | 2009-04-12 | | 3.00 | 65.000 | USD | | 195.00 | 195.00 | | | |
| 70003148 | P1 | Cohrac, Mark TS Audits | 200916 | 2009-04-14 | 1.00 | | 1,125.000 | USD | | 1,125.00 | 1,125.00 | | | |
| 70003148 | P1 | Time based P1 | | | 5.00 | 6.00 | | | | 6,015.00 | 6,015.00 | 6,015.00 | 0.00 | 6,015.00 |

**Periodic Audit - Per attached details**
SEQ #00003 ITEM ID TS16-FULL: 5 DAYS @ $1125.00/DAY = $5625.00
SEQ #00006 ITEM ID TRAV-TIME: 6 HOURS @ $65.00/HOUR = $390.00

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70003148 | P1 | Cohrac, Mark Subsistence/Meals | 200916 | | | | | | USD | 18.00 | 18.00 | | | |
| 70003148 | P1 | Cohrac, Mark Hotel & Lodging | 200915 | | | | | | USD | 346.04 | 346.04 | | | |
| 70003148 | P1 | Cohrac, Mark Hotel & Lodging | 200916 | | | | | | USD | 86.51 | 86.51 | | | |
| 70003148 | P1 | Cohrac, Mark Mileage own car | 200915 | | | | 371.00 | 0.445 | USD | 165.10 | 165.10 | | | |
| 70003148 | P1 | Cohrac, Mark Subsistence/Meals | 200915 | | | | | | USD | 122.00 | 122.00 | | | |
| 70003148 | P1 | Expenses P1 | | | | | 371.00 | | | 737.65 | 737.65 | 0.00 | 737.64 | 737.64 |

**Expenses**
SEQ #00011 ITEM ID 1294-09TM: $737.64

| | | Total | | | | | | | | 0.00 | 737.64 | 737.64 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

HOU010
No filter applied

Printed 2009.06.09 at 11:55:37

**DNV**

# Invoice details

Invoice No.:ZAMUS141 2741971
Customer:  10043401 - General Motors - Warren Transmissions - MI

Project No:           70003148
Project Description: General Motors - Warren (ISO/TS-IAFT)(Warren, MI)

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Curr Rate ency | Amount | Amount | Invoiced in USD Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Totals for project: 70003148 - General Motors - Warren (ISO/TS-IAFT)(Warren, MI)     6,015.00     737.64     6,752.64

Total Invoice No: ZAMUS141 2741971     6 015.00     737.64     6 752.64

HOU010
No filter applied

Printed 2009.06.09 at 11:55:37

# Invoice

GM Powertrain Group Livonia Engine Plant
MICHELLE HEATH
12200 Middlebelt Rd.
Livonia, MI 48150

VAT No MI

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 5610011020096001
ABA# 021000018

Due date 2009-01-31

*Please quote only the numeric digits of the invoice number when remitting* →↓

Invoice No
ZNAUS141 2737765

| Invoice date 2008-12-02 | Our ref. Dominick, Monique | DNV Id No | Client No 1031881 | Work completed at LIVONIA, MI |
|---|---|---|---|---|
| Your ref. PO #GMB07060/PO# LVS26051 | | Customer contact person MICHELLE HEATH | | On date |
| Invoice description GM Powertrain (16949/IATF)(Livonia, MI) | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 70001586 | | | |
| Periodic Audit - per attached details SEQ# 00003 TS16-FULL: 4.0 DAYS @ $1125.00/DAY= $4500.00 SEQ# 00004 TS16-HALF: .50 DAY @ $1125.00/DAY= $562.50 SEQ# 00011 1294-09TM: $682.50 | 0/ | F  2270 | 5,745.00 |
| Expenses SEQ# 00011  1294-09TM: $1102.88 | 0/ | R  2270 | 1,102.88 |
| INVOICE INQUIRIES:  NIA HARRIS:  PHONE 281-721-6636 EMAIL:  NIA.HARRIS@DNV.COM  P1:  Periodic Audit 1 | | | |

# Invoice

| GM Powertrain Group Livonia Engine Plant |
|---|
| MICHELLE HEATH |
| 12200 Middlebelt Rd. |
| Livonia, MI 48150 |
| |
| VAT No MI |

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 5610011002009600
ABA# 021000018

