# Invoice details

**DNV**

Invoice No:ZNAUS141 2738321
Customer: 10049160 - General Motors - Bowling Green Assembly Plant

Project No: 70003721
Project Description: General Motors (9001/ANAB)(Bowling Green, KY)

| Project No | Activity | Description | Week Date | Work Days | Hours | Number of | Rate | Currency | Amount | Amount | Invoiced in USD Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70003721 | PF | Boring, Edward Hotel & Lodging | 200844 | | | | | USD | 264.37 | 264.37 | | | |
| 70003721 | PF | Boring, Edward Subsistence/Meals | 200844 | | | | | USD | 150.00 | 150.00 | | | |
| 70003721 | PF | Hunt, Lorri Hunt & Associates Subsistence/Meals | 200844 | | | | | USD | 95.00 | 95.00 | | | |
| 70003721 | PF | Hunt, Lorri Hunt & Associates Gas | 200844 | | | | | USD | 15.65 | 15.65 | | | |
| 70003721 | PF | Hunt, Lorri Hunt & Associates Hotel & Lodging | 200844 | | | | | USD | 167.24 | 167.24 | | | |
| 70003721 | PF | Expenses PF | | | | 690.00 | | USD | 1,542.86 | 1,542.86 | 0.00 | 1,542.86 | 1,542.86 |

**Expenses**
SEQ #00011 ITEM ID 1294-09TM = $1542.86

Totals for project: 70003721 - General Motors (9001/ANAB)(Bowling Green, KY)  0.00  1,542.86  1,542.86

| | Fee | Expense | Total |
|---|---|---|---|
| | 5,630.00 | 1,542.86 | 7,172.86 |

Total Invoice No: ZNAUS141 2738321   5,630.00   0.00   1,542.86   7,172.86

Printed 2009.06.09 at 12:34:21

HOU010
No filter applied

General Motors Corporation
c/o OLIMPIC Receipting   P. O. Box 63490
Phoenix, AZ  85082-3490
USA

VAT No MI

Please Remit To: DNV Certification
Inc.
P O Box 934927  Atlanta, GA
31193-4927
WIRES: Beneficiary Acct.
#20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York,
ABA# 021000018
ACH PYMT: Ben. Bank Acct. #
56100110020096001
ABA# 021000018

Due date 2008-12-20

*Please quote only the numeric digits
of the invoice number when remitting* ↓

| | |
|---|---|
| Invoice No | ZNAUS141 2736949 |

| Invoice date 2008-10-21 | Our ref. Dominick, Monique | DNV Id No | Client No 1240469 | Work completed at Orion Township, MI |
|---|---|---|---|---|
| Your ref. PO #GMB07060 | | Customer contact person | | On date |
| Invoice description General Motors Corp. (14001/ANAB)(Lake Orion,MI) | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 70001140 | | | |
| Periodic Audit-Per attached details SEQ#00010 ITEM ID1416-00NM: 5 days @ $985.00/day= $4925.00 SEQ#00011 ITEM ID 1294-09TM: $2648.08 | 0/ | F  2213 | 6,030.00 |
| Expenses | 0/ | R  2213 | 1,543.08 |
| INQUIRIES: Melissa Dortch 281 721-6764 email: melissa.dortch@dnv.com | | | |
| P1:  Periodic Audit; P1 | | | |

# Invoice

General Motors Corporation
c/o OLIMPIC Receipting   P. O. Box 63490
Phoenix, AZ   85082-3490
USA

VAT No MI

Please Remit To: DNV Certification
Inc.
P O Box 934927  Atlanta, GA
31193-4927
WIRES: Beneficiary Acct.
#20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York,
ABA# 021000018
ACH PYMT: Ben. Bank Acct. #
56100110020096001
ABA# 021000018

Due date 2008-12-20

*Please quote only the numeric digits
of the invoice number when remitting* →↓

| Invoice No |
| ZNAUS141 2736949 |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
|---|---|---|---|---|
| 2008-10-21 | Dominick, Monique | | 1240469 | Orion Township, MI |

| Your ref. | Customer contact person | On date |
|---|---|---|
| PO #GMB07060 | | |

| Invoice description | On behalf of |
|---|---|
| General Motors Corp. (14001/ANAB)(Lake Orion,MI) | |

| Net amount | | 7,573.08 |
|---|---|---|
| Value added tax | VAT not calculated in accordance with | 0.00 |
| Total | USD | 7,573.08 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached
Otherwise interest of 18.00% p.a. may be charged



# Invoice details

Invoice No.ZNAUS141 2736949
Customer: 1240469 - General Motors Corporation

Project No: 7000140
Project Description: General Motors Corp. (14001/ANAB)(Lake Orion,MI

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Curr ency | Rate | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Invoiced in USD | | | |
| 7000140 - General Motors Corp. (14001/ANAB)(Lake Orion | | | | | | | | | | | | | | |
| 7000140 | P1 | Sukaskas, Michael Travel | 200834 | 2008-08-18 | | 8.00 | | 65.000 | USD | 520.00 | 520.00 | | | |
| 7000140 | P1 | Sukaskas, Michael Periodic Audit - Days | 200834 | 2008-08-18 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 7000140 | P1 | Sukaskas, Michael Periodic Audit - Days | 200834 | 2008-08-19 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 7000140 | P1 | Sukaskas, Michael Periodic Audit - Days | 200834 | 2008-08-20 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 7000140 | P1 | Sukaskas, Michael Periodic Audit - Days | 200834 | 2008-08-21 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 7000140 | P1 | Sukaskas, Michael Periodic Audit - Days | 200834 | 2008-08-22 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 7000140 | P1 | Sukaskas, Michael Travel | 200834 | 2008-08-22 | | 9.00 | | 65.000 | USD | 585.00 | 585.00 | | | |
| 7000140 | P1 | Time based P1 | | | 5.00 | 17.00 | | | | | 6,030.00 | 6,030.00 | 0.00 | 6,030.00 |

