# Invoice details

Invoice No.:ZNAUSI41 2736817    Project No:    70000887
Customer:  1002973I - General Motors Regional Operations Support/Abatement Systems -Mid-M    Project Description: General Motors Regional Assy(14001)(ANAB)(Flint,M

| Project No | Activity | Description | Week Date | Work Date | Days Hours | Number of | Rate | Currency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Invoiced in USD | | | |
| 70000887 | RC | Underwood, Greg Tolls | 200825 | | | | | USD | 24.00 | 24.00 | | | |
| 70000887 | RC | Underwood, Greg Subsistence/Meals | 200824 | | | | | USD | 8.46 | 8.46 | | | |
| 70000887 | RC | Gant Robinson, Frances Hotel & Lodging | 200825 | | | | | USD | 323.01 | 323.01 | | | |
| 70000887 | RC | Gant Robinson, Frances Car Rental | 200825 | | | | | USD | 179.33 | 179.33 | | | |
| 70000887 | RC | Gant Robinson, Frances Mileage own car | 200825 | | | 133.00 | 0.445 | USD | 59.19 | 59.19 | | | |
| 70000887 | RC | Underwood, Greg Mileage own car | 200825 | | | 420.00 | 0.445 | USD | 186.90 | 186.90 | | | |
| 70000887 | RC | Expenses RC | | | | | | | | | | | |
| | | Expenses | | | | 693.00 | | | | | 0.00 | 1,411.29 | 1,411.29 |

Totals for project: 70000887 - General Motors Regional Assy(14001)(ANAB)(Flint,MI)        0.00    1,411.28    1,411.28

Total Invoice No: ZNAUSI41 2736817        7 935,00    7,935.00    1,411.28    9,346.28

7 935,00    7,935.00    1 411,28    9 346,28

# Invoice

GM Powertrain Components Plant
c/o OLIMPIC Receipting
P.O. Box 63490
Phoenix, AZ 85082-3490

**VAT No MI**

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

Due date 2008-08-06

*Please quote when remitting*

| Invoice No |
|---|
| ZNAUS149 2734166 |

| Invoice date 2008-06-07 | Our ref. Dominick, Monique | DNV Id No | Client No 1240474 | Work completed at BAY CITY, MI |
|---|---|---|---|---|
| Your ref. PO #GMB07060 | | Customer contact person | | On date |
| Invoice description +ISO/TS16949 (IATF) GM Powertrain | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 59217163 | | | |
| Periodic Audit - Per attached details | 0/ | F  2270 | 7,768.75 |
| SEQ # 00003 ITEM ID TS16-FULL: 5.75 DAYS @ $1125.00/DAY = $6468.75 | | | |
| SEQ # 00006 ITEM ID TRAV-TIME: 20.0 HOURS @ $65.00/HOUR = $1300.00 | | | |
| Expenses | 0/ | R  2270 | 1,894.23 |
| SEQ #00007 ITEM ID TRAV-0EXP: $1894.23 | | | |
| | | | |
| INVOICE INQUIRIES:  MONIQUE DOMINICK:  PHONE 281-721-6739 | | | |
| EMAIL:  MONIQUE.DOMINICK@DNV.COM | | | |

| *Net amount* | | 9,662.98 |
|---|---|---|
| *Value added tax* | VAT not calculated in accordance with | 0.00 |
| *Total* | USD | **9,662.98** |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached

Otherwise interest of 18.00% p.a. may be charged



# Invoice details

Invoice No:ZNAUS149 2734166
Customer: 1240474 - GM Powertrain Components Plant

Project No: 59217163
Project Description: CLOSED+ISO/TS16949 (IATF) GM Powertrain

|  |  |  |  |  | Number |  | Curr |  |  | Invoiced in USD |  |  |
| Project No | Activity Description | Week | Work Date | Days Hours | of | Rate | ency | Amount | Amount | Fee | Expense | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **59217163 - CLOSED+ISO/TS16949 (IATF) GM Powertrain** | | | | | | | | | | | | |
| 59217163 | Wilson, John V. TS Audits | 200821 | 2008-05-19 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 59217163 | Sousa, Paul TS Audits | 200821 | 2008-05-19 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 59217163 | Sousa, Paul TS Audits | 200821 | 2008-05-20 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 59217163 | Wilson, John V. TS Audits | 200821 | 2008-05-20 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 59217163 | Wilson, John V. TS Audits | 200821 | 2008-05-21 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 59217163 | Sousa, Paul Travel | 200821 | 2008-05-21 | 8.00 | | 65.000 | USD | 520.00 | 520.00 | | | |
| 59217163 | Wilson, John V. Travel | 200821 | 2008-05-21 | 2.00 | | 65.000 | USD | 130.00 | 130.00 | | | |
| 59217163 | Sousa, Paul TS Audits | 200821 | 2008-05-21 | 0.75 | | 1,125.000 | USD | 843.75 | 843.75 | | | |
| 59217163 | Sousa, Paul Travel | 200821 | 2008-05-25 | 8.00 | | 65.000 | USD | 520.00 | 520.00 | | | |
| 59217163 | Wilson, John V. Travel | 200821 | 2008-05-25 | 2.00 | | 65.000 | USD | 130.00 | 130.00 | | | |
| | Time based | | | 5.75 20.00 | | | | 7,768.75 | 7,768.75 | | | |

**Periodic Audit - Per attached details**
SEQ # 00003 ITEM ID TS16-FULL: 5.75 DAYS @ $1125.00/DAY = $6468.75
SEQ # 00006 ITEM ID TRAV-TIME: 20.0 HOURS @ $65.00/HOUR = $1300.00

| | | | | Number | | Curr | | | Invoiced in USD | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Wilson, John V. Air Tickets (Claimed) | 200821 | | | 234.00 | | USD | 719.09 | 719.09 | | | |
| Sousa, Paul Mileage own car | 200821 | | | 234.00 | 0.445 | USD | 104.13 | 104.13 | | | |
| Sousa, Paul Subsistence/Meals | 200821 | | | | | USD | 92.75 | 92.75 | | | |
| Wilson, John V. Hotel & Lodging | 200821 | | | | | USD | 281.88 | 281.88 | | | |
| | | | | | | | | 7,768.75 | 7,768.75 | 0.00 | 7,768.75 |

