

# Invoice details

Invoice No: ZAMUSI41 2741970
Customer: 10044136 - General Motors - Powertrain

Project No: 70003528
Project Description: General Motors - Powertrain (16949/IATF)(Flint, MI)

| Project No | Activity | Description | Week Date | Work | Days | Hours | Number of | Rate | Curr ency | Amount | Invoiced in USD Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**70003528 - General Motors - Powertrain (16949/IATF)(Flint,**

| 70003528 | RC | Hetrick, John Gregory Travel | 200918 2009-04-27 | | 6.00 | | 65.000 | USD | 390.00 | 390.00 | | | |
| 70003528 | RC | Leaning, John Travel | 200918 2009-04-27 | 6.50 | | 65.000 | USD | 422.50 | 422.50 | | | | |
| 70003528 | RC | Hetrick, John Gregory TS Audits | 200918 2009-04-28 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | | |
| 70003528 | RC | Leaning, John TS Audits | 200918 2009-04-28 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | | |
| 70003528 | RC | Hetrick, John Gregory TS Audits | 200918 2009-04-29 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | | |
| 70003528 | RC | Leaning, John TS Audits | 200918 2009-04-29 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | | |
| 70003528 | RC | Hetrick, John Gregory TS Audits | 200918 2009-04-30 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | | |
| 70003528 | RC | Leaning, John TS Audits | 200918 2009-04-30 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | | |
| 70003528 | RC | Hetrick, John Gregory Travel | 200918 2009-05-01 | | 6.00 | | 65.000 | USD | 390.00 | 390.00 | | | |
| 70003528 | RC | Leaning, John TS Audits | 200918 2009-05-01 | 0.25 | | 1,125.000 | USD | 281.25 | 281.25 | | | | |
| 70003528 | RC | Hetrick, John Gregory TS Audits | 200918 2009-05-01 | 0.25 | | 1,125.000 | USD | 281.25 | 281.25 | | | | |
| 70003528 | RC | Leaning, John Travel | 200918 2009-05-01 | 7.50 | | 65.000 | USD | 487.50 | 487.50 | | | | |
| 70003528 | RC | Time based RC | | 6.50 | 26.00 | | | | 9,002.50 | 9,002.50 | | | |

**Recertification Audit - Per attached details**
**SEQ #00003 ITEM ID TS16-FULL: 6 DAYS @ $1125.00/DAY = $7312.50**
**SEQ #00006 ITEM ID TRAV-TIME: 26 HOURS @ $65.00/HOUR = $1690.00**

| 70003528 | RC | Hetrick, John Gregory Subsistence/Meals | 200918 | | | | | USD | 88.00 | 88.00 | | | |
| 70003528 | RC | Hetrick, John Gregory Tolls | 200918 | | | | | USD | 2.40 | 2.40 | | | |

| | | | | | | | | | | 9,002.50 | 9,002.50 | 0.00 | 9,002.50 |

Printed 2009.06.09 at 10:22:03

HOU010
No filter applied

DNV

# Invoice details

Invoice No:ZAMUSI41 2741970
Customer:  10044136 - General Motors - Powertrain

Project No:  70003528
Project Description: General Motors - Powertrain (16949/IATF)(Flint, MI)

| Project No. | Activity | Description | Week Date / Work Date | Days Hours | Number of | Curr ency | Rate | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Invoiced in USD | | | |
| 70003528 | RC | Hetrick, John Gregory Hotel & Lodging | 200918 | | | USD | | 408.48 | 408.48 | | | |
| 70003528 | RC | Leaning, John Subsistence/Meals | 200918 | | | USD | | 140.00 | 140.00 | | | |
| 70003528 | RC | Leaning, John Mileage own car | 200918 | | 120.00 | USD | 0.445 | 53.40 | 53.40 | | | |
| 70003528 | RC | Hetrick, John Gregory Car Rental | 200918 | | | USD | | 218.40 | 218.40 | | | |
| 70003528 | RC | Leaning, John Parking | 200918 | | | USD | | 43.00 | 43.00 | | | |
| 70003528 | RC | Leaning, John Hotel & Lodging | 200918 | | | USD | | 405.40 | 405.40 | | | |
| 70003528 | RC | Hetrick, John Gregory Gas | 200918 | | | USD | | 44.20 | 44.20 | | | |
| 70003528 | RC | Leaning, John Taxi & Other Transportation | 200918 | | | USD | | 16.00 | 16.00 | | | |
| 70003528 | RC | Leaning, John Air Tickets (Claimed) | 200918 | | | USD | | 511.07 | 511.07 | | | |
| 70003528 | RC | Expenses RC Expenses | | | 120.00 | USD | | 1,930.35 | 1,930.35 | 0.00 | 1,930.35 | 1,930.35 |

SEQ #00011 ITEM ID 1294-09TM: $1930.35

Totals for project: 70003528 - General Motors - Powertrain (16949/IATF)(Flint, MI)    9,002.50    0.00    1,930.35    10,932.85

Total Invoice No: ZAMUSI41 2741970    9 002,50    1 930,35    10 932,85

Printed 2009.06.09 at 10:22:03

# Invoice

GM/Spring Hill Manufacturing
Judy Cephus
C/O OLIMPIC RECEIPTING
P.O. BOX 63490
PHOENIX, AZ 85082-3490

VAT No TN

Please Remit To: DNV Certification
Inc.
P O Box 934927  Atlanta, GA
31193-4927
WIRES: Beneficiary Acct.
#20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York,
ABA# 021000018
ACH PYMT: Ben. Bank Acct. #
56100110020096001
ABA# 021000018

Due date 2009-07-30

*Please quote only the numeric digits of the invoice number when remitting* →

| | Invoice No |
|---|---|
| | ZAMUS141 2741974 |

| Invoice date 2009-05-31 | Our ref. Accounting Business Assurance | DNV Id No | Client No 1238486 | Work completed at Spring Hill, TN |
|---|---|---|---|---|
| Your ref. PO# GMB07060 | | Customer contact person Judy Cephus | | On date |
| Invoice description GM/Spring Hill Manufacturing (ISO/16949/IATF)(Spring Hill, TN) | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 70002767 ConCert Id: PRJC-75616-2008-MSC-USA | | | |
| Recertification Audit/Follow-Up Audit - Per attached details SEQ #00003 ITEM ID TS16-FULL: 6.5 DAYS @ $1125.00/DAY = $7312.50 SEQ #00009 ITEM ID FOLL-OWUP: 4 HOURS @ $115.00/DAY = $460.00 SEQ #00006 ITEM ID TRAV-TIME: 20 HOURS @ $65.00/HOUR = $1300.00 | 0/ | F  2270 | 9,072.50 |
| Expenses SEQ #00011 ITEM ID 1294-09TM: $2081.51 | 0/ | R  2270 | 2,081.51 |
| INVOICE INQUIRIES:  MONIQUE DOMINICK:  PHONE 281-396-1739 EMAIL:  MONIQUE.DOMINICK@DNV.COM RC:  Re-certification Audit FU: | | | |

