**EXHIBIT A**

UNISEAL, INC.
INVOICES MISSING FROM DEBTORS' PROPOSED CURE AMOUNT
AS OF 06/10/2009

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount | INV # |
|---|---|---|---|---|---|---|
| GM ARLINGTON TRUCK | | | | | | |
| RD006383483 | ARR60461 | 249202 | 5/13/2009 | 7/2/2009 | 3,065.76 | 214165 |
| RD006383483 | ARR60461 | 249159 | 5/13/2009 | 7/2/2009 | 25,456.32 | 214227 |
| | | | | | | |
| GM FLINT METAL | | | | | | |
| RD006383483 | CXR12616 | 248859 | 5/7/2009 | 7/2/2009 | 1,640.16 | 213882 |
| | | | | | | |
| GM GRAND RIVERS LANSING | | | | | | |
| RD006383483 | LAR30656 | 249480 | 5/18/2009 | 7/2/2009 | 3,345.00 | 214349 |
| RD006383483 | LAR30656 | 249408 | 5/18/2009 | 7/2/2009 | 1,292.16 | 214373 |
| RD006383483 | LAR30709 | 249788 | 5/22/2009 | 7/2/2009 | 1,248.00 | 214651 |
| RD006383483 | LAR30709 | 249968 | 5/27/2009 | 7/2/2009 | 1,248.00 | 214770 |
| | | | | | | |
| GM LORDSTOWN ASSEMBLY | | | | | | |
| RD006383483 | LTR43454 | 247357 | 4/9/2009 | 6/2/2009 | 4,992.00 | 212467 |
| RD006383483 | LTR43554 | 248566 | 5/1/2009 | 7/2/2009 | 1,353.60 | 213629 |
| RD006383483 | LTR43675 | 248974 | 5/11/2009 | 7/2/2009 | 646.08 | 214046 |
| | | | | | | |
| GM ORION ASSEMBLY | | | | | | |
| RD006383483 | ORR63585 | 250006 | 5/28/2009 | 7/2/2009 | 13,952.16 | 214858 |
| RD006383483 | ORR63585 | 249967 | 5/28/2009 | 7/2/2009 | 2,584.32 | 214871 |
| RD006383483 | ORR63585 | 250019 | 5/28/2009 | 7/2/2009 | 1,725.20 | 214872 |
| | | | | | | |
| GM PARMA | | | | | | |
| RD006383483 | PPR79618 | 248300 | 4/28/2009 | 6/2/2009 | 1,248.00 | 213370 |
| RD006383483 | PPR82004 | 248696 | 5/5/2009 | 7/2/2009 | 2,496.00 | 213749 |
| | | | | | | |
| GM PONTIAC METAL FAB | | | | | | |
| RD006383483 | WHR78806 | 246636 | 3/27/2009 | 5/2/2009 | 2,307.84 | 211810 |
| RD006383483 | WHR78806 | 246806 | 3/31/2009 | 5/2/2009 | 6,346.56 | 212015 |
| RD006383483 | WHR78836 | 249637 | 5/20/2009 | 7/2/2009 | 4,615.68 | 214477 |
| | | | | | | |
| GM SHREVEPORT | | | | | | |
| RD006383483 | SHR92595 | 249824 | 5/26/2009 | 7/2/2009 | 456.00 | 214707 |
| RD006383483 | SHR92629 | 249854 | 5/26/2009 | 7/2/2009 | 1,557.45 | 214708 |

**GRAND TOTAL**                                                                                                **81,576.29**