EXHIBIT B

## Gibbs Die Casting Corporation
### Invoices Missing from Debtors' Proposed Cure Amount as of 6/1/2009

| Vendor Name (as displayed on Claim) | GM Division Plant Code | PO Number | Invoice Number | Shipment ID | Invoice Date | Material Number | Invoice Qty | Unit Price Billed | Invoice Extended Amount |
|---|---|---|---|---|---|---|---|---|---|
| Gibbs Die Casting Corporation | KF | CBH0002L | 101737 | 363342 | 5/1/09 | 24203021 | 1,200 | $1.1487 | $1,378.44 |
| Gibbs Die Casting Corporation | KF | CBH0002M | 101738 | 363342 | 5/1/09 | 24202929 | 3,133 | $0.6256 | $1,960.00 |
| Gibbs Die Casting Corporation | KF | CBH00033 | 101739 | 363343 | 5/1/09 | 24227931 | 588 | $3.7495 | $2,204.71 |
| Gibbs Die Casting Corporation | KF | CBH00034 | 101740 | 363343 | 5/1/09 | 24227935 | 864 | $3.7266 | $3,219.78 |
| Gibbs Die Casting Corporation | KF | CBH0001J | 101747 | 363334 | 5/1/09 | 24205817 | 800 | $4.6381 | $3,710.48 |
| Gibbs Die Casting Corporation | KF | CBH0001K | 101748 | 363334 | 5/1/09 | 08661271 | 800 | $3.0234 | $2,418.72 |
| Gibbs Die Casting Corporation | KF | CBH00008 | 101764 | 363340 | 5/1/09 | 08682665 | 720 | $1.4589 | $1,050.41 |
| Gibbs Die Casting Corporation | KF | CBH0001F | 101765 | 363340 | 5/1/09 | 24214002 | 360 | $2.0725 | $746.10 |
| Gibbs Die Casting Corporation | KF | CBH0001J | 101798 | 363381 | 5/4/09 | 24205817 | 400 | $4.6381 | $1,855.24 |
| Gibbs Die Casting Corporation | KF | CBH0001K | 101799 | 363381 | 5/4/09 | 08661271 | 400 | $3.0234 | $1,209.36 |
| Gibbs Die Casting Corporation | KF | CBH00033 | 101800 | 363349 | 5/4/09 | 24227931 | 288 | $3.7495 | $1,079.86 |
| Gibbs Die Casting Corporation | KF | CBH00034 | 101801 | 363349 | 5/4/09 | 24227935 | 288 | $3.7266 | $1,073.26 |
| Gibbs Die Casting Corporation | KF | CBH00060 | 101802 | 363390 | 5/4/09 | 24242678 | 20 | $20.8058 | $416.12 |
| Gibbs Die Casting Corporation | KF | CBH00068 | 101803 | 363390 | 5/4/09 | 24248097 | 20 | $20.9119 | $418.24 |
| Gibbs Die Casting Corporation | KF | CBH0002L | 101858 | 363385 | 5/5/09 | 24203021 | 1,200 | $1.1487 | $1,378.44 |
| Gibbs Die Casting Corporation | KF | CBH00033 | 101859 | 363386 | 5/5/09 | 24227931 | 576 | $3.7495 | $2,159.71 |
| Gibbs Die Casting Corporation | KF | CBH00034 | 101860 | 363386 | 5/5/09 | 24227935 | 576 | $3.7266 | $2,146.52 |
| Gibbs Die Casting Corporation | KF | CBH0004G | 101870 | 363441 | 5/5/09 | 24228537 | 288 | $6.5829 | $1,895.88 |
| Gibbs Die Casting Corporation | KF | CBH0001J | 101880 | 363422 | 5/5/09 | 24205817 | 800 | $4.6381 | $3,710.48 |
| Gibbs Die Casting Corporation | KF | CBH0001K | 101881 | 363422 | 5/5/09 | 08661271 | 800 | $3.0234 | $2,418.72 |
| Gibbs Die Casting Corporation | KF | CBH00033 | 101928 | 363442 | 5/6/09 | 24227931 | 288 | $3.7495 | $1,079.86 |
| Gibbs Die Casting Corporation | KF | CBH00034 | 101929 | 363442 | 5/6/09 | 24227935 | 576 | $3.7266 | $2,146.52 |
| Gibbs Die Casting Corporation | KF | CBH0001J | 101942 | 363459 | 5/6/09 | 24205817 | 800 | $4.6381 | $3,710.48 |
| Gibbs Die Casting Corporation | KF | CBH0001K | 101943 | 363459 | 5/6/09 | 08661271 | 800 | $3.0234 | $2,418.72 |
| Gibbs Die Casting Corporation | KF | CBH00033 | 101956 | 363466 | 5/7/09 | 24227931 | 576 | $3.7495 | $2,159.71 |
| Gibbs Die Casting Corporation | KF | CBH00034 | 101957 | 363466 | 5/7/09 | 24227935 | 576 | $3.7266 | $2,146.52 |
| Gibbs Die Casting Corporation | KF | CBH0002L | 101958 | 363467 | 5/7/09 | 24203021 | 1,200 | $1.1487 | $1,378.44 |
| Gibbs Die Casting Corporation | KF | CBH0004G | 101959 | 363467 | 5/7/09 | 24228537 | 282 | $6.5829 | $1,856.38 |
| Gibbs Die Casting Corporation | KF | CBH0001J | 101961 | 363496 | 5/6/09 | 24205817 | 800 | $4.6381 | $3,710.48 |
| Gibbs Die Casting Corporation | KF | CBH0001K | 101962 | 363496 | 5/6/09 | 08661271 | 800 | $3.0234 | $2,418.72 |
| Gibbs Die Casting Corporation | KF | CBH0000D | 101963 | 363497 | 5/7/09 | 08684824 | 1,134 | $1.7387 | $1,971.69 |
| Gibbs Die Casting Corporation | KF | CBH00004 | 101964 | 363497 | 5/7/09 | 08679437 | 900 | $1.6619 | $1,495.71 |
| Gibbs Die Casting Corporation | KF | CBH0001F | 101980 | 363473 | 5/7/09 | 24214002 | 360 | $2.0725 | $746.10 |

