SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Fredric Sosnick (FS-3326)
Jill Frizzley (JF-8724)

Attorneys for American Axle Manufacturing Holdings, Inc. and its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                :
                                                                :
                                                                :
                                                                :
**In re:**                                                      :    **Chapter 11 Case No.**
                                                                :
**GENERAL MOTORS CORP.,** *et al.*,                             :    **09 – 50026 (REG)**
                                                                :
                            **Debtors.**                        :    **(Jointly Administered)**
                                                                :
                                                                :
                                                                :
                                                                :
----------------------------------------------------------------x

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that American Axle Manufacturing Holdings, Inc. and

its affiliates hereby appear by and through their counsel, Shearman & Sterling LLP ("**Counsel**"),

pursuant to rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), and 11 U.S.C. §§102(1), 342 and 1109(b), and request that all

notices given in the cases and all papers served or required to be served in the cases, be given to

and served upon Counsel at the following address:

Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179
Attn:   Fredric Sosnick, Esq.
          Jill Frizzley, Esq.
Email: fsosnick@shearman.com
          jfrizzley@shearman.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not

only the notices and papers referred to in the Bankruptcy Rules, but also, without limitation,

orders and notices of any application, motion, petition, pleading, request, complaint, or demand,

whether formal or informal, whether written or oral and whether transmitted or conveyed by

email, delivery, telephone, telex or otherwise.

Dated: New York, New York
          June 11, 2009

Respectfully submitted,

SHEARMAN & STERLING LLP

By: _____
Fredric Sosnick
Jill Frizzley
599 Lexington Avenue
New York, New York 10022
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179

Attorneys for American Axle
Manufacturing Holdings, Inc. and
its Affiliates