# EXHIBIT A

# Contract Notices

User: edV333Wk

**My Contracts**    Documents & Links

## Supplier Details

| | |
|---|---|
| Supplier Name: | **FARRELL, AW & SON INC** |
| Contract Cure Amount: | **$85,116.00** |
| # of Contracts: | **3** |

Click here to view C

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name |
|---|---|---|---|
| 5716-00099851 | GMS99594 | 057983025 | JAMESON ROOFING CO INC |
| 5716-00101472 | GMS28562 | 057983025 | JAMESON ROOFING CO INC |
| 5716-00101473 | GMS28563 | 057983025 | JAMESON ROOFING CO INC |

Hover mouse cursor here for Contract Status Legend

**Important Notices:**    All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assig
referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be bin
or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights
contract or establishing the Debtors' proposed treatment of the contract for purposes of contract a

Home    Logout                                    June 10, 2009 @ 03:19:11 PM

# Contract Notices

User: edV333Wk

**My Contracts**    **Documents & Links**

## Supplier Details

|  |  |
|---|---|
| Supplier Name: | **FARRELL, AW & SON INC** |
| Contract Cure Amount: | **$85,116.00** |
| # of Contracts: | **3** |

Click here to view C

### Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Dat |
|---|---|---|---|---|
| RD057983025 | GMS28562 | 10495012 | 5/13/2009 | STAYED |
| RD057983025 | GMS28562 | 10495021 | 5/15/2009 | STAYED |
| RD057983025 | GMS28562 | 10495013 | 5/21/2009 | STAYED |
| RD057983025 | GMS28562 | 10495014 | 5/26/2009 | STAYED |
| RD057983025 | GMS28562 | 10495023 | 5/26/2009 | STAYED |

**Important Notices:**    All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assig referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be bin or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights contract or establishing the Debtors' proposed treatment of the contract for purposes of contract a

Home    Logout    June 10, 2009 @ 03:20:12 PM