# EXHIBIT B

EASTRAC COMPANIES

Information Analyst - Print Table

Inquiry - By Customer - Totals

Customer #MCN8999

| New Activity Type | Activity Status | Invoice | Date Stamp | Activity Date | Invoice Amt. Written | Amount | Retainage Held | Retainage Billed | Job | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Invoice | Posted | 01049501-7 | 3-14-2009 | 3-13-2009 | 13,837.50 | 13,837.50 | | | 0104-9-501 | GM LORDSTOWN CMVM |
| Invoice | Posted | 01049502-1 | 3-20-2009 | 3-15-2009 | 11,931.00 | 11,931.00 | | | 0104-9-502 | GM MFG LORDSTOWN |
| Invoice | Posted | 01049501-3 | 3-22-2009 | 3-21-2009 | 14,206.50 | 14,206.50 | | | 0104-9-501 | GM LORDSTOWN CMVM |
| Invoice | Posted | 01049502-2 | 5-22-2009 | 5-21-2009 | 53,259.00 | 53,259.00 | | | 0104-9-502 | GM MFG LORDSTOWN |
| Invoice | Posted | 01049501-4 | 6-61-2009 | 5-29-2009 | 11,116.00 | 11,116.00 | | | 0104-9-501 | GM LORDSTOWN CMVM |
| Invoice | Posted | 01049502-3 | 6-61-2009 | 5-29-2009 | 33,825.00 | 33,825.00 | | | 0104-9-502 | GM MFG LORDSTOWN |

Conditions
Status EQ Unpaid

# Jameson Roofing Co., Inc.

Submit Invoice Electronically To:
GM.Capital.Invoicing@ACS-Inc.com
cc:  Denise.A.Bator@GM.Com

Jameson Roofing Co., Inc.
3761 East Lake Road
Dunkirk, NY 14048
servicemanager@Roofusa.com

| Purchase Order Number: | GMS28562 |
|---|---|

**DUNS Number:**  07 403 7375

| Your Invoice # | 01049501-2 |
|---|---|

| Invoice Date: | May 13,2009 |
|---|---|

GMVM Lordstown

| 1/23/09 | - | 2/27/2009 |

Application is made for payment, as shown below. The present status of the account for this project is as follows:

## CONTRACT AMOUNT/ EARNED

| GM Purchase Order No./ Sequence (i.e. GMS12345.001) | Item Identification No./ Sequence (i.e. PRXX1234.001) | Contract Amount | Amount Earned | Previously Invoiced | Receipt This Invoice |
|---|---|---|---|---|---|
| GMS28562 003 | PRYX3545 001 | $67,001.90 | | $67,001.90 | $0.00 |
| GMS28562 002 | PRYX0012 001 | $100,000.00 | $13,837.50 | $0.00 | $13,837.50 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| Sub-Totals | | $167,001.90 | $80,839.40 | $67,001.90 | $13,837.50 |

Previous Applications for Payments

| Invoice Number | Date of Invoice | Status | Amount |
|---|---|---|---|

Total Previously Invoiced:    $0.00

Payment Requested:    $13,837.50

I certify that I have checked the quantities covered by this invoice, that the work was actually performed, that the quantities are correct and consistent with all previous computations, and that quantities and the amounts shown are consistent with the contract requirements.

*Donna Haynes*             5/13/09
Authorized Name            Date

RLSA Detail Summary
GMVM Lordstown

| Service Date | Daily Charge | Emergency Roof Leak Services | | | Emergency Roof Snow Removal | | |
|---|---|---|---|---|---|---|---|
| | | Unit Price #1 Total Man Hours Up to 8 Hours/Man M - F $123.00 | Unit Price #2 Total Man Hours Up to 8 Hours/Man Saturday $145.00 | Unit Price #3 Total Man Hours Up to 8 Hours/Man Sunday / Holiday $190.00 | Unit Price #4 Total Man Hours Up to 8 Hours/Man M - F $113.00 | Unit Price #5 Total Man Hours Up to 8 Hours/Man Saturday $135.00 | Unit Price #6 Total Man Hours Up to 8 Hours/Man Sunday / Holiday $180.00 |
| 1/23/09 | $615.00 | 5.00 $615.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1/30/09 | $1,137.75 | 9.25 $1,137.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2/2/09 | $1,076.25 | 8.75 $1,076.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2/9/09 | $1,906.50 | 15.50 $1,906.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2/10/09 | $1,137.75 | 9.25 $1,137.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2/11/09 | $1,722.00 | 14.00 $1,722.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2/17/09 | $4,674.00 | 38.00 $4,674.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2/27/09 | $1,568.25 | 12.75 $1,568.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Totals | $13,837.50 | $13,837.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Amount Earned    $13,837.50

