## List of Exhibits

Exhibit A - Supplier Details Contract Notice Screen

Exhibit B - Contract Detail Spreadsheet

Exhibit C - Outstanding Invoices

Exhibit D - Retainage Balances Invoices

Exhibit E - Pending Change Order Documents