**[Exhibit B - Contract Detail Spreadsheet]**

SUPERIOR ELECTRIC GREAT LAKES
GM BANKRUPTCY
ASSUMABLE CONTRACTS AND CONTRACT CURE AMOUNTS
PER GM WEBSITE "contractnotices" AS OF 6/08/09    UPDATED 6-10-09

| GM PO # | GM CURE AMOUNT | SEGL JOB NUMBER | SEGL CURE AMOUNT | JOB LOCATION | JOB DESC | OPEN A/R | INVOICE DATE | UNBILLED CONTRACT | OPEN RETAINER | PENDING CHANGE ORDERS WORK COMPLETE | PENDING CHANGE ORDERS WORK NOT COMPLETE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TCS17322 | | 3068 | - | Springhill | IS&S Matl | - | | - | - | - | - |
| TCS17323 | | 3068 | - | Springhill | IS&S Matl | - | | - | - | - | - |
| GMS26200 | | 3115 | 134,599.54 | Pont N | DemoRefeeds | - | | 33,427.00 | 64,990.54 | 36,182.00 | 59,892.00 |
| GMS32331 | | 8830 | - | GMTC | UAW Help | - | | - | - | - | - |
| GMS32960 | | 3225 | 19,500.00 | GMTC | RSB | 19,500.00 | 6/4/2009 | - | - | - | - |
| WFS07121 | | 3241 | 15,400.00 | GMTC | RML Foundry | - | 6/4/2009 | 15,400.00 | - | - | - |
| GMS33262 | | 3232 | 10,500.00 | GMTC | RSB | 10,500.00 | 4/30/2009 | - | - | - | - |
| WFS07044 | 93,377.86 | 3197 | 630,045.92 | Lordstown | Weld Buss | 93,377.86 | 5/29/2009 | 227,464.00 | 227,013.06 | 82,191.00 | - |
| | | | | | | 43,190.57 | | | | | |
| GMS27292 | | 8812 | - | GMTC | DDC Comm | - | | - | - | - | - |
| GMS32359 | | 3221 | 5,201.00 | GMTC | RSB | 5,201.00 | 6/4/2009 | - | - | - | - |
| GMS28495 | | 3157 | 2,689.00 | Romulus | Misc-Spisich | - | | 2,689.00 | - | - | - |
| GMS28968 | | 3157 | 3,450.00 | Romulus | Misc-Spisich | - | | 3,450.00 | - | - | - |
| GMS30636 | | 3185 | 5,024.00 | Flint | Smoking Rm | - | | 5,024.00 | - | - | - |
| GMS30659 | | 3186 | 1,540.00 | Flint | Canopy Recpt | - | | 1,540.00 | - | - | - |
| WFS07055 | | 3199 | 516,403.78 | Toledo | GF6 IS&S | 18,064.75 | 5/22/2009 | 483,045.00 | 15,294.03 | - | 21,796.00 |

CONTRACT TOTALS FOR CURE AMOUNT    189,834.18    307,297.63  118,373.00

JOBS WITH OPEN AMOUNTS NOT LISTED

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GMS20511 | | 3048 | 48,882.95 | GMTC | RSB IS&S | - | | - | 48,882.95 | - | - |
| po not issued yet - in process | | 8838 | 13,627.18 | Romulus | Buss Replace | - | | - | - | 13,627.18 | - |