**[Exhibit C- Outstanding Invoices]**

09-50026-mg    Doc 697-4    Filed 06/12/09    Entered 06/12/09 09:08:16    Exhibit C
Outstanding Invoices    Pg 1 of 7

# SUPERIOR ELECTRIC
# GREAT LAKES COMPANY

*Electrical Contractors*
*COMMERCIAL*
*INDUSTRIAL*
*MAINTENANCE*

GM FSS ACQUISITION BUSINESS PROCESS
C/O OLIMPIC RECEIPTING
P.O. BOX 63490
PHOENIX, AZ  85082-3490

INVOICE ID: 12503
DRAW ID: 322500001
DATE: June 4, 2009

SALESPERSON:

CONTRACT ID:   3225
GM Tech Ctr - RSB Ph I Ld/Arc
LOCATION:

CUSTOMER ID: GMFSSACS
PO #:  GMS32960

NET 30 DAYS

APPLICATION #1
JUNE 2009 BILLING

| SEQUENCE | PART NUMBER | QUANTITY | UNIT PRICE | |
|---|---|---|---|---|
| 000001 | PRC03143 001 | 19500 UN | 1 | |

| | |
|---|---:|
| Original Contracted Amount | $19,500.00 |
| Net Change by Change Orders | 0.00 |
| Current Contracted Amount | 19,500.00 |
| Total Amount Billed | 19,500.00 |
| Total Amount Billed Less Retainage | 19,500.00 |
| Less Previous Billings | 0.00 |
| CURRENT AMOUNT THIS INVOICE | $19,500.00 |

ISO 9001 CERTIFIED

264 Executive Drive Troy, Michigan 48083 • Tel 248/585-3400 • Fax 248/585-8349
web site: www.seglc.com



# SUPERIOR ELECTRIC
# GREAT LAKES COMPANY

*Electrical Contractors*
*COMMERCIAL*
*INDUSTRIAL*
*MAINTENANCE*

GM FSS ACQUISITION BUSINESS PROCESS
C/O OLIMPIC RECEIPTING
P.O. BOX 63490
PHOENIX, AZ  85082-3490

INVOICE ID: 12504
DRAW ID: 323200001
DATE: June 4, 2009

SALESPERSON:

CONTRACT ID:   3232
GM Tech Ctr - RSB Ph I Add Eme
LOCATION:

CUSTOMER ID: GMFSSACS
PO #:  GMS3324∂

NET 30 DAYS

APPLICATION #1
JUNE 2009 BILLING

| SEQUENCE | PART NUMBER | QUANTITY | UNIT PRICE | |
|---|---|---|---|---|
| 000001 | PRC03144 001 | 10500 UN | 1 | |
| Original Contracted Amount | | | | $10,500.00 |
| Net Change by Change Orders | | | | 0.00 |
| Current Contracted Amount | | | | 10,500.00 |
| Total Amount Billed | | | | 10,500.00 |
| Total Amount Billed Less Retainage | | | | 10,500.00 |
| Less Previous Billings | | | | 0.00 |
| CURRENT AMOUNT THIS INVOICE | | | | $10,500.00 |

ISO 9001 CERTIFIED

264 Executive Drive Troy, Michigan 48083 • Tel 248/585-3400 • Fax 248/585-8340



**SUPERIOR ELECTRIC**

**GREAT LAKES COMPANY**

Electrical Contractors
COMMERCIAL
INDUSTRIAL
MAINTENANCE

GM FSS ACQUISITION BUSINESS PROCESS
C/O OLIMPIC RECEIPTING
P.O. BOX 63490
PHOENIX, AZ  85082-3490

INVOICE ID:  12479
DRAW ID:  319700010
DATE:  April 30.2009

SALESPERSON:

CONTRACT ID:   3197
GM Lordstown -Weld Bus Duct BS
LOCATION:

CUSTOMER ID:  GMFSSACS
PO #:  WFS07044

NET 30 DAYS

APPLICATION #5
APRIL 2009 BILLING

| ITEM SEQUENCE | QTY ORDERED | ITEM ID NO. | BASE UNIT PRICE |
|---|---|---|---|

SEE ATTACHED P.O. DETAIL SUMMARY SHEET

| | | |
|---|---|---|
| Original Contracted Amount | | $2,333,983.00 |
| Net Change by Change Orders | | <u>-35,896.38</u> |
| Current Contracted Amount | | 2,298,086.62 |
| Total Amount Billed | | 2,222,141.12 |
| Total Retainage Held | 222,214.11 | |
| Total Retainage Billed | 0.00 | |
| Retainage Balance | | <u>222,214.11</u> |
| Total Amount Billed Less Retainage | | 1,999,927.01 |
| Less Previous Billings | | -1,906,549.15 |
| **CURRENT AMOUNT THIS INVOICE** | | $93,377.86 |

