**[Exhibit D - Retainage Balances Invoices]**



**SUPERIOR ELECTRIC**

**GREAT LAKES COMPANY**

Electrical Contractors
COMMERCIAL
INDUSTRIAL
MAINTENANCE

GM FSS ACQUISITION BUSINESS PROCESS
C/O OLIMPIC RECEIPTING
P.O. BOX 63490
PHOENIX, AZ 85082-3490

INVOICE ID: 12337-COR
DRAW ID: 311500005
DATE: February 25, 2009

SALESPERSON:

CONTRACT ID:   3115
GM Pont N - Demo Refeeds
LOCATION:

CUSTOMER ID: GMFSSACS
PO #: GMS26200

NET 30 DAYS

CORRECTED APPLICATION #5
FEBRUARY 2009 BILLING

| ITEM SEQ | QUANTITY ORDERED | ITEM ID NO. | BASE UNIT PRICE |
|---|---|---|---|

SEE ATTACHED PURCHASE ORDER DETAIL SUMMARY SHEET

| | |
|---|---:|
| Original Contracted Amount | $634,500.00 |
| Net Change by Change Orders | 48,832.26 |
| Current Contracted Amount | 683,332.26 |
| Total Amount Billed | 649,905.38 |
| Total Retainage Held | 64,990.54 |
| Total Retainage Billed | 0.00 |
| Retainage Balance | 64,990.54 |
| Total Amount Billed Less Retainage | 584,914.84 |
| Less Previous Billings | -552,951.90 |
| CURRENT AMOUNT THIS INVOICE | $31,962.94 |

ISO 9001 CERTIFIED

264 Executive Drive Troy, Michigan 48083 • Tel 248/585-3400 • Fax 248/585-8349
web site: www.segic.com



**SUPERIOR ELECTRIC**

**GREAT LAKES COMPANY**

*Electrical Contractors*
*COMMERCIAL*
*INDUSTRIAL*
*MAINTENANCE*

GM ACQUISITION BUSINESS PROCESS
C/O OLIMPIC RECEIPTING
P.O. BOX 63490
PHOENIX, AZ 85082-3490

INVOICE ID:   Revised 12493
DRAW ID:      319700011
DATE:         May 29, 2009

SALESPERSON:

CONTRACT ID:   3197
GM Lordstown - Weld Bus Duct BS
LOCATION:

CUSTOMER ID:   GMFSSACS
PO #:          WFS07044

NET 30 DAYS

APPLICATION #6
MAY 2009 BILLING

| ITEM SEQ. | PART NUMBER | QUANTITY | UNIT PRICE |
|---|---|---|---|

SEE ATTACHED P.O. DETAIL SUMMARY SHEET

| | | |
|---|---|---:|
| Original Contracted Amount | | $2,333,983.00 |
| Net Change by Change Orders | | (5,384.20) |
| Current Contracted Amount | | 2,328,598.80 |
| Total Amount Billed | | 2,270,130.64 |
| Total Retainage Held | 227,013.06 | |
| Total Retainage Billed | 0.00 | |
| Retainage Balance | | 227,013.06 |
| Total Amount Billed Less Retainage | | 2,043,117.58 |
| Less Previous Billings | | 1,999,927.01 |
| **AMOUNT DUE THIS INVOICE** | | **$43,190.57** |

# SUPERIOR ELECTRIC
# GREAT LAKES COMPANY

Electrical Contractors
COMMERCIAL
INDUSTRIAL
MAINTENANCE

| | |
|---|---|
| GM FSS ACQUISITION BUSINESS PROCESS<br>C/O OLIMPIC RECEIPTING<br>P.O. BOX 63490<br>PHOENIX, AZ 85082-3490 | INVOICE ID: 12484<br>DRAW ID: 319900005<br>DATE: May 22.2009 |
| | SALESPERSON: |
| CONTRACT ID: 3199<br>GM Toledo - GF6 IS&S Launch Pr<br>LOCATION: | CUSTOMER ID: GMFSSACS<br>PO #: WFS07055 |

NET 30 DAYS

APPLICATION #4
MAY 2009 BILLING

CHANGE SEQUENCE    PART NUMBER    QUANTITY    UNIT PRICE

SEE ATTACHED P.O. DETAIL SUMMARY SHEET

| | | |
|---|---|---|
| Original Contracted Amount | | $628,985.30 |
| Net Change by Change Orders | | 7,000.00 |
| Current Contracted Amount | | 635,985.30 |
| Total Amount Billed | | 152,940.45 |
| Total Retainage Held | 15,294.04 | |
| Total Retainage Billed | 0.01 | |
| Retainage Balance | | 15,294.03 |
| Total Amount Billed Less Retainage | | 137,646.42 |
| Less Previous Billings | | -119,581.67 |
| CURRENT AMOUNT THIS INVOICE | | $18,064.75 |

ISO 9001 CERTIFIED

264 Executive Drive Troy, Michigan 48083 • Tel 248/585-3400 • Fax 248/585-3349