**[Exhibit E - Pending Change Order Documents]**



**SUPERIOR ELECTRIC GREAT LAKES COMPANY**

Electrical Contractors
COMMERCIAL
INDUSTRIAL
MAINTENANCE

December 17, 2008
General Motors Corp.
World Wide Purchasing
3009 Van Dyke Warren MI 48090

Attn: Mr. Cliff Lewis

Re: Pontiac North Electrical Project

Gentlemen:

We are pleased to present this quotation of *$36,182.00* to perform the electrical requirements for the additional heat trace cable and control panel requirements for equipment not shown on the contract drawings.

If you have any questions regarding this quotation please feel free to contact me.

Very Truly Yours,
Superior Electric Great Lakes Company

*Don Macioce*

Don Macioce
Senior Project Manager

# FIELD ORDER / BULLETIN QUOTE SUMMARY
## CHANGES IN WORK
### GM 1784

**Contractor:** Superior Electric Great Lakes Company
**GM Unit:** Metal Fab
**Site Location:** Pontiac North Campus
**Contractor's Phone Number:** 248.585.3400
**Estimator:** Don Macioce
**Project:** Demo/Refeeds
**Date:** 10/23/08
**P.O. Number:**
**Bulletin Number:**
**Field Order Number:**

| Item No. | Unit Price Work (A) | Construction Equipment Usage (B) | Material / Equipment Installed (C) | Field Labor (D) | Field Engineer (E) | Shop Drafting (F) | Shop Labor (G) | Sub-Contractor Name (L) | Sub-Contract Amount Less Premium Portion of Labor (H) | Sub-Contract Amount For Premium Portion of Labor (I) | TOTAL Sum (A) Thru (J) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | $1,500.00 | $23,823.00 | $8,036.75 | | | $440.00 | | | | $33,799.75 |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| Sub-Total | | $1,500.00 | $23,823.00 | $8,036.75 | | | $440.00 | | | | $33,799.75 |

(K) OVERHEAD & PROFIT - MATERIALS % (from GM 1781)  10%  × (C) =  $2,382.30
(L) SUBCONTRACT HANDLING FEE % (from GM 1781)  10%  × (H) =
(M) SALES/USE TAX %  (from GM1782)  × (C) =
(N) TOTAL WITH MARK-UPS  (J + K + L + M) =  $36,182.05
(O) TOTAL WITH MARK-UPS & SUBCONTRACT PREMIUM LABOR (N + I) =  $36,182.05

Submit GM 1784, GM 1784A-1, & GM 1784A forms
Columns (A) Through (D) must have GM 1784A Form completed
Columns (E), (F), and (G) must have GM 1784A-1 Form completed and be supported by Appendix N: GM 1782

GM 1638 (08/02) - APPENDIX P: GM 1784

6/10/2009

103

# FIELD ORDER / BULLETIN QUOTE BREAKDOWN
## CHANGES IN WORK
### GM 1784A-1

**Contractor:** Superior Electric Great Lakes Company  
**GM Unit:** Metal Fab  
**P.O. Number:** ___

**Estimator:** Don Macioce  
**Site Location:** Pontiac North Campus  
**Bulletin Number:** ___

**Project:** Demo/Refeeds  
**Contractor's Phone Number:** 248.585.3400  
**Field Order Number:** ___

**Date:** 10/23/08

| Item No. | Field Engineer Hours (a) | Field Engineer Rate (GM 1782) (b) | Field Engineer Amount (a) X (b) = (E)* | Shop Drafting Hours (h) | Shop Drafting Rate (GM 1782) (i) | Shop Drafting Amount (h) X (i) = (F)* | Shop Labor Hours (j) | Shop Labor Rate (GM 1782) (k) | Shop Labor Amount (j) X (k) = (G)* |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | $55.00 | | | $45.00 | | 8.00 | $55.00 | $440.00 |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| Sub-Total | | | | | | | | | $440.00 |

* Identifies Column on the GM 1784 Form for the item amount that must be supported by GM 1782 rates  When using columns (E), (F), or (G) on the GM 1784 Form this detail form must be completed and submitted with each quotation.

GM 1638 (08/02) GM 1784A-1

103-A  
[10/01/03]

6/10/2009

# FIELD ORDER / BULLETIN QUOTE BREAKDOWN
## CHANGES IN WORK
### GM 1784A

**GM**

| P.O. No.: | | FO. No: | | Contractor: Superior Electric Great Lakes Company | | Estimator: Don Macioce | | Phone No: 248.585.3400 | | Date: 10/23/08 |

