# SCHEDULE A[1]

## CEVA ENITITIES HAVING CONTRACTS WITH THE GM DEBTORS AND RELATED AGGREGATE CURE AMOUNTS FOR PURPOSES OF ASSUMPTION AND ASSIGNMENT

|   | CEVA ENTITIES[2] | CURE AMOUNTS |
|---|---|---|
| 1 | **CEVA Logistics U.S., Inc.** (f/k/a TNT Logistics North America Inc., f/k/a Customized Transportation Inc.) | **$4,830,663.89** |
| 2 | **CEVA Logistics Canada, ULC** (f/k/a TNT Canada Inc., f/k/a Customized Transportation Ltd.) (d/b/a Dedicated Systems) | The cure amount for line item #1, above, also applies to this line item. |
| 3 | **CEVA Logistica de Mexico, S.A. de C.V.** | **$717,529.72** |
| 4 | **CEVA Freight, LLC** (d/b/a CEVA Freight Management) | **$1,402,709.43** |
| 5 | **EGL Eagle Global Logistics, LP** | The cure amount for line item #4, above, also applies to this line item. |
| 6 | **CEVA Freight Belgium N.V.** | The cure amount for line item #4, above, also applies to this line item. |
| 7 | **CEVA International, INC.** (f/k/a Circle International, Inc.) (d/b/a Eagle Global Brokerage) | The cure amount for line item #4, above, also applies to this line item. |

NY-25455_1.DOC

---

[1] This Schedule represents CEVA's best information as of the date of the filing of the attached Objection.  As indicated in the Objection, CEVA reserves the right to supplement and amend this Schedule as additional information becomes available.

[2] Each of the entities listed in this Schedule may do business as "CEVA" or "CEVA Logistics."