KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
400 Renaissance Center, Suite 3400
Detroit, Michigan 48243
Phone: (313) 259-8300
Fax: (313) 259-1451
Frederick A. Berg, Esq. (P38002)
Jayson M. Macyda (P64733)

Attorneys for Applied Manufacturing Technologies

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: General Motors Corp., et al | Chapter 11 |
|---|---|
|  | Case No. 09-50026-reg |
| Debtors. | Hon.: Robert E. Gerber |
|  | (Jointly Administered) |

**OBJECTION OF APPLIED MANUFACTURING TECHNOLOGIES TO THE NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

Applied Manufacturing Technologies, by and through its attorneys Kotz, Sangster, Wysocki and Berg, P.C., hereby objects to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property And (II) Cure Amounts Related Thereto, ("Notice") and in support thereof states as follows:

1.  Debtors contracted with Applied Manufacturing Technologies ("AMT") to provide certain goods and services to Debtors ("Contract").

2.  On June 5, 2009, Debtors served the Notice upon AMT.

3.  Debtors seek to assume certain AMT contracts and propose $109,950.45 to cure the prepetition deficiency ("Cure Amount").

4. The Cure Amount is incorrect.

5. Attached as **Exhibit A** is a schedule that demonstrates that the amounts owing for prepetition goods and services is $213,323.38.

6. In addition to the incorrect cure amount, the Debtors' proposed assumption and assignment of contracts is also objectionable for various legal reasons, including but not limited to the following:

A. The Notice and Sale Procedure Order [Doc. No. 274] limits the proposed cure amount to the amount accrued pre-petition, and fails to address whether the Debtors or the Purchaser of assets will pay amounts becoming due after the petition date but prior to the effective date of the assignment.

B. 11 USC 365(b)(1)(A) provides that the Debtors must "cure, or provide[] adequate assurance [of]...cure of such default," before assumption and assignment is allowed under law. Though the law compels Debtors to carry out this obligation, the Notice and Sale Procedure Order do not address how post-petition amounts will be paid.

C. Failure to provide assurance of payment for defaults occurring after the petition date and prior to assignment is a failure of adequate assurance which would prevent legal assumption and assignment under 11 USC 365.

D. Moreover, nothing in the Notice or the Sale Procedure Order assures that Debtors' Purchaser will perform Debtors' obligations under assumed contracts, and therefore Debtors' fail to meet the legal requirement that the assignee provide adequate assurance of future performance of the assumed contracts.

Kotz, Sangster, Wysocki and Berg, P.C. Attorneys and Counselors at Law, 400 Renaissance Center, Suite 3400, Detroit, Michigan 48243-1618

WHEREFORE, AMT respectfully objects to the Notice and requests that this Court order a revised notice; or order a cure paid in the corrected cure amount taking into account all contracts between Debtors and AMT, and providing adequate assurance that such contracts will be performed if assumed, and that post-petition defaults be cured.

                                                    Kotz, Sangster, Wysocki and Berg, P.C.

Dated: June 12, 2009                         By: _____
                                                    Frederick A. Berg (P38002)
                                                    Jayson M. Macyda (P64733)
                                                    Attorneys for AMT
                                                  400 Renaissance Center Suite 3400
                                                  Detroit, Michigan 48243
                                                  (313)-259-8300
                                                  (313)-259-1451 (fax)
                                                  fberg@kotzsangster.com

KOTZ, SANGSTER, WYSOCKI AND BERG, P.C. ATTORNEYS AND COUNSELORS AT LAW, 400 RENAISSANCE CENTER, SUITE 3400, DETROIT, MICHIGAN 48243-1618

11194.100 Doc. #24                    3

# EXHIBIT A

KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.  ATTORNEYS AND COUNSELORS AT LAW, 400 RENAISSANCE CENTER, SUITE 3400, DETROIT, MICHIGAN 48243-1618

**DETAIL HISTORICAL AGED TRIAL BALANCE**

AMT, LLC

| Inv # | Project # | Inv. Date | Due Date | Amount | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|
| **1371** | **G.M. Orion Assembly Plant** | | | | | | | |
| 55053 | 7744 | 3/13/2009 | 5/12/2009 | $1,497.50 | | | $1,497.50 | |
| 55453 | 7744 | 4/30/2009 | 6/29/2009 | $250.00 | | $250.00 | | |
| 55497 | 7744 | 5/8/2009 | 7/7/2009 | $300.00 | | $300.00 | | |
| 55657 | 7806 | 6/3/2009 | 8/2/2009 | $5,750.00 | $5,750.00 | | | |
| | | | | $7,797.50 | $5,750.00 | $550.00 | $1,497.50 | $0.00 |
| | | | **Grand Totals:** | $7,797.50 | $5,750.00 | $550.00 | $1,497.50 | $0.00 |

