Leslie J. Stein (P31922)
David T. Lin (P70764)
Counsel for Superior Acquisition, Inc.
 d/b/a Superior Electric Great Lakes Company
Seyburn, Kahn, Ginn, Bess and Serlin, P.C.
2000 Town Center, Suite 1500
Southfield, MI 48075
(248) 353-7620
(248) 353-3727 (Facsimile)
lstein@seyburn.com
dlin@seyburn.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | |
| | Case No. 09-50026 (REG) |
| Debtor. | |
| | (Jointly Administered) |

---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

STATE OF MICHIGAN    )
                                          ) SS
COUNTY OF OAKLAND    )

     I hereby certify that on June 12, 2009, I caused the LIMITED OBJECTION OF SUPERIOR ACQUISITION, INC. TO PROPOSED CURE AMOUNT RELATING TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO to be served via overnight mail, postage prepaid, upon the following:

<u>Debtors</u>
c/o General Motors Corporation
Attn: Warren Command Center
Mailcode 480-206-114
30009 Van Dyke Avenue
Warren, Michigan 48090-9025

<u>Attorneys for the Debtors</u>
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.

{00348088.DOC}

Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

U.S. Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
Attorneys for the Purchaser
One World Financial Center
New York, New York 10281

Office of the United States Trustee
Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street
21st Floor
New York, New York 10004.

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Kenneth Eckstein, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

<u>Chambers Copy</u>
Hon. Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, NY 10004-1408

            /s/ David T. Lin
            David Lin (P70764)

{00348088.DOC}