SAUL EWING LLP
Teresa K.D. Currier, Esquire
Suite 1200
222 Delaware Avenue
Wilmington, DE 19899
Telephone: (302) 421-6826
Facsimile: (302) 421-5861
Email: TCurrier@saul.com

Attorneys for Johnson Matthey Corporation.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re:                                                            :   Chapter 11
                                                                  :
GENERAL MOTORS CORPORATION, *et al*.                              :   Case No. 09-50026 (REG)
                                                                  :
                         Debtors.                                 :
                                                                  :
------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE

I, Teresa K.D. Currier, a member in good standing of the Bars of the Commonwealth of

Pennsylvania and the State of Delaware, request admission, *pro hac vice*, before the Honorable

Robert E. Gerber, to represent Johnson Matthey Corporation. in the above referenced case.

| Mailing Address: | Teresa K.D. Currier, Esquire<br>Saul Ewing LLP<br>Suite 1200<br>222 Delaware Avenue<br>Wilmington, DE 19899<br>Telephone: (302) 421-6826<br>Email: TCurrier@saul.com |
|---|---|

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

1165022.1 6/12/09

Dated: June 12, 2009

/s/ Teresa K.D. Currier
Teresa K.D. Currie, Esquire
**SAUL EWING LLP**
Suite 1200
222 Delaware Avenue
Wilmington, DE 19899
Telephone: (302) 421-6826
Email: TCurrier@saul.com

Attorneys for Johnson Matthey Corporation