UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORPORATION, *et al.* | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | |
| | : | |

-----------------------------------------------------------------------x

## ORDER ADMITTING TERESA K.D. CURRIER
## TO PRACTICE *PRO HAC VICE*

ORDERED, that Teresa K.D. Currier, Esquire, is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____         _____
                                                              ROBERT E. GERBER
                                                              UNITED STATES BANKRUPTCY JUDGE

1165022.1 6/12/09