UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re:                                                            :    Chapter 11
                                                                  :
GENERAL MOTORS CORPORATION, *et al.*                              :    Case No. 09-50026 (REG)
                                                                  :
            Debtors.                                              :
                                                                  :
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Sean C. Sansiveri, Esquire, do hereby certify, that on June 12, 2009, I caused a true and correct copy of the Motion for Admission to Practice, *Pro Hac Vice*, to be served upon the following party electronically.

Stephen Karotkin
stephen.karotkin@weil.com

Sean C. Sansiveri

1165022.1 6/12/09