| | |
|---|---|
| Hiscock & Barclay, LLP | Sale Hearing: June 30, 2009 at 9:45 a.m. |
| J. Eric Charlton, of counsel (JC-0878) | Objection Deadline: June 15, 2009 |

Office and Post Office Address
One Park Place
300 South State Street
Syracuse, New York 13202-2078
Telephone: (315) 425-2716

Attorney for Canadian National Railway
Company and its subsidiaries

**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

     I hereby certify that on June 11, 2009, I electronically filed the *Limited Objection of Canadian National Railway Company And Its Subsidiaries To Debtor's Assumption of Contracts and Proposed Cure Amounts* with the Clerk of the Court which will send notification of such filing to all ECF participants, and also mailed via UPS Overnight Mail a copy of the same to all the parties below:

| | |
|---|---|
| Attn: Warren Command Center | Harvey R. Miller, Esq. |
| Mailcode 480-206-114 | Stephen Karotkin, Esq. |
| c/o General Motors Corporation | Joseph H. Smolinsky, Esq. |
| Cadillac Building | Weil, Gotshal & Manges LLP |
| 30009 Van Dyke Avenue | 767 Fifth Avenue |
| Warren, Michigan 48090-9025 | New York, New York 10153 |
| *Debtors* | *Attorneys for Debtors* |
| | |
| Matthew Feldman, Esq. | Diana G. Adams, Esq. |
| U.S. Treasury | Office of the United States Trustee |
| 1500 Pennsylvania Avenue, N.W. |    For the Southern District of New York |
| Room 2312 | 33 Whitehall Street |
| Washington, DC 20220 | 21st Floor |
| | New York, New York 10004 |

| | |
|---|---|
| Robert D. Wolford | John J. Rapisardi, Esq. |
| Miller, Johnson, Snell & Commiskey PLC | Cadwalader, Wickersham & Taft LLP |
| 250 Monroe Avenue, N.W. | One World Financial Center |
| Suite 800 | New York, New York 10281 |
| Grand Rapids, Michigan 49503 | *Attorneys for Purchaser* |
| *Attorneys for the Creditors' Committee* | |

Michael J. Edelman, Esq.
Michael L. Stein, Esq.
Vader Price, P.C.
1633 Broadway
47th Floor
New York, New York 10019
Attorneys for Export Development Canada

                                                                                                   s/ Rita M. Jones
                                                                                                      Rita M. Jones