STROBL & SHARP, P.C.
Lynn M. Brimer (P43291)
Meredith E. McKinzie (P69698)
300 East Long Lake Road, Suite 200
Bloomfield Hills, Michigan 48304
(248) 540-2300

*COUNSEL FOR PIONEER STEEL CORPORATION*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., et al., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------------------- x

**MOTION FOR ADMISSION TO PRACTICE,** ***PRO HAC VICE***

I, Lynn M. Brimer, a member in good standing of the bar of the State of Michigan, hereby request admission, *pro hac vice*, before the Honorable Robert E. Gerber, U.S.B.J., to represent Pioneer Steel Corporation, and to otherwise appear in connection with the above-referenced Chapter 11 cases and any related proceedings.

|   |   |
|---|---|
| My address is: | Strobl & Sharp, P.C. |
|   | 300 East Long Lake Road, Suite 200 |
|   | Bloomfield Hills, Michigan 48304 |
| Email address: | lbrimer@stroblpc.com |
| Telephone number: | (248) 540-2300 |

I agree to pay the required filing fee of $25.00 upon approval by this Court admitting me to practice

*pro hac vice*.

Date:    June 12, 2009                                                    /s/ *Lynn M. Brimer*
                                                                                         LYNN M. BRIMER
                                                                                         Strobl & Sharp, P.C.

**Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., et al., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------- x

**ORDER ADMITTING LYNN M. BRIMER TO PRACTICE, *PRO HAC VICE***

**ORDERED**, that Lynn M. Brimer, Esq. is admitted to practice, *pro hac vice*, in, and in connection with, the above-referenced Chapter 11 case and any related adversary proceedings in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the required filing fee.

Dated:
    New York, New York

 

_____
HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE

J:\DOCS\58077\001\pldg\SB277578.DOC