STROBL & SHARP, P.C.
Lynn M. Brimer (P43291)
Meredith E. McKinzie (P69698)
300 East Long Lake Road, Suite 200
Bloomfield Hills, Michigan 48304
(248) 540-2300

*COUNSEL FOR PIONEER STEEL CORPORATION*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., et al., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------ x

**NOTICE OF PARTY IN INTEREST STATUS
APPEARANCE OF AND REPRESENTATION BY COUNSEL
AND REQUEST FOR SERVICE OF PAPER AND TO BE ADDED TO MATRIX**

PLEASE TAKE NOTICE THAT:

Strobl & Sharp, P.C., as counsel for **Pioneer Steel Corporation**, files this Notice of Appearance and Demand for Service of Pleadings and Other Papers, pursuant to 11 U.S.C. §1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure, and respectfully requests that the Clerk place counsel listed below in the matrix of listed creditors so as to receive all documents, pleadings and exhibits in this case, and that all notices given or required to be served in this case can be served upon the undersigned at the following address:

Lynn M. Brimer (P43291)
Meredith M. McKinzie (P69698)
300 E. Long Lake Rd., Ste. 200
Bloomfield Hills, MI  48304
(248) 540-2300 / Fax (248) 645-2690
Email: lbrimer@stroblpc.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the request for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan or reorganization in the captioned bankruptcy case, whether transmitted or conveyed by mail, telephone, telecopier or otherwise.

Dated: June 12, 2009
       Bloomfield Hills, Michigan

Respectfully submitted,

STROBL & SHARP, P.C.

/s/ *LYNN M. BRIMER*
By:    Lynn M. Brimer (P43291)
       Meredith M. McKinzie (P69698)
300 E. Long Lake Rd., Ste. 200
Bloomfield Hills, MI  48304
(248) 540-2300 / Fax (248) 645-2690
Email: lbrimer@stroblpc.com

2

STROBL & SHARP, P.C.
Lynn M. Brimer (P43291)
Meredith E. McKinzie (P69698)
300 East Long Lake Road
Suite 200
Bloomfield Hills, Michigan 48304
(248) 540-2300

*COUNSEL FOR PIONEER STEEL CORPORATION*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., et al., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

--------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June 2009 I caused a true and correct copy of this Notice of Appearance and Request for Notices and Service of Papers to be served by United States mail upon the parties set forth below:

| | |
|---|---|
| Harvey R. Miller | Joseph R. Sgroi, Esq. |
| Stephen Karotkin | Robert B. Weiss, Esq. |
| Weil, Gotshal & Manges LLP | Tricia A. Sherick, Esq. |
| 767 Fifth Avenue | Honigman Miller Schwartz and Cohn LLP |
| New York, New York 10153 | 2290 First National Bldg |
| | 660 Woodward Avenue |
| Andrew D. Velez-Rivera, Esq. | Detroit, MI 48226 |
| Brian Shoichi Masumoto, Esq. | |
| Office of the United States Trustee | |
| Southern District of New York | |
| 33 Whitehall Street | |
| New York, NY 10004 | |

Dated: June 12, 2009
Bloomfield Hills, Michigan    /s/ *LYNN M. BRIMER*
Lynn M. Brimer