**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| GENERAL MOTORS CORPORATION ) | Case No. 09-50026 |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Honorable Robert E. Gerber |

**ORDER GRANTING ADMISSION TO PRACTICE,** ***Pro Hac Vice***

**ORDERED,** that, Regina Stango Kelbon, Esq. is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: ***June 12, 2009***
New York, New York

***S/ Robert E. Gerber***
UNITED STATES BANKRUPTCY JUDGE