**Exhibit C**

**SPREADSHEET AND SUBSTANTIATING DOCUMENTATION
FOR CURE OBJECTION AMOUNTS**

BHLIB:659258.1\114520-00040
06/11/09

**Exhibit C: Cure Objection Detail**
**Debtor: General Motors Corporation ("GM")**
**Supplier: Vector CANtech, Inc. and Vector Informatik GmbH Vendor ID #: 324833540 ("Vector")**

*Part I.*  *Potential Pre-Sale Defaults to be Included as Cure Amounts:*

| Shipping Number | GM P.O. Number | GM P.O. Date | Vector Order Confirmation Number | Vector Invoice Number | Delivery Date** | GM Delivery Location | Vector Invoice Date** | Total Unpaid Amount |
|---|---|---|---|---|---|---|---|---|
| 80134167 | TCS27325 | 5/6/2009 | 120501 | 90153003 | 6/1/2009 | GM Powertrain Headquarters Attn: Michael Rosati  734-320-8588  895 Joslyn Ave  Plant 13 Dock 45W  Pontiac, MI  48340-2920 | 5/29/2009 | $17,763.38 |
| 80134169 | TCS27100 | 4/22/2009 | 120260 | 900153004 | 6/1/2009 | GM Powertrain Headquarters Attn: Michael Rosati  734-320-8588  895 Joslyn Ave  Plant 13 Dock 45W  Pontiac, MI  48340-2920 | 5/29/2009 | $26,645.07 |
| 80134165 | TCS27138 | 4/23/2009 | 120259 | 90153005 | 6/1/2009 | GM Powertrain Headquarters Attn: Michael Rosati  734-320-8588  895 Joslyn Ave  Plant 13 Dock  Pontiac, MI  48340-2920 | 5/29/2009 | $44,408.45 |
| | | | | | | **Potential Pre-Sale Defaults to be Included as Cure Amounts:** | | **$88,816.90** |

** Invoice date represents the date the order was shipped.

*Part II.*  *Deduction to Cure Amounts for Debtor Overpayment:*

| GM P.O. Number | Description | Date Received | Overpayment Due Back to Debtor |
|---|---|---|---|
| TCS10009 | Maintenance Contract- CANdela Studio (Should not have paid- quoted/invoiced at $0 dollar amount). | 11/2/2007 | **1,217.00** |