# Delivery Note   80134167   05/29/2009



Vector CANtech, Inc.

Attn: Michael Rosati   734-320-8588
GM Powertrain Headquarters
895 Joslyn Ave
Plant 13 Dock 45W
Pontiac MI  48340-2920

Suite 550
39500 Orchard Hill Place
Novi, MI 48375

Phone (248) 449-9290
Fax (248) 449-9704
sales@vector-cantech.com

**Purchase Order: TCS27325**
**Mike Rosati   +1 734 320 8588**

| ItemNo | Qty | Description |
|--------|-----|-------------|
| 10 | 2 | **CANoe RUN V7.1** |
|  |  | PRZX4641  001 |
|  |  | Vendor# 11-175-7464 |
| 20 | 2 | **CANboardXL PCIe V1.0 (Unlicensed)** |
|  |  | PRZX4641  002 |
|  |  | Vendor# 11-175-7464 |
|  |  | 786  / |
|  |  | 636  / |
| 30 | 4 | **CANpiggy 1050opto (installed)** |
|  |  | CANpiggies come pre-installed in hardware when applicable. |
|  |  | PRZX4641  003 |
| 90 | 2 | **CANboardXL PCIe V1.0 ( Unlicensed )** |
|  |  | PRZX4641  002 |
|  |  | Vendor# 11-175-7464 |
|  |  | 788  / |
|  |  | 524  / |
| 100 | 2 | **CANpiggy 1050opto (installed)** |
|  |  | CANpiggies come pre-installed in hardware when applicable. |
|  |  | PRZX4641  003 |
| 110 | 2 | **CANpiggy 5790opto c (installed)** |
|  |  | CANpiggies come pre-installed in hardware when applicable. |
|  |  | PRZX4641  004 |
| 170 | 2 | **Maintenance Agreement CANoe RUN** |
|  |  | PRZX4641  005 |
|  |  | Vendor# 11-175-7464 |



Vector CANtech, Inc.

# Order
# Confirmation   120501   05/13/2009

Suite 550
39500 Orchard Hill Place
Novi, MI 48375

Phone (248) 449-9290
Fax (248) 449-9704
sales@vector-cantech.com

Senior Project Engineer
Bldg. C, Cube 1C28
Bldg. C     Cube 1C28
General Motors Corporation
895 Joslyn Road
Pontiac MI  48340
Phone : +1 734 320 8588
Fax :
E-Mail : michael.r.rosati@gm.com

**Shipment address:**
General Motors Corporation
1999 Centerpoint Parkway
Pontiac MI  48341-3147

**PO Number:    TCS27325**

Dear Mr. Rosati,

Thank you for your interest in Vector products.   Please call if we can answer any questions.

Did you know...

**Vector's diagnostic solution covers everything you need to generate and automate your vehicle diagnostics.**

Ask our sales department for more details!

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|-----------:|---------------:|
| 1000 | 2 | 11190 | **CANoe RUN V7.1** | $  6,951.00 | $   13,902.00 |
| | | Discount [%] | 25.00- % | | $    3,475.50- |
| | | | | | $   10,426.50 |
| | | PRZX4641  001 | | | |
| | | Vendor# 11-175-7464 | | | |
| | | | Software tool as runtime environment for (remaining bus) simulation, communication analysis and testing of ECUs in distributed systems. Supports bus system CAN. | | |
| 2000 | 2 | 07136 | **CANboardXL PCIe V1.0 (Unlicensed)** | $   875.00 | $    1,750.00 |
| | | PRZX4641  002 | | | |
| | | Vendor# 11-175-7464 | | | |
| | | | PCI-Express interface for CAN and LIN (2 channels). | | |
| 2010 | 4 | 22026 | **CANpiggy 1050opto (installed)** | $   163.80 | $      655.20 |
| | | Discount [%] | 5.00- % | | $       32.76- |
| | | | | | $      622.44 |
| | | PRZX4641  003 | | | |

Document-No.: 120501        Date: 05/13/2009

---

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|-----------|----------------|

Vendor# 11-175-7464
Transceiver module with opto decoupled High-Speed CAN transceiver TJA1050.

| | | | | | |
|---|---|---|---|---|---|
| 3000 | 2 | 07136 | **CANboardXL PCIe V1.0 ( Unlicensed )** | $   875.00 | $   1,750.00 |

PRZX4641   002
Vendor# 11-175-7464
PCI-Express interface for CAN and LIN (2 channels).

| | | | | | |
|---|---|---|---|---|---|
| 3010 | 2 | 22026 | **CANpiggy 1050opto (installed)** | $   163.80 | $   327.60 |
| | Discount [%] | | 5.00- % | | $   16.38- |
| | | | | | $   311.22 |

PRZX4641   003
Vendor# 11-175-7464
Transceiver module with opto decoupled High-Speed CAN transceiver TJA1050.

| | | | | | |
|---|---|---|---|---|---|
| 3020 | 2 | 22022 | **CANpiggy 5790opto c (installed)** | $   163.80 | $   327.60 |
| | Discount [%] | | 5.00- % | | $   16.38- |
| | | | | | $   311.22 |

PRZX4641   004
Vendor# 11-175-7464
Transceiver module with opto decoupled Single-Wire CAN transceiver AU5790c.

| | | | | | |
|---|---|---|---|---|---|
| 5000 | 2 | **NK-CANOE** | **Maintenance Agreement CANoe RUN** | $   1,296.00 | $   2,592.00 |

PRZX4641   005
Vendor# 11-175-7464

---

**Total value**                                                    **$   17,763.38**

**NOTE:**

**We deliver based upon the following Terms and Conditions:**
Acceptance and delivery of this order is governed by Vector CANtech's Terms and Conditions,
listed as Exhibit A, which supersede any customer's purchase order Terms and Conditions, unless
otherwise agreed upon in writing. These Terms and Conditions are also located at:
http://www.vector-cantech.com/portal/medien/vector_cantech/Vector_Terms_and_Conditions.pdf

**Terms of payment:**
No deduction until day   2 in   2   months
Baseline date on day   31 of month
If paying by credit card, please note additional fees may be charged by your credit card
company.
**Delivery Terms:** Products shipped 7-10 days upon receipt of order.
This quotation is valid for 30 days.
Shipping is FOB destination - USA only.

Document-No.: 120501        Date: 05/13/2009

Best Regards,
Vector CANtech, Inc.
Sue Larabell

## EXHIBIT A: VECTOR STANDARD TERMS AND CONDITIONS

1. **TERMS AND CONDITIONS.**  Vector CANtech, Inc. ("Vector") and Customer, its successors, assigns, affiliates, and representatives (hereinafter referred to as "Customer") agree that these Vector Standard Terms and Conditions (the "Vector Standard Terms and Conditions") govern Customer's Purchase Order or any other document that Customer may heretofore have sent or later send to Vector (collectively, the "Customer Documents").  Fulfillment of Customer's Purchase Order is expressly conditioned upon Customer's acceptance of these Vector Standard Terms and Conditions, which acceptance shall be deemed to occur upon the earlier of Customer's issuance of a Purchase Order upon receipt of these Vector Standard Terms and Conditions or Customer's failure to object in writing within ten (10) days after later  receipt of the same notwithstanding: (i) the inclusion of different or additional terms and conditions on the Customer Document, (ii) Vector's shipment to Customer of the Vector Product set forth on the Customer Document, or (iii) Vector's acceptance of the purchase price set forth on the Customer Document.  In any event, if there shall be any inconsistency or conflict between the Vector Standard Terms and Conditions and the Customer Document (including those terms appearing on the reverse side of, or as an attachment to, a Customer Document), Vector rejects such inconsistent or conflicting terms and the Vector Standard Terms and Conditions shall govern and control.  In addition, the terms and conditions of the License Agreement (defined herein) and any Maintenance Certificate issued thereunder are hereby incorporated herein by reference, to the extent that the Vector Products are Vector Tool Software and/or Hardware.

2. **ADDITIONAL DEFINITIONS.**

2.1 "Order Confirmation" means Vector's confirmation of Customer's Purchase Order to which the Vector Standard Terms and Conditions are attached.

2.2 "Quote" means the offer sent by Vector to Customer in response to Customer's request for a quote, which shall be governed by these Vector Standard Terms and Conditions, even if the Quote does not reference these Vector Standard Terms and Conditions.

2.3 "License Agreement" means the Vector Tool License Agreement for the licensure of Vector Products that are Vector Tool Software and Hardware, both as defined therein.

2.4 "Purchase Order" means Customer's acceptance of the Quote.

2.5 "Vector Product" means the product, including Vector Tool Software and Hardware, ordered by Customer from Vector, which is described on the Order Confirmation or some other document issued by Vector in relation thereto.

2.6 "Invoice" means the document sent by Vector to Customer requesting payment for the Vector Product delivered to Customer.

3. **MODIFICATION.**  The Vector Standard Terms and Conditions may not be modified, altered or added to except with Vector's prior written consent, signed by a duly authorized representative of Vector.

Document-No.: 120501        Date: 05/13/2009

4. **LICENSE.**  Any Vector Product that is Vector Tool Software and Hardware licensed by Vector to Customer is subject to the License Agreement provided therewith.  Customer agrees that it will be bound by the additional terms and conditions of the License Agreement prior to use of any Vector Product that is Vector Tool Software and/or Hardware.  A copy of the License Agreement is available upon request.

5. **DELIVERY AND SHIPMENT.**  Unless otherwise specified by Vector, all prices quoted are F.O.B. carrier at Vector's place of business.  Upon delivery of the Vector Product to the carrier for shipment to Customer, all risk of loss, damage and other incidents of ownership shall immediately pass to Customer.  Vector also reserves the right to ship the Vector Product on common carriers selected from those carriers having specific authority to serve Vector.

6. **TAXES.**  Vector shall not in any event be liable or responsible for any taxes, assessments, duties or other governmental charges which may be imposed upon, levied against or claimed to be due from Customer and which are, or are asserted or claimed by Customer to be attributable in any manner or to any extent to the failure, neglect or refusal, or to the claimed or alleged failure, neglect or refusal, of Vector to ship or deliver the Vector Product at the time, in the quantity, and/or in the manner specified in the Vector Standard Terms and Conditions.  To the extent legally permissible, all present and future taxes and duties imposed by any governmental authority that Vector may be required to pay or collect upon or with reference to the sale, purchase, transportation, delivery, storage, use, installation, testing, or importation of the Vector Product (except income taxes) shall be added to the purchase price and shall be paid by Customer to Vector.

7. **PAYMENT/CUSTOMER'S FINANCIAL ABILITY.**  If Vector pays shipping costs for special shipping requests, including, but not limited to, requests for overnight shipping, Vector may, in its sole discretion, charge this additional cost to Customer by adding such cost to the total price of the Vector Product.  Payment for the Vector Product, including such additional shipping costs, if any, is due net 30 days from date of the Invoice.  If, at any time, Vector determines that Customer does not have satisfactory financial ability to perform under these Vector Standard Terms and Conditions, then Vector has the right to demand from Customer adequate assurances of due performance, payment in advance, a progression of payments in amounts reasonably satisfactory to Vector, or satisfactory security or a guarantee that invoices will be promptly paid when due.  If Customer fails to comply with any such demand within seven (7) business days of Customer's receipt of such demand, Vector has the right to withhold further deliveries, to suspend performance hereunder, or to terminate Customer's order, and any unpaid amounts shall thereupon become immediately due.

8. **INSOLVENCY.**  Vector may immediately cancel the Purchase Order without liability to Customer in the event of the happening of any of the following or any other comparable event: (a) insolvency of the Customer; (b) filing of a voluntary petition in bankruptcy by Customer; (c) filing of any involuntary petition in bankruptcy against Customer; (d) appointment of a receiver or trustee for Customer; or (e) execution of an assignment for the benefit of creditors by Customer.

9. **GRANT OF SECURITY INTEREST.**  Customer grants to Vector a security interest in all of Customer's rights, title, and interest in and to the following, whether existing now or later, or in which Customer now has or later acquires an interest (the "Collateral"):  (a) the Vector Product, including any license thereof, and any license of Vector Tool Software and Hardware granted pursuant to a License Agreement between Vector and Customer; and (b) all proceeds, products, derivatives, modifications, updates, and profits from any such Vector Product or license of Vector Product that is Vector Tool Software and/or Hardware granted pursuant to a License Agreement, and any accessions to the Vector Product.  The Collateral secures Customer's full and prompt performance and payment to Vector of all obligations of Customer to Vector under

Document-No.: 120501          Date:  05/13/2009

these Vector Standard Terms and Conditions and any License Agreement between Vector and Customer.  This security interest will be satisfied by payment in full.  Customer agrees that it will cooperate with Vector to execute any document required by Vector to perfect its security interest in the Collateral.

10. **CANCELLATION.**   Customer may not cancel the Vector Standard Terms and Conditions except by Vector's written consent.  If Customer cancels the Purchase Order with or without Vector's consent, Customer may be liable for any loss (including loss of profit) suffered by Vector by reason of Customer's cancellation.  In the event that Customer cancels the Purchase Order, Vector may demand that Customer pay, immediately upon such demand, the following amounts: (a) an amount equal to the price set forth in the Order Confirmation for Vector Products which prior to such cancellation have been completed in accordance with the Vector Standard Terms and Conditions and not previously paid for; (b) an amount equal to the costs of work-in-process and raw materials incurred by Vector in furnishing the Vector Product; and (c) an amount equal to Vector's lost profit.  In the event of Customer's failure or refusal to accept the Vector Product, or other default either before or after delivery to carrier, Vector may, without notice, retain or repossess said Vector Product and require that Customer pay to Vector the full purchase price less an allowance for the difference, if any, between the purchase price and the then current value thereof.

11. **DELAYS.**   Vector shall not be held liable or deemed in default if prevented from or delayed in performing any of the obligations of the Vector Standard Terms and Conditions by reason of an event or occurrence beyond its reasonable control, such as, by way of example and not by way of limitation, Customer delays, labor problems, or inability to obtain power, material, labor, equipment, or transportation.

12. **INTELLECTUAL PROPERTY RIGHTS AND CONFIDENTIALITY.**   All Vector Products, including all rights, title and interest therein, shall remain the exclusive intellectual property of Vector. Vector Products that are Vector Tool Software and Hardware are, among other provisions, subject to the Intellectual Property Rights and Confidentiality provisions in the License Agreement. The structure, organization and/or code of the Vector Products are confidential information of Vector and shall neither be examined by Customer (or its employees) nor disclosed by Customer (or its employees) to any third parties, regardless of the reason.  The Vector Products are protected by copyright, trade secret, and other intellectual property laws, including without limitation United States Copyright Laws and International Copyright Treaties.  Customer shall not remove, modify, or destroy any proprietary markings of Vector affixed to or embedded within the Vector Products, including, but not limited to, legends and notice of Vector's ownership and title to trademarks, trade names, trade secrets, copyrights or patents placed upon or contained within the Vector Products.  Customer agrees to reproduce all such markings upon or within authorized copies of the Vector Product.

