# General Motors Corporation

## PURCHASE ORDER: TCS27138    PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(1) copies of your packing slip must accompany each shipment.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**VENDOR NUMBER 11-175-7464**

TO:
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375
US

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
FAX 602-797-6053

SHIP TO:
GM - NAO TECHNICAL CENTER
CHEVROLET CENTRAL OFFICE
BLDG 2-5   DOCK 17
30007 VAN DYKE
WARREN MI
48090-9065
US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

| PAYMENT TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B | DESTINATION UNLESS OTHERWISE INDICATED | DATE REQUIRED | TAX CODE / % | SHIP VIA | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

NET
2ND DAY OF 2ND MONTH

ITEM SEQUENCE
NET

F.O.B
FREIGHT COLLECT

ORDER DATE 04/23/09
ALTERATION ISSUE DATE 7811
ALTERATION EFFECTIVE DATE

REFER TO WWW.GMSHIPPING.COM

PHONE: 586-575-1361
G. MCEACHERN    Buyer

PURCHASING AGENT

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND
EQUIPMENT PURCHASING AVAILABLE DURING DETROIT
BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT
IMHELPDESK@GM.COM.
QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT
DISBURSEMENTS AT 248-874-4636.

THE PAYMENT TERMS OTHERWISE SET FORTH HEREIN ARE
MODIFIED AS FOLLOWS:
THE PAYMENT DATE SHALL BE NET 60, WITH DISBURSEMENTS
OCCURRING ON A WEEKLY PAYMENT CYCLE. PAYMENT WILL BE
TRIGGERED UPON BUYER'S RECEIPT OF (A) GOODS OR
(B) A VALID INVOICE.

*SERVICEMEN-LABOR*
ADVISE PURCHASING IN WRITING OF INVOICE PRICE IN
DETAIL REFERENCING PO #.   OUTLINE LABOR CHARGES,
PARTS AND TRAVEL EXPENSES.   FAX TO BUYER.
FAILURE TO PROVIDE THIS INFORMATION WILL RESULT IN
UNPAID INVOICES.

A CERTIFICATE OF INSURANCE MUST BE PROVIDED PRIOR TO
SELLER ENTERING A GMC FACILITY.

This order is not binding until accepted. Acceptance should be on acknowledgement copy which should be returned to Buyer.

ORIGINAL

CONTINUE PAGE    2

CHMM08 4/93

**GM** General Motors Corporation

# PURCHASE ORDER : TCS27138

PAGE 2

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| | |
|---|---|
| ORDER DATE | 04/23/09 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PHONE: 586-575-1361
G. MCEACHERN
7811 Buyer

PURCHASING AGENT

REFER TO WWW.GMSHIPPING.COM

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

TO:
VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375

SHIP TO:
GM - NAO TECHNICAL CENTER
CHEVROLET CENTRAL OFFICE
BLDG 2-5   DOCK 17
30007 VAN DYKE
WARREN MI
48090-9065   US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490,
85082-3490   PHOENIX AZ
US

PAYMENT TERMS
NET   2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | SHIP VIA | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00001 | 5 | PRXX8188 001 | | 11190 CANOE RUN V7.1<br>MICHAEL R ROSATI 734-320-8588<br>DELIVER TO: POWERTRAIN HEADQUATERS<br>895 JOSLIN RD.<br>PONTIAC, MI 48340<br>WHO ORDERED: ROSATI 734-320-8588 | FREIGHT COLLECT | | 05/04/09 | C   0.00% | | 5213.2500 | | |
| 00002 | 10 | PRXX8188 002 | | 07136 CANBOARDXXI PCIE V1.0<br>MICHAEL R ROSATI 734-320-8588<br>ATTN: MICHAEL ROSATI, 734-320-8588<br>WHO ORDERED: ROSATI 734-320-8588 | | | 05/04/09 | C   0.00% | | 875.0000 | | |
| 00003 | 15 | PRXX8188 003 | | MICHAEL R ROSATI 734-320-8588<br>WHO ORDERED: ROSATI 734-320-8588 | | | 05/04/09 | C   0.00% | | 155.6100 | | PCS |

DESTINATION UNLESS OTHERWISE INDICATED

BY ACCEPTANCE OF A PURCHASE ORDER THE SELLER OF GOODS
AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL
CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND
AFFILIATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY GENERAL MOTORS CORPORATION FOR
A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.
FAX PRICING INFO TO: 602-797-6053.

This order is not binding and accepted. Acceptance should be executed on acknowledgement copy which should be
returned within 5 days.
Do the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order including the terms and conditions on the face and reverse side hereof, constitutes the complete and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

ORIGINAL

Handwritten: 26,066.25
875.0000 → 8750.00
155.6100 → 2334.15
5213.2500

CONTINUE PAGE 3

A005623   USER HARITHA JAYA   COPY   CARD   CHM#008 4/93

**General Motors Corporation**

# PURCHASE ORDER: TCS27138

PAGE 3

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
FAX 602-797-6053
WARREN MI
48090

TO:
VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375
US

SHIP TO:
GM - NAO TECHNICAL CENTER
CHEVROLET CENTRAL OFFICE
BLDG 2-5  DOCK 17
30007 VAN DYKE
WARREN MI
48090-9065
US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

ORDER DATE: 04/23/09
ALTERATION ISSUE DATE: 7811
PHONE: 586-575-1361
Buyer: G. MCEACHERN

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
Packing slip must accompany each shipment.
(2) copies of your packing slip must accompany each shipment.
Invoices, Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

REFER TO WWW.GMSHIPPING.COM

| PAYMENT TERMS | | ITEM IDENTIFICATION NO. | | DATE REQUIRED | RFQ NUMBER | TAX CODE / % | BASE UNIT PRICE | PRICE/ UNIT OF MULTIPLE MEASURE |
|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | NOUN NAME | DESCRIPTION | | | | | |

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT
SHIP VIA:
ALTERATION EFFECTIVE DATE:

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. NOUN NAME | DESCRIPTION | DATE REQUIRED | RFQ NUMBER | TAX CODE /% | BASE UNIT PRICE | PRICE/ UNIT OF MULTIPLE MEASURE |
|---|---|---|---|---|---|---|---|---|
| 00004 | 5 | PRYX8188 004 | 22026 CANFIGGY 1050OPTO MICHAEL R ROSATI 734-320-8588 WHO ORDERED: ROSATI 734-320-8588 | 05/04/09 C | | 0.00% | 155.6100 778.05 | PCS |
| 00005 | 5 | PRYX8188 005 | 22022 CANFIGGY 5790OPTO C SINGLEWIRE MICHAEL R ROSATI 734-320-8588 WHO ORDERED: ROSATI 734-320-8588 | 05/04/09 C | | 0.00% | 1296.0000 6480 | PCS |
| | | | MA-COR  MAINTENANCE AGREEMENT CANOE RUN MICHAEL R ROSATI 734-320-8588 WHO ORDERED: ROSATI 734-320-8588 | | | | | |
| | | | CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT) CONTRACT CLAUSE | | | | | |
| | | | SPECIAL TERM (U.S.) - C-TPAT | | | | | |
| | | | FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/ ENFORCE/TPAT.HTM), AT BUYER'S OR THE CUSTOMS | | | | | |

A005623    USER HARITHA JAYA

ORIGINAL

PURCHASING AGENT

CONTINUE PAGE

CHMM06 4/93    4    COPY

# PURCHASE
# ORDER : TCS27138

PAGE    4

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
FAX 602-797-6053
48090    US

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
TO: 39500 ORCHARD HILL PL STE 550
NOVI MI
48375

SHIP TO:
GM - NAO TECHNICAL CENTER
CHEVROLET CENTRAL OFFICE
BLDG 2-5   DOCK 17
30007 VAN DYKE
WARREN MI
48090-9065    US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490    US

PHONE: 586-575-1361
G. MCEACHERN
7811    Buyer

ORDER DATE    04/23/09

REFER TO WWW.GMSHIPPING.COM

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(1) copies of your packing slip must accompany each shipment.
(2) copies of your packing slip must accompany each shipment.
Invoices,
Item Identification Number(s) must be shown on Packing Slips and
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PAYMENT TERMS
NET    2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | DATE REQUIRED | BASE UNIT PRICE | PRICE / MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|
| A005623 | | | | | | | |

F.O.B
FREIGHT COLLECT    DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA

RFQ NUMBER

TAX CODE / %

ALTERATION EFFECTIVE DATE

ALTERATION ISSUE DATE

PURCHASING AGENT

SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING
ITS COMPLIANCE WITH THE FOREGOING. SELLER SHALL
INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST
ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES
(INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES)
ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE.
(AT 6/20/02)

IMPORTANT NOTICE:  EFFECTIVE SEPTEMBER 1, 2008
SIGNIFICANT CHANGES HAVE BEEN MADE TO THE GMNA
SHIPPING INSTRUCTIONS.  PLEASE REVIEW FOR CARRIER
UPDATES.   NON-COMPLIANCE TO THESE
INSTRUCTIONS MAY RESULT IN FREIGHT CHARGES BEING
DEBITED BACK TO THE SUPPLIER.
GM ROUTING / SHIPPING INSTRUCTIONS CAN BE FOUND AT
WWW.GMSHIPPING.COM

EXPORT ADMINISTRATION REGULATIONS (EAR) CONTROLLED
PURCHASES
***************************************************
THE TECHNICAL DATA ASSOCIATED WITH THIS EQUIPMENT,
SERVICE OR PART IS CONTROLLED UNDER U.S. EXPORT LAWS.
YOU MAY NOT EXPORT OR RE-EXPORT THE TECHNICAL DATA,
INCLUDING BUT NOT LIMITED TO PRINTS, ROUTINGS AND
SPECIFICATIONS ASSOCIATED WITH THIS REQUEST FOR
QUOTATION OR PURCHASE CONTRACT WITHOUT THE PROPER

USER HARITHA JAYA

ORIGINAL

CONTINUE PAGE

5

CHMM08  4/93

**GM** General Motors Corporation

# PURCHASE
## ORDER : TCS27138

PAGE 5

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipment or Insure Parcel Post.

| PAYMENT TERMS | | | | | | | ORDER DATE | PHONE: 586-575-1361 |
|---|---|---|---|---|---|---|---|---|
| NET  2ND DAY OF 2ND MONTH | | | | | | | 04/23/09 | G. MCEACHERN |
| | | | | | | | ALTERATION ISSUE DATE | 7811 |

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
FAX 602-797-6053
48090

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI                    US
48375

SHIP TO:
GM - NAO TECHNICAL CENTER
CHEVROLET CENTRAL OFFICE
BLDG 2-5  DOCK 17
30007 VAN DYKE
WARREN MI                    US
48090-9065

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

ALTERATION EFFECTIVE DATE

BASE UNIT PRICE

PURCHASING AGENT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | PRICE MULTIPLE / UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|
| A005623 | | | | | | | |

F.O.B
FREIGHT COLLECT

DESTINATION UNLESS OTHERWISE INDICATED

GOVERNMENTAL AUTHORIZATIONS.

UNLESS OTHERWISE INDICATED IN THIS RFQ, SELLER IS
REQUIRED TO HAVE ELECTRONIC DATA INTERCHANGE
CAPABILITY WORLDWIDE.

"DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO
ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED
BELOW." GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE
STATES. AS A RESULT, IN ALL OF THE IDENTIFIED STATES
BELOW LISTED GM CORPORATE ENTITIES WILL REMIT
DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX
LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE
PERSONAL PROPERTY AND SERVICES (1). THEREFORE,
EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL
TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR
THOSE STATES NOT IDENTIFIED BELOW. FOR THOSE STATES
NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE
SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER.
LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX
LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS
WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY:

GENERAL MOTORS CORPORATION PERMITS:
GEORGIA  #044-38-00894-3
GEORGIA  #044-38-00894-3
INDIANA  #003-28048900001

USER HARITHA JAYA

ORIGINAL

CONTINUE PAGE          6

CHMM08 4/93

# General Motors Corporation

GM

# PURCHASE ORDER : TCS27138

PAGE 6

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(1) copies of your packing slip must accompany each shipment.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | ALTERATION ISSUE DATE | PURCHASING AGENT |
|---|---|---|
| 04/23/09 | 7811 | |
| SHIP VIA | ALTERATION EFFECTIVE DATE | |
| REFER TO WWW.GMSHIPPING.COM | | |

PHONE: 586-575-1361
G. MCEACHERN    Buyer

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
FAX 602-797-6053
48090

TO:
VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375
US

SHIP TO:
GM - NAO TECHNICAL CENTER
CHEVROLET CENTRAL OFFICE
BLDG 2-5 DOCK 17
30007 VAN DYKE
WARREN MI
48090-9065
US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

F.O.B
FREIGHT COLLECT

DESTINATION UNLESS OTHERWISE INDICATED

| PAYMENT TERMS | | | | | | |
|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | R F Q NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE / UNIT OF MULTIPLE MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| A005623 | | | KENTUCKY #0000-10 | | | | | | |
| | | | KANSAS #98-0003B (FAIRFAX ONLY) | | | | | | |
| | | | LOUISIANA #6009013-008DP (SHREVEPORT ONLY) | | | | | | |
| | | | MARYLAND #20 | | | | | | |
| | | | MICHIGAN #ME-0900440 | | | | | | |
| | | | MISSISSIPPI #4277 (SPO ONLY) | | | | | | |
| | | | MISSOURI #11731559 | | | | | | |
| | | | NEW JERSEY #N79-001-683/000 | | | | | | |
| | | | NEW YORK #DP-003445 | | | | | | |
| | | | OHIO #98-000611 | | | | | | |
| | | | OKLAHOMA #137479 | | | | | | |
| | | | PENNSYLVANIA #02-93450/DP246 | | | | | | |
| | | | TEXAS #1-38-0572515-0 | | | | | | |
| | | | VIRGINIA #9980000793 | | | | | | |
| | | | WISCONSIN #WDP95-01-01012 | | | | | | |
| | | | ONSTAR CORPORATION PERMIT: | | | | | | |
| | | | MICHIGAN #38-3506814 | | | | | | |
| | | | SATURN CORPORATION PERMITS: | | | | | | |
| | | | MICHIGAN #38-2577506 | | | | | | |
| | | | TENNESSEE #100315259 | | | | | | |
| | | | FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR | | | | | | |

This order is not binding upon and not accepted. Acceptance should be secured on acknowledgment copy which should be returned to buyer.
The seller, including the terms and conditions on the face and reverse side hereof, constitute the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government contract, contract Number in Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

USER HARITHA JAYA

ORIGINAL

CONTINUE PAGE 7

CHMM08 4/93

# General Motors Corporation

## PURCHASE ORDER : TCS27138

PAGE 7

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(1) copies of your packing slip must accompany each shipment.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoice.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
FAX 602-797-6053
48090
US

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375

SHIP TO:
GM - NAO TECHNICAL CENTER
CHEVROLET CENTRAL OFFICE
BLDG 2-5   DOCK 17
30007 VAN DYKE
WARREN MI
48090-9065
US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

| PAYMENT TERMS | | SHIP VIA | REFER TO WWW.GMSHIPPING.COM | | PHONE: 586-575-1361 |
|---|---|---|---|---|---|

NET 2ND DAY OF 2ND MONTH

ORDER DATE 04/23/09

ALTERATION ISSUE DATE

ALTERATION EFFECTIVE DATE

G. MCEACHERN  7811  Buyer

PURCHASING AGENT

F.O.B DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | R F Q NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE UNIT OF MEASURE / MULTIPLE |
|---|---|---|---|---|---|---|---|---|

(WITH THE EXCEPTION OF TEXAS), AND SHOULD BE INCLUDED
IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO
SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05) OR
SECTION 6 OF THE GM1638A (08/02), UNLESS THE
RESPONSIBILITY FOR PAYMENT OF SALES & USE TAXES ARE
OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. WITH
REFERENCE TO TEXAS: IF THE ORDER RELATES TO A
CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE
CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED
CONTRACTS AND AS SUCH SHOULD NOT INCLUDE SALES TAX
IN THE COST OF INCORPORATED MATERIALS OR EQUIPMENT.
IN ADDITION, THE CONTRACTOR SHOULD NOT BILL GM
(GENERAL MOTORS CORPORATION ONLY) FOR SALES TAX ON
THE SEPARATED COSTS OF MATERIAL OR LABOR. GM WILL
ACCRUE AND REMIT THE APPROPRIATE SALES TAX
DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT
PAY PERMIT.
* * * * * * * * * * * * * * * * * * * * * * * * * * *
ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO
THE FOLLOWING:
*
DISBURSEMENT SERVICES -
CUSTOMER COMMUNICATION CENTER
PHONE: (248) 874-4636
* * * * * * * * * * * * * * * * * * * * * * * * * * *
(1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES,

A005623   USER HARITHA JAYA

ORIGINAL

CONTINUE PAGE

8

CHMM08 4/93

**GM** General Motors Corporation

# PURCHASE ORDER : TCS27138

PAGE 8

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(1) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1361
G. MCEACHERN
7811                    Buyer

| PAYMENT TERMS | | | | | | | |
|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | | | | |

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
FAX 602-797-6053
48090

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI                         US
48375

SHIP TO:
GM - NAO TECHNICAL CENTER
CHEVROLET CENTRAL OFFICE
BLDG 2-5   DOCK 17
30007 VAN DYKE
WARREN MI                        US
48090-9065

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                       US

This order is not binding until accepted. Acceptance may be executed on acknowledgment copy which should be returned to Buyer. This order and these terms and conditions on the face and reverse side hereof (including the terms and conditions set forth in any agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% |
|---|---|---|---|---|---|---|---|
| A005623 | | | | | | | |

F.O.B
FREIGHT COLLECT

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

ORDER DATE 04/23/09

ALTERATION ISSUE DATE

ALTERATION EFFECTIVE DATE

PURCHASING AGENT

| | BASE UNIT PRICE | PRICE/MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|

HOTELS, AND MEAL PURCHASES. TAX IS TO BE PAID
DIRECTLY TO THE SUPPLIER OF THESE ITEMS.

ADDITIONAL PROVISIONS FOR NON-TECHNICAL SERVICES

1. PROVISION OF SERVICES; STANDARD OF WORKMANSHIP

SELLER AGREES TO PROVIDE SERVICES TO BUYER IN
ACCORDANCE WITH THE TERMS OF THIS CONTRACT AND THE
STATEMENT OF REQUIREMENTS, WHICH HAS BEEN PROVIDED TO
SELLER AND IS INCORPORATED INTO THIS CONTRACT BY
REFERENCE ("SERVICES"). SERVICES WILL BE PERFORMED
BY COMPETENT PERSONNEL, AND WILL BE OF PROFESSIONAL
QUALITY, CONSISTENT WITH GENERALLY ACCEPTED INDUSTRY
STANDARDS FOR THE PERFORMANCE OF SUCH SERVICES.
SELLER WILL ENSURE THAT IT HAS ALL NECESSARY
RESOURCES TO PROVIDE THE SERVICES, INCLUDING, WITHOUT
LIMITATION, PROPERLY TRAINED AND LICENSED PERSONNEL,
MACHINERY, EQUIPMENT AND MATERIALS.

2. PAYMENT FOR SERVICES; EXPENSES

SELLER WILL BE PAID AS SET FORTH IN THIS CONTRACT,
BUT SUCH PAYMENTS MAY NOT EXCEED THE PRICE ESTIMATE
STATED IN THIS CONTRACT WITHOUT BUYER'S WRITTEN
APPROVAL. BUYER WILL ALSO REIMBURSE ANY REASONABLE
AND NECESSARY OUT-OF-POCKET TRAVEL COSTS IN
ACCORDANCE WITH BUYER'S TRAVEL GUIDELINES (A COPY OF
WHICH HAS BEEN RECEIVED BY SELLER), AS WELL AS THE
COST OF ANY APPROVED SUBCONTRACTED SERVICES. ALL

ORIGINAL                                    CONTINUE PAGE 9

USER HARITHA JAYA

CHMM08 4/93

# General Motors Corporation

**GM**

**PURCHASE ORDER:** TCS27138

PAGE 9

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(1) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
FAX 602-797-6053

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375                                          US

SHIP TO:
GM - NAO TECHNICAL CENTER
CHEVROLET CENTRAL OFFICE
BLDG 2-5  DOCK 17
30007 VAN DYKE
WARREN MI
48090-9065                                     US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                                     US

| PAYMENT TERMS | | |
|---|---|---|
| NET | 2ND DAY OF 2ND MONTH | |

| F.O.B | RFQ NUMBER | DATE REQUIRED | TAX CODE/% |
|---|---|---|---|
| FREIGHT COLLECT | | | |

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

| ORDER DATE | PHONE: 586-575-1361 |
|---|---|
| 04/23/09 | G. MCEACHERN |

ALTERATION EFFECTIVE DATE                ALTERATION ISSUE DATE 7811

Buyer

PURCHASING AGENT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | BASE UNIT PRICE | PRICE/MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|

SUCH COSTS MUST BE PREVIOUSLY APPROVED BY BUYER IN
WRITING AND WILL BE BILLED WITHOUT MARK-UP.

PRICES SHOWN IN THIS CONTRACT ARE EXCLUSIVE OF VALUE
ADDED TAX (VAT). WHEN VAT IS CHARGED BY SELLER,
SELLER MUST PROVIDE AN ORIGINAL INVOICE ISSUED TO THE
BUYER, ITEMIZING VAT AS A SEPARATE LINE ITEM.

INVOICES SHALL BE SUBMITTED BY SELLER IN ACCORDANCE
WITH THE STATEMENT OF REQUIREMENTS, FOLLOWING
PROVISION OF SERVICES, AND WILL BE PAID BY BUYER ON
THE DATE ESTABLISHED BY BUYER'S MULTILATERAL NETTING
SYSTEM (MNS-2), WHICH PROVIDES, ON AVERAGE, THAT
PAYMENT SHALL BE MADE ON THE SECOND DAY OF THE SECOND
MONTH FOLLOWING THE DATE OF BUYER'S RECEIPT OF THE
SERVICES.

