# Invoice   90101039   09/26/2007

**vector**

Vector CANtech, Inc.

Suite 550
39500 Orchard Hill Place
Novi MI 48375

Phone (248) 449-9290
Fax (248) 449-9704
sales@vector-cantech.com

Bill To:
Customer No.: 7000041
General Motors FSS ABP
Attn: Accounts Payable
PO Box 63490
Phoenix AZ  85082-3490

Ship To:
**Kevin Kidston   248 343 7290**
**Mail Code 483-316-100**
GM-Milford Proving Grounds
NA Validation Center
Attn: Kevin Kidston (248)343-7290
MC: 483-316-100
Bldg 7 Dock 1
3300 General Motors Road
Milford MI  48380

| | |
|---|---|
| PurchaseOrder: | TCS10009 |
| PODate: | 09/05/2007 |
| Terms: | 30 days net |
| DeliveryNote: | 80092119 |
| DeliveryDate: | 09/26/2007 |
| DeliveryType: | FedEx 2-Day (US) |
| TrackingNumber: | 925883387500 |
| RemitTo: | Above Address |

Hand Delivered by Alex Stark On 09/27/2007

| Item-No | Qty | Description | Price(USD) | Total(USD) |
|---------|-----|-------------|-----------|-----------|
| 1000 | 19 | **CANalyzer pro V6.1** | $  2,646.00 | $  50,274.00 |
| | | PR793908 001 Vendor 11-175-7464 | | |
| 2000 | 19 | **CANape V6.5** | $  5,051.20 | $  95,972.80 |
| | | PR793908 002 Vendor 11-175-7464 | | |
| 3000 | 19 | **CANcardXL V1.0** | $  693.50 | $  13,176.50 |
| | | PR793908 003 Vendor 11-175-7464 | | |
| 4000 | 38 | **CANcab 1050opto** | $  204.25 | $  7,761.50 |
| | | PR793908 004 Vendor 11-175-7464 | | |
| 5000 | 19 | **CANcab 5790opto c** | $  262.20 | $  4,981.80 |
| | | PR793908 005 Vendor 11-175-7464 | | |

Number: 90101639        Date: 09/26/2007

| Item-No | Qty | Description | Price(USD) | Total(USD) |
|---------|-----|-------------|-----------|-----------|
| 6010 | 1 | CANoe/DENoe Opt .LIN V6.1 | $ 1,890.00 | $ 1,890.00 |
| | | PR793908 0015<br>Vendor 11-175-7464 | | |
| 6020 | 1 | CANoe/DENoe Opt .FlexRay V6.1 | $ 4,050.00 | $ 4,050.00 |
| | | PR793908 0016<br>Vendor 11-175-7464 | | |
| 7000 | 1 | CANcardXL V1.0 (License Key) | | |
| 8000 | 2 | LINcab 7259mag | $ 228.00 | $ 456.00 |
| | | PR793908 0017<br>Vendor 11-175-7464 | | |
| 9000 | 1 | FlexCard Cyclone II / E-Ray | $ 2,388.00 | $ 2,388.00 |
| | | PR793908 0018<br>Vendor 11-175-7464 | | |
| 10000 | 1 | CANdelaStudio Admin V5.0 | $ 13,560.00 | $ 13,560.00 |
| | | PR793908 0014<br>Vendor 11-175-7464 | | |
| 11000 | 1 | CANdelaStudio Standard V5.0 | $ 6,762.00 | $ 6,762.00 |
| | | PR793908 0012<br>Vendor 11-175-7464 | | |
| 12000 | 10 | CANlog4 | $ 2,260.00 | $ 22,600.00 |
| | | PR793908 006<br>Vendor 11-175-7464 | | |
| 12010 | 10 | CANlog Piggy-Back 6255 | $ 100.00 | $ 1,000.00 |
| | | PR793908 007<br>Vendor 11-175-7464 | | |
| 12020 | 20 | CANlog Piggy-Back 1050 | $ 102.00 | $ 2,040.00 |
| | | PR793908 008<br>Vendor 11-175-7464 | | |

Number: 90101039        Date: 09/26/2007

| Item-No | Qty | Description | Price(USD) | Total(USD) |
|---------|-----|-------------|------------|------------|
| 12025 | 10 | CANlog I/O Card D4I4O    PR793908 010 | $    320.00 | $    3,200.00 |
| | | PR793908 010<br>Vendor 11-175-7464 | | |
| 12040 | 10 | CANlog4 Flash card 64 MB | $    250.00 | $    2,500.00 |
| | | PR793908 009<br>Vendor 11-175-7464 | | |
| 13000 | 2 | CANlog/Multilog LOGview | $    580.00 | $    1,160.00 |
| | | PR793908 011<br>Vendor 11-175-7464 | | |
| 15000 | 1 | Maintenance Agr. CANdelaStudio Adm. | | |
| | | Order 40009175 from 09/25/2007 | | |
| 16000 | 1 | Maintenance Agr. CANdelaStudio Std. | | |
| | | Order 40009175 from 09/25/2007 | | |

**Invoice Total (Amount Due)**                                     **$    233,772.60**

Payment dates:      Up to 10/26/2007 without deduction
Terms of delivery:    FOB USA Only

### *Financial Shared Services – Invoice Processing*
### *Return Letter with Invoice*

**Date:    *October 9, 2007***

| To: | *Vector* | DCN: | 234867 |
|---|---|---|---|
| **Invoice Number:** | 90101039 | **P.O:** | **TCS10009** |

*We are unable to process the attached invoice due to the following:*

*Requester e-mail address:  kevin.s.kidston@gm.com*

- *Invoice does not match ITEM ID/PR # as shown on purchase order. Supplier needs to contact the requester / buyer.  Item # PR793908 003 is not listed on the PO.  Please verify.*

```
SESSION1 - EXTRA! Enterprise 2000                                    _ □ ×

NPT42030            MULTIPLE ITEM RECEIPT              LOC : TC
TC/NZH7VH  /E     RECEIPT TYPE:                        DATE: 10/08/07
                                                       TIME: 09:55:18
A/C:    SB./RELEASE #: TCS10009 BEG SEQ:     RECEIPT #:       RSC #:
PACKING SLIP #:             CARGO:                  VERS:     VER COMP:
DOCK:      CARRIER:      DATE REC'D:       DATE SHIP'D:    B.P.I. IND:
VENDOR1: VECTOR CANTECH INC            CMT:              ID:
VENDOR2:                              PRO#:                    MORE
A/C SEQ#  QTY REC'D S  U/M ITEM ID/PR#  NOUN NAME/PR DESC  CHEMCL  QTY OPEN
 00001               EACH PR793908 001  CANALYZER PRO V6.1         19.00
 00002               EACH PR793908 002  CANAPE GRAPH V6.5 (        19.00
 00004               EACH PR793908 004  CANCAB 10500PTO (PA        38.00
 00005               EACH PR793908 005  CANCAB 57900PTO C (        19.00
 00006               EACH PR793908 006  CANLOG4 (PART #: 28        10.00
 00007               EACH PR793908 007  CANLOG PIGGY-BACK 6        10.00
 00008               EACH PR793908 008  CANLOG PIGGY-BACK 1        20.00
 00009               EACH PR793908 009  CANLOG4 FLASH CARD         10.00
 00010               EACH PR793908 010  CANLOG I/O CARD D4I        10.00
 00011               EACH PR793908 011  CANLOG/MULTILOG LOG        10.00
I00003-INQUIRY COMPLETE

PF01: HELP         PF04: BLANK SCREEN  PF07: SB/RL REC INQ PF10: VERSION COMP
PF02: GO TO        PF05: RECEIPT HDR   PF08: ITEM BUY HIST PF11: SCROLL FWRD
PF03: PREVIOUS MENU PF06: ROUTING SLIP PF09: ORD STAT INQ  PASSWORD:
4                         @ :00.1                                   13/02
Connected to host ahipctn.sys.eds.com [206.122.115.2] (VA2T4A43)    NUM    9:55 AM
```

*If you issue a revised invoice please forward to:*
> *GM Financial Shared Services Acquisition Business Process*
> *c/o OLIMPIC Receipting*
> *PO Box 63490*
> *Phoenix, AZ. 85082-3490*

*Thank You,*

*Nikki Quickel*

*Any inquiries regarding the above, contact : fss_invoice_processing@gm.com*




0005038    USER REBECCA DEGENFECDER

**GM General Motors Corporation**

# PURCHASE ORDER:

**PAGE** 1

GENERAL MOTORS CORP.
GLOBAL PURCHASING
200 RENAISSANCE CENTER
BOX 200 M\C 482-B29-D84
DETROIT MI 48265-2000

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375
US

**SHIP TO:**
GM - MILFORD PROVING GROUNDS
NA VALIDATION CENTER
3300 GENERAL MOTORS RD
BLDG 7 DOCK 1
MILFORD MI
48380-3726    US

**INVOICE TO:**
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ    US
85082-3490

TCS10009 002

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | ALTERATION ISSUE DATE | |
|---|---|---|
| 09/05/07 | 10/25/07 | R. DEGENFELDER |
| | ALTERATION EFFECTIVE | PA11 |
| | 10/25/07 | Buyer |

PHONE: 313-667-3963
R. DEGENFELDER
PA11
*Degenfelder* PURCHASING AGENT

**PAYMENT TERMS**
NET 2ND DAY OF 2ND MONTH

**F.O.B.**
FREIGHT COLLECT

**DESTINATION UNLESS OTHERWISE INDICATED**

**SHIP VIA**
REFER TO WWW.GMSUPPLYPOWER.COM

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| 0022 | 19 | PR793908 003 | ### SPOT BUY TCS10009 HAS BEEN ALTERED AS FOLLOWS ### | | 09/28/07  C | 0.00% | 693.5000 | | EACH |
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | ALTERATION TO PURCHASE ORDER TO ADD SEQ 003 ORIGINAL TERMS AND CONDITIONS APPLY. | | | | | | |
| | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | | |
| | | | CANCARDXL V1.0 (PART#: 071100) KEVIN KIDSTON 248-343-7290 WHO ORDERED: KIDSTON 248-343-7290 | | | | | | |

LAST PAGE

CHMM08 4/93

**GM General Motors Corporation**

# PURCHASE ORDER:   TCS10009 001

PAGE   1

### ### A L T E R A T I O N ###

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 09/05/07 | 09/17/07 |
|  | ALTERATION EFFECTIVE DATE |
|  | 09/17/07 |

