**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORPORATION | ) | Case No. 09-50026 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Robert E. Gerber |

### ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

**ORDERED,** that, , Frederick D. Holden, Jr Esq. is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: ***June 12, 2009***
        New York, New York

                                        *S/ Robert E. Gerber*
                                        UNITED STATES BANKRUPTCY JUDGE