DAWDA, MANN, MULCAHY & SADLER, PLC
William L. Rosin
Kenneth A. Flaska (*pro hac vice*)
39533 Woodward Avenue, Suite 200
Bloomfield Hills, Michigan  48304
Telephone:  (248) 642-3700
Facsimile:  (248) 642-7791

*Attorneys for Magneti Marelli Powertrain USA, LLC*
*Magneti Marelli North America, Inc., Automotive Lighting LLC,*
*Automotive Lighting Rear Lamps Mexico S de RL CV*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| In re:                          | :  | Chapter 11 |
|                                 | :  | Case No 09-50026-reg |
| GENERAL MOTORS CORPORATION      | :  | Hon. Robert E. Gerber |
|                                 | :  | |
| Debtor.                         | :  | |
|                                 | :  | |
------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 12, 2009, copies of the Limited Objection of Magneti to Notice of (I) Debtor's Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto, were served upon the following entities via overnight courier:

Diana G. Adams, Esq.
Office of the U.S. Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Warren Command Center, Mailcode 480-206-114
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

Harvey Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281

Matthew Feldman, Esq.
U.S. Department of Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington DC, 20220

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Kenneth Eckstein, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

<u>Chambers Copy</u>
Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, NY 10004-1408

                          DAWDA, MANN, MULCAHY & SADLER, PLC

                          By:_____/s/ Kenneth A. Flaska_____

                          Kenneth A. Flaska (P28605) (*pro hac vice*)
                          William L. Rosin (P40529)
                          39533 Woodward Avenue, Suite 200
                          Bloomfield Hills, Michigan 48304
                          (248) 642-3700
                          gm@dmms.com

Dated: June 12, 2009