**HAYNES AND BOONE, LLP**
1221 Avenue of the Americas, 26th Floor
New York, New York 10020
Telephone: (212) 659-7300
Facsimile: (212) 884-8228
Judith Elkin (NY Bar No. 4249439)
Matthew E. Russell (NY Bar No. 4475935)

*Attorneys for CEVA Logistics U.S., Inc., CEVA Logistics Canada, ULC, CEVA Logistics de Mexico, S.A. de C.V., CEVA Freight, LLC, EGL Eagle Global Logistics, LP, EGL, Inc., CEVA Freight Belgium N.V., and CEVA International, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                           :
In re:                                     :    Chapter 11
                                           :
**GENERAL MOTORS CORP.,** *et al.*,    :    :    Case No. 09-50026 (REG)
                                           :
                              Debtors.     :    (Jointly Administered)
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE OF LIMITED OBJECTION OF CEVA TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

The undersigned counsel for CEVA Logistics U.S., Inc., CEVA Logistics Canada, ULC, CEVA Logistics de Mexico, S.A. de C.V., CEVA Freight, LLC, EGL Eagle Global Logistics, LP, EGL, Inc., CEVA Freight Belgium N.V., and CEVA International, Inc. (collectively, "CEVA"), hereby certifies that on June 12, 2009, she served CEVA's Limited Objection to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto on the following parties via Federal Express:

1. General Motors Corporation
   Cadillac Building
   30009 Van Dyke Avenue
   Warren, Michigan 48090-9025
   Attn: Warren Command Center, Mailcode 480-206-114

2. Weil, Gotshal & Manges LLP,
   Attorneys for Debtors
   767 Fifth Avenue
   New York, NY 10153
   Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., Joseph H. Smolinsky, Esq.

3. The U.S. Treasury
   1500 Pennsylvania Avenue NW
   Room 2312
   Washington, D.C. 20220
   Attn: Matthew Feldman, Esq.

4. Cadwalader, Wickersham & Taft LLP,
   Attorneys for the Purchaser
   One World Financial Center
   New York, NY 10281
   Attn: John J. Rapisardi, Esq.

5. Kramer Levin Naftalis & Frankel LLP
   Counsel for the Unsecured Creditors' Committee
   1177 Avenue of the Americas
   New York, NY 10036
   Attn: Gordon Z. Novod

6. Vedder Price, P.C.
   Attorneys for Export Development Canada
   1633 Broadway, 47th Floor
   New York, NY 10019
   Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.

7. The Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street, 21st Floor
   New York, NY 10004
   Attn: Diana G. Adams, Esq.

Dated:  June 12, 2009.

**HAYNES AND BOONE, LLP**

*/s/ Judith Elkin*
Judith Elkin  (NY Bar No. 4249439)
Matthew E. Russell (NY Bar No. 4475935)
1221 Avenue of the Americas, 26th Floor
New York, New York  10020
Tel:  (212) 659-7300
Fax:  (212) 918-8989

*Attorneys for CEVA Logistics U.S., Inc., CEVA Logistics Canada, ULC, CEVA Logistics de Mexico, S.A. de C.V., CEVA Freight, LLC, EGL Eagle Global Logistics, LP, EGL, Inc., CEVA Freight Belgium N.V., and CEVA International, Inc.*