| Schedule # | Due Date | Amount | Description |
|---|---|---|---|
| GM751-420 | 03/01/2009 | 803.64 | LEASE RENTAL |
| | 04/01/2009 | 803.64 | LEASE RENTAL |
| | 05/01/2009 | 803.64 | LEASE RENTAL |
| GM751-465 | 01/01/2009 | 2,026.44 | LEASE RENTAL |
| | 01/01/2009 | 720.75 | LEASE RENTAL |
| | 01/01/2009 | 675.46 | LEASE RENTAL |
| | 01/01/2009 | 175.91 | LEASE RENTAL |
| | 02/01/2009 | 2,026.44 | LEASE RENTAL |
| | 02/01/2009 | 720.75 | LEASE RENTAL |
| | 02/01/2009 | 675.46 | LEASE RENTAL |
| | 02/01/2009 | 175.91 | LEASE RENTAL |
| | 03/01/2009 | 2,026.44 | LEASE RENTAL |
| | 03/01/2009 | 720.75 | LEASE RENTAL |
| | 03/01/2009 | 675.46 | LEASE RENTAL |
| | 03/01/2009 | 175.91 | LEASE RENTAL |
| | 04/01/2009 | 2,026.44 | LEASE RENTAL |
| | 04/01/2009 | 720.75 | LEASE RENTAL |
| | 04/01/2009 | 675.46 | LEASE RENTAL |
| | 04/01/2009 | 175.91 | LEASE RENTAL |
| | 05/01/2009 | 2,026.44 | LEASE RENTAL |
| | 05/01/2009 | 720.75 | LEASE RENTAL |
| | 05/01/2009 | 675.46 | LEASE RENTAL |
| | 05/01/2009 | 175.91 | LEASE RENTAL |
| GM751-485 | 05/01/2009 | 260.94 | LEASE RENTAL |
| GM751-496 | 05/01/2009 | 154.18 | LEASE RENTAL |
| GM751-499 | 05/01/2009 | 406.66 | LEASE RENTAL |
| GM751-503 | 03/01/2009 | 822.29 | LEASE RENTAL |
| | 04/01/2009 | 822.29 | LEASE RENTAL |
| | 05/01/2009 | 822.29 | LEASE RENTAL |
| GM751-510 | 03/01/2009 | 2,396.27 | LEASE RENTAL |
| GM751-512 | 06/01/2008 | 2,861.18 | LEASE RENTAL |
| | 07/01/2008 | 2,861.18 | LEASE RENTAL |
| | 08/01/2008 | 2,861.18 | LEASE RENTAL |
| | 09/01/2008 | 2,861.18 | LEASE RENTAL |
| | 10/01/2008 | 2,861.18 | LEASE RENTAL |
| | 11/01/2008 | 2,861.18 | LEASE RENTAL |
| | 12/01/2008 | 2,861.18 | LEASE RENTAL |
| | 01/01/2009 | 2,861.18 | LEASE RENTAL |
| | 02/01/2009 | 2,861.18 | LEASE RENTAL |
| | 03/01/2009 | 2,861.18 | LEASE RENTAL |
| | 04/01/2009 | 2,861.18 | LEASE RENTAL |
| | 05/01/2009 | 2,861.18 | LEASE RENTAL |
| GM751-513 | 03/01/2009 | 598.84 | LEASE RENTAL |
| | 04/01/2009 | 598.84 | LEASE RENTAL |
| | 05/01/2009 | 598.84 | LEASE RENTAL |

| ID | Date | Amount | Type |
|---|---|---|---|
| GM751-515 | 05/01/2009 | 56.10 | LEASE RENTAL |
| GM751-516 | 05/01/2009 | 1,171.52 | LEASE RENTAL |
| GM751-517 | 10/01/2008 | 589.46 | LEASE RENTAL |
|  | 11/01/2008 | 589.46 | LEASE RENTAL |
|  | 12/01/2008 | 589.46 | LEASE RENTAL |
|  | 01/01/2009 | 589.46 | LEASE RENTAL |
|  | 02/01/2009 | 589.43 | LEASE RENTAL |
|  | 03/01/2009 | 589.46 | LEASE RENTAL |
|  | 04/01/2009 | 589.46 | LEASE RENTAL |
|  | 05/01/2009 | 589.46 | LEASE RENTAL |
| GM751-518 | 05/01/2009 | 62.30 | LEASE RENTAL |
|  | 05/01/2009 | 62.30 | LEASE RENTAL |
| GM751-521 | 04/01/2009 | 62.30 | LEASE RENTAL |
|  | 05/01/2009 | 62.30 | LEASE RENTAL |
| GM751-522 | 05/01/2009 | 332.13 | LEASE RENTAL |
|  | 05/01/2009 | 304.52 | LEASE RENTAL |
|  | 05/01/2009 | 221.43 | LEASE RENTAL |
|  | 05/01/2009 | 221.42 | LEASE RENTAL |
| GM751-523 | 08/01/2008 | 601.73 | LEASE RENTAL |
