IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x
In re:                                       :
                                             :  Chapter 11
GENERAL MOTORS                               :  Case No: 09-50026 (REG)
CORP., *et al.*,                             :  (Jointly Administered)
                                             :
            Debtors.                         :
                                             :
                                             :
---------------------------------------------x

## MOTION FOR ADMISSION OF
## RONALD E. REINSEL TO PRACTICE *PRO HAC VICE*

PLEASE TAKE NOTICE that upon the annexed declaration of Ronald E. Reinsel, the undersigned will move this Court before the Honorable Robert E. Gerber of the United States Bankruptcy Court for the Southern District of New York, for an order admitting Ronald E. Reinsel, Esq. *pro hac vice* to represent Mark Buttita, an asbestos personal injury claimant also represented by the law firm of Cooney & Conway, in the above referenced Chapter 11 bankruptcy case.

Dated:  June 11, 2009

                                    Respectfully submitted,

                                    [signature]
                                    _____
                                    Elihu Inselbuch (EI-2843)
                                    Rita C. Tobin (RCT-5413)
                                    CAPLIN & DRYSDALE, CHARTERED
                                    375 Park Avenue, 35th Floor
                                    New York, New York 10152
                                    (212) 319-7125

                                    *Attorneys for     Mark Buttita*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
In re:                                :
                                      :   **Chapter 11**
**GENERAL MOTORS**                    :   **Case No: 09-50026 (REG)**
**CORP.,** *et al.,*                  :   **(Jointly Administered)**
                                      :
            Debtors.                  :
                                      :
                                      :
---------------------------------------------------x

## DECLARATION OF RONALD E. REINSEL FOR ADMISSION TO PRACTICE *PRO HAC VICE*

RONALD E. REINSEL declares, under penalty of perjury, the following to be true and correct:

1. I respectfully submit this declaration in support of the instant application before the Honorable Robert E. Gerber for my application *pro hac vice* to represent Mark Buttita, an asbestos personal injury claimant also represented by the law firm of Cooney & Conway, in the above referenced Chapter 11 bankruptcy case.

2. I am and have been a member in good standing of the bars of the State of Arizona, the District of Columbia, and the United States District Courts for the District of Arizona and the District of Columbia.

3. I am an attorney at the law firm Caplin & Drysdale, Chartered, One Thomas Circle, NW, Washington, D.C. 20005. My telephone number is (202) 862-7837, and my e-mail address is rer@capdale.com.

4. There are no pending disciplinary proceedings against me in any state or federal jurisdiction and no discipline has previously been imposed against me in any jurisdiction.

5. I agree to pay the fee of $25.00 upon approval by this Court of my admission *pro hac vice.*

6. I have obtained a copy of the Local Rules of this Court and am generally familiar with such Rules.

7. I agree to be bound by the Rules of this Court upon my admission.

WHEREFORE, I respectfully request that I be admitted to practice *pro hac vice* to represent Mark Buttita, an asbestos personal injury claimant also represented by the law firm of Cooney & Conway, in the above referenced Chapter 11 bankruptcy case.

Dated: June 11, 2009

_____
Ronald E. Reinsel
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC  20005
(202) 862-7837