IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x
In re:                                           :
                                                 : **Chapter 11**
**GENERAL MOTORS**                               : **Case No: 09-50026 (REG)**
**CORP.,** *et al.,*                             : **(Jointly Administered)**
                                                 :
          Debtors.                               :
                                                 :
                                                 :
-------------------------------------------------x

**ORDER OF ADMISSION OF RONALD E. REINSEL
TO PRACTICE *PRO HAC VICE***

Upon consideration of the Motion for Admission to Practice *Pro Hac Vice* of Ronald E. Reinsel, it is

ORDERED that Ronald E. Reinsel, Esq. is admitted to practice *pro hac vice* in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:
    New York, New York

                                            _____
                                            Robert E. Gerber
                                            United States Bankruptcy Judge