DICONZA LAW, P.C.
630 Third Avenue, 7th Floor
New York, New York 10017
Gerard DiConza
Tel: (212) 682-4940
Fax: (212) 682-4942

*Bankruptcy Counsel for Analysts International Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
GENERAL MOTORS CORP., et al.,                       :    Case No. 09-50026 (REG)
                                                    :    (Jointly Administered)
                                  Debtors.          :
-----------------------------------------------------------------------x

OBJECTION OF ANALYSTS INTERNATIONAL CORPORATION TO NOTICE
OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN
EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO

Analysts International Corporation ("**Analysts**"), by and through its undersigned counsel, hereby submits this objection (the "**Objection**") to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto (the "**Notice of Intent**"), served upon Analysts by the above-captioned debtors and debtors in possession (the "**Debtors**") pursuant to this Court's Order Pursuant to 11 U.S.C. §§ 105, 363, and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006 (I) Approving Procedures for Sale of Debtors' Assets Pursuant to Master Sale and Purchase Agreement With Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline and Sale Hearing Date; (III) Establishing Assumption and Assignment Procedures; and (IV) Fixing Notice Procedures and Approving Form of Notice (the "**Bidding Procedures Order**"), and respectfully states as follows:

       1.      The Debtors commenced their voluntary Chapter 11 bankruptcy cases on June 1, 2009. On June 2, 2009, this Court entered the Bidding Procedures Order, which provides procedures for the Debtors' proposed assumption and assignment of certain executory contracts.

       2.      Analysts is an information technology services company that provides configured technology solutions for its clients, including, but not limited to, technology staffing, collaboration solutions, infrastructure solutions, project and application solutions and managed services offerings. Analysts is party to several contracts with the Debtors.

       3.      Pursuant to the Bidding Procedures Order, the Debtors delivered a Notice of Intent to Analysts apparently indicating that the Debtors intend to assume and assign some or all of the Debtors' contracts with Analysts (the "**Assumed Contracts**"). Analysts has no objection to the assumption of the Assumed Contracts provided that the correct cure amounts are paid. However, the Debtors proposed cure payments for the Assumed Contracts are unclear and appear to be inadequate and have yet to be updated to reflect additional invoices for prepetition deliveries that need to be processed.

       5.      Analysts expects that any differences can be reconciled, but files this Objection out of an abundance of caution due to the deadlines for filing objections set forth in the Bid Procedures Order and Notice of Intent and to preserve all rights related to the proposed assumption of the Assumed Contracts.

       6.      Analysts reserves all rights to amend and/or supplement this Objection.

WHEREFORE, Analysts respectfully requests, only to the extent that the parties cannot reconcile the correct cure amounts among themselves, that this Court determine the proper cure amounts, compel Debtors to pay the proper cure amount and grant such other and further relief as is just and appropriate.

Dated: New York, New York
      June 12, 2009

Respectfully Submitted,

DICONZA LAW, P.C.

By: /s/ Gerard DiConza
     Gerard DiConza
     630 Third Avenue, 7th Floor
     New York, New York 10017
     Tel: (212) 682-4940
     Fax: (212) 682-4942
     Email: gdiconza@dlawpc.com

*Attorneys for Analysts International Corporation*