JAFFE RAITT HEUER & WEISS, P.C.
Paul R. Hage (P70460)(Pro Hac Vice)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Telephone: 248.351.3000
Facsimile: 248.351.3082
E-mail: phage@jaffelaw.com
*Counsel for MPS Group, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | ----------------------------------x | |
| | : | |
| In re | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| | : | |
| ----------------------------------x | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 12, 2009, copies of **Limited Objection of MPS Group, Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, and (II) Cure Costs Related Thereto**, were served upon the following entities via overnight courier:

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025<br>Attn: Warren Command Center<br>      Mailcode 480-206-114 | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Harvey R. Miller, Esq.<br>      Stephen Karotkin, Esq.<br>      Joseph H. Smolinsky, Esq. |
| U.S. Treasury<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, DC 20220<br>Attn: Matthew Feldman, Esq. | Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>Attn: John J. Rapisardi, Esq. |

| | |
|---|---|
| Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>Attn: Michael J. Edelman, Esq.<br>   Michael L. Schein, Esq. | Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Attn: Diana G. Adams, Esq. |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn: Gordon Z. Novod | |

JAFFE RAITT HEUER & WEISS, P.C.

By: /s/ Paul R. Hage
   Paul R. Hage (P71963)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Telephone: 248.351.3000
Facsimile: 248.351.3082
Email: phage@jaffelaw.com
*Counsel for MPS Group, Inc.*

Dated: June 12, 2009

1758136.01