BRACEWELL & GIULIANI LLP
225 Asylum Street, Suite 2600
Hartford, Connecticut 06103-1534
Telephone: (860) 256-8531
Facsimile: (860) 246-3201
Renée M. Dailey (RD3029)

*Attorneys for Georg Fishcer Automotive AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ X
                                                                    :
In re:                                                              :    Chapter 11
                                                                    :
GENERAL MOTORS CORP., et al.,                                       :    Case No. 09 -50026 (REG)
                                                                    :
                    Debtors                                         :    Jointly Administrated
                                                                    :
------------------------------------------------------------------ X

**NOTICE OF APPEARANCE AND DEMAND**
**FOR SERVICE OF PLEADINGS AND OTHER PAPERS**

PLEASE TAKE NOTICE that the undersigned, counsel to Georg Fischer Automotive AG, hereby files its Notice of Appearance and Demand for Service of Pleadings and Other Papers, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), and respectfully requests that the Clerk place counsel listed below on the matrix and list of creditors, if not already done, so as to receive all documents, pleadings, exhibits in this case, and that all notices given or required to be served in this case be served at the following addresses:

> Renée M. Dailey.
> Bracewell & Giuliani LLP
> 225 Asylum Street, 26th Floor
> Hartford, CT 06103
> Email:  renee.dailey@bgllp.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the request for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy

Procedure and additionally, includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan of reorganization in the captioned bankruptcy cases, whether transmitted or conveyed by mail, telephone, telecopier or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a demand and request for service and does not constitute a consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

Dated:  June 12, 2009

BRACEWELL & GIULIANI LLP
225 Asylum Street, Suite 2600
Hartford, CT 06103
Telephone:  (860) 256-8531
Facsimile:  (860) 246-3201

By: /s/ Renée M. Dailey
      Renée M. Dailey

*Attorneys for Georg Fischer Automotive AG*