## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system on June 12, 2009.

Dated:  June 12, 2009

                                            BRACEWELL & GIULIANI LLP
                                            225 Asylum Street, Suite 2600
                                            Hartford, CT 06103
                                            Telephone:  (860) 256-8531
                                            Facsimile:  (860) 246-3201

                                            By: /s/ Renée M. Dailey
                                                    Renée M. Dailey

                                            *Attorneys for Georg Fischer Automotive AG*