# CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2009, a true and correct copy of the ***Limited Objection of Georg Fischer Automotive AG To Notice of (I) Debtors' Intent To Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto*** was served via electronic mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system, and further, via Federal Express to the following parties:

<u>Debtors</u>
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center
     Mailcode 480-206-114

<u>Counsel to the Debtors</u>
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinksy, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

<u>Counsel to Export Development Canada</u>
Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY 10019

and

Tricia Sherick, Esq.
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

<u>Office of the U.S. Trustee</u>
Diana G. Adams, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004

<u>U.S. Treasury</u>
Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220

<u>Counsel to the Creditors Committee</u>
Robert D. Wolford
Miller, Johnson, Snell & Cummiskey, PLC
250 Monroe Avenue, N.W.
Suite 800
Grand Rapids, MI 49503

<u>Counsel to the Vehicle Acquisition Holdings LLC</u>
John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

By: <u>/s/ Renée M. Dailey</u>
     Renée M. Dailey