Gordon J. Toering (P46409)
Michael B. O'Neal (P66247)
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Ph: (616) 752-2185
Fax: (616) 222-2185
gtoering@wnj.com
moneal@wnj.com
Attorney for SPS Technologies, LLC,
SPS Technologies Waterford Company,
NSS Technologies, Inc., and
AVK Division of Avibank Mfg., Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
In re

GENERAL MOTORS CORP., *et al.*,

Debtors.

------------------------------------------------------------ x

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

# EXHIBIT A

## TO

**LIMITED OBJECTION OF SPS TECHNOLOGIES, LLC, SPS TECHNOLOGIES WATERFORD COMPANY, NSS TECHNOLOGIES, INC., AND AVK DIVISION OF AVIBANK MFG., INC. TO THE DEBTORS' MOTION FOR SALE OF PROPERTY UNDER 363(b)/DEBTORS MOTION PURSUANT TO 11 U.S.C. §§ 105, 363(b), (f), (k), AND (m), AND 365 AND BANKRUPTCY RULES 2002, 6004, AND 6006 TO (I) APPROVE (A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND THE NOTICE OF FILING OF SCHEDULE OF CERTAIN DESIGNATED SUPPLIER AGREEMENTS AND CURE COSTS RELATED THERETO**

## Attachment A - SPS Cure Amounts

| SPS Vendors | Cure Amount |
|---|---|
| SPS Technologies, LLC & SPS Technologies Waterford Company | $ 1,149,350 |
| NSS Technologies, Inc. | $ 100,675 |
| AVK Division of Avibank Mfg., Inc. | $ 2,596 |
| Total | $ 1,252,621 |