Gordon J. Toering (P46409)
Michael B. O'Neal (P66247)
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Ph: (616) 752-2185
Fax: (616) 222-2185
gtoering@wnj.com
moneal@wnj.com
Attorney for SPS Technologies, LLC,
SPS Technologies Waterford Company,
NSS Technologies, Inc., and
AVK Division of Avibank Mfg., Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

In re

GENERAL MOTORS CORP., *et al.*,

Debtors.

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

------------------------------------------------------------ x

# EXHIBIT B

## TO

**LIMITED OBJECTION OF SPS TECHNOLOGIES, LLC, SPS TECHNOLOGIES WATERFORD COMPANY, NSS TECHNOLOGIES, INC., AND AVK DIVISION OF AVIBANK MFG., INC. TO THE DEBTORS' MOTION FOR SALE OF PROPERTY UNDER 363(b)/DEBTORS MOTION PURSUANT TO 11 U.S.C. §§ 105, 363(b), (f), (k), AND (m), AND 365 AND BANKRUPTCY RULES 2002, 6004, AND 6006 TO (I) APPROVE (A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND THE NOTICE OF FILING OF SCHEDULE OF CERTAIN DESIGNATED SUPPLIER AGREEMENTS AND CURE COSTS RELATED THERETO**

## MEMORANDUM OF UNDERSTANDING

Set out below are the terms of an agreement made between General Motors Corporation ("GM"), and SPS Technologies, LLC and SPS Technologies Waterford Company (together "SPS"), and is made on the 1st day of April 2009, regarding the purchase and supply of the parts supplied by SPS to GM out of its Cleveland and Waterford plants for GM.

1. For North America, GM agrees to purchase and SPS agrees to supply, the quantities of good quality parts identified in the last column of Attachment A, which SPS will supply in accordance with the releases issued in the normal course by GM, over the period ending July 10, 2009 (the "Initial Supply Period"). During the Initial Supply Period, GM agrees that it will not exercise a termination for convenience on any of the parts and thus will not implement a termination pursuant to Paragraph 13 of the GM terms and conditions. The requirement to supply and purchase the quantities set forth in the last column of Attachment A, for each of the parts listed therein is a material term of the agreement between the parties.

2. GM shall purchase on an overall average, not by part number, but overall for all parts supplied and purchased, at least fifty percent (50%) of the total quantity of parts identified in the last column of Attachment A by May 29, 2009. This does not require GM to purchase 50% of the total quantities for each part, because it is anticipated that for some of the Parts GM will likely purchase more than 50% of the total quantity by May 29, 2009 but for others it may be less than 50%. Following the end of the Initial Supply Period (i.e., on or about July 15, 2009), in the event that GM has not purchased one hundred percent (100%) of the quantities in Attachment A for all parts, GM shall purchase and pay for one hundred percent of the remaining part quantities set forth in Attachment A.

3. In the event that, during the course of the Initial Supply Period, GM or SPS believes the quantity for any given part may exceed the total quantity for that part set forth in Attachment A, based on the releases being issued weekly by GM, the parties will work together to schedule the purchase of raw materials and/or tooling to enable SPS to supply and GM to purchase those additional quantities. In particular, if GM advises SPS that additional quantities are needed to support GM's production requirements, or SPS believes that additional quantities are needed to support GM's production requirements based on the releases it obtains weekly, SPS will attempt to provide GM with advance notice that such additional tooling and raw materials are necessary, will request approval of GM for same, providing sufficient information to allow GM to respond and GM will act promptly to approve same, but in any event will respond within five business days of receipt of such information.

