SILVERMAN & MORRIS, P.L.L.C.
7115 Orchard Lake Road, Suite 500
West Bloomfield, Michigan 48322
Telephone (248) 539-1330; Fax (248) 539-1355
Geoffrey L. Silverman (P34011)
Karin F. Avery (P45364)
avery@silvermanmorris.com
Counsel for Cassens Transport Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,
*et al*.,

        Debtors.
_____/

Chapter 11
Case No. 09-50026 (REG)
(Jointly Administered)

Hon. Robert E. Gerber

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

***PLEASE TAKE NOTICE*** that Cassens Transport Company ("Creditor"), creditor and party-in-interest in the above-captioned cases, hereby appears pursuant to 11 U.S.C. § 1109(b) and requests, pursuant to Fed. R. Bankr. P. 2002, 3017, 9007, and 9010, that copies of all notices and pleadings given or filed in the above-captioned cases be given or served upon the persons listed below at the following address:

Geoffrey L. Silverman, Esq.
Karin F. Avery, Esq.
SILVERMAN & MORRIS, P.L.L.C.
7115 Orchard Lake Road, Suite 500
West Bloomfield, Michigan 48322
Telephone (248) 539-1330; fax (248) 539-1355
E-mail: avery@silvermanmorris.com

***PLEASE TAKE FURTHER NOTICE*** that this request includes all papers, reports, orders, notices, copies of applications, motions, petitions, disclosure statements, plans of readjustment of debts, of liquidation, or of reorganization, pleadings, appendices, exhibits, requests, or demands whether

formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, courier service, delivery service, telephone, facsimile, telegraph, telex, or otherwise.  This request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, objection, response, request, complaint, demand, statements of affairs, operating reports, or schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that affects or seeks to affect in any way any rights or interests of Creditor in this case.

***PLEASE TAKE FURTHER NOTICE*** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a consent or waiver by Creditor:   (1) to the personal jurisdiction of the Court; (2) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (3) of the right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) of any other rights, claims, actions, setoffs, or recoupment to which Creditor is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditor expressly reserves.

                SILVERMAN & MORRIS, P.L.L.C.

                By:     /s/ Karin F. Avery
                   GEOFFREY L. SILVERMAN (P34011)
                   KARIN F. AVERY (P45364)
                Attorneys for Creditor, Cassens Transport Company
                7115 Orchard Lake Road, Suite 500
                West Bloomfield, Michigan 48322
                avery@silvermanmorris.com
                Telephone (248) 539-1330; fax (248) 539-1355

Dated:   June 12, 2009
X:\Clients\General Motors Bankruptcy\Pro Hac Vice Documents\notice of appearance (re cassens) (kfa).doc