WARNER NORCROSS & JUDD
2000 Town Center, Suite 2700
Southfield, MI 48075
Telephone: 248-784-5131
Facsimile: 248-603-9731
Michael G. Cruse

Attorneys for Creative Foam Corporation

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| General Motors Corporation, *et al.* | 09-50026-reg |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES, PLEADINGS AND ORDERS**

PLEASE TAKE NOTICE that Warner Norcross & Judd LLP, enters its appearance on behalf of CREATIVE FOAM CORPORATION pursuant to B.R. 2002(i) and 9010(b), and 11 U.S.C. §1109(b) of the Bankruptcy Code and demands that all notices given and required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following address and telephone number:

> Michael G. Cruse (P38837)
> Warner Norcross & Judd LLP
> 2000 Town Center, Suite 2700
> Southfield, MI 48075-1318
> Phone: 248-784-5131
> Fax:   248-603-9731
> mcruse@wnj.com

PLEASE TAKE FURTHER NOTICE that CREATIVE FOAM CORPORATION requests to be added to the debtors' matrix in care of its counsel at the above address.

Respectfully submitted,

WARNER NORCROSS & JUDD LLP

Date:  June 12, 2009          BY:    /s/Michael G. Cruse
                                     MICHAEL G. CRUSE (P38837)
                                     Attorneys for Creative Foam Corporation
                                     2000 Town Center, Suite 2700
                                     Southfield, MI  48075
                                     Telephone:  248-784-5131
                                     Fax:  248-603-9731
                                     Email:  mcruse@wnj.com

1677165-1