UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP., *et al.*, | (Jointly Administered) |
| Debtors. | |

### AMENDED CERTIFICATE OF MAILING TO LIMITED OBJECTION OF KONE, INC. AND KONE ELEVATORS TO DEBTORS' NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY, AND (II) CURE AMOUNTS RELATED THERETO

I, the undersigned, hereby certify that on June 12, 2009, I served the LIMITED OBJECTION OF KONE, INC. AND KONE ELEVATORS TO DEBTORS' NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY, AND (II) CURE AMOUNTS RELATED THERETO by Federal Express delivery, addressed to the following:

General Motors Corporation
Attn: Warren Command Center
Mail Code 480-206-114
**30009** Van Dyke Avenue[1]
Warren, MI 48090-9025

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Gordon Z. Novok, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Diana G. Adams, Esq.
Office of the United States Trustee for
the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

/s/ Kimberly Means
OF: ROTHGERBER JOHNSON & LYONS LLP

---

[1] The only change is the street number in the address for General Motors Corporation.