Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Ph:  (616) 752-2185
Fax:  (616) 222-2185
gtoering@wnj.com
Attorneys for L.K. Machinery, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x

In re

GENERAL MOTORS CORP., *et al.*,

               Debtors.

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

-------------------------------------------------------- x

# EXHIBIT A

## TO

**LIMITED OBJECTION OF L.K. MACHINERY, INC. TO THE DEBTORS' MOTION FOR SALE OF PROPERTY UNDER 363(b)/DEBTORS MOTION PURSUANT TO 11 U.S.C. §§ 105, 363(b), (f), (k), AND (m), AND 365 AND BANKRUPTCY RULES 2002, 6004, AND 6006 TO (I) APPROVE (A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND THE NOTICE OF FILING OF SCHEDULE OF CERTAIN DESIGNATED SUPPLIER AGREEMENTS AND CURE COSTS RELATED THERETO**

10:50 AM
09/12/09
Accrual Basis

**L.K. Machinery Inc.**
**Balance Details for GM Powertrain**
**All Transactions**

## Pre-Bankruptcy Outstanding Invoices

| Type | P.O. Ref | Num | Date | Memo | Due Date | Aging | Amount | Open Balance | 10% Holdback Invoice Due | Entire Invoice Still Due |
|---|---|---|---|---|---|---|---|---|---|---|
| Invoice | PL506330 | 10002.1 | 08/30/2006 | 55% machine #1 and Change Order #3 | 08/30/2006 | 224 | $947,516.35 | $28,941.36 | $94,752.42 | $94,752.42 |
| Invoice | PL506330 | 10002.3 | 08/30/2006 | Change Order #3 - Training Cost | 08/30/2006 | 224 | $318,352.98 | $31,835.49 | $31,835.49 | $31,835.49 |
| Invoice | PL506330 | 10002.4 | 10/31/2006 | 20% of machine #1 - 2ND INVOICE FOR MACHINE #1 | 12/02/2006 | 161 | $289,411.80 | $28,941.36 | $28,941.36 | |
| Invoice | PL506330 | 10002.5 | 11/08/2006 | 15% of machine #1 - 2ND INVOICE FOR MACHINE #1 | 11/08/2006 | 185 | $217,058.85 | $21,708.02 | $21,708.02 | |
| Invoice | PL506330 | 10014.01 | 11/24/2006 | 65% of Machine #7 | 11/24/2006 | 169 | $1,229,998.30 | $122,999.93 | $122,999.93 | |
| Invoice | PL506330 | 10014.3 | 11/24/2006 | Change Order #3 (Machine #2) | 11/24/2006 | 169 | $8,930.00 | $893.00 | $893.00 | |
| Invoice | PL506330 | 10014.02 | 12/09/2006 | Delivery of diecast machine with platens - 15% | 12/09/2006 | 154 | $217,058.70 | $21,705.87 | $21,705.87 | $21,705.87 |
| Invoice | PL506330 | 10002.05 | 12/22/2006 | Sall Rail Changes CO#5 Machine #1 | 12/22/2006 | 141 | $2,850.00 | $285.00 | $265.00 | |
| Invoice | PL506330 | 10002.06 | 12/22/2006 | Hose Carrier CO#6 Machine #1 | 12/22/2006 | 141 | $11,100.00 | $1,110.00 | $1,110.00 | |
| Invoice | PL506330 | 10002.07 | 12/22/2006 | Various LK/ASD Changes #7 Machine #1 | 12/22/2006 | 141 | $28,560.00 | $2,856.00 | $2,856.00 | |
| Invoice | PL506330 | 10014.5 | 12/22/2006 | Sall Rail Changes CO#5 Machine #2 | 12/22/2006 | 141 | $2,850.00 | $285.00 | $285.00 | |
| Invoice | PL506330 | 10014.6 | 12/22/2006 | Hose Carrier CO #6 Machine #2 | 12/22/2006 | 141 | $11,100.00 | $1,110.00 | $1,110.00 | |
| Invoice | PL506330 | 10014.7 | 12/22/2006 | Various LK/ASD Changes #7 Machine 2 | 12/22/2006 | 141 | $28,560.00 | $2,856.00 | $2,856.00 | |
| Invoice | PL506330 | 10015.01 | 01/26/2009 | Machine #3 | 01/26/2009 | 103 | $1,229,998.30 | $122,999.93 | $122,999.93 | |
| Invoice | PL506330 | 10015.04 | 01/26/2009 | Machine #3 | 01/26/2009 | 103 | $217,058.70 | $21,705.87 | $21,705.87 | |
