Karol K. Denniston, *Pro Hac Vice Pending*
DLA PIPER LLP (US)
550 South Hope Street, Suite 2300
Los Angeles, CA  90071-2678
Tel:  213.330.7700
Fax:  213.330.7701
karol.denniston@dlapiper.com

Attorneys for Creditors
Hewlett-Packard Company and all of its affiliates,
domestic and international, including but not limited to
Electronic Data Systems Corporation, an HP company
and Hewlett-Packard Financial Services Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
In re:                                 :    Chapter 11 Case No. 09-bk-50026-REG

GENERAL MOTORS CORPORATION, et al.,    :    (Jointly Administered)

          Debtors.                     :

------------------------------------- X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Karol K. Denniston, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Hewlett-Packard Company and each of its subsidiaries and affiliates, whether domestic or international, including without limitation Electronic Data Systems Corporation, an HP company[1] and Hewlett-Packard Financial Services Company (collectively "HP"), creditors in the above-referenced case.

I certify that I am a member in good standing of the bar of the State of California.

---

[1] HP completed its acquisition of Electronic Data Services Corporation on August 26, 2008.

WEST\21728820.1

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: Los Angeles, California.
June 11, 2009

Respectfully submitted,

DLA PIPER LLP (US)

By: /s/ Karol K. Denniston
Karol K. Denniston, CA Bar No. 141667
550 South Hope Street, Suite 2300
Los Angeles, CA 90071-2678
Tel:     213.330.7700
Fax:    213.330.7701
jennifer.nassiri@dlapiper.com

Attorneys for Creditors
Hewlett-Packard Company and all of its
affiliates, domestic and international, including
but not limited to Electronic Data Systems
Corporation, an HP company and Hewlett-
Packard Financial Services Company

## CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of June, 2009, a true and correct copy of the foregoing Motion for Admission to Practice, *Pro Hac Vice* was filed electronically. Notice of the filing will be served electronically through the Court's ECF System on parties requesting electronic service.

                                         By:    /s/ Karol Denniston