Karol K. Denniston, *Pro Hac Vice Pending*
DLA PIPER LLP (US)
550 South Hope Street, Suite 2300
Los Angeles, CA 90071-2678
Tel: 213.330.7700
Fax: 213.330.7701
karol.denniston@dlapiper.com

Attorneys for Creditors
Hewlett-Packard Company and all of its affiliates,
domestic and international, including but not limited to
Electronic Data Systems Corporation, an HP company
and Hewlett-Packard Financial Services Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
GENERAL MOTORS CORPORATION, et al.,  :   Chapter 11 Case No. 09-bk-50026-REG

    Debtor,                                :   (Jointly Administered)

                                           :

------------------------------------- X

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Karol K. Denniston, to be admitted, *pro hac vice*, to represent Hewlett-Packard Company and each of its subsidiaries and affiliates, whether domestic or international, including without limitation Electronic Data Systems Corporation, an HP company[1] and Hewlett-Packard Financial Services Company (collectively "HP") creditors in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of California, it is hereby

ORDERED, that Karol K. Denniston is admitted to practice, *pro hac vice*, in the above-referenced, jointly-administered, Chapter 11 case to represent HP, in the United States

---

[1] HP completed its acquisition of Electronic Data Services Corporation on August 26, 2008.

WEST\21728818.1

Bankrutpcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June __, 2009
     New York, New York

                                Robert E. Gerber
                                United States Bankruptcy Judge