Maddin, Hauser, Wartell, Roth & Heller, PC
28400 Northwestern Hwy., 3rd Floor
Southfield, MI 48034
Telephone: (248) 827-1874/Fax: (248) 359-6174
Michael S. Leib (P30470)

Attorney for Creditor South Troy Tech, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK (Manhattan)**
-------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No: 09-50026-reg |
| GENERAL MOTORS CORPORATION, et al | Voluntary - Asset |
| | Hon. Robert E. Gerber |
| Debtor | |

-------------------------------------------x

### NOTICE OF APPEARANCE; REQUEST TO BE ADDED TO MATRIX; AND
### FEDERAL BANKRUPTCY PROCEDURE 2002(i) REQUEST

PLEASE TAKE NOTICE that Creditor South Troy Tech, LLC, shall appear through its counsel, Maddin, Hauser, Wartell, Roth & Heller, P.C., and requests that all notice given and required to be given in this case and all papers served and required to be served be given to and served upon the undersigned at the following address and telephone number:

> Michael S. Leib (P30470)
> Maddin, Hauser, Wartell, Roth & Heller, P.C.
> 28400 Northwestern Hwy., 3rd Floor
> Southfield, MI 48034
> (248) 827-1874
> Email: msl@maddinhauser.com

PLEASE TAKE FURTHER NOTICE that South Troy Tech, LLC requests to be added to the Debtor's Matrix in care of its counsel at the above address and further request that all notices and papers provided pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the same.

> MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
>
> BY:    /s/ *Michael S. Leib*
> MICHAEL S. LEIB (P30470)
> 28400 Northwestern Hwy., 3rd Floor
> Southfield, MI 48034
> (248) 827-1874
> E-Mail: msl@maddinhauser.com

DATED: June 12, 2009        Attorney for Creditor South Troy Tech, LLC

838525