Maddin, Hauser, Wartell, Roth & Heller, PC
28400 Northwestern Hwy., 3rd Floor
Southfield, MI  48034
Telephone: (248) 827-1874/Fax: (248) 359-6174
Michael S. Leib (P30470)

Attorney for Creditor South Troy Tech, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (Manhattan)
-------------------------------------------x

In re:

      GENERAL MOTORS CORPORATION, et al

          Debtor

-------------------------------------------x

Chapter 11
Case No: 09-50026-reg
Voluntary - Asset
Hon. Robert E. Gerber

## CERTIFICATE OF SERVICE

      I hereby certify that on June 12, 2009, I electronically filed Notice of Appearance; Request to be Added to Matrix; and Federal Bankruptcy Procedure 2002(i) Request with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

MADDIN, HAUSER, WARTELL,  ROTH & HELLER, P.C.

BY:_____/s/ Michael S. Leib_____
MICHAEL S. LEIB (P30470)
28400 Northwestern Hwy., 3rd Floor
Southfield, MI  48034
(248) 827-1874
E-Mail:  msl@maddinhauser.com

DATED:  June 12, 2009      Attorney for Creditor South Troy Tech, LLC

838530