Stephen B. Grow
Warner Norcross & Judd LLP
111 Lyon Street NW Ste 900
Grand Rapids, MI 49503
(616) 752-2000
sgrow@wnj.com
Attorneys for GHSP, Inc.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORPORATION, | ) | Case No. 09-50026-reg |
| | ) | |
| Debtor. | ) | Honorable Robert E. Gerber |
| | ) | |

**APPEARANCE**

NOW COMES Stephen B. Grow of Warner Norcross & Judd LLP and hereby enters his appearance for and on behalf of GHSP, Inc., creditor and party-in-interest in the above-captioned case.

Dated:  June 12, 2009            /s/ Stephen B. Grow
                                 Stephen B. Grow (P39622)
                                 WARNER NORCROSS & JUDD LLP
                                 900 Fifth Third Center
                                 111 Lyon Street, NW
                                 Grand Rapids, Michigan 49503
                                 Telephone:  (616) 752-2158
                                 Fax:  (616) 222-2158
                                 Email:  sgrow@wnj.com
                                 Attorneys for GHSP, Inc.

1677194-1