**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4523
Facsimile: (973) 639-6244
E-mail:  dcrapo@gibbonslaw.com
David N. Crapo, Esq.
Attorneys for *J D. Power and Associates,*
*a Division of the McGraw-Hill Companies, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-500026 (REG) |
| Debtors and Debtors-in-Possession. | (Jointly Administered) |

**CERTIFICATION OF NILO RAMOS IN SUPPORT OF**
**PROTECTIVE OBJECTION OF J.D. POWER AND ASSOCIATES**
**TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND**
**ASSIGN CERTAIN EXECUTORY CONTRACTS**
**AND (II) CURE COSTS RELATED THERETO**

NILO RAMOS hereby certifies as follows:

1.   I am the Vice President, Finance of J.D. Power and Associates ("JDPA"), a division of The McGraw-Hill Companies, Inc., who together with, its affiliate, Power Information Network, LLC ("PIN") is a creditor and party-in-interest in these jointly administered bankruptcy case.  I am authorized to and do make this certification in support of JDPA's protective objection to the June 5, 2009 Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto ("Notice").  I have personal knowledge of the facts set forth below or have learned them from the records of JDPA and PIN in the course of my duties.

2. Debtor General Motors Corporation ("GMC") is a party to four contracts with JDPA and one contract with PIN, all as set forth below:

| Contract No. | JDPA | Contract Description | Purchase Order Nos. | Eff. Date | Expiration Date |
|---|---|---|---|---|---|
| 6639 | JDPA | GM 07-09 Syndicated | GMB07965/ GMR88252 | 3/1/07 | 12/31/09 |
| 8686 | JDPA | GM 2008-2010 Power Circle | GMB07907/ GMR88048 | 3/2/08 | 12/31/10 |
| 10634 | JDPA | GM 09 VDS License Agreement | GMS33316 | 3/19/09 | 2/15/10 |
| 10781 | JDPA | GM 09 Special Power Report | GMS33316 002 | 3/19/09 | 2/19/10 |
| 8799 | PIN | GM 08 0SB/OSR/OIP/OSB | GMB07918/ GMR88148 | 1/1/08 | 12/31/09 |

3. As of May 31, 2009, the following amounts were due and owing on the five contracts identified above:

| Contract No. | Notes | AR Balance as of 5/31/09 |
|---|---|---|
| 6639 | JDPA contract | $409,328.50 |
| 8686 | JDPA contract | $52,500.00 |
| 10634 | JDPA contract | $375,000.00 |
| 10781 | JDPA contract | $47,317.50 |
| | JDPA US Total AR Balance as of 5/31/2009, prior to applying credit memo | $884,146.00 |
| | Pending credit memo no. (against contract no. 6639) | ($335,051.05) |
| | Pending credit memo no. 2 (against contract no. 6639) | ($5,500) |
| | JDPA US -- Total AR balance after applying pending credit memos | $525,594.95 |

| 8799 | PIN contract | $647,020 |
|---|---|---|
| | | |
| | **TOTAL AR (after application of credit memos) for JDPA and PIN** | $1,172,614.95 |

I certify that the foregoing statements made by me are true. I understand that, if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                    /s/ Nilo Ramos  
                                                                    NILO RAMOS

Date:   June 12, 2009  
          Westlake Village, California