**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4523
Facsimile: (973) 639-6244
E-mail: dcrapo@gibbonslaw.com
David N. Crapo, Esq.
Attorneys for Standard & Poor's

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | Chapter 11 |
|---|---|
| GENERAL MOTORS CORP., *et al*., | Case No. 09-500026 (REG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY    )
                                              ): ss.:
COUNTY OF ESSEX         )

ROGER A. FITZGERALD, being duly sworn, deposes and says:

1. I am employed by the law firm of Gibbons P.C. I am over 18 years of age.

2. On Friday, June 12, 2009, I caused true and correct copies of the:

    i. *PROTECTIVE OBJECTION OF J.D.. POWER AND ASSOCIATES TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO* and

    ii. *CERTIFICATION OF NILO RAMOS IN SUPPORT OF PROTECTIVE OBJECTION OF J.D.. POWER AND ASSOCIATES TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO*

be delivered by overnight mail to the persons listed on the annexed Exhibit A at the addresses set forth in such Exhibit.

                                                    /s/ Roger A. Fitzgerald
                                                    Roger A. Fitzgerald

Sworn to before me this 12th day of June, 2009

/s/ Gabriella Borak
Notary Public, State of New Jersey
No. 2327933
Qualified in Essex County
My commission expires April 21, 2010

## Exhibit A - Service List

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn:   Warren Command Center
          Mailcode 480-206-114

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn:   Harvey R. Miller, Esq.
          Stephen Karotkin Esq.
          Joseph H. Smolinsky, Esq.

U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Room 2312
Washington, DC 20220
Attn:   Matthew Feldman, Esq.

Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, New York 10281
Attn:   John J. Rapisardi, Esq.

Vedder Price, PC
1633 Broadway, 47th Floor
New York, New York 10019
Attn:   Michael J. Edelman, Esq.
          Michael L. Schein, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York  10004
Attn: Diana G. Adams, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
ATTN: Kenneth Eckstein, Esq.
          Thomas Moers Mayer, Esq.

<u>Chambers Copy</u>

Hon. Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, New York 10004-1408