WARNER NORCROSS & JUDD
2000 Town Center, Suite 2700
Southfield, MI  48075
Telephone:  248-784-5131
Facsimile:  248-603-9731
Michael G. Cruse

Attorneys for Compuware Corporation

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| General Motors Corporation, *et al.* | 09-50026-reg |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF NOTICES, PLEADINGS AND ORDERS

PLEASE TAKE NOTICE that Warner Norcross & Judd LLP, enters its appearance on behalf of COMPUWARE CORPORATION pursuant to B.R. 2002(i) and 9010(b), and 11 U.S.C. §1109(b) of the Bankruptcy Code and demands that all notices given and required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following address and telephone number:

>    Michael G. Cruse (P38837)
>    Warner Norcross & Judd LLP
>    2000 Town Center, Suite 2700
>    Southfield, MI  48075-1318
>    Phone: 248-784-5131
>    Fax:    248-603-9731
>    mcruse@wnj.com

PLEASE TAKE FURTHER NOTICE that COMPUWARE CORPORATION requests to be added to the debtors' matrix in care of its counsel at the above address.

Respectfully submitted,

WARNER NORCROSS & JUDD LLP

Date: June 12, 2009          BY: /s/Michael G. Cruse
                                  MICHAEL G. CRUSE (P38837)
                                  Attorneys for Compuware Corporation
                                  2000 Town Center, Suite 2700
                                  Southfield, MI  48075
                                  Telephone:  248-784-5131
                                  Fax:  248-603-9731
                                  Email:  mcruse@wnj.com

1677201-1