WARNER NORCROSS & JUDD
2000 Town Center, Suite 2700
Southfield, MI 48075
Telephone: 248-784-5131
Facsimile: 248-603-9731
Michael G. Cruse

Attorneys for Compuware Corporation

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| General Motors Corporation, *et al.* | 09-50026-reg |
| Debtors. | (Jointly Administered) |

**OBJECTION OF COMPUWARE CORPORATION TO
PROPOSED CURE COSTS CONTAINED IN NOTICE OF (I) DEBTORS
INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS,
UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF
NONRESIDENTIAL REAL PROPERTY AND (II) CURE COSTS RELATED THERETO**

COMPUWARE CORPORATION, ("Objector") submits this Cure Objection to the proposed cure related costs for the assumption and assignment of the Assumable Executory Contracts (as defined in the Assignment Notice), set forth in the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto ("Assignment Notice"), served upon Objector on June 5, 2009. In support of its Objection, Objector states:

1. The Contract Website sets forth the amount of $3,085,548.13 as the monetary amount required to cure defaults under the Assumable Executory Contracts with Objector.

2. According to the records maintained by Objector, the correct Cure Amount (the "Correct Cure Cost") to be paid to Objector shall be $5,886,815.77 (See attached Exhibit 1).

3. The assumption and assignment of the Assumable Executory Contracts between Debtors and Objector shall be conditioned upon the immediate payment of the Correct Cure Cost.

WHEREFORE, Objector respectfully requests that its Objection be sustained and that the assumption of the Assumable Executory Contract be conditioned upon the immediate payment of the Correct Cure Cost.

Respectfully submitted,

WARNER NORCROSS & JUDD LLP

Date: June 12, 2009      BY:   /s/Michael G. Cruse
                                MICHAEL G. CRUSE (P38837)
                                Attorneys for Compuware Corporation
                                2000 Town Center, Suite 2700
                                Southfield, MI 48075
                                Telephone: 248-784-5131
                                Fax: 248-603-9731
                                Email: mcruse@wnj.com

1677105-1

# EXHIBIT 1

**Compuware Open Balance Report**
**GM Bankruptcy Cure Reconciliation Supporting the Objection**
For Customer Classes Covisint Domestic, Services, and Products
Aged as of June 9, 2009
(Print Legal Size)

