WARNER NORCROSS & JUDD
2000 Town Center, Suite 2700
Southfield, MI  48075
Telephone:  248-784-5131
Facsimile:  248-603-9731
Michael G. Cruse

Attorneys for Compuware Corporation

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:                                                   Chapter 11 Case No.

General Motors Corporation, *et al.*                     09-50026-reg

                                    Debtors.             (Jointly Administered)

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2009, I served a copy of the:

Objection of Compuware Corporation to Proposed Cure Costs Contained in
Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts,
Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential
Real Property and (II) Cure Costs Related Thereto

on the following parties at these addresses via Federal Express:

SEE ATTACHED SPECIAL SERVICE LIST

/s/Helga Ziegler
Helga Ziegler
Legal Assistant to Michael G. Cruse (P38837)
Warner Norcross & Judd LLP
Attorneys for Compuware Corporation
2000 Town Center, Suite 2700
Southfield, MI  48075-1318
Telephone:  248-784-5131
Fax:  248-603-9731
mcruse@wnj.com

1677116-1

## SPECIAL SERVICE LIST

**Debtors**

Lawrence S. Buonomo, Esq.
c/o General Motors Corporation
300 Renaissance Center
Detroit, MI  48265

**Attorneys for Debtors**

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

**U.S. Treasury**

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC  20220

**Attorneys for Purchaser**

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

**Attorneys for Creditors Committee**

Robert D. Wolford, Esq.
Miller, Johnson, Snell & Cummiskey, PLC
250 Monroe Avenue, N.W., Suite 800
Grand Rapids, MI 49503

**Export Development Canada**

Export Development Canada
c/o Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY  10019

**Office of the U.S. Trustee**

Diana G. Adams, Esq.
Office of the United States Trustee
 for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

1676615-1