



Global Purchasing and Supply Chain

Cadillac Building
M/C 480-206-136
30009 Van Dyke Ave
Warren MI 48090-9025

June 9, 2009

Dear GM Logistics Supplier:

Currently General Motors is executing the contract assignment and assumption process as part of our intent to form a New GM through the 363 Sale Process. As a result, your company was sent a letter detailing GM's intent and the process with respect to the assignment of your contracts to the New GM. Part of this process involves resolving or "curing" any amounts owed to your company. This cure amount is listed on the cure website for which you received a sign-on and password in the contract assumption notice sent to you on Friday, June 5, 2009. Because your company is paid on a tier 2 basis via one or several Lead Logistics Providers (LLP), your cure amount will be paid as part of the cure payment to the LLP(s). Please contact your respective LLP(s) to determine your cure amount. If you disagree with the proposed cure amount you must respond to the contract assumption notice based on the cure amount given to you by your LLP. You must respond to the assumption notice within the time noted therein if you disagree with the cure amount provided by your LLP(s).

If you have any questions, please feel free to contact your buyer.

Sincerely,

Lisa Patterson