DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 335-4500
Mark J. Friedman (MF8849)

and

The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209
(410) 580-3000

Attorney for General Physics Corporation
and GP Strategies Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| GENERAL MOTORS CORP., et al., | 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

### RESPONSE AND CONDITIONAL OBJECTION OF GENERAL PHYSICS CORPORATION AND GP STRATEGIES CORPORATION (SOLELY AS TO UNLISTED CURE AMOUNTS) TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO

GP Strategies Corporation, General Physics Corporation and Sandy Corporation, a division of General Physics Corporation (collectively, "GP") do not object to the assumption by the Debtors of any of the executory contracts with GP that the Debtors desire to assume. As the Debtors have not yet reported the asserted cure amounts for the

executory contracts with GP, GP files this conditional response and objection solely to preserve the right to respond to the assertion of cure amounts by the Debtors.

In support hereof, GP states as follows:

1. By motion dated June 1, 2009, General Motors Corporation ("GM") and its debtor subsidiaries, as debtors-in-possession (collectively, the "Debtors"), seek, among other things, authorization and approval of the sale of substantially all of the Debtors' assets and the assumption and assignment of certain executory contracts pursuant to a Master Sale and Purchase Agreement and related agreements (the "MPA") among the Debtors and Vehicle Acquisition Holdings LLC, a purchaser sponsored by the United States Department of the Treasury (the "363 Transaction"), free and clear of liens, claims, encumbrances and interests. Affected creditors are directed to Debtors' secure website for information about assumable executory contracts ("Assumable Executory Contracts") and amounts to be paid to cure all prepetition defaults under those Assumable Executory Contracts in accordance with section 365(b) of the Bankruptcy Code (the "Cure Amounts"). Objections to the proposed assumption and assignment of the Assumable Executory Contracts and/or objections to the Cure Amounts(s) must be made in writing and filed with the Court no later than ten days after the June 5, 2009 notice.

2. GP believes that the Assumable Executory Contracts listed on the website under GP's User ID constitute substantially all of the executory contracts between GP and the Debtors, and GP has no objection to the assignment and assumption of those contracts in connection with the 363 Transaction. However, at this time no Cure Amounts are indicated on the website in connection with the Assumable Executory Contracts. (GP understands from communications from the Debtors that the Cure

Amounts may not be available on the website until after the objection deadline.) Accordingly, GP objects to the Cure Amounts in order to protect its interests and avoid the presumption that the Cure Amounts have no monetary value. GP is ready and willing to meet with GM and any non-Debtor counterparty to confer in good faith to determine mutually agreeable Cure Amounts corresponding to the Assumable Executory Contracts.

WHEREFORE, GP does not object to the assumption of its Assumable Executory Contracts by the Debtors but seeks to preserve the right to respond to the assertion by the Debtors as to the appropriate Cure Amounts.

Dated: June 12, 2009        /s/ Mark J. Friedman
                            Mark J. Friedman (MF8849)
                            DLA PIPER LLP (US)
                            1251 Avenue of the Americas
                            New York, NY 10020-1104
                            (212) 335-4500

                            and

                            The Marbury Building
                            6225 Smith Avenue
                            Baltimore, MD 21209
                            (410) 580-3000
                            Email: mark.friedman@dlapiper.com
                            Attorney for General Physics Corporation
                            and GP Strategies Corporation

# CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of June, 2009, a copy of the foregoing Response and Conditional Objection of General Physics Corporation and GP Strategies Corporation (Solely as to Unlisted Cure Amounts) to Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) Cure Amounts Related Thereto was served by first class mail, postage prepaid, on the following parties:

      General Motors Corporation
      Cadillac Building
      30009 Van Dyke Avenue
      Attn: Warren Command Center
      Mailcode 480-206-114
      Warren, Michigan 49090-9025

      Harvey R. Miller
      Stephen Karotkin
      Joseph H. Smolinsky
      Weil, Gotshal & Manges LLP
      767 Fifth Avenue
      New York, New York 10153

      Matthew Feldman
      United States Treasury
      1500 Pennsylvania Avenue, NW
      Room 2312
      Washington, DC 20220

      John J. Rapisardi
      Cadwalader, Wickersham & Taft LLP
      One World Financial Center
      New York, New York 10281

      Michael J. Edelman
      Michael L. Schein
      Vedder Price, P.C.
      1633 Broadway
      47th Floor
      New York, New York 10019

Diana G. Adams
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004

Thomas Moers Mayer
Kenneth H. Eckstein
Gordon Z. Novod
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York 10036

    /s/ Mark J. Friedman
Mark J. Friedman

EAST\42471368.1

2