JAFFE RAITT HEUER & WEISS, P.C.
Paul R. Hage (P70460) (Pro Hac Vice)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Telephone: 248.351.3000
Facsimile: 248.351.3082
E-mail: phage@jaffelaw.com
*Counsel for Ideal Setech Share the Spare, L.L.C.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :
GENERAL MOTORS CORP., *et al.*,                                :    Case No. 09-50026 (REG)
                                                               :    (Jointly Administered)
                    Debtors.                                   :
                                                               :
                                                               :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 12, 2009, copies of **Ideal Setech Share the Spare, L.L.C.'s Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto**, were served upon the following entities via overnight courier:

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025<br>Attn: Warren Command Center<br>Mailcode 480-206-114 | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq. |
| U.S. Treasury<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, DC 20220<br>Attn: Matthew Feldman, Esq. | Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>Attn: John J. Rapisardi, Esq. |

| | |
|---|---|
| Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>Attn:  Michael J. Edelman, Esq.<br>        Michael L. Schein, Esq. | Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Attn:  Diana G. Adams, Esq. |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn:  Gordon Z. Novod | |

JAFFE RAITT HEUER & WEISS, P.C.

By:/s/ Paul R. Hage
        Paul R. Hage (P71963)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Telephone: 248.351.3000
Facsimile: 248.351.3082
Email: phage@jaffelaw.com
*Counsel for Ideal Setech Share the Spare, L.L.C.*

Dated: June 12, 2009

2

1758284.01