ALLARD & FISH, P.C.

2600 Buhl Building
535 Griswold
Detroit, MI 48226
Telephone: (313) 961-6141
Facsimile: (313) 961-6142
Deborah L. Fish

Attorneys for RCO Engineering, Inc.

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re: GENERAL MOTORS CORP.,** *et al.*, <br><br>Debtors. | ) Chapter 11 <br> ) <br> ) Case No:    09-50026 (REG) <br> ) <br> ) (Jointly Administered) <br> ) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 10, 2009, copies of the Limited Objection of RCO Engineering, Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto, were served upon the following entities via overnight courier:

Diana G. Adams, Esq.
Office of the U.S. Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Warren Command Center, Mailcode 480-206-114
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

Harvey Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Matthew Feldman, Esq.
U.S. Department of Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

| | |
|---|---|
| Kenneth Eckstein, Esq. | Chambers Copy |
| Thomas Moers Mayer, Esq. | Hon. Robert E. Gerber |
| Kramer Levin Naftalis & Frankel LLP | United States Bankruptcy Court |
| 1177 Avenue of the Americas | Southern District of New York |
| New York, NY 10036 | One Bowling Green, Room 621 |
| | New York, NY 10004-1408 |

                                                      ALLARD & FISH, P.C.

                                                      /S/Regina Drouillard  
                                                      535 Griswold  
                                                      2600 Buhl Building  
                                                      Detroit MI  48226  
                                                      (313) 961-6141

Dated:  June 12, 2009  
U:\34\368\GM\CoS.Obj.Mtn assume reject contracts.RCO.doc