UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (Manhattan)

In re:                                                                       Chapter 11
                                                                             Case No: 09-50026-reg
    GENERAL MOTORS CORPORATION, et al
                                                                             Hon. Robert E. Gerber
        Debtor
_____/

### NOTICE OF APPEARANCE; REQUEST TO BE ADDED TO MATRIX; AND FEDERAL BANKRUPTCY PROCEDURE 2002(i) REQUEST

    PLEASE TAKE NOTICE that Creditor(s) Hayman Management Company and South Troy Tech, LLC., shall appear through its counsel, Maddin, Hauser, Wartell, Roth & Heller, P.C., and requests that all notice given and required to be given in this case and all papers served and required to be served be given to and served upon the undersigned at the following address and telephone number:

        Kathleen H. Klaus (P67207)
        Maddin, Hauser, Wartell, Roth & Heller, P.C.
        28400 Northwestern Hwy., 3rd Floor
        Southfield, MI 48034
        (248) 359-7520
        Email: khk@maddinhauser.com

    PLEASE TAKE FURTHER NOTICE that Hayman Management Company and South Troy Tech, LLC., request to be added to the Debtor's Matrix in care of its counsel at the above address and further request that all notices and papers provided pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the same.

        MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.

        BY:    /s/ *Kathleen H. Klaus*
        KATHLEEN H. KLAUS (P67207)
        28400 Northwestern Hwy., 3rd Floor
        Southfield, MI  48034
        (248) 359-7520
        E-Mail:  khk@maddinhauser.com

838534

DATED:  June 12, 2009	Attorney for Creditor Hayman Management Company
	And South Troy Tech, LLC.

838534