Maddin, Hauser, Wartell, Roth & Heller, PC
28400 Northwestern Hwy., 3rd Floor
Southfield, MI  48034
Telephone: (248) 359-7520/Fax: (248) 359-7560
Kathleen H. Klaus (P67207)

Attorney for Creditor Hayman Management Company
  And South Troy Tech, LLC.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK (Manhattan)**
------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No: 09-50026-reg |
| GENERAL MOTORS CORPORATION, et al | |
| | Hon. Robert E. Gerber |
| Debtor | |

------------------------------------------x

## AMENDED CERTIFICATE OF SERVICE

    I hereby certify that on June 12, 2009, I electronically filed Notice of Appearance; Request to be Added to Matrix; and Federal Bankruptcy Procedure 2002(i) Request [Docket No. 800] with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

                                MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.

                                BY:    /s/ *Kathleen H. Klaus*
                                KATHLEEN H. KLAUS (P67207)
                                28400 Northwestern Hwy., 3rd Floor
                                Southfield, MI  48034
                                (248) 359-7520
                                E-Mail: khk@maddinhauser.com
DATED:  June 12, 2009            Attorney for Creditor Hayman Management Company
                                      And South Troy Tech, LLC.

838536