UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| GENERAL MOTORS CORP., *et al.* ) | Case No. 09-50026 |
| ) | (Jointly Administered) |
| Debtors. ) | |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Terry L. Zabel, request admission, *pro hac vice*, before this Court, to represent Martin Transportation Systems, Inc. in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Michigan, and of the bars of the U.S. District Court for the Eastern and Western Districts of Michigan.

I certify that I am a member in good standing of the bar of the State of Indiana, and of the bars of the U.S. District Court for the Northern and Southern Districts of Indiana.

I have submitted the filing fee of $25 with this motion for *pro hac vice* admission.

Dated: June 3, 2009
Grand Rapids, Michigan

/S/ Terry L. Zabel
Terry L. Zabel (P53798)
Rhoades McKee
161 Ottawa Ave., NW, Ste 600
Grand Rapids, MI  49503
tlzabel@rhoadesmckee.com
Telephone: (616) 235-3500
Facsimile: (616) 459-5102



RECEIVED JUN -9 2009 U.S. BANKRUPTCY COURT, SDNY

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) <br> ) <br> GENERAL MOTORS CORP., *et al.* ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br><br> Case No. 09-50026 <br> (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Terry L. Zabel dated May 20, 2009, to be admitted *pro hac vice* in this bankruptcy case; it is hereby

**ORDERED**, that Terry L. Zabel is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Date: _____ _____
United States Bankruptcy Judge

N:\tlZabel\General Motors\pld\order re motion for admission pro hac vice.doc llg