UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re:

GENERAL MOTORS CORP., et al.,           Case No. 09-50026
         Chapter 11

    Debtor.

_____/

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Kathleen A. Gardiner, a member in good standing of the bar in the State of Michigan and the United States District Court for the Eastern District of Michigan, respectfully request admission, *pro hac vice*, to represent the State of Michigan Department of Treasury in the above captioned Chapter 11 case and any related adversary proceedings that may be commenced. I agree to pay the fee of $25 upon approval of this motion by the Court. My address is:

    Revenue Division
    3030 W. Grand Blvd.
    10th Floor Suite 200
    Detroit, MI 48202
    Telephone: (313) 456-0140
    Fax: (313) 456-0291
    Email: Gardinerk@michigan.gov

Dated: June 3, 2009            [signature]
                                  Kathleen A. Gardiner (P45245)

RECEIVED
JUN - 9 2009
U.S. BANKRUPTCY COURT, SDNY

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re:

GENERAL MOTORS CORP., et al.,   Case No. 09-50026
                                 Chapter 11

        Debtor.
_____/

## ORDER

ORDERED, that Kathleen A. Gardiner is admitted to practice pro hac vice in the above-captioned proceedings and any related adversary proceedings that may be commenced in the United States Bankruptcy Court, Southern District of New York, subject to payment of filing fee.


Dated:_____, 2009            _____
New York, New York                     Honorable _____