UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORPORATION, et al., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Morgan, Lewis & Bockius LLP ("Morgan Lewis"), on behalf of ARAMARK Holdings Corporation, hereby requests, pursuant to Rules 2002 and 3017(a) of the Rules of Bankruptcy Procedure and 11 U.S.C. §1109(b), that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

> Michael A. Bloom, Esq.
> Rachel Jaffe Mauceri, Esq.
> Morgan, Lewis & Bockius LLP
> 1701 Market Street
> Philadelphia, PA  19103-2921
> Telephone:    (215) 963-5000
> Facsimile:    (215) 963-5001
> E-mail:        rmauceri@morganlewis.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, delivery telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

Dated: June 11, 2009

                MORGAN, LEWIS & BOCKIUS LLP
                Attorneys for ARAMARK Holdings
                Corporation

By: /s/ Michael A. Bloom

                Michael A. Bloom (*pro hac vice* admission pending)
                Rachel Jaffe Mauceri, Esq. (RM6357)
                1701 Market Street
                Philadelphia, PA 19103
                (215) 963-5000

DB1/63099830.1

# CERTIFICATE OF SERVICE

I, Rachel Jaffe Mauceri, hereby certify that a copy of the preceding Limited Objection and Reservation of Rights of ARAMARK Holdings Corporation and Certain of its Subsidiaries with Respect to Cure Amount, was electronically filed through the Court's ECF system and served this 12th day of June, 2009, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. This Limited Objection and Reservation of Rights of ARAMARK Holdings Corporation and Certain of its Subsidiaries with Respect to Cure Amount, was also served by United States Mail, first-class upon the following.

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>Attn: Warren Command Center, Mailcode 480-206-114 | Stephen Karotkin, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 |
| Harvey R. Miller, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 |
| Matthew Feldman, Esq.<br>The U.S. Treasury<br>1500 Pennsylvania Avenue NW, Room 2313<br>Washington, D.C. 20220 | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281 |
| Michael J. Edelman, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY  10019 | Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY  10019 |
| Diana G. Adams, Esq.<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 | Gordon Z. Novod, Esq.<br>Kramer, Levin, Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036 |

Dated: June 12, 2009

*Rachel J. Mauceri*
Rachel Jaffe Mauceri

DB1/63099830.1