CLARK HILL PLC
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Robert D. Gordon (Mich. Bar. No. P48627)
admitted *pro hac vice*
rgordon@clarkhill.com
(313) 965-8572

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP, *et al.*, ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | |

**LIMITED OBJECTION OF EQ – THE ENVIRONMENTAL QUALITY COMPANY TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

EQ – The Environmental Quality Company ("**EQ**") submits this limited objection (the "**Objection**") and respectfully states as follows:

1.   The above-captioned Debtors (collectively, as applicable, the "**Debtors**") served EQ with a *Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* (the "**Cure Notice**") dated June 5, 2009 in which the Debtors express their intention to assume and assign to Vehicle Acquisition Holdings LLC (the "**Purchaser**") certain contracts (the "**Assumable Executory Contracts**") between EQ and the Debtors.

2. Section 365(b)(1)(A) of the Bankruptcy Code provides that the trustee may not assume an executory contract unless the trustee "cures, or provides adequate assurance that the trustee will promptly cure" any default under the contract. 11 U.S.C. § 365(b)(1)(A). According to the United States Court of Appeals for the Second Circuit, "[i]f the debtor is in default on the contract, it will not be allowed to assume the contract unless, at the time of the assumption it, *inter alia*, (a) cures, or provides adequate assurance that it will promptly cure, the default, and (b) provides adequate assurance of its future performance of its obligations under the contract. . . . Congress's intent in imposing these conditions on the ability of the debtor to assume the contract was "to insure that the contracting parties receive the full benefit of their bargain if they are forced to continue performance." *In re Ionosphere Clubs, Inc.*, 85 F.3d 992, 999 (2nd Cir. 1996) *(internal citations omitted)*.

3. On the Contract Website[1], the Debtors identify the Assumable Executory Contracts and assert $549,846.85 as the corresponding cure amount (the "**Cure Amount**") that the Debtors believe is sufficient to cure all prepetition defaults under the Assumable Executory Contracts as of June 1, 2009.

4. EQ does not object, *per se*, to assumption and assignment of the Assumable Executory Contracts to Purchaser.

5. EQ does object, however, to the Cure Notice to the extent that the proposed Cure Amount is incorrect and does not reflect all defaults under the Assumable Executory Contracts.

6. Specifically, with respect to the Assumable Executory Contracts, there is a prepetition balance owed to EQ in an amount that is not less than $804,300.64. *See Exhibit A*

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Cure Notice.

*attached hereto, Reconciliations of Cure Letter.* EQ will supplement this Objection with additional supporting documentation upon the Debtors' request.

7. EQ also objects to the Cure Notice insofar as any postpetition performance by EQ of the Assumable Executory Contracts may give rise to additional accounts receivable that, as of the prospective time of assumption and assignment, may be due or past-due and properly included in the Cure Amount.

8. Notwithstanding the foregoing, EQ further reserves its rights, in the event that the Assumable Executory Contracts are not assumed, to assert any claims for damages, which claims may include all amounts allowable under applicable law.

9. EQ further objects to the adequacy and the accuracy of the Cure Notice insofar as there may be other contracts with EQ that may or will be assumed and assigned but which have not been included in the Cure Notice.

10. EQ reserves the right to amend or supplement this Objection as additional facts are learned.

Dated: June 12, 2009                    Respectfully submitted,

                                        CLARK HILL PLC

                                        /s/ Robert D. Gordon
                                        Robert D. Gordon (Mich. Bar No. P48627)
                                        151 S. Old Woodward Avenue, Suite 200
                                        Birmingham, Michigan 48009
                                        (313) 965-8572
                                        rgordon@clarkhill.com

                                        Counsel to EQ – The Environmental Quality
                                        Company

