UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re:

GENERAL MOTORS CORP., et al.,

Case No. 09-50026
Chapter 11

Debtor.

_____/

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Julius O. Curling, a member in good standing of the bar in the State of Michigan and the United States District Court for the Eastern District of Michigan, respectfully request admission, *pro hac vice*, to represent the State of Michigan Department of Treasury in the above captioned Chapter 11 case and any related adversary proceedings that may be commenced. I agree to pay the fee of $25 upon approval of this motion by the Court. My address is:

Revenue Division
3030 W. Grand Blvd.
10th Floor Suite 200
Detroit, MI 48202
Telephone: (313) 456-0140
Fax: (313) 456-0141
Email: curlingj@michigan.gov

Dated: June 2, 2009

Julius O. Curling (P58248)

RECEIVED JUN - 9 2009 U.S. BANKRUPTCY COURT, SDNY

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re:

GENERAL MOTORS CORP., et al.,

Case No. 09-50026
Chapter 11

Debtor.
_____/

## ORDER

ORDERED, that Julius O. Curling is admitted to practice pro hac vice in the above-captioned proceedings and any related adversary proceedings that may be commenced in the United States Bankruptcy Court, Southern District of New York, subject to payment of filing fee.

Dated:_____, 2009
New York, New York

_____
Honorable _____