JAFFE RAITT HEUER & WEISS, P.C.
Paul R. Hage (P70460) (Pro Hac Vice)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Telephone: 248.351.3000
Facsimile: 248.351.3082
E-mail: phage@jaffelaw.com
*Counsel for Ideal Setech, L.L.C.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————x
                          :
In re                     :      Chapter 11
                          :
GENERAL MOTORS CORP., *et al.*,  :      Case No. 09-50026 (REG)
                          :      (Jointly Administered)
      Debtors.           :
                          :
————————————————————x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 12, 2009, copies of **Ideal Setech, L.L.C.'s**

**Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory**

**Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential**

**Real Property and (II) Cure Costs Related Thereto**, were served upon the following entities

via overnight courier:

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025<br>Attn: Warren Command Center<br>        Mailcode 480-206-114 | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Harvey R. Miller, Esq.<br>       Stephen Karotkin, Esq.<br>       Joseph H. Smolinsky, Esq. |
| U.S. Treasury<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, DC 20220<br>Attn: Matthew Feldman, Esq. | Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>Attn: John J. Rapisardi, Esq. |

| | |
|---|---|
| Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>Attn:  Michael J. Edelman, Esq.<br>        Michael L. Schein, Esq. | Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Attn:  Diana G. Adams, Esq. |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn:  Gordon Z. Novod | |

JAFFE RAITT HEUER & WEISS, P.C.


By:/s/ Paul R. Hage
     Paul R. Hage (P71963)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Telephone: 248.351.3000
Facsimile: 248.351.3082
Email: phage@jaffelaw.com
*Counsel for Ideal Setech, L.L.C.*

Dated: June 12, 2009

1758293.01