WARNER NORCROSS & JUDD
2000 Town Center, Suite 2700
Southfield, MI 48075
Telephone: 248-784-5131
Facsimile: 248-603-9731
Michael G. Cruse

Attorneys for Figura, S.A. de C.V.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| General Motors Corporation, *et al.* | 09-50026-reg |
| Debtors. | (Jointly Administered) |

### OBJECTION OF FIGURA, S.A. DE C.V. TO PROPOSED CURE COSTS CONTAINED IN NOTICE OF (I) DEBTORS INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE COSTS RELATED THERETO

Figura, S.A. de C.V., ("Objector") submits this Cure Objection to the proposed cure related costs for the assumption and assignment of the Assumable Executory Contracts (as defined in the Assignment Notice), set forth in the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto ("Assignment Notice"), served upon Objector on June 5, 2009. In support of its Objection, Objector states:

1. The Contract Website sets forth the amount of $266,890.73 as the monetary amount required to cure defaults under the Assumable Executory Contracts with Objector.

2. According to the records maintained by Objector, the correct Cure Amount (the "Correct Cure Cost") to be paid to Objector shall be $346,313.65.

3. The assumption and assignment of the Assumable Executory Contracts between Debtors and Objector shall be conditioned upon the immediate payment of the Correct Cure Cost.

WHEREFORE, Objector respectfully requests that its Objection be sustained and that the assumption of the Assumable Executory Contract be conditioned upon the immediate payment of the Correct Cure Cost.

Respectfully submitted,

WARNER NORCROSS & JUDD LLP

Date: June 12, 2009         BY:   /s/Michael G. Cruse
                                   MICHAEL G. CRUSE (P38837)
                                   Attorneys for Figura, S.A. de C.V.
                                   2000 Town Center, Suite 2700
                                   Southfield, MI  48075
                                   Telephone: 248-784-5131
                                   Fax: 248-603-9731
                                   Email: mcruse@wnj.com

1677241-1