KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
400 Renaissance Center, Suite 3400
Detroit, Michigan 48243
Phone: (313) 259-8300
Fax: (313) 259-1451
Frederick A. Berg, Esq. (P38002)
Jayson M. Macyda (P64733)

Attorneys for Applied Manufacturing Technologies

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: General Motors Corp., et al | Chapter 11 |
| | Case No. 09-50026-reg |
| Debtors. | Hon.:  Robert E. Gerber |
| | (Jointly Administered) |

_____/

## PROOF OF SERVICE

Carol L. Kowalczyk, hereby certifies that on June 12, 1009, she served Objection of Applied Manufacturing Technologies to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto, and this Proof of Service of same, on the following parties via Federal Express Federal Express – Overnight Delivery:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI  48090-9025
ATTENTION: Warren Command Center, Mailcode 480-206-114)
Federal Express Tracking No. 7966 8890 4880

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153
ATTENTION:  Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.)
Federal Express Tracking No. 7966 8887 0351

11194.100 Doc# 25                                    1

KOTZ, SANGSTER, WYSOCKI AND BERG, P.C. ATTORNEYS AND COUNSELORS AT LAW, 400 RENAISSANCE CENTER, SUITE 3400, DETROIT, MICHIGAN 48243-1618

U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C.  20220
ATTENTION:  Matthew Feldman, Esq.
Federal Express Tracking No. 7976 7627 0895

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281
ATTENTION:  John R. Rapisardi, Esq.
Federal Express Tracking No. 7976 7630 7650

Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY  10019
ATTENTION:  Michael J. Edelman, Esq., Michael L. Schein, Esq.
Federal Express Tracking No. 7966 8902 8570

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
ATTENTION:  Diana G. Adams, Esq.
Federal Express Tracking No. 7966 8904 7266

Robert D. Wolford
Miller, Johnson, Snell & Cummiskey, PLC
250 Monroe Avenue, N.W.
Suite 800
Grand Rapids, MI  49503
Federal Express Tracking No. 7966 8906 1421

Gordon Z. Novad
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Federal Express Tracking No. 7976 7636 6656

Trans-Matic
300 East 48th Street
Holland, MI
Federal Express Tracking No. 7966 8957 3705

11194.100 Doc# 25                                                                2

And to the following parties via First Class Mail:

Diana G. Adams
Office of the United States Trustee
33 Whitehall Street
21st floor
New York, NY 10004

Howard S. Beltzer
On behalf of Creditor FMR Corp.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Robert H. Brownlee on behalf of Creditor
  c/o Robert Brownlee Maritz Holdings Inc.
Thompson Coburn LLP
One U.S. Bank Plaza
Suite 2600
St. Louis, MO 63101

Deutsche Bank AG
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Christopher J. Giaimo on behalf of
  Unknown Harman Becker Automotive Systems, Inc.
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

Adrienne Goldner
2847 Lexington Lane
Highland Park, IL 60035

Howard Goldner
2847 Lexington Lane
Highland Park, IL 60035

Stephen H. Gross on behalf of Unknown DELL MARKETING, L.P.
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, NY 10165

11194.100 Doc# 25                              3

Marshall Scott Huebner on behalf of Interested Party Ford Motor Company
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Alan W. Kornberg on behalf of Creditor Enterprise Rent-A-Car Company
Paul, Weiss, Rifkind, Wharton
  & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Neal S. Mann on behalf of Creditor New York State Department
    of Taxation And Finance
New York State Attorney Generals Office
120 Broadway
24th Floor
New York, NY 10271

Brian Shoichi Masumoto, on behalf of U.S. Trustee United States Trustee
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

H. Christopher Mott, on behalf of Creditor Rudolph Chevrolet, LLC
Gordon & Mott, P.C.
4695 N. Mesa Street
El Paso, TX 79912

Joseph O'Neil, on behalf of Creditor Steven Kazan, Esquire
Smith Reed LLP
1201 N. Market Street
Suite 1500
Wilmington, DE 19801

Christian M. Oelke, on behalf of Unknown D.S.U. - Peterbilt
Scarborough McNeese O'Brien Kilkenny, PC
5410 SW Macadam Ave.
Suite # 100
Portland, OR 97239-3824

Phillips Lytle LLP
3400 HSBC Center
Buffalo, NY 14203

Raufoss Automotive Components Canada
Porzio Bromberg & Newman PC
100 Southgate Parkway
Morristown, NJ 07962

J. Casey Roy, on behalf of Interested Party The State of Texas on Behalf of The Texas Department of Transportation, Motor Vehicle Division
Texas Attorney General Office
Bankruptcy & Collections Division
P.O. Box 12548, MC-008
Austin, TX 78711-2548

Saturn of Hempstead, Inc.
c/o Robinson Brog, et. al.
1345 Avenue of the Americas
31st floor
New York, NY 10105

Eric A. Schaffer, on behalf of Creditor United States Steel Corporation
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Matthew A. Swanson
Leonard Street and Deinard
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402

Andrew D. Velez-Rivera, on behalf of U.S. Trustee United States Trustee
Office of the U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Thomas M. Wilson, on behalf of Unknown Kelley & Ferraro LLP
Kelley & Ferraro, LLP
1300 E. Ninth Street
Suite 1901
Cleveland, OH 44114

_____
CAROL L. KOWALCZYK