09-50026-mg    Doc 828    Filed 06/12/09    Entered 06/12/09 15:36:35    Main Document
Pg 1 of 2

RESPONSE DATE:   June 15, 2009

SILVERMAN & MORRIS, P.L.L.C.
7115 Orchard Lake Road, Suite 500
West Bloomfield, Michigan 48322
Telephone (248) 539-1330; Fax (248) 539-1355
Geoffrey L. Silverman (P34011)
Karin F. Avery (P45364)
avery@silvermanmorris.com
Counsel for Cassens Transport Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| GENERAL MOTORS CORPORATION, | Case No. 09-50026 (REG) |
| *et al*., | (Jointly Administered) |
| Debtors. | Hon. Robert E. Gerber |
| _____/ | |

### CERTIFICATE OF SERVICE

I, Janice C. Zielinski, being at all times over 18 years of age, hereby certify that on **June 12, 2009**, a true and correct copy of the **Limited Objection of Cassens Transport Company to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto** was caused to be served by e-mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF system, and by Federal Express overnight courier on **June 12, 2009** to the parties indicated below:

| | |
|---|---|
| General Motors Corporation | Weil, Gotshal & Manges LLP |
| ATTENTION:  Warren Command Center | ATTENTION:  Harvey R. Miller, Esq., |
| Mailcode 480-206-114 | Stephen Karotkin, Esq., and Joseph H. |
| 30009 Van Dyke Avenue | Smolinsky, Esq. |
| Warren, Michigan 48090-9025 | 767 Fifth Avenue |
| | New York, New York 10153 |

- 2 -

| | |
|---|---|
| United States Treasury<br>***ATTENTION:***   Matthew Feldman, Esq.<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, D.C. 20220 | Vedder Price, P.C.<br>***ATTENTION:***   Michael J. Edelman, Esq. and<br>Michael L. Schein, Esq.<br>1633 Broadway, 47th Floor<br>New York, New York 10019 |
| Cadwalader, Wickersham & Taft LLP<br>***ATTENTION:***   John J. Rapisardi, Esq.<br>One World Financial Center<br>New York, New York 10281 | Office of the United States Trustee for the<br>Southern District of New York<br>Region 2<br>***ATTENTION:***   Diana G. Adams, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 |
| Kramer Levin Naftalis & Frankel LLP<br>***ATTENTION:***   Gordon Z. Novod, Esq.<br>1177 Avenue of the Americas<br>New York, New York 10036 | |

 /s/ Janice C. Zielinski
Janice C. Zielinski
Silverman & Morris, P.L.L.C.
7115 Orchard Lake Road, Suite 500
West Bloomfield, Michigan 48322
jan@silvermanmorris.com
telephone (248) 539-1330; fax (248) 539-1355

X:\Clients\General Motors Bankruptcy\Assumption or Rejection of Contracts or Leases\ltd obj of cassens to gm not of cure costs-certificate of service.doc