Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
Tel: 212-309-6000
Fax: 212-309-6001
Wendy S. Walker, Esq.

*Attorneys for the Maersk Entities*

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
GENERAL MOTORS CORP., *et al.*                  :    Case No. 09-50026 (REG)
                                                :
                    Debtors.                    :    (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Annie C. Wells, hereby certify that on June 12, 2009, I caused copies of the *Objection of AP Moller Maersk and Affiliates to Debtors' Motion, Inter Alia, to Assume and Assign Certain Executory Contracts* to be served upon the parties below via facsimile, except as otherwise noted.

s/ Annie C. Wells
Annie C. Wells

The Debtors:
c/o General Motors Corporation,
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090
Fax: 248-312-7191

Counsel to the Debtors:
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Harvey Miller, Esq.
        Stephen Karotkin, Esq.
        Joseph Smolinsky, Esq.
Fax: 212-310-8007

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington D.C. 20220
Attn: Matthew Feldman, Esq.
Fax: 202-622-6415

Attorneys for the Purchaser:
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi, Esq.
Fax: 212-504-6666

Attorneys for Export Development Canada:
Vedder Price, P.C.
1633 Broadway
New York, NY 10019
Attn:   Michael J. Edelman, Esq.
        Michael L. Schein, Esq.

Office of the United States Trustee (*Hand Delivery*)
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:   Diana G. Adams, Esq.
        Andrew D. Velez-Rivera, Esq.
        Brian Shoichi Masumoto, Esq.