GREENBERG TRAURIG, LLP
Todd A. Burgess, AZ Bar No. 019013
2375 E. Camelback Rd., Suite 700
Phoenix, Arizona 85016
(602) 445-8563
burgesst@gtlaw.com
Counsel for Remy International, Inc., Remy Inc., and Remy Power Products, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br>09-50026 (REG)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF WASHINGTON   :
                                            ss:
COUNTY OF KING           :

Dana N. Troy, being duly sworn, deposes and states:

1. I am a legal secretary at the law firm of Greenberg Traurig LLP located at 2375 E. Camelback Road, Suite 700, Phoenix, Arizona 85016.

2. On June 12, 2009, at the direction of Remy International, Inc., Remy Inc., and Remy Power Products, LLC, ("Remy"), I caused to be served by first class mail on the parties set forth on Exhibit A attached hereto a true and correct copy of the following documents:

- Objection By Remy International, Inc., Remy Inc., And Remy Power Products, LLC To Assumption And Assignment Of Executory Contracts And Cure Costs Related Thereto

PHX 328,812,150v1 6-12-09

- Declaration Of James A. Steel In Support Of Objection By Remy International, Inc., Remy Inc., And Remy Power Products, LLC To Assumption And Assignment Of Executory Contracts And Cure Costs Related Thereto

3. I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

/s/ Dana N. Troy

# EXHIBIT "A"

Warren Command Center
Mailcode 480-206-114
c/o General Motors Corporation
30009 Van Dyke Avenue
Warren, Michigan 48090-9025

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attorneys for the Debtors

U.S. Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attorneys for the Purchaser

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attorneys for the Creditors Committee

Diana G. Adams, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004