# Exhibit B



| | | |
|---|---|---|
| Invoice # | | LI1927 |
| Invoice Date | | 5/22/2009 |
| For Period Covering | | 05/01/2009 - 05/31/2009 |

**Remit Payment To:**
P.O. Box 281975
Atlanta, GA  30384-1975

DRMP
GM WORLD HEADQUARTERS
ATTN:  Bob Hoffman (bob.j.hoffman@gm.com) & Kevin Davis (kevin.davis@gm.com)
100 RENAISSANCE CENTER
MAIL CODE:  MS 482-A11-D84
DETROIT,  MI  48265

| PO #GMB07608 | SEQ # | ITEM ID | Ongoing Unit Charges | Rate | Quanity | $ |
|---|---|---|---|---|---|---|
| Release # - GMR88658 | 66 | CALL-MBC4 | MBC 2009 Development | 1.00 | 752,761.50 | $ 752,761.50 |
| GMGL: VM-8610-ME510-09656-000-C3C-0000 | 66 | CALL-MBC4 | MBC 2009 Maintenance & Support | 1.00 | 117,500.00 | $ 117,500.00 |
| | 66 | CALL-MBC4 | MBC 2009 Contact Center | 1.00 | 150,870.00 | $ 150,870.00 |

**Invoice Instructions:**

Invoice Total:    $ 1,021,131.50

**Special Reminders:**
If you have any questions please call Kelley Hudson at (804) 217-6466.