DICONZA LAW, P.C.
630 Third Avenue, 7th Floor
New York, New York 10017
Gerard DiConza
Tel: (212) 682-4940
Fax: (212) 682-4942

*Counsel for Analysts International Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                                : Chapter 11
                                                      :
GENERAL MOTORS CORP., et al.,                         : Case No. 09-50026 (REG)
                                                      : (Jointly Administered)
                                    Debtors.          :
-------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned, being duly admitted in New York State and to practice before the District Court for the Southern District of New York, hereby certifies that, on June 12, 2009, a true and correct copy of the Objection of Analysts International Corporation to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto was served by hand delivery on the parties on the service list attached as <u>Exhibit A</u> and FedEx on the parties on the service list attached as <u>Exhibit B</u>.

Dated: New York, New York
       June 12, 2009

                                                     /s/ Gerard DiConza
                                                     Gerard DiConza

## **EXHIBIT A**

## **SERVICE LIST**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Harvey R. Miller, Esq.
          Stephen Karotkin, Esq.
          Joseph H. Smolinsky, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn:   John J. Rapisardi, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn:   Thomas Moers Mayer, Esq.
          Kenneth H. Eckstein, Esq.
          Gordon Z. Novod, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attn:   Michael J. Edelman, Esq.
          Michael L. Schein, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn:   Diana G. Adams, Esq.

## **EXHIBIT B**

## **SERVICE LIST**

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn:   Warren Command Center
Mailcode 480-206-114

U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.