UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                                          :
                                                                    :    Chapter 11
GENERAL MOTORS CORP., et al.,        :
                                                                    :    Case No. 09-50026 (REG)
                            Debtors.                     :
------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                                  )    ss.:
COUNTY OF NEW YORK      )

       JEANNETTE MUNNE, being sworn, deposes and says:

1.    I am not a party to this action, am over eighteen years of age, am a resident of Richmond County, and am an employee of Fox Rothschild LLP, 100 Park Avenue, 15th Floor, New York, New York 10017.

2.    On June 12, 2009, I served a true and correct copies of the *Limited Objection and Reservation of Rights of StarSource Management Services with Respect to Cure Amounts* upon the following parties at the listed addresses designated for that purpose by depositing true copies of the same enclosed in a first class post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center,
Mailcode 480-206-114

Stephen Karotkin, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Harvey R. Miller, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

NY1 432497v1 06/12/09

| | |
|---|---|
| Matthew Feldman, Esq.<br>The U.S. Treasury<br>1500 Pennsylvania Avenue NW, Room 2313<br>Washington, D.C. 20220 | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281 |
| Michael J. Edelman, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY  10019 | Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY  10019 |
| Diana G. Adams, Esq.<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Gordon Z. Novod, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 AVENUE OF THE AMERICAS<br>New York, NY 10036 |

*s/ Jeannette Munne*
Jeannette Munne

Sworn to before me this
12th day of June, 2009

*s/ Heather Wrenn*
Heather Wrenn
Notary Public, State of New York
No. 01WR6134614
Qualified in Queens County
Commission Expires October 3, 2009

2

NY1 432497v1 06/12/09