GREENBERG TRAURIG, LLP
Todd A. Burgess, AZ Bar No. 019013
2375 E. Camelback Rd., Suite 700
Phoenix, Arizona 85016
602-445-8563
burgesst@gtlaw.com
Counsel for Remy International, Inc., Remy
Inc., and Remy Power Products, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

In re:                                                    :    Chapter 11
                                                          :
GENERAL MOTORS CORP., *et al.*,                           :    Case No. 09-50026 (REG)
                                                          :
                                        Debtors.          :    (Jointly Administered)
                                                          :
---------------------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, Pro Hac Vice

I, Todd A. Burgess, a member in good standing of the Arizona State Bar and eligible to
practice before all state and federal courts in the State of Arizona, request admission, *pro hac
vice*, before the Honorable Robert E. Gerber, to represent Remy International, Inc., Remy Inc.,
and Remy Power Products, LLC (together "Remy") in the above referenced ☒ case ☐
adversary proceeding. Mailing address: Greenberg Traurig, LLP, 2375 E. Camelback, Suite 700,
Phoenix, Arizona 85016.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice*.

Dated: Phoenix, Arizona
       June 12 2009

_____
Todd A. Burgess

*PHX 328,812,250v1*