James M. Sullivan, Esq.
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Attorneys for Discovery Communications, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

In re

GENERAL MOTORS CORP., *et al*.,

                    Debtors.

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

---------------------------------------------------------- x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Discovery Communications, LLC ("Discovery"), by and through counsel, Arent Fox LLP, hereby appears in the above-captioned cases pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following address, telephone and facsimile numbers, and e-mail addresses:

        James M. Sullivan, Esq.
        ARENT FOX LLP
        1675 Broadway
        New York, NY 10019
        Telephone:  (212 484-3900
        Facsimile:  (212) 484-3990
        sullivan.james@arentfox.com

NYC/437449.1

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Demand for Notices and Papers nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of Discovery:  (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Discovery is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Discovery expressly reserves.

| | |
|---|---|
| Dated: New York, New York<br>June 12, 2009 | ARENT FOX LLP<br>Attorneys for Discovery<br>Communications, LLC |
| | */s/ James M. Sullivan*<br>By:  James M. Sullivan, Esq.<br>1675 Broadway<br>New York, NY 10019<br>(212) 484-3900<br>(212) 484-3990 (Fax) |

-2-

NYC/437449.1