BENESCH FRIEDLANDER
  COPLAN & ARONOFF LLP
Stuart A. Laven, Jr. (SL-9838)
200 Public Square, Suite 2300
Cleveland, OH  44114-2378
(216) 363-4500
(216) 363-4588 (Facsimile)

Attorneys for Hilite Industries, Inc.


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                           :        Chapter 11
                                                :
GENERAL MOTORS CORP., *et al.*,                 :        Case No. 09-50026 (REG)
                                                :
                                                :        (Jointly Administered)
                        Debtors.                :
------------------------------------------------------------x

### OBJECTION OF HILITE INDUSTRIES, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO

Hilite Industries, Inc. ("Hilite"), hereby objects (the "Objection") to the *Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto* (the "Notice of Intent"), served upon Hilite by the Debtors pursuant to this Court's *Order pursuant to 11 U.S.C. §§ 105, 363, and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006 (I) Approving Procedures for Sale of Debtors' Assets Pursuant to Master Sale and Purchase Agreement With Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline and Sale Hearing Date; (III) Establishing Assumption and Assignment Procedures; and (IV) Fixing Notice Procedures and Approving Form of Notice* (the "Bidding Procedures Order").  In support of this Objection, Hilite states as follows:

1. The Debtors commenced their voluntary Chapter 11 bankruptcy cases on June 1, 2009.

2. On June 2, 2009, this Court entered the Bidding Procedures Order, which includes procedures regarding Debtor's assumption and assignment of executory contracts.

3. Pursuant to the Bidding Procedures Order, the Debtors delivered a Notice of Intent to Hilite apparently indicating that the Debtors intend to assume and assign some or all of the Debtors' contracts and purchase orders with Hilite (the "Assumed Contracts").

4. Hilite objects to the Debtors' proposed cure payments for the Assumed Contracts as being inadequate. Hilite's records reflect a shortfall in the Debtors' proposed cure of approximately $210,000, subject to further reconciliation and verification.

5. Hilite reserves all rights to amend and/or supplement this Objection.

WHEREFORE, Hilite respectfully requests that this Court defer authorization of the Debtors' proposed assumption and assignment of the Assumed Contracts pending resolution of the disputed cure amount under the Assumed Contracts.

Dated: Cleveland, OH  
       June 12, 2009

Respectfully submitted,

/s/ Stuart A. Laven, Jr.  
Stuart A. Laven, Jr.  
BENESCH FRIEDLANDER  
 COPLAN & ARONOFF LLP  
Stuart A. Laven, Jr. (SL-9838)  
200 Public Square, Suite 2300  
Cleveland, OH  44114-2378  
(216) 363-4500/(216) 363-4588  
slaven@beneschlaw.com

Attorneys for Hilite Industries, Inc.

## **CERTIFICATE OF SERVICE**

A copy of the foregoing *Objection* was sent via FedEx, Monday June 15, 2009 delivery, to the following parties this 12th day of June, 2009:

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025<br>Attn: Warren Command Center,<br>          Mailcode 480-206-114 | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Harvey R. Miller, Esq.<br>         Stephen Karotkin, Esq.<br>         Joseph H. Smolinsky, Esq. |
| U.S. Treasury<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, D.C. 20220<br>Attn: Matthew Feldman, Esq. | Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>Attn: John J. Rapisardi, Esq. |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn: Gordon Z. Novod | Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>Attn: Michael J. Edelman, Esq.<br>         Michael L. Schein, Esq. |
| Office of the U.S. Trustee for the<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Attn: Diana G. Adams, Esq. | |

/s/ Stuart A. Laven, Jr.