Angela Z. Miller, Esq.
Phillips Lytle LLP
437 Madison Avenue, 34th Floor
New York, New York   10022
Tel. 212-759-4888
Fax. 212-308-9079

-and-

3400 HSBC Center
Buffalo, New York 14203
Tel. 716-847-8400
Fax. 716-852-6100

Attorneys for National Fuel Resources, Inc.


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re                                                    Chapter 11

General Motors Corp., et al.,                             Case No. 09-50026 (REG)
                                                         (Jointly Administered)

                              Debtors.

_____


## CERTIFICATE OF SERVICE

        I, Karen M. Hatch, being at all times over 18 years of age, hereby certify that a true and correct copy of the Objection of National Fuel Gas Distribution Corporation to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Non-Residential Real Property and (II) Cure Amounts Related Thereto was caused to be served by e-mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system, and by U.S. mail to the parties so indicated on the attached service list.


Dated: Buffalo, New York
          June 12, 2009                      _____s/ Karen M. Hatch_____
                                                     Karen M. Hatch

Doc # 01-2299696.1

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI   48090-9025
Attn:  Warren Command Center
          Mailcode 480-206-114

Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY   10153

Michael J. Edelman, Esq.
Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY   10019

Robert D. Wolford, Esq.
Miller, Johnson, Snell & Cumminskey, PLC
250 Monroe Avenue, N.W.
Suite 800
Grand Rapids, MI   49503

Harvey R. Miller, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY   10153

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC  20220

Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY   10019

Stephen Karotkin, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY   10153

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY   10281

Diana G. Adams, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY   10004