UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORPORATION, et al., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Michael A. Bloom, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent ARAMARK Holdings Corporation, a creditor and party-in-interest in the above referenced case.

I certify that I am a member in good standing of the bar of the State of Pennsylvania and am admitted to practice in the U.S. District Court for the Eastern District of Pennsylvania, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fourth Circuit, United States Tax Court and the United States Supreme Court.

Dated: June 12, 2009
Philadelphia, Pennsylvania

/s/ Michael A. Bloom
Michael A. Bloom
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
Email: mbloom@morganlewis.com

DB1/63099813.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORPORATION, et al., | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Michael A. Bloom, to be admitted, pro hac vice, to represent ARAMARK Holdings Corporation ("ARAMARK"), a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Pennsylvania and am admitted to practice in the U.S. District Court for the Eastern District of Pennsylvania, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fourth Circuit, United States Tax Court and the United States Supreme Court, it is hereby

**ORDERED**, that Michael A. Bloom, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent ARAMARK, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June ___, 2009
       New York, New York         /s/_____
                                  UNITED STATES BANKRUPTCY JUDGE