CARSON FISCHER, P.L.C.
Counsel for Lapeer Metal Stamping Companies, Inc.
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI  48302
(248) 644-4840
Patrick J. Kukla (P60465)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

GENERAL MOTORS CORP., et al.

             Debtors.
----------------------------------------------------------x

Case No. 09-50026 (reg)
(Jointly Administered)
Chapter 11

### NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO THE MATRIX

    PLEASE TAKE NOTICE THAT Carson Fischer, P.L.C. hereby enters its appearance as counsel for creditor, Lapeer Metal Stamping Companies, Inc. and requests that all notices in the above-referenced Chapter 11 proceeding and all papers served, or required to be served, in the case be served upon the following attorneys and that the following attorneys be added to the Debtors' Matrix:

        Joseph M. Fischer (brcy@carsonfischer.com)
        Robert A. Weisberg (brcy@carsonfischer.com
        Patrick J. Kukla (brcy@carsonfischer.com)
        Carson Fischer, P.L.C.
        4111 Andover Road, West-2nd Floor
        Bloomfield Hills, MI  48302

        CARSON FISCHER, P.L.C.
        *Attorneys for Lapeer Metal Stamping*
        *Companies, Inc.*

     By: /s/ Patrick J. Kukla
        Patrick J. Kukla (P60465)
        4111 Andover Road, West-2nd Flr.
        Bloomfield Hills, MI  48302
        Tele:  (248) 644-4840

Dated:  June 12, 2009