CARSON FISCHER, P.L.C.
*Counsel for J2 Management Corp. and its subsidiaries,*
*A.G. Simpson Automotive Inc., A.G. Simpson (USA), Inc.*
*and Tiercon Corp. (formerly 1675389 Ontario Inc.*
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI  48302
(248) 644-4840
Patrick J. Kukla (P60465)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

GENERAL MOTORS CORP., et al.

            Debtors.

------------------------------------------------------------x

Case No. 09-50026 (REG)
(Jointly Administered)
Chapter 11

### NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO THE GENERAL SERVICE LIST

PLEASE TAKE NOTICE THAT Carson Fischer, P.L.C. hereby enters its appearance as counsel for creditor, **J2 Management Corp.** and its subsidiaries, **A.G. Simpson Automotive Inc.**, **A.G. Simpson (USA), Inc.** and **Tiercon Corp.** (formerly 1675389 Ontario Inc. (collectively, "J2") and requests that all notices in the above-referenced Chapter 11 proceeding and all papers served, or required to be served, in the case be served upon the following attorneys and that the following attorneys be added to the Debtors' Matrix:

    Robert A. Weisberg (brcy@carsonfischer.com)
    Christopher A. Grosman (brcy@carsonfischer.com)
    Patrick J. Kukla (brcy@carsonfischer.com)
    Carson Fischer, P.L.C.
    4111 Andover Road, West-2nd Floor
    Bloomfield Hills, MI  48302

    CARSON FISCHER, P.L.C.
    *Attorneys for J2*

    By: /s/ Patrick J. Kukla
    Patrick J. Kukla (P60465)
    4111 Andover Road, West-2nd Flr.
    Bloomfield Hills, MI  48302

Dated:  June 12, 2009    Tele:  (248) 644-4840