MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson Ave., Suite 2500
Detroit, MI 48226
Donald J. Hutchinson
(313) 496-7536
Counsel for Horiba Instruments Inc. and Horiba Ltd.

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
840 West Long Lake Road
Troy, MI 48098
Joseph D. Gustavus
(248) 267-3317
Counsel for Horiba Instruments Inc. and Horiba Ltd.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| General Motors Corporation, | Case No. 09-50026 (REG) |
| Debtor. | |

**OBJECTION OF**

**HORIBA INSTRUMENTS INC. AND HORIBA LTD. TO CURE AMOUNTS**

Horiba Instruments Inc. and Horiba Ltd. (collectively, "Supplier"), by its attorneys Miller, Canfield, Paddock and Stone, P.L.C., hereby objects to Debtor's proposed Cure Amounts relating to Debtor's assumption and assignment of certain executory contracts (the "Cure Objection"). In support of its Cure Objection, Supplier states as follows:

**PRELIMINARY STATEMENT**

1. Supplier is in receipt of the June 5, 2009 Notice of (I) Debtor's Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property, and (II) Cure Amounts Related Thereto (the "Notice"), in which Debtor states its intention to assume and assign to Vehicle Acquisition Holdings LLC (the "Purchaser") certain executory contracts between Supplier and Debtor (the "Contracts"). A true and accurate copy of the

1

Notice is attached hereto as <u>Exhibit A</u>.

2.      Supplier proposes negotiations with Debtor regarding the issues raised herein in a good faith effort to reach an accord.

**ARGUMENT**

3.      Debtor asserts, on its website http://www.contractnotices.com (the "<u>Website</u>"), a copy of which (as of June 11, 2009) is attached hereto as <u>Exhibit B</u>, that the total Cure Amounts for Supplier is $374,256.52 (the "<u>Proposed Cure Amounts</u>").

4.      Debtor's Proposed Cure Amounts do not accurately reflect all existing and potential defaults and are therefore insufficient.

5.      Debtor's Proposed Cure Amounts would deprive Supplier of the full benefit of its bargain and would fail to restore the parties to pre-default conditions.

6.      Debtor's Proposed Cure Amounts do not include potential defaults accruing after June 1, 2009 relating to (a) invoices that were issued by Supplier to Debtor prior to June 1, 2009 and (b) other outstanding amounts withheld by Debtor that may be invoiced by Supplier upon Debtor acceptance; such outstanding amounts pertain to Supplier product delivered to Debtor prior to June 1, 2009; it is anticipated that acceptance with respect to the outstanding amounts will occur such that all amounts referenced in this paragraph 6 will become due and owing no later than August 31, 2009 and thus Debtor may be in default prior to the closing on Debtor's sale of substantially all of Debtor's assets to Purchaser, which is likely to be completed well after they become due and owing ("<u>Potential Pre-Sale Defaults</u>").

7.      Thus, the correct total of Cure Amounts required to cure all existing defaults and Potential Pre-Sale Defaults is $1,876,589.40 (for deliveries ordered in U.S. Dollars) and €832,651.90 (for deliveries ordered in Euros), which includes $374,256.52 otherwise correctly set forth on the

Website, as well as the following adjustments to the Cure Amounts (the "Adjustments"):

  (a)  inclusion of $1,502,332.88, representing Potential Pre-Sale Defaults and comprising U.S. Dollar amounts incorrectly excluded from the Website, the details of which are attached hereto as Exhibit C and supported by immediately available substantiating documentation included therewith.

  (b)  inclusion of €832,651.90, representing Potential Pre-Sale Defaults and comprising Euro amounts incorrectly excluded from the Website, the details of which are attached hereto as Exhibit C and supported by immediately available substantiating documentation included therewith.

8.  Supplier reserves the right to submit additional amounts to be added to the amount stated above.

9.  With appropriate language in a cure letter with Debtor to memorialize Debtor's and/or the Purchaser's commitment to pay the Correct Cure Amounts, Supplier anticipates that its objections based on the Adjustments will be resolved.

## RELIEF REQUESTED

WHEREFORE, Supplier requests that the Court grant Supplier the relief as set forth in paragraph 8 of the Notice and such other relief as the Court deems just and proper.

Dated: June 12, 2009    MILLER CANFIELD PADDOCK AND STONE, P.L.C.

              By /s/ Donald J. Hutchinson
              Donald J. Hutchinson (MI P39545)
              Counsel for Horiba Instruments Inc. and Horiba Ltd.
              150 West Jefferson Avenue, Suite 2500
              Detroit, MI 48226
              Telephone: (313) 963-6420
              Fax: (313) 496-8450
              Email: hutchinson@millercanfield.com

              Joseph D. Gustavus (MI P56000)
              Counsel for Horiba Instruments Inc. and Horiba Ltd.
              840 West Long Lake Road, Suite 200
              Troy, MI 48098
              Telephone: (248) 267-3317
              Fax: (248) 879-2001
              Email: gustavus@millercanfield.com

**CERTIFICATE OF SERVICE**

      Donald J. Hutchinson hereby certifies that, on the 12th day of June, 2009, he served a copy of the foregoing document, ***OBJECTION OF COUNSEL FOR HORIBA INSTRUMENTS INC. AND HORIBA LTD. TO CURE AMOUNTS***, upon each of the persons listed on the attached Exhibit 1, by Federal Express Priority Overnight Mail so as to be received by each of the persons listed on the attached Exhibit 1 before 4:00 p.m., June 15, 2009.

Dated: June 12, 2009        By /s/   Donald J. Hutchinson
                                      Donald J. Hutchinson (MI P39545)
                                      Miller, Canfield, Paddock and Stone, P.L.C.
                                      150 West Jefferson Avenue, Suite 2500
                                      Detroit, MI 48226
                                      Telephone: (313) 963-6420
                                      Fax: (313) 496-8450
                                      Email: hutchinson@millercanfield.com

2

**EXHIBIT 1**

**SERVICE LIST**

The Honorable Robert E. Gerber
Chambers
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408


General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

Attention: Warren Command Center
             Mailcode 480-206-114


Weil, Gotshal & Manges LLP
Attention: Harvey R. Miller, Esq.
Stephen Karotkin, Esq. and
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY 10153


United States Treasury
Attention: Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220


John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Vedder Price, P.C.
Attention: Michael J. Edelman, Esq. and
Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY 10019

Diana G. Adams, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Kenneth H. Eckstein, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036