**Exhibit B**

**COPY OF DEBTOR'S WEBSITE AS OF JUNE 11, 2009**

# Contract Notices

User: C4747A08



**My Contracts**    **Documents & Links**

## Supplier Details

Vendor Master ID: **690537410**

|  |  |
|---|---|
| Supplier Name: | **HORIBA LTD** |
| Contract Cure Amount: | **$374,256.52** |
| # of Contracts: | **13** |

Click here to view Contract Cure Amount Details

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
|---|---|---|---|---|---|
| 5716-00036153 | TCS24264 | 061889416 | HORIBA INSTRUMENTS INC | Agreement | Noticed |
| 5716-00044661 | TCS25313 | 144238094 | HORIBA AUTOMOTIVE TEST SYSTEMS | Agreement | Noticed |
| 5716-00063358 | TCS00196 | 144238094 | HORIBA AUTOMOTIVE TEST SYSTEMS | Agreement | Noticed |
| 5716-00063362 | TCS12138 | 144238094 | HORIBA AUTOMOTIVE TEST SYSTEMS | Agreement | Noticed |
| 5716-00063372 | TCS17439 | 144238094 | HORIBA AUTOMOTIVE TEST SYSTEMS | Agreement | Noticed |
| 5716-00063377 | TCS22112 | 144238094 | HORIBA AUTOMOTIVE TEST SYSTEMS | Agreement | Noticed |
| 5716-00063379 | TCS69133 | 144238094 | HORIBA AUTOMOTIVE TEST SYSTEMS | Agreement | Noticed |
| 5716-00063382 | TCS22200 | 061889416 | HORIBA INSTRUMENTS INC | Agreement | Noticed |
| 5716-00091832 | TCB08332 | 144238094 | HORIBA AUTOMOTIVE TEST SYSTEMS | Blanket Order | Noticed |
| 5716-00098355 | TCS25310 | 144238094 | HORIBA AUTOMOTIVE TEST SYSTEMS | Agreement | Noticed |
| 5716-00098561 | TCS20084 | 144238094 | HORIBA AUTOMOTIVE TEST SYSTEMS | Agreement | Noticed |
| 5716-00100163 | TCS20315 | 061889416 | HORIBA INSTRUMENTS INC | Agreement | Noticed |
| 5716-00112875 | TCS21384 | 061889416 | HORIBA INSTRUMENTS INC | Agreement | Noticed |

Hover mouse cursor here for Contract Status Legend

**Important Notices**:   All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or

referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout    June 11, 2009 @ 03:30:04 PM    Copyright ©2009 AlixPartners, LLP   |   (121)

# Contract Notices



User: **C4747A08**

**My Contracts**   **Documents & Links**

## Supplier Details

Vendor Master ID: **690537410**

|  |  |
|---|---|
| Supplier Name: | **HORIBA LTD** |
| Contract Cure Amount: | **$374,256.52** |
| # of Contracts: | **13** |

Click _here_ to view Contracts

### Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount | |
|---|---|---|---|---|---:|---|
| RD052845583 | TCS21100 | 90192921 | 3/31/2009 | STAYED | $3,140.00 | USD |
| RD052845583 | TCS69133 | 90194427A | 5/4/2009 | STAYED | $114,341.67 | EUR |
| RD052845583 | TCS22112 | 90194428A | 5/4/2009 | STAYED | $14,088.60 | USD |
| RD052845583 | TCS22112 | 90195026BB | 5/15/2009 | STAYED | $27,135.00 | USD |
| RD052845583 | TCS69133 | 90188653R | 12/17/2008 | STAYED | $0.00 | USD |
| RD052845583 | TCS69133 | 90188595E | 12/16/2008 | STAYED | $0.00 | USD |
| RD052845583 | TCS69133 | 90188595F | 12/16/2008 | STAYED | $0.00 | USD |
| RD052845583 | TCS69133 | 90188653Q | 12/17/2008 | STAYED | $0.00 | USD |
| RD052845583 | TCS69133 | 90195034C | 5/18/2009 | STAYED | $0.00 | USD |
| RD052845583 | TCS69133 | 90195034AA | 5/18/2009 | STAYED | $0.00 | USD |
| RD052845583 | TCS69133 | 90195034Z | 5/18/2009 | STAYED | $0.00 | USD |
| RD052845583 | TCS69133 | 90195034A | 5/18/2009 | STAYED | $756.04 | EUR |
| RD052845583 | TCS69133 | 90195034C | 5/18/2009 | STAYED | $1,512.06 | EUR |
| RD052845583 | TCS69133 | 90195034AA | 5/18/2009 | STAYED | $25,258.37 | EUR |
| RD052845583 | TCS69133 | 90195034Z | 5/18/2009 | STAYED | $5,795.68 | EUR |
| RD052845583 | TCS69133 | 90195034D | 5/18/2009 | STAYED | $1,512.06 | EUR |
| RD052845583 | TCS19960 | 90195025B | 5/15/2009 | STAYED | $11,714.80 | USD |

