**Exhibit C**

**SPREADSHEET AND SUBSTANTIATING DOCUMENTATION
FOR CURE OBJECTION AMOUNTS**

**Exhibit C: Cure Objection Detail**
**Debtor: General Motors Corporation ("GM")**
**Supplier: Horiba Instruments, Inc. and Horiba Ltd. Vendor Master ID #: 690537410 ("Horiba")**

*Additional Petition Date Defaults to be Included as Cure Amounts :*

| GM P.O. Number | GM P.O. Date | Horiba Order Confirm Number | Status ("Open Contract/Order" or "Invoiced to GM - Open") | Horiba Invoice Number (if applicable) | Horiba Invoice Date (if | Currency | Total Unpaid Amount Euros | Total Unpaid Amount US Dollars | Vendor ID Number |
|---|---|---|---|---|---|---|---|---|---|
| TCS69133 | 12/22/2004 | C69412 | Open Contract/Order | N/A | N/A | EURO | 380,188.79 € | | 144238094 |
| TCS69133 | | C69412 | Invoiced to GM - Open | 90195034 | 5/15/2009 | EURO | 71,539.12 € | | 144238094 |
| TCS69133 | | C69762 | Open Contract/Order | N/A | N/A | EURO | 159,008.72 € | | 144238094 |
| TCS69133 | | C69762 | Invoiced to GM - Open | 90194427 | 5/4/2009 | EURO | 89,760.00 € | | 144238094 |
| TCS69133 | | C69789 | Invoiced to GM - Open | 90195027 | 5/15/2009 | EURO | 11,227.50 € | | 144238094 |
| TCS69133 | | C83854 | Open Contract/Order | N/A | N/A | EURO | 41,362.38 € | | 144238094 |
| TCS69099 | 12/21/2004 | C69794 | Open Contract/Order | N/A | N/A | EURO | 10,835.00 € | | 144238094 |
| TCS20442 | 6/11/2008 | C89479 | Open Contract/Order | N/A | N/A | USD | | $5,679.60 | 144238094 |
| TCS19960 | 5/29/2008 | C93223 | Open Contract/Order | N/A | N/A | USD | | $9,911.10 | 144238094 |
| TCS19960 | | C93223 | Open Contract/Order | N/A | N/A | USD | | $1,641.00 | 144238094 |
| TCS19960 | | C93223 | Invoiced to GM - Open | 90195025 | 5/15/2009 | USD | | $15,403.60 | 144238094 |
| TCS12138 | 10/24/2007 | C92737 | Open Contract/Order | N/A | N/A | USD | | $664,862.20 | 144238094 |
| TCS12138 | | C92737 | Open Contract/Order | N/A | N/A | USD | | $120,455.00 | 144238094 |
| TCS22112 | 8/8/2008 | 102421 | Open Contract/Order | N/A | N/A | USD | | $70,265.00 | 144238094 |
| TCS22112 | | 102421 | Invoiced to GM - Open | 90194428 | 5/4/2009 | USD | | $15,654.00 | 144238094 |
| TCS22112 | | 102421 | Open Contract/Order | N/A | N/A | USD | | $148,688.00 | 144238094 |
| TCS27125 | 5/1/2009 | 109089 | Open Contract/Order | N/A | N/A | USD | | $211,708.00 | 061889416 |
| TCS25310 | 5/21/2009 | 109574 | Open Contract/Order | N/A | N/A | USD | | $63,685.00 | 144238094 |
| TCS26941 | 5/22/2009 | 109591 | Open Contract/Order | N/A | N/A | EURO | 68,730.39 € | | 144238094 |
| TCS00196 | 12/11/2006 | C89743 | Open Contract/Order | N/A | N/A | USD | | $49,408.75 | 144238094 |
| TCS00196 | | C89743 | Open Contract/Order | N/A | N/A | USD | | $75,660.00 | 144238094 |
| TCS00196 | | C89743 | Invoiced to GM - Open | 90195031 | 5/15/2009 | USD | | $727.50 | 144238094 |
| TCS00196 | | 94857 | Open Contract/Order | N/A | N/A | USD | | $4,298.30 | 144238094 |
| TCS21536 | 8/15/2007 | C89743 | Open Contract/Order | N/A | N/A | USD | | $2,196.60 | 144238094 |
| TCB08332 & TCR12322 | 5/9/2008 | 98970 | Invoiced to GM - Open | 90194493 | 5/5/2009 | USD | | $35,433.23 | 144238094 |
| TCS17439 | 4/2/2008 | 97699 | Open Contract/Order | N/A | N/A | USD | | $6,656.00 | 144238094 |
| | | | **Additional Petition Date Defaults to be Included as Cure Amount** | | | | **832,651.90 €** | **$1,502,332.88** | |

6/12/2009k3sc01_