Original  Po

00196

## General Motors Corporation

# PURCHASE ORDER: TCS00196

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.

(2 copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips at invoices.

Invoice Attn: Accounts Payable

Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340
R URBAN    Buyer
YY

| ORDER DATE | 12/11/06 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PURCHASING AGENT

SHIP VIA    REFER TO WWW.GMSUPPLYPOWER.COM

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                           US
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE
CUSTOMER SERVICE NUMBER
248-874-4636                          US

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090                                US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

INVOICE TO:

This slip is not binding until accepted. Acceptance should be remitted on acknowledgment may which should be returned to Buyer.

On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE / % |
|---|---|---|---|---|---|---|---|---|---|

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

IMPORTANT NOTICE: EFF. JAN 13/06 SIGNIFICANT
CHANGES HAVE BEEN MADE TO THE GMNA SHIPPING
INSTRUCTIONS. PLEASE REVIEW FOR CARRIER
UPDATES. NON-COMPLIANCE TO THESE INSTRUCTIONS
MAY RESULT IN FREIGHT CHARGES BEING DEBITED
BACK TO THE SUPPLIER.

SHIPPING INSTRUCTIONS CAN BE FOUND AT
WWW.GMSUPPLYPOWER.COM UNDER DOCUMENT CENTER/
LOGISTICS/INBOUND LOGISTICS/NORTH AMERICA/
CORPORATE PROGRAM MANAGEMENT/UNDER GMNA
SHIPPING INSTRUCTIONS. YOU MUST LOGIN IN
AS A USER TO ACCESS THIS INFORMATION.
TO REGISTER AS A USER TO SUPPLY POWER FOLLOW THE
REGISTRATION INSTRUCTIONS ON THE HOME PAGE OF
SUPPLY POWER OR CALL 866-756-0692.

SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND
EQUIPMENT PURCHASING AVAILABLE DURING DETROIT
BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT
WWW.IMEHELPDESK@GM.COM
QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT
DISBURSEMENTS AT 248-874-4636.

RECEIVED DEC 19 2006

CONTINUE PAGE

ORIGINAL

05026    USER RAUL URBAN

# General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
3000 VAN DYKE
M/C 480-206-180
WARREN MI
48090
US

## PURCHASE ORDER: TCS00196

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips at Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**ORDER DATE** 12/11/06
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

PHONE : 586-575-134C
R URBAN    Buyer
YY

PURCHASING AGENT

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13    DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920
US

INVOICE TO:
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .
US

VENDOR NUMBER 14-423-8094
TO: HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

**PAYMENT TERMS** NET    2ND DAY OF 2ND MONTH

F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

SHIP VIA    REFER TO WWW.GMSUPPLYPOWER.CC

| ITEM SEQUENCE | ITEM IDENTIFICATION NO. | QUANTITY ORDERED | NOUN NAME - DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEA |
|---|---|---|---|---|---|---|---|---|---|
| | | | PLEASE NOTE: AS A GM SUPPLIER, YOUR COMPANY WILL SOON BE REQUIRED TO BECOME COMPLIANT WITH THE EDI APPLICATION (ELECTRONIC DATA INTERCHANGE) THE RECEIVING AND TRANSMITTING OF PURCHASING INFORMATION. YOU WILL BE RECEIVING MORE DETAILED INFORMATION IN THE NEAR FUTURE. | | | | | | |
| | | | REF MP2900499755, HORIBA'S QUOTE QC6061207 REV 3 DATED NOV 13 2006 | | | | | | |
| 0001 | PR359833 001 | 3 | INDUSTRIAL GEARBOX WITH RATIO 2:1 DAVID GUNNELS  586-709-3326 DELIVER TO: DAVE GUNNELS 895 JOSLYN AVE PONTIAC, MI  48340  48340 WHO ORDERED: GUNNEL 586-709-3326 | | 06/01/07 | C   0.00% | 54518.7500 | | EA |
| 002 | PR359833 002 | 3 | TRUNNION BASE FOR 2:1 GEARBOX DAVID GUNNELS  586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | 06/01/07 | C   0.00% | 25950.0000 | | EA |
| 003 | PR359833 003 | 1 | ENGINEERING SERVICES FOR GEARBOX DAVID GUNNELS  586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | 06/01/07 | C   0.00% | 53750.0000 | | EA |

CONTINUE PAGE    3

ORIGINAL

05026   USER  RAUL URBAN

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090
US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

TO:

SHIP TO:

GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                              US
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636.                           US

INVOICE TO:

This sheet in not binding until accepted. Acceptance should be executed on acknowledgment copy which would be returned to Buyer.
On the reverse side hereof are the terms and conditions in which Seller agrees to acceptance of this order.
This order, including the terms and conditions on its face and reverse side hereof, contains the complete and final statement between Buyer and Seller and of the other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

# PURCHASE
## ORDER: TCS00196

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips or Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-1340 |
|---|---|
| 12/11/06 | R URBAN              Buyer |
| ALTERATION ISSUE DATE | YY |
| | PURCHASING AGENT |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA    REFER TO WWW.GMSUPPLYPOWER.CO

| PAYMENT TERMS | | | | | |
|---|---|---|---|---|---|
| NET | 2ND DAY OF 2ND MONTH | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED FREIGHT COLLECT | | TAX CODE % | BASE UNIT PRICE | PRICE MULTIPLE |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED |
|---|---|---|---|---|---|---|
| | | | | CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT) CONTRACT CLAUSE | | |
| | | | | SPECIAL TERM (U.S.) - C-TPAT | | |
| | | | | FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/ ENFORCEM/TPAT.HTM). AT BUYER'S OR THE CUSTOMS SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING ITS COMPLIANCE WITH THE FOREGOING. SELLER SHALL INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES (INCLUDING ATTORNEY'S, OR OTHER PROFESSIONAL FEES) ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE. (AT 6/20/02) | | |
| | | | | RIGHT TO AUDIT BY ACCEPTANCE OF A PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFILI- | | |

ORIGINAL                                    CONTINUE     PAGE

I05026  USER RAUL URBAN

**General Motors Corporation**

# PURCHASE ORDER: TCS00196

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340
R URBAN          Buyer
YY

PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 12/11/06 | | |

SHIP VIA    TAX CODE/ %

REFER TO WWW.GMSUPPLYPOWER.CO

BASE UNIT PRICE    PRICE MULTIPLE

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                           US
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE
CUSTOMER SERVICE NUMBER
248-874-4636 .

INVOICE TO:
                                     US

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order and/or by shipment hereunder Buyer and Seller will be bound by such terms and conditions as are here made a part hereof and that no modification of said terms and conditions will be binding upon the Buyer which made in writing and signed by Buyer's authorized representative.
If Goods are supplied or Services are performed hereunder an Item Identification Number is shown hereon, additional Terms and Conditions Attached Herewith Apply.

F.O.B.  DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

| RFQ NUMBER | DATE REQUIRED |
|---|---|

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090                                US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

PAYMENT TERMS
NET  2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION |
|---|---|---|---|---|
| | | | | ATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE AVAILABLE FOR AUDIT BY GENERAL MOTORS CORPORATION FOR A PERIOD OF THREE (3) YEARS BEYOND FINAL PAYMENT. |
| | | | | ***** CHANGE ORDER PROCESS ***** |
| | | | | *** ENGINEER/SUPPLIER AGREE ON NECESSARY CHANGES AND CO-SIGN ON MEMO DOCUMENT. (INCLUDE P.O. NUMBER ON CORRESPONDENCE) |
| | | | | *** CHANGES NOT EFFECTING COSTS MAY BE IMPLEMENTED IMMEDIATELY, FORWARD MEMO DOCUMENT TO BUYER. |
| | | | | *** CHANGES INCREASING/DECREASING COST, OR EFFECTING DELIVERY MUST BE QUOTED TO BUYER, INCL. MEMO DOC. |
| | | | | *** SUPPLIER MUST NOT PROCEED WITH ENGINEERING CHANGES UNTIL BUYER APPROVAL IS PROVIDED! |
| | | | | RIGHTS OF TITLE SELLER AGREES THAT ALL REPORTS, MANUALS, PROGRAMS, TAPES, VIDEOS, SOFTWARE, AND ANY OTHER MATERIAL PREPARED BY SELLER'S EMPLOYEES UNDER THIS PURCHASE ORDER AND ALL OTHER WORK PRODUCTS OF SELLER'S EMPLOYEES SHALL BELONG EXCLUSIVELY TO BUYER. SELLER AGREES THAT ALL WRITINGS, DISCOVERIES, DESIGNS, MASK WORKS, INVENTIONS AND IMPROVEMENTS WHETHER COPYRIGHTABLE, PATENTABLE OR NOT WHICH ARE WRITTEN, CONCEIVED, CREATED, DISCOVERED OR MADE BY SELLER'S EMPLOYEES OR SUBCONTRACTORS IN THE COURSE OF THE |

05026  USER RAUL URBAN

ORIGINAL

GM General Motors Corporation

**PURCHASE**

**ORDER:** TCS00196

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 12/11/06 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PHONE : 586-575-1340
R URBAN         Buyer
YY

PURCHASING AGENT

SHIP VIA     REFER TO WWW.GMSUPPLYPOWER.COM

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13   DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                    US
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .              US

INVOICE TO:

This seal is not solely with customer. Acceptance should be construed an acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions in which Seller agrees by acceptance of this order. This order and the terms and conditions on the back and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other terms of any nature, all of the terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
NOTICE: General Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090                          US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

| PAYMENT TERMS | | | | |
| NET   2ND DAY OF 2ND MONTH | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | PRICE No/ |
|---|---|---|---|---|---|---|---|---|---|---|

F.O.B.     DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

WORK DONE UNDER THIS PURCHASE ORDER SHALL BE PROMPTLY
DISCLOSED TO BUYER AND SHALL BECOME BUYER'S SOLE
PROPERTY. (ZG)

FORCED LABOR
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS
ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED
IN 19 USC 1307) EITHER BY SELLER OR SELLER'S
SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY
LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS
INCORRECT. (ZR)

INVOICES
THE SELLER'S INVOICE MUST INCLUDE THE FOLLOWING:
     PURCHASE ORDER NUMBER
     RELEASE NUMBER REQUIRED FOR ALL BLANKET ORDERS
     DELIVER TO INFORMATION
     REQUESTOR AND ROOM NUMBER OF REQUESTOR
     ITEM SEQUENCE NUMBER AS SHOWN ON PURCHASE ORDER
     ITEM IDENTIFICATION NUMBER (IF APPLICABLE)
     DESCRIPTION
     QUANTITY
     PRICE
     INVOICE APPROVAL NAME AND ADDRESS (IAR)
        IF APPLICABLE
     ACCOUNT CLASSIFICATION NUMBER AND PRR NUMBER FOR

ORIGINAL                                        CONTINUE PAGE

J05026   USER RAUL URBAN

**General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090

US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920

US

IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .

INVOICE TO:

US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the terms and conditions on the face and reverse side hereof, and on Seller agrees by acceptance of this order, which should be confirmed, is subject the area of this order, including terms, and conditions on the face and reverse side hereof, include the complete and final agreement between Buyer and Seller, and no other contract in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
(If Quantities and Item or Part Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.)

# PURCHASE ORDER: TCS00196

PAGE

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 12/11/06 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE | |
| SHIP VIA | |

PHONE: 586-575-1340
R URBAN   Buyer
YY

PURCHASING AGENT

REFER TO WWW.GMSUPPLYPOWER.C[...]

F.O.B.  DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

PAYMENT TERMS
NET   2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CONTRACT LABOR OR ENGINEERING DESIGN | | | | | |

:NOTICE
THE FOLLOWING TELEPHONE NUMBERS ARE STAFFED TO HANDLE
QUESTIONS CONCERNING INVOICE PAYMENT FOR GENERAL
MOTORS CORPORATION:
   DISBURSEMENT ANALYSIS CONTROL  248-874-4636
   MEXICO STAFF ACCOUNTING  011-52-841-54000
THE INVOICE NUMBER AND PURCHASE ORDER/RELEASE NUMBER
WILL BE REQUIRED FOR THE PERSON TO ASSIST YOU.

