Original Po

PO TCS 20442

**GM** General Motors Corporation

## PURCHASE ORDER: TCS20442

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340

| ORDER DATE | | PURCHASING AGENT |
|---|---|---|
| 06/11/08 | R  URBAN | Buyer |
| ALTERATION ISSUE DATE | YY | |
| ALTERATION EFFECTIVE DATE | | |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090                                    US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
TROY MI
48083

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

. . .
00000                                    US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
INVOICE TO:  CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                               US

This order is not binding until accepted. Acceptance should be recorded on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the Terms and Conditions to which is hereby agrees to all provisions of this order.
The order, including the terms and conditions on its face and reverse side hereof, constitutes the complete and final agreement between Buyer and Seller and no other agreements or modifications of any of said terms and conditions shall be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
GM Contract Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | | | | | | | |
|---|---|---|---|---|---|---|---|
| NET  2ND DAY/2ND MTH-10% HLDBK | | | F.O.B | DESTINATION UNLESS OTHERWISE INDICATED | | | |
| | | | | FREIGHT COLLECT | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | UNIT OF MEASURE | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAXCODE /% | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | | IMPORTANT NOTICE: EFF. JAN 13/06 SIGNIFICANT CHANGES HAVE BEEN MADE TO THE GMNA SHIPPING INSTRUCTIONS. PLEASE REVIEW FOR CARRIER UPDATES. NON-COMPLIANCE TO THESE INSTRUCTIONS MAY RESULT IN FREIGHT CHARGES BEING DEBITED BACK TO THE SUPPLIER. | | | | | |
| | | | | | SHIPPING INSTRUCTIONS CAN BE FOUND AT WWW.GMSUPPLYPOWER.COM UNDER GM LINKS / LOGISTICS SHIPPING INFORMATION YOU MUST LOGIN IN | | | | | |
| | | | | | AS A USER TO ACCESS THIS INFORMATION. TO REGISTER AS A USER TO SUPPLY POWER FOLLOW THE REGISTRATION INSTRUCTIONS ON THE HOME PAGE OF SUPPLY POWER OR CALL 866-756-0692. | | | | | |
| | | | | | SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND EQUIPMENT PURCHASING AVAILABLE DURING DETROIT BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT IMEHELPDESK@GM.COM QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT DISBURSEMENTS AT 248-874-4636. | | | | | |

ORIGINAL                                   CONTINUE PAGE 2

CHAM08 4/93

A005404   USER RAUL URBAN

# General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
TROY MI
48083

## PURCHASE ORDER : TCS20442

PAGE 2

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | | PHONE: 586-575-1340 |
| 06/11/08 | | R URBAN    Buyer |
| ALTERATION ISSUE DATE | | YY |
| | | |
| ALTERATION EFFECTIVE DATE | | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
.
.
00000                                    US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                               US

DESTINATION UNLESS OTHERWISE INDICATED

This order is not binding until accepted. Acceptance should be recorded on acknowledgment copy which should be
returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees, by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the exclusive and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. Only those terms and conditions
(if Government Contract Number is Shown hereon, additional Terms and Conditions
Attached Hereto Apply.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | F.O.B | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FREIGHT COLLECT | | | | | | | |

UNLESS OTHERWISE INDICATED IN THIS RFQ, SELLER IS
REQUIRED TO HAVE ELECTRONIC DATA INTERCHANGE
CAPABILITY WORLDWIDE.

EXPORT ADMINISTRATION REGULATIONS (EAR) CONTROLLED
PURCHASES
*************************************************
THE TECHNICAL DATA ASSOCIATED WITH THIS EQUIPMENT,
SERVICE OR PART IS CONTROLLED UNDER U.S. EXPORT LAWS.
YOU MAY NOT EXPORT OR RE-EXPORT THE TECHNICAL DATA,
INCLUDING BUT NOT LIMITED TO PRINTS, ROUTINGS AND
SPECIFICATIONS ASSOCIATED WITH THIS REQUEST FOR
QUOTATION OR PURCHASE CONTRACT WITHOUT THE PROPER
GOVERNMENTAL AUTHORIZATIONS.

CONFIDENTIALITY
SELLER, IN ORDER TO PROVIDE THE SERVICES SET FORTH IN
THIS PURCHASE ORDER, WILL REQUIRE INFORMATION FROM
BUYER WHICH BUYER CONSIDERS CONFIDENTIAL (BUYER'S
INFORMATION). BUYER IS WILLING TO DISCLOSE BUYER'S
INFORMATION ONLY WITH THE UNDERSTANDING THAT SELLER
MAINTAIN ITS CONFIDENTIALITY.
.
ACCORDINGLY, SELLER ACKNOWLEDGES THAT BUYER'S
INFORMATION IS BEING DISCLOSED TO SELLER FOR THE SOLE
PURPOSE OF PERMITTING SELLER TO PERFORM THE SERVICES

PAYMENT TERMS
NET    2ND DAY/2ND MTH-10% HLDBK

A005404    USER RAUL URBAN

ORIGINAL

CONTINUE PAGE    3

CHMX008 4/93

**General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090                                      US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
TROY MI
48083

**PURCHASE ORDER: TCS20442**                          PAGE    3

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340
R URBAN                     Buyer

| ORDER DATE | |
|---|---|
| 06/11/08 | |
| ALTERATION ISSUE DATE | YY |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

SHIP TO:
☐ SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
.
.
00000                                      US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
INVOICE TO: CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                                US

This order is not binding and accepted. Acceptance should be executed on acknowledgment copy which should be returned at once.
On the reverse side hereof are the terms and conditions to which Seller agrees by performance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller, and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is shown hereon, additional Terms and Condition Attached Hereto Apply.

| PAYMENT TERMS | F.O.B | DESTINATION UNLESS OTHERWISE INDICATED | | |
|---|---|---|---|---|
| NET | FREIGHT COLLECT | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | 2ND DAY/2ND MTH-10% HLDBK ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | SET FORTH IN THIS PURCHASE ORDER, AND AGREES THAT IT WILL NOT USE THE INFORMATION FOR ANY OTHER PURPOSE. IN ADDITION, SELLER AGREES THAT IT WILL NOT DISCLOSE, DISSEMINATE OR OTHERWISE MAKE AVAILABLE BUYER'S INFORMATION TO ANYONE, OTHER THAN TO THOSE EMPLOYEES WHO HAVE A NEED TO KNOW IT IN ORDER FOR SELLER TO FULFILL ITS OBLIGATIONS UNDER THIS PURCHASE ORDER. SELLER AGREES THAT IT WILL TAKE APPROPRIATE ACTION BY INSTRUCTION, AGREEMENT, OR OTHERWISE, WITH ANY PERSON PERMITTED ACCESS TO BUYER'S INFORMATION. THE BUYER'S INFORMATION AND ANY ADDITIONS THERETO ARE THE SOLE PROPERTY OF BUYER. AT BUYER'S REQUEST OR UPON COMPLETION OF SELLER'S USE OF BUYER'S INFORMATION, SELLER WILL RETURN ALL COPIES OF BUYER'S INFORMATION TO BUYER OR, AT BUYER'S REQUEST, DESTROY BUYER'S INFORMATION AND CERTIFY SUCH DESTRUCTION TO BUYER. SELLER FURTHER AGREES TO INDEMNIFY AND HOLD BUYER HARMLESS FROM ANY AND ALL LIABILITIES, DAMAGES, FINES, PENALTIES, COSTS, CLAIMS, DEMANDS, AND EXPENSES (INCLUDING COSTS OF DEFENSE, SETTLEMENT, AND REASONABLE ATTORNEY'S FEES), ARISING OUT OF THE DISCLOSURE OR IMPROPER USE OF BUYER'S INFORMATION BY SELLER OR SELLER'S EMPLOYEES. (YC) REF SOR SPECIFICATION FOR 60-HZ MOTOR TEST STAND | | | | | | |

PURCHASING AGENT

CONTINUE PAGE    4

CHMM08 4/93

A005404   USER RAUL URBAN

ORIGINAL

**GM General Motors Corporation**

# PURCHASE ORDER: TCS20442

PAGE 4

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-1340 |
|---|---|
| 06/11/08 | R URBAN |
| ALTERATION ISSUE DATE | YY        Buyer |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

PURCHASING AGENT

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                        US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
TROY MI
48083                        US

SHIP TO:  SEE BODY OF PURCHASE ORDER
          FOR SHIPPING ADDRESS
          .
          .
          00000                        US

INVOICE TO: INVOICE FOR SERVICE, MACHINERY
            & EQUIP ONLY. QUESTIONS TO:
            CUSTOMER SERVICE 248 874-4636
            MAIL INVOICE; GM FSS ABP
            PO BOX 63490, PHOENIX AZ
            85082-3490                 US

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller, and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government contract, Number(s) is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|---|
| NET    2ND DAY/2ND MTH-10% HLDBK | FREIGHT COLLECT | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | 44796 | PRSX9592 002 | | ISSUED BY ROBERT SENSENEY DATED | FEB 25,2008 REV 1 | | | | ASM |

08/29/08  C   0.00%

MECHANICAL DESIGN, ENGINEER, AND MANUFACTURE AN
B-MOTOR TEST FIXTURE FOR LOCKED ROTOR TESTING OF AC
MOTORS, PURSUANT TO SPECIFICATION: "PROPOSED
LOCKED-ROTOR TEST STAND".
ROBERT SENSENEY NEXTEL 734-320-8589
WHO ORDERED: NEXTEL 734-320-8589

CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT)
CONTRACT CLAUSE

SPECIAL TERM (U.S.) - C-TPAT

FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED
STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE
RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED
STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP
AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR
INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/
ENFORCEM/TPAT.HTM). AT BUYER'S OR THE CUSTOMS
SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING
ITS COMPLIANCE WITH THE FOREGOING. SELLER SHALL
INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST
ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES

1.0000

CONTINUE PAGE 5

ORIGINAL

A005404  USER RAUL URBAN

C&MM00 4/93

**GM** General Motors Corporation

## PURCHASE ORDER: TCS20442

PAGE 5

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090
US

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

00000    US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490    US

INVOICE TO:

PHONE: 586-575-1340
R URBAN    Buyer
YY

| ORDER DATE | |
|---|---|
| 06/11/08 | |

ALTERATION ISSUE DATE

ALTERATION EFFECTIVE
DATE

PURCHASING AGENT

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
TROY MI
48083

TO:

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

| PAYMENT TERMS | | | F.O.B | DESTINATION UNLESS OTHERWISE INDICATED | | |
|---|---|---|---|---|---|---|
| NET | 2ND DAY/2ND MTH-10% HLDBK | | FREIGHT COLLECT | | | |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract, Government Contract Clauses in Shown Hereon, additional Terms and Conditions Apply.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES) ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE. (AT 5/20/02) (AT) | | | | | | |
| | | | | RIGHT TO AUDIT BY ACCEPTANCE OF A PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFILI- ATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE AVAILABLE FOR AUDIT BY GENERAL MOTORS CORPORATION FOR A PERIOD OF THREE (3) YEARS BEYOND FINAL PAYMENT. | | | | | | |
| | | | | ***** CHANGE ORDER PROCESS ***** *** ENGINEER/SUPPLIER AGREE ON NECESSARY CHANGES AND CO-SIGN ON MEMO DOCUMENT. (INCLUDE P.O. NUMBER ON CORRESPONDENCE). *** CHANGES NOT EFFECTING COSTS MAY BE IMPLEMENTED IMMEDIATELY, FORWARD MEMO DOCUMENT TO BUYER. *** CHANGES INCREASING/DECREASING COST, OR EFFECTING DELIVERY MUST BE QUOTED TO BUYER, INCL. MEMO DOC. *** SUPPLIER MUST NOT PROCEED WITH ENGINEERING CHANGES UNTIL BUYER APPROVAL IS PROVIDED} | | | | | | |
| | | | | RIGHTS OF TITLE | | | | | | |

A005404    USER RAUL URBAN

ORIGINAL

CONTINUE PAGE    6

CHMM08 4/93

**General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

TO:

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
TROY MI
48083

# PURCHASE ORDER: TCS20442

PAGE 6

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340
R URBAN          Buyer
YY

PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 06/11/08 | |

ALTERATION EFFECTIVE DATE

SHIP VIA

REFER TO WWW.GMSUPPLYPOWER.COM

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

US
00000

INVOICE TO:  INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                US

| PAYMENT TERMS | | |
|---|---|---|
| NET | 2ND DAY/2ND MTH-10% HLDBK | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | RTO NUMBER | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

F.O.B                    DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

The orders not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to the Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. The order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller, and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Information is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

SELLER AGREES THAT ALL REPORTS, MANUALS, PROGRAMS,
TAPES, VIDEOS, SOFTWARE, AND ANY OTHER MATERIAL
PREPARED BY SELLER'S EMPLOYEES UNDER THIS PURCHASE
ORDER AND ALL OTHER WORK PRODUCTS OF SELLER'S
EMPLOYEES SHALL BELONG EXCLUSIVELY TO BUYER.  SELLER
AGREES THAT ALL WRITINGS, DISCOVERIES, DESIGNS, MASK
WORKS, INVENTIONS AND IMPROVEMENTS WHETHER
COPYRIGHTABLE, PATENTABLE OR NOT WHICH ARE WRITTEN,
CONCEIVED, CREATED, DISCOVERED OR MADE BY SELLER'S
EMPLOYEES OR SUBCONTRACTORS IN THE COURSE OF THE
WORK DONE UNDER THIS PURCHASE ORDER SHALL BE PROMPTLY
DISCLOSED TO BUYER AND SHALL BECOME BUYER'S SOLE
PROPERTY. (ZG)

FORCED LABOR
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS
ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED
IN 19 USC 1307) EITHER BY SELLER OR SELLER'S
SUPPLIERS.  SELLER SHALL INDEMNIFY BUYER AGAINST ANY
LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS
INCORRECT.  (ZR)

INVOICES
THE SELLER'S INVOICE MUST INCLUDE THE FOLLOWING:
PURCHASE ORDER NUMBER
RELEASE NUMBER REQUIRED FOR ALL BLANKET ORDERS

CONTINUE PAGE   7

ORIGINAL

A005404   USER RAUL URBAN

CHKM02 4/93

**General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090    US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
TROY MI
48083

# PURCHASE ORDER : TCS20442

PAGE    7

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-1340 |
|---|---|
| 06/11/08 | R URBAN |
| ALTERATION ISSUE DATE | Buyer |
| | YY |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA

REFER TO WWW.GMSUPPLYPOWER.COM    PURCHASING AGENT

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
00000    US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490    US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to the buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees in accordance with the order agreement, including the terms and conditions on the face and reverse side hereof, constitute the complete and final agreement between the parties, which cannot be amended except by a writing signed by buyer's authorized representative.
1) General Terms and Conditions (Latest) 2) Special Terms (Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | | | | | | |
|---|---|---|---|---|---|---|
| NET    2ND DAY/2ND MTH-10% HLDBK | | | | F.O.B    FREIGHT COLLECT | DESTINATION UNLESS OTHERWISE INDICATED | |
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER    DATE REQUIRED | TAX CODE / % |

DELIVER TO INFORMATION
REQUESTOR AND ROOM NUMBER OF REQUESTOR
ITEM SEQUENCE NUMBER AS SHOWN ON PURCHASE ORDER
ITEM IDENTIFICATION NUMBER (IF APPLICABLE)
DESCRIPTION
QUANTITY
PRICE
INVOICE APPROVAL NAME AND ADDRESS (IAR)
IF APPLICABLE
ACCOUNT CLASSIFICATION NUMBER AND PRR NUMBER FOR
CONTRACT LABOR OR ENGINEERING DESIGN

NOTICE
THE FOLLOWING TELEPHONE NUMBERS ARE STAFFED TO HANDLE
QUESTIONS CONCERNING INVOICE PAYMENT FOR GENERAL
MOTORS CORPORATION:
DISBURSEMENT ANALYSIS CONTROL 248-874-4636
MEXICO STAFF ACCOUNTING 011-52-841-54000
THE INVOICE NUMBER AND PURCHASE ORDER/RELEASE NUMBER
WILL BE REQUIRED FOR THE PERSON TO ASSIST YOU.

