ORIGINAL PO
for Equipment
issued Dec 2004
PO # TCS 69133



# General Motors Corporation

# PURCHASE ORDER: TCS69133

PAGE 1

GENERAL MOTORS CORP.
WORLDWIDE PURCHASING
POWERTRAIN HQ - MC#483-710-261
895 JOSLYN AVE.
PONTIAC MI
48340-2920                    US

**SHIP TO:**
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
MAIL CODE 482-C06-C76
PO BOX 33048
DETROIT MI
48243                          US
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636                   US

**VENDOR NUMBER 14-423-8094**
SCHENCK PEGASUS CORP
2890 JOHN R RD
TO: PO BOX 1287
TROY MI
48099

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 248-857-0294
J. OWENS                    Buyer
U3                          _____
                            PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 12/22/04 | | |

SHIP VIA: ARTISAN ASSOCIATES INC

| PAYMENT TERMS | | | | |
|---|---|---|---|---|
| NET    2ND DAY/2ND MTH-10% HLDBK | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | BASE UNIT PRICE | PRICE MULTIPLE UNIT MEASR |
|---|---|---|---|---|---|

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE | % |
|---|---|---|---|---|

This order is not binding until accepted. Acceptance should be evidenced on acknowledgement copy which should be returned to Buyer. On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Will Apply.

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
EUR EUROPEAN CURRENCY UNIT

REFERENCE RFQ #2900381539.

FOR SHIPPING DETAILS CONTACT ARTISAN AT
1-800-338-6486.

CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT)
CONTRACT CLAUSE

SPECIAL TERM (U.S.) - C-TPAT

FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED
STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE
RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED
STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP
AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR
INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/
ENFORCEM/TPAT.HTM). AT BUYER'S OR THE CUSTOMS
SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING
ITS COMPLIANCE WITH THE FOREGOING. SELLER SHALL
INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST
ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES
(INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES)
ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE.

CONTINUE PAGE    2

ORIGINAL

J04543  USER PATRICIA MCDONALD

**GM** General Motors Corporation

GENERAL MOTORS CORP.
WORLDWIDE PURCHASING
POWERTRAIN HQ - MC#483-710-261
895 JOSLYN AVE.
PONTIAC MI
48340-2920
US

VENDOR NUMBER 14-423-8094
TO: SCHENCK PEGASUS CORP
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO: *****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
MAIL CODE 482-C06-C76
PO BOX 33048
DETROIT MI
48243
US

INVOICE TO: IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .
US

# PURCHASE ORDER: TCS69133

PAGE 2

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 248-857-0294
J. OWENS   Buyer
U3

PURCHASING AGENT

ARTISAN ASSOCIATES INC.

| | ORDER DATE 12/22/04 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA

| PAYMENT TERMS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | | | | | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEAS. |
|---|---|---|---|---|---|---|---|---|---|
| | | | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT - FREIGHT COLLECT | | | | | | |
| | | | (AT 6/20/02) (AT) | | | | | | |
| | | | GENERAL MOTORS CORPORATION STANDARD PURCHASE ORDER TERMS AND CONDITIONS ARE ALTERED BY "ADDITIONAL CONDITIONS TO PURCHASE ORDER TERMS AND CONDITIONS FOR CONSTRUCTION FURNISH ONLY EQUIPMENT, (X5) GM 1789 (9/89)." | | | | | | |
| 0001 | 46 | PR359280 001 | PURCHASE OF THE FOLLOWING EQUIPMENT AS IT RELATES TO THE POWERTRAIN ENGINEERING CONSOLIDATION (PROJ C565) 373 KW AC MOTOR FOOT MOUNTED FOR ENGINE TESTING INCLUDES BASE. REQUESTER: CHRISTINE GOHLKE 248-830-8456 DELIVER TO: DAVID GUNNELS 895 JOSLYN AVE. PONTIAC, MI. 48340 / D45 INVOICE TO: SEE SHIP TO INFORMATION WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C 0.00% | 31036.5000 | | EA |
| 0002 | 46 | PR359280 002 | 373 KW DRIVE SYSTEM (COMPLETE) SIZED FOR 485 KW (FUTURE EXPANSION) INCLUDES ENNCLOSURE, CONVERTER, FILTER, REACTOR, SINGLE INVERTER, SHUNT-TRIP DISCONNECT WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C 0.00% | 59484.6400 | | EA |

USER PATRICIA MCDONALD          ORIGINAL          CONTINUE PAGE 3

# General Motors Corporation

## PURCHASE ORDER: TCS69133

PAGE 3

GENERAL MOTORS CORP.
WORLDWIDE PURCHASING
POWERTRAIN HQ - MC#483-710-261
895 JOSLYN AVE.
PONTIAC MI
48340-2920                                    US

TO:
SCHENCK PEGASUS CORP
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
MAIL CODE 482-C06-C76
PO BOX 33048
DETROIT MI
48243                                    US
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .                           US

INVOICE TO:

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 248-857-0294
J. OWENS                    Buyer
U3                          PURCHASING AGENT
ARTISAN ASSOCIATES INC

VENDOR NUMBER 14-423-8094

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 12/22/04 | | |

SHIP VIA

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

PAYMENT TERMS
NET    2ND DAY/2ND MTH-10%    HLDBK

| ITEM SEQENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | MFG NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1003 | 46 | PR359280 003 504 L9412 | | 373 KW ISOLATION TRANSFORMER SIZED FOR 485KW (FUTURE EXPANSION) WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C  0.00% | 5341.4600 | | EA |
| 1004 | 92 | PR359280 004 504 L9412 2L600-1 | | 373 KW SHAFTING BETWEEN TORQUE FLANG & TEST ARTICLE WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C  0.00% | 6686.5100 | | EA |
| 1005 | 46 | PR359280 005 504 L9412 2L600-1 | | 373 KW IN-LINE TORQUE MEASUREMENT DEVICE (0.03%FS) WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C  0.00% | 8677.7600 | | EA |
| 1006 | 16 | PR359280 006 | | Cancelled  so stays 0 485 KW AC MOTOR FOOT MOUNTED FOR ENGINE TESTING; INCLUDES BASE WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C  0.00% | 35080.4500 | | EA |
| 1007 | 16 | PR359280 007 504 L9417 | | 485 KW DRIVE SYSTEM (COMPLETE); INCLUDES ENCLOSURE, CONVERTER, FILTER, REACTOR, SINGLE INVERTER, SHUNT- TRIP DISCONNECT WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C  0.00% | 61686.0000 | | EA |
| 1008 | 16 | PR359280 008 504 L9417 | | | | 12/31/04 | C  0.00% | 5341.4500 | | EA |

CONTINUE PAGE    4

04543  USER PATRICIA MCDONALD                    ORIGINAL

**General Motors Corporation**

# PURCHASE ORDER: TCS69133

PAGE 5

GENERAL MOTORS CORP.
WORLDWIDE PURCHASING
POWERTRAIN HQ - MC#483-710-261
895 JOSLYN AVE.
PONTIAC MI
48340-2920
US

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
MAIL CODE 482-C06-C76
PO BOX 33048
DETROIT MI
48243                                    US

INVOICE TO:
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636                             US

VENDOR NUMBER 14-423-8094
SCHENCK PEGASUS CORP
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 248-857-0294
J. OWENS                 Buyer
U3
                         PURCHASING AGENT
ARTISAN ASSOCIATES INC

| ORDER DATE | 12/22/04 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA
DESTINATION UNLESS OTHERWISE INDICATED
F.O.B.  SHIPPING POINT - FREIGHT COLLECT

PAYMENT TERMS
NET   2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | ITEM IDENTIFICATION NO. | QUANTITY ORDERED | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | UNIT OF MEASURE | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0015 | PR359280-015 | 20 | | POWERTRAIN INDUSTRIAL GEARBOX (3:1-3.2:1) Cancelled see item 0084 WHO ORDERED: GOHLKE248-830-8456 | | | 0.00% | EA | 6734.9600 | |
| 0016 | PR359280 016 SO#69492 | 10 | | POWERTRAIN TELESCOPING AXLE SHAFTS WITH QUICK COUPLING TO TORQUE FLANGE (RWD) changed from 10 to 5 back to 10 12/31/04 C WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | 0.00% | EA | 7297.0400 | |
| 0017 | PR359280 017 SO#69492 | 10 | | POWERTRAIN DRIVE SHAFT WITH QUICK COUPLING TO TORQUE FLANGE (RWD) WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | 0.00% | EA | 8286.8800 | |
| 0018 | PR359280-018 | 10 | | POWERTRAIN IN-LINE TORQUE-MEASUREMENT DEVICE TO BE MOUNTED AT THE GEARBOX (RWD) Cancelled WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | 0.00% | EA | 10659.6800 | |
| 0019 | PR359280 019 SO#69492 | 10 | | POWERTRAIN PALLET FOR MOUNTING AND TRANSPORTING GEAR BOXES WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | 0.00% | EA | 18470.2400 | |

CONTINUE PAGE   6

104543   USER PATRICIA MCDONALD          ORIGINAL



**General Motors Corporation**

GENERAL MOTORS CORP.
WORLDWIDE PURCHASING
POWERTRAIN HQ - MC#483-710-261
895 JOSLYN AVE.
PONTIAC MI
48340-2920                US

VENDOR NUMBER 14-423-8094
TO: SCHENCK PEGASUS CORP
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
MAIL CODE 482-C06-C76
PO BOX 33048
DETROIT MI
48243                US
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636            US

INVOICE TO:

**PURCHASE ORDER:** TCS69133    PAGE 6

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 248-857-0294
J. OWENS    Buyer
U3          PURCHASING AGENT

| ORDER DATE | 12/22/04 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA    ARTISAN ASSOCIATES INC

PAYMENT TERMS NET    2ND DAY/2ND MTH-10% HLDBK

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | NOUN NAME | ITEM IDENTIFICATION NO. | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0020 | 2 | | PR359280 023 SO# 69513 | POWERTRAIN QUICK-CONNECT ADAPTER BETWEEN OWNER'S TEST ARTICLE (WHEEL HUB) AND TORQUE FLANGE FOR FWD APPLICATIONS ONLY WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C    0.00% | 5341.6000 | | EA |
| 002,1 | 4 | | PR359280 026 SO# 69513 | AWD ISOLATION TRANSFORMER WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C    0.00% | 7297.0000 | | EA |
| 0022 | 4 | | PR359280 027 SO# 69513 | AWD DRIVE SHAFT WITH QUICK COUPLING TO TORQUE FLANGE WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C    0.00% | 8286.8000 | | EA |
| 0023 | 40 | | PR359280 020 SO# 69492 | AWD IN-LINE TORQUE-MEASUREMENT DEVICE (TO BE MOUNTED AT THE GEAR BOX 0.05%FS) WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C    0.00% | 8989.1400 | | EA |
| 0024 | 8 | | PR359280-021- Cancelled | POWERTRAIN IN-LINE TORQUE-MEASUREMENT DEVICE TO BE INSTALLED ON OUTPUT SHAFT OF MOTOR 0.05%FS) AWD AC OUTPUT MOTOR (223 KW) WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C    0.00% | 44868.9000 | | EA |

CONTINUE PAGE    7

O04543    USER PATRICIA MCDONALD            ORIGINAL

**General Motors Corporation**

# PURCHASE ORDER: TCS69133

PAGE 7

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 248-857-0294
Buyer J. OWENS
U3
PURCHASING AGENT

| ORDER DATE | 12/22/04 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA: ARTISAN ASSOCIATES INC

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
MAIL CODE 482-C06-C76
PO BOX 33048
DETROIT MI
48243                                US

INVOICE TO:
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636                          US

VENDOR NUMBER 14-423-8094
SCHENCK PEGASUS CORP
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

PAYMENT TERMS
NET   2ND DAY/2ND MTH-10% HLDBK

FOB: SHIPPING POINT - FREIGHT COLLECT
DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| 0025 | 2 | PR359280 022  50# 69513 | AWD DRIVE SYSTEM (COMPLETE); INCLUDES CONVERTER, FILTER, REACTOR, INVERTERS, SHUNT-TRIP DISCONNECT  WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C  0.00% | 137830.8000 | | EA |
| 0026 | 4 | PR359280 024  50# 69513  Camplote Charger | Changed pricechange some at AWD-INDUSTRIAL-GEARBOX-{3-1-3.-2-1}  WHO ORDERED:GOHLKE248-830-8456 | | 12/31/04 | C  0.00% | 30510.00  17542-8000 | | EA |
| 0027 | 8 | PR359280 025  50# 69513 | AWD TELESCOPING AXLE SHAFTS WITH QUICK COUPLING TO TORQUE FLANGE  WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C  0.00% | 6735.0000 | | EA |
| 0028 | 4 | PR359280 028  Cancelled | AWD PALLET FOR MOUNTING AND TRANSPORTING GEAR BOXES  WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C  0.00% | 10659.6000 | | EA |
| 0029 | 2 | PR359280 029  50# 69513 | AWD QUICK-CONNECT ADAPTER BETWEEN OWNER'S TEST ARTICLE (WHEEL HUB) AND TORQUE FLANGE FOR FWD APPLICATIONS ONLY  WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C  0.00% | 18470.4000 | | EA |

CONTINUE PAGE 8

ORIGINAL

104543 USER PATRICIA MCDONALD

**General Motors Corporation**

GENERAL MOTORS CORP.
WORLDWIDE PURCHASING
POWERTRAIN HQ - MC#483-710-261
895 JOSLYN AVE.
PONTIAC MI
48340-2920
US

VENDOR NUMBER 14-423-8094
SCHENCK PEGASUS CORP
TO:   2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO:
┌─
│ *****SEND ALL INVOICES TO*****
│ GM FSS PROJECT ACCOUNTING
│ MAIL CODE 482-C06-C76
│ PO BOX 33048
│ DETROIT MI
│ 48243                                US
│ IF INVOICE REQUIRED, SEND TO
│ PERSON WHO ORDERED MATERIAL
│ OR SERVICE.
INVOICE TO:
│ CUSTOMER SERVICE NUMBER
│ 248-874-4636
│                                       US
└─

# PURCHASE ORDER: TCS69133

PAGE 8

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 248-857-0294
J. OWENS          Buyer
U3                PURCHASING AGENT
ARTISAN ASSOCIATES INC

| ORDER DATE | 12/22/04 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA

DESTINATION UNLESS OTHERWISE INDICATED
F.O.B. SHIPPING POINT - FREIGHT COLLECT

PAYMENT TERMS
NET   2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0030 | 3 | PR359280 033  Sch 69630 | | SPIN ISOLATION TRANSFORMER  WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C  0.00% | 3815.2000 | | EA |
| 0031 | 6 | PR359280 035  Sch 69630 | | SPIN SHAFTING BETWEEN TORQUE FLANGES AND TEST ARTICLE  WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C  0.00% | 3100.9300 | | EA |
| 0032 | 8 | PR359280 030  Sch 69513 | | AWD IN-LINE TORQUE-MEASUREMENT DEVICE (TO BE INSTALLED ON OUTPUT SHAFT OF MOTOR  0.05%FS)  WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C  0.00% | 8989.1000 | | EA |
| 0033 | 6 | PR359280 031  Sch 69630 | | SPIN 112 KW AC INPUT MOTOR FOOT MOUNTED FOR SPIN TESTING; INCLUDES BASE  WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C  0.00% | 24653.2000 | | EA |
| 0034 | 3 | PR359280 032  Sch 69630 | | SPIN DRIVE SYSTEM (COMPLETE); INCLUDES ENCLOSURE, CONVERTER, FILTER, REACTOR, INVERTERS, SHUNT-TRIP DISCONNECT.  WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C  0.00% | 61631.2000 | | EA |

CONTINUE PAGE 9

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. Any additional Terms and Conditions Attached Hereto Apply.
If Government Quality Number is Shown Herein, additional Terms and Conditions Attached Hereto Apply.

004543   USER  PATRICIA MCDONALD         ORIGINAL

# General Motors Corporation

SHIP TO:
GENERAL MOTORS CORP.
WORLDWIDE PURCHASING
POWERTRAIN HQ - MC#483-710-261
895 JOSLYN AVE.
PONTIAC MI
48340-2920
US

*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
MAIL CODE 482-C06-C76
PO BOX 33048
DETROIT MI
48243
US

IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636
US

VENDOR NUMBER 14-423-8094
INVOICE TO:
TO:
SCHENCK PEGASUS CORP
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

## PURCHASE ORDER: TCS69133

PAGE 9

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 248-857-0294
J. OWENS    Buyer
U3
PURCHASING AGENT

| ORDER DATE | 12/22/04 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA    ARTISAN ASSOCIATES INC

F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof and in the terms and conditions to this order Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side and listed agreement between the parties and Seller and relative subsequent provisions and conditions attached hereto and any modifying any of said terms and conditions will be binding upon the Buyer unless made in writing. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Apply.

