**Martin Transportation Systems**
**GM Pre-Petition Claims by LLP**

| LLP | Amount | |
| --- | --- | --- |
| Ryder | 3,408,464.97 | US Funds |
| Ryder - Canada | 952,764.64 | Canadian Funds |
| Penske | 2,030,438.01 | |
| Comphrensive | 296,018.24 | |
| FedEx | 390,004.48 | |
| Ceva | 252,726.47 | |
| Schneider | 72,931.76 | |
| GM Direct | 40,929.00 | |
| **Total** | **7,444,277.57** | |



EXHIBIT
1