# Aged Receivables Report - Martin Transpo
by Customer Class Key
Martin Transportation Systems, Inc.
Aging Date: 6/12/2009

| Bill To ID | Bill To Name | Doc No. | Apply No. | Date | Type | |
|---|---|---|---|---|---|---|
| RYDDEL | RYDER DELTA RYDDEL | 1972709C | 1972709C | 3/2/2009 | Invoice | 752.12 |
| RYDDEL | RYDER DELTA RYDDEL | 2026314A | 2026314A | 5/7/2009 | Invoice | 46,817.91 |
| RYDDEL | RYDER DELTA RYDDEL | 2029383A | 2029383A | 5/15/2009 | Invoice | 75,747.85 |
| RYDDEL | RYDER DELTA RYDDEL | 2032032A | 2032032A | 6/3/2009 | Invoice | 7,288.08 |
| RYDDEL | RYDER DELTA RYDDEL | 2032850A | 2032850A | 5/29/2009 | Invoice | 14,124.54 |
| RYDDEL | RYDER DELTA RYDDEL | 2034094A | 2034094A | 5/21/2009 | Invoice | 74,252.91 |
| RYDDEL | RYDER DELTA RYDDEL | 2035161A | 2035161A | 5/29/2009 | Invoice | 73,395.99 |
| RYDDEL | RYDER DELTA RYDDEL | 2037298A | 2037298A | 6/3/2009 | Invoice | 2,926.50 |
| RYDDEL | RYDER DELTA RYDDEL | 2037503A | 2037503A | 6/4/2009 | Invoice | 93,848.63 |
| RYDFOR | RYDER FORT WORTH | 1958717A | 1958717A | 3/17/2009 | Invoice | 75.00 |
| RYDFOR | RYDER FORT WORTH | 2023917A | 2023917A | 5/8/2009 | Invoice | 108,552.15 |
| RYDFOR | RYDER FORT WORTH | 2031573A | 2031573A | 5/12/2009 | Invoice | 10,650.00 |
| RYDFOR | RYDER FORT WORTH | 2034347A | 2034347A | 5/14/2009 | Invoice | 7,603.40 |
| RYDFOR | RYDER FORT WORTH | 2035180A | 2035180A | 5/20/2009 | Invoice | 14,268.99 |
| RYDFOR | RYDER FORT WORTH | 2036927A | 2036927A | 5/28/2009 | Invoice | 8,596.03 |
| RYDFOR | RYDER FORT WORTH | 2040005A | 2040005A | 6/4/2009 | Invoice | 1,064.33 |
| RYDHAM | RYDER - HAMTRAMMICK | 2029972A | 2029972A | 5/7/2009 | Invoice | 2,532.96 |
| RYDHAM | RYDER - HAMTRAMMICK | 2033783A | 2033783A | 5/14/2009 | Invoice | 2,925.09 |
| RYDHAM | RYDER - HAMTRAMMICK | 2036436A | 2036436A | 5/21/2009 | Invoice | 2,559.46 |
| RYDHAM | RYDER - HAMTRAMMICK | 2038303A | 2038303A | 5/28/2009 | Invoice | 2,193.81 |
| RYDHAM | RYDER - HAMTRAMMICK | 2038303C | 2038303C | 5/29/2009 | Invoice | 20.00 |
| RYDHAM | RYDER - HAMTRAMMICK | 2041707A | 2041707A | 6/4/2009 | Invoice | 365.64 |
| RYDINT | RYDER INTEGRATED LOGISTICS INC | 1539023A | 1539023A | 10/9/2008 | Invoice | 1,792.50 |
| RYDINT | RYDER INTEGRATED LOGISTICS INC | S1908665 | S1908665 | 9/16/2008 | Invoice | 255.00 |
| RYDLAK | RYDER - LAKE ORION | 2027291A | 2027291A | 5/7/2009 | Invoice | 30,753.10 |
| RYDLAK | RYDER - LAKE ORION | 2037142A | 2037142A | 5/20/2009 | Invoice | 674.87 |
