# Aged Receivables Report - Martin Transpo

by Customer Class Key
Martin Transportation Systems, Inc.
Aging Date: 6/12/2009

| Bill To ID | Bill To Name | Doc No. | Apply No. | Date | Type | | |
|---|---|---|---|---|---|---|---|
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 1972219A | 1972219A | 2/23/2009 | Invoice | 550.00 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 1974014A | 1974014A | 1/20/2009 | Invoice | 525.00 | Short Pay |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2007863A | 2007863A | 4/20/2009 | Invoice | 3.75 | Short Pay |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2010442A | 2010442A | 4/23/2009 | Invoice | 75.00 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2020085A | 2020085A | 4/9/2009 | Invoice | 400.00 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2020359A | 2020359A | 4/14/2009 | Invoice | 3,750.00 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2020628A | 2020628A | 4/22/2009 | Invoice | 1,711.20 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2020629A | 2020629A | 4/22/2009 | Invoice | 1,711.20 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2020630A | 2020630A | 4/22/2009 | Invoice | 1,711.20 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2020631A | 2020631A | 4/22/2009 | Invoice | 1,711.20 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2020808A | 2020808A | 4/22/2009 | Invoice | 1,711.20 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2020809A | 2020809A | 4/22/2009 | Invoice | 1,711.20 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2020810A | 2020810A | 4/22/2009 | Invoice | 1,711.20 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2020996A | 2020996A | 4/22/2009 | Invoice | 1,711.20 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2020997A | 2020997A | 4/22/2009 | Invoice | 75.00 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2020998A | 2020998A | 6/2/2009 | Invoice | 1,711.20 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2020999A | 2020999A | 4/22/2009 | Invoice | 1,711.20 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2021177A | 2021177A | 4/22/2009 | Invoice | 1,711.20 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2021178A | 2021178A | 4/22/2009 | Invoice | 1,711.20 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2021179A | 2021179A | 4/28/2009 | Invoice | 1,711.20 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2021356A | 2021356A | 4/28/2009 | Invoice | 1,711.20 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2021357A | 2021357A | 4/28/2009 | Invoice | 1,711.20 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2021358A | 2021358A | 4/28/2009 | Invoice | 1,711.20 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2023537A | 2023537A | 4/15/2009 | Invoice | 450.00 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2024441A | 2024441A | 4/28/2009 | Invoice | 1,711.20 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2024442A | 2024442A | 4/28/2009 | Invoice | 1,711.20 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2024443A | 2024443A | 4/28/2009 | Invoice | 1,711.20 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2024444A | 2024444A | 4/30/2009 | Invoice | 1,711.20 | |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2024620A | 2024620A | 4/28/2009 | Invoice | 1,711.20 | |



tabbies®
EXHIBIT

| | | | | | | |
|---|---|---|---|---|---|---|
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2024621A | 2024621A | 4/28/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2024622A | 2024622A | 4/30/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2024809A | 2024809A | 4/28/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2024810A | 2024810A | 4/28/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2024811A | 2024811A | 4/30/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2024812A | 2024812A | 4/30/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2024992A | 2024992A | 4/28/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2024993A | 2024993A | 4/28/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2024994A | 2024994A | 6/2/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2025168A | 2025168A | 