# Aged Receivables Report - Martin Transpo

by Customer Class Key

Martin Transportation Systems, Inc.

Aging Date: 6/12/2009

| Bill To Id | Bill To Name | Doc No. | Apply No. | Date | Type | | |
|---|---|---|---|---|---|---|---|
| FEDPGM | DATA 2 LOGISTICS | 1975912A | 1975912A | 4/8/2009 | Invoice | 1,342.00 | |
| FEDPGM | DATA 2 LOGISTICS | 1988651A | 1988651A | 3/31/2009 | Invoice | 75.00 | |
| FEDPGM | DATA 2 LOGISTICS | 1997310A | 1997310A | 5/26/2009 | Invoice | 75.00 | |
| FEDPGM | DATA 2 LOGISTICS | 1998503A | 1998503A | 4/20/2009 | Invoice | 75.00 | |
| FEDPGM | DATA 2 LOGISTICS | 2001544A | 2001544A | 4/20/2009 | Invoice | 75.00 | |
| | DATA 2 LOGISTICS | 2034536A | 2034536A | 5/11/2009 | Invoice | 75.00 | |
| FEDPGM | DATA 2 LOGISTICS | 1890058A | 1890058A | 9/15/2008 | Invoice | 1,191.00 | |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 1946569A | 1946569A | 11/12/2008 | Invoice | 1,047.89 | Short Pay |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 1956817A | 1956817A | 4/7/2009 | Invoice | 2,728.00 | |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 1967701A | 1967701A | 3/12/2009 | Invoice | 5,256.00 | |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2021912A | 2021912A | 4/21/2009 | Invoice | 1,312.70 | |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037113A | 2037113A | 4/24/2009 | Invoice | 5,256.00 | |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037149A | 2037149A | 4/21/2009 | Invoice | 1,004.00 | Short Pay |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2024101A | 2024101A | 4/30/2009 | Invoice | 1,342.00 | |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2025677A | 2025677A | 4/24/2009 | Invoice | 1,324.72 | |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2025680A | 2025680A | 5/11/2009 | Invoice | 2,728.00 | |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2025681A | 2025681A | 4/24/2009 | Invoice | 1,324.72 | |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2025708A | 2025708A | 5/1/2009 | Invoice | 1,324.72 | |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2025711A | 2025711A | 6/1/2009 | Invoice | 2,728.00 | |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2025712A | 2025712A | 5/1/2009 | Invoice | 1,324.72 | |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2026887A | 2026887A | 4/28/2009 | Invoice | 751.82 | |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2026892A | 2026892A | 4/28/2009 | Invoice | 892.76 | |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2026907A | 2026907A | 5/5/2009 | Invoice | 1,498.71 | |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2026908A | 2026908A | 4/28/2009 | Invoice | 956.84 | |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2026909A | 2026909A | 4/28/2009 | Invoice | 804.12 | |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2026913A | 2026913A | 5/5/2009 | Invoice | 3,519.00 | |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2271178A | 2271178A | 4/24/2009 | Invoice | 5,256.00 | |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2274451A | 2274451A | 5/5/2009 | Invoice | 487.00 | |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2275529A | 2275529A | 5/13/2009 | Invoice | 487.00 | |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2275530A | 2275530A | 5/5/2009 | Invoice | 630.00 | |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2275570A | 2275570A | 5/5/2009 | Invoice | 487.00 | |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2276606A | 2276606A | 5/5/2009 | Invoice | 487.00 | |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2277003A | 2277003A | 5/5/2009 | Invoice | 1,342.00 | |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2277719A | 2277719A | 5/5/2009 | Invoice | 1,342.00 | |



EXHIBIT

1

| | | | | | |
|---|---|---|---|---|---|
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2027720A | 2027720A | 5/5/2009 Invoice | 1,312.70 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2027735A | 2027735A | 5/5/2009 Invoice | 1,342.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2027751A | 2027751A | 5/5/2009 Invoice | 1,342.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2027752A | 2027752A | 5/11/2009 Invoice | 1,312.70 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2027766A | 2027766A | 5/6/2009 Invoice | 1,342.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2027810A | 2027810A | 4/28/2009 Invoice | 595.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2027811A | 2027811A | 5/5/2009 Invoice | 570.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2027814A | 2027814A | 5/5/2009 Invoice | 1,318.79 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2027817A | 2027817A | 5/5/2009 Invoice | 1,498.71 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2027818A | 2027818A | 5/5/2009 Invoice | 956.84 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2027819A | 2027819A | 5/6/2009 Invoice | 766.90 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2027820A | 2027820A | 5/5/2009 Invoice | 804.12 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2027821A | 2027821A | 5/5/2009 Invoice | 892.76 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2027823A | 2027823A | 5/13/2009 Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2027825A | 2027825A | 5/6/2009 Invoice | 3,519.