# Aged Receivables Report - Martin Transpo
**by Customer Name**
Martin Transportation Systems, Inc.
Aging Date: 6/11/2009

| Bill To ID | Bill To Name | Doc No. | Apply No. | Date | Type | |
|---|---|---|---|---|---|---|
| CEVMTJ | CEVA LOGISTICS | 2034099A | 2034099A | 5/19/2009 | Invoice | 1,357.17 |
| CEVMTJ | CEVA LOGISTICS | 2034100A | 2034100A | 5/19/2009 | Invoice | 796.55 |
| CEVMTJ | CEVA LOGISTICS | 2034370A | 2034370A | 5/19/2009 | Invoice | 1,998.34 |
| CEVMTJ | CEVA LOGISTICS | 2034382A | 2034382A | 5/19/2009 | Invoice | 1,575.45 |
| CEVMTJ | CEVA LOGISTICS | 2034386A | 2034386A | 5/19/2009 | Invoice | 1,575.45 |
| CEVMTJ | CEVA LOGISTICS | 2034462A | 2034462A | 5/19/2009 | Invoice | 1,666.79 |
| CEVMTJ | CEVA LOGISTICS | 2034465A | 2034465A | 5/19/2009 | Invoice | 1,575.45 |
| CEVMTJ | CEVA LOGISTICS | 2034685A | 2034685A | 5/19/2009 | Invoice | 1,709.31 |
| CEVMTJ | CEVA LOGISTICS | 2043380A | 2034380A | 5/19/2009 | Invoice | 1,575.45 |
| CEVMTJ | CEVA LOGISTICS | 2034463A | 2034463A | 5/19/2009 | Invoice | 1,998.34 |
| CEVMTJ | CEVA LOGISTICS | 2034061C | 2034061C | 5/20/2009 | Invoice | 1,575.45 |
| CEVMTJ | CEVA LOGISTICS | 2034061D | 2034061D | 5/20/2009 | Invoice | 1,945.16 |
| CEVMTJ | CEVA LOGISTICS | 2034099B | 2034099B | 5/20/2009 | Invoice | 241.20 |
| CEVMTJ | CEVA LOGISTICS | 2034100B | 2034100B | 5/20/2009 | Invoice | 168.24 |
| CEVMTJ | CEVA LOGISTICS | 2043370B | 2034370B | 5/20/2009 | Invoice | 94.86 |
| CEVMTJ | CEVA LOGISTICS | 2034382B | 2034382B | 5/20/2009 | Invoice | 245.10 |
| CEVMTJ | CEVA LOGISTICS | 2034386B | 2034386B | 5/20/2009 | Invoice | 196.70 |
| CEVMTJ | CEVA LOGISTICS | 2034462B | 2034462B | 5/20/2009 | Invoice | 205.34 |
| CEVMTJ | CEVA LOGISTICS | 2034465B | 2034465B | 5/20/2009 | Invoice | 196.70 |
| CEVMTJ | CEVA LOGISTICS | 2034685B | 2034685B | 5/20/2009 | Invoice | -210.37 |
| CEVMTJ | CEVA LOGISTICS | 2043380B | 2043380B | 5/20/2009 | Invoice | 196.70 |
| CEVMTJ | CEVA LOGISTICS | 2044463B | 2044463B | 5/20/2009 | Invoice | 245.10 |
| CEVMTJ | CEVA LOGISTICS | 2034080A | 2034080A | 5/21/2009 | Invoice | 196.70 |
| CEVMTJ | CEVA LOGISTICS | 2034098A | 2034098A | 5/21/2009 | Invoice | 1,919.83 |
| CEVMTJ | CEVA LOGISTICS | 2034372A | 2034372A | 5/21/2009 | Invoice | 1,829.92 |
| CEVMTJ | CEVA LOGISTICS | 2034379A | 2034379A | 5/21/2009 | Invoice | 2,243.62 |
| CEVMTJ | CEVA LOGISTICS | 2034384A | 2034384A | 5/21/2009 | Invoice | 1,819.87 |
| CEVMTJ | CEVA LOGISTICS | 2034416A | 2034416A | 5/21/2009 | Invoice | 1,872.28 |
