**Aged Receivables Report - Martin Transpo by Customer Class Key**
Martin Transportation Systems, Inc.
Aging Date: 6/11/2009

| Bill To ID | Bill To Name | Doc No. | Apply No. | Date | Type | | |
|---|---|---|---|---|---|---|---|
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 1946188A | 1946188A | 11/13/2008 | Invoice | 10.00 | Short Pay |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 1946189A | 1946189A | 11/11/2008 | Invoice | 10.00 | Short Pay |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 1946197A | 1946197A | 11/11/2008 | Invoice | 10.00 | Short Pay |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 1946200A | 1946200A | 11/11/2008 | Invoice | 10.00 | Short Pay |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 1953428A | 1953428A | 11/20/2008 | Invoice | 254.79 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 1950064A | 1950064A | 12/16/2008 | Invoice | 75.00 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 1955064A | 1955064A | 12/16/2008 | Invoice | 75.00 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 1963869A | 1963869A | 4/16/2009 | Invoice | 322.31 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 1967558A | 1967558A | 12/17/2008 | Invoice | 322.31 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 1967559A | 1967559A | 12/16/2008 | Invoice | 22.27 | Short Pay |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 1992785A | 1992785A | 2/23/2009 | Invoice | 75.00 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 1996649A | 1996649A | 4/6/2009 | Invoice | 60.00 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2009345B | 2009345B | 5/6/2009 | Invoice | 60.00 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2009347B | 2009347B | 3/30/2009 | Invoice | 2,987.66 | Short Pay |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2010444A | 2010444A | 5/13/2009 | Invoice | 248.16 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2032585A | 2032585A | 5/13/2009 | Invoice | 248.16 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2032586A | 2032586A | 5/12/2009 | Invoice | 315.52 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2032587A | 2032587A | 5/12/2009 | Invoice | 315.52 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2034398A | 2034398A | 5/13/2009 | Invoice | 539.72 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2034722A | 2034722A | 5/12/2009 | Invoice | 539.72 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2034723A | 2034723A | 5/12/2009 | Invoice | 539.72 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2034724A | 2034724A | 5/12/2009 | Invoice | 539.72 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2034725A | 2034725A | 5/13/2009 | Invoice | 539.72 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2034726A | 2034726A | 5/13/2009 | Invoice | 539.72 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2034727A | 2034727A | 5/13/2009 | Invoice | 539.72 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2034728A | 2034728A | 5/13/2009 | Invoice | 315.52 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2034729A | 2034729A | 5/13/2009 | Invoice | 248.16 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2035195A | 2035195A | 5/13/2009 | Invoice | 539.72 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2035219A | 2035219A | 5/14/2009 | Invoice | 315.52 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2037074A | 2037074A | 5/15/2009 | Invoice | 432.05 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2037255A | 2037255A | 5/26/2009 | Invoice | 315.52 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2037256A | 2037256A | 5/26/2009 | Invoice | 295.96 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2037657A | 2037657A | 5/26/2009 | Invoice | 305.96 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2037696A | 2037696A | 5/26/2009 | Invoice | 248.67 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2039706A | 2039706A | 5/26/2009 | Invoice | 313.63 | |


EXHIBIT 1

| Code | Name | Invoice | Ref | Date | Type | Amount | Note |
|---|---|---|---|---|---|---|---|
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2039743A | 2039743A | 5/27/2009 | Invoice | 861.86 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2039809A | 2039809A | 5/26/2009 | Invoice | 316.49 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2040022A | 2040022A | 5/26/2009 | Invoice | 248.67 | |
| SCHGRE | SCHNEIDER LOGISTICS/GMSPO | 2041748A | 2041748A | 5/29/2009 | Invoice | 317.27 | |
| SCHLOG | SCHNEIDER LOGISITCS, INC | 1907787A | 1907787A | 9/20/2008 | Invoice | 68.40 | Short Pay |
| SCHLOG | SCHNEIDER LOGISITCS, INC | S1996177 | S1996177 | 3/13/2009 | Invoice | 4,707.50 | |
| SCHLOG | SCHNEIDER LOGISITCS, INC | S2005320 | S2005320 | 4/3/2009 | Invoice | 6,422.50 | |
| SCHLOG | SCHNEIDER LOGISITCS, INC | S2015424 | S2015424 | 4/24/2009 | Invoice | 6,712.50 | |
| SCHLOG01 | MSPO C/O SCHNEIDER LOGISTICS, | S1989499 | S1989499 | 2/25/2009 | Invoice | 13,178.00 | |
| SCHLOG01 | MSPO C/O SCHNEIDER LOGISTICS, | S1989507 | S1989507 | 2/25/2009 | Invoice | 13,178.00 | |
| SCHLOG01 | MSPO C/O SCHNEIDER LOGISTICS, | S1999152 | S1999152 | 3/23/2009 | Invoice | 13,178.00 | |
| SCHLOU | SCHNEIDER TRANSPORTATION MANAGEMENT | 2034538 | 2034538 | 5/6/2009 | Invoice | 920.00 | |
| SCHLOU | SCHNEIDER TRANSPORTATION MANAGEMENT | 2041973 | 2041973 | 5/29/2009 | Invoice | 675.00 | |

72,931.76