# Aged Receivables Report - Martin Transpo
by Customer Class Key
Martin Transportation Systems, Inc.
Aging Date: 6/8/2009

| Bill To ID | Bill To Name | Doc No. | Apply No. | Date | Type | |
|---|---|---|---|---|---|---|
| GENMAU | GENERAL MOTORS | 20373344A | 20373344A | 5/28/2009 | Invoice | 435.00 |
| GENMAU | GENERAL MOTORS | 20373346A | 20373346A | 5/28/2009 | Invoice | 435.00 |
| GENMAU | GENERAL MOTORS | 20373347A | 20373347A | 5/28/2009 | Invoice | 435.00 |
| GENMAU | GENERAL MOTORS | 20373348A | 20373348A | 5/28/2009 | Invoice | 435.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1785534A | 1785534A | 2/29/2008 | Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1785537A | 1785537A | 2/29/2008 | Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1787011A | 1787011A | 2/5/2008 | Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1787012A | 1787012A | 2/5/2008 | Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1787013A | 1787013A | 2/15/2008 | Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1787014A | 1787014A | 2/15/2008 | Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1787101A | 1787101A | 2/5/2008 | Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1787102A | 1787102A | 2/5/2008 | Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1787103A | 1787103A | 2/5/2008 | Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1787104A | 1787104A | 2/5/2008 | Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1787411A | 1787411A | 2/29/2008 | Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1787413A | 1787413A | 2/5/2008 | Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1787414A | 1787414A | 2/5/2008 | Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1787497A | 1787497A | 2/7/2008 | Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1787498A | 1787498A | 2/7/2008 | Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1787499A | 1787499A | 2/15/2008 | Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1787500A | 1787500A | 2/7/2008 | Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1790203A | 1790203A | 2/7/2008 | Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1790204A | 1790204A | 2/7/2008 | Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1790205A | 1790205A | 2/7/2008 | Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1790206A | 1790206A | 2/7/2008 | Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1790621A | 1790621A | 2/15/2008 | Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1790623A | 1790623A | 2/15/2008 | Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1790624A | 1790624A | 2/15/2008 | Invoice | 410.00 |


EXHIBIT

| | | | | |
|---|---|---|---|---|
| GMDATA2 | GM (MORAINE ASSEMBLY | 1790625A | 1790625A | 2/7/2008 Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1797765A | 1797765A | 3/21/2008 Invoice | 75.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1797794A | 1797794A | 2/15/2008 Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1797795A | 1797795A | 2/15/2008 Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1797796A | 1797796A | 2/29/2008 Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1802200A | 1802200A | 2/15/2008 Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1803371A | 1803371A | 3/5/2008 Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1804618A | 1804618A | 3/4/2008 Invoice | 125.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1804628A | 1804628A | 3/5/2008 Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1804645A | 1804645A | 3/5/2008 Invoice | 410.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1804675A | 1804675A | 3/18/2008 Invoice | 125.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1804783C | 1804783C | 3/18/2008 Invoice | 125.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1804784C | 1804784C | 5/23/2008 Invoice | 150.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1804794A | 1804794A | 5/23/2008 Invoice | 150.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1804814A | 1804814A | 3/21/2008 Invoice | 125.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1805062A | 1805062A | 3/18/2008 Invoice | 125.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1805064A | 1805064A | 3/18/2008 Invoice | 125.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1805065A | 1805065A | 3/18/2008 Invoice | 125.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1805066A | 1805066A | 3/21/2008 Invoice | 125.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1805072A | 1805072A | 3/18/2008 Invoice | 125.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1805285A | 1805285A | 3/21/2008 Invoice | 125.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1805381A | 1805381A | 3/18/2008 Invoice | 125.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1806347A | 1806347A | 6/3/2008 Invoice | 150.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1806354A | 1806354A | 3/21/2008 Invoice | 125.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1806402A | 1806402A | 3/21/2008 Invoice | 125.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1806403A | 1806403A | 3/21/2008 Invoice | 125.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1811898A | 1811898A | 4/23/2008 Invoice | 125.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1811902A | 1811902A | 4/23/2008 Invoice | 125.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1814352A | 1814352A | 4/4/2008 Invoice | 125.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1814422A | 1814422A | 4/4/2008 Invoice | 125.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1814428A | 1814428A | 4/4/2008 Invoice | 125.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1814663A | 1814663A | 4/4/2008 Invoice | 125.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1814778A | 1814778A | 4/4/2008 Invoice | 125.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1814907A | 1814907A | 4/4/2008 Invoice | 125.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1814909A | 1814909A | 4/23/2008 Invoice | 125.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1815994A | 1815994A | 4/4/2008 Invoice | 125.00 |
| GMDATA2 | GM (MORAINE ASSEMBLY | 1815995A | 1815995A | 4/4/2008 Invoice | 125.00 |

| Account | Name | Reference | Date | Type | Amount | Note |
|---|---|---|---|---|---|---|
| GMDATA2 | GM (MORAINE ASSEMBLY) | 1823157A | 4/22/2008 | Invoice | 125.00 | |
| GMDATA2 | GM (MORAINE ASSEMBLY) | 1824765A | 4/22/2008 | Invoice | 125.00 | |
| GMDATA2 | GM (MORAINE ASSEMBLY) | 1824772A | 4/22/2008 | Invoice | 125.00 | |
| GMDATA2 | GM (MORAINE ASSEMBLY) | 1824775A | 4/22/2008 | Invoice | 125.00 | |
| GMDATA2 | GM (MORAINE ASSEMBLY) | 1824951A | 4/22/2008 | Invoice | 125.00 | |
| GMDATA2 | GM (MORAINE ASSEMBLY) | 1825127A | 4/22/2008 | Invoice | 125.00 | |
| GMDATA2 | GM (MORAINE ASSEMBLY) | 1825149A | 4/22/2008 | Invoice | 125.00 | |
| GMDATA2 | GM (MORAINE ASSEMBLY) | 1825161A | 4/22/2008 | Invoice | 125.00 | |
| GMDATA2 | GM (MORAINE ASSEMBLY) | 1825434A | 4/22/2008 | Invoice | 125.00 | |
| GMDATA2 | GM (MORAINE ASSEMBLY) | 1826797A | 4/22/2008 | Invoice | 125.00 | |
| GMDATA2 | GM (MORAINE ASSEMBLY) | 1826818A | 4/29/2008 | Invoice | 125.00 | |
| GMDATA2 | GM (MORAINE ASSEMBLY) | 1828081A | 4/29/2008 | Invoice | 125.00 | |
| GMDATA2 | GM (MORAINE ASSEMBLY) | 1828102A | 4/29/2008 | Invoice | 125.00 | |
| GMDATA2 | GM (MORAINE ASSEMBLY) | 1828365A | 4/29/2008 | Invoice | 125.00 | |
| GMDATA2 | GM (MORAINE ASSEMBLY) | 1828394A | 4/29/2008 | Invoice | 125.00 | |
| GMDATA2 | GM (MORAINE ASSEMBLY) | 1828396A | 4/29/2008 | Invoice | 125.00 | |
| GMDATA2 | GM (MORAINE ASSEMBLY) | 1835297A | 5/23/2008 | Invoice | 275.00 | |
| GMDATA2 | GM (MORAINE ASSEMBLY) | 1850024A | 6/16/2008 | Invoice | 275.00 | |
| GMDATA2 | GM (MORAINE ASSEMBLY) | 1902710A | 9/12/2008 | Invoice | 999.00 | |
| GMSRAC | GMSPO WORLD HEADQU/ | S1919876 | 10/1/2008 | Invoice | 2,400.00 | |
| GMSRAC | GMSPO WORLD HEADQU/ | S1966411 | 12/12/2008 | Invoice | 2,400.00 | Short Pay |
| GMSRAC | GENERAL MOTORS | Detention | 5/31/2009 | Invoice | 510.00 | |
| GENMAU | GENERAL MOTORS | 19054 Lansing Delta | 5/31/2009 | Invoice | 180.00 | |
| GENMAU | GENERAL MOTORS | 19052 Lansing Grand River | 5/31/2009 | Invoice | 1,845.00 | |
| GENMAU | GENERAL MOTORS | 14001 Oshawa Car | 5/31/2009 | Invoice | 45.00 | |
| GENMAU | GENERAL MOTORS | 14007 Oshawa Truck | 5/31/2009 | Invoice | 30.00 | |
| GENMAU | GENERAL MOTORS | 48069 Pontiac | 5/31/2009 | Invoice | 60.00 | |
| GENMAU | GENERAL MOTORS | 48075 Roanoke | 5/31/2009 | Invoice | 11,685.00 | |
| GENMAU | GENERAL MOTORS | 22010 Spring Hill | 5/31/2009 | Invoice | | |
| | | | | | 40,929.00 | |