GMPT Open AR vs GM Website Payments

| Bill to Customer | Invoice Number | Open Amount | Month of Service |
|---|---|---|---|
| GM-POWERTRAIN | 140051208 | $ 10,860.21 | Dec-08 |
| GM-POWERTRAIN | 140140908 | $ 249.93 | Sep-08 |
| GM-POWERTRAIN | 140141208 | $ 5,431.87 | Dec-08 |
| GM-POWERTRAIN | 140241208 | $ 10,863.74 | Dec-08 |
| GM-POWERTRAIN | 510241008CM | $ (516.12) | Oct-08 |
| GM-POWERTRAIN | 510980109 | $ 23,442.09 | Jan-08 |
| GM-POWERTRAIN | 510980309 | $ 192.97 | Mar-09 |
| GM-POWERTRAIN | 511601208 | $ 60,424.59 | Dec-08 |
| GM-POWERTRAIN | 511600109 | $ 80,490.49 | Jan-09 |
| GM-POWERTRAIN | 511600209 | $ 64,392.40 | Feb-09 |
| GM-POWERTRAIN | 511600309 | $ 64,919.44 | Mar-09 |
| GM-POWERTRAIN | FSCS011609 | $ 1,373.90 | Jan-09 |
| GM-POWERTRAIN | 140050409 | $ 11,259.47 | Apr-09 |
| GM-POWERTRAIN | 140140409 | $ 5,637.82 | Apr-09 |
| GM-POWERTRAIN | 140240409 | $ 11,275.64 | Apr-09 |
| GM-POWERTRAIN | 510010409 | $ 28,051.59 | Apr-09 |
| GM-POWERTRAIN | 510020409 | $ 33,052.76 | Apr-09 |
| GM-POWERTRAIN | 510040409 | $ 10,533.82 | Apr-09 |
| GM-POWERTRAIN | 510050409 | $ 14,205.82 | Apr-09 |
| GM-POWERTRAIN | 510140409 | $ 8,440.56 | Apr-09 |
| GM-POWERTRAIN | 510240409 | $ 11,259.47 | Apr-09 |
| GM-POWERTRAIN | 510320409 | $ 2,818.91 | Apr-09 |
| GM-POWERTRAIN | 510500409 | $ 5,637.82 | Apr-09 |
| GM-POWERTRAIN | 510630409 | $ 33,036.60 | Apr-09 |
| GM-POWERTRAIN | 510980409 | $ 25,947.47 | Apr-09 |
| GM-POWERTRAIN | 510990409 | $ 28,140.60 | Apr-09 |
| GM-POWERTRAIN | 511600409 | $ 60,451.55 | Apr-09 |
| GM-POWERTRAIN | 511950409 | $ 11,259.47 | Apr-09 |
| GM-POWERTRAIN | 514360409 | $ 5,637.82 | Apr-09 |
| GM-POWERTRAIN | 515000409 | $ 82,512.16 | Apr-09 |
| GM-POWERTRAIN | 140050509 | $ 14,076.60 | May-09 |
| GM-POWERTRAIN | 140140509 | $ 7,038.22 | May-09 |
| GM-POWERTRAIN | 140240509 | $ 14,076.44 | May-09 |
| GM-POWERTRAIN | 510010509 | $ 34,591.85 | May-09 |
| GM-POWERTRAIN | 510020509 | $ 42,626.31 | May-09 |
| GM-POWERTRAIN | 510040509 | $ 13,158.22 | May-09 |
| GM-POWERTRAIN | 510050509 | $ 19,278.22 | May-09 |
| GM-POWERTRAIN | 510140509 | $ 10,557.49 | May-09 |
| GM-POWERTRAIN | 510240509 | $ 10,284.77 | May-09 |
| GM-POWERTRAIN | 510320509 | $ 3,519.11 | May-09 |
| GM-POWERTRAIN | 510500509 | $ 7,038.22 | May-09 |
| GM-POWERTRAIN | 510630509 | $ 40,087.43 | May-09 |
| GM-POWERTRAIN | 510980509 | $ 23,302.21 | May-09 |
| GM-POWERTRAIN | 510990509 | $ 35,191.11 | May-09 |
| GM-POWERTRAIN | 511600509 | $ 75,584.64 | May-09 |
| GM-POWERTRAIN | 511950509 | $ 14,076.77 | May-09 |
| GM-POWERTRAIN | 514360509 | $ 7,038.22 | May-09 |
| GM-POWERTRAIN | 515000509 | $ 106,925.60 | May-09 |
| | **MATERIAL FOLLOWUP** | **$ 1,189,736.29** | |
| GM-POWERTRAIN | GMPT000024 | $ 54,348.88 | May-09 |
| GM-POWERTRAIN | GMPT000026 | $ 48,855.57 | May-09 |
| GM-POWERTRAIN | GMPT000026 | $ 45,578.61 | May-09 |
| GM-POWERTRAIN | GMPT000027 | $ 34,510.80 | May-09 |
| GM-POWERTRAIN | GMPT050209 | $ 2,129,945.39 | May-09 |
| GM-POWERTRAIN | GMPT050909 | $ 2,066,770.72 | May-09 |
| GM-POWERTRAIN | GMPT051609 | $ 1,727,961.96 | May-09 |
| GM-POWERTRAIN | GMPT052309 | $ 1,654,850.82 | May-09 |
| GM-POWERTRAIN | GMPT053009 | $ 1,566,991.20 | May-09 |
| | **PRODUCTION** | **$ 9,329,813.95** | |
| 51160T | R050358 | $ 13,305.87 | Apr-09 |
| 51160T | R050364 | $ 16,611.85 | Apr-09 |
| 51160T | R050374 | $ 16,783.48 | May-09 |
| 51160T | R050379 | $ 15,339.88 | May-09 |
| 51160T | R050385 | $ 15,235.30 | May-09 |
| 51160T | R050396 | $ 12,268.06 | May-09 |
| | **RETURNABLE CONTAINER** | **$ 89,544.44** | |

GMPT Open AR vs GM Website Payments

| Bill to Customer | Invoice Number | Open Amount | Month of Service |
|---|---|---|---|
| **TOTAL GMPowertrain AGING** | | **$ 10,609,094.68** | |
| | | | |
| 14014 ST CATH | 6956019 | $ 572.36 | Mar-09 |
| 14014 ST CATH | 6972342 | $ 572.36 | Apr-09 |
| 14014 ST CATH | 6973261 | $ 572.36 | Apr-09 |
| 14014 ST CATH | 6974294 | $ 572.36 | Apr-09 |
| 14014 ST CATH | 6975313 | $ 572.36 | Apr-09 |
| 14014 ST CATH | 6976283 | $ 572.36 | Apr-09 |
| 14014 ST CATH | 6977373 | $ 572.36 | Apr-09 |
| 14014 ST CATH | 6978499 | $ 572.36 | Apr-09 |
| 14014 ST CATH | 6980302 | $ 572.36 | Apr-09 |
| 14014 ST CATH | 6981454 | $ 572.36 | Apr-09 |
| 14014 ST CATH | 6982582 | $ 572.36 | Apr-09 |
| 14014 ST CATH | 6983498 | $ 572.36 | Apr-09 |
| 14014 ST CATH | 6984651 | $ 572.36 | Apr-09 |
| 14014 ST CATH | 6985710 | $ 572.36 | Apr-09 |
| 14014 ST CATH | 6986865 | $ 572.36 | Apr-09 |
| 14014 ST CATH | 6987996 | $ 572.36 | Apr-09 |
| 14014 ST CATH | 6988968 | $ 572.36 | Apr-09 |
| 14014 ST CATH | 6990848 | $ 572.36 | May-09 |
| 14014 ST CATH | 6995120 | $ 572.36 | May-09 |
| 14014 ST CATH | 6996229 | $ 572.36 | May-09 |
| 14014 ST CATH | 6997331 | $ 572.36 | May-09 |
| 14014 ST CATH | 6998299 | $ 572.36 | May-09 |
| 14014 ST CATH | 6999112 | $ 572.36 | May-09 |
| 14014 ST CATH | 7001285 | $ 572.36 | May-09 |
| 14014 ST CATH | 7002433 | $ 572.36 | May-09 |
| 14014 ST CATH | 7000241 | $ 572.36 | May-09 |
| 14014 ST CATH | 7003392 | $ 572.36 | May-09 |
| 14014 ST CATH | 7006151 | $ 572.36 | May-09 |
| 14014 ST CATH | 7007201 | $ 572.36 | May-09 |
| 14014 ST CATH | 7008140 | $ 572.36 | May-09 |
| | **ST. CATHERINE'S** | **$ 17,170.80** | |
| 51160 | R050401 | $ 200.00 | Mar-09 |
| 51160 | R050402 | $ 200.00 | Mar-09 |
| 51160 | R050403 | $ 200.00 | Mar-09 |
| 51160 | R050404 | $ 200.00 | Mar-09 |
| 51160 | R050405 | $ 200.00 | Mar-09 |
| 51160 | R050406 | $ 200.00 | Mar-09 |
| 51160 | R050407 | $ 200.00 | Mar-09 |
| 51160 | R050408 | $ 200.00 | Mar-09 |
| 51160 TONAWAND | 6952024 | $ 82.00 | Mar-09 |
| 51160 TONAWAND | 6952025 | $ 82.00 | Mar-09 |
| 51160 TONAWAND | 6952815 | $ 82.00 | Mar-09 |
| 51160 TONAWAND | 6955141 | $ 82.00 | Mar-09 |
| 51160 TONAWAND | 6965947 | $ 82.00 | Mar-09 |
| 51160 TONAWAND | 6967017 | $ 82.00 | Mar-09 |
| 51160 TONAWAND | 6969771 | $ 82.00 | Mar-09 |
| 51160 TONAWAND | 6972202 | $ 82.00 | Apr-09 |
| 51160 TONAWAND | 6974183 | $ 82.00 | Apr-09 |
| 51160 TONAWAND | 6988548 | $ 82.00 | Apr-09 |
| 51160 TONAWAND | 6988836 | $ 82.00 | Apr-09 |
| 51160 TONAWAND | 6990526 | $ 82.00 | Apr-09 |
| 51160 TONAWAND | 6999053 | $ 82.00 | May-09 |
| 51160 TONAWAND | 7003319 | $ 82.00 | May-09 |
| | **TONAWANDA** | **$ 2,748.00** | |
| | **TOTAL GM FLEET AGING** | **$ 19,918.80** | |
| | **GRAND TOTAL FXSCS GM AGING** | **$ 10,629,013.48** | |