GM C244280

FTN Transport Brokerage US

**AR**

| Legacy Inv # | Inv Type | Invoice Date | Doc value | Comments | Doc Code |
|---|---|---|---|---|---|
| H714895 | | 2/19/2009 | $ (838.41) | 02/20/09--DM--Invalid inv #.  JR. | Unapplied Cash |
| 17913A | | 3/2/2009 | $ (6,402.87) | 03/03/09--DM--Unable to identify payment.  JR. | Unapplied Cash |
| X-814837-001 | T&E | 3/17/2009 | $ 200.00 | | SINV |
| X-816229-001 | ITE | 4/7/2009 | $ 1,480.84 | | SINV |
| X-824006-001 | T&E | 4/14/2009 | $ 6.00 | | SINV |
| X-832450-001 | NAT | 5/7/2009 | $ 95.00 | | SINV |
| X-822261-001 | ITE | 5/12/2009 | $ 1,072.57 | | SINV |
| X-831798-001 | MBB | 5/20/2009 | $ 665.00 | | SINV |
| X-831801-001 | MBB | 5/20/2009 | $ 2,245.00 | | SINV |
| X-832453-001 | MBB | 5/20/2009 | $ 507.50 | | SINV |
| X-835392-001 | T&E | 5/20/2009 | $ 6.00 | | SINV |
| X-836626-001 | GMC | 5/22/2009 | $ 231.00 | | SINV |
| X-798344-002 | 445 | 5/27/2009 | $ 102.00 | | SINV |
| X-837759-001 | GMC | 5/27/2009 | $ 301.00 | | SINV |
| X-838211-001 | GMC | 5/28/2009 | $ 6,961.04 | SYSCHK | SINV |
| X-835054-001 | GMC | 6/2/2009 | $ 61,373.45 | DUTY & BRKG MAY 15TH-31ST,2009 | SINV |
| X-839588-001 | GMC | 6/2/2009 | $ 13,835.00 | CONTRACTED SERVICES | SINV |
| 64023014-002 | ESP | 6/3/2009 | $ 12.99 | | SINV |
| 68945253-002 | ESP | 6/3/2009 | $ 9.80 | June | SINV |
| X-840500-001 | NAT | 6/4/2009 | $ 95.00 | June | SINV |
| X-840940-001 | GMC | 6/5/2009 | $ 201.00 | June | SINV |
| X-840941-001 | GMC | 6/5/2009 | $ 201.00 | June | SINV |
| X-840943-001 | GMC | 6/5/2009 | $ 300.00 | June | SINV |
| 58774440-004 | ESP | 6/5/2009 | $ 20.20 | June | SINV |
| X-841481-001 | GMC | 6/6/2009 | $ 250.00 | June | SINV |
| 79056173-001 | ESP | 6/6/2009 | $ 892.65 | June | SINV |
| Unpaid as of June 12, 2009 | | | $ 83,822.76 | | |
| | | | | | |
| Paid On June 12, 2009 | | | | | |
| X-831436-001 | GMC | 5/19/2009 | $ 100,536.70 | DUTY & BRKG 5/1/09 Thru 5/15/09 | SINV |
| | | | | | |
| **Total FTN** | | | **$ 184,359.46** | | |