**Bankruptcy** *6/12/2009*

| CUSTOMER | CUSTOMER NAME | ORDER | DELIVERED | CURRENT | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS | TOTAL DUE | OVER 180 DAYS |
|---|---|---|---|---|---|---|---|---|---|---|
| GMCOSC | GMSPO | 50587286 | 5/30/2008 | $0.00 | $0.00 | $0.00 | $0.00 | $739.19 | $739.19 | $739.19 |
| GM2601$ | GM-TRUCK GRP  DUNS#037497906 | 24915476 | 8/6/2008 | $0.00 | $0.00 | $0.00 | $0.00 | $564.30 | $564.30 | $564.30 |
| GE7600$ | GM-TRUCK SHREVE DUNS#039102165 | 25086045 | 12/18/2008 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | $0.00 |
| GMCVAN$ | GM TRK GRP-FLIN DUNS#617356720 | 25096299 | 1/5/2009 | $0.00 | $0.00 | $0.00 | $0.00 | $88.00 | $88.00 | $0.00 |
| DMCODA | DMAX DUNS#079253428 | 25133378 | 2/19/2009 | $0.00 | $0.00 | $0.00 | $2,847.15 | $0.00 | $2,847.15 | $0.00 |
| CHBUFF$ | GMPT TON ENG DUNS#002127157 | 50867128 | 2/25/2009 | $0.00 | $0.00 | $0.00 | $175.00 | $0.00 | $175.00 | $0.00 |
| $GM5400 | GM MFD PARMA DUNS#086663101 | 25143709 | 3/4/2009 | $0.00 | $0.00 | $0.00 | $217.36 | $0.00 | $217.36 | $0.00 |
| GMCOJ$ | GM-CAN OSHAWA DUNS#249659202 | 25152387 | 3/13/2009 | $0.00 | $0.00 | $186.88 | $0.00 | $0.00 | $186.88 | $0.00 |
| GMMECO | GM METAL FAB DUNS#079583720 | 25153687 | 3/16/2009 | $0.00 | $0.00 | $150.00 | $0.00 | $0.00 | $150.00 | $0.00 |
| GMOW$ | GM-CAN OSHAWA ASSY CISCO#14001 | 25154130 | 3/17/2009 | $0.00 | $0.00 | $462.74 | $0.00 | $0.00 | $462.74 | $0.00 |
| GMCOJ$ | GM-CAN OSHAWA DUNS#249659202 | 25154651 | 3/17/2009 | $0.00 | $0.00 | $285.40 | $0.00 | $0.00 | $285.40 | $0.00 |
| GMCOJ$ | GM-CAN OSHAWA DUNS#249659202 | 25154689 | 3/18/2009 | $0.00 | $0.00 | $287.90 | $0.00 | $0.00 | $287.90 | $0.00 |
| GMCOJ$ | GM-CAN OSHAWA DUNS#249659202 | 25156725 | 3/20/2009 | $0.00 | $0.00 | $287.90 | $0.00 | $0.00 | $287.90 | $0.00 |
| GMCOJ$ | GM-CAN OSHAWA DUNS#249659202 | 10893765 | 3/26/2009 | $0.00 | $0.00 | $274.19 | $0.00 | $0.00 | $274.19 | $0.00 |
| GM3515 | GM SPRING HILL | 10894396 | 3/27/2009 | $0.00 | $0.00 | $1,475.84 | $0.00 | $0.00 | $1,475.84 | $0.00 |
| GMCOJ$ | GM-CAN OSHAWA DUNS#249659202 | 10894440 | 3/27/2009 | $0.00 | $0.00 | $175.98 | $0.00 | $0.00 | $175.98 | $0.00 |
| DMCODA | DMAX DUNS#079253428 | 25161908 | 3/30/2009 | $0.00 | $0.00 | $426.80 | $0.00 | $0.00 | $426.80 | $0.00 |
| GMCOJ$ | GM-CAN OSHAWA DUNS#249659202 | 25165492 | 4/1/2009 | $0.00 | $0.00 | $215.45 | $0.00 | $0.00 | $215.45 | $0.00 |
| ALLCOC | GM ALLISON TRANMISSION | 25169180 | 4/7/2009 | $0.00 | $0.00 | $39.45 | $0.00 | $0.00 | $39.45 | $0.00 |
| ALLCOC | GM ALLISON TRANMISSION | 25172050 | 4/10/2009 | $0.00 | $0.00 | $38.79 | $0.00 | $0.00 | $38.79 | $0.00 |
| ALLCOC | GM ALLISON TRANMISSION | 25173312 | 4/13/2009 | $0.00 | $259.39 | $0.00 | $0.00 | $0.00 | $259.39 | $0.00 |
| GM570$ | GM-CAN ST CATHERINES ENGINE | 25177141 | 4/16/2009 | $0.00 | $75.00 | $0.00 | $0.00 | $0.00 | $75.00 | $0.00 |
| GM1901 | GM-CLCD-LAKE ORION #19017 | 50934755 | 4/20/2009 | $0.00 | $185.50 | $0.00 | $0.00 | $0.00 | $185.50 | $0.00 |
| ALLCOC | GM ALLISON TRANMISSION | 25178781 | 4/21/2009 | $0.00 | $54.92 | $0.00 | $0.00 | $0.00 | $54.92 | $0.00 |
| GEPROV$ | GM PRE-PRODUCT OPS ENG | 50958627 | 4/30/2009 | $0.00 | $461.19 | $0.00 | $0.00 | $0.00 | $461.19 | $0.00 |
| GMMECO | GM METAL FAB DUNS#079583720 | 25197746 | 5/19/2009 | $476.83 | $0.00 | $0.00 | $0.00 | $0.00 | $476.83 | $0.00 |
| CH895J | CHEMICO GM PONTIAC | 51006332 | 5/20/2009 | $873.38 | $0.00 | $0.00 | $0.00 | $0.00 | $873.38 | $0.00 |
| CH895J | CHEMICO GM PONTIAC | 51008715 | 5/21/2009 | $1,291.44 | $0.00 | $0.00 | $0.00 | $0.00 | $1,291.44 | $0.00 |
| GM1500$ | GM TRK GRP-WENTZVILLE 19018 | 25198905 | 5/21/2009 | $1,928.50 | $0.00 | $0.00 | $0.00 | $0.00 | $1,928.50 | $0.00 |
| $GM5400 | GM MFD PARMA DUNS#086663101 | 25199266 | 5/21/2009 | $405.00 | $0.00 | $0.00 | $0.00 | $0.00 | $405.00 | $0.00 |
| CP2525$ | GM METALFAB-MAN DUNS#004200085 | 25199293 | 5/21/2009 | $510.97 | $0.00 | $0.00 | $0.00 | $0.00 | $510.97 | $0.00 |
| GMOW$ | GM-CAN OSHAWA ASSY CISCO#14001 | 25199496 | 5/21/2009 | $1,754.07 | $0.00 | $0.00 | $0.00 | $0.00 | $1,754.07 | $0.00 |
| 2366 | GM OF CANADA DUNS#000170019 | 25200379 | 5/22/2009 | $217.81 | $0.00 | $0.00 | $0.00 | $0.00 | $217.81 | $0.00 |
| GMWILM$ | GM NAVO WILM DUNS#002369205 | 25200731 | 5/26/2009 | $2,135.24 | $0.00 | $0.00 | $0.00 | $0.00 | $2,135.24 | $0.00 |
| GMWARR$ | GM-LORDSTOWN DUNS020632998 | 25200388 | 5/26/2009 | $418.62 | $0.00 | $0.00 | $0.00 | $0.00 | $418.62 | $0.00 |
| | | | 35 Invoices | $10,011.86 | $1,036.00 | $4,307.32 | $3,239.51 | $1,691.49 | **$20,286.18** | $1,303.49 |