**SSDC Corp**
**28125 Cabot Drive**
**Suite 201**
**Novi, MI 48377**

Deliver Invoices To:   GM Fin Shared Services Acquisition Business Process
c/o Olympic Receipting
PO Box 63490
Phoenix, AZ 95082- 3490

Invoice Approver:   Joan Ebner
Mail Code: 482-C10-092

| **Purchase Order No:** | GMR71991 |
|---|---|
| **Invoice No:** | 285443 |
| **Invoice Date:** | 1/30/2009 |
| **Duns No:** | 05-290-8241 |

| Olimpic Seq. No. | Purchase Order # | Olimpic Item ID No. | Description of Item | Charge Period | | Unit of Measure | Quantity | Unit Cost | Total |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | GMR71991 | MEDICARE 1&2 | Medicare Enroll ID, Beneficiary Svc & MSP (Yr 1&2) | | | Mo | 0.00 | $ 68,666.67 | $ - |
| 00002 | GMR71991 | MEDICARE 3 | Medicare Enroll ID, Beneficiary Svc & MSP (Yr 3) | 1/1/2009 | 1/31/2009 | Mo | 1.00 | $ 61,250.00 | $ - |
| 00003 | GMR71991 | RECOVERY 20% | Overpayment Recovery Services at 20% - First $5M Recoverd | | | Each | 531.86 | 1 | $ 531.86 |
| 00004 | GMR71991 | RECOVERY 15% | Overpayment Recovery Services at 15% - For next $5M Recovered | | | Each | 0.00 | 1 | $ - |
| 00005 | GMR71991 | RECOVERY 13% | Overpayment Recovery Services at 13% - Over $10M Recovered | | | Each | 0.00 | 1 | $ - |
| 00006 | GMR71991 | RECOVERY 10% | Overpayment Recovery Services at 10% - Monies identified by SSDC & Recovered by Carriers | | | Each | 0.00 | 1 | $ - |
| 00007 | GMR71991 | ADVOCACY APPLI | Advocacy Application - Max $1,750 | | | Each | 0.00 | $1,750 | $ - |
| 00008 | GMR71991 | ADVOCACY HEAR | Advocacy Hearing - Max $3,500 | | | Each | 0.00 | $3,500 | $ - |
| 00009 | GMR71991 | SURVEY MGT | Survey Management | | | Each | 0.00 | $400 | $ - |
| 00010 | GMR71991 | ENTITLEMENT AD | Medicare Entitlement Advocacy | | | Each | 0.00 | $500 | $ - |

Total Amount Due:   $ 531.86

Remit Payment To:

SSDC Corp
PO Box 26921
New York, NY 10087-6921


EXHIBIT A

**SSDC Corp**
**28125 Cabot Drive**
**Suite 201**
**Novi, MI  48377**

Deliver Invoices To:    GM Fin Shared Services Acquisition Business Process
c/o Olympic Receipting
PO Box 63490
Phoenix, AZ 95082- 3490

Invoice Approver:    Joan Ebner
Mail Code: 482-C10-092

Purchase Order No:    GMR71991
Invoice No:    286326
Invoice Date:    3/31/2009
Duns No:    05-290-8241

| Olimpic Seq. No. | Purchase Order # | Olimpic Item ID No. | Description of Item | Charge Period | Unit of Measure | Quantity | Unit Cost | Total |
|---|---|---|---|---|---|---|---|---|
| 00001 | GMR71991 | MEDICARE 1&2 | Medicare Enroll ID, Beneficiary Svc & MSP (Yr 1&2) | | Mo | 0.00 | $ 68,666.67 | $ - |
| 00002 | GMR71991 | MEDICARE 3 | Medicare Enroll ID, Beneficiary Svc & MSP (Yr 3) | | Mo | 0.00 | $ 61,250.00 | $ - |
| 00003 | GMR71991 | RECOVERY 20% | Overpayment Recovery Services at 20% - First $5M Recoverd | | Each | 1,295.00 | 1 | $ 1,295.00 |
| 00004 | GMR71991 | RECOVERY 15% | Overpayment Recovery Services at 15% - For next $5M Recovered | | Each | 0.00 | 1 | $ - |
| 00005 | GMR71991 | RECOVERY 13% | Overpayment Recovery Services at 13% - Over $10M Recovered | | Each | 0.00 | 1 | $ - |
| 00006 | GMR71991 | RECOVERY 10% | Overpayment Recovery Services at 10% - Monies identified by SSDC & Recovered by Carriers | | Each | 967.00 | 1 | $ 967.00 |
| 00007 | GMR71991 | ADVOCACY APPLI | Advocacy Application - Max $1,750 | | Each | 0.00 | $1,750 | $ - |
| 00008 | GMR71991 | ADVOCACY HEAR | Advocacy Hearing - Max $3,500 | | Each | 0.00 | $3,500 | $ - |
| 00009 | GMR71991 | SURVEY MGT | Survey Management | | Each | 0.00 | $400 | $ - |
| 00010 | GMR71991 | ENTITLEMENT AD | Medicare Entitlement Advocacy | | Each | 0.00 | $500 | $ - |

Total Amount Due:    $ 2,262.00

Remit Payment To:

SSDC Corp
PO Box 26921
New York, NY 10087-6921

**SSDC Corp**
**28125 Cabot Drive**
**Suite 201**
**Novi, MI 48377**

Deliver Invoices To:   GM Fin Shared Services Acquisition Business Process
c/o Olympic Receipting
PO Box 63490
Phoenix, AZ 95082- 3490

Invoice Approver:   Lynn Ward
Mail Code: 482-C10-092

Purchase Order No:   GMR89710
Invoice No:   287182 & 287184
Invoice Date:   5/29/2009
Duns No:   05-290-8241

| Olimpic Seq. No. | Purchase Order # | Olimpic Item ID No. | Description of Item | Charge Period | | Unit of Measure | Quantity | Unit Cost | Total |
|---|---|---|---|---|---|---|---|---|---|
| 00012 | GMR89710 | 1419-00A3 | Medicare Enroll ID, Beneficiary Svc & MSP (Yr 3) | 5/1/2009 | 5/31/2009 | Mo | 1.00 | $ 43,420.00 | $ 43,420.00 |
| | | | | | | | Total Amount Due: | | $ 43,420.00 |

Remit Payment To:

SSDC Corp
PO Box 26921
New York, NY 10087-6921