## Due date 2009-01-31

*Please quote only the numeric digits of the invoice number when remitting* ↓

| | | | | | Invoice No ZNAUS141 2737765 |
|---|---|---|---|---|---|
| Invoice date 2008-12-02 | Our ref. Dominick, Monique | DNV Id No | Client No 1031881 | | Work completed at LIVONIA, MI |
| Your ref. PO #GMB07060/PO# LVS26051 | | Customer contact person MICHELLE HEATH | | | On date |
| Invoice description GM Powertrain (16949/IATF)(Livonia, MI) | | | | | On behalf of |

| | | |
|---|---|---|
| *Net amount* | | 6,847.88 |
| *Value added tax* | VAT not calculated in accordance with | 0.00 |
| *Total* | USD | 6,847.88 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached

Otherwise interest of 18.00% p.a. may be charged



**DNV**

## Invoice details

Invoice No.: ZNAUS141 2737765
Customer: 1031881 - GM Powertrain Group Livonia Engine Plant

Project No: 70001586
Project Description: GM Powertrain (16949/IATF)(Livonia, MI)

| Prg No | Project | Activity | Description | Week Date | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 70001586 | P1 | Parent, Ronald G. Travel | 200840 | 2008-09-30 | 4.50 | | | 65.000 | USD | 292.50 | 292.50 | | | |
| | 70001586 | P1 | Slabey, Martin TS Audits | 200840 | 2008-10-01 | 1.00 | | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| | 70001586 | P1 | Parent, Ronald G. TS Audits | 200840 | 2008-10-01 | 1.00 | | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| | 70001586 | P1 | Slabey, Martin TS Audits | 200840 | 2008-10-02 | 1.00 | | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| | 70001586 | P1 | Parent, Ronald G. TS Audits | 200840 | 2008-10-02 | 1.00 | | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| | 70001586 | P1 | Parent, Ronald G. Travel | 200840 | 2008-10-03 | | 6.00 | | 65.000 | USD | 390.00 | 390.00 | | | |
| | 70001586 | P1 | Slabey, Martin TS Audits | 200840 | 2008-10-03 | 0.25 | | | 1,125.000 | USD | 281.25 | 281.25 | | | |
| | 70001586 | P1 | Parent, Ronald G. TS Audits | 200840 | 2008-10-03 | 0.25 | | | 1,125.000 | USD | 281.25 | 281.25 | | | |
| | 70001586 | P1 | Time based P1 | | | 4.50 | 10.50 | | | | | **5,745.00** | **5,745.00** | | | |

**Periodic Audit - per attached details**
SEQ# 00003 TS16-FULL: 4.0 DAYS @ $1125.00/DAY= $4500.00
SEQ# 00004 TS16-HALF: .50 DAY @ $1125.00/DAY= $562.50
SEQ# 00011 T294-09/TM: $682.50

| Prg No | Project | Activity | Description | Week Date | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 70001586 | P1 | Parent, Ronald G. Air Tickets (Claimed) | 200838 | | | | | | USD | 283.75 | 283.75 | | | |
| | 70001586 | P1 | Parent, Ronald G. Parking | 200840 | | | | | | USD | 36.00 | 36.00 | | | |
| | 70001586 | P1 | Parent, Ronald G. Hotel & Lodging | 200840 | | | | | | USD | 444.60 | 444.60 | | | |
| | 70001586 | P1 | Parent, Ronald G. Car Rental | 200840 | | | | | | USD | 138.60 | 138.60 | | | |
| | 70001586 | P1 | Slabey, Martin Mileage own car | 200840 | | | | | 120.00 | 0.585 | USD | 70.20 | 70.20 | | | |
| | 70001586 | P1 | Parent, Ronald G. Mileage own car | 200840 | | | | | 36.00 | 0.585 | USD | 21.06 | 21.06 | | | |
| | | | | | | | | | | | | **5,745.00** | **5,745.00** | **0.00** | **5,745.00** |

Invoiced in USD

**Invoice details**

Invoice No.:ZNAUSI141 2737765
Customer:  1031881 - GM Powertrain Group Livonia Engine Plant

Project No:                7001586
Project Description: GM Powertrain (16949/IATF)(Livonia, MI)

| Project No | Org Activity | Description | Week Date | Work Days Hours | Number of | Curr Rate ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7001586 | P1 | Parent, Ronald G. Subsistence/Meals | 200840 | | | USD | 93.67 | 93.67 | | | |
| 7001586 | P1 | Parent, Ronald G. Gas | 200840 | | | USD | 15.00 | 15.00 | | | |
| 7001586 | P1 | Expenses P1 | | 156.00 | | | | 1,102.88 | 0.00 | 1,102.88 | 1,102.88 |
| | | Expenses | | | | | | | 0.00 | 1,102.88 | 1,102.88 |
| | | SEQ# 00011  1294-09TM: $1102.88 | | | | | | | | | |

Invoiced in USD

Totals for project: 7001586 - GM Powertrain (16949/IATF)(Livonia, MI)     5,745.00     1,102.88     6,847.88

Total Invoice No: ZNAUSI141 2737765     5 745,00     1 102,88     6 847,88

# Invoice

GM Powertrain-Flint Engine South
C/O OLIMPIC RECEIPTING
P.O. BOX 63490
PHOENIX, AZ 85082-3490

**VAT No MI**

Please Remit To: DNV Certification
Inc.
P O Box 934927  Atlanta, GA
31193-4927
WIRES: Beneficiary Acct.
#20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York,
ABA# 021000018
ACH PYMT: Ben. Bank Acct. #
56100110020096001
ABA# 021000018

Due date 2008-07-25

*Please quote when remitting*

| | | | | Invoice No<br>ZNAUS149 2733895 |
|---|---|---|---|---|
| Invoice date<br>2008-05-26 | Our ref.<br>Dominick, Monique | DNV Id No | Client No<br>1032415 | Work completed at<br>FLINT, MI |
| Your ref.<br>PO #GMB07060 | | Customer contact person | | On date |
| Invoice description<br>+ISO/TS16949 (IATF) GM Powertrain-Flint | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 59580663 | | | |
| PERIODIC AUDIT - PER ATTACHED DETAILS<br>SEQ # 00003 ITEM ID TS16-FULL: 5.5 DAYS @ $1125.00/DAY =<br>$6187.50<br>SEQ #00006 ITEM ID TRAV-TIME: 2.5 HOURS @ $65.00/HOUR =<br>$162.50 | 0/ | F 2270 | 6,350.00 |
| Expenses<br>SEQ #00007 ITEM ID TRAV-0EXP: $600.84 | 0/ | R 2270 | 600.84 |
| INVOICE INQUIRIES: MONIQUE DOMINICK: PHONE<br>281-721-6739<br>EMAIL: MONIQUE.DOMINICK@DNV.COM | | | |
| **Net amount** | | | 6,950.84 |
| **Value added tax** | VAT not calculated in accordance with | | 0.00 |
| **Total** | | USD | **6,950.84** |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached

Otherwise interest of 18.00% p.a. may be charged



# Invoice details

Invoice No:ZNAUS149 2733895
Customer: 1032415 - GM Powertrain-Flint Engine South

Project No: 59580663
Project Description: CLOSED+ISO/TS16949 (IATF) GM Powertrain-Flint

| Project No | Activity Description | Week Date | Days Hours | Number of | Rate | Currency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 59580663 - CLOSED+ISO/TS16949 (IATF) GM Powertrain-F | | | | | | | | | | | |
| 59580663 | Cohrac, Mark Travel | 200819 2008-05-05 | 2.00 | 65.000 | 130.00 | USD | 130.00 | 130.00 | | | |
| 59580663 | Cohrac, Mark TS Audits | 200819 2008-05-06 | 1.00 | 1,125.000 | USD | | 1,125.00 | 1,125.00 | | | |
| 59580663 | Slabey, Martin TS Audits | 200819 2008-05-06 | 1.00 | 1,125.000 | USD | | 1,125.00 | 1,125.00 | | | |
| 59580663 | Slabey, Martin TS Audits | 200819 2008-05-07 | 1.00 | 1,125.000 | USD | | 1,125.00 | 1,125.00 | | | |
| 59580663 | Cohrac, Mark Travel | 200819 2008-05-07 | 0.50 | 65.000 | USD | | 32.50 | 32.50 | | | |
| 59580663 | Cohrac, Mark TS Audits | 200819 2008-05-07 | 1.00 | 1,125.000 | USD | | 1,125.00 | 1,125.00 | | | |
| 59580663 | Slabey, Martin TS Audits | 200819 2008-05-08 | 1.00 | 1,125.000 | USD | | 1,125.00 | 1,125.00 | | | |
| 59580663 | Slabey, Martin TS Audits | 200819 2008-05-09 | 0.50 | 1,125.000 | USD | | 562.50 | 562.50 | | | |
| 59580663 | Time based | | 5.50  2.50 | | | | 6,350.00 | 6,350.00 | 6,350.00 | 0.00 | 6,350.00 |

**PERIODIC AUDIT - PER ATTACHED DETAILS**
**SEQ # 00003 ITEM ID TS16-FULL: 5.5 DAYS @ $1125.00/DAY = $6187.50**
**SEQ #00006 ITEM ID TRAV-TIME: 2.5 HOURS @ $65.00/HOUR = $162.50**

| Project No | Activity Description | Week Date | Days Hours | Number of | Rate | Currency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 59580663 | Cohrac, Mark Subsistence/Meals | 200819 | | 70.00 | USD | | 70.00 | 70.00 | | | |
| 59580663 | Cohrac, Mark Mileage own car | 200819 | | 189.00 | 0.445 | USD | 84.11 | 84.11 | | | |
| 59580663 | Cohrac, Mark Hotel & Lodging | 200819 | | 520.00 | USD | | 215.34 | 215.34 | | | |
| 59580663 | Slabey, Martin Mileage own car | 200819 | | 0.445 | USD | | 231.40 | 231.40 | | | |
| 59580663 | Expenses | | | 709.00 | | | 600.85 | 600.85 | 0.00 | 600.84 | 600.84 |

**Expenses**
**SEQ #00007 ITEM ID TRAV-0EXP: $600.84**

| | | | | 0.00 | 600.84 | 600.84 |
|---|---|---|---|---|---|---|

HOU010
No filter applied

**DNV**

# Invoice details

| | Invoice No:ZNAUS149 2733895 | | | | | | | | | Project No: | | | | 59580663 | | | |
| Customer: | 1032415 - GM Powertrain-Flint Engine South | | | | | | | | | Project Description: | | | | CLOSED+ISO/TS16949 (IATF) GM Powertrain-Flint | | | |

| | | | | | | | | | | | | | | | Invoiced in USD | | |
| Project | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Totals for project: 59580663 - CLOSED+ISO/TS16949 (IATF) GM Powertrain-Flint

| | | | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|
| | | | 6,350.00 | 600.84 | 6,950.84 |

Total Invoice No: ZNAUS149 2733895

| Amount | Fee | Expense | Total |
|---|---|---|---|
| 6,350.00 | 600.84 | 6,950.84 |

# Invoice

General Motors - Bowling Green Assembly Plant
c/o OLIMPIC RECEIPTING
P.O. BOX 63490
PHOENIX, AZ 85082-3490

VAT No MI

Please Remit To: DNV Certification
Inc.
P O Box 934927  Atlanta, GA
31193-4927
WIRES: Beneficiary Acct.
#20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York,
ABA# 021000018
ACH PYMT: Ben. Bank Acct. #
5610011002096001
ABA# 021000018

## Due date 2009-01-26

*Please quote only the numeric digits
of the invoice number when remitting*

| | |
|---|---|
| Invoice No | ZNAUS141 2738321 |

| Invoice date 2008-12-27 | Our ref. Brady, Missy | DNV Id No | Client No 10049160 | Work completed at BOWLING GREEN, KY |
|---|---|---|---|---|
| Your ref. PO # GMB07060 RELEASE #TCR06604 | | Customer contact person | | On date |
| Invoice description XXGeneral Motors (9001/ANAB)(Bowling Green, KY) | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 70003721 | | | |
| PERIODIC AUDIT - PER ATTACHED DETAILS SEQ #00010 ITEM ID 1416-00NM: 4 DAYS @ $985.00/DAY = $3940.00 SEQ #00006 ITEM TRAV-TIME: 26 HOURS @ $65.00/HOUR = $1690.00 | 0/ | F  2210 | 5,630.00 |
| Expenses SEQ #00011 ITEM ID 1294-09TM = $1542.86 | 0/ | R  2210 | 1,542.86 |
| INVOICE INQUIRIES:  MONIQUE DOMINICK:  PHONE 281-721-6739 EMAIL:  MONIQUE.DOMINICK@DNV.COM PF:  Periodic Audit PF | | | |

# Invoice

| | |
|---|---|
| General Motors - Bowling Green Assembly Plant<br>c/o OLIMPIC RECEIPTING<br>P.O. BOX 63490<br>PHOENIX, AZ 85082-3490<br><br>VAT No MI | Please Remit To: DNV Certification Inc.<br>P O Box 934927 Atlanta, GA 31193-4927<br>WIRES: Beneficiary Acct. #20096001<br>Beneficiary Bank: DnB NOR Bank<br>SWIFT Code DNBAUS33<br>Pay Thru Bank, Bank of New York, ABA# 021000018<br>ACH PYMT: Ben. Bank Acct. # 5610011020096001<br>ABA# 021000018 |

## Due date 2009-01-26

*Please quote only the numeric digits of the invoice number when remitting* →

| | | Invoice No<br>ZNAUS141 2738321 |
|---|---|---|

| Invoice date<br>2008-12-27 | Our ref.<br>Brady, Missy | DNV Id No | Client No<br>10049160 | Work completed at<br>BOWLING GREEN, KY |
|---|---|---|---|---|
| Your ref.<br>PO # GMB07060 RELEASE #TCR06604 | | Customer contact person | | On date |
| Invoice description<br>XXGeneral Motors (9001/ANAB)(Bowling Green, KY) | | | | On behalf of |

| | | |
|---|---|---|
| *Net amount* | | 7,172.86 |
| *Value added tax* | VAT not calculated in accordance with | 0.00 |
| *Total* | USD | 7,172.86 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net cash 30 days
Otherwise interest of 18.00% p.a. may be charged



# Invoice details

Invoice No: ZNAUS141 2738321
Customer:  10049160 - General Motors - Bowling Green Assembly Plant

Project No:          70003721
Project Description: General Motors (9001/ANAB)(Bowling Green, KY)

**70003721 - General Motors (9001/ANAB)(Bowling Green, KY)**

| Project | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Currency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70003721 PF | | Boring, Edward Travel | 200844 | 2008-10-29 | | 6.00 | | 65.000 | USD | 390.00 | 390.00 | | | |
| 70003721 PF | | Hunt, Lorri Hunt & Associates Travel | 200844 | 2008-10-29 | | 6.00 | | 65.000 | USD | 390.00 | 390.00 | | | |
| 70003721 PF | | Hunt, Lorri Hunt & Associates Periodic Audit - Days | 200844 | 2008-10-30 | | 1.00 | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70003721 PF | | Boring, Edward Periodic Audit - Days | 200844 | 2008-10-30 | | 1.00 | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70003721 PF | | Hunt, Lorri Hunt & Associates Travel | 200844 | 2008-10-31 | | 8.00 | | 65.000 | USD | 520.00 | 520.00 | | | |
| 70003721 PF | | Hunt, Lorri Hunt & Associates Periodic Audit - Days | 200844 | 2008-10-31 | | 1.00 | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70003721 PF | | Boring, Edward Periodic Audit - Days | 200844 | 2008-10-31 | | 1.00 | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70003721 PF | | Boring, Edward Travel | 200844 | 2008-10-31 | | 2.00 | | 65.000 | USD | 130.00 | 130.00 | | | |
| 70003721 PF | | Boring, Edward Travel | 200844 | 2008-11-01 | | 4.00 | | 65.000 | USD | 260.00 | 260.00 | | | |
| | | Time based PF | | | 4.00 | 26.00 | | | | | 5,630.00 | 5,630.00 | | |

**PERIODIC AUDIT - PER ATTACHED DETAILS**
SEQ #00010 ITEM ID 1416-00NM: 4 DAYS @ $985.00/DAY = $3940.00
SEQ #00006 ITEM TRAV-TIME: 26 HOURS @ $65.00/HOUR = $1690.00

| Project | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Currency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70003721 PF | | Boring, Edward Mileage own car | 200844 | | | | 650.00 | 0.585 | USD | 380.25 | 380.25 | | | |
| 70003721 PF | | Hunt, Lorri Hunt & Associates Parking | 200844 | | | | | | USD | 54.00 | 54.00 | | | |
| 70003721 PF | | Hunt, Lorri Hunt & Associates Car Rental | 200844 | | | | | | USD | 150.45 | 150.45 | | | |
| 70003721 PF | | Hunt, Lorri Hunt Mileage own car | 200844 | | | | 40.00 | 0.585 | USD | 23.40 | 23.40 | | | |
| 70003721 PF | | Hunt, Lorri Hunt & Associates Air Tickets (Claimed) | 200844 | | | | | | USD | 242.50 | 242.50 | | | |
| | | | | | | | | | | | **5,630.00** | **5,630.00** | **0.00** | **5,630.00** |

HOU010
No filter applied