**Periodic Audit-Per attached details**
SEQ#00010 ITEM ID1416-00NM: 5 days @ $985.00/day= $4925.00
SEQ#00010 ITEM ID1416-00NM: 5 days @ $985.00/day= $4925.00
SEQ#00011 ITEM ID 1294-09TM: $2648.08

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Curr ency | Rate | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7000140 | P1 | Sukaskas, Michael Hotel & Lodging | 200834 | | | | | | USD | 499.32 | 499.32 | | | |
| 7000140 | P1 | Sukaskas, Michael Air Tickets (Claimed) | 200834 | | | | | | USD | 498.76 | 498.76 | | | |
| 7000140 | P1 | Sukaskas, Michael Car Rental | 200834 | | | | | | USD | 229.80 | 229.80 | | | |
| 7000140 | P1 | Sukaskas, Michael Parking | 200834 | | | | | | USD | 60.00 | 60.00 | | | |
| 7000140 | P1 | Sukaskas, Michael Mileage own car | 200834 | | | | | 60.00 | 0.445 | USD | 26.70 | 26.70 | | | |
| 7000140 | P1 | Sukaskas, Michael Gas | 200834 | | | | | | USD | 53.50 | 53.50 | | | |
| 7000140 | P1 | Sukaskas, Michael Subsistence/Meals | 200834 | | | | | | USD | 175.00 | 175.00 | | | |

# Invoice details

Invoice No: ZNAUSI141 2736949
Customer:  1240469 - General Motors Corporation

Project No:  70001140
Project Description:  General Motors Corp. (14001/ANAB)(Lake Orion,MI

| Project No | Activity | Description | Work Week Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Invoiced in USD | | |
| 70001140  P1 | | Expenses P1 | | | 60.00 | | | | | 1,543.08 | 0.00 | 1,543.08 | 1,543.08 |
| | Expenses | | | | | | | | | | 0.00 | 1,543.08 | 1,543.08 |

Totals for project: 70001140 - General Motors Corp. (14001/ANAB)(Lake Orion,MI)

| | | |
|---|---|---|
| 6,030.00 | 1,543.08 | 7,573.08 |

Total Invoice No: ZNAUSI141 2736949

| | | |
|---|---|---|
| 6 030,00 | 1 543,08 | 7 573,08 |

Printed 2009.06.09 at 15:03:39

# Invoice

General Motors Corp. Powertrain
CASEY ESSARY
2995 River Rd.
Buffalo, NY  14207-1099
USA

VAT No NY

Please Remit To: DNV Certification
Inc.
P O Box 934927  Atlanta, GA
31193-4927
WIRES: Beneficiary Acct.
#20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York,
ABA# 021000018
ACH PYMT: Ben. Bank Acct. #
56100110020096001
ABA# 021000018

Due date 2008-11-12

*Please quote only the numeric digits
of the invoice number when remitting* →

| Invoice No |
| --- |
| ZNAUS141 2736743 |

| Invoice date 2008-10-13 | Our ref. Brady, Missy | DNV Id No | Client No 10004054 | Work completed at BUFFALO, NY |
| --- | --- | --- | --- | --- |
| Your ref. PO# GMB07060 | | Customer contact person CASEY ESSARY | | On date |
| Invoice description General Motors (14001/ANAB)(Tonawanda, NY) | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
| --- | --- | --- | --- |
| DNV Project No: 70001997 | | | |
| Periodic Audit - per attached details SEQ#00010  1416-00NM: 5 DAYS @ $985.00/DAY= $4925.00 SEQ#00006  TRAV-TIME: 9 HOURS @ $65.00/HOUR= $585.00 | 0/ | F  2213 | 5,510.00 |
| Expenses SEQ#00007  TRAV-0EXP: $2217.17 | 0/ | R  2213 | 2,217.17 |
| INVOICE INQUIRIES:  NIA HARRIS:  PHONE 281-721-6636 EMAIL: NIA.HARRIS@DNV.COM | | | |
| PF:  Periodic Audit Final | | | |

# Invoice

General Motors Corp. Powertrain
CASEY ESSARY
2995 River Rd.
Buffalo, NY   14207-1099
USA

**VAT No NY**

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

## Due date 2008-11-12

*Please quote only the numeric digits of the invoice number when remitting* ↓

| | | | | |
|---|---|---|---|---|
| | | | | Invoice No ZNAUS141 2736743 |
| Invoice date 2008-10-13 | Our ref. Brady, Missy | DNV Id No | Client No 10004054 | Work completed at BUFFALO, NY |
| Your ref. PO# GMB07060 | | Customer contact person CASEY ESSARY | | On date |
| Invoice description General Motors (14001/ANAB)(Tonawanda, NY) | | | | On behalf of |

| | | |
|---|---|---|
| *Net amount* | | 7,727.17 |
| *Value added tax*  VAT not calculated in accordance with | | 0.00 |
| *Total* | USD | 7,727.17 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net cash 30 days

Otherwise interest of 18.00% p.a. may be charged



# Invoice details

Invoice No:ZNAUSI41 2736743
Customer: 10004054 - General Motors Corp. Powertrain

Project No: 70001997
Project Description: General Motors (14001/ANAB)(Tonawanda, NY)

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Curr ency | Rate | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **Invoiced in USD** | | |
| **70001997 - General Motors (14001/ANAB)(Tonawanda, NY)** | | | | | | | | | | | | | | |
| 70001997 | PF | Byers, R. Lee Periodic Audit - Days | 200834 | 2008-08-20 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70001997 | PF | Underwood, Greg Periodic Audit - Days | 200834 | 2008-08-20 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70001997 | PF | Byers, R. Lee Periodic Audit - Days | 200834 | 2008-08-21 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70001997 | PF | Byers, R. Lee Travel | 200834 | 2008-08-21 | | 8.00 | | 65.000 | USD | 520.00 | 520.00 | | | |
| 70001997 | PF | Underwood, Greg Periodic Audit - Days | 200834 | 2008-08-21 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70001997 | PF | Underwood, Greg Periodic Audit - Days | 200834 | 2008-08-22 | 0.50 | | | 985.000 | USD | 492.50 | 492.50 | | | |
| 70001997 | PF | Byers, R. Lee Travel | 200834 | 2008-08-22 | | 1.00 | | 65.000 | USD | 65.00 | 65.00 | | | |
| 70001997 | PF | Byers, R. Lee Periodic Audit - Days | 200834 | 2008-08-22 | 0.50 | | | 985.000 | USD | 492.50 | 492.50 | | | |
| 70001997 | PF | Time based PF | | | 5.00 | 9.00 | | | | | 5,510.00 | 5,510.00 | 0.00 | 5,510.00 |

**Periodic Audit - per attached details**
SEQ#00010  1416-00NM: 5 DAYS @ $985.00/DAY= $4925.00
SEQ#00006  TRAV-TIME: 9 HOURS @ $65.00/HOUR= $585.00

| 70001997 | PF | Underwood, Greg Air Tickets (Claimed) | 200834 | | | | | USD | | 303.75 | 303.75 | | | |
| 70001997 | PF | Byers, R. Lee Air Tickets (Claimed) | 200834 | | | | | USD | | 432.00 | 432.00 | | | |
| 70001997 | PF | Underwood, Greg Parking | 200834 | | | | | USD | | 61.00 | 61.00 | | | |
| 70001997 | PF | Byers, R. Lee Gas | 200834 | | | | | USD | | 34.01 | 34.01 | | | |
| 70001997 | PF | Byers, R. Lee Hotel & Lodging | 200834 | | | | | USD | | 574.17 | 574.17 | | | |
| 70001997 | PF | Underwood, Greg Subsistence/Meals | 200834 | | | | | USD | | 135.00 | 135.00 | | | |

HOU010
No filter applied

**DNV**

# Invoice details

Invoice No: ZNAUS141 2736743
Customer: 10004054 - General Motors Corp. Powertrain

Project No: 70001997
Project Description: General Motors (1400I/ANAB)(Tonawanda, NY)

| Project | | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Currency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Invoiced in USD | | |
| 70001997 | PF | | Underwood, Greg Hotel & Lodging | 200834 | | | | | | USD | 307.08 | 307.08 | | | |
| 70001997 | PF | | Byers, R. Lee Subsistence/Meals | 200834 | | | | | | USD | 108.00 | 108.00 | | | |
| 70001997 | PF | | Byers, R. Lee Parking | 200834 | | | | | | USD | 36.00 | 36.00 | | | |
| 70001997 | PF | | Byers, R. Lee Car Rental | 200834 | | | | | | USD | 154.04 | 154.04 | | | |
| 70001997 | PF | | Byers, R. Lee Baggage Fee | 200834 | | | | | | USD | 30.00 | 30.00 | | | |
| 70001997 | PF | | Byers, R. Lee Mileage own car | 200834 | | | | 47.00 | 0.585 | USD | 27.50 | 27.50 | | | |
| 70001997 | PF | | Underwood, Greg Mileage own car | 200834 | | | | 25.00 | 0.585 | USD | 14.63 | 14.63 | | | |
| 70001997 | PF | | Expenses PF | | | | | 72.00 | | | | 2,217.17 | 0.00 | 2,217.17 | 2,217.17 |

**Expenses**
**SEQ#00007 TRAV-0EXP: $2217.17**

Totals for project: 70001997 - General Motors (1400I/ANAB)(Tonawanda, NY)    0.00    2,217.17    2,217.17

Total Invoice No. ZNAUS141 2736743    5,510.00    2,217.17    7,727.17

| | | | |
|---|---|---|---|
| | 5,510.00 | 2,217.17 | 7,727.17 |

# Invoice

General Motors
c/o OLIMPIC Receipting
P. O. Box 63490
Phoenix, AZ 85082-3490

VAT No AZ

Please Remit To: DNV Certification Inc.
P O Box 934927 Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

### Due date 2008-10-26

*Please quote only the numeric digits of the invoice number when remitting*

| | | |
|---|---|---|
| | Invoice No | ZNAUS149 2735794 |

| Invoice date 2008-08-27 | Our ref. Dominick, Monique | DNV Id No | Client No 1245570 | Work completed at MANSFIELD, OH |
|---|---|---|---|---|
| Your ref. PO #GMB07060, REL #TCR92024 | | Customer contact person | | On date |
| Invoice description +ISO 9001 (ANAB) General Motors MFD | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 59672463 | | | |
| ReCertification Audit-Per attached details SEQ#00010 ITEM ID1416-00NM: 7 DAYS @ $985.00/DAY=$6895.00 SEQ#00006 ITEM IDTRAV-TIME: 6 HOURS @ $65.00/HOUR=$390.00 | 0/ | F  2210 | 7,285.00 |
| Expenses SEQ#00007 ITEM ID TRAV-0EXP: $959.44 | 0/ | R  2210 | 959.44 |
| INQUIRIES: Melissa Dortch 281 721-6764 email: melissa.dortch@dnv.com | | | |

| Net amount | | 8,244.44 |
|---|---|---|
| Value added tax  VAT not calculated in accordance with | | 0.00 |
| Total | USD | 8,244.44 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached
Otherwise interest of 18.00% p.a. may be charged



# Invoice details

Invoice No: ZNAUS149 2735794
Customer: 124570 - General Motors

Project No: 59672463
Project Description: +ISO 9001 (ANAB) General Motors MFD

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Currency | Amount | Invoiced in USD Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **59672463 - +ISO 9001 (ANAB) General Motors MFD** | | | | | | | | | | | | | | |
| 59672463 | | Harrison, James T. Travel | 200825 | 2008-06-16 | | 3.00 | | 65.000 | USD | 195.00 | 195.00 | | | |
| 59672463 | | Kucko, Michael Recertification Audit - Days | 200825 | 2008-06-17 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 59672463 | | Harrison, James T. Recertification Audit - Days | 200825 | 2008-06-17 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 59672463 | | Kucko, Michael Recertification Audit - Days | 200825 | 2008-06-18 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 59672463 | | Harrison, James T. Recertification Audit - Days | 200825 | 2008-06-18 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 59672463 | | Harrison, James T. Recertification Audit - Days | 200825 | 2008-06-19 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 59672463 | | Kucko, Michael Recertification Audit - Days | 200825 | 2008-06-19 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 59672463 | | Harrison, James T. Travel | 200825 | 2008-06-20 | | 3.00 | | 65.000 | USD | 195.00 | 195.00 | | | |
| 59672463 | | Kucko, Michael Recertification Audit - Days | 200825 | 2008-06-20 | 0.50 | | | 985.000 | USD | 492.50 | 492.50 | | | |
| 59672463 | | Harrison, James T. Recertification Audit - Days | 200825 | 2008-06-20 | 0.50 | | | 985.000 | USD | 492.50 | 492.50 | | | |
| | | Time based | | | 7.00 | 6.00 | | | | 7,285.00 | 7,285.00 | | | |

**ReCertification Audit-Per attached details**
SEQ#00010 ITEM ID1416-00NM: 7 DAYS @ $985.00/DAY=$6895.00
SEQ#00006 ITEM IDTRAV-TIME: 6 HOURS @ $65.00/HOUR=$390.00

| Project No | Description | Week | Number of | Rate | Currency | Amount | Invoiced Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 7,285.00 | 0.00 | | 7,285.00 |
| 59672463 | Harrison, James T. Subsistence/Meals | 200825 | 75.00 | | USD | 75.00 | 75.00 | | | |
| 59672463 | Harrison, James T. Mileage own car | 200825 | 110.00 | 0.445 | USD | 48.95 | 48.95 | | | |
| 59672463 | Kucko, Michael Mileage own car | 200825 | 290.00 | 0.445 | USD | 129.05 | 129.05 | | | |
| 59672463 | Harrison, James T. Hotel & Lodging | 200825 | | | USD | 315.72 | 315.72 | | | |
| | | | | | | | 7,285.00 | 0.00 | 7,285.00 | |

HOU010
No filter applied

# Invoice details

Invoice No:ZNAUS149 2735794
Customer:  1245570 - General Motors

Project No:  59672463
Project Description: +ISO 9001 (ANAB) General Motors MFD

| Project No | Activity | Description | Work Week Date | Days | Hours | Number of | Curr Rate ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Invoiced in USD | | | |
| 59672463 | | Kucko, Michael Hotel & Lodging | 200825 | | | | USD | 315.72 | 315.72 | | | |
| 59672463 | | Kucko, Michael Subsistence/Meals | 200825 | | | | USD | 75.00 | 75.00 | | | |
| 59672463 | | Expenses | | | | 400.00 | | | 959.44 | 0.00 | 959.44 | 959.44 |

Expenses
SEQ#00007 ITEM ID TRAV-0EXP: $959.44

| | Amount | Fee | Expense | Total |
|---|---|---|---|---|
| Totals for project: 59672463 - +ISO 9001 (ANAB) General Motors MFD | 7,285.00 | 0.00 | 959.44 | 8,244.44 |
| Total Invoice No: ZNAUS149 2735794 | 7,285.00 | | 959.44 | 8,244.44 |

# Invoice

GM Powertrain Components Plant
SUZY BROWN
C/O OLIMPIC RECEIPTING
P.O. BOX 63490
PHOENIX, AZ 85082-3490

VAT No MI

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 5610011002096001
ABA# 021000018

## Due date 2009-07-30

*Please quote only the numeric digits of the invoice number when remitting*

| | | | | | Invoice No ZAMUS141 2741980 |
|---|---|---|---|---|---|
| Invoice date 2009-05-31 | Our ref. Accounting Business Assurance | DNV Id No | Client No 1240474 | | Work completed at Bay City, MI |
| Your ref. PO # GMB07060 | | Customer contact person SUZY BROWN | | | On date |
| Invoice description GM Powertrain (16949/IATF)(Bay City, MI) | | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 70002004 ConCert Id: PRJC-67980-2008-MSC-USA | | | |
| Recertification Audit/Follow-Up Audit - Per attached details | 0/ | F 2270 | 7,447.50 |
| Expenses | 0/ | R 2270 | 899.92 |
| For questions or to pay by Credit Card please contact: Monique.Dominick@dnv.com 281-396-1739 | | | |
| **WE ACCEPT CREDIT CARD PAYMENTS** Visa, MC, American Express RC: ReCertification Audit | | | |

| | | | |
|---|---|---|---|
| *Net amount* | | | 8,347.42 |
| *Value added tax* | VAT not calculated in accordance with | | 0.00 |
| *Total* | | USD | 8,347.42 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached
Otherwise interest of 18.00% p.a. may be charged

# Invoice details

Invoice No: ZAMUSI41 2741980
Customer: 1240474 - GM Powertrain Components Plant

Project No: 70002004
Project Description: GM Powertrain (16949/IATF)(Bay City, MI)

**70002004 - GM Powertrain (16949/IATF)(Bay City, MI)**

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate Currency | Amount | Amount (Invoiced in USD) | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70002004 | FU | Sousa, Paul | 200833 | 2008-08-11 | 0.50 | | 920.000 | 460.000 USD | 460.00 | 460.00 | | | 460.00 |
| | | Follow-Up Audit - Days | | | | | | | | | | | |
| | | Time based FU | | | 0.50 | 0.00 | | | | 460.00 | 460.00 | 0.00 | 460.00 |
| | | **Recertification Audit/Follow-Up Audit - Per attached details** | | | | | | | | | | | |
| 70002004 | RC | Cohrac, Mark / Travel | 200921 | 2009-05-18 | | 3.00 | 80.000 | 80.000 USD | 240.00 | 240.00 | | | 240.00 |
| 70002004 | RC | Cohrac, Mark / TS Audits | 200921 | 2009-05-19 | 0.75 | | 1,125.000 | 1,125.000 USD | 843.75 | 843.75 | | | 843.75 |
| 70002004 | RC | Slabey, Martin / TS Audits | 200921 | 2009-05-19 | 0.75 | | 1,125.000 | 1,125.000 USD | 843.75 | 843.75 | | | 843.75 |
| 70002004 | RC | Slabey, Martin / Travel | 200921 | 2009-05-19 | | 2.00 | 80.000 | 80.000 USD | 160.00 | 160.00 | | | 160.00 |
| 70002004 | RC | Slabey, Martin / TS Audits | 200921 | 2009-05-20 | 1.00 | | 1,125.000 | 1,125.000 USD | 1,125.00 | 1,125.00 | | | 1,125.00 |
| 70002004 | RC | Cohrac, Mark / TS Audits | 200921 | 2009-05-20 | 1.00 | | 1,125.000 | 1,125.000 USD | 1,125.00 | 1,125.00 | | | 1,125.00 |
| 70002004 | RC | Cohrac, Mark / TS Audits | 200921 | 2009-05-21 | 1.00 | | 1,125.000 | 1,125.000 USD | 1,125.00 | 1,125.00 | | | 1,125.00 |
| 70002004 | RC | Slabey, Martin / TS Audits | 200921 | 2009-05-21 | 1.00 | | 1,125.000 | 1,125.000 USD | 1,125.00 | 1,125.00 | | | 1,125.00 |
| 70002004 | RC | Cohrac, Mark / Travel | 200921 | 2009-05-21 | | 3.00 | 80.000 | 80.000 USD | 240.00 | 240.00 | | | 240.00 |
| 70002004 | RC | Slabey, Martin / Travel | 200921 | 2009-05-21 | | 2.00 | 80.000 | 80.000 USD | 160.00 | 160.00 | | | 160.00 |
| | | Time based RC | | | 5.50 | 10.00 | | | | 6,987.50 | 6,987.50 | 0.00 | 6,987.50 |
| 70002004 | RC | Slabey, Martin / Subsistence/Meals | 200921 | | | | | USD | 43.80 | 43.80 | | | 43.80 |
| 70002004 | RC | Cohrac, Mark / Subsistence/Meals | 200921 | | | | | USD | 130.00 | 130.00 | | | 130.00 |
| 70002004 | RC | Cohrac, Mark / Mileage own car | 200921 | | | | 338.00 | 0.445 USD | 150.41 | 150.41 | | | 150.41 |
| | | | | | | | | | | 7,447.50 | 7,447.50 | 0.00 | 7,447.50 |

Printed 2009.06.09 at 11:16:57

HOU010
No filter applied



**DNV**

# Invoice details

Invoice No: ZAMUS141 2741980
Customer: 1240474 - GM Powertrain Components Plant

Project No: 70002004
Project Description: GM Powertrain (16949/IATF)(Bay City, MI)

| Project No | Activity | Description | Week Work Date | Days | Hours | Number of | Rate | Currency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70002004 | RC | Slabey, Martin | 200921 | | | | | USD | 187.92 | 187.92 | | | |
| 70002004 | RC | Hotel & Lodging Slabey, Martin | 200921 | | | 238.00 | 0.445 | USD | 105.91 | 105.91 | | | |
| 70002004 | RC | Mileage own car Cobrac, Mark | 200921 | | | | | USD | | | | | |
| 70002004 | RC | Hotel & Lodging Expenses RC | | | | | | USD | 281.88 | 281.88 | | | |

|  | | Expenses | | | | 576.00 | | | | 899.92 | 0.00 | 899.92 | 899.92 |

Totals for project: 70002004 - GM Powertrain (16949/IATF)(Bay City, MI)    0.00    899.92    899.92

Total Invoice No: ZAMUS141 2741980    7,447.50    899.92    8,347.42

Invoiced in USD

HOU010
No filter applied

Printed 2009.06.09 at 11:16:57

# Invoice

General Motors
ACCOUNTS PAYABLE
c/o OLIMPIC Receipting
P.O. Box 63490
Phoenix, AZ  85082-3490

VAT No AZ

Please Remit To: DNV Certification
Inc.
P O Box 934927  Atlanta, GA
31193-4927
WIRES: Beneficiary Acct.
#20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York,
ABA# 021000018
ACH PYMT: Ben. Bank Acct. #
5610011002096001
ABA# 021000018

Due date 2009-06-25

*Please quote only the numeric digits
of the invoice number when remitting*

| Invoice No |
| --- |
| ZAMUS141 2740957 |

| Invoice date 2009-04-26 | Our ref. Accounting Business Assurance | DNV Id No | Client No 1245570 | Work completed at Arlington, TX |
| --- | --- | --- | --- | --- |
| Your ref. PO#GMB07060/REL#TCR19090 | | Customer contact person ACCOUNTS PAYABLE | | On date |
| Invoice description General Motors - Arlington Assembly Plant (9001/ANAB)(Arlington, TX) | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
| --- | --- | --- | --- |
| DNV Project No: 70002668 | | | |
| Recertification Audit - per attached details SEQ#00010 ITEM ID 1416-00NM: 7 DAYS@ $985.00/DAY= $6895.00 SEQ#00006 ITEM ID 1294-09TM: 9HRS @ 65.00/HR= $585.00 | 0/ | F 2210 | 7,480.00 |
| Expenses SEQ#00011 ITEM ID 1294-09TM: $1263.67 | 0/ | R 2210 | 1,263.67 |
| INVOICE INQUIRIES: NIA HARRIS:  PHONE 281-721-1636 EMAIL:  NIA.HARRIS@DNV.COM | | | |
| RC:  Recertification Audit | | | |

# Invoice

General Motors
ACCOUNTS PAYABLE
c/o OLIMPIC Receipting
P.O. Box 63490
Phoenix, AZ  85082-3490

VAT No AZ

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 5610011002009601
ABA# 021000018

Due date 2009-06-25

*Please quote only the numeric digits
of the invoice number when remitting* →↓

| | | | | |
|---|---|---|---|---|
| | | | | **Invoice No**<br>ZAMUS141 2740957 |
| Invoice date<br>2009-04-26 | Our ref.<br>Accounting Business Assurance | DNV Id No | Client No<br>1245570 | Work completed at<br>Arlington, TX |
| Your ref.<br>PO#GMB07060/REL#TCR19090 | | Customer contact person<br>ACCOUNTS PAYABLE | | On date |
| Invoice description<br>General Motors - Arlington Assembly Plant (9001/ANAB)(Arlington, TX) | | | | On behalf of |

| | | |
|---|---|---|
| *Net amount* | | 8,743.67 |
| *Value added tax*   VAT not calculated in accordance with | | 0.00 |
| *Total* | USD | 8,743.67 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached
Otherwise interest of 18.00% p.a. may be charged

09-50026-mg    Doc 693-5    Filed 06/11/09    Entered 06/11/09 17:45:40    Exhibit B
Pg 18 of 25



# Invoice details

Invoice No: ZAMUS141 2740957
Customer: 1245570 - General Motors

Project No: 70002668
Project Description: General Motors - Arlington Assembly Plant (9001/AN...)

|  |  |  |  |  |  |  |  |  |  |  | Invoiced in USD |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prg No | Activity | Description | Week | Work Date | Days | Hours | Number of | Curr ency | Rate | Amount | Amount | Fee | Expense | Total |
| 70002668 - General Motors - Arlington Assembly Plant (9001/ |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 70002668 | RC | Merrifield, John Travel | 200913 | 2009-03-23 |  | 4.00 |  | USD | 65.000 | 260.00 | 260.00 |  |  |  |
| 70002668 | RC | Bliobenes, Bob Recertification Audit - Days | 200913 | 2009-03-24 | 1.00 |  |  | USD | 985.000 | 985.00 | 985.00 |  |  |  |
| 70002668 | RC | Merrifield, John Recertification Audit - Days | 200913 | 2009-03-24 | 1.00 |  |  | USD | 985.000 | 985.00 | 985.00 |  |  |  |
| 70002668 | RC | Merrifield, John Recertification Audit - Days | 200913 | 2009-03-25 | 1.00 |  |  | USD | 985.000 | 985.00 | 985.00 |  |  |  |
| 70002668 | RC | Bliobenes, Bob Recertification Audit - Days | 200913 | 2009-03-25 | 1.00 |  |  | USD | 985.000 | 985.00 | 985.00 |  |  |  |
| 70002668 | RC | Merrifield, John Recertification Audit - Days | 200913 | 2009-03-26 | 1.00 |  |  | USD | 985.000 | 985.00 | 985.00 |  |  |  |
| 70002668 | RC | Bliobenes, Bob Recertification Audit - Days | 200913 | 2009-03-26 | 1.00 |  |  | USD | 985.000 | 985.00 | 985.00 |  |  |  |
| 70002668 | RC | Merrifield, John Travel | 200913 | 2009-03-27 |  | 5.00 |  | USD | 65.000 | 325.00 | 325.00 |  |  |  |
| 70002668 | RC | Merrifield, John Recertification Audit - Days | 200913 | 2009-03-27 | 0.50 |  |  | USD | 985.000 | 492.50 | 492.50 |  |  |  |
| 70002668 | RC | Bliobenes, Bob Recertification Audit - Days | 200913 | 2009-03-27 | 0.50 |  |  | USD | 985.000 | 492.50 | 492.50 |  |  |  |
| 70002668 | RC | Time based RC |  |  | 7.00 | 9.00 |  |  |  | 7,480.00 | 7,480.00 |  |  |  |

**Recertification Audit - per attached details**
SEQ#00010 ITEM ID 1416-00NM: 7 DAYS@ $985.00/DAY=$6895.00
SEQ#00006 ITEM ID 1294-09TW: 9HRS @ 65.00/HR= $585.00

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70002668 | RC | Bliobenes, Bob Mileage own car | 200913 |  |  |  | 140.00 | USD | 0.445 | 62.30 | 62.30 |  |  |  |
| 70002668 | RC | Merrifield, John Air Tickets (Claimed) | 200913 |  |  |  |  | USD |  | 272.20 | 272.20 |  |  |  |
| 70002668 | RC | Merrifield, John Gas | 200913 |  |  |  |  | USD |  | 12.52 | 12.52 |  |  |  |
| 70002668 | RC | Merrifield, John Car Rental | 200913 |  |  |  |  | USD |  | 316.69 | 316.69 |  |  |  |
|  |  |  |  |  |  |  |  |  |  | **7,480.00** | **7,480.00** | **0.00** | | **7,480.00** |

# Invoice details

Invoice No: ZAMUS141 2740957
Customer: 124570 - General Motors

Project No: 70002668
Project Description: General Motors - Arlington Assembly Plant (9001/AN

| Project No | Activity | Description | Work Week Date | Days Hours | Number of | Curr ency | Rate | Amount | Amount | Invoiced in USD Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70002668 RC | | Merrifield, John Hotel & Lodging | 200913 | | | USD | | 386.48 | 386.48 | | | |
| 70002668 RC | | Merrifield, John Subsistence/Meals | 200913 | | | USD | | 185.00 | 185.00 | | | |
| 70002668 RC | | Merrifield, John Mileage own car | 200913 | | 64.00 | USD | 0.445 | 28.48 | 28.48 | | | |
| 70002668 RC | | Expenses RC | | | 204.00 | | | | 1,263.67 | 0.00 | 1,263.67 | 1,263.67 |

Expenses
SEQ#00011 ITEM ID 1294-09TM: $1263.67

Totals for project: 70002668 - General Motors - Arlington Assembly Plant (9001/ANAB)(Arlington, TX)    7,480.00    0.00    1,263.67    1,263.67

Total Invoice No: ZAMUS141 2740957    7 480,00    1 263,67    8 743,67

# Invoice

General Motors Powertrain - Bedford Casting
C/O OLIMPIC RECEIPTING
P.O. BOX 63490
PHOENIX, AZ 85082-3490

VAT No IN

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 5610011002096001
ABA# 021000018

Due date 2009-06-30

*Please quote only the numeric digits of the invoice number when remitting* →

Invoice No
ZAMUS141 2741972

| Invoice date 2009-05-31 | Our ref. Accounting Business Assurance | DNV Id No | Client No 10049180 | Work completed at Bedford, IN |
|---|---|---|---|---|
| Your ref. PO # GMB07060 | | Customer contact person | | On date |
| Invoice description GM Bedford (ISO/TS-IAFT)(Bedford, IN) | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 70003739 ConCert Id: PRJC-97978-2008-MSC-USA | | | |
| Periodic Audit - Per attached details SEQ # 00003 ITEM ID TS16-FULL: 5 DAYS @ $1125.00/DAY = $5625.00 SEQ #00006 ITEM ID TRAV-TIME: 28 HOURS @ $65.00.HOUR = $1820.00 | 0/ | F  2270 | 7,445.00 |
| Expenses SEQ #00011 ITEM ID 1294-09TM: $1898.17 | 0/ | R  2270 | 1,898.17 |
| INVOICE INQUIRIES:  MONIQUE DOMINICK:  PHONE 281-396-1739 EMAIL:  MONIQUE.DOMINICK@DNV.COM PF:  Periodic Audit; PF | | | |

# Invoice

General Motors Powertrain - Bedford Casting
C/O OLIMPIC RECEIPTING
P.O. BOX 63490
PHOENIX, AZ 85082-3490

VAT No IN

Please Remit To: DNV Certification
Inc.
P O Box 934927  Atlanta, GA
31193-4927
WIRES: Beneficiary Acct.
#20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York,
ABA# 021000018
ACH PYMT: Ben. Bank Acct. #
56100110020096001
ABA# 021000018

Due date 2009-06-30

*Please quote only the numeric digits
of the invoice number when remitting*

Invoice No
**ZAMUS141 2741972**

| Invoice date 2009-05-31 | Our ref. Accounting Business Assurance | DNV Id No | Client No 10049180 | Work completed at Bedford, IN |
|---|---|---|---|---|
| Your ref. PO # GMB07060 | | Customer contact person | | On date |
| Invoice description GM Bedford (ISO/TS-IAFT)(Bedford, IN) | | | | On behalf of |

| | | |
|---|---|---|
| Net amount | | 9,343.17 |
| Value added tax   VAT not calculated in accordance with | | 0.00 |
| Total | USD | 9,343.17 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net cash 30 days

Otherwise interest of 18.00% p.a. may be charged



# Invoice details

Invoice No:ZAMUSI41 2741972
Customer: 10049180 - General Motors Powertrain - Bedford Casting

Project No: 70003739
Project Description: GM Bedford (TSIATF)(Bedford, IN)

| Project No | Activity | Description | Work Week | Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Invoiced in USD | | | |

**70003739 - GM Bedford (TSIATF)(Bedford, IN)**

| Project No | Activity | Description | Week | Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70003739 | PF | Slabey, Martin Periodic Audit - Days | 200919 | 2009-05-04 | 1.00 | | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 70003739 | PF | Leaning, John TS Audits | 200919 | 2009-05-04 | 1.00 | | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 70003739 | PF | Leaning, John TS Audits | 200919 | 2009-05-05 | 1.00 | | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 70003739 | PF | Slabey, Martin Periodic Audit - Days | 200919 | 2009-05-05 | 1.00 | | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 70003739 | PF | Leaning, John Travel | 200919 | 2009-05-06 | | 8.00 | | 65.000 | USD | 520.00 | 520.00 | | | |
| 70003739 | PF | Slabey, Martin Travel | 200919 | 2009-05-06 | | 6.00 | | 65.000 | USD | 390.00 | 390.00 | | | |
| 70003739 | PF | Slabey, Martin Periodic Audit - Days | 200919 | 2009-05-06 | 0.50 | | | 1,125.000 | USD | 562.50 | 562.50 | | | |
| 70003739 | PF | Leaning, John TS Audits | 200919 | 2009-05-06 | 0.50 | | | 1,125.000 | USD | 562.50 | 562.50 | | | |
| 70003739 | PF | Leaning, John Travel | 200919 | 2009-05-10 | | 8.00 | | 65.000 | USD | 520.00 | 520.00 | | | |
| 70003739 | PF | Slabey, Martin Travel | 200919 | 2009-05-10 | | 6.00 | | 65.000 | USD | 390.00 | 390.00 | | | |
| | | Time based PF | | | 5.00 | 28.00 | | | | 7,445.00 | 7,445.00 | | 0.00 | 7,445.00 |

**Periodic Audit - Per attached details**
**SEQ # 00003 ITEM ID TSI6-FULL: 5 DAYS @ $1125.00/DAY = $5625.00**
**SEQ #00006 ITEM ID TRAV-TIME: 28 HOURS @ $65.00.HOUR = $1820.00**

| Project No | Activity | Description | Week | Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70003739 | PF | Leaning, John Mileage own car | 200919 | | | | 60.00 | 0.550 | USD | 33.00 | 33.00 | | | |
| 70003739 | PF | Leaning, John Subsistence/Meals | 200919 | | | | | | USD | 123.00 | 123.00 | | | |
| 70003739 | PF | Leaning, John Hotel & Lodging | 200919 | | | | | | USD | 299.04 | 299.04 | | | |
| 70003739 | PF | Leaning, John Car Rental | 200919 | | | | | | USD | 141.90 | 141.90 | | | |

Printed 2009.06.09 at 11:08:23

DNV

## Invoice details

Invoice No:ZAMUS141 2741972
Customer: 10049180 - General Motors Powertrain - Bedford Casting

Project No:                70003739
Project Description: GM Bedford (TS/IATF)(Bedford, IN)

| Project No | Activity | Description | Week Work Date | Days Hours | Number of | Curr ency | Rate Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7003739 PF | | Slabey, Martin Hotel & Lodging | 200919 | | | USD | 276.64 | 276.64 | | | |
| 7003739 PF | | Leaning, John Gas | 200919 | | | USD | 16.90 | 16.90 | | | |
| 7003739 PF | | Leaning, John Parking | 200919 | | | USD | 39.00 | 39.00 | | | |
| 7003739 PF | | Leaning, John Air Tickets (Claimed) | 200919 | | | USD | 406.30 | 406.30 | | | |
| 7003739 PF | | Slabey, Martin Mileage own car | 200919 | 838.00 | 0.550 | USD | 460.90 | 460.90 | | | |
| 7003739 PF | | Slabey, Martin Subsistence/Meals | 200919 | | | USD | 101.49 | 101.49 | | | |
| 7003739 PF | | Expenses PF | | | | | | | | | |
| | | | | 898.00 | | | | 1,898.17 | 0.00 | 1,898.17 | 1,898.17 |

**Expenses**
**SEQ #:00011 ITEM ID 1294-09TM: $1898.17**

Totals for project: 7000739 - GM Bedford (TS/IATF)(Bedford, IN)    7,445.00    7,445.00    0.00    1,898.17    9,343.17

Total Invoice No: ZAMUS141 2741972    7,445,00    7,445,00    0.00    1,898.17    9,343,17

# Invoice

General Motors Regional Operations Support/Abatement
Systems -Mid-Michigan Region -NF235-Flint Assy.
c/o OLIMPIC Receipting   P. O. Box 63490
Phoenix, AZ   85082-3490
USA

**VAT No MI**

Please Remit To: DNV Certification
Inc.
P O Box 934927  Atlanta, GA
31193-4927
WIRES: Beneficiary Acct.
#20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York,
ABA# 021000018
ACH PYMT: Ben. Bank Acct. #
56100110020096001
ABA# 021000018

## Due date 2008-12-16

*Please quote only the numeric digits
of the invoice number when remitting*

| | |
|---|---|
| Invoice No | **ZNAUS141 2736817** |

| Invoice date 2008-10-17 | Our ref. Dominick, Monique | DNV Id No | Client No 10029731 | Work completed at FLINT, MI |
|---|---|---|---|---|
| Your ref. | | Customer contact person | | On date |

| Invoice description | On behalf of |
|---|---|
| General Motors Regional Assy(14001)(ANAB)(Flint,MI) | |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 70000887 | | | |
| ReCertification Audit-Per attached details SEQ#00010 ITEM IDE1416-00NM: 7 days @ $985.00/Day = $6895.00 SEQ#00011 ITEM IDE1294-09TM $2451.29 | 0/ | F  2213 | 7,935.00 |
| Expenses | 0/ | R  2213 | 1,411.28 |
| INQUIRIES: Melissa Dortch 281 721-6764 email: melissa.dortch@dnv.com RC: | | | |

| *Net amount* | | 9,346.28 |
|---|---|---|
| *Value added tax* | VAT not calculated in accordance with | 0.00 |
| *Total* | USD | **9,346.28** |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached

Otherwise interest of 18.00% p.a. may be charged



# Invoice details

Invoice No:ZNAUS141 2736817
Customer:  1002973 1 - General Motors Regional Operations Support/Abatement Systems -Mid-M

Project No:  70000887
Project Description: General Motors Regional Assy(14001)(ANAB)(Flint,

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Currency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70000887 - General Motors Regional Assy(14001)(ANAB)(Fli) | | | | | | | | | | | | | | |
| 70000887 | RC | Underwood, Greg Recertification Audit - Days | 200824 | 2008-06-13 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70000887 | RC | Underwood, Greg Recertification Audit - Days | 200825 | 2008-06-16 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70000887 | RC | Gant Robinson, Frances Recertification Audit - Days | 200825 | 2008-06-16 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70000887 | RC | Underwood, Greg Recertification Audit - Days | 200825 | 2008-06-17 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70000887 | RC | Gant Robinson, Frances Recertification Audit - Days | 200825 | 2008-06-17 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70000887 | RC | Gant Robinson, Frances Recertification Audit - Days | 200825 | 2008-06-18 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70000887 | RC | Underwood, Greg Recertification Audit - Days | 200825 | 2008-06-18 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70000887 | RC | Gant Robinson, Frances Travel | 200825 | 2008-06-18 | | 8.00 | | 65.000 | USD | 520.00 | 520.00 | | | |
| 70000887 | RC | Gant Robinson, Frances Travel | 200825 | 2008-06-22 | | 8.00 | | 65.000 | USD | 520.00 | 520.00 | | | |
| 70000887 | RC | Time based RC | | | 7.00 | 16.00 | | | | 7,935.00 | 7,935.00 | 7,935.00 | 0.00 | 7,935.00 |

**ReCertification Audit-Per attached details**
SEQ#00010 ITEM IDE1416-00NM: 7 days @ $985.00/Day= $6895.00
SEQ#00011 ITEM IDE1294-09TM $2451.29

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Currency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70000887 | RC | Underwood, Greg Subsistence/Meals | 200825 | | | | | | USD | | | | 28.97 | 28.97 |
| 70000887 | RC | Gant Robinson, Frances Subsistence/Meals | 200825 | | | | | | USD | | | | 144.50 | 144.50 |
| 70000887 | RC | Underwood, Greg Tolls | 200824 | | | | | | USD | | | | 8.00 | 8.00 |
| 70000887 | RC | Underwood, Greg Mileage own car | 200824 | | | 140.00 | 0.445 | | USD | | | | 62.30 | 62.30 |
| 70000887 | RC | Gant Robinson, Frances Air Tickets (Claimed) | 200825 | | | | | | USD | | | | 386.63 | 386.63 |

Invoiced in USD

HOU010
No filter applied