HOU010
No filter applied

Printed 2009.06.09 at 10:58:14

HOU010
No filter applied

# Invoice details

Invoice No: ZNAUS149 2734166
Customer: 1240474 - GM Powertrain Components Plant

Project No: 5921716
Project Description: CLOSED+ISO/TS16949 (IATF) GM Powertrain

| Project No | Activity | Description | Week Date | Work Days | Hours | Number of Rate | Currency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | **Invoiced in USD** | | |
| 5921716 | | Sousa, Paul | 200821 | | | | USD | 281.88 | 281.88 | | | |
| | | Hotel & Lodging | | | | | | | | | | |
| 5921716 | | Wilson, John V. | 200821 | | | | USD | 130.00 | 130.00 | | | |
| | | Subsistence/Meals | | | | | | | | | | |
| 5921716 | | Wilson, John V. | 200821 | | | | USD | 131.95 | 131.95 | | | |
| | | Car Rental | | | | | | | | | | |
| 5921716 | | Wilson, John V. | 200821 | | | 326.73   0.445 USD | | 145.39 | 145.39 | | | |
| | | Mileage own car | | | | | | | | | | |
| 5921716 | | Wilson, John V. | 200821 | | | | USD | 7.16 | 7.16 | | | |
| | | Gas | | | | | | | | | | |
| 5921716 | | Expenses | | | | 560.73 | | | | 1,894.23 | 1,894.23 | 1,894.23 |

Expenses
SEQ #00007 ITEM ID TRAV-0EXP: $1894.23

Totals for project: 5921716 - CLOSED+ISO/TS16949 (IATF) GM Powertrain          7,768.75     0.00     1,894.23     9,662.98

Total Invoice No: ZNAUS149 2734166          7,768.75     1,894.23     9,662.98

# Invoice

General Motors Corporation Powertrain
Tameria Warren
36880 Ecorse Rd.
Romulus, MI 48174

**VAT No MI**

Please Remit To: DNV Certification Inc.
P O Box 934927 Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

Due date 2008-02-29

*Please quote when remitting*

| | | | | Invoice No |
|---|---|---|---|---|
| | | | | ZNAUS149 2731396 |

| Invoice date 2007-12-31 | Our ref. Fox, Emily | DNV Id No | Client No 1031882 | Work completed at YPSILANTI, MI |
|---|---|---|---|---|
| Your ref. PO #GMB07060 | | Customer contact person | | On date |
| Invoice description +ISO 14001 (ANAB) General Motors Corporation | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project no: 59394663 | | | |
| Periodic Audit - Per attached details | 0/ | F  2213 | 7,005.00 |
| SEQ #00001 ITEM ID AUDT-FULL: 5.0 DAYS @ $985.00/DAY= $4925.00 | | | |
| SEQ #00006 ITEM ID TRAV-TIME: 32.0 HOURS @ $65.00/HOUR= $2080.00 | | | |
| Expenses SEQ #00007 ITEM ID TRAV-0EXP: $2782.59 | 0/ | R  2213 | 2,782.59 |
| Invoice Inquiries:  Emily Fox      Phone: 281/721-6740 Email:  Emily.fox@dnv.com | | | |

| *Net amount* | | | | 9,787.59 |
|---|---|---|---|---|
| *Value added tax* | VAT not calculated in accordance with | | | 0.00 |
| *Total* | | | USD | **9,787.59** |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached

Otherwise interest of 18.00% p.a. may be charged



# Invoice details

Invoice No: ZNAUSI 49 273 1396
Customer: 1031882 - General Motors Corporation Powertrain

Project No: 59394663
Project Description: +ISO 14001 (ANAB) General Motors Corporation

| Pg No | Project | Activity Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Invoiced in USD | | | |

**59394663 - +ISO 14001 (ANAB) General Motors Corporation**

| Project | Activity Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59394663 | Gillespie, Robert Periodic Audit - Days | 200739 | 2007-09-24 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 59394663 | Gillespie, Robert Periodic Audit - Days | 200739 | 2007-09-25 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 59394663 | Gillespie, Robert Periodic Audit - Days | 200739 | 2007-09-26 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 59394663 | Gillespie, Robert Travel-Hrly | 200739 | 2007-09-26 | | 8.00 | | 65.000 | USD | 520.00 | 520.00 | | | |
| 59394663 | Gillespie, Robert Travel-Hrly | 200739 | 2007-09-30 | | 8.00 | | 65.000 | USD | 520.00 | 520.00 | | | |
| 59394663 | Gillespie, Robert Travel-Hrly | 200741 | 2007-10-08 | | 8.00 | | 65.000 | USD | 520.00 | 520.00 | | | |
| 59394663 | Gillespie, Robert Periodic Audit - Days | 200741 | 2007-10-09 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 59394663 | Gillespie, Robert Periodic Audit - Days | 200741 | 2007-10-10 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 59394663 | Gillespie, Robert Travel-Hrly | 200741 | 2007-10-11 | | 8.00 | | 65.000 | USD | 520.00 | 520.00 | | | |
| | Time based | | | 5.00 | 32.00 | | | | | 7,005.00 | 7,005.00 | | | 7,005.00 |

**Periodic Audit - Per attached details**

SEQ #00001 ITEM ID AUDT-FULL: 5.0 DAYS @ $985.00/DAY= $4925.00
SEQ #00006 ITEM ID TRAV-TIME: 32.0 HOURS @ $65.00/HOUR= $2080.00

| Project | Activity Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59394663 | Gillespie, Robert Car Rental | 200739 | | | | | | USD | 224.27 | 224.27 | | | 224.27 |
| 59394663 | Gillespie, Robert Subsistence/Meals | 200741 | | | | | | USD | 173.94 | 173.94 | | | 173.94 |
| 59394663 | Gillespie, Robert Mileage own car | 200739 | | | | 120.00 | 0.445 | USD | 53.40 | 53.40 | | | 53.40 |
| 59394663 | Gillespie, Robert Hotel & Lodging | 200741 | | | | | | USD | 331.23 | 331.23 | | | 331.23 |
| 59394663 | Gillespie, Robert Mileage own car | 200741 | | | | 120.00 | 0.445 | USD | 53.40 | 53.40 | | | 53.40 |
| | | | | | | | | | | 7,005.00 | 7,005.00 | 0.00 | 7,005.00 |

HOU010
No filter applied

**DNV**

## Invoice details

Invoice No: ZNAUS149 2731396
Customer: 1031882 - General Motors Corporation Powertrain

Project No: 59394663
Project Description: +ISO 14001 (ANAB) General Motors Corporation

| Project No | Activity | Description | Week Date | Work Days Hours | Number of | Curr ency | Amount | Invoiced in USD Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 59394663 | | Gillespie, Robert Parking | 200741 | | | USD | 60.00 | 60.00 | | | |
| 59394663 | | Gillespie, Robert Air Tickets (Claimed) | 200741 | | | USD | 420.10 | 420.10 | | | |
| 59394663 | | Gillespie, Robert Hotel & Lodging | 200739 | | | USD | 327.45 | 327.45 | | | |
| 59394663 | | Gillespie, Robert Car Rental | 200741 | | | USD | 224.27 | 224.27 | | | |
| 59394663 | | Gillespie, Robert Subsistence/Meals | 200739 | | | USD | 253.07 | 253.07 | | | |
| 59394663 | | Gillespie, Robert Gas | 200741 | | | USD | 37.16 | 37.16 | | | |
| 59394663 | | Gillespie, Robert Air Tickets (Claimed) | 200739 | | | USD | 624.30 | 624.30 | | | |
| | | Expenses | | 240.00 | | | | 2,782.59 | | 2,782.59 | 2,782.59 |

Expenses SEQ #00007 ITEM ID TRAV-0EXP: $2782.59

Totals for project: 59394663 - +ISO 14001 (ANAB) General Motors Corporation   7,005.00   0.00   2,782.59   2,782.59

Total Invoice No: ZNAUS149 2731396   7,005.00   2,782.59   9,787.59

| | 7,005.00 | 2,782.59 | 9,787.59 |
|---|---|---|---|

# Invoice

GM Powertrain Group Toledo Transmission
Accounts Payable
c/o OLIMPIC Receipting   P. O. Box 63490
Phoenix, AZ   85082-3490
USA

VAT No OH

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 5610011002009600 1
ABA# 021000018

Due date 2009-07-30

*Please quote only the numeric digits of the invoice number when remitting*

| Invoice No | | |
|---|---|---|
| ZAMUS141 2741784 | | |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
|---|---|---|---|---|
| 2009-05-31 | Dominick, Monique | | 1031065 | TOLEDO, OH |
| Your ref. | | Customer contact person | | On date |
| PO #GMB07060, Rel#TTR34378 | | Accounts Payable | | |
| Invoice description | | | | On behalf of |
| GM Powertrain Group (16949/IATF)(Toldeo, OH) | | | | |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 70001747 | | | |
| | 0/ | F 2270 | 8,578.88 |
| Periodic Audit-Per attached details | | | |
| SEQ#00003 ITEM ID: TS16-FULL: 6 DAYS @ $1125.00/DAY = $6,750.00 | | | |
| SEQ#00004 ITEM ID: TS16-HALF: .5 DAY @ $562.00/DAY = $562.00 | | | |
| SEQ#00006 ITEM ID: TRAV-TIME: 19.5 HOURS @ $65.00/HOUR = $1,267.50 | | | |
| | 0/ | R 2270 | 1,486.94 |
| Expenses | | | |
| SEQ#000011 ITEM ID 1294-09TM $1,486.94 | | | |
| | | | |
| INVOICE INQUIRIES: MELISSA DORTCH: PHONE 281-396-1764 | | | |
| EMAIL: MELISSA.DORTCH@DNV.COM | | | |
| | | | |
| ***WE ACCEPT CREDIT CARD PAYMENTS*** | | | |
|      Visa, MC, American Express | | | |
| RP:  Off Site-Periodic Audit 1 | | | |
| P1:  Periodic Audit 1 | | | |

# Invoice

GM Powertrain Group Toledo Transmission
Accounts Payable
c/o OLIMPIC Receipting   P. O. Box 63490
Phoenix, AZ   85082-3490
USA

VAT No OH

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 5610011020096001
ABA# 021000018

## Due date 2009-07-30

*Please quote only the numeric digits of the invoice number when remitting* →

| Invoice No |
|---|
| ZAMUS141 2741784 |

| Invoice date 2009-05-31 | Our ref. Dominick, Monique | DNV Id No | Client No 1031065 | Work completed at TOLEDO, OH |
|---|---|---|---|---|
| Your ref. PO #GMB07060, Rel#TTR34378 | | Customer contact person Accounts Payable | | On date |
| Invoice description GM Powertrain Group (16949/IATF)(Toldeo, OH) | | | | On behalf of |

| | | |
|---|---|---|
| *Net amount* | | 10,065.82 |
| *Value added tax* | VAT not calculated in accordance with | 0.00 |
| *Total* | USD | 10,065.82 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached

Otherwise interest of 18.00% p.a. may be charged



# Invoice details

Invoice No:ZAMUSI41 274784
Customer: 1031065 - GM Powertrain Group Toledo Transmission

Project No: 70001747
Project Description: GM Powertrain Group (16949/IATF)(Toledo, OH)

## 70001747 - GM Powertrain Group (16949/IATF)(Toledo, OH)

| Project | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Currency | Amount | Invoiced in USD Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70001747 | P1 | Leaning, John TS Audits | 200846 | 2008-11-10 | 1.13 | | | 1,125.000 | USD | 1,270.69 | 1,270.69 | | | |
| 70001747 | P1 | Kucko, Michael TS Audits | 200846 | 2008-11-10 | 1.25 | | | 1,125.000 | USD | 1,406.25 | 1,406.25 | | | |
| 70001747 | P1 | Rowe, Barbara L. TS Audits | 200846 | 2008-11-10 | 1.12 | | | 1,125.000 | USD | 1,259.44 | 1,259.44 | | | |
| 70001747 | P1 | Kucko, Michael Travel | 200846 | 2008-11-11 | 2.50 | | | 65.000 | USD | 162.50 | 162.50 | | | |
| 70001747 | P1 | Rowe, Barbara L. Travel | 200846 | 2008-11-11 | 2.00 | | | 65.000 | USD | 130.00 | 130.00 | | | |
| 70001747 | P1 | Kucko, Michael TS Audits | 200846 | 2008-11-11 | 1.00 | | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 70001747 | P1 | Leaning, John TS Audits | 200846 | 2008-11-11 | 1.00 | | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 70001747 | P1 | Rowe, Barbara L. TS Audits | 200846 | 2008-11-11 | 1.00 | | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 70001747 | P1 | Leaning, John Travel | 200846 | 2008-11-12 | 1.50 | | | 65.000 | USD | 97.50 | 97.50 | | | |
| 70001747 | P1 | Kucko, Michael Travel | 200846 | 2008-11-16 | 2.50 | | | 65.000 | USD | 162.50 | 162.50 | | | |
| 70001747 | P1 | Rowe, Barbara L. Travel | 200846 | 2008-11-16 | 3.00 | | | 65.000 | USD | 195.00 | 195.00 | | | |
| 70001747 | P1 | Leaning, John Travel | 200846 | 2008-11-16 | 8.00 | | | 65.000 | USD | 520.00 | 520.00 | | | |
| | | Time based P1 | | | 6.50 | 19.50 | | | | 8,578.88 | 8,578.88 | 8,578.88 | 0.00 | 8,578.88 |

**Periodic Audit-Per attached details**
SEQ#00003 ITEM ID: TS16-FULL: 6 DAYS @ $1125.00/DAY = $6,750.00
SEQ#00004 ITEM ID: TS16-HALF: .5 DAY @ $562.00/DAY = $562.00
SEQ#00006 ITEM ID: TRAV-TIME: 19.5

| Project | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Currency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Leaning, John Subsistence/Meals | 200846 | | | | | | USD | 90.00 | 90.00 | | | |

Printed 2009.06.09 at 10:49:10

HOU010
No filter applied

# Invoice details

Customer: 1031065 - GM Powertrain Group Toledo Transmission
Invoice No:ZAMUS141 2741784

Project No: 70001747
Project Description: GM Powertrain Group (16949/IATF)(Tolden, OH)

| Project No | Activity | Description | Week Date | Work Days Hours | Number of | Rate | Currency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **Invoiced in USD** | | | |
| 70001747 P1 | | Leaning, John Car Rental | 200846 | | | | USD | 121.66 | 121.66 | | | |
| 70001747 P1 | | Rowe, Barbara L. Hotel & Lodging | 200846 | | | | USD | 197.54 | 197.54 | | | |
| 70001747 P1 | | Leaning, John Gas | 200846 | | | | USD | 13.69 | 13.69 | | | |
| 70001747 P1 | | Leaning, John Air Tickets (Claimed) | 200846 | | | | USD | 204.35 | 204.35 | | | |
| 70001747 P1 | | Leaning, John Parking | 200846 | | | | USD | 30.00 | 30.00 | | | |
| 70001747 P1 | | Kucko, Michael Hotel & Lodging | 200846 | | | | USD | 172.80 | 172.80 | | | |
| 70001747 P1 | | Leaning, John Mileage own car | 200846 | | 60.00 | 0.445 | USD | 26.70 | 26.70 | | | |
| 70001747 P1 | | Kucko, Michael Tolls | 200846 | | | | USD | 8.50 | 8.50 | | | |
| 70001747 P1 | | Kucko, Michael Subsistence/Meals | 200846 | | | | USD | 41.00 | 41.00 | | | |
| 70001747 P1 | | Leaning, John Hotel & Lodging | 200846 | | | | USD | 246.93 | 246.93 | | | |
| 70001747 P1 | | Rowe, Barbara L. Mileage own car | 200846 | | 300.00 | 0.445 | USD | 133.50 | 133.50 | | | |
| 70001747 P1 | | Rowe, Barbara L. Subsistence/Meals | 200846 | | | | USD | 55.20 | 55.20 | | | |
| 70001747 P1 | | Kucko, Michael Mileage own car | 200846 | | 326.00 | 0.445 | USD | 145.07 | 145.07 | | | |
| | | Expenses P1 | | | 686.00 | | | 1,486.94 | | 0.00 | 1,486.94 | 1,486.94 |

Expenses
SEQ#000011 ITEM ID 1294-09TM $1,486.94

Totals for project: 70001747 - GM Powertrain Group (16949/IATF)(Tolden, OH)   1,486.94   8,578.88   0.00   1,486.94   10,065.82

Total Invoice No: ZAMUS141 2741784   8,578.88   1,486.94   10,065.82



# Invoice

General Motors - Oshawa Car Assembly Plant
c/o Olimpic Receipting
P.O. Box 63490
Phoenix, AZ  85082-3490

VAT No ON

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 5610011002096001
ABA# 021000018

Due date 2008-11-22

*Please quote only the numeric digits of the invoice number when remitting* →

| Invoice No |
| --- |
| ZNAUS141 2737006 |

| Invoice date 2008-10-23 | Our ref. Dominick, Monique | DNV Id No | Client No 10049172 | Work completed at ONTARIO, CA |
| --- | --- | --- | --- | --- |
| Your ref. PO# GMB07060 | | Customer contact person ACCOUNTS PAYABLE | | On date |
| Invoice description General Motors (9001/ANAB)(Oshawa, Ontario, Canada) | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
| --- | --- | --- | --- |
| DNV Project No: 70003725 | | | |
| Periodic Audit - per attached details SEQ#00010 1416-00NM: 6 DAYS @ $985.00/DAY= $5910.00 SEQ#00011 1294-09TM: $1690.00 | 0/ | F  2210 | 7,600.00 |
| Expenses SEQ#00011 1294-09TM: $2493.62 | 0/ | R  2210 | 2,493.62 |
| INVOICE INQUIRIES:  NIA HARRIS:  PHONE 281-721-6636 EMAIL: NIA.HARRIS@DNV.COM | | | |
| PF:  Periodic Audit PF | | | |

# Invoice

General Motors - Oshawa Car Assembly Plant
c/o Olimpic Receipting
P.O. Box 63490
Phoenix, AZ 85082-3490

VAT No ON

Please Remit To: DNV Certification
Inc.
P O Box 934927 Atlanta, GA
31193-4927
WIRES: Beneficiary Acct.
#20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York,
ABA# 021000018
ACH PYMT: Ben. Bank Acct. #
56100110020096001
ABA# 021000018

Due date 2008-11-22

*Please quote only the numeric digits
of the invoice number when remitting* ↓

| | | |
|---|---|---|
| Invoice No | | ZNAUS141 2737006 |

| Invoice date 2008-10-23 | Our ref. Dominick, Monique | DNV Id No | Client No 10049172 | Work completed at ONTARIO, CA |
|---|---|---|---|---|
| Your ref. PO# GMB07060 | | Customer contact person ACCOUNTS PAYABLE | | On date |
| Invoice description General Motors (9001/ANAB)(Oshawa, Ontario, Canada) | | | | On behalf of |

| | | |
|---|---|---|
| Net amount | | 10,093.62 |
| Value added tax | VAT not calculated in accordance with | 0.00 |
| Total | USD | 10,093.62 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net cash 30 days

Otherwise interest of 18.00% p.a. may be charged



# Invoice details

Customer: 10049172 - General Motors - Oshawa Car Assembly Plant

Invoice No: ZNAUS141 2737006

Project No: 70003725
Project Description: General Motors (9001/ANAB)(Oshawa, Ontario, Cana

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Invoiced in USD Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**70003725 - General Motors (9001/ANAB)(Oshawa, Ontario, C**

| Project | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Currency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70003725 | PF | Sousa, Paul Periodic Audit - Days | 200841 | 2008-10-06 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70003725 | PF | Rowe, Barbara L. Periodic Audit - Days | 200841 | 2008-10-06 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70003725 | PF | Rowe, Barbara L. Periodic Audit - Days | 200841 | 2008-10-07 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70003725 | PF | Sousa, Paul Periodic Audit - Days | 200841 | 2008-10-07 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70003725 | PF | Sousa, Paul Periodic Audit - Days | 200841 | 2008-10-08 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70003725 | PF | Rowe, Barbara L. Periodic Audit - Days | 200841 | 2008-10-08 | 1.00 | | | 985.000 | USD | 985.00 | 985.00 | | | |
| 70003725 | PF | Rowe, Barbara L. Travel | 200841 | 2008-10-08 | | 8.00 | | 65.000 | USD | 520.00 | 520.00 | | | |
| 70003725 | PF | Sousa, Paul Travel | 200841 | 2008-10-08 | | 5.00 | | 65.000 | USD | 325.00 | 325.00 | | | |
| 70003725 | PF | Sousa, Paul Travel | 200841 | 2008-10-12 | | 5.00 | | 65.000 | USD | 325.00 | 325.00 | | | |
| 70003725 | PF | Rowe, Barbara L. Travel | 200841 | 2008-10-12 | | 8.00 | | 65.000 | USD | 520.00 | 520.00 | | | |
| 70003725 | PF | Time based PF | | | 6.00 | 26.00 | | | | 7,600.00 | 7,600.00 | | | |

**Periodic Audit - per attached details**
**SEQ#00010  1416-00NM: 6 DAYS @ $985.00/DAY= $5910.00**
**SEQ#00011  1294-09TM: $1690.00**

| Project | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Currency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70003725 | PF | Sousa, Paul Hotel & Lodging | 200841 | | | | | | USD | 348.51 | 348.51 | | | |
| 70003725 | PF | Rowe, Barbara L. Mileage own car | 200841 | | | | 826.00 | | 0.585 | USD | 483.21 | 483.21 | | | |
| 70003725 | PF | Sousa, Paul Mileage own car | 200841 | | | | 82.00 | | 0.585 | USD | 47.97 | 47.97 | | | |
| 70003725 | PF | Sousa, Paul Air Tickets (Claimed) | 200841 | | | | | | USD | 884.15 | 884.15 | | | |
| | | | | | | | | | | 7,600.00 | 7,600.00 | 0.00 | 7,600.00 |

HOU010
No filter applied

# Invoice details

Invoice No: ZNAUS141 2737006
Customer: 1004917 2 - General Motors - Oshawa Car Assembly Plant

Project No: 70003725
Project Description: General Motors (9001/ANAB)(Oshawa, Ontario, Cana

| Project No | Activity | Description | Week Work Date | Number of Days Hours | Curr ency | Rate | Amount | Invoiced in USD Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 70003725 | PF | Sousa, Paul Gas | 200841 | | USD | | 18.82 | 18.82 | | | |
| 70003725 | PF | Sousa, Paul Car Rental | 200841 | | USD | | 161.96 | 161.96 | | | |
| 70003725 | PF | Rowe, Barbara L. Subsistence/Meals | 200841 | | USD | | 141.00 | 141.00 | | | |
| 70003725 | PF | Rowe, Barbara L. Tolls | 200841 | | USD | | 5.00 | 5.00 | | | |
| 70003725 | PF | Rowe, Barbara L. Hotel & Lodging | 200841 | | USD | | 253.00 | 253.00 | | | |
| 70003725 | PF | Sousa, Paul Parking | 200841 | | USD | | 30.00 | 30.00 | | | |
| 70003725 | PF | Sousa, Paul Subsistence/Meals | 200841 | | USD | | 120.00 | 120.00 | | | |
| 70003725 | PF | Expenses PF | | 908.00 | | | | 2,493.62 | 0.00 | 2,493.62 | 2,493.62 |

Expenses
SEQ#00011 1294-09TM: $2,493.62

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals for project: 70003725 - General Motors (9001/ANAB)(Oshawa, Ontario, Canada) | | | 0.00 | 2,493.62 | 2,493.62 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Expenses | | | 7,600.00 | 2,493.62 | 10,093.62 |
| Total Invoice No: ZNAUS141 2737006 | | | 7 600.00 | 2 493.62 | 10 093.62 |

Total Invoice No: ZNAUS141 2737006

Printed 2009.06.09 at 10-43-57

HOU010
No filter applied

# Invoice

General Motors Powertrain - Tonawanda Engine Plant
Attn: Accounts Payable
C/O OLIMPIC RECEIPTING
P.O. BOX 63490
PHOENIX, AZ 63490

**VAT No NY**

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

Due date 2009-06-30

*Please quote only the numeric digits of the invoice number when remitting* →

| Invoice No |
|---|
| ZAMUS141 2741954 |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
|---|---|---|---|---|
| 2009-05-31 | ACCOUNTING BUSINESS ASSU | | 10049182 | Tonawanda, NY |
| Your ref. | | Customer contact person | | On date |

| Invoice description | On behalf of |
|---|---|
| GM Powertrain Tonawanda (ISO/TS-IAFT)(Tonawanda, NY) | |

| Text specification | VAT rate | Service | | Amount USD |
|---|---|---|---|---|
| DNV Project No: 70003732 | | | | |
| ConCert Id: PRJC-97933-2008-MSC-USA | | | | |
| | | | | |
| Periodic Audit - Per attached details | 0/ | F | 2270 | 8,440.00 |
| | | | | |
| Expenses | 0/ | R | 2270 | 2,315.90 |
| | | | | |
| For questions or to pay by Credit Card | | | | |
| please contact: Monique.Dominick@dnv.com 281-396-1739 | | | | |
| | | | | |
| **WE ACCEPT CREDIT CARD PAYMENTS** | | | | |
| Visa, MC, American Express | | | | |
| P1:  Periodic Audit; P1 | | | | |
| RP:  Off Site Audit Time; P1 | | | | |

# Invoice

General Motors Powertrain - Tonawanda Engine Plant
Attn: Accounts Payable
C/O OLIMPIC RECEIPTING
P.O. BOX 63490
PHOENIX, AZ 63490

VAT No NY

Please Remit To: DNV Certification Inc.
P O Box 934927 Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

Due date 2009-06-30

*Please quote only the numeric digits of the invoice number when remitting* →

| Invoice No |
| --- |
| ZAMUS141 2741954 |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
| --- | --- | --- | --- | --- |
| 2009-05-31 | ACCOUNTING BUSINESS ASSU | | 10049182 | Tonawanda, NY |
| Your ref. | | Customer contact person | | On date |
| Invoice description | | | | On behalf of |
| GM Powertrain Tonawanda (ISO/TS-IAFT)(Tonawanda, NY) | | | | |

| | | |
| --- | --- | --- |
| Net amount | | 10,755.90 |
| Value added tax | VAT not calculated in accordance with | 0.00 |
| Total | USD | 10,755.90 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net cash 30 days
Otherwise interest of 18.00% p.a. may be charged

0950026-eg   Doc 693-6   Filed 06/11/09   Entered 06/11/09 17:45:40   Exhibit C   Pg 18 of 25



# Invoice details

Invoice No: ZAMUS141 2741954
Customer: 10049182 - General Motors Powertrain - Tonawanda Engine Plant

Project No: 700003732
Project Description: GM Powertrain Tonawanda (ISO/TS-IAFT)(Tonawan...

**700003732 - GM Powertrain Tonawanda (ISO/TS-IAFT)(Tona...**

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Currency | Amount | Invoiced in USD — Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 700003732 | P1 | McCarty, Robert W. Travel | 200922 | 2009-05-26 | | 8.00 | | 65.000 | USD | 520.00 | 520.00 | | | |
| 700003732 | P1 | Hetrick, John Gregory Travel | 200922 | 2009-05-26 | | 5.00 | | 65.000 | USD | 325.00 | 325.00 | | | |
| 700003732 | P1 | McCarty, Robert W. TS Audits | 200922 | 2009-05-27 | 1.00 | | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 700003732 | P1 | Hetrick, John Gregory TS Audits | 200922 | 2009-05-27 | 1.00 | | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 700003732 | P1 | Hetrick, John Gregory TS Audits | 200922 | 2009-05-28 | 1.00 | | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 700003732 | P1 | McCarty, Robert W. TS Audits | 200922 | 2009-05-28 | 1.00 | | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 700003732 | P1 | Hetrick, John Gregory Travel | 200922 | 2009-05-29 | | 5.00 | | 65.000 | USD | 325.00 | 325.00 | | | |
| 700003732 | P1 | McCarty, Robert W. TS Audits | 200922 | 2009-05-29 | 1.00 | | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 700003732 | P1 | McCarty, Robert W. Travel | 200922 | 2009-05-29 | | 8.00 | | 65.000 | USD | 520.00 | 520.00 | | | |
| 700003732 | P1 | McCarty, Robert W. TS Audits | 200922 | 2009-05-29 | 1.00 | | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| | | Time based P1 | | | 6.00 | 26.00 | | | | 8,440.00 | 8,440.00 | | | 8,440.00 |

**Periodic Audit - Per attached details**

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Currency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 700003732 | P1 | Hetrick, John Gregory Gas | 200922 | | | | | | USD | 10.00 | 10.00 | | | |
| 700003732 | P1 | McCarty, Robert W. Mileage own car | 200922 | | | | 100.00 | 0.550 | USD | 55.00 | 55.00 | | | |
| 700003732 | P1 | McCarty, Robert W. Hotel & Lodging | 200922 | | | | | | USD | 348.09 | 348.09 | | | |
| 700003732 | P1 | McCarty, Robert W. Subsistence/Meals | 200922 | | | | | | USD | 175.00 | 175.00 | | | |
| 700003732 | P1 | McCarty, Robert W. Air Tickets (Claimed) | 200921 | | | | | | USD | 688.60 | 688.60 | | | |
| | | | | | | | | | | 8,440.00 | 8,440.00 | 0.00 | 0.00 | 8,440.00 |

HOU010
No filter applied

Printed 2009.06.09 at 10:38:27

## Invoice details

Invoice No:ZAMUS141 2741954
Customer:  1004918J - General Motors Powertrain - Tonawanda Engine Plant

Project No:               70003732
Project Description:  GM Powertrain Tonawanda (ISO/TS-IAFTY)(Tonawanda

| Project No | Activity | Description | Week Date | Work Days Hours | Number of Rate | Curr ency | Amount | Amount | Invoiced in USD Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 70003732 | PI | McCarty, Robert W. Taxi & Other Transportation | 200922 | | | USD | 30.00 | 30.00 | | | |
| 70003732 | PI | Hetrick, John Gregory Air Tickets (Claimed) | 200922 | | | USD | 277.24 | 277.24 | | | |
| 70003732 | PI | Hetrick, John Gregory Taxi & Other Transportation | 200922 | | | USD | 76.00 | 76.00 | | | |
| 70003732 | PI | McCarty, Robert W. Parking | 200922 | | | USD | 40.00 | 40.00 | | | |
| 70003732 | PI | Hetrick, John Gregory Car Rental | 200922 | | | USD | 147.88 | 147.88 | | | |
| 70003732 | PI | Hetrick, John Gregory Hotel & Lodging | 200922 | | | USD | 348.09 | 348.09 | | | |
| 70003732 | PI | Hetrick, John Gregory Subsistence/Meals | 200922 | | | USD | 120.00 | 120.00 | | | |
| | | Expenses | | | 100.00 | | | | | 2,315.90 | 2,315.90 |
| | | Expenses PI | | | | | | | 0.00 | 2,315.90 | 2,315.90 |

Totals for project: 70003732 - GM Powertrain Tonawanda (ISO/TS-IAFTY)(Tonawanda, NY)    0.00    2,315.90    2,315.90

Total Invoice No: ZAMUS141 2741954    8,440.00    8,440.00    2,315.90    10,755.90

8 440.00    2,315.90    10,755.90

# Invoice

General Motors Corporation North America Car Group
Michael O'Hara
2300 Hallock Young Rd.
Warren, OH 44482

VAT No OH

Please Remit To: DNV Certification Inc.
P O Box 934927 Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

Due date 2008-02-29

*Please quote when remitting*

| Invoice No |
|---|
| ZNAUS149 2731410 |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
|---|---|---|---|---|
| 2007-12-31 | Fox, Emily | | 1031869 | WARREN, OH |
| Your ref. | | Customer contact person | | On date |
| PO #GMB07060 | | | | |
| Invoice description | | | | On behalf of |
| +ISO 14001 (ANAB) General Motors Corporation | | | | |

| · Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project no: 59387763 | | | |
| | | | |
| Recertification Audit - Per attached details | 0/ | F 2213 | 8,715.00 |
| | | | |
| SEQ #00001 ITEM ID AUDT-FULL: 7.0 DAYS @ 985.00/DAY= $6895.00 | | | |
| SEQ #00006 ITEM ID TRAV-TIME: 28.0 HOURS @ $65.00/HOUR= $1820.00 | | | |
| | | | |
| Expenses SEQ #00007 ITEM ID TRAV-0EXP: $2141.26 | 0/ | R 2213 | 2,141.26 |
| | | | |
| Invoice Inquiries: Emily Fox     Phone: 281/721-6740 Email: Emily.fox@dnv.com | | | |

# Invoice

General Motors Corporation North America Car Group
Michael O'Hara
2300 Hallock Young Rd.
Warren, OH 44482

**VAT No OH**

Please Remit To: DNV Certification
Inc.
P O Box 934927 Atlanta, GA
31193-4927
WIRES: Beneficiary Acct.
#20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York,
ABA# 021000018
ACH PYMT: Ben. Bank Acct. #
56100110020096001
ABA# 021000018

## Due date 2008-02-29

*Please quote when remitting*

| | | | | |
|---|---|---|---|---|
| | | | | Invoice No<br>ZNAUS149 2731410 |
| Invoice date<br>2007-12-31 | Our ref.<br>Fox, Emily | DNV Id No | Client No<br>1031869 | Work completed at<br>WARREN, OH |
| Your ref.<br>PO #GMB07060 | | Customer contact person | | On date |
| Invoice description<br>+ISO 14001 (ANAB) General Motors Corporation | | | | On behalf of |

| | | | |
|---|---|---|---|
| *Net amount* | | | 10,856.26 |
| *Value added tax* | VAT not calculated in accordance with | | 0.00 |
| *Total* | | USD | 10,856.26 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached

Otherwise interest of 18.00% p.a. may be charged



# Invoice details

Invoice No:ZNAUS149 2731410
Customer: 103 1869 - General Motors Corporation North America Car Group

Project No: 59387763
Project Description: CLOSED +ISO 14001 (ANAB) General Motors Corp

| Prg No | Project | Activity Description | Week Date | Work Days | Hours | Number of | Curr Rate ency | Amount | Invoiced in USD Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 59387763 | **59387763 - CLOSED +ISO 14001 (ANAB) General Motors C** | | | | | | | | | | |
| | 59387763 | Van Huffel, Phillip Recertification Audit - Days | 200746 2007-11-12 | 0.50 | | 985.000 USD | | 492.50 | 492.50 | | | |
| | 59387763 | Smith, Brent Recertification Audit - Days | 200746 2007-11-12 | 0.50 | | 985.000 USD | | 492.50 | 492.50 | | | |
| | 59387763 | Van Huffel, Phillip Recertification Audit - Days | 200746 2007-11-13 | 1.00 | | 985.000 USD | | 985.00 | 985.00 | | | |
| | 59387763 | Smith, Brent Recertification Audit - Days | 200746 2007-11-13 | 1.00 | | 985.000 USD | | 985.00 | 985.00 | | | |
| | 59387763 | Van Huffel, Phillip Recertification Audit - Days | 200746 2007-11-14 | 1.00 | | 985.000 USD | | 985.00 | 985.00 | | | |
| | 59387763 | Smith, Brent Recertification Audit - Days | 200746 2007-11-14 | 1.00 | | 985.000 USD | | 985.00 | 985.00 | | | |
| | 59387763 | Van Huffel, Phillip Recertification Audit - Days | 200746 2007-11-15 | 1.00 | | 985.000 USD | | 985.00 | 985.00 | | | |
| | 59387763 | Smith, Brent Recertification Audit - Days | 200746 2007-11-15 | 1.00 | | 985.000 USD | | 985.00 | 985.00 | | | |
| | 59387763 | Van Huffel, Phillip Travel-Hrly | 200746 2007-11-15 | | 6.00 | 65.000 USD | | 390.00 | 390.00 | | | |
| | 59387763 | Smith, Brent Travel-Hrly | 200746 2007-11-15 | | 8.00 | 65.000 USD | | 520.00 | 520.00 | | | |
| | 59387763 | Van Huffel, Phillip Recertification Audit - Days | 200746 2007-11-18 | 1.00 | | 985.000 USD | | 985.00 | 985.00 | | | |
| | 59387763 | Smith, Brent Travel-Hrly | 200746 2007-11-18 | | 8.00 | 65.000 USD | | 520.00 | 520.00 | | | |
| | 59387763 | Van Huffel, Phillip Travel-Hrly | 200746 2007-11-18 | | 6.00 | 65.000 USD | | 390.00 | 390.00 | | | |
| | 59387763 | Time based | | 7.00 | 28.00 | | | | 8,715.00 | 8,715.00 | 0.00 | 8,715.00 |

**Recertification Audit - Per attached details**

SEQ #00001 ITEM ID AUDT-FULL: 7.0 DAYS @ 985.00/DAY= $6895.00
SEQ #00006 ITEM ID TRAV-TIME: 28.0 HOURS @ $65.00/HOUR=$1820.00

| | | Smith, Brent Hotel & Lodging | 200746 | | | | USD | 382.52 | 382.52 | | | |
| | | Van Huffel, Phillip Hotel & Lodging | 200746 | | | | USD | 385.52 | 385.52 | | | |



# Invoice details

Invoice No: ZNAUS149 2731410
Customer: 103 1869 - General Motors Corporation North America Car Group

Project No: 59387763
Project Description: CLOSED +ISO 14001 (ANAB) General Motors Corp

| Project No | Activity | Description | Week Date | Work Date | Days Hours | Number of | Rate | Currency | Amount | Invoiced in USD Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59387763 | Smith, Brent | Car Rental | 200746 | | | | | USD | 191.58 | 191.58 | | 191.58 | 191.58 |
| 59387763 | Smith, Brent | Taxi & Other Transportation | 200746 | | | | | USD | 42.00 | 42.00 | | 42.00 | 42.00 |
| 59387763 | Smith, Brent | Subsistence/Meals | 200746 | | | | | USD | 125.00 | 125.00 | | 125.00 | 125.00 |
| 59387763 | Van Huffel, Phillip | Subsistence/Meals | 200746 | | | | | USD | 85.36 | 85.36 | | | |
| 59387763 | Smith, Brent | Gas | 200746 | | | | | USD | 24.50 | 24.50 | | | |
| 59387763 | Smith, Brent | Tolls | 200746 | | | | | USD | 3.50 | 3.50 | | | |
| 59387763 | Smith, Brent | Air Tickets (Claimed) | 200746 | | | | | USD | 520.80 | 520.80 | | | |
| 59387763 | Van Huffel, Phillip | Mileage own car | 200746 | | | 855.00 | 0.445 | USD | 380.48 | 380.48 | | | |
| | Expenses | Expenses | | | | 855.00 | | | | 2,141.26 | 0.00 | 2,141.26 | 2,141.26 |

Expenses  SEQ #00007 ITEM ID TRAV-0EXP: $2141.26

Totals for project: 59387763 - CLOSED +ISO 14001 (ANAB) General Motors Corporation    8,715.00    8,715.00    0.00    2,141.26    10,856.26

Total Invoice No: ZNAUS149 2731410    8 715.00    8,715.00    2,141.26    10 856.26

# Invoice

General Motors - Powertrain
C/O OLIMPIC RECEIPTING
P.O. BOX 63490
PHOENIX, AZ 85082-3490

VAT No MI

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

Due date 2009-07-30

*Please quote only the numeric digits of the invoice number when remitting* →

Invoice No
ZAMUS141 2741970

| Invoice date 2009-05-31 | Our ref. ACCOUNTING BUSINESS ASSU | DNV Id No | Client No 10044136 | Work completed at Flint, MI |
|---|---|---|---|---|
| Your ref. PO #GMB07060 | | Customer contact person | | On date |
| Invoice description General Motors - Powertrain (16949/IATF)(Flint, MI) | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 70003528 ConCert Id: PRJC-91757-2008-MSC-USA | | | |
| Recertification Audit - Per attached details SEQ #00003 ITEM ID TS16-FULL: 6 DAYS @ $1125.00/DAY = $7312.50 SEQ #00006 ITEM ID TRAV-TIME: 26 HOURS @ $65.00/HOUR = $1690.00 | 0/ | F 2270 | 9,002.50 |
| Expenses SEQ #00011 ITEM ID 1294-09TM: $1930.35 | 0/ | R 2270 | 1,930.35 |
| INVOICE INQUIRIES:  MONIQUE DOMINICK:  PHONE 281-396-1739 EMAIL:  MONIQUE.DOMINICK@DNV.COM RC:  Recert Audit | | | |

# Invoice

General Motors - Powertrain
C/O OLIMPIC RECEIPTING
P.O. BOX 63490
PHOENIX, AZ 85082-3490

**VAT No MI**

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 5610011002096001
ABA# 021000018

Due date 2009-07-30

*Please quote only the numeric digits of the invoice number when remitting* ↓

Invoice No
**ZAMUS141 2741970**

| Invoice date 2009-05-31 | Our ref. ACCOUNTING BUSINESS ASSU | DNV Id No | Client No 10044136 | Work completed at Flint, MI |
|---|---|---|---|---|
| Your ref. PO #GMB07060 | | Customer contact person | | On date |
| Invoice description General Motors - Powertrain (16949/IATF)(Flint, MI) | | | | On behalf of |

| Net amount | | | | 10,932.85 |
|---|---|---|---|---|
| Value added tax | VAT not calculated in accordance with | | | 0.00 |
| Total | | | USD | 10,932.85 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached
Otherwise interest of 18.00% p.a. may be charged