# Invoice

GM/Spring Hill Manufacturing
Judy Cephus
C/O OLIMPIC RECEIPTING
P.O. BOX 63490
PHOENIX, AZ 85082-3490

VAT No TN

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

Due date 2009-07-30

*Please quote only the numeric digits of the invoice number when remitting*

| Invoice No |
| --- |
| ZAMUS141 2741974 |

| Invoice date 2009-05-31 | Our ref. Accounting Business Assurance | DNV Id No | Client No 1238486 | Work completed at Spring Hill, TN |
| --- | --- | --- | --- | --- |
| Your ref. PO# GMB07060 | | Customer contact person Judy Cephus | | On date |
| Invoice description GM/Spring Hill Manufacturing (ISO/16949/IATF)(Spring Hill, TN) | | | | On behalf of |

| | |
| --- | --- |
| Net amount | 11,154.01 |
| Value added tax   VAT not calculated in accordance with | 0.00 |
| Total   USD | 11,154.01 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached

Otherwise interest of 18.00% p.a. may be charged

09-50026-mg    Doc 893-3    Filed 06/11/09    Entered 06/11/09 17:45:40    Exhibit
5 of 25



# Invoice details

Invoice No:ZAMUSI 41 2741974
Customer:  1238486 - GM/Spring Hill Manufacturing

Project No:    70002767
Project Description:  GM/Spring Hill Manufacturing (ISO/16949/IATF)(Sp

| Pg No | Project | Activity | Description | Week | Work Date | Days | Hours | Number of Rate | Curr ency | Amount | Invoiced in USD Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 70002767 - GM/Spring Hill Manufacturing (ISO/16949/IATF) | | | | | | | | | | | | | |
| 70002767 | RC | | McCarty, Robert W. Travel | 200917 | 2009-04-20 | | 6.00 | 65,000 | USD | 390.00 | 390.00 | | | |
| 70002767 | RC | | Boring, Edward Travel | 200917 | 2009-04-20 | 4.00 | | 65,000 | USD | 260.00 | 260.00 | | | |
| 70002767 | RC | | Boring, Edward TS Audits | 200917 | 2009-04-21 | 1.00 | | 1,125,000 | USD | 1,125.00 | 1,125.00 | | | |
| 70002767 | RC | | McCarty, Robert W. TS Audits | 200917 | 2009-04-21 | 1.00 | | 1,125,000 | USD | 1,125.00 | 1,125.00 | | | |
| 70002767 | RC | | McCarty, Robert W. TS Audits | 200917 | 2009-04-22 | 1.00 | | 1,125,000 | USD | 1,125.00 | 1,125.00 | | | |
| 70002767 | RC | | Boring, Edward TS Audits | 200917 | 2009-04-22 | 1.00 | | 1,125,000 | USD | 1,125.00 | 1,125.00 | | | |
| 70002767 | RC | | Boring, Edward TS Audits | 200917 | 2009-04-23 | 1.00 | | 1,125,000 | USD | 1,125.00 | 1,125.00 | | | |
| 70002767 | RC | | McCarty, Robert W. TS Audits | 200917 | 2009-04-23 | 1.00 | | 1,125,000 | USD | 1,125.00 | 1,125.00 | | | |
| 70002767 | RC | | McCarty, Robert W. TS Audits | 200917 | 2009-04-24 | 0.25 | | 1,125,000 | USD | 281.25 | 281.25 | | | |
| 70002767 | RC | | Boring, Edward TS Audits | 200917 | 2009-04-24 | 0.25 | | 1,125,000 | USD | 281.25 | 281.25 | | | |
| 70002767 | RC | | McCarty, Robert W. Travel | 200917 | 2009-04-24 | | 6.00 | 65,000 | USD | 390.00 | 390.00 | | | |
| 70002767 | RC | | Boring, Edward Travel | 200917 | 2009-04-24 | | 4.00 | 65,000 | USD | 260.00 | 260.00 | | | |
| 70002767 | RC | | Time based RC | | | 6.50 | 20.00 | | | 8,612.50 | 8,612.50 | 8,612.50 | 0.00 | 8,612.50 |
| 70002767 | FUI | | Boring, Edward Follow-Up Audit - Days | 200919 | 2009-05-05 | 0.50 | | 920,000 | USD | 460.00 | 460.00 | | | |
| 70002767 | FUI | | Time based FUI | | | 0.50 | 0.00 | | | 460.00 | 460.00 | 460.00 | | |
| | | | | | | | | | | | | 9,072.50 | 0.00 | 9,072.50 |

**Recertification Audit/Follow-Up Audit - Per attached details**
SEQ #00003 ITEM ID TS16-FULL: 6.5 DAYS @ $1125.00/DAY = $7312.50
SEQ #00009 ITEM ID FOLL-OWUP: 4 HOURS @ $115.00/DAY = $460.00
SEQ #0000

HOU010
No filter applied

**DNV**

## Invoice details

Invoice No: ZAMUS141 2741974
Customer: 1238486 - GM/Spring Hill Manufacturing

Project No: 70002767
Project Description: GM/Spring Hill Manufacturing (ISO/16949/IATF(Sp...

| Project No | Activity | Description | Work Week Date | Days Hours | Number of | Curr Rate ency | Amount | Amount | Invoiced in USD Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 70002767 | RC | Boring, Edward Mileage own car | 200917 | | 590.00 | 0.405 USD | 238.95 | 238.95 | | | |
| 70002767 | RC | Boring, Edward Hotel & Lodging | 200917 | | | USD | 562.80 | 562.80 | | | |
| 70002767 | RC | McCarty, Robert W. Hotel & Lodging | 200917 | | | USD | 502.28 | 502.28 | | | |
| 70002767 | RC | McCarty, Robert W. Mileage own car | 200917 | | 960.00 | 0.405 USD | 388.80 | 388.80 | | | |
| 70002767 | RC | McCarty, Robert W. Subsistence/Meals | 200917 | | | USD | 188.68 | 188.68 | | | |
| 70002767 | RC | Boring, Edward Subsistence/Meals | 200917 | | | USD | 200.00 | 200.00 | | | |
| 70002767 | RC | Expenses RC | | | 1,550.00 | | | 2,081.51 | 0.00 | 2,081.51 | 2,081.51 |

**Expenses**
**SEQ #00011 ITEM ID 1294-09TM: $2081.51**

**Totals for project: 70002767 - GM/Spring Hill Manufacturing (ISO/16949/IATF)(Spring Hill, TN)** | | | | | | | | | **0.00** | **2,081.51** | **2,081.51** |

**Total Invoice No: ZAMUS141 2741974** | | | | | | | | **9,072.50** | **9,072.50** | **2,081.51** | **11,154.01** |
| | | | | | | | | | **9 072.50** | **2 081.51** | **11 154.01** |

# Invoice

GM Powertrain Willow Run Transmission
Accounts Payable
c/o OLIMPIC Receipting
P.O. Box 63490
Phoenix, AZ  85082-3490

VAT No MI

Please Remit To: DNV Certification
Inc.
P O Box 934927  Atlanta, GA
31193-4927
WIRES: Beneficiary Acct.
#20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York,
ABA# 021000018
ACH PYMT: Ben. Bank Acct. #
5610011002009601
ABA# 021000018

Due date 2009-05-22

Please quote only the numeric digits
of the invoice number when remitting

Invoice No
ZAMUS141 2740061

| Invoice date 2009-03-23 | Our ref. Dominick, Monique | DNV Id No | Client No 1239893 | Work completed at Ypsilanti, MI |
|---|---|---|---|---|
| Your ref. PO#GMB07060/REL#TCR06604 | | Customer contact person Accounts Payable | | On date |
| Invoice description GM Powertrain (16949/IATF)(Ypsilanti, MI) | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 70001960 | | | |
| | 0/ | F  2270 | 9,565.00 |
| Periodic Audit - per attached details | | | |
| SEQ#00003 ITEM ID  TS16-FULL: 7days @ $1125.00/DAY= $7875.00 | | | |
| SEQ#00006 ITEM ID  TRAV-TIME:26hrs @ $65.00/HOUR= $1690.00 | | | |
| | 0/ | R  2270 | 2,522.39 |
| Expenses | | | |
| SEQ#00011 ITEM ID  1294-09TM: $2522.39 | | | |
| | | | |
| INVOICE INQUIRIES:  NIA HARRIS:  PHONE 281-721-1636 | | | |
| EMAIL:  NIA.HARRIS@DNV.COM | | | |
| | | | |
| P1:  Periodic Audit 1 | | | |

# Invoice

GM Powertrain Willow Run Transmission
Accounts Payable
c/o OLIMPIC Receipting
P.O. Box 63490
Phoenix, AZ  85082-3490

**VAT No MI**

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

## Due date 2009-05-22

*Please quote only the numeric digits of the invoice number when remitting* ↓

| Invoice No |
|---|
| ZAMUS141 2740061 |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
|---|---|---|---|---|
| 2009-03-23 | Dominick, Monique | | 1239893 | Ypsilanti, MI |

| Your ref. | Customer contact person | On date |
|---|---|---|
| PO#GMB07060/REL#TCR06604 | Accounts Payable | |

| Invoice description | On behalf of |
|---|---|
| GM Powertrain (16949/IATF)(Ypsilanti, MI) | |

| | | |
|---|---|---|
| *Net amount* | | 12,087.39 |
| *Value added tax* | VAT not calculated in accordance with | 0.00 |
| *Total* | USD | **12,087.39** |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached

Otherwise interest of 18.00% p.a. may be charged



# Invoice details

Invoice No: ZAMUS141 2740061
Customer: 1239893 - GM Powertrain Willow Run Transmission

Project No: 70001960
Project Description: GM Powertrain (16949/IATF)(Ypsilanti, MI)

| Project | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Currency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Invoiced in USD | | | |

**70001960 - GM Powertrain (16949/IATF)(Ypsilanti, MI)**

| Project | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Currency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70001960 P1 | Hoelrich, William | Travel | 200838 | 2008-09-15 | | 5.00 | 65.000 | | USD | 325.00 | 325.00 | | | |
| 70001960 P1 | Leaning, John | Travel | 200838 | 2008-09-15 | | 8.00 | 65.000 | | USD | 520.00 | 520.00 | | | |
| 70001960 P1 | Hoelrich, William | TS Audits | 200838 | 2008-09-16 | 1.00 | | 1,125.000 | | USD | 1,125.00 | 1,125.00 | | | |
| 70001960 P1 | Leaning, John | TS Audits | 200838 | 2008-09-16 | 1.00 | | 1,125.000 | | USD | 1,125.00 | 1,125.00 | | | |
| 70001960 P1 | Leaning, John | TS Audits | 200838 | 2008-09-17 | 1.00 | | 1,125.000 | | USD | 1,125.00 | 1,125.00 | | | |
| 70001960 P1 | Hoelrich, William | TS Audits | 200838 | 2008-09-17 | 1.00 | | 1,125.000 | | USD | 1,125.00 | 1,125.00 | | | |
| 70001960 P1 | Hoelrich, William | TS Audits | 200838 | 2008-09-18 | 1.00 | | 1,125.000 | | USD | 1,125.00 | 1,125.00 | | | |
| 70001960 P1 | Leaning, John | TS Audits | 200838 | 2008-09-18 | 1.00 | | 1,125.000 | | USD | 1,125.00 | 1,125.00 | | | |
| 70001960 P1 | Hoelrich, William | TS Audits | 200838 | 2008-09-19 | 0.50 | | 1,125.000 | | USD | 562.50 | 562.50 | | | |
| 70001960 P1 | Hoelrich, William | Travel | 200838 | 2008-09-19 | | 5.00 | 65.000 | | USD | 325.00 | 325.00 | | | |
| 70001960 P1 | Leaning, John | Travel | 200838 | 2008-09-19 | | 8.00 | 65.000 | | USD | 520.00 | 520.00 | | | |
| 70001960 P1 | Leaning, John | TS Audits | 200838 | 2008-09-19 | 0.50 | | 1,125.000 | | USD | 562.50 | 562.50 | | | |
| 70001960 P1 | Time based P1 | | | | 7.00 | 26.00 | | | | 9,565.00 | | | | |

**Periodic Audit - per attached details**
**SEQ#00003 ITEM ID TS16-FULL: 7days @ $1125.00/DAY= $7875.00**
**SEQ#00006 ITEM ID TRAV-TIME:26hrs @ $65.00/HOUR= $1690.00**

| Project | Activity | Description | Week | Amount | Amount |
|---|---|---|---|---|---|
| 70001960 P1 | Leaning, John | Subsistence/Meals | 200838 | 174.00 | 174.00 |
| 70001960 P1 | Hoelrich, William | Subsistence/Meals | 200838 | 160.00 | 160.00 |

| | Fee | Expense | Total |
|---|---|---|---|
| | 9,565.00 | 0.00 | 9,565.00 |
| | 9,565.00 | 0.00 | 9,565.00 |

HOU010
No filter applied

Printed 2009.06.09 at 10:14:59

DNV

# Invoice details

Invoice No:ZAMUS141 2740061
Customer:  1239893 - GM Powertrain Willow Run Transmission

Project No:                 70001960
Project Description: GM Powertrain (16949/IATF)(Ypsilanti, MI)

| Project No | Activity | Description | Week Date | Work Days Hours | Number of | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **Invoiced in USD** | | |
| 70001960 P1 | Car Rental | Hoelrich, William | 200838 | | | USD | 183.58 | 183.58 | | | |
| 70001960 P1 | Parking | Hoelrich, William | 200838 | | | USD | 41.00 | 41.00 | | | |
| 70001960 P1 | Air Tickets (Claimed) | Hoelrich, William | 200834 | | | USD | 430.56 | 430.56 | | | |
| 70001960 P1 | Hotel & Lodging | Hoelrich, William | 200838 | | | USD | 446.88 | 446.88 | | | |
| 70001960 P1 | Mileage own car | Hoelrich, William | 200838 | 35.00 | 0.445 | USD | 15.58 | 15.58 | | | |
| 70001960 P1 | Mileage own car | Leaning, John | 200838 | 1,351.00 | 0.445 | USD | 601.20 | 601.20 | | | |
| 70001960 P1 | Hotel & Lodging | Leaning, John | 200838 | | | USD | 446.88 | 446.88 | | | |
| 70001960 P1 | Gas | Hoelrich, William | 200838 | | | USD | 22.72 | 22.72 | | | |
| 70001960 P1 | Expenses P1 | Expenses | | 1,386.00 | | | 2,522.39 | 2,522.39 | 0.00 | 2,522.39 | 2,522.39 |
| | | **SEQ#00011 ITEM ID 1294-09TM: $2522.39** | | | | | | | 0.00 | 2,522.39 | 2,522.39 |

Totals for project: 70001960 - GM Powertrain (16949/IATF)(Ypsilanti, MI)

| | Amount | Fee | Expense | Total |
|---|---|---|---|---|
| | 9,565.00 | 9,565.00 | 2,522.39 | 12,087.39 |

Total Invoice No: ZAMUS141 2740061

| | 9,565.00 | 2,522.39 | 12,087.39 |
|---|---|---|---|

# Invoice

General Motors Powertrain - Windsor Transmission Plant
MAX RAHEB
1550 Kildare Road
Windsor, ON N8W 5MI
Canada

VAT No ON

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

Due date 2009-06-30

*Please quote only the numeric digits of the invoice number when remitting* ↓

| Invoice No |
|---|
| ZAMUS141 2741955 |

| Invoice date 2009-05-31 | Our ref. Accounting Business Assurance | DNV Id No | Client No 10049178 | Work completed at WINDSOR, CANADA |
|---|---|---|---|---|
| Your ref. PO #W569012 | | Customer contact person | | On date |
| Invoice description GM Windsor (TS/IATF)(Windsor, Ontario) | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| P1:  Periodic Audit; P1 DNV Project No: 70003743 ConCert Id: PRJC-98187-2008-MSC-USA | | | |
| Periodic Audit/Follow-Up Audit - Per attached details SEQ #00003 ITEM ID TS16-FULL: 7 DAYS @ $1125.00/DAY = $7875.00 SEQ #00009 ITEM ID FOLL-OWUP: 2 HOURS @ $115.00/HOUR = $230.00 SEQ #00006 ITEM ID TRAV-TIME: 28 HOURS @ $65.00/HOUR = $1820.00 | 0/ | F  2270 | 9,925.00 |
| Expenses SEQ #00011 ITEM ID 1294-09TM: $3005.30 | 0/ | R  2270 | 3,005.30 |
| For questions or to pay by Credit Card please contact: Monique.Dominick@dnv.com 281-396-1739 **WE ACCEPT CREDIT CARD PAYMENTS** Visa, MC, American Express | | | |

# Invoice

General Motors Powertrain - Windsor Transmission Plant
MAX RAHEB
1550 Kildare Road
Windsor, ON N8W 5MI
Canada

VAT No ON

Please Remit To: DNV Certification Inc.
P O Box 934927 Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

**Due date 2009-06-30**

*Please quote only the numeric digits of the invoice number when remitting* ↓

| Invoice No |
|---|
| ZAMUS141 2741955 |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
|---|---|---|---|---|
| 2009-05-31 | Accounting Business Assurance | | 10049178 | WINDSOR, CANADA |
| Your ref. | | Customer contact person | | On date |
| PO #W569012 | | | | |
| Invoice description | | | | On behalf of |
| GM Windsor (TS/IATF)(Windsor, Ontario) | | | | |

| | | |
|---|---|---|
| *Net amount* | | 12,930.30 |
| *Value added tax* | VAT not calculated in accordance with | 0.00 |
| *Total* | USD | 12,930.30 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net cash 30 days
Otherwise interest of 18.00% p.a. may be charged



# Invoice details

Invoice No:ZAMUSI41 2741955
Customer: 10049178 - General Motors Powertrain - Windsor Transmission Plant

Project No:                    70003743
Project Description: GM Windsor (TS/IATF)(Windsor, Ontario)

**70003743 - GM Windsor (TS/IATF)(Windsor, Ontario)**

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Currency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Invoiced in USD | | | |
| 70003743 | FU | Slabey, Martin Follow-Up Audit - Days | 200919 | 2009-05-07 | 0.25 | | 920.000 | 230.000 | USD | 230.00 | 230.00 | | | |
| 70003743 | FU | Time based FU | | | 0.25 | 0.00 | | | | **230.00** | 230.00 | 230.00 | 0.00 | 230.00 |
| 70003743 | PI | McCarty, Robert W. Travel | 200910 | 2009-03-03 | | 8.00 | 65.000 | 520.00 | USD | 520.00 | 520.00 | | | |
| 70003743 | PI | Contopidis, Andrew Travel | 200910 | 2009-03-03 | | 6.00 | 65.000 | 390.00 | USD | 390.00 | 390.00 | | | |
| 70003743 | PI | Slabey, Martin TS Audits | 200910 | 2009-03-03 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | | |
| 70003743 | PI | Contopidis, Andrew TS Audits | 200910 | 2009-03-04 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | | |
| 70003743 | PI | Contopidis, Andrew Travel | 200910 | 2009-03-04 | | 6.00 | 65.000 | 390.00 | USD | 390.00 | 390.00 | | | |
| 70003743 | PI | Slabey, Martin TS Audits | 200910 | 2009-03-04 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | | |
| 70003743 | PI | Slabey, Martin TS Audits | 200910 | 2009-03-05 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | | |
| 70003743 | PI | McCarty, Robert W. TS Audits | 200910 | 2009-03-05 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | | |
| 70003743 | PI | Slabey, Martin TS Audits | 200910 | 2009-03-06 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | | |
| 70003743 | PI | McCarty, Robert W. TS Audits | 200910 | 2009-03-06 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | | |
| 70003743 | PI | McCarty, Robert W. Travel | 200910 | 2009-03-07 | | 8.00 | 65.000 | 520.00 | USD | 520.00 | 520.00 | | | |
| 70003743 | PI | Time based PI | | | 7.00 | 28.00 | | | | **9,695.00** | 9,695.00 | 9,695.00 | 0.00 | 9,695.00 |

**Periodic Audit/Follow-Up Audit - Per attached details**
SEQ #00003 ITEM ID TS16-FULL: 7 DAYS @ $1125.00/DAY = $7875.00
SEQ #00009 ITEM ID FOLL-OWUP: 2 HOURS @ $115.00/HOUR = $230.00
SEQ #00006 ITEM I

| | | |
|---|---|---|
| 9,925.00 | 0.00 | 9,925.00 |

HOU010
No filter applied

HOU010
No filter applied
709-50026.img  Doc 693-7  Filed 06/11/09  Entered 06/11/09 14:45:40  Exhibit
Page 14 of 25



# Invoice details

Invoice No: ZAMUSI41 2741955
Customer: 10049178 - General Motors Powertrain - Windsor Transmission Plant

Project No: 70003743
Project Description: GM Windsor (TS/IATF)(Windsor, Ontario)

| Project No | Activity | Description | Week Date | Work Date | Days | Hours | Number of | Rate | Currency | Amount | Invoiced in USD Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70003743 | P1 | Contopidis, Andrew Taxi & Other Transportation | 200910 | | | | | 45.00 | USD | 45.00 | 45.00 | | | |
| 70003743 | P1 | McCarty, Robert W. Hotel & Lodging | 200910 | | | | | 256.47 | USD | 256.47 | 256.47 | | | |
| 70003743 | P1 | McCarty, Robert W. Mileage own car | 200910 | | | | 1,450.00 | 0.550 | USD | 797.50 | 797.50 | | | |
| 70003743 | P1 | McCarty, Robert W. Air Tickets (Claimed) | 200909 | | | | | | USD | 1,019.70 | 1,019.70 | | | |
| 70003743 | P1 | Contopidis, Andrew Hotel & Lodging | 200910 | | | | | | USD | 116.03 | 116.03 | | | |
| 70003743 | P1 | Contopidis, Andrew Parking | 200910 | | | | | | USD | 26.00 | 26.00 | | | |
| 70003743 | P1 | Contopidis, Andrew Mileage own car | 200910 | | | | 100.00 | 0.550 | USD | 55.00 | 55.00 | | | |
| 70003743 | P1 | Slabey, Martin Mileage own car | 200910 | | | | 320.00 | 0.550 | USD | 176.00 | 176.00 | | | |
| 70003743 | P1 | McCarty, Robert W. Subsistence/Meals | 200910 | | | | | | USD | 125.00 | 125.00 | | | |
| 70003743 | P1 | Contopidis, Andrew Subsistence/Meals | 200910 | | | | | | USD | 60.00 | 60.00 | | | |
| 70003743 | P1 | McCarty, Robert W. Hotel & Lodging | 200910 | | | | | | USD | 96.12 | 96.12 | | | |
| 70003743 | P1 | McCarty, Robert W. FOREIGN TRANSACTION FEE | 200916 | | | | | | USD | 12.06 | 12.06 | | | |
| 70003743 | P1 | McCarty, Robert W. Air Tickets (Claimed) | 200909 | | | | | | USD | -1,019.70 | -1,019.70 | | | |
| 70003743 | P1 | McCarty, Robert W. Canada Work Permit | 200910 | | | | | | USD | 150.00 | 150.00 | | | |
| 70003743 | P1 | McCarty, Robert W. Tolls | 200910 | | | | | | USD | 7.72 | 7.72 | | | |
| 70003743 | P1 | Slabey, Martin Tolls | 200910 | | | | | | USD | 32.00 | 32.00 | | | |
| 70003743 | P1 | Contopidis, Andrew Air Tickets (Claimed) | 200910 | | | | | | USD | 1,050.40 | 1,050.40 | | | |
| | | Expenses P1 | | | | | 1,870.00 | | | 3,005.30 | 3,005.30 | 0.00 | 3,005.30 | 3,005.30 |

Printed 2009.06.09 at 10:11:26

DMV

# Invoice details

Invoice No: ZAMUS141 2741955
Customer:  1004917B - General Motors Powertrain - Windsor Transmission Plant

Project No:  70003743
Project Description: GM Windsor (TS/IATF)(Windsor, Ontario)

| Project No | Activity | Description | Week | Work Date | Days | Hours | Number of | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **Invoiced in USD** | | |
| | | Expenses | | | | | | | | | | | | |
| | | SEQ #00011 ITEM ID 1294-09TM: $3005.30 | | | | | | | | | | 0.00 | 3,005.30 | 3,005.30 |

Totals for project: 7000373 - GM Windsor (TS/IATF)(Windsor, Ontario)

|  |  |  |  | 9,925.00 | 3,005.30 | 12,930.30 |
|---|---|---|---|---|---|---|

Total Invoice No: ZAMUS141 2741955

|  |  |  | 9 925,00 | 3 005,30 | 12 930,30 |
|---|---|---|---|---|---|

# Invoice

GM Powertrain Group
John Roach
902 E. Leith St.
Mail Code 485136-156
FLINT, MI 48550 3651

VAT No MI

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 5610011002096001
ABA# 021000018

## Due date 2008-08-25

*Please quote only the numeric digits of the invoice number when remitting* ↓

| Invoice No |
|---|
| ZNAUS149 2734485 |

| Invoice date 2008-06-26 | Our ref. | DNV Id No | Client No 1030679 | Work completed at FLINT, MI |
|---|---|---|---|---|
| Your ref. PO #GMB07060 | | Customer contact person John Roach | | On date |
| Invoice description +ISO/TS 16949 (IATF) GM-Flint North | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 59215863 | | | |
| Periodic Audit-Per attached details<br>SEQ#00003 ITEM ID TS16-FULL: 9 days @ $1125.00/DAY=$10125.00<br>SEQ#00006 ITEM ID TRAV-TIME: 16 hours @ $65/hr=$1040.00 | 0/ | F  2270 | 11,165.00 |
| Expenses<br>SEQ#00007 ITEM ID TRAV-0EXP: $2315.81 | 0/ | R  2270 | 2,315.81 |
| For questions please contact theresa.hook@dnv.com or 281-721-6883 | | | |

| Net amount | | 13,480.81 |
|---|---|---|
| Value added tax | VAT not calculated in accordance with | 0.00 |
| Total | USD | 13,480.81 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached
Otherwise interest of 18.00% p.a. may be charged



# Invoice details

Customer: 1030679 - GM Powertrain Group
Invoice No:ZNAUS149 2734485

Project No: 59215863
Project Description: CLOSED+ISO/TS 16949 (IATF) GM-Flint North

**59215863 - CLOSED+ISO/TS 16949 (IATF) GM-Flint North**

| Project No | Activity Description | Week | Work Date | Number of Days | Hours | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59215863 | Slabey, Martin TS Audits | 200739 | 2007-09-24 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 59215863 | Wilson, John V. TS Audits | 200739 | 2007-09-24 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 59215863 | Slabey, Martin TS Audits | 200739 | 2007-09-25 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 59215863 | Wilson, John V. TS Audits | 200739 | 2007-09-25 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 59215863 | Wilson, John V. TS Audits | 200739 | 2007-09-26 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 59215863 | Slabey, Martin TS Audits | 200739 | 2007-09-26 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 59215863 | Slabey, Martin TS Audits | 200739 | 2007-09-27 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 59215863 | Wilson, John V. TS Audits | 200739 | 2007-09-27 | 1.00 | | 1,125.000 | USD | 1,125.00 | 1,125.00 | | | |
| 59215863 | Wilson, John V. Travel-Hrly | 200739 | 2007-09-28 | | 8.00 | 65.000 | USD | 520.00 | 520.00 | | | |
| 59215863 | Slabey, Martin TS Audits | 200739 | 2007-09-28 | 0.50 | | 1,125.000 | USD | 562.50 | 562.50 | | | |
| 59215863 | Wilson, John V. TS Audits | 200739 | 2007-09-28 | 0.50 | | 1,125.000 | USD | 562.50 | 562.50 | | | |
| 59215863 | Wilson, John V. Travel-Hrly | 200739 | 2007-09-30 | | 8.00 | 65.000 | USD | 520.00 | 520.00 | | | |
| | Time based | | | 9.00 | 16.00 | | | 11,165.00 | 11,165.00 | | | |

**Periodic Audit-Per attached details**
SEQ#00003 ITEM ID TS16-FULL: 9 days @ $1125.00/DAY=$10125.00
SEQ#00006 ITEM ID TRAV-TIME: 16 hours @ $65/hr=$1040.00

| Project No | Activity Description | Week | Work Date | Number of Days | Hours | Rate | Curr ency | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59215863 | Wilson, John V. Subsistence/Meals | 200739 | | | | | USD | 150.00 | 150.00 | | | |
| 59215863 | Wilson, John V. Car Rental | 200739 | | | | | USD | 311.58 | 311.58 | | | |
| | | | | | | | | **11,165.00** | **11,165.00** | **0.00** | **0.00** | **11,165.00** |

HOU010
No filter applied

# Invoice details

Invoice No: ZNAUS149 2734485
Customer: 1030679 - GM Powertrain Group

Project No: 59215863
Project Description: CLOSED+ISO/TS 16949 (IATF) GM-Flint North

| Project No | Activity | Description | Week Date | Work Days Hours | Number of | Curr ency | Rate Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 59215863 | | Wilson, John V. Air Tickets (Claimed) | 200739 | | | USD | 927.18 | 927.18 | | | |
| 59215863 | | Slabey, Martin Mileage own car | 200739 | | 750.00 | 0.445 USD | 333.75 | 333.75 | | | |
| 59215863 | | Wilson, John V. Mileage own car | 200739 | | 150.00 | 0.445 USD | 66.75 | 66.75 | | | |
| 59215863 | | Wilson, John V. Gas | 200739 | | | USD | 32.60 | 32.60 | | | |
| 59215863 | | Wilson, John V. Hotel & Lodging | 200739 | | | USD | 493.95 | 493.95 | | | |
| 59215863 | | Expenses | | | 900.00 | | | 2,315.81 | 0.00 | 2,315.81 | 2,315.81 |

**Expenses**
SEQ#00007 ITEM ID TRAV-0EXP: $2315.81

|  |  | Fee | Expense | Total |
|---|---|---|---|---|
| Totals for project: 59215863 - CLOSED+ISO/TS 16949 (IATF) GM-Flint North | | 11,165.00 | 2,315.81 | 13,480.81 |
| | | 0.00 | 2,315.81 | 2,315.81 |
| Total Invoice No: ZNAUS149 2734485 | | 11 165.00 | 2 315.81 | 13 480.81 |

                                                             Invoiced in USD

HOU010
No filter applied

Printed 2009.06.09 at 10:08:49

# Invoice

General Motors St. Catharines Powertrain
Howard Comeau
570 Glendale Avenue
St. Catharines, ON L2R 7B3
Canada

VAT No ON

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 5610011020096001
ABA# 021000018

Due date 2009-07-30

*Please quote only the numeric digits of the invoice number when remitting* →

Invoice No
ZAMUS141 2741973

| Invoice date 2009-05-31 | Our ref. ACCOUNTING BUSINESS ASSU | DNV Id No | Client No 1031067 | Work completed at St. Catharines, Ontario |
|---|---|---|---|---|
| Your ref. PO REQUIRED | | Customer contact person | | On date |
| Invoice description General Motors (16949/IATF) (St. Catharines, Ontario) | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 70002053 ConCert Id: PRJC-68510-2008-MSC-USA | | | |
| Periodic Audit/Follow-Up Audit to close Non-Conformity in Association with Periodic Audit 3 - Per attached details SEQ #00003 ITEM ID TS16-FULL: 8 DAYS @ $1125.00/DAY = $9000.00 SEQ #00006 ITEM ID TRAV-TIME: 28 HOURS @ $65.00/HOUR = $1820.00 SEQ #00009 ITEM ID FOLL-OWUP: 4 HOURS @ $115.00/HOUR = $460.00 | 0/ | F 2270 | 11,280.00 |
| Expenses SEQ 00011 ITEM ID 1294-09TM: $3602.59 INVOICE INQUIRIES: MONIQUE DOMINICK: PHONE 281-396-1739 EMAIL: MONIQUE.DOMINICK@DNV.COM | 0/ | R 2270 | 3,602.59 |

# Invoice

General Motors St. Catharines Powertrain
Howard Comeau
570 Glendale Avenue
St. Catharines, ON L2R 7B3
Canada

VAT No ON

Please Remit To: DNV Certification
Inc.
P O Box 934927  Atlanta, GA
31193-4927
WIRES: Beneficiary Acct.
#20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York,
ABA# 021000018
ACH PYMT: Ben. Bank Acct. #
5610011020096001
ABA# 021000018

Due date 2009-07-30

*Please quote only the numeric digits
of the invoice number when remitting* ↓

| Invoice No |
| --- |
| ZAMUS141 2741973 |

| Invoice date | Our ref. | DNV Id No | Client No | Work completed at |
| --- | --- | --- | --- | --- |
| 2009-05-31 | ACCOUNTING BUSINESS ASSU | | 1031067 | St. Catharines, Ontario |
| Your ref. | | Customer contact person | | On date |
| PO REQUIRED | | | | |
| Invoice description | | | | On behalf of |
| General Motors (16949/IATF) (St. Catharines, Ontario) | | | | |

| | | |
| --- | --- | --- |
| *Net amount* | | 14,882.59 |
| *Value added tax* | VAT not calculated in accordance with | 0.00 |
| *Total* | USD | 14,882.59 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached

Otherwise interest of 18.00% p.a. may be charged



# Invoice details

Invoice No: ZAMUS141 2741973
Customer: 1031067 - General Motors St. Catharines Powertrain

Project No: 70002053
Project Description: General Motors (16949/IATF) (St. Catharines, Ontario)

| Project | Activity | Description | Work Week Date | Days | Number of Hours | Curr ency | Amount | Invoiced in USD Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 70002053 | P4 | Petersen, Klaus work permit | 200840 | | | USD | 148.10 | 148.10 | | | |
| 70002053 | P4 | Petersen, Klaus Air Tickets | 200840 | | | USD | 106.70 | 106.70 | | | |
| 70002053 | P4 | Petersen, Klaus Taxi & Other Transportation | 200840 | | | USD | 26.65 | 26.65 | | | |
| 70002053 | P4 | Petersen, Klaus Gas | 200840 | | | USD | 1,458.06 | 1,458.06 | | | |
| 70002053 | P4 | Petersen, Klaus Air Tickets (Claimed) | 200840 | | 20.00 | USD | 11.70 | 11.70 | | | |
| 70002053 | P4 | Petersen, Klaus Mileage own car | 200840 | | 20.00 | 0.585 | USD | 200.11 | 200.11 | | | |
| 70002053 | P4 | Petersen, Klaus Subsistence/Meals | 200840 | | | USD | 249.02 | 249.02 | | | |
| 70002053 | P4 | Petersen, Klaus Car Rental | 200840 | | | USD | 490.61 | 490.61 | | | |
| 70002053 | P4 | Petersen, Klaus Hotel & Lodging | 200840 | | | USD | | | | | |
| 70002053 | P4 | Expenses P4 | | 20.00 | | | 2,690.95 | 2,690.95 | 0.00 | 2,690.95 | 2,690.95 |
| 70002053 | PF | Cohrac, Mark Subsistence/Meals | 200914 | | | USD | 198.00 | 198.00 | | | |
| 70002053 | PF | Cohrac, Mark Hotel & Lodging | 200914 | | | USD | 349.39 | 349.39 | | | |
| 70002053 | PF | Cohrac, Mark Mileage own car | 200914 | | 809.00 | 0.445 | USD | 360.01 | 360.01 | | | |
| 70002053 | PF | Cohrac, Mark Parking | 200914 | | | USD | 4.25 | 4.25 | | | |
| 70002053 | PF | Expenses PF | | 809.00 | | | 911.65 | 911.65 | 0.00 | 911.64 | 911.64 |
| | | Expenses | | | | | | | 0.00 | 3,602.59 | 3,602.59 |
| | | SEQ 00011 ITEM ID 1294-09TM: $3602.59 | | | | | | | | | |

Totals for project: 70002053 - General Motors (16949/IATF) (St. Catharines, Ontario)    11,280.00    11,280.00    3,602.59    14,882.59

Total Invoice No: ZAMUS141 2741973    11 280,00    11 280,00    3 602,59    14 882,59

# Invoice

General Motors
c/o OLIMPIC Receipting
P. O. Box 63490
Phoenix, AZ 85082-3490

**VAT No AZ**

Please Remit To: DNV Certification Inc.
P O Box 934927  Atlanta, GA 31193-4927
WIRES: Beneficiary Acct. #20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York, ABA# 021000018
ACH PYMT: Ben. Bank Acct. # 56100110020096001
ABA# 021000018

Due date 2009-02-07

*Please quote only the numeric digits of the invoice number when remitting* ↓

| | | | | |
|---|---|---|---|---|
| | | | Invoice No | ZNAUS149 2738082 |
| Invoice date 2008-12-09 | Our ref. Dominick, Monique | DNV Id No | Client No 1245570 | Work completed at SHREVEPORT, LA |
| Your ref. PO #GMB07060, Rel #TCR06604 | | Customer contact person | | On date |
| Invoice description +ISO 9001 (ANAB) GM-Shreveport Assembly | | | | On behalf of |

| | | |
|---|---|---|
| *Net amount* | | 3,764.77 |
| *Value added tax*    VAT not calculated in accordance with | | 0.00 |
| *Total* | USD | 3,764.77 |

Federal ID# : 76-0452326
Accounts Receivable : +281-396-1703

Net 60-Receipts Attached
Otherwise interest of 18.00% p.a. may be charged

# Invoice details

DNV

Invoice No: ZNAUS149 2738082
Customer:  1245570 - General Motors

Project No:  59588563
Project Description: +ISO 9001 (ANAB) GM-Shreveport Assembly

## Invoiced in USD

| Project No | Activity | Description | Work Week Date | Days Hours | Number of | Curr ency | Rate | Amount | Amount | Fee | Expense | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59588563 | | | | | | | | | | | | |
| 59588563 | | | | | | | | | | | | |
| 59588563 - +ISO 9001 (ANAB) GM-Shreveport Assembly | | | | | | | | | | | | |
| | Time based | | | | | | | | | 2,820.00 | 0.00 | 2,820.00 |
| | | **Periodic Audit - Per attached details** | | | | | | | | | | |
| | | **SEQ #00010 ITEM ID 1416-00NM: 2.5 DAYS @ $985.00/DAY = $2462.50** | | | | | | | | | | |
| | | **SEQ #00006 ITEM ID TRAV-TIME: 5.5 HOURS @ $65.00/HOUR = $357.50** | | | | | | | 2,820.00 | 2,820.00 | 0.00 | 2,820.00 |
| | Expenses | | | | | | | | | 0.00 | 944.77 | 944.77 |
| | | **Expenses** | | | | | | | | | | |
| | | **SEQ #00011 ITEM ID 1294-09TM: $944.77** | | | | | | | 0.00 | 0.00 | 944.77 | 944.77 |
| Totals for project: 59588563 - +ISO 9001 (ANAB) GM-Shreveport Assembly | | | | | | | | | 2,820.00 | 2,820.00 | 944.77 | 3,764.77 |
| Total Invoice No: ZNAUS149 2738082 | | | | | | | | | 2 820,00 | 2 820,00 | 944,77 | 3 764,77 |

# Credit note

| | |
|---|---|
| General Motors<br>c/o OLIMPIC Receipting<br>P. O. Box 63490<br>Phoenix, AZ 85082-3490<br><br>VAT No AZ | Please Remit To: DNV Certification Inc.<br>P O Box 934927  Atlanta, GA 31193-4927<br>WIRES: Beneficiary Acct. #20096001<br>Beneficiary Bank: DnB NOR Bank<br>SWIFT Code DNBAUS33<br>Pay Thru Bank, Bank of New York, ABA# 021000018<br>ACH PYMT: Ben. Bank Acct. # 5610011020096001<br>ABA# 021000018 |

| Invoice No |
|---|
| ZAMUS149 2739997 |
| Original InvoiceNo for CreditNote |
| ZNAUS149 2738082 |

| Invoice date<br>2009-03-19 | Our ref.<br>Dominick, Monique | DNV Id No | Client No<br>1245570 | Work completed at<br>SHREVEPORT, LA |
|---|---|---|---|---|
| Your ref.<br>PO #GMB07060, Rel #TCR06604 | | Customer contact person | | On date |
| Invoice description<br>+ISO 9001 (ANAB) GM-Shreveport Assembly | | | | On behalf of |

| Text specification | VAT rate | Service | Amount USD |
|---|---|---|---|
| DNV Project No: 59588563 | | | |
| Periodic Audit - Per attached details<br>SEQ #00010 ITEM ID 1416-00NM: 2.5 DAYS @ $985.00/DAY = $2462.50<br>SEQ #00006 ITEM ID TRAV-TIME: 5.5 HOURS @ $65.00/HOUR = $357.50 | 0/ | F 2210 | 2,820.00 |
| Expenses<br>SEQ #00011 ITEM ID 1294-09TM: $944.77 | 0/ | R 2210 | 944.77 |
| INVOICE INQUIRIES:  MONIQUE DOMINICK:  PHONE 281-721-6739<br>EMAIL:  MONIQUE.DOMINICK@DNV.COM | | | |

# Credit note

General Motors
c/o OLIMPIC Receipting
P. O. Box 63490
Phoenix, AZ 85082-3490

VAT No AZ

Please Remit To: DNV Certification
Inc.
P O Box 934927  Atlanta, GA
31193-4927
WIRES: Beneficiary Acct.
#20096001
Beneficiary Bank: DnB NOR Bank
SWIFT Code DNBAUS33
Pay Thru Bank, Bank of New York,
ABA# 021000018
ACH PYMT: Ben. Bank Acct. #
5610011002009600l
ABA# 021000018

| | |
|---|---|
| Invoice No | ZAMUS149 2739997 |
| Original InvoiceNo for CreditNote | ZNAUS149 2738082 |

| Invoice date 2009-03-19 | Our ref. Dominick, Monique | DNV Id No | Client No 1245570 | Work completed at SHREVEPORT, LA |
|---|---|---|---|---|
| Your ref. PO #GMB07060, Rel #TCR06604 | | Customer contact person | | On date |
| Invoice description +ISO 9001 (ANAB) GM-Shreveport Assembly | | | | On behalf of |

| | | | | |
|---|---|---|---|---|
| *Net amount* | | | | 3,764.77 |
| *Value added tax* | VAT not calculated in accordance with | | | 0.00 |
| *Total* | | CR | USD | 3,764.77 |