EXHIBIT B

## Gibbs Die Casting Corporation
### Invoices Missing from Debtors' Proposed Cure Amount as of 6/1/2009

| Vendor Name (as displayed on Claim) | GM Division Plant Code | PO Number | Invoice Number | Shipment ID | Invoice Date | Material Number | Invoice Qty | Unit Price Billed | Invoice Extended Amount |
|---|---|---|---|---|---|---|---|---|---|
| Gibbs Die Casting Corporation | KF | CBH00015 | 101981 | 363473 | 5/7/09 | 24200749 | 1,260 | $1.3745 | $1,731.87 |
| Gibbs Die Casting Corporation | KF | CBH0001J | 101999 | 363524 | 5/8/09 | 24205817 | 800 | $4.6381 | $3,710.48 |
| Gibbs Die Casting Corporation | KF | CBH0001K | 102000 | 363524 | 5/8/09 | 08661271 | 800 | $3.0234 | $2,418.72 |
| Gibbs Die Casting Corporation | KF | CBH00033 | 102002 | 363504 | 5/8/09 | 24227931 | 576 | $3.7495 | $2,159.71 |
| Gibbs Die Casting Corporation | KF | CBH00034 | 102003 | 363504 | 5/8/09 | 24227935 | 576 | $3.7266 | $2,146.52 |
| Gibbs Die Casting Corporation | KF | CBH0002L | 102004 | 363503 | 5/8/09 | 24203021 | 1,200 | $1.1487 | $1,378.44 |
| Gibbs Die Casting Corporation | KF | CBH0002M | 102005 | 363503 | 5/8/09 | 24202929 | 3,020 | $0.6256 | $1,889.31 |
| Gibbs Die Casting Corporation | KF | CBH00068 | 102045 | 363419 | 5/11/09 | 24248097 | 360 | $20.9119 | $7,528.28 |
| Gibbs Die Casting Corporation | KF | CBH00033 | 102047 | 363530 | 5/11/09 | 24227931 | 288 | $3.7495 | $1,079.86 |
| Gibbs Die Casting Corporation | KF | CBH00034 | 102048 | 363530 | 5/11/09 | 24227935 | 1,152 | $3.7266 | $4,293.04 |
| Gibbs Die Casting Corporation | KF | CBH0001J | 102059 | 363554 | 5/11/09 | 24205817 | 1,000 | $4.6381 | $4,638.10 |
| Gibbs Die Casting Corporation | KF | CBH0001K | 102060 | 363554 | 5/11/09 | 08661271 | 1,000 | $3.0234 | $3,023.40 |
| Gibbs Die Casting Corporation | KF | CBH0002L | 102104 | 363567 | 5/12/09 | 24203021 | 1,200 | $1.1487 | $1,378.44 |
| Gibbs Die Casting Corporation | KF | CBH00033 | 102105 | 363568 | 5/12/09 | 24227931 | 576 | $3.7495 | $2,159.71 |
| Gibbs Die Casting Corporation | KF | CBH00034 | 102106 | 363568 | 5/12/09 | 24227935 | 864 | $3.7266 | $3,219.78 |
| Gibbs Die Casting Corporation | KF | CBH00051 | 102108 | 363590 | 5/12/09 | 24236119 | 360 | $16.5961 | $5,974.60 |
| Gibbs Die Casting Corporation | KF | CBH00060 | 102109 | 363590 | 5/12/09 | 24242678 | 120 | $20.8058 | $2,496.70 |
| Gibbs Die Casting Corporation | KF | CBH0001J | 102121 | 363588 | 5/12/09 | 24205817 | 800 | $4.6381 | $3,710.48 |
| Gibbs Die Casting Corporation | KF | CBH0001K | 102122 | 363588 | 5/12/09 | 08661271 | 800 | $3.0234 | $2,418.72 |
| Gibbs Die Casting Corporation | KF | CBH00033 | 102155 | 363600 | 5/13/09 | 24227931 | 288 | $3.7495 | $1,079.86 |
| Gibbs Die Casting Corporation | KF | CBH00034 | 102156 | 363600 | 5/13/09 | 24227935 | 576 | $3.7266 | $2,146.52 |
| Gibbs Die Casting Corporation | KF | CBH0001J | 102158 | 363626 | 5/13/09 | 24205817 | 800 | $4.6381 | $3,710.48 |
| Gibbs Die Casting Corporation | KF | CBH0001K | 102159 | 363626 | 5/13/09 | 08661271 | 800 | $3.0234 | $2,418.72 |
| Gibbs Die Casting Corporation | KF | CBH0002L | 102160 | 363605 | 5/13/09 | 24203021 | 1,200 | $1.1487 | $1,378.44 |
| Gibbs Die Casting Corporation | KF | CBH0002M | 102218 | 363632 | 5/14/09 | 24202929 | 4,279 | $0.6256 | $2,676.94 |
| Gibbs Die Casting Corporation | KF | CBH00033 | 102219 | 363633 | 5/14/09 | 24227931 | 576 | $3.7495 | $2,159.71 |
| Gibbs Die Casting Corporation | KF | CBH00034 | 102220 | 363633 | 5/14/09 | 24227935 | 864 | $3.7266 | $3,219.78 |
| Gibbs Die Casting Corporation | KF | CBH00068 | 102221 | 363660 | 5/14/09 | 24248097 | 120 | $20.9119 | $2,509.43 |
| Gibbs Die Casting Corporation | KF | CBH0001J | 102222 | 363654 | 5/14/09 | 24205817 | 800 | $4.6381 | $3,710.48 |
| Gibbs Die Casting Corporation | | CBH0001K | 102223 | 363654 | 5/14/09 | 08661271 | 800 | $3.0234 | $2,418.72 |
| Gibbs Die Casting Corporation | KF | CBH0002L | 102259 | 363670 | 5/15/09 | 24203021 | 1,200 | $1.1487 | $1,378.44 |
| Gibbs Die Casting Corporation | KF | CBH00033 | 102260 | 363671 | 5/15/09 | 24227931 | 576 | $3.7495 | $2,159.71 |
| Gibbs Die Casting Corporation | KF | CBH00051 | 102261 | 363669 | 5/15/09 | 24236119 | 72 | $16.5961 | $1,194.92 |

EXHIBIT B

## Gibbs Die Casting Corporation
### Invoices Missing from Debtors' Proposed Cure Amount as of 6/1/2009

| Vendor Name (as displayed on Claim) | GM Division Plant Code | PO Number | Invoice Number | Shipment ID | Invoice Date | Material Number | Invoice Qty | Unit Price Billed | Invoice Extended Amount |
|---|---|---|---|---|---|---|---|---|---|
| Gibbs Die Casting Corporation | KF | CBH00068 | 102262 | 363669 | 5/15/09 | 24248097 | 40 | $20.9119 | $836.48 |
| Gibbs Die Casting Corporation | | CBH0001J | 102264 | 363664 | 5/15/09 | 24205817 | 800 | $4.6381 | $3,710.48 |
| Gibbs Die Casting Corporation | | CBH0001K | 102265 | 363664 | 5/15/09 | 08661271 | 800 | $3.0234 | $2,418.72 |
| Gibbs Die Casting Corporation | KG | CBH0004V | 102285 | 363680 | 5/15/09 | 24229823 | 120 | $0.9018 | $108.22 |
| Gibbs Die Casting Corporation | | CBH0001J | 102318 | 363704 | 5/18/09 | 24205817 | 800 | $4.6381 | $3,710.48 |
| Gibbs Die Casting Corporation | | CBH0001K | 102319 | 363704 | 5/18/09 | 08661271 | 800 | $3.0234 | $2,418.72 |
| Gibbs Die Casting Corporation | | CBH00033 | 102324 | 363690 | 5/18/09 | 24227931 | 288 | $3.7495 | $1,079.86 |
| Gibbs Die Casting Corporation | | CBH00034 | 102325 | 363690 | 5/18/09 | 24227935 | 1,152 | $3.7266 | $4,293.04 |
| Gibbs Die Casting Corporation | KF | CBH0002L | 102326 | 363691 | 5/18/09 | 24203021 | 1,200 | $1.1487 | $1,378.44 |
| Gibbs Die Casting Corporation | KF | CBH00060 | 102329 | 363719 | 5/18/09 | 24242678 | 60 | $20.8058 | $1,248.35 |
| Gibbs Die Casting Corporation | | CBH00033 | 102357 | 363716 | 5/19/09 | 24227931 | 288 | $3.7495 | $1,079.86 |
| Gibbs Die Casting Corporation | | CBH00034 | 102358 | 363716 | 5/19/09 | 24227935 | 576 | $3.7266 | $2,146.52 |
| Gibbs Die Casting Corporation | | CBH0001J | 102364 | 363740 | 5/19/09 | 24205817 | 600 | $4.6381 | $2,782.86 |
| Gibbs Die Casting Corporation | | CBH0001K | 102365 | 363740 | 5/19/09 | 08661271 | 600 | $3.0234 | $1,814.04 |
| Gibbs Die Casting Corporation | | CBH0002L | 102408 | 363751 | 5/20/09 | 24203021 | 2,400 | $1.1487 | $2,756.88 |
| Gibbs Die Casting Corporation | | CBH0002M | 102409 | 363751 | 5/20/09 | 24202929 | 3,846 | $0.6256 | $2,406.06 |
| Gibbs Die Casting Corporation | | CBH00033 | 102410 | 363752 | 5/20/09 | 24227931 | 576 | $3.7495 | $2,159.71 |
| Gibbs Die Casting Corporation | | CBH00034 | 102411 | 363752 | 5/20/09 | 24227935 | 1,152 | $3.7266 | $4,293.04 |
| Gibbs Die Casting Corporation | | CBH00051 | 102412 | 363694 | 5/20/09 | 24236119 | 72 | $16.5961 | $1,194.92 |
| Gibbs Die Casting Corporation | | CBH00060 | 102413 | 363694 | 5/20/09 | 24242678 | 80 | $20.8058 | $1,664.46 |
| Gibbs Die Casting Corporation | | CBH0002L | 102467 | 363794 | 5/21/09 | 24203021 | 1,200 | $1.1487 | $1,378.44 |
| Gibbs Die Casting Corporation | | CBH00051 | 102470 | 363807 | 5/21/09 | 24236119 | 144 | $16.5961 | $2,389.84 |
| Gibbs Die Casting Corporation | | CBH00060 | 102471 | 363807 | 5/21/09 | 24242678 | 80 | $20.8058 | $1,664.46 |
| Gibbs Die Casting Corporation | | CBH0001J | 102650 | 363912 | 5/28/09 | 24205817 | 600 | $4.6381 | $2,782.86 |
| Gibbs Die Casting Corporation | | CBH0001K | 102651 | 363912 | 5/28/09 | 08661271 | 600 | $3.0234 | $1,814.04 |
| Gibbs Die Casting Corporation | | CBH0001J | 102677 | 363950 | 5/29/09 | 24205817 | 800 | $4.6381 | $3,710.48 |
| Gibbs Die Casting Corporation | | CBH0001K | 102678 | 363950 | 5/29/09 | 08661271 | 800 | $3.0234 | $2,418.72 |
| Gibbs Die Casting Corporation | 61 | CBH00041 | 101861 | 363387 | 5/5/09 | 24231988 | 882 | $2.7338 | $2,411.21 |
| Gibbs Die Casting Corporation | 61 | CBH00041 | 101927 | 363433 | 5/6/09 | 24231988 | 1,764 | $2.7338 | $4,822.42 |
| Gibbs Die Casting Corporation | 61 | CBH00041 | 102006 | 363508 | 5/8/09 | 24231988 | 882 | $2.7338 | $2,411.21 |
| Gibbs Die Casting Corporation | 61 | CBH00041 | 102046 | 363529 | 5/11/09 | 24231988 | 882 | $2.7338 | $2,411.21 |
| Gibbs Die Casting Corporation | 61 | CBH00041 | 102107 | 363569 | 5/12/09 | 24231988 | 882 | $2.7338 | $2,411.21 |
| Gibbs Die Casting Corporation | 61 | CBH00041 | 102157 | 363601 | 5/13/09 | 24231988 | 882 | $2.7338 | $2,411.21 |

EXHIBIT B

## Gibbs Die Casting Corporation
### Invoices Missing from Debtors' Proposed Cure Amount as of 6/1/2009

| Vendor Name (as displayed on Claim) | GM Division Plant Code | PO Number | Invoice Number | Shipment ID | Invoice Date | Material Number | Invoice Qty | Unit Price Billed | Invoice Extended Amount |
|---|---|---|---|---|---|---|---|---|---|
| Gibbs Die Casting Corporation | 61 | CBH00041 | 102258 | 363668 | 5/15/09 | 24231988 | 882 | $2.7338 | $2,411.21 |
| Gibbs Die Casting Corporation | KE | CBH0002N | 101756 | 363339 | 5/1/09 | 24203259 | 1,200 | $0.6326 | $759.12 |
| Gibbs Die Casting Corporation | KE | CBH0002N | 101804 | 363357 | 5/4/09 | 24203259 | 800 | $0.6326 | $506.08 |
| Gibbs Die Casting Corporation | KE | CBH0002N | 101849 | 363393 | 5/5/09 | 24203259 | 1,200 | $0.6326 | $759.12 |
| Gibbs Die Casting Corporation | KE | CBH0004V | 101850 | 363393 | 5/5/09 | 24229823 | 3,888 | $0.9018 | $3,506.20 |
| Gibbs Die Casting Corporation | KE | CBH0002N | 101932 | 363429 | 5/6/09 | 24203259 | 800 | $0.6326 | $506.08 |
| Gibbs Die Casting Corporation | KE | CBH0002N | 101979 | 363472 | 5/7/09 | 24203259 | 800 | $0.6326 | $506.08 |
| Gibbs Die Casting Corporation | KE | CBH0002N | 102025 | 363506 | 5/8/09 | 24203259 | 800 | $0.6326 | $506.08 |
| Gibbs Die Casting Corporation | KE | CBH0002N | 102044 | 363547 | 5/11/09 | 24203259 | 1,200 | $0.6326 | $759.12 |
| Gibbs Die Casting Corporation | KE | CBH0002N | 102128 | 363566 | 5/12/09 | 24203259 | 400 | $0.6326 | $253.04 |
| Gibbs Die Casting Corporation | KE | CBH0004V | 102129 | 363566 | 5/12/09 | 24229823 | 3,888 | $0.9018 | $3,506.20 |
| Gibbs Die Casting Corporation | KE | CBH0002N | 102169 | 363617 | 5/13/09 | 24203259 | 800 | $0.6326 | $506.08 |
| Gibbs Die Casting Corporation | KE | CBH0002N | 102252 | 363647 | 5/14/09 | 24203259 | 1,200 | $0.6326 | $759.12 |
| Gibbs Die Casting Corporation | KE | CBH0002N | 102283 | 363675 | 5/15/09 | 24203259 | 1,600 | $0.6326 | $1,012.16 |
| Gibbs Die Casting Corporation | KE | CBH0004V | 102284 | 363675 | 5/15/09 | 24229823 | 3,888 | $0.9018 | $3,506.20 |
| Gibbs Die Casting Corporation | KE | CBH00024 | 102328 | 363705 | 5/18/09 | 24214391 | 1,008 | $1.8679 | $1,882.84 |
| Gibbs Die Casting Corporation | KE | CBH0002N | 102372 | 363715 | 5/19/09 | 24203259 | 1,200 | $0.6326 | $759.12 |
| Gibbs Die Casting Corporation | KE | CBH0002N | 102415 | 363758 | 5/20/09 | 24203259 | 1,600 | $0.6326 | $1,012.16 |
| Gibbs Die Casting Corporation | KE | CBH00024 | 102473 | 363815 | 5/21/09 | 24214391 | 1,008 | $1.8679 | $1,882.84 |
| Gibbs Die Casting Corporation | KE | CBH00041 | 102694 | 363942 | 5/29/09 | 24231988 | 882 | $2.7338 | $2,411.21 |
| | | | | | | | | TOTAL | $257,456.62 |