# Jameson Roofing Co., Inc.

Submit Invoice Electronically To:
GM.Capital.Invoicing@ACS-Inc.com
cc:   Denise.A.Bator@GM.Com

**Jameson Roofing Co., Inc.**
3761 East Lake Road
Dunkirk, NY 14048
servicemanager@roofusa.com

| Purchase Order Number: | GMS28562 |
|---|---|

**DUNS Number:**   07 403 7375

| Your Invoice # | 01049502-1 |
|---|---|

| Invoice Date: | May 15, 2009 |
|---|---|

MFD Lordstown

| 2/2/09 - | 3/9/2009 |
|---|---|

Application is made for payment, as shown below. The present status of the account for this project is as follows:

CONTRACT AMOUNT/ EARNED

| GM Purchase Order No./ Sequence (i.e. GMS12345 001) | Item Identification No./ Sequence (i.e. PRXX1234 001) | Contract Amount | Amount Earned | Previously Invoiced | Receipt This Invoice |
|---|---|---|---|---|---|
| GMS28562 002 | PRYX0012 001 | $100,000.00 | $25,768.50 | $13,837.50 | $11,931.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| Sub-Totals | | $100,000.00 | $25,768.50 | $13,837.50 | $11,931.00 |

Previous Applications for Payments

| Invoice Number | Date of Invoice | Status | Amount |
|---|---|---|---|

Total Previously Invoiced:          $0.00

Payment Requested:     $11,931.00

I certify that I have checked the quantities covered by this invoice, that the work was actually performed, that the quantities are correct and consistent with
all previous computations, and that quantities and the amounts shown are consistent with the contract requirements.

| *Donna Haynes* | 5/15/09 |
|---|---|
| Authorized Name | Date |

RLSA Detail Summary
MFD Lordstown

| Service | Daily | Emergency Roof Leak Services | | | | | | Emergency Roof Snow Removal | | | | | |
| | | Unit Price #1 Total Man Hours Up to 8 Hours/Man M-F | | Unit Price #2 Total Man Hours Up to 8 Hours/Man Saturday | | Unit Price #3 Total Man Hours Up to 8 Hours/Man Sunday / Holiday | | Unit Price #4 Total Man Hours Up to 8 Hours/Man M-F | | Unit Price #5 Total Man Hours Up to 8 Hours/Man Saturday | | Unit Price #6 Total Man Hours Up to 8 Hours/Man Sunday / Holiday | |
| Date | Charge | $123.00 | | $146.00 | | $190.00 | | $113.00 | | $135.00 | | $180.00 | |
| 2/2/09 | $830.25 | 6.75 | $830.25 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| 2/9/09 | $1,722.00 | 14.00 | $1,722.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| 2/10/09 | $1,814.25 | 14.75 | $1,814.25 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| 2/27/09 | $1,783.50 | 14.50 | $1,783.50 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| 3/5/09 | $1,906.50 | 15.50 | $1,906.50 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| 3/6/09 | $1,968.00 | 16.00 | $1,968.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| 3/9/09 | $1,906.50 | 15.50 | $1,906.50 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| **Totals** | | | **$11,931.00** | | **$0.00** | | **$0.00** | | **$0.00** | | **$0.00** | | **$0.00** |
| **Amount Earned** | | | **$11,931.00** | | | | | | | | | | |

# Jameson Roofing Co., Inc.

Submit Invoice Electronically To:
GM.Capital.Invoicing@ACS-Inc.com
cc:  Denise.A.Bator@GM.Com

**Jameson Roofing Co., Inc.**
3761 East Lake Road
Dunkirk, NY 14048
servicemanager@Roofusa.com

| Purchase Order Number: | GMS28562 |
|---|---|

**DUNS Number:**  07 403 7375

| Your Invoice # | 01049501-3 |
|---|---|

| Invoice Date: | May 21,2009 |
|---|---|

GMVM Lordstown

| 3/6/09 - | 4/29/2009 |
|---|---|

Application is made for payment, as shown below. The present status of the account for this project is as follows:

## CONTRACT AMOUNT/ EARNED

| GM Purchase Order No./ Sequence (i.e. GMS12345 001) | Item Identification No./ Sequence (i.e. PRXX1234 001) | Contract Amount | Amount Earned | Previously Invoiced | Receipt This Invoice |
|---|---|---|---|---|---|
| GMS28562 003 | PRYX3545 001 | $67,001.90 | $67,001.90 | $67,001.90 | $0.00 |
| GMS28562 002 | PRYX0012 001 | $100,000.00 | $39,975.00 | $25,768.50 | $14,206.50 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| Sub-Totals | | $167,001.90 | $106,976.90 | $92,770.40 | $14,206.50 |

Previous Applications for Payments

| Invoice Number | Date of Invoice | Status | Amount |
|---|---|---|---|

Total Previously Invoiced:                    $0.00

**Payment Requested:**    $14,206.50

I certify that I have checked the quantities covered by this invoice, that the work was actually performed, that the quantities are correct and consistent with
all previous computations, and that quantities and the amounts shown are consistent with the contract requirements.

_Donna Haynes_                                                        5/21/09
Authorized Name                                                        Date

RLSA Detail Summary
GWM Lordstown

| Service | Daily | Emergency Roof Leak Services | | | Emergency Roof Snow Removal | | |
| | | Unit Price #1 Total Man Hours Up to 8 Hours/Man M - F | Unit Price #2 Total Man Hours Up to 8 Hours/Man Saturday | Unit Price #3 Total Man Hours Up to 8 Hours/Man Sunday / Holiday | Unit Price #4 Total Man Hours Up to 8 Hours/Man M - F | Unit Price #5 Total Man Hours Up to 8 Hours/Man Saturday | Unit Price #6 Total Man Hours Up to 8 Hours/Man Sunday / Holiday |
| Date | Charge | $123.00 | $145.00 | $190.00 | $113.00 | $135.00 | $180.00 |
| 3/6/09 | $1,722.00 | 14.00  $1,722.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3/11/09 | $1,783.50 | 14.50  $1,783.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3/23/09 | $1,752.75 | 14.25  $1,752.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3/25/09 | $984.00 | 8.00  $984.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3/26/09 | $1,414.50 | 11.50  $1,414.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3/27/09 | $1,722.00 | 14.00  $1,722.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3/30/09 | $1,506.75 | 12.25  $1,506.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/15/09 | $492.00 | 4.00  $492.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/24/09 | $1,968.00 | 16.00  $1,968.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/29/09 | $861.00 | 7.00  $861.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Totals | $14,206.50 | $14,206.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Amount Earned | $14,206.50 | | | | | | |

# Jameson Roofing Co., Inc.

Submit Invoice Electronically To:
GM.Capital.Invoicing@ACS-Inc.com
cc:  Denise.A.Bator@GM.Com

Jameson Roofing Co., Inc.
3761 East Lake Road
Dunkirk, NY 14048
servicemanager@roofusa.com

| Purchase Order Number: | GMS28562 |
| --- | --- |

**DUNS Number:**  07 403 7375

| Your Invoice # | 01049502-2 |
| --- | --- |

| Invoice Date: | May 22, 2009 |
| --- | --- |

MFD Lordstown
4/3/09  -    4/27/2009

Application is made for payment, as shown below. The present status of the account for this project is as follows:

## CONTRACT AMOUNT/ EARNED

| GM Purchase Order No / Sequence (i.e. GMS12345 001) | Item Identification No / Sequence (i.e. PRXX1234 001) | Contract Amount | Amount Earned | Previously Invoiced | Receipt This Invoice |
| --- | --- | --- | --- | --- | --- |
| GMS28562 002 | PRYX0012 001 | $100,000.00 | $93,234.00 | $39,975.00 | $53,259.00 |
|  |  |  |  |  | $0.00 |
|  |  |  |  |  | $0.00 |
|  |  |  |  |  | $0.00 |
|  |  |  |  |  | $0.00 |
|  |  |  |  |  | $0.00 |
| Sub-Totals |  | $100,000.00 | $93,234.00 | $39,975.00 | $53,259.00 |

Previous Applications for Payments

| Invoice Number | Date of Invoice | Status | Amount |
| --- | --- | --- | --- |

Total Previously Invoiced: $0.00

Payment Requested:  $53,259.00

I certify that I have checked the quantities covered by this invoice, that the work was actually performed, that the quantities are correct and consistent with all previous computations, and that quantities and the amounts shown are consistent with the contract requirements.

| *Donna Haynes* | 5/22/09 |
| --- | --- |
| Authorized Name | Date |

RLSA Detail Summary
MFD Lordstown

| Service Date | Daily Charge | Emergency Roof Leak Services — Unit Price #1 Total Man Hours Up to 8 Hours/Man M - F ($123.00) | | Unit Price #2 Total Man Hours Up to 8 Hours/Man Saturday ($145.00) | Unit Price #3 Total Man Hours Up to 8 Hours/Man Sunday / Holiday ($190.00) | Emergency Roof Snow Removal — Unit Price #4 Total Man Hours Up to 8 Hours/Man M - F ($113.00) | Unit Price #5 Total Man Hours Up to 8 Hours/Man Saturday ($135.00) | Unit Price #6 Total Man Hours Up to 8 Hours/Man Sunday / Holiday ($180.00) |
|---|---|---|---|---|---|---|---|---|
| 4/3/09 | $1,476.00 | 12.00 | $1,476.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/9/09 | $7,872.00 | 64.00 | $7,872.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/15/09 | $2,890.50 | 23.50 | $2,890.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/16/09 | $7,872.00 | 64.00 | $7,872.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/17/09 | $7,872.00 | 64.00 | $7,872.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/20/09 | $1,353.00 | 11.00 | $1,353.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/23/09 | $7,564.50 | 61.50 | $7,564.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/24/09 | $7,503.00 | 61.00 | $7,503.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/27/09 | $8,856.00 | 72.00 | $8,856.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Totals | $53,259.00 | | $53,259.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Amount Earned    $53,259.00

# Jameson Roofing Co., Inc.

Submit Invoice Electronically To:
GM.Capital.Invoicing@ACS-Inc.com
cc:  Denise.A.Bator@GM.Com

Jameson Roofing Co., Inc.
3761 East Lake Road
Dunkirk, NY 14048
servicemanager@Roofusa.com

| Purchase Order Number: | GMS28562 |
| --- | --- |

**DUNS Number:**  07 403 7375

| Your Invoice # | 01049501-4 |
| --- | --- |

| Invoice Date: | May 26,2009 |
| --- | --- |

GMVM Lordstown
| 5/1/09   - | 6/12/2009 |

Application is made for payment, as shown below. The present status of the account for this project is as follows:

## CONTRACT AMOUNT/ EARNED

| GM Purchase Order No./ Sequence (i.e. GMS12345 001) | Item Identification No./ Sequence (i.e. PRXX1234 001) | Contract Amount | Amount Earned | Previously Invoiced | Receipt This Invoice |
| --- | --- | --- | --- | --- | --- |
| GMS28562 003 | PRYX3545 001 | $67,001.90 | $67,001.90 | $67,001.90 | $0.00 |
| GMS28562 002 | PRYX0012 001 | $100,000.00 | $100,000.00 | $93,234.00 | $6,766.00 |
| GMS28562 004 | PRZX3371 001 | $99,999.00 | $4,550.00 | | $4,550.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| Sub-Totals | | $267,000.90 | $171,551.90 | $160,235.90 | $11,316.00 |

## Previous Applications for Payments

| Invoice Number | Date of Invoice | Status | Amount |
| --- | --- | --- | --- |

Total Previously Invoiced:     $0.00

Payment Requested:     | $11,316.00 |

I certify that I have checked the quantities covered by this invoice, that the work was actually performed, that the quantities are correct and consistent with all previous computations, and that quantities and the amounts shown are consistent with the contract requirements.

Donna Haynes
Authorized Name

5/26/09
Date

RLSA Detail Summary
GMWM Lordstown

| Service | Daily | Emergency Roof Leak Services | | | Emergency Roof Snow Removal | | |
|---|---|---|---|---|---|---|---|
| | | Unit Price #1 Total Man Hours Up to 8 Hours/Man M - F | Unit Price #2 Total Man Hours Up to 8 Hours/Man Saturday | Unit Price #3 Total Man Hours Up to 8 Hours/Man Sunday / Holiday | Unit Price #4 Total Man Hours Up to 8 Hours/Man M - F | Unit Price #5 Total Man Hours Up to 8 Hours/Man Saturday | Unit Price #6 Total Man Hours Up to 8 Hours/Man Sunday / Holiday |
| Date | Charge | $123.00 | $145.00 | $190.00 | $113.00 | $135.00 | $180.00 |
| 5/1/09 | $2,214.00 | 18.00 $2,214.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/4/09 | $1,783.50 | 14.50 $1,783.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/5/09 | $2,706.00 | 22.00 $2,706.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/7/09 | $1,230.00 | 10.00 $1,230.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/11/09 | $1,968.00 | 16.00 $1,968.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/12/09 | $1,414.50 | 11.50 $1,414.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Totals | $11,316.00 | $11,316.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Amount Earned    $11,316.00

# Jameson Roofing Co., Inc.

Submit Invoice Electronically To:
GM.Capital.Invoicing@ACS-Inc.com
cc:   Denise.A.Bator@GM.Com

**Jameson Roofing Co., Inc.**
3761 East Lake Road
Dunkirk, NY 14048
servicemanager@roofusa.com

| Purchase Order Number: | GMS28562 |
|---|---|

**DUNS Number:**  07 403 7375

| Your Invoice # | 01049502-3 |
|---|---|

| Invoice Date: | May 26, 2009 |
|---|---|

MFD Lordstown

| 5/5/09 - | 5/13/2009 |
|---|---|

Application is made for payment, as shown below. The present status of the account for this project is as follows:

CONTRACT AMOUNT/ EARNED

| GM Purchase Order No./ Sequence (i.e. GMS12345 001) | Item Identification No./ Sequence (i.e. PRXX1234 001) | Contract Amount | Amount Earned | Previously Invoiced | Receipt This Invoice |
|---|---|---|---|---|---|
| GMS28562 002 | PRYX0012 001 | $100,000.00 | $100,000.00 | $100,000.00 | $0.00 |
| GMS28562 003 | PRYX3545 001 | $67,001.90 | $67,001.90 | $67,001.90 | $0.00 |
| GMS28562 004 | PRZX3371 001 | $99,999.00 | $38,375.00 | $4,550.00 | $33,825.00 |
|  |  |  |  |  | $0.00 |
|  |  |  |  |  | $0.00 |
|  |  |  |  |  | $0.00 |
| | Sub-Totals | $267,000.90 | $205,376.90 | $171,551.90 | $33,825.00 |

Previous Applications for Payments

| Invoice Number | Date of Invoice | Status | Amount |
|---|---|---|---|

Total Previously Invoiced:   $0.00

**Payment Requested:**   $33,825.00

I certify that I have checked the quantities covered by this invoice, that the work was actually performed, that the quantities are correct and consistent with all previous computations, and that quantities and the amounts shown are consistent with the contract requirements.

| *Donna Haynes* | 5/27/09 |
|---|---|
| Authorized Name | Date |

RLSA Detail Summary
MFD Lordstown

| Service | Daily | Emergency Roof Leak Services | | | | | | Emergency Roof Snow Removal | | | | |
| | | Unit Price #1 Total Man Hours Up to 8 Hours/Man M - F | | Unit Price #2 Total Man Hours Up to 8 Hours/Man Saturday | Unit Price #3 Total Man Hours Up to 8 Hours/Man Sunday / Holiday | Unit Price #4 Total Man Hours Up to 8 Hours/Man M - F | Unit Price #5 Total Man Hours Up to 8 Hours/Man Saturday | Unit Price #6 Total Man Hours Up to 8 Hours/Man Sunday / Holiday |
| Date | Charge | $123.00 | | $145.00 | $190.00 | $113.00 | $135.00 | $180.00 |
| 5/5/09 | $5,904.00 | 48.00 | $5,904.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/6/09 | $7,872.00 | 64.00 | $7,872.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/11/09 | $5,904.00 | 48.00 | $5,904.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/12/09 | $6,396.00 | 52.00 | $6,396.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/13/09 | $7,749.00 | 63.00 | $7,749.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Totals | | | $33,825.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Amount Earned | $33,825.00 | | | | | | | |