ISO 9001 CERTIFIED
284 Executive Drive Troy, Michigan 48083 • Tel 248/585-3400 • Fax 248/585-8349



# SUPERIOR ELECTRIC
# GREAT LAKES COMPANY

*Electrical Contractors*
*COMMERCIAL*
*INDUSTRIAL*
*MAINTENANCE*

GM ACQUISITION BUSINESS PROCESS
C/O OLIMPIC RECEIPTING
P.O. BOX 63490
PHOENIX, AZ 85082-3490

INVOICE ID:   Revised 12493
DRAW ID:      319700011
DATE:         May 29, 2009

SALESPERSON:

CONTRACT ID:   3197
GM Lordstown - Weld Bus Duct BS
LOCATION:

CUSTOMER ID:   GMFSSACS
PO #:          WFS07044

NET 30 DAYS

APPLICATION #6
MAY 2009 BILLING

| ITEM SEQ. | PART NUMBER | QUANTITY | UNIT PRICE |
|---|---|---|---|

SEE ATTACHED P.O. DETAIL SUMMARY SHEET

| | | |
|---|---|---|
| Original Contracted Amount | | $2,333,983.00 |
| Net Change by Change Orders | | (5,384.20) |
| Current Contracted Amount | | 2,328,598.80 |
| Total Amount Billed | | 2,270,130.64 |
| Total Retainage Held | 227,013.06 | |
| Total Retainage Billed | 0.00 | |
| Retainage Balance | | 227,013.06 |
| Total Amount Billed Less Retainage | | 2,043,117.58 |
| Less Previous Billings | | 1,999,927.01 |
| **AMOUNT DUE THIS INVOICE** | | **$43,190.57** |

ISO 9001 CERTIFIED

264 Executive Drive Troy, Michigan 48083 • Tel 248/585-3400 • Fax 248/585-3340



# SUPERIOR ELECTRIC
# GREAT LAKES COMPANY

Electrical Contractors
COMMERCIAL
INDUSTRIAL
MAINTENANCE

GM FSS ACQUISITION BUSINESS PROCESS
C/O OLIMPIC RECEIPTING
P.O. BOX 63490
PHOENIX, AZ  85082-3490

INVOICE ID: 12505
DRAW ID: 322100001
DATE: June 4.2009

SALESPERSON:

CONTRACT ID:   3221
GM Tech Ctr - RSB Phil Eq Stor
LOCATION:

CUSTOMER ID: GMFSSACS
PO #: GMS32359

NET 30 DAYS

APPLICATION #1
JUNE 2009 BILLING

| SEQUENCE | PART NUMBER | QUANTITY | UNIT PRICE |
|---|---|---|---|
| 000001 | PRC02920 001 | 5201 UN | 1 |

| | |
|---|---:|
| Original Contracted Amount | $9,705.00 |
| Net Change by Change Orders | 2,574.00 |
| Current Contracted Amount | 12,279.00 |
| Total Amount Billed | 5,201.00 |
| Total Amount Billed Less Retainage | 5,201.00 |
| Less Previous Billings | 0.00 |
| CURRENT AMOUNT THIS INVOICE | $5,201.00 |

ISO 9001 CERTIFIED

264 Executive Drive Troy, Michigan 48083 • Tel 248/585-3400 • Fax: 248/585-8349



**SUPERIOR ELECTRIC**

**GREAT LAKES COMPANY**

Electrical Contractors
COMMERCIAL
INDUSTRIAL
MAINTENANCE

GM FSS ACQUISITION BUSINESS PROCESS
C/O OLIMPIC RECEIPTING
P.O. BOX 63490
PHOENIX, AZ 85082-3490

INVOICE ID: 12484
DRAW ID: 319900005
DATE: May 22.2009

SALESPERSON:

CONTRACT ID:   3199
GM Toledo - GF6 IS&S Launch Pr
LOCATION:

CUSTOMER ID: GMFSSACS
PO #: WFS07055

NET 30 DAYS

APPLICATION #4
MAY 2009 BILLING

CHANGE SEQUENCE    PART NUMBER    QUANTITY    UNIT PRICE

SEE ATTACHED P.O. DETAIL SUMMARY SHEET

| | | |
|---|---|---|
| Original Contracted Amount | | $628,985.30 |
| Net Change by Change Orders | | 7,000.00 |
| Current Contracted Amount | | 635,985.30 |
| Total Amount Billed | | 152,940.45 |
| Total Retainage Held | 15,294.04 | |
| Total Retainage Billed | 0.01 | |
| Retainage Balance | | 15,294.03 |
| Total Amount Billed Less Retainage | | 137,646.42 |
| Less Previous Billings | | -119,581.67 |
| **CURRENT AMOUNT THIS INVOICE** | | **$18,064.75** |

ISO 9001 CERTIFIED

264 Executive Drive Troy, Michigan 48083 • Tel 248/585-3400 • Fax 248/585-8349