Bull No: _____    Project: Demo/Refeeds

| Item No. | Description/ Drawing No. | Quantity | Unit of Measure | Unit Pricing | | Construction Equipment Usage* | | | Material/ Equipment Installed* | | Field Labor* | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Unit Price Rate | (A)** Unit Price Work Amount | Const Equip Use Rent Or Own (R/O) | Const. Equipment Use Price Rate | (B)** Const. Equipment Use Amount | Material/ Equipment Price Rate | (C)** Material/ Equipment Amount | Name / Craft or Trade | Straight Time Hours | Hourly Straight Time Rate | Total Straight Time Portion of Labor Cost Amount | Total Prem. Time Hours | Hourly Prem. Portion Rate | Total Premium Time Portion of Labor Cost Amount | (D)** Labor Cost Total |
| 1 | | 1 | | | | | | | $23,823.00 | $23,823.00 | GF-E STR / GF-E 1.5 | | | | | $28.52 | | |
| | EQUIPMENT | 100 | | | | R | $15.00 | $1,500.00 | | | GF-E DBL | | | | | $57.04 | | |
| | | | | | | | | | | | F-E STR | 19 | $80.72 | $1,533.68 | | | | $1,533.68 |
| | | | | | | | | | | | F-E 1.5 | | | | | $25.11 | | |
| | | | | | | | | | | | F-E DBL | | | | | $50.22 | | |
| | | | | | | | | | | | J-E STR | 89.5 | $72.66 | $6,503.07 | | | | $6,503.07 |
| | | | | | | | | | | | J-E 1.5 | | | | | $22.83 | | |
| | | | | | | | | | | | J-E DBL | | | | | $45.67 | | |
| 1 | TOTALS | | | | | | | $1,500.00 | | $23,823.00 | | 108.5 | | $8,036.75 | | | | $8,036.75 |
| 2 | | 1 | | | | | | | | | GF-E STR | | | | | $28.52 | | |
| | | | | | | | | | | | GF-E 1.5 | | | | | $57.04 | | |
| | | | | | | | | | | | GF-E DBL | | | | | | | |
| | | | | | | | | | | | F-E STR | | $80.72 | | | | | |
| | | | | | | | | | | | F-E 1.5 | | | | | $25.11 | | |
| | | | | | | | | | | | F-E DBL | | | | | $50.22 | | |
| | | | | | | | | | | | J-E STR | | $72.66 | | | | | |
| | | | | | | | | | | | J-E 1.5 | | | | | $22.83 | | |
| | | | | | | | | | | | J-E DBL | | | | | $45.67 | | |
| 2 | TOTALS | | | | | | | | | | | | | | | | | |

R = Rental Construction Equipment
O = Own Construction Equipment

\* IDENTIFY AND ATTACH SUPPORTING DETAIL TO SUPPORT CHANGES

\*\* IDENTIFIES COLUMN ON THE GM 1784 FORM FOR THE ITEM TOTAL

GM 1658 (08/02) - APPENDIX Q: GM 1784A

6/10/2009

104



**SUPERIOR ELECTRIC**

**GREAT LAKES COMPANY**

May 18, 2009

General Motors Corp
Global Purchasing
30009 Van Dyke Avenue
Cadillac Building
Warren,MI 48090
ATTN: Mr, Terry McGinnis

RE:LOR-08-014
Lordstown Assembly Plant
Contract Number          WFS 07044
Field Order Number       W0704406 FO #06

Dear Sir;

The following items on the above captioned field order have impact on Superior Electric Great Lakes Co.
These items are as follows:

|    | DESCRIPTION | QUOTE |
|----|-------------|-------|
| 1) | Rev 4 changes | $ 75,397.19 |
| 2) | | |
| 3) | | |
| 4) | | |
| 5) | | |
| 6) | | |
| 7) | | |
| 8) | | |
| 9) | | |
| 10) | | |
| | TOTAL FOR FIELD ORDER | $ 75,397.19 |

Attached are the 1784 forms for the items included above.
If you have any questions, please contact me.

Sincerely,

**RAYMOND S GREENE**
VP of Special Projects
Superior Electric Great Lakes Co.

## Grabow, Gerald

**From:** Greene, Ray
**Sent:** Wednesday, June 10, 2009 12:45 PM
**To:** Grabow, Gerald
**Subject:** FW: FO#06

---

**From:** john.hecox@gm.com [john.hecox@gm.com]
**Sent:** Tuesday, June 02, 2009 1:16 PM
**To:** Greene, Ray
**Subject:** FO#06

Approved.

Superior's FO#06, quote#3 for $75,397.19 is approved.

*[signature: John Hecox]*

General Motors WFG-CP
Lordstown Construction
Site Project Manager
(248) 343-3683

6/10/2009



**SUPERIOR ELECTRIC**

**GREAT LAKES COMPANY**

May 18, 2009

General Motors Corp
Global Purchasing
30009 Van Dyke Avenue
Cadillac Building
Warren, Mi 48090
ATTN: Mr, Terry McGinnis

RE: LOR-08-014
Lordstown Assembly Plant
Contract Number         WFS 07044
Field Order Number      W0704411 FO # 11

Dear Sir;

The following items on the above captioned field order have impact on Superior Electric Great Lakes Co.
These items are as follows:

|    | DESCRIPTION | QUOTE |
|----|-------------|-------|
| 1) | R&R SUBSTATION GEAR | $ 6,794.24 |
| 2) | | |
| 3) | | |
| 4) | | |
| 5) | | |
| 6) | | |
| 7) | | |
| 8) | | |
| 9) | | |
| 10) | | |
| | TOTAL FOR FIELD ORDER | $ 6,794.24 |

Attached are the 1784 forms for the items included above.
If you have any questions, please contact me.

Sincerely,

**RAYMOND S GREENE**
VP of Special Projects
Superior Electric Great Lakes Co.

## Grabow, Gerald

**From:** Greene, Ray
**Sent:** Wednesday, June 10, 2009 12:46 PM
**To:** Grabow, Gerald
**Subject:** FW: FO#11

---

**From:** john.hecox@gm.com [john.hecox@gm.com]
**Sent:** Tuesday, May 19, 2009 11:10 AM
**To:** Greene, Ray
**Subject:** FO#11

Approved.

Superior's FO#11 quote#1 for $6,794.24 is approved.

*[signature: John Hecox]*

General Motors WFG-CP
Lordstown Construction
Site Project Manager
(248) 343-3683

6/10/2009