**DETAIL HISTORICAL AGED TRIAL BALANCE**

AMT, LLC

| Inv # | Project # | Inv Date | Due Date | Amount | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|
| **1213** | | **G.M. Arizona** | | | | | | |
| 53758 | 7372 | 11/19/2008 | 1/18/2009 | $35,100.00 | | | | $35,100.00 |
| PYMNT000000000891 | | | 1/7/2009 | | | | | ($31,590.00) |
| 53872 | 7118 | 11/21/2008 | 1/20/2009 | $8,482.70 | | | | $8,482.70 |
| PYMNT000000000944 | | | 1/26/2009 | | | | | ($8,253.20) |
| 54568 | 7118 | 1/29/2009 | 3/30/2009 | $3,434.00 | | | | $3,434.00 |
| PYMNT000000001161 | | | 4/6/2009 | | | | | ($3,250.25) |
| 55286 | 7593 | 4/9/2009 | 6/8/2009 | $1,200.00 | | | $1,200.00 | |
| 55287 | 7767 | 4/9/2009 | 6/8/2009 | $7,852.00 | | | $7,852.00 | |
| PYMNT000000001316 | | | 5/26/2009 | | | | ($7,068.00) | |
| 55341 | 7723 | 4/21/2009 | 6/20/2009 | $33,430.00 | | $33,430.00 | | |
| 55485 | 7541 | 5/8/2009 | 7/7/2009 | $6,960.00 | | $6,960.00 | | |
| 55500 | 7767 | 5/12/2009 | 7/11/2009 | $5,967.52 | $5,967.52 | | | |
| 55503 | 7792 | 5/12/2009 | 7/11/2009 | $6,680.90 | $6,680.90 | | | |
| 55504 | 7793 | 5/12/2009 | 7/11/2009 | $9,062.50 | $9,062.50 | | | |
| 55506 | 7803 | 5/12/2009 | 7/11/2009 | $1,608.00 | $1,608.00 | | | |
| 55509 | 7832 | 5/12/2009 | 7/11/2009 | $22,746.00 | $22,746.00 | | | |
| 55511 | 7858 | 5/12/2009 | 7/11/2009 | $6,819.53 | $6,819.53 | | | |
| 55516 | 7742 | 5/12/2009 | 7/11/2009 | $7,344.00 | $7,344.00 | | | |
| 55554 | 70506 | 5/13/2009 | 7/12/2009 | $3,600.00 | $3,600.00 | | | |
| 55555 | 7793 | 5/21/2009 | 7/20/2009 | $7,832.00 | $7,832.00 | | | |
| 55700 | 7742 | 6/10/2009 | 8/9/2009 | $7,344.00 | $7,344.00 | | | |
| 55701 | 7767 | 6/10/2009 | 8/9/2009 | $4,711.20 | $4,711.20 | | | |
| 55702 | 7792 | 6/10/2009 | 8/9/2009 | $22,276.05 | $22,276.05 | | | |
| 55703 | 7803 | 6/10/2009 | 8/9/2009 | $2,904.00 | $2,904.00 | | | |
| 55704 | 7832 | 6/10/2009 | 8/9/2009 | $22,593.00 | $22,593.00 | | | |
| 55705 | 7858 | 6/10/2009 | 8/9/2009 | $10,345.55 | $10,345.55 | | | |
| 55706 | 7793 | 6/10/2009 | 8/9/2009 | $8,441.90 | $8,441.90 | | | |
| 55707 | 7793 | 6/10/2009 | 8/9/2009 | $374.10 | $374.10 | | | |
| 55708 | 7910 | 6/10/2009 | 8/9/2009 | $3,633.88 | $3,633.88 | | | |

| System: | 6/11/2009 | 3:35:10 PM | | AMT, LLC | | | Page: | 2 |
| User Date: | 6/11/2009 | | | **DETAIL HISTORICAL AGED TRIAL BALANCE** | | | User ID: | jkoan |

Receivables Management

| | | Name: | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Inv # | Project # | Inv. Date | Due Date | Amount | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 and O |
| | | | | $200,581.38 | $154,284.13 | $40,390.00 | $1,984.00 | $3,923.25 |
| | | | **Grand Totals:** | $200,581.38 | $154,284.13 | $40,390.00 | $1,984.00 | $3,923.25 |

*Handwritten:*

To be Invoiced + 4,944.50

GM-Orion + 7,797.50

TOTAL  213,323.38