13. **WARRANTY DISCLAIMER.  EXCEPT FOR THE LIMITED WARRANTY SET FORTH IN THE LICENSE AGREEMENT FO THE VECTOR PRODUCTS THAT ARE VECTOR TOOL SOFTWARE AND HARDWARE, CUSTOMER ASSUMES THE ENTIR AS TO USE OF THE VECTOR PRODUCT AND ANY RESULTS GENERATED THEREBY.  THE LIMITED WARRANTY IN SECTION 12 OF THE LICENSE AGREEMENT IS EXCLUSIVE AND NO OTHER WARRANTY, WHETHER WRITTEN OR OR IS EXPRESSED OR IMPLIED.  VECTOR SPECIFICALLY DISCLAIMS THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT.  ANY WARRANTY FROM VECTOR, WHETHER GRANTED PURSUANT TO THE LICENSE AGREEMENT, OR BY LAW, SHALL BE VOID IF THE VECTOR PRODUCT IS MODIFIED AFTER ACCEPTANCE.**

14. **LIMITATION OF LIABILITY AND INDEMNIFICATION. AS AN EXPRESS CONDITION TO INSTALLING AND/OR USING THE VECTOR PRODUCT, CUSTOMER AGREES THAT VECTOR AND ITS AFFILIATES SHALL HAVE NO LIABILIT TO CUSTOMER FOR ANY DAMAGES WHATSOEVER RELATED TO THE VECTOR PRODUCT OR ANY RESULTS GENER**

Document-No.: 120501          Date:  05/13/2009

**THEREBY, INCLUDING ANY AMOUNTS REPRESENTING CONSEQUENTIAL DAMAGES, INDIRECT DAMAGES, INCIDENTA/
DAMAGES, LOSS OF PROFIT, LOSS OF BUSINESS, EXEMPLARY DAMAGES, OR PUNITIVE DAMAGES, INCLUDING
COSTS OR DAMAGES RELATED TO PRODUCT RECALLS, PROGRAM DEVELOPMENT/PRODUCTION DELAYS, WORK
STOPPAGES, OR PRODUCT LIABILITY. AS AN EXPRESS CONDITION TO INSTALLING AND/OR USING THE VECTOR
PRODUCT, CUSTOMER AGREES TO INDEMNIFY VECTOR AND ITS AFFILIATES FROM AND AGAINST ANY AND ALL
THIRD PARTY CLAIMS AND DAMAGES INCURRED BY VECTOR, INCLUDING ATTORNEYS' FEES RELATED THERETO,
THAT ARISE OR RESULT FROM AUTHORIZED OR UNAUTHORIZED USE, MISUSE OR OPERATION OF THE VECTOR
PRODUCT BY CUSTOMER OR BY ANYONE TO WHOM CUSTOMER PROVIDED THE VECTOR PRODUCT.**

## 15. GENERAL PROVISIONS.

15.1 Choice of Law.  The Vector Standard Terms and Conditions shall be governed by the laws of
the State of Michigan, without regard to its conflicts of law principles and excluding the
United Nations Convention on Contracts for the International Sale of Goods (CISG).

15.2 Invalid Provision.  If any part of the Vector Standard Terms and Conditions is found void
and unenforceable, it will not affect the validity of the balance of the Vector Standard Terms
and Conditions, which shall remain valid and enforceable according to their terms.

15.3 Entire Agreement.  The Vector Standard Terms and Conditions, the License Agreement (for
Vector Products that are Vector Tool Software and Hardware) and any Maintenance Certificate
issued thereunder contain the entire agreement between the parties with respect to the Purchase
Order and other subject matter set forth herein.

15.4 Waiver.  The waiver by Vector of any terms, provision, or condition hereof shall not be
construed to be a waiver of any other term, condition or provision hereof, nor shall such waiver
be deemed a waiver or subsequent breach of the same condition or provision.  In the event
Customer shall default in its obligations under the Vector Standard Terms and Conditions,
Customer shall be liable for Vector's cost of collection including reasonable attorneys' fees.

15.5 Export Laws.  Customer agrees not to ship, transfer or export Vector Products into any
country or use Vector Products in any manner prohibited by the United States Export
Administration Act or prohibited by any other export laws, restrictions or regulations.

15.6 Additional Rights.  All rights granted to Vector hereunder shall be in addition to, and not
in lieu of, Vector's rights arising by operation of law.

15.7 Assignment/Transfer.  Customer shall not transfer or assign its interests under the Vector
Standard Terms and Conditions to any third party, including any contractor or vendor of
Customer, without Vector's prior written consent, signed by an authorized representative of
Vector.

BHLIB: 521120.4\114520-00003


Vector CANtech, Inc.

# Order Confirmation   120260   05/06/2009

Suite 550
39500 Orchard Hill Place
Novi, MI 48375

Phone (248) 449-9290
Fax (248) 449-9704
sales@vector-cantech.com

Mike Rosati
Senior Project Engineer
Bldg. C    Cube 1C28
General Motors Corporation
895 Joslyn Road
Pontiac MI  48340
Phone : +1 734 320 8588
Fax :
E-Mail : michael.r.rosati@gm.com

**Shipment address:**
Attn: Michael Rosati  734-32
GM Powertrain Headquarters
895 Joslyn Ave
Plant 13 Dock 45W
Pontiac MI  48340-2920

**PO Number:   TCS27100**

Dear Mr. Rosati,

Thank you for your interest in Vector products.  Please call if we can answer any questions.

Did you know...

**Vector offers a CAN (D-Sub9) to J1962 (OBDII) diagnostic cable.**

Ask our sales department for more details!

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|---|---|---|---|---|---|
| 1000 | 3 | 11190 | CANoe RUN V7.1 | $ 6,951.00 | $ 20,853.00 |
|  |  | Discount [%] | 25.00- % |  | $ 5,213.25- |
|  |  |  |  |  | $ 15,639.75 |
|  |  | PRZX0199 001 |  |  |  |
|  |  | Vendor# 11-175-7464 |  |  |  |
|  |  |  | Software tool as runtime environment for (remaining bus) simulation, communication analysis and testing of ECUs in distributed systems. Supports bus system CAN. |  |  |
| 2000 | 3 | 07136 | CANboardXL PCIe V1.0 ( Unlicensed ) | $ 875.00 | $ 2,625.00 |
|  |  | PRZX0199 002 |  |  |  |
|  |  | Vendor# 11-175-7464 |  |  |  |
|  |  |  | PCI-Express interface for CAN and LIN (2 channels). |  |  |
| 2010 | 6 | 22026 | CANpiggy 1050opto (installed) | $ 163.80 | $ 982.80 |
|  |  | Discount [%] | 5.00- % |  | $ 49.14- |
|  |  |  |  |  | $ 933.66 |
|  |  | PRZX0199 003 |  |  |  |
|  |  | Vendor# 11-175-7464 |  |  |  |

Document-No.: 120260        Date: 05/06/2009

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|------------|----------------|
| | | | Transceiver module with opto decoupled High-Speed CAN transceiver TJA1050. | | |
| 3000 | 3 | 07136 | CANboardXL PCIe V1.0 ( Unlicensed ) | $    875.00 | $    2,625.00 |
| | | PRZX0199 002 | | | |
| | | Vendor# 11-175-7464 | | | |
| | | | PCI-Express interface for CAN and LIN (2 channels). | | |
| 3010 | 3 | 22026 | CANpiggy 1050opto (installed) | $    163.80 | $    491.40 |
| | | Discount [%] | 5.00- % | | $    24.57- |
| | | | | | $    466.83 |
| | | PRZX0199 003 | | | |
| | | Vendor# 11-175-7464 | | | |
| | | | Transceiver module with opto decoupled High-Speed CAN transceiver TJA1050. | | |
| 3020 | 3 | 22022 | CANpiggy 5790opto c (installed) | $    163.80 | $    491.40 |
| | | Discount [%] | 5.00- % | | $    24.57- |
| | | | | | $    466.83 |
| | | PRZX0199 004 | | | |
| | | Vendor# 11-175-7464 | | | |
| | | | Transceiver module with opto decoupled Single-Wire CAN transceiver AU5790c. | | |
| 5000 | 3 | NK-CANOE | Maintenance Agreement CANoe RUN | $    1,296.00 | $    3,888.00 |
| | | PRZX0199 005 | | | |
| | | Vendor# 11-175-7464 | | | |

**Total value**                                                              $    26,645.07

**NOTE: The licenses listed above are to be used for a period of 120 days and served from a FlexLM
server.  At the end of 120 days, if GM decides not to purchase maintenance, these licenses will
be transferred to hardware based license means.**

**We deliver based upon the following Terms and Conditions:**
Acceptance and delivery of this order is governed by Vector CANtech's Terms and Conditions,
listed as Exhibit A, which supersede any customer's purchase order Terms and Conditions, unless
otherwise agreed upon in writing. These Terms and Conditions are also located at:
http://www.vector-cantech.com/portal/medien/vector_cantech/Vector_Terms_and_Conditions.pdf

**Terms of payment:**
No deduction until day  2 in  2  months
Baseline date on day  31 of month
If paying by credit card, please note additional fees may be charged by your credit card
company.
**Delivery Terms:** Products shipped 7-10 days upon receipt of order.
This quotation is valid for 30 days.
Shipping is FOB destination - USA only.

Document-No.: 120260      Date: 05/06/2009


Best Regards,
Vector CANtech, Inc.
Sue Larabell


## EXHIBIT A: VECTOR STANDARD TERMS AND CONDITIONS

1. **TERMS AND CONDITIONS.**  Vector CANtech, Inc. ("Vector") and Customer, its successors, assigns, affiliates, and representatives (hereinafter referred to as "Customer") agree that these Vector Standard Terms and Conditions (the "Vector Standard Terms and Conditions") govern Customer's Purchase Order or any other document that Customer may heretofore have sent or later send to Vector (collectively, the "Customer Documents").  Fulfillment of Customer's Purchase Order is expressly conditioned upon Customer's acceptance of these Vector Standard Terms and Conditions, which acceptance shall be deemed to occur upon the earlier of Customer's issuance of a Purchase Order upon receipt of these Vector Standard Terms and Conditions or Customer's failure to object in writing within ten (10) days after later  receipt of the same notwithstanding: (i) the inclusion of different or additional terms and conditions on the Customer Document, (ii) Vector's shipment to Customer of the Vector Product set forth on the Customer Document, or (iii) Vector's acceptance of the purchase price set forth on the Customer Document.  In any event, if there shall be any inconsistency or conflict between the Vector Standard Terms and Conditions and the Customer Document (including those terms appearing on the reverse side of, or as an attachment to, a Customer Document), Vector rejects such inconsistent or conflicting terms and the Vector Standard Terms and Conditions shall govern and control.  In addition, the terms and conditions of the License Agreement (defined herein) and any Maintenance Certificate issued thereunder are hereby incorporated herein by reference, to the extent that the Vector Products are Vector Tool Software and/or Hardware.

2. **ADDITIONAL DEFINITIONS.**

2.1 "Order Confirmation" means Vector's confirmation of Customer's Purchase Order to which the Vector Standard Terms and Conditions are attached.

2.2 "Quote" means the offer sent by Vector to Customer in response to Customer's request for a quote, which shall be governed by these Vector Standard Terms and Conditions, even if the Quote does not reference these Vector Standard Terms and Conditions.

2.3 "License Agreement" means the Vector Tool License Agreement for the licensure of Vector Products that are Vector Tool Software and Hardware, both as defined therein.

2.4 "Purchase Order" means Customer's acceptance of the Quote.

2.5 "Vector Product" means the product, including Vector Tool Software and Hardware, ordered by Customer from Vector, which is described on the Order Confirmation or some other document issued by Vector in relation thereto.

2.6 "Invoice" means the document sent by Vector to Customer requesting payment for the Vector Product delivered to Customer.

3. **MODIFICATION.**  The Vector Standard Terms and Conditions may not be modified, altered or added to except with Vector's prior written consent, signed by a duly authorized representative of Vector.

Document-No.: 120260        Date: 05/06/2009

4. **LICENSE.**  Any Vector Product that is Vector Tool Software and Hardware licensed by Vector to Customer is subject to the License Agreement provided therewith.  Customer agrees that it will be bound by the additional terms and conditions of the License Agreement prior to use of any Vector Product that is Vector Tool Software and/or Hardware.  A copy of the License Agreement is available upon request.

5. **DELIVERY AND SHIPMENT.**  Unless otherwise specified by Vector, all prices quoted are F.O.B. carrier at Vector's place of business.  Upon delivery of the Vector Product to the carrier for shipment to Customer, all risk of loss, damage and other incidents of ownership shall immediately pass to Customer.  Vector also reserves the right to ship the Vector Product on common carriers selected from those carriers having specific authority to serve Vector.

6. **TAXES.**  Vector shall not in any event be liable or responsible for any taxes, assessments, duties or other governmental charges which may be imposed upon, levied against or claimed to be due from Customer and which are, or are asserted or claimed by Customer to be attributable in any manner or to any extent to the failure, neglect or refusal, or to the claimed or alleged failure, neglect or refusal, of Vector to ship or deliver the Vector Product at the time, in the quantity, and/or in the manner specified in the Vector Standard Terms and Conditions.  To the extent legally permissible, all present and future taxes and duties imposed by any governmental authority that Vector may be required to pay or collect upon or with reference to the sale, purchase, transportation, delivery, storage, use, installation, testing, or importation of the Vector Product (except income taxes) shall be added to the purchase price and shall be paid by Customer to Vector.

7. **PAYMENT/CUSTOMER'S FINANCIAL ABILITY.**  If Vector pays shipping costs for special shipping requests, including, but not limited to, requests for overnight shipping, Vector may, in its sole discretion, charge this additional cost to Customer by adding such cost to the total price of the Vector Product.  Payment for the Vector Product, including such additional shipping costs, if any, is due net 30 days from date of the Invoice.  If, at any time, Vector determines that Customer does not have satisfactory financial ability to perform under these Vector Standard Terms and Conditions, then Vector has the right to demand from Customer adequate assurances of due performance, payment in advance, a progression of payments in amounts reasonably satisfactory to Vector, or satisfactory security or a guarantee that invoices will be promptly paid when due.  If Customer fails to comply with any such demand within seven (7) business days of Customer's receipt of such demand, Vector has the right to withhold further deliveries, to suspend performance hereunder, or to terminate Customer's order, and any unpaid amounts shall thereupon become immediately due.

8. **INSOLVENCY.** Vector may immediately cancel the Purchase Order without liability to Customer in the event of the happening of any of the following or any other comparable event: (a) insolvency of the Customer; (b) filing of a voluntary petition in bankruptcy by Customer; (c) filing of any involuntary petition in bankruptcy against Customer; (d) appointment of a receiver or trustee for Customer; or (e) execution of an assignment for the benefit of creditors by Customer.

9. **GRANT OF SECURITY INTEREST.**  Customer grants to Vector a security interest in all of Customer's rights, title, and interest in and to the following, whether existing now or later, or in which Customer now has or later acquires an interest (the "Collateral"):  (a) the Vector Product, including any license thereof, and any license of Vector Tool Software and Hardware granted pursuant to a License Agreement between Vector and Customer; and (b) all proceeds, products, derivatives, modifications, updates, and profits from any such Vector Product or license of Vector Product that is Vector Tool Software and/or Hardware granted pursuant to a License Agreement, and any accessions to the Vector Product.  The Collateral secures Customer's full and prompt performance and payment to Vector of all obligations of Customer to Vector under

Document-No.: 120260        Date: 05/06/2009

these Vector Standard Terms and Conditions and any License Agreement between Vector and Customer.  This security interest will be satisfied by payment in full.  Customer agrees that it will cooperate with Vector to execute any document required by Vector to perfect its security interest in the Collateral.

10. **CANCELLATION.**  Customer may not cancel the Vector Standard Terms and Conditions except by Vector's written consent.  If Customer cancels the Purchase Order with or without Vector's consent, Customer may be liable for any loss (including loss of profit) suffered by Vector by reason of Customer's cancellation.  In the event that Customer cancels the Purchase Order, Vector may demand that Customer pay, immediately upon such demand, the following amounts: (a) an amount equal to the price set forth in the Order Confirmation for Vector Products which prior to such cancellation have been completed in accordance with the Vector Standard Terms and Conditions and not previously paid for; (b) an amount equal to the costs of work-in-process and raw materials incurred by Vector in furnishing the Vector Product; and (c) an amount equal to Vector's lost profit.  In the event of Customer's failure or refusal to accept the Vector Product, or other default either before or after delivery to carrier, Vector may, without notice, retain or repossess said Vector Product and require that Customer pay to Vector the full purchase price less an allowance for the difference, if any, between the purchase price and the then current value thereof.

11. **DELAYS.**  Vector shall not be held liable or deemed in default if prevented from or delayed in performing any of the obligations of the Vector Standard Terms and Conditions by reason of an event or occurrence beyond its reasonable control, such as, by way of example and not by way of limitation, Customer delays, labor problems, or inability to obtain power, material, labor, equipment, or transportation.

12. **INTELLECTUAL PROPERTY RIGHTS AND CONFIDENTIALITY.**  All Vector Products, including all rights, title and interest therein, shall remain the exclusive intellectual property of Vector. Vector Products that are Vector Tool Software and Hardware are, among other provisions, subject to the Intellectual Property Rights and Confidentiality provisions in the License Agreement. The structure, organization and/or code of the Vector Products are confidential information of Vector and shall neither be examined by Customer (or its employees) nor disclosed by Customer (or its employees) to any third parties, regardless of the reason.  The Vector Products are protected by copyright, trade secret, and other intellectual property laws, including without limitation United States Copyright Laws and International Copyright Treaties.  Customer shall not remove, modify, or destroy any proprietary markings of Vector affixed to or embedded within the Vector Products, including, but not limited to, legends and notice of Vector's ownership and title to trademarks, trade names, trade secrets, copyrights or patents placed upon or contained within the Vector Products.  Customer agrees to reproduce all such markings upon or within authorized copies of the Vector Product.

13. **WARRANTY DISCLAIMER.**  EXCEPT FOR THE LIMITED WARRANTY SET FORTH IN THE LICENSE AGREEMENT FOR THE VECTOR PRODUCTS THAT ARE VECTOR TOOL SOFTWARE AND HARDWARE, CUSTOMER ASSUMES THE ENTIRE RISK AS TO USE OF THE VECTOR PRODUCT AND ANY RESULTS GENERATED THEREBY.  THE LIMITED WARRANTY IN SECTION 12 OF THE LICENSE AGREEMENT IS EXCLUSIVE AND NO OTHER WARRANTY, WHETHER WRITTEN OR ORAL, IS EXPRESSED OR IMPLIED.  VECTOR SPECIFICALLY DISCLAIMS THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT.  ANY WARRANTY FROM VECTOR, WHETHER GRANTED PURSUANT TO THE LICENSE AGREEMENT, OR BY LAW, SHALL BE VOID IF THE VECTOR PRODUCT IS MODIFIED AFTER ACCEPTANCE.

14. **LIMITATION OF LIABILITY AND INDEMNIFICATION.** AS AN EXPRESS CONDITION TO INSTALLING AND/OR USING THE VECTOR PRODUCT, CUSTOMER AGREES THAT VECTOR AND ITS AFFILIATES SHALL HAVE NO LIABILITY TO CUSTOMER FOR ANY DAMAGES WHATSOEVER RELATED TO THE VECTOR PRODUCT OR ANY RESULTS GENERATED

Document-No.: 120260        Date: 05/06/2009

**THEREBY, INCLUDING ANY AMOUNTS REPRESENTING CONSEQUENTIAL DAMAGES, INDIRECT DAMAGES, INCIDENTAL DAMAGES, LOSS OF PROFIT, LOSS OF BUSINESS, EXEMPLARY DAMAGES, OR PUNITIVE DAMAGES, INCLUDING COSTS OR DAMAGES RELATED TO PRODUCT RECALLS, PROGRAM DEVELOPMENT/PRODUCTION DELAYS, WORK STOPPAGES, OR PRODUCT LIABILITY. AS AN EXPRESS CONDITION TO INSTALLING AND/OR USING THE VECTOR PRODUCT, CUSTOMER AGREES TO INDEMNIFY VECTOR AND ITS AFFILIATES FROM AND AGAINST ANY AND ALL THIRD PARTY CLAIMS AND DAMAGES INCURRED BY VECTOR, INCLUDING ATTORNEYS' FEES RELATED THERETO, THAT ARISE OR RESULT FROM AUTHORIZED OR UNAUTHORIZED USE, MISUSE OR OPERATION OF THE VECTOR PRODUCT BY CUSTOMER OR BY ANYONE TO WHOM CUSTOMER PROVIDED THE VECTOR PRODUCT.**

**15. GENERAL PROVISIONS.**

15.1 <u>Choice of Law.</u>  The Vector Standard Terms and Conditions shall be governed by the laws of the State of Michigan, without regard to its conflicts of law principles and excluding the United Nations Convention on Contracts for the International Sale of Goods (CISG).

15.2 <u>Invalid Provision.</u>  If any part of the Vector Standard Terms and Conditions is found void and unenforceable, it will not affect the validity of the balance of the Vector Standard Terms and Conditions, which shall remain valid and enforceable according to their terms.

15.3 <u>Entire Agreement.</u>  The Vector Standard Terms and Conditions, the License Agreement (for Vector Products that are Vector Tool Software and Hardware) and any Maintenance Certificate issued thereunder contain the entire agreement between the parties with respect to the Purchase Order and other subject matter set forth herein.

15.4 <u>Waiver.</u>  The waiver by Vector of any terms, provision, or condition hereof shall not be construed to be a waiver of any other term, condition or provision hereof, nor shall such waiver be deemed a waiver or subsequent breach of the same condition or provision.  In the event Customer shall default in its obligations under the Vector Standard Terms and Conditions, Customer shall be liable for Vector's cost of collection including reasonable attorneys' fees.

15.5 <u>Export Laws.</u>  Customer agrees not to ship, transfer or export Vector Products into any country or use Vector Products in any manner prohibited by the United States Export Administration Act or prohibited by any other export laws, restrictions or regulations.

15.6 <u>Additional Rights.</u>  All rights granted to Vector hereunder shall be in addition to, and not in lieu of, Vector's rights arising by operation of law.

15.7 <u>Assignment/Transfer.</u>  Customer shall not transfer or assign its interests under the Vector Standard Terms and Conditions to any third party, including any contractor or vendor of Customer, without Vector's prior written consent, signed by an authorized representative of Vector.

BHLIB: 521120.4\114520-00003



Vector CANtech, Inc.

# Order Confirmation   120259   05/06/2009

Suite 550
39500 Orchard Hill Place
Novi, MI 48375

Phone (248) 449-9290
Fax (248) 449-9704
sales@vector-cantech.com

Mike Rosati
Senior Project Engineer
Bldg. C    Cube 1C28
General Motors Corporation
895 Joslyn Road
Pontiac MI  48340
Phone : +1 734 320 8588
Fax :
E-Mail : michael.r.rosati@gm.com

**Shipment address:**
Attn: Michael Rosati  734-32
GM Powertrain Headquarters
895 Joslyn Rd.
Pontiac MI  48340

**PO Number:   TCS27138**

Dear Mr. Rosati,

Thank you for your interest in Vector products.  Please call if we can answer any questions.

Did you know...

**Vector offers a CAN (D-Sub9) to J1962 (OBDII) diagnostic cable.**

Ask our sales department for more details!

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|-----------:|---------------:|
| 1000 | **5** | **11190** | **CANoe RUN V7.1** | $  6,951.00 | $   34,755.00 |
|      | Discount [%] | | 25.00- % | | $    8,688.75- |
|      |     |         |             |            | $   26,066.25 |
|      | PRYX8188 001 | | | | |
|      | Vendor# 11-175-7464 | | | | |
|      |     |         | Software tool as runtime environment for (remaining bus) simulation, communication analysis and testing of ECUs in distributed systems. Supports bus system CAN. | | |
| 2000 | **5** | **07136** | **CANboardXL PCIe V1.0 (Unlicensed)** | $   875.00 | $    4,375.00 |
|      | PRYX8188 002 | | | | |
|      | Vendor# 11-175-7464 | | | | |
|      |     |         | PCI-Express interface for CAN and LIN (2 channels). | | |
| 2010 | **10** | **22026** | **CANpiggy 1050opto (installed)** | $   163.80 | $    1,638.00 |
|      | Discount [%] | | 5.00- % | | $       81.90- |
|      |     |         |             |            | $    1,556.10 |
|      | PRYX8188 003 | | | | |
|      | Vendor# 11-175-7464 | | | | |

Document-No.: 120259      Date: 05/06/2009

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|-----------|----------------|

Transceiver module with opto decoupled High-Speed CAN transceiver TJA1050.

| 3000 | 5 | 07136 | **CANboardXL PCIe V1.0 (Unlicensed)** | $    875.00 | $    4,375.00 |

PRYX8188 002
Vendor# 11-175-7464
  PCI-Express interface for CAN and LIN (2 channels).

| 3010 | 5 | 22026 | **CANpiggy 1050opto (installed)** | $    163.80 | $      819.00 |
|  |  | Discount [%] | 5.00- % |  | $       40.95- |

$      778.05

PRYX8188 003
Vendor# 11-175-7464
  Transceiver module with opto decoupled High-Speed CAN transceiver TJA1050.

| 3020 | 5 | 22022 | **CANpiggy 5790opto c (installed)** | $    163.80 | $      819.00 |
|  |  | Discount [%] | 5.00- % |  | $       40.95- |

$      778.05

PRYX8188 004
Vendor# 11-175-7464
  Transceiver module with opto decoupled Single-Wire CAN transceiver AU5790c.

| 4000 | 5 | MA-COR | **Maintenance Agreement CANoe RUN** | $  1,296.00 | $    6,480.00 |

PRYX8188 005
Vendor# 11-175-7464
  Scope of services: Updates for software + options within the maintenance
  periode
  Maintenance costs: 18% of the software list price per licence and year
  Maturity: Due at the start of the maintenance period
  Duration: At least 1 year
  Precondition: Actual software licence

  The adequate options of your software cannot get separate maintenance. They
  are considered automatically. Please find them listed below.

| 5000 | 1 | 11190 | **CANoe RUN V7.1 (single user license)** |  |  |

PRYX8188 001
  Software tool as runtime environment for (remaining bus) simulation,
  communication analysis and testing of ECUs in distributed systems.
  Supports bus system CAN.
  Serialno.:      ( M1119000399 )

| 6000 ** | 1 | 95204 | **Migration Server based Licensing** | $ 13,000.00 | $   13,000.00 |
|  |  | Discount [%] | 100.00- % |  | $   13,000.00- |

Migration project to change licensing via dongles or interface cards to server
based licensing.
Price applies per software product (e.g. CANoe, CANape) and per server

Document-No.: 120259       Date: 05/06/2009

---

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|------------|----------------|

platform (e.g. Win32, Solaris). Includes delivery and installation support for
license server software at customer site; incl. to 2 days on-site support per
project.
Administration and removal of license keys from hardware will be charged at
cost.

*** special discount ***

---

**Total value**                                                          **$    44,408.45**

**NOTE:**
**The licenses listed above are to be used for a period of 120 days and served from a FlexLM
server.  At the end of 120 days, if GM decides not to purchase maintenance, these licenses will
be transferred to hardware based license means.**

**We deliver based upon the following Terms and Conditions:**
Acceptance and delivery of this order is governed by Vector CANtech's Terms and Conditions,
listed as Exhibit A, which supersede any customer's purchase order Terms and Conditions, unless
otherwise agreed upon in writing. These Terms and Conditions are also located at:
http://www.vector-cantech.com/portal/medien/vector_cantech/Vector_Terms_and_Conditions.pdf

**Terms of payment:**
No deduction until day  2 in  2 months
Baseline date on day  31 of month
If paying by credit card, please note additional fees may be charged by your credit card
company.
**Delivery Terms:** Products shipped 7-10 days upon receipt of order.
This quotation is valid for 30 days.
Shipping is FOB destination - USA only.

Best Regards,
Vector CANtech, Inc.
Sue Larabell

**EXHIBIT A: VECTOR STANDARD TERMS AND CONDITIONS**

1. **TERMS AND CONDITIONS.**  Vector CANtech, Inc. ("Vector") and Customer, its successors, assigns,
affiliates, and representatives (hereinafter referred to as "Customer") agree that these Vector
Standard Terms and Conditions (the "Vector Standard Terms and Conditions") govern Customer's
Purchase Order or any other document that Customer may heretofore have sent or later send to
Vector (collectively, the "Customer Documents").  Fulfillment of Customer's Purchase Order is
expressly conditioned upon Customer's acceptance of these Vector Standard Terms and Conditions,
which acceptance shall be deemed to occur upon the earlier of Customer's issuance of a Purchase
Order upon receipt of these Vector Standard Terms and Conditions or Customer's failure to object
in writing within ten (10) days after later  receipt of the same notwithstanding: (i) the
inclusion of different or additional terms and conditions on the Customer Document, (ii)

Document-No.: 120259      Date: 05/06/2009

Vector's shipment to Customer of the Vector Product set forth on the Customer Document, or (iii)
Vector's acceptance of the purchase price set forth on the Customer Document.  In any event, if
there shall be any inconsistency or conflict between the Vector Standard Terms and Conditions
and the Customer Document (including those terms appearing on the reverse side of, or as an
attachment to, a Customer Document), Vector rejects such inconsistent or conflicting terms and
the Vector Standard Terms and Conditions shall govern and control.  In addition, the terms and
conditions of the License Agreement (defined herein) and any Maintenance Certificate issued
thereunder are hereby incorporated herein by reference, to the extent that the Vector Products
are Vector Tool Software and/or Hardware.

2. **ADDITIONAL DEFINITIONS.**

2.1 "Order Confirmation" means Vector's confirmation of Customer's Purchase Order to which the
Vector Standard Terms and Conditions are attached.

2.2 "Quote" means the offer sent by Vector to Customer in response to Customer's request for a
quote, which shall be governed by these Vector Standard Terms and Conditions, even if the Quote
does not reference these Vector Standard Terms and Conditions.

2.3 "License Agreement" means the Vector Tool License Agreement for the licensure of Vector
Products that are Vector Tool Software and Hardware, both as defined therein.

2.4 "Purchase Order" means Customer's acceptance of the Quote.

2.5 "Vector Product" means the product, including Vector Tool Software and Hardware, ordered by
Customer from Vector, which is described on the Order Confirmation or some other document issued
by Vector in relation thereto.

2.6 "Invoice" means the document sent by Vector to Customer requesting payment for the Vector
Product delivered to Customer.

3. **MODIFICATION.**  The Vector Standard Terms and Conditions may not be modified, altered or added
to except with Vector's prior written consent, signed by a duly authorized representative of
Vector.

4. **LICENSE.**  Any Vector Product that is Vector Tool Software and Hardware licensed by Vector to
Customer is subject to the License Agreement provided therewith.  Customer agrees that it will
be bound by the additional terms and conditions of the License Agreement prior to use of any
Vector Product that is Vector Tool Software and/or Hardware.  A copy of the License Agreement is
available upon request.

5. **DELIVERY AND SHIPMENT.**  Unless otherwise specified by Vector, all prices quoted are F.O.B.
carrier at Vector's place of business.  Upon delivery of the Vector Product to the carrier for
shipment to Customer, all risk of loss, damage and other incidents of ownership shall
immediately pass to Customer.  Vector also reserves the right to ship the Vector Product on
common carriers selected from those carriers having specific authority to serve Vector.

6. **TAXES.**  Vector shall not in any event be liable or responsible for any taxes, assessments,
duties or other governmental charges which may be imposed upon, levied against or claimed to be
due from Customer and which are, or are asserted or claimed by Customer to be attributable in
any manner or to any extent to the failure, neglect or refusal, or to the claimed or alleged
failure, neglect or refusal, of Vector to ship or deliver the Vector Product at the time, in the
quantity, and/or in the manner specified in the Vector Standard Terms and Conditions.  To the

Document-No.: 120259        Date: 05/06/2009

extent legally permissible, all present and future taxes and duties imposed by any governmental
authority that Vector may be required to pay or collect upon or with reference to the sale,
purchase, transportation, delivery, storage, use, installation, testing, or importation of the
Vector Product (except income taxes) shall be added to the purchase price and shall be paid by
Customer to Vector.

7. **PAYMENT/CUSTOMER'S FINANCIAL ABILITY.**  If Vector pays shipping costs for special shipping
requests, including, but not limited to, requests for overnight shipping, Vector may, in its
sole discretion, charge this additional cost to Customer by adding such cost to the total price
of the Vector Product.  Payment for the Vector Product, including such additional shipping
costs, if any, is due net 30 days from date of the Invoice.  If, at any time, Vector determines
that Customer does not have satisfactory financial ability to perform under these Vector
Standard Terms and Conditions, then Vector has the right to demand from Customer adequate
assurances of due performance, payment in advance, a progression of payments in amounts
reasonably satisfactory to Vector, or satisfactory security or a guarantee that invoices will be
promptly paid when due.  If Customer fails to comply with any such demand within seven (7)
business days of Customer's receipt of such demand, Vector has the right to withhold further
deliveries, to suspend performance hereunder, or to terminate Customer's order, and any unpaid
amounts shall thereupon become immediately due.

8. **INSOLVENCY.** Vector may immediately cancel the Purchase Order without liability to Customer in
the event of the happening of any of the following or any other comparable event: (a) insolvency
of the Customer; (b) filing of a voluntary petition in bankruptcy by Customer; (c) filing of any
involuntary petition in bankruptcy against Customer; (d) appointment of a receiver or trustee
for Customer; or (e) execution of an assignment for the benefit of creditors by Customer.

9. **GRANT OF SECURITY INTEREST.**  Customer grants to Vector a security interest in all of
Customer's rights, title, and interest in and to the following, whether existing now or later,
or in which Customer now has or later acquires an interest (the "Collateral"):  (a) the Vector
Product, including any license thereof, and any license of Vector Tool Software and Hardware
granted pursuant to a License Agreement between Vector and Customer; and (b) all proceeds,
products, derivatives, modifications, updates, and profits from any such Vector Product or
license of Vector Product that is Vector Tool Software and/or Hardware granted pursuant to a
License Agreement, and any accessions to the Vector Product.  The Collateral secures Customer's
full and prompt performance and payment to Vector of all obligations of Customer to Vector under
these Vector Standard Terms and Conditions and any License Agreement between Vector and
Customer.  This security interest will be satisfied by payment in full.  Customer agrees that it
will cooperate with Vector to execute any document required by Vector to perfect its security
interest in the Collateral.

10. **CANCELLATION.**  Customer may not cancel the Vector Standard Terms and Conditions except by
Vector's written consent.  If Customer cancels the Purchase Order with or without Vector's
consent, Customer may be liable for any loss (including loss of profit) suffered by Vector by
reason of Customer's cancellation.  In the event that Customer cancels the Purchase Order,
Vector may demand that Customer pay, immediately upon such demand, the following amounts: (a) an
amount equal to the price set forth in the Order Confirmation for Vector Products which prior to
such cancellation have been completed in accordance with the Vector Standard Terms and
Conditions and not previously paid for; (b) an amount equal to the costs of work-in-process and
raw materials incurred by Vector in furnishing the Vector Product; and (c) an amount equal to
Vector's lost profit.  In the event of Customer's failure or refusal to accept the Vector
Product, or other default either before or after delivery to carrier, Vector may, without
notice, retain or repossess said Vector Product and require that Customer pay to Vector the full
purchase price less an allowance for the difference, if any, between the purchase price and the

Document-No.: 120259      Date: 05/06/2009

then current value thereof.

11. **DELAYS.**  Vector shall not be held liable or deemed in default if prevented from or delayed
in performing any of the obligations of the Vector Standard Terms and Conditions by reason of an
event or occurrence beyond its reasonable control, such as, by way of example and not by way of
limitation, Customer delays, labor problems, or inability to obtain power, material, labor,
equipment, or transportation.

12. **INTELLECTUAL PROPERTY RIGHTS AND CONFIDENTIALITY.**  All Vector Products, including all
rights, title and interest therein, shall remain the exclusive intellectual property of Vector.
Vector Products that are Vector Tool Software and Hardware are, among other provisions, subject
to the Intellectual Property Rights and Confidentiality provisions in the License Agreement.
The structure, organization and/or code of the Vector Products are confidential information of
Vector and shall neither be examined by Customer (or its employees) nor disclosed by Customer
(or its employees) to any third parties, regardless of the reason.  The Vector Products are
protected by copyright, trade secret, and other intellectual property laws, including without
limitation United States Copyright Laws and International Copyright Treaties.  Customer shall
not remove, modify, or destroy any proprietary markings of Vector affixed to or embedded within
the Vector Products, including, but not limited to, legends and notice of Vector's ownership and
title to trademarks, trade names, trade secrets, copyrights or patents placed upon or contained
within the Vector Products.  Customer agrees to reproduce all such markings upon or within
authorized copies of the Vector Product.

13. <u>**WARRANTY DISCLAIMER.**</u>  **EXCEPT FOR THE LIMITED WARRANTY SET FORTH IN THE LICENSE AGREEMENT FOR
THE VECTOR PRODUCTS THAT ARE VECTOR TOOL SOFTWARE AND HARDWARE, CUSTOMER ASSUMES THE ENTIRE RISK
AS TO USE OF THE VECTOR PRODUCT AND ANY RESULTS GENERATED THEREBY.  THE LIMITED WARRANTY IN
SECTION 12 OF THE LICENSE AGREEMENT IS EXCLUSIVE AND NO OTHER WARRANTY, WHETHER WRITTEN OR ORAL,
IS EXPRESSED OR IMPLIED.  VECTOR SPECIFICALLY DISCLAIMS THE IMPLIED WARRANTIES OF
MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT.  ANY WARRANTY FROM
VECTOR, WHETHER GRANTED PURSUANT TO THE LICENSE AGREEMENT, OR BY LAW, SHALL BE VOID IF THE
VECTOR PRODUCT IS MODIFIED AFTER ACCEPTANCE.**

14. <u>**LIMITATION OF LIABILITY AND INDEMNIFICATION.**</u> **AS AN EXPRESS CONDITION TO INSTALLING AND/OR
USING THE VECTOR PRODUCT, CUSTOMER AGREES THAT VECTOR AND ITS AFFILIATES SHALL HAVE NO LIABILITY
TO CUSTOMER FOR ANY DAMAGES WHATSOEVER RELATED TO THE VECTOR PRODUCT OR ANY RESULTS GENERATED
THEREBY, INCLUDING ANY AMOUNTS REPRESENTING CONSEQUENTIAL DAMAGES, INDIRECT DAMAGES, INCIDENTAL
DAMAGES, LOSS OF PROFIT, LOSS OF BUSINESS, EXEMPLARY DAMAGES, OR PUNITIVE DAMAGES, INCLUDING
COSTS OR DAMAGES RELATED TO PRODUCT RECALLS, PROGRAM DEVELOPMENT/PRODUCTION DELAYS, WORK
STOPPAGES, OR PRODUCT LIABILITY. AS AN EXPRESS CONDITION TO INSTALLING AND/OR USING THE VECTOR
PRODUCT, CUSTOMER AGREES TO INDEMNIFY VECTOR AND ITS AFFILIATES FROM AND AGAINST ANY AND ALL
THIRD PARTY CLAIMS AND DAMAGES INCURRED BY VECTOR, INCLUDING ATTORNEYS' FEES RELATED THERETO,
THAT ARISE OR RESULT FROM AUTHORIZED OR UNAUTHORIZED USE, MISUSE OR OPERATION OF THE VECTOR
PRODUCT BY CUSTOMER OR BY ANYONE TO WHOM CUSTOMER PROVIDED THE VECTOR PRODUCT.**

15. **GENERAL PROVISIONS.**

15.1 <u>Choice of Law.</u>  The Vector Standard Terms and Conditions shall be governed by the laws of
the State of Michigan, without regard to its conflicts of law principles and excluding the
United Nations Convention on Contracts for the International Sale of Goods (CISG).

15.2 <u>Invalid Provision.</u>  If any part of the Vector Standard Terms and Conditions is found void
and unenforceable, it will not affect the validity of the balance of the Vector Standard Terms
and Conditions, which shall remain valid and enforceable according to their terms.

Document-No.: 120259        Date: 05/06/2009

15.3 <u>Entire Agreement.</u>  The Vector Standard Terms and Conditions, the License Agreement (for Vector Products that are Vector Tool Software and Hardware) and any Maintenance Certificate issued thereunder contain the entire agreement between the parties with respect to the Purchase Order and other subject matter set forth herein.

15.4 <u>Waiver.</u>  The waiver by Vector of any terms, provision, or condition hereof shall not be construed to be a waiver of any other term, condition or provision hereof, nor shall such waiver be deemed a waiver or subsequent breach of the same condition or provision.  In the event Customer shall default in its obligations under the Vector Standard Terms and Conditions, Customer shall be liable for Vector's cost of collection including reasonable attorneys' fees.

15.5 <u>Export Laws.</u>  Customer agrees not to ship, transfer or export Vector Products into any country or use Vector Products in any manner prohibited by the United States Export Administration Act or prohibited by any other export laws, restrictions or regulations.

15.6 <u>Additional Rights.</u>  All rights granted to Vector hereunder shall be in addition to, and not in lieu of, Vector's rights arising by operation of law.

15.7 <u>Assignment/Transfer.</u>  Customer shall not transfer or assign its interests under the Vector Standard Terms and Conditions to any third party, including any contractor or vendor of Customer, without Vector's prior written consent, signed by an authorized representative of Vector.

BHLIB: 521120.4\114520-00003

# Invoice   90153003   05/29/2009

**vector**

Vector CANtech, Inc.

Suite 550
39500 Orchard Hill Place
Novi, MI 48375

Phone (248) 449-9290
Fax (248) 449-9704
sales@vector-cantech.com

Bill To:
Customer No.: 7000041
c/o Olimpic Receipting
General Motors FSS ABP
Attn: Accounts Payable
PO Box 63490
Phoenix AZ  85082-3490

Ship To:
**Mike Rosati   +1 734 320 8588**
**Bldg. C Cube 1C28**
Attn: Michael Rosati  734-320-8588
GM Powertrain Headquarters
895 Joslyn Ave
Plant 13 Dock 45W
Pontiac MI  48340-2920

| | |
|---|---|
| PurchaseOrder: | TCS27325 |
| PODate: | 05/06/2009 |
| Terms: | |
| DeliveryNote: | 80134167 |
| DeliveryDate: | 05/29/2009 |
| DeliveryType: | FedEx 2-Day (US) |
| TrackingNumber: | 355512960215396 |
| RemitTo: | Above Address |

| Item-No | Qty | Description | Price(USD) | Total(USD) |
|---------|-----|-------------|-----------:|-----------:|
| 1000 | 2 | **CANoe RUN V7.1** | $ 5,213.25 | $ 10,426.50 |
| | | PRZX4641  001 | | |
| | | Vendor# 11-175-7464 | | |
| 2000 | 2 | **CANboardXL PCIe V1.0 (Unlicensed)** | $ 875.00 | $ 1,750.00 |
| | | PRZX4641  002 | | |
| | | Vendor# 11-175-7464 | | |
| 2010 | 4 | **CANpiggy 1050opto (installed)** | $ 155.61 | $ 622.44 |
| | | PRZX4641  003 | | |
| | | Vendor# 11-175-7464 | | |
| 3000 | 2 | **CANboardXL PCIe V1.0 ( Unlicensed )** | $ 875.00 | $ 1,750.00 |
| | | PRZX4641  002 | | |
| | | Vendor# 11-175-7464 | | |
| 3010 | 2 | **CANpiggy 1050opto (installed)** | $ 155.61 | $ 311.22 |
| | | PRZX4641  003 | | |
| | | Vendor# 11-175-7464 | | |
| 3020 | 2 | **CANpiggy 5790opto c (installed)** | $ 155.61 | $ 311.22 |

Number: 90153003          Date: 05/29/2009

| Item-No | Qty | Description | Price(USD) | Total(USD) |
|---------|-----|-------------|------------|------------|
| | | PRZX4641  004 Vendor# 11-175-7464 | | |
| 5000 | 2 | **Maintenance Agreement CANoe RUN** | $  1,296.00 | $  2,592.00 |
| | | PRZX4641  005 Vendor# 11-175-7464 | | |

**Invoice Total (Amount Due)**                                    $  17,763.38

Payment dates:       Up to 07/02/2009 without deduction
Terms of delivery:    FOB USA Only

# Invoice   90153005   05/29/2009

**vector**

Vector CANtech, Inc.

Suite 550
39500 Orchard Hill Place
Novi, MI 48375

Phone (248) 449-9290
Fax (248) 449-9704
sales@vector-cantech.com

Bill To:
Customer No.: 7000041
c/o Olimpic Receipting
General Motors FSS ABP
Attn: Accounts Payable
PO Box 63490
Phoenix AZ  85082-3490

Ship To:
**Mike Rosati   +1 734 320 8588**
**Bldg. C Cube 1C28**
Attn: Michael Rosati  734-320-8588
GM Powertrain Headquarters
895 Joslyn Rd.
Pontiac MI  48340

| | |
|---|---|
| PurchaseOrder: | TCS27138 |
| PODate: | 04/23/2009 |
| Terms: | |
| DeliveryNote: | 80134165 |
| DeliveryDate: | 05/29/2009 |
| DeliveryType: | FedEx Ground (US) |
| TrackingNumber: | 355512960215419, |
| | 355512960215426 |
| RemitTo: | Above Address |

| Item-No | Qty | Description | Price(USD) | Total(USD) |
|---------|-----|-------------|-----------|-----------|
| 1000 | 5 | **CANoe RUN V7.1** | $  5,213.25 | $  26,066.25 |
| | | PRYX8188 001 | | |
| | | Vendor# 11-175-7464 | | |
| 2000 | 5 | **CANboardXL PCIe V1.0 (Unlicensed)** | $  875.00 | $  4,375.00 |
| | | PRYX8188 002 | | |
| | | Vendor# 11-175-7464 | | |
| 2010 | **10** | **CANpiggy 1050opto (installed)** | $  155.61 | $  1,556.10 |
| | | PRYX8188 003 | | |
| | | Vendor# 11-175-7464 | | |
| 3000 | 5 | **CANboardXL PCIe V1.0 (Unlicensed)** | $  875.00 | $  4,375.00 |
| | | PRYX8188 002 | | |
| | | Vendor# 11-175-7464 | | |
| 3010 | 5 | **CANpiggy 1050opto (installed)** | $  155.61 | $  778.05 |
| | | PRYX8188 003 | | |
| | | Vendor# 11-175-7464 | | |
| 3020 | 5 | **CANpiggy 5790opto c (installed)** | $  155.61 | $  778.05 |

Number: 90153005          Date: 05/29/2009

| Item-No | Qty | Description | Price(USD) | Total(USD) |
|---------|-----|-------------|-----------|-----------|
| | | PRYX8188 004 | | |
| | | Vendor# 11-175-7464 | | |
| 5000 | 1 | **CANoe RUN V7.1 (single user license)** | | |
| | | PRYX8188 001 | | |
| 6000 | 1 | **Migration Server based Licensing** | | |
| 6001 | 5 | **Maintenance Agreement CANoe RUN** | $  1,296.00 | $  6,480.00 |
| | | PRYX8188 005 | | |
| | | Vendor# 11-175-7464 | | |
| | | Order 40012862 from 05/28/2009 | | |

**Invoice Total (Amount Due)**                                                      $   44,408.45

Payment dates:        Up to 07/02/2009 without deduction
Terms of delivery:     FOB USA Only

# Invoice    90153004    05/29/2009

**vector**

Vector CANtech, Inc.

Suite 550
39500 Orchard Hill Place
Novi, MI 48375

Phone (248) 449-9290
Fax (248) 449-9704
sales@vector-cantech.com

Bill To:
Customer No.: 7000041
c/o Olimpic Receipting
General Motors FSS ABP
Attn: Accounts Payable
PO Box 63490
Phoenix AZ  85082-3490

**Ship To:**
**Mike Rosati    +1 734 320 8588**
**Bldg. C Cube 1C28**
Attn: Michael Rosati   734-320-8588
GM Powertrain Headquarters
895 Joslyn Ave
Plant 13 Dock 45W
Pontiac MI  48340-2920

| | |
|---|---|
| PurchaseOrder: | TCS27100 |
| PODate: | 04/22/2009 |
| Terms: | |
| DeliveryNote: | 80134169 |
| DeliveryDate: | 05/29/2009 |
| DeliveryType: | FedEx Ground (US) |
| TrackingNumber: | 355512960215402 |
| RemitTo: | Above Address |

| Item-No | Qty | Description | Price(USD) | Total(USD) |
|---------|-----|-------------|-----------|-----------|
| 1000 | 3 | **CANoe RUN V7.1** | $   5,213.25 | $   15,639.75 |
| | | PRZX0199 001 | | |
| | | Vendor# 11-175-7464 | | |
| 2000 | 3 | **CANboardXL PCIe V1.0 ( Unlicensed )** | $     875.00 | $    2,625.00 |
| | | PRZX0199 002 | | |
| | | Vendor# 11-175-7464 | | |
| 2010 | 6 | **CANpiggy 1050opto (installed)** | $     155.61 | $     933.66 |
| | | PRZX0199 003 | | |
| | | Vendor# 11-175-7464 | | |
| 3000 | 3 | **CANboardXL PCIe V1.0 ( Unlicensed )** | $     875.00 | $    2,625.00 |
| | | PRZX0199 002 | | |
| | | Vendor# 11-175-7464 | | |
| 3010 | 3 | **CANpiggy 1050opto (installed)** | $     155.61 | $     466.83 |
| | | PRZX0199 003 | | |
| | | Vendor# 11-175-7464 | | |
| 3020 | 3 | **CANpiggy 5790opto c (installed)** | $     155.61 | $     466.83 |

Number: 90153004          Date: 05/29/2009

| Item-No | Qty | Description | Price(USD) | Total(USD) |
|---------|-----|-------------|------------|------------|
| | | PRZX0199 004 | | |
| | | Vendor# 11-175-7464 | | |
| | | | | |
| 5000 | 3 | **Maintenance Agreement CANoe RUN** | $  1,296.00 | $   3,888.00 |
| | | | | |
| | | PRZX0199 005 | | |
| | | Vendor# 11-175-7464 | | |

**Invoice Total (Amount Due)**                                        $   26,645.07

Payment dates:        Up to 07/02/2009 without deduction
Terms of delivery:     FOB USA Only

# Delivery Note   80134165   05/29/2009



Vector CANtech, Inc.

Attn: Michael Rosati   734-320-8588
GM Powertrain Headquarters
895 Joslyn Rd.
Pontiac MI  48340

Suite 550
39500 Orchard Hill Place
Novi, MI 48375

Phone (248) 449-9290
Fax (248) 449-9704
sales@vector-cantech.com

**Purchase Order: TCS27138**
**Mike Rosati   +1 734 320 8588**

| ItemNo | Qty | Description |
|--------|-----|-------------|
| **10** | **5** | **CANoe RUN V7.1** |
| | PRYX8188 001 | |
| | Vendor# 11-175-7464 | |
| **20** | **5** | **CANboardXL PCIe V1.0 (Unlicensed)** |
| | PRYX8188 002 | |
| | Vendor# 11-175-7464 | |
| | 593  / | |
| | 542  / | |
| | 634  / | |
| | 638  / | |
| | 647  / | |
| **30** | **10** | **CANpiggy 1050opto (installed)** |
| | CANpiggies come pre-installed in hardware when applicable. | |
| | PRYX8188 003 | |
| **90** | **5** | **CANboardXL PCIe V1.0 (Unlicensed)** |
| | PRYX8188 002 | |
| | Vendor# 11-175-7464 | |
| | 585  / | |
| | 529  / | |
| | 533  / | |
| | 601  / | |
| | 619  / | |
| **100** | **5** | **CANpiggy 1050opto (installed)** |
| | CANpiggies come pre-installed in hardware when applicable. | |
| | PRYX8188 003 | |
| **110** | **5** | **CANpiggy 5790opto c (installed)** |
| | CANpiggies come pre-installed in hardware when applicable. | |
| | PRYX8188 004 | |
| **170** | **5** | **Maintenance Agreement CANoe RUN** |
| | PRYX8188 005 | |
| | Vendor# 11-175-7464 | |

Doc.no.: 80134165  Date: 05/27/2009

| ItemNo | Qty | Description |
|--------|-----|-------------|
| 180 | 1 | **CANoe RUN V7.1 (single user license)** |
| | | PRYX8188 001 |
| | | Serial No.(new/old) / Licensekey: |
| | | M1119000399  /  M1119000399  /  ACCG-4ETG-ND6U-7KG7 |
| 230 | 1 | **Migration Server based Licensing** |

# Delivery Note   80134169   05/29/2009



Vector CANtech, Inc.

Attn: Michael Rosati   734-320-8588
GM Powertrain Headquarters
895 Joslyn Ave
Plant 13 Dock 45W
Pontiac MI  48340-2920

Suite 550
39500 Orchard Hill Place
Novi, MI 48375

Phone (248) 449-9290
Fax (248) 449-9704
sales@vector-cantech.com

**Purchase Order: TCS27100**
**Mike Rosati   +1 734 320 8588**

| ItemNo | Qty | Description |
|--------|-----|-------------|
| 10 | 3 | **CANoe RUN V7.1** |
| | PRZX0199 001 | |
| | Vendor# 11-175-7464 | |
| 20 | 3 | **CANboardXL PCIe V1.0 ( Unlicensed )** |
| | PRZX0199 002 | |
| | Vendor# 11-175-7464 | |
| | 602  / | |
| | 541  / | |
| | 540  / | |
| 30 | 6 | **CANpiggy 1050opto (installed)** |
| | CANpiggies come pre-installed in hardware when applicable. | |
| | PRZX0199 003 | |
| 90 | 3 | **CANboardXL PCIe V1.0 ( Unlicensed )** |
| | PRZX0199 002 | |
| | Vendor# 11-175-7464 | |
| | 646  / | |
| | 586  / | |
| | 796  / | |
| 100 | 3 | **CANpiggy 1050opto (installed)** |
| | CANpiggies come pre-installed in hardware when applicable. | |
| | PRZX0199 003 | |
| 110 | 3 | **CANpiggy 5790opto c (installed)** |
| | CANpiggies come pre-installed in hardware when applicable. | |
| | PRZX0199 004 | |
| 170 | 3 | **Maintenance Agreement CANoe RUN** |
| | PRZX0199 005 | |
| | Vendor# 11-175-7464 | |

**General Motors Corporation**

# PURCHASE ORDER : TCS27100

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.

Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | ALTERATION ISSUE DATE | PHONE : 586-492-8477 |
|---|---|---|
| 04/22/09 | | |

| ALTERATION EFFECTIVE DATE | SHIP VIA | |
|---|---|---|
| | REFER TO WWW.GMSHIPPING.COM | V. BARAD |

| | Buyer | PURCHASING AGENT |
|---|---|---|
| 7801 | | |

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
FAX 602-797-6053
US

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375

SHIP TO:
SEE BODY OF PURCHASE ORDER FOR SHIPPING ADDRESS

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS A&P
PO BOX 63490, PHOENIX AZ
85082-3490
US

| PAYMENT TERMS | ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NET 60 DAYS | A005620 | USER HARITHA JAYA | | | | FREIGHT COLLECT | 00000 | | | | | |

DESTINATION UNLESS OTHERWISE INDICATED

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

SUPPLIER HELP-DESK FOR GM INDIRECT/MACHINERY AND
EQUIPMENT PURCHASING AVAILABLE DURING DETROIT
BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT
IMEHELPDESK@GM.COM
QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT
DISBURSEMENTS AT 248-874-4636.

THE PAYMENT TERMS OTHERWISE SET FORTH HEREIN ARE
MODIFIED AS FOLLOWS:
THE PAYMENT DATE SHALL BE NET 60, WITH DISBURSEMENTS
OCCURRING ON A WEEKLY PAYMENT CYCLE. PAYMENT WILL BE
TRIGGERED UPON BUYER'S RECEIPT OF (A) GOODS OR
(B) A VALID INVOICE.

*SERVICEMEN-LABOR*
ADVISE PURCHASING IN WRITING OF INVOICE PRICE IN
DETAIL REFERENCING PO #. OUTLINE LABOR CHARGES,
PARTS AND TRAVEL EXPENSES. FAX TO BUYER.
FAILURE TO PROVIDE THIS INFORMATION WILL RESULT IN
UNPAID INVOICES.

A CERTIFICATE OF INSURANCE MUST BE PROVIDED PRIOR TO
SELLER ENTERING A GMC FACILITY.

Total 26645.09

ORIGINAL                    CONTINUE PAGE 2

CNMMA08 4/93

**General Motors Corporation**

# PURCHASE ORDER :

**ORDER :** TCS27100

PAGE   2

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**PHONE :** 586-492-8477
**ORDER DATE** 04/22/09
**ALTERATION ISSUE DATE**
**ALTERATION EFFECTIVE DATE**
**SHIP VIA** REFER TO WWW.GMSHIPPING.COM
**Buyer** V. BARAD   7801
**PURCHASING AGENT**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI 48090
FAX 602-797-6053
US

VENDOR NUMBER 11-175-7464
TO: VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI 48375
US

SHIP TO: SEE BODY OF PURCHASE ORDER FOR SHIPPING ADDRESS

INVOICE TO: INVOICE FOR SERVICE, MACHINERY & EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

**PAYMENT TERMS** NET 60 DAYS

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | F.O.B / RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | 3 | PRZX01199 001 | 11190  CANOE RUN V7.1<br>MICHAEL R ROSATI 734-320-8588<br>DELIVER TO; GMPT HEADQUARTERS<br>895 JOSLYN RD.  DOCK #45  INZT DROP ZONE<br>PONTIAC, MI 48340<br>ATTN: MICHAEL ROSATI, 734 320-8588<br>WHO ORDERED: ROSATI 734-320-8588 | | 09/30/09   C | 0.00% | 5213.2500 | | COPY |
| 00002 | 6 | PRZX01199 002 | 07136  CANBOARDXL PCIE V1.0<br>MICHAEL R ROSATI 734-320-8588<br>WHO ORDERED: ROSATI 734-320-8588 | | 09/30/09   C | 0.00% | 875.0000 | | CARD |

BY ACCEPTANCE OF A PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFILIATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE AVAILABLE FOR AUDIT BY GENERAL MOTORS CORPORATION FOR A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.
FAX PRICING INFO TO: 602-797-6053.

PO ISSUED AS PER E MAIL FROM BUYER DTD 04/21/09.HJ

**DESTINATION UNLESS OTHERWISE INDICATED**
**F.O.B** FREIGHT COLLECT

INVOICE TO:
00000

**ORIGINAL**   **CONTINUE PAGE**   3

A005620   USER HARITHA JAVA

CMMM08 4/93

[handwritten: 15,639.75]
[handwritten: 5250.00]

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

TO:
VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375                                    US

**PURCHASE**
**ORDER:** TCS27100                     PAGE 3

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-492-8477 |
| --- | --- |
| 04/22/09 | V. BARAD |
| | 7801          Buyer |

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                               US

| PAYMENT TERMS | ALTERATION ISSUE DATE / ALTERATION EFFECTIVE DATE | SHIP VIA |
| --- | --- | --- |
| NET NET 60 DAYS | | REFER TO WWW.GMSHIPPING.COM |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 00003 | 9 | PRZZX0199 003 | 22026 CANPIGGY 1050OPTO HIGHSPEED<br>WHO ORDERED: ROSATI 734-320-8588 | 00000 | 09/30/09 C | 0.00% | 155.6100 | | PCS |
| 00004 | 3 | PRZZX0199 004 | 22022 CANPIGGY 57900PTO LOWSPEED<br>MICHAEL R ROSATI 734-320-8588<br>WHO ORDERED: ROSATI 734-320-8588 | | 09/30/09 C | 0.00% | 155.6100 | | PCS |
| 00005 | 3 | PRZZX0199 005 | MA-COR MAINTENANCE AGREEMENT CANOE RUN<br>MICHAEL R ROSATI 734-320-8588<br>WHO ORDERED: ROSATI 734-320-8588 | | 09/30/09 C | 0.00% | 1296.0000 | | COPY |

*(handwritten: 1400.49, 466.83, 2888)*

CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT)
CONTRACT CLAUSE

SPECIAL TERM (U.S.) - C-TPAT

FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED
STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE
RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED
STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP
AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR
INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/

FREIGHT COLLECT
F.O.B DESTINATION UNLESS OTHERWISE INDICATED

This order is not binding until accepted. It shall be executed on acknowledgment copy which should be returned to buyer. On this invoice and the item listed on the face and reverse side hereof, contains the complete and final agreement between buyer and seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the buyer unless made in writing and signed by buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

A005620    USER HARITHA JAYA          ORIGINAL          CONTINUE PAGE          CHNMM08 4/93          4

**GM** General Motors Corporation

**PURCHASE ORDER :** TCS27100

PAGE 4

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

TO:
VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI US
48375

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(1) copies of your packing slip must accompany each shipment.
(2) Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

ORDER DATE 04/22/09
PHONE: 586-492-8477

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS A&P
PO BOX 63490, PHOENIX AZ
85082-3490                US

ALTERATION EFFECTIVE DATE

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

V. BARAD    Buyer
7801

| PAYMENT TERMS | | | |
|---|---|---|---|
| NET   NET 60 DAYS | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION |
|---|---|---|---|
| A005620 | USER HARITHA JAVA | | ENFORCE/TPAT.HTM). AT BUYER'S OR THE CUSTOMS SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING ITS COMPLIANCE WITH THE FOREGOING. SELLER SHALL INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES (INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES) ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE. (AT 6/20/02) |

IMPORTANT NOTICE: EFFECTIVE SEPTEMBER 1, 2008
SIGNIFICANT CHANGES HAVE BEEN MADE TO THE GMNA
SHIPPING INSTRUCTIONS. PLEASE REVIEW FOR CARRIER
UPDATES.   NON-COMPLIANCE TO THESE
INSTRUCTIONS MAY RESULT IN FREIGHT CHARGES BEING
DEBITED BACK TO THE SUPPLIER.
GM ROUTING / SHIPPING INSTRUCTIONS CAN BE FOUND AT
WWW.GMSHIPPING.COM

EXPORT ADMINISTRATION REGULATIONS (EAR) CONTROLLED
PURCHASES
*****************************************************
THE TECHNICAL DATA ASSOCIATED WITH THIS EQUIPMENT,
SERVICE OR PART IS CONTROLLED UNDER U.S. EXPORT LAWS.
YOU MAY NOT EXPORT OR RE-EXPORT THE TECHNICAL DATA,
INCLUDING BUT NOT LIMITED TO PRINTS, ROUTINGS AND
SPECIFICATIONS ASSOCIATED WITH THIS REQUEST FOR

F.O.B.
FREIGHT COLLECT

DESTINATION UNLESS OTHERWISE INDICATED

ORIGINAL

CONTINUE PAGE

5

CHMM008 4/93

**General Motors Corporation** [GM logo]

**PURCHASE ORDER:** TCS27100

**PAGE** 5

SHIP TO:

SEE BODY OF PURCHASE ORDER FOR SHIPPING ADDRESS

US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
FAX 602-797-6053
48090

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375
US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY & EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490,
85082-3490    PHOENIX AZ
US

| PAYMENT TERMS | | | |
|---|---|---|---|
| NET 60 DAYS | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION |
|---|---|---|---|
| A005620 | USER HARITHA JAYA | | |

F.O.B    DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT    COLLECT

RFQ NUMBER

DATE REQUIRED

TAX CODE / %

SHIP VIA    REFER TO WWW.GMSHIPPING.COM

ORDER DATE    04/22/09

ALTERATION ISSUE DATE    7801

ALTERATION EFFECTIVE DATE

PHONE: 586-492-8477
V. BARAD    Buyer

PURCHASING AGENT

BASE UNIT PRICE

PRICE UNIT OF MULTIPLE MEASURE

00000

QUOTATION OR PURCHASE CONTRACT WITHOUT THE PROPER GOVERNMENTAL AUTHORIZATIONS.

UNLESS OTHERWISE INDICATED IN THIS RFQ, SELLER IS REQUIRED TO HAVE ELECTRONIC DATA INTERCHANGE CAPABILITY WORLDWIDE.

"DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED BELOW." GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE STATES. AS A RESULT, IN ALL OF THE IDENTIFIED STATES BELOW LISTED GM CORPORATE ENTITIES WILL REMIT DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE PERSONAL PROPERTY AND SERVICES (1). THEREFORE, EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR THOSE STATES NOT IDENTIFIED BELOW. FOR THOSE STATES NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER. LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY:
* * * * * * * * * * * * * * * * * * * * * * * * *
GENERAL MOTORS CORPORATION PERMITS:
GEORGIA #044-38-00894-3
* * * * * * * * * * * * * * * * * * * * * * * * *

ORIGINAL

CONTINUE PAGE

6

CHMM08 4/93

# General Motors Corporation

**PURCHASE ORDER :** TCS27100

PAGE  6

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
FAX 602-797-6053

TO:
VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375                     US

This Number Must Appear On All Invoices,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

**ORDER DATE** 04/22/09

**ALTERATION ISSUE DATE**

**SHIP VIA** REFER TO WWW.GMSHIPPING.COM

**ALTERATION EFFECTIVE DATE**

**PHONE:** 586-492-8477

**BASE UNIT PRICE**  7801

**Buyer** V. BARAD

**PURCHASING AGENT**

SHIP TO:

SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS A&P
PO BOX 63490, PHOENIX AZ
85082-3490
US

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| A005620 | USER HARITHA JAVA | | INDIANA #003-2804890001 | | | | | | |
| | | | KENTUCKY #0000-10 | | | | | | |
| | | | KANSAS #98-0003B (FAIRFAX ONLY) | | | | | | |
| | | | LOUISIANA #6009013-0008DP (SHREVEPORT ONLY) | | | | | | |
| | | | MARYLAND #20 | | | | | | |
| | | | MICHIGAN #ME-0900440 | | | | | | |
| | | | MISSISSIPPI #4277 (SPO ONLY) | | | | | | |
| | | | MISSOURI #11731559 | | | | | | |
| | | | NEW JERSEY #NJ9-001-683/000 | | | | | | |
| | | | NEW YORK #DP-003445 | | | | | | |
| | | | OHIO #98-000613 | | | | | | |
| | | | OKLAHOMA #137479 | | | | | | |
| | | | PENNSYLVANIA #02-93450/DP246 | | | | | | |
| | | | TEXAS #1-38-0572515-0 | | | | | | |
| | | | VIRGINIA #998000793 | | | | | | |
| | | | WISCONSIN #WDP95-01-01012 | | | | | | |
| | | | MICHIGAN #38-3506814 | | | | | | |
| | | | ONSTAR CORPORATION PERMIT: | | | | | | |
| | | | MICHIGAN #38-2577506 | | | | | | |
| | | | SATURN CORPORATION PERMITS: | | | | | | |
| | | | TENNESSEE #100315259 | | | | | | |
| | | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | | | |
| | | | FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION | | | | | | |
| | | | CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND | | | | | | |

PAYMENT TERMS  NET 60 DAYS

F.O.B  FREIGHT COLLECT

DESTINATION UNLESS OTHERWISE INDICATED

Attached Hereto Apply.

ORIGINAL

CONTINUE PAGE

7

CHM4808 4/93

**General Motors Corporation**

**PURCHASE ORDER :** TCS27100

PAGE 7

TO:
VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375                                US

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

A005620    USER HARITHA JAYA

PAYMENT TERMS: NET 60 DAYS

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490,
85082-3490    PHOENIX AZ
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ORDER DATE: 04/22/09
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

SHIP VIA: REFER TO WWW.GMSHIPPING.COM

PHONE: 586-492-8477
V. BARAD    Buyer
7801

PURCHASING AGENT

F.O.B: FREIGHT COLLECT    DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | 00000 | | | | | | | | | |

USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR
(WITH THE EXCEPTION OF TEXAS), AND SHOULD BE INCLUDED
IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO
SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05) OR
SECTION 6 OF THE GM1638A (08/02), UNLESS THE
RESPONSIBILITY FOR PAYMENT OF SALES & USE TAXES ARE
OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. WITH
REFERENCE TO TEXAS: IF THE ORDER RELATES TO A
CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE
CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED
CONTRACTS AND AS SUCH SHOULD NOT INCLUDE SALES TAX
IN THE COST OF INCORPORATED MATERIALS OR EQUIPMENT.
IN ADDITION, THE CONTRACTOR SHOULD NOT BILL GM
(GENERAL MOTORS CORPORATION ONLY) FOR SALES TAX ON
THE SEPARATED COSTS OF MATERIAL OR LABOR. GM WILL
ACCRUE AND REMIT THE APPROPRIATE SALES TAX
DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT
PAY PERMIT.
* * * * * * * * * * * * * * * * * * * * * * * * *
ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO
THE FOLLOWING:
*
DISBURSEMENT SERVICES -
CUSTOMER COMMUNICATION CENTER
PHONE: (248) 874-4636
* * * * * * * * * * * * * * * * * * * * * * * * *

ORIGINAL                    CONTINUE PAGE            8

CHMM606 4/93

## General Motors Corporation

**GM**

# PURCHASE ORDER

NUMBER: **TCS27100**

PAGE    8

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express, Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-492-8477 |
|---|---|
| 04/22/09 | V. BARAD    7801 |
| ALTERATION ISSUE DATE | Buyer |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

PURCHASING AGENT

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

TO:
VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375    US

SHIP TO:

SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490    US

The order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to buyer. This order including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller, and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached thereto Apply.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

NET TERMS    NET 60 DAYS

F.O.B    FREIGHT COLLECT    DESTINATION UNLESS OTHERWISE INDICATED

00000
·  ·  ·
·  ·  ·
US

(1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES,
HOTELS, AND MEAL PURCHASES.  TAX IS TO BE PAID
DIRECTLY TO THE SUPPLIER OF THESE ITEMS.

ADDITIONAL PROVISIONS FOR NON-TECHNICAL SERVICES
1.  PROVISION OF SERVICES; STANDARD OF WORKMANSHIP
SELLER AGREES TO PROVIDE SERVICES TO BUYER IN
ACCORDANCE WITH THE TERMS OF THIS CONTRACT AND THE
STATEMENT OF REQUIREMENTS, WHICH HAS BEEN PROVIDED TO
SELLER AND IS INCORPORATED INTO THIS CONTRACT BY
REFERENCE ("SERVICES").  SERVICES WILL BE PERFORMED
BY COMPETENT PERSONNEL, AND WILL BE OF PROFESSIONAL
QUALITY, CONSISTENT WITH GENERALLY ACCEPTED INDUSTRY
STANDARDS FOR THE PERFORMANCE OF SUCH SERVICES.
SELLER WILL ENSURE THAT IT HAS ALL NECESSARY
RESOURCES TO PROVIDE THE SERVICES, INCLUDING, WITHOUT
LIMITATION, PROPERLY TRAINED AND LICENSED PERSONNEL,
MACHINERY, EQUIPMENT AND MATERIALS.
2.  PAYMENT FOR SERVICES; EXPENSES
SELLER WILL BE PAID AS SET FORTH IN THIS CONTRACT,
BUT SUCH PAYMENTS MAY NOT EXCEED THE PRICE ESTIMATE
STATED IN THIS CONTRACT WITHOUT BUYER'S WRITTEN
APPROVAL.  BUYER WILL ALSO REIMBURSE ANY REASONABLE
AND NECESSARY OUT-OF-POCKET TRAVEL COSTS IN
ACCORDANCE WITH BUYER'S TRAVEL GUIDELINES (A COPY OF
WHICH HAS BEEN RECEIVED BY SELLER), AS WELL AS THE

A005620    USER HARITHA JAYA

ORIGINAL

CONTINUE PAGE    9

CHMM08 4/93

**GM** General Motors Corporation

# PURCHASE ORDER :

TCS27100

PAGE    9

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

TO:
VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375                                 US

SHIP TO:

SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490,
85082-3490    PHOENIX AZ              US

ORDER DATE        ALTERATION ISSUE DATE
04/22/09          7801

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

PHONE: 586-492-8477
V. BARAD              Buyer

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | F.O.B | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PURCHASING AGENT | PRICE / UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| A005620 | USER HARITHA JAYA | | | FREIGHT COLLECT | 00000 | | | | | |

DESTINATION UNLESS OTHERWISE INDICATED

COST OF ANY APPROVED SUBCONTRACTED SERVICES. ALL
SUCH COSTS MUST BE PREVIOUSLY APPROVED BY BUYER IN
WRITING AND WILL BE BILLED WITHOUT MARK-UP.

PRICES SHOWN IN THIS CONTRACT ARE EXCLUSIVE OF VALUE
ADDED TAX (VAT). WHEN VAT IS CHARGED BY SELLER,
SELLER MUST PROVIDE AN ORIGINAL INVOICE ISSUED TO THE
BUYER, ITEMIZING VAT AS A SEPARATE LINE ITEM.

INVOICES SHALL BE SUBMITTED BY SELLER IN ACCORDANCE
WITH THE STATEMENT OF REQUIREMENTS, FOLLOWING
PROVISION OF SERVICES, AND WILL BE PAID BY BUYER ON
THE DATE ESTABLISHED BY BUYER'S MULTILATERAL NETTING
SYSTEM (MNS-2), WHICH PROVIDES, ON AVERAGE, THAT
PAYMENT SHALL BE MADE ON THE SECOND DAY OF THE SECOND
MONTH FOLLOWING THE DATE OF BUYER'S RECEIPT OF THE
SERVICES.

3.  DELIVERABLES; RIGHTS
UPON PAYMENT TO SELLER UNDER THE TERMS OF THIS
CONTRACT, ANY WRITTEN WORK PRODUCT AND OTHER
MATERIALS THAT SELLER DELIVERS TO BUYER (THE
"DELIVERABLES") BECOME THE EXCLUSIVE PROPERTY OF
BUYER. BUYER SHALL BE THE OWNER OF ALL RIGHTS IN
DELIVERABLES, INCLUDING, BUT NOT LIMITED TO, TRADE
NAMES, TRADEMARKS, SERVICE MARKS AND COPYRIGHTS,

PAYMENT TERMS
NET    NET 60 DAYS

ORIGINAL                    CONTINUE PAGE            10

CHMM08 4/93

**GM** General Motors Corporation

# PURCHASE ORDER : TCS27100

PAGE 10

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-492-8477 |
|---|---|
| 04/22/09 | V. BARAD    Buyer |
| ALTERATION ISSUE DATE | 7801 |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

TO:
VENDOR NUMBER 11-175-7464
VICTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI       US
48375

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS A&P
PO BOX 63490, PHOENIX AZ
85082-3490

| PAYMENT TERMS | | ITEM SEQUENCE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NET    NET 60 DAYS | | A005620    USER HARITHA JAYA | | | | | | | | |

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B.    FREIGHT | DESTINATION UNLESS OTHERWISE INDICATED | RFQ NO | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 00000 | COLLECT | | | US | | | | |

US
: : :
00000

TO THE EXTENT THAT ANY PREEXISTING MATERIALS OF
SELLER OR ANY SUBCONTRACTOR OF SELLER ARE CONTAINED
IN THE DELIVERABLES, SELLER GRANTS TO BUYER AN
IRREVOCABLE, WORLDWIDE, ROYALTY-FREE LICENSE TO SUCH
PREEXISTING MATERIALS. TO THE EXTENT THAT SELLER
UTILIZES ANY OF ITS OR A SUBCONTRACTOR'S PROPERTY
(INCLUDING, WITHOUT LIMITATION, ANY HARDWARE OR
SOFTWARE OF SELLER OR A SUBCONTRACTOR OR ANY
PROPRIETARY OR CONFIDENTIAL INFORMATION OF SELLER OR
SUBCONTRACTOR OR ANY TRADE SECRETS OF SELLER OR A
SUBCONTRACTOR) IN PERFORMING SERVICES UNDER THIS
CONTRACT, SUCH PROPERTY REMAINS THE PROPERTY OF
SELLER OR SUBCONTRACTOR AND, EXCEPT FOR THE LICENSE
GRANTED TO BUYER IN THE PRECEDING SENTENCE, BUYER
WILL ACQUIRE NO INTEREST OR RIGHT IN SUCH PROPERTY.

BOTH AS WORKS IN PROCESS AND AS FINISHED PRODUCTS,
ANY COPYRIGHT COVERING SUCH MATERIALS, IF REGISTERED,
SHALL BE REGISTERED IN THE NAME OF BUYER. BUYER
SHALL HAVE THE RIGHT TO MAKE USE OF THE DELIVERABLES
AS IT SHALL DETERMINE, WITHOUT PAYMENT OF ANY
COMPENSATION TO SELLER OTHER THAN AS PROVIDED IN
THIS CONTRACT.

SELLER REPRESENTS AND WARRANTS THAT IT HAS ALL
NECESSARY RIGHTS TO GRANT BUYER THE RIGHTS TO THE

ORIGINAL                    CONTINUE PAGE              11

CHMM06 4/93

**GM** General Motors Corporation

**PURCHASE ORDER :** TCS27100

PAGE 11

**GENERAL MOTORS CORPORATION**
**GLOBAL PURCHASING**
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

TO:
VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI       US
48375

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS A&P
PO BOX 63490,
85082-3490    PHOENIX AZ      US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(1) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| PAYMENT TERMS | | ORDER DATE | ALTERATION ISSUE DATE | PHONE: 586-492-8477 |
|---|---|---|---|---|
| NET | NET 60 DAYS | 04/22/09 | | V. BARAD      7801      Buyer |

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | ALTERATION EFFECTIVE DATE | BASE UNIT PRICE | PURCHASING AGENT | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A005620 | USER HARITHA JAYA | | | FREIGHT COLLECT | | 00000 | US | | | | | | |

DESTINATION UNLESS OTHERWISE INDICATED

DELIVERABLES AS SET FORTH ABOVE, WITHOUT VIOLATING
OR INFRINGING UPON ANY THIRD PARTY'S INTELLECTUAL
PROPERTY OR PROPRIETARY RIGHTS. THE SELLER WILL
OBTAIN ALL NECESSARY EMPLOYEE OR THIRD-PARTY
AGREEMENTS TO ENSURE IT HAS SUCH RIGHTS, INCLUDING,
WITHOUT LIMITATION, ANY MORAL RIGHTS.

SELLER AGREES TO DEFEND, HOLD HARMLESS AND INDEMNIFY
BUYER, ITS SUCCESSORS AND CUSTOMERS AGAINST ANY
CLAIMS OF INFRINGEMENT (INCLUDING PATENT, TRADEMARK,
COPYRIGHT, INDUSTRIAL DESIGN RIGHT, OR OTHER
PROPRIETARY RIGHT, OR MISUSE OR MISAPPROPRIATION OF
TRADE SECRET) AND RESULTING DAMAGES AND EXPENSES
(INCLUDING ATTORNEY'S AND OTHER PROFESSIONAL FEES)
ARISING IN ANY WAY IN RELATION TO THE SERVICES OR THE
DELIVERABLES. SELLER EXPRESSLY WAIVES ANY CLAIM
AGAINST BUYER THAT SUCH INFRINGEMENT AROSE OUT OF
COMPLIANCE WITH BUYER'S SPECIFICATION.

4.   CONFIDENTIALITY

FOR PURPOSE OF THIS SECTION 4, BUYER'S INFORMATION
MEANS ALL INFORMATION (ORAL OR WRITTEN) AND DOCUMENTS
(IN ANY MEDIUM) THAT HAVE BEEN FURNISHED TO SELLER BY
BUYER, OR HAS BEEN DEVELOPED BY SELLER IN CONNECTION
"PERSONALLY IDENTIFIABLE DATA," AS DEFINED IN SECTION

ORIGINAL

CONTINUE PAGE       12

CHMM08 4/93

**GM** General Motors Corporation

# PURCHASE ORDER : TCS27100

PAGE 12

| | ORDER DATE | ALTERATION ISSUE DATE | PHONE : 586-492-8477 | |
| --- | --- | --- | --- | --- |
| | 04/22/09 | | V. BARAD | |
| | ALTERATION EFFECTIVE DATE | | 7801 | |
| | | | Buyer | PURCHASING AGENT |

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(1) copies of your packing slip must accompany each shipment.
(2) Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

SHIP VIA: REFER TO WWW.GMSHIPPING.COM

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI                               US
48090
FAX 602-797-6053

PAYMENT TERMS: NET 60 DAYS

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI                               US
48375

SHIP TO:

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490,
85082-3490        PHOENIX AZ        US

F.O.B.: DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

This order is not binding upon and accepted. Acceptance should be executed on acknowledgement copy which should be returned to buyer.
This order, including the terms and conditions on the face and reverse side hereof, constitutes the complete and final agreement between the buyer and seller with respect to the merchandise or services covered hereby and no other terms and conditions in any way modifying or adding to or differing from such terms and conditions will be binding upon the buyer unless made in writing and signed by buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ITEM SEQUENCE | NET QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 00000 | | | | | | |

11.  BUYER IS WILLING TO DISCLOSE BUYER'S INFORMATION
ONLY WITH THE UNDERSTANDING THAT SELLER WILL MAINTAIN
ITS CONFIDENTIALITY. SELLER ACKNOWLEDGES THAT
BUYER'S INFORMATION IS BEING DISCLOSED TO SELLER FOR
THE SOLE PURPOSE OF PERMITTING SELLER TO PERFORM THE
SERVICES, AND AGREES THAT IT WILL NOT USE BUYER'S
INFORMATION FOR ANY OTHER PURPOSE. IN ADDITION,
SELLER AGREES THAT IT WILL NOT DISCLOSE, DISSEMINATE
OR OTHERWISE MAKE AVAILABLE BUYER'S INFORMATION TO
ANYONE, OTHER THAN TO THOSE EMPLOYEES WHO HAVE A
NEED TO KNOW IN ORDER FOR SELLER TO FULFILL ITS
OBLIGATIONS UNDER THIS CONTRACT, WITHOUT THE PRIOR
WRITTEN AGREEMENT OF BUYER. SELLER'S EMPLOYEES, ANY
OTHER PERSON CONSENTED TO BY BUYER, TO WHOM BUYER'S
INFORMATION IS MADE AVAILABLE SHALL SIGN AN AGREEMENT
CONTAINING OBLIGATIONS SIMILAR TO THOSE CONTAINED IN
THIS SECTION 4 AND IN SECTION 11.

SELLER SHALL PROVIDE FOR THE PHYSICAL, MANAGERIAL
AND ELECTRONIC SECURITY OF BUYER'S INFORMATION SUCH
THAT THE BUYER'S INFORMATION IS REASONABLY MAINTAINED
AND SECURED, ENSURING IT IS SAFE FROM UNAUTHORIZED
ACCESS OR USE DURING UTILIZATION, TRANSMISSION AND
STORAGE. SHOULD ANY UNAUTHORIZED BREACH OCCUR,
SELLER SHALL NOTIFY BUYER AS SOON AS REASONABLY
PRACTICABLE, BUT NOT LATER THAN 24 HOURS AFTER THE

A005620        USER HARITHA JAYA

ORIGINAL                               CONTINUE PAGE        13

CHMMM08 4/93

# General Motors Corporation

## PURCHASE ORDER : TCS27100

PAGE 13

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(1) copies of your packing slip must accompany each shipment.
(2) Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-492-8477

| ORDER DATE | BASE UNIT PRICE |
| --- | --- |
| 04/22/09 | V. BARAD |
| ALTERATION ISSUE DATE | 7801    Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375                           US

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                 US

| PAYMENT TERMS NET | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | PRICE MULTIPLE | UNIT OF MEASURE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NET 60 DAYS | | | | F.O.B. FREIGHT COLLECT | | DESTINATION UNLESS OTHERWISE INDICATED | | | |

ITEM SEQUENCE: A005620    USER HARITHA JAYA

PAYMENT TERMS NET: 00000

SELLER BECOMES AWARE OF SUCH BREACH.

AT BUYER'S REQUEST OR UPON COMPLETION OF SELLER'S
USE OF BUYER'S INFORMATION, SELLER WILL RETURN ALL
COPIES OF BUYER'S INFORMATION TO BUYER OR, AT BUYER'S
REQUEST, WILL DESTROY BUYER'S INFORMATION AND CERTIFY
SUCH DESTRUCTION TO BUYER. SELLER MAY RETAIN A COPY
OF BUYER'S INFORMATION, FOR ARCHIVAL PURPOSES ONLY,
SUBJECT TO SELLER'S CONTINUING OBLIGATIONS UNDER THIS
SECTION 4.

SELLER FURTHER AGREES TO INDEMNIFY AND HOLD BUYER
HARMLESS FROM ALL LIABILITIES, DAMAGES, FINES,
PENALTIES, COSTS, CLAIMS, DEMANDS AND EXPENSES
(INCLUDING COSTS OF DEFENSE, SETTLEMENT AND
REASONABLE ATTORNEY'S FEES) ARISING OUT OF THE
DISCLOSURE OR IMPROPER USE OF BUYER'S INFORMATION BY
SELLER OR SELLER'S EMPLOYEES. SELLER WILL
IMMEDIATELY NOTIFY BUYER UPON LEARNING OF ANY
UNAUTHORIZED USE OR DISCLOSURE OF ANY BUYER'S
INFORMATION.

SELLER RECOGNIZES THAT THE DISCLOSURE OF BUYER'S
INFORMATION MAY GIVE RISE TO IRREPARABLE INJURY AND
ACKNOWLEDGES THAT REMEDIES OTHER THAN INJUNCTIVE
RELIEF MAY NOT BE ADEQUATE. ACCORDINGLY, BUYER HAS

ORIGINAL                    CONTINUE PAGE                    14

CHMM08 4/93

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

TO:
VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI                    US
48375

| ITEM SEQUENCE | PAYMENT TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | F.O.B. | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | PURCHASING AGENT | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A005620 | NET 60 DAYS | | | | FREIGHT COLLECT | | | | | | | |

NET

SHIP TO:

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 6349O,
85082-349O                    US
PHOENIX AZ

00000

SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

DESTINATION UNLESS OTHERWISE INDICATED

**PURCHASE**
**ORDER:** TCS27100

PAGE    14

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading
(2) copies of your packing slip must accompany each shipment,
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be
returned to buyer.
On the reverse side hereof are the terms and conditions to which seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final
agreement between Buyer and Seller, and no other agreement in any way modifying any of said terms and conditions
will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

ORDER DATE    04/22/09
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

PHONE: 586-492-8477
V. BARAD    7801    Buyer

USER HARITHA JAYA

THE RIGHT TO SEEK EQUITABLE AND INJUNCTIVE RELIEF TO
PREVENT THE UNAUTHORIZED DISCLOSURE OF ANY BUYER'S
INFORMATION, AS WELL AS SUCH DAMAGES OR OTHER RELIEF
AS IS OCCASIONED BY SUCH UNAUTHORIZED USE OR
DISCLOSURE.

IN THE EVENT SELLER IS REQUIRED TO DISCLOSE BUYER'S
INFORMATION IN CONNECTION WITH ANY JUDICIAL
PROCEEDING OR GOVERNMENT INVESTIGATION, THEN SELLER
SHALL PROMPTLY NOTIFY BUYER AND ALLOW A REASONABLE
TIME FOR BUYER TO SEEK A PROTECTIVE ORDER FROM THE
APPROPRIATE COURT OR GOVERNMENT AGENCY. THEREAFTER,
SELLER MAY DISCLOSE BUYER'S INFORMATION TO THE
EXTENT REQUIRED BY LAW, SUBJECT TO ANY APPLICABLE
PROTECTIVE ORDER.

IN ADDITION, SELLER RECOGNIZES THAT ITS CLOSE
ASSOCIATION WITH BUYER'S PERSONNEL AND ACCESS TO
BUYER'S INFORMATION IN THE COURSE OF PERFORMING THIS
CONTRACT MAY ENABLE SELLER TO EVALUATE PUBLICLY
AVAILABLE INFORMATION ABOUT BUYER FROM AN INSIDER'S
PERSPECTIVE AND THAT BUYER'S PROPRIETARY INFORMATION
WOULD BE REVEALED IF SUCH EVALUATIONS WERE PUBLISHED.
THEREFORE, SELLER AGREES NOT TO PUBLISH, OR HELP
ANYONE PUBLISH, ANYTHING WHATSOEVER ABOUT BUYER
CONCERNING THE SUBJECT MATTER OF THIS CONTRACT,

ORIGINAL                    CONTINUE PAGE    15

CHMM4908 4/93

# General Motors Corporation

**GM**

## PURCHASE ORDER : TCS27100

PAGE 15

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | SHIP VIA | REFER TO WWW.GMSHIPPING.COM |
|---|---|---|
| 04/22/09 | | |

| ALTERATION ISSUE DATE | PHONE: 586-492-8477 |
|---|---|

| ALTERATION EFFECTIVE DATE | V. BARAD | 7801 | Buyer |
|---|---|---|---|

| BASE UNIT PRICE | PURCHASING AGENT | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
FAX 602-797-6053

TO:
VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375
US

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490,
85082-3490    PHOENIX AZ
US

| PAYMENT TERMS | NET NET 60 DAYS | | | | |
|---|---|---|---|---|---|
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER / DATE REQUIRED / TAX CODE / % |

A005620    USER HARITHA JAYA

F.O.B    DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT
00000

5.    CHANGES

EXCEPT WITH THE PRIOR WRITTEN CONSENT OF BUYER,
BUYER RESERVES THE RIGHT, AT ANY TIME AND FROM TIME
TO TIME, TO DIRECT CHANGES TO THE STATEMENT OF
REQUIREMENTS, AND SELLER AGREES TO PROMPTLY EFFECT
SUCH CHANGES. ANY DIFFERENCE IN PRICE OR TIME FOR
PERFORMANCE RESULTING FROM SUCH CHANGES SHALL BE
EQUITABLY ADJUSTED BY BUYER AFTER RECEIPT OF
DOCUMENTATION IN SUCH FORM AND DETAIL AS BUYER MAY
DIRECT. ANY CHANGES TO THIS CONTRACT SHALL BE MADE
IN ACCORDANCE WITH PARAGRAPH 31 OF THE GENERAL TERMS
AND CONDITIONS.

6.    INFORMATION GATHERING PRACTICES

WITHOUT LIMITING PARAGRAPH 25 OF THE GENERAL TERMS
AND CONDITIONS, SELLER HEREBY AGREES THAT ITS
ACQUISITION OF INFORMATION ON BEHALF OF BUYER SHALL
BE IN COMPLIANCE WITH ALL APPLICABLE LAWS AND, IN
ADDITION, SHALL BE IN COMPLIANCE WITH THE FOLLOWING
ETHICAL PRINCIPLE EXCERPTED FROM THE GM GUIDELINES
FOR EMPLOYEE CONDUCT:

"THERE ARE, HOWEVER, IMPORTANT LIMITATIONS ON HOW

ORIGINAL                    CONTINUE PAGE    16

CHMM008 4/93

**General Motors Corporation**

# PURCHASE ORDER # TCS27100

PAGE 16

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ORDER DATE: 04/22/09
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

PHONE: 586-492-8477
V. BARAD
Buyer
7801
PURCHASING AGENT

**TO:**
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090 US

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375 US

**SHIP TO:** SEE BODY OF PURCHASE ORDER FOR SHIPPING ADDRESS

**INVOICE TO:** INVOICE FOR SERVICE, MACHINERY & EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490 US

**SHIP VIA:** REFER TO WWW.GMSHIPPING.COM

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 00000 | | | | | | |

PAYMENT TERMS: NET 60 DAYS

F.O.B. FREIGHT COLLECT    DESTINATION UNLESS OTHERWISE INDICATED

AND WHAT COMPETITIVE INFORMATION MAY BE OBTAINED.
NO IMPROPER MEANS MAY BE USED TO ACQUIRE
CONFIDENTIAL OR PROPRIETY INFORMATION FROM ANY
COMPETITOR, SUPPLIER OR CUSTOMER. IMPROPER
MEANS WOULD INCLUDE ANY FORM OF INDUSTRIAL
ESPIONAGE. THE PAYMENT OF MONEY OR GIVING OF ANY
FAVOR OR CONSIDERATION, OR THE HIRING OF A
COMPETITOR'S EMPLOYEES TO OBTAIN CONFIDENTIAL
INFORMATION. INFORMATION WHICH MAY NOT BE SOUGHT
WOULD INCLUDE DATA ON A COMPETITOR'S UNANNOUNCED
NEW PRODUCTS OR CONFIDENTIAL DATA RELATING TO
COSTS, PRICES OR PROFITS."

7. RIGHT TO AUDIT

BUYER, AT ITS EXPENSE, HAS THE RIGHT TO ENTER ONTO
SELLER'S PREMISES TO REVIEW AND/OR AUDIT THE
APPROPRIATE RECORDS, INCLUDING THE ADMINISTRATIVE
PROCEDURES OF SELLER, TO SUBSTANTIATE THE CHARGES
INVOICED UNDER THIS CONTRACT. SELLER WILL PRESERVE
ALL PERTINENT DOCUMENTS FOR THE PURPOSE OF AUDITING
CHARGES INVOICED BY SELLER FOR A PERIOD OF TWO (2)
YEARS AFTER FINAL PAYMENT, OR SUCH LONGER PERIOD AS
BUYER SPECIFIES IN THIS CONTRACT. SELLER FURTHER
AGREES TO COOPERATE FULLY WITH BUYER WITH ALL
REASONABLE REQUESTS OF BUYER DURING REVIEW(S) OR

A005620    USER HARITHA JAYA

ORIGINAL

CONTINUE PAGE 17

CHMM08 4/93

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

TO:

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375    US

SHIP TO:

SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

INVOICE TO:    INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490    US

F.O.B    FREIGHT COLLECT

DESTINATION UNLESS OTHERWISE INDICATED

# PURCHASE ORDER : TCS27100

PAGE    17

PHONE: 586-492-8477
V. BARAD    Buyer
7801

ORDER DATE    04/22/09

SHIP VIA    REFER TO WWW.GMSHIPPING.COM

**PAYMENT TERMS**    NET    NET 60 DAYS

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | ALTERATION EFFECTIVE DATE | BASE UNIT PRICE | PURCHASING AGENT | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

8.    SELLER'S PERSONNEL

WHEN, IN THE PERFORMANCE OF THIS CONTRACT, SELLER'S
PERSONNEL ARE TO BE LOCATED AT BUYER'S SITE, SELLER
WILL FURNISH A COMPLETE LIST OF ALL PERSONNEL TO BE
LOCATED AT THE BUYER'S SITE AND SELLER SHALL BE
RESPONSIBLE FOR ALL ACTIONS OF ITS PERSONNEL. SELLER
AGREES TO COMPLY WITH ALL REGULATIONS AND POLICIES AT
BUYER'S SITE, AND BUYER RESERVES THE RIGHT TO BAR
EMPLOYEES, REPRESENTATIVES OR AGENTS OF SELLER FROM
BUYER'S SITE FOR FAILURE TO OBSERVE SUCH REGULATIONS
AND POLICIES. SELLER'S PERSONNEL SHALL IN NO EVENT
BE CONSIDERED EMPLOYEES OF BUYER; SELLER WILL REMAIN
RESPONSIBLE FOR ALL WAGES, TAXES, BENEFITS, PAYROLL
DEDUCTIONS, REMITTANCES, AND OTHER OBLIGATIONS WITH
RESPECT TO ITS PERSONNEL.

9.    EXCLUSIVE SERVICES

AUDIT(S) AND AGREES THAT SUCH AUDIT MAY BE USED AS A
BASIS FOR SETTLEMENT OF DISPUTES WHICH MIGHT ARISE
REGARDING PAYMENTS UNDER THIS CONTRACT. WHERE SELLER
UTILIZES THE SERVICES OF THIRD PARTIES, SELLER MUST
INCLUDE IN ITS CONTRACTS WITH SUCH THIRD PARTIES A
"RIGHT TO AUDIT" CLAUSE WITH TERMS AND CONDITIONS
SIMILAR TO THOSE SET OUT IN THIS SECTION 7.

A005620    USER HARITHA JAYA

ORIGINAL

CONTINUE PAGE    18

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

CMMM08 4/93

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

TO:

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375
US

SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

SHIP TO:

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490 US

| PAYMENT TERMS | | ORDER DATE | PHONE: 586-492-8477 |
| NET    NET 60 DAYS | | 04/22/09 | V. BARAD |
| | | ALTERATION ISSUE DATE    7801 | Buyer |

SHIP VIA: REFER TO WWW.GMSHIPPING.COM

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| A005620 | USER HARITHA JAYA | | | 00000 | | | | | |

FREIGHT COLLECT

F.O.B DESTINATION UNLESS OTHERWISE INDICATED

10. MALICIOUS SOFTWARE

SELLER AGREES THAT, AT BUYER'S REQUEST OR AS PROVIDED
BY BUYER IN ITS STATEMENT OF REQUIREMENTS, IT WILL
NOT, FOR A PERIOD OF TWELVE (12) MONTHS FOLLOWING
COMPLETION OF THE SERVICES, ASSIGN THOSE PERSONS WHO
DIRECTLY AND SUBSTANTIVELY PERFORMED SERVICES FOR
BUYER UNDER THIS CONTRACT AND HAD ACCESS TO BUYER'S
INFORMATION (SECTION 4) TO PERFORM SIMILAR SERVICES
FOR A COMPETITOR IN THE SAME LINE OF BUSINESS AS
BUYER. THIS CLAUSE IS SUBJECT TO ANY LIMITATIONS
IMPOSED BY LOCAL LAW.

10. MALICIOUS SOFTWARE

SELLER SPECIFICALLY WARRANTS AND AGREES THAT SELLER
WILL NOT INTRODUCE MALICIOUS SOFTWARE INTO BUYER'S
EQUIPMENT, DATABASE(S) OR NETWORK(S). IN THE EVENT
THAT SELLER DOES INTRODUCE MALICIOUS SOFTWARE, SELLER
WILL WORK WITH BUYER TO IMMEDIATELY REMOVE SUCH
MALICIOUS SOFTWARE FROM ALL INFECTED EQUIPMENT,
DATABASE(S) AND NETWORK(S) AND WILL RESTORE SUCH
EQUIPMENT, DATABASE(S) AND NETWORK(S) TO THEIR
ORIGINAL STATE.

11. SELLER'S HANDLING OF PERSONALLY IDENTIFIABLE DATA

PURCHASE ORDER : TCS27100

PAGE    18

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PURCHASING AGENT

ORIGINAL

CONTINUE PAGE    19

CHMM06 4/93

**General Motors Corporation**

**PURCHASE ORDER :** TCS27100

PAGE 19

| | |
|---|---|
| ORDER DATE | 04/22/09 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

**PHONE:** 586-492-8477

V. BARAD    7801

**SHIP VIA** REFER TO WWW.GMSHIPPING.COM

Buyer

PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
FAX 602-797-6053

TO:
VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375    US

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

.    .
.    .
.    .    US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490    US

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| A005620 | USER HARITHA JAYA | | | 00000 | | | | | | |

**PAYMENT TERMS** NET NET 60 DAYS

**F.O.B** FREIGHT COLLECT

**DESTINATION UNLESS OTHERWISE INDICATED**

BUYER HAS PRIVACY STATEMENTS ("PRIVACY STATEMENTS")
IN PLACE THAT EXPLAIN TO THIRD PARTIES, SUCH AS
CUSTOMERS, POTENTIAL CUSTOMERS AND EMPLOYEES, HOW
BUYER HANDLES THEIR "PERSONALLY IDENTIFIABLE DATA,"
THAT IS, ANY INDIVIDUALLY IDENTIFIABLE DATA FROM OR
ABOUT A PERSON OR DATA WHICH, WHEN ASSOCIATED WITH
OTHER DATA IN THE HANDS OF OR AVAILABLE TO SELLER,
ALLOWS FOR EITHER IDENTIFICATION OF AN INDIVIDUAL OR
FOR AN INCREASE IN DATA ABOUT AN IDENTIFIED OR
IDENTIFIABLE INDIVIDUAL. PERSONALLY IDENTIFIABLE
DATA SHALL INCLUDE, BUT NOT BE LIMITED TO:
A) FIRST AND LAST NAME;  (B)  A HOME ADDRESS OR
OTHER PHYSICAL ADDRESS, INCLUDING STREET NAME AND
NAME OF CITY OR TOWN;  (C)  AN EMAIL ADDRESS OR OTHER
ONLINE CONTACT DATA (E.G., INSTANT MESSAGING
USER IDENTIFIER);  (D)  A TELEPHONE NUMBER;  (E)  A
SOCIAL SECURITY NUMBER;  (F)  AN INTERNET PROTOCOL
ADDRESS;  (G)  A PERSISTENT IDENTIFIER (E.G., A
UNIQUE CUSTOMER NUMBER IN A COOKIE); AND  (H)  ANY
OTHER DATA THAT IS COMBINED WITH ANY OF THE ABOVE.

·    SELLER SHALL TREAT THE PERSONALLY IDENTIFIABLE
DATA AS BUYER'S INFORMATION UNDER SECTION 4.
IN ADDITION, SELLER RECOGNIZES THAT BUYER'S
PRIVACY STATEMENTS, AS WELL AS CERTAIN LAWS
WHICH MAY BE APPLICABLE, ALLOW DATA SUBJECTS THE

This order is not binding until executed on acknowledgement copy which should be entered by Buyer.
On this order a date hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the written and conditions on the face and reverse side hereof, constitutes the final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached hereto Apply.

ORIGINAL

CONTINUE PAGE 20

CHMM08 4/93

**General Motors Corporation**

**PURCHASE ORDER :** TCS27100

PAGE 20

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

TO:
VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375                    US

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

INVOICE TO:
00000
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

ORDER DATE: 04/22/09
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE
SHIP VIA
REFER TO WWW.GMSHIPPING.COM

PHONE: 586-492-8477
V. BARAD
7801
Buyer

F.O.B. FREIGHT COLLECT
DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | R&Q NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| A005620 | | | | RIGHT TO ACCESS, CORRECT OR HAVE DELETED CERTAIN PERSONALLY IDENTIFIABLE DATA, AS WELL AS TO MAKE AND CHANGE CERTAIN CHOICES WITH RESPECT TO THE PERMISSIBLE USE OF PERSONALLY IDENTIFIABLE DATA. SIMILARLY, BUYER HAS THE RIGHT TO CHANGE ITS PRIVACY STATEMENTS FROM TIME TO TIME AND MODIFY CERTAIN CHOICES GIVEN TO DATA SUBJECTS WITH RESPECT TO THEIR PERSONALLY IDENTIFIABLE DATA. TO ENSURE THAT REQUESTS FROM DATA SUBJECTS ARE EXPEDITIOUSLY HANDLED, SELLER AGREES THAT ANY SUCH REQUEST FOR ACCESS, CHANGE, CORRECTION, OR CHOICE MODIFICATION OF PERSONALLY IDENTIFIABLE DATA MADE BY OR THROUGH BUYER, OR MADE PURSUANT TO PROCEDURES ESTABLISHED BY BUYER, BE EFFECTED IN A MANNER WHICH WILL RESULT IN COMPLETION OF THE ACTION IN A PERIOD NO LONGER THAN 30 DAYS, INCLUSIVE OF ANY TIME REQUIRED BY SELLER'S SUBCONTRACTORS. | | | | | | |
| | | | | UPON BUYER'S REQUEST, SELLER SHALL CAUSE ITS INDEPENDENT CERTIFIED PUBLIC ACCOUNTANTS TO CONFIRM SELLER'S PERFORMANCE OF ITS OBLIGATIONS SET FORTH IN THIS AGREEMENT. IN ADDITION, SELLER SHALL ALLOW THE AUDIT OF ITS OBLIGATIONS UNDER THIS AGREEMENT BY BUYER OR ITS AUTHORIZED REPRESENTATIVE. | | | | | | |

USER HARITHA JAYA

PAYMENT TERMS
NET    NET 60 DAYS

ORIGINAL

CONTINUE PAGE    21

CHMM06 4/93

**GM** General Motors Corporation

**PURCHASE ORDER :** TCS27100

PAGE 21

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Account Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-492-8477 |
| 04/22/09 | V. BARAD |
| | 7801 | Buyer |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
FAX 602-797-6053

TO:

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375
US

SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

SHIP TO:

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS A&P
PO BOX 63490, PHOENIX AZ
85082-3490
US

PAYMENT TERMS
NET    NET 60 DAYS

F.O.B
FREIGHT COLLECT

DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PURCHASING AGENT | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A005620 | USER HARITHA JAYA | | 12. DELETED GENERAL TERMS AND CONDITIONS PARAGRAPHS | | 00000 | | | | | | |

12. DELETED GENERAL TERMS AND CONDITIONS PARAGRAPHS
PARAGRAPHS 2,3,4,5,7,9,10,14,15,18,20 AND 22 OF
BUYER'S GENERAL TERMS AND CONDITIONS ARE DELETED.
(7X) 10-24-02
TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

ORIGINAL

LAST PAGE

CHMM08 4/93