3.  DELIVERABLES; RIGHTS

UPON PAYMENT TO SELLER UNDER THE TERMS OF THIS
CONTRACT, ANY WRITTEN WORK PRODUCT AND OTHER
MATERIALS THAT SELLER DELIVERS TO BUYER (THE
"DELIVERABLES") BECOME THE EXCLUSIVE PROPERTY OF
BUYER.  BUYER SHALL BE THE OWNER OF ALL RIGHTS IN
DELIVERABLES, INCLUDING, BUT NOT LIMITED TO, TRADE
NAMES, TRADEMARKS, SERVICE MARKS AND COPYRIGHTS,
BOTH AS WORKS IN PROCESS AND AS FINISHED PRODUCTS.

ORIGINAL                    CONTINUE PAGE    10

A005623    USER HARITHA JAYA

This order is not binding until accepted. Buyer's order is to be executed on acknowledgement copy which should be
returned to Buyer immediately. On this reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse sides hereof, contains the entire and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
(If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.)

CHNM008 4/99

# General Motors Corporation

**PURCHASE ORDER :** TCS27138

PAGE 10

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

TO:
VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375
US

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

SHIP TO:
GM - NAO TECHNICAL CENTER
CHEVROLET CENTRAL OFFICE
BLDG 2-5 DOCK 17
30007 VAN DYKE
WARREN MI
48090-9065          US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490          US

F.O.B. FREIGHT COLLECT
DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA: REFER TO WWW.GMSHIPPING.COM

ALTERATION ISSUE DATE: 04/23/09
ALTERATION EFFECTIVE DATE:

ORDER DATE: 04/23/09

PHONE: 586-575-1361
G. MCEACHERN
7811
Buyer

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoice.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|

ANY COPYRIGHT COVERING SUCH MATERIALS, IF REGISTERED,
SHALL BE REGISTERED IN THE NAME OF BUYER. BUYER
SHALL HAVE THE RIGHT TO MAKE USE OF THE DELIVERABLES
AS IT SHALL DETERMINE, WITHOUT PAYMENT OF ANY
COMPENSATION TO SELLER OTHER THAN AS PROVIDED IN
THIS CONTRACT.

TO THE EXTENT THAT ANY PREEXISTING MATERIALS OF
SELLER OR ANY SUBCONTRACTOR OF SELLER ARE CONTAINED
IN THE DELIVERABLES, SELLER GRANTS TO BUYER AN
IRREVOCABLE, WORLDWIDE, ROYALTY-FREE LICENSE TO SUCH
PREEXISTING MATERIALS. TO THE EXTENT THAT SELLER
UTILIZES ANY OF ITS OR A SUBCONTRACTOR'S PROPERTY
(INCLUDING, WITHOUT LIMITATION, ANY HARDWARE OR
SOFTWARE OF SELLER OR A SUBCONTRACTOR OR ANY
PROPRIETARY OR CONFIDENTIAL INFORMATION OF SELLER OR
SUBCONTRACTOR) IN PERFORMING SERVICES UNDER THIS
CONTRACT, SUCH PROPERTY REMAINS THE PROPERTY OF
SELLER OR SUBCONTRACTOR AND, EXCEPT FOR THE LICENSE
GRANTED TO BUYER IN THE PRECEDING SENTENCE, BUYER
WILL ACQUIRE NO INTEREST OR RIGHT IN SUCH PROPERTY.

SELLER REPRESENTS AND WARRANTS THAT IT HAS ALL
NECESSARY RIGHTS TO GRANT BUYER THE RIGHTS TO THE
DELIVERABLES AS SET FORTH ABOVE, WITHOUT VIOLATING

ORIGINAL          CONTINUE PAGE 11

A005623   USER HARITHA JAYA

CHMM08 4/95

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
FAX 602-797-6053

TO:
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375
US

VENDOR NUMBER 11-175-7464

SHIP TO:
GM - NAO TECHNICAL CENTER
CHEVROLET CENTRAL OFFICE
BLDG 2-5 DOCK 17
30007 VAN DYKE
WARREN MI
48090-9065
US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.

# PURCHASE ORDER : TCS27138

PAGE 11

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(1) copies of our packing slip must accompany each shipment.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1361
G. MCEACHERN
7811    Buyer
PURCHASING AGENT

ORDER DATE: 04/23/09
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

| PAYMENT TERMS | | | | F.O.B | | | |
|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | FREIGHT COLLECT | | | |

DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | UNIT OF MEASURE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|---|

OR INFRINGING UPON ANY THIRD PARTY'S INTELLECTUAL
PROPERTY OR PROPRIETARY RIGHTS. THE SELLER WILL
OBTAIN ALL NECESSARY EMPLOYEE OR THIRD-PARTY
AGREEMENTS TO ENSURE IT HAS SUCH RIGHTS, INCLUDING,
WITHOUT LIMITATION, ANY MORAL RIGHTS.

SELLER AGREES TO DEFEND, HOLD HARMLESS AND INDEMNIFY
BUYER, ITS SUCCESSORS AND CUSTOMERS AGAINST ANY
CLAIMS OF INFRINGEMENT (INCLUDING PATENT, TRADEMARK,
COPYRIGHT, INDUSTRIAL DESIGN RIGHT, OR OTHER
PROPRIETARY RIGHT, OR MISUSE OR MISAPPROPRIATION OF
TRADE SECRET) AND RESULTING DAMAGES AND EXPENSES
(INCLUDING ATTORNEY'S AND OTHER PROFESSIONAL FEES)
ARISING IN ANY WAY IN RELATION TO THE SERVICES OR THE
DELIVERABLES. SELLER EXPRESSLY WAIVES ANY CLAIM
AGAINST BUYER THAT SUCH INFRINGEMENT AROSE OUT OF
COMPLIANCE WITH BUYER'S SPECIFICATION.

4.    CONFIDENTIALITY

FOR PURPOSE OF THIS SECTION 4, BUYER'S INFORMATION
MEANS ALL INFORMATION (ORAL OR WRITTEN) AND DOCUMENTS
(IN ANY MEDIUM) THAT HAVE BEEN FURNISHED TO SELLER BY
BUYER, OR HAS BEEN DEVELOPED BY SELLER IN CONNECTION
"PERSONALLY IDENTIFIABLE DATA," AS DEFINED IN SECTION
11.    BUYER IS WILLING TO DISCLOSE BUYER'S INFORMATION

A005623    USER HARITHA JAYA    ORIGINAL    CONTINUE PAGE    12

CHMM08 4/93

# PURCHASE ORDER : TCS27138

**PAGE** 12

GM General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
FAX 602-797-6053

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375
US

TO:

**SHIP TO:**
GM - NAO TECHNICAL CENTER
CHEVROLET CENTRAL OFFICE
BLDG 2-5 DOCK 17
30007 VAN DYKE
WARREN MI
48090-9065    US

**INVOICE TO:**
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490    US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

**ORDER DATE** 04/23/09
**SHIP VIA** REFER TO WWW.GMSHIPPING.COM
**ALTERATION ISSUE DATE**
**ALTERATION EFFECTIVE DATE**

**PHONE:** 586-575-1361
G. MCEACHERN    7811
**Buyer**

**PURCHASING AGENT**

PAYMENT TERMS
NET    2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A005623 | USER HARITHA JAVA | | | FREIGHT COLLECT | | | | | | | |

ONLY WITH THE UNDERSTANDING THAT SELLER WILL MAINTAIN
ITS CONFIDENTIALITY. SELLER ACKNOWLEDGES THAT
BUYER'S INFORMATION IS BEING DISCLOSED TO SELLER FOR
THE SOLE PURPOSE OF PERMITTING SELLER TO PERFORM THE
SERVICES, AND AGREES THAT IT WILL NOT USE BUYER'S
INFORMATION FOR ANY OTHER PURPOSE. IN ADDITION,
SELLER AGREES THAT IT WILL NOT DISCLOSE, DISSEMINATE
OR OTHERWISE MAKE AVAILABLE BUYER'S INFORMATION TO
ANYONE, OTHER THAN TO THOSE EMPLOYEES WHO HAVE A
NEED TO KNOW IN ORDER FOR SELLER TO FULFILL ITS
OBLIGATIONS UNDER THIS CONTRACT, WITHOUT THE PRIOR
WRITTEN AGREEMENT OF BUYER. SELLER'S EMPLOYEES, ANY
OTHER PERSON CONSENTED TO BY BUYER, TO WHOM BUYER'S
INFORMATION IS MADE AVAILABLE SHALL SIGN AN AGREEMENT
CONTAINING OBLIGATIONS SIMILAR TO THOSE CONTAINED IN
THIS SECTION 4 AND IN SECTION 11.

SELLER SHALL PROVIDE FOR THE PHYSICAL, MANAGERIAL
AND ELECTRONIC SECURITY OF BUYER'S INFORMATION SUCH
THAT THE BUYER'S INFORMATION IS REASONABLY MAINTAINED
AND SECURED, ENSURING IT IS SAFE FROM UNAUTHORIZED
ACCESS OR USE DURING UTILIZATION, TRANSMISSION AND
STORAGE. SHOULD ANY UNAUTHORIZED BREACH OCCUR,
SELLER SHALL NOTIFY BUYER AS SOON AS REASONABLY
PRACTICABLE, BUT NOT LATER THAN 24 HOURS AFTER THE
SELLER BECOMES AWARE OF SUCH BREACH.

ORIGINAL

CONTINUE PAGE    13

CNMM08 4/93

# General Motors Corporation

**GM**

## PURCHASE ORDER : TCS27138

PAGE 13

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(1) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | ALTERATION ISSUE DATE | PHONE : 586-575-1361 |
|---|---|---|
| 04/23/09 | 7811 | G. MCEACHERN |

SHIP VIA    REFER TO WWW.GMSHIPPING.COM

ALTERATION EFFECTIVE DATE

Buyer

PURCHASING AGENT

**GENERAL MOTORS CORPORATION**
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
FAX 602-797-6053

TO:
VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375
US

SHIP TO:
GM - NAO TECHNICAL CENTER
CHEVROLET CENTRAL OFFICE
BLDG 2-5   DOCK 17
30007 VAN DYKE
WARREN MI
48090-9065   US

INVICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490   US

| PAYMENT TERMS | NET | 2ND DAY OF 2ND MONTH |
|---|---|---|

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| A005623 | USER HARITHA JAYA | | | | | | | | | |

F.O.B. FREIGHT COLLECT

DESTINATION UNLESS OTHERWISE INDICATED

- AT BUYER'S REQUEST OR UPON COMPLETION OF SELLER'S USE OF BUYER'S INFORMATION, SELLER WILL RETURN ALL COPIES OF BUYER'S INFORMATION TO BUYER OR, AT BUYER'S REQUEST, WILL DESTROY BUYER'S INFORMATION AND CERTIFY SUCH DESTRUCTION TO BUYER. SELLER MAY RETAIN A COPY OF BUYER'S INFORMATION FOR ARCHIVAL PURPOSES ONLY, SUBJECT TO SELLER'S CONTINUING OBLIGATIONS UNDER THIS SECTION 4.

- SELLER FURTHER AGREES TO INDEMNIFY AND HOLD BUYER HARMLESS FROM ALL LIABILITIES, DAMAGES, FINES, PENALTIES, COSTS, CLAIMS, DEMANDS AND EXPENSES (INCLUDING COSTS OF DEFENSE, SETTLEMENT AND REASONABLE ATTORNEY'S FEES), ARISING OUT OF THE DISCLOSURE OR IMPROPER USE OF BUYER'S INFORMATION BY SELLER OR SELLER'S EMPLOYEES. SELLER WILL IMMEDIATELY NOTIFY BUYER UPON LEARNING OF ANY UNAUTHORIZED USE OR DISCLOSURE OF ANY BUYER'S INFORMATION.

- SELLER RECOGNIZES THAT THE DISCLOSURE OF BUYER'S INFORMATION MAY GIVE RISE TO IRREPARABLE INJURY AND ACKNOWLEDGES THAT REMEDIES OTHER THAN INJUNCTIVE RELIEF MAY NOT BE ADEQUATE. ACCORDINGLY, BUYER HAS THE RIGHT TO SEEK EQUITABLE AND INJUNCTIVE RELIEF TO

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be retained by buyer. The acknowledgement copy hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, constitutes the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. If Government contract Number is shown hereon, additional Terms and Conditions Attached Hereto Apply.

ORIGINAL    CONTINUE PAGE    14

CHMM08 4/93

## General Motors Corporation

**GM**

### PURCHASE ORDER : TCS27138

PAGE 14

SHIP TO:
GM - NAO TECHNICAL CENTER
CHEVROLET CENTRAL OFFICE
BLDG 2-5  DOCK 17
30007 VAN DYKE
WARREN MI                    US
48090-9065

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                   US

TO:
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI                      US
48375

VENDOR NUMBER 11-175-7464

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

ORDER DATE 04/23/09
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

PHONE: 586-575-1361
G. MCEACHERN
7811                    Buyer
PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | FREIGHT COLLECT | | | | | | |

F.O.B    DESTINATION UNLESS OTHERWISE INDICATED

PREVENT THE UNAUTHORIZED DISCLOSURE OF ANY BUYER'S
INFORMATION, AS WELL AS SUCH DAMAGES OR OTHER RELIEF
AS IS OCCASIONED BY SUCH UNAUTHORIZED USE OR
DISCLOSURE.

.

IN THE EVENT SELLER IS REQUIRED TO DISCLOSE BUYER'S
INFORMATION IN CONNECTION WITH ANY JUDICIAL
PROCEEDING OR GOVERNMENT INVESTIGATION, THEN SELLER
SHALL PROMPTLY NOTIFY BUYER AND ALLOW A REASONABLE
TIME FOR BUYER TO SEEK A PROTECTIVE ORDER FROM THE
APPROPRIATE COURT OR GOVERNMENT AGENCY. THEREAFTER,
SELLER MAY DISCLOSE BUYER'S INFORMATION TO THE
EXTENT REQUIRED BY LAW, SUBJECT TO ANY APPLICABLE
PROTECTIVE ORDER.

.

IN ADDITION, SELLER RECOGNIZES THAT ITS CLOSE
ASSOCIATION WITH BUYER'S PERSONNEL AND ACCESS TO
BUYER'S INFORMATION IN THE COURSE OF PERFORMING THIS
CONTRACT MAY ENABLE SELLER TO EVALUATE PUBLICLY
AVAILABLE INFORMATION ABOUT BUYER FROM AN INSIDER'S
PERSPECTIVE AND THAT BUYER'S PROPRIETARY INFORMATION
WOULD BE REVEALED IF SUCH EVALUATIONS WERE PUBLISHED.
THEREFORE, SELLER AGREES NOT TO PUBLISH, OR HELP
ANYONE PUBLISH, ANYTHING WHATSOEVER ABOUT BUYER
CONCERNING THE SUBJECT MATTER OF THIS CONTRACT,
EXCEPT WITH THE PRIOR WRITTEN CONSENT OF BUYER.

A005623    USER HARITHA JAYA

ORIGINAL

CONTINUE PAGE 15

CHMM08 4/93

General Motors Corporation

# PURCHASE ORDER : TCS27138

PAGE 15

**SHIP TO:**
GM - NAO TECHNICAL CENTER
CHEVROLET CENTRAL OFFICE
BLDG 2-5  DOCK 17
30007 VAN DYKE
WARREN MI
48090-9065                US

**INVOICE TO:**
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                US

**TO:**
VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375                US

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

A005623   USER HARITHA JAVA

F.O.B DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

ORDER DATE
04/23/09

PHONE: 586-575-1361
G. MCEACHERN   Buyer

ALTERATION ISSUE DATE
7811

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ITEM REFERENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|

**5.   CHANGES**

BUYER RESERVES THE RIGHT, AT ANY TIME AND FROM TIME
TO TIME, TO DIRECT CHANGES TO THE STATEMENT OF
REQUIREMENTS, AND SELLER AGREES TO PROMPTLY EFFECT
SUCH CHANGES.  ANY DIFFERENCE IN PRICE OR TIME FOR
PERFORMANCE RESULTING FROM SUCH CHANGES SHALL BE
EQUITABLY ADJUSTED BY BUYER AFTER RECEIPT OF
DOCUMENTATION IN SUCH FORM AND DETAIL AS BUYER MAY
DIRECT.  ANY CHANGES TO THIS CONTRACT SHALL BE MADE
IN ACCORDANCE WITH PARAGRAPH 31 OF THE GENERAL TERMS
AND CONDITIONS.

**6.   INFORMATION GATHERING PRACTICES**

WITHOUT LIMITING PARAGRAPH 25 OF THE GENERAL TERMS
AND CONDITIONS, SELLER HEREBY AGREES THAT ITS
ACQUISITION OF INFORMATION ON BEHALF OF BUYER SHALL
BE IN COMPLIANCE WITH ALL APPLICABLE LAWS AND, IN
ADDITION, SHALL BE IN COMPLIANCE WITH THE FOLLOWING
ETHICAL PRINCIPLE EXCERPTED FROM THE GM GUIDELINES
FOR EMPLOYEE CONDUCT:

"THERE ARE, HOWEVER, IMPORTANT LIMITATIONS ON HOW
AND WHAT COMPETITIVE INFORMATION MAY BE OBTAINED.

ORIGINAL

CONTINUE PAGE   16

CHM0608  4/93

# General Motors Corporation

**GM**

# PURCHASE ORDER: TCS27138

PAGE 16

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(1) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | ALTERATION ISSUE DATE | PHONE: 586-575-1361 | |
|---|---|---|---|
| 04/23/09 | | G. MCEACHERN | Buyer |
| | 7811 | | |

SHIP VIA: REFER TO WWW.GMSHIPPING.COM

**GENERAL MOTORS CORPORATION**
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
FAX 602-797-6053
WARREN MI
48090

TO:
VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375
US

SHIP TO:
GM - NAO TECHNICAL CENTER
CHEVROLET CENTRAL OFFICE
BLDG 2-5 DOCK 17
30007 VAN DYKE
WARREN MI
48090-9065                    US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

PAYMENT TERMS
NET      2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | ITEM QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| A005623 | | | | | | | | | | |

F.O.B          DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

USER HARITHA JAVA

.

7.   RIGHT TO AUDIT

NO IMPROPER MEANS MAY BE USED TO ACQUIRE
CONFIDENTIAL OR PROPRIETY INFORMATION FROM ANY
COMPETITOR, SUPPLIER OR CUSTOMER. IMPROPER
MEANS WOULD INCLUDE ANY FORM OF INDUSTRIAL
ESPIONAGE, THE PAYMENT OF MONEY OR GIVING OF ANY
FAVOR OR CONSIDERATION, OR THE HIRING OF A
COMPETITOR'S EMPLOYEES TO OBTAIN CONFIDENTIAL
INFORMATION WHICH MAY NOT BE SOUGHT
WOULD INCLUDE DATA ON A COMPETITOR'S UNANNOUNCED
NEW PRODUCTS OR CONFIDENTIAL DATA RELATING TO
COSTS, PRICES OR PROFITS."

BUYER, AT ITS EXPENSE, HAS THE RIGHT TO ENTER ONTO
SELLER'S PREMISES TO REVIEW AND/OR AUDIT THE
APPROPRIATE RECORDS, INCLUDING THE ADMINISTRATIVE
PROCEDURES OF SELLER, TO SUBSTANTIATE THE CHARGES
INVOICED UNDER THIS CONTRACT. SELLER WILL PRESERVE
ALL PERTINENT DOCUMENTS FOR THE PURPOSE OF AUDITING
CHARGES INVOICED BY SELLER FOR A PERIOD OF TWO (2)
YEARS AFTER FINAL PAYMENT, OR SUCH LONGER PERIOD AS
BUYER SPECIFIES IN THIS CONTRACT. SELLER FURTHER
AGREES TO COOPERATE FULLY WITH BUYER WITH ALL
REASONABLE REQUESTS OF BUYER DURING REVIEW(S) OR
AUDIT(S) AND AGREES THAT SUCH AUDIT MAY BE USED AS A

ORIGINAL                    CONTINUE PAGE    17

CHMM08 4/99

# General Motors Corporation

## PURCHASE ORDER : TCS27138

PAGE 17

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(1) copies of your packing slip must accompany each shipment.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| PHONE: 586-575-1361 | |
|---|---|
| G. MCEACHERN | Buyer |

ORDER DATE: 04/23/09
ALTERATION ISSUE DATE: 7811
ALTERATION EFFECTIVE DATE:
SHIP VIA: REFER TO WWW.GMSHIPPING.COM
PURCHASING AGENT

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375    US

SHIP TO:
GM - NAO TECHNICAL CENTER
CHEVROLET CENTRAL OFFICE
BLDG 2-5 DOCK 17
30007 VAN DYKE
WARREN MI
48090-9065    US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS A&P
PO BOX 63490, PHOENIX AZ
85082-3490    US

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A005623 | | | | FREIGHT COLLECT | | | | | | | |

DESTINATION UNLESS OTHERWISE INDICATED

USER HARITHA JAYA

BASIS FOR SETTLEMENT OF DISPUTES WHICH MIGHT ARISE
REGARDING PAYMENTS UNDER THIS CONTRACT. WHERE SELLER
UTILIZES THE SERVICES OF THIRD PARTIES, SELLER MUST
INCLUDE IN ITS CONTRACTS WITH SUCH THIRD PARTIES A
"RIGHT TO AUDIT" CLAUSE WITH SUCH TERMS AND CONDITIONS
SIMILAR TO THOSE SET OUT IN THIS SECTION 7.

8.    SELLER'S PERSONNEL

WHEN, IN THE PERFORMANCE OF THIS CONTRACT, SELLER'S
PERSONNEL ARE TO BE LOCATED AT BUYER'S SITE, SELLER
WILL FURNISH A COMPLETE LIST OF ALL PERSONNEL TO BE
LOCATED AT THE BUYER'S SITE AND SELLER SHALL BE
RESPONSIBLE FOR ALL ACTIONS OF ITS PERSONNEL. SELLER
AGREES TO COMPLY WITH ALL REGULATIONS AND POLICIES AT
BUYER'S SITE, AND BUYER RESERVES THE RIGHT TO BAR
EMPLOYEES, REPRESENTATIVES OR AGENTS OF SELLER FROM
BUYER'S SITE FOR FAILURE TO OBSERVE SUCH REGULATIONS
AND POLICIES. SELLER'S PERSONNEL SHALL IN NO EVENT
BE CONSIDERED EMPLOYEES OF BUYER; SELLER WILL REMAIN
RESPONSIBLE FOR ALL WAGES, TAXES, BENEFITS, PAYROLL
DEDUCTIONS, REMITTANCES, AND OTHER OBLIGATIONS WITH
RESPECT TO ITS PERSONNEL.

9.    EXCLUSIVE SERVICES

ORIGINAL                    CONTINUE PAGE    18

CHMM08 4/93

**General Motors Corporation**

# PURCHASE ORDER : TCS27138

PAGE 18

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375
US

SHIP TO:
GM - NAO TECHNICAL CENTER
CHEVROLET CENTRAL OFFICE
BLDG 2-5   DOCK 17
30007 VAN DYKE
WARREN MI
US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS A&P
PO BOX 63490, PHOENIX AZ
85082-3490
US

48090-9065

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(1) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ORDER DATE 04/23/09

PHONE: 586-575-1361
G. MCEACHERN   7811   Buyer

SHIP VIA   REFER TO WWW.GMSHIPPING.COM

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAXCODE/% | BASE UNIT PRICE | PRICE / MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| A005623 | | | | | | | | | | |

PAYMENT TERMS   NET   2ND DAY OF 2ND MONTH

F.O.B   FREIGHT COLLECT

DESTINATION UNLESS OTHERWISE INDICATED

ALTERATION EFFECTIVE DATE

PURCHASING AGENT

USER HARITHA JAYA

10. MALICIOUS SOFTWARE

SELLER SPECIFICALLY WARRANTS AND AGREES THAT SELLER WILL NOT INTRODUCE MALICIOUS SOFTWARE INTO BUYER'S EQUIPMENT, DATABASE(S) OR NETWORK(S). IN THE EVENT THAT SELLER DOES INTRODUCE MALICIOUS SOFTWARE, SELLER WILL WORK WITH BUYER TO IMMEDIATELY REMOVE SUCH MALICIOUS SOFTWARE FROM ALL INFECTED EQUIPMENT, DATABASE(S) AND NETWORK(S) AND WILL RESTORE SUCH EQUIPMENT, DATABASE(S) AND NETWORK(S) TO THEIR ORIGINAL STATE.

SELLER AGREES THAT, AT BUYER'S REQUEST OR AS PROVIDED BY BUYER IN ITS STATEMENT OF REQUIREMENTS, IT WILL NOT, FOR A PERIOD OF TWELVE (12) MONTHS FOLLOWING COMPLETION OF THE SERVICES, ASSIGN THOSE PERSONS WHO DIRECTLY AND SUBSTANTIVELY PERFORMED SERVICES FOR BUYER UNDER THIS CONTRACT AND HAD ACCESS TO BUYER'S INFORMATION (SECTION 4) TO PERFORM SIMILAR SERVICES FOR A COMPETITOR IN THE SAME LINE OF BUSINESS AS BUYER.  THIS CLAUSE IS SUBJECT TO ANY LIMITATIONS IMPOSED BY LOCAL LAW.

11. SELLER'S HANDLING OF PERSONALLY IDENTIFIABLE DATA

BUYER HAS PRIVACY STATEMENTS ("PRIVACY STATEMENTS")

This order is not binding unless accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer. On the reverse side hereof are the terms and conditions which Seller agrees by acceptance of this order. The order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. (If Government Contract Number is shown hereon, additional Terms and Conditions Attached Hereto Apply.)

ORIGINAL

CONTINUE PAGE 19

CHMM08 4/99

**General Motors Corporation**

# PURCHASE ORDER: TCS27138

PAGE 19

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Account Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

TO:
VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375
US

SHIP TO:
GM - NAO TECHNICAL CENTER
CHEVROLET CENTRAL OFFICE
BLDG 2-5   DOCK 17
30007 VAN DYKE
WARREN MI
48090-9065   US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ADP
PO BOX 63490, PHOENIX AZ
85082-3490   US

| PAYMENT TERMS | ORDER DATE | ALTERATION ISSUE DATE | PHONE: 586-575-1361 | | PURCHASING AGENT |
|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | 04/23/09 | | G. MCEACHERN | | |
| | ALTERATION EFFECTIVE DATE | 7811 | | Buyer | |

SHIP VIA: REFER TO WWW.GMSHIPPING.COM

| ITEM SEQUENCE | NET QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | F.O.B | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE / MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| A005623 | USER HARITHA JAVA | | | FREIGHT COLLECT | | | | | | |

DESTINATION UNLESS OTHERWISE INDICATED

IN PLACE THAT EXPLAIN TO THIRD PARTIES, SUCH AS CUSTOMERS, POTENTIAL CUSTOMERS AND EMPLOYEES, HOW BUYER HANDLES THEIR "PERSONALLY IDENTIFIABLE DATA," THAT IS, ANY INDIVIDUALLY IDENTIFIABLE DATA FROM OR ABOUT A PERSON OR DATA WHICH, WHEN ASSOCIATED WITH OTHER DATA IN THE HANDS OF OR AVAILABLE TO SELLER, ALLOWS FOR EITHER IDENTIFICATION OF AN INDIVIDUAL OR FOR AN INCREASE IN DATA ABOUT AN IDENTIFIED OR IDENTIFIABLE INDIVIDUAL. PERSONALLY IDENTIFIABLE DATA SHALL INCLUDE, BUT NOT BE LIMITED TO: A) FIRST AND LAST NAME; (B) A HOME ADDRESS OR OTHER PHYSICAL ADDRESS, INCLUDING STREET NAME AND NAME OF CITY OR TOWN; (C) AN EMAIL ADDRESS OR OTHER ONLINE CONTACT DATA (E.G., INSTANT MESSAGING USER IDENTIFIER); (D) A TELEPHONE NUMBER; (E) A SOCIAL SECURITY NUMBER; (F) AN INTERNET PROTOCOL ADDRESS; (G) A PERSISTENT IDENTIFIER (E.G., A UNIQUE CUSTOMER NUMBER IN A COOKIE); AND (H) ANY OTHER DATA THAT IS COMBINED WITH ANY OF THE ABOVE.

SELLER SHALL TREAT THE PERSONALLY IDENTIFIABLE DATA AS BUYER'S INFORMATION UNDER SECTION 4. IN ADDITION, SELLER RECOGNIZES THAT BUYER'S PRIVACY STATEMENTS, AS WELL AS CERTAIN LAWS WHICH MAY BE APPLICABLE, ALLOW DATA SUBJECTS THE RIGHT TO ACCESS, CORRECT OR HAVE DELETED CERTAIN

ORIGINAL    CONTINUE PAGE    20

CHMM08 4/93

General Motors Corporation

# PURCHASE ORDER: TCS27138

PAGE 20

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Post.
Invoice Attn: Account Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-1361 |
|---|---|
| 04/23/09 | G. MCEACHERN |
| ALTERATION ISSUE DATE | 7811                    Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP VIA: REFER TO WWW.GMSHIPPING.COM

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
FAX 602-797-6053
48090

TO:
VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI    US
48375

SHIP TO:
GM - NAO TECHNICAL CENTER
CHEVROLET CENTRAL OFFICE
BLDG 2-5 DOCK 17
30007 VAN DYKE
WARREN MI    US
48090-9065

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490    US

F.O.B
FREIGHT COLLECT

DESTINATION UNLESS OTHERWISE INDICATED

| PAYMENT TERMS | | | |
|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE / MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| A005623 | | | PERSONALLY IDENTIFIABLE DATA, AS WELL AS TO MAKE AND CHANGE CERTAIN CHOICES WITH RESPECT TO THE PERMISSIBLE USE OF PERSONALLY IDENTIFIABLE DATA. SIMILARLY, BUYER HAS THE RIGHT TO CHANGE ITS PRIVACY STATEMENTS FROM TIME TO TIME AND MODIFY CERTAIN CHOICES GIVEN TO DATA SUBJECTS WITH RESPECT TO THEIR PERSONALLY IDENTIFIABLE DATA. TO ENSURE THAT REQUESTS FROM DATA SUBJECTS ARE EXPEDITIOUSLY HANDLED, SELLER AGREES THAT ANY SUCH REQUEST FOR ACCESS, CHANGE, CORRECTION, OR CHOICE MODIFICATION OF PERSONALLY IDENTIFIABLE DATA MADE BY OR THROUGH BUYER, OR MADE PURSUANT TO PROCEDURES ESTABLISHED BY BUYER, BE EFFECTED IN A MANNER WHICH WILL RESULT IN COMPLETION OF THE ACTION IN A PERIOD NO LONGER THAN 30 DAYS, INCLUSIVE OF ANY TIME REQUIRED BY SELLER'S SUBCONTRACTORS. UPON BUYER'S REQUEST, SELLER SHALL CAUSE ITS INDEPENDENT CERTIFIED PUBLIC ACCOUNTANTS TO CONFIRM SELLER'S PERFORMANCE OF ITS OBLIGATIONS SET FORTH IN THIS AGREEMENT. IN ADDITION, SELLER SHALL ALLOW THE AUDIT OF ITS OBLIGATIONS UNDER THIS AGREEMENT BY BUYER OR ITS AUTHORIZED REPRESENTATIVE. | | | | | | |

This order is not binding until accepted and accepted or executed an acknowledgement copy which should be returned to buyer.

ORIGINAL

CONTINUE PAGE 21

USER HARITHA JAYA

CHMM08 4/93

**General Motors Corporation**

**PURCHASE ORDER:** TCS27138

PAGE 21

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

TO:
VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI                                        US
48375

SHIP TO:
GM - NAO TECHNICAL CENTER
CHEVROLET CENTRAL OFFICE
BLDG 2-5  DOCK 17
30007 VAN DYKE
WARREN MI                                US
48090-9065

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                              US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(1) copies of your packing slip must accompany each shipment,
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

**ORDER DATE** 04/23/09

**PHONE:** 586-575-1361
G. MCEACHERN
7811   Buyer

**SHIP VIA**
REFER TO WWW.GMSHIPPING.COM

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 12. DELETED GENERAL TERMS AND CONDITIONS PARAGRAPHS | | | | | | | |

PAYMENT TERMS
NET  2ND DAY OF 2ND MONTH

F.O.B
FREIGHT COLLECT

DESTINATION UNLESS OTHERWISE INDICATED

ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

PURCHASING AGENT

12. DELETED GENERAL TERMS AND CONDITIONS PARAGRAPHS
PARAGRAPHS 2,3,4,5,7,9,10,14,15,18,20 AND 22 OF
BUYER'S GENERAL TERMS AND CONDITIONS ARE DELETED.
(7X) 10-24-02

TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement or understanding of any kind relating to the subject matter hereof shall be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is shown hereon, additional Terms and Conditions Attached Hereto Apply.

A005623      USER HARITHA JAYA

ORIGINAL

LAST PAGE

CHMM08 4/93



Vector CANtech, Inc.

# Quotation   15052420   04/03/2009

Suite 550
39500 Orchard Hill Place
Novi, MI 48375

Phone (248) 449-9290
Fax (248) 449-9704
sales@vector-cantech.com

Mike Rosati
Senior Project Engineer
Bldg. C    Cube 1C28
General Motors Corporation
895 Joslyn Road
Pontiac MI  48340
Phone : +1 734 320 8588
Fax :
E-Mail : michael.r.rosati@gm.com


Dear Mr. Rosati,

Thank you for your interest in Vector products.  Please call if we can answer any questions.

Did you know...

**Vector offers a CAN (D-Sub9) to J1962 (OBDII) diagnostic cable.**

Ask our sales department for more details!

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|-----------:|---------------:|
| 1000 | 3 | 11190 | **CANoe RUN V7.1** | $  6,951.00 | $   20,853.00 |
|  | | Discount [%] | 25.00- % | | $    5,213.25- |
|  | | | | | $   15,639.75 |
|  | | | Software tool as runtime environment for (remaining bus) simulation, communication analysis and testing of ECUs in distributed systems. Supports bus system CAN. | | |
| 2000 | 3 | 07136 | **CANboardXL PCIe V1.0** | $   875.00 | $    2,625.00 |
|  | | | PCI-Express interface for CAN and LIN (2 channels). | | |
| 2010 | 6 | 22083 | **CANpiggy 1050mag ( Installed )** | $   163.80 | $     982.80 |
|  | | Discount [%] | 5.00- % | | $      49.14- |
|  | | | | | $     933.66 |
|  | | | Transceiver module with magnetically decoupled High-Speed CAN transceiver TJA1050. | | |
| 3000 | 3 | 07136 | **CANboardXL PCIe V1.0 ( Unlicensed )** | $   875.00 | $    2,625.00 |
|  | | | PCI-Express interface for CAN and LIN (2 channels). | | |

Document-No.: 15052420     Date: 04/03/2009

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|-----------|----------------|
| 3010 | 3 | 22083 | CANpiggy 1050mag ( Installed ) | $ 163.80 | $ 491.40 |
| | | Discount [%] | 5.00- % | | $ 24.57- |
| | | | | | $ 466.83 |

Transceiver module with magnetically decoupled High-Speed CAN transceiver
TJA1050.

| 3020 | 3 | 22022 | CANpiggy 5790opto c ( Installed ) | $ 163.80 | $ 491.40 |
|------|-----|---------|-------------|-----------|----------------|
| | | Discount [%] | 5.00- % | | $ 24.57- |
| | | | | | $ 466.83 |

Transceiver module with opto decoupled Single-Wire CAN transceiver AU5790c.

| 4000 | 3 | MA-COR | Maintenance Agreement CANoe RUN | $ 1,296.00 | $ 3,888.00 |
|------|-----|---------|-------------|-----------|----------------|

Scope of services: Updates for software + options within the maintenance
periode
Maintenance costs: 18% of the software list price per licence and year
Maturity: Due at the start of the maintenance period
Duration: At least 1 year
Precondition: Actual software licence

The adequate options of your software cannot get separate maintenance. They
are considered automatically. Please find them listed below.

| **Total value** | | | | $ | 26,645.07 |
|------|-----|---------|-------------|-----------|----------------|

**NOTE:**

**We deliver based upon the following Terms and Conditions:**
Orders placed are governed by Vector CANtech's Terms and Conditions which supersede any
customer's purchase order Terms and Conditions, unless otherwise agreed upon in writing. These
Terms and Conditions are located at:
http://www.vector-cantech.com/portal/medien/vector_cantech/Vector_Terms_and_Conditions.pdf.

**Terms of payment:**
Within  30 days without deduction
If paying by credit card, please note additional fees may be charged by your credit card
company.
**Delivery Terms:** Products shipped 7-10 days upon receipt of order.
This quotation is valid for 30 days.
Shipping is FOB destination - USA only.

Best Regards,
Vector CANtech, Inc.
Marc Semma

SLS020104-1Rev4

Document-No.: 15052420    Date: 04/03/2009



Vector CANtech, Inc.

# Quotation   15050928  Rev. 1   04/23/2009

Suite 550
39500 Orchard Hill Place
Novi, MI 48375

Phone (248) 449-9290
Fax (248) 449-9704
sales@vector-cantech.com

Mr. Gerald McEachern
Sr. Buyer
GM WWP
General Motors Corporation
1999 Centerpoint Parkway
Pontiac MI  48341-3147
Phone : +1 586 575 1361
Fax :
E-Mail : gerald.mceachern@gm.com


Dear Mr. McEachern,

Thank you for your interest in Vector products.  Please call if we can answer any questions.

Did you know...

**Vector offers a CAN (D-Sub9) to J1962 (OBDII) diagnostic cable.**

Ask our sales department for more details!

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|-----------:|---------------:|
| 1000 | **5** | **11190** | **CANoe RUN V7.1** | $ 6,951.00 | $ 34,755.00 |
| | Discount [%] | | 25.00- % | | $ 8,688.75- |
| | | | | | $ 26,066.25 |
| | | Software tool as runtime environment for (remaining bus) simulation, communication analysis and testing of ECUs in distributed systems. Supports bus system CAN. | | | |
| 2000 | **5** | **07136** | **CANboardXL PCIe V1.0** | $ 875.00 | $ 4,375.00 |
| | | | PCI-Express interface for CAN and LIN (2 channels). | | |
| 2010 | **10** | **22026** | **CANpiggy 1050opto (Installed )** | $ 163.80 | $ 1,638.00 |
| | Discount [%] | | 5.00- % | | $ 81.90- |
| | | | | | $ 1,556.10 |
| | | Transceiver module with opto decoupled High-Speed CAN transceiver TJA1050. | | | |
| 3000 | **5** | **07136** | **CANboardXL PCIe V1.0 ( Unlicensed )** | $ 875.00 | $ 4,375.00 |
| | | | PCI-Express interface for CAN and LIN (2 channels). | | |

Document-No.: 15050928    Date: 04/23/2009

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|-----------|----------------|
| 3010 | 5 | 22026 | CANpiggy 1050opto (Installed ) | $    163.80 | $      819.00 |
|      |     | Discount [%] | 5.00- % | | $       40.95- |
|      |     | | | | $      778.05 |

Transceiver module with opto decoupled High-Speed CAN transceiver TJA1050.

| 3020 | 5 | 22022 | CANpiggy 5790opto c (Installed ) | $    163.80 | $      819.00 |
|------|-----|---------|-------------|-----------|----------------|
|      |     | Discount [%] | 5.00- % | | $       40.95- |
|      |     | | | | $      778.05 |

Transceiver module with opto decoupled Single-Wire CAN transceiver AU5790c.

| 4000 | 5 | MA-COR | Maintenance Agreement CANoe RUN | $  1,296.00 | $    6,480.00 |
|------|-----|---------|-------------|-----------|----------------|

Scope of services: Updates for software + options within the maintenance
periode
Maintenance costs: 18% of the software list price per licence and year
Maturity: Due at the start of the maintenance period
Duration: At least 1 year
Precondition: Actual software licence

The adequate options of your software cannot get separate maintenance. They
are considered automatically. Please find them listed below.

**Total value**                                                        $    44,408.45

NOTE: Rev1 - Changed contact person from Mike Rosati to Gerald McEahern - 04/23/2009 - PW.


**We deliver based upon the following Terms and Conditions:**
Orders placed are governed by Vector CANtech's Terms and Conditions which supersede any
customer's purchase order Terms and Conditions, unless otherwise agreed upon in writing. These
Terms and Conditions are located at:
http://www.vector-cantech.com/portal/medien/vector_cantech/Vector_Terms_and_Conditions.pdf.

**Terms of payment:**
Within  30 days without deduction
If paying by credit card, please note additional fees may be charged by your credit card
company.
**Delivery Terms:** Products shipped 7-10 days upon receipt of order.
This quotation is valid for 30 days.
Shipping is FOB destination - USA only.


Best Regards,
Vector CANtech, Inc.
Marc Semma

Document-No.: 15050928    Date: 04/23/2009



## Detailed Results

Enter tracking number [ Track ]

**Detailed Results** | Notifications

### Tracking no.: 355512960215426

✉ E-mail notifications

**Delivered**

Initiated — Picked up — In transit — Delivered ✓

**Delivered**
Signed for by: DSCHLICHT

**Shipment Dates**
Ship date ❓    May 29, 2009
Delivery date ❓    Jun 1, 2009 8:42 AM

**Destination**
Pontiac, MI
Signature Proof of Delivery ❓

### Shipment Facts                                                                  Help

| Service type | Ground-Domestic | Reference | Box 2 of 2 |
| Weight | 14.0 lbs/6.4 kg | Purchase order number | TCS27138 |

### Shipment Travel History                                                         Help

Select time zone: [ Select ]                          Select time format: **12H** | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
| --- | --- | --- | --- |
| Jun 1, 2009 8:42 AM | **Delivered** | Pontiac, MI | |
| May 30, 2009 6:08 AM | On FedEx vehicle for delivery | LAKE ORION, MI | |
| May 30, 2009 6:03 AM | Arrived at FedEx location | LAKE ORION, MI | |
| May 30, 2009 5:21 AM | At local FedEx facility | LAKE ORION, MI | |
| May 30, 2009 3:01 AM | Departed FedEx location | TOLEDO, OH | |
| May 29, 2009 11:51 PM | Arrived at FedEx location | TOLEDO, OH | |
| May 29, 2009 8:51 PM | Left FedEx origin facility | LIVONIA, MI | |
| May 29, 2009 8:05 PM | Arrived at FedEx location | LIVONIA, MI | |
| May 29, 2009 3:35 PM | Picked up | LIVONIA, MI | |
| May 29, 2009 2:54 PM | Shipment information sent to FedEx | | |

## Detailed Results



**Detailed Results** | Notifications

Enter tracking number    [Track]

Tracking no.: 355512960215419                    ✉ E-mail notifications

**Delivered**

Initiated — Picked up — In transit — Delivered

**Delivered**
Signed for by:  DSCHLICHT

Shipment Dates                                   Destination
Ship date ⓘ   May 29, 2009                       Pontiac, MI
Delivery date ⓘ   Jun 1, 2009 8:42 AM            Signature Proof of Delivery ⓘ

### Shipment Facts                                          Help

Service type        Ground-Domestic        Reference               Box 1 of 2
Weight              16.3 lbs/7.4 kg         Purchase order number   TCS27138

### Shipment Travel History                                 Help

Select time zone: [Select]            Select time format:  **12H** | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|-----------|----------|----------|---------|
| Jun 1, 2009 8:42 AM | **Delivered** | Pontiac, MI | |
| May 30, 2009 6:06 AM | On FedEx vehicle for delivery | LAKE ORION, MI | |
| May 30, 2009 6:02 AM | Arrived at FedEx location | LAKE ORION, MI | |
| May 30, 2009 5:21 AM | At local FedEx facility | LAKE ORION, MI | |
| May 30, 2009 3:01 AM | Departed FedEx location | TOLEDO, OH | |
| May 29, 2009 11:52 PM | Arrived at FedEx location | TOLEDO, OH | |
| May 29, 2009 8:51 PM | Left FedEx origin facility | LIVONIA, MI | |
| May 29, 2009 8:16 PM | Arrived at FedEx location | LIVONIA, MI | |
| May 29, 2009 3:35 PM | Picked up | LIVONIA, MI | |
| May 29, 2009 2:54 PM | Shipment information sent to FedEx | | |



## Detailed Results

| Enter tracking number | **Track** |

| **Detailed Results** | Notifications |

---

Tracking no.: 355512960215402                                    ✉ E-mail notifications

### Delivered

Initiated    Picked up    In transit    **Delivered**

**Delivered**
Signed for by: DSCHLICHT

**Shipment Dates**                                    **Destination**
Ship date ⓘ    May 29, 2009                   Pontiac, MI
Delivery date ⓘ    Jun 1, 2009 8:42 AM      Signature Proof of Delivery ⓘ

---

### Shipment Facts                                                    Help

| Service type | Ground-Domestic | Reference | TCS27100 |
| Weight | 1.0 lbs/0.5 kg | | |

---

### Shipment Travel History                                          Help

Select time zone: [Select]                    Select time format: **12H** | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
| --- | --- | --- | --- |
| Jun 1, 2009 8:42 AM | **Delivered** | Pontiac, MI | |
| May 30, 2009 6:10 AM | On FedEx vehicle for delivery | LAKE ORION, MI | |
| May 30, 2009 6:06 AM | Arrived at FedEx location | LAKE ORION, MI | |
| May 30, 2009 5:21 AM | At local FedEx facility | LAKE ORION, MI | |
| May 30, 2009 3:01 AM | Departed FedEx location | TOLEDO, OH | |
| May 29, 2009 11:46 PM | Arrived at FedEx location | TOLEDO, OH | |
| May 29, 2009 8:51 PM | Left FedEx origin facility | LIVONIA, MI | |
| May 29, 2009 8:18 PM | Arrived at FedEx location | LIVONIA, MI | |
| May 29, 2009 3:35 PM | Picked up | LIVONIA, MI | |
| May 29, 2009 2:54 PM | Shipment information sent to FedEx | | |

Español | Customer Support | FedEx Locations    Search    **Go**

**FedEx** ®

| Package/Envelope | Freight | Expedited | Office/Print Services ✳ |

Ship ▸        Track ▸        Manage ▸        Business Solutions ▸

## Detailed Results

Printable Version          Help

[Enter tracking number]    **Track**

| Detailed Results | Notifications |
|---|---|

Tracking no.: 355512960215396                    ✉ E-mail notifications

## Delivered

Initiated — Picked up — In transit — Delivered ✓

**Delivered**
Signed for by: DSCHLICHT

| Shipment Dates | Destination |
|---|---|
| Ship date ?  May 29, 2009 | Pontiac, MI |
| Delivery date ?  Jun 1, 2009 8:42 AM | Signature Proof of Delivery ? |

### Shipment Facts                                    Help

| Service type | Ground-Domestic | Reference | TCS27325 |
|---|---|---|---|
| Weight | 1.0 lbs/0.5 kg | | |

### Shipment Travel History                          Help

Select time zone: [Select]          Select time format:  **12H**  |  **24H**

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Jun 1, 2009 8:42 AM | **Delivered** | Pontiac, MI | |
| May 30, 2009 6:13 AM | On FedEx vehicle for delivery | LAKE ORION, MI | |
| May 30, 2009 6:07 AM | Arrived at FedEx location | LAKE ORION, MI | |
| May 30, 2009 5:21 AM | At local FedEx facility | LAKE ORION, MI | |
| May 30, 2009 3:01 AM | Departed FedEx location | TOLEDO, OH | |
| May 29, 2009 11:45 PM | Arrived at FedEx location | TOLEDO, OH | |
| May 29, 2009 8:51 PM | Left FedEx origin facility | LIVONIA, MI | |
| May 29, 2009 8:16 PM | Arrived at FedEx location | LIVONIA, MI | |
| May 29, 2009 3:35 PM | Picked up | LIVONIA, MI | |
| May 29, 2009 1:55 PM | Shipment information sent to FedEx | | |

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995-2009 FedEx

GM — POWERTRAIN GLOBAL HQ

# PURCHASE ORDER : TC827325

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices. Invoice Attn: Accounts Payable Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**PHONE:** 586-492-8477
**V. BARAD** 7801   Buyer

PURCHASING AGENT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | ALTERATION EFFECTIVE DATE | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00001 | 2 | PRZX4641 001 | | | | 09/30/09 | C   0.00% | | 5213.2500 | | |

**General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

TO:
VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI   US
48375

A005630   USER DINESH RAM

PAYMENT TERMS
NET   NET 60 DAYS

SHIP TO:
ENGINEERING BUILDING
PLANT 13 DOCK 45W
895 JOSLYN AVE
PONTIAC MI   US
48340-2920

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490,
85082-3490   PHOENIX AZ   US

F.O.B.
FREIGHT COLLECT

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

ORDER DATE
05/06/09

ALTERATION ISSUE DATE

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD  DOLLAR (UNITED STATES)

SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND
EQUIPMENT PURCHASING AVAILABLE DURING DETROIT
BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT
IMEHELPDESK@GM.COM
QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT
DISBURSEMENTS AT 248-874-4636.

THE PAYMENT TERMS OTHERWISE SET FORTH HEREIN ARE
MODIFIED AS FOLLOWS:
THE PAYMENT DATE SHALL BE NET 60, WITH DISBURSEMENTS
OCCURRING ON A WEEKLY PAYMENT CYCLE. PAYMENT WILL BE
TRIGGERED UPON BUYER'S RECEIPT OF (A) GOODS OR
(B) A VALID INVOICE.

REF QUOTATION#15053559

PO ISSUED AS PER BUYER EMAIL DTD 05/06/2009

11190   CANOE RUN V7.1
MICHAEL R ROSATI   734-320-8588
DELIVER TO: GMPT HEADQUARTERS
895 JOSLYN RD.   DOCK #45   INZI DROP ZONE

ORIGINAL

CONTINUE PAGE   2

COPY

CHMA408 4/93

# General Motors Corporation

## PURCHASE ORDER : TCS27325

**PAGE 2**

GM - POWERTRAIN GLOBAL HQ

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices. Invoice Attn: Accounts Payable. Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**GENERAL MOTORS CORPORATION**
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

**VENDOR NUMBER 11-175-7464**
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375   US

SHIP TO:
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920   US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
INVOICE TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490,
85082-3490
PHOENIX AZ   US

PAYMENT TERMS   **NET 60 DAYS**

ORDER DATE: 05/06/09
SHIP VIA: REFER TO WWW.GMSHIPPING.COM
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:
PHONE: 586-492-6477
V. BARAD   7801
Buyer
PURCHASING AGENT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| 00002 | 4 | PRZX4641 002 | PONTIAC, MI  48340<br>ATTN: MICHAEL ROSATI, 734 320-8588<br>WHO ORDERED: ROSATI 734-320-8588<br>07136 CANBOARDXL PCIE V1.0<br>MICHAEL R ROSATI 734-320-8588<br>WHO ORDERED: ROSATI 734-320-8588 | | 09/30/09 | C | 0.00% | 875.0000   3500 | | CARD |
| 00003 | 6 | PRZX4641 003 | 22026 CANPIGGY 1050DPTO HIGHSPEED<br>MICHAEL R ROSATI 734-320-8588<br>WHO ORDERED: ROSATI 734-320-8588 | | 09/30/09 | C | 0.00% | 155.6100   933.66 | | PCS |
| 00004 | 2 | PRZX4641 004 | 22022 CANPIGGY 5790DPTO LOWSPEED<br>MICHAEL R ROSATI 734-320-8588<br>WHO ORDERED: ROSATI 734-320-8588 | | 09/30/09 | C | 0.00% | 155.6100   311.22 | | PCS |
| 00005 | 2 | PRZX4641 005 | MA-COR MAINTENANCE AGREEMENT CANOE RUN<br>MICHAEL R ROSATI 734-320-8588<br>WHO ORDERED: ROSATI 734-320-8588 | | 09/30/09 | C | 0.00% | 1296.0000   2592 | | COPY |
| A005630 | | USER DINESH RAM | CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT)<br>CONTRACT CLAUSE | | | | | | |

**ORIGINAL**                                   **CONTINUE PAGE    3**

CHMM08 4/93

**GM** General Motors Corporation

## PURCHASE ORDER: TCS27325

PAGE 3

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI                          US
48375

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13 DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                       US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS A&P
PO BOX 63490,    PHOENIX AZ
85082-3490                       US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
Invoice Attn: Accounts Payable
(2) copies of your packing slip must accompany each shipment,
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | 05/06/09 | PHONE: 586-492-8477 |
| ALTERATION ISSUE DATE | | 7801     V. BARAD     Buyer |
| ALTERATION EFFECTIVE DATE | | PURCHASING AGENT |
| SHIP VIA | REFER TO WWW.GMSHIPPING.COM | |

| ITEM SEQUENCE | PAYMENT TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A005630 | NET NET 60 DAYS | USER DINESH RAM | | | | | | | | | |

NET TERMS    NET 60 DAYS

SPECIAL TERM (U.S.) - C-TPAT

F.O.B.    FREIGHT COLLECT    DESTINATION UNLESS OTHERWISE INDICATED

FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED
STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE
RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED
STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP
AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR
INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/
ENFORCE/TPAT.HTM). AT BUYER'S OR THE CUSTOMS
SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING
ITS COMPLIANCE WITH THE FOREGOING. SELLER SHALL
INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST
ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES
(INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES)
ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE.
(AT 6/20/02)

IMPORTANT NOTICE: EFFECTIVE SEPTEMBER 1, 2008
SIGNIFICANT CHANGES HAVE BEEN MADE TO THE GMNA
SHIPPING INSTRUCTIONS. PLEASE REVIEW FOR CARRIER
UPDATES.   NON-COMPLIANCE TO THESE
INSTRUCTIONS MAY RESULT IN FREIGHT CHARGES BEING
DEBITED BACK TO THE SUPPLIER.
GM ROUTING / SHIPPING INSTRUCTIONS CAN BE FOUND AT
WWW.GMSHIPPING.COM

ORIGINAL                                        CONTINUE PAGE

CHMM008 4/93                                          4

3

**General Motors Corporation**

**PURCHASE ORDER :** TCS27325

PAGE 4

TO:
GLOBAL PURCHASING
GENERAL MOTORS CORPORATION
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375
US

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13 DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920
US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490,
85082-3490
PHOENIX AZ
US

INVOICE TO:

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

ORDER DATE: 05/06/09

ALTERATION ISSUE DATE:

SHIP VIA:
REFER TO WWW.GMSHIPPING.COM

PHONE : 586-492-8477
V. BARAD                Buyer
7801

ALTERATION EFFECTIVE DATE:

BASE UNIT PRICE

PURCHASING AGENT

| ITEM SEQUENCE NO. | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| A005630 | | | | | | | | | |

PAYMENT TERMS   NET NET 60 DAYS

USER DINESH RAM

F.O.B   DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

EXPORT ADMINISTRATION REGULATIONS (EAR) CONTROLLED
PURCHASES
*******************************************
THE TECHNICAL DATA ASSOCIATED WITH THIS EQUIPMENT,
SERVICE OR PART IS CONTROLLED UNDER U.S. EXPORT LAWS.
YOU MAY NOT EXPORT OR RE-EXPORT THE TECHNICAL DATA,
INCLUDING BUT NOT LIMITED TO PRINTS, ROUTINGS AND
SPECIFICATIONS ASSOCIATED WITH THIS REQUEST FOR
QUOTATION OR PURCHASE CONTRACT WITHOUT THE PROPER
GOVERNMENTAL AUTHORIZATIONS.

UNLESS OTHERWISE INDICATED IN THIS RFQ, SELLER IS
REQUIRED TO HAVE ELECTRONIC DATA INTERCHANGE
CAPABILITY WORLDWIDE.

"DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO
ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED
BELOW." GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE
STATES. AS A RESULT, IN ALL OF THE IDENTIFIED STATES
BELOW LISTED GM CORPORATE ENTITIES WILL REMIT
DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX
LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE
PERSONAL PROPERTY AND SERVICES (1). THEREFORE,
EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL
TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR
THOSE STATES NOT IDENTIFIED BELOW. FOR THOSE STATES

ORIGINAL                CONTINUE PAGE   5

CHMM008  4/93

## GM  General Motors Corporation

**GM - POWERTRAIN GLOBAL HQ**

# PURCHASE

# ORDER : TCS27325

PAGE 5

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI                    US
48375

**SHIP TO:**
ENGINEERING BUILDING
PLANT 13 DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                US

**INVOICE TO:**
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS A&P
PO BOX 63490, PHOENIX AZ
85082-3490                US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % |
|---|---|---|---|---|---|---|---|
| | | | NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE | | | | |
| | | | SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER. | | | | |
| | | | LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX | | | | |
| | | | LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS | | | | |
| | | | WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY: | | | | |
| | | | * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | |
| | | | GENERAL MOTORS CORPORATION PERMITS: | | | | |
| | | | GEORGIA #044-38-00894-3 | | | | |
| | | | INDIANA #003-2804890001 | | | | |
| | | | KENTUCKY #0000-10 | | | | |
| | | | KANSAS #98-00003B | | | | |
| | | | LOUISIANA #6009013-008DP (FAIRFAX ONLY) | | | | |
| | | | MARYLAND #20 | | | | |
| | | | MICHIGAN #ME-0900440 | | | | |
| | | | MISSISSIPPI #4277 (SPO ONLY) | | | | |
| | | | MISSOURI #11731559 | | | | |
| | | | NEW JERSEY #N79-001-683/000 | | | | |
| | | | NEW YORK #DP-003445 | | | | |
| | | | OHIO #98-000613 | | | | |
| | | | OKLAHOMA #137479 | | | | |
| | | | PENNSYLVANIA #02-93450/DP246 | | | | |
| | | | TEXAS #1-38-0572515-0 | | | | |
| | | | VIRGINIA #998000793 | | | | |
| | | | WISCONSIN #WDP95-01-01012 | | | | |
| | | | * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | |
| | | | ONSTAR CORPORATION PERMIT: | | | | |

**PAYMENT TERMS**
NET NET 60 DAYS

**F.O.B.**
FREIGHT COLLECT

DESTINATION UNLESS OTHERWISE INDICATED

**SHIP VIA**
REFER TO WWW.GMSHIPPING.COM

ORDER DATE 05/06/09

ALTERATION ISSUE DATE 7801

ALTERATION EFFECTIVE DATE

PHONE: 586-492-8477
V. BARAD                Buyer

PURCHASING AGENT

**BASE UNIT PRICE**

**PRICE MULTIPLE**

**UNIT OF MEASURE**

A005630    USER DINESH RAM                    ORIGINAL                    CONTINUE PAGE    6

CHMM08 4/93

**General Motors Corporation**

## PURCHASE ORDER: TCS27325

PAGE 6

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. Copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices. Invoice Attn: Accounts Payable. Do not Declare Valuation of Express Shipments or Insure Parcel Post.

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375
US

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13 DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920
US

INVOICE FOR SERVICE, MACHINERY & EQUIP ONLY. QUESTIONS TO:

INVOICE TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS A&P
PO BOX 63490,
85082-3490 PHOENIX AZ
US

ORDER DATE: 05/06/09
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

PHONE: 586-492-8477
V. BARAD
7801    Buyer

SHIP VIA: REFER TO WWW.GMSHIPPING.COM

PURCHASING AGENT

| ITEM SEQUENCE | PAYMENT TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A005630 | NET NET 60 DAYS | USER DINESH RAM | | | | | | | | | |

FREIGHT COLLECT
F.O.B  DESTINATION UNLESS OTHERWISE INDICATED

MICHIGAN #38-3506814 * * * * * * * * * * * * * * * * * * * * * * * * *
SATURN CORPORATION PERMITS:
MICHIGAN #38-2577506
TENNESSEE #10031525 9
* * * * * * * * * * * * * * * * * * * * * * * * *
FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION
CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND
USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR
(WITH THE EXCEPTION OF TEXAS), AND SHOULD BE INCLUDED
IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO
SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05) OR
SECTION 6 OF THE GM1638A (08/02), UNLESS THE
RESPONSIBILITY FOR PAYMENT OF SALES & USE TAXES ARE
OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. WITH
REFERENCE TO TEXAS: IF THE ORDER RELATES TO A
CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE
CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED
CONTRACTS AND AS SUCH SHOULD NOT INCLUDE SALES TAX
IN THE COST OF INCORPORATED MATERIALS OR EQUIPMENT.
IN ADDITION, THE CONTRACTOR SHOULD NOT BILL GM
(GENERAL MOTORS CORPORATION ONLY) FOR SALES TAX ON
THE SEPARATED COSTS OF MATERIAL OR LABOR. GM WILL
ACCRUE AND REMIT THE APPROPRIATE SALES TAX
DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT
PAY PERMIT.

ORIGINAL

CONTINUE PAGE    7

CHHM08  4/93

GM | General Motors Corporation

# PURCHASE ORDER : TCS27325

PAGE 7

## PURCHASING AGENT

| ORDER DATE | SHIP VIA |
|---|---|
| 05/06/09 | REFER TO WWW.GMSHIPPING.COM |

| ALTERATION ISSUE DATE | PHONE: 586-492-8477 |
|---|---|
| 7801 | V. BARAD |
| ALTERATION EFFECTIVE DATE | Buyer |

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(1) copies of your packing slip must accompany each shipment.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**TO:**
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

**SHIP TO:**
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13 DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920        US

**INVOICE FOR SERVICE, MACHINERY & EQUIP ONLY. QUESTIONS TO:**

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375        US

**INVOICE TO:**
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS A&P
PO BOX 63490,
85082-3490        PHOENIX AZ
US

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|---|
| NET NET 60 DAYS | FREIGHT COLLECT | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | BFO NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| A005630 | | USER DINESH RAM | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | | | |

DISBURSEMENT SERVICES -
CUSTOMER COMMUNICATION CENTER
PHONE:  (248) 874-4636
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO
THE FOLLOWING:
*

(1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES,
HOTELS, AND MEAL PURCHASES.  TAX IS TO BE PAID
DIRECTLY TO THE SUPPLIER OF THESE ITEMS.

TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

This order is not binding until accepted. Acceptance should be executed on an acknowledgement copy which should be returned to Buyer.
On the reverse side hereof and conditions subject to Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

ORIGINAL                    LAST PAGE

CHMM008  4/93



Vector CANtech, Inc.

# Quotation   15053559  Rev. 1   05/05/2009

Suite 550
39500 Orchard Hill Place
Novi, MI 48375

Phone (248) 449-9290
Fax (248) 449-9704
sales@vector-cantech.com

Mike Rosati
Senior Project Engineer
Bldg. C    Cube 1C28
General Motors Corporation
895 Joslyn Road
Pontiac MI  48340
Phone : +1 734 320 8588
Fax :
E-Mail : michael.r.rosati@gm.com


Dear Mr. Rosati,

Thank you for your interest in Vector products.  Please call if we can answer any questions.

Did you know...

**Vector offers a CAN (D-Sub9) to J1962 (OBDII) diagnostic cable.**

Ask our sales department for more details!

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|-----------:|---------------:|
| 1000 | 2 | 11190 | **CANoe RUN V7.1** | $  6,951.00 | $   13,902.00 |
|      |   | Discount [%] | 25.00- % | | $    3,475.50- |
|      |   |   |   |   | $   10,426.50 |
|      |   |   | Software tool as runtime environment for (remaining bus) simulation, communication analysis and testing of ECUs in distributed systems. Supports bus system CAN. | | |
| 2000 | 2 | 07136 | **CANboardXL PCIe V1.0** | $   875.00 | $    1,750.00 |
|      |   |   | PCI-Express interface for CAN and LIN (2 channels). | | |
| 2010 | 4 | 22026 | **CANpiggy 1050opto ( Installed )** | $   163.80 | $     655.20 |
|      |   | Discount [%] | 5.00- % | | $      32.76- |
|      |   |   |   |   | $     622.44 |
|      |   |   | Transceiver module with opto decoupled High-Speed CAN transceiver TJA1050. | | |
| 3000 | 2 | 07136 | **CANboardXL PCIe V1.0 ( Unlicensed )** | $   875.00 | $    1,750.00 |
|      |   |   | PCI-Express interface for CAN and LIN (2 channels). | | |

Document-No.: 15053559    Date: 05/05/2009

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|-----------:|---------------:|
| 3010 | 2 | 22026 | CANpiggy 1050opto ( Installed ) | $ 163.80 | $ 327.60 |
| | | Discount [%] | 5.00- % | | $ 16.38- |
| | | | | | $ 311.22 |

Transceiver module with opto decoupled High-Speed CAN transceiver TJA1050.

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|-----------:|---------------:|
| 3020 | 2 | 22022 | CANpiggy 5790opto c ( Installed ) | $ 163.80 | $ 327.60 |
| | | Discount [%] | 5.00- % | | $ 16.38- |
| | | | | | $ 311.22 |

Transceiver module with opto decoupled Single-Wire CAN transceiver AU5790c.

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|-----------:|---------------:|
| 4000 | 2 | MA-COR | Maintenance Agreement CANoe RUN | $ 1,296.00 | $ 2,592.00 |

Scope of services: Updates for software + options within the maintenance period
Maintenance costs: 18% of the software list price per licence and year
Maturity: Due at the start of the maintenance period
Duration: At least 1 year
Precondition: Actual software licence

The adequate options of your software cannot get separate maintenance. They are considered automatically. Please find them listed below.

**Total value**      $ 17,763.38

NOTE:

**We deliver based upon the following Terms and Conditions:**
Orders placed are governed by Vector CANtech's Terms and Conditions which supersede any customer's purchase order Terms and Conditions, unless otherwise agreed upon in writing. These Terms and Conditions are located at:
http://www.vector-cantech.com/portal/medien/vector_cantech/Vector_Terms_and_Conditions.pdf.

**Terms of payment:**
No deduction until day  2 in  2  months
Baseline date on day  31 of month
If paying by credit card, please note additional fees may be charged by your credit card company.
**Delivery Terms:** Products shipped 7-10 days upon receipt of order.
This quotation is valid for 30 days.
Shipping is FOB destination - USA only.

Best Regards,
Vector CANtech, Inc.
Marc Semma

SLS020104-1Rev4

Document-No.: 15053559    Date: 05/05/2009