### ### A L T E R A T I O N ###

PHONE: 313-667-3963
R. DEGENFELDER
PA11   Buyer

PURCHASING AGENT

REFER TO WWW.GMSUPPLYPOWER.COM

GENERAL MOTORS CORP.
GLOBAL PURCHASING
200 RENAISSANCE CENTER
BOX 200 M\C 482-B29-D84
DETROIT MI
48265-2000

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI    US
48375

SHIP TO:
GM - MILFORD PROVING GROUNDS
NA VALIDATION CENTER
3300 GENERAL MOTORS RD
BLDG 7 DOCK 1
MILFORD MI
48380-3726    US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490    US

F.O.B.   FREIGHT COLLECT

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA   REFER TO WWW.GMSUPPLYPOWER.COM

PAYMENT TERMS   NET   2ND DAY OF 2ND MONTH

| ITEM/SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE PER/MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0005010 | 1 | USER REBECCA DEGENFECDER | | | | | | | | |
| 0020 | 1 | PR793908 020 | ### THIS ITEM HAS BEEN CHANGED ### | MAINTENANCE FOR OPTION .LIN (PART #: MA-COE.LIN) KEVIN KIDSTON 248-343-7290 WHO ORDERED: KIDSTON 248-343-7290 | | 09/28/07 | C   0.00% | 314.0000 | | EACH |
| 0019 | 0 | PR793908 019 | ### THIS ITEM HAS BEEN CANCELED ### | MAINTENANCE AGREEMENT CANOE (PART #: MA-COE) KEVIN KIDSTON 248-343-7290 WHO ORDERED: KIDSTON 248-343-7290 | | C | C   0.00% | 1987.0000 | | EACH |
| 0003 | 0 | PR793908 003 | ### THIS ITEM HAS BEEN CANCELED ### | CANCARDXL V1.0 (PART#: 07100) KEVIN KIDSTON 248-343-7290 WHO ORDERED: KIDSTON 248-343-7290 | | C | C   0.00% | 693.5000 | | EACH |

ORIGINAL TERMS APPLY.

REVISION TO ORIGINAL PO TO CORRECT PRICING.
REFERENCE REVISED QUOTE 15023180

### THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

### SPOT BUY TCS10009 HAS BEEN ALTERED AS FOLLOWS ###

The Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

CONTINUE PAGE

CHMM006 4/93



# GM General Motors Corporation

## PURCHASE ORDER: TCS10009 001

PAGE 2

### ### ALTERATION ###

**ALTERATION**

ORDER DATE 09/05/07
ALTERATION ISSUE DATE 09/17/07
ALTERATION EFFECTIVE DATE 09/17/07

PHONE: 313-667-3963
R. DEGENFELDER
PA11
Buyer

PURCHASING AGENT

### ### THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PURCHASING AGENT

**GENERAL MOTORS CORP.**
GLOBAL PURCHASING
200 RENAISSANCE CENTER
BOX 200 M/C 482-B29-D84
DETROIT MI
48265-2000

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375                                      US

SHIP TO:
GM - MILFORD PROVING GROUNDS
NA VALIDATION CENTER
3300 GENERAL MOTORS RD
BLDG 7 DOCK 1
MILFORD MI
48380-3726                                 US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                                 US

| PAYMENT TERMS | F.O.B. | | SHIP VIA | |
|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | FREIGHT COLLECT DESTINATION UNLESS OTHERWISE INDICATED | | REFER TO WWW.GMSUPPLYPOWER.COM | |

This order is not binding until accepted. Acceptance should be executed on Acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are set the terms and conditions to which Seller agrees by acceptance of this order. This code, includes the terms and conditions on the face and reverse side hereof, contain the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ITEM SEQUENCE REFERENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE PER/ MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0005010 | 1 | PR793908 021 | ### | MAINTENANCE FOR OPTION FR (PART #: A-COE,FR) WHO ORDERED: KIDSTON 248-343-7290 | ### | 09/28/07  C | 0.00% | 674.0000 | | EACH |
| 0005010 | | | THIS ITEM HAS BEEN CHANGED KEVIN KIDSTON 248-343-7290 | | | | | | | |

USER REBECCA DEGENFELDER

LAST PAGE



**GM General Motors Corporation**

# PURCHASE ORDER: TCS10009

PAGE 1

GM - MILFORD PROVING GROUNDS
NA VALIDATION CENTER
3300 GENERAL MOTORS RD
BLDG 7 DOCK 1
MILFORD MI
48380-3726    US

**SHIP TO:**
GM - MILFORD PROVING GROUNDS
NA VALIDATION CENTER
3300 GENERAL MOTORS RD
BLDG 7 DOCK 1
MILFORD MI
48380-3726    US

**INVOICE TO:**
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY.
CUSTOMER SERVICE QUESTIONS TO:
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490    US
CUSTOMER SERVICE 248 874-4636

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

**TO:**
GENERAL MOTORS CORP.
GLOBAL PURCHASING
200 RENAISSANCE CENTER
BOX 200 M\C 482-B29-D84
DETROIT MI
48265-2000    US

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375

| ORDER DATE | 09/05/07 |
| ALTERATION ISSUE DATE | PA11 |
| ALTERATION EFFECTIVE DATE | |

PHONE: 313-667-3963
R. DEGENFELDER
Buyer



PURCHASING AGENT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|

**PAYMENT TERMS:** 2ND DAY OF 2ND MONTH

**F.O.B.:** FREIGHT COLLECT    **DESTINATION UNLESS OTHERWISE INDICATED**    **RFQ NUMBER:**    **SHIP VIA:** REFER TO WWW.GMSUPPLYPOWER.COM

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0001 | 19 | PR793908 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | |
| | | | | GM CONTACT: KEVIN KIDSTON 248-343-7290 VECTOR CANTECH: MARC SEMMA 248-449-9290 | | | | |
| | | | | THIS PURCHASE IS GOVERNED BY GM'S SOFTWARE LICENSE AGREEMENT SIGNED BY AND BETWEEN VECTOR CANTECH AND GENERAL MOTORS EFFECTIVE 10/1/03 | | | | |
| | | | | REFERENCE QUOTE# 15022736 REV 3 | | | | |
| | | | | CANALYZER PRO V6.1 (PART#: 02177) KEVIN KIDSTON 248-343-7290 DELIVER TO: KEVIN KIDSTON 16B-1116 | 09/28/07 | C | 2646.0000 | EACH |
| 0002 | 19 | PR793908 002 | | GM MPG - BLDG. 16 MILFORD, MI 48380 483 ATTN: KEVIN KIDSTON, WHO ORDERED: KIDSTON 248-343-7290 | 09/28/07 | C | 0.00% | |
| | | | | CANAPE GRAPH V6.5 (PART #: 03047) KEVIN KIDSTON 248-343-7290 WHO ORDERED: KIDSTON 248-343-7290 | 09/28/07 | C | 0.00% | 5051.2000 | EACH |

50,274

95,972.80

CONTINUE PAGE 2

A005210    USER REBECCA DEGENFECDER    ORIGINAL



# GM General Motors Corporation

## PURCHASE ORDER: TCS10009

PAGE 3

TO:
GENERAL MOTORS CORP.
GLOBAL PURCHASING
200 RENAISSANCE CENTER
BOX 200 M\C 482-B29-D84
DETROIT MI
48265-2000

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375

SHIP TO:
GM - MILFORD PROVING GROUNDS
NA VALIDATION CENTER
3300 GENERAL MOTORS RD
BLDG 7 DOCK 1
MILFORD MI
48380-3726                    US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248-874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490,
85082-3490         PHOENIX AZ
US

F.O.B.
FREIGHT COLLECT

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

ORDER DATE: 09/05/07
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

PHONE: 313-667-3963
R. DEGENFELDER
PA11   Buyer

PURCHASING AGENT

| NET 2ND DAY OF 2ND MONTH | | | | | | |
|---|---|---|---|---|---|---|
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | UNIT OF MEASURE PRICE MULTIPLE |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|
| 00008 | 20 | PR793908 008 | CANLOG PIGGY-BACK 1050 (PART #: 28015) KEVIN KIDSTON 248-343-7290 WHO ORDERED: KIDSTON 248-343-7290 | 09/28/07 | C 0.00% | 102.0000  *2040* | EACH |
| 00009 | 10 | PR793908 009 | CANLOG4 FLASH CARD 64 MB (PART #: 28019) KEVIN KIDSTON 248-343-7290 WHO ORDERED: KIDSTON 248-343-7290 | 09/28/07 | C 0.00% | 250.0000  *2500* | EACH |
| 00010 | 10 | PR793908 010 | CANLOG I/O CARD D4140 (PART #: 28014) KEVIN KIDSTON 248-343-7290 WHO ORDERED: KIDSTON 248-343-7290 | 09/28/07 | C 0.00% | 320.0000  *3200* | EACH |
| 00011 | 10 | PR793908 011 | CANLOG/MULTILOG LOGVIEW (PART #: 28051) KEVIN KIDSTON 248-343-7290 WHO ORDERED: KIDSTON 248-343-7290 | 09/28/07 | C 0.00% | 580.0000  *5800* | EACH |
| 00012 | 1 | PR793908 012 | CANDELASTUDIO STANDARD V5.0 (PART #: 40048) KEVIN KIDSTON 248-343-7290 WHO ORDERED: KIDSTON 248-343-7290 | 09/28/07 | C 0.00% | 6762.0000  *5762* | EACH |
| 00013 | 1 | PR793908 013 | USER REBECCA DEGENFECDER | | | 1217.0000  *1217.00* | EACH |

A005210

ORIGINAL                          CONTINUE PAGE 4

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer...

CHMMO8 4/93



# General Motors Corporation

## PURCHASE ORDER: TCS10009

PAGE 4

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 09/05/07 | PHONE: 313-667-3963 |
| ALTERATION ISSUE DATE | | R. DEGENFELDER |
| ALTERATION EFFECTIVE DATE | | PA11  Buyer |

PURCHASING AGENT

ORDER TO WWW.GMSUPPLYPOWER.COM

**TO:**
VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375
US

**SHIP TO:**
GM - MILFORD PROVING GROUNDS
NA VALIDATION CENTER
3300 GENERAL MOTORS RD
MILFORD MI
BLDG 7 DOCK 1
48380-3726
US

**INVOICE TO:**
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

**GENERAL MOTORS CORP.**
GLOBAL PURCHASING
200 RENAISSANCE CENTER
BOX 200 M\C 482-B29-D84
DETROIT MI
48265-2000

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

SHIP VIA: REFER TO

| ITEM SEQUENCE NO. | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | UNIT OF MEASURE PRICE/MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| 00014 | 1 | PR793908 014 | MAINTENANCE AGREEMENT CANDELASTUDIO(PART #:MA-CDS-S) KEVIN KIDSTON 248-343-7290 WHO ORDERED: KIDSTON 248-343-7290 | | | 09/28/07 C | 0.00% | 13560.0000 | EACH |
| 00015 | 1 | PR793908 015 | CANDELASTUDIO ADMIN V5.0 (PART #: 40050) KEVIN KIDSTON 248-343-7290 WHO ORDERED: KIDSTON 248-343-7290 | | | 09/28/07 C | 0.00% | 1890.0000 | EACH |
| 00016 | 1 | PR793908 016 | CANOE/DENOE OPT.LIN V6.1 (PART #: 11135) KEVIN KIDSTON 248-343-7290 WHO ORDERED: KIDSTON 248-343-7290 | | | 09/28/07 C | 0.00% | 4050.0000 | EACH |
| 00017 | 2 | PR793908 017 | CANOE/DENOE OPT.FLEXRAY V6.1 (PART #: 11141) KEVIN KIDSTON 248-343-7290 WHO ORDERED: KIDSTON 248-343-7290 | | | 09/28/07 C | 0.00% | 228.0000 | EACH |
| 00018 | 1 | PR793908 018 | LINCAB 7259MAG (PART #: 220047) KEVIN KIDSTON 248-343-7290 WHO ORDERED: KIDSTON 248-343-7290 | | | 09/28/07 C | 0.00% | 2388.0000 | EACH |

A005210  USER  REBECCA DEGENFECDER

ORIGINAL   CONTINUE PAGE   5

CHMM08 4/93

*(handwritten: 456)*

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer. On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.



**GM General Motors Corporation**

# PURCHASE ORDER: TCS10009

PAGE 5

TO:
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375

GENERAL MOTORS CORP.
GLOBAL PURCHASING
200 RENAISSANCE CENTER
BOX 200 M\C 482-B29-D84
DETROIT MI
48265-2000
US

VENDOR NUMBER 11-175-7464

SHIP TO:
GM - MILFORD PROVING GROUNDS
NA VALIDATION CENTER
3300 GENERAL MOTORS RD
BLDG 7 DOCK 1
MILFORD MI
48380-3726
US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(1) copies of your packing slip must accompany each shipment.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

F.O.B. FREIGHT COLLECT

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

ORDER DATE 09/05/07
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

PHONE: 313-667-3963
R. DEGENFELDER   PA11   Buyer

PURCHASING AGENT

| PAYMENT TERMS NET 2ND DAY OF 2ND MONTH | ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0019 | 1 | PR793908 019 | FLEXCARD CYCLONE II / E-RAY (PART #: 31318) KEVIN KIDSTON 248-343-7290 WHO ORDERED: KIDSTON 248-343-7290 | | | 09/28/07  C | 0.00% | 1987.0000 | | EACH |
| | 0020 | 1 | PR793908 020 | MAINTENANCE AGREEMENT CANOE (PART #: MA-COE) KEVIN KIDSTON 248-343-7290 WHO ORDERED: KIDSTON 248-343-7290 | | | 09/28/07  C | 0.00% | 453.0000 314.00 | | EACH |
| | 0021 | 1 | PR793908 021 | MAINTENANCE FOR OPTION FR (PART #: A-COE.FR) KEVIN KIDSTON 248-343-7290 WHO ORDERED: KIDSTON 248-343-7290 MAINTENANCE FOR OPTION LIN (PART #: MA-COE.LIN) KEVIN KIDSTON 248-343-7290 WHO ORDERED: KIDSTON 248-343-7290 CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT) CONTRACT CLAUSE SPECIAL TERM (U.S.) - C-TPAT FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE | | | 09/28/07  C | 0.00% | 972.0000 674 | | EACH |

A005210   USER REBECCA DEGENFEDER

ORIGINAL

CONTINUE PAGE 6

CHMM08 4/93



**General Motors Corporation**

GENERAL MOTORS CORP.
GLOBAL PURCHASING
200 RENAISSANCE CENTER
BOX 200 M\C 482-B29-D84
DETROIT MI
48265-2000

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375

TO:
A005210  USER REBECCA DEGENFECDER

# PURCHASE ORDER: TCS10009

PAGE 6

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 313-667-3963 |
| 09/05/07 | R. DEGENFELDER |
| ALTERATION ISSUE DATE | PA11 Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP TO:
GM - MILFORD PROVING GROUNDS
NA VALIDATION CENTER
3300 GENERAL MOTORS RD
BLDG 7 DOCK 1
MILFORD MI
48380-3726
US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
| FREIGHT COLLECT | | REFER TO WWW.GMSUPPLYPOWER.COM |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.

On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the face and reverse side terms and conditions, is the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number (if Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT OF MULTIPLE MEASURE |
|---|---|---|---|---|---|---|---|---|---|

PAYMENT TERMS
2ND DAY OF 2ND MONTH

RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED
STATES CUSTOMS SERVICE'S CUSTOMS-TRADE PARTNERSHIP
AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR
INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/
ENFORCEM/TPAT.HTM). AT BUYER'S OR THE CUSTOMS
SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING
ITS COMPLIANCE WITH THE FOREGOING. SELLER SHALL
INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST
ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES
(INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES)
ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE.
(AT 6/20/02)
(AT)

IMPORTANT NOTICE: EFF. JAN 13/06 SIGNIFICANT
CHANGES HAVE BEEN MADE TO THE GMNA SHIPPING
INSTRUCTIONS. PLEASE REVIEW FOR CARRIER
UPDATES. NON-COMPLIANCE TO THESE INSTRUCTIONS
MAY RESULT IN FREIGHT CHARGES BEING DEBITED
BACK TO THE SUPPLIER.

SHIPPING INSTRUCTIONS CAN BE FOUND AT
WWW.GMSUPPLYPOWER.COM UNDER
GM LINKS / LOGISTICS SHIPPING INFORMATION
YOU MUST LOGIN IN
AS A USER TO ACCESS THIS INFORMATION.

ORIGINAL

CONTINUE PAGE 7



**General Motors Corporation**

# PURCHASE ORDER: TCS10009

PAGE 7

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 313-667-3963 |
| 09/05/07 | R. DEGENFELDER |
| ALTERATION ISSUE DATE | PA11 | Buyer |
| ALTERATION EFFECTIVE DATE | |
| SHIP VIA | PURCHASING AGENT |
| REFER TO WWW.GMSUPPLYPOWER.COM | |

**TO:**

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375

**SHIP TO:**

GM - MILFORD PROVING GROUNDS
NA VALIDATION CENTER
3300 GENERAL MOTORS RD
BLDG 7 DOCK 1
MILFORD MI
48380-3726
US

**INVOICE TO:**

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

GENERAL MOTORS CORP.
GLOBAL PURCHASING
200 RENAISSANCE CENTER
BOX 200 M\C 482-B29-D84
DETROIT MI
48265-2000
US

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
| 2ND DAY OF 2ND MONTH | FREIGHT COLLECT | |

On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.

On the face hereof, including the face and reverse side of this order, constitutes the final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized agent.

If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ITEM SEQUENCE NO. | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | UNIT OF MEASURE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|---|
| A005210 | USER REBECCA DEGENFECDER | | | | | | | | | |

INVOICES
THE SELLER'S INVOICE MUST INCLUDE THE FOLLOWING:
PURCHASE ORDER NUMBER
RELEASE NUMBER REQUIRED FOR ALL BLANKET ORDERS
DELIVER TO INFORMATION
REQUESTOR AND ROOM NUMBER OF REQUESTOR
ITEM SEQUENCE NUMBER AS SHOWN ON PURCHASE ORDER
ITEM IDENTIFICATION NUMBER (IF APPLICABLE)
DESCRIPTION
QUANTITY
PRICE
INVOICE APPROVAL NAME AND ADDRESS (IAR)
IF APPLICABLE
ACCOUNT CLASSIFICATION NUMBER AND PRR NUMBER FOR
CONTRACT LABOR OR ENGINEERING DESIGN

TO REGISTER AS A USER TO SUPPLY POWER FOLLOW THE
REGISTRATION INSTRUCTIONS ON THE HOME PAGE OF
SUPPLY POWER OR CALL 866-756-0692.

NOTICE
THE FOLLOWING TELEPHONE NUMBERS ARE STAFFED TO HANDLE
QUESTIONS CONCERNING INVOICE PAYMENT FOR GENERAL
MOTORS CORPORATION:
DISBURSEMENT ANALYSIS CONTROL 248-874-4636
MEXICO STAFF ACCOUNTING 011-52-841-54000

ORIGINAL                    CONTINUE PAGE      8



**GM** General Motors Corporation

**PURCHASE ORDER:** TCS10009

PAGE 8

TO:
GENERAL MOTORS CORP.
GLOBAL PURCHASING
200 RENAISSANCE CENTER
BOX 200 M\C 482-B29-D84
DETROIT MI
48265-2000

SHIP TO:
GM - MILFORD PROVING GROUNDS
NA VALIDATION CENTER
3300 GENERAL MOTORS RD
BLDG 7 DOCK 1
MILFORD MI
48380-3726
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

ORDER DATE 09/05/07
ALTERATION ISSUE DATE PA11
ALTERATION EFFECTIVE DATE

PHONE: 313-667-3963
R. DEGENFELDER
Buyer

PURCHASING AGENT

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375
US

PAYMENT TERMS
2ND DAY OF 2ND MONTH

F.O.B. FREIGHT COLLECT

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA REFER TO WWW.GMSUPPLYPOWER.COM

| ITEM SEQUENCE NUMBER | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | UNIT OF PRICE / MULTIPLE MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| A005210 | USER REBECCA DEGENFECDER | | | | | | | | |

THE INVOICE NUMBER AND PURCHASE ORDER/RELEASE NUMBER
WILL BE REQUIRED FOR THE PERSON TO ASSIST YOU.

FOR SERVICES ONLY
SUBMIT A DUPLICATE COPY TO REQUESTOR FOR APPROVAL.
PLEASE MARK THIS COPY "RECEIVING SLIP" TO AVOID
CONFUSION. BOTH COPIES ARE REQUIRED TO PROCESS
YOUR INVOICE IN A TIMELY MANNER. (ZM)

"DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO
ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED
BELOW." GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE
STATES. AS A RESULT, IN ALL OF THE IDENTIFIED STATES
BELOW LISTED GM CORPORATE ENTITIES WILL REMIT
DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX
LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE
PERSONAL PROPERTY AND SERVICES (1.) THEREFORE
EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL
TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR
THOSE STATES NOT IDENTIFIED BELOW. FOR THOSE STATES
NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE
SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER.
LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX
LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS
WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY:
* * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * *

ORIGINAL

CONTINUE PAGE 9



**GM General Motors Corporation**

# PURCHASE ORDER: TCS10009

PAGE 9

TO:
GENERAL MOTORS CORP.
GLOBAL PURCHASING
200 RENAISSANCE CENTER
BOX 200 M\C 482-B29-D84
DETROIT MI
48265-2000

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI    US
48375

SHIP TO:
GM - MILFORD PROVING GROUNDS
NA VALIDATION CENTER
3300 GENERAL MOTORS RD
BLDG 7 DOCK 1
MILFORD MI    US
48380-3726

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ    US
85082-3490

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

ORDER DATE 09/05/07
ALTERATION ISSUE DATE
PHONE: 313-667-3963
R. DEGENFELDER
PA11    Buyer

ALTERATION EFFECTIVE DATE

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

| ITEM SEQUENCE NO. | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | UNIT OF PRICE/ MEASURE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | GENERAL MOTORS CORPORATION PERMITS: | | | | | |
| | | | | GEORGIA #044-38-008094-3 | | | | | |
| | | | | INDIANA #003-28048900001 | | | | | |
| | | | | KENTUCKY #0000-10 | | | | | |
| | | | | KANSAS #98-0003B    (FAIRFAX ONLY) | | | | | |
| | | | | LOUISIANA #6009013-008DP (SHREVEPORT ONLY) | | | | | |
| | | | | MARYLAND #20 | | | | | |
| | | | | MICHIGAN #ME-0900440 | | | | | |
| | | | | MISSOURI #11731559 | | | | | |
| | | | | MISSISSIPPI #4277 (SPO ONLY) | | | | | |
| | | | | NEW JERSEY #N9-001-683/000 | | | | | |
| | | | | NEW YORK #DP-003445 | | | | | |
| | | | | OHIO #98-000613 | | | | | |
| | | | | OKLAHOMA #137479 | | | | | |
| | | | | PENNSYLVANIA #02-93450/DP246 | | | | | |
| | | | | TEXAS #1-38-057251-5-0 | | | | | |
| | | | | VIRGINIA #9980000793 | | | | | |
| | | | | WISCONSIN #WDP95-01-01012 | | | | | |
| | | | | ONSTAR CORPORATION PERMIT: | | | | | |
| | | | | MICHIGAN #38-3508814 | | | | | |
| | | | | SATURN CORPORATION PERMITS: | | | | | |
| | | | | MICHIGAN #38-2577306 | | | | | |
| | | | | TENNESSEE #10031S259 | | | | | |

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

F.O.B.
DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

PURCHASING AGENT

A005210    USER REBECCA DEGENFECDER

ORIGINAL

CONTINUE PAGE 10



A005210

**GM** General Motors Corporation

TO:
GENERAL MOTORS CORP.
GLOBAL PURCHASING
200 RENAISSANCE CENTER
BOX 200 M\C 482-B29-D84
DETROIT MI
48265-2000

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375

US

SHIP TO:
GM - MILFORD PROVING GROUNDS
NA VALIDATION CENTER
3300 GENERAL MOTORS RD
BLDG 7 DOCK 1
MILFORD MI
48380-3726

US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490

US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

## PURCHASE ORDER: TCS10009

PAGE 10

ORDER DATE 09/05/07
ALTERATION ISSUE DATE

ALTERATION EFFECTIVE DATE

PHONE: 313-667-3963
R. DEGENFELDER      PA11
Buyer

PURCHASING AGENT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/ UNIT OF MEASURE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|

USER REBECCA DEGENFEEDER

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

F.O.B.
FREIGHT COLLECT

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
The order, including the terms and conditions on the face and reverse side hereof, constitutes the final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. All prior representations and conditions
If Government Contract Number is Shown Hereon, Additional Terms and Conditions
Attached Hereto Apply.

FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION
CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND
USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR
(WITH THE EXCEPTION OF TEXAS), AND SHOULD BE INCLUDED
IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO
SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05) OR
SECTION 6 OF THE GM1638A (08/02), UNLESS THE
RESPONSIBILITY FOR PAYMENT OF SALES & USE TAXES ARE
OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. WITH
REFERENCE TO TEXAS: IF THE ORDER RELATES TO A
CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE
CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED
CONTRACTS AND AS SUCH SHOULD NOT INCLUDE SALES TAX
IN THE COST OF INCORPORATED MATERIALS AS SEPARATED
IN ADDITION, THE CONTRACTOR SHOULD NOT BILL GM
(GENERAL MOTORS CORPORATION ONLY) FOR SALES TAX ON
THE SEPARATED COSTS OF MATERIAL OR LABOR. GM WILL
ACCRUE AND REMIT THE APPROPRIATE SALES TAX
DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT
PAY PERMIT.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO
THE FOLLOWING:
*
DISBURSEMENT SERVICES -
CUSTOMER COMMUNICATION CENTER

ORIGINAL

CONTINUE PAGE 11

A005210    USER REBECCA DEGENFEDER



 **General Motors Corporation**

**PURCHASE ORDER:** TCS10009

PAGE 11

TO:
GENERAL MOTORS CORP.
GLOBAL PURCHASING
200 RENAISSANCE CENTER
BOX 200 M\C 482-B29-D84
DETROIT MI
48265-2000

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375                          US

SHIP TO:
GM - MILFORD PROVING GROUNDS
NA VALIDATION CENTER
3300 GENERAL MOTORS RD
BLDG 7 DOCK 1
MILFORD MI
48380-3726                     US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                     US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

ORDER DATE 09/05/07
ALTERATION ISSUE DATE PA11
ALTERATION EFFECTIVE DATE

PHONE: 313-667-3963
R. DEGENFELDER
Buyer

PURCHASING AGENT

| PAYMENT TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/ MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|

NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

SHIP VIA REFER TO WWW.GMSUPPLYPOWER.COM

PHONE: (248) 874-4636

SPECIAL TERM (US) - GOVERNMENT CONTRACTS
*****

BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR
THE UNITED STATES GOVERNMENT. IF SELLER IS A U.S.
ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS,
RULES, AND REGULATIONS THAT ARE APPLICABLE TO SELLER
AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS,
INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO
(1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1)
THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246,
AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5);
(2) UTILIZATION OF SMALL AND DISADVANTAGED BUSINESS
CONCERNS: FAR SUBPARTS 52.219-8 AND 52.219.9);
(3) CONTRACTING WITH BUSINESS CONCERNS OPERATING
IN AREAS OF SURPLUS LABOR (41 CFR 1-1.805); AND
(4) CONTRACTING WITH WOMEN-OWNED BUSINESS CONCERNS
(EXECUTIVE ORDER 12138). (4Z) 10-29-03

*COST-QUANTITY ON PO/RELEASE*
THE 1.00 UNIT PRICE DOES NOT REPRESENT COST, BUT

(1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES,
HOTELS, AND MEAL PURCHASES. TAX IS TO BE PAID
DIRECTLY TO THE SUPPLIER OF THESE ITEMS.

* * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * *

This order is not accepted until accepted. Acceptance should be executed on acknowledgment copy which should be
returned to Buyer.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

ORIGINAL        CONTINUE PAGE 12

A005210   USER REBECCA DEGENFECDER          ORIGINAL          LAST PAGE



**GM  General Motors Corporation**

GENERAL MOTORS CORP.
GLOBAL PURCHASING
200 RENAISSANCE CENTER
BOX 200 M\C 482-B29-D84
DETROIT MI
48265-2000

VENDOR NUMBER 11-175-7464
VECTOR CANTECH INC
39500 ORCHARD HILL PL STE 550
NOVI MI
48375                                    US

SHIP TO:
GM - MILFORD PROVING GROUNDS
NA VALIDATION CENTER
3300 GENERAL MOTORS RD
BLDG 7 DOCK 1
MILFORD MI
48380-3726                    US
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636

INVOICE TO:
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

**PURCHASE**
**ORDER:** TCS10009

PAGE : 12

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| | |
|---|---|
| ORDER DATE 09/05/07 | PHONE: 313-667-3963 |
| ALTERATION ISSUE DATE | R. DEGENFELDER |
| ALTERATION EFFECTIVE DATE | PA11    Buyer |
| | PURCHASING AGENT |

PURCHASING AGENT  WWW.GMSUPPLYPOWER.COM

| PAYMENT TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE | PRICE UNIT OF MULTIPLE MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | | | | | REFER TO | | |

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

IS A MULTIPLIER. COST IS REPRESENTED BY QUANTITY
ON PO/RELEASE. (ZX)

EXPORT ADMINISTRATION REGULATIONS (EAR) CONTROLLED
PURCHASES
***********************************************
THE TECHNICAL DATA ASSOCIATED WITH THIS EQUIPMENT,
SERVICE OR PART IS CONTROLLED UNDER U.S. EXPORT LAWS.
YOU MAY NOT EXPORT OR RE-EXPORT THE TECHNICAL DATA,
INCLUDING BUT NOT LIMITED TO PRINTS, ROUTINGS AND
SPECIFICATIONS ASSOCIATED WITH THIS REQUEST FOR
QUOTATION OR PURCHASE CONTRACT WITHOUT THE PROPER
GOVERNMENTAL AUTHORIZATIONS.

SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND
EQUIPMENT PURCHASING AVAILABLE DURING DETROIT
BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT
IMEHELPDESK@GM.COM.
QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT
DISBURSEMENTS AT 248-874-4636.

TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.



Vector CANtech, Inc.

# Order
# Confirmation   84777   09/12/2007

Mr. Kevin Kidston
EGM Hybrid Controls X-Mode Programs
M/ C 483-316-100
General Motors Corporation
3300 General Motors Road
Milford MI  48380
Phone : +1 248 343 7290
Fax :  +1 248 685 6170
E-Mail : kevin.s.kidston@gm.com

**PO Number:   TCS10009**

Suite 550
39500 Orchard Hill Place
Novi, MI 48375

Phone (248) 449-9290
Fax (248) 449-9704
sales@vector-cantech.com

**Shipment address:**
NA Validation Center
GM-Milford Proving Grounds
Attn: Kevin Kidston (248)343
Bldg 7 Dock 1
3300 General Motors Road
Milford MI  48380

Dear Mr. Kidston,

Thank you for your interest in Vector products.  Please call if we can answer any questions.

Did you know...

**Vector offers a CAN (D-Sub9) to J1962 (OBDII) diagnostic cable.**

Ask our sales department for more details!

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|-----------:|---------------:|
| 1000 | **19** | **02177** | **CANalyzer pro V6.1** | $   4,410.00 | $   83,790.00 |
|      | Discount [%] |  | 40.00- % |  | $   33,516.00- |
|      |     |         |             |            | $   50,274.00 |

PR793908 001
Vendor 11-175-7464
   Software tool for ECU analysis and testing of distributed systems. Database
   support for symbolic access to the bus communication and to the analysis of
   signal values in Trace window, Data window, Graphic window, Statistics window
   and Bus Statistics window. Creation of display panels. Transmission, logging,
   replay, triggering, filtering and offline analysis of the bus traffic. CAPL
   programming to develop user defined functions. Windows COM interface for
   connecting to other tools. For Windows 2000/XP/Vista (Vista only for CAN and
   LIN and when User Account Control (UAC) is deactivated).
   Special functions: Entire CAN communication support. Diagnostic interpretation
   based on CANdela description files. CANdela Viewer to view CANdela description
   files.

Document-No.: 84777        Date: 09/12/2007

| Item | Qty | PartNr. | Description | Price(USD) | | LineTotal(USD) | |
|------|-----|---------|-------------|-----------:|---|---------------:|---|
| 2000 | **19** | **03047** | **CANape V6.5** | $ | 6,314.00 | $ | 119,966.00 |
| | Discount [%] | | 20.00- % | | | $ | 23,993.20- |
| | | | | | | $ | 95,972.80 |

PR793908 002
Vendor 11-175-7464
    Calibration system for electronic control units. Measurement data aquisition,
    visualization and evaluation, flash programming and parameter calibration.
    Supported protocols are CAN, LIN, Flexray, CCP, XCP, KWP2000 (CAN, K-Line).
    Integrated ASAP2 database editor, updater and merger. "Diagnostic Feature Set"
    to execute diagnostic services in the ECU based on CDD or ODX 2.0 database.
    Calibration Data Management to manage parameter sets. Recording and evaluation
    of Video/Audio and GPS data. Designed for Windows 2000/XP/Vista. Vista support
    only for CAN and LIN and if User Account Control (UAC) is deactivated.

| Item | Qty | PartNr. | Description | Price(USD) | | LineTotal(USD) | |
|------|-----|---------|-------------|-----------:|---|---------------:|---|
| 3000 | **19** | **07100** | **CANcardXL V1.0** | $ | 730.00 | $ | 13,870.00 |
| | Discount [%] | | 5.00- % | | | $ | 693.50- |
| | | | | | | $ | 13,176.50 |

PR793908 003
Vendor 11-175-7464
    PCMCIA Card (type II)with 2 CAN/LIN channels. Integrated are 2 CAN controller
    Philips SJA1000 and 1 microcontroller ATMEL AT91R4008.
    Included: Library and driver for Windows 2000 and XP.
    Optional available: CANcabs, LINcabs.

| Item | Qty | PartNr. | Description | Price(USD) | | LineTotal(USD) | |
|------|-----|---------|-------------|-----------:|---|---------------:|---|
| 4000 | **38** | **22066** | **CANcab 1050opto** | $ | 215.00 | $ | 8,170.00 |
| | Discount [%] | | 5.00- % | | | $ | 408.50- |
| | | | | | | $ | 7,761.50 |

PR793908 004
Vendor 11-175-7464
    CAN connection cable for CANcardXL including one Philips high speed
    transceiver TJA1050. Opto decoupled.

| Item | Qty | PartNr. | Description | Price(USD) | | LineTotal(USD) | |
|------|-----|---------|-------------|-----------:|---|---------------:|---|
| 5000 | **19** | **22051** | **CANcab 5790opto c** | $ | 276.00 | $ | 5,244.00 |
| | Discount [%] | | 5.00- % | | | $ | 262.20- |
| | | | | | | $ | 4,981.80 |

PR793908 005
Vendor 11-175-7464
    CAN connection cable for CANcardXL with one Philips single wire CAN
    transceiver AU5790c. Opto decoupled.

    Serialno.:      ( 1112302793 )

Document-No.: 84777       Date: 09/12/2007

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|-----------:|---------------:|
| 6010 | 1 | 11135 | CANoe/DENoe Opt .LIN V6.1 | $  2,520.00 | $  2,520.00 |
|      |   | Discount [%] | 25.00- % |  | $  630.00- |
|      |   |  |  |  | $  1,890.00 |

PR793908 0015
Vendor 11-175-7464
   Upgrade a CANoe/DENoe version with LIN functionality.
   Special functions: Entire LIN communication support. Support for protocol
   specifications: LIN1.3 (also TOYOTA standard), LIN2.x (also SAE J2602),
   COOL-LIN (now called COOLING). Simulation & analysis of LIN networks according
   to LIN Description File (LDF). Viewing & analysis of LIN Description Files
   (LDFs). Functions for modeling Master & Slave nodes. Creating, editing &
   generating LIN schedule tables. Interactive manipulation of the scheduler.
   User-defined test case definition, control & reporting functions for LIN
   nodes. Creation and execution of LIN conformance tests for Master and Slave
   (XL hardware required). Stimulation of protocol errors and protocol
   manipulation respectively (Stress Feature Set).

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|-----------:|---------------:|
| 6020 | 1 | 11141 | CANoe/DENoe Opt .FlexRay V6.1 | $  5,400.00 | $  5,400.00 |
|      |   | Discount [%] | 25.00- % |  | $  1,350.00- |
|      |   |  |  |  | $  4,050.00 |

PR793908 0016
Vendor 11-175-7464
   Upgrade a CANoe/DENoe version with FlexRay functionality.
   Special functions: Entire FlexRay communication support. Support of a FIBEX
   database.

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|-----------:|---------------:|
| 7000 | 1 | 07100 | CANcardXL V1.0 (License Key) |  |  |

   PCMCIA Card (type II)with 2 CAN/LIN channels. Integrated are 2 CAN controller
   Philips SJA1000 and 1 microcontroller ATMEL AT91R4008.
   Included: Library and driver for Windows 2000 and XP.
   Optional available: CANcabs, LINcabs.
   Serialno.:        ( 15351 )

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|-----------:|---------------:|
| 8000 | 2 | 22047 | LINcab 7259mag | $  240.00 | $  480.00 |
|      |   | Discount [%] | 5.00- % |  | $  24.00- |
|      |   |  |  |  | $  456.00 |

PR793908 0017
Vendor 11-175-7464
   Vector LINcab with stress functionality. Suitable for 12V- and 24V-LIN
   applications between 5 KBaud and 20 KBaud. Infineon LIN Transceiver TLE7259.
   Galvanically isolated. Power supply either internal (12V) or external (6-36V).

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|-----------:|---------------:|
| 9000 | 1 | 31318 | FlexCard Cyclone II / E-Ray | $  2,388.00 | $  2,388.00 |

PR793908 0018
Vendor 11-175-7464
   CARDBUS card for sending and receiving of FlexRay frames,

Document-No.: 84777       Date: 09/12/2007

---

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|------------|----------------|

---

consists of:

1.  Hardware FlexCard
- 32 BIT CARDBUS card
- FlexRay E-Ray Communication Controller
- Two FlexRay channels with FlexRay Physical Layer TJA1080
- Trigger input for hardware synchronisation with the Vector XL interface
familiy
- Trigger output for external devices (e.g. spectrum analyzer)
Note: A CARDBUS compatible PCMCIA drive will be required when used with a
Desktop PC.

2. Firmware
- Support of FlexRay protocol version 2.x
- Monitoring mode for receiving of FlexRay frames
- Node mode for receiving and sending of FlexRay frames

3. Driver-Dll
- For use of the FlexCard with Vector FlexRay tools. Supported OS: Windows
2000/XP

4. Programming library
- For the use of custom applications with the FlexCard

5. Cables
- cables to connect FlexCard with the FlexRay bus (D-SUB 9)

| 10000 | 1 | 40050 | CANdelaStudio Admin V5.0 | $ 13,560.00 | $  13,560.00 |
|-------|---|-------|--------------------------|-------------|--------------|

PR793908 0014
Vendor 11-175-7464
Development Tool for creation, modification and administration of CANdela
diagnostic templates to implement manufacturer specific diagnostic
requirements into a machine-readable XML-CANdela format. Report generator to
RTF. Translation view and processing of non-western European data. We assure
usability of modified templates for code generation ("CANdesc") or in other
(Vector) Tools only for templates released by Vector.
For Windows 2000/XP. Per-seat license.
Serialno.:       ( 4005000075 )

| 11000 | 1 | 40048 | CANdelaStudio Standard V5.0 | $  6,762.00 | $   6,762.00 |
|-------|---|-------|-----------------------------|-------------|--------------|

PR793908 0012
Vendor 11-175-7464
Development tool for registration of diagnostic description data for
diagnostics via CAN. Use of document templates for implementation of customer
specific diagnostic concepts. Uses XML format for description files and RTF
format for the report generator files (readable with MS-Word).
For Windows 2000/XP. Per-seat license.
Serialno.:       ( 4004800501 )

| 12000 | 10 | 28022 | CANlog4 | $  2,260.00 | $  22,600.00 |
|-------|----|-------|---------|-------------|--------------|

Document-No.: 84777        Date: 09/12/2007

_____

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|------------|----------------|

_____

PR793908 006
Vendor 11-175-7464
    Data logger for CAN, supports up to five measurement channels and 2 MB logging
    memory. CAN transceivers for the channnels 1-4 have to be ordered separately.
    Different trigger can be configurated via CANalyzer / CANoe version 3.1 or
    later.
    Incl. CANlog cable CL4, USB cable with Binder 4-pin, software on CD and
    manual.

12010 **10    28012         CANlog Piggy-Back 6255        $    100.00 $    1,000.00**
PR793908 007
Vendor 11-175-7464
    Piggy back for CANlog3 and CANlog4. With one single-
    wire CAN transceiver Infineon TLE6255G
    for CAN low speed busses.

12020 **20    28015         CANlog Piggy-Back 1050        $    102.00 $    2,040.00**
PR793908 008
Vendor 11-175-7464
    Piggy back for CANlog3 and CANlog4. With one transceiver
    Philips TJA1050 for CAN high speed busses.

12025 **10    28014         CANlog I/O Card D4I40         $    320.00 $    3,200.00**
PR793908 010
Vendor 11-175-7464
    Expansion board for CANlog3 and CANlog4; with four digital
    input channels (0-45V) and four digital outputs
    channels (5-45V; 500 mA).

12040 **10    28019         CANlog4 Flash card 64 MB      $    250.00 $    2,500.00**
PR793908 009
Vendor 11-175-7464
    64MB Flash card for storage of measurement data for CANlog4. In addition to
    the already build in 2MB memory.

13000 **10    28051         CANlog/Multilog LOGview        $    580.00 $    5,800.00**
PR793908 011
Vendor 11-175-7464
    Compact LCD including connecting cable and Binder 5-pin for CANlog3, CANlog4
    and Multilog.

15000 **1     MA-CDS-A      Maintenance Agr. CANdelaStudio Adm.   $  2,440.00 $    2,440.00**
**
    Discount [%]            100.00- %                      $    2,440.00-

                                                                        ———————————

    Scope of services: Updates for software + options within the maintenance
    periode
    Maintenance costs: 18% of the software list price per licence and year
    Maturity: Due at the start of the maintenance period (2nd year after purchase)
    Duration: At least 1 year

Document-No.: 84777        Date: 09/12/2007

_____

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|-----------|----------------|

_____

Precondition: Actual software licence

With purchase of CANdelaStudio the maintenance for the 1st year is included.
The adequate options of your software cannot get separate maintenance. They
are considered automatically. Please find them listed below.

| 16000 ** | 1 | MA-CDS-S | Maintenance Agr. CANdelaStudio Std. | $  1,217.00 | $    1,217.00 |
|  |  | Discount [%] | 100.00- % |  | $    1,217.00- |

_____

Scope of services: Updates for software + options within the maintenance
periode
Maintenance costs: 18% of the software list price per licence and year
Maturity: Due at the start of the maintenance period (2nd year after purchase)
Duration: At least 1 year
Precondition: Actual software licence

With purchase of CANdelaStudio the maintenance for the 1st year is included.
The adequate options of your software cannot get separate maintenance. They
are considered automatically. Please find them listed below.

_____

**Total value**                                                   $    238,412.60

**NOTE:** GeneralMotors specific adaptation and extensions for CANdelaStudio View, CANdelaStudio
Standard for CANdelaStudio Pro.
The CANdela document template is managed by GM-Opel and available from Mr. Schieck (e-mail:
rudi.schieck@de.opel.com).
A GM supplier certification by OPEL, GM North America or GM Holden is required by Mr. Schieck.

Upon receipt of PO, Vector will update and prorate contract # 4008319 for the additions of the
LIN and FlexRay options to CANoe SN: 1112302793

**We deliver based upon the following Terms and Conditions:**
Acceptance and delivery of this order is governed by Vector CANtech's Terms and Conditions,
listed as Exhibit A, which supersede any customer's purchase order Terms and Conditions, unless
otherwise agreed upon in writing. These Terms and Conditions are also located at:
http://www.vector-cantech.com/portal/medien/vector_cantech/Vector_Terms_and_Conditions.pdf

**Terms of payment:**
Within  30 days without deduction
If paying by credit card, please note additional fees may be charged by your credit card
company.
**Delivery Terms:** Products shipped 7-10 days upon receipt of order.
This quotation is valid for 30 days.
Shipping is FOB destination - USA only.

Document-No.: 84777        Date: 09/12/2007


Best Regards,
Vector CANtech, Inc.
Crystal Kahler


**EXHIBIT A: VECTOR STANDARD TERMS AND CONDITIONS**

1. **TERMS AND CONDITIONS.**  Vector CANtech, Inc. ("Vector") and Customer, its successors, assigns, affiliates, and representatives (hereinafter referred to as "Customer") agree that these Vector Standard Terms and Conditions (the "Vector Standard Terms and Conditions") govern Customer's Purchase Order or any other document that Customer may heretofore have sent or later send to Vector (collectively, the "Customer Documents").  Fulfillment of Customer's Purchase Order is expressly conditioned upon Customer's acceptance of these Vector Standard Terms and Conditions, which acceptance shall be deemed to occur upon the earlier of Customer's issuance of a Purchase Order upon receipt of these Vector Standard Terms and Conditions or Customer's failure to object in writing within ten (10) days after later  receipt of the same notwithstanding: (i) the inclusion of different or additional terms and conditions on the Customer Document, (ii) Vector's shipment to Customer of the Vector Product set forth on the Customer Document, or (iii) Vector's acceptance of the purchase price set forth on the Customer Document.  In any event, if there shall be any inconsistency or conflict between the Vector Standard Terms and Conditions and the Customer Document (including those terms appearing on the reverse side of, or as an attachment to, a Customer Document), Vector rejects such inconsistent or conflicting terms and the Vector Standard Terms and Conditions shall govern and control.  In addition, the terms and conditions of the License Agreement (defined herein) and any Maintenance Certificate issued thereunder are hereby incorporated herein by reference, to the extent that the Vector Products are Vector Tool Software and/or Hardware.

2. **ADDITIONAL DEFINITIONS.**

2.1 "Order Confirmation" means Vector's confirmation of Customer's Purchase Order to which the Vector Standard Terms and Conditions are attached.

2.2 "Quote" means the offer sent by Vector to Customer in response to Customer's request for a quote, which shall be governed by these Vector Standard Terms and Conditions, even if the Quote does not reference these Vector Standard Terms and Conditions.

2.3 "License Agreement" means the Vector Tool License Agreement for the licensure of Vector Products that are Vector Tool Software and Hardware, both as defined therein.

2.4 "Purchase Order" means Customer's acceptance of the Quote.

2.5 "Vector Product" means the product, including Vector Tool Software and Hardware, ordered by Customer from Vector, which is described on the Order Confirmation or some other document issued by Vector in relation thereto.

2.6 "Invoice" means the document sent by Vector to Customer requesting payment for the Vector Product delivered to Customer.

3. **MODIFICATION.**  The Vector Standard Terms and Conditions may not be modified, altered or added to except with Vector's prior written consent, signed by a duly authorized representative of Vector.

Document-No.: 84777        Date: 09/12/2007

4. **LICENSE.**  Any Vector Product that is Vector Tool Software and Hardware licensed by Vector to Customer is subject to the License Agreement provided therewith.  Customer agrees that it will be bound by the additional terms and conditions of the License Agreement prior to use of any Vector Product that is Vector Tool Software and/or Hardware.  A copy of the License Agreement is available upon request.

5. **DELIVERY AND SHIPMENT.**  Unless otherwise specified by Vector, all prices quoted are F.O.B. carrier at Vector's place of business.  Upon delivery of the Vector Product to the carrier for shipment to Customer, all risk of loss, damage and other incidents of ownership shall immediately pass to Customer.  Vector also reserves the right to ship the Vector Product on common carriers selected from those carriers having specific authority to serve Vector.

6. **TAXES.**  Vector shall not in any event be liable or responsible for any taxes, assessments, duties or other governmental charges which may be imposed upon, levied against or claimed to be due from Customer and which are, or are asserted or claimed by Customer to be attributable in any manner or to any extent to the failure, neglect or refusal, or to the claimed or alleged failure, neglect or refusal, of Vector to ship or deliver the Vector Product at the time, in the quantity, and/or in the manner specified in the Vector Standard Terms and Conditions.  To the extent legally permissible, all present and future taxes and duties imposed by any governmental authority that Vector may be required to pay or collect upon or with reference to the sale, purchase, transportation, delivery, storage, use, installation, testing, or importation of the Vector Product (except income taxes) shall be added to the purchase price and shall be paid by Customer to Vector.

7. **PAYMENT/CUSTOMER'S FINANCIAL ABILITY.**  If Vector pays shipping costs for special shipping requests, including, but not limited to, requests for overnight shipping, Vector may, in its sole discretion, charge this additional cost to Customer by adding such cost to the total price of the Vector Product.  Payment for the Vector Product, including such additional shipping costs, if any, is due net 30 days from date of the Invoice.  If, at any time, Vector determines that Customer does not have satisfactory financial ability to perform under these Vector Standard Terms and Conditions, then Vector has the right to demand from Customer adequate assurances of due performance, payment in advance, a progression of payments in amounts reasonably satisfactory to Vector, or satisfactory security or a guarantee that invoices will be promptly paid when due.  If Customer fails to comply with any such demand within seven (7) business days of Customer's receipt of such demand, Vector has the right to withhold further deliveries, to suspend performance hereunder, or to terminate Customer's order, and any unpaid amounts shall thereupon become immediately due.

8. **INSOLVENCY.** Vector may immediately cancel the Purchase Order without liability to Customer in the event of the happening of any of the following or any other comparable event: (a) insolvency of the Customer; (b) filing of a voluntary petition in bankruptcy by Customer; (c) filing of any involuntary petition in bankruptcy against Customer; (d) appointment of a receiver or trustee for Customer; or (e) execution of an assignment for the benefit of creditors by Customer.

9. **GRANT OF SECURITY INTEREST.**  Customer grants to Vector a security interest in all of Customer's rights, title, and interest in and to the following, whether existing now or later, or in which Customer now has or later acquires an interest (the "Collateral"):  (a) the Vector Product, including any license thereof, and any license of Vector Tool Software and Hardware granted pursuant to a License Agreement between Vector and Customer; and (b) all proceeds, products, derivatives, modifications, updates, and profits from any such Vector Product or license of Vector Product that is Vector Tool Software and/or Hardware granted pursuant to a License Agreement, and any accessions to the Vector Product.  The Collateral secures Customer's full and prompt performance and payment to Vector of all obligations of Customer to Vector under

Document-No.: 84777        Date: 09/12/2007

these Vector Standard Terms and Conditions and any License Agreement between Vector and
Customer.  This security interest will be satisfied by payment in full.  Customer agrees that it
will cooperate with Vector to execute any document required by Vector to perfect its security
interest in the Collateral.

10. **CANCELLATION.**  Customer may not cancel the Vector Standard Terms and Conditions except by
Vector's written consent.  If Customer cancels the Purchase Order with or without Vector's
consent, Customer may be liable for any loss (including loss of profit) suffered by Vector by
reason of Customer's cancellation.  In the event that Customer cancels the Purchase Order,
Vector may demand that Customer pay, immediately upon such demand, the following amounts: (a) an
amount equal to the price set forth in the Order Confirmation for Vector Products which prior to
such cancellation have been completed in accordance with the Vector Standard Terms and
Conditions and not previously paid for; (b) an amount equal to the costs of work-in-process and
raw materials incurred by Vector in furnishing the Vector Product; and (c) an amount equal to
Vector's lost profit.  In the event of Customer's failure or refusal to accept the Vector
Product, or other default either before or after delivery to carrier, Vector may, without
notice, retain or repossess said Vector Product and require that Customer pay to Vector the full
purchase price less an allowance for the difference, if any, between the purchase price and the
then current value thereof.

11. **DELAYS.**  Vector shall not be held liable or deemed in default if prevented from or delayed
in performing any of the obligations of the Vector Standard Terms and Conditions by reason of an
event or occurrence beyond its reasonable control, such as, by way of example and not by way of
limitation, Customer delays, labor problems, or inability to obtain power, material, labor,
equipment, or transportation.

12. **INTELLECTUAL PROPERTY RIGHTS AND CONFIDENTIALITY.**  All Vector Products, including all
rights, title and interest therein, shall remain the exclusive intellectual property of Vector.
Vector Products that are Vector Tool Software and Hardware are, among other provisions, subject
to the Intellectual Property Rights and Confidentiality provisions in the License Agreement.
The structure, organization and/or code of the Vector Products are confidential information of
Vector and shall neither be examined by Customer (or its employees) nor disclosed by Customer
(or its employees) to any third parties, regardless of the reason.  The Vector Products are
protected by copyright, trade secret, and other intellectual property laws, including without
limitation United States Copyright Laws and International Copyright Treaties.  Customer shall
not remove, modify, or destroy any proprietary markings of Vector affixed to or embedded within
the Vector Products, including, but not limited to, legends and notice of Vector's ownership and
title to trademarks, trade names, trade secrets, copyrights or patents placed upon or contained
within the Vector Products.  Customer agrees to reproduce all such markings upon or within
authorized copies of the Vector Product.

13. <u>**WARRANTY DISCLAIMER.**</u>  **EXCEPT FOR THE LIMITED WARRANTY SET FORTH IN THE LICENSE AGREEMENT FOR
THE VECTOR PRODUCTS THAT ARE VECTOR TOOL SOFTWARE AND HARDWARE, CUSTOMER ASSUMES THE ENTIRE RISK
AS TO USE OF THE VECTOR PRODUCT AND ANY RESULTS GENERATED THEREBY.  THE LIMITED WARRANTY IN
SECTION 12 OF THE LICENSE AGREEMENT IS EXCLUSIVE AND NO OTHER WARRANTY, WHETHER WRITTEN OR ORAL,
IS EXPRESSED OR IMPLIED.  VECTOR SPECIFICALLY DISCLAIMS THE IMPLIED WARRANTIES OF
MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT.  ANY WARRANTY FROM
VECTOR, WHETHER GRANTED PURSUANT TO THE LICENSE AGREEMENT, OR BY LAW, SHALL BE VOID IF THE
VECTOR PRODUCT IS MODIFIED AFTER ACCEPTANCE.**

14. <u>**LIMITATION OF LIABILITY AND INDEMNIFICATION.**</u> **AS AN EXPRESS CONDITION TO INSTALLING AND/OR
USING THE VECTOR PRODUCT, CUSTOMER AGREES THAT VECTOR AND ITS AFFILIATES SHALL HAVE NO LIABILITY
TO CUSTOMER FOR ANY DAMAGES WHATSOEVER RELATED TO THE VECTOR PRODUCT OR ANY RESULTS GENERATED**

Document-No.: 84777        Date: 09/12/2007

**THEREBY, INCLUDING ANY AMOUNTS REPRESENTING CONSEQUENTIAL DAMAGES, INDIRECT DAMAGES, INCIDENTAL
DAMAGES, LOSS OF PROFIT, LOSS OF BUSINESS, EXEMPLARY DAMAGES, OR PUNITIVE DAMAGES, INCLUDING
COSTS OR DAMAGES RELATED TO PRODUCT RECALLS, PROGRAM DEVELOPMENT/PRODUCTION DELAYS, WORK
STOPPAGES, OR PRODUCT LIABILITY. AS AN EXPRESS CONDITION TO INSTALLING AND/OR USING THE VECTOR
PRODUCT, CUSTOMER AGREES TO INDEMNIFY VECTOR AND ITS AFFILIATES FROM AND AGAINST ANY AND ALL
THIRD PARTY CLAIMS AND DAMAGES INCURRED BY VECTOR, INCLUDING ATTORNEYS' FEES RELATED THERETO,
THAT ARISE OR RESULT FROM AUTHORIZED OR UNAUTHORIZED USE, MISUSE OR OPERATION OF THE VECTOR
PRODUCT BY CUSTOMER OR BY ANYONE TO WHOM CUSTOMER PROVIDED THE VECTOR PRODUCT.**

**15. GENERAL PROVISIONS.**

15.1 <u>Choice of Law.</u>  The Vector Standard Terms and Conditions shall be governed by the laws of
the State of Michigan, without regard to its conflicts of law principles and excluding the
United Nations Convention on Contracts for the International Sale of Goods (CISG).

15.2 <u>Invalid Provision.</u>  If any part of the Vector Standard Terms and Conditions is found void
and unenforceable, it will not affect the validity of the balance of the Vector Standard Terms
and Conditions, which shall remain valid and enforceable according to their terms.

15.3 <u>Entire Agreement.</u>  The Vector Standard Terms and Conditions, the License Agreement (for
Vector Products that are Vector Tool Software and Hardware) and any Maintenance Certificate
issued thereunder contain the entire agreement between the parties with respect to the Purchase
Order and other subject matter set forth herein.

15.4 <u>Waiver.</u>  The waiver by Vector of any terms, provision, or condition hereof shall not be
construed to be a waiver of any other term, condition or provision hereof, nor shall such waiver
be deemed a waiver or subsequent breach of the same condition or provision.  In the event
Customer shall default in its obligations under the Vector Standard Terms and Conditions,
Customer shall be liable for Vector's cost of collection including reasonable attorneys' fees.

15.5 <u>Export Laws.</u>  Customer agrees not to ship, transfer or export Vector Products into any
country or use Vector Products in any manner prohibited by the United States Export
Administration Act or prohibited by any other export laws, restrictions or regulations.

15.6 <u>Additional Rights.</u>  All rights granted to Vector hereunder shall be in addition to, and not
in lieu of, Vector's rights arising by operation of law.

15.7 <u>Assignment/Transfer.</u>  Customer shall not transfer or assign its interests under the Vector
Standard Terms and Conditions to any third party, including any contractor or vendor of
Customer, without Vector's prior written consent, signed by an authorized representative of
Vector.

BHLIB: 521120.4\114520-00003



Vector CANtech, Inc.

# Quotation   15022736  Rev. 4   09/05/2007

Suite 550
39500 Orchard Hill Place
Novi, MI 48375

Phone (248) 449-9290
Fax (248) 449-9704
sales@vector-cantech.com

Ms. Rebecca Degenfelder
M/C 482-B29-D84
General Motors Corporation
400 Renaissance Center
Detroit MI  48265
Phone : +1 313 667 3963
Fax :  +1 313 667 4622
E-Mail : rebecca.degenfelder@gm.com

Dear Ms. Degenfelder,

Thank you for your interest in Vector products.  Please call if we can answer any questions.

Did you know...

**Vector offers a CAN (D-Sub9) to J1962 (OBDII) diagnostic cable.**

Ask our sales department for more details!

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|-----------|----------------|
| 1000 | **19** | **02177** | **CANalyzer pro V6.1** | $ 4,410.00 | $ 83,790.00 |
|      | Discount [%] | | 40.00- % | | $ 33,516.00- |
|      | | | | | $ 50,274.00 |

Software tool for ECU analysis and testing of distributed systems. Database support for symbolic access to the bus communication and to the analysis of signal values in Trace window, Data window, Graphic window, Statistics window and Bus Statistics window. Creation of display panels. Transmission, logging, replay, triggering, filtering and offline analysis of the bus traffic. CAPL programming to develop user defined functions. Windows COM interface for connecting to other tools. For Windows 2000/XP/Vista (Vista only for CAN and LIN and when User Account Control (UAC) is deactivated).
Special functions: Entire CAN communication support. Diagnostic interpretation based on CANdela description files. CANdela Viewer to view CANdela description files.

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|-----------|----------------|
| 2000 | **19** | **03047** | **CANape V6.5** | $ 6,314.00 | $ 119,966.00 |
|      | Discount [%] | | 20.00- % | | $ 23,993.20- |
|      | | | | | $ 95,972.80 |

Calibration system for electronic control units. Measurement data aquisition, visualization and evaluation, flash programming and parameter calibration.

Document-No.: 15022736    Date: 09/05/2007

---

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|------------|----------------|

---

Supported protocols are CAN, LIN, Flexray, CCP, XCP, KWP2000 (CAN, K-Line).
Integrated ASAP2 database editor, updater and merger. "Diagnostic Feature Set"
to execute diagnostic services in the ECU based on CDD or ODX 2.0 database.
Calibration Data Management to manage parameter sets. Recording and evaluation
of Video/Audio and GPS data. Designed for Windows 2000/XP/Vista. Vista support
only for CAN and LIN and if User Account Control (UAC) is deactivated.

| 3000 | 19 | 07100 | CANcardXL V1.0 | $ 730.00 | $ 13,870.00 |
|------|-----|-------|----------------|----------|-------------|
| | Discount [%] | | 5.00- % | | $ 693.50- |

$ 13,176.50

PCMCIA Card (type II)with 2 CAN/LIN channels. Integrated are 2 CAN controller
Philips SJA1000 and 1 microcontroller ATMEL AT91R4008.
Included: Library and driver for Windows 2000 and XP.
Optional available: CANcabs, LINcabs.

| 4000 | 38 | 22066 | CANcab 1050opto | $ 215.00 | $ 8,170.00 |
|------|-----|-------|-----------------|----------|------------|
| | Discount [%] | | 5.00- % | | $ 408.50- |

$ 7,761.50

CAN connection cable for CANcardXL including one Philips high speed
transceiver TJA1050. Opto decoupled.

| 5000 | 19 | 22051 | CANcab 5790opto c | $ 276.00 | $ 5,244.00 |
|------|-----|-------|-------------------|----------|------------|
| | Discount [%] | | 5.00- % | | $ 262.20- |

$ 4,981.80

CAN connection cable for CANcardXL with one Philips single wire CAN
transceiver AU5790c. Opto decoupled.

| 6000 | 1 | 11123 | CANoe V6.1 | | |
|------|---|-------|------------|--|--|

Software tool for creation and execution of (remaining bus) simulation, ECU
analysis and testing of distributed systems. Database support for symbolic
access to the bus communication and to the analysis of signal values in Trace
window, Data window, Graphic window, Statistics window and Bus Statistics
window. Creation of operator and display panels. Transmission, logging,
replay, triggering, filtering and offline analysis of the bus traffic. CAPL
programming to develop user defined functions. Modeling libraries (e.g.
Interaction Layer, Network Management, Transport Protocol). CANoe Realtime to
expand the total performance of the system. Windows COM interface for
connecting to other tools. For Windows 2000/XP/Vista (Vista only for CAN and
LIN and when User Account Control (UAC) is deactivated).
Special functions: Entire CAN communication support. Test Feature Set for easy
and flexible testing. Diagnostic Feature Set for execution and display of
diagnostic services (diagnostic tester function) based on UDS and KWP2000.
CANdela Viewer to view CANdela description files.
Serialno.:      ( 1112302793 )

Document-No.: 15022736     Date: 09/05/2007

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|------------|----------------|
| 6010 | 1 | 11135 | CANoe/DENoe Opt .LIN  (Upgrade) | $  2,520.00 | $  2,520.00 |
|  |  | Discount [%] | 25.00- % |  | $    630.00- |
|  |  |  |  |  | $  1,890.00 |

Upgrade a CANoe/DENoe version with LIN functionality.
Special functions: Entire LIN communication support. Support for protocol
specifications: LIN1.3 (also TOYOTA standard), LIN2.x (also SAE J2602),
COOL-LIN (now called COOLING). Simulation & analysis of LIN networks according
to LIN Description File (LDF). Viewing & analysis of LIN Description Files
(LDFs). Functions for modeling Master & Slave nodes. Creating, editing &
generating LIN schedule tables. Interactive manipulation of the scheduler.
User-defined test case definition, control & reporting functions for LIN
nodes. Creation and execution of LIN conformance tests for Master and Slave
(XL hardware required). Stimulation of protocol errors and protocol
manipulation respectively (Stress Feature Set).

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|------------|----------------|
| 6020 | 1 | 11141 | CANoe/DENoe Opt .FlexRay  (Upgrade) | $  5,400.00 | $  5,400.00 |
|  |  | Discount [%] | 25.00- % |  | $  1,350.00- |
|  |  |  |  |  | $  4,050.00 |

Upgrade a CANoe/DENoe version with FlexRay functionality.
Special functions: Entire FlexRay communication support. Support of a FIBEX
database.

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|------------|----------------|
| 7000 | 1 | 07100 | CANcardXL V1.0 (License Key) |  |  |

PCMCIA Card (type II)with 2 CAN/LIN channels. Integrated are 2 CAN controller
Philips SJA1000 and 1 microcontroller ATMEL AT91R4008.
Included: Library and driver for Windows 2000 and XP.
Optional available: CANcabs, LINcabs.
Serialno.:      ( 15351 )

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|------------|----------------|
| 8000 | 2 | 22047 | LINcab 7259mag | $    240.00 | $    480.00 |
|  |  | Discount [%] | 5.00- % |  | $     24.00- |
|  |  |  |  |  | $    456.00 |

Vector LINcab with stress functionality. Suitable for 12V- and 24V-LIN
applications between 5 KBaud and 20 KBaud. Infineon LIN Transceiver TLE7259.
Galvanically isolated. Power supply either internal (12V) or external (6-36V).

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|------------|----------------|
| 9000 | 1 | 31318 | FlexCard Cyclone II / E-Ray | $  2,388.00 | $  2,388.00 |

CARDBUS card for sending and receiving of FlexRay frames,
consists of:

1.  Hardware FlexCard
- 32 BIT CARDBUS card
- FlexRay E-Ray Communication Controller
- Two FlexRay channels with FlexRay Physical Layer TJA1080
- Trigger input for hardware synchronisation with the Vector XL interface
familiy

Document-No.: 15022736    Date: 09/05/2007

---

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|-----------|----------------|

---

- Trigger output for external devices (e.g. spectrum analyzer)
Note: A CARDBUS compatible PCMCIA drive will be required when used with a
Desktop PC.

2. Firmware
- Support of FlexRay protocol version 2.x
- Monitoring mode for receiving of FlexRay frames
- Node mode for receiving and sending of FlexRay frames

3. Driver-Dll
- For use of the FlexCard with Vector FlexRay tools. Supported OS: Windows
2000/XP

4. Programming library
- For the use of custom applications with the FlexCard

5. Cables
- cables to connect FlexCard with the FlexRay bus (D-SUB 9)

| 10000 | 1 | **40050** | **CANdelaStudio Admin V5.0** | $ 13,560.00 $ | 13,560.00 |

Development Tool for creation, modification and administration of CANdela
diagnostic templates to implement manufacturer specific diagnostic
requirements into a machine-readable XML-CANdela format. Report generator to
RTF. Translation view and processing of non-western European data. We assure
usability of modified templates for code generation ("CANdesc") or in other
(Vector) Tools only for templates released by Vector.
For Windows 2000/XP. Per-seat license.

| 10010 | 1 | **40031** | **CANdelaStudio OEM Support GM** | | |

GeneralMotors specific adaptation and extensions for CANdelaStudio View,
CANdelaStudio Standard for CANdelaStudio Pro.
The CANdela document template is managed by GM-Opel and available from Mr.
Schieck (e-mail: rudi.schieck@de.opel.com).
A GM supplier certification by OPEL, GM North America or GM Holden is required
by Mr. Schieck.

| 11000 | 1 | **40048** | **CANdelaStudio Standard V5.0** | $ 6,762.00 $ | 6,762.00 |

Development tool for registration of diagnostic description data for
diagnostics via CAN. Use of document templates for implementation of customer
specific diagnostic concepts. Uses XML format for description files and RTF
format for the report generator files (readable with MS-Word).
For Windows 2000/XP. Per-seat license.

| 11010 | 1 | **40031** | **CANdelaStudio OEM Support GM** | | |

GeneralMotors specific adaptation and extensions for CANdelaStudio View,
CANdelaStudio Standard for CANdelaStudio Pro.
The CANdela document template is managed by GM-Opel and available from Mr.
Schieck (e-mail: rudi.schieck@de.opel.com).
A GM supplier certification by OPEL, GM North America or GM Holden is required
by Mr. Schieck.

Document-No.: 15022736    Date: 09/05/2007

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|---|---|---|---|---|---|
| 12000 | 10 | 28022 | CANlog4 | $ 2,260.00 | $ 22,600.00 |

Data logger for CAN, supports up to five measurement channels and 2 MB logging
memory. CAN transceivers for the channnels 1-4 have to be ordered separately.
Different trigger can be configured via CANalyzer / CANoe version 3.1 or
later.
Incl. CANlog cable CL4, USB cable with Binder 4-pin, software on CD and
manual.

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|---|---|---|---|---|---|
| 12010 | 10 | 28012 | CANlog Piggy-Back 6255 | $ 100.00 | $ 1,000.00 |

Piggy back for CANlog3 and CANlog4. With one single-
wire CAN transceiver Infineon TLE6255G
for CAN low speed busses.

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|---|---|---|---|---|---|
| 12020 | 20 | 28015 | CANlog Piggy-Back 1050 | $ 102.00 | $ 2,040.00 |

Piggy back for CANlog3 and CANlog4. With one transceiver
Philips TJA1050 for CAN high speed busses.

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|---|---|---|---|---|---|
| 12040 | 10 | 28019 | CANlog4 Flash card 64 MB | $ 250.00 | $ 2,500.00 |

64MB Flash card for storage of measurement data for CANlog4. In addition to
the already build in 2MB memory.

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|---|---|---|---|---|---|
| 12050 | 10 | 28014 | CANlog I/O Card D4I40 | $ 320.00 | $ 3,200.00 |

Expansion board for CANlog3 and CANlog4; with four digital
input channels (0-45V) and four digital outputs
channels (5-45V; 500 mA).

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|---|---|---|---|---|---|
| 13000 | 10 | 28051 | CANlog/Multilog LOGview | $ 580.00 | $ 5,800.00 |

Compact LCD including connecting cable and Binder 5-pin for CANlog3, CANlog4
and Multilog.

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|---|---|---|---|---|---|
| 14000 ** | 1 | MA-COE | Maintenance Agreement CANoe | $ 1,985.00 | $ 1,985.00 |
| | | Discount [%] | 100.00- % | | $ 1,985.00- |

Discounted given because Maintenance for this S/N has already been paid
Scope of services: Updates for software + options within the maintenance
period
Maintenance costs: 18% of the software list price per license and year
Maturity: Due at the start of the maintenance period
Duration: At least 1 year
Precondition: Actual software license

The adequate options of your software cannot get separate maintenance. They
are considered automatically. Please find them listed below.

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|---|---|---|---|---|---|
| 14010 | 1 | MA-COE.LIN | Maintenance for Option .LIN | $ 314.00 | $ 314.00 |
| 14020 | 1 | MA-COE.FR | Maintenance for Option .FR | $ 674.00 | $ 674.00 |

Document-No.: 15022736     Date: 09/05/2007

---

| Item | Qty | PartNr. | Description | Price(USD) | LineTotal(USD) |
|------|-----|---------|-------------|------------|----------------|

---

| 15000 ** | 1 | MA-CDS-A | Maintenance Agr. CANdelaStudio Adm. | $ 2,440.00 | $ 2,440.00 |
| | | Discount [%] | 100.00- % | | $ 2,440.00- |

Scope of services: Updates for software + options within the maintenance
periode
Maintenance costs: 18% of the software list price per licence and year
Maturity: Due at the start of the maintenance period (2nd year after purchase)
Duration: At least 1 year
Precondition: Actual software licence

With purchase of CANdelaStudio the maintenance for the 1st year is included.
The adequate options of your software cannot get separate maintenance. They
are considered automatically. Please find them listed below.

| 16000 ** | 1 | MA-CDS-S | Maintenance Agr. CANdelaStudio Std. | $ 1,217.00 | $ 1,217.00 |
| | | Discount [%] | 100.00- % | | $ 1,217.00- |

Scope of services: Updates for software + options within the maintenance
periode
Maintenance costs: 18% of the software list price per licence and year
Maturity: Due at the start of the maintenance period (2nd year after purchase)
Duration: At least 1 year
Precondition: Actual software licence

With purchase of CANdelaStudio the maintenance for the 1st year is included.
The adequate options of your software cannot get separate maintenance. They
are considered automatically. Please find them listed below.

---

**Total value**                                                          **$   239,400.60**

**NOTE: Changed amount** for the additions of the LIN and FlexRay options to CANoe SN: 1112302793
maintenance contract 40008319 to reflect prorated amount for options.

**We deliver based upon the following Terms and Conditions:**
Orders placed are governed by Vector CANtech's Terms and Conditions which supersede any
customer's purchase order Terms and Conditions, unless otherwise agreed upon in writing. These
Terms and Conditions are located at:
http://www.vector-cantech.com/portal/medien/vector_cantech/Vector_Terms_and_Conditions.pdf.

**Terms of payment:**
Within  30 days without deduction
If paying by credit card, please note additional fees may be charged by your credit card
company.
**Delivery Terms:** Products shipped 7-10 days upon receipt of order.

Document-No.: 15022736      Date: 09/05/2007

This quotation is valid for 30 days.
Shipping is FOB destination - USA only.


Best Regards,
Vector CANtech, Inc.
Marc Semma