|  | 08/01/2008 | 490.21 | LEASE RENTAL |
|  | 08/01/2008 | 150.43 | LEASE RENTAL |
|  | 08/01/2008 | 150.43 | LEASE RENTAL |
|  | 09/01/2008 | 601.73 | LEASE RENTAL |
|  | 09/01/2008 | 490.21 | LEASE RENTAL |
|  | 09/01/2008 | 150.43 | LEASE RENTAL |
|  | 09/01/2008 | 150.43 | LEASE RENTAL |
|  | 10/01/2008 | 448.39 | LEASE RENTAL |
|  | 10/01/2008 | 330.09 | LEASE RENTAL |
|  | 10/01/2008 | 149.46 | LEASE RENTAL |
|  | 11/01/2008 | 448.39 | LEASE RENTAL |
|  | 11/01/2008 | 330.09 | LEASE RENTAL |
|  | 11/01/2008 | 149.46 | LEASE RENTAL |
|  | 12/01/2008 | 448.39 | LEASE RENTAL |
|  | 12/01/2008 | 330.09 | LEASE RENTAL |
|  | 12/01/2008 | 149.46 | LEASE RENTAL |
|  | 01/01/2009 | 448.39 | LEASE RENTAL |
|  | 01/01/2009 | 330.09 | LEASE RENTAL |
|  | 01/01/2009 | 149.46 | LEASE RENTAL |
|  | 02/01/2009 | 950.08 | LEASE RENTAL |
|  | 02/01/2009 | 448.39 | LEASE RENTAL |
|  | 02/01/2009 | 149.46 | LEASE RENTAL |
|  | 03/01/2009 | 1,099.54 | LEASE RENTAL |
|  | 03/01/2009 | 298.93 | LEASE RENTAL |
|  | 03/01/2009 | 149.46 | LEASE RENTAL |
|  | 04/01/2009 | 1,398.47 | LEASE RENTAL |
|  | 04/01/2009 | 149.46 | LEASE RENTAL |
|  | 05/01/2009 | 934.97 | LEASE RENTAL |
|  | 05/01/2009 | 147.96 | LEASE RENTAL |
| GM751-525 | 04/01/2009 | 805.42 | LEASE RENTAL |

| Lease | Date | Amount | Type |
|---|---|---|---|
| GM751-527 | 06/01/2008 | 1,533.71 | LEASE RENTAL |
| | 07/01/2008 | 1,363.30 | LEASE RENTAL |
| | 08/01/2008 | 1,363.30 | LEASE RENTAL |
| | 09/01/2008 | 1,363.30 | LEASE RENTAL |
| | 10/01/2008 | 1,363.30 | LEASE RENTAL |
| | 11/01/2008 | 1,363.30 | LEASE RENTAL |
| | 12/01/2008 | 1,533.71 | LEASE RENTAL |
| | 01/01/2009 | 1,533.71 | LEASE RENTAL |
| | 02/01/2009 | 1,533.71 | LEASE RENTAL |
| | 03/01/2009 | 1,533.71 | LEASE RENTAL |
| | 04/01/2009 | 1,533.71 | LEASE RENTAL |
| | 05/01/2009 | 1,533.71 | LEASE RENTAL |
| GM751-528 | 05/01/2009 | 4,262.39 | LEASE RENTAL |
| GM751-529 | 05/01/2009 | 103.97 | LEASE RENTAL |
| GM751-530 | 05/01/2009 | 1,004.58 | LEASE RENTAL |
| GM751-531 | 05/01/2009 | 550.52 | LEASE RENTAL |
| GM751-533 | 05/01/2009 | 222.96 | LEASE RENTAL |
| GM751-536 | 05/01/2009 | 100.42 | LEASE RENTAL |
| GM751-543 | 06/01/2008 | 114.44 | LEASE RENTAL |
| | 07/01/2008 | 114.44 | LEASE RENTAL |
| | 08/01/2008 | 114.44 | LEASE RENTAL |
| | 09/01/2008 | 114.44 | LEASE RENTAL |
| | 10/01/2008 | 114.44 | LEASE RENTAL |
| | 11/01/2008 | 114.44 | LEASE RENTAL |
| | 12/01/2008 | 114.44 | LEASE RENTAL |
| | 01/01/2009 | 114.44 | LEASE RENTAL |
| | 02/01/2009 | 114.44 | LEASE RENTAL |
| | 03/01/2009 | 114.44 | LEASE RENTAL |
| | 04/01/2009 | 114.44 | LEASE RENTAL |
| | 05/01/2009 | 114.44 | LEASE RENTAL |
| GM751-544 | 05/01/2009 | 247.12 | LEASE RENTAL |
| GM751-546 | 06/01/2008 | 314.48 | LEASE RENTAL |
| | 06/01/2008 | 97.18 | LEASE RENTAL |
| | 07/01/2008 | 314.48 | LEASE RENTAL |
| | 07/01/2008 | 97.18 | LEASE RENTAL |
| | 08/01/2008 | 314.48 | LEASE RENTAL |
| | 08/01/2008 | 97.18 | LEASE RENTAL |
| | 09/01/2008 | 314.48 | LEASE RENTAL |
| | 09/01/2008 | 97.18 | LEASE RENTAL |
| | 10/01/2008 | 314.48 | LEASE RENTAL |
| | 10/01/2008 | 97.18 | LEASE RENTAL |
| | 11/01/2008 | 314.48 | LEASE RENTAL |
| | 11/01/2008 | 97.18 | LEASE RENTAL |

| | | | |
|---|---|---|---|
| | 12/01/2008 | 314.48 | LEASE RENTAL |
| | 12/01/2008 | 97.18 | LEASE RENTAL |
| | 01/01/2009 | 314.48 | LEASE RENTAL |
| | 01/01/2009 | 97.18 | LEASE RENTAL |
| | 02/01/2009 | 329.01 | LEASE RENTAL |
| | 02/01/2009 | 97.18 | LEASE RENTAL |
| | 03/01/2009 | 329.01 | LEASE RENTAL |
| | 03/01/2009 | 97.18 | LEASE RENTAL |
| | 04/01/2009 | 314.48 | LEASE RENTAL |
| | 04/01/2009 | 97.18 | LEASE RENTAL |
| | 05/01/2009 | 314.48 | LEASE RENTAL |
| | 05/01/2009 | 97.18 | LEASE RENTAL |
| GM751-557 | 08/01/2008 | 948.36 | LEASE RENTAL |
| | 09/01/2008 | 948.36 | LEASE RENTAL |
| | 10/01/2008 | 948.36 | LEASE RENTAL |
| | 11/01/2008 | 948.36 | LEASE RENTAL |
| | 12/01/2008 | 948.36 | LEASE RENTAL |
| | 01/01/2009 | 948.36 | LEASE RENTAL |
| | 02/01/2009 | 948.36 | LEASE RENTAL |
| | 03/01/2009 | 948.36 | LEASE RENTAL |
| | 04/01/2009 | 948.36 | LEASE RENTAL |
| | 05/01/2009 | 948.36 | LEASE RENTAL |
| GM751-569 | 04/01/2009 | 650.44 | LEASE RENTAL |
| | 05/01/2009 | 650.44 | LEASE RENTAL |
| GM751-570 | 07/01/2008 | 245.90 | LEASE RENTAL |
| | 08/01/2008 | 245.90 | LEASE RENTAL |
| | 09/01/2008 | 245.90 | LEASE RENTAL |
| | 10/01/2008 | 245.90 | LEASE RENTAL |
| | 11/01/2008 | 245.90 | LEASE RENTAL |
| | 12/01/2008 | 245.90 | LEASE RENTAL |
| | 01/01/2009 | 245.90 | LEASE RENTAL |
| | 02/01/2009 | 245.90 | LEASE RENTAL |
| GM751-575 | 08/01/2008 | 429.20 | LEASE RENTAL |
| | 08/01/2008 | 143.06 | LEASE RENTAL |
| | 09/01/2008 | 429.20 | LEASE RENTAL |
| | 09/01/2008 | 143.06 | LEASE RENTAL |
| | 10/01/2008 | 429.20 | LEASE RENTAL |
| | 10/01/2008 | 143.06 | LEASE RENTAL |
| | 11/01/2008 | 429.20 | LEASE RENTAL |
| | 11/01/2008 | 143.06 | LEASE RENTAL |
| | 12/01/2008 | 429.20 | LEASE RENTAL |
| | 12/01/2008 | 143.06 | LEASE RENTAL |
| | 01/01/2009 | 429.20 | LEASE RENTAL |
| | 01/01/2009 | 143.06 | LEASE RENTAL |
| | 02/01/2009 | 429.20 | LEASE RENTAL |
| | 02/01/2009 | 143.06 | LEASE RENTAL |
| | 03/01/2009 | 429.20 | LEASE RENTAL |
| | 03/01/2009 | 143.06 | LEASE RENTAL |
| | 04/01/2009 | 429.20 | LEASE RENTAL |
| | 04/01/2009 | 143.06 | LEASE RENTAL |
| | 05/01/2009 | 429.20 | LEASE RENTAL |
| | 05/01/2009 | 143.06 | LEASE RENTAL |
| GM751-583 | 09/01/2008 | 89.00 | LEASE RENTAL |
| | 10/01/2008 | 89.00 | LEASE RENTAL |

|           | 11/01/2008 | 89.00 LEASE RENTAL |
|-----------|------------|--------------------|
|           | 12/01/2008 | 89.00 LEASE RENTAL |
|           | 01/01/2009 | 89.00 LEASE RENTAL |
|           | 02/01/2009 | 89.00 LEASE RENTAL |
| GM751-586 | 11/01/2008 | 195.84 LEASE RENTAL |
|           | 12/01/2008 | 195.84 LEASE RENTAL |
|           | 01/01/2009 | 195.84 LEASE RENTAL |
|           | 02/01/2009 | 195.84 LEASE RENTAL |
|           | 03/01/2009 | 195.84 LEASE RENTAL |
|           | 04/01/2009 | 195.84 LEASE RENTAL |
|           | 05/01/2009 | 195.84 LEASE RENTAL |
| GM751-588 | 04/01/2008 | 1,475.96 LEASE RENTAL |
|           | 05/01/2008 | 1,475.96 LEASE RENTAL |
|           | 06/01/2008 | 1,475.96 LEASE RENTAL |
|           | 07/01/2008 | 1,475.96 LEASE RENTAL |
|           | 08/01/2008 | 1,475.96 LEASE RENTAL |
|           | 09/01/2008 | 1,475.96 LEASE RENTAL |
|           | 10/01/2008 | 1,475.96 LEASE RENTAL |
|           | 11/01/2008 | 1,356.19 LEASE RENTAL |
|           | 12/01/2008 | 1,356.19 LEASE RENTAL |
|           | 01/01/2009 | 1,356.19 LEASE RENTAL |
|           | 02/01/2009 | 1,356.19 LEASE RENTAL |
|           | 03/01/2009 | 1,356.19 LEASE RENTAL |
|           | 04/01/2009 | 1,356.19 LEASE RENTAL |
|           | 05/01/2009 | 1,356.19 LEASE RENTAL |
| GM751-589 | 09/01/2008 | 1,230.27 LEASE RENTAL |
|           | 10/01/2008 | 1,230.27 LEASE RENTAL |
|           | 11/01/2008 | 1,230.27 LEASE RENTAL |
|           | 12/01/2008 | 1,230.27 LEASE RENTAL |
|           | 01/01/2009 | 1,230.27 LEASE RENTAL |
|           | 02/01/2009 | 1,230.27 LEASE RENTAL |
| GM751-593 | 06/01/2008 | 74.18 LEASE RENTAL |
|           | 07/01/2008 | 74.18 LEASE RENTAL |
|           | 08/01/2008 | 74.18 LEASE RENTAL |
|           | 09/01/2008 | 74.18 LEASE RENTAL |
|           | 10/01/2008 | 74.18 LEASE RENTAL |
|           | 11/01/2008 | 74.18 LEASE RENTAL |
|           | 12/01/2008 | 74.18 LEASE RENTAL |
|           | 01/01/2009 | 74.18 LEASE RENTAL |
|           | 02/01/2009 | 74.18 LEASE RENTAL |
|           | 03/01/2009 | 74.18 LEASE RENTAL |
|           | 04/01/2009 | 74.18 LEASE RENTAL |
|           | 05/01/2009 | 441.55 LEASE RENTAL |
| GM751-605 | 05/01/2009 | 899.87 LEASE RENTAL |
| GM751-617 | 12/01/2008 | 1,742.53 LEASE RENTAL |
|           | 01/01/2009 | 1,742.53 LEASE RENTAL |
|           | 02/01/2009 | 1,742.53 LEASE RENTAL |
|           | 03/01/2009 | 1,742.53 LEASE RENTAL |
|           | 04/01/2009 | 1,742.53 LEASE RENTAL |
|           | 05/01/2009 | 1,742.53 LEASE RENTAL |

| | | | |
|---|---|---|---|
| GM751-623 | 05/01/2009 | 102.71 | LEASE RENTAL |
| GM751-628 | 05/01/2009 | 349.02 | LEASE RENTAL |
| | 05/01/2009 | 232.68 | LEASE RENTAL |
| | 05/01/2009 | 83.20 | LEASE RENTAL |
| GM751-638 | 05/01/2009 | 96.86 | LEASE RENTAL |
| GM751-664 | 04/01/2009 | 50.09 | LEASE RENTAL |
| | 05/01/2009 | 50.09 | LEASE RENTAL |
| GM751-669 | 12/01/2008 | 2,709.71 | LEASE RENTAL |
| | 01/01/2009 | 2,709.71 | LEASE RENTAL |
| | 02/01/2009 | 2,709.71 | LEASE RENTAL |
| | 03/01/2009 | 2,709.71 | LEASE RENTAL |
| | 04/01/2009 | 2,709.71 | LEASE RENTAL |
| | 05/01/2009 | 2,709.71 | LEASE RENTAL |
| GM751-675 | 06/01/2008 | 104.64 | LEASE RENTAL |
| | 07/01/2008 | 104.64 | LEASE RENTAL |
| | 08/01/2008 | 104.64 | LEASE RENTAL |
| | 09/01/2008 | 104.64 | LEASE RENTAL |
| | 10/01/2008 | 104.64 | LEASE RENTAL |
| | 11/01/2008 | 104.64 | LEASE RENTAL |
| | 12/01/2008 | 104.64 | LEASE RENTAL |
| | 01/01/2009 | 104.64 | LEASE RENTAL |
| | 02/01/2009 | 104.64 | LEASE RENTAL |
| | 03/01/2009 | 104.64 | LEASE RENTAL |
| | 04/01/2009 | 104.64 | LEASE RENTAL |
| GM751-686 | 12/01/2008 | 408.27 | LEASE RENTAL |
| | 01/01/2009 | 408.27 | LEASE RENTAL |
| | 02/01/2009 | 408.27 | LEASE RENTAL |
| | 03/01/2009 | 408.27 | LEASE RENTAL |
| | 04/01/2009 | 408.27 | LEASE RENTAL |
| | 05/01/2009 | 408.27 | LEASE RENTAL |
| GM751-694 | 02/01/2009 | 819.45 | LEASE RENTAL |
| | 03/01/2009 | 819.45 | LEASE RENTAL |
| | 04/01/2009 | 819.45 | LEASE RENTAL |
| | 05/01/2009 | 819.45 | LEASE RENTAL |
| GM751-697 | 02/01/2009 | 176.42 | LEASE RENTAL |
| | 03/01/2009 | 176.42 | LEASE RENTAL |
| | 04/01/2009 | 176.42 | LEASE RENTAL |
| | 05/01/2009 | 176.42 | LEASE RENTAL |
| GM751-704 | 05/01/2009 | 1,945.59 | LEASE RENTAL |
| | 05/01/2009 | 114.45 | LEASE RENTAL |

**TOTAL    $ 201,031.47**

| Schedule # | Due Date | Amount | Description |
|---|---|---|---|
| GM794-2370 | 2/1/2008 | 1,717.25 | LEASE RENTAL |
|  | 3/1/2008 | 1,717.25 | LEASE RENTAL |
|  | 4/1/2008 | 1,717.25 | LEASE RENTAL |
| GM794-2389 | 12/1/2007 | 406.25 | LEASE RENTAL |
|  | 1/1/2008 | 406.25 | LEASE RENTAL |
|  | 2/1/2008 | 406.25 | LEASE RENTAL |
|  | 3/1/2008 | 406.25 | LEASE RENTAL |
|  | 4/1/2008 | 406.25 | LEASE RENTAL |
|  | 5/1/2008 | 406.25 | LEASE RENTAL |
|  | 6/1/2008 | 406.25 | LEASE RENTAL |
|  | 7/1/2008 | 406.25 | LEASE RENTAL |
|  | 8/1/2008 | 406.25 | LEASE RENTAL |
|  | 9/1/2008 | 731.25 | LEASE RENTAL |
|  | 10/1/2008 | 731.25 | LEASE RENTAL |
|  | 11/1/2008 | 406.25 | LEASE RENTAL |
|  | 12/1/2008 | 406.25 | LEASE RENTAL |
|  | 1/1/2009 | 406.25 | LEASE RENTAL |
|  | 2/1/2009 | 406.25 | LEASE RENTAL |
|  | 3/1/2009 | 406.25 | LEASE RENTAL |
|  | 4/1/2009 | 406.25 | LEASE RENTAL |
|  | 5/1/2009 | 406.25 | LEASE RENTAL |
| GM794-2448 | 12/1/2007 | 234.56 | LEASE RENTAL |
|  | 1/1/2008 | 234.56 | LEASE RENTAL |
|  | 2/1/2008 | 234.56 | LEASE RENTAL |
|  | 3/1/2008 | 234.58 | LEASE RENTAL |
|  | 4/1/2008 | 234.56 | LEASE RENTAL |
|  | 5/1/2008 | 234.58 | LEASE RENTAL |
|  | 6/1/2008 | 234.58 | LEASE RENTAL |
|  | 7/1/2008 | 234.58 | LEASE RENTAL |
|  | 8/1/2008 | 140.81 | LEASE RENTAL |
|  | 9/1/2008 | 996.51 | LEASE RENTAL |
|  | 10/1/2008 | 835.93 | LEASE RENTAL |
|  | 11/1/2008 | 568.66 | LEASE RENTAL |
|  | 12/1/2008 | 568.66 | LEASE RENTAL |
|  | 1/1/2009 | 568.66 | LEASE RENTAL |
|  | 2/1/2009 | 568.66 | LEASE RENTAL |
|  | 3/1/2009 | 568.66 | LEASE RENTAL |
|  | 4/1/2009 | 568.66 | LEASE RENTAL |
|  | 5/1/2009 | 568.66 | LEASE RENTAL |
| GM794-2481 | 8/1/2008 | 492.58 | LEASE RENTAL |
|  | 9/1/2008 | 492.58 | LEASE RENTAL |
|  | 10/1/2008 | 492.58 | LEASE RENTAL |
|  | 11/1/2008 | 492.58 | LEASE RENTAL |
|  | 12/1/2008 | 492.58 | LEASE RENTAL |
|  | 1/1/2009 | 492.58 | LEASE RENTAL |
|  | 2/1/2009 | 492.58 | LEASE RENTAL |
|  | 3/1/2009 | 492.58 | LEASE RENTAL |
|  | 4/1/2009 | 492.58 | LEASE RENTAL |

|  |  |  |  |
|---|---|---:|---|
|  | 5/1/2009 | 492.58 | LEASE RENTAL |
| TGM794-2482-2 | 5/30/2008 | 12,977.57 | LEASE RENTAL |
| GM794-2489 | 9/30/2008 | 58.59 | LEASE RENTAL |
|  | 10/30/2008 | 58.59 | LEASE RENTAL |
|  | 11/30/2008 | 58.59 | LEASE RENTAL |
|  | 12/30/2008 | 58.59 | LEASE RENTAL |
|  | 1/30/2009 | 58.59 | LEASE RENTAL |
|  | 2/28/2009 | 36.62 | LEASE RENTAL |
|  | 3/30/2009 | 80.56 | LEASE RENTAL |
|  | 4/30/2009 | 58.59 | LEASE RENTAL |
|  | 5/30/2009 | 292.96 | LEASE RENTAL |
| GM794-2501 | 9/30/2008 | 308.24 | LEASE RENTAL |
| GM794-2531 | 7/1/2008 | 410.85 | LEASE RENTAL |
|  | 8/1/2008 | 410.85 | LEASE RENTAL |
|  | 9/1/2008 | 410.85 | LEASE RENTAL |
|  | 10/1/2008 | 410.85 | LEASE RENTAL |
|  | 11/1/2008 | 410.85 | LEASE RENTAL |
|  | 12/1/2008 | 410.85 | LEASE RENTAL |
|  | 1/1/2009 | 410.85 | LEASE RENTAL |
|  | 2/1/2009 | 410.85 | LEASE RENTAL |
|  | 3/1/2009 | 410.85 | LEASE RENTAL |
|  | 4/1/2009 | 410.85 | LEASE RENTAL |
|  | 5/1/2009 | 410.85 | LEASE RENTAL |
| GM794-2535 | 5/1/2009 | 771.1 | LEASE RENTAL |
| GM794-2537 | 3/1/2009 | 319.84 | LEASE RENTAL |
|  | 4/1/2009 | 319.84 | LEASE RENTAL |
|  | 5/1/2009 | 319.84 | LEASE RENTAL |
| GM794-2545 | 11/1/2008 | 1,730.25 | LEASE RENTAL |
|  | 12/1/2008 | 1,730.25 | LEASE RENTAL |
|  | 1/1/2009 | 1,730.25 | LEASE RENTAL |
|  | 2/1/2009 | 1,730.25 | LEASE RENTAL |
|  | 3/1/2009 | 1,730.25 | LEASE RENTAL |
|  | 4/1/2009 | 2,108.75 | LEASE RENTAL |
|  | 5/1/2009 | 2,108.75 | LEASE RENTAL |
| GM794-2548 | 4/1/2008 | 738.28 | LEASE RENTAL |
|  | 5/1/2008 | 738.28 | LEASE RENTAL |
|  | 6/1/2008 | 738.28 | LEASE RENTAL |
|  | 7/1/2008 | 738.28 | LEASE RENTAL |
|  | 8/1/2008 | 738.28 | LEASE RENTAL |
|  | 9/1/2008 | 738.28 | LEASE RENTAL |
|  | 10/1/2008 | 738.28 | LEASE RENTAL |
|  | 11/1/2008 | 738.28 | LEASE RENTAL |
|  | 12/1/2008 | 738.28 | LEASE RENTAL |
|  | 1/1/2009 | 738.28 | LEASE RENTAL |

| Date | Amount | Description |
|---|---|---|
| 2/1/2009 | 738.28 | LEASE RENTAL |
| 3/1/2009 | 738.28 | LEASE RENTAL |
| 4/1/2009 | 738.28 | LEASE RENTAL |
| 5/1/2009 | 738.28 | LEASE RENTAL |

**TOTAL    $ 69,372.61**

| Invoice # | Lease # | Due Date | Amount | Description |
|---|---|---|---|---|
| 189032 | GM751-687 | 5/27/2005 | 225.48 | PROPERTY TAX-MARION CNTY,IN |
| 197587 | GM751-495 | 4/5/2006 | 30.14 | PROPERTY TAX-SAGINAW,MI |
| 199602 | GM751-545 | 8/24/2006 | 2,490.92 | PROPERTY TAX-FLINT,MI SITE |
| 199606 | GM751-464 | 8/25/2006 | 1,684.03 | PROPERTY TAX-YPSILANTI,MI |
| 202414 | GM751-388 | 11/30/2006 | 3,312.49 | PROPERTY TAX-GRANT TWP,MARI |
| 202798 | GM751-465 | 12/21/2006 | 2,589.36 | PROPERTY TAX-WYOMING,MI 06 |
| 203992 | GM751-464 | 1/28/2007 | 102.54 | PROPERTY TAX-YPSILANTI,MI |
| 203995 | GM751-465 | 1/28/2007 | 672.14 | PROPERTY TAX-GRAND BLANC,MI |
| 203997 | GM751-503 | 1/28/2007 | 327.74 | PROPERTY TAX |
| 209508 | GM751-561 | 7/31/2007 | 118.38 | PROP. TAX GM751-561 SAGINAW |
| 209936 | GM751-586 | 8/31/2007 | 136.28 | PROPERTY TAX-LIVONIA,MI 07 |
| 209995 | GM751-622 | 8/31/2007 | 1,787.89 | PROPERTY TAX-ALLEN CNTY,IN |
| 213279 | GM751-568 | 12/5/2007 | 231.03 | PROPERTY TAX-OKLAHOMA,OK |
| 213310 | GM751-593 | 12/7/2007 | 69.45 | PROPERTY TAX-Wyandotte Cnt, |
| 213310 | GM751-593 | 12/7/2007 | 142.31 | PROPERTY TAX-Wyandotte Cnt, |
| 213310 | GM751-593 | 12/7/2007 | 158.59 | PROPERTY TAX-Wyandotte Cnt, |
| 214746 | GM751-532 | 1/4/2008 | 3,085.37 | PROPERTY TAX-Marion Cnty,IN |
| 214762 | GM751-570 | 2/10/2008 | 151.08 | PROPERTY TAX-LANSING,MI 07 |
| 214787 | GM751-495 | 2/10/2008 | 10.22 | PROPERTY TAX |
| 214788 | GM751-584 | 2/10/2008 | 11.09 | PROPERTY TAX |
| 214803 | GM751-541 | 2/10/2008 | 136.71 | PROPERTY TAX-ypsilanti,mi |
| 215337 | GM751-546 | 3/3/2008 | 107.08 | PROPERTY TAX-FLINT,MI 2007 |
| 215340 | GM751-634 | 3/3/2008 | 162.34 | PROPERTY TAX-FLINT,MI 2007 |
| 215344 | GM751-517 | 3/4/2008 | 508.58 | PROPERTY TAX-LIVOINIA,MI |
| 215347 | GM751-562 | 3/4/2008 | 138.37 | PROPERTY TAX-LIVOINIA,MI |
| 215351 | GM751-625 | 3/4/2008 | 109.65 | PROPERTY TAX-LIVOINIA,MI |
| 215352 | GM751-634 | 3/4/2008 | 30.29 | PROPERTY TAX-LIVOINIA,MI |
| 215353 | GM751-639 | 3/4/2008 | 89.2 | PROPERTY TAX-LIVOINIA,MI |
| 217976 | GM751-661 | 8/8/2008 | 157.38 | PROPERTY TAX-PONTIAC,MI 200 |
| 217980 | GM794-2489 | 8/8/2008 | 62.62 | PROPERTY TAX-PONTIAC,MI 200 |
| 218001 | GM794-2389 | 8/9/2008 | 95.39 | PROPERTY TAX-FLINT,MI 2008 |
| 218010 | GM751-515 | 8/17/2008 | 150.1 | PROPERTY TAX-LANSING,MI 200 |
| 218562 | GM751-465 | 9/5/2008 | 1,348.15 | PROPERTY TAX-GRAND BLANC,MI |
| 218566 | GM751-560 | 9/4/2008 | 53.71 | PROPERTY TAX-WARREN,MI 2008 |
| 218569 | GM751-588 | 9/4/2008 | 1,246.35 | PROPERTY TAX-WARREN,MI 2008 |
| 218584 | GM751-595 | 9/6/2008 | 52.97 | PROPERTY TAX-BAY CITY, MI 0 |
| 218590 | GM751-517 | 9/6/2008 | 84.3 | PROPERTY TAX-LIVONIA,MI 200 |
| 219048 | GM794-2545 | 9/25/2008 | 27.54 | PROPERTY TAX-DEFIANCE CNTY, |
| 219083 | GM751-568 | 10/1/2008 | 36.22 | PROPERTY TAX-MONTGOMERY CNT |
| 220168 | GM751-520 | 11/27/2008 | 85.96 | PROPERTY TAX-BOWLING GREEN |
| 220226 | GM751-606 | 11/29/2008 | 57.86 | PROPERTY TAX-ST.CHARLES,MO |
| 220329 | GM751-505 | 12/20/2008 | 52.4 | PROPERTY TAX-OKLAHOMA CNTY, |
| 220330 | GM751-522 | 12/20/2008 | 159.74 | PROPERTY TAX-OKLAHOMA CNTY, |
| 220331 | GM751-523 | 12/20/2008 | 372.45 | PROPERTY TAX-OKLAHOMA CNTY, |
| 220332 | GM751-538 | 12/20/2008 | 729.33 | PROPERTY TAX-OKLAHOMA CNTY, |
| 220333 | GM751-562 | 12/20/2008 | 625.36 | PROPERTY TAX-OKLAHOMA CNTY, |
| 220334 | GM751-568 | 12/20/2008 | 163.14 | PROPERTY TAX-OKLAHOMA CNTY, |
| 220335 | GM751-623 | 12/20/2008 | 94.17 | PROPERTY TAX-OKLAHOMA CNTY, |
| 220337 | GM751-685 | 12/20/2008 | 39.37 | PROPERTY TAX-OKLAHOMA CNTY, |
| 220338 | GM751-547 | 12/23/2008 | 818.6 | PROPERTY TAX-WYANDOTTE CNTY |
| 220340 | GM751-593 | 12/23/2008 | 238.25 | PROPERTY TAX-WYANDOTTE CNTY |

| | | | | |
|---|---|---|---|---|
| 220816 | GM751-670 | 12/31/2008 | 1,625.69 | PROPERTY TAX-MARION COUNTY, |
| 221822 | GM751-517 | 2/28/2009 | 308.86 | PROPERTY TAX-LIVONIA 2008 W |
| 221823 | GM751-562 | 2/28/2009 | 84.09 | PROPERTY TAX-LIVONIA 2008 W |
| 221827 | GM751-610 | 2/28/2009 | 200.86 | PROPERTY TAX-LIVONIA 2008 W |
| 221828 | GM751-625 | 2/28/2009 | 66.71 | PROPERTY TAX-LIVONIA 2008 W |
| 221829 | GM751-639 | 2/28/2009 | 53.68 | PROPERTY TAX-LIVONIA 2008 W |
| 221832 | GM751-586 | 2/28/2009 | 36.84 | PROPERTY TAX-LIVONIA MI 200 |
| 221834 | GM751-501 | 2/28/2009 | 91.58 | PROPERTY TAX-RANKIN CO., MS |
| 221852 | GM751-589 | 2/28/2009 | 73.26 | PROPERTY TAX-FLINT,MI 2008 |
| 221863 | GM751-561 | 2/28/2009 | 5.97 | PROPERTY TAX-SAGINAW,MI 200 |
| 221878 | GM751-628 | 2/28/2009 | 215.4 | PROPERTY TAX-YPSILANTI,MI 2 |
| 221880 | GM751-642 | 2/28/2009 | 163.6 | PROPERTY TAX-YPSILANTI,MI 2 |
| 221887 | GM794-2537 | 2/28/2009 | 41.8 | PROPERTY TAX-ROMULUS,MI 200 |
| 221890 | GM751-515 | 2/28/2009 | 25.95 | PROPERTY TAX-LANSING,MI 200 |
| 221892 | GM751-567 | 2/28/2009 | 1 | PROPERTY TAX-LANSING,MI 200 |
| 221893 | GM751-570 | 2/28/2009 | 91.33 | PROPERTY TAX-LANSING,MI 200 |
| 221902 | GM751-616 | 2/28/2009 | 416.06 | PROPERTY TAX-DENVER CO, 200 |
| 221906 | GM751-560 | 2/28/2009 | 3.36 | PROPERTY TAX-WARREN,MI 2008 |
| 221909 | GM751-588 | 2/28/2009 | 25.9 | PROPERTY TAX-WARREN,MI 2008 |
| 221912 | GM751-700 | 2/28/2009 | 49.62 | PROPERTY TAX-WARREN,MI 2008 |
| 221913 | GM794-2549 | 2/28/2009 | 7.8 | PROPERTY TAX-WARREN,MI 2008 |
| 221915 | GM751-465 | 2/28/2009 | 394.6 | PROPERTY TAX-GRAND BLANC,MI |
| 221928 | GM751-546 | 2/28/2009 | 2.28 | PROPERTY TAX-PONTIAC,MI 200 |
| 221979 | GM751-503 | 2/28/2009 | 93.84 | PROPERTY TAX-FLINT,MI GENES |
| 221980 | GM751-522 | 2/28/2009 | 14.98 | PROPERTY TAX-FLINT,MI GENES |
| 221981 | GM751-523 | 2/28/2009 | 153.78 | PROPERTY TAX-FLINT,MI GENES |
| 221982 | GM751-544 | 2/28/2009 | 22.56 | PROPERTY TAX-FLINT,MI GENES |
| 221983 | GM751-554 | 2/28/2009 | 11.18 | PROPERTY TAX-FLINT,MI GENES |
| 221984 | GM751-589 | 2/28/2009 | 110.94 | PROPERTY TAX-FLINT,MI GENES |
| 221985 | GM751-633 | 2/28/2009 | 129.24 | PROPERTY TAX-FLINT,MI GENES |
| 221986 | GM751-641 | 2/28/2009 | 23.46 | PROPERTY TAX-FLINT,MI GENES |
| 221987 | GM751-700 | 2/28/2009 | 10.75 | PROPERTY TAX-FLINT,MI GENES |
| 222486 | GM751-522 | 3/31/2009 | 437.7 | PROPERTY TAX-TARRANT CNTY 0 |
| 222487 | GM751-538 | 3/31/2009 | 72.47 | PROPERTY TAX-TARRANT CNTY 0 |
| 222488 | GM751-522 | 3/31/2009 | 223.02 | PROPERTY TAX-TARRANT CNTY 0 |
| 222489 | GM751-538 | 3/31/2009 | 36.88 | PROPERTY TAX-TARRANT CNTY 0 |
| 222490 | GM751-522 | 3/31/2009 | 216.72 | PROPERTY TAX-TARRANT CNTY T |
| 222491 | GM751-538 | 3/31/2009 | 35.9 | PROPERTY TAX-TARRANT CNTY 0 |

**TOTAL $ 30,949.77**