4. Following the end of the Initial Supply Period (i.e., on or about July 15, 2009), SPS will provide GM with a list of GM parts for which SPS holds finished goods and work in process inventory (the "FG & WIP List"). Following the end of the Initial Supply Period (i.e., on or about July 15, 2009), SPS will also provide GM with a list of GM parts for which SPS holds raw material inventory (the "Raw Material List"). The prices for the parts will be those in effect on January 1, 2009 and as set forth in Attachment A. GM will first select the quantities of parts available to purchase from the FG & WIP List until a total purchase quantity of $250,000 is selected. In the event that the total purchase quantity available on the WIP & FG list is less than

$250,000, GM will then select additional quantities of parts available to purchase from the Raw Material List until the total of the combined quantities of parts selected from the FG & WIP List and the Raw Material List results in a total GM purchase value of $250,000. Within 10 working days of GM's receipt of the FG & WIP List and the Raw Material List, GM will inform SPS via e-mail of the $250,000 in parts that it has selected to purchase. Within 20 working days of SPS's receipt of GM's e-mail, SPS will make the parts available for GM pick up at its plants in Waterford, Michigan and Cleveland, Ohio and inform GM via e-mail that the parts are available for pick up. Within 5 working days of receiving SPS's e-mail that the parts are available for pick up, GM will pick up the parts and pay to SPS $250,000 for those parts.

5. This is a full and final Agreement between SPS and GM on their commercial issues, and this Agreement hereby acts to amend the current standard supply agreements used by GM for North America. GM and SPS accept those agreements as amended. GM terms and conditions control except as amended herein, but it is expressly agreed that, to the extent there is a conflict between the terms and conditions of this Memorandum of Understanding, and GM terms and conditions, the term and conditions of this Memorandum of Understanding shall supersede and control. The parties may mutually agree to modify or amend this Agreement only by an express written instrument signed by counsel for the parties. This Agreement may not be modified or amended by the unilateral issuance of a purchase order or release.

6. The pricing for the parts is as set forth in Attachment A.

7. If GM or SPS commences a bankruptcy case under Title 11 of the United States Code, 11 U.S.C. § 101 et seq all rights or issues regarding the enforceability of the payment and credit terms contained in the respective contracts are reserved by both parties.

8. The parties have agreed to work on an exit plan for parts sent by SPS to European plants that have been produced by SPS. An arrangement for payment of invoices for such parts has been agreed to as follows while they work on that plan: For parts supplied to European plants, invoices for good quality parts received 7 days prior to the end of a payment cycle shall be paid in the same payment cycle but that does not mean every payment will be made 7 days after receipt; all other invoices will be paid in the next payment cycle after receipt of good quality parts. Payments occur twice per month (beginning and mid-month, and thus a payment cycle is approximately 15 days). Every month, twice a month, SPS shall notify and provide sufficient information to GM regarding parts not received in the plant in 42 days from delivery to the shipper by SPS and not scheduled to be paid in the payment cycle in which it would have been paid had it been received in 42 days. In such cases, GM commits to act as quickly as possible to expedite receipt of such parts. All necessary information will be exchanged between the parties in order to allow this process to work.

9. In consideration of the parties entering into this Agreement, with the exception of warranty claims which arise out of the SPS parts or any debits which are currently outstanding and scheduled to be taken by GM in the ordinary course, and with the exception of all amounts due and owing by GM to SPS relating to the supply of parts, SPS and GM fully and finally release each other from any and all claims which either made or could have made against each

other arising out of the supply of Parts and the pay under protest in 2008, through the date of this Agreement.

10. SPS may want to participate in the U.S. Government's Supplier Support Program (the "Supplier Program"). Should SPS desire to participate in the Supplier Program, it will inform GM via e-mail and GM will include SPS as eligible (subject to SPS meeting the eligibility criteria of production being done in the United States and being on MNS2 payment term) and take appropriate action to support SPS's participation in the Supplier Program.

Agreed & Accepted:

_____  c/Apr/09.
Mumshad Ahmad
Director – Structures & Closures
Global Purchasing & Supply Chain
General Motors

_____ 1/Apr/2009
Dennis Shea
Director, Legal & Environmental Affairs
SPS Technologies, LLC
SPS Technologies Waterford Company

# ATTACHMENT A
## GM Purchase Quantities & Price

| GM Part No. | Lead Time (weeks) | Price per Piece (USD) | GM Purchase Quantities (For period between 13Mar to 10July 2009) |
|---|---|---|---|
| 24226094 | 16 | 0.04830 | 14,475 |
| 11588715 | 8 | 0.04130 | 366,296 |
| 24239923 | 16 | 0.04270 | 3,833 |
| 11571050 | 12 | 0.07900 | 18,242 |
| 11569860 | 16 | 0.14990 | 2,805 |
| 24246172 | 12 | 0.10076 | 718,910 |
| 11589273 | 16 | 0.13750 | 396,886 |
| 11589307 | 8 | 0.05200 | 469 |
| 9426931 | 12 | 1.09740 | 1,272 |
| 11561601 | 16 | 0.13650 | 5,100 |
| 11609606 | 16 | 0.17700 | 10,395 |
| 11609903 | 12 | 0.20000 | 45,263 |
| 11517975 | 16 | 0.09480 | 4,165 |
| 3525915 | 8 | 0.02750 | 9,629 |
| 11609598 | 16 | 0.20397 | 122,288 |
| 11571068 | 12 | 0.12500 | 7,903 |
| 12554553 | 8 | 0.02850 | |
| 11571226 | 8 | 0.10730 | 92,183 |
| 11519171 | 8 | 0.08500 | 3,868 |
| 12557840 | 12 | 0.62680 | 199,522 |
| 10105879 | 8 | 0.02830 | 46,905 |
| 11589281 | 16 | 0.23631 | 52,075 |
| 11609609 | 16 | 0.24475 | 15,300 |
| 11570511 | 12 | 0.65600 | 53,514 |
| 11588714 | 12 | 0.03500 | 272,037 |
| 11517379 | 8 | 0.11900 | 88,740 |
| 24242043 | 16 | 0.07350 | 43,350 |
| 10066008 | 8 | 0.07830 | 41,568 |
| 11589275 | 12 | 0.15800 | 3,188 |
| 11588729 | 12 | 0.06580 | 47,168 |
| 11588991 | 8 | 0.03300 | 1,541,559 |

# ATTACHMENT A
## GM Purchase Quantities & Price

| GM Part No. | Lead Time (weeks) | Price per Piece (USD) | GM Purchase Quantities (For period between 13Mar to 10July 2009) |
|---|---|---|---|
| 11588844 | 8 | 0.20000 | 717,257 |
| 11588718 | 12 | 0.04100 | 35,523 |
| 12555770 | 8 | 0.04590 | 13,050 |
| 11610070 | 16 | 0.26000 | 17,425 |
| 11609419 | 16 | 0.08920 | 1,647,462 |
| 15590788 | 12 | 0.07970 | 188 |
| 22531637 | 8 | 0.02940 | 699,660 |
| 12567157 | 12 | 0.28390 | 3,068 |
| 11609433 | 12 | 0.04000 | 3,353 |
| 11570087 | 8 | 0.07500 | 22,754 |
| 90537691 | 8 | 0.22900 | 1,426,609 |
| 11588741 | 8 | 0.08700 | 881,595 |
| 11588719 | 16 | 0.04800 | 136,144 |
| 11588742 | 8 | 0.10000 | 559,903 |
| 11588713 | 12 | 0.03300 | 474,593 |
| 10271003 | 8 | 0.19000 | |
| 11518861 | 8 | 0.09900 | 3,696,402 |
| 11588737 | 8 | 0.07300 | 52,815 |
| 11571239 | 8 | 0.16400 | 724,078 |
| 1609990 | 16 | 0.25000 | 78,540 |
| 1647557 | 12 | 0.06130 | 21,420 |
| 11516398 | 12 | 0.04090 | 2,480 |
| 11588743 | 8 | 0.10500 | 250,328 |
| 15675351 | 12 | 0.24020 | 1,275 |
| 92139075 | 8 | 0.20490 | 24,480 |
| 11515762 | 12 | 0.06200 | 480,926 |
| 11589284 | 12 | 0.277722 | 119,167 |
| 11588740 | 8 | 0.08500 | 338,791 |
| 11570235 | 8 | 0.29760 | 13,600 |
| 11519056 | 8 | 0.05100 | 25,068 |
| 12554848 | 8 | 0.04890 | 26,489 |
| 11588744 | 8 | 0.11300 | 503,445 |

# ATTACHMENT A
## GM Purchase Quantities & Price

| GM Part No. | Lead Time (weeks) | Price per Piece (USD) | GM Purchase Quantities (For period between 13Mar to 10July 2009) |
|---|---|---|---|
| 11609608 | 16 | 0.21871 | 132,907 |
| 10070101 | 8 | 0.04000 | 20,825 |
| 11562087 | 16 | 0.12550 | 5,100 |
| 11570510 | 16 | 0.07300 | 205,360 |
| 3836903 | 8 | 0.04350 | |
| 3830945 | 8 | 0.04660 | 98,316 |
| 11588622 | 8 | 0.11810 | |
| 11518342 | 16 | 0.11000 | 29,580 |
| 11588749 | 8 | 0.13700 | 67,969 |
| 11517987 | 8 | 0.44350 | 349 |
| 24504965 | 8 | 0.12100 | 23,205 |
| 11515937 | 8 | 0.08960 | 10,710 |
| 12560341 | 16 | 0.41043 | 7,900 |
| 24575374 | 8 | 0.12900 | 278 |
| 11518856 | 12 | 0.04290 | 3,473,375 |
| 11589285 | 12 | 0.29209 | 3,138 |
| 11519788 | 16 | 0.08660 | 4,080 |
| 11589280 | 12 | 0.22387 | 162,011 |
| 12568079 | 8 | 0.35000 | 80,401 |
| 92067604 | 8 | 0.34490 | 8,500 |
| 11588748 | 8 | 0.13500 | 150,465 |
| 11519082 | 8 | 0.33790 | |
| 11609709 | 8 | 0.34000 | 129,160 |
| 10182334 | 12 | 0.07000 | 53,040 |
| 11515783 | 12 | 0.17000 | 11,730 |
| 11900244 | 12 | 0.04830 | 267,596 |
| 11609933 | 12 | 0.59247 | 130,589 |
| 11570143 | 8 | 0.04630 | 1,335 |
| 11588747 | 8 | 0.13200 | 341,093 |
| 11609264 | 12 | 0.10980 | 18,457 |
| 11609632 | 16 | 0.19527 | 86,870 |
| 11569648 | 8 | 0.21250 | 1,048,124 |

# ATTACHMENT A
## GM Purchase Quantities & Price

| GM Part No. | Lead Time (weeks) | Price per Piece (USD) | GM Purchase Quantities (For period between 13Mar to 10July 2009) |
|---|---|---|---|
| 11515771 | 12 | 0.10870 | 26,095 |
| 1647553 | 8 | 0.04100 | 194,419 |
| 11609471 | 8 | 0.12500 | 831,239 |
| 11588745 | 8 | 0.11900 | 246,301 |
| 11589282 | 12 | 0.25491 | 153,689 |
| 11519968 | 12 | 0.05620 | 2,720 |
| 10143220 | 12 | 0.29490 | 6,545 |
| 11569957 | 8 | 0.43000 | 102,816 |
| 11588456 | 8 | 0.21000 | 9,923 |
| 11588750 | 8 | 0.15200 | 205,420 |
| 11519020 | 16 | 0.11220 | 67,320 |
| 22134451 | 8 | 0.19000 | 5,051 |
| 11561021 | 12 | 0.08170 | 4,777 |
| 24505723 | 16 | 0.07360 | |
| 24577283 | 8 | 0.03360 | 11,093 |
| 11588385 | 12 | 0.14400 | 139,972 |
| 11589279 | 16 | 0.19692 | 619,322 |
| 11562103 | 16 | 0.10300 | 99,281 |
| 11515151 | 8 | 0.06340 | 12,240 |
| 11589274 | 16 | 0.14250 | 408,142 |
| 11609607 | 16 | 0.21640 | 103,298 |
| 11516356 | 12 | 0.13750 | 4,335 |
| 3530355 | 8 | 0.07380 | 10,548 |
| 11589055 | 16 | 0.09720 | 13,139 |
| 11515151 | 8 | 0.12800 | 221,595 |
| 11561652 | 16 | 0.25200 | 152,235 |
| 11609741 | 8 | 0.19000 | 70,872 |
| 11609404 | 8 | 0.20890 | |
| 11518707 | 12 | 0.04500 | 5,115,813 |
| 11518445 | 12 | 0.09540 | 5,100 |
| 3544184 | 12 | 0.03260 | 32,300 |
| 14062360 | 8 | 0.06190 | 935 |
| 101663380 | 16 | | |

# ATTACHMENT A
## GM Purchase Quantities & Price

| GM Part No. | Lead Time (weeks) | Price per Piece (USD) | GM Purchase Quantities (For period between 13Mar to 10July 2009) |
|---|---|---|---|
| 10218358 | 8 | 0.04960 | 27,493 |
| 11518407 | 16 | 0.13630 | 41,645 |
| 12554211 | 16 | 0.05400 | 2,642,710 |
| 11589040 | 12 | 0.13000 | 1,108,873 |
| 11515759 | 12 | 0.06000 | 1,238,874 |
| 11609605 | 16 | 0.17964 | 223,805 |
| 12552947 | 8 | 0.08600 | 745,000 |
| 11519680 | 8 | 0.09300 | 2,091,216 |
| 11588739 | 8 | 0.08200 | 899,545 |
| 11589283 | 12 | 0.26615 | 137,730 |
| 24574534 | 12 | 0.08390 | 77,767 |
| 11609323 | 8 | 0.53000 | 8,687 |
| 11518138 | 12 | 0.05310 | 17,736 |
| 11609473 | 16 | 0.05060 | 6,545 |
| 11589278 | 16 | 0.19697 | 91,429 |
| 11518636 | 12 | 0.18260 | 12,821 |
| 11518870 | 12 | 0.09500 | 13,685 |
| 11516695 | 12 | 0.09360 | 47,175 |
| 11589234 | 8 | 0.28860 | 11,521 |
| 11517720 | 8 | 0.10730 | 51,255 |
| 1647218 | 12 | 0.04910 | 21,231 |
| 15659430 | 12 | 0.13940 | 78,838 |
| 11561111 | 16 | 0.11950 | 253,976 |
| 12553743 | 12 | 0.09960 | 37,859 |
| 11588753 | 8 | 0.17100 | 2,040 |
| 11561848 | 8 | 0.14200 | 170,468 |
| 11609610 | 12 | 0.25660 | 254,661 |
| 11516357 | 12 | 0.12940 | 286,450 |
| 90537426 | 8 | 0.04770 | 234,643 |
| 15609002 | 8 | 1.59950 | 529 |
| 11609396 | 8 | 0.20500 | 92,650 |
| 3522382 | 12 | 0.08010 | 1,080 |

# ATTACHMENT A
## GM Purchase Quantities & Price

| GM Part No. | Lead Time (weeks) | Price per Piece (USD) | GM Purchase Quantities (For period between 13Mar to 10July 2009) |
|---|---|---|---|
| 24575061 | 8 | 0.04180 | 202,412 |
| 11588751 | 8 | 0.16900 | 41,608 |
| 11519177 | 12 | 0.10800 | 2,125 |
| 11518919 | 12 | 0.16780 | 1,969 |
| 11569938 | 16 | 0.23000 | 64,643 |
| 11588752 | 8 | 0.17500 | 9,984 |
| 3736406 | 8 | 0.11810 | 603,779 |
| 11518841 | 8 | 0.36760 | 7,064 |
| 11588755 | 8 | 0.19300 | 5,839 |
| 3535762 | 12 | 0.07120 | |
| 11588756 | 8 | 0.20000 | 17,553 |
| 11519305 | 8 | 0.06670 | 3,678 |
| 11519840 | 8 | 0.05570 | 488,577 |
| 11588754 | 8 | 0.18700 | 67,533 |
| 11518610 | 8 | 0.24110 | 18,020 |
| 11519977 | 8 | 0.07800 | 127,628 |
| 11588559 | 8 | 0.22880 | 3,981 |
| 11519089 | 8 | 0.06540 | 31,790 |
| 11519178 | 12 | 0.12170 | 48,957 |
| 15985862 | 12 | 0.16740 | 21,420 |
| 11519970 | 12 | 0.06080 | 775,375 |
| 11588365 | 8 | 0.44170 | 3,885 |
| 3522376 | 12 | 0.04100 | 37,856 |
| 11588645 | 16 | 0.49860 | 8,687 |
| 8680893 | 12 | 0.11300 | 8,690 |
| 10224557 | 8 | 0.17680 | 45,497 |
| 12585420 | 8 | 0.06400 | 38 |
| 11518631 | 8 | 0.16490 | 55,622 |
| 12577498 | 8 | 0.05640 | |
| 15082799 | 16 | 0.14970 | 10,511 |
| 14078823 | 12 | 0.04350 | 33,660 |

# ATTACHMENT A
## GM Purchase Quantities & Price

| GM Part No. | Lead Time (weeks) | Price per Piece (USD) | GM Purchase Quantities (For period between 13Mar to 10July 2009) |
|---|---|---|---|
| 12552398 | 12 | 0.09460 | 8,090 |
| 12557010 | 12 | 0.08000 | 17,208 |
| 15094413 | 8 | 0.22570 | 11,154 |
| 11519965 | 12 | 0.04990 | 122,847 |
| 11519978 | 12 | 0.07450 | 3,555 |
| 3533484 | 12 | 0.08020 | 44,413 |
| 11516424 | 12 | 0.04690 | 41,990 |
| 24505098 | 12 | 0.05780 | 44,880 |
| 11588316 | 12 | 0.05800 | 11,646 |
| 11505560 | 12 | 0.04580 | 152,903 |
| 11519306 | 16 | 0.11880 | 6,707 |
| 15071457 | 16 | 0.33630 | 8,842 |
| 12566587 | 8 | 0.14060 | 80,750 |
| 35223355 | 12 | 0.05180 | 187,680 |
| 11561484 | 8 | 0.41500 | 140,038 |
| 11519980 | 8 | 0.13270 | 43,435 |
| 11518944 | 8 | 0.05500 | 731,000 |
| 12552922 | 8 | 1.16000 | 13,388 |
| 3522360 | 12 | 0.20577 | |
| 11588708 | 8 | 0.56000 | 14,756 |
| 11588279 | 12 | 0.19130 | 1,025,282 |
| 11588389 | 8 | 0.16760 | 7,183 |
| 11570842 | 8 | 0.09500 | 66,300 |
| 21996247 | 12 | 0.19460 | 15,300 |
| 22535491 | 8 | 0.17400 | 122,868 |
| 11588356 | 8 | 0.16530 | 50,866 |
| 11570662 | 8 | 0.09350 | 6,000,000 |
| 11518864 | 12 | 0.37470 | 2,724 |
| 15680977 | 8 | 1.52750 | 685 |
| 11609319 | 12 | 0.11550 | 460,115 |
| 11588457 | 8 | 0.25880 | 73,956 |
| 12554554 | 12 | 0.16040 | 24,480 |

# ATTACHMENT A
## GM Purchase Quantities & Price

| GM Part No. | Lead Time (weeks) | Price per Piece (USD) | GM Purchase Quantities (For period between 13Mar to 10July 2009) |
|---|---|---|---|
| 15997178 | 12 | 0.38800 | 515 |
| 11588728 | 12 | 0.19920 | 69,505 |
| 11570120 | 8 | 0.38000 | 507 |
| 94010917 | 8 | 0.53200 | 601 |
| 11610394 | 16 | 0.33382 | 20,209 |
| 15609001 | 8 | 1.34190 | 1,675 |
| 11518527 | 8 | 0.19660 | |
| 11613311 | 8 | 2.25000 | |
| 12555610 | 8 | 0.41640 | 2,924 |
| 11588967 | 12 | 0.21880 | 180,027 |
| 11518776 | 8 | 0.28040 | 49,725 |
| 11569987 | 16 | 0.16383 | |
| 11562514 | 8 | 0.78500 | |
| 11588736 | 8 | 0.07300 | 358,851 |
| 11571002 | 8 | 0.13410 | |
| 11610447 | 12 | 1.21650 | 13,643 |
| 11571049 | 16 | 8.65000 | |
| 11610590 | 16 | 8.65000 | 40,000 |
| 15005373 | 8 | 0.96000 | |
| 11561797 | 8 | 0.17950 | 604,401 |
| 11519235 | 8 | 0.11770 | 27,482 |
| 11571052 | 12 | 0.18220 | 18,721 |