| Invoice | PL506330 | 10015.3 | 01/26/2009 | Change Order 3 Machine 3 Various Electrical/Hydralic Changes | 01/26/2009 | 103 | $9,930.00 | $993.00 | $993.00 | |
| Invoice | PL506330 | 10015.5 | 01/26/2009 | Machine #3 Change Order 5 Sall Rail Changes | 01/26/2009 | 103 | $26,500.00 | $2,650.00 | $2,650.00 | $2,650.00 |
| Invoice | PL506330 | 10015.6 | 01/26/2009 | Machine #3 Change Order 6 Hose Carrier | 01/26/2009 | 103 | $10,000.00 | $1,000.00 | $1,000.00 | |
| Invoice | PL506330 | 10015.1 | 01/26/2009 | Machine #3 Change Order 6 Hose Carrier | 01/26/2009 | 103 | $0.00 | $0.00 | $0.00 | |
| Invoice | PL506330 | 10015.7 | 01/26/2009 | Machine #3 Change Order 7 Various LK/ASD Changes | 01/26/2009 | 103 | $28,560.00 | $2,856.00 | $2,856.00 | |
| Invoice | PL506330 | 20059.01 | 02/17/2009 | Rework of Paint Color | 02/17/2009 | 84 | $300.00 | $300.00 | $300.00 | $300.00 |
| Invoice | PL506330 | 10015.3 | 02/18/2009 | Machine #4 | 02/18/2009 | 83 | $1,229,998.30 | $122,999.93 | $122,999.93 | |
| Invoice | PL506330 | 10015.3 | 02/18/2009 | Machine #4 Electrical/Hydraulic Changes | 02/18/2009 | 83 | $9,930.00 | $993.00 | $993.00 | |
| Invoice | PL506330 | 10015.6 | 02/18/2009 | Machine #4 Hose Carrier | 02/18/2009 | 83 | $10,000.00 | $1,000.00 | $1,000.00 | |
| Invoice | PL506330 | 10015.7 | 02/18/2009 | Machine #4 Change 5 ASD/LK Changes | 02/18/2009 | 83 | $28,560.00 | $2,856.00 | $2,856.00 | |
| Invoice | PL506330 | 10029.02 | 02/18/2009 | ASD Changes Engineering | 02/18/2009 | 83 | $69,460.00 | $69,460.00 | $69,460.00 | $69,460.00 |
| Invoice | PL506330 | 100029.7 | 04/27/2009 | One Time Mechanical and Engineering Changes | 04/27/2009 | | $34,400.00 | $34,400.00 | $34,400.00 | $34,400.00 |
| Invoice | PL506330 | 100029.8 | 04/27/2009 | Change Order 11 ASD | 04/27/2009 | | $17,100.00 | $17,100.00 | $17,100.00 | $17,100.00 |
| Invoice | PL506330 | 10029.8A | 04/27/2009 | (overtime new overhaul engineering) Changes | 04/27/2009 | 15 | $22,600.00 | $22,600.00 | $22,600.00 | $22,600.00 |
| Invoice | PL506656 | 10015.4 | 01/26/2009 | Machine #3 Change Order 4 Platforms | 01/26/2009 | 103 | $35,600.00 | $3,560.00 | $3,560.00 | |
| Invoice | PL506656 | 10016.4 | 02/18/2009 | Platform Machine 4 | 02/18/2009 | 83 | $35,600.00 | $3,560.00 | $3,560.00 | |
| | | | | Total Pre Bankruptcy Invoices | | | $6,336,147.29 | $761,769.82 | $915,099.82 | $146,710.00 |

GM Balance 4-30-2009 Created 5-27-2009 as Filed 6-11-09.xls

10:30 AM
06/12/09
Accrual Basis

**L.K. Machinery Inc.**
**Balance Details for GM Powertrain**
**All Transactions**

## Post Bankruptcy Invoices within Next 30 Days

| | Num | Date | Name | Memo | Due Date | Aging | Amount | Open Balance |
|---|---|---|---|---|---|---|---|---|
| Invoice | 10016.02 | 6/30/2009 | | Machinery #4 Training Cell | 6/30/2009 | | $217,058.70 | $217,058.70 |
| Invoice | 10002.8 | 6/30/2009 | | Change Order#8 GF6 | 6/30/2009 | | $15,590.00 | $15,590.00 |
| Invoice | 10002.11 | 6/30/2009 | | Change Order#11 Spray Robot | 6/30/2009 | | $43,650.00 | $43,650.00 |
| Invoice | 10002.10 | 6/30/2009 | | Change Order#10 Pin Stamping | 6/30/2009 | | $32,826.00 | $32,826.00 |
| | | | | Total Post Bankruptcy Invoices | | | | $309,124.70 |

Page 2 of 2

GM Balance 4-30-2009 Created 5-27-2009 as Filed 6-11-09.xls