**CUSTOMER CLASS - COVISINT DOMESTIC**

| CC | Cust# | Site Use Id | Orig Cust # | Cust Name | Assgn # | Type | Trans Date | Trans# | Applied to Tran# | Tran$ | Tax$ | Balance | PO# | Payment Term | Maint Billing Rep / Acct Mgr | Consultant | Period Ending | On Cure List? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 53000 | 126635 | 229064 | COV201701 | GENERAL MOTORS DE N | | INV | 29-May-09 | COV126972 | | 6,895.11 | - | 6,895.11 | CTR53603 | 30 NET | | Kieck | 9-Apr | N |
| 53000 | 126635 | 229064 | COV201701 | GENERAL MOTORS DE N | | INV | 30-Apr-09 | COV126211 | | 13,317.81 | - | 13,317.81 | CTR53603 | 30 NET | | | | N |
| 53000 | 119092 | 203214 | COV200967 | GM FINANCIAL SHARED | | INV | 29-May-09 | COV126877 | | 5,682.88 | - | 5,682.88 | ONR03171 | 30 NET | | Manser | 9-Feb | N |
| 53000 | 119092 | 203214 | COV200967 | GM FINANCIAL SHARED | | INV | 30-Apr-09 | COV126117 | | 7,618.97 | - | 7,618.97 | GMB07503 | 60 NET | | Manser | 9-Feb | N |
| 53000 | 127741 | 232740 | COV202052 | GM FINANCIAL SHARED | | INV | 31-Mar-09 | COV125654 | | 9,270.00 | - | 9,270.00 | 1964-147 | 60 NET | | Manser | 9-Feb | N |
| 53000 | 127741 | 232740 | COV202052 | GM FINANCIAL SHARED | | INV | 31-Mar-09 | COV125655 | | 10,250.00 | - | 10,250.00 | 1065-272 | 60 NET | | Manser | 9-Feb | N |
| 53000 | 127741 | 232740 | COV202052 | GM FINANCIAL SHARED | | INV | 31-Mar-09 | COV125695 | | 10,300.00 | - | 10,300.00 | TCR06454 | 60 NET | | Baracy | 8-Dec | N |
| 53000 | 127741 | 232740 | COV202052 | GM FINANCIAL SHARED | | INV | 30-Apr-09 | COV126426 | | 10,320.00 | - | 10,320.00 | 1065-272 | 60 NET | | | | N |
| 53000 | 127741 | 232740 | COV202052 | GM FINANCIAL SHARED | | INV | 30-Apr-09 | COV126424 | | 12,975.00 | - | 12,975.00 | GM DUBAI/2009/10 | 60 NET | | | | N |
| 53000 | 127741 | 232740 | COV202052 | GM FINANCIAL SHARED | | INV | 31-Mar-09 | COV125657 | | 13,000.00 | - | 13,000.00 | GM DUBAI 2009/10 | 60 NET | | | | N |
| 53000 | 127741 | 232740 | COV202052 | GM FINANCIAL SHARED | | INV | 31-Mar-09 | COV125656 | | 34,820.00 | - | 34,820.00 | 1065-275 | 60 NET | | | | N |
| 53000 | 136053 | 252753 | COV202557 | GM RAILINC-COVISINT | | INV | 31-Mar-09 | COV125164 | | 1,475.00 | - | 1,475.00 | GMR74682 | 30 NET | | | | N |
| 53000 | 136053 | 252753 | COV202557 | GM RAILINC-COVISINT | | INV | 30-Apr-09 | COV126363 | | 1,475.00 | - | 1,475.00 | GMR74682 | 30 NET | | | | N |
| **Total Covisint Not on Cure List** | | | | | | | | | | 137,399.77 | - | **137,399.77** | | | | | | Not on Cure List |
| 53000 | 127741 | 232740 | COV202052 | GM FINANCIAL SHARED | | INV | 30-Apr-09 | COV126423 | | 3,025.00 | - | 3,025.00 | GMR86634 | 60 NET | | | | Y |
| 53000 | 127741 | 232740 | COV202052 | GM FINANCIAL SHARED | | INV | 31-Jan-09 | COV123868 | COV1238 | 43,725.00 | - | 26,235.00 | GMR84660 | 60 NET | | | | Y |
| 53000 | 127741 | 232740 | COV202052 | GM FINANCIAL SHARED | | CASH | 29-May-09 | WI052909CH 68 | | (17,490.00) | - | - | | | | | | |
| 53000 | 119096 | 203218 | COV201015 | GENERAL MOTORS - CC | | INV | 28-May-09 | COV126445 | | 208,645.29 | - | 208,645.29 | GMR83372 | 30 NET | | | | Y |
| **Total Covisint on Cure List** | | | | | | | | | | 237,905.29 | - | **237,905.29** | | | | | | On Cure List |

**CUSTOMER CLASS - SERVICES**

| CC | Cust# | Site Use Id | Cust Name | Assgn # | Type | Trans Date | Trans# | Applied to Tran# | Tran$ | Tax$ | Balance | PO# | Payment Term | Maint Billing Rep / Acct Mgr | Consultant | Period Ending | On Cure List? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40530 | 4853 | 98683 | GENERAL MOTORS CORPO | 181262 | UNAPP | 6-May-09 | 150609NABANCO | | (2,181.69) | - | (2,181.69) | | | | | | N |
| 40777 | 4853 | 252555 | GM ACCOUNTING | 171229 | CM | 15-Sep-08 | 792102 | | (0.20) | - | (0.20) | GMS24733 | 2ND DAY 2ND MO | | | | N |
| 40777 | 4853 | 252555 | GM ACCOUNTING | 171229 | CM | 31-Mar-09 | 808207 | | (2,307.00) | - | (2,307.00) | GMS32129 | 2ND DAY 2ND MO | | | | N |
| 40777 | 4853 | 252555 | GM ACCOUNTING | 171229 | CM | 22-Apr-09 | 809437 | | (2,268.00) | - | (2,268.00) | GMS32129 | 2ND DAY 2ND MO | | | | N |
| 40777 | 4853 | 252555 | GM ACCOUNTING | 171229 | CM | 15-May-09 | 810743 | | (1,860.00) | - | (1,860.00) | GMS32129 | | | | | N |
| 40772 | 4853 | 238509 | GM FSS/ABP | 170727 | INV | 20-Jan-09 | 802927 | | 15,950.00 | - | 15,950.00 | TTS30216 | 2ND DAY 2ND MO | Korogiannis | | | N |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 24-Feb-09 | 805536 | | 5,950.00 | - | 5,950.00 | ONS05272 | 2ND DAY 2ND MO | Korogiannis | N/A | | N |
| 40566 | 4853 | 238509 | GM FSS/ABP | 180502 | INV | 27-Feb-09 | 805835 | | 8,838.64 | - | 3,316.00 | GMS32460 | 2ND DAY 2ND MO | Korogiannis | Roeder | 8-Dec | N |
| 40566 | 4853 | 238509 | GM FSS/ABP | 180502 | CASH | 2-Apr-09 | 127109CHEVR( | 805835 | (5,522.64) | - | - | | | | Roeder | 8-Dec | N |
| 40566 | 4853 | 238509 | GM FSS/ABP | 170486 | INV | 15-Apr-09 | 809235 | | 12,633.28 | - | 12,633.28 | TCS06766 | 2ND DAY 2ND MO | Korogiannis | Nori | 9-Mar | N |
| 40568 | 4853 | 238509 | GM FSS/ABP | 190193 | INV | 16-Apr-09 | 809329 | | 9,020.00 | - | 9,020.00 | 789-1506 | 2ND DAY 2ND MO | Pare | MacKinnon | 9-Mar | N |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 22-Apr-09 | 809442 | | 19,740.00 | - | 19,740.00 | ONS05397 | 2ND DAY 2ND MO | Korogiannis | N/A | | N |

Page 1 of 3

09-50026-mg    Doc 792    Filed 06/12/09    Entered 06/12/09 14:53:19    Main Document
Pg 5 of 8

| CC | Cust# | Site Use Id | Cust Name | Asgn # | Type | Trans Date | Trans# | Applied to Tran# | Tran$ | Tax$ | Balance | PO# | Payment Term | Maint Billing Rep / Acct Mgr | Consultant | Period Ending | On Cure List? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 22-Apr-09 | 809443 | | 7,880.00 | - | 7,880.00 | ONS05397 | 2ND DAY 2ND MO | Korogiannis | N/A | | N |
| 40562 | 4853 | 238509 | GM FSS/ABP | 181483 | INV | 22-Apr-09 | 809446 | | 53,840.00 | - | 53,840.00 | | 2ND DAY 2ND MO | Korogiannis | Kong | 9-Mar | N |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 22-Apr-09 | 809516 | | 68,440.00 | - | 68,440.00 | 934-520 | 2ND DAY 2ND MO | Korogiannis | N/A | | N |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 23-Apr-09 | 809561 | | 28,900.00 | - | 28,900.00 | ONS05473 | 2ND DAY 2ND MO | Korogiannis | N/A | | N |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 23-Apr-09 | 809679 | | 34,183.00 | - | 34,183.00 | ONS05272 | 2ND DAY 2ND MO | Korogiannis | N/A | | N |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 30-Apr-09 | 810054 | | 40,788.00 | - | 40,788.00 | 934-528 | 2ND DAY 2ND MO | Korogiannis | N/A | | N |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 14-May-09 | 810569 | | 192,710.00 | - | 192,710.00 | ONS05345 | 2ND DAY 2ND MO | Korogiannis | N/A | | N |
| 40566 | 4853 | 238509 | GM FSS/ABP | 170486 | INV | 14-May-09 | 810588 | | 11,484.80 | - | 11,484.80 | TCS06766 | 2ND DAY 2ND MO | Korogiannis | Nori | 9-Apr | N |
| 40772 | 4853 | 238509 | GM FSS/ABP | 170727 | INV | 15-May-09 | 810777 | | 15,500.00 | - | 15,500.00 | TTS31956 | 2ND DAY 2ND MO | Korogiannis | Baracy | 9-Apr | N |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 20-May-09 | 810962 | | 13,132.50 | - | 13,132.50 | 934-588 | 2ND DAY 2ND MO | Korogiannis | N/A | | N |
| 40562 | 4853 | 238509 | GM FSS/ABP | 181483 | INV | 20-May-09 | 810963 | | 63,424.00 | - | 63,424.00 | 934-529 | 2ND DAY 2ND MO | Korogiannis | Kong | 9-Apr | N |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 21-May-09 | 810978 | | 71,940.00 | - | 71,940.00 | 934-520 | 2ND DAY 2ND MO | Korogiannis | N/A | | N |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 21-May-09 | 810980 | | 40,788.00 | - | 40,788.00 | 934-528 | 2ND DAY 2ND MO | Korogiannis | N/A | | N |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 21-May-09 | 810984 | | 19,313.00 | - | 19,313.00 | 934-606 | 2ND DAY 2ND MO | Korogiannis | N/A | | N |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 21-May-09 | 810985 | | 4,250.00 | - | 4,250.00 | 934-524 | 2ND DAY 2ND MO | Korogiannis | N/A | | N |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 21-May-09 | 810986 | | 129,628.00 | - | 129,628.00 | 934-594 | 2ND DAY 2ND MO | Korogiannis | N/A | | N |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 21-May-09 | 810991 | | 23,175.00 | - | 23,175.00 | 934-572 | 2ND DAY 2ND MO | Korogiannis | N/A | | N |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 21-May-09 | 810992 | | 111,387.50 | - | 111,387.50 | 934-565 | 2ND DAY 2ND MO | Korogiannis | N/A | | N |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 21-May-09 | 810993 | | 345,422.00 | - | 345,422.00 | ONS05345 | 2ND DAY 2ND MO | Korogiannis | N/A | | N |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 21-May-09 | 811004 | | 302,000.00 | - | 302,000.00 | ONS05441 | 2ND DAY 2ND MO | Korogiannis | N/A | | N |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 21-May-09 | 811008 | | 34,090.00 | - | 34,090.00 | 934-586 | 2ND DAY 2ND MO | Korogiannis | N/A | | N |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 22-May-09 | 811101 | | 205,990.00 | - | 205,990.00 | ONS05457 | 2ND DAY 2ND MO | Korogiannis | N/A | | N |
| 40561 | 4853 | 238509 | GM FSS/ABP | | INV | 29-May-09 | 811511 | | 10,710.00 | - | 10,710.00 | GMS32063 | 2ND DAY 2ND MO | Pare | N/A | | N |
| 40561 | 4853 | 238509 | GM FSS/ABP | | INV | 29-May-09 | 811512 | | 34,808.00 | - | 34,808.00 | GMS32063 | 2ND DAY 2ND MO | Pare | N/A | | N |
| 40561 | 4853 | 238509 | GM FSS/ABP | | INV | 29-May-09 | 811513 | | 12,750.00 | - | 12,750.00 | GMS32063 | 2ND DAY 2ND MO | Pare | N/A | | N |
| 40561 | 4853 | 238509 | GM FSS/ABP | | INV | 29-May-09 | 811514 | | 41,438.00 | - | 41,438.00 | GMS32063 | 2ND DAY 2ND MO | Pare | N/A | | N |
| 40561 | 4853 | 238509 | GM FSS/ABP | | INV | 29-May-09 | 811515 | | 35,722.00 | - | 35,722.00 | | 2ND DAY 2ND MO | Pare | N/A | | N |
| 40773 | 4853 | 78111 | GM TRADEXCHANGE *AUTO | 161889 | INV | 18-May-09 | 810855 | | 2,211.60 | - | 2,211.60 | | 2ND DAY 2ND MO | Korogiannis | Vayugandla | 9-Apr | N |
| 40530 | 4853 | 78111 | GM TRADEXCHANGE *AUTO | 161889 | CM | 18-May-09 | 810856 | | (29.42) | - | (29.42) | | | | Vayugandla | 9-Apr | N |
| 40530 | 4853 | 78111 | GM TRADEXCHANGE *AUTO | 161889 | CM | 18-May-09 | 810857 | | (0.50) | - | (0.50) | | | | Vayugandla | 9-Apr | N |
| **Total Services Not on Cure List** | | | | | | | | | **2,013,867.87** | **-** | **2,013,867.87** | | | | | | |
| 40777 | 4853 | 252555 | GM ACCOUNTING | 171229 | CM | 31-Mar-09 | 808200 | | (2,325.00) | - | (2,325.00) | GMS32129 | | | Manser | 9-Feb | Y |
| 40772 | 4853 | 238509 | GM FSS/ABP | 170727 | INV | 16-Apr-09 | 809313 | | 15,500.00 | - | 15,500.00 | TTS31956 | 2ND DAY 2ND MO | Korogiannis | Baracy | 9-Mar | Y |
| 40568 | 4853 | 238509 | GM FSS/ABP | 120297 | INV | 24-Apr-09 | 809698 | | 189,780.00 | - | 189,780.00 | GMR88515 | UPON RECEIPT | Pare | Clemmons | 9-Mar | Y |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 14-May-09 | 810568 | | 23,175.00 | - | 23,175.00 | ONS05345 | 2ND DAY 2ND MO | Korogiannis | N/A | | Y |
| 40568 | 4853 | 238509 | GM FSS/ABP | 180208 | INV | 15-May-09 | 810701 | | 16,000.00 | - | 16,000.00 | GMS04548 004 | 2ND DAY 2ND MO | Pare | McKeman | 9-Apr | Y |
| 40777 | 4853 | 238509 | GM FSS/ABP | | INV | 15-May-09 | 810742 | | 208,333.34 | - | 208,333.34 | GMS32129 | 2ND DAY 2ND MO | Pare | N/A | | Y |
| 40568 | 4853 | 238509 | GM FSS/ABP | 190014 | INV | 15-May-09 | 810776 | | 18,040.00 | - | 18,040.00 | GMS32183 | 2ND DAY 2ND MO | Pare | Heldreth | 9-Apr | Y |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 18-May-09 | 810862 | | 10,815.00 | - | 10,815.00 | ONR03439 | 2ND DAY 2ND MO | Korogiannis | N/A | | Y |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 18-May-09 | 810863 | | 5,407.50 | - | 5,407.50 | ONR03429 | 2ND DAY 2ND MO | Korogiannis | N/A | | Y |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 18-May-09 | 810864 | | 67,207.50 | - | 67,207.50 | ONR03429 | 2ND DAY 2ND MO | Korogiannis | N/A | | Y |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 19-May-09 | 810878 | | 71,485.00 | - | 71,485.00 | ONS05459 | 2ND DAY 2ND MO | Korogiannis | N/A | | Y |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 19-May-09 | 810879 | | 128,440.00 | - | 128,440.00 | ONS05436 | 2ND DAY 2ND MO | Korogiannis | N/A | | Y |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 20-May-09 | 810961 | | 7,880.00 | - | 7,880.00 | ONS05397 | 2ND DAY 2ND MO | Korogiannis | N/A | | Y |
| 40568 | 4853 | 238509 | GM FSS/ABP | 120297 | INV | 20-May-09 | 810965 | | 184,782.50 | - | 184,782.50 | GMR88515 | UPON RECEIPT | Pare | Clemmons | 9-Apr | Y |

Page 2 of 3

| CC | Cust# | Site Use Id | Cust Name | Asgn # | Type | Trans Date | Trans# | Applied to Tran# | Tran$ | Tax$ | Balance | PO# | Payment Term | Maint Billing Rep / Acct Mgr | Consultant | Period Ending | On Cure List? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 21-May-09 | 810981 | | 30,591.00 | - | 30,591.00 | ONS05478 | 2ND DAY 2ND MO | Korogiannis | N/A | | Y |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 21-May-09 | 810982 | | 15,296.00 | - | 15,296.00 | ONS05466 | 2ND DAY 2ND MO | Korogiannis | N/A | | Y |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 21-May-09 | 810987 | | 99,000.00 | - | 99,000.00 | ONS05438 | 2ND DAY 2ND MO | Korogiannis | N/A | | Y |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 21-May-09 | 810988 | | 34,250.00 | - | 34,250.00 | ONS05438 | 2ND DAY 2ND MO | Korogiannis | N/A | | Y |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 21-May-09 | 810989 | | 1,032,552.00 | - | 1,032,552.00 | ONS05345 | 2ND DAY 2ND MO | Korogiannis | N/A | | Y |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 21-May-09 | 810995 | | 139,200.00 | - | 139,200.00 | ONS05417 | 2ND DAY 2ND MO | Korogiannis | N/A | | Y |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 22-May-09 | 811011 | | 214,875.00 | - | 214,875.00 | ONS05441 | 2ND DAY 2ND MO | Korogiannis | N/A | | Y |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 22-May-09 | 811100 | | 68,800.00 | - | 68,800.00 | ONS05457 | 2ND DAY 2ND MO | Korogiannis | N/A | | Y |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 28-May-09 | 811368 | | 18,020.00 | - | 18,020.00 | ONS05441 | 2ND DAY 2ND MO | Korogiannis | N/A | | Y |
| 40562 | 4853 | 238509 | GM FSS/ABP | | INV | 28-May-09 | 811369 | | 18,020.00 | - | 18,020.00 | ONS05441 | 2ND DAY 2ND MO | Korogiannis | N/A | | Y |
| **Total Services on Cure List** | | | | | | | | | **2,615,124.84** | **-** | **2,615,124.84** | | | | | | |

**CUSTOMER CLASS - PRODUCTS**

| CC | Cust# | Site Use Id | Cust Name | Type | Left Blank | Trans Date | Trans# | Applied to Tran# | Tran$ | Tax$ | Balance | PO# | Payment Term | On Cure List? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31055 | 23693 | 216433 | GENERAL MOTORS | INV | - | 16-Feb-09 | N25284 | | 650,000.00 | - | 650,000.00 | GMP0029922 | UPON RECEIPT | N |
| **Total Products Not on Cure List** | | | | | | | | | **650,000.00** | **-** | **650,000.00** | | | |
| | | | Non-applicable | - | - | - | None | - | 0.00 | - | 0.00 | - | - | n/a |
| **Total Products on Cure List** | | | | | | | | | **0.00** | | **0.00** | | | |

| | | |
|---|---|---|
| **Grand Total Not on Cure List - Objection Amount** | 2,853,030.13 | **2,801,267.64** |
| Total on Cure List - Identified with Compuware Invoices | 232,518.00 | |
| Total on Cure List - Compuware and GM Help Desk Unable to Identify with Compuware Invoices | | |
| **Grand Total on Cure List** | | **3,085,548.13** |

Page 3 of 3

**Customer Class - Covisint Domestic**

| Loc | CC | Cust# | Site Use Id | Orig Cust # | Cust Name | Type | Trans Date | Trans# | Applied to Tran# | Tran$ | Tax$ | Balance | PO# | Payment Term | On Cure List? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 105 | 53000 | 126635 | 229064 | COV201701 | GENERAL MOTORS DE MEXICO | INV | 29-May-09 | COV126972 | | 6,895.11 | - | 6,895.11 | CTR53603 | 30 NET | N |
| 105 | 53000 | 126635 | 229064 | COV201701 | GENERAL MOTORS DE MEXICO | INV | 30-Apr-09 | COV126211 | | 13,317.81 | - | 13,317.81 | CTR53603 | 30 NET | N |
| 105 | 53000 | 119092 | 203214 | COV200967 | GM FINANCIAL SHARED SERVI | INV | 29-May-09 | COV126877 | | 5,682.88 | - | 5,682.88 | ONR03171 | 30 NET | N |
| 105 | 53000 | 119092 | 203214 | COV200967 | GM FINANCIAL SHARED SERVI | INV | 30-Apr-09 | COV126117 | | 7,618.97 | - | 7,618.97 | GMB07503 | 60 NET | N |
| 105 | 53000 | 127741 | 232740 | COV202052 | GM FINANCIAL SHARED SERVI | INV | 31-Mar-09 | COV125654 | | 9,270.00 | - | 9,270.00 | 1964-147 | 60 NET | N |
| 105 | 53000 | 127741 | 232740 | COV202052 | GM FINANCIAL SHARED SERVI | INV | 31-Mar-09 | COV125655 | | 10,250.00 | - | 10,250.00 | 1065-272 | 60 NET | N |
| 105 | 53000 | 127741 | 232740 | COV202052 | GM FINANCIAL SHARED SERVI | INV | 30-Apr-09 | COV126695 | | 10,300.00 | - | 10,300.00 | TCR06454 | 60 NET | N |
| 105 | 53000 | 127741 | 232740 | COV202052 | GM FINANCIAL SHARED SERVI | INV | 30-Apr-09 | COV126426 | | 10,320.00 | - | 10,320.00 | 1065-272 | 60 NET | N |
| 105 | 53000 | 127741 | 232740 | COV202052 | GM FINANCIAL SHARED SERVI | INV | 30-Apr-09 | COV126424 | | 12,975.00 | - | 12,975.00 | GM DUBAI/2009/10 | 60 NET | N |
| 105 | 53000 | 127741 | 232740 | COV202052 | GM FINANCIAL SHARED SERVI | INV | 31-Mar-09 | COV125657 | | 13,000.00 | - | 13,000.00 | GM DUBAI 2009/10 | 60 NET | N |
| 105 | 53000 | 127741 | 232740 | COV202052 | GM FINANCIAL SHARED SERVI | INV | 31-Mar-09 | COV125656 | | 34,820.00 | - | 34,820.00 | 1065-275 | 60 NET | N |
| 105 | 53000 | 136053 | 252753 | COV202557 | GM RAILINC-COVISINT | INV | 31-Mar-09 | COV125164 | | 1,475.00 | - | 1,475.00 | GMR74682 | 30 NET | N |
| 105 | 53000 | 136053 | 252753 | COV202557 | GM RAILINC-COVISINT | INV | 30-Apr-09 | COV126363 | | 1,475.00 | - | 1,475.00 | GMR74682 | 30 NET | N |
| **Total Covisint Not on Cure List** | | | | | | | | | | **137,399.77** | **-** | **137,399.77** | | | |
| 105 | 53000 | 127741 | 232740 | COV202052 | GM FINANCIAL SHARED SERVI | INV | 30-Apr-09 | COV126423 | | 3,025.00 | - | 3,025.00 | GMR86634 | 60 NET | Y |
| 105 | 53000 | 127741 | 232740 | COV202052 | GM FINANCIAL SHARED SERVI | INV | 31-Jan-09 | COV123868 | | 43,725.00 | - | 26,235.00 | GMR84660 | 60 NET | Y |
| 105 | 53000 | 127741 | 232740 | COV202052 | GM FINANCIAL SHARED SERVI | CASH | 29-May-09 | WI05290 3CHEVROLET | COV123868 | (17,490.00) | - | - | | | |
| **Total Covisint on Cure List** | | | | | | | | | | **46,750.00** | **-** | **29,260.00** | | | |

Page 1 of 1

**Customer Class - Products**

| Loc | CC | Cust# | Site Use Id | Cust Name | Type | Trans Date | Trans# | Applied to Tran# | Tran$ | Tax$ | Balance | PO# | Payment Term |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 102 | 31055 | 23693 | 216433 | GENERAL MOTORS | INV | 16-Feb-09 | N25284 | | 650,000.00 | - | 650,000.00 | GMP0029922 | UPON RECEIPT |
| | | | | **GENERAL MOTORS Total** | | | | | **650,000.00** | **-** | **650,000.00** | | |
| | | | | **Grand Total Not on Cure List** | | | | | **650,000.00** | **-** | **650,000.00** | | |