5901309.4 22039/129671

# EXHIBIT A

EQ - The Environmental Quality Company

GM Aging as of 6/10/09
Reconciliation of Cure Amounts

| Description | Amount Due | |
|---|---|---|
| Cure Amount on Contract Website | $ | 549,846.85 |
| Discrepancy with Contract Website as to Amount of Invoice 40014683 (see attached) | $ | (825.20) |
| Unbilled Work Performed Prepetition, Estimated Amounts (see attached calculation) | $ | 60,679.64 |
| Amounts Due for Prepetition Work, Not Included in Cure Notice (see attached) | $ | 194,599.35 |
| **Total Cure Amount** | $ | **804,300.64** |

GM Bankruptcy Aging
Reconciliation of Cure amount and other balances
Cure Listing detail

| Customer | Customer Name | Doc Ctrl Num | Aging Date | Apply To Num | Total | Contract ID PO Number | $ |
|---|---|---|---|---|---|---|---|
| 000762 | GMC POWERTRAIN WARREN | 40121992011409 | 04/23/2009 | 40121992011409 | 14,859.63 | GMS32926 | 14,859.63 |
| 000762 | GMC POWERTRAIN WARREN | 40121994011409 | 04/23/2009 | 40121994011409 | 12,619.10 | GMS32926 | 12,619.10 |
| 000762 | GMC POWERTRAIN WARREN | 40124867011409 | 04/30/2009 | 40124867011409 | 152.00 | GMS33502 | 152.00 |
| 000762 | GMC POWERTRAIN WARREN | 40127899011409 | 05/19/2009 | 40127899011409 | 1,026.63 | GMS32926 | 1,026.63 |
| 000762 | GMC POWERTRAIN WARREN | 40128840011409 | 05/21/2009 | 40128840011409 | 1,428.50 | GMS32926 | 1,428.50 |
| 002890 | GM BOC LAKE ORION | 40117155011409 | 03/31/2009 | 40117155011409 | 116,967.42 | GMS32929 | 116,967.42 |
| 002890 | GM BOC LAKE ORION | 40122629011409 | 04/27/2009 | 40122629011409 | 99,037.76 | GMS32929 | 99,037.76 |
| 002890 | GM BOC LAKE ORION | 40126606011409 | 05/13/2009 | 40126606011409 | 20,000.00 | GMS32999 | 20,000.00 |
| 002890 | GM BOC LAKE ORION | 40129874011409 | 05/28/2009 | 40129874011409 | 50,705.00 | GMS32929 | 50,705.00 |
| 002890 | GM BOC LAKE ORION | 40129875011409 | 05/28/2009 | 40129875011409 | 18,835.00 | GMS32929 | 18,835.00 |
| 004358 | GM POWERTRAIN TOLEDO | 40119802011409 | 04/10/2009 | 40119802011409 | 8,281.92 | TTS31926 | 8,281.92 |
| 004358 | GM POWERTRAIN TOLEDO | 40119802021409 | 04/10/2009 | 40119802011409 | -2,531.30 | TTS31926 | -2,531.30 |
| 004358 | GM POWERTRAIN TOLEDO | 40126086011409 | 05/08/2009 | 40126086011409 | 1,499.24 | TTS31926 | 1499.24 |
| 004834 | GM POWERTRAIN-YPSILANTI DIVISION | 40117502011409 | 03/31/2009 | 40117502011409 | 30,264.00 | GMS32942 | 30,264.00 |
| 004834 | GM POWERTRAIN-YPSILANTI DIVISION | 40118232011409 | 04/03/2009 | 40118232011409 | 30,264.00 | GMS32942 | 30,264.00 |
| 004834 | GM POWERTRAIN-YPSILANTI DIVISION | 40118233011409 | 04/03/2009 | 40118233011409 | 25,000.00 | HWS65012 | 25,000.00 |
| 004834 | GM POWERTRAIN-YPSILANTI DIVISION | 40121809011409 | 04/22/2009 | 40121809011409 | 10,220.65 | GMS32942 | 10,220.65 |
| 004834 | GM POWERTRAIN-YPSILANTI DIVISION | 40123320011409 | 04/30/2009 | 40123320011409 | 2,027.98 | GMS30486 | 2,027.98 |
| 004834 | GM POWERTRAIN-YPSILANTI DIVISION | 40129878011409 | 05/28/2009 | 40129878011409 | 9,641.97 | GMS32942 | 9,641.97 |
| 004835 | GM POWERTRAIN-LIVONIA DIVISION | 40120587011409 | 04/16/2009 | 40120587011409 | 6,954.17 | GMS32948 | 6,954.17 |
| 004835 | GM POWERTRAIN-LIVONIA DIVISION | 40124866011409 | 04/30/2009 | 40124866011409 | 10,317.98 | GMS32948 | 10,317.98 |
| 004836 | GM POWERTRAIN ROMULUS DIVISION | 40117356011400 | 03/31/2009 | 40117356011400 | 3,408.99 | RMS30658 | 3,408.99 |
| 004836 | GM POWERTRAIN ROMULUS DIVISION | 40118231011409 | 04/03/2009 | 40118231011409 | 32,337.34 | GMS32945 | 32,337.34 |
| 004836 | GM POWERTRAIN ROMULUS DIVISION | 40121374011409 | 04/21/2009 | 40121374011409 | 2,005.00 | GMS33314 | 2,005.00 |
| 004836 | GM POWERTRAIN ROMULUS DIVISION | 40121980011409 | 04/23/2009 | 40121980011409 | 35,717.11 | GMS32945 | 35,717.11 |
| 004836 | GM POWERTRAIN ROMULUS DIVISION | 40124865011400 | 04/30/2009 | 40124865011400 | 803.96 | GMS33975 | 803.96 |
| 004836 | GM POWERTRAIN ROMULUS DIVISION | 40126085011409 | 05/08/2009 | 40126085011409 | 260.00 | GMS33025 | 260.00 |
| 004836 | GM POWERTRAIN ROMULUS DIVISION | 40128607011409 | 05/20/2009 | 40128607011409 | 1,690.00 | RMS31347 | 1,690.00 |
| 004836 | GM POWERTRAIN ROMULUS DIVISION | 40129877011400 | 05/28/2009 | 40129877011400 | 5,227.60 | RMS31347 | 5,227.60 |
| | | | | | 549,021.65 | | 549,021.65 |

Per Cure letter    549,846.85

Difference    825.20

Relates to invoice 40014683
Per EQ System this related to
a Johnson Control invoice

EQ - The Environmental Quality Company

Unbilled Work Performed Prepetition
Estimated Amounts

|  | Estimated Amounts Due |
|---|---:|
| Willow Variable | $ 8,378.11 |
| Orion Fixed | $ 36,138.22 |
| Romulus Variable | $ 2,229.44 |
| Warren Variable | $ 1,579.37 |
| Open Work Orders | $ 12,354.50 |
| **Total Unbilled Work (Estimate)** | **$ 60,679.64** |

Balances have been estimated.
Final data necessary for billing amounts owed by GM are unavailable as of 6/11/09.

5903522_1.xls, Sheet2

GM Bankruptcy Aging
Reconciliation of Cure amount and other balances
Invoices to be added to Cure Listing

| Customer | Customer Name | Doc Ctrl Num | Aging Date | Apply To Num | Total | Contract ID PO Number | $ | Why |
|---|---|---|---|---|---|---|---|---|
| 000700 | GM-BOC ORION PLANT | 4008492401400 | 11/10/2008 | 4008492401400 | 3,559.39 | GMS28966 | 3,559.39 | Contract ID listed on Vendor 022528553 |
| 000700 | GM-BOC ORION PLANT | 4008492401200 | 11/10/2008 | 4008492401200 | 185.00 | GMS28966 | 185.00 | Contract ID listed on Vendor 022528553 |
| 000700 | GM-BOC ORION PLANT | 4008512901200 | 11/11/2008 | 4008512901200 | 702.24 | GMS28966 | 702.24 | Contract ID listed on Vendor 022528553 |
| 002762 | GMC POWERTRAIN WARREN | 4013291801409 | 06/08/2009 | 4013291801409 | 13,645.73 | GMS32926 | 13,645.73 | Contract ID listed on Vendor 022528553 |
| 002890 | GM Lake Orion | 4013365701409 | 06/10/2009 | 4013365701409 | 2,920.92 | GMS32929 | 2,920.92 | Contract ID listed on Vendor 022528553 |
| 004358 | GM POWERTRAIN TOLEDO | 4011482201409 | 03/23/2009 | 4011482201409 | 2,400.95 | TTS31926 | 2,400.95 | Contract ID listed on Vendor 022528553 |
| 004358 | GM POWERTRAIN TOLEDO | 4011482201409 | 03/23/2009 | 4011482201409 | -375.00 | TTS31926 | -375.00 | Contract ID listed on Vendor 022528553 |
| 004358 | GM POWERTRAIN TOLEDO | 4013192201409 | 05/31/2009 | 4013192201409 | 375.00 | WFS06894 | 375.00 | Contract ID listed on Vendor 022528553 |
| 004358 | GM POWERTRAIN TOLEDO | 4012751501409 | 05/15/2009 | 4012751501409 | 2,531.30 | WFS06894 | 2,531.30 | Contract ID listed on Vendor 022528553 |
| 004358 | GM-Toledo | 4013365801409 | 06/10/2009 | 4013365801409 | 1,888.50 | TTS31926 | 1,888.50 | Contract ID listed on Vendor 022528553 |
| 004358 | GM-Toledo | 4013365901409 | 06/10/2009 | 4013365901409 | 210.40 | WFS06894 | 210.40 | Contract ID listed on Vendor 022528553 |
| 004834 | GM POWERTRAIN-YPSILANTI | 4013291701409 | 06/08/2009 | 4013291701409 | 25,000.00 | HWS65012 | 25,000.00 | Contract ID listed on Vendor 022528553 |
| 004834 | GM POWERTRAIN-YPSILANTI | 4013308201409 | 06/08/2009 | 4013308201409 | 30,264.00 | GMS32942 | 30,264.00 | Contract ID listed on Vendor 022528553 |
| 004835 | GM POWERTRAIN-LIVONIA DIVISION | 4013308101409 | 06/08/2009 | 4013308101409 | 6,524.83 | GMS32948 | 6,524.83 | Contract ID listed on Vendor 022528553 |
| 004836 | GM POWERTRAIN ROMULUS | 4013070401400 | 05/31/2009 | 4013070401400 | 834.45 | GMS33975 | 834.45 | Contract ID listed on Vendor 022528553 |
| 004836 | GM POWERTRAIN ROMULUS | 4012486401409 | 04/30/2009 | 4012486401409 | 2,715.41 | GMS32945 | 2,715.41 | Contract ID listed on Vendor 022528553 |
| 004836 | GM POWERTRAIN ROMULUS | 4012758401409 | 05/18/2009 | 4012758401409 | 31,750.00 | GMS33975 | 31,750.00 | Contract ID listed on Vendor 022528553 |
| 004836 | GM POWERTRAIN ROMULUS | 4013308001409 | 06/08/2009 | 4013308001409 | 32,337.34 | GMS92945 | 32,337.34 | Contract ID listed on Vendor 022528553 |
| 011423 | GM ENVIRONMENTAL SRV.CLOSED | 4010165001406 | 01/21/2009 | 4010165001406 | 6,985.00 | GMS30909 | 6,985.00 | Contract ID listed on Vendor 036516797 |
| 011423 | GM ENVIRONMENTAL SRV.CLOSED | 4012700601410 | 05/14/2009 | 4012700601410 | 18,954.56 | GMS33224 | 18,954.56 | Contract ID listed on Vendor 036516797 |
| 011423 | GM ENVIRONMENTAL SRV.CLOSED | 4012700701410 | 05/14/2009 | 4012700701410 | 11,189.33 | GMS33258 | 11,189.33 | Contract ID listed on Vendor 036516797 |
| | | | | | 194,599.35 | | 194,599.35 | |