| | | | | | | |
|---|---|---|---|---|---|---|
| RD052845583 | TCS69133 | 90195034U | 5/18/2009 | STAYED | $8,416.68 | EUR |
| RD052845583 | TCS69133 | 90195034G | 5/18/2009 | STAYED | $1,512.06 | EUR |
| RD052845583 | TCS69133 | 90195034I | 5/15/2009 | STAYED | $2,268.09 | EUR |
| RD052845583 | TCS69133 | 90195034M | 5/18/2009 | STAYED | $2,268.09 | EUR |
| RD052845583 | TCS69133 | 90195034E | 5/15/2009 | STAYED | $1,512.06 | EUR |
| RD052845583 | TCS69133 | 90195034F | 5/18/2009 | STAYED | $756.04 | EUR |
| RD052845583 | TCS22112 | 90195026BB | 5/15/2009 | STAYED | $13,592.90 | USD |
| RD052845583 | TCS21384 | 90190960B | 5/19/2009 | STAYED | $27.41 | USD |
| RD052845583 | TCS00196 | 90191233BB | 5/15/2009 | STAYED | $2,050.00 | USD |
| RD052845583 | TCS19960 | 90195025A | 5/15/2009 | STAYED | $3,688.80 | USD |
| RD052845583 | TCS69133 | 90195034X | 5/18/2009 | STAYED | $13,859.41 | EUR |
| RD052845583 | TCS69133 | 90195034S | 5/18/2009 | STAYED | $8,416.68 | EUR |
| RD052845583 | TCS69133 | 90195034R | 5/18/2009 | STAYED | $4,208.34 | EUR |
| RD052845583 | TCS69133 | 90195034P | 5/18/2009 | STAYED | $5,611.13 | EUR |
| RD052845583 | TCS69133 | 90195034O | 5/18/2009 | STAYED | $2,805.56 | EUR |
| RD052845583 | TCS69133 | 90195034L | 5/18/2009 | STAYED | $6,695.00 | EUR |
| RD052845583 | TCS69133 | 90195034H | 5/18/2009 | STAYED | $1,512.06 | EUR |
| RD052845583 | TCS69133 | 90195034W | 5/18/2009 | STAYED | $7,013.90 | EUR |
| RD052845583 | TCS00196 | 90191233W | 5/15/2009 | STAYED | $512.50 | USD |
| RD052845583 | TCS00196 | 90183434L | 5/15/2009 | STAYED | $2,203.75 | USD |
| RD052845583 | TCS00196 | 90183434M | 5/15/2009 | STAYED | $2,353.75 | USD |
| RD052845583 | TCS00196 | 90183434N | 5/15/2009 | STAYED | $7,950.00 | USD |
| RD052845583 | TCS00196 | 90183434S | 5/15/2009 | STAYED | $98.75 | USD |
| RD052845583 | TCS00196 | 90183434W | 5/15/2009 | STAYED | $197.50 | USD |
| RD052845583 | TCS00196 | 90191227D | 5/15/2009 | STAYED | $512.50 | USD |
| RD052845583 | TCS00196 | 90191227E | 5/15/2009 | STAYED | $2,450.00 | USD |
| RD052845583 | TCS00196 | 90191233AA | 5/15/2009 | STAYED | $1,025.00 | USD |
| RD052845583 | TCS00196 | 90195031A | 5/15/2009 | STAYED | $727.50 | USD |
| RD052845583 | TCS69133 | 90195034V | 5/18/2009 | STAYED | $5,611.13 | EUR |
| RD052845583 | TCS69133 | 90195034T | 5/18/2009 | STAYED | $9,819.46 | EUR |
| RD052845583 | TCS69133 | 90195034B | 5/18/2009 | STAYED | $756.04 | EUR |
| RD052845583 | TCS69133 | 90195034Y | 5/15/2009 | STAYED | $5,795.68 | EUR |
| RD052845583 | TCS69133 | 90195034BB | 5/18/2009 | STAYED | $9,175.49 | EUR |
| RD052845583 | TCS69133 | 90195027A | 5/15/2009 | STAYED | $15,891.40 | EUR |

| | | | | | | |
|---|---|---|---|---|---|---|
| RD052845583 | TCS69133 | 90195034K | 5/18/2009 | STAYED | $6,048.24 | EUR |
| RD052845583 | TCS69133 | 90195034J | 5/18/2009 | STAYED | $11,659.36 | EUR |

**Important Notices**: All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout

June 11, 2009 @ 03:32:35 PM

Copyright ©2009 AlixPartners, LLP  |  (121)