FOR SERVICES ONLY
SUBMIT A DUPLICATE COPY TO REQUESTOR FOR APPROVAL.
PLEASE MARK THIS COPY "RECEIVING SLIP" TO AVOID
CONFUSION. BOTH COPIES ARE REQUIRED TO PROCESS
YOUR INVOICE IN A TIMELY MANNER. (ZM)

"DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO
ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED
BELOW. GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE
STATES. AS A RESULT, IN ALL OF THE IDENTIFIED STATES
BELOW LISTED GM CORPORATE ENTITIES WILL REMIT
DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX
LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE
PERSONAL PROPERTY AND SERVICES (1). THEREFORE,
EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL

CONTINUE PAGE

ORIGINAL

05026  USER RAUL URBAN

**General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090

US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO: GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13 DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920     US

INVOICE TO: IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .     US

# PURCHASE
# ORDER: TCS00196

PAGE

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PURCHASING AGENT

| ORDER DATE | |
| 12/11/06 | |
| ALTERATION ISSUE DATE | |

PHONE: 586-575-1340
R URBAN     Buyer:
YY

ALTERATION EFFECTIVE
DATE

SHIP VIA     REFER TO WWW.GMSUPPLYPOWER.CO

| PAYMENT TERMS | | |
| NET | 2ND DAY OF 2ND MONTH | |

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
| FREIGHT COLLECT | |

This order is not binding until accepted. Acceptance should be made or an acknowledgement copy which should be
returned to the Buyer.
On this contract only those terms and conditions in which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government and Government Contract Number is Shown Hereon, Additional Terms and Conditions
Attached Hereto Apply.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR | | | | | |
| | | | | THOSE STATES NOT IDENTIFIED BELOW. FOR THOSE STATES | | | | | |
| | | | | NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE | | | | | |
| | | | | SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER. | | | | | |
| | | | | LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX | | | | | |
| | | | | LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS | | | | | |
| | | | | WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY: | | | | | |
| | | | | * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | | |
| | | | | GENERAL MOTORS CORPORATION PERMITS: | | | | | |
| | | | | GEORGIA #044-38-00894-3 | | | | | |
| | | | | INDIANA #003-2804890001 | | | | | |
| | | | | KENTUCKY #0000-10 | | | | | |
| | | | | KANSAS #98-0003B (FAIRFAX ONLY) | | | | | |
| | | | | LOUISIANA #6009013-008DP (SHREVEPORT ONLY) | | | | | |
| | | | | MARYLAND #20 | | | | | |
| | | | | MICHIGAN #ME-0900440 | | | | | |
| | | | | MISSISSIPPI #4277 (SPO ONLY) | | | | | |
| | | | | MISSOURI #1173559 | | | | | |
| | | | | NEW JERSEY #NJ9-001-683/000 | | | | | |
| | | | | NEW YORK #DP-003445 | | | | | |
| | | | | OHIO #98-000613 | | | | | |
| | | | | OKLAHOMA #137479 | | | | | |
| | | | | PENNSYLVANIA #02-93450/DP246 | | | | | |
| | | | | TEXAS #1-38-0572515-0 | | | | | |
| | | | | VIRGINIA #980000793 | | | | | |
| | | | | WISCONSIN #WDP95-01-01012 | | | | | |

ORIGINAL     CONTINUE PAGE

05026     USER RAUL URBAN

GM General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090

US

**PURCHASE ORDER:** TCS00196    PAGE

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                          US

IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .

INVOICE TO:                          US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340
Buyer  R URBAN
YY

| ORDER DATE | 12/11/06 |
|---|---|
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PURCHASING AGENT

SHIP VIA
REFER TO  WWW.GMSUPPLYPOWER.COM

BASE UNIT PRICE    PRICE MULTIPLE

| PAYMENT TERMS | F.O.B.  DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|
| NET  2ND DAY OF 2ND MONTH | FREIGHT COLLECT |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE % |
|---|---|---|---|---|---|---|---|

* * * * * * * * * * * * * * * * * * * * * * * *

ONSTAR CORPORATION PERMIT:
MICHIGAN #38-3506814

SATURN CORPORATION PERMITS:
MICHIGAN #38-2577506
TENNESSEE #10031259

FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION
CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND
USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR
(WITH THE EXCEPTION OF TEXAS), AND SHOULD BE INCLUDED
IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO
SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05) OR
SECTION 6 OF THE GM1638A (08/02), UNLESS THE
RESPONSIBILITY FOR PAYMENT OF SALES & USE TAXES ARE
OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. WITH
REFERENCE TO TEXAS; IF THE ORDER RELATES TO A
CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE
CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED
CONTRACTS AND AS SUCH SHOULD NOT INCLUDE SALES TAX
IN THE COST OF INCORPORATED MATERIALS OR EQUIPMENT.
(GENERAL MOTORS CORPORATION SHOULD NOT BILL GM
THE SEPARATED COSTS OF MATERIAL OR LABOR. GM WILL
ACCRUE AND REMIT THE APPROPRIATE SALES TAX

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by execution of this order. This order, including the terms and conditions on the face and reverse sides hereof, constitutes the complete and final agreement between Buyer and Seller and all prior quotations, agreements and other writings with respect to the subject matter hereof will in no way alter or affect the terms and conditions hereof. No agreement in any way modifying any of said terms and conditions will be binding unless made in writing and signed by Seller's authorized representative. If Equipment and/or Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

05026  USER RAUL URBAN

ORIGINAL

# PURCHASE

## ORDER: TCS00196

PAGE 9

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340

R URBAN   Buyer
YY   **Buyer**

| ORDER DATE | |
|---|---|
| 12/11/06 | |
| ALTERATION ISSUE DATE | |
| | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA   REFER TO   WWW.GMSUPPLYPOWER.COM

PURCHASING AGENT

**General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090
US

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13   DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636.
US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
PO BOX 1287
TROY MI
48099

INVOICE TO:
US

TO:

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|
| FREIGHT COLLECT | |

This entry is not binding until accepted. Acceptance owed be treated as acknowledgement may retain should be returned to Buyer.
On the reverse side hereof and on the terms and conditions in which Seller agrees by acceptance of this order, which should be returned between Buyer and Seller, and conditions on the face and reverse side hereof, certifies the contracts and final writing or orders upon the Buyer unless made in writing and signed by Buyer's authorized representative.
(if Grocery) Identification Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | |
|---|---|
| NET   2ND DAY OF 2ND MONTH | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | RFQ NUMBER | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UOM PRICE UNIT Max. |
|---|---|---|---|---|---|---|---|---|---|---|

DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT
PAY PERMIT.
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO
THE FOLLOWING:
*
DISBURSEMENT SERVICES -
CUSTOMER COMMUNICATION CENTER
PHONE: (248) 874-4636
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
(1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES,
HOTELS, AND MEAL PURCHASES. TAX IS TO BE PAID
DIRECTLY TO THE SUPPLIER OF THESE ITEMS.
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

SPECIAL TERM (US) - GOVERNMENT CONTRACTS
* * * * *
BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR
THE UNITED STATES GOVERNMENT. IF SELLER IS A U.S.
ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS,
RULES, AND REGULATIONS THAT ARE APPLICABLE TO SELLER
AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS,
INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO
(1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1)
THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246,
AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5);
(2) UTILIZATION OF SMALL AND DISADVANTAGED BUSINESS

CONTINUE PAGE   10

ORIGINAL

05026   USER RAUL URBAN

**General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090
US

# PURCHASE ORDER:   TCS00196

PAGE  1C

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                     US
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .                 US

INVOICE TO:

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE:  586-575-1340

| ORDER DATE | Buyer |
| --- | --- |
| 12/11/06 | R URBAN |
| ALTERATION ISSUE DATE | YY |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA   REFER TO  WWW.GMSUPPLYPOWER.CC

PURCHASING AGENT

PAYMENT TERMS
NET   2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE UM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | FREIGHT COLLECT | | | | | | |

CONCERNS; FAR SUBPARTS 52.219-8 AND 52.219.9);
(3) CONTRACTING WITH BUSINESS CONCERNS OPERATING
IN AREAS OF SURPLUS LABOR (41 CFR 1-1.805);
(4) CONTRACTING WITH WOMEN-OWNED BUSINESS CONCERNS
(EXECUTIVE ORDER 12138). (4Z) 10-29-03

TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

This copy is not binding until Seller agrees by acceptance of this order.
Acceptance by Buyer either here or in terms and conditions in which Seller should be
returned to Buyer.
On the reverse side hereof are its terms and conditions and on the face and reverse of this order,
This order, including the terms and conditions on the face and reverse side hereof, constitute the complete and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

ORIGINAL                                          LAST PAGE

05026   USER RAUL URBAN

Amendment 1

00196

GM General Motors Corporation

# PURCHASE ORDER

### A L T E R A T I O N

PAGE 1

TCS00196 001 ###

### This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340
R URBAN   Buyer   YY
PURCHASING AGENT

| ORDER DATE | 12/11/06 |
| ALTERATION ISSUE DATE | 06/27/07 |
| ALTERATION EFFECTIVE | 06/27/07 |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090
US

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920
US
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490,
85082-3490

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

INVOICE TO:
PHOENIX AZ
US

PAYMENT TERMS
NET   2ND DAY OF 2ND MONTH

F.O.B.   FREIGHT COLLECT   DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|

### SPOT BUY TCS00196 HAS BEEN ALTERED AS FOLLOWS ###

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

ALT MADE AS PER PR398910 LINKED TO PR137565
REF MP270051457 HORIBA QUOTE DATED JUNE 18, 2007
GM TERMS & CONDITIONS REMAIN

| 00004 | 62 | PR398910 001 | | ### THIS ITEM HAS BEEN ADDED ### | | | | | |

F2I 2004089 WHEEL QD MACHINE SIDE
DAVID GUNNELS  586-709-3326
DELIVER TO: DAVE GUNNELS
895 JOSLYN AVE
PONTIAC, MI  48340
WHO ORDERED: GUNNELS 586-709-3326

08/15/07  C  0.00%   5125.0000

| 00005 | 124 | PR398910 002 | | ### THIS ITEM HAS BEEN ADDED ### | | | | | |

F2I 2003518 WHEEL QD SHAFT SIDE
DAVID GUNNELS  586-709-3326
WHO ORDERED: GUNNELS 586-709-3326

08/15/07  C  0.00%   2500.0000

CONTINUE PAGE 2

ORIGINAL

J004957   USER RAUL URBAN

PAGE 2

**General Motors Corporation**

# PURCHASE ORDER
### ### A L T E R A T I O N ### TCS00196 001

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
3009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13 DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                    US
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340
R URBAN        Buyer
YY
PURCHASING AGENT

| ORDER DATE | 12/11/06 |
| ALTERATION ISSUE DATE | 06/27/07 |
| ALTERATION EFFECTIVE DATE | 06/27/07 |

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| 00006 | 6 | PR398910 003 | ### | THIS ITEM HAS BEEN ADDED ### 2003721 SMALL QD MACHINE SIDE DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNELS 586-709-3326 | | 08/15/07 | C   0.00% | 4962.5000 | |
| 00007 | 12 | PR398910 004 | ### | THIS ITEM HAS BEEN ADDED ### 2003563 SMALL QD SHAFT SIDE DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNELS 586-709-3326 | | 08/15/07 | C   0.00% | 2375.0000 | |
| 00008 | 14 | PR398910 005 | ### | THIS ITEM HAS BEEN ADDED ### 2003520 5-LUG 100/110 WHEEL-HUB ADAPTERS DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNELS 586-709-3326 | | 08/15/07 | C   0.00% | 356.2500 | |
| 00009 | 78 | PR398910 006 | ### | THIS ITEM HAS BEEN ADDED ### 2003519 5-LUG 115/120 WHEEL-HUB ADAPTERS DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNELS 586-709-3326 | | 08/15/07 | C   0.00% | 356.2500 | |

ORIGINAL        CONTINUE PAGE 3

0004957   USER RAUL URBAN



**GM** General Motors Corporation

# PURCHASE

PAGE 3

### ORDER: TCS00196 001
### ### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips or Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340   Buyer
R URBAN   YY   PURCHASING AGENT

| ORDER DATE | 12/11/06 |
| ALTERATION ISSUE DATE | 06/27/07 |
| ALTERATION EFFECTIVE DATE | 06/27/07 |

SHIP VIA   REFER TO WWW.GMSUPPLYPOWER.COM

GM – POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13   DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920   US

SHIP TO:

INVOICE FOR SERVICE, MACHINERY & EQUIP ONLY.  QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490   US

INVOICE TO:

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

TO:

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090   US

The order is not binding until accepted. Acceptance should be recorded on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions set forth on the face and reverse side hereof, constitutes the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

| PAYMENT TERMS | ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | 00010 | 32 | PR398910 007 | ### THIS ITEM HAS BEEN ADDED ### 2003521 6/6-BOLT WHEEL-HUB ADAPTERS DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNELS 586-709-3326 | | | 08/15/07 | C   0.00% | 356.2500 | |
| | 00011 | 16 | PR398910 008 | ### THIS ITEM HAS BEEN ADDED ### 2003522 8-BOLT WHEEL-HUB ADAPTERS DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNELS 586-709-3326 | | | 08/15/07 | C   0.00% | 356.2500 | |
| | 00012 | 5 | PR398910 009 | ### THIS ITEM HAS BEEN ADDED ### INDUSTRIAL PROP-SHAFT LARGE SPLINE GEARBOX DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNELS 586-709-3326 | | | 08/15/07 | C   0.00% | 1487.5000 | |
| | 00013 | 9 | PR398910 010 | ### THIS ITEM HAS BEEN ADDED ### INDUSTRIAL PROP-SHAFT SMALL SPLINE GEARBOX DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNELS 586-709-3326 | | | 08/15/07 | C   0.00% | 1487.5000 | |

CONTINUE PAGE 4

ORIGINAL

0004957   USER RAUL URBAN

# General Motors Corporation

## PURCHASE ORDER: ALTERATION

TCS00196 001

PAGE 4

### ALTERATION

### This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.

(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.

Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340

Buyer: R URBAN

PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE |
|---|---|---|
| 12/11/06 | 06/27/07 | 06/27/07 |

YY

SHIP VIA    REFER TO WWW.GMSUPPLYPOWER.COM

**SHIP TO:**
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13 DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920
US

INVOICE FOR SERVICE, MACHINERY & EQUIP ONLY. QUESTIONS TO:

**INVOICE TO:**
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

**TO:**
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090
US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B.: FREIGHT COLLECT

DESTINATION UNLESS OTHERWISE INDICATED

This order is an offer and is binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.

On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|
| 00014 | 5 | PR398910 011 | ### THIS ITEM HAS BEEN ADDED ###<br>INDUSTRIAL PROP-SHAFT FLANGE GEARBOX<br>DAVID GUNNELS  586-709-3326<br>WHO ORDERED: GUNNELS 586-709-3326 | | 08/15/07 | C    0.00% | 1487.5000 | |
| 00015 | 6 | PR398910 012 | ### THIS ITEM HAS BEEN ADDED ###<br>INDUSTRIAL AXLE HALF-SHAFT FOR 2:1 GEARBOX<br>DAVID GUNNELS  586-709-3326<br>WHO ORDERED: GUNNELS 586-709-3326 | | 08/15/07 | C    0.00% | 812.5000 | |
| 00016 | 10 | PR398910 013 | ### THIS ITEM HAS BEEN ADDED ###<br>FLEX-DISK COUPLING FOR SOLID AXLES<br>DAVID GUNNELS  586-709-3326<br>WHO ORDERED: GUNNELS 586-709-3326 | | 08/15/07 | C    0.00% | 6612.5000 | |
| 00017 | 6 | PR398910 014 | ### THIS ITEM HAS BEEN ADDED ###<br>INDUSTRIAL CV DRIVE SHAFT AND ADAPTERS<br>DAVID GUNNELS  586-709-3326<br>WHO ORDERED: GUNNELS 586-709-3326 | | 08/15/07 | C    0.00% | 3876.1600 | |

ORIGINAL

CONTINUE PAGE 5

D004957  USER RAUL URBAN

**General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920
US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

# PURCHASE

PAGE

## ORDER: TCS00196 001
### A L T E R A T I O N
### ### ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips or Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340
R URBAN
YY                 Buyer

PURCHASING AGENT

| ORDER DATE | 12/11/06 |
| ALTERATION ISSUE DATE | 06/27/07 |
| ALTERATION EFFECTIVE | 06/27/07 |

SHIP VIA   REFER TO   WWW.GMSUPPLYPOWER...

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement or understanding of any kind, verbal or written, modifying or adding to said terms and conditions in any manner shall be binding unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| 00018 | 6 | PR398910 015 | ### THIS ITEM HAS BEEN ADDED ### | HORSE COLLARS AND SPACERS DAVID GUNNELS  586-709-3326 WHO ORDERED: GUNNELS 586-709-3326 | | 08/15/07 | C   0.00% | 12187.5000 | |
| 00019 | 20 | PR398910 016 | ### THIS ITEM HAS BEEN ADDED ### | ADAPTERS PLATES FOR HORSE COLLARS DAVID GUNNELS  586-709-3326 WHO ORDERED: GUNNELS 586-709-3326 | | 08/15/07 | C   0.00% | 1612.5000 | |
| 00020 | 25 | PR398910 017 | ### THIS ITEM HAS BEEN ADDED ### | SPACERS / HOCKEY PUCKS DAVID GUNNELS  586-709-3326 WHO ORDERED: GUNNELS 586-709-3326 | | 08/15/07 | C   0.00% | 987.5000 | |
| 00021 | 6 | PR398910 018 | ### THIS ITEM HAS BEEN ADDED ### | 5300BT-051  INTERMEDIATE BEARING SUPPORT DAVID GUNNELS  586-709-3326 WHO ORDERED: GUNNELS 586-709-3326 | | 08/15/07 | C   0.00% | 1125.0000 | |

ORIGINAL                          CONTINUE PAGE  6

0004957  USER RAUL URBAN

**General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090
US

**PURCHASE**

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13 DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920
US

INVOICE FOR SERVICE, MACHINERY & EQUIP ONLY, QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490 US

INVOICE TO:

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

**ORDER: TCS00196 001**
### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number must be shown on Packing Slips or Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 12/11/06 |
| ALTERATION ISSUE DATE | 06/27/07 |
| ALTERATION EFFECTIVE | 06/27/07 |

PHONE: 586-575-134C
R URBAN   Buyer
YY

PURCHASING AGENT

SHIP VIA: REFER TO WWW.GMSUPPLYPOWER.

F.O.B. FREIGHT COLLECT   DESTINATION UNLESS OTHERWISE INDICATED

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| 00022 | 2 | PR398910 019 | ### THIS ITEM HAS BEEN ADDED ### SHAFTS FOR COLD CHAMBER MOUNT (INPUT) DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNELS 586-709-3326 | | 08/15/07 | C | 0.00% | 3875.0000 | |
| 00023 | 2 | PR398910 020 | ### THIS ITEM HAS BEEN ADDED ### INPUT INDUSTRIAL CV DRIVE SHAFT AND ADAPTERS DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNELS 586-709-3326 | | 08/15/07 | C | 0.00% | 6612.5000 | |
| 00024 | 2 | PR398910 021 | ### THIS ITEM HAS BEEN ADDED ### OUTPUT INDUSTRIAL CV DRIVE SHAFT AND ADAPTERS DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNELS 586-709-3326 | | 08/15/07 | C | 0.00% | 6612.5000 | |
| 00025 | 62 | PR398910 022 | ### THIS ITEM HAS BEEN ADDED ### 2003721 ENGINE QD MACHINE SIDE DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNELS 586-709-3326 | | 08/15/07 | C | 0.00% | 4962.5000 | |

CONTINUE PAGE 7

This order is not binding until acceptance. Acceptance should be executed in acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

0004957 USER RAUL URBAN

ORIGINAL

**General Motors Corporation**

# PURCHASE ORDER: TCS00196 001

### A L T E R A T I O N

PAGE

### This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.

(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and invoices.
Invoice Attn: Accounts Payable
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340
R URBAN          Buyer
YY

PURCHASING AGENT

| ORDER DATE | 12/11/06 |
| ALTERATION ISSUE DATE | 06/27/07 |
| ALTERATION EFFECTIVE DATE | 06/27/07 |

SHIP VIA   REFER TO   WWW.GMSUPPLYPOWER.C

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                    US
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                         US

VENDOR NUMBER 14-423-8094
TO:  HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

PAYMENT TERMS
NET   2ND DAY OF 2ND MONTH

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to a Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, together with the terms and conditions hereof, and revise this order, constitute the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| 00026 | 124 | PR398910 023 | | ### THIS ITEM HAS BEEN ADDED ###<br>2003563 ENGINE QD SHAFT SIDE<br>DAVID GUNNELS  586-709-3326<br>WHO ORDERED: GUNNELS 586-709-3326 | | 08/15/07 | C  0.00% | 2375.0000 | |
| 00027 | 49 | PR398910 024 | | ### THIS ITEM HAS BEEN ADDED ###<br>2003600 ENGINE SHAFT #3 (1410-3.72)<br>DAVID GUNNELS  586-709-3326<br>WHO ORDERED: GUNNELS 586-709-3326 | | 08/15/07 | C  0.00% | 3312.5000 | |
| 00028 | 43 | PR398910 025 | | ### THIS ITEM HAS BEEN ADDED ###<br>2003601 ENGINE SHAFT #2 (1410-0.70)<br>DAVID GUNNELS  586-709-3326<br>WHO ORDERED: GUNNELS 586-709-3326 | | 08/15/07 | C  0.00% | 3500.0000 | |
| 00029 | 23 | PR398910 026 | | ### THIS ITEM HAS BEEN ADDED ###<br>ENGINE SHAFT #4 (1410 HO)<br>DAVID GUNNELS  586-709-3326<br>WHO ORDERED: GUNNELS 586-709-3326 | | 08/15/07 | C  0.00% | 3637.5000 | |

CONTINUE PAGE          8

ORIGINAL

0004957  USER RAUL URBAN

GM General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13 DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                         US
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:

INVOICE TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                         US

# PURCHASE
PAGE E

## ORDER: TCS00196 001
### A L T E R A T I O N  ###
This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips or Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-134C
R URBAN                    Buyer
YY
PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 12/11/06 | 06/27/07 |
| | ALTERATION EFFECTIVE DATE |
| | 06/27/07 |

SHIP VIA  REFER TO WWW.GMSUPPLYPOWER.COM

| PAYMENT TERMS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | | | | | |

F.O.B.  DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME  DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|
| 00030 | 9 | PR398910 027 | ### THIS ITEM HAS BEEN ADDED ###<br>2003613 ENGINE SHAFT #5 (1610-0.90 DIESEL)<br>DAVID GUNNELS  586-709-3326<br>WHO ORDERED: GUNNELS 586-709-3326 | | 08/15/07 | C  0.00% | 3362.5000 | |
| 00031 | 4 | PR398910 028 | ### THIS ITEM HAS BEEN ADDED ###<br>INDUSTRIAL SHAFT (SOLID CARDIAN)<br>DAVID GUNNELS  586-709-3326<br>WHO ORDERED: GUNNELS 586-709-3326 | | 08/15/07 | C  0.00% | 3876.1600 | |
| 00032 | 5 | PR398910 029 | ### THIS ITEM HAS BEEN ADDED ###<br>CONDITIONING SYSTEM MODIFICATIONS ADD BALL VALVE,<br>MELTRIC CONNECTOR WITH PIG TAIL, AND CASTERS<br>DAVID GUNNELS  586-709-3326<br>WHO ORDERED: GUNNELS 586-709-3326 | | 08/15/07 | C  0.00% | 3488.7500 | |

LAST PAGE

ORIGINAL

0004957  USER RAUL URBAN

Amendment 7

00596

**GM** General Motors Corporation

# PURCHASE ORDER: TC500196 002

PAGE  1

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340

| ORDER DATE | |
|---|---|
| 12/11/06 | R URBAN    Buyer |
| ALTERATION ISSUE DATE | |
| 12/11/07 | YY |
| ALTERATION EFFECTIVE | |
| 12/11/07 | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920
US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

TO:
VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090
US

| PAYMENT TERMS | | F.O.B | | | | | |
|---|---|---|---|---|---|---|---|
| NET  2ND DAY/2ND MTH-10% HLDBK | | FREIGHT COLLECT    DESTINATION UNLESS OTHERWISE INDICATED | | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME    DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | ### SPOT BUY TC500196 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | |
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | ALT MADE AS PER PR793655, REF CHANGE REQUEST 159 | | | | | | |
| | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | | |
| 00033 | 1 | PR793655 001 | HYDRAULIC QUICK DISCONNECT SYSTEM ON NF5 DYNO | | 07/01/08 C | 0.00% | 3321.0000 | | EA |
| | | | DAVID GUNNELS (586) 709-3326 | | | | | | |
| | | | DELIVER TO: DAVE GUNNELS | | | | | | |
| | | | 895 JOSLYN AVE | | | | | | |
| | | | PONTIAC, MI 48340 | | | | | | |
| | | | WHO ORDERED: (586) 709-3326 | | | | | | |
| | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | | |
| 00034 | 1 | PR793655 002 | ELECTRICAL QUICK DISCONNECT SYSTEM ON NF5 DYNO | | 07/01/08 C | 0.00% | 39662.0000 | | EA |
| | | | DAVID GUNNELS (586) 709-3326 | | | | | | |
| | | | WHO ORDERED: (586) 709-3326 | | | | | | |

RECEIVED DEC 18 2007

O005069  USER RAUL URBAN

ORIGINAL    LAST PAGE

CHMA008 4/93

Original PO

12138

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                        US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                   US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP

INVOICE TO:
PO BOX 63490, PHOENIX AZ
85082-3490                   US

The entire purchase order and accepted Acceptance should be executed an acknowledgment copy which should be returned to buyer.
On the reverse side hereof and in these conditions to which Seller agrees by acceptance of this order.
The terms, which include any of the terms and conditions or other acknowledgment copy which should be returned to buyer.
agreement between buyer and Seller and no other agreement in any way modifying any of said terms and conditions
or this order shall be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto apply.

**PURCHASE ORDER:** TCS12138

PAGE 1

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340
R URBAN              Buyer

| ORDER DATE | PURCHASING AGENT |
|---|---|
| 10/24/07 | |

| ALTERATION ISSUE DATE |
| ALTERATION EFFECTIVE DATE |

SHIP VIA

REFER TO WWW.GMSUPPLYPOWER.COM

| PAYMENT TERMS | | |
|---|---|---|
| NET   2ND DAY/2ND MTH-10% HLDBK | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE |

FREIGHT COLLECT

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

IMPORTANT NOTICE: EFF. JAN 13/06 SIGNIFICANT
CHANGES HAVE BEEN MADE TO THE GMNA SHIPPING
INSTRUCTIONS. PLEASE REVIEW FOR CARRIER
UPDATES. NON-COMPLIANCE TO THESE INSTRUCTIONS
MAY RESULT IN FREIGHT CHARGES BEING DEBITED
BACK TO THE SUPPLIER.

SHIPPING INSTRUCTIONS CAN BE FOUND AT
WWW.GMSUPPLYPOWER.COM UNDER
GM LINKS / LOGISTICS SHIPPING INFORMATION
YOU MUST LOGIN IN

AS A USER TO ACCESS THIS INFORMATION.
TO REGISTER AS A USER TO SUPPLY POWER FOLLOW THE
REGISTRATION INSTRUCTIONS ON THE HOME PAGE OF
SUPPLY POWER OR CALL 866-756-0692.

SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND
EQUIPMENT PURCHASING AVAILABLE DURING DETROIT
BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT
IMEHELPDESK@GM.COM
QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT
DISBURSEMENTS AT 248-874-4636.

NOV 07 2007

ORIGINAL

CONTINUE PAGE 2

CHMXC02 4/93

A005245   USER RAUL URBAN

# PURCHASE ORDER: TCS12138

**PAGE 2**

GM General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                    US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                              US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                              US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340
R URBAN                                  Buyer
YY

ORDER DATE: 10/24/07
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

PURCHASING AGENT

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

| PAYMENT TERMS | | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | | |
|---|---|---|---|---|---|
| NET    2ND DAY/2ND MTH-10% HLDBK | | FREIGHT COLLECT | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT-OF-MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 00001 | 659750 | PRKX1500  001 | | UNLESS OTHERWISE INDICATED IN THIS RFQ, SELLER IS REQUIRED TO HAVE ELECTRONIC DATA INTERCHANGE CAPABILITY WORLDWIDE.  REF MP100053838 GMPT PONTIAC HYBRID PTC TEST STAND  PR-KX1500 SYSTEM INTEGRATION SERVICES SOR REV 4  DATED AUGUST 8,2007  ENGINEERING DESIGN, BUILD & VALIDATE OF ONE HYBRID E-MOTOR PTC DURABILITY TEST STAND  PROVIDE FACILITY REQUIREMENTS FOR TEST ROOM DESIGN FOR INSTALLING 12 TEST STANDS  JAMES CALLIS  586-709-5893  DELIVER TO: JAMES CALLIS  895 JOSLYN  PONTIAC, MICHIGAN 48340  ATTN: JIM CALLIS, 586-709-5893  CONTACT JIM CALLIS PRIOR TO SHIPMENT  WHO ORDERED: CALLIS 586-709-5893  CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT) CONTRACT CLAUSE | | 03/10/08  C    0.00% | | 1.0000 | EA |

ORIGINAL

CONTINUE PAGE 3

A005245   USER RAUL URBAN

CHMA06  4/93

## General Motors Corporation

**PURCHASE ORDER:** TCS12138   PAGE 3

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

**SHIP TO:**
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13 DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920    US

**INVOICE TO:**
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490    US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS

**TO:**
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

| ORDER DATE | PHONE: 586-575-1340 |
| 10/24/07 | R URBAN    Buyer |
| ALTERATION ISSUE DATE | YY |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

**SHIP VIA** F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

REFER TO WWW.GMSUPPLYPOWER.COM

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

SPECIAL TERM (U.S.) - C-TPAT

FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED
STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE
RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED
STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP
AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR
INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/
ENFORCEM/TPAT.HTM). AT BUYER'S OR THE CUSTOMS
SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING
ITS COMPLIANCE WITH THE FOREGOING. SELLER SHALL
INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST
ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES
(INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES)
ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE.
(AT 6/20/02)
(AT)

RIGHT TO AUDIT
BY ACCEPTANCE OF A PURCHASE ORDER THE SELLER OF GOODS
AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL
CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFILI-
ATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY GENERAL MOTORS CORPORATION FOR
A PERIOD OF THREE (3) YEARS BEYOND FINAL PAYMENT.

**PAYMENT TERMS**
NET   2ND DAY/2ND MTH-10% HLDBK

CONTINUE PAGE 4

ORIGINAL

A005245   USER RAUL URBAN

CHAM028 4/93

**General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                    US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

## PURCHASE ORDER: TCS1213B

PAGE 4

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340
R URBAN              Buyer
YY

PURCHASING AGENT

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM PSS A&P
PO BOX 63490, PHOENIX AZ
85082-3490                US

ORDER DATE: 10/24/07
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

PAYMENT TERMS: NET  2ND DAY/2ND MTH-10% HLDBK

F.O.B: DESTINATION UNLESS OTHERWISE INDICATED

FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | RFQ NUMBER | DESCRIPTION | DATE REQUIRED | TAX CODE/% |
|---|---|---|---|---|---|---|---|

***** CHANGE ORDER PROCESS *****

*** ENGINEER/SUPPLIER AGREE ON NECESSARY CHANGES AND
    CO-SIGN ON MEMO DOCUMENT. (INCLUDE P.O. NUMBER ON
    CORRESPONDENCE).
*** CHANGES NOT EFFECTING COSTS MAY BE IMPLEMENTED
    IMMEDIATELY, FORWARD MEMO DOCUMENT TO BUYER.
*** CHANGES INCREASING/DECREASING COST, OR EFFECTING
    DELIVERY MUST BE QUOTED TO BUYER, INCL. MEMO DOC.
*** SUPPLIER MUST NOT PROCEED WITH ENGINEERING
    CHANGES UNTIL BUYER APPROVAL IS PROVIDED|

RIGHTS OF TITLE
SELLER AGREES THAT ALL REPORTS, MANUALS, PROGRAMS,
TAPES, VIDEOS, SOFTWARE, AND ANY OTHER MATERIAL
PREPARED BY SELLER'S EMPLOYEES UNDER THIS PURCHASE
ORDER AND ALL OTHER WORK PRODUCTS OF SELLER'S
EMPLOYEES SHALL BELONG EXCLUSIVELY TO BUYER. SELLER
AGREES THAT ALL WRITINGS, DISCOVERIES, DESIGNS, MASK
WORKS, INVENTIONS AND IMPROVEMENTS WHETHER
COPYRIGHTABLE, PATENTABLE OR NOT WHICH ARE WRITTEN,
CONCEIVED, CREATED, DISCOVERED OR MADE BY SELLER'S
EMPLOYEES OR SUBCONTRACTORS IN THE COURSE OF THE
WORK DONE UNDER THIS PURCHASE ORDER SHALL BE PROMPTLY
DISCLOSED TO BUYER AND SHALL BECOME BUYER'S SOLE
PROPERTY. (ZG)

| BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|

CONTINUE PAGE  5

A005245  USER RAUL URBAN                    ORIGINAL                    CHMMGR 1/93

**General Motors Corporation**

# PURCHASE ORDER: TCS12138

PAGE 5

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item identification Number(s) must be shown on Packing Slips and invoices.
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**PHONE: 586-575-1340**

| ORDER DATE | 10/24/07 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA

REFER TO WWW.GMSUPPLYPOWER.COM

YY     R URBAN     Buyer

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13 DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                    US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

This page is not drawing and printed. Acceptance (should be returned on acknowledgment copy which should be returned to Buyer.
The Buyer is not bound and no power and conditions to which seller agrees by its receipt or of this order.
Agreement to purchase the terms and conditions are on the reverse side hereof obtained by or expressly established and actual will be brought upon the Buyer's obligation of any order provision in any way modifying any of such terms and conditions.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

**GENERAL MOTORS CORPORATION**
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                    US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS

TO:
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

PAYMENT TERMS
NET     2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | FORCED LABOR | | | | | | | |

F.O.B
FREIGHT COLLECT     DESTINATION UNLESS OTHERWISE INDICATED

FORCED LABOR
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS
ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED
IN 19 USC 1307) EITHER BY SELLER OR SELLER'S
SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY
LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS
INCORRECT. (ZR)

INVOICES
THE SELLER'S INVOICE MUST INCLUDE THE FOLLOWING:
     PURCHASE ORDER NUMBER
     RELEASE NUMBER REQUIRED FOR ALL BLANKET ORDERS
     DELIVER TO INFORMATION
     REQUESTOR AND ROOM NUMBER OF REQUESTOR
     ITEM SEQUENCE NUMBER AS SHOWN ON PURCHASE ORDER
     ITEM IDENTIFICATION NUMBER (IF APPLICABLE)
     DESCRIPTION
     QUANTITY
     PRICE
     INVOICE APPROVAL NAME AND ADDRESS (IAR)
          IF APPLICABLE
     ACCOUNT CLASSIFICATION NUMBER AND PRR NUMBER FOR
     CONTRACT LABOR OR ENGINEERING DESIGN

NOTICE
THE FOLLOWING TELEPHONE NUMBERS ARE STAFFED TO HANDLE

PURCHASING AGENT

CHAM06 4/93

6     CONTINUE PAGE

A005245     USER RAUL URBAN     ORIGINAL

**GM General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                    US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                               US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
INVOICE TO: CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                               US

# PURCHASE ORDER: TCS12138

PAGE 6

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340

| ORDER DATE | |
|---|---|
| 10/24/07 | YY    R URBAN    Buyer |

ALTERATION ISSUE DATE

ALTERATION EFFECTIVE DATE

PURCHASING AGENT

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

PAYMENT TERMS
NET    2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFO NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | F.O.B    DESTINATION UNLESS OTHERWISE INDICATED | | | | | | |
| | | | | FREIGHT COLLECT | | | | | | |
| | | | | QUESTIONS CONCERNING INVOICE PAYMENT FOR GENERAL | | | | | | |
| | | | | MOTORS CORPORATION: | | | | | | |
| | | | | DISBURSEMENT ANALYSIS CONTROL  248-874-4636 | | | | | | |
| | | | | MEXICO STAFF ACCOUNTING  011-52-841-54000 | | | | | | |
| | | | | THE INVOICE NUMBER AND PURCHASE ORDER/RELEASE NUMBER | | | | | | |
| | | | | WILL BE REQUIRED FOR THE PERSON TO ASSIST YOU. | | | | | | |
| | | | | .. | | | | | | |
| | | | | FOR SERVICES ONLY | | | | | | |
| | | | | SUBMIT A DUPLICATE COPY TO REQUESTOR FOR APPROVAL. | | | | | | |
| | | | | PLEASE MARK THIS COPY "RECEIVING SLIP" TO AVOID | | | | | | |
| | | | | CONFUSION.  BOTH COPIES ARE REQUIRED TO PROCESS | | | | | | |
| | | | | YOUR INVOICE IN A TIMELY MANNER.  (2M) | | | | | | |
| | | | | | | | | | | |
| | | | | "DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO | | | | | | |
| | | | | ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED | | | | | | |
| | | | | BELOW."  GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE | | | | | | |
| | | | | STATES.  AS A RESULT, IN ALL OF THE IDENTIFIED STATES | | | | | | |
| | | | | BELOW LISTED GM CORPORATE ENTITIES WILL REMIT | | | | | | |
| | | | | DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX | | | | | | |
| | | | | LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE | | | | | | |
| | | | | PERSONAL PROPERTY AND SERVICES (1).  THEREFORE, | | | | | | |
| | | | | EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL | | | | | | |
| | | | | TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR | | | | | | |
| | | | | THOSE STATES NOT IDENTIFIED BELOW.  FOR THOSE STATES | | | | | | |
| | | | | NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE | | | | | | |
| | | | | SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER. | | | | | | |

A005245  USER RAUL URBAN

ORIGINAL

CONTINUE PAGE    7

CHRM008 4/93

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                          US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                    US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
INVOICE TO: CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

This purchase order is not binding until acceptance. Acceptance should be recorded on acknowledgement copy which should be returned to the issuing office...

**PURCHASE ORDER:** TCS12138

| ORDER DATE | |
| --- | --- |
| 10/24/07 | |
| ALTERATION ISSUE DATE | |
| | |
| ALTERATION EFFECTIVE DATE | |

PAGE  7

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340
YY          R URBAN
            Buyer

PURCHASING AGENT

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

| PAYMENT TERMS | | F.O.B | | DESTINATION UNLESS OTHERWISE INDICATED | |
| --- | --- | --- | --- | --- | --- |
| NET   2ND  DAY/2ND MTH-10% HLDBK | | FREIGHT COLLECT | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX | | | | | | |
| | | | | LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS | | | | | | |
| | | | | WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY: | | | | | | |
| | | | | * * * * * * * * * * * * * * * * * * * * * * | | | | | | |
| | | | | GENERAL MOTORS CORPORATION PERMITS: | | | | | | |
| | | | | GEORGIA #044-38-00894-3 | | | | | | |
| | | | | INDIANA #003-2804890001 | | | | | | |
| | | | | KENTUCKY #0000-10 | | | | | | |
| | | | | KANSAS #98-0003B  (FAIRFAX ONLY) | | | | | | |
| | | | | LOUISIANA #6009013-008DP  (SHREVEPORT ONLY) | | | | | | |
| | | | | MARYLAND #20 | | | | | | |
| | | | | MICHIGAN #ME-0900440 | | | | | | |
| | | | | MISSISSIPPI #4277  (SPO ONLY) | | | | | | |
| | | | | MISSOURI #11731559 | | | | | | |
| | | | | NEW JERSEY #NJ9-001-683/000 | | | | | | |
| | | | | NEW YORK #DP-003445 | | | | | | |
| | | | | OHIO #98-000613 | | | | | | |
| | | | | OKLAHOMA #137479 | | | | | | |
| | | | | PENNSYLVANIA #02-93450/DP246 | | | | | | |
| | | | | TEXAS #1-38-05725515-0 | | | | | | |
| | | | | VIRGINIA #9980000793 | | | | | | |
| | | | | WISCONSIN #WDP95-01-01012 | | | | | | |
| | | | | * * * * * * * * * * * * * * * * * * * | | | | | | |
| | | | | ONSTAR CORPORATION PERMIT: | | | | | | |
| | | | | MICHIGAN #38-3506814 | | | | | | |
| | | | | * * * * * * * * * * * * * * * * * * * * * | | | | | | |

A005245  USER RAUL URBAN

ORIGINAL

CONTINUE PAGE  8

CHAM08 4/93

# General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

**PAYMENT TERMS**
NET    2ND DAY/2ND MTH-10% HLDBK

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920
US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636

INVOICE TO:
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

# PURCHASE ORDER: TCS12138

PAGE 8

This Number Must Appear On All Invoices, Packing Slips.
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340
R  URBAN        Buyer
YY
PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 10/24/07 | |
| | ALTERATION EFFECTIVE DATE |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

F.O.B    FREIGHT COLLECT    DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

SATURN CORPORATION PERMITS:
MICHIGAN #38-2577506
TENNESSEE #100315259
* * * * * * * * * * * * * * * * * * *

FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION
CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND
USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR
(WITH THE EXCEPTION OF TEXAS), AND SHOULD BE INCLUDED
IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO
SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05) OR
SECTION 6 OF THE GM1638A (08/02), UNLESS THE
RESPONSIBILITY FOR PAYMENT OF SALES & USE TAXES ARE
OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. WITH
REFERENCE TO TEXAS: IF THE ORDER RELATES TO A
CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE
CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED
CONTRACTS AND AS SUCH SHOULD NOT INCLUDE SALES TAX
IN THE COST OF INCORPORATED MATERIALS OR EQUIPMENT.
IN ADDITION, THE CONTRACTOR SHOULD NOT BILL GM
(GENERAL MOTORS CORPORATION ONLY) FOR SALES TAX ON
THE SEPARATED COSTS OF MATERIAL OR LABOR. GM WILL
ACCRUE AND REMIT THE APPROPRIATE SALES TAX
DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT
PAY PERMIT.
* * * * * * * * * * * * * * * * * * *
ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO

CONTINUE PAGE 9

ORIGINAL

A005245  USER RAUL URBAN

CHMA008  4/93

**General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090
US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                    US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

# PURCHASE ORDER: TCS12138

PAGE 9

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340
R  URBAN                Buyer
YY

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 10/24/07 | | |

PURCHASING DEPT

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

| PAYMENT TERMS | | | | FOB | DESTINATION UNLESS OTHERWISE INDICATED | |
|---|---|---|---|---|---|---|
| NET    2ND DAY/2ND MTH-10% HLDBK | | | | FREIGHT COLLECT | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | MOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | THE FOLLOWING: | | | | | | |
| | | | * | | | | | | |
| | | | DISBURSEMENT SERVICES - | | | | | | |
| | | | CUSTOMER COMMUNICATION CENTER | | | | | | |
| | | | PHONE: (248) 874-4636 | | | | | | |
| | | | * * * * * * * * * * * * * * * * | | | | | | |
| | | | (1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES, | | | | | | |
| | | | HOTELS, AND MEAL PURCHASES. TAX IS TO BE PAID | | | | | | |
| | | | DIRECTLY TO THE SUPPLIER OF THESE ITEMS. | | | | | | |
| | | | | | | | | | |
| | | | SPECIAL TERM (US) - GOVERNMENT CONTRACTS | | | | | | |
| | | | * * * * * * | | | | | | |
| | | | BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR | | | | | | |
| | | | THE UNITED STATES GOVERNMENT. IF SELLER IS A U.S. | | | | | | |
| | | | ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS, | | | | | | |
| | | | RULES, AND REGULATIONS THAT ARE APPLICABLE TO SELLER | | | | | | |
| | | | AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS, | | | | | | |
| | | | INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO | | | | | | |
| | | | (1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1) | | | | | | |
| | | | THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246, | | | | | | |
| | | | AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5); | | | | | | |
| | | | (2) UTILIZATION OF SMALL AND DISADVANTAGED BUSINESS | | | | | | |
| | | | CONCERNS; FAR SUBPARTS 52.219-8 AND 52.219.9); | | | | | | |
| | | | (3) CONTRACTING WITH BUSINESS CONCERNS OPERATING | | | | | | |
| | | | IN AREAS OF SURPLUS LABOR (41 CFR 1-1.805); AND | | | | | | |
| | | | (4) CONTRACTING WITH WOMEN-OWNED BUSINESS CONCERNS | | | | | | |

A005245  USER  RAUL URBAN                    ORIGINAL                              CONTINUE PAGE 10

CHMAM98  1/93

**GM** General Motors Corporation

# PURCHASE ORDER: TCS12138

PAGE 10

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-1340 |
|---|---|
| 10/24/07 | R URBAN |
| ALTERATION ISSUE DATE | YY                    Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

**GENERAL MOTORS CORPORATION**
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                    US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13 DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                              US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                              US

The order is not to be supplied at a greater price than last certified. No customer should be invoiced at a greater price than here on and no slips should be reported as buyer.
On this invoice a Seller must put on a new cost certification by which a seller agrees by or copies a slip on each order whether including the terms and conditions on the face and reverse side hereof contains any complete and final agreement between buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Numbers is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| | PAYMENT TERMS | | F.O.B. | | DESTINATION UNLESS OTHERWISE INDICATED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NET | 2ND DAY/2ND MTH-10% HLDBK | | FREIGHT COLLECT | | | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (EXECUTIVE ORDER 12138), (4Z) 10-29-03 | | | | | | |
| | | | | TERMS AND CONDITIONS SEPTEMBER 2004, APPLY | | | | | | |
| | | | | OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | | |

ORIGINAL                                    LAST PAGE

CHMAN08 4/93

A005245   USER RAUL URBAN

Amendment 1

1 2 / 3 8

**GM** General Motors Corporation

# PURCHASE ORDER: TCS12138 001

PAGE 1

### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340
R URBAN          Buyer
YY

| ORDER DATE | 10/24/07 |
| ALTERATION ISSUE DATE | 12/12/07 |
| ALTERATION EFFECTIVE | 12/12/07 |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

PURCHASING AGENT

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLIN AVE
PONTIAC MI
48340-2920                US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                US

DESTINATION UNLESS OTHERWISE INDICATED

F.O.B. FREIGHT COLLECT

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                     US

TO:
VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

TERMS
NET   2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ### SPOT BUY TCS12138 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | | ALT MADE AS PER PRNX3935, NON RECURING ENGINEERING CHANGES ADDED TO P.O REF MP1000536838. | | | | | | |
| | | | | ### THIS ITEM HAS BEEN CHANGED ### | | | | | | |
| 00001 | 623975 | PRKX1500 001 | | ENGINEERING DESIGN, BUILD & VALIDATE OF ONE HYBRID E-MOTOR PTC DURABILITY TEST STAND  PROVIDE FACILITY REQUIREMENTS FOR TEST ROOM DESIGN FOR INSTALLING 12 TEST STANDS  JAMES CALLIS  586-709-5893  DELIVER TO: JAMES CALLIS  895 JOSLYN  PONTIAC, MICHIGAN  48340  ATTN: JIM CALLIS, 586-709-5893  CONTACT JIM CALLIS PRIOR TO SHIPMENT  WHO ORDERED: CALLIS 586-709-5893 | | 03/10/08 | C   0.00% | 1.0000 | | EA |
| | | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | | |
| 00002 | 429300 | PRNX3935 002 | | POA TCS12138 -- NON-RECURRING ENGINEERING CHARGES FOR PROTOTYPE DURABILITY STAND  JAMES CALLIS  586-709-5893 | | 03/10/08 | C   0.00% | 1.0000 | | EA |

0005070 USER RAUL URBAN

ORIGINAL

CONTINUE PAGE 2

CHXXXXXX 4/93

# GENERAL TERMS AND CONDITIONS

**1. ACCEPTANCE.**

**2. SHIPPING AND BILLING.**

**3. DELIVERY SCHEDULES.**

**4. PREMIUM SHIPMENTS.**

**5. CHANGES.**

**6. SUPPLIER QUALITY AND DEVELOPMENT; INSPECTION.**

**7. NONCONFORMING GOODS.**

**8. FORCE MAJEURE.**

**9. WARRANTY.**

**10. INGREDIENTS DISCLOSURE; SPECIAL MANUFACTURING INSTRUCTIONS.**

**11. INSOLVENCY.**

**12. TERMINATION FOR BREACH OR NONPERFORMANCE, SALE OF ASSETS OR CHANGE IN CONTROL.**

**13. TERMINATION FOR CONVENIENCE.**

**14. INTELLECTUAL PROPERTY.**

**15. TECHNICAL INFORMATION DISCLOSED TO BUYER.**

**16. INDEMNIFICATION.**

**17. INSURANCE.**

**18. SELLER'S PROPERTY.**

**19. BUYER'S PROPERTY.**

**20. SERVICE AND REPLACEMENT PARTS.**

**21. REMEDIES.**

**22. CUSTOMS; EXPORT CONTROLS.**

**23. SETOFF/RECOUPMENT.**

**24. NO ADVERTISING.**

**25. COMPLIANCE WITH LAWS; EMPLOYMENT/BUSINESS PRACTICES.**

**26. NON-ASSIGNMENT.**

**27. NON-WAIVER.**

**28. RELATIONSHIP OF PARTIES.**

**29. GOVERNING LAW; JURISDICTION.**

**30. SEVERABILITY.**

**31. ENTIRE AGREEMENT.**

**Special Term N/E) — Insurance**

**Special Term — Supplier Certification of Compliance with Paragraph 25 of General Terms and Conditions (Compliance with Laws; Employment/Business Practices)**

Revised: September 2004



**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                          US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                     US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                     US

# PURCHASE
## ORDER: TCS12138 001
### ### A L T E R A T I O N ###

PAGE    2

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Decline Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340
R. URBAN                       Buyer
YY

| ORDER DATE | |
|---|---|
| 10/24/07 | |
| ALTERATION ISSUE DATE | |
| 12/12/07 | |
| ALTERATION EFFECTIVE | |
| 12/12/07 | |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

PURCHASING AGENT

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|---|
| NET  2ND DAY/2ND MTH-10% HLDBK | FREIGHT COLLECT | TAX CODE/% |

| ITEM STK/PACKAGE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | WHO ORDERED: CALLIS 586-709-5893 | | | | | |

DEC 2 0 2007

ORIGINAL

LAST PAGE

0005070  USER RAUL URBAN

CHGA006-4/92

# GENERAL TERMS AND CONDITIONS

1.  **ACCEPTANCE:**

2.  **SHIPPING AND BILLING:**

3.  **DELIVERY SCHEDULES:**

4.  **PREMIUM SHIPMENTS:**

5.  **CHANGES:**

6.  **SUPPLIER QUALITY AND DEVELOPMENT; INSPECTION:**

7.  **NONCONFORMING GOODS:**

8.  **FORCE MAJEURE:**

9.  **WARRANTY:**

10. **INGREDIENTS DISCLOSURE; SPECIAL WARNINGS AND INSTRUCTIONS:**

11. **INSOLVENCY:**

12. **TERMINATION FOR BREACH OR NONPERFORMANCE; SALE OF ASSETS OR CHANGE IN CONTROL:**

13. **TERMINATION FOR CONVENIENCE:**

14. **SET-OFF/RECOUPMENT:**

15. **INTELLECTUAL PROPERTY:**

16. **TECHNICAL INFORMATION DISCLOSED TO BUYER:**

17. **INDEMNIFICATION:**

18. **INSURANCE:**

19. **SELLER'S PROPERTY:**

20. **BUYER'S PROPERTY:**

21. **SERVICE AND REPLACEMENT PARTS:**

22. **REMEDIES:**

23. **CUSTOMS; EXPORT CONTROLS:**

24. **SET-OFF/RECOUPMENT:**

25. **NO ADVERTISING:**

26. **COMPLIANCE WITH LAWS; EMPLOYMENT/BUSINESS PRACTICES:**

27. **NON-WAIVER:**

28. **NO IMPLIED WAIVER:**

29. **ASSIGNMENT:**

30. **RELATIONSHIP OF PARTIES:**

31. **GOVERNING LAW; JURISDICTION:**

32. **SEVERABILITY:**

33. **ENTIRE AGREEMENT:**



Amendment  2

12C38

General Motors Corporation

# PURCHASE
## ORDER: TCS12138 002
### ALTERATION ###

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Decline Valuation of Express Shipments or Insure Parcel POST.

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                    US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY & EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

| ORDER DATE | PHONE: 586-575-1340 |
| 10/24/07 | R URBAN |
| ALTERATION ISSUE DATE | YY          Buyer |
| 01/14/08 | |
| ALTERATION EFFECTIVE | |
| 01/14/08 | |

SHIP VIA:
REFER TO WWW.GMSUPPLYPOWER.COM    PURCHASING AGENT

TO:
VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099                         US

PAYMENT TERMS
NET  2ND DAY/2ND MTH-10% HLDBK

F.O.B    DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

This order is not being sold at cost. Acceptance should be executed on acknowledgement copy which should be returned to Buyer. On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying said terms and conditions shall be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown hereon, additional Forms and Conditions Attached Hereto Apply.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | ### SPOT BUY TCS12138 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | |
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | ALT MADE AS PER PROX4201, LONG LEAD ITEMS HAVE BEEN ADDED TO P.O ( REF MP1000536838 GMPT PONTIAC HYBRID PTC TEST STAND PRKX1500 SYSTEM INTEGRATION SERVICES SOR REV 4 GM TERMS & CONDITIONS REMAIN | | | | | | |
| | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | | |
| 00003 | 11 | PROX4201 001 | T-DYN 150 AC MOTOR WITH OIL CONDITIONING JAMES CALLIS  586-709-5893 DELIVER TO: JIM CALLIS 895 JOSLYN RD PONTIAC, MI 48340 ATTN: JIM CALLIS, 586-709-5893 WHO ORDERED: CALLIS 586-709-5893 | | 07/31/08 | C    0.00% | 63576.3600 | | EACH |
| | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | | |
| 00004 | 11 | PROX4201 002 | UNICO DRIVE JAMES CALLIS  586-709-5893 WHO ORDERED: CALLIS 586-709-5893 | | 07/31/08 | C    0.00% | 136347.8400 | | EACH |

0005087  USER RAUL URBAN

ORIGINAL                    CONTINUE PAGE    2

CHANGE 3/93

**General Motors Corporation**

**GM**

**PURCHASE ORDER:** TCS12138 002    PAGE 2

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) Copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.

Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-1340 |
| 10/24/07 | R URBAN |
| ALTERATION ISSUE DATE | YY    Buyer |
| 01/14/08 | |
| ALTERATION EFFECTIVE | |
| 01/14/08 | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090    US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO:
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13    DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920    US

INVOICE FOR SERVICE, MACHINERY & EQUIP ONLY. QUESTIONS TO:
INVOICE TO:    CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490    US

PAYMENT TERMS
NET    2ND DAY/2ND MTH-10% HLDBK

| ITEM SOURCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | F.O.B FREIGHT COLLECT | DESTINATION UNLESS OTHERWISE INDICATED | | | | | | |
| 00005 | 5 | PROX4201 003 | BEDPLATES | ### THIS ITEM HAS BEEN ADDED ### | | 07/31/08 | C 0.00% | 19350.0000 | | EACH |
| | | | | JAMES CALLIS    586-709-5893 | | | | | | |
| | | | | WHO ORDERED: CALLIS 586-709-5893 | | | | | | |
| | | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | | |
| 00006 | 11 | PROX4201 004 | SPARC CONTROLLER | | | 07/31/08 | C 0.00% | 23220.0000 | | EACH |
| | | | | JAMES CALLIS    586-709-5893 | | | | | | |
| | | | | WHO ORDERED: CALLIS 586-709-5893 | | | | | | |
| | | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | | |
| 00007 | 5 | PROX4201 005 | FLUID CONDITIONING SYSTEM | | | 07/31/08 | C 0.00% | 85711.4700 | | EACH |
| | | | | JAMES CALLIS    586-709-5893 | | | | | | |
| | | | | WHO ORDERED: CALLIS 586-709-5893 | | | | | | |
| | | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | | |
| 00008 | 10 | PROX4201 006 | E-MOTOR HOUSING | | | 07/31/08 | C 0.00% | 28380.0000 | | EACH |
| | | | | JAMES CALLIS    586-709-5893 | | | | | | |
| | | | | WHO ORDERED: CALLIS 586-709-5893 | | | | | | |

LAST PAGE

0005087 USER RAUL URBAN

ORIGINAL

CHMM08 4/93

# GENERAL TERMS AND CONDITIONS

Amendment 3

1238

GM  General Motors Corporation

**PURCHASE**
**ORDER:** TCS12138 003
### A L T E R A T I O N ###

PAGE 1

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13 DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920          US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM PSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490          US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) Copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340
R URBAN          Buyer
YY

PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE |
|---|---|---|
| 10/24/07 | 02/20/08 | 02/20/08 |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090          US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO:
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

| PAYMENT TERMS | | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|---|---|
| NET | 2ND DAY/2ND MTH-10% HLDBK | FREIGHT COLLECT | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ### | SPOT BUY TCS12138 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY | | | | | | |
| | | | | USD DOLLAR (UNITED STATES) | | | | | | |
| | | | | ALT MADE AS PER PRPX7682, LONG LEAD ITEMS HAVE BEEN | | | | | | |
| | | | | ADDED TO P.O ( REF MP100053838 GMPT PONTIAC HYBRID | | | | | | |
| | | | | PTC TEST STAND PRKX1500 | | | | | | |
| | | | | SYSTEM INTEGRATION SERVICES SOR REV 4 | | | | | | |
| | | | | GM TERMS & CONDITIONS REMAIN | | | | | | |
| | | | ### | THIS ITEM HAS BEEN ADDED ### | | | | | | |
| 00009 | 3600031.45 | PRPX7682 001 | | BALANCE DUE FOR NEXT ELEVEN HEV PTC TEST STANDS | | 09/26/08  C | 0.00% | 1.0000 | | EA |
| | | | | JAMES CALLIS  586-709-5893 | | | | | | |
| | | | | DELIVER TO: JAMES CALLIS | | | | | | |
| | | | | 895 JOSLYN RD     D45 | | | | | | |
| | | | | PONTIAC, MI 48340 | | | | | | |
| | | | | ATTN: JIM CALLIS, 586-709-5893 | | | | | | |
| | | | | WHO ORDERED: CALLIS 586-709-5893 | | | | | | |

0005113  USER RAUL URBAN                ORIGINAL                LAST PAGE

C4MM08 4/93

Amendment 4

1 2138

**General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090
US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
TROY MI
48083

# PURCHASE ORDER: TCS12138 004    PAGE 1

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340
R URBAN        Buyer
YY
PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE |
|---|---|---|
| 10/24/07 | 07/14/08 | 07/14/08 |

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13 DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920
US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. The entire agreement between Buyer and Seller, including the terms and conditions on the face and the reverse side hereof, contains the complete and final agreement between Buyer and Seller, and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer or Seller unless made in writing and signed by Buyer's authorized representative. If Quantity Shown on Item Number is Shown Herein, Additional Terms and Conditions Attached thereto Apply.

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

| PAYMENT TERMS | | |
|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. FREIGHT COLLECT | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ### SPOT BUY TCS12138 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | | |
| | | | | ALT MADE PER PRTX2647, INTEGRATION OF CANOE SYSTEM & MODIFICATIONS TO TPIM COOLING REF MP1400584041 GM TERMS & CONDITIONS REMAIN | | | | | | | |
| | | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | | | |
| 00010 | 12 | PRTX2647 001 | | INTEGRATION OF GM SUPPLIED CANOE SYSTEM JAMES CALLIS 586-709-5893 DELIVER TO: JAMES CALLIS 895 JOSLYN RD D45 PONTIAC, MI 48340 ATTN: JIM CALLIS, 586-709-5893 WHO ORDERED: CALLIS 586-709-5893 | | | 09/26/08 | C 0.00% | 2601.0000 | | EACH |
| | | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | | | |
| 00011 | 12 | PRTX2647 002 | | MODIFICATION OF TPIM COOLING SYSTEM JAMES CALLIS 586-709-5893 WHO ORDERED: CALLIS 586-709-5893 | | | 09/26/08 | C 0.00% | 5361.0000 | | EACH |

JUL 18 2008

0005209    USER RAUL URBAN          ORIGINAL          LAST PAGE          CHMM00 4/93

Original PO

19960

**General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
TROY MI
48083

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                           US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:

INVOICE TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                           US

# PURCHASE ORDER: TCS19960

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-1340 |
| 05/29/08 | R. URBAN    Buyer |

| ALTERATION ISSUE DATE | YY |
| ALTERATION EFFECTIVE DATE | |

PURCHASING AGENT

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

| YMENT TERMS | |
| NET  2ND DAY/2ND MTH-10% HLDBK | |

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|

F.O.B    DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions on which Seller agrees by acceptance of this order. This order, including the terms and conditions on the first and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is shown hereon, additional Terms and Conditions Attached Hereto Apply.

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

IMPORTANT NOTICE: EFF. JAN 13/06  SIGNIFICANT
CHANGES HAVE BEEN MADE TO THE GMNA SHIPPING
INSTRUCTIONS. PLEASE REVIEW FOR CARRIER
UPDATES. NON-COMPLIANCE TO THESE INSTRUCTIONS
MAY RESULT IN FREIGHT CHARGES BEING DEBITED
BACK TO THE SUPPLIER.
.
SHIPPING INSTRUCTIONS CAN BE FOUND AT
WWW.GMSUPPLYPOWER.COM UNDER
GM LINKS / LOGISTICS SHIPPING INFORMATION
YOU MUST LOGIN IN
AS A USER TO ACCESS THIS INFORMATION.
TO REGISTER AS A USER TO SUPPLY POWER FOLLOW THE
REGISTRATION INSTRUCTIONS ON THE HOME PAGE OF
SUPPLY POWER OR CALL 866-756-0692.

SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND
EQUIPMENT PURCHASING AVAILABLE DURING DETROIT
BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT
IMEHELPDESK@GM.COM
QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT
DISBURSEMENTS AT 248-874-4636.

CONTINUE PAGE 2

CHMM08 4/93

A005395    USER RAUL URBAN

ORIGINAL

AUG 6 2008

**[GM] General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI                    US
48090

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
O: 2890 JOHN R RD
TROY MI                      US
48083

# PURCHASE ORDER: TCS19960

PAGE 2

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340
R  URBAN
YY                          Buyer

| ORDER DATE | |
|---|---|
| 05/29/08 | |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PURCHASING AGENT

SHIP VIA

REFER TO WWW.GMSUPPLYPOWER.COM

SHIP TO:

GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI                   US
48340-2920

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:

INVOICE TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ      US
85082-3490

| F.O.B | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|
| FREIGHT COLLECT | |

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|

UNLESS OTHERWISE INDICATED IN THIS RFQ, SELLER IS
REQUIRED TO HAVE ELECTRONIC DATA INTERCHANGE
CAPABILITY WORLDWIDE.

EXPORT ADMINISTRATION REGULATIONS (EAR) CONTROLLED
PURCHASES
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
THE TECHNICAL DATA ASSOCIATED WITH THIS EQUIPMENT,
SERVICE OR PART IS CONTROLLED UNDER U.S. EXPORT LAWS.
YOU MAY NOT EXPORT OR RE-EXPORT THE TECHNICAL DATA,
INCLUDING BUT NOT LIMITED TO PRINTS, ROUTINGS AND
SPECIFICATIONS ASSOCIATED WITH THIS REQUEST FOR
QUOTATION OR PURCHASE CONTRACT WITHOUT THE PROPER
GOVERNMENTAL AUTHORIZATIONS.

CONFIDENTIALITY
SELLER, IN ORDER TO PROVIDE THE SERVICES SET FORTH IN
THIS PURCHASE ORDER, WILL REQUIRE INFORMATION FROM
BUYER WHICH BUYER CONSIDERS CONFIDENTIAL (BUYER'S
INFORMATION). BUYER IS WILLING TO DISCLOSE BUYER'S
INFORMATION ONLY WITH THE UNDERSTANDING THAT SELLER
MAINTAIN ITS CONFIDENTIALITY.

ACCORDINGLY, SELLER ACKNOWLEDGES THAT BUYER'S
INFORMATION IS BEING DISCLOSED TO SELLER FOR THE SOLE
PURPOSE OF PERMITTING SELLER TO PERFORM THE SERVICES

PAYMENT TERMS: NET 2ND DAY/2ND MTH-10% HLDBK

CONTINUE PAGE 3

ORIGINAL

A005395   USER RAUL URBAN

CHM008 4/93

General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090    US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
TROY MI
48083

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13 DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920    US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY, QUESTIONS TO:

INVOICE TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490    US

# PURCHASE
# ORDER: TCS19960

PAGE    3

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-1340 |
| 05/29/08 | R URBAN    Buyer |
| ALTERATION ISSUE DATE | YY |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

PURCHASING AGENT

MENT TERMS
NET    2ND DAY/2ND MTH-10% HLDBK

| QUANTITY ORDERED | ITEM IDENTIFICATION NO | NOUN NAME | DESCRIPTION | F.O.B FREIGHT COLLECT | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

DESTINATION UNLESS OTHERWISE INDICATED

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
Only the reverse side hereof are terms and conditions, to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, constitutes the complete and final agreement between Buyer and Seller, and no other agreement in any way modifying any of said terms and conditions
will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

SET FORTH IN THIS PURCHASE ORDER, AND AGREES THAT IT
WILL NOT USE THE INFORMATION FOR ANY OTHER PURPOSE.
IN ADDITION, SELLER AGREES THAT IT WILL NOT DISCLOSE,
DISSEMINATE OR OTHERWISE MAKE AVAILABLE BUYER'S
INFORMATION TO ANYONE, OTHER THAN TO THOSE EMPLOYEES
WHO HAVE A NEED TO KNOW IT IN ORDER FOR SELLER TO
FULFILL ITS OBLIGATIONS UNDER THIS PURCHASE ORDER.
SELLER AGREES THAT IT WILL TAKE APPROPRIATE ACTION
BY INSTRUCTION, AGREEMENT, OR OTHERWISE, WITH ANY
PERSON PERMITTED ACCESS TO BUYER'S INFORMATION TO
THE BUYER'S INFORMATION AND ANY ADDITIONS THERETO ARE
THE SOLE PROPERTY OF BUYER. AT BUYER'S REQUEST OR
UPON COMPLETION OF SELLER'S USE OF BUYER'S
INFORMATION, SELLER WILL RETURN ALL COPIES OF BUYER'S
INFORMATION TO BUYER OR, AT BUYER'S REQUEST, DESTROY
BUYER'S INFORMATION AND CERTIFY SUCH DESTRUCTION TO
BUYER.

SELLER FURTHER AGREES TO INDEMNIFY AND HOLD BUYER
HARMLESS FROM ANY AND ALL LIABILITIES, DAMAGES, FINES,
PENALTIES, COSTS, CLAIMS, DEMANDS, AND EXPENSES
(INCLUDING COSTS OF DEFENSE, SETTLEMENT, AND
REASONABLE ATTORNEY'S FEES), ARISING OUT OF THE
DISCLOSURE OR IMPROPER USE OF BUYER'S INFORMATION BY
SELLER OR SELLER'S EMPLOYEES.    (YC)

REF MF2800577906 SOR PRPX3438

CONTINUE PAGE    4

005395    USER RAUL URBAN    ORIGINAL

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
TROY MI
48083

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13 DOCK 45W
895 JOSLYN AVE
PONTIAC MI
(48340-2920                US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                US

# PURCHASE
# ORDER: TCS19960

PAGE 5

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-1340 |
| 05/29/08 | R  URBAN     Buyer |
| ALTERATION ISSUE DATE | YY |
| ALTERATION EFFECTIVE DATE | |
| SHIP VIA | PURCHASING AGENT |

REFER TO WWW.GMSUPPLYPOWER.COM

The order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be
returned to Buyer.
Only the reverse side hereof are the terms and conditions to which seller agrees by acceptance of this order.
This order, including the terms and condition on its face and reverse side hereof, contains the complete and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon on Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto shall Apply.

| MENT TERMS | | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | | |
| NET    2ND DAY/2ND MTH-10% HLDBK | | FREIGHT COLLECT | | | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | | | |

SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING
ITS COMPLIANCE WITH THE FOREGOING. SELLER SHALL
INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST
ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES
(INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES)
ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE.
(AT 6/20/02)
(AT)

RIGHT TO AUDIT
BY ACCEPTANCE OF A PURCHASE ORDER THE SELLER OF GOODS
AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL
CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFILI-
ATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY GENERAL MOTORS CORPORATION FOR
A PERIOD OF THREE (3) YEARS BEYOND FINAL PAYMENT.

***** CHANGE ORDER PROCESS *****
*** ENGINEER/SUPPLIER AGREE ON NECESSARY CHANGES AND
CO-SIGN ON MEMO DOCUMENT, (INCLUDE P.O. NUMBER ON
CORRESPONDENCE).
*** CHANGES NOT EFFECTING COSTS MAY BE IMPLEMENTED
IMMEDIATELY, FORWARD MEMO DOCUMENT TO BUYER.
*** CHANGES INCREASING/DECREASING COST, OR EFFECTING
DELIVERY MUST BE QUOTED TO BUYER, INCL. MEMO DOC.

CONTINUE PAGE        6

ORIGINAL

005395   USER RAUL URBAN

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090
US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
TROY MI
48083

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13 DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920
US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:

INVOICE TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

## PURCHASE ORDER: TCS19960

PAGE 6

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-1340 |
| 05/29/08 | R URBAN    Buyer |
| ALTERATION ISSUE DATE | YY |
| ALTERATION EFFECTIVE DATE | |

PURCHASING AGENT

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

MENT TERMS
NET   2ND DAY/2ND MTH-10% HLDBK

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|

F.O.B   DESTINATION UNLESS OTHERWISE INDICATED

FREIGHT COLLECT

This order is not binding until accepted. Acceptance should be secured and acknowledgement copy which should be returned to Buyer.

*** SUPPLIER MUST NOT PROCEED WITH ENGINEERING
CHANGES UNTIL BUYER APPROVAL IS PROVIDED!

RIGHTS OF TITLE
SELLER AGREES THAT ALL REPORTS, MANUALS, PROGRAMS,
TAPES, VIDEOS, SOFTWARE, AND ANY OTHER MATERIAL
PREPARED BY SELLER'S EMPLOYEES UNDER THIS PURCHASE
ORDER AND ALL OTHER WORK PRODUCTS OF SELLER'S
EMPLOYEES SHALL BELONG EXCLUSIVELY TO BUYER. SELLER
AGREES THAT ALL WRITINGS, DISCOVERIES, DESIGNS, MASK
WORKS, INVENTIONS AND IMPROVEMENTS WHETHER
COPYRIGHTABLE, PATENTABLE OR NOT WHICH ARE WRITTEN,
CONCEIVED, CREATED, DISCOVERED OR MADE BY SELLER'S
EMPLOYEES OR SUBCONTRACTORS IN THE COURSE OF THE
WORK DONE UNDER THIS PURCHASE ORDER SHALL BE PROMPTLY
DISCLOSED TO BUYER AND SHALL BECOME BUYER'S SOLE
PROPERTY.    (ZG)

FORCED LABOR
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS
ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED
IN 19 USC 1307) EITHER BY SELLER OR SELLER'S
SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY
LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS
INCORRECT.    (ZR)

ORIGINAL

CONTINUE PAGE   7

CHMMOB 4/93

005395   USER RAUL URBAN

# PURCHASE ORDER: TCS19960

PAGE 7

**GM · General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                    US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
TROY MI
48083

SHIP TO:

GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13 DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                    US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:

INVOICE TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340
R  URBAN                    Buyer
YY

PURCHASING AGENT

| ORDER DATE | 05/29/08 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA
F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

REFER TO WWW.GMSUPPLYPOWER.COM

**NET TERMS**    2ND DAY/2ND MTH-10% HLDBK

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | INVOICES | | | | | | |
| | | | THE SELLER'S INVOICE MUST INCLUDE THE FOLLOWING: | | | | | | |
| | | | PURCHASE ORDER NUMBER | | | | | | |
| | | | RELEASE NUMBER REQUIRED FOR ALL BLANKET ORDERS | | | | | | |
| | | | DELIVER TO INFORMATION | | | | | | |
| | | | REQUESTOR AND ROOM NUMBER OF REQUESTOR | | | | | | |
| | | | ITEM SEQUENCE NUMBER AS SHOWN ON PURCHASE ORDER | | | | | | |
| | | | ITEM IDENTIFICATION NUMBER (IF APPLICABLE) | | | | | | |
| | | | DESCRIPTION | | | | | | |
| | | | QUANTITY | | | | | | |
| | | | PRICE | | | | | | |
| | | | INVOICE APPROVAL NAME AND ADDRESS (IAR) | | | | | | |
| | | | IF APPLICABLE | | | | | | |
| | | | ACCOUNT CLASSIFICATION NUMBER AND PRR NUMBER FOR | | | | | | |
| | | | CONTRACT LABOR OR ENGINEERING DESIGN | | | | | | |
| | | | .. | | | | | | |
| | | | NOTICE | | | | | | |
| | | | THE FOLLOWING TELEPHONE NUMBERS ARE STAFFED TO HANDLE | | | | | | |
| | | | QUESTIONS CONCERNING INVOICE PAYMENT FOR GENERAL | | | | | | |
| | | | MOTORS CORPORATION: | | | | | | |
| | | | DISBURSEMENT ANALYSIS CONTROL  248-874-4636 | | | | | | |
| | | | MEXICO STAFF ACCOUNTING  011-52-841-54000 | | | | | | |
| | | | THE INVOICE NUMBER AND PURCHASE ORDER/RELEASE NUMBER | | | | | | |
| | | | WILL BE REQUIRED FOR THE PERSON TO ASSIST YOU. | | | | | | |
| | | | .. | | | | | | |
| | | | FOR SERVICES ONLY | | | | | | |

ORIGINAL                    CONTINUE PAGE    8

005395  USER RAUL URBAN

CHMMKR 2/93

# GM · General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                    US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
TROY MI
48083

## PURCHASE ORDER : TCS19960

PAGE 8

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) Copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-1340 |
| 05/29/08 | R URBAN |
| ALTERATION ISSUE DATE | YY                Buyer |
| | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA

REFER TO WWW.GMSUPPLYPOWER.COM                PURCHASING AGENT

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13 DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                          US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                          US

This is the entire order is the hereof are the terms and conditions to which the buyer agrees by acceptance of this order...

| PAYMENT TERMS | | F.O.B | DESTINATION UNLESS OTHERWISE INDICATED |
| NET   2ND DAY/2ND MTH-10% HLDBK | | FREIGHT COLLECT | |

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | SUBMIT A DUPLICATE COPY TO REQUESTOR FOR APPROVAL. | | | | | | |
| | | | PLEASE MARK THIS COPY "RECEIVING SLIP" TO AVOID | | | | | | |
| | | | CONFUSION. BOTH COPIES ARE REQUIRED TO PROCESS | | | | | | |
| | | | YOUR INVOICE IN A TIMELY MANNER.  (ZM) | | | | | | |
| | | | | | | | | | |
| | | | "DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO | | | | | | |
| | | | ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED | | | | | | |
| | | | BELOW."  GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE | | | | | | |
| | | | STATES.  AS A RESULT, IN ALL OF THE IDENTIFIED STATES | | | | | | |
| | | | BELOW LISTED GM CORPORATE ENTITIES WILL REMIT | | | | | | |
| | | | DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX | | | | | | |
| | | | LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE | | | | | | |
| | | | PERSONAL PROPERTY AND SERVICES (1).  THEREFORE, | | | | | | |
| | | | EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL | | | | | | |
| | | | TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR | | | | | | |
| | | | THOSE STATES NOT IDENTIFIED BELOW.  FOR THOSE STATES | | | | | | |
| | | | NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE | | | | | | |
| | | | SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER. | | | | | | |
| | | | LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX | | | | | | |
| | | | LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS | | | | | | |
| | | | WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY: | | | | | | |
| | | | * * * * * * * * * * * * * * * * * * * * * * * * | | | | | | |
| | | | GENERAL MOTORS CORPORATION PERMITS: | | | | | | |
| | | | GEORGIA #044-38-00894-3 | | | | | | |
| | | | INDIANA #003-2804890001 | | | | | | |
| | | | KENTUCKY #0000-10 | | | | | | |

ORIGINAL                                                    CONTINUE PAGE 9

005395   USER RAUL URBAN

CHMM08 4/93

## General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                          US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
TROY MI
48083

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13 DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                                     US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                                     US

### PURCHASE ORDER: TCS19960

PAGE 9

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) Copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340

| ORDER DATE | |
| --- | --- |
| 05/29/08 | R  URBAN     Buyer |

ALTERATION ISSUE DATE        YY

ALTERATION EFFECTIVE DATE

SHIP VIA

REFER TO WWW.GMSUPPLYPOWER.COM

PURCHASING AGENT

CHMM9B 4/93

MENT TERMS
NET    2ND DAY/2ND MTH-10% HLDBK

F.O.B.        DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | KANSAS #98-0003B (FAIRFAX ONLY) | | | | | | |
| | | | LOUISIANA #6009013-008DP (SHREVEPORT ONLY) | | | | | | |
| | | | MARYLAND #20 | | | | | | |
| | | | MICHIGAN #ME-0900440 | | | | | | |
| | | | MISSISSIPPI #4277 (SPO ONLY) | | | | | | |
| | | | MISSOURI #11731559 | | | | | | |
| | | | NEW JERSEY #NJ9-001-683/000 | | | | | | |
| | | | NEW YORK #DP-003445 | | | | | | |
| | | | OHIO #98-000613 | | | | | | |
| | | | OKLAHOMA #137479 | | | | | | |
| | | | PENNSYLVANIA #02-93450/DP246 | | | | | | |
| | | | TEXAS #1-38-0572515-0 | | | | | | |
| | | | VIRGINIA #9980000793 | | | | | | |
| | | | WISCONSIN #WDP95-01-01012 | | | | | | |
| | | | * * * * * * * * * * * * * * * * * * * | | | | | | |
| | | | ONSTAR CORPORATION PERMIT: | | | | | | |
| | | | MICHIGAN #38-3506814 | | | | | | |
| | | | * * * * * * * * * * * * * * * * * * * | | | | | | |
| | | | SATURN CORPORATION PERMITS: | | | | | | |
| | | | MICHIGAN #38-2577506 | | | | | | |
| | | | TENNESSEE #100315259 | | | | | | |
| | | | * * * * * * * * * * * * * * * * * * * | | | | | | |
| | | | FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION | | | | | | |
| | | | CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND | | | | | | |
| | | | USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR | | | | | | |
| | | | (WITH THE EXCEPTION OF TEXAS), AND SHOULD BE INCLUDED | | | | | | |

ORIGINAL                                CONTINUE PAGE 10

005395  USER RAUL URBAN

**General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090                                           US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
TROY MI
48083

# PURCHASE ORDER: TCS19960

PAGE    10

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340

R URBAN                                         Buyer
YY

PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 05/29/08 | | |

SHIP VIA

REFER TO WWW.GMSUPPLYPOWER.COM

SHIP TO:

GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13 DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                                      US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:

INVOICE TO:   CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                                      US

This order is not binding and accepted "Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse hereof, contains the complete and final agreement between Buyer and Seller and no other agreement or conditions in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|
| FREIGHT | COLLECT |

| MENT TERMS | | | | |
|---|---|---|---|---|
| NET | 2ND DAY/2ND MTH-10% HLDBK | | | |

| M | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO
SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05) OR
SECTION 6 OF THE GM1638A (08/02), UNLESS THE
RESPONSIBILITY FOR PAYMENT OF SALES & USE TAXES ARE
OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. WITH
REFERENCE TO TEXAS: IF THE ORDER RELATES TO A
CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE
CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED
CONTRACTS AND AS SUCH SHOULD NOT INCLUDE SALES TAX
IN THE COST OF INCORPORATED MATERIALS OR EQUIPMENT.
IN ADDITION, THE CONTRACTOR SHOULD NOT BILL GM
(GENERAL MOTORS CORPORATION ONLY) FOR SALES TAX ON
THE SEPARATED COSTS OF MATERIAL OR LABOR. GM WILL
ACCRUE AND REMIT THE APPROPRIATE SALES TAX
DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT
PAY PERMIT.

* * * * * * * * * * * * * * * * * * * * * * * *

ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO
THE FOLLOWING:
*

DISBURSEMENT SERVICES -
CUSTOMER COMMUNICATION CENTER
PHONE: (248) 874-4636
* * * * * * * * * * * * * * * * * * * * * * * *

(1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES,
HOTELS, AND MEAL PURCHASES.   TAX IS TO BE PAID

CONTINUE PAGE    11

ORIGINAL

005395   USER RAUL URBAN

**General Motors Corporation**

# PURCHASE ORDER: TCS19960

PAGE 11

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-1340 |
|---|---|
| 05/29/08 | R URBAN    Buyer |
| ALTERATION ISSUE DATE | YY |
| | |
| ALTERATION EFFECTIVE DATE | |
| SHIP VIA | PURCHASING AGENT |
| | REFER TO WWW.GMSUPPLYPOWER.COM |

**SHIP TO:**
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13 DOCK 45W
895 JOSLIN AVE
PONTIAC MI
48340-2920                US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:

**INVOICE TO:**
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                US

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                    US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
TROY MI
48083

| MENT TERMS | | | | | | |
|---|---|---|---|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | | F.O.B FREIGHT COLLECT | DESTINATION UNLESS OTHERWISE INDICATED | | | |

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | DIRECTLY TO THE SUPPLIER OF THESE ITEMS. | | | | | | |
| | | | | | | | | | |
| | | | SPECIAL TERM (US) - GOVERNMENT CONTRACTS | | | | | | |
| | | | ***** | | | | | | |
| | | | BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR | | | | | | |
| | | | THE UNITED STATES GOVERNMENT. IF SELLER IS A U.S. | | | | | | |
| | | | ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS, | | | | | | |
| | | | RULES, AND REGULATIONS THAT ARE APPLICABLE TO SELLER | | | | | | |
| | | | AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS, | | | | | | |
| | | | INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO | | | | | | |
| | | | (1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1) | | | | | | |
| | | | THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246, | | | | | | |
| | | | AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5); | | | | | | |
| | | | (2) UTILIZATION OF SMALL AND DISADVANTAGED BUSINESS | | | | | | |
| | | | CONCERNS; FAR SUBPARTS 52.219-8 AND 52.219.9); | | | | | | |
| | | | (3) CONTRACTING WITH BUSINESS CONCERNS OPERATING | | | | | | |
| | | | IN AREAS OF SURPLUS LABOR (41 CFR 1-1.805); AND | | | | | | |
| | | | (4) CONTRACTING WITH WOMEN-OWNED BUSINESS CONCERNS | | | | | | |
| | | | (EXECUTIVE ORDER 12138). (4Z) 10-29-03 | | | | | | |
| | | | | | | | | | |
| | | | TERMS AND CONDITIONS SEPTEMBER 2004, APPLY | | | | | | |
| | | | OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | | |

ORIGINAL                LAST PAGE

005395    USER RAUL URBAN

## GENERAL TERMS AND CONDITIONS

**1. ACCEPTANCE:**

**2. SHIPPING AND BILLING:**

**3. DELIVERY SCHEDULES:**

**4. PREMIUM SHIPMENTS:**

**5. CHANGES:**

**6. NONCONFORMING GOODS:**

**7. SUPPLIER QUALITY AND DEVELOPMENT; INSPECTION:**

**8. FORCE MAJEURE:**

**9. WARRANTY:**

**10. INGREDIENTS DISCLOSURE; SPECIAL WARNINGS AND INSTRUCTIONS:**

**11. INSOLVENCY:**

**12. TERMINATION FOR BREACH OR NONPERFORMANCE; SALE OF ASSETS OR CHANGE IN CONTROL:**

**13. TERMINATION FOR CONVENIENCE:**

**14. INTELLECTUAL PROPERTY:**

**15. TECHNICAL INFORMATION DISCLOSED TO BUYER:**

**16. INDEMNIFICATION:**

**17. INSURANCE:**

**18. SELLER'S PROPERTY:**

**19. BUYER'S PROPERTY:**

**20. SERVICE AND REPLACEMENT PARTS:**

**21. REMEDIES:**

**22. CUSTOMS; EXPORT CONTROLS:**

**23. SETOFF/RECOUPMENT:**

**24. NO ADVERTISING:**

**25. COMPLIANCE WITH LAWS; EMPLOYMENT/BUSINESS PRACTICES:**

**26. 3RD PARTIES WAIVER:**

**27. NON-ASSIGNMENT:**

**28. RELATIONSHIP OF PARTIES:**

**29. GOVERNING LAW; JURISDICTION:**

**30. WAIVER OF JURY TRIAL:**

**31. ENTIRE AGREEMENT:**

Special Term B(S) - Insurance

Special Term - Supplier Certification of Compliance with Paragraph 25 of General Terms and Conditions (Compliance with Laws; Employment/Business Practices)

Revised: September 2004



Ronan.Roy@acs-inc.com
08/04/2008 12:00 PM

To  raul.1.urban@gm.com

cc  robert.m.senseney@gm.com, willi.braner@horiba.com

bcc

Subject  Re: TCS19960 / HORIBA

Hi Raul,

Below attached is the copy of PO# TCS19960.

Thanks and Regards,
Ronan Roy
Analyst - GM Global Purchasing
Indirect Support
Ph:801-233-4648
Fax : 602-797-6054
Emai l: ronan.roy@acs-inc.com

raul.1.urban@gm.com@SMTP@Exchange

08/04/2008 11:08 AM

To Ronan Roy/Bangalore@ACS, Pam Karkada/Bangalore@ACS

cc  Willi Branner <willi.braner@horiba.com>@SMTP@Exchange,
robert.m.senseney@gm.com@SMTP@Exchange

Subject TCS19960 / HORIBA

Pam & Ronan,
Please download & email a copy of TCS19960 to HORIBA ( "Willi Branner " <willi.braner@horiba.com> ) at your earliest convenience.

Thank you

Raul Urban
Global Purchasing and Supply Chain
GMPT Lab & Vehicle Test GCTL
GA Machinery & Equipment
General Motors Corporation
Cadillac Building
30009 Van Dyke Av.
Warren, MI  Zc. 48090
Phone Number : 586 575 1340
Fax Number : 586 492 6461
GM Tie-Line : 8 535 1340

e-mail : raul.1.urban@gm.com

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

TCS19960.pdf