FOR SERVICES ONLY
SUBMIT A DUPLICATE COPY TO REQUESTOR FOR APPROVAL.
PLEASE MARK THIS COPY "RECEIVING SLIP" TO AVOID
CONFUSION. BOTH COPIES ARE REQUIRED TO PROCESS
YOUR INVOICE IN A TIMELY MANNER. (ZM)

| BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|

CONTINUE PAGE    8

ORIGINAL

CHM4008 4/93

A005404  USER RAUL URBAN

# GM General Motors Corporation

## PURCHASE ORDER : TCS20442

PAGE 8

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE : 586-575-1340 |
| 06/11/08 | R URBAN   Buyer |
| ALTERATION ISSUE DATE | YY |

PURCHASING AGENT

ALTERATION EFFECTIVE DATE

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090
US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
TROY MI
48083

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
.
.
00000
US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

This voucher is not binding until accepted. Acceptance should be recorded on acknowledgment copy which should be returned to the buyer...

| PAYMENT TERMS | | | | |
| NET   2ND DAY/2ND MTH-10% HLDBK | | | F.O.B.   FREIGHT COLLECT | DESTINATION UNLESS OTHERWISE INDICATED |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE /% |
|---|---|---|---|---|---|---|---|
| | | | | "DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO | | | |
| | | | | ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED | | | |
| | | | | BELOW." GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE | | | |
| | | | | STATES. AS A RESULT, IN ALL OF THE IDENTIFIED STATES | | | |
| | | | | BELOW LISTED GM CORPORATE ENTITIES WILL REMIT | | | |
| | | | | DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX | | | |
| | | | | LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE | | | |
| | | | | PERSONAL PROPERTY AND SERVICES (1). THEREFORE, | | | |
| | | | | EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL | | | |
| | | | | TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR | | | |
| | | | | THOSE STATES NOT IDENTIFIED BELOW. FOR THOSE STATES | | | |
| | | | | NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE | | | |
| | | | | SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER. | | | |
| | | | | LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX | | | |
| | | | | LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS | | | |
| | | | | WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY: | | | |
| | | | | * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | |
| | | | | GENERAL MOTORS CORPORATION PERMITS: | | | |
| | | | | GEORGIA #044-38-00894-3 | | | |
| | | | | INDIANA #003-2804890001 | | | |
| | | | | KENTUCKY #0000-10 | | | |
| | | | | KANSAS #98-0003B   (FAIRFAX ONLY) | | | |
| | | | | LOUISIANA #6009013-008DP (SHREVEPORT ONLY) | | | |
| | | | | MARYLAND #20 | | | |
| | | | | MICHIGAN #ME-0900440 | | | |
| | | | | MISSISSIPPI #4277 (SPO ONLY) | | | |

CONTINUE PAGE 9

ORIGINAL

A005404   USER RAUL URBAN

CHMA06 4/93

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

**PURCHASE ORDER : TCS20442**

PAGE 9

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) Copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

SHIP TO:

SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

US

00000

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 249 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                         US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
TROY MI
48083

INVOICE TO:

| ORDER DATE | |
|---|---|
| 06/11/08 | PHONE: 586-575-1340 |
| ALTERATION ISSUE DATE | R URBAN |
| YY | Buyer |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

PURCHASING AGENT

PAYMENT TERMS
NET    2ND DAY/2ND MTH-10% HLDBK

F.O.B.    FREIGHT COLLECT    DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MISSOURI #11731559 | | | | | | |
| | | | | NEW JERSEY #NJ9-001-683/000 | | | | | | |
| | | | | NEW YORK #DP-003445 | | | | | | |
| | | | | OHIO #98-000613 | | | | | | |
| | | | | OKLAHOMA #137479 | | | | | | |
| | | | | PENNSYLVANIA #02-93450/DP246 | | | | | | |
| | | | | TEXAS #1-38-0572515-0 | | | | | | |
| | | | | VIRGINIA #998000079 | | | | | | |
| | | | | WISCONSIN #WDP95-01-01012 | | | | | | |
| | | | | * * * * * * * * * * * * * * * | | | | | | |
| | | | | ONSTAR CORPORATION PERMIT: | | | | | | |
| | | | | MICHIGAN #38-3506814 | | | | | | |
| | | | | * * * * * * * * * * * * * * * | | | | | | |
| | | | | SATURN CORPORATION PERMITS: | | | | | | |
| | | | | MICHIGAN #38-2577506 | | | | | | |
| | | | | TENNESSEE #100315259 | | | | | | |
| | | | | * * * * * * * * * * * * * * * | | | | | | |
| | | | | FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION | | | | | | |
| | | | | CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND | | | | | | |
| | | | | USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR | | | | | | |
| | | | | (WITH THE EXCEPTION OF TEXAS), AND SHOULD BE INCLUDED | | | | | | |
| | | | | IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO | | | | | | |
| | | | | SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05) OR | | | | | | |
| | | | | SECTION 6 OF THE GM1638A (08/02), UNLESS THE | | | | | | |
| | | | | RESPONSIBILITY FOR PAYMENT OF SALES & USE TAXES ARE | | | | | | |
| | | | | OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. WITH | | | | | | |

CONTINUE PAGE 10

ORIGINAL

A005404    USER RAUL URBAN

GMM008 4/93

**GM** General Motors Corporation

# PURCHASE
# ORDER : TCS20442

PAGE  10

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE : 586-575-1340 |
| 06/11/08 | R URBAN |
| ALTERATION ISSUE DATE | YY | Buyer |
| ALTERATION EFFECTIVE DATE | | |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

PURCHASING AGENT

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                      US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
TROY MI
48083

SHIP TO:  SEE BODY OF PURCHASE ORDER
          FOR SHIPPING ADDRESS
          :
          :00000                           US
          INVOICE FOR SERVICE, MACHINERY
          & EQUIP ONLY. QUESTIONS TO:
INVOICE TO: CUSTOMER SERVICE 248 874-4636
          MAIL INVOICE: GM FSS ABP
          PO BOX 63490, PHOENIX AZ
          85082-3490                        US

This order is not binding until accepted. Acceptance should be evidenced on acknowledgment copy which should be returned to the seller.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order including any specifications and additions made a part hereof, covers the complete and final agreement between Buyer and Seller, and no other agreement or understanding of any kind modifying any of said terms and conditions.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

PAYMENT TERMS
NET    2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | F.O.B DESTINATION UNLESS OTHERWISE INDICATED | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | FREIGHT COLLECT | | | |

REFERENCE TO TEXAS: IF THE ORDER RELATES TO A
CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE
CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED
CONTRACTS AND AS SUCH SHOULD NOT INCLUDE SALES TAX
IN THE COST OF INCORPORATED MATERIALS OR EQUIPMENT.
IN ADDITION, THE CONTRACTOR SHOULD NOT BILL GM
(GENERAL MOTORS CORPORATION ONLY) FOR SALES TAX ON
THE SEPARATED COSTS OF MATERIAL OR LABOR.  GM WILL
ACCRUE AND REMIT THE APPROPRIATE SALES TAX
DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT
PAY PERMIT.
* * * * * * * * * * * * * * * * * * * * * * * * * * *
ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO
THE FOLLOWING:
*
DISBURSEMENT SERVICES -
    CUSTOMER COMMUNICATION CENTER
    PHONE: (248) 874-4636
* * * * * * * * * * * * * * * * * * * * * * * * * * *
(1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES,
HOTELS, AND MEAL PURCHASES.  TAX IS TO BE PAID
DIRECTLY TO THE SUPPLIER OF THESE ITEMS.

SPECIAL TERM (US) - GOVERNMENT CONTRACTS
*****
BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR

CONTINUE PAGE  11

CHAM606  4/93

A005404  USER RAUL URBAN                    ORIGINAL

GM General Motors Corporation

## PURCHASE ORDER: TCS20442

PAGE 11

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE : 586-575-1340
R URBAN          Buyer

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 06/11/08 | YY | |

PURCHASING AGENT

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090   US

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
:
:
00000   US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490   US

TO:
VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
TROY MI
48083

| PAYMENT TERMS | | | | | |
|---|---|---|---|---|---|
| NET   2ND DAY/2ND MTH-10% HLDBK | | F.O.B DESTINATION UNLESS OTHERWISE INDICATED | | | TAX CODE/% |
| | | FREIGHT COLLECT | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | MODN NAME   DESCRIPTION | REQ NUMBER | DATE REQUIRED | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|

THE UNITED STATES GOVERNMENT. IF SELLER IS A U.S.
ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS,
RULES, AND REGULATIONS THAT ARE APPLICABLE TO SELLER
AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS,
INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO
(1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1)
THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246,
AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5);
(2) UTILIZATION OF SMALL AND DISADVANTAGED BUSINESS
CONCERNS; FAR SUBPARTS 52.219-8 AND 52.219.9);
(3) CONTRACTING WITH BUSINESS CONCERNS OPERATING
IN AREAS OF SURPLUS LABOR (41 CFR 1-1.805); AND
(4) CONTRACTING WITH WOMEN-OWNED BUSINESS CONCERNS
(EXECUTIVE ORDER 12138). (42) 10-29-03

TERMS AND CONDITIONS SEPTEMBER 2004. APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

LAST PAGE

ORIGINAL

A005404   USER RAUL URBAN

CHMMORG 4/93

Amendment    I

20442

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
FAX 602-797-6053
US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
TROY MI
48083

# PURCHASE ORDER: TCS20442 001

PAGE 1

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation Of Express Shipments or insure Parcel Post.

| ORDER DATE | PHONE: 586-575-1340 |
|---|---|
| 06/11/08 | R URBAN |
| ALTERATION ISSUE DATE | Buyer |
| 09/03/08 | YY |
| ALTERATION EFFECTIVE | |
| 09/03/08 | PURCHASING AGENT |

SHIP VIA

REFER TO WWW.GMSUPPLYPOWER.COM

SHIP TO: SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

00000    US

INVOICE TO: INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490    US

| PAYMENT TERMS | F.O.B | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | FREIGHT COLLECT | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | R.F.Q NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ### SPOT BUY TCS20442 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | | ALTERATION MADE TO ADD ITEM AS PER EMAIL FROM RAUL URBAN DATED 090308......RR | | | | | | |
| | | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | | |
| 00002 | 1 | PRUX4693 001 | | PO AMENDMENT TCS20442: ADD A LINE ITEM TO DESIGN, ENGINEER, AND FABRICATE A BAS PLUS FIXTURE. THE AMENDMENT PROCESS WAS NOT FOLLOWED THROUGH "PROCUREMENT TRACKER" BECAUSE THE PR WAS SPLIT BY THE BUYER AND THUS NO RELEASE NUMBER WAS AVAILABLE. GM REQUESTOR: ROBERT SENSENEY NEXTEL 734-320-8589 DELIVER TO: GENERAL MOTORS 895 JOSLYN, PONTIAC, MI 48340 ATTN: ROBERT M. SENSENEY, 734-320-8589 WHO ORDERED: ROBERT SENSENEY | 09/15/08 | C | 0.00% | 12000.0000 | | EA |

SEP 08 2008

LAST PAGE

CHMA606 4/91

Original  Po

2138

## General Motors Corporation

**PURCHASE ORDER: TCS21384**

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-1340 |
| 07/17/08 | R URBAN |
| ALTERATION ISSUE DATE | YY Buyer |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                    US

VENDOR NUMBER 06-188-9416
HORIBA INSTRUMENTS INC
AUTOMOTIVE SYSTEMS DIV
TO: 5900 HINES DR
ANN ARBOR MI
48108-2225

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                        US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS A&P
PO BOX 63490, PHOENIX AZ
85082-3490                        US

| PAYMENT TERMS | F.O.B | DESTINATION UNLESS OTHERWISE INDICATED |
| NET    2ND DAY/2ND MTH-10% HLDBK | SHIPPING POINT - FREIGHT COLLECT |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

IMPORTANT NOTICE: EFF. JAN 13/06 SIGNIFICANT
CHANGES HAVE BEEN MADE TO THE GMNA SHIPPING
INSTRUCTIONS.  PLEASE REVIEW FOR CARRIER
UPDATES.  NON-COMPLIANCE TO THESE INSTRUCTIONS
MAY RESULT IN FREIGHT CHARGES BEING DEBITED
BACK TO THE SUPPLIER.

SHIPPING INSTRUCTIONS CAN BE FOUND AT
WWW.GMSUPPLYPOWER.COM UNDER
GM LINKS / LOGISTICS SHIPPING INFORMATION
YOU MUST LOGIN IN
AS A USER TO ACCESS THIS INFORMATION.
TO REGISTER AS A USER TO SUPPLY POWER FOLLOW THE
REGISTRATION INSTRUCTIONS ON THE HOME PAGE OF
SUPPLY POWER OR CALL 866-756-0692.

SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND
EQUIPMENT PURCHASING AVAILABLE DURING DETROIT
BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT
IMEHELPDESK@GM.COM
QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT
DISBURSEMENTS AT 248-874-4636.

ORIGINAL

CONTINUE PAGE 2

CHMMGR 4/93

A005430   USER RAUL URBAN

GM General Motors Corporation

# PURCHASE ORDER: TCS21384

PAGE 2

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340

R URBAN

YY    Buyer

| ORDER DATE | |
| --- | --- |
| 07/17/08 | |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PURCHASING AGENT

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                    US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                    US

VENDOR NUMBER 06-188-9416
HORIBA INSTRUMENTS INC
AUTOMOTIVE SYSTEMS DIV
TO: 5900 HINES DR
ANN ARBOR MI
48108-2225

PAYMENT TERMS
NET    2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

F.O.B    DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT



UNLESS OTHERWISE INDICATED IN THIS RFQ, SELLER IS
REQUIRED TO HAVE ELECTRONIC DATA INTERCHANGE
CAPABILITY WORLDWIDE.

EXPORT ADMINISTRATION REGULATIONS (EAR) CONTROLLED
PURCHASES
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
THE TECHNICAL DATA ASSOCIATED WITH THIS EQUIPMENT,
SERVICE OR PART IS CONTROLLED UNDER U.S. EXPORT LAWS.
YOU MAY NOT EXPORT OR RE-EXPORT THE TECHNICAL DATA,
INCLUDING BUT NOT LIMITED TO PRINTS, ROUTINGS AND
SPECIFICATIONS ASSOCIATED WITH THIS REQUEST FOR
QUOTATION OR PURCHASE CONTRACT WITHOUT THE PROPER
GOVERNMENTAL AUTHORIZATIONS.

CONFIDENTIALITY
SELLER, IN ORDER TO PROVIDE THE SERVICES SET FORTH IN
THIS PURCHASE ORDER, WILL REQUIRE INFORMATION FROM
BUYER WHICH BUYER CONSIDERS CONFIDENTIAL (BUYER'S
INFORMATION). BUYER IS WILLING TO DISCLOSE BUYER'S
INFORMATION ONLY WITH THE UNDERSTANDING THAT SELLER
MAINTAIN ITS CONFIDENTIALITY.

ACCORDINGLY, SELLER ACKNOWLEDGES THAT BUYER'S
INFORMATION IS BEING DISCLOSED TO SELLER FOR THE SOLE
PURPOSE OF PERMITTING SELLER TO PERFORM THE SERVICES

CONTINUE PAGE    3

CHKM08 4/93

A005430    USER RAUL URBAN    ORIGINAL

General Motors Corporation

# PURCHASE ORDER: TCS21384

PAGE 3

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340

| ORDER DATE | 07/17/08 | R URBAN | Buyer |
| ALTERATION ISSUE DATE | YY | | PURCHASING AGENT |
| ALTERATION EFFECTIVE DATE | | | |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

**SHIP TO:**
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                    US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:

**INVOICE TO:**
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM PSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

This order is for lending and acceptance. Acceptance should be executed on acknowledgement copy which must be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreements in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Clauses are Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

| F.O.B | DESTINATION UNLESS OTHERWISE INDICATED |
| SHIPPING POINT - FREIGHT COLLECT | TAX CODE/% |

**TO:**
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                    US

VENDOR NUMBER 06-188-9416
HORIBA INSTRUMENTS INC
AUTOMOTIVE SYSTEMS DIV
5900 HINES DR
ANN ARBOR MI
48108-2225

| PAYMENT TERMS | | |
| NET | 2ND DAY/2ND MTH-10% HLDBK | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | R&D NUMBER | DATE REQUIRED | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | SET FORTH IN THIS PURCHASE ORDER, AND AGREES THAT IT | | | | | |
| | | | | WILL NOT USE THE INFORMATION FOR ANY OTHER PURPOSE. | | | | | |
| | | | | IN ADDITION, SELLER AGREES THAT IT WILL NOT DISCLOSE, | | | | | |
| | | | | DISSEMINATE OR OTHERWISE MAKE AVAILABLE BUYER'S | | | | | |
| | | | | INFORMATION TO ANYONE, OTHER THAN TO THOSE EMPLOYEES | | | | | |
| | | | | WHO HAVE A NEED TO KNOW IT IN ORDER FOR SELLER TO | | | | | |
| | | | | FULFILL ITS OBLIGATIONS UNDER THIS PURCHASE ORDER. | | | | | |
| | | | | SELLER AGREES THAT IT WILL TAKE APPROPRIATE ACTION | | | | | |
| | | | | BY INSTRUCTION, AGREEMENT, OR OTHERWISE, WITH ANY | | | | | |
| | | | | PERSON PERMITTED ACCESS TO BUYER'S INFORMATION. | | | | | |
| | | | | THE BUYER'S INFORMATION AND ANY ADDITIONS THERETO ARE | | | | | |
| | | | | THE SOLE PROPERTY OF BUYER.  AT BUYER'S REQUEST OR | | | | | |
| | | | | UPON COMPLETION OF SELLER'S USE OF BUYER'S | | | | | |
| | | | | INFORMATION, SELLER WILL RETURN ALL COPIES OF BUYER'S | | | | | |
| | | | | INFORMATION TO BUYER OR, AT BUYER'S REQUEST, DESTROY | | | | | |
| | | | | BUYER'S INFORMATION AND CERTIFY SUCH DESTRUCTION TO | | | | | |
| | | | | BUYER. | | | | | |
| | | | | SELLER FURTHER AGREES TO INDEMNIFY AND HOLD BUYER | | | | | |
| | | | | HARMLESS FROM ANY AND ALL LIABILITIES, DAMAGES, FINES, | | | | | |
| | | | | PENALTIES, COSTS, CLAIMS, DEMANDS, AND EXPENSES | | | | | |
| | | | | (INCLUDING COSTS OF DEFENSE, SETTLEMENT, AND | | | | | |
| | | | | REASONABLE ATTORNEY'S FEES), ARISING OUT OF THE | | | | | |
| | | | | DISCLOSURE OR IMPROPER USE OF BUYER'S INFORMATION BY | | | | | |
| | | | | SELLER OR SELLER'S EMPLOYEES. (YC) | | | | | |

ORIGINAL

CONTINUE PAGE 4

A005430  USER RAUL URBAN

CHAMM06 4/93

# PURCHASE ORDER: TCS21384

PAGE 4

General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090
US

TO: VENDOR NUMBER 06-188-9416
HORIBA INSTRUMENTS INC
AUTOMOTIVE SYSTEMS DIV
5900 HINES DR
ANN ARBOR MI
48108-2225

SHIP TO: GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920
US

INVOICE TO: INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490  US

This Number Must Appear On All Invoices, Packing Slips.
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340
R URBAN                    Buyer
YY

ORDER DATE: 07/17/08
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

PURCHASING AGENT

| ITEM SEQUENCE | QUANTITY ORDERED | NOUN NAME | ITEM IDENTIFICATION NO. | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 00001 | 38551 | PRRX6544 001 | | PILLOW BLOCK BEARING AND PEDESTAL FOR ENGINE | | 09/29/08 | C  0.00% | 1.0000 | | EA |

PAYMENT TERMS: NET  2ND DAY/2ND MTH-10% HLDBK

F.O.B.  DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

This order is not binding until accepted. Acceptance should be indicated on acknowledgment copy which should be returned to Buyer.
(In the event a this hereof are the terms and conditions to which seller agrees by acceptance of this order. The order including the terms and conditions on the face and reverse side hereof, includes the complete and final expression of the agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is shown herein, additional Terms and Condition
Attached Hereto Apply.

COMPONENT TESTING INCLUDING THE FOLLOWING
COMPONENTS: SPINDLE BEARING RATED FOR 6000 RPM, HUB
DYNO END, HUB TEST ARTICLE END, ENCODER BRACKET,
TIMING PULLEY W QD BUSHING, ELEPHANT FOOT PEDESTAL,
MOUNTING PLATE FOR SPINDLE, MOUNTING PLATE FOR
ELEPHANT FOOT, DRIVE SHAFT.
DOUGLAS PARENT  586-634-8220
DELIVER TO: DOUGLAS J. PARENT
895 JOSLYN AVE.
PONTIAC, MI 48340
ATTN: DOUG PARENT, 586.634.8220
GMPTG HEADQUARTERS DOCK 45 - SEND TO INSTRUMENTATION
DROP ZONE.
WHO ORDERED: PARENT 586-634-8220

CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT)
CONTRACT CLAUSE

SPECIAL TERM (U.S.) - C-TPAT

FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED
STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE
RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED
STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP

ORIGINAL

CONTINUE PAGE  5

CHRM08  4/93

A005430  USER RAUL URBAN



# PURCHASE ORDER: TCS21384

PAGE 5

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-1340 |
|---|---|
| 07/17/08 | R URBAN |
| ALTERATION ISSUE DATE | YY          Buyer |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA

REFER TO WWW.GMSUPPLYPOWER.COM

PURCHASING AGENT

## General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
FAX 602-797-6053
48090                                US

VENDOR NUMBER 06-188-9416
HORIBA INSTRUMENTS INC
TO: AUTOMOTIVE SYSTEMS DIV
5900 HINES DR
ANN ARBOR MI
48108-2225

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                          US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                          US

| PAYMENT TERMS | F.O.B | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|---|
| NET  2ND DAY/2ND MTH-10% HLDBK | SHIPPING POINT - FREIGHT COLLECT | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR
INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/
ENFORCEM/TPAT.HTM). AT BUYER'S OR THE CUSTOMS
SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING
ITS COMPLIANCE WITH THE FOREGOING. SELLER SHALL
INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST
ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES
(INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES)
ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE.
(AT 6/20/02)
(AT)

RIGHT TO AUDIT
BY ACCEPTANCE OF A PURCHASE ORDER THE SELLER OF GOODS
AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL
CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFILI-
ATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY GENERAL MOTORS CORPORATION FOR
A PERIOD OF THREE (3) YEARS BEYOND FINAL PAYMENT.

     ***** CHANGE ORDER PROCESS *****
*** ENGINEER/SUPPLIER AGREE ON NECESSARY CHANGES AND
    CO-SIGN ON MEMO DOCUMENT, (INCLUDE P.O. NUMBER ON
    CORRESPONDENCE).
*** CHANGES NOT EFFECTING COSTS MAY BE IMPLEMENTED

A005430   USER RAUL URBAN

ORIGINAL                    CONTINUE PAGE   6

CHMAM08 4/93

**GM** General Motors Corporation

# PURCHASE ORDER : TCS21384

PAGE 6

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-1340 |
|---|---|
| 07/17/08 | R URBAN |
| ALTERATION ISSUE DATE | YY          Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                              US

VENDOR NUMBER 06-188-9416
TO: HORIBA INSTRUMENTS INC
AUTOMOTIVE SYSTEMS DIV
5900 HINES DR
ANN ARBOR MI
48108-2225

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                    US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
INVOICE TO: CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller, and no other agreements in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract (where shown hereon) additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | | F.O.B | DESTINATION UNLESS OTHERWISE INDICATED | | |
|---|---|---|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | | SHIPPING POINT - FREIGHT COLLECT | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | MFG NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

*** IMMEDIATELY, FORWARD MEMO DOCUMENT TO BUYER.
    CHANGES INCREASING/DECREASING COST, OR EFFECTING
    DELIVERY MUST BE QUOTED TO BUYER, INCL. MEMO DOC.
*** SUPPLIER MUST NOT PROCEED WITH ENGINEERING
    CHANGES UNTIL BUYER APPROVAL IS PROVIDED)

RIGHTS OF TITLE
SELLER AGREES THAT ALL REPORTS, MANUALS, PROGRAMS,
TAPES, VIDEOS, SOFTWARE, AND ANY OTHER MATERIAL
PREPARED BY SELLER'S EMPLOYEES UNDER THIS PURCHASE
ORDER AND ALL OTHER WORK PRODUCTS OF SELLER'S
EMPLOYEES SHALL BELONG EXCLUSIVELY TO BUYER.  SELLER
AGREES THAT ALL WRITINGS, DISCOVERIES, DESIGNS, MASK
WORKS, INVENTIONS AND IMPROVEMENTS WHETHER
COPYRIGHTABLE, PATENTABLE OR NOT WHICH ARE WRITTEN,
CONCEIVED, CREATED, DISCOVERED OR MADE BY SELLER'S
EMPLOYEES OR SUBCONTRACTORS IN THE COURSE OF THE
WORK DONE UNDER THIS PURCHASE ORDER SHALL BE PROMPTLY
DISCLOSED TO BUYER AND SHALL BECOME BUYER'S SOLE
PROPERTY.  (ZG)

FORCED LABOR
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS
ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED
IN 19 USC 1307) EITHER BY SELLER OR SELLER'S
SUPPLIERS.  SELLER SHALL INDEMNIFY BUYER AGAINST ANY

CONTINUE PAGE    7

CHMM06 4/93

ORIGINAL

A005430   USER RAUL URBAN



**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                    US

VENDOR NUMBER 06-188-9416
HORIBA INSTRUMENTS INC
AUTOMOTIVE SYSTEMS DIV
TO: 5900 HINES DR
ANN ARBOR MI
48108-2225

# PURCHASE
# ORDER: TCS21384

PAGE 8

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340
R URBAN
YY                                   Buyer

| ORDER DATE | |
|---|---|
| 07/17/08 | |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

PURCHASING AGENT

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                           US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                           US

This order is not binding until accepted. Acceptance should be intended on acknowledgment copy which should be returned to Buyer.
(to the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final
agreement between Buyer and Seller and no other agreement or modifying in any way the terms and conditions
will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Clause is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

PAYMENT TERMS
NET    2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | F.O.B. | SHIPPING POINT - FREIGHT COLLECT | DESTINATION UNLESS OTHERWISE INDICATED | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | DESCRIPTION | MFG NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |

WILL BE REQUIRED FOR THE PERSON TO ASSIST YOU.

...

FOR SERVICES ONLY
SUBMIT A DUPLICATE COPY TO REQUESTOR FOR APPROVAL.
PLEASE MARK THIS COPY "RECEIVING SLIP" TO AVOID
CONFUSION. BOTH COPIES ARE REQUIRED TO PROCESS
YOUR INVOICE IN A TIMELY MANNER.   (ZM)

"DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO
ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED
BELOW." GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE
STATES.  AS A RESULT, IN ALL OF THE IDENTIFIED STATES
BELOW LISTED GM CORPORATE ENTITIES WILL REMIT
DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX
LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE
PERSONAL PROPERTY AND SERVICES (1).  THEREFORE,
EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL
TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR
THOSE STATES NOT IDENTIFIED BELOW.  FOR THOSE STATES
NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE
SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER.
LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX
LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS
WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY:
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
GENERAL MOTORS CORPORATION PERMITS:

ORIGINAL                    CONTINUE PAGE    9

A005430  USER RAUL URBAN

CHMX08 4/93

General Motors Corporation

# PURCHASE
# ORDER : TCS21384

PAGE 9

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE : 586-575-1340 |
| 07/17/08 | R URBAN |
| ALTERATION ISSUE DATE | YY    Buyer |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

| BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |

PURCHASING AGENT

CONTINUE PAGE    10

CHMM08 4/93

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                    US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

F.O.B  DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be
returned to Buyer.
This order, including the terms and conditions on which Seller agrees by acceptance of this order,
constitutes the complete and final agreement between Buyer and Seller and no other terms or conditions, nor any prior or
contemporaneous agreement of any kind, shall be binding upon Buyer unless accepted in writing by Buyer's authorized representative.
(If Government Contract Number is shown hereon, additional Terms and Conditions
Attached Hereto Apply.)

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                    US

TO:
VENDOR NUMBER 06-188-9416
HORIBA INSTRUMENTS INC
AUTOMOTIVE SYSTEMS DIV
5900 HINES DR
ANN ARBOR MI
48108-2225

| PAYMENT TERMS | | | | | | |
|---|---|---|---|---|---|---|
| NET  2ND DAY/2ND MTH-10% HLDBK | | | | | | |
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | MFG NUMBER | DATE REQUIRED | TAX CODE/% |

GEORGIA #044-38-00894-3
INDIANA #003-2804890001
KENTUCKY #0000-10
KANSAS #98-0003B  (FAIRFAX ONLY)
LOUISIANA #6009013-008DP (SHREVEPORT ONLY)
MARYLAND #20
MICHIGAN #ME-0900440
MISSISSIPPI #4277 (SPO ONLY)
MISSOURI #11731559
NEW JERSEY #N79-001-683/000
NEW YORK #DP-003445
OHIO #98-000613
OKLAHOMA #137479
PENNSYLVANIA #02-93450/DP246
TEXAS #1-38-0572515-0
VIRGINIA #998000793
WISCONSIN #WDP95-01-01012
* * * * * * * * * * * * * * * * *
ONSTAR CORPORATION PERMIT:
MICHIGAN #38-3506814
* * * * * * * * * * * * * * * * *
SATURN CORPORATION PERMITS:
MICHIGAN #38-2577506
TENNESSEE #100315259
* * * * * * * * * * * * * * * * *
FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION

ORIGINAL

A005430  USER RAUL URBAN

**General Motors Corporation**

## PURCHASE ORDER : TCS21384

PAGE 10

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
FAX 602-797-6053
US

TO:
VENDOR NUMBER 06-188-9416
HORIBA INSTRUMENTS INC
AUTOMOTIVE SYSTEMS DIV
5900 HINES DR
ANN ARBOR MI
48108-2225

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13   DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920
US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

This order is not being sold and accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
In the event the Vendor uses his own terms and conditions in which Seller agrees to perform the scope of this order, the Terms and Conditions of this order will prevail over any terms and conditions on the face and reverse side hereof, contain the contract and final agreement between Buyer and Seller and no other prior or modifying any of said terms and condition) if Government Contract Number is shown hereon, additional terms and conditions will be binding upon modification unless in writing and signed by Buyer's authorized representative.
If Government Contract Number is shown hereon, additional Terms and Conditions Attached Hereto Apply.

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340

| ORDER DATE | | |
|---|---|---|
| 07/17/08 | R URBAN | Buyer |
| ALTERATION ISSUE DATE | YY | |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT | |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

PAYMENT TERMS
NET   2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | F.O.B | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DESTINATION UNLESS OTHERWISE INDICATED | | | | | | | |
| | | | | SHIPPING POINT - FREIGHT COLLECT | | | | | | | |

CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND
USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR
(WITH THE EXCEPTION OF TEXAS), AND SHOULD BE INCLUDED
IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO
SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05) OR
SECTION 6 OF THE GM1638A (08/02), UNLESS THE
RESPONSIBILITY FOR PAYMENT OF SALES & USE TAXES ARE
OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. WITH
REFERENCE TO TEXAS: IF THE ORDER RELATES TO A
CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE
CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED
CONTRACTS AND AS SUCH SHOULD NOT INCLUDE SALES TAX
IN THE COST OF INCORPORATED MATERIALS OR EQUIPMENT.
IN ADDITION, THE CONTRACTOR SHOULD NOT BILL GM
(GENERAL MOTORS CORPORATION ONLY) FOR SALES TAX ON
THE SEPARATED COSTS OF MATERIAL OR LABOR. GM WILL
ACCRUE AND REMIT THE APPROPRIATE SALES TAX
DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT
PAY PERMIT.
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO
THE FOLLOWING:
*
DISBURSEMENT SERVICES -
CUSTOMER COMMUNICATION CENTER
PHONE: (248) 874-4636

CONTINUE PAGE 11

CHMMB 4/93

ORIGINAL

A005430   USER RAUL URBAN

12/12

## General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL, PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

US

VENDOR NUMBER 06-188-9416
HORIBA INSTRUMENTS INC
AUTOMOTIVE SYSTEMS DIV
5900 HINES DR
ANN ARBOR MI
48108-2225

**SHIP TO:**
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                    US

**INVOICE TO:**
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

# PURCHASE ORDER: TCS21384

**PAGE 11**

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-1340 |
|---|---|
| 07/17/08 | R URBAN          Buyer |
| ALTERATION ISSUE DATE | YY |
| ALTERATION EFFECTIVE DATE | |

**SHIP VIA**
REFER TO WWW.GMSUPPLYPOWER.COM

PURCHASING AGENT

| PAYMENT TERMS | | |
|---|---|---|
| NET    2ND DAY/2ND MTH-10% HLDBK | | |

**This order is not binding until accepted...** (fine print)

| F.O.B | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|
| | SHIPPING POINT - FREIGHT COLLECT |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | * * * * * * * * * * * * * * * * * * | | | | | | |
| | | | | (1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES, | | | | | | |
| | | | | HOTELS, AND MEAL PURCHASES.  TAX IS TO BE PAID | | | | | | |
| | | | | DIRECTLY TO THE SUPPLIER OF THESE ITEMS. | | | | | | |
| | | | | | | | | | | |
| | | | | SPECIAL TERM (US) - GOVERNMENT CONTRACTS | | | | | | |
| | | | | ***** | | | | | | |
| | | | | BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR | | | | | | |
| | | | | THE UNITED STATES GOVERNMENT. IF SELLER IS A U.S. | | | | | | |
| | | | | ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS, | | | | | | |
| | | | | RULES, AND REGULATIONS THAT ARE APPLICABLE TO SELLER | | | | | | |
| | | | | AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS, | | | | | | |
| | | | | INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO | | | | | | |
| | | | | (1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1) | | | | | | |
| | | | | THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246, | | | | | | |
| | | | | AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5) | | | | | | |
| | | | | CONCERNS; FAR SUBPARTS 52.219-8 AND 52.219.9); | | | | | | |
| | | | | (2) UTILIZATION OF SMALL AND DISADVANTAGED BUSINESS | | | | | | |
| | | | | (3) CONTRACTING WITH BUSINESS CONCERNS OPERATING | | | | | | |
| | | | | IN AREAS OF SURPLUS LABOR (41 CFR 1-1.805); AND | | | | | | |
| | | | | (4) CONTRACTING WITH WOMEN-OWNED BUSINESS CONCERNS | | | | | | |
| | | | | (EXECUTIVE ORDER 12138). (42) 10-29-03 | | | | | | |
| | | | | | | | | | | |
| | | | | TERMS AND CONDITIONS SEPTEMBER 2004, APPLY | | | | | | |
| | | | | OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | | |

LAST PAGE

ORIGINAL

A005430   USER RAUL URBAN

CMMM06 4/93

Original Po

21536

Sc #4 01742

**GM** General Motors Corporation

# PURCHASE
## ORDER : TCS21536

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| | |
|---|---|
| ORDER DATE | PHONE: 586-575-1340 |
| 07/23/08 | R URBAN |
| ALTERATION ISSUE DATE | YY    Buyer |
| ALTERATION EFFECTIVE DATE | |

PURCHASING AGENT

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                US

This exhibit is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to buyer.
On the reverse side hereof are the terms and conditions to which seller agrees by acceptance of this order. The entire contract between the parties and consists of the aforesaid terms and conditions, plus the conditions on the schedule and final agreement between the parties and no other agreement in any way modifying any of said terms and conditions will be binding upon the buyers unless made in writing and signed by buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| F.O.B | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|
| FREIGHT COLLECT | |

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
TROY MI
48083

PAYMENT TERMS
NET  2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

IMPORTANT NOTICE: EFF. JAN 13/06  SIGNIFICANT
CHANGES HAVE BEEN MADE TO THE GMNA SHIPPING
INSTRUCTIONS.  PLEASE REVIEW FOR CARRIER
UPDATES.  NON-COMPLIANCE TO THESE INSTRUCTIONS
MAY RESULT IN FREIGHT CHARGES BEING DEBITED
BACK TO THE SUPPLIER.

SHIPPING INSTRUCTIONS CAN BE FOUND AT
WWW.GMSUPPLYPOWER.COM UNDER
GM LINKS / LOGISTICS SHIPPING INFORMATION
YOU MUST LOGIN IN
AS A USER TO ACCESS THIS INFORMATION.
TO REGISTER AS A USER TO SUPPLY POWER FOLLOW THE
REGISTRATION INSTRUCTIONS ON THE HOME PAGE OF
SUPPLY POWER OR CALL 866-756-0692.

SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND
EQUIPMENT PURCHASING AVAILABLE DURING DETROIT
BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT
IMEHELPDESK@GM.COM
QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT
DISBURSEMENTS AT 248-874-4636.

JUL 2 8 2008

ORIGINAL                CONTINUE PAGE 2

A005434  USER RAUL URBAN

CMHA008 4/93

**General Motors Corporation**

# PURCHASE ORDER: TCS21536

PAGE 2

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340
R URBAN                     Buyer
YY

PURCHASING AGENT

| ORDER DATE | | |
|---|---|---|
| 07/23/08 | | |
| ALTERATION ISSUE DATE | | |
| ALTERATION EFFECTIVE DATE | | |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                US

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                     US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
TROY MI
48083

PAYMENT TERMS
NET  2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|

F.O.B DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

This order is not binding until accepted. Acceptance (must be entered in acknowledgement copy which should be returned to buyer.) (On the reverse side hereof are the terms and conditions to which seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between buyer and seller, and no other agreement in any way modifying any of said terms and conditions will be binding upon the buyer unless made in writing and signed by buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.)

UNLESS OTHERWISE INDICATED IN THIS RFQ, SELLER IS
REQUIRED TO HAVE ELECTRONIC DATA INTERCHANGE
CAPABILITY WORLDWIDE.

EXPORT ADMINISTRATION REGULATIONS (EAR) CONTROLLED
PURCHASES
******************************************************
THE TECHNICAL DATA ASSOCIATED WITH THIS EQUIPMENT,
SERVICE OR PART IS CONTROLLED UNDER U.S. EXPORT LAWS.
YOU MAY NOT EXPORT OR RE-EXPORT THE TECHNICAL DATA,
INCLUDING BUT NOT LIMITED TO PRINTS, ROUTINGS AND
SPECIFICATIONS ASSOCIATED WITH THIS REQUEST FOR
QUOTATION OR PURCHASE CONTRACT WITHOUT THE PROPER
GOVERNMENTAL AUTHORIZATIONS.

CONFIDENTIALITY
SELLER, IN ORDER TO PROVIDE THE SERVICES SET FORTH IN
THIS PURCHASE ORDER, WILL REQUIRE INFORMATION FROM
BUYER WHICH BUYER CONSIDERS CONFIDENTIAL (BUYER'S
INFORMATION). BUYER IS WILLING TO DISCLOSE BUYER'S
INFORMATION ONLY WITH THE UNDERSTANDING THAT SELLER
MAINTAIN ITS CONFIDENTIALITY.

ACCORDINGLY, SELLER ACKNOWLEDGES THAT BUYER'S
INFORMATION IS BEING DISCLOSED TO SELLER FOR THE SOLE
PURPOSE OF PERMITTING SELLER TO PERFORM THE SERVICES

ORIGINAL                    CONTINUE PAGE 3

A005434  USER RAUL URBAN

CHM608 4/93

GM | General Motors Corporation

# PURCHASE ORDER: TCS21536

PAGE 3

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**PHONE: 586-575-1340**
R URBAN
YY                Buyer

PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 07/23/08 | | |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090
US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
TROY MI
48083

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920
US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

This order is not binding until accepted and accepted. Acceptance should be assured on Acknowledgement copy which should be returned to Buyer.
That the reverse side hereof are the terms and conditions to which buyer agrees by acceptance of this order.
That this order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between buyer and Seller, and no other agreement in any way modifying any of said terms and conditions will be binding upon the buyer unless made in writing and signed by buyer's authorized representative.
If Government Contract Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | | | F.O.B | DESTINATION UNLESS OTHERWISE INDICATED | | |
|---|---|---|---|---|---|---|
| NET | | | | FREIGHT COLLECT | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2ND DAY/2ND MTH-10% HLDBK | | | | | | | | |

SET FORTH IN THIS PURCHASE ORDER, AND AGREES THAT IT
WILL NOT USE THE INFORMATION FOR ANY OTHER PURPOSE.
IN ADDITION, SELLER AGREES THAT IT WILL NOT DISCLOSE,
DISSEMINATE OR OTHERWISE MAKE AVAILABLE BUYER'S
INFORMATION TO ANYONE, OTHER THAN TO THOSE EMPLOYEES
WHO HAVE A NEED TO KNOW IT IN ORDER FOR SELLER TO
FULFILL ITS OBLIGATIONS UNDER THIS PURCHASE ORDER.
SELLER AGREES THAT IT WILL TAKE APPROPRIATE ACTION
BY INSTRUCTION, AGREEMENT, OR OTHERWISE, WITH ANY
PERSON PERMITTED ACCESS TO BUYER'S INFORMATION
THE BUYER'S INFORMATION AND ANY ADDITIONS THERETO ARE
THE SOLE PROPERTY OF BUYER.  AT BUYER'S REQUEST OR
UPON COMPLETION OF SELLER'S USE OF BUYER'S
INFORMATION, SELLER WILL RETURN ALL COPIES OF BUYER'S
INFORMATION TO BUYER OR, AT BUYER'S REQUEST, DESTROY
BUYER'S INFORMATION AND CERTIFY SUCH DESTRUCTION TO
BUYER.
SELLER FURTHER AGREES TO INDEMNIFY AND HOLD BUYER
HARMLESS FROM ANY AND ALL LIABILITIES, DAMAGES, FINES,
PENALTIES, COSTS, CLAIMS, DEMANDS, AND EXPENSES
(INCLUDING COSTS OF DEFENSE, SETTLEMENT, AND
REASONABLE ATTORNEY'S FEES), ARISING OUT OF THE
DISCLOSURE OR IMPROPER USE OF BUYER'S INFORMATION BY
SELLER OR SELLER'S EMPLOYEES. (YC)

CONTINUE PAGE 4

ORIGINAL

CHMM08 4/93

A005434  USER RAUL URBAN

# General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                          US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
TROY MI
48083

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLIN AVE
PONTIAC MI
48340-2920                  US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                  US

# PURCHASE ORDER: TCS21536

PAGE 4

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-1340 |
| 07/23/08 | R URBAN |
| ALTERATION ISSUE DATE | YY          Buyer |
| ALTERATION EFFECTIVE DATE | |
| SHIP VIA | PURCHASING AGENT |

REFER TO WWW.GMSUPPLYPOWER.COM

| PAYMENT TERMS | | | |
| NET  2ND DAY/2ND MTH-10% HLDBK | | | |
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME |
| 00001 | 21966 | PRSX9456 001 | |

| F.O.B | | | | |
| FREIGHT COLLECT | DESTINATION UNLESS OTHERWISE INDICATED | | | |
| DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | |
| | | 06/09/08 C | 0.00% | |

ITEM # 0101 NF2 FIXTURE FOR BARREL-STYLE
TRANSMISSIONS (4T45 & 4T65)
CHARLES NELSON  586-575-5625
DELIVER TO: GMPT  PONTIAC
895 JOSLIN AVE
PONTIAC, MICHIGAN  480340
ATTN: TIM GOEBEL/ROBERT SENSENEY, 734-320-8589
PONTIAC ONE LAB
WHO ORDERED: NELSON 586-575-5625

CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT)
CONTRACT CLAUSE

SPECIAL TERM (U.S.) - C-TPAT

FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED
STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE
RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED
STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP
AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR
INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/
ENFORCEM/TPAT.HTM) . AT BUYER'S OR THE CUSTOMS
SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING
ITS COMPLIANCE WITH THE FOREGOING. SELLER SHALL
INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST

| BASE UNIT PRICE | BASE PRICE MULTIPLE | UNIT OF MEASURE |
| 1.0000 | | EACH |

CONTINUE PAGE    5

CHMM08 4/93

ORIGINAL

A005434  USER RAUL URBAN

GM General Motors Corporation

## PURCHASE ORDER : TCS21536

PAGE 5

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE : 586-575-1340
R URBAN
Buyer
YY

PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 07/23/08 | | |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                         US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                         US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to the Buyer. (In the event a like hereof are the terms and conditions to which Seller agrees by acceptance of this order. (In the event a like hereof are the terms and conditions to which Seller agrees by acceptance of this order...

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                              US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
TROY MI
48083

PAYMENT TERMS
NET    2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | INFO NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|

F.O.B.
FREIGHT COLLECT

ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES
(INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES)
ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE.
(AT 6/20/02)
(AT)

RIGHT TO AUDIT
BY ACCEPTANCE OF A PURCHASE ORDER THE SELLER OF GOODS
AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL
CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFILI-
ATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY GENERAL MOTORS CORPORATION FOR
A PERIOD OF THREE (3) YEARS BEYOND FINAL PAYMENT.

      ***** CHANGE ORDER PROCESS *****
***  ENGINEER/SUPPLIER AGREE ON NECESSARY CHANGES AND
     CO-SIGN ON MEMO DOCUMENT, (INCLUDE P.O. NUMBER ON
     CORRESPONDENCE).
***  CHANGES NOT EFFECTING COSTS MAY BE IMPLEMENTED
     IMMEDIATELY, FORWARD MEMO DOCUMENT TO BUYER.
***  CHANGES INCREASING/DECREASING COST, OR EFFECTING
     DELIVERY MUST BE QUOTED TO BUYER, INCL. MEMO DOC.
***  SUPPLIER MUST NOT PROCEED WITH ENGINEERING
     CHANGES UNTIL BUYER APPROVAL IS PROVIDED!

CONTINUE PAGE    6

CHMMA08 4/95

ORIGINAL

A005434    USER RAUL URBAN

# General Motors Corporation

## PURCHASE ORDER: TCS21536

PAGE 6

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 07/23/08 | | |

R URBAN          Buyer

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                US

This order is not binding until accepted. Acceptance should be made on acknowledgement copy which should be returned to Buyer.
In the event your order based on the terms and condition to which Seller agrees by acceptance of this order.
This entry, including the terms and conditions on the face and reverse side hereof, constitutes the complete and final agreement between the Buyer and Seller and no other agreement or understanding in any way modifying said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. (If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.)

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
TROY MI
48083

| PAYMENT TERMS | F.O.B | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | FREIGHT COLLECT | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASUR |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | RIGHTS OF TITLE SELLER AGREES THAT ALL REPORTS, MANUALS, PROGRAMS, TAPES, VIDEOS, SOFTWARE, AND ANY OTHER MATERIAL PREPARED BY SELLER'S EMPLOYEES UNDER THIS PURCHASE ORDER AND ALL OTHER WORK PRODUCTS OF SELLER'S EMPLOYEES SHALL BELONG EXCLUSIVELY TO BUYER. SELLER AGREES THAT ALL WRITINGS, DISCOVERIES, DESIGNS, MASK WORKS, INVENTIONS AND IMPROVEMENTS WHETHER COPYRIGHTABLE, PATENTABLE OR NOT WHICH ARE WRITTEN, CONCEIVED, CREATED, DISCOVERED OR MADE BY SELLER'S EMPLOYEES OR SUBCONTRACTORS IN THE COURSE OF THE WORK DONE UNDER THIS PURCHASE ORDER SHALL BE PROMPTLY DISCLOSED TO BUYER AND SHALL BECOME BUYER'S SOLE PROPERTY. (ZG) | | | | | | |
| | | | | FORCED LABOR SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED IN 19 USC 1307) EITHER BY SELLER OR SELLER'S SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS INCORRECT. (ZR) | | | | | | |
| | | | | INVOICES THE SELLER'S INVOICE MUST INCLUDE THE FOLLOWING: PURCHASE ORDER NUMBER | | | | | | |

ORIGINAL

CONTINUE PAGE 7

YY

A005434   USER RAUL URBAN

CHMM08 4/93

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                    US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
TROY MI
48083

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                    US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

This space is not binding and accepted. No reference should be executed an acknowledgement copy which should be returned to buyer. This PO represents entire agreement between buyer and seller. Acceptance of this order. On the reverse site hereof are the terms and conditions to which seller agrees by acceptance of this order. On the reverse site hereof are the terms and conditions to which seller agrees by acceptance of this order. Additional or different terms proposed by seller are rejected unless expressly agreed to in writing. This order, including the terms and conditions on the face and reverse side hereof, contain the complete and final agreement between buyer and seller, and no other agreement in any way modifying any of said terms and conditions shall be binding upon buyer unless made in writing, and signed by buyer's authorized representative. If Government Contract Number's, Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

# PURCHASE ORDER: TCS21536

PAGE  7

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-1340 |
| 07/23/08 | R URBAN |
| ALTERATION ISSUE DATE | YY          Buyer |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

PAYMENT TERMS
NET    2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | NOUN NAME | ITEM IDENTIFICATION NO. | F.O.B. FREIGHT COLLECT | DESTINATION UNLESS OTHERWISE INDICATED | | | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | | | |
| | | | | RELEASE NUMBER REQUIRED FOR ALL BLANKET ORDERS | | | | | | |
| | | | | DELIVER TO INFORMATION | | | | | | |
| | | | | REQUESTOR AND ROOM NUMBER OF REQUESTOR | | | | | | |
| | | | | ITEM SEQUENCE NUMBER AS SHOWN ON PURCHASE ORDER | | | | | | |
| | | | | ITEM IDENTIFICATION NUMBER (IF APPLICABLE) | | | | | | |
| | | | | DESCRIPTION | | | | | | |
| | | | | QUANTITY | | | | | | |
| | | | | PRICE | | | | | | |
| | | | | INVOICE APPROVAL NAME AND ADDRESS (IAR) | | | | | | |
| | | | | IF APPLICABLE | | | | | | |
| | | | | ACCOUNT CLASSIFICATION NUMBER AND PRR NUMBER FOR | | | | | | |
| | | | | CONTRACT LABOR OR ENGINEERING DESIGN | | | | | | |
| | | | | .. | | | | | | |
| | | | | NOTICE | | | | | | |
| | | | | THE FOLLOWING TELEPHONE NUMBERS ARE STAFFED TO HANDLE | | | | | | |
| | | | | QUESTIONS CONCERNING INVOICE PAYMENT FOR GENERAL | | | | | | |
| | | | | MOTORS CORPORATION: | | | | | | |
| | | | | DISBURSEMENT ANALYSIS CONTROL  248-874-4636 | | | | | | |
| | | | | MEXICO STAFF ACCOUNTING  011-52-841-54000 | | | | | | |
| | | | | THE INVOICE NUMBER AND PURCHASE ORDER/RELEASE NUMBER | | | | | | |
| | | | | WILL BE REQUIRED FOR THE PERSON TO ASSIST YOU.. | | | | | | |
| | | | | .. | | | | | | |
| | | | | FOR SERVICES ONLY | | | | | | |
| | | | | SUBMIT A DUPLICATE COPY TO REQUESTOR FOR APPROVAL. | | | | | | |
| | | | | PLEASE MARK THIS COPY "RECEIVING SLIP" TO AVOID | | | | | | |
| | | | | CONFUSION. BOTH COPIES ARE REQUIRED TO PROCESS | | | | | | |

PURCHASING AGENT

CHMM08 4/93

CONTINUE PAGE    8

ORIGINAL

A005434    USER RAUL URBAN

# General Motors Corporation

## PURCHASE ORDER: TCS21536

PAGE 8

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340

| ORDER DATE | |
|---|---|
| 07/23/08 | R URBAN    Buyer |
| ALTERATION ISSUE DATE | YY |
| ALTERATION EFFECTIVE DATE | |

PURCHASING AGENT

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

**SHIP TO:**
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13   DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636

**INVOICE TO:**
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                US

This return is not being used and accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse are the terms and conditions to which Seller agrees by acceptance of this order. This item, including terms and conditions attached hereto and the final and complete agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional terms and Conditions Attached Hereto Apply.

| F.O.B | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|
| FREIGHT COLLECT | TAX CODE /% |

**TO:**
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
TROY MI
48083

PAYMENT TERMS
NET    2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | YOUR INVOICE IN A TIMELY MANNER.  (2M) | | | | | | |

"DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO
ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED
BELOW." GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE
STATES.  AS A RESULT, IN ALL OF THE IDENTIFIED STATES
BELOW LISTED GM CORPORATE ENTITIES WILL REMIT
DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX
LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE
PERSONAL PROPERTY AND SERVICES (1).  THEREFORE,
EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL
TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR
THOSE STATES NOT IDENTIFIED BELOW.  FOR THOSE STATES
NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE
SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER.
LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX
LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS
WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY:
* * * * * * * * * * * * * * * * * * * * * * * * * * *
GENERAL MOTORS CORPORATION PERMITS:
GEORGIA #044-18-00894-3
INDIANA #003-2804890001
KENTUCKY #0000-10
KANSAS #98-0003B  (FAIRFAX ONLY)
LOUISIANA #6009013-008DP (SHREVEPORT ONLY)
MARYLAND #20

ORIGINAL

CONTINUE PAGE    9

CHMMGB 4/93

A005434    USER RAUL URBAN

**GM** General Motors Corporation

# PURCHASE ORDER: TCS21536

PAGE 9

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-1340 |
|---|---|
| 07/23/08 | R. URBAN |
| ALTERATION ISSUE DATE | YY    Buyer |
| ALTERATION EFFECTIVE DATE | |

PURCHASING AGENT

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090    US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
TROY MI
48083

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
PONTIAC MI
48340-2920    US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
INVOICE TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490    US

This article is not binding and accrual occurs or should be executed on acknowledgment copy which should be returned to Buyer.
(In the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. The acceptance of this order on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other provisions by any modifying and/or terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Contract Number is shown hereon, additional Terms and Conditions Attached Hereto Apply.

PAYMENT TERMS

NET  2ND DAY/2ND MTH-10% HLDBK

| F.O.B | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|
| FREIGHT COLLECT | |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MICHIGAN #ME-0900440 | | | | | | |
| | | | | MISSISSIPPI #4277 (SPO ONLY) | | | | | | |
| | | | | MISSOURI #11731559 | | | | | | |
| | | | | NEW JERSEY #NJ9-001-683/000 | | | | | | |
| | | | | NEW YORK #DP-003445 | | | | | | |
| | | | | OHIO #98-000613 | | | | | | |
| | | | | OKLAHOMA #137479 | | | | | | |
| | | | | PENNSYLVANIA #02-93450/DP246 | | | | | | |
| | | | | TEXAS #1-38-05725515-0 | | | | | | |
| | | | | VIRGINIA #998000793 | | | | | | |
| | | | | WISCONSIN #WDP95-01-01012 | | | * | | | |
| | | | | * * * * * * * * * * * * * * * | | | * | | | |
| | | | | ONSTAR CORPORATION PERMIT: | | | * | | | |
| | | | | MICHIGAN #38-3506814 | | | * | | | |
| | | | | * * * * * * * * * * * * * * * | | | * | | | |
| | | | | SATURN CORPORATION PERMITS: | | | * | | | |
| | | | | MICHIGAN #38-2577506 | | | * | | | |
| | | | | TENNESSEE #100315259 | | | * | | | |
| | | | | * * * * * * * * * * * * * * * | | | * | | | |
| | | | | FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION | | | * | | | |
| | | | | CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND | | | | | | |
| | | | | USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR | | | | | | |
| | | | | (WITH THE EXCEPTION OF TEXAS), AND SHOULD BE INCLUDED | | | | | | |
| | | | | IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO | | | | | | |
| | | | | SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05) OR | | | | | | |
| | | | | SECTION 6 OF THE GM1638A (08/02), UNLESS THE | | | | | | |

ORIGINAL                CONTINUE PAGE    10

A005434    USER RAUL URBAN

CHMA005 4/93

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090                                    US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO:  2890 JOHN R RD
TROY MI
48083

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920                          US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY.  QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                          US

# PURCHASE
# ORDER: TCS21536

PAGE  10

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-1340 |
|---|---|
| 07/23/08 | R  URBAN |
| ALTERATION ISSUE DATE | Buyer |
| | YY |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

This order is not binding until accepted. Acceptance should be secured on an acknowledgment copy which should be returned to buyer.
On the reverse are noted are the terms, and conditions in which buffer agrees by acceptance of this order.
This order includes the terms and conditions on the face and reverse side hereof, and any other terms and conditions final
agreements between Buyer and Seller and the other agreements in any way modify or any other terms and conditions
will be binding upon Buyer unless made in writing and signed by buyer's authorized representative.
If Government Contract Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

| PAYMENT TERMS | | | | | | | SHIP VIA | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NET  2ND DAY/2ND MTH-10% HLDBK | | | | | | | REFER TO WWW.GMSUPPLYPOWER.COM | | | |
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B.  DESTINATION UNLESS OTHERWISE INDICATED | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |

FREIGHT COLLECT

RESPONSIBILITY FOR PAYMENT OF SALES & USE TAXES ARE
OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. WITH
REFERENCE TO TEXAS: IF THE ORDER RELATES TO A
CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE
CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED
CONTRACTS AND AS SUCH SHOULD NOT INCLUDE SALES TAX
IN THE COST OF INCORPORATED MATERIALS OR EQUIPMENT.
IN ADDITION, THE CONTRACTOR SHOULD NOT BILL GM
(GENERAL MOTORS CORPORATION ONLY) FOR SALES TAX ON
THE SEPARATED COSTS OF MATERIAL OR LABOR. GM WILL
ACCRUE AND REMIT THE APPROPRIATE SALES TAX
DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT
PAY PERMIT.
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO
THE FOLLOWING:
*
DISBURSEMENT SERVICES -
CUSTOMER COMMUNICATION CENTER
PHONE: (248) 874-4636
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
(1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES,
HOTELS, AND MEAL PURCHASES.  TAX IS TO BE PAID
DIRECTLY TO THE SUPPLIER OF THESE ITEMS.

SPECIAL TERM (US) - GOVERNMENT CONTRACTS

ORIGINAL                          CONTINUE PAGE   11

A005434   USER RAUL URBAN

FAX 602-797-6053

CHMM008 4/93

General Motors Corporation

**PURCHASE ORDER:** TCS21536

PAGE 11

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090
US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
TROY MI
48083

SHIP TO:
GM - POWERTRAIN GLOBAL HQ
ENGINEERING BUILDING
PLANT 13  DOCK 45W
895 JOSLYN AVE
PONTIAC MI
48340-2920
US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-1340 |
| 07/23/08 | R URBAN |
| ALTERATION ISSUE DATE | YY |
|  | Buyer |
| ALTERATION EFFECTIVE DATE |  |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

PUR. MAKING AGENT

This order is not binding unless accepted. Acceptance should be entered on acknowledgement copy which should be
returned to Buyer.
On the reverse side hereof are the terms and conditions on which Seller agrees to acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government contract number is shown hereon, applicable Terms and Conditions
Attached Hereto Apply.

| PAYMENT TERMS | | F.O.B. | | DESTINATION UNLESS OTHERWISE INDICATED | |
| NET | 2ND DAY/2ND MTH-10% HLDBK | FREIGHT COLLECT | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ***** | BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR THE UNITED STATES GOVERNMENT. IF SELLER IS A U.S. ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS, RULES, AND REGULATIONS THAT ARE APPLICABLE TO SELLER AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS, INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO (1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1) THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246, AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5); (2) UTILIZATION OF SMALL AND DISADVANTAGED BUSINESS CONCERNS; FAR SUBPARTS 52.219-8 AND 52.219.9); (3) CONTRACTING WITH BUSINESS CONCERNS OPERATING IN AREAS OF SURPLUS LABOR (41 CFR 1-1.805); AND (4) CONTRACTING WITH WOMEN-OWNED BUSINESS CONCERNS (EXECUTIVE ORDER 12138). (42) 10-29-03 | | | | | | |
| | | | | TERMS AND CONDITIONS SEPTEMBER 2004. APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | | |

LAST PAGE

ORIGINAL

A005434   USER RAUL URBAN

CHMM88 4/93

Original PO

22112

GM General Motors Corporation

**PURCHASE ORDER:** TCS22112

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipment or Insure Parcel Post.

PHONE: 586-575-1340
R URBAN                          Buyer
YY

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE | PURCHASING AGENT |
|---|---|---|---|
| 08/08/08 | | | |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

. . :
. . :
00000                                      US
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                                 US

INVOICE TO:

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                      US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
TROY MI
48083

| PAYMENT TERMS | F.O.B |
|---|---|
| NET    2ND DAY/2ND MTH-10% HLDBK | FREIGHT COLLECT   DESTINATION UNLESS OTHERWISE INDICATED |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ'D NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

IMPORTANT NOTICE: EFF. JAN 13/06  SIGNIFICANT
CHANGES HAVE BEEN MADE TO THE GMNA SHIPPING
INSTRUCTIONS.  PLEASE REVIEW FOR CARRIER
UPDATES.  NON-COMPLIANCE TO THESE INSTRUCTIONS
MAY RESULT IN FREIGHT CHARGES BEING DEBITED
BACK TO THE SUPPLIER.

SHIPPING INSTRUCTIONS CAN BE FOUND AT
WWW.GMSUPPLYPOWER.COM UNDER
GM LINKS / LOGISTICS SHIPPING INFORMATION
YOU MUST LOGIN IN
AS A USER TO ACCESS THIS INFORMATION.
TO REGISTER AS A USER TO SUPPLY POWER FOLLOW THE
REGISTRATION INSTRUCTIONS ON THE HOME PAGE OF
SUPPLY POWER OR CALL 866-756-0692.

SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND
EQUIPMENT PURCHASING AVAILABLE DURING DETROIT
BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT
IMEHELPDESK@GM.COM
QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT
DISBURSEMENTS AT 248-874-4636.

CONTINUE PAGE 2

ORIGINAL

CMMA008 4/93

A005446  USER RAUL URBAN

AUG 1 5 2008

**GM** General Motors Corporation

# PURCHASE ORDER: TCS22112

PAGE 2

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
US
48090

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
TROY MI
48083

SHIP TO:
```
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
```
US

INVOICE TO:
```
00000
```
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490            US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
2 copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340
R URBAN
YY                  Buyer

| ORDER DATE | |
|---|---|
| 08/08/08 | |
| ALTERATION ISSUE DATE | |
| | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

PURCHASING AGENT

| PAYMENT TERMS | | F.O.B | DESTINATION UNLESS OTHERWISE INDICATED | | |
|---|---|---|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | | FREIGHT COLLECT | | | |

This article not landing until accepted. Acceptance should be executed an acknowledgment copy which should be returned to Buyer.
The order, including its terms and conditions on which Seller agrees by its receipt of this order.
The terms including its terms and conditions on the face and reverse side hereof, consists the complete and final agreement between the parties and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
(Government Contract Contract Seller is Shown Herein, additional Terms and Conditions Attached Hereto Apply.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

UNLESS OTHERWISE INDICATED IN THIS RFQ, SELLER IS
REQUIRED TO HAVE ELECTRONIC DATA INTERCHANGE
CAPABILITY WORLDWIDE.

EXPORT ADMINISTRATION REGULATIONS (EAR) CONTROLLED
PURCHASES
***********************************************

THE TECHNICAL DATA ASSOCIATED WITH THIS EQUIPMENT,
SERVICE OR PART IS CONTROLLED UNDER U.S. EXPORT LAWS.
YOU MAY NOT EXPORT OR RE-EXPORT THE TECHNICAL DATA,
INCLUDING BUT NOT LIMITED TO PRINTS, ROUTINGS AND
SPECIFICATIONS ASSOCIATED WITH THIS REQUEST FOR
QUOTATION OR PURCHASE CONTRACT WITHOUT THE PROPER
GOVERNMENTAL AUTHORIZATIONS.

CONFIDENTIALITY
SELLER, IN ORDER TO PROVIDE THE SERVICES SET FORTH IN
THIS PURCHASE ORDER, WILL REQUIRE INFORMATION FROM
BUYER WHICH BUYER CONSIDERS CONFIDENTIAL (BUYER'S
INFORMATION). BUYER IS WILLING TO DISCLOSE BUYER'S
INFORMATION ONLY WITH THE UNDERSTANDING THAT SELLER
MAINTAIN ITS CONFIDENTIALITY.

ACCORDINGLY, SELLER ACKNOWLEDGES THAT BUYER'S
INFORMATION IS BEING DISCLOSED TO SELLER FOR THE SOLE
PURPOSE OF PERMITTING SELLER TO PERFORM THE SERVICES

CONTINUE PAGE 3

ORIGINAL

CHMMCB 4/93

A005446    USER RAUL URBAN

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

TO:
VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
TROY MI
48083

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490    US

# PURCHASE
# ORDER: TCS22112

PAGE    3

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-1340 |
| 08/08/08 | R URBAN |
| ALTERATION ISSUE DATE | YY    Buyer |
| ALTERATION EFFECTIVE DATE | |

PURCHASING AGENT

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

PAYMENT TERMS    NET    2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B DESTINATION UNLESS OTHERWISE INDICATED | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|

FREIGHT COLLECT

SET FORTH IN THIS PURCHASE ORDER, AND AGREES THAT IT
WILL NOT USE THE INFORMATION FOR ANY OTHER PURPOSE.
IN ADDITION, SELLER AGREES THAT IT WILL NOT DISCLOSE,
DISSEMINATE OR OTHERWISE MAKE AVAILABLE BUYER'S
INFORMATION TO ANYONE, OTHER THAN TO THOSE EMPLOYEES
WHO HAVE A NEED TO KNOW IT IN ORDER FOR SELLER TO
FULFILL ITS OBLIGATIONS UNDER THIS PURCHASE ORDER.
SELLER AGREES THAT IT WILL TAKE APPROPRIATE ACTION
BY INSTRUCTION, AGREEMENT, OR OTHERWISE, WITH ANY
PERSON PERMITTED ACCESS TO BUYER'S INFORMATION.
THE BUYER'S INFORMATION AND ANY ADDITIONS THERETO ARE
THE SOLE PROPERTY OF BUYER. AT BUYER'S REQUEST OR
UPON COMPLETION OF SELLER'S USE OF BUYER'S
INFORMATION, SELLER WILL RETURN ALL COPIES OF BUYER'S
INFORMATION TO BUYER OR, AT BUYER'S REQUEST, DESTROY
BUYER'S INFORMATION AND CERTIFY SUCH DESTRUCTION TO
BUYER.

SELLER FURTHER AGREES TO INDEMNIFY AND HOLD BUYER
HARMLESS FROM ANY AND ALL LIABILITIES, DAMAGES, FINES,
PENALTIES, COSTS, CLAIMS, DEMANDS, AND EXPENSES
(INCLUDING COSTS OF DEFENSE, SETTLEMENT, AND
REASONABLE ATTORNEY'S FEES), ARISING OUT OF THE
DISCLOSURE OR IMPROPER USE OF BUYER'S INFORMATION BY
SELLER OR SELLER'S EMPLOYEES. (YC)

REF MP2500582212 SOR FOR HYBRID EXPANSION ISSUED

A005446    USER RAUL URBAN                ORIGINAL              CONTINUE PAGE    4        CHMM98 4/93

 General Motors Corporation

# PURCHASE ORDER: TCS22112

PAGE 4

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 08/08/08 | PHONE: 586-575-1340 |
| ALTERATION ISSUE DATE | | R URBAN |
| ALTERATION EFFECTIVE DATE | | YY    Buyer |

SHIP VIA    REFER TO WWW.GMSUPPLYPOWER.COM

PURCHASING AGENT

SHIP TO:  SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
.    .    .    .    .    .    .    .
000000                               US

INVOICE TO:  INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                     US

This order is not binding until accepted. Acceptance should be recorded on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of the order.
This order, including the terms and conditions on the back and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreements in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

TO:  GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090                               US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
TROY MI
48083

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
| NET 2ND DAY/2ND MTH-10% HLDBK | FREIGHT COLLECT | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | BY ROBERT SENSENEY DATED 06/24/08 PRTX6056 | | | | | | |
| 00001 | 498237 | PRTX6056 001 | | 5003820  150 KW CONVERTEAM DC-DC CONVERTER WITH COMMISSIONING FOR TEST CELLS D111, D129, AND D143. DELIVER TO: ROBERT SENSENEY 895 JOSLIN ROAD, DOCK 45 PONTIAC, MI 48340 ATTN: ROBERT SENSENEY, 734-320-8589 WHO ORDERED: NEXTEL 734-320-8589 | PRTX6056 | 01/01/09 | C  0.00% | 1.0000 | | EA |
| 00002 | 13812 | PRTX6056 002 | | ENGINEERING AND INSTALLATION SUPERVISION FOR (3) DC - DC CONVERTERS AND (3) CB1 BOXES IN TEST CELLS D111, D129, AND D143, PURSUANT TO SPECIFICATIONS. ROBERT SENSENEY NEXTEL 734-320-8589 WHO ORDERED: NEXTEL 734-320-8589 | | 01/01/09 | C  0.00% | 1.0000 | | BNDL |
| 00003 | 166079 | PRTX6056 003 | | 5003821  150 KW UNICO DC-DC CONVERTER WITH COMMISSIONING FOR TEST CELL C005. ROBERT SENSENEY NEXTEL 734-320-8589 WHO ORDERED: NEXTEL 734-320-8589 | | 01/01/09 | C  0.00% | 1.0000 | | EA |

ORIGINAL

CONTINUE PAGE 5

CHMMCB 4/93

A005446  USER RAUL URBAN

# General Motors Corporation

GM

TO:

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090
US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
TROY MI
48083

SHIP TO:

[SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
.
.
00000
US

INVOICE TO:

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

## PURCHASE ORDER: TCS22112

PAGE 5

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-1340 |
|---|---|
| 08/08/08 | R URBAN |
| ALTERATION ISSUE DATE | YY                 Buyer |
| | |
| ALTERATION/ EFFECTIVE DATE | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

| PAYMENT TERMS | | | | | | | |
|---|---|---|---|---|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | | | F.O.B FREIGHT COLLECT | DESTINATION UNLESS OTHERWISE INDICATED | | | |

This order is not being used or accepted. Acceptance should be recorded on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This contract, including any terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 00004 | 11735 | PRTX6056 004 | | ENGINEERING AND INSTALLATION SUPERVISION FOR UNICO DC-DC CONVERTER AND CB1 BOX IN TEST CELL C005, PURSUANT TO SPECIFICATIONS. ROBERT SENSENEY NEXTEL 734-320-8589 WHO ORDERED: NEXTEL 734-320-8589 | | 01/01/09 | C  0.00% | 1.0000 | | BNDL |
| 00005 | 166079 | PRTX6056 005 | | 5003821  150 KW UNICO DC-DC CONVERTER WITH COMMISSIONING FOR TEST CELL C015. ROBERT SENSENEY NEXTEL 734-320-8589 WHO ORDERED: NEXTEL 734-320-8589 | | 01/01/09 | C  0.00% | 1.0000 | | EA |
| 00006 | 11050 | PRTX6056 006 | | ENGINEERING AND INSTALLATION SUPERVISION FOR UNICO DC-DC CONVERTER AND CB1 BOX IN TEST CELL C015, PURSUANT TO SPECIFICATIONS. ROBERT SENSENEY NEXTEL 734-320-8589 WHO ORDERED: NEXTEL 734-320-8589 CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT) CONTRACT CLAUSE . SPECIAL TERM (U.S.) - C-TPAT . FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED | | 01/01/09 | C  0.00% | 1.0000 | | BNDL |

CONTINUE PAGE 6

ORIGINAL

C/HMAM06 4/93

A005446    USER RAUL URBAN

GM    General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
US

FAX 602-797-6053

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
TROY MI
48083

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

00000
US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM PSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

This order is not binding until accepted. Acceptance should be recorded on acknowledgment copy which should be returned at once.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including any terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller, and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

**PURCHASE**
**ORDER:** TCS22112

PAGE    6

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-1340 |
| 08/08/08 | R URBAN |
| ALTERATION ISSUE DATE | YY                          Buyer |
| ALTERATION EFFECTIVE DATE | |
| | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

| PAYMENT TERMS |
| NET    2ND DAY/2ND MTH-10% HLDBK |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F/O.B FREIGHT COLLECT | DESTINATION UNLESS OTHERWISE INDICATED | F/O NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/ ENFORCEM/TPAT.HTM). AT BUYER'S OR THE CUSTOMS SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING ITS COMPLIANCE WITH THE FOREGOING. SELLER SHALL INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES (INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES) ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE. (AT 6/20/02) (AT) | | | | | | | |
| | | | | RIGHT TO AUDIT BY ACCEPTANCE OF A PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFILI- ATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE AVAILABLE FOR AUDIT BY GENERAL MOTORS CORPORATION FOR A PERIOD OF THREE (3) YEARS BEYOND FINAL PAYMENT. | | | | | | | |
| | | | | ***** CHANGE ORDER PROCESS ***** *** ENGINEER/SUPPLIER AGREE ON NECESSARY CHANGES AND | | | | | | | |

A005446    USER RAUL URBAN          ORIGINAL          CONTINUE PAGE    7          CHMM08 4/93

# PURCHASE ORDER : TCS22112

**PAGE** 7

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-1340 |
|---|---|
| 08/08/08 | R URBAN |
| ALTERATION ISSUE DATE | YY    Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

| BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|

CONTINUE PAGE    8    CHMM08 4/93

---

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090
US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
TROY MI
48083

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
US

INVOICE TO:
00000
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

This order is not binding until accepted. Acceptance should be received as an acknowledgment copy which should be returned to buyer.
On the reverse side hereof are the terms and conditions in which Seller agrees by acceptance of this order. This work, including the terms and conditions are the facts and reverse side hereof, contains the complete and final agreement between the buyer and seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the buyer unless made in writing and signed by buyer's authorized representative.
If Government Contract, see Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | | | | | |
|---|---|---|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | | F.O.B FREIGHT COLLECT | DESTINATION UNLESS OTHERWISE INDICATED | | |
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% |

CO-SIGN ON MEMO DOCUMENT, (INCLUDE P.O. NUMBER ON
CORRESPONDENCE).

*** CHANGES NOT EFFECTING COSTS MAY BE IMPLEMENTED
IMMEDIATELY, FORWARD MEMO DOCUMENT TO BUYER.

*** CHANGES INCREASING/DECREASING COST, OR EFFECTING
DELIVERY MUST BE QUOTED TO BUYER, INCL. MEMO DOC.

*** SUPPLIER MUST NOT PROCEED WITH ENGINEERING
CHANGES UNTIL BUYER APPROVAL IS PROVIDED!

RIGHTS OF TITLE
SELLER AGREES THAT ALL REPORTS, MANUALS, PROGRAMS,
TAPES, VIDEOS, SOFTWARE, AND ANY OTHER MATERIAL
PREPARED BY SELLER'S EMPLOYEES UNDER THIS PURCHASE
ORDER AND ALL OTHER WORK PRODUCTS OF SELLER'S
EMPLOYEES SHALL BELONG EXCLUSIVELY TO BUYER.  SELLER
AGREES THAT ALL WRITINGS, DISCOVERIES, DESIGNS, MASK
WORKS, INVENTIONS AND IMPROVEMENTS WHETHER
COPYRIGHTABLE, PATENTABLE OR NOT WHICH ARE WRITTEN,
CONCEIVED, CREATED, DISCOVERED OR MADE BY SELLER'S
EMPLOYEES OR SUBCONTRACTORS IN THE COURSE OF THE
WORK DONE UNDER THIS PURCHASE ORDER SHALL BE PROMPTLY
DISCLOSED TO BUYER AND SHALL BECOME BUYER'S SOLE
PROPERTY.  (ZG)

FORCED LABOR
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS

A005446    USER RAUL URBAN    ORIGINAL

[GM] General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090   US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
TROY MI
48083

PAYMENT TERMS
NET   2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME |
|---|---|---|---|

SHIP TO:

SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

·   ·
·   ·   US
00000

INVOICE TO:

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490   US

The order is not binding until Acceptance (should be executed on Acknowledgment copy which should be returned to Buyer...

| F.O.B | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|
| FREIGHT COLLECT | |

| DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% |
|---|---|---|---|

ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED
IN 19 USC 1307) EITHER BY SELLER OR SELLER'S
SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY
LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS
INCORRECT. (ZR)

INVOICES
THE SELLER'S INVOICE MUST INCLUDE THE FOLLOWING:
   PURCHASE ORDER NUMBER
   RELEASE NUMBER REQUIRED FOR ALL BLANKET ORDERS
   DELIVER TO INFORMATION
   REQUESTOR AND ROOM NUMBER OF REQUESTOR
   ITEM SEQUENCE NUMBER AS SHOWN ON PURCHASE ORDER
   ITEM IDENTIFICATION NUMBER (IF APPLICABLE)
   DESCRIPTION
   QUANTITY
   PRICE
   INVOICE APPROVAL NAME AND ADDRESS (IAR)
      IF APPLICABLE
   ACCOUNT CLASSIFICATION NUMBER AND PRR NUMBER FOR
      CONTRACT LABOR OR ENGINEERING DESIGN

·   ·
NOTICE
THE FOLLOWING TELEPHONE NUMBERS ARE STAFFED TO HANDLE
QUESTIONS CONCERNING INVOICE PAYMENT FOR GENERAL
MOTORS CORPORATION:

# PURCHASE
# ORDER: TCS22112

PAGE   8

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340
R URBAN        Buyer
YY

| ORDER DATE | |
|---|---|
| 08/08/08 | |
| ALTERATION ISSUE DATE | |
| | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA

REFER TO WWW.GMSUPPLYPOWER.COM

| BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|

PURCHASING AGENT

CONTINUE PAGE   9

CHMMA08 4/93

A005446   USER RAUL URBAN

GM  General Motors Corporation

# PURCHASE ORDER: TCS22112

PAGE 9

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090    US
FAX 602-797-6053

SHIP TO:    [SEE BODY OF PURCHASE ORDER
            FOR SHIPPING ADDRESS

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(3) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340

| ORDER DATE | | |
|---|---|---|
| 08/08/08 | R URBAN | Buyer |
| ALTERATION ISSUE DATE | YY | |
| ALTERATION EFFECTIVE DATE | | |

PURCHASING AGENT

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
TROY MI
48083    US

INVOICE TO:    00000    US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490    US

SHIP VIA    REFER TO WWW.GMSUPPLYPOWER.COM

PAYMENT TERMS
NET    2ND DAY/2ND MTH-10% HLDBK

F.O.B    DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

This order is not binding until contract and consent. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order, and
the entire including any modification thereof and all other agreements set forth herein, contain the complete and final
agreement between Buyer and Seller and no other agreements in any way modifying any of said terms and conditions
will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
(If Governmental Contract) Contract Number is Shown hereon, additional Terms and Conditions
Attached Hereto Apply.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DISBURSEMENT ANALYSIS CONTROL 248-874-4636 | | | | | | |
| | | | | MEXICO STAFF ACCOUNTING 011-52-841-54000 | | | | | | |
| | | | | THE INVOICE NUMBER AND PURCHASE ORDER/RELEASE NUMBER | | | | | | |
| | | | | WILL BE REQUIRED FOR THE PERSON TO ASSIST YOU. | | | | | | |
| | | | | | | | | | | |
| | | | | FOR SERVICES ONLY | | | | | | |
| | | | | SUBMIT A DUPLICATE COPY TO REQUESTOR FOR APPROVAL. | | | | | | |
| | | | | PLEASE MARK THIS COPY "RECEIVING SLIP" TO AVOID | | | | | | |
| | | | | CONFUSION. BOTH COPIES ARE REQUIRED TO PROCESS | | | | | | |
| | | | | YOUR INVOICE IN A TIMELY MANNER.    (ZM) | | | | | | |
| | | | | | | | | | | |
| | | | | "DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO | | | | | | |
| | | | | ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED | | | | | | |
| | | | | BELOW." GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE | | | | | | |
| | | | | STATES. AS A RESULT, IN ALL OF THE IDENTIFIED STATES | | | | | | |
| | | | | BELOW LISTED GM CORPORATE ENTITIES WILL REMIT | | | | | | |
| | | | | DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX | | | | | | |
| | | | | LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE | | | | | | |
| | | | | PERSONAL PROPERTY AND SERVICES (1). THEREFORE, | | | | | | |
| | | | | EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL | | | | | | |
| | | | | TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR | | | | | | |
| | | | | THOSE STATES NOT IDENTIFIED BELOW. FOR THOSE STATES | | | | | | |
| | | | | NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE | | | | | | |
| | | | | SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER. | | | | | | |
| | | | | LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX | | | | | | |
| | | | | LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS | | | | | | |

CONTINUE PAGE 10

CHMM06 4/93

ORIGINAL

A005446    USER RAUL URBAN

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI                                    US
48090

TO:
VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
TROY MI
48083

# PURCHASE ORDER: TCS22112

PAGE 10

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340
R URBAN                    Buyer
YY

| ORDER DATE | |
| --- | --- |
| 08/08/08 | |
| ALTERATION ISSUE DATE | |
| | |
| ALTERATION EFFECTIVE DATE | |

PURCHASING AGENT

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
.  .  .
00000                                    US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                               US

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

This order is not binding until accepted. Acceptance should be evidenced by return on acknowledgment copy which should be returned to buyer.
The order that the buyer has listed are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof and of any other documents to which reference is made, constitutes the complete and final agreement between the buyer and seller and all prior agreements, whether oral or written, are hereby superseded. No modification of this order shall be binding upon the Buyer unless agreed to in writing and signed by the Buyer's authorized representative. Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| F.O.B | DESTINATION UNLESS OTHERWISE INDICATED |
| --- | --- |
| FREIGHT COLLECT | |

PAYMENT TERMS
NET    2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY: | | | | | | |
| | | | | *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  * | | | | | | |
| | | | | GENERAL MOTORS CORPORATION PERMITS: | | | | | | |
| | | | | GEORGIA #044-38-00894-3 | | | | | | |
| | | | | INDIANA #003-2804890001 | | | | | | |
| | | | | KENTUCKY #0000-10 | | | | | | |
| | | | | KANSAS #98-0003B (FAIRFAX ONLY) | | | | | | |
| | | | | LOUISIANA #6009013-008DP (SHREVEPORT ONLY) | | | | | | |
| | | | | MARYLAND #20 | | | | | | |
| | | | | MICHIGAN #ME-0900440 | | | | | | |
| | | | | MISSISSIPPI #4277 (SPO ONLY) | | | | | | |
| | | | | MISSOURI #11731559 | | | | | | |
| | | | | NEW JERSEY #N29-001-683/000 | | | | | | |
| | | | | NEW YORK #DP-003445 | | | | | | |
| | | | | OHIO #98-000613 | | | | | | |
| | | | | OKLAHOMA #137479 | | | | | | |
| | | | | PENNSYLVANIA #02-93450/DP246 | | | | | | |
| | | | | TEXAS #1-38-0572515-0 | | | | | | |
| | | | | VIRGINIA #9980000793 | | | | | | |
| | | | | WISCONSIN #WDP95-01-01012 | | | | | | |
| | | | | *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  * | | | | | | |
| | | | | ONSTAR CORPORATION PERMIT: | | | | | | |
| | | | | MICHIGAN #38-3506814 | | | | | | |
| | | | | *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  * | | | | | | |
| | | | | SATURN CORPORATION PERMITS: | | | | | | |
| | | | | MICHIGAN #38-2577506 | | | | | | |

CONTINUE PAGE    11

ORIGINAL

A005446    USER RAUL URBAN

CMMA055  4/93

GM    General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
FAX 602-797-6053
48090

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
TROY MI
48083

**PURCHASE
ORDER :** TCS22112

PAGE    11

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-1340 |
|---|---|
| 08/08/08 | R URBAN    Buyer |
| ALTERATION ISSUE DATE | YY |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP VIA

REFER TO WWW.GMSUPPLYPOWER.COM

SHIP TO:    SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

00000    US

INVOICE TO:    INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490

This order is not binding until accepted. Acceptance should be restricted on acknowledgment copy which should be
returned to buyer.
On the reverse side hereof are the terms and conditions to which seller agrees by acceptance of this order, by the
acknowledgment thereof, by making any shipment or delivery pursuant hereto or by commencing work on the goods and/or
services ordered hereunder. Any such acknowledgment, shipment, delivery or commencement of work shall constitute seller's
agreement to and acceptance of said terms and conditions on any way modifying any of said terms and conditions
will be binding upon the buyer unless made in writing and signed by buyer's authorized representative.
If Government Contract Number is shown hereon, additional Terms and Conditions
Attached Hereto Apply.

| F.O.B | | | DESTINATION UNLESS OTHERWISE INDICATED | |
|---|---|---|---|---|
| FREIGHT COLLECT | | | | |

**PAYMENT TERMS**
NET    2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | R/Q NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | TENNESSEE #100315259 | | | | | | |

* * * * * * * * * * * * * * * * * * * * * * * *
* *
FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION
CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND
USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR
(WITH THE EXCEPTION OF TEXAS), AND SHOULD BE INCLUDED
IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO
SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05) OR
SECTION 6 OF THE GM1638A (08/02), UNLESS THE
RESPONSIBILITY FOR PAYMENT OF SALES & USE TAXES ARE
OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. WITH
REFERENCE TO TEXAS: IF THE ORDER RELATES TO A
CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE
CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED
CONTRACTS AND AS SUCH SHOULD NOT INCLUDE SALES TAX
IN THE COST OF INCORPORATED MATERIALS OR EQUIPMENT.
IN ADDITION, THE CONTRACTOR SHOULD NOT BILL GM
(GENERAL MOTORS CORPORATION ONLY) FOR SALES TAX ON
THE SEPARATED COSTS OF MATERIAL OR LABOR.  GM WILL
ACCRUE AND REMIT THE APPROPRIATE SALES TAX
DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT
PAY PERMIT.
* * * * * * * * * * * * * * * * * * * * * * * *
ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO
THE FOLLOWING:
*

CONTINUE PAGE    12

ORIGINAL

A005446    USER RAUL URBAN

General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
FAX 602-797-6053
48090                                    US

**PURCHASE ORDER: TCS22112**

PAGE    12

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slips must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340
R URBAN                Buyer
YY

| ORDER DATE | ALTERATION ISSUE DATE | PURCHASING AGENT |
|---|---|---|
| 08/08/08 | | |
| ALTERATION EFFECTIVE DATE | | |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                      US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
TROY MI
48083

PAYMENT TERMS
NET    2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED |  |  |  | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | FREIGHT COLLECT | REQ NUMBER | DATE REQUIRED | TAX CODE/% | | | |

00000
:       :
:       :

DISBURSEMENT SERVICES -
CUSTOMER COMMUNICATION CENTER
PHONE: (248) 874-4636
* * * * * * * * * * * * * * * * * * * *
(1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES,
HOTELS, AND MEAL PURCHASES. TAX IS TO BE PAID
DIRECTLY TO THE SUPPLIER OF THESE ITEMS.

SPECIAL TERM (US) - GOVERNMENT CONTRACTS
*****

BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR
THE UNITED STATES GOVERNMENT. IF SELLER IS A U.S.
ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS,
RULES, AND REGULATIONS THAT ARE APPLICABLE TO SELLER
AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS,
INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO
(1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1)
THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246,
AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5);
(2) UTILIZATION OF SMALL AND DISADVANTAGED BUSINESS
CONCERNS; FAR SUBPARTS 52.219-8 AND 52.219.9);
(3) CONTRACTING WITH BUSINESS CONCERNS OPERATING
IN AREAS OF SURPLUS LABOR (41 CFR 1-1.805); AND
(4) CONTRACTING WITH WOMEN-OWNED BUSINESS CONCERNS
(EXECUTIVE ORDER 12138). (4Z) 10-29-03

The order is not binding until accepted. Acceptance should be recorded on acknowledgment copy which should be
returned in ten days.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
The Seller, including the terms and conditions on the face and reverse side hereof, contains the complete and final
agreement between Buyer and Seller and no other agreement or any way modifying any of said terms and conditions
will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

CONTINUE PAGE    13

CMXM08 4/92

ORIGINAL

A005446   USER RAUL URBAN

**GM** General Motors Corporation

# PURCHASE
# ORDER : TCS22112

PAGE   13

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-1340 |
|---|---|
| 08/08/08 | R URBAN |
| ALTERATION ISSUE DATE | YY | Buyer |
| ALTERATION EFFECTIVE DATE | | |

SHIP VIA

REFER TO WWW.GMSUPPLYPOWER.COM

PURCHASING AGENT

SHIP TO:

SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

00000                           US

INVOICE TO:

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                      US

This order is not binding until accepted. Acceptance should be recorded on acknowledgement copy which should be
returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

| F.O.B | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|
| FREIGHT COLLECT | |

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                           US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
TROY MI
48083

PAYMENT TERMS
NET   2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | NOUN NAME | ITEM IDENTIFICATION NO. | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | TERMS AND CONDITIONS SEPTEMBER 2004, APPLY | | | | | | |
| | | | | OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | | |

ORIGINAL                                   LAST PAGE

CHMA00  4/92

A005446  USER RAUL URBAN

Original PO

TCS 69099

GM General Motors Corporation

# PURCHASE
## ORDER: TCS69099

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(al) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 248-857-0294
J. OWENS                    Buyer
U3
[signature]
PURCHASING AGENT

ARTISAN ASSOCIATES INC

| ORDER DATE | 12/21/04 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA

****SERVICE PAYMENT****
SUPPLIER MUST FOLLOW THE
"INVOICE TO:" INSTRUCTIONS

SHIP TO:
- -
US

IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .

INVOICE TO:
US

GENERAL MOTORS CORP.
WORLDWIDE PURCHASING
POWERTRAIN HQ - MC#483-710-261
895 JOSLYN AVE.
PONTIAC MI
48340-2920
US

VENDOR NUMBER 14-423-8094
SCHENCK PEGASUS CORP
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

TO:

This order is not binding until signed. Acceptance should be extended in acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of the order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement or understanding of any nature concerning same and that will be binding upon the Buyer unless made a written supplement by Buyer's essential representative.
Government Contract Number is Shown hereon, additional Terms and Conditions Attached may Apply.

PAYMENT TERMS
NET    2ND DAY OF 2ND MONTH

F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
EUR EUROPEAN CURRENCY UNIT

REFERENCE RFQ #2900381539.

FOR SHIPPING DETAILS CONTACT ARTISAN AT 1-800-338-
6486.

CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT)
CONTRACT CLAUSE

SPECIAL TERM (U.S.) - C-TPAT

FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED
STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE
RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED
STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP
AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR
INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/
ENFORCEM/TPAT.HTM). AT BUYER'S OR THE CUSTOMS
SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING
ITS COMPLIANCE WITH THE FOREGOING. SELLER SHALL
INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST
ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES
(INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES)
ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE.

CONTINUE PAGE    2

04543    USER PATRICIA MCDONALD

ORIGINAL



**General Motors Corporation**

# PURCHASE ORDER: TCS69099

PAGE 2

```
GENERAL MOTORS CORP.
WORLDWIDE PURCHASING
POWERTRAIN HQ - MC#483-710-261
895 JOSLYN AVE.
PONTIAC MI
48340-2920
US
```

**VENDOR NUMBER 14-423-8094**
```
SCHENCK PEGASUS CORP
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099
```

SHIP TO:
```
US
```

****SERVICE PAYMENT****
SUPPLIER MUST FOLLOW THE
"INVOICE TO:" INSTRUCTIONS

IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .
US

INVOICE TO:

ORDER DATE **12/21/04**
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

SHIP VIA **ARTISAN ASSOCIATES INC**

PHONE: 248-857-0294
J. OWENS   Buyer
U3
PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

(AT 6/20/02)
(AT)

GENERAL MOTORS CORPORATION STANDARD PURCHASE ORDER
TERMS AND CONDITIONS ARE ALTERED BY "ADDITIONAL
CONDITIONS TO PURCHASE ORDER TERMS AND CONDITIONS
FOR CONSTRUCTION FURNISH ONLY EQUIPMENT, (X5)
GM 1789 (9/89)."

**004   988426   PR116560 001** Sct 69799
LABOR TO PROVIDE ON-SITE SUPPORT FOR THE FOLLOWING:   01/01/05   H   0.00%   1.0000   UNIT
INSTALLATION, COMMISSIONING, SYSTEM INTEGRATION
DELIVER TO: DAVID GUNNELS
895 JOSLYN AVE.
PONTIAC, MI   48340   48340
INVOICE TO: SEE SHIP TO INFORMATION
WHO ORDERED: GOHLKE 248-830-8456

**005   47980   PR116560 002** Sct 69799
LABOR TO PROVIDE ON-SITE SUPPORT FOR THE POWERTRAIN   01/01/05   H   0.00%   1.0000   UNIT
TRAINING AS IT RELATES TO THE POWERTRAIN
ENGINEERING CONSOLIDATION (PROJECT C565)
WHO ORDERED: GOHLKE 248-830-8456

PLEASE NOTE THAT THIS PURCHASE ORDER IS BEING ISSUED
WITH A NEW PAYMENT TERM. THE TERM 2ND DAY - 2ND

**PAYMENT TERMS   NET 2ND DAY OF 2ND MONTH**

CONTINUE PAGE 3

**04543   USER PATRICIA MCDONALD**

ORIGINAL

**GM General Motors Corporation**

# PURCHASE ORDER: TCS69099

PAGE 3

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 248-857-0294
J. OWENS                    Buyer
U3

ARTISAN ASSOCIATES INC    PURCHASING AGENT

| ORDER DATE | 12/21/04 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |
| SHIP VIA | |

TO:
GENERAL MOTORS CORP.
WORLDWIDE PURCHASING
POWERTRAIN HQ - MC#483-710-261
895 JOSLYN AVE.
PONTIAC MI
48340-2920
US

VENDOR NUMBER 14-423-8094
SCHENCK PEGASUS CORP
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO:
****SERVICE PAYMENT****
SUPPLIER MUST FOLLOW THE
"INVOICE TO:" INSTRUCTIONS

US

INVOICE TO:
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .
US

This order is not binding until written Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions appearing on the reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

**PAYMENT TERMS**
NET 2ND DAY OF 2ND MONTH

MONTH. MEANS THAT FOR AN EXAMPLE, MATERIAL SHIPPED/
RECEIVED IN JANUARY, PAYMENT WOULD BE ISSUED ON
MARCH 2. IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT
THE BUYER AT THE TELEPHONE NUMBER SHOWN ABOVE. (Z5)

SPECIAL TERM (US) - GOVERNMENT CONTRACTS
*****

BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR
THE UNITED STATES GOVERNMENT. IF SELLER IS A U.S.
ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS,
RULES, AND REGULATION THAT ARE APPLICABLE TO SELLER
AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS,
INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO
(1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1)
THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246,
AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5);
(2) UTILIZATION OF SMALL AND DISADVANTAGED BUSINESS
CONCERNS; FAR SUBPARTS 52.219-8 AND 52.219.9);
(3) CONTRACTING WITH BUSINESS CONCERNS OPERATING
IN AREAS OF SURPLUS LABOR (41 CFR 1-1.805); AND
(4) CONTRACTING WITH WOMEN-OWNED BUSINESS CONCERNS
(EXECUTIVE ORDER 12138). (4Z) 10-29-03

*SHIP VIA* DIRECTIONS
ALL SHIPMENTS UNDER 200 POUNDS SHIP UPS CONSIGNEE
BILLING. IF NOT SET UP FOR CONSIGNEE BILLING, CALL

04543  USER PATRICIA MCDONALD        ORIGINAL        CONTINUE PAGE  4



**General Motors Corporation**

**PURCHASE ORDER:** TCS69099

PAGE 4

GENERAL MOTORS CORP.
WORLDWIDE PURCHASING
POWERTRAIN HQ - MC#483-710-261
895 JOSLYN AVE.
PONTIAC MI
48340-2920
US

VENDOR NUMBER 14-423-8094
SCHENCK PEGASUS CORP
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO:
****SERVICE PAYMENT****
SUPPLIER MUST FOLLOW THE
"INVOICE TO:" INSTRUCTIONS
-
-
US

INVOICE TO:
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 248-857-0294
J. OWENS                    Buyer
U3
                           PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 12/21/04 | | |

SHIP VIA   ARTISAN ASSOCIATES INC

PAYMENT TERMS
ET   2ND DAY OF 2ND MONTH

This order is an binding and legal acknowledgement copy when should be returned to Buyer.
...
If Government Contract Number is Shown Herson, additional Terms and Conditions Attached Hereto Apply.

F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED
FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | UPS AT 1-800-354-7527 WITHIN THE U.S. NO SINGLE PACKAGE MAY WEIGH MORE THAN 150 POUNDS. IN THE EVENT A PACKAGE WEIGHS MORE THAN THIS LIMIT, DUE TO 1) WEIGHT OF THE MATERIAL OR 2) THE LOT SIZE SPECIFICATION FROM GM, THE MATERIAL SHOULD NOT BE SHIPPED VIA UPS. ***** PLEASE REFER TO: WWW.GMSUPPLYPOWER.COM AND THEN LOGISTICS POWER FOR ROUTING INSTRUCTIONS IF THIS CONDITIONS SHOULD OCCUR. ***** ABSOLUTELY NO SILICONE OR SILICONE-CONTAINING MATERIALS, PARTS OR LUBRICANTS ARE TO BE SHIPPED TO GMC ASSEMBLY PLANTS. YS (10-10-02) TERMS AND CONDITIONS SEPTEMBER 2004, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | | |

LAST PAGE

04543  USER PATRICIA MCDONALD              ORIGINAL