PAYMENT TERMS
NET    2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0035 | 6 | PR359280 034 So#69630 | SPIN IN-LINE | TORQUE-MEASUREMENT DEVICE (TO BE INSTALLED ON OUTPUT SHAFT OF MOTOR 0.03%FS) WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C 0.00% | 9571.0700 | | EA |
| 0036 | 5 | PR359280 036 Canceled | LOADED SPIN | 112 SW AC INPUT MOTOR WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C 0.00% | 96520.8000 | | EA |
| 0037 | 10 | PR359280 037 Canceled | LOADED SPIN | 223 KW AC OUTPUT MOTOR WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C 0.00% | 43921.0400 | | EA |
| 0038 | 5 | PR359280 039 So#69638 | LOADED SPIN | ISOLATION TRANSFORMER WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C 0.00% | 5341.4400 | | EA |
| 0039 | 5 | PR359280 042 So#69638 | LOADED SPIN | DRIVE SHAFT WITH QUICK COUPLING TO TORQUE FLANGE. WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C 0.00% | 7296.9600 | | EA |
| 0040 | 5 | PR359280 046 So#69638 | LOADED SPIN | QUICK-CONNECT COUPLING BETWEEN OWNERS'S TEST ARTICLE AND INPUT MOTOR. WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C 0.00% | 7296.9600 | | EA |

CONTINUE PAGE    10

04543    USER    PATRICIA MCDONALD    ORIGINAL

# General Motors Corporation

## PURCHASE ORDER#: TCS69133

PAGE 10

GENERAL MOTORS CORP.
WORLDWIDE PURCHASING
POWERTRAIN HQ - MC#483-710-261
895 JOSLYN AVE.
PONTIAC MI
48340-2920

US

**VENDOR NUMBER 14-423-8094**
TO:
SCHENCK PEGASUS CORP
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
MAIL CODE 482-C06-C76
PO BOX 33048
DETROIT MI
48243
US

INVOICE TO:
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 248-857-0294
J. OWENS                Buyer
U3                      PURCHASING AGENT

| ORDER DATE | 12/22/04 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA: ARTISAN ASSOCIATES INC

| PAYMENT TERMS | | | | | | | |
|---|---|---|---|---|---|---|---|
| NET | 2ND DAY/2ND MTH-10% HLDBK | | | | | | |

| SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| 0041 | 5 | PR359280-038 | (Cancelled) LOADED SPIN DRIVE SYSTEM (COMPLETE); INCLUDES ENCLOSURE, CONVERTER, FILTER REACTOR, INVERTERS SHUNT-TRIP DISCONNECT WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 C | 0.00% | 92768.8000 | | EA |
| 0042 | 5 | PR359280 040 Se# 69L38 | Change to Qty 4 +price change LOADED SPIN (3:1-3.2:1) INDUSTRIAL GEARBOX WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 C | 0.00% | 80510.00 -17542-8800 | | EA |
| 0043 | 10 | PR359280 041 Se# 69L38 | LOADED SPIN TELESCOPING AXLE SHAFTS WITH QUICK COUPLING TO TORQUE FLANGE WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 C | 0.00% | 6734.9600 | | EA |
| 0044 | 5 | PR359280 043 Se# 69L38 | LOADED SPIN IN-LINE TORQUE-MEASUREMENT DEVICE (TO BE MOUNTED AT THE GEAR BOX 0.05%FS) WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 C | 0.00% | 9037.6000 | | EA |
| 0045 | 5 | PR359280-044 | cancelled LOADED SPIN PALLET FOR MOUNTING AND TRANSPORTING GEAR BOXES WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 C | 0.00% | 9206.0800 | | EA |
| 0046 | 5 | PR359280 045 Se# 69L38 | | | 12/31/04 C | 0.00% | 18470.2400 | | EA |

CONTINUE PAGE 11

004543 USER PATRICIA MCDONALD          ORIGINAL.

**General Motors Corporation**

GENERAL MOTORS CORP.
WORLDWIDE PURCHASING
POWERTRAIN HQ - MC#483-710-261
895 JOSLYN AVE.
PONTIAC MI
48340-2920                                US

VENDOR NUMBER 14-423-8094
SCHENCK PEGASUS CORP
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

## PURCHASE ORDER: TCS69133

PAGE 11

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
MAIL CODE 482-C06-C76
PO BOX 33048
DETROIT MI
48243                                     US
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .                            US

INVOICE TO:

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 248-857-0294 |
| 12/22/04 | J. OWENS |
| ALTERATION ISSUE DATE | U3            Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP VIA   ARTISAN ASSOCIATES INC

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| PAYMENT TERMS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NET   2ND DAY/2ND MTH-10% HLDBK | | | | | | | | |
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
| 0047 | 2.1 | PR359280 049  SO# 64672 | | LOADED SPIN QUICK-CONNECT ADAPTER BETWEEN OWNER'S TEST ARTICLE (WHEEL HUB) AND TORQUE FLANGE FOR FWD APPLICATIONS ONLY. WHO ORDERED: GOHLKE248-830-8456  *changed to QM2* | | 12/31/04 C | 0.00% | 32073.6000 | | EA |
| 0048 | 15 | PR359280 047  SO# 64638 | | CONVERTER 400 KW AC INPUT MOTOR FOOT MOUNTED FOR CONVERTER TESTING; INCLUDES BASE. THE MOTOR BASE SPEED = 6000 RPM AND THE MAXIMUM SPEED AT CONSTANT WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 C | 0.00% | 9566.0800 | | EA |
| 0049 | 2 | PR359280-048- | | LOADED SPIN IN-LINE TORQUE-MEASUREMENT DEVICE TO BE INSTALLED ON OUTPUT SHAFT OF MOTOR 0.05%FS) WHO ORDERED: GOHLKE248-830-8456  *cancelled* | | 12/31/04 C | 0.00% | 30573.6000 | | EA |
| 0050 | 2.1 | PR359280 053  SO# 64672 | | CONVERTER 112KW AC INPUT MOTOR FOOT MOUNTED FOR CONVERTER TESTING; INCLUDES BASE. THE MOTOR BASE SPEED = 2000 RPM AND THE MAXIMUM SPEED AT CONSTANT WHO ORDERED: GOHLKE248-830-8456  *changed to QM2* | | 12/31/04 C | 0.00% | 5341.6000 | | EA |

004543   USER PATRICIA MCDONALD

ORIGINAL

CONTINUE PAGE 12



# General Motors Corporation

**PURCHASE ORDER:** TCS69133

PAGE 12

```
SHIP TO:  ****SEND ALL INVOICES TO*****
          GM FSS PROJECT ACCOUNTING
          MAIL CODE 482-C06-C76
          PO BOX 33048
          DETROIT MI
          48243                    US
          IF INVOICE REQUIRED, SEND TO
          PERSON WHO ORDERED MATERIAL
INVOICE TO: OR SERVICE.
          CUSTOMER SERVICE NUMBER
          248-874-4636 .            US
```

```
GENERAL MOTORS CORP.
WORLDWIDE PURCHASING
POWERTRAIN HQ - MC#483-710-261
895 JOSLYN AVE.
PONTIAC MI
48340-2920                         US

VENDOR NUMBER 14-423-8094
SCHENCK PEGASUS CORP
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099
```

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 248-857-0294
J. OWENS          Buyer
U3
                  PURCHASING AGENT
ARTISAN ASSOCIATES INC

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 12/22/04 | | |

SHIP VIA

DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
[fine print terms and conditions]

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0051 | 2 | PR359280 054  SCH 69133 | | CONVERTER ISOLATION TRANSFORMER  WHO ORDERED: GOHLKE248-830-8456 | | | C    0.00% | 3100.8000 | | EA |
| 0052 | 12 | PR359280 050  SCH 69133 | | CONVERTER SHAFTING BETWEEN OWNER'S TEST FIXTURE AND IN-LINE TORQUE MEASURING DEVICE ON THE MOTOR  WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C    0.00% | | | EA |
| | changed to QM2 | | | CONVERTER 400 KW AC INPUT MOTOR FOOT MOUNTED FOR CONVERTER TESTING: INCLUDES BASE. THE MOTOR BASE SPEED = 2800 RPM AND THE MAXIMUM SPEED AT CONSTANT  WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C    0.00% | 47739.2000 | | EA |
| 0053 | 1 | PR359280-051- cancelled | | CONVERTER 112KW DRIVE SYSTEM (COMPLETE): INCLUDES ENCLOSURE, CONVERTER, FILTER REACTOR INVERTERS, SHUNT-TRIP DISCONNECT,  WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C    0.00% | 154784.0000 | | EA |
| 0054 | 1 | PR359280-052- cancelled | | CONVERTER 400KW DRIVE SYSTEM (COMPLETE): INCLUDES ENCLOSURE, CONVERTER, FILTER REACTOR INVERTERS, SHUNT-TRIP DISCONNECT,  WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C    0.00% | 154784.0000 | | EA |

PAYMENT TERMS
NET    2ND DAY/2ND MTH-10% HLBKK

004543  USER PATRICIA MCDONALD          ORIGINAL          CONTINUE PAGE 13
```

# General Motors Corporation

## PURCHASE ORDER: TCS69133

PAGE 13

SHIP TO:
```
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
MAIL CODE 482-C06-C76
PO BOX 33048
DETROIT MI
48243                              US
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636                       US
```

INVOICE TO:
```
GENERAL MOTORS CORP.
WORLDWIDE PURCHASING
POWERTRAIN HQ -- MC#483-710-261
895 JOSLYN AVE.
PONTIAC MI
48340-2920                         US
```

VENDOR NUMBER 14-423-8094
TO:
```
SCHENCK PEGASUS CORP
2890 JOHN R RD
PO BOX 1287
TROY MI
48099
```

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoice.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 248-857-0294
J. OWENS                Buyer
U3              PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 12/22/04 | | |

SHIP VIA: ARTISAN ASSOCIATES INC

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

PAYMENT TERMS
NET  2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | ITEM IDENTIFICATION NO. | QUANTITY ORDERED | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| 0055 | PR359280 055  S0#69692 | 4 | CONVERTER IN-LINE TORQUE-MEASUREMENT DEVICE (TO BE INSTALLED ON OUTPUT SHAFT OF MOTOR 0.03%FS) WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C  0.00% | 13469.8000 | | EA |
| 0056 | PR359280 056  S0#69692 | 1 | VVTTC AWD AC INPUT MOTOR (328 KW) WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C  0.00% | 317817.6000 | | EA |
| 0057 | PR359280 059  S0#69692 | 1 | VVTTC AWD ISOLATION TRANSFORMER WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C  0.00% | 5394.4000 | | EA |
| 0058 | PR359280 060 | 2 | Cancelled  VVTTC AWD (3:1-2.2:1) INDUSTRIAL GEARBOX WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C  0.00% | 17717.8000 | | EA |
| 0059 | PR359280 061  S0#69692 | 4 | VVTTC AWD AXLE SHAFTS WITH QUICK TORQUE-MEASURING DEVICE COUPLING TO WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C  0.00% | 6219.2000 | | EA |
| 0060 | PR359280 062  S0#69692 | 2 | VVTTC AWD DRIVE SHAFT WITH QUICK COUPLING TO TORQUE FLANGE WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C  0.00% | 6722.4000 | | EA |

CONTINUE PAGE 14

ORIGINAL

004543  USER PATRICIA MCDONALD



**GM** General Motors Corporation

# PURCHASE
## ORDER: TCS69133

PAGE 14

SHIP TO:
```
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
MAIL CODE 482-C06-C76
PO BOX 33048
DETROIT MI
48243                        US
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .               US
```

GENERAL MOTORS CORP.
WORLDWIDE PURCHASING
POWERTRAIN HQ - MC#483-710-261
895 JOSLYN AVE.
PONTIAC MI
48340-2920                    US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 248-857-0294
J. OWENS                    Buyer
U3

PURCHASING AGENT

INVOICE TO:

VENDOR NUMBER 14-423-8094
SCHENCK PEGASUS CORP
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

| ORDER DATE | 12/22/04 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |
| SHIP VIA | ARTISAN ASSOCIATES INC |

PAYMENT TERMS: NET    2ND DAY/2ND MTH-10%    HLDBK

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

This order is not binding until accepted. Acceptance should be restricted as acknowledgment copy which should be
returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
Then order, including the terms and conditions on the face and reverse hereof, contains the complete and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT |
|---|---|---|---|---|---|---|---|---|---|
| 0061 | 2 | PR359280 063 SO#69762 | VVTTC AWD IN-LINE TORQUE-MEASUREMENT DEVICE MOUNTED AT THE GEAR BOX 0.05%FS) WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C 0.00% (TO BE | 7720.0000 | | EA |
| 0062 | 2 | PR359280-064 | VVTTC AWD PALLET FOR MOUNTING AND TRANSPORTING GEAR BOXES WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C 0.00% | 10958.0000 | | EA |
| 0063 | 1 | PR359280 065 SO#69762 | VVTTC AWD QUICK-CONNECT ADAPTER BETWEEN OWNER'S TEST ARTICLE (WHEEL HUB) AND TORQUE FLANGE FOR FWD APPLICATIONS ONLY. WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C 0.00% | 13373.6000 | | EA |
| 0064 | 4 | PR359280 057 SO#69762 | VVTTC AWD AC OUTPUT MOTOR (223 KW) WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C 0.00% | 50601.8000 | | EA |
| 0065 | 1 | PR359280 058 SO#69762 | VVTTC AWD DRIVE SYSTEM (COMPLETE): INCLUDES ENCLOSURE, CONVERTER, FILTER, REACTOR, INVERTERS SHUNT-TRIP DISCONNECT. WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C 0.00% | 218980.8000 | | EA |

004543    USER PATRICIA MCDONALD                    ORIGINAL                    CONTINUE PAGE 15



**General Motors Corporation**

## PURCHASE ORDER: TCS69133

PAGE 15

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 248-857-0294
J. OWENS — Buyer
U3
PURCHASING AGENT

| ORDER DATE | 12/22/04 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA    ARTISAN ASSOCIATES INC

**SHIP TO:**
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
MAIL CODE 482-C06-C76
PO BOX 33048
DETROIT MI
48243                                    US
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL

**INVOICE TO:**
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .                            US

**TO:**
GENERAL MOTORS CORP.
WORLDWIDE PURCHASING
POWERTRAIN HQ - MC#483-710-261
895 JOSLYN AVE.
PONTIAC MI
48340-2920                                US

VENDOR NUMBER 14-423-8094
SCHENCK PEGASUS CORP
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | RFQ NUMBER | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|
| 0066 | 1 | PR359280 067 SC# 69762 | HLDBK | VVTTC AWD QUICK-CONNECT COUPLING BETWEEN OWNER'S TEST ARTICLE AND INPUT MOTOR WHO ORDERED: GOHLKE248-830-8456 | 12/31/04 | | C  0.00% | 3327.2000 | | EA |
| 0067 | 5 | PR359280 066 SC# 69762 | | VVTTC AWD IN-LINE TORQUE-MEASUREMENT DEVICE (TO BE INSTALLED ON OUTPUT SHAFT OF MOTORS 0.05%FS) WHO ORDERED: GOHLKE248-830-8456 | 12/31/04 | | C  0.00% | 8477.6000 | | EA |
| 0068 | 1 | PR359280 068 SC# 69762 | | VVTTC AWD REAL TIME COMBUSTION MODEL WHO ORDERED: GOHLKE248-830-8456 | 12/31/04 | | C  0.00% | 43284.8000 | | EA |

PAYMENT TERMS
NET    2ND DAY/2ND MTH-10%

F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

*SHIP VIA* DIRECTIONS
ALL SHIPMENTS UNDER 200 POUNDS SHIP UPS CONSIGNEE
BILLING. IF NOT SET UP FOR CONSIGNEE BILLING, CALL
UPS AT 1-800-354-7527 WITHIN THE U.S. NO SINGLE
PACKAGE MAY WEIGH MORE THAN 150 POUNDS. IN THE EVENT
A PACKAGE WEIGHS MORE THAN THIS LIMIT, DUE TO
1) WEIGHT OF THE MATERIAL OR 2) THE LOT SIZE
SPECIFICATION FROM GM, THE MATERIAL SHOULD NOT BE
SHIPPED VIA UPS.
****
PLEASE REFER TO: WWW.GMSUPPLYPOWER.COM AND THEN

ORIGINAL                    CONTINUE PAGE    16

J04543  USER PATRICIA MCDONALD



**GM General Motors Corporation**

**PURCHASE ORDER:** TCS69133   PAGE 16

GENERAL MOTORS CORP.
WORLDWIDE PURCHASING
POWERTRAIN HQ - MC#483-710-261
895 JOSLYN AVE.
PONTIAC MI
48340-2920
US

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
MAIL CODE 482-C06-C76
PO BOX 33048
DETROIT MI
48243
US
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636

INVOICE TO:
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

VENDOR NUMBER 14-423-8094
SCHENCK PEGASUS CORP
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

ORDER DATE 12/22/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

PHONE: 248-857-0294
J. OWENS   Buyer
U3
PURCHASING AGENT

SHIP VIA   ARTISAN ASSOCIATES INC

PAYMENT TERMS
NET   2ND DAY/2ND MTH-10%   HLDBK

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|

LOGISTICS POWER FOR ROUTING INSTRUCTIONS IF THIS
CONDITIONS SHOULD OCCUR.
*****
ABSOLUTELY NO SILICONE OR SILICONE-CONTAINING
MATERIALS, PARTS OR LUBRICANTS ARE TO BE SHIPPED
TO GMC ASSEMBLY PLANTS. YS (10-10-02)

SPECIAL TERM (US) - GOVERNMENT CONTRACTS
*****
BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR
THE UNITED STATES GOVERNMENT. IF SELLER IS A U.S.
ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS,
RULES, AND REGULATIONS THAT ARE APPLICABLE TO SELLER
AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS,
INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO
(1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1)
THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246,
AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5);
(2) UTILIZATION OF SMALL AND DISADVANTAGED BUSINESS
CONCERNS; FAR SUBPARTS 52.219-8 AND 52.219.9);
(3) CONTRACTING WITH BUSINESS CONCERNS OPERATING
IN AREAS OF SURPLUS LABOR (41 CFR 1-1.805); AND
(4) CONTRACTING WITH WOMEN-OWNED BUSINESS CONCERNS
(EXECUTIVE ORDER 12138). (4Z) 10-29-03

TERMS AND CONDITIONS SEPTEMBER 2004, APPLY

CONTINUE PAGE 17

ORIGINAL

J04543  USER PATRICIA MCDONALD

## General Motors Corporation

GENERAL MOTORS CORP.
WORLDWIDE PURCHASING
POWERTRAIN HQ - MC#483-710-261
895 JOSLYN AVE.
PONTIAC MI
48340-2920                          US

VENDOR NUMBER 14-423-8094
SCHENCK PEGASUS CORP
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
MAIL CODE 482-C06-C76
PO BOX 33048
DETROIT MI
48243                          US
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
INVOICE TO: CUSTOMER SERVICE NUMBER
248-874-4636 .                 US

# PURCHASE ORDER: TCS69133

PAGE   17

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 248-857-0294 |
| 12/22/04 | J. OWENS          Buyer |
| ALTERATION ISSUE DATE | U3 |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP VIA   ARTISAN ASSOCIATES INC

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof all the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

PAYMENT TERMS
NET   2ND DAY/2ND MTH-10% HLDBK

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | BASE UNIT PRICE | PRICE MULTIPLE | TAX CODE/ % | Unit Issue |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | | |

LAST PAGE

ORIGINAL

J04543   USER PATRICIA MCDONALD

Amendment 2
issued Dec 2005

PO #TCS69133

# PURCHASE

PAGE   1

## ORDER: TCS69133 002
### ### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 248-874-8525
J. OWENS                 Buyer
U3                       PURCHASING AGENT

| ORDER DATE | 12/22/04 |
| ALTERATION ISSUE DATE | 10/24/05 |
| ALTERATION EFFECTIVE DATE | 10/24/05 |

General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
585 E SOUTH BLVD
M/C 483-585-272
PONTIAC MI
48341
US

SHIP TO:
┌ *****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636
US

INVOICE TO:
US

VENDOR NUMBER 14-423-8094
SCHENCK PEGASUS CORP
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP VIA   ARTISAN ASSOCIATES INC

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

PAYMENT TERMS
NET   2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ### SPOT BUY TCS69133 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY EUR EUROPEAN CURRENCY UNIT | | | | | | |
| | | | | THIS ALTERATION IS TO ACCOMMODATE FURTHER DEFINITION OF REQUIREMENTS NEGOTIATED IN MAP#300038181Z. | | | | | | |
| 00006 | 0 | PR359280 006 | | ### THIS ITEM HAS BEEN CANCELED ### | | | C   0.00% | | | EA |
| | | | | 485 KW AC MOTOR FOOT MOUNTED FOR ENGINE TESTING; INCLUDES BASE WHO ORDERED: GOHLKE248-830-8456 | | | | 35080.4500 | | |
| 00011 | 0 | PR359280 011 | | ### THIS ITEM HAS BEEN CANCELED ### | | | C   0.00% | | | EA |
| | | | | POWERTRAIN 233 KW AC MOTOR W/BASE FRAME TO INCLUDE CLAMPING DEVICE & MANUAL MOVEMENT OF DYNO RATCHETS AND CABLE FEED SPACERS WHO ORDERED: GOHLKE248-830-8456 | | | | 42579.0200 | | |
| 00014 | 0 | PR359280 014 | | ### THIS ITEM HAS BEEN CANCELED ### | | | C   0.00% | | | EA |
| | | | | POWERTRAIN INDUSTRIAL GEARBOX {3:1-3.2:1} WHO ORDERED: GOHLKE248-830-8456 | | | | 17542.8800 | | |

I O O 7

12/18/05   09:47 FAX 248 874 8411

**GM** General Motors Corporation

# PURCHASE ORDER ***ALTERATION***

PAGE 2

TCS69133 002

### ### This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

SHIP TO:
```
***SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                    US
```

INVOICE TO:
```
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE
CUSTOMER SERVICE NUMBER
248-874-4636 .               US
```

This order is not binding until signed. Acceptance must be entered at acknowledgement copy which should be returned to Buyer.
This order, including the terms and conditions on its face and reverse (the note, represent(s) the complete and final
agreement between the parties, and no modification of this order shall be binding upon Buyer unless made in writing and signed
by Buyer. No additional or different terms or conditions will in any way modify any at all terms and conditions.
*** Unprinted (Contract Number is Shown Hereon. Additional Terms and Conditions
Attached thereto) Apply.

| | | |
|---|---|---|
| ORDER DATE | PHONE: 248-874-8525 | |
| 12/22/04 | J. OWENS | Buyer |
| ALTERATION ISSUE DATE | U3 | |
| 10/24/05 | | |
| ALTERATION EFFECTIVE DATE | | |
| 10/24/05 | PURCHASING AGENT | |

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
585 E SOUTH BLVD
M/C 483-585-272
PONTIAC MI
48341                      US

VENDOR NUMBER 14-423-8094
TO:  SCHENCK PEGASUS CORP
     2890 JOHN R RD
     PO BOX 1287
     TROY MI
     48099

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED

SHIPPING POINT - FREIGHT COLLECT

SHIP VIA  ARTISAN ASSOCIATES INC

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2ND DAY/2ND MTH-10% HLDBK | | | | | | | |
| 00015 | 0 | PR359280 015 SO#16992 (20) | | ### THIS ITEM HAS BEEN CANCELED ### POWERTRAIN TELESCOPING AXLE SHAFTS WITH QUICK COUPLING TO TORQUE FLANGE (RWD) WHO ORDERED: GOHLKE248-830-8456 | | | C  0.00% | 6734.9600 | | EA |
| 00016 | 5 | changed PR359280 016 SO#16992 WDP 10 | | ### THIS ITEM HAS BEEN CHANGED ### POWERTRAIN DRIVE SHAFT WITH QUICK COUPLING TO TORQUE FLANGE (RWD) WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C  0.00% | 7297.0400 | | EA |
| 00018 | 0 | PR359280 018 SO#16992 (1D) | | ### THIS ITEM HAS BEEN CANCELED ### POWERTRAIN PALLET FOR MOUNTING AND TRANSPORTING GEAR BOXES WHO ORDERED: GOHLKE248-830-8456 | | | C  0.00% | 10659.6800 | | EA |
| 00024 | 0 | PR359280 021 SO#16913 (2) | | ### THIS ITEM HAS BEEN CANCELED ### POWERTRAIN 233 KW AC MOTOR W/BASE FRAME TO INCLUD CLAMPING DEVICE & MANUAL MOVEMENT OF DYNO RATCHET AND CABLE FEED SPACERS WHO ORDERED: GOHLKE248-830-8456 | | | C  0.00% | 44868.9000 | | EA |

PAYMENT TERMS  NET

12/19/05  08:47  FAX 248 874 8411

## General Motors Corporation

# PURCHASE ORDER

PAGE 3

TCS69133 002

### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 248-874-8525
J. OWENS                    Buyer
U3

PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 12/22/04 | 10/24/05 | 10/24/05 |

SHIP TO:
```
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                        US
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .                    US
```

INVOICE TO:

SHIP VIA: ARTISAN ASSOCIATES INC

F.O.B.: SHIPPING POINT - FREIGHT COLLECT

VENDOR NUMBER 14-423-8094
SCHENCK PEGASUS CORP
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

TO:
```
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
585 E SOUTH BLVD
M/C 483-585-272
PONTIAC MI
48341                             US
```

PAYMENT TERMS: NET 2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE | PRICE MULTIPLE/PER | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|
| 00028 | 0 (4) | PR359280 028 SO#69513 | ### THIS ITEM HAS BEEN CANCELED ### AWD PALLET FOR MOUNTING AND TRANSPORTING GEAR BOXES WHO ORDERED: GOHLKE248-830-8456 | | | ### | C   0.00% | 10659.6000 | | EA |
| 00036 | 0 (5) | PR359280 036 SO#69638 | ### THIS ITEM HAS BEEN CANCELED ### LOADED SPIN 112 SW AC INPUT MOTOR WHO ORDERED: GOHLKE248-830-8456 | | | ### | C   0.00% | 96520.8000 | | EA |
| 00037 | 0 (10) | PR359280 037 SO#69638 | ### THIS ITEM HAS BEEN CANCELED ### LOADED SPIN 223 KW AC MOTOR W/BASE FRAME INCLUDING CABLE FEED SPACERS, CLAMPING DEVICE AND MANUAL MOVEMENT OF THE DYNO WITH RATCHETS WHO ORDERED: GOHLKE248-830-8456 | | | ### | C   0.00% | 43921.0400 | | EA |
| 00041 | 0 (5) | PR359280 038 SO#69638 | ### THIS ITEM HAS BEEN CANCELED ### SPIN DRIVE SYSTEM (COMPLETE); INCLUDES ENCLOSURE CONVERTER, FILTER REACTOR, INVERTERS SHUNT-TRIP DISCONNECT SPARK WHO ORDERED: GOHLKE248-830-8456 | | | ### | C   0.00% | 92768.8000 | | EA |

GM General Motors Corporation

# PURCHASE ORDER

PAGE 4

### TCS69133 002 ###
### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.

(2) copies of your packing slip must accompany each shipment.

Item Identification Number(s) must be shown on Packing Slips and Invoices.

Invoice Attn: Accounts Payable

Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 248-874-8525
J. OWENS    Buyer
U3    PURCHASING AGENT

| ORDER DATE | 12/22/04 |
| ALTERATION ISSUE DATE | 10/24/05 |
| ALTERATION EFFECTIVE DATE | 10/24/05 |

SHIP VIA: ARTISAN ASSOCIATES INC

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490    US
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL

INVOICE TO:
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636    US

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
585 E SOUTH BLVD
M/C 483-585-272
PONTIAC MI
48341    US

VENDOR NUMBER 14-423-8094
TO: SCHENCK PEGASUS CORP
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

PAYMENT TERMS
NET    2ND DAY/2ND MTH-10% HLDBK

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|
| *00042 | Change4 order 4 | PR359280 040 | ### | THIS ITEM HAS BEEN CHANGED | ### | 12/31/04 | C  0.00% | 17542.8800 | | EA |
| | WSP5 | SO#69638 | | LOADED SPIN {3:1-3.2:1) INDUSTRIAL GEARBOX WHO ORDERED: GOHLKE248-830-8456 | | | | | | |
| 00045 | 0 | PR359280 044 | ### | THIS ITEM HAS BEEN CANCELED ### | | | C  0.00% | 9206.0800 | | EA |
| | 5 | SO#69638 | | LOADED SPIN PALLET FOR MOUNTING AND TRANSPORTING GEAR BOXES WHO ORDERED: GOHLKE248-830-8456 | | | | | | |
| *00047 | 2 | PR359280 049 | ### | THIS ITEM HAS BEEN CHANGED | ### | 12/31/04 | C  0.00% | 32073.6000 | | EA |
| | WSP1 | SO#69672 | | CONVERTER 400 KW AC INPUT MOTOR FOOT MOUNTED FOR CONVERTER TESTING; INCLUDES BASE. THE MOTOR BASE SPEED = 6000 RPM AND THE MAXIMUM SPEED AT CONSTANT WHO ORDERED: GOHLKE248-830-8456 | | | | | | |
| 00049 | 0 | PR359280 048 | ### | THIS ITEM HAS BEEN CANCELED ### | | | C  0.00% | 30573.6000 | | EA |
| | 2 | SO#69672 | | CONVERTER 112KW AC INPUT MOTOR FOOT MOUNTED FOR CONVERTER TESTING; INCLUDES BASE. THE MOTOR BASE SPEED = 2000 RPM AND THE MAXIMUM SPEED AT CONSTANT WHO ORDERED: GOHLKE248-830-8456 | | | | | | |

This order is not firm and binding until accepted. Acceptance should be evinced by returning one copy which should be returned to Buyer.

This invoice is the bearer as the term and conditions in which Seller agrees to constitute of this order.

The conditions under this order are subject to confirmation by ordering to complete and read approved.

This conditions are not binding and so your content is in any way adding to and all items and conditions with a sliding a price the subscription only.

If Government Contract Number is Shown Herein, additional Terms and Conditions Attached Hereto Apply.

GM General Motors Corporation

# PURCHASE ORDER

**PAGE** 5

TCS69133 002

### A L T E R A T I O N  ###

SEND TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
585 E. SOUTH BLVD
M/C 483-585-272
PONTIAC MI
48341
US

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490
US
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .
US

INVOICE TO:

This order is for display until accepted. Acceptance should be completed... (terms text partially illegible)
If Government Contract Number is Shown Herein, Additional Terms and Conditions Attached Hereto Apply.

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE |
|---|---|---|
| 12/22/04 | 10/24/05 | 10/24/05 |

PHONE: 248-874-8525
J. OWENS
U3
Buyer

PURCHASING AGENT

SHIP VIA: ARTISAN ASSOCIATES INC

VENDOR NUMBER 14-423-8094
SCHENCK PEGASUS CORP
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

PAYMENT TERMS: NET  2ND DAY/2ND MTH-10% HLDBK

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | RFQ NUMBER | TAX CODE# | % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00050 | 2 | PR359280 053  SO#191972 | | ### THIS ITEM HAS BEEN CHANGED  ###  CONVERTER ISOLATION TRANSFORMER  WHO ORDERED: GOHLKE248-830-8456 | 12/31/04 | | C | 0.00% | 5341.6000 | | EA |
| 00052 | 2 | PR359280 050  SO#191972 | | ### THIS ITEM HAS BEEN CHANGED  ###  CONVERTER 400 KW AC INPUT MOTOR FOOT MOUNTED FOR  CONVERTER TESTING; INCLUDES BASE. THE MOTOR BASE  SPEED = 2800 RPM AND THE MAXIMUM SPEED AT CONSTANT  WHO ORDERED: GOHLKE248-830-8456 | 12/31/04 | | C | 0.00% | 47739.2000 | | EA |
| 00053 | 0 | PR359280 051  SO#191972 | | ### THIS ITEM HAS BEEN CANCELED  ###  CONVERTER 112KW DRIVE SYSTEM (COMPLETE); INCLUDES  ENCLOSURE, CONVERTER, FILTER REACTOR INVERTERS,  SHUNT-TRIP DISCONNECT.  WHO ORDERED: GOHLKE248-830-8456 | | | C | 0.00% | 154784.0000 | | EA |
| 00054 | 0 | PR359280 052  SO#191972 | | ### THIS ITEM HAS BEEN CANCELED  ###  CONVERTER 400KW DRIVE SYSTEM (COMPLETE); INCLUDES  ENCLOSURE, CONVERTER, FILTER REACTOR INVERTERS,  SHUNT-TRIP DISCONNECT.  WHO ORDERED: GOHLKE248-830-8456 | | | C | 0.00% | 154784.0000 | | EA |

**GM** General Motors Corporation

# PURCHASE ORDER: TCS69133 002

PAGE 6

### ALTERATION

### This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading

(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips or Invoices.

Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**\*\*\*\*\*SEND ALL INVOICES TO\*\*\*\*\***
SHIP TO: GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                          US

INVOICE TO: IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .                      US

| ORDER DATE | PHONE: 248-874-8525 |
|---|---|
| 12/22/04 | J. OWENS |
| ALTERATION ISSUE DATE | Buyer |
| 10/24/05 | U3 |
| ALTERATION EFFECTIVE | |
| 10/24/05 | PURCHASING AGENT |

SHIP VIA  ARTISAN ASSOCIATES INC

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
585 E SOUTH BLVD
M/C 483-585-272
PONTIAC MI
48341                              US

VENDOR NUMBER 14-423-8094
TO: SCHENCK PEGASUS CORP
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

PAYMENT TERMS
NET 2ND DAY/2ND MTH-10% HLDBK

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 00058 | 0 | PR359280 060 So#69762 | ### THIS ITEM HAS BEEN CANCELLED ### | VVTTC AWD (3:1-2.2:1) INDUSTRIAL GEARBOX WHO ORDERED: GOHLKE248-830-8456 | | | C  0.00% | 17717.8000 | | EA |
| 00062 | 0 | PR359280 064 So#69762 | ### THIS ITEM HAS BEEN CANCELLED ### | VVTTC AWD PALLET FOR MOUNTING AND TRANSPORTING GEAR BOXES WHO ORDERED: GOHLKE248-830-8456 | | | C  0.00% | 10958.0000 | | EA |
| 00069 | 36 | PR359280 011 So#69762 | ### THIS ITEM HAS BEEN ADDED ### | POWERTRAIN 233 KW AC MOTOR W/BASE FRAME TO INCLUDE CLAMPING DEVICE & MANUAL MOVEMENT OF DYNO RATCHETS AND CABLE FEED SPACERS WHO ORDERED: GOHLKE248-830-8456 | | 12/31/05 | C  0.00% | 44473.8000 | | EA |
| 00070 | 4 | PR359280 021 So#69513 | ### THIS ITEM HAS BEEN ADDED ### | POWERTRAIN 233 KW AC MOTOR W/BASE FRAME TO INCLUD CLAMPING DEVICE & MANUAL MOVEMENT OF DYNO RATCHET AND CABLE FEED SPACERS WHO ORDERED: GOHLKE248-830-8456 | | 12/31/05 | C  0.00% | 44473.8000 | | EA |

**GM** General Motors Corporation

# PURCHASE ORDER *ALTERATION*    PAGE 7

TCS69133 002
### ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.

(2) copies of your packing slip must accompany each shipment. Item Identification Number/M must be shown on Packing Slips and Invoices.

Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 248-874-8525

| ORDER DATE | 12/22/04 |
|---|---|
| ALTERATION ISSUE DATE | 10/24/05 |
| ALTERATION EFFECTIVE | 10/24/05 |

J. OWENS    Buyer
U3

PURCHASING AGENT

ARTISAN ASSOCIATES INC

*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                              US
IF INVOICE REQUIRED, SEND TO PERSON WHO ORDERED MATERIAL
OR SERVICE.                             US
CUSTOMER SERVICE NUMBER
248-874-4636 .

SHIP TO:

INVOICE TO:

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
585 E SOUTH BLVD
M/C 483-585-272
PONTIAC MI
48341                     US

VENDOR NUMBER 14-423-8094
SCHENCK PEGASUS CORP
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

TO:

| PAYMENT TERMS | | | |
|---|---|---|---|
| NET    2ND DAY/2ND MTH-10% HLDBK | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | DATE REQUIRED | TAX CODE | PRICE MULTIPLE | BASE UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|
| 00071 | 5 | PR188816 009 | ### THIS ITEM HAS BEEN ADDED ### NEW LINE ITEM - DYNAS3 TP - 260KW INPUT DYNAMOMETER, INCLUDING BASE, MOTOR AND CONDITIONING SYSTEM CHRISTINE GOHLKE 248-830-8456 WHO ORDERED: GOHLKE 248-830-8456 | 01/01/06 | H 0.00% | | 208350.0000 | EA |
| 00072 | 2 | PR188816 010 | ### THIS ITEM HAS BEEN ADDED ### NEW LINE ITEM - 400 KW DRIVE SYSTEM (COMPLETE) FOR 1 TORQUE CONVERTER SITE, INCLUDES ENCLOSURE, CONVERTER, FILTER, REACTOR, INVERTERS, SHUNT-TRIP DISCONNECT CHRISTINE GOHLKE 248-830-8456 WHO ORDERED: GOHLKE 248-830-8456 | 01/01/06 H 0.00% FOR | | | 140252.4000 | EA |
| 00073 | 10 | PR359280 037 | ### THIS ITEM HAS BEEN ADDED ### LOADED SPIN 223 KW AC MOTOR W/BASE FRAME INCLUDING CABLE FEED SPACERS, CLAMPING DEVICE AND MANUAL MOVEMENT OF THE DYNO WITH RATCHETS WHO ORDERED: GOHLKE 248-830-8456 | 12/31/04 C 0.00% | | 46012.0400 | EA |

F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

RFQ NUMBER

This strip is not binding until samples Approved. etc.
[fine print terms and conditions block, partly illegible]
... H Government Contract Number as Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

So# 19638
So# 61672
So# 61638

11/12/09  09:49 FAX 248 874 8411
�on 07

**General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
585 E SOUTH BLVD
M/C 483-585-272
PONTIAC MI
48341
US

VENDOR NUMBER 14-423-8094
SCHENCK PEGASUS CORP
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490
US
IF INVOICE REQUIRED, SEND TO
INVOICE TO: PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .
US

# PURCHASE ORDER: TCS69133 002
PAGE 8

### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 248-874-8525
J. OWENS                    Buyer
U3

PURCHASING AGENT

ORDER DATE 12/22/04
ALTERATION ISSUE DATE 10/24/05
ALTERATION EFFECTIVE 10/24/05

SHIP VIA  ARTISAN ASSOCIATES INC

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|---|---|---|---|---|
| 00074 | 5 | PR355280 038  Set #1628 | ### THIS ITEM HAS BEEN ADDED ### | SPIN DRIVE SYSTEM (COMPLETE); INCLUDES ENCLOSURE CONVERTER, FILTER REACTOR, INVERTERS SHUNT-TRIP DISCONNECT SPARK WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C 0.00% | 128540.4500 | EA |
| 00075 | 3 | PR188816 013  Set #1493 | ### THIS ITEM HAS BEEN ADDED ### | NEW LINE ITEM - INDUSTRIAL GEARBOX (GEAR RATIO 2:1) CHRISTINE GOHLKE 248-830-8456 WHO ORDERED: GOHLKE 248-830-8456 | | 01/01/06 | H 0.00% | 34925.0000 | EA |
| 00076 | 5 | PR188816 016  Set #1638 | ### THIS ITEM HAS BEEN ADDED ### | NEW LINE ITEM - UPGRADE TP 260 OR 130 FOR DISCONNECT FUNCTIONALITY AND HYDRAULIC CHRISTINE GOHLKE 248-830-8456 WHO ORDERED: GOHLKE 248-830-8456 | | 01/01/06 | H 0.00% QUICK | 19090.0000 | EA |
| 00077 | 1 | PR188816 017  Set #1438 | ### THIS ITEM HAS BEEN ADDED ### | NEW LINE ITEM - ONE TIME ENGINEERING FOR UPGRADE FOR QUICK DISCONNECT CHRISTINE GOHLKE 248-830-8456 WHO ORDERED: GOHLKE 248-830-8456 | | 01/01/06 | H 0.00% | 12360.0000 | EA |

PAYMENT TERMS  NET  2ND DAY/2ND MTH-10% HLDBK
F.O.B.  DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

**General Motors Corporation**

## PURCHASE ORDER: TCS69133 002    PAGE 9

### ### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2 copies) of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**PHONE: 248-874-8525**
**J. OWENS**    Buyer
U3

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE |
|---|---|---|
| 12/22/04 | 10/24/05 | 10/24/05 |

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                                    US

INVOICE TO:
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE
CUSTOMER SERVICE NUMBER
248-874-4636 .                                US

This order is for single unit empty. Acceptance must be remains an interpretation any which shall be in reduced to form, this keep all samples and auditors in which later grows by acceptant of this unit. This unit, including the term and conditions on its face and reverse side hereof, ordates to complete an that opens on these terms and seller on it to you for any positive by our and terms in conditions who is to days upon the term even made in writing and signed by Buyers withdraws reprensation. If Contract Number or Montage' is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

SHIP VIA
F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

**ARTISAN ASSOCIATES INC**

VENDOR NUMBER 14-423-6094
SCHENCK PEGASUS CORP
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

PURCHASING AGENT

| PAYMENT TERMS | | | | | |
|---|---|---|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | NOUN NAME | ITEM IDENTIFICATION NO. | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|
| 00078 | 4 | | PR188816 018<br>SO# 64992 | ### THIS ITEM HAS BEEN ADDED ###<br>NEW LINE ITEM - AC MOTOR 223 KW WITH BASE FRAME AND SUB FRAME WHICH ALLOWS MOVEMENT IN Y AND X DIRECTION INCLUDING ALL REQUIRED CLAMPING DEVICES AND RATCHETS TO MOVE THE DYNO MANUALLY + CABLE MANAGEMENT SYSTEM FOR POWER AND CONTROL CABLE INCLUDING ALL REQUIRED CONNECTING BOXES, CABLE TRAYS (CAT TRACK) ETC.<br>CHRISTINE GOHLKE 248-830-8456<br>WHO ORDERED: GOHLKE 248-830-8456 | | 01/01/06  H | 0.00% | 67050.2000 | | EA |
| 00079 | 4 | | PR188816 019<br>SO# 19513 | ### THIS ITEM HAS BEEN ADDED ###<br>NEW LINE ITEM - AC MOTOR 223 KW WITH BASE FRAME AND SUB FRAME WHICH ALLOWS MOVEMENT IN Y AND X DIRECTION INCLUDING ALL REQUIRED CLAMPING DEVICES AND RATCHETS TO MOVE THE DYNO MANUALLY + CABLE MANAGEMENT SYSTEM FOR POWER AND CONTROL CABLE INCLUDING ALL REQUIRED CONNECTING BOXES, CABLE TRAYS (CAT TRACK) ETC.<br>CHRISTINE GOHLKE 248-830-8456<br>WHO ORDERED: GOHLKE 248-830-8456 | | 01/01/06  H | 0.00% | 67050.2000 | | EA |

600 🔲

General Motors Corporation

# PURCHASE ORDER: TCS69133 002

PAGE 10

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2 copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.)

PHONE: 248-874-8525
J. OWENS    Buyer
U3    PURCHASING AGENT

*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                      US

SHIP TO:

IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .                  US

INVOICE TO:

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 12/22/04 | 10/24/05 | 10/24/05 |

SHIP VIA: ARTISAN ASSOCIATES INC

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
585 E SOUTH BLVD
M/C 483-585-272
PONTIAC MI
48341                           US

VENDOR NUMBER 14-423-8094
SCHENCK PEGASUS CORP
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

TO:

Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

F.O.B.  DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

PAYMENT TERMS
NET 2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|
| 00080 | 16 | PR188816 004 SC# 69417 | ### THIS ITEM HAS BEEN ADDED ### | NEW LINE ITEM---499kW AC MOTOR FOOT MOUNTED FOR ENGINE TESTING; INCLUDES BASE CHRISTINE GOHLKE 248-830-8456 WHO ORDERED: GOHLKE 248-830-8456 | | 01/01/06 | H    0.00% | 52739.0000 | | EA |
| 00081 | 2 | PR188816 005 SC# 69438 | ### THIS ITEM HAS BEEN ADDED ### | NEW LINE ITEM - REAL-TIME COMBUSTION MODEL SOFTWARE CHRISTINE GOHLKE 248-830-8456 WHO ORDERED: GOHLKE 248-830-8456 | | 01/01/06 | H    0.00% | 37320.0000 | | EA |
| 00082 | 3 | PR188816 006 SC# 69789 | ### THIS ITEM HAS BEEN ADDED ### | NEW LINE ITEM - CALIBRATION CARTS CHRISTINE GOHLKE 248-830-8456 WHO ORDERED: GOHLKE 248-830-8456 | | 01/01/06 | H    0.00% | 42667.2000 | | EA |

Amendment 3
issued Jan. 2006

PO #TCS 69133



**GM** General Motors Corporation

# PURCHASE ORDER: TCS69133 003

PAGE 1

### ###  A L T E R A T I O N  ###

ORDER DATE: 12/22/04
ALTERATION ISSUE DATE: 12/22/05
ALTERATION EFFECTIVE: 12/22/05

PHONE: 248-874-8525
J. OWENS    Buyer
PURCHASING AGENT

ARTISAN ASSOCIATES INC

SHIP VIA: SHIPPING POINT – FREIGHT COLLECT
DESTINATION UNLESS OTHERWISE INDICATED

*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490    US

IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .    US

SHIP TO:

INVOICE TO:

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
585 E SOUTH BLVD
M/C 483-585-272
PONTIAC MI
48341    US

VENDOR NUMBER 14-423-8094
SCHENCK PEGASUS CORP
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

PAYMENT TERMS
NET    2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ### SPOT BUY TCS69133 HAS BEEN ALTERED AS FOLLOWS ### | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY EUR EUROPEAN CURRENCY UNIT | | | | | |
| | | | | THIS ALTERATION IS TO ACCOMMODATE ADDING MISSING ITEMS FROM ALTERATION #002. | | | | | |
| 0016 | 10 | PR359280 016  So#64942 | ### THIS ITEM HAS BEEN CHANGED ### | POWERTRAIN DRIVE SHAFT WITH QUICK COUPLING TO TORQUE FLANGE (RWD) WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C    0.00% | 29070.0400 | EA |
| 0026 | 4 | PR359280 024  So#64913 | ### THIS ITEM HAS BEEN CHANGED ### | AWD INDUSTRIAL GEARBOX {3:1-3.2:1} WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C    0.00% | 30510.0000 | EA |
| 0042 | 4 | PR359280 040  So#64938 | ### THIS ITEM HAS BEEN CHANGED ### | LOADED SPIN {3:1-3.2:1} INDUSTRIAL GEARBOX WHO ORDERED: GOHLKE248-830-8456 | | 12/31/04 | C    0.00% | 30510.0000 | EA |

This order is not binding until buyer will accept. Acceptance should be executed on acknowledgement copy which should be returned to buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including acceptance of all terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
(I Governmental Contract Number Is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.)

F.O.B.

RECEIVED
JAN 10 2005
BY:

004576  USER JAMES OWENS

ORIGINAL

**GM** General Motors Corporation

# PURCHASE

PAGE 2

## ORDER: TCS69133 003

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.

(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.

Invoice Attn. Accounts Payable

Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 248-874-8525
J. OWENS                    Buyer

[signature] PURCHASING AGENT

| ORDER DATE | 12/22/04 |
|---|---|
| ALTERATION ISSUE DATE | 12/22/05 |
| ALTERATION EFFECTIVE DATE | 12/22/05 |

SHIP VIA   ARTISAN ASSOCIATES INC

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                              US
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .                          US

INVOICE TO:

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
585 E SOUTH BLVD
M/C 483-585-272
PONTIAC MI
48341

VENDOR NUMBER 14-423-8094
SCHENCK PEGASUS CORP
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

TO:

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAYMENT TERMS NET | 2ND DAY/2ND MTH-10% HLDBK | | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT - FREIGHT COLLECT | | | | | | |
| 00083 | 7 Comcast 005 | PR359280 014 Sc# 69492 | ### | THIS ITEM HAS BEEN ADDED ### POWERTRAIN-INDUSTRIAL-GEARBOX-(3:1-3.2:1) WHO ORDERED: GOHLKE 248-830-8456 | | 12/31/04 C | 0.00% | 30510.0000 | | EA |
| 0084 | 20 | PR359280 015 Sc# 69492 | ### | THIS ITEM HAS BEEN ADDED ### POWERTRAIN TELESCOPING AXLE SHAFTS WITH QUICK COUPLING TO TORQUE FLANGE (RWD) WHO ORDERED: GOHLKE 248-830-8456 | | 12/31/04 C | 0.00% | 6734.9600 | | EA |

LAST PAGE

004576   USER JAMES OWENS                                   ORIGINAL

Amendment 4
issued Sept. 2006

PO #TCS 69133



**General Motors Corporation**

# PURCHASE ORDER* ALTERATION

PAGE 1

### TCS69133 004

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips an Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

*****SEND ALL INVOICES TO*****
SHIP TO: GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                    US
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
INVOICE TO: OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .                US

| ORDER DATE | 12/22/04 |
| ALTERATION ISSUE DATE | 09/26/06 |
| ALTERATION EFFECTIVE DATE | 09/26/06 |

PHONE: 248-874-8525
J. OWENS          Buyer
J3
PURCHASING AGENT   ARTISAN ASSOCIATES INC

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
585 E SOUTH BLVD
M/C 483-585-272
PONTIAC MI
48341                          US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEM
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

| PAYMENT TERMS | | | F.O.B. | | |
|---|---|---|---|---|---|
| NET | 2ND DAY/2ND MTH-10% HLDBK | | SHIPPING POINT - FREIGHT COLLECT | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | ### | SPOT BUY TCS69133 HAS BEEN ALTERED AS FOLLOWS ### | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY EUR EUROPEAN CURRENCY UNIT | | | | | |
| | | | | THIS ALTERATION IS TO ACCOMMODATE ADDITIONAL EQUIPMENT AS REQUESTED...............RR | | | | | |
| | | | ### | THIS ITEM HAS BEEN ADDED ### | | | | | |
| 00085 | 2 | PR270255 001 | | NEW LINE ITEM:  DC-DC CONVERTER 223KW FWD/RWD DAVID GUNNELS  586-709-3326 DELIVER TO: DAVID GUNNELS 895 JOSLYN PONTIAC, MI  48340  48340 WHO ORDERED: GUNNEL 586-709-3326 | | 05/01/07 C | 0.00% | 108996.0000 | EA |
| | | | ### | THIS ITEM HAS BEEN ADDED ### | | | | | |
| 00086 | 1 | PR270255 002 | | NEW LINE ITEM:  DC-DC CONVERTER 223KW AWD DAVID GUNNELS  586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | 05/01/07 C | 0.00% | 108996.0000 | EA |

0004770   USER RWITICK ROY

CONTINUE PAGE

**GM** General Motors Corporation

# PURCHASE ORDER

PAGE

### A L T E R A T I O N ###    TCS69133 004

```
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                        US
```
SHIP TO:

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips or Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

```
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .                     US
```
INVOICE TO:

PHONE: 248-874-8525

| ORDER DATE | |
|---|---|
| 12/22/04 | J. OWENS          Buyer |
| ALTERATION ISSUE DATE | U3 |
| 09/26/06 | |
| ALTERATION EFFECTIVE DATE | ARTISAN ASSOCIATES INC |
| 09/26/06 | PURCHASING AGENT |

SHIP VIA

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If "Government Contract Number" is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

```
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
585 E SOUTH BLVD
M/C 483-585-272
PONTIAC MI
48341                              US
```

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEM
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

| PAYMENT TERMS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | | | | | | | | |
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
| 00087 | 1 | PR270255 003 SO# 191630 | ### THIS ITEM HAS BEEN ADDED ### NEW LINE ITEM: DC-DC CONVERTER 112KW UNLOADED SPIN DAVID GUNNELS  586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | | 05/01/07  C  0.00% | | 108996.0000 |
| 00088 | 1 | PR270255 004 SO# 191638 TDRS Assy 260017-1 NW# 6010355 | ### THIS ITEM HAS BEEN ADDED ### NEW LINE ITEM: DC-DC CONVERTER 260KW LOADED SPIN DAVID GUNNELS  586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | | 05/01/07  C  0.00% | | 108996.0000 |

D004770    USER RWITTICK ROY                ORIGINAL                    LAST PAGE

Amendment 5
issued Oct. 2006

PO # TCS 69133

**GM** General Motors Corporation

# PURCHASE ORDER: TCS69133 005

### A L T E R A T I O N ###

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 12/22/04 |
|---|---|
| ALTERATION ISSUE DATE | 10/04/06 |
| ALTERATION EFFECTIVE | 10/04/06 |

PHONE: 248-874-8525
J. OWENS    Buyer
U3

_signature_   PURCHASING AGENT

SHIP VIA  ARTISAN ASSOCIATES INC

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
585 E SOUTH BLVD
M/C 483-585-272
PONTIAC MI
48341    US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490    US

INVOICE TO:
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .    US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof set the terms and conditions to which Seller agrees by acceptance of the order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be recognized. Where this form is used as a contract (i.e., signed by Buyer and Seller) the terms and conditions (if Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | SHIPPING POINT - FREIGHT COLLECT | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | ### | SPOT BUY TCS69133 HAS BEEN ALTERED AS FOLLOWS ### | | | | | |
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY EUR EUROPEAN CURRENCY UNIT | | | | | | |
| | | | THIS ALTERATION IS TO ACCOMMODATE THE CANCELLATION OF DESIGNATED GEARBOXES AS REQUESTED BY DAVE GUNNELS | | | | | | |
| 00026 | 0 | PR359280 024 SO# 69513 | ### THIS ITEM HAS BEEN CANCELED ### AWD INDUSTRIAL GEARBOX {3:1-3.2:1} WHO ORDERED: GOHLKE248-830-8456 | | | | C  0.00% | 30510.0000 | EA |
| 00042 | 0 | PR359280 040 SO# 69638 | ### THIS ITEM HAS BEEN CANCELED ### LOADED SPIN {3:1-3.2:1} INDUSTRIAL GEARBOX WHO ORDERED: GOHLKE248-830-8456 | | | | C  0.00% | 30510.0000 | EA |
| 00083 | 0 | PR359280 014 SO# 69747 69492 | ### THIS ITEM HAS BEEN CANCELED ### POWERTRAIN INDUSTRIAL GEARBOX {3:1-3.2:1} WHO ORDERED: GOHLKE248-830-8456 | | | | C  0.00% | 30510.0000 | EA |

LAST PAGE

ORIGINAL

D004776   USER JAMES OWENS

Amendment 7

issued Nov. 06

P0 # TCS 69133

General Motors Corporation

# PURCHASE
## ORDER: TCS69133 007

### ### A L T E R A T I O N ###

PAGE

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340
R URBAN                    Buyer

YY

PURCHASING AGENT

SHIP TO:

*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                  US
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .              US

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090                      US

INVOICE TO:

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 12/22/04 | 11/28/06 |
| | ALTERATION EFFECTIVE |
| | 11/28/06 |

| PAYMENT TERMS | | | | |
|---|---|---|---|---|
| NET | 2ND | DAY/2ND | MTH-10% | HLDBK |

The price is not binding until accepted. Acceptance should be executed an acknowledgement copy which should be returned to Buyer.
On its reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
The order, including the terms and conditions on the face and reverse side hereof, constitute the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions which is binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government contract number is shown hereon, additional Terms and Conditions Attached Hereto Apply.

SHIP VIA
ARTISAN ASSOCIATES INC

F.O.B.      DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ### SPOT BUY TCS69133 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY EUR EUROPEAN CURRENCY UNIT | | | | | | |
| | | | | ALT MADE AS PER PR812688. GEARBOX 2:1 RATIO NO LONGER REQUIRED. | | | | | | |
| 00075 | 0 | PR188816 013 | | ### THIS ITEM HAS BEEN CANCELED ### | | | | 34925.0000 | | |
| | | | | NEW LINE ITEM - INDUSTRIAL GEARBOX (GEAR RATIO 2:1)    H   0.00% CHRISTINE GOHLKE  248-830-8456 WHO ORDERED: GOHLKE 248-830-8456 | | | | | | |

DEC 0 5 2006

LAST PAGE

J004813  USER RAUL URBAN                                         ORIGINAL

Amendment 8

Issued Dec. 2006

PO # 69133

**General Motors Corporation**

# PURCHASE ORDER

**PAGE**

### ### A L T E R A T I O N ###

TCS69133 008

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips or Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340
R URBAN          Buyer
YY

PURCHASING AGENT

SHIP TO:
```
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                    US
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636                  US
```

INVOICE TO:

The order is not binding until signed by Buyer, received on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of the order.
This order, including the terms and condition on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

TO:
```
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090                    US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099
```

| ORDER DATE | | |
|---|---|---|
| 12/22/04 | | |
| ALTERATION ISSUE DATE | | |
| 12/11/06 | | |
| ALTERATION EFFECTIVE | | |
| 12/11/06 | | |

ARTISAN ASSOCIATES INC

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|

**PAYMENT TERMS**
NET 2ND DAY/2ND MTH-10% HLDBK

**F.O.B.** DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT — FREIGHT COLLECT

**SHIP VIA**

### SPOT BUY TCS69133 HAS BEEN ALTERED AS FOLLOWS ###

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
EUR EUROPEAN CURRENCY UNIT

ALT MADE AS PER PR191371, REF HORIBA'S QUOTE 6051201
DATED 05/08/2006 MP270049292

### THIS ITEM HAS BEEN ADDED ###

| 00089 | 1 | PR191371 001   SC# 191658 | | ONE-TIME ENGINEERING CHARGE FOR ENGINE SIMULATION INTERFACE SOFTWARE PACKAGE (ITEM 4 OF QUOTE) ALTERATION TO TCS69133 ***** ROBERT SENSENEY 734-320-8589 DELIVER TO: ROBERT SENSENEY 895 JOSLYN RD PONTIAC, MICHIGAN 48340 48340 WHO ORDERED: SENSEN 734-320-8589 | | 10/31/06 C   0.00% | | 93949.8400 | EA |

### THIS ITEM HAS BEEN ADDED ###

| 00090 | 5 | PR191371 002   SC# 191658 | | LICENSE FEES FOR NF-2 (LOADED-SPIN) TEST CELLS (ITEM 2 OF QUOTE) ROBERT SENSENEY 734-320-8589 WHO ORDERED: SENSEN 734-320-8589 | | 10/31/06 C   0.00% | | 2746.5100 | EA |

RECEIVED DEC 19 2006

00004822   USER RAUL URBAN

ORIGINAL

LAST PAGE

Amendment 9

issued Dec. 2006

po$^{tt}$ TCS 69133

**General Motors Corporation**

PAGE

# PURCHASE
## ORDER: TCS69133 009
### ### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.

(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips Invoices.

PHONE: 586-575-134
R URBAN    Buyer

| ORDER DATE | ALTERATION ISSUE DATE | YY | PURCHASING AGENT |
|---|---|---|---|
| 12/22/04 | 12/11/06 | | |
| | ALTERATION EFFECTIVE DATE | | |
| | 12/11/06 | | |

*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                         US

SHIP TO:

IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.                         US
CUSTOMER SERVICE NUMBER
248-874-4636 .

INVOICE TO:

Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parce Past.

ARTISAN ASSOCIATES INC

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2690 JOHN R RD
PO BOX 1287
TROY MI
48099

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090                         US

TO:

This order is not binding until accepted. Acceptance must be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof and conditions in which Seller agrees to acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

SHIP VIA

F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| PAYMENT TERMS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | | | | | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ### SPOT BUY TCS69133 HAS BEEN ALTERED AS FOLLOWS ### | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY EUR EUROPEAN CURRENCY UNIT | | | | | |
| | | | | ALT MADE AS PER PR162679, REF MP2700499291 | | | | | |
| | | | | HORIBA'S QUOTE QC6061204 REV 2, DATED NOV 06, 2006 | | | | | |
| 00044 | 0 | PR359280 043 | | ### THIS ITEM HAS BEEN CANCELED ### | | | C 0.00% | 9037.6000 | |
| | | SC#69638 | | LOADED SPIN IN-LINE TORQUE-MEASUREMENT DEVICE (TO BE MOUNTED AT THE GEAR BOX 0.05%FS) WHO ORDERED: GOHLKE248-830-8456 | | | | | |
| 00055 | 0 | PR359280 055 | | ### THIS ITEM HAS BEEN CANCELED ### | | | C 0.00% | 13469.8000 | |
| | | SC#69672 | | CONVERTER IN-LINE TORQUE-MEASUREMENT DEVICE (TO BE INSTALLED ON OUTPUT SHAFT OF MOTOR 0.03%FS) WHO ORDERED: GOHLKE248-830-8456 | | | | | |
| 00091 | 46 | PR162679 001 | | ### THIS ITEM HAS BEEN ADDED ### | | 06/15/07 | H 0.00% | 1233.3790 | |
| | | SC#69412 | | INCREASE COST ON PR359280 005 FROM $11,759.84 TO $13,387.72 FOR A NEW TOTAL OF $ 615,835.12 DAVID GUNNELS 586-709-3326 DELIVER TO: DAVID GUNNELS | | | | | |

RECEIVED DEC 19 2006

ORIGINAL

J004822    USER RAUL URBAN

**General Motors Corporation**

**PURCHASE ORDER** T C S 6 9 1 3 3   0 0 9   # # #

PAGE

### # A L T E R A T I O N # # #

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.

(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips & Invoices.

Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-134
R. URBAN               Buyer
YY

PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 12/22/04 | 12/11/06 |
| | ALTERATION EFFECTIVE DATE |
| | 12/11/06 |

SHIP VIA    ARTISAN ASSOCIATES INC

*****SEND ALL INVOICES TO*****
SHIP TO:
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                           US

INVOICE TO:
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE
CUSTOMER SERVICE NUMBER
248-874-4636 .                       US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO:  2890 JOHN R RD
PO BOX 1287
TROY MI
48099

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090                                US

PAYMENT TERMS
NET  2ND DAY/2ND MTH-10%  HLDBK

This copy is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| 00095 | 4 | PR162679 007 SO# 69638 | ### THIS ITEM HAS BEEN ADDED ###<br>LOADED SPIN INPUT TORQUE MEASUREMENT 1000K<br>DAVID GUNNELS  586-709-3326<br>WHO ORDERED: GUNNEL 586-709-3326 | | | 06/15/07 | H   0.00% | 15049.1960 | |
| 00096 | 2 | PR162679 008 SO# 69672 | ### THIS ITEM HAS BEEN ADDED ###<br>TORQUE CONVERTER TORQUE MEASUREMENT 500K<br>DAVID GUNNELS  586-709-3326<br>WHO ORDERED: GUNNEL 586-709-3326 | | | 06/15/07 | H   0.00% | 12277.9700 | |
| 00097 | 2 | PR162679 009 SO# 69672 | ### THIS ITEM HAS BEEN ADDED ###<br>TORQUE CONVERTER TORQUE MEASUREMENT 2000K<br>DAVID GUNNELS  586-709-3326<br>WHO ORDERED: GUNNEL 586-709-3326 | | | 06/15/07 | H   0.00% | 12863.2250 | |

LAST PAGE

0004822   USER RAUL URBAN

ORIGINAL

**General Motors Corporation**

## PURCHASE ORDER TCS69133 009

PAGE

### ### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips or
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PURCHASING AGENT

PHONE: 586-575-134
R URBAN                    Buyer
YY

| ORDER DATE | 12/22/04 |
| ALTERATION ISSUE DATE | 12/11/06 |
| ALTERATION EFFECTIVE DATE | 12/11/06 |

SHIP VIA: ARTISAN ASSOCIATES INC

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490
                    US

INVOICE TO:
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.
CUSTOMER SERVICE NUMBER
248-874-4636 .
                    US

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| PAYMENT TERMS NET 2ND DAY/2ND MTH-10% | HLDBK | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE | PRICE MULTIPLE | |
| | | | 895 JOSLYN AVE PONTIAC, MI 48340 | 48340 586-709-3326 | | | | | |
| 00092 | 16 | PR162679 002 So#169417 | ### THIS ITEM HAS BEEN ADDED ### INCREASE COST ON PR359280 010 FROM $11,759.83 TO $14,363.45 FOR A NEW TOTAL OF $229,815.20 DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | 06/15/07 H | 0.00% | 1972.6580 | | |
| 00093 | 6 | PR162679 003 So#169430 | ### THIS ITEM HAS BEEN ADDED ### INCREASE COST ON PR359280 034 FROM $15,152.61 FOR A NEW TOTAL OF $90,915.66 DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | 06/15/07 H $12,970.43 TO | 0.00% | 1653.3500 | | |
| 00094 | 1 | PR162679 006 So#169638 | ### THIS ITEM HAS BEEN ADDED ### LOADED SPIN INPUT TORQUE MEASUREMENT 500K DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | 06/15/07 H | 0.00% | 12166.0570 | | |

CONTINUE PAGE 3

ORIGINAL

0004822   USER RAUL URBAN

Amendment 10
issued Dec. 2006

P, #TCS 69133

**General Motors, Corporation**

# PURCHASE ORDER: TCS69133 010

### ALTERATION

PAGE

### ### ### TCS69133 010 ### ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips a
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1341
R URBAN    Buyer
YY

PURCHASING AGENT

| ORDER DATE | 12/22/04 |
| ALTERATION ISSUE DATE | 12/13/06 |
| ALTERATION EFFECTIVE | 12/13/06 |

SHIP VIA    ARTISAN ASSOCIATES INC

*****SEND ALL INVOICES TO*****
SHIP TO:
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490    US
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE
CUSTOMER SERVICE NUMBER
248-874-4636 .    US
INVOICE TO:

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
PO BOX 1287
TO: 2890 JOHN R RD
TROY MI
48099

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090    US

| PAYMENT TERMS | | | | |
|---|---|---|---|---|
| NET   2ND DAY/2ND MTH-10% HLDBK | | | | |

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ### SPOT BUY TCS69133 HAS BEEN ALTERED AS FOLLOWS ### | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY EUR EUROPEAN CURRENCY UNIT | | | | | |
| | | | | ALT MADE AS PER EMAIL FROM KATHY SIMES, PR162679 001 THROUGH PR162679 003 SHOULD BE ADDED PR359280-005, PR359280-010 & PR359280-034 RESPECTIVELY. | | | | | |
| | | | | ### THIS ITEM HAS BEEN CANCELED ### | | | | | |
| 00091 | 0 | PR162679 001   So#69412 | | INCREASE COST ON PR359280 005 FROM $11,759.84 TO $13,387.72 FOR A NEW TOTAL OF $ 615,835.12 DAVID GUNNELS 586-709-3326 DELIVER TO: DAVID GUNNELS 895 JOSLYN AVE PONTIAC MI   48340   48340 WHO ORDERED: GUNNEL 586-709-3326 | | | H   0.00% | 1233.3790 | |
| | | | | ### THIS ITEM HAS BEEN CANCELED ### | | | | | |
| 00092 | 0 | PR162679 002   So#69417 | | INCREASE COST ON PR359280 010 FROM $11,759.83 TO $14,363.45 FOR A NEW TOTAL OF $229,815.20 DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | | H   0.00% | 1972.6580 | |
| | | | | RECEIVED DEC 19 2006 | | | | | |

D004824   USER RAUL URBAN

ORIGINAL

CONTINUE PAGE



**GM** General Motors Corporation

# PURCHASE ORDER: TCS69133 010    PAGE
### ALTERATION ###
This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips & Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                          US

INVOICE TO:
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE
CUSTOMER SERVICE NUMBER
248-874-4636 .                      US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090                               US

| ORDER DATE | PHONE: 586-575-1341 |
| 12/22/04 | R URBAN    Buyer |
| ALTERATION ISSUE DATE | YY |
| 12/13/06 | |
| ALTERATION EFFECTIVE | |
| 12/13/06 | PURCHASING AGENT |

SHIP VIA    ARTISAN ASSOCIATES INC

PAYMENT TERMS
NET    2ND DAY/2ND MTH-10% HLDBK

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| 00093 | 0 | PR162679 003 So# 69630 | | ### THIS ITEM HAS BEEN CANCELED ### INCREASE COST ON PR359280 034 FROM $12,970.43 TO $15,152.61 FOR A NEW TOTAL OF $90,915.66 DAVID GUNNELS  586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | | H  0.00% | 1653.3500 | |
| 00098 | 46 | PR162679 001 So# 6.9412 | | ### THIS ITEM HAS BEEN ADDED ### INCREASE COST ON PR359280 005 FROM $11,759.84 TO $13,387.72 FOR A NEW TOTAL OF $ 615,815.12 DAVID GUNNELS  586-709-3326 DELIVER TO: DAVID GUNNELS 895 JOSLYN AVE PONTIAC, MI  48340  48340 WHO ORDERED: GUNNEL 586-709-3326 | 06/15/07 | | H  0.00% | 1233.0800 | |
| 00099 | 16 | PR162679 002 So# 69417 | | ### THIS ITEM HAS BEEN ADDED ### INCREASE COST ON PR359280 010 FROM $11,759.83 TO $14,363.45 FOR A NEW TOTAL OF $229,815.20 DAVID GUNNELS  586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | 06/15/07 | | H  0.00% | 1972.1900 | |

ORIGINAL                        CONTINUE PAGE

J004824  USER RAUL URBAN

GM General Motors Corporation

# PURCHASE     PAGE

## ORDER: TCS69133 010

### ### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.

(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips a
Invoices.

Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-134|
R URBAN                    Buyer
YY
                      PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 12/22/04 | 12/13/06 |

ALTERATION EFFECTIVE DATE
12/13/06

SHIP VIA
ARTISAN ASSOCIATES INC

| BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|
| 1652.9570 | |

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                    US
IF INVOICE REQUIRED, SEND TO
PERSON WHO ORDERED MATERIAL
OR SERVICE.

INVOICE TO:
CUSTOMER SERVICE NUMBER
248-874-4636 .                 US

This order is not binding until accepted. Acceptance should be executed in acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions in which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other statement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

F.O.B.     DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090                         US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

| PAYMENT TERMS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | | | | | | | | | |
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | | |
| 00100 | 6 | PR162679 003 So# 69630 | ### THIS ITEM HAS BEEN ADDED ### INCREASE COST ON PR359280 034 FROM $12,970.43 TO $15,152.61 FOR A NEW TOTAL OF $90,915.66 DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | 06/15/07 | H  0.00% | | |

0004824   USER RAUL URBAN                    ORIGINAL                    LAST PAGE

Amendment 11

**GM General Motors Corporation**

**PURCHASE ORDER**   PAGE 3

### A L T E R A T I O N ###   TCS69133 011

###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips or Invoices.
Invoice Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340
R. URBAN                Buyer
YY
PURCHASING AGENT

| ORDER DATE | 12/22/04 |
| ALTERATION ISSUE DATE | 01/03/07 |
| ALTERATION EFFECTIVE DATE | 01/03/07 |

*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                US
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490

SHIP TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090                US

INVOICE TO:
VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP VIA   ARTISAN ASSOCIATES INC

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

PAYMENT TERMS
NET 2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE | % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0102 | 2 | PR376828 006 SO# 64492 | ### THIS ITEM HAS BEEN ADDED ### | POWERTRAIN 315KW DRIVE SYSTEM (NEW LINE ITEM) DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | 08/01/07 | C | 0.00% | 93106.2800 | | EA |
| 0103 | 2 | PR376828 007 SO# 69417 | ### THIS ITEM HAS BEEN ADDED ### | 800HP ENGINE DYNAMOMETER (NEW LINE ITEM) DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | 08/01/07 | C | 0.00% | 69247.0200 | | EA |
| 0104 | 2 | PR376828 008 SO# 69417 | ### THIS ITEM HAS BEEN ADDED ### | 800HP ENGINE DYNAMOMETER CONTROLLER (NEW LINE ITEM) DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | 08/01/07 | C | 0.00% | 62936.1800 | | EA |

LAST PAGE

ORIGINAL

04835   USER RAUL URBAN

**General Motors Corporation**

# PURCHASE

PAGE 2

## ORDER: TCS69133 011

### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slips must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340
R URBAN    Buyer

PURCHASING AGENT

| ORDER DATE | 12/22/04 |
| ALTERATION ISSUE DATE | 01/03/07 |
| ALTERATION EFFECTIVE | 01/03/07 |

SHIP VIA    YY

```
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090
                                US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099
```

SHIP TO:
```
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490
                            US
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                  US
```

INVOICE TO: (above)

This is an all binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer...

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

ARTISAN ASSOCIATES INC

PAYMENT TERMS: NET 2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0078 | 0 | PR188816 018  So# 69492 | | ### THIS ITEM HAS BEEN CANCELED ### NEW LINE ITEM - AC MOTOR 223 KW WITH BASE FRAME AND SUB FRAME WHICH ALLOWS MOVEMENT IN Y AND X DIRECTION INCLUDING ALL REQUIRED CLAMPING DEVICES AND RATCHETS TO MOVE THE DYNO MANUALLY + CABLE MANAGEMENT SYSTEM FOR POWER AND CONTROL CABLE INCLUDING ALL REQUIRED CONNECTING BOXES, CABLE TRAYS (CAT TRACK) ETC. CHRISTINE GOHLKE 248-830-8456 WHO ORDERED: GOHLKE 248-830-8456 | | | H 0.00% | 67050.2000 | | EA |
| 0080 | 14 | PR188816 004  So# 60499  69417 | | ### THIS ITEM HAS BEEN CHANGED ### NEW LINE ITEM - 499KW AC MOTOR FOOT MOUNTED FOR ENGINE TESTING; INCLUDES BASE CHRISTINE GOHLKE 248-830-8456 WHO ORDERED: GOHLKE 248-830-8456 | | 01/01/06 | H 0.00% | 52739.0000 | | EA |
| 101 | 4 | PR376828 005  So# 69492 | | ### THIS ITEM HAS BEEN ADDED ### POWERTRAIN 315KW AC MOTOR WITH BASE (NEW LINE ITEM) DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | 08/01/07 | C 0.00% | 87446.3000 | | EA |
| 04835 | USER RAUL URBAN | | | | | | | | | |

CONTINUE PAGE 3

ORIGINAL

# GM General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
M/C 480-206-180
WARREN MI
48090
US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490
US
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636

INVOICE TO:
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

This order is not binding until accepted. Acceptance should be evident on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other contract in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

# PURCHASE ORDER ALTERATION

PAGE 1

### TCS69133 011 ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips.
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340
R URBAN          Buyer

| ORDER DATE | PURCHASING AGENT |
|---|---|
| 12/22/04 | YY |
| ALTERATION ISSUE DATE | |
| 01/03/07 | |
| ALTERATION EFFECTIVE | |
| 01/03/07 | |

SHIP VIA
ARTISAN ASSOCIATES INC

F.O.B.
DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

PAYMENT TERMS
NET   2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ### SPOT BUY TCS69133 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY EUR EUROPEAN CURRENCY UNIT | | | | | | |
| | | | | ALT MADE AS PER PR376828, HORIBA'S QUOTE QC611I201 REV 2 DATED JAN 02/2007 MP300503420 TERMS & CONDITIONS REMAIN | | | | | | |
| 1007 | 14 <br> *woolly* | PR359280 007 <br> So# 19417 | | ### THIS ITEM HAS BEEN CHANGED ### <br> 485 KW DRIVE SYSTEM (COMPLETE); INCLUDES ENCLOSURE, CONVERTER, FILTER, REACTOR, SINGLE INVERTER, SHUNT- TRIP DISCONNECT WHO ORDERED: GOHLKE248-830-8456 | | 12/31/08 | C 0.00% | 61686.0000 | | EA |
| 012 | 18 <br> *woo 20* | PR359280 012 <br> So# 19492 | | ### THIS ITEM HAS BEEN CHANGED ### <br> POWERTRAIN DRIVE SYSTEM (COMPLETE); INCLUDES ENCLOSURE, CONVERTER, FILTER, REACTOR INVERTERS, SHUNT-TRIP DISCONNECT WHO ORDERED: GOHLKE248-830-8456 | | 12/31/08 | C 0.00% | 91271.5600 | | EA |

CONTINUE PAGE 2

04835   USER RAUL URBAN

ORIGINAL.

Amendment 12

**GM** General Motors Corporation

| | | | | | PURCHASE | | | | | PAGE | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | O R D E R | TCS69133 012 | | | | | |

### ### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-1340 |
|---|---|
| 12/22/04 | R URBAN         Buyer |
| ALTERATION ISSUE DATE | YY |
| 01/11/07 | |
| ALTERATION EFFECTIVE DATE | |
| 01/11/07 | PURCHASING AGENT |

SHIP TO:

```
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                    US
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US
```

INVOICE TO:

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP VIA    ARTISAN ASSOCIATES INC

| F.O.B.  SHIPPING POINT - | DESTINATION UNLESS OTHERWISE INDICATED | FREIGHT COLLECT | | |
|---|---|---|---|---|

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ### SPOT BUY TCS69133 HAS BEEN ALTERED AS FOLLOWS ### | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY EUR EUROPEAN CURRENCY UNIT | | | | | |
| | | | | ALT MADE AS PER PR918105, MP2900507378 | | | | | |
| | | | | REF HORIBA QUOTE 605120REV1 DATED JAN 10, 2007 AND Q/C 6061203R2 DATED JAN 11,2007 | | | | | |
| 00064 | 0 | PR359280 057 SO#69762 | | ### THIS ITEM HAS BEEN CANCELED ### VVTTC AWD AC OUTPUT MOTOR (223 KW) WHO ORDERED: GOHLKE248-830-8456 | | | C   0.00% | 50601.8000 | |
| 00065 | 0 | PR359280 058 SO#69762 | | ### THIS ITEM HAS BEEN CANCELED ### VVTTC AWD DRIVE SYSTEM (COMPLETE); INCLUDES ENCLOSURE, CONVERTER, FILTER, REACTOR, INVERTERS SHUNT-TRIP DISCONNECT. WHO ORDERED: GOHLKE248-830-8456 | | | C   0.00% | 218980.8000 | |
| 00105 | 2 | PR918105 001 SO#83854 | | ### THIS ITEM HAS BEEN ADDED ### 145KW AC DYNAMOMETER NF4 (NEW LINE ITEM) DAVID GUNNELS 586-709-3326 DELIVER TO: DAVE GUNNELS | | 11/01/07 | C   0.00% | 104169.0000 | |

PAYMENT TERMS
NET    2ND DAY/2ND MTH-10% HLDBK

RECEIVED
MAR 08 2007
BY:

ORIGINAL                    CONTINUE PAGE    2

J004867   USER RAUL URBAN

**General Motors Corporation**

# PURCHASE ORDER
PAGE 2

### ### A L T E R A T I O N ###

**TCS69133 012**

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips an Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090
US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
TROY MI
48099

SHIP TO:
|*****SEND ALL INVOICES TO*****|
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490
US

INVOICE TO:
INVOICE FOR SERVICE MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490    US

| ORDER DATE | 12/22/04 | PHONE: 586-575-1340 |
| ALTERATION ISSUE DATE | 01/11/07 | R URBAN |
| ALTERATION EFFECTIVE DATE | 01/11/07 | Y Y    Buyer |

PURCHASING AGENT

SHIP VIA    ARTISAN ASSOCIATES INC

F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

This material is not being sold subject to inspection. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.

PAYMENT TERMS
NET 2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| 00106 | 1 | PR918105 002 SO#93854 | 895 JOSLYN AVE PONTIAC, MI WHO ORDERED: GUNNEL 586-709-3326 | ### THIS ITEM HAS BEEN ADDED ### SHAFTING FOR NF4 (NEW LINE ITEM) DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | 11/01/07 | C 0.00% | 20488.0000 | EA |
| 00107 | 1 | PR918105 003 SO#93854 | | ### THIS ITEM HAS BEEN ADDED ### 145KW AC DYNO COOLING SYSTEM NF4 (NEW LINE ITEM) DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | 11/01/07 | C 0.00% | 26557.0000 | EA |
| 00108 | 1 | PR918105 004 SO#93854 | | ### THIS ITEM HAS BEEN ADDED ### DRIVE SYSTEM FOR NF4 (NEW LINE ITEM) DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | 11/01/07 | C 0.00% | 81706.0000 | EA |
| 00109 | 1 | PR918105 005 SO#93854 | | ### THIS ITEM HAS BEEN ADDED ### SPARC CONTROLLER NF4 (NEW LINE ITEM) DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | 11/01/07 | C 0.00% | 15109.0000 | EA |

CONTINUE PAGE 3

ORIGINAL

0004867 USER RAUL URBAN

**GM** General Motors Corporation

# PURCHASE ORDER

### A L T E R A T I O N ###

TCS69133 012

PAGE

*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                                    US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                                    US

SHIP TO:

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090                                         US

FAX 602-797-6053

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY, MI
48099

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips at
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-1340 |
|---|---|
| 12/22/04 | R URBAN        Buyer |
| ALTERATION ISSUE DATE | YY |
| 01/11/07 | |
| ALTERATION EFFECTIVE DATE | |
| 01/11/07 | PURCHASING AGENT |

SHIP VIA        ARTISAN ASSOCIATES INC

This order is for goods and/or services. Acceptance must be received on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof. Parts A and B.
This order, including the terms and conditions to which Seller agrees by acceptance of this order.
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions
Attached Hereto Apply.

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

PAYMENT TERMS
NET 2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE | % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|---|
| 00110 | 1 | PR918105 006 So#83854 | ### THIS ITEM HAS BEEN ADDED ### | DRIVE TRANSFORMER FOR NF4 (NEW LINE ITEM) DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | 11/01/07 | C | 0.00% | 3850.2700 | |
| 00111 | 2 | PR918105 007 So#83854 | ### THIS ITEM HAS BEEN ADDED ### | TORQUE MEASUREMENT FOR NF4 (NEW LINE ITEM) DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | 11/01/07 | C | 0.00% | 8677.7600 | |
| 00112 | 2 | PR918105 008 So#83854 ① So#69762 ① | ### THIS ITEM HAS BEEN ADDED ### | SOFTWARE LICENSE FOR EIS (NEW LINE ITEM) DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | 11/01/07 | C | 0.00% | 2900.0000 | |
| 00113 | 1 | PR918105 009 So#83854 | ### THIS ITEM HAS BEEN ADDED ### | ENGINE INERTIA SIM SOFTWARE NF4 (NEW LINE ITEM) DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | 11/01/07 | C | 0.00% | 37320.0000 | |

CONTINUE PAGE   4

ORIGINAL

J004867   USER RAUL URBAN

**General Motors Corporation**

# PURCHASE ORDER
### ## ALTERATION ###

PAGE 4
TCS69133 012

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(al) must be shown on Packing Slips or Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 12/22/04 |
| ALTERATION ISSUE DATE | 01/11/07 |
| ALTERATION EFFECTIVE DATE | 01/11/07 |

PHONE: 586-575-1340
R URBAN Buyer
YY
ARTISAN ASSOCIATES INC    PURCHASING AGENT

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                                US
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                                US

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                    US

VENDOR NUMBER 14-423-8094
TO: HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

PAYMENT TERMS
NET 2ND DAY/2ND MTH-10% HLDBK

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT
SHIP VIA

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE | % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|---|
| 00114 | 4 | PR918105 012  SO#69762 | | ### THIS ITEM HAS BEEN ADDED ### PM OUTPUT DYNO 223KW NF5 (NEW LINE ITEM) DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | 11/01/07 | C | 0.00% | 132927.0000 | |
| 00115 | 1 | PR918105 013  SO#69762 | | ### THIS ITEM HAS BEEN ADDED ### FLYWHEELS FOR DYNOS NF5 (NEW LINE ITEM) DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | 11/01/07 | C | 0.00% | 117708.0000 | |
| 00116 | 1 | PR918105 014  SO#69762 | | ### THIS ITEM HAS BEEN ADDED ### DRIVE SYSTEM FOR NF5 (NEW LINE ITEM) DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | 11/01/07 | C | 0.00% | 525515.0000 | |
| 00117 | 1 | PR918105 015  SO#69762 | | ### THIS ITEM HAS BEEN ADDED ### LINEARIZATION TORQUE MAPPING SPARC (NEW LINE ITEM) DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNEL 586-709-3326 | | 11/01/07 | C | 0.00% | 89760.0000 | |

LAST PAGE

ORIGINAL

J004867   USER RAUL URBAN

Amendment 13

General Motors Corporation

# PURCHASE ORDER: TCS69133 013

PAGE

### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips.
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-134

| ORDER DATE | ALTERATION ISSUE DATE | | |
|---|---|---|---|
| 12/22/04 | 05/14/07 | R URBAN | Buyer |
| | ALTERATION EFFECTIVE 05/14/07 | YY | |

SHIP VIA

ARTISAN ASSOCIATES INC

PURCHASING AGENT

*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                              US
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490,
85082-3490                              US

SHIP TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                              US

INVOICE TO: PHOENIX AZ

VENDOR NUMBER 14-423-8094
TO: HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

| PAYMENT TERMS | | | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | | |
|---|---|---|---|---|---|---|
| NET 2ND DAY/2ND MTH-10% | | | SHIPPING POINT - FREIGHT COLLECT | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | HLDBK | ### SPOT BUY TCS69133 HAS BEEN ALTERED AS FOLLOWS ### | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY EUR EUROPEAN CURRENCY UNIT | | | | | |
| | | | | ALT MADE AS PER PR804894, NF1 E-STOP MODIFICATION REF HORIBA'S EMAIL DATED 05/02/2007 | | | | | |
| | | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | |
| 00118 | 3 | PR804894 001 SO#164630 | | INCREASE COST ON PR359280 LINE 032  06/29/07 H  0.00% TO $89,390.7533  FROM $83,520.7533 DAVID GUNNELS  586-709-3326 DELIVER TO: DAVE GUNNELS 895 JOSLYN AVE PONTIAC, MI  48340  48340 WHO ORDERED: GUNNELS 586-709-3326 | | | | 4190.0000 | |

RECEIVED
MAY 2 4 2007
BY:

LAST PAGE

000#0925  USER RAUL URBAN                              ORIGINAL

Amendment 14

# General Motors Corporation

## PURCHASE ORDER: TCS69133 014

PAGE

### ALTERATION

### ### ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-134(
R URBAN          Buyer
YY

PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE |
|---|---|---|
| 12/22/04 | 05/14/07 | 05/14/07 |

SHIP VIA: ARTISAN ASSOCIATES INC

*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                        US
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                        US

SHIP TO:

INVOICE TO:

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
FAX 602-797-6053

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
PO BOX 1287
TROY MI
48099

TO: 2890 JOHN R RD

US

DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

PAYMENT TERMS
NET  2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|
| | | | | ### SPOT BUY TCS69133 HAS BEEN ALTERED AS FOLLOWS ### | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY EUR EUROPEAN CURRENCY UNIT | | | | |
| | | | | ALT MADE AS PER PR977830 & PR637898, REF HORIBA'S QUOTE Q/C 6061202 REV 2 DATED APRIL 20, 2007 MP1400524820, GM TERMS AND CONDITIONS REMAIN | | | | |
| 00119 | 2 | PR977830 001  SO# 69492 | | ### THIS ITEM HAS BEEN ADDED ### | | | | |
| | | | | INCREASE COST ON PR270255 LINE 1 FROM $147,708.10932 | | 06/11/07  C  0.00% | 4575.4700 | |
| | | | | TO $153,777.9158  SCOPE CHANGE ON HYBRID DRIVES TO | | | | |
| | | | | ADD LOSS OF ISOLATION CIRCUIT. | | | | |
| | | | | DAVE GUNNELS  586-709-3326 | | | | |
| | | | | DELIVER TO: DAVE GUNNELS | | | | |
| | | | | 895 JOSLYN AVE | | | | |
| | | | | PONTIAC, MI  48340  48340 | | | | |
| | | | | WHO ORDERED: GUNNELS 586-709-3326 | | | | |
| 00120 | 1 | PR977830 002  SO# 69513 | | ### THIS ITEM HAS BEEN ADDED ### | | | | |
| | | | | INCREASE COST ON PR270255 LINE 2 FROM $147,708.10932 | | 06/11/07  C  0.00% | 4575.4700 | |
| | | | | TO $153,777.9158  SCOPE CHANGE ON HYBRID DRIVES TO | | | | |
| | | | | ADD LOSS OF ISOLATION CIRCUIT. | | | | |
| | | | | DAVE GUNNELS  586-709-33 | | | | |
| | | | | 586-709-33  26 | | | | |
| | | | | WHO ORDERED: GUNNELS 586 | | | | |

RECEIVED
MAY 2 5 2007
BY:

ORIGINAL

CONTINUE PAGE

000009  USER  RAUL URBAN

**General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

US

**PURCHASE**

**ORDER** TCS69133 014

### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(al must be shown on Packing Slips and
invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-1341 |
| 12/22/04 | R URBAN  Buyer |
| ALTERATION ISSUE DATE | YY |
| 05/14/07 | |
| ALTERATION EFFECTIVE DATE | |
| 05/14/07 | PURCHASING AGENT |

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                    US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP VIA ARTISAN ASSOCIATES INC

| PAYMENT TERMS | | | | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | | | |
| NET 2ND DAY/2ND MTH-10% HLDBK | | | SHIPPING POINT - FREIGHT COLLECT | | | |
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| 00121 | 1 | PR977830 003 SO# 69630 | | ### THIS ITEM HAS BEEN ADDED ### INCREASE COST ON PR270255 LINE 2 TO $153,777.9158  SCOPE CHANGE ON ADD LOSS OF ISOLATION CIRCUIT. DAVE GUNNELS  586-709-3326 WHO ORDERED: GUNNELS 586-709-3326 | | 06/11/07  C  0.00% FROM $147,708.10932 HYRBRID DRIVES TO | | 4575.4700 |
| 00122 | 1 | PR977830 004 SO# 69630 | | ### THIS ITEM HAS BEEN ADDED ### INCREASE COST ON PR270255 LINE 2 TO $153,777.9158  SCOPE CHANGE ON ADD LOSS OF ISOLATION CIRCUIT. DAVE GUNNELS  586-709-3326 WHO ORDERD: GUNNELS 586-709-3326 | | 06/11/07  C  0.00% FROM $147,708.10932 HYRBRID DRIVES TO | | 4575.4700 |
| 00123 | 5 | PR637898 001 SO# 69640 69513 69630 69638 | | ### THIS ITEM HAS BEEN ADDED ### HYBRID INTERFACE ENCLOUSRE WITH CABLES.  SUPPLY ONE UNIT FOR POC TESTING.  REMAINING UNITS AFTER ACCEPTANCE. DAVE GUNNELS  586-709-3326 DELIVER TO: DAVE GUNNELS 895 JOSLYN AVE PONTIAC MI  48340  48340 WHO ORDERED: GUN...  586-709-3326 | | 06/11/07  H  0.00% | | 19460.0000 |

CONTINUE PAGE 3

000(4026  USFR RAUL URBAN                    OR...

General Motors Corporation

# PURCHASE ORDER:   TCS69133 014

### ALTERATION ###

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips / Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-134

| ORDER DATE | 12/22/04 |
| ALTERATION ISSUE DATE | 05/14/07 |
| ALTERATION EFFECTIVE DATE | 05/14/07 |

R URBAN   Buyer
YY

SHIP VIA   ARTISAN ASSOCIATES INC

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                            US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                            US

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                 US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

F.O.B.  DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| PAYMENT TERMS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NET | 2ND DAY/2ND MTH-10% | HLDBK | | | | | | | | |
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | | PRICE MULTIPLE |
| 00124 | 1 | PR637898 002  SO# 69492 | ### THIS ITEM HAS BEEN ADDED ### | ENGINEERING FOR HYBRID SYSTEM INTEGRATION  DAVE GUNNELS  586-709-3326  WHO ORDERED: GUNNELS 586-709-3326 | | 06/11/07 | H   0.00% | 14977.0000 | | |
| 00125 | 1 | PR637898 003  SO# 69492 | ### THIS ITEM HAS BEEN ADDED ### | ENGINEERING SUPPORT FOR HYBRID GROUP  DAVE GUNNELS  586-709-3326  WHO ORDERED: GUNNELS 586-709-3326 | | 06/11/07 | H   0.00% | 14977.0000 | | |
| 00126 | 1 | PR637898 004  SO# 69794 | ### THIS ITEM HAS BEEN ADDED ### | COMMISSIONING SUPPORT AT PONTIAC (160HRS)  DAVE GUNNELS  586-709-3326  WHO ORDERED: GUNNELS 586-709-3326 | | 06/11/07 | H   0.00% | 14977.0000 | | |

This order is not binding until accepted Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including Buyer's acceptance and the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other terms or conditions in any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

RECEIVED
MAY 2 5 2007
BY:

LAST PAGE

ORIGINAL   PURCHASING AGENT

0000492b  USFR RAUL URBAN

Amendment 15

# GM General Motors Corporation

## PURCHASE ORDER    PAGE 1

### ALTERATION

### TCS69133 015

### ### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips or Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 12/22/04 |
| ALTERATION ISSUE DATE | 05/18/07 |
| ALTERATION EFFECTIVE | 05/18/07 |

SHIP VIA

PHONE: 586-575-1340
R URBAN          Buyer
YY

PURCHASING AGENT

ARTISAN ASSOCIATES INC

RECEIVED
MAY 3 1 2007
BY:

*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                      US
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY.  QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                      US

SHIP TO:

INVOICE TO:

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                           US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contain the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
| NET 2ND DAY/2ND MTH-10% HLDBK | | SHIPPING POINT - FREIGHT COLLECT |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|
| | | | ### SPOT BUY TCS69133 HAS BEEN ALTERED AS FOLLOWS ### | | | | | |
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY EUR EUROPEAN CURRENCY UNIT | | | | | |
| | | | ALT MADE AS PER PR658386, REF HORIBA'S QUOTE DATED MAY 8,2007 REV 1 MP18005Z5406 | | | | | |
| | | | HORIBA WILL PROVIDE A NEW CALIBRATION SYSTEM FOR THE GM ONE LAB TEST FACILITY IN PONTIAC | | | | | |
| | | | GM TERMS & CONDITIONS REMAIN. | | | | | |
| | | | ### THIS ITEM HAS BEEN CANCELED ### | | | | | |
| 00082 | 0 | PR188816 006    SO#C1789 | NEW LINE ITEM - CALIBRATION CARTS CHRISTINE GOHLKE  248-830-8456 WHO ORDERED: GOHLKE 248-830-8456 | | | H    0.00% | 42667.2000 | EA |
| | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | |
| 00127 | 1 | PR658386 002    SO#C1789 | 1KN CAL TORQUE SYSTEM DAVID GUNNELS  586-709-3326 WHO ORDERED: GUNNELS 586-709-3326 | | 09/01/07 | H    0.00% | 75130.0000 | EA |

CONTINUE PAGE

ORIGINAL

00049330  USFR RAJI URBAN

**GM General Motors Corporation**

PURCHASE   PAGE 2

ORDER: TCS69133 015

###ALTERATION###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

*****SEND ALL INVOICES TO*****
SHIP TO: GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490
US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
INVOICE TO: MAIL INVOICE; GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                         US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

PHONE: 586-575-1340
R URBAN               Buyer
YY                    PURCHASING AGENT

ORDER DATE 12/22/04
ALTERATION ISSUE DATE 05/18/07
ALTERATION DATE 05/18/07

SHIP VIA  ARTISAN ASSOCIATES INC

F.O.B.  DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

PAYMENT TERMS
NET 2ND DAY/2ND MTH-10% HLDBK

RECEIVED MAY 31 2007 BY:

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | U/M | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|---|
| 00128 | 1 | PR658386 003 SO# 69789 | | ### THIS ITEM HAS BEEN ADDED ### OFF DYNO CAL SUPPORT FIXTURE FOR 1KN SYSTEM DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNELS 586-709-3326 | | 09/01/07 | H 0.00% | 14320.0000 | EA | ### |
| 00129 | 1 | PR658386 004 SO# 69789 | | ### THIS ITEM HAS BEEN ADDED ### AIR PRESSURE REGULATOR, VESSEL, AND CONTROL VALVE 1KN DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNELS 586-709-3326 | | 09/01/07 | H 0.00% | 6015.0000 | | |
| 00130 | 1 | PR658386 005 SO# 69789 | | ### THIS ITEM HAS BEEN ADDED ### 5KN CAL TORQUE SYSTEM DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNELS 586-709-3326 | | 09/01/07 | H 0.00% | 82790.0000 | EA | |
| 00131 | 1 | PR658386 006 SO# 69789 | | ### THIS ITEM HAS BEEN ADDED ### OFF DYNO CAL SUPPORT FIXTURE FOR 5KN SYSTEM DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNELS 586-709-3326 | | 09/01/07 | H 0.00% | 4390.0000 | EA | |

CONTINUE PAGE 3

ORIGINAL

00004930 USER RAUL URBAN

## GM General Motors Corporation

**PURCHASE**

PAGE

**ORDER:** TCS69133 015

### ### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| | |
|---|---|
| ORDER DATE | 12/22/04 |
| ALTERATION ISSUE DATE | 05/18/07 |
| ALTERATION EFFECTIVE DATE | 05/18/07 |

PHONE: 586-575-1340
R URBAN          Buyer
YY

PURCHASING AGENT

*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                    US
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

SHIP TO:

INVOICE TO:

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
FAX 602-797-6053
48090                         US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

SHIP VIA     ARTISAN ASSOCIATES INC

**F.O.B.     DESTINATION UNLESS OTHERWISE INDICATED**
SHIPPING POINT - FREIGHT COLLECT

| PAYMENT TERMS | | | |
|---|---|---|---|
| NET    2ND DAY/2ND MTH-10% HLDBK | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| 00132 | 1 | PR658386 007<br>SO#69789 | ### THIS ITEM HAS BEEN ADDED ###<br>AIR PRESSURE REGULATOR, VESSEL, AND CONTROL VALVE<br>5KN<br>DAVID GUNNELS  586-709-3326<br>WHO ORDERED: GUNNELS 586-709-3326 | | | 09/01/07 | H  0.00% | 6015.0000 | |
| 00133 | 1 | PR658386 008<br>SO#69789 | ### THIS ITEM HAS BEEN ADDED ###<br>2KN REFERENCE TORQUE-FLANGE WITH ADAPTERS<br>DAVID GUNNELS  586-709-3326<br>WHO ORDERED: GUNNELS 586-709-3326 | | | 09/01/07 | H  0.00% | 9150.0000 | |

LAST PAGE

ORIGINAL

RECEIVED
MAY 3 1 2007
BY:

Amendment 16

**General Motors Corporation**

# PURCHASE ORDER·

### A L T E R A T I O N ### TCS69133 016

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE : 586-575-1340

SHIP TO:
```
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                    US
```

INVOICE FOR SERVICE, MACHINERY & EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636

INVOICE TO:
```
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US
```

TO:
```
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                         US
```

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

| ORDER DATE | | |
|---|---|---|
| 12/22/04 | R URBAN | Buyer |
| ALTERATION ISSUE DATE | YY | |
| 06/28/07 | | |
| ALTERATION EFFECTIVE | | PURCHASING AGENT |
| 06/28/07 | | |

SHIP VIA: ARTISAN ASSOCIATES INC

PAYMENT TERMS: NET 2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. SHIPPING POINT - FREIGHT COLLECT | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | This order is not binding until Buyer accepts. Acceptance should be executed on acknowledgement copy which should be returned to Buyer. On the reverse side hereof are the terms and conditions in which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Also Apply. | | | | | |
| | | | ### | SPOT BUY TCS69133 HAS BEEN ALTERED AS FOLLOWS ### | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY | | | | | |
| | | | | EUR EUROPEAN CURRENCY UNIT | | | | | |
| | | | | ALT MADE AS PER PR137565 LINKED TO PR398910 | | | | | |
| | | | | REF MP270053I457 HORIBA QUOTE DATED JUNE 18,2007 | | | | | |
| | | | | GM TERMS & CONDITIONS REMAIN | | | | | |
| 0004 | 0 | PR359280 004 SO# 69442 | ### | THIS ITEM HAS BEEN CANCELED ### | | | | | | |
| | | | 373 | KW SHAFTING BETWEEN TORQUE FLANG & TEST ARTICLE | | C 0.00% | 6686.5100 | EA |
| | | | | WHO ORDERED: GOHLKE248-830-8456 | | | | | |
| 0009 | 0 | PR359280 009 SO# 69447 | ### | THIS ITEM HAS BEEN CANCELED ### | | | | | | |
| | | | 485 | KW SHAFTING BETWEEN TORQUE FLANGE & TEST ARTICLE | | C 0.00% | 6686.5000 | EA |
| | | | | WHO ORDERED: GOHLKE248-830-8456 | | | | | |
| 0016 | 0 | PR359280 016 SO# 69442 | ### | THIS ITEM HAS BEEN CANCELED ### | | | | | | |
| | | | | POWERTRAIN DRIVE SHAFT WITH QUICK COUPLING TO TORQUE FLANGE (RWD) | | C 0.00% | 7297.0400 | EA |
| | | | | WHO ORDERED: GOHLKE248-830-8456 | | | | | |

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                              US

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                    US
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

INVOICE TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

# PURCHASE

PAGE   2

## ORDER: TCS69133 016
### ### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340
R URBAN
YY              Buyer

PURCHASING AGENT

| ORDER DATE | 12/22/04 |
| ALTERATION ISSUE DATE | 06/28/07 |
| ALTERATION EFFECTIVE | 06/28/07 |

SHIP VIA   ARTISAN ASSOCIATES INC

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

This order is not binding until accepted. Acceptance must be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will in any way be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | | | | | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE (MULTIPLE) | UNIT OF MEAS |
|---|---|---|---|---|---|---|---|---|---|---|
| 0019 | 0 | PR359280 019 SO# 69492 | ### THIS ITEM HAS BEEN CANCELED ### POWERTRAIN QUICK-CONNECT ADAPTER BETWEEN OWNER'S TEST ARTICLE (WHEEL HUB) AND TORQUE FLANGE FOR FWD APPLICATIONS ONLY WHO ORDERED: GOHLKE248-830-8456 | | | | C 0.00% | 18470.2400 | | EA |
| 0021 | 0 | PR359280 026 SO# 69513 | ### THIS ITEM HAS BEEN CANCELED ### AWD DRIVE SHAFT WITH QUICK COUPLING TO TORQUE FLANGE WHO ORDERED: GOHLKE248-830-8456 | | | | C 0.00% | 7297.0000 | | EA |
| 0027 | 0 | PR359280 025 SO# 69513 | ### THIS ITEM HAS BEEN CANCELED ### AWD TELESCOPING AXLE SHAFTS WITH QUICK COUPLING TO TORQUE FLANGE WHO ORDERED: GOHLKE248-830-8456 | | | | C 0.00% | 6735.0000 | | EA |
| 0029 | 0 | PR359280 029 SO# 69513 | ### THIS ITEM HAS BEEN CANCELED ### AWD QUICK-CONNECT ADAPTER BETWEEN OWNER'S TEST ARTICLE (WHEEL HUB) AND TORQUE FLANGE FOR FWD APPLICATIONS ONLY WHO ORDERED: GOHLKE248-830-8456 | | | | C 0.00% | 18470.4000 | | EA |

**General Motors Corporation**

# PURCHASE ORDER: TCS69133 016

### ALTERATION ###

PAGE 3

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340
R URBAN                    Buyer
YY
PURCHASING AGENT

| ORDER DATE | 12/22/04 |
|---|---|
| ALTERATION ISSUE DATE | 06/28/07 |
| ALTERATION EFFECTIVE | 06/28/07 |

**SHIP TO:**
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                    US
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636

**INVOICE TO:**
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                    US

VENDOR NUMBER 14-423-8094
TO: HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP VIA ARTISAN ASSOCIATES INC

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

PAYMENT TERMS
NET 2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| 0031 | 0 | PR359280 035  SO# 69630 | HLDBK | ### THIS ITEM HAS BEEN CANCELED ###  SPIN SHAFTING BETWEEN TORQUE FLANGES AND TEST ARTICLE  WHO ORDERED: GOHLKE248-830-8456 | | | C  0.00% | 3100.9300 | EA |
| 0039 | 0 | PR359280 042  SO# 69638 | | ### THIS ITEM HAS BEEN CANCELED ###  LOADED SPIN DRIVE SHAFT WITH QUICK COUPLING TO TORQUE FLANGE.  WHO ORDERED: GOHLKE248-830-8456 | | | C  0.00% | 7296.9600 | EA |
| 0040 | 0 | PR359280 046  SO# 69638 | | ### THIS ITEM HAS BEEN CANCELED ###  LOADED SPIN QUICK-CONNECT COUPLING BETWEEN OWNERS'S TEST ARTICLE AND INPUT MOTOR.  WHO ORDERED: GOHLKE248-830-8456 | | | C  0.00% | 7296.9600 | EA |
| 0043 | 0 | PR359280 041  SO# 69638 | | ### THIS ITEM HAS BEEN CANCELED ###  LOADED SPIN TELESCOPING AXLE SHAFTS WITH QUICK COUPLING TO TORQUE FLANGE  WHO ORDERED: GOHLKE248-830-8456 | | | C  0.00% | 6734.9600 | EA |

CONTINUED PAGE 4

ORIGINAL



**General Motors Corporation**

GENERAL MOTORS CORPORDATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO: *****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                          US
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
INVOICE TO: CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                          US

# PURCHASE

## ORDER: TCS69133 016

### ### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340
R URBAN
YY                              Buyer
PURCHASING AGENT

PAGE   4

| ORDER DATE | 12/22/04 |
| ALTERATION ISSUE DATE | 06/28/07 |
| ALTERATION EFFECTIVE | 06/28/07 |

SHIP VIA    ARTISAN ASSOCIATES INC

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | | |
| NET 2ND DAY/2ND MTH-10% HLDBK | SHIPPING POINT - FREIGHT COLLECT | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|
| 0046 | 0 | PR359280 045  SO# 69638 | ### THIS ITEM HAS BEEN CANCELED ### LOADED SPIN QUICK-CONNECT ADAPTER BETWEEN OWNER'S TEST ARTICLE (WHEEL HUB) AND TORQUE FLANGE FOR FWD APPLICATIONS ONLY. WHO ORDERED: GOHLKE248-830-8456 | | | C     0.00% | 18470.2400 | | EA |
| 0048 | 10 | PR359280 047  SO# 69638 | ### THIS ITEM HAS BEEN CHANGED ### LOADED SPIN IN-LINE TORQUE-MEASUREMENT DEVICE TO BE INSTALLED ON OUTPUT SHAFT OF MOTOR 0.05%FS) WHO ORDERED: GOHLKE248-830-8456 | | 12/31/08 | C     0.00% | 9566.0800 | | EA |
| 0051 | 0 | PR359280 054  SO# 69672 | ### THIS ITEM HAS BEEN CANCELED ### CONVERTER SHAFTING BETWEEN OWNER'S TEST FIXTURE AND IN-LINE TORQUE MEASURING DEVICE ON THE MOTOR WHO ORDERED: GOHLKE248-830-8456 | | | C     0.00% | 3100.8000 | | EA |
| 0059 | 0 | PR359280 061  SO# 69762 | ### THIS ITEM HAS BEEN CANCELED ### VVTTC AWD AXLE SHAFTS WITH QUICK COUPLING TO RORQUE MEASURING DEVICE WHO ORDERED: GOHLKE248-830-8456 | | | C     0.00% | 6219.2000 | | EA |

CONTINUE PAGE   5

004957  USER RAUL URBAN            ORIGINAL

**General Motors Corporation**

| | |
|---|---|
| GENERAL MOTORS CORPORATION<br>GLOBAL PURCHASING<br>30009 VAN DYKE<br>FAX 602-797-6053<br>WARREN MI<br>48090 US | SHIP TO: |

**PURCHASE**   PAGE 5

**ORDER:** TC569133 016

### A L T E R A T I O N ###

*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                    US
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

INVOICE TO:

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

| ORDER DATE | PHONE : 586-575-1340 |
|---|---|
| 12/22/04 | R URBAN            Buyer |
| ALTERATION ISSUE DATE | YY |
| 06/28/07 | |
| ALTERATION EFFECTIVE | PURCHASING AGENT |
| 06/28/07 | |

ARTISAN ASSOCIATES INC

This order is not binding until accepted. Acceptance should be evidenced as acknowledgement copy which should be returned to Buyer.
On the reverse side hereof and the terms and conditions to which Seller agrees to acceptance of this order.
This order, including the terms and conditions on its face and reverse side hereof, contain the complete and final agreement between Buyer and Seller, and no other or different terms and conditions and no modification of any of the terms and conditions herein contained shall be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
Grovermont Contract Number is Shown Hereon, additional Terms and Conditions Attached hereto.

**PAYMENT TERMS**
NET  2ND DAY/2ND MTH-10% HLDBK

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

SHIP VIA

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0060 | 0 | PR359280 062<br>SO# 197162 | ### THIS ITEM HAS BEEN CANCELED ###<br>VVTTC AWD DRIVE SHAFT WITH QUICK COUPLING TO TORQUE<br>FLANGE<br>WHO ORDERED: GOHLKE248-830-8456 | | | | C  0.00% | 6722.4000 | | EA |
| 0061 | 0 | PR359280 063<br>SO# 197162 | ### THIS ITEM HAS BEEN CANCELED ###<br>VVTTC AWD IN-LINE TORQUE-MEASUREMENT DEVICE (TO BE<br>MOUNTED AT THE GEAR BOX 0.05%FS)<br>WHO ORDERED: GOHLKE248-830-8456 | | | | C  0.00% | 7720.0000 | | EA |
| 0063 | 0 | PR359280 065<br>SO# 197162 | ### THIS ITEM HAS BEEN CANCELED ###<br>VVTTC AWD QUICK-CONNECT ADAPTER BETWEEN OWNER'S TEST<br>ARTICLE (WHEEL HUB) AND TORQUE FLANGE FOR FWD<br>APPLICATIONS ONLY.<br>WHO ORDERED: GOHLKE248-830-8456 | | | | C  0.00% | 13373.6000 | | EA |
| 0066 | 0 | PR359280 067<br>SO# 197162 | ### THIS ITEM HAS BEEN CANCELED ###<br>VVTTC AWD QUICK-CONNECT COUPLING BETWEEN OWNER'S<br>TEST ARTICLE AND INPUT MOTOR<br>WHO ORDERED: GOHLKE248-830-8456 | | | | C  0.00% | 3327.2000 | | EA |

CONTINUE PAGE 6

ORIGINAL

JD4957   USER RAUL URBAN

**GM General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                        US
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

TO:

INVOICE TO:
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                        US

## PURCHASE ORDER:
### TCS69133 016
### ### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340
R URBAN                    Buyer
YY

PAGE    6

| ORDER DATE | PURCHASING AGENT |
|---|---|
| 12/22/04 | |
| ALTERATION ISSUE DATE | |
| 06/28/07 | |
| ALTERATION ISSUE DATE | |
| 06/28/07 | |

SHIP VIA
ARTISAN ASSOCIATES INC

PAYMENT TERMS
NET  2ND DAY/2ND MTH-10% HLDBK

F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

This order is not binding until required. Acceptance should be transmitted on acknowledgement date which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final
agreement between the parties, and no other agreement in any way modifying any of said terms and conditions
will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

| ITEM SEQUENCE | QUANTITY ORDERED | NOUN NAME | ITEM IDENTIFICATION NO. | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0067 | 4 | ### THIS ITEM HAS BEEN CHANGED ### VVTTC AWD IN-LINE TORQUE-MEASUREMENT DEVICE (TO BE INSTALLED ON OUTPUT SHAFT OF MOTORS 0.05%FS) WHO ORDERED: GOHLKE248-830-8456 | PR359280 066 SO#69762 | | | 12/31/08 | C 0.00% | 8477.6000 | | EA |
| 0084 | 0 | ### THIS ITEM HAS BEEN CANCELED ### POWERTRAIN TELESCOPING AXLE SHAFTS WITH QUICK COUPLING TO TORQUE FLANGE (RWD) WHO ORDERED: GOHLKE248-830-8456 | PR359280 015 SO#69492 | | | | C 0.00% | 6734.9600 | | EA |
| 0134 | 1 | ### THIS ITEM HAS BEEN ADDED ### HBM T12 TORQUE METER (1KNM ) FOR NF5 INPUT DYNO DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNELS 586-709-3326 | PR137565 021 SO#69762 | | | 10/01/07 | H 0.00% | 11849.0000 | | EA |
| 0135 | 5 | ### THIS ITEM HAS BEEN ADDED ### TORQUE METER FOR GEARBOX APPLICATIONS DAVID GUNNELS 586-709-3326 WHO ORDERED: GUNNELS 586-709-3326 | PR137565 023 SO#69438 | | | 10/01/07 | H 0.00% | 8286.8800 | | EA |

504957  USER RAUL URBAN

ORIGINAL                                        LAST PAGE

Amendment 17

**General Motors Corporation**

**GENERAL MOTORS CORPORATION**
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090
US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO:
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490
US
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636

INVOICE TO:
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

# PURCHASE
## ORDER: TCS69133 017   PAGE   1
### A L T E R A T I O N ###
This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340
R URBAN   Buyer
YY
PURCHASING AGENT

| ORDER DATE | |
|---|---|
| 12/22/04 | |
| ALTERATION ISSUE DATE | |
| 08/01/07 | |
| ALTERATION EFFECTIVE | |
| 08/01/07 | |

SHIP VIA
ARTISAN ASSOCIATES INC

PAYMENT TERMS
NET   2ND DAY/2ND MTH-10% HLDBK

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

This order is not binding until accepted ... (fine print terms and conditions)

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE/UNIT MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | SO#69412 | ### SPOT BUY TCS69133 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY EUR EUROPEAN CURRENCY UNIT | | | | | |
| | | | | ALT MADE AS PER PR288215. PR359280-001,002,003 & 005 WERE REDUCED FROM 46 TO 42 PR162679-001 REDUCED FROM 46 TO 42. GM TERMS & CONDITIONS REMAIN | | | | | |
| 0001 | 42 | PR359280 001 SO#69412 | ### THIS ITEM HAS BEEN CHANGED ### | PURCHASE OF THE FOLLOWING EQUIPMENT AS IT RELATES TO THE POWERTRAIN ENGINEERING CONSOLIDATION (PROJ C565) 373 KW AC MOTOR FOOT MOUNTED FOR ENGINE TESTING INCLUDES BASE REQUESTER: CHRISTINE GOHLKE 248-830-8456 DELIVER TO: DAVID GUNNELS 895 JOSLYN AVE. PONTIAC, MI. 48340 / D45 INVOICE TO: SEE SHIP TO INFORMATION WHO ORDERED: GOHLKE248-830-8456 | | 12/31/08 | C  0.00% | 31036.5000 | EA |
| 0002 | 42 | PR359280 002 SO#69412 | ### THIS ITEM HAS BEEN CHANGED ### | 373 KW DRIVE SYSTEM (COMPLETE) SIZED FOR 485 KW (FUTURE EXPANSION); INCLUDES ENNCLOSURE, CONVERTER, FILTER, REACTOR, SINGLE INVERTER, SHUNT-TRIP DISCONNECT | | 12/31/08 | C  0.00% | 59484.6400 | EA |

RECEIVED
AUG 1 1 2007

## General Motors Corporation

# PURCHASE ORDER
## ### A L T E R A T I O N ###

PAGE 2

### ORDER: TCS69133 017

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips or Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340
R URBAN    Buyer
YY

PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 12/22/04 | 08/01/07 |
| | ALTERATION EFFECTIVE |
| | 08/01/07 |

SHIP VIA
ARTISAN ASSOCIATES INC

*****SEND ALL INVOICES TO*****
SHIP TO:
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                              US
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
INVOICE TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                              US

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                              US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| PAYMENT TERMS | | | | | | | |
|---|---|---|---|---|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | | | | | | | |
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | |
|---|---|---|---|---|---|---|---|
| | | | WHO ORDERED: GOHLKE248-830-8456 | | | | |
| 0003 | 42 | PR359280 003  So#6942 | ### THIS ITEM HAS BEEN CHANGED ### 373 KW ISOLATION TRANSFORMER SIZED FOR 485KW EXPANSION) WHO ORDERED: GOHLKE248-830-8456 | 12/31/08 | C 0.00% (FUTURE | 5341.4600 | EA |
| 0005 | 42 | PR359280 005  So#6942 | ### THIS ITEM HAS BEEN CHANGED ### 373 KW IN-LINE TORQUE-MEASUREMENT DEVICE (0.03%FS) WHO ORDERED: GOHLKE248-830-8456 | 12/31/08 | C 0.00% | 8677.7600 | EA |
| 0098 | 42 | PR162679 001  So#6942 | ### THIS ITEM HAS BEEN CHANGED ### INCREASE COST ON PR359280 005 FROM $11,759.84 TO $13,387.72 FOR A NEW TOTAL OF $ 615,835.12 DAVID GUNNELS 586-709-3326 DELIVER TO: DAVID GUNNELS 895 JOSLYN AVE PONTIAC, MI 48340 48340 WHO ORDERED: GUNNEL 586-709-3326 | 06/15/07 | H 0.00% | 1233.0800 | EA |

AUG 1 1 2007

0 USED PAUL URBAN

Amendment 18

**General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090                                    US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
TROY, MI
48099

SHIP TO:
*****SEND ALL INVOICES*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                    US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                    US

## PURCHASE ORDER: TCS69133 018
### ### ALTERATION ### ###
PAGE 1

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340
R  URBAN                    Buyer
YY                          PURCHASING AGENT

ORDER DATE 12/22/04
ALTERATION ISSUE DATE 12/11/07
ALTERATION EFFECTIVE 12/14/07

SHIP VIA
ARTISAN ASSOCIATES INC

CHMM08 4/93

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ### | SPOT BUY TCS69133 HAS BEEN ALTERED AS FOLLOWS | | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY EUR EUROPEAN CURRENCY UNIT | | | | | | |
| | | | | ALT MADE AS PER PR718299. THIS IS A REISSUE OF EQUIPMENT THAT WAS DELETED FROM THE P.O TCS69133 THROUGH PR288215. GM TERMS & CONDITIONS REMAIN. (TCS69133 REV 017) | | | | | | |
| | | | ### | THIS ITEM HAS BEEN ADDED ### | | | | | | |
| L36 | 4 | PR718299 001 | | 373 KW ENGINE DYNAMOMETER   (ALT. TO TCS69133) MATCH WITH PR359280 LINE 1 EURO PRICE REFERENCE PR288215 FOR ORIGINAL DELETIONS. DAVID GUNNELS/586-709-3326 DELIVER TO: DAVE GUNNELS; 895 JOSLYN AVE. PONTIAC, MI 48340 WHO ORDERED: GUNNELS 5867093326 | | 07/01/08 | C 0.00% | 31036.5000 | | EACH |
| | | | ### | THIS ITEM HAS BEEN ADDED ### | | | | | | |
| L37 | 4 | PR718299 002 | | 373 KW DRIVE SYSTEM SIZED FOR 485KW. MATCH WITH PR359280 LINE 2 EURO PRICE. DAVID GUNNELS/586-709-3326 WHO ORDERED: GUNNELS 5867093326 | | 07/01/08 | C 0.00% | 59484.6400 | | EACH |

PAYMENT TERMS  NET  2ND DAY/2ND MTH-10% HLDBK

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

OE Package
Page 2 of 13

CONTINUE PAGE 2

ORIGINAL

D005073   USER RAUL URBAN



**GM** General Motors Corporation

# PURCHASE ORDER: TCS69133 018

PAGE 2

### ### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340

| ORDER DATE | PHONE: 586-575-1340 |
|---|---|
| 12/22/04 | R URBAN    Buyer |
| ALTERATION ISSUE DATE | YY |
| 12/11/07 | |
| ALTERATION EFFECTIVE | |
| 12/11/07 | PURCHASING AGENT |

SHIP VIA    ARTISAN ASSOCIATES INC

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
FAX 602-797-6053
US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490
US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

PAYMENT TERMS  NET  2ND DAY/2ND MTH-10% HLDBK

F.O.B    DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| ITEM REFERENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| L38 | 4 | PR718299 003 | ### THIS ITEM HAS BEEN ADDED ### 373 KW ISOLATION TRANSROMER SIZED FOR 485KW. MATCH WITH PR359280 LINE 3 EURO PRICE. DAVID GUNNELS/586-709-3326 WHO ORDERED: GUNNELS 5867093326 | | 07/01/08 | C  0.00% | 5341.4600 | | EACH |
| L39 | 4 | PR718299 004 | ### THIS ITEM HAS BEEN ADDED ### 373 KW IN-LINE TORQUE MEASUREMENT SYSTEM. MATCH WITH PR359280 LINE 5 EURO PRICE. DAVID GUNNELS/586-709-3326 WHO ORDERED: GUNNELS 5867093326 | | 07/01/08 | C  0.00% | 8677.7600 | | EACH |
| L40 | 4 | PR718299 005 | ### THIS ITEM HAS BEEN ADDED ### INCREASE ACCURACY ON IN-LINE TORQUE METER. MATCH WITH PR162679 LINE 1 EURO PRICE. DAVID GUNNELS/586-709-3326 WHO ORDERED: GUNNELS 5867093326 | | 07/01/08 | C  0.00% | 1233.0800 | | EACH |

OE Package
Page 3 of 13

0005073    USER RAUL URBAN    ORIGINAL    LAST PAGE    CHMMGB 4/93

## GENERAL TERMS AND CONDITIONS

1. ACCEPTANCE.

2. SHIPPING AND BILLING.

3. DELIVERY SCHEDULES.

4. PREMIUM SHIPMENTS.

5. CHANGES.

6. SUPPLIER QUALITY AND DEVELOPMENT; INSPECTION.

7. NONCONFORMING GOODS.

8. FORCE MAJEURE.

9. WARRANTY.

10. INGREDIENTS DISCLOSURE; SPECIAL WARNINGS AND RESTRICTIONS.

11. INSOLVENCY.

12. TERMINATION FOR BREACH OR NONPERFORMANCE; SALE OF ASSETS OR CHANGE IN CONTROL.

13. TERMINATION FOR CONVENIENCE.

14. INTELLECTUAL PROPERTY.

15. TECHNICAL INFORMATION DISCLOSED TO BUYER.

16. INDEMNIFICATION.

17. INSURANCE.

18. SELLER'S PROPERTY.

19. BUYER'S PROPERTY.

20. SERVICE AND REPLACEMENT PARTS.

21. REMEDIES.

22. CUSTOMS; EXPORT CONTROLS.

23. SETOFF/RECOUPMENT.

24. NO ADVERTISING.

25. NO ASSIGNMENT.

26. COMPLIANCE WITH LAWS; EMPLOYMENT/BUSINESS PRACTICES.

27. NO IMPLIED WAIVER.

28. NO ASSIGNMENT.

29. RELATIONSHIP OF PARTIES.

30. GOVERNING LAW; JURISDICTION.

31. SEVERABILITY.

32. ENTIRE AGREEMENT.

Special Term 5(X.) - Insurance

Special Term - Supplier Certification of Compliance with Paragraph 26 of General Terms and Conditions (Compliance with Laws; Employment/Business Practices)

Revised: September 2004

OE Package
Page 4 of 13

Amendment (9

**GM General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                    US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
TO: 2890 JOHN R RD
PO BOX 1287
TROY MI
48099

SHIP TO:
*****SEND ALL INVOICES TO******
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                          US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
INVOICE TO:  CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                          US

# PURCHASE ORDER: TCS69133 019

PAGE    1

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1340
R URBAN            Buyer

| ORDER DATE | |
|---|---|
| 12/22/04 | YY |
| ALTERATION ISSUE DATE | |
| 01/14/08 | |
| ALTERATION EFFECTIVE | |
| 01/14/08 | PURCHASING AGENT |

SHIP VIA
ARTISAN ASSOCIATES INC

This page is the complete and accepted offer. Acceptance should be recorded on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees to in respect of all this order.
The Buyer includes the terms and conditions on the face and reverse side hereof contains the complete and total agreement of the parties, and no other representation or any modifying or of such terms and conditions will be binding upon the Buyer unless in writing and signed by Buyer's authorized representative.
Applicable provisions of Government contract regulations, Title 41 Government and Defense Acquisition Terms and Conditions
Attached Hereto Apply.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | MFG NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | ### SPOT BUY TCS69133 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | |
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY EUR EUROPEAN CURRENCY UNIT | | | | | | |
| | | | ALT MADE AS PER PR492809 REF MP150058118 | | | | | | |
| | | | ### THIS ITEM HAS BEEN CHANGED ### | | 06/11/07 H | 0.00% | | | |
| 00123 | 1 | PR637898 001 | HYBRID INTERFACE ENCLOSURE WITH CABLES. SUPPLY ONE UNIT FOR POC TESTING. REMAINING UNITS AFTER ACCEPTANCE. DAVE GUNNELS 586-709-3326 DELIVER TO: DAVE GUNNELS 895 JOSLYN AVE PONTIAC, MI 48340 48340 WHO ORDERED: GUNNELS 586-709-3326 | | | | 19460.0000 | | EACH |
| | | | ### THIS ITEM HAS BEEN ADDED ### | | 12/15/07 C | 0.00% | | | |
| 00141 | 1 | PR492809 001 | ADD: ONE-TIME ENGINEERING COST FOR PART # 5003688 ROBERT SENSENEY 734-320-8589 DELIVER TO: ROBERT SENSENEY 895 JOSLYN RD. PONTIAC, MI. 48340 48340 WHO ORDERED: 734-320-8589 | | | | 17723.0000 | | EACH |

PAYMENT TERMS
NET    2ND DAY/2ND MTH-10% HLDBK

F.O.B    DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

0005088  USER RAUL URBAN

ORIGINAL                    CONTINUE PAGE    2        CNAM08  4/93

**GM** General Motors Corporation

**PURCHASE**

PAGE 2

**ORDER:** TC569133 019

### A L T E R A T I O N ###

SHIP TO:

```
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                          US
```

```
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                     US
```

```
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
```

INVOICE TO:

```
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                     US
```

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments of Insure Parcel
Post.

TO:
```
VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099
```

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 12/22/04 | 01/14/08 |

PHONE: 586-575-1340
R URBAN                Buyer
YY

ALTERATION EFFECTIVE
01/14/08

PURCHASING AGENT

SHIP VIA
ARTISAN ASSOCIATES INC

| PAYMENT TERMS | | F.O.B.                DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|---|
| NET    2ND DAY/2ND MTH-10% HLDBK | | SHIPPING POINT - FREIGHT COLLECT |

This page is inserted by or around it would have a surrounded on interconnect page which should be
retained to here.
- Our sections here overdrawn the buyers and continues to which Seller agrees by acceptance of the order.
This moves includes the terms and conditions on the face and reverse side hereof, contains the complete and final
agreement between buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
- If Government Contract Number is Shown Hereon, Additional Terms and Conditions
Attached Herein Apply.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 00142 | 4 | PR492809 002 | ### THIS ITEM HAS BEEN ADDED ### | ADD: PART # 5003688 (HYBRID INTERFACE ENCL. YCB2") ROBERT SENSENEY 734-320-8589 WHO ORDERED: 734-320-8589 | | 12/15/07 | C    0.00% | 2262.0000 | | EA |

CHAM408 4/93

0005088  USER  RAUL URBAN          ORIGINAL          LAST PAGE

Amendment 20

GM  General Motors Corporation

# PURCHASE ORDER: TCS69133 020

PAGE 1

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1340
R URBAN                    Buyer

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                 US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                 US

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE |
|---|---|---|
| 12/22/04 | 02/20/08 | 02/20/08 |

| | | |
|---|---|---|
| YY | | PURCHASING AGENT |

SHIP VIA
ARTISAN ASSOCIATES INC

Invoice Attn: Accounts Payable

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
FAX 602-797-6053
48090                      US

VENDOR NUMBER 14-423-8094
HORIBA AUTOMOTIVE TEST SYSTEMS
2890 JOHN R RD
PO BOX 1287
TROY MI
48099

| PAYMENT TERMS | | |
|---|---|---|
| NET | 2ND DAY/2ND MTH-10% HLDBK | |

F.O.B    DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

This order is not binding until accepted. Acceptance should be entered on acknowledgement copy which should be returned to Buyer.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RTQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 00142 | 4 | PR492809 002 | | ### SPOT BUY TCS69133 HAS BEEN ALTERED AS FOLLOWS ### | | 12/15/07 | C 0.00% | 20294.0000 | | EA |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
EUR EUROPEAN CURRENCY UNIT

ALT MADE TO REFLECT THE CORRECT UNIT PRICE FOR
PR492809-002 PER ROBERT SENSENEY'S EMAIL DATED
FEB 20,2008. 20,294 EURO
REF MP2000563649

### THIS ITEM HAS BEEN CHANGED ###

ADD: PART # 5003688 (HYBRID INTERFACE ENCL. YCB2")
ROBERT SENSENEY 734-320-8589
WHO ORDERED: 734-320-8589

LAST PAGE

0005114  USER RAUL URBAN

ORIGINAL

CHMA068 4/93