| RYDLAK | RYDER - LAKE ORION | 2039382A | 2039382A | 5/29/2009 | Invoice | 300.91 |
| RYDLAK | RYDER - LAKE ORION | 2041494A | 2041494A | 6/4/2009 | Invoice | 11,939.58 |
| RYDLAK | RYDER - LAKE ORION | S1800482 | S1800482 | 2/12/2008 | Invoice | 81.30 |
| RYDLAN | RYDER-LANSING | 2025306A | 2025306A | 5/5/2009 | Invoice | 1,846.02 |


EXHIBIT 1

| Vendor | Location | Invoice | Invoice (dup) | Date | Type | Amount |
|---|---|---|---|---|---|---|
| RYDLAN | RYDER-LANSING | 2032674A | 2032674A | 5/29/2009 | Invoice | 69,285.93 |
| RYDLAN | RYDER-LANSING | 2037099A | 2037099A | 5/20/2009 | Invoice | 11,134.45 |
| RYDLAN | RYDER-LANSING | 2038379A | 2038379A | 6/4/2009 | Invoice | 76,081.17 |
| RYDLOD | RYDER LOGISTICS - LORDSTOWN | 2024108A | 2024108A | 5/7/2009 | Invoice | 22,741.38 |
| RYDLOD | RYDER LOGISTICS - LORDSTOWN | 2027773A | 2027773A | 5/14/2009 | Invoice | 20,472.55 |
| RYDLOD | RYDER LOGISTICS - LORDSTOWN | 2031524A | 2031524A | 5/20/2009 | Invoice | 23,090.77 |
| RYDLOD | RYDER LOGISTICS - LORDSTOWN | 2035041A | 2035041A | 5/28/2009 | Invoice | 18,472.61 |
| RYDLOD | RYDER LOGISTICS - LORDSTOWN | 2037614A | 2037614A | 6/4/2009 | Invoice | 11,879.53 |
| RYDMAG | RYDER CMS | 1774173A | 1774173A | 1/31/2008 | Invoice | 2,548.03 |
| RYDMAG | RYDER CMS | 1820759A | 1820759A | 4/9/2008 | Invoice | 2,160.77 |
| RYDMAG | RYDER CMS | 1897194A | 1897194A | 9/8/2008 | Invoice | 2,730.24 |
| RYDMAG | RYDER CMS | 1906404A | 1906404A | 9/22/2008 | Invoice | 2,710.67 |
| RYDMAG | RYDER CMS | 1929854A | 1929854A | 10/21/2008 | Invoice | 2,619.21 |
| RYDMAG | RYDER CMS | 1934321A | 1934321A | 11/7/2008 | Invoice | 2,578.66 |
| RYDMAG | RYDER CMS | 1947924A | 1947924A | 11/14/2008 | Invoice | 1,943.52 |
| RYDMAG | RYDER CMS | 1978151A | 1978151A | 2/6/2009 | Invoice | 2,330.79 |
| RYDMAG | RYDER CMS | 1999238A | 1999238A | 3/20/2009 | Invoice | 2,259.61 |
| RYDMAG | RYDER CMS | 2002409A | 2002409A | 4/10/2009 | Invoice | 2,267.12 |
| RYDMAG | RYDER CMS | 2009351A | 2009351A | 4/23/2009 | Invoice | 200.00 |
| RYDMAG | RYDER CMS | 2010708A | 2010708A | 4/10/2009 | Invoice | 2,278.60 |
| RYDMAG | RYDER CMS | 2010774A | 2010774A | 4/8/2009 | Invoice | 2,260.32 |
| RYDMAG | RYDER CMS | 2015386A | 2015386A | 4/15/2009 | Invoice | 2,260.74 |
| RYDMAG | RYDER CMS | 2015470A | 2015470A | 4/15/2009 | Invoice | 2,311.77 |
| RYDMAG | RYDER CMS | 2019346A | 2019346A | 4/15/2009 | Invoice | 2,249.68 |
| RYDMAG | RYDER CMS | 2019504A | 2019504A | 4/22/2009 | Invoice | 2,243.58 |
| RYDMAG | RYDER CMS | 2022205A | 2022205A | 4/24/2009 | Invoice | 2,243.58 |
| RYDMAG | RYDER CMS | 2022346A | 2022346A | 4/24/2009 | Invoice | 2,243.58 |
| RYDMAG | RYDER CMS | 2025630A | 2025630A | 5/12/2009 | Invoice | 2,260.74 |
| RYDMAG | RYDER CMS | 2025705A | 2025705A | 5/12/2009 | Invoice | 2,260.74 |
| RYDMAG | RYDER CMS | 2029795A | 2029795A | 6/4/2009 | Invoice | 2,260.74 |
| RYDMAG | RYDER CMS | 2029926A | 2029926A | 5/15/2009 | Invoice | 2,289.95 |
| RYDMAG | RYDER CMS | 2033350A | 2033350A | 5/15/2009 | Invoice | 2,289.95 |
| RYDMAG | RYDER CMS | 2033481A | 2033481A | 5/26/2009 | Invoice | 2,289.95 |
| RYDMAG | RYDER CMS | 2035836A | 2035836A | 5/26/2009 | Invoice | 2,289.95 |
| RYDMAG | RYDER CMS | 2035969A | 2035969A | 5/26/2009 | Invoice | 2,289.95 |
| RYDMAG | RYDER CMS | 2038268A | 2038268A | 6/4/2009 | Invoice | 2,289.95 |
| RYDMAG | RYDER CMS | 2038633A | 2038633A | 6/4/2009 | Invoice | 2,289.95 |
| RYDMAG | RYDER CMS | 2040588A | 2040588A | 6/4/2009 | Invoice | 2,289.95 |

| Code | Description | Invoice | Invoice | Date | Type | Amount |
|---|---|---|---|---|---|---|
| RYDMOR | RYDER LOGISTICS MORAINE BILL | 1804768A | 1804768A | 3/17/2008 | Invoice | 3,200.00 |
| RYDPON | RYDER LOGISTICS - PONTIAC | 1689855A | 1689855A | 6/10/2008 | Invoice | 1,372.12 |
| RYDSPR | RYDER SPRING HILL BILLING | 1944571A | 1944571A | 11/4/2008 | Invoice | 1,019.00 |
| RYDFOR | RYDER LOGISTICS FORT WAYNE BILL | 1945126A | 1945126A | 11/6/2008 | Invoice | 455.11 |
| RYDSPR | RYDER SPRING HILL BILLING | 1992271A | 1992271A | 2/18/2009 | Invoice | 1,236.00 |
| RYDSPR | RYDER SPRING HILL BILLING | 1897889A | 1897889A | 4/2/2009 | Invoice | 75.00 |
| RYDSPR | RYDER SPRING HILL BILLING | 1986078A | 1986078A | 4/14/2009 | Invoice | 300.00 |
| RYDPON | RYDER LOGISTICS - PONTIAC | 2025290A | 2025290A | 5/7/2009 | Invoice | 17,866.92 |
| RYDSPR | RYDER SPRING HILL BILLING | 2024106A | 2024106A | 5/8/2009 | Invoice | 450,076.18 |
| RYDSPR | RYDER SPRING HILL BILLING | 2027778B | 2027778B | 5/13/2009 | Invoice | 52,621.69 |
| RYDPON | RYDER LOGISTICS - PONTIAC | 2029439A | 2029439A | 5/14/2009 | Invoice | 22,221.99 |
| RYDSPR | RYDER SPRING HILL BILLING | 1970642A | 1970642A | 5/14/2009 | Invoice | 150.00 |
| RYDSPR | RYDER SPRING HILL BILLING | 2027771A | 2027771A | 5/14/2009 | Invoice | 423,280.28 |
| RYDWIL | RYDER INTEGRATED LOGISTICS | 2030312A | 2030312A | 5/14/2009 | Invoice | 3,392.76 |
| RYDPON | RYDER LOGISTICS - PONTIAC | 2032672A | 2032672A | 5/20/2009 | Invoice | 22,501.96 |
| RYDPON | RYDER LOGISTICS - PONTIAC | 2034553B | 2034553B | 5/20/2009 | Invoice | 600.00 |
| RYDSPR | RYDER SPRING HILL BILLING | 2031520A | 2031520A | 5/21/2009 | Invoice | 507,683.58 |
| RYDSPR | RYDER SPRING HILL BILLING | 2036813A | 2036813A | 5/27/2009 | Invoice | 2,636.00 |
| RYDPON | RYDER LOGISTICS - PONTIAC | 2036799A | 2036799A | 5/28/2009 | Invoice | 20,470.41 |
| RYDSPR | RYDER SPRING HILL BILLING | 2034584A | 2034584A | 5/29/2009 | Invoice | 453,075.46 |
| RYDSPR | RYDER SPRING HILL BILLING | 2037810A | 2037810A | 6/3/2009 | Invoice | 3,886.37 |
| RYDPON | RYDER LOGISTICS - PONTIAC | 2038756A | 2038756A | 6/4/2009 | Invoice | 24,746.82 |
| RYDSPR | RYDER SPRING HILL BILLING | 2037613A | 2037613A | 6/4/2009 | Invoice | 476,670.15 |
| | | | | | | 3,408,464.97 |

| | | | | | |
|---|---|---|---|---|---|
| RYDOSHC | RYDER OSHAWA - CAR | 2027197A | 2027197A | 04/23/2009 | Invoice | 3,960.00 |
| RYDOSHT | RYDER OSHAWA - TRUCK | 1977986A | 1977986A | 02/05/2009 | Invoice | 5,272.00 |
| RYDOSHT | RYDER OSHAWA - TRUCK | 1992764A | 1992764A | 02/19/2009 | Invoice | 75.00 |
| RYDOSHT | RYDER OSHAWA - TRUCK | 2001480A | 2001480A | 03/18/2009 | Invoice | 75.00 |
| RYDOSHT | RYDER OSHAWA - TRUCK | 2014312A | 2014312A | 04/03/2009 | Invoice | 75.00 |
| RYDOSHC | RYDER OSHAWA - CAR | 2016690B | 2016690B | 5/14/2009 | Invoice | 170,462.15 |
| RYDOSHC | RYDER OSHAWA - CAR | 2023105A | 2023105A | 5/7/2009 | Invoice | 235,547.63 |
| RYDOSHC | RYDER OSHAWA - CAR | 2024125A | 2024125A | 5/13/2009 | Invoice | 66,698.18 |
| RYDOSHT | RYDER OSHAWA - TRUCK | 2030516A | 2030516A | 5/21/2009 | Invoice | 174,406.01 |
| RYDOSHC | RYDER OSHAWA - CAR | 2034591A | 2034591A | 5/28/2009 | Invoice | 162,379.38 |
| RYDOSHC | RYDER OSHAWA - CAR | 2037272A | 2037272A | 5/27/2009 | Invoice | 1,677.06 |
| RYDOSHT | RYDER OSHAWA - TRUCK | 2021016B | 2021016B | 5/14/2009 | Invoice | 44,503.35 |
| RYDOSHT | RYDER OSHAWA - TRUCK | 2025124C | 2025124C | 5/7/2009 | Invoice | 61,720.17 |
| RYDOSHT | RYDER OSHAWA - TRUCK | 2032487C | 2032487C | 5/21/2009 | Invoice | 19,673.21 |
| RYDOSHC | RYDER OSHAWA - CAR | 2032525A | 2032525A | 5/27/2009 | Invoice | 2,066.48 |
| RYDOSHT | RYDER OSHAWA - TRUCK | 2037261A | 2037261A | 5/28/2009 | Invoice | 4,174.02 |

952,764.64