5/4/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2025169A | 2025169A | 5/4/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2027802A | 2027802A | 5/4/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2028085A | 2028085A | 5/4/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2028086A | 2028086A | 5/4/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2028088A | 2028088A | 5/13/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2028267A | 2028267A | 5/4/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2028268A | 2028268A | 5/4/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2028457A | 2028457A | 5/4/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2028458A | 2028458A | 5/8/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2028460A | 2028460A | 5/13/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2028650A | 2028650A | 5/8/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2028651A | 2028651A | 5/8/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2028835A | 2028835A | 5/8/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2028836A | 2028836A | 5/8/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2028838A | 2028838A | 5/12/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2028873A | 2028873A | 6/2/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2030955A | 2030955A | 5/13/2009 | Invoice | 550.00 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2031110A | 2031110A | 5/8/2009 | Invoice | 1,690.00 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2031792A | 2031792A | 5/8/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2031793A | 2031793A | 5/13/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2031794A | 2031794A | 5/19/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2031971A | 2031971A | 5/12/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2031973A | 2031973A | 5/13/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2031975A | 2031975A | 5/13/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2032169A | 2032169A | 5/12/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2032170A | 2032170A | 5/13/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2032171A | 2032171A | 5/19/2009 | Invoice | 1,711.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2032350A | 2032350A | 5/15/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2032351A | 2032351A | 5/13/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2032352A | 2032352A | 5/13/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2032527A | 2032527A | 5/15/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2032528A | 2032528A | 5/13/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2032529A | 2032529A | 5/13/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2034622A | 2034622A | 5/12/2009 | Invoice | 2,893.64 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2034623A | 2034623A | 5/13/2009 | Invoice | 2,893.64 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2034626A | 2034626A | 5/12/2009 | Invoice | 2,893.64 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2034721A | 2034721A | 5/12/2009 | Invoice | 769.00 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2036874A | 2036874A | 5/21/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2036875A | 2036875A | 5/19/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2036876A | 2036876A | 5/19/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2036877A | 2036877A | 5/21/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2036878A | 2036878A | 5/19/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2036879A | 2036879A | 5/21/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2036880A | 2036880A | 5/19/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2036881A | 2036881A | 5/20/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2036882A | 2036882A | 6/2/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2036883A | 2036883A | 5/20/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2036885A | 2036885A | 6/2/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2036887A | 2036887A | 5/21/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2036938A | 2036938A | 5/21/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2036939A | 2036939A | 5/15/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2036940A | 2036940A | 5/21/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2036941A | 2036941A | 5/15/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2037079A | 2037079A | 6/2/2009 | Invoice | 700.00 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2037165A | 2037165A | 6/2/2009 | Invoice | 325.00 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2037166A | 2037166A | 5/19/2009 | Invoice | 325.00 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2039364A | 2039364A | 6/2/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2039367A | 2039367A | 5/21/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2039368A | 2039368A | 6/2/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2039369A | 2039369A | 5/22/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2039370A | 2039370A | 5/22/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2039371A | 2039371A | 6/2/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2039372A | 2039372A | 6/2/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2039373A | 2039373A | 6/2/2009 | Invoice | 1,711.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2039374A | 2039374A | 6/2/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2039375A | 2039375A | 6/2/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2039376A | 2039376A | 6/2/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2039377A | 2039377A | 6/2/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2039591A | 2039591A | 6/2/2009 | Invoice | 350.00 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2039592A | 2039592A | 6/2/2009 | Invoice | 350.00 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2041504A | 2041504A | 6/5/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2041507A | 2041507A | 6/2/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2041511A | 2041511A | 6/5/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2041515A | 2041515A | 6/5/2009 | Invoice | 1,711.20 |
| COMPYO | COMPREHENSIVE LOGISTICS, INC. | 2041565A | 2041565A | 6/2/2009 | Invoice | 1,711.20 |
| COMRAL | GM MFD BACK UP TO RAIL | 1981133B | 1981133B | 3/25/2009 | Invoice | 111.10 |
| COMRAL | GM MFD BACK UP TO RAIL | 1982734A | 1982734A | 2/25/2009 | Invoice | 18.02 Short Pay |
| COMRAL | GM MFD BACK UP TO RAIL | 1982744B | 1982744B | 3/25/2009 | Invoice | 65.52 |
| COMRAL | GM MFD BACK UP TO RAIL | 1982745B | 1982745B | 3/25/2009 | Invoice | 65.52 |
| COMRAL | GM MFD BACK UP TO RAIL | 1982746B | 1982746B | 3/25/2009 | Invoice | 65.52 |
| COMRAL | GM MFD BACK UP TO RAIL | 1982747A | 1982747A | 3/25/2009 | Invoice | 3,979.60 |
| COMRAL | GM MFD BACK UP TO RAIL | 1983913B | 1983913B | 4/22/2009 | Invoice | 861.34 |
| COMRAL | GM MFD BACK UP TO RAIL | 1983914B | 1983914B | 4/22/2009 | Invoice | 861.34 |
| COMRAL | GM MFD BACK UP TO RAIL | 1983915B | 1983915B | 4/22/2009 | Invoice | 861.34 |
| COMRAL | GM MFD BACK UP TO RAIL | 1989105 | 1989105 | 2/25/2009 | Invoice | 7.50 Short Pay |
| COMRAL | GM MFD BACK UP TO RAIL | 1989108 | 1989108 | 2/25/2009 | Invoice | 7.50 Short Pay |
| COMRAL | GM MFD BACK UP TO RAIL | 1989127 | 1989127 | 2/25/2009 | Invoice | 7.50 Short Pay |
| COMRAL | GM MFD BACK UP TO RAIL | 1989142 | 1989142 | 2/25/2009 | Invoice | 30.00 Short Pay |
| COMRAL | GM MFD BACK UP TO RAIL | 1989152 | 1989152 | 2/25/2009 | Invoice | 7.50 Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1920866A | 1920866A | 1/8/2009 | Invoice | 41.12 Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1937063A | 1937063A | 11/3/2008 | Invoice | 136.27 Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1937115A | 1937115A | 11/3/2008 | Invoice | 136.27 Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1937142A | 1937142A | 11/11/2008 | Invoice | 136.27 Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1938499A | 1938499A | 10/29/2008 | Invoice | 8.22 Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1940233A | 1940233A | 11/10/2008 | Invoice | 178.34 Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1941539A | 1941539A | 11/11/2008 | Invoice | 136.27 Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1941877A | 1941877A | 11/11/2008 | Invoice | 122.20 Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1944163A | 1944163A | 11/11/2008 | Invoice | 122.20 Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1944388A | 1944388A | 11/11/2008 | Invoice | 15.99 Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1945137A | 1945137A | 11/11/2008 | Invoice | 159.93 Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1945138A | 1945138A | 12/11/2008 | Invoice | 122.20 Short Pay |

| Vendor | Name | Invoice | Invoice | Date | Type | Amount | Note |
|---|---|---|---|---|---|---|---|
| COMYOU | COMPREHENSIVE LOGISTICS | 1945179A | 1945179A | 11/11/2008 | Invoice | 122.20 | Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1946451A | 1946451A | 11/12/2008 | Invoice | 112.02 | Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1948110A | 1948110A | 11/11/2008 | Invoice | 11.33 | Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1948402A | 1948402A | 11/12/2008 | Invoice | 112.02 | Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1948425A | 1948425A | 11/13/2008 | Invoice | 112.02 | Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1949321A | 1949321A | 11/14/2008 | Invoice | 112.02 | Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1950758A | 1950758A | 11/26/2008 | Invoice | 597.29 | |
| COMYOU | COMPREHENSIVE LOGISTICS | 1950816A | 1950816A | 11/20/2008 | Invoice | 102.54 | Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1950816A | 1950816A | 11/21/2008 | Invoice | 102.54 | Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1953071A | 1953071A | 11/21/2008 | Invoice | 102.54 | Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1953072A | 1953072A | 11/26/2008 | Invoice | 102.54 | Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1955294A | 1955294A | 12/1/2008 | Invoice | 92.32 | Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1955294A | 1955294A | 12/1/2008 | Invoice | 92.32 | Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1955322A | 1955322A | 12/3/2008 | Invoice | 88.87 | Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1958487A | 1958487A | 12/5/2008 | Invoice | 88.87 | Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1958516A | 1958516A | 12/5/2008 | Invoice | 88.87 | Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1958573A | 1958573A | 12/10/2008 | Invoice | 88.87 | Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1961821A | 1961821A | 1/29/2008 | Invoice | 75.00 | |
| COMYOU | COMPREHENSIVE LOGISTICS | 1971643A | 1971643A | 12/16/2008 | Invoice | 7.42 | Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1974118A | 1974118A | 1/23/2009 | Invoice | 47.35 | Short Pay |
| COMYOU | COMPREHENSIVE LOGISTICS | 1941114B | 1941114B | 4/22/2009 | Invoice | 200.73 | |
| COMYOU | COMPREHENSIVE LOGISTICS | 1941179A | 1941179A | 2/13/2009 | Invoice | 75.00 | |
| COMYOU | COMPREHENSIVE LOGISTICS | 1996436A | 1996436A | 3/12/2009 | Invoice | 54.57 | |
| COMYOU | COMPREHENSIVE LOGISTICS | 1996576A | 1996576A | 3/12/2009 | Invoice | 54.57 | |
| COMYOU | COMPREHENSIVE LOGISTICS | 1996912B | 1996912B | 4/22/2009 | Invoice | 59.88 | |
| COMYOU | COMPREHENSIVE LOGISTICS | 2004800A | 2004800A | 3/24/2009 | Invoice | 94.30 | |
| COMYOU | COMPREHENSIVE LOGISTICS | 2004826A | 2004826A | 3/24/2009 | Invoice | 52.64 | |
| COMYOU | COMPREHENSIVE LOGISTICS | 2009374A | 2009374A | 3/30/2009 | Invoice | 52.96 | |
| COMYOU | COMPREHENSIVE LOGISTICS | 2012879A | 2012879A | 4/8/2009 | Invoice | 926.28 | |
| COMYOU | COMPREHENSIVE LOGISTICS | 2012899A | 2012899A | 4/7/2009 | Invoice | 615.30 | |
| COMYOU | COMPREHENSIVE LOGISTICS | 2014341A | 2014341A | 4/2/2009 | Invoice | 75.00 | |
| COMYOU | COMPREHENSIVE LOGISTICS | 2014342A | 2014342A | 4/6/2009 | Invoice | 541.76 | |
| COMYOU | COMPREHENSIVE LOGISTICS | 2014381A | 2014381A | 4/2/2009 | Invoice | 75.00 | |
| COMYOU | COMPREHENSIVE LOGISTICS | 2014388A | 2014388A | 4/10/2009 | Invoice | 831.74 | |
| COMYOU | COMPREHENSIVE LOGISTICS | 2015973A | 2015973A | 4/6/2009 | Invoice | 1,076.18 | |
| COMYOU | COMPREHENSIVE LOGISTICS | 2016255A | 2016255A | 4/6/2009 | Invoice | 1,967.43 | |
| COMYOU | COMPREHENSIVE LOGISTICS | 2016256A | 2016256A | 4/6/2009 | Invoice | 1,101.33 | |
| COMYOU | COMPREHENSIVE LOGISTICS | 2016339A | 2016339A | 4/10/2009 | Invoice | 841.82 | |
| COMYOU | COMPREHENSIVE LOGISTICS | 2016343A | 2016343A | 4/3/2009 | Invoice | 2,513.56 | |

| | | | | | |
|---|---|---|---|---|---|
| COMYOU | COMPREHENSIVE LOGISTICS | 2016431A | 4/14/2009 | Invoice | 587.57 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2016559A | 4/3/2009 | Invoice | 1,304.34 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2016571A | 4/7/2009 | Invoice | 665.37 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2016741A | 4/7/2009 | Invoice | 533.35 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2016804A | 4/8/2009 | Invoice | 1,077.25 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2016868A | 4/14/2009 | Invoice | 605.82 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2017237A | 4/7/2009 | Invoice | 649.04 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2019726A | 4/14/2009 | Invoice | 1,924.49 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2019726A | 4/14/2009 | Invoice | 2,463.30 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2019767A | 4/14/2009 | Invoice | 1,924.49 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2019774A | 4/14/2009 | Invoice | 1,077.25 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2019786A | 4/14/2009 | Invoice | 649.04 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2019875A | 4/24/2009 | Invoice | 575.70 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2020089A | 4/16/2009 | Invoice | 1,275.55 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2020321A | 4/14/2009 | Invoice | 532.51 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2020455A | 4/21/2009 | Invoice | 1,275.64 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2021565A | 4/21/2009 | Invoice | 1,924.49 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2023044A | 4/24/2009 | Invoice | 1,131.11 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2023045A | 4/21/2009 | Invoice | 2,463.30 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2023055A | 4/23/2009 | Invoice | 1,058.72 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2023193A | 4/23/2009 | Invoice | 575.70 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2023298A | 4/20/2009 | Invoice | 575.70 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2023386A | 4/24/2009 | Invoice | 649.04 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2023455A | 4/21/2009 | Invoice | 575.70 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2023531A | 5/13/2009 | Invoice | 560.88 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2038772A | 4/24/2009 | Invoice | 1,275.55 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2024154A | 4/24/2009 | Invoice | 576.38 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2024155A | 5/1/2009 | Invoice | 535.51 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2024233A | 4/23/2009 | Invoice | 1,077.25 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2024234A | 5/12/2009 | Invoice | 75.00 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2024266A | 5/1/2009 | Invoice | 831.88 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2026178A | 5/12/2009 | Invoice | 2,031.12 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2026703A | 5/12/2009 | Invoice | 1,065.14 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2026869A | 5/11/2009 | Invoice | 1,940.28 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2026870A | 4/23/2009 | Invoice | 1,077.25 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2026870A | 5/12/2009 | Invoice | 1,077.25 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2271169A | 5/12/2009 | Invoice | 340.74 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2273384A | 4/28/2009 | Invoice | 1,500.00 |
| COMYOU | COMPREHENSIVE LOGISTICS | 2027812A | 5/12/2009 | Invoice | 814.75 |

| Vendor | Ref 1 | Ref 2 | Date | Type | Amount |
|---|---|---|---|---|---|
| COMYOU COMPREHENSIVE LOGISTICS | 2029301A | 2029301A | 5/12/2009 | Invoice | 2,031.12 |
| COMYOU COMPREHENSIVE LOGISTICS | 2030423A | 2030423A | 5/12/2009 | Invoice | 1,091.24 |
| COMYOU COMPREHENSIVE LOGISTICS | 2030583A | 2030583A | 5/11/2009 | Invoice | 1,940.28 |
| COMYOU COMPREHENSIVE LOGISTICS | 2030735A | 2030735A | 5/12/2009 | Invoice | 560.88 |
| COMYOU COMPREHENSIVE LOGISTICS | 2030742A | 2030742A | 5/12/2009 | Invoice | 580.50 |
| COMYOU COMPREHENSIVE LOGISTICS | 2030875A | 2030875A | 5/12/2009 | Invoice | 1,086.11 |
| COMYOU COMPREHENSIVE LOGISTICS | 2031304A | 2031304A | 5/15/2009 | Invoice | 1,304.16 |
| COMYOU COMPREHENSIVE LOGISTICS | 2031974A | 2031974A | 5/11/2009 | Invoice | 1,101.19 |
| COMYOU COMPREHENSIVE LOGISTICS | 2031992A | 2031992A | 5/11/2009 | Invoice | 821.63 |
| COMYOU COMPREHENSIVE LOGISTICS | 2032773A | 2032773A | 5/12/2009 | Invoice | 2,513.25 |
| COMYOU COMPREHENSIVE LOGISTICS | 2034054A | 2034054A | 5/12/2009 | Invoice | 587.51 |
| COMYOU COMPREHENSIVE LOGISTICS | 2034055A | 2034055A | 5/12/2009 | Invoice | 541.71 |
| COMYOU COMPREHENSIVE LOGISTICS | 2034058A | 2034058A | 5/11/2009 | Invoice | 565.36 |
| COMYOU COMPREHENSIVE LOGISTICS | 2034489A | 2034489A | 5/14/2009 | Invoice | 1,967.16 |
| COMYOU COMPREHENSIVE LOGISTICS | 2034509A | 2034509A | 5/15/2009 | Invoice | 1,101.19 |
| COMYOU COMPREHENSIVE LOGISTICS | 2034535A | 2034535A | 5/11/2009 | Invoice | 821.63 |
| COMYOU COMPREHENSIVE LOGISTICS | 2034609A | 2034609A | 5/12/2009 | Invoice | 587.51 |
| COMYOU COMPREHENSIVE LOGISTICS | 2035188A | 2035188A | 5/12/2009 | Invoice | 821.63 |
| COMYOU COMPREHENSIVE LOGISTICS | 2036049A | 2036049A | 5/26/2009 | Invoice | 1,102.18 |
| COMYOU COMPREHENSIVE LOGISTICS | 2036816A | 2036816A | 5/15/2009 | Invoice | 587.51 |
| COMYOU COMPREHENSIVE LOGISTICS | 2037003A | 2037003A | 5/13/2009 | Invoice | 541.71 |
| COMYOU COMPREHENSIVE LOGISTICS | 2037015A | 2037015A | 5/26/2009 | Invoice | 1,967.16 |
| COMYOU COMPREHENSIVE LOGISTICS | 2037172A | 2037172A | 6/4/2009 | Invoice | 697.02 |
| COMYOU COMPREHENSIVE LOGISTICS | 2037196A | 2037196A | 5/26/2009 | Invoice | 1,101.19 |
| COMYOU COMPREHENSIVE LOGISTICS | 2037253A | 2037253A | 6/1/2009 | Invoice | 1,304.16 |
| COMYOU COMPREHENSIVE LOGISTICS | 2037269A | 2037269A | 5/26/2009 | Invoice | 587.51 |
| COMYOU COMPREHENSIVE LOGISTICS | 2039634A | 2039634A | 5/28/2009 | Invoice | 1,967.16 |
| COMYOU COMPREHENSIVE LOGISTICS | 2039635A | 2039635A | 5/26/2009 | Invoice | 1,101.19 |
| COMYOU COMPREHENSIVE LOGISTICS | 2039643A | 2039643A | 5/26/2009 | Invoice | 541.71 |
| COMYOU COMPREHENSIVE LOGISTICS | 2039652A | 2039652A | 5/27/2009 | Invoice | 565.36 |
| COMYOU COMPREHENSIVE LOGISTICS | 2039701A | 2039701A | 5/27/2009 | Invoice | 348.82 |
| COMYOU COMPREHENSIVE LOGISTICS | 2040027A | 2040027A | 6/1/2009 | Invoice | 935.75 |
| COMYOU COMPREHENSIVE LOGISTICS | 2041483A | 2041483A | 5/27/2009 | Invoice | 1,101.19 |
| COMYOU COMPREHENSIVE LOGISTICS | 2041567A | 2041567A | 6/1/2009 | Invoice | 1,102.18 |
| COMYOU COMPREHENSIVE LOGISTICS | 2041616A | 2041616A | 6/1/2009 | Invoice | 587.51 |
| COMYOU COMPREHENSIVE LOGISTICS | 2041685A | 2041685A | 6/3/2009 | Invoice | 1,967.16 |
| COMYOU COMPREHENSIVE LOGISTICS | 2041686A | 2041686A | 5/29/2009 | Invoice | 1,101.19 |

| | | | | |
|---|---|---|---|---|
| COMYOU COMPREHENSIVE LOGISTICS | 2041714A | 2041714A | 6/1/2009 Invoice | 1,304.16 |
| COMYOU COMPREHENSIVE LOGISTICS | 2041784A | 2041784A | 5/28/2009 Invoice | 541.71 |
| COMYOU COMPREHENSIVE LOGISTICS | 2041882A | 2041882A | 5/29/2009 Invoice | 587.51 |
| COMYOU COMPREHENSIVE LOGISTICS, INC. | 2012281A | 2012281A | 3/24/2009 Invoice | 675.00 |
| COMYO COMPREHENSIVE LOGISTICS, INC. | 2037284A | 2037284A | 5/15/2009 Invoice | 875.00 |
| COMYO COMPREHENSIVE LOGISTICS, INC. | 2037285A | 2037285A | 5/15/2009 Invoice | 575.00 |
| COMYO COMPREHENSIVE LOGISTICS, INC. | 2037286A | 2037286A | 5/15/2009 Invoice | 575.00 |
| COMYO COMPREHENSIVE LOGISTICS, INC. | 2041508A | 2041508A | 5/27/2009 Invoice | 1,711.20 |
| COMYO COMPREHENSIVE LOGISTICS, INC. | 2041509A | 2041509A | 5/27/2009 Invoice | 1,711.20 |
| COMYO COMPREHENSIVE LOGISTICS, INC. | 2041517A | 2041517A | 5/29/2009 Invoice | 1,711.20 |
| COMYO COMPREHENSIVE LOGISTICS, INC. | 2041518A | 2041518A | 5/29/2009 Invoice | 650.00 |
| COMYO COMPREHENSIVE LOGISTICS, INC. | 2041516A | 2041516A | 6/1/2009 Invoice | 1,711.20 |
| COMYOU COMPREHENSIVE LOGISTICS | 2034389A | 2034389A | 5/10/2009 Invoice | 1,283.00 |

296,018.24