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2027828A | 2027828A | 5/5/2009 Invoice | 1,318.79 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2027830A | 2027830A | 5/5/2009 Invoice | 1,498.71 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2027832A | 2027832A | 5/5/2009 Invoice | 892.76 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2027833A | 2027833A | 5/13/2009 Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2027834A | 2027834A | 5/13/2009 Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2027837A | 2027837A | 5/5/2009 Invoice | 3,519.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2027846A | 2027846A | 5/5/2009 Invoice | 595.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2028606A | 2028606A | 5/6/2009 Invoice | 336.78 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2029526A | 2029526A | 5/6/2009 Invoice | 764.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2029603A | 2029603A | 5/6/2009 Invoice | 764.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2029684A | 2029684A | 5/11/2009 Invoice | 1,324.72 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2029690A | 2029690A | 5/6/2009 Invoice | 2,728.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2029692A | 2029692A | 5/11/2009 Invoice | 1,324.72 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2029747A | 2029747A | 5/13/2009 Invoice | 1,324.72 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2029753A | 2029753A | 5/6/2009 Invoice | 2,728.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2029755A | 2029755A | 5/11/2009 Invoice | 1,324.72 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2029813A | 2029813A | 5/11/2009 Invoice | 1,324.72 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2029819A | 2029819A | 5/6/2009 Invoice | 2,728.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2029821A | 2029821A | 5/11/2009 Invoice | 1,324.72 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2029880A | 2029880A | 5/6/2009 Invoice | 2,728.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2029887A | 2029887A | 5/15/2009 Invoice | 2,728.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2029889A | 2029889A | 5/11/2009 Invoice | 1,324.72 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2029929A | 2029929A | 6/1/2009 Invoice | 1,324.72 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2029932A | 2029932A | 5/11/2009 Invoice | 1,324.72 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2029933A | 2029933A | 5/11/2009 Invoice | 2,728.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2029990A | 2029990A | 6/2/2009 Invoice | 601.25 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2030077A | 2030077A | 5/6/2009 Invoice | 601.25 |

| | | | | | |
|---|---|---|---|---|---|
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20301122A | 20301122A | 5/6/2009 Invoice | 601.25 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20030392A | 20030392A | 5/13/2009 Invoice | 784.86 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20030393A | 20030393A | 5/6/2009 Invoice | 784.86 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20030394A | 20030394A | 5/6/2009 Invoice | 784.86 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20030394A | 20030394A | 5/6/2009 Invoice | 784.86 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20030395A | 20030395A | 5/13/2009 Invoice | 5,256.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20030396A | 20030396A | 5/6/2009 Invoice | 353.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20304405A | 20304405A | 5/6/2009 Invoice | 336.78 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20305685A | 20305685A | 5/6/2009 Invoice | 595.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20305686A | 20305686A | 5/13/2009 Invoice | 570.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20305687A | 20305687A | 5/13/2009 Invoice | 1,318.79 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20305689A | 20305689A | 5/6/2009 Invoice | 1,498.71 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20305691A | 20305691A | 5/12/2009 Invoice | 804.12 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20305696A | 20305696A | 5/11/2009 Invoice | 3,519.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20307733A | 20307733A | 5/6/2009 Invoice | 751.82 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20308664A | 20308664A | 5/13/2009 Invoice | 5,256.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20308744A | 20308744A | 5/29/2009 Invoice | 353.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20308764A | 20308764A | 5/13/2009 Invoice | 595.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20308774A | 20308774A | 5/11/2009 Invoice | 751.82 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20308779A | 20308779A | 5/6/2009 Invoice | 1,498.71 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20308811A | 20308811A | 5/13/2009 Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20308822A | 20308822A | 5/13/2009 Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20308858A | 20308858A | 5/12/2009 Invoice | 3,519.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20308894A | 20308894A | 5/13/2009 Invoice | 309.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20309598A | 20309598A | 5/6/2009 Invoice | 988.68 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20310184A | 20310184A | 5/13/2009 Invoice | 1,318.79 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20310234A | 20310234A | 5/11/2009 Invoice | 764.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20310274A | 20310274A | 5/12/2009 Invoice | 595.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20310284A | 20310284A | 5/13/2009 Invoice | 1,498.71 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20310294A | 20310294A | 5/13/2009 Invoice | 956.84 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20310304A | 20310304A | 5/13/2009 Invoice | 804.12 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20310344A | 20310344A | 5/11/2009 Invoice | 3,519.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20312104A | 20312104A | 5/12/2009 Invoice | 487.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20313034A | 20313034A | 5/12/2009 Invoice | 487.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20313494A | 20313494A | 5/12/2009 Invoice | 630.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20313944A | 20313944A | 5/11/2009 Invoice | 487.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20319774A | 20319774A | 5/12/2009 Invoice | 487.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20319794A | 20319794A | 5/6/2009 Invoice | 1,498.71 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20319814A | 20319814A | 5/13/2009 Invoice | 892.76 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20319854A | 20319854A | 5/11/2009 Invoice | 804.12 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20329484A | 20329484A | 5/12/2009 Invoice | 3,519.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20330264A | 20330264A | 5/14/2009 Invoice | 764.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 20338911A | 20338911A | 5/11/2009 Invoice | 601.25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2033937A | 2033937A | 5/11/2009 | Invoice | 601.25 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034041A | 2034041A | 5/11/2009 | Invoice | 784.86 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034042A | 2034042A | 5/11/2009 | Invoice | 784.86 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034043A | 2034043A | 5/11/2009 | Invoice | 784.86 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034044A | 2034044A | 5/11/2009 | Invoice | 784.86 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034045A | 2034045A | 5/14/2009 | Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034101A | 2034101A | 5/20/2009 | Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034103A | 2034103A | 5/15/2009 | Invoice | 498.16 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034148A | 2034148A | 5/15/2009 | Invoice | 249.16 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034149A | 2034149A | 5/20/2009 | Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034195C | 2034195C | 5/26/2009 | Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034198A | 2034198A | 5/20/2009 | Invoice | 249.16 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034242C | 2034242C | 5/26/2009 | Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034243A | 2034243A | 5/26/2009 | Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034335A | 2034335A | 5/26/2009 | Invoice | 249.16 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034399A | 2034399A | 5/20/2009 | Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034291A | 2034291A | 5/22/2009 | Invoice | 249.16 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034289A | 2034289A | 5/20/2009 | Invoice | 1,498.71 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034288C | 2034288C | 5/26/2009 | Invoice | 892.76 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034406A | 2034406A | 5/11/2009 | Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034411A | 2034411A | 5/14/2009 | Invoice | 3,519.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034415A | 2034415A | 5/15/2009 | Invoice | 1,276.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034492A | 2034492A | 5/15/2009 | Invoice | 550.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034493A | 2034493A | 5/15/2009 | Invoice | 804.12 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034494A | 2034494A | 5/11/2009 | Invoice | 1,498.71 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034498A | 2034498A | 5/14/2009 | Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034500A | 2034500A | 5/11/2009 | Invoice | 3,519.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034502A | 2034502A | 5/11/2009 | Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034511A | 2034511A | 5/11/2009 | Invoice | 804.12 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034512A | 2034512A | 5/11/2009 | Invoice | 892.76 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034513A | 2034513A | 5/14/2009 | Invoice | 1,498.71 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034517A | 2034517A | 5/14/2009 | Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034595A | 2034595A | 5/13/2009 | Invoice | 5,256.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034598A | 2034598A | 5/13/2009 | Invoice | 1,498.71 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034599A | 2034599A | 5/14/2009 | Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034600C | 2034600C | 5/26/2009 | Invoice | 3,519.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034602A | 2034602A | 5/14/2009 | Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034603A | 2034603A | 5/12/2009 | Invoice | 804.12 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034604A | 2034604A | 5/12/2009 | Invoice | 892.76 |

| | | | | |
|---|---|---|---|---|
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034605A | 5/15/2009 Invoice | 1,275.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034607A | 5/15/2009 Invoice | 1,275.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034618A | 5/14/2009 Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034621A | 5/11/2009 Invoice | 892.76 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034796A | 5/13/2009 Invoice | 487.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2034908A | 5/14/2009 Invoice | 487.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2035036A | 5/14/2009 Invoice | 487.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2035038A | 5/15/2009 Invoice | 630.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2035098A | 5/26/2009 Invoice | 487.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2035147A | 5/15/2009 Invoice | 487.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2035175A | 5/20/2009 Invoice | 764.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2035183A | 5/14/2009 Invoice | 1,498.71 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2035184A | 5/27/2009 Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2035185C | 5/26/2009 Invoice | 3,519.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2035192A | 5/13/2009 Invoice | 892.76 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2035262A | 5/15/2009 Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2035351A | 5/21/2009 Invoice | 249.16 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2035353A | 5/21/2009 Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2035444A | 6/14/2009 Invoice | 249.16 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2035446A | 5/20/2009 Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2035537C | 5/26/2009 Invoice | 249.16 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2035539A | 6/1/2009 Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2035628A | 6/1/2009 Invoice | 249.16 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2035630A | 6/1/2009 Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2035634A | 6/1/2009 Invoice | 249.16 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2035954A | 5/14/2009 Invoice | 764.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2036823A | 5/12/2009 Invoice | 601.25 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2036895A | 5/13/2009 Invoice | 784.86 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2036896A | 5/14/2009 Invoice | 784.86 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2036897A | 5/15/2009 Invoice | 784.86 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2036898C | 5/26/2009 Invoice | 784.86 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2036899A | 5/21/2009 Invoice | 784.86 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037002A | 5/13/2009 Invoice | 833.76 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037005A | 5/26/2009 Invoice | 1,498.71 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037007C | 5/26/2009 Invoice | 3,519.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037011A | 5/14/2009 Invoice | 804.12 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037012A | 5/26/2009 Invoice | 892.76 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037012A | 5/14/2009 Invoice | 1,275.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037013C | 5/26/2009 Invoice | 1,275.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037017C | 5/26/2009 Invoice | 1,498.71 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037017C | 5/26/2009 Invoice | 3,519.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037019C | 5/26/2009 Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037023A | 5/27/2009 Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037025A | 5/15/2009 Invoice | 804.12 |

| | | | | |
|---|---|---|---|---|
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037026A | 5/15/2009 Invoice | 766.90 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037063A | 5/27/2009 Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037087A | 5/20/2009 Invoice | 764.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037087A | 5/20/2009 Invoice | 309.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037159A | 6/1/2009 Invoice | 766.90 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037159A | 5/20/2009 Invoice | 764.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037171A | 5/20/2009 Invoice | 601.25 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037171A | 5/14/2009 Invoice | 1,275.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037179A | 5/14/2009 Invoice | 1,275.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037179A | 5/26/2009 Invoice | 1,498.71 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037184C | 5/26/2009 Invoice | 1,498.71 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037184C | 5/26/2009 Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037197A | 5/27/2009 Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037197A | 5/27/2009 Invoice | 3,519.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037198A | 5/27/2009 Invoice | 3,519.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037198A | 5/20/2009 Invoice | 804.12 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037199C | 5/20/2009 Invoice | 804.12 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037199C | 5/20/2009 Invoice | 766.90 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037203A | 5/26/2009 Invoice | 766.90 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037203A | 5/26/2009 Invoice | 1,275.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037204C | 5/26/2009 Invoice | 1,275.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037204C | 5/27/2009 Invoice | 764.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037205A | 5/27/2009 Invoice | 764.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037205A | 5/20/2009 Invoice | 804.12 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037275A | 5/20/2009 Invoice | 804.12 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037275A | 5/17/2009 Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037288A | 5/17/2009 Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037288A | 5/26/2009 Invoice | 1,498.71 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037290C | 5/26/2009 Invoice | 1,498.71 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037290C | 5/20/2009 Invoice | 3,499.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037292A | 5/20/2009 Invoice | 3,499.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037292A | 5/22/2009 Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037294A | 5/22/2009 Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037294A | 5/27/2009 Invoice | 1,275.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037295A | 5/27/2009 Invoice | 1,275.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037295A | 5/20/2009 Invoice | 764.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037296C | 5/20/2009 Invoice | 764.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037296C | 5/26/2009 Invoice | 804.12 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037297A | 5/26/2009 Invoice | 804.12 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037297A | 5/26/2009 Invoice | 766.90 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037408A | 5/26/2009 Invoice | 766.90 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037408A | 5/26/2009 Invoice | 1,338.75 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037437A | 5/26/2009 Invoice | 1,338.75 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037437A | 5/26/2009 Invoice | 487.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037464A | 5/26/2009 Invoice | 487.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037464A | 5/26/2009 Invoice | 487.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037493A | 5/26/2009 Invoice | 487.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037493A | 5/26/2009 Invoice | 487.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037629A | 5/20/2009 Invoice | 487.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037629A | 5/20/2009 Invoice | 764.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037684A | 5/21/2009 Invoice | 764.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037684A | 5/21/2009 Invoice | 1,498.71 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037686A | 5/27/2009 Invoice | 1,498.71 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037686A | 5/27/2009 Invoice | 3,519.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037692A | 5/20/2009 Invoice | 3,519.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037692A | 5/20/2009 Invoice | 804.12 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037693C | 5/26/2009 Invoice | 804.12 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037693C | 5/26/2009 Invoice | 766.90 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037967A | 6/1/2009 Invoice | 766.90 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037967A | 6/1/2009 Invoice | 249.16 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037973A | 6/1/2009 Invoice | 249.16 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2037973A | 6/1/2009 Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2038041A | 6/1/2009 Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2038041A | 6/1/2009 Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2038087A | 6/1/2009 Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2038087A | 6/1/2009 Invoice | 249.16 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2038090A | 6/1/2009 Invoice | 249.16 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2038090A | 6/1/2009 Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2038134A | 6/1/2009 Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2038134A | 6/1/2009 Invoice | 249.16 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2038135A | 5/21/2009 Invoice | 249.16 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2038135A | 5/21/2009 Invoice | 3,519.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2038321A | 5/22/2009 Invoice | 3,519.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2038321A | 5/21/2009 Invoice | 804.12 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2038373A | 5/22/2009 Invoice | 804.12 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2038373A | 5/22/2009 Invoice | 766.90 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039355A | 5/26/2009 Invoice | 601.25 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039355A | 5/26/2009 Invoice | 601.25 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039387A | 5/21/2009 Invoice | 764.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039387A | 5/21/2009 Invoice | 784.86 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039388A | 5/22/2009 Invoice | 784.86 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039389A | 2039389A | 5/26/2009 | Invoice | 784.86 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039448A | 2039448A | 5/26/2009 | Invoice | 630.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039492A | 2039492A | 5/22/2009 | Invoice | 1,498.71 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039493A | 2039493A | 5/21/2009 | Invoice | 892.76 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039494A | 2039494A | 5/27/2009 | Invoice | 804.12 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039495A | 2039495A | 5/21/2009 | Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039496A | 2039496A | 5/21/2009 | Invoice | 3,519.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039500A | 2039500A | 5/27/2009 | Invoice | 1,275.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039518A | 2039518A | 5/27/2009 | Invoice | 764.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039600A | 2039600A | 5/28/2009 | Invoice | 1,498.71 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039601A | 2039601A | 5/28/2009 | Invoice | 1,498.71 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039602A | 2039602A | 5/27/2009 | Invoice | 766.90 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039603A | 2039603A | 5/27/2009 | Invoice | 804.12 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039604A | 2039604A | 5/27/2009 | Invoice | 804.12 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039605A | 2039605A | 5/27/2009 | Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039607A | 2039607A | 6/4/2009 | Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039612A | 2039612A | 5/27/2009 | Invoice | 764.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039613A | 2039613A | 5/27/2009 | Invoice | 3,519.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039714A | 2039714A | 5/26/2009 | Invoice | 3,519.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039734A | 2039734A | 6/2/2009 | Invoice | 630.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039740A | 2039740A | 6/2/2009 | Invoice | 1,275.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039765A | 2039765A | 5/26/2009 | Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039993A | 2039993A | 5/27/2009 | Invoice | 764.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039994A | 2039994A | 6/1/2009 | Invoice | 487.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2039995A | 2039995A | 6/5/2009 | Invoice | 487.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2040111A | 2040111A | 6/2/2009 | Invoice | 487.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2040112A | 2040112A | 6/1/2009 | Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2040113A | 2040113A | 6/2/2009 | Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2040214A | 2040214A | 6/2/2009 | Invoice | 249.16 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2040215A | 2040215A | 6/11/2009 | Invoice | 249.16 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2040217A | 2040217A | 6/2/2009 | Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2040262A | 2040262A | 6/4/2009 | Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2040264A | 2040264A | 6/2/2009 | Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2040358A | 2040358A | 6/2/2009 | Invoice | 249.16 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2040497A | 2040497A | 5/28/2009 | Invoice | 249.16 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041498A | 2041498A | 5/29/2009 | Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041499A | 2041499A | 6/8/2009 | Invoice | 784.86 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041500A | 2041500A | 6/8/2009 | Invoice | 784.86 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041502A | 2041502A | 6/8/2009 | Invoice | 784.86 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041582A | 2041582A | 5/29/2009 | Invoice | 336.78 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041583A | 2041583A | 5/28/2009 | Invoice | 766.90 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041584A | 2041584A | 5/28/2009 | Invoice | 804.12 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041585A | 2041585A | 6/4/2009 | Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041586A | 2041586A | 6/1/2009 | Invoice | 3,519.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041590A | 2041590A | 6/2/2009 | Invoice | 1,275.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041604A | 2041604A | 5/27/2009 | Invoice | 595.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041612A | 2041612A | 5/28/2009 | Invoice | 595.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041622A | 2041622A | 5/29/2009 | Invoice | 595.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041633A | 2041633A | 6/1/2009 | Invoice | 595.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041655A | 2041655A | 5/27/2009 | Invoice | 601.25 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041663A | 2041663A | 6/1/2009 | Invoice | 764.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041670A | 2041670A | 6/1/2009 | Invoice | 1,498.71 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041671A | 2041671A | 5/29/2009 | Invoice | 766.90 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041674A | 2041674A | 6/4/2009 | Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041675A | 2041675A | 6/4/2009 | Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041676A | 2041676A | 5/29/2009 | Invoice | 3,519.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041682A | 2041682A | 6/1/2009 | Invoice | 1,275.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041688A | 2041688A | 5/29/2009 | Invoice | 353.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041689A | 2041689A | 6/2/2009 | Invoice | 1,498.71 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041690A | 2041690A | 6/1/2009 | Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041691A | 2041691A | 6/1/2009 | Invoice | 766.90 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041691A | 2041691A | 6/1/2009 | Invoice | 804.12 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041692A | 2041692A | 6/4/2009 | Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041693A | 2041693A | 6/3/2009 | Invoice | 3,519.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041697A | 2041697A | 6/1/2009 | Invoice | 1,275.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041708A | 2041708A | 6/1/2009 | Invoice | 630.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041828A | 2041828A | 5/29/2009 | Invoice | 804.12 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041890A | 2041890A | 6/11/2009 | Invoice | 764.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041899A | 2041899A | 5/29/2009 | Invoice | 5,256.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041927A | 2041927A | 6/4/2009 | Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041929A | 2041929A | 6/9/2009 | Invoice | 498.22 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041955A | 2041955A | 6/3/2009 | Invoice | 766.90 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041957A | 2041957A | 6/4/2009 | Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | 2041958A | 2041958A | 6/4/2009 | Invoice | 345.00 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | S2024771 | S2024771 | 5/26/2009 | Invoice | 1,166.57 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | S2024773 | S2024773 | 5/26/2009 | Invoice | 735.01 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | S2024778 | S2024778 | 5/26/2009 | Invoice | 248.45 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | S2024784 | S2024784 | 5/26/2009 | Invoice | 3,251.11 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | S2024785 | S2024785 | 5/26/2009 | Invoice | 890.10 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | S2024787 | S2024787 | 5/26/2009 | Invoice | 5.84 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | S2024788 | S2024788 | 5/26/2009 | Invoice | 1,475.71 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | S2024791 | S2024791 | 5/26/2009 | Invoice | 14,264.82 |
| FEDPLY | FDX SUPPLY CHAIN SERVICES | S2024793 | S2024793 | 5/26/2009 | Invoice | 1,743.19 |
| FEDPLY | FEDEX SUPPLY CHAIN SERVICE | 2019388A | 2019388A | 4/15/2009 | Invoice | 2,728.00 |
| FEDPLY | FEDEX SUPPLY CHAIN SERVICE | 2027492A | 2027492A | 4/29/2009 | Invoice | 487.00 |

| | | | | | |
|---|---|---|---|---|---|
| FEDPLY | FEDEX SUPPLY CHAIN SERVICE | 2034196A | 2034196A | 5/7/2009 Invoice | 498.22 |
| FEDPLY | FEDEX SUPPLY CHAIN SERVICE | 2035259A | 2035259A | 5/12/2009 Invoice | 498.22 |
| FEDPLY | FEDEX SUPPLY CHAIN SERVICE | 2038399A | 2038399A | 5/21/2009 Invoice | 601.25 |
| FEDPLY | FEDEX SUPPLY CHAIN SERVICE | 2037195A | 2037195A | 5/28/2009 Invoice | 5,256.00 |
| FEDPLY | FEDEX SUPPLY CHAIN SERVICE | 2041501A | 2041501A | 5/29/2009 Invoice | 336.78 |
| FEDPLY | FEDEX SUPPLY CHAIN SERVICE | 2040360A | 2040360A | 6/1/2009 Invoice | 498.22 |
| FEDPLY | FEDEX SUPPLY CHAIN SERVICE | 2039789A | 2039789A | 6/4/2009 Invoice | 5,256.00 |
| FEDPLY | FEDEX SUPPLY CHAIN SERVICE | 2041613A | 2041613A | 5/28/2009 Invoice | 570.00 |
| FEDPGM | DATA 2 LOGISTICS | 2022360A | 2022360A | 4/17/2009 Invoice | 75.00 |
| FEDPGM | DATA 2 LOGISTICS | 2031256A | 2031256A | 5/7/2009 Invoice | 75.00 |
| | | | | | 390,004.48 |