| CEVMTJ | CEVA LOGISTICS | 2034467A | 2034467A | 5/21/2009 | Invoice | 1,829.92 |



| Vendor | Name | Invoice | Date | Type | Amount |
|---|---|---|---|---|---|
| CEVMTJ | CEVA LOGISTICS | 2034468A | 5/21/2009 | Invoice | 1,829.92 |
| CEVMTJ | CEVA LOGISTICS | 2034471A | 5/21/2009 | Invoice | 1,819.87 |
| CEVMTJ | CEVA LOGISTICS | 2034474A | 5/21/2009 | Invoice | 891.48 |
| CEVMTJ | CEVA LOGISTICS | 2034472A | 5/22/2009 | Invoice | 1,819.87 |
| CEVMTJ | CEVA LOGISTICS | 2034562A | 5/27/2009 | Invoice | 1,872.28 |
| CEVMTJ | CEVA LOGISTICS | 2034617A | 5/27/2009 | Invoice | 1,872.28 |
| CEVMTJ | CEVA LOGISTICS | 2034682A | 5/27/2009 | Invoice | 2,186.53 |
| CEVMTJ | CEVA LOGISTICS | 2034684A | 5/27/2009 | Invoice | 2,243.62 |
| CEVMTJ | CEVA LOGISTICS | 2034688A | 5/27/2009 | Invoice | 1,819.87 |
| CEVMTJ | CEVA LOGISTICS | 2034689A | 5/27/2009 | Invoice | 891.48 |
| CEVMTJ | CEVA LOGISTICS | 2036088A | 5/27/2009 | Invoice | 1,388.41 |
| CEVMTJ | CEVA LOGISTICS | 2036095A | 5/27/2009 | Invoice | 1,772.29 |
| CEVMTJ | CEVA LOGISTICS | 2036099A | 5/27/2009 | Invoice | 1,829.92 |
| CEVMTJ | CEVA LOGISTICS | 2036133A | 5/27/2009 | Invoice | 1,525.53 |
| CEVMTJ | CEVA LOGISTICS | 2036135A | 5/27/2009 | Invoice | 2,243.62 |
| CEVMTJ | CEVA LOGISTICS | 2036165A | 5/27/2009 | Invoice | 1,829.92 |
| CEVMTJ | CEVA LOGISTICS | 2036182A | 5/27/2009 | Invoice | 2,243.62 |
| CEVMTJ | CEVA LOGISTICS | 2036203A | 5/27/2009 | Invoice | 1,772.29 |
| CEVMTJ | CEVA LOGISTICS | 2039506A | 5/27/2009 | Invoice | 1,772.29 |
| CEVMTJ | CEVA LOGISTICS | 2039648A | 5/27/2009 | Invoice | 1,772.29 |
| CEVMTJ | CEVA LOGISTICS | 2039779A | 5/27/2009 | Invoice | 1,772.29 |
| CEVMTJ | CEVA LOGISTICS | 2040864A | 5/27/2009 | Invoice | 1,772.29 |
| CEVMTJ | CEVA LOGISTICS | 2034706A | 5/28/2009 | Invoice | 1,872.28 |
| CEVMTJ | CEVA LOGISTICS | 2036137A | 5/28/2009 | Invoice | 1,772.29 |
| CEVMTJ | CEVA LOGISTICS | 2036139A | 5/28/2009 | Invoice | 1,829.92 |
| CEVMTJ | CEVA LOGISTICS | 2036160A | 5/28/2009 | Invoice | 1,388.41 |
| CEVMTJ | CEVA LOGISTICS | 2036162A | 5/28/2009 | Invoice | 2,243.62 |
| CEVMTJ | CEVA LOGISTICS | 2036163A | 5/28/2009 | Invoice | 1,772.29 |
| CEVMTJ | CEVA LOGISTICS | 2036164A | 5/28/2009 | Invoice | 1,919.83 |
| CEVMTJ | CEVA LOGISTICS | 2036183A | 5/28/2009 | Invoice | 1,772.29 |
| CEVMTJ | CEVA LOGISTICS | 2036184A | 5/28/2009 | Invoice | 1,829.92 |
| CEVMTJ | CEVA LOGISTICS | 2036200A | 5/28/2009 | Invoice | 1,388.41 |
| CEVMTJ | CEVA LOGISTICS | 2036202A | 5/28/2009 | Invoice | 2,243.62 |
| CEVMTJ | CEVA LOGISTICS | 2036858A | 5/28/2009 | Invoice | 1,872.28 |
| CEVMTJ | CEVA LOGISTICS | 2036859A | 5/28/2009 | Invoice | 1,872.28 |
| CEVMTJ | CEVA LOGISTICS | 2036860A | 5/28/2009 | Invoice | 1,872.28 |
| CEVMTJ | CEVA LOGISTICS | 2036861A | 5/28/2009 | Invoice | 1,872.28 |

| | | | | | |
|---|---|---|---|---|---|
| CEVMTJ | CEVA LOGISTICS | 2036862A | 2036862A | 5/28/2009 | Invoice | 1,872.28 |
| CEVMTJ | CEVA LOGISTICS | 2039340A | 2039340A | 5/28/2009 | Invoice | 1,872.28 |
| CEVMTJ | CEVA LOGISTICS | 2034063A | 2034063A | 5/29/2009 | Invoice | 2,243.62 |
| CEVMTJ | CEVA LOGISTICS | 2036097A | 2036097A | 5/29/2009 | Invoice | 1,919.83 |
| CEVMTJ | CEVA LOGISTICS | 2036101A | 2036101A | 5/29/2009 | Invoice | 1,692.86 |
| CEVMTJ | CEVA LOGISTICS | 2034694A | 2034694A | 6/2/2009 | Invoice | 497.00 |
| CEVMTJ | CEVA LOGISTICS | 2034062A | 2034062A | 6/9/2009 | Invoice | 1,525.53 |
| CEVMTJ | CEVA LOGISTICS | 2034374A | 2034374A | 6/9/2009 | Invoice | 1,525.53 |
| CEVMTJ | CEVA LOGISTICS | 2034475A | 2034475A | 6/9/2009 | Invoice | 891.48 |
| CEVMTJ | CEVA LOGISTICS | 2034683A | 2034683A | 6/9/2009 | Invoice | 1,525.53 |
| CEVMTJ | CEVA LOGISTICS | 2034686A | 2034686A | 6/9/2009 | Invoice | 1,919.83 |
| CEVMTJ | CEVA LOGISTICS | 2036141A | 2036141A | 6/9/2009 | Invoice | 1,692.86 |
| CEVMTJ | CEVA LOGISTICS | 2036185A | 2036185A | 6/9/2009 | Invoice | 1,692.86 |
| CEVMTJ | CEVA LOGISTICS | 2036201A | 2036201A | 6/9/2009 | Invoice | 1,525.53 |
| CEVMTJ | CEVA LOGISTICS | 2036204A | 2036204A | 6/9/2009 | Invoice | 1,919.83 |
| CEVMTJ | CEVA LOGISTICS | 2036205A | 2036205A | 6/9/2009 | Invoice | 1,829.92 |
| CEVMTJ | CEVA LOGISTICS | 2036206A | 2036206A | 6/9/2009 | Invoice | 1,692.86 |
| CEVMTJ | CEVA LOGISTICS | 2037783A | 2037783A | 6/9/2009 | Invoice | 1,388.41 |
| CEVMTJ | CEVA LOGISTICS | 2037789A | 2037789A | 6/9/2009 | Invoice | 1,772.29 |
| CEVMTJ | CEVA LOGISTICS | 2037791A | 2037791A | 6/9/2009 | Invoice | 1,919.83 |
| CEVMTJ | CEVA LOGISTICS | 2037794A | 2037794A | 6/9/2009 | Invoice | 1,829.92 |
| CEVMTJ | CEVA LOGISTICS | 2037796A | 2037796A | 6/9/2009 | Invoice | 1,692.86 |
| CEVMTJ | CEVA LOGISTICS | 2039503A | 2039503A | 6/9/2009 | Invoice | 1,872.28 |
| CEVMTJ | CEVA LOGISTICS | 2039504A | 2039504A | 6/9/2009 | Invoice | 1,525.53 |
| CEVMTJ | CEVA LOGISTICS | 2039505A | 2039505A | 6/9/2009 | Invoice | 2,243.62 |
| CEVMTJ | CEVA LOGISTICS | 2039507A | 2039507A | 6/9/2009 | Invoice | 1,829.92 |
| CEVMTJ | CEVA LOGISTICS | 2039508A | 2039508A | 6/9/2009 | Invoice | 1,692.86 |
| CEVMTJ | CEVA LOGISTICS | 2039646A | 2039646A | 6/9/2009 | Invoice | 1,829.92 |
| CEVMTJ | CEVA LOGISTICS | 2039647A | 2039647A | 6/9/2009 | Invoice | 1,919.83 |
| CEVMTJ | CEVA LOGISTICS | 2039649A | 2039649A | 6/9/2009 | Invoice | 2,243.62 |
| CEVMTJ | CEVA LOGISTICS | 2039650A | 2039650A | 6/9/2009 | Invoice | 1,525.53 |
| CEVMTJ | CEVA LOGISTICS | 2039657A | 2039657A | 6/9/2009 | Invoice | 1,388.41 |
| CEVMTJ | CEVA LOGISTICS | 2039676A | 2039676A | 6/9/2009 | Invoice | 1,872.28 |
| CEVMTJ | CEVA LOGISTICS | 2039750A | 2039750A | 6/9/2009 | Invoice | 1,872.28 |
| CEVMTJ | CEVA LOGISTICS | 2039772A | 2039772A | 6/9/2009 | Invoice | 1,525.53 |
| CEVMTJ | CEVA LOGISTICS | 2039778A | 2039778A | 6/9/2009 | Invoice | 2,243.62 |
| CEVMTJ | CEVA LOGISTICS | 2039780A | 2039780A | 6/9/2009 | Invoice | 1,919.83 |

| Vendor | Name | Invoice | Date | Type | Amount |
|---|---|---|---|---|---|
| CEVMTJ | CEVA LOGISTICS | 2039781A | 6/9/2009 | Invoice | 1,829.92 |
| CEVMTJ | CEVA LOGISTICS | 2039783A | 6/9/2009 | Invoice | 1,692.86 |
| CEVMTJ | CEVA LOGISTICS | 2036091A | 6/10/2009 | Invoice | 1,525.53 |
| CEVMTJ | CEVA LOGISTICS | 2036093A | 6/10/2009 | Invoice | 2,243.62 |
| CEVMTJ | CEVA LOGISTICS | 2036161A | 6/10/2009 | Invoice | 1,525.53 |
| CEVMTJ | CEVA LOGISTICS | 2036166A | 6/10/2009 | Invoice | 1,692.86 |
| CEVMTJ | CEVA LOGISTICS | 2037787A | 6/10/2009 | Invoice | 2,243.62 |
| CEVMTJ | CEVA LOGISTICS | 2039532A | 6/10/2009 | Invoice | 1,919.83 |
| CEVMTJ | CEVA LOGISTICS | 2039645A | 6/10/2009 | Invoice | 1,692.86 |
| CEVMTJ | CEVA LOGISTICS | 2040859A | 6/10/2009 | Invoice | 1,525.53 |
| CEVMTJ | CEVA LOGISTICS | 2040862A | 6/10/2009 | Invoice | 2,243.62 |
| CEVMTJ | CEVA LOGISTICS | 2040867A | 6/10/2009 | Invoice | 1,829.92 |
| CEVMTJ | CEVA LOGISTICS | 2040869A | 6/10/2009 | Invoice | 1,692.86 |
| CEVMTJ | CEVA LOGISTICS | 2040899A | 6/10/2009 | Invoice | 1,525.53 |
| CEVMTJ | CEVA LOGISTICS | 2040901A | 6/10/2009 | Invoice | 2,243.62 |
| CEVMTJ | CEVA LOGISTICS | 2040903A | 6/10/2009 | Invoice | 1,772.29 |
| CEVMTJ | CEVA LOGISTICS | 2040905A | 6/10/2009 | Invoice | 1,919.83 |
| CEVMTJ | CEVA LOGISTICS | 2040908A | 6/10/2009 | Invoice | 1,829.92 |
| CEVMTJ | CEVA LOGISTICS | 2040931A | 6/10/2009 | Invoice | 1,525.53 |
| CEVMTJ | CEVA LOGISTICS | 2040932A | 6/10/2009 | Invoice | 2,243.62 |
| CEVMTJ | CEVA LOGISTICS | 2040933A | 6/10/2009 | Invoice | 1,772.29 |
| CEVMTJ | CEVA LOGISTICS | 2040935A | 6/10/2009 | Invoice | 1,829.92 |
| CEVMTJ | CEVA LOGISTICS | 2040970A | 6/10/2009 | Invoice | 1,525.53 |
| CEVMTJ | CEVA LOGISTICS | 2040972A | 6/10/2009 | Invoice | 2,243.62 |
| CEVMTJ | CEVA LOGISTICS | 2040974A | 6/10/2009 | Invoice | 1,772.29 |
| CEVMTJ | CEVA LOGISTICS | 2040976A | 6/10/2009 | Invoice | 1,920.52 |
| CEVMTJ | CEVA LOGISTICS | 2040979A | 6/10/2009 | Invoice | 1,829.92 |
| CEVMTJ | CEVA LOGISTICS | 2040981A | 6/10/2009 | Invoice | 1,692.86 |
| CEVMTJ | CEVA LOGISTICS | 2041098A | 6/10/2009 | Invoice | 1,872.28 |
| CEVMTJ | CEVA LOGISTICS | 2041213A | 6/10/2009 | Invoice | 1,872.28 |
| CEVMTJ | CEVA LOGISTICS | 2041221A | 6/10/2009 | Invoice | 1,872.28 |
| CEVMTJ | CEVA LOGISTICS | 2041510A | 6/10/2009 | Invoice | 1,919.83 |
| CEVMTJ | CEVA LOGISTICS | 2041887A | 6/10/2009 | Invoice | 1,919.83 |
| CEVMTJ | CEVA LOGISTICS | 2041901A | 6/10/2009 | Invoice | 1,872.28 |
| CEVMTJ | CEVA LOGISTICS | 2044104A | 05/06/2009 | Invoice | 1,872.28 |
| CEVMTJ | CEVA LOGISTICS | 2034375A | 05/06/2009 | Invoice | 1,027.03 |
| CEVMTJ | CEVA LOGISTICS | 2034385A | 05/06/2009 | Invoice | 648.04 |

| | | | | |
|---|---|---|---|---|
| CEVMTJ | CEVA LOGISTICS | 2034454A | 05/06/2009 | Invoice | 1,267.50 |
| CEVMTJ | CEVA LOGISTICS | 2034456A | 05/06/2009 | Invoice | 1,338.00 |
| CEVMTJ | CEVA LOGISTICS | 2034461A | 05/06/2009 | Invoice | 1,496.26 |
| CEVMTJ | CEVA LOGISTICS | 2034503A | 05/06/2009 | Invoice | 1,345.30 |
| CEVMTJ | CEVA LOGISTICS | 2034378A | 05/06/2009 | Invoice | 1,496.26 |
| CEVMTJ | CEVA LOGISTICS | 2034064A | 05/07/2009 | Invoice | 1,267.50 |
| CEVMTJ | CEVA LOGISTICS | 2034383A | 05/07/2009 | Invoice | 1,315.49 |
| CEVMTJ | CEVA LOGISTICS | 2034596A | 05/07/2009 | Invoice | 648.04 |
| CEVMTJ | CEVA LOGISTICS | 2034371A | 05/08/2009 | Invoice | 1,567.36 |
| CEVMTJ | CEVA LOGISTICS | 2034687A | 05/09/2009 | Invoice | 1,315.49 |
| CEVMTJ | CEVA LOGISTICS | 2034376A | 05/11/2009 | Invoice | 1,027.03 |
| CEVMTJ | CEVA LOGISTICS | 2037785A | 05/19/2009 | Invoice | 1,027.03 |
| CEVMTJ | CEVA LOGISTICS | 2039686A | 05/21/2009 | Invoice | 1,027.03 |
| CEVMTJ | CEVA LOGISTICS | 2039758A | 05/21/2009 | Invoice | 1,472.59 |
| CEVMTJ | CEVA LOGISTICS | 2039771A | 05/25/2009 | Invoice | 1,472.59 |
| CEVMTJ | CEVA LOGISTICS | 2036181A | 05/27/2009 | Invoice | 1,027.03 |
| CEVMTJ | CEVA LOGISTICS | 2040910A | 05/29/2009 | Invoice | 1,146.25 |
| CEVMTJ | CEVA LOGISTICS | 2040937A | 06/01/2009 | Invoice | 1,146.25 |

252,726.47