CLARK HILL PLC
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Joel D. Applebaum (Mich. Bar. No. P36774)
admitted *pro hac vice*
japplebaum@clarkhill.com
(313) 965-8579

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**LIMITED OBJECTION OF RUBBER ENTERPRISES INCORPORATED TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

Rubber Enterprises Incorporated ("**Rubber Enterprises**") submits this limited objection (the "**Objection**") and respectfully states as follows:

1. The above-captioned Debtors (collectively, as applicable, the "**Debtors**") served Rubber Enterprises with a *Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* (the "**Cure Notice**") dated June 5, 2009 in which the Debtors express their intention to assume and assign to Vehicle Acquisition Holdings LLC (the "**Purchaser**") certain contracts (the "**Assumable Executory Contracts**") between Rubber Enterprises and the Debtors.

2. Section 365(b)(1)(A) of the Bankruptcy Code provides that the trustee may not assume an executory contract unless the trustee "cures, or provides adequate assurance that the trustee will promptly cure" any default under the contract. 11 U.S.C. § 365(b)(1)(A). According to the United States Court of Appeals for the Second Circuit, "[i]f the debtor is in default on the contract, it will not be allowed to assume the contract unless, at the time of the assumption it, *inter alia*, (a) cures, or provides adequate assurance that it will promptly cure, the default, and (b) provides adequate assurance of its future performance of its obligations under the contract. . . . Congress's intent in imposing these conditions on the ability of the debtor to assume the contract was "to insure that the contracting parties receive the full benefit of their bargain if they are forced to continue performance." *In re Ionosphere Clubs, Inc.*, 85 F.3d 992, 999 (2nd Cir. 1996) *(internal citations omitted)*.

3. On the Contract Website[1], the Debtors identify the Assumable Executory Contracts and assert $54,704.35 as the corresponding cure amount (the "**Cure Amount**") that the Debtors believe is sufficient to cure all prepetition defaults under the Assumable Executory Contracts as of June 1, 2009.

4. Rubber Enterprises does not object, *per se*, to assumption and assignment of the Assumable Executory Contracts to Purchaser.

5. Rubber Enterprises does object, however, to the Cure Notice to the extent that the proposed Cure Amount is incorrect and does not reflect all defaults under the Assumable Executory Contracts.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Cure Notice.

6. Specifically, with respect to the Assumable Executory Contracts, there is a prepetition balance owed to Rubber Enterprises in an amount that is not less than $76,302.72. *See Exhibit A attached hereto, General Motors Aged Receivables as of 6/1/09.* Rubber Enterprises will supplement this Objection with additional supporting documentation upon the Debtors' request.

7. Rubber Enterprises also objects to the Cure Notice insofar as any postpetition performance by Rubber Enterprises of the Assumable Executory Contracts may give rise to additional accounts receivable that, as of the prospective time of assumption and assignment, may be due or past-due and properly included in the Cure Amount.

8. Notwithstanding the foregoing, Rubber Enterprises further reserves its rights, in the event that the Assumable Executory Contracts are not assumed, to assert any claims for damages, which claims may include all amounts allowable under applicable law.

9. Rubber Enterprises further objects to the adequacy and the accuracy of the Cure Notice insofar as there may be other contracts with Rubber Enterprises that may or will be assumed and assigned but which have not been included in the Cure Notice.

10. Rubber Enterprises reserves the right to amend or supplement this Objection as additional facts are learned.

5903302.3 05671/053231

|  |  |
|---|---|
| Dated: June 12, 2009 | Respectfully submitted,<br><br>CLARK HILL PLC<br><br>/s/ Joel D. Applebaum<br>Joel D. Applebaum (Mich. Bar No. P36774)<br>151 S. Old Woodward Avenue, Suite 200<br>Birmingham, Michigan 48009<br>(313) 965-8579<br>japplebaum@clarkhill.com<br><br>Counsel to Rubber Enterprises Incorporated |

5903302.3 05671/053231

# EXHIBIT A

Rubber Enterprises Incorporated - General Motors Aged Receivables as of 6/1/09

| | | | Avg Days To Pay | Amount Due | GM Proposed Payment | GM Status |
|---|---|---|---|---|---|---|
| 14007 | | GM OF CANADA LTD. DISBURSEMEN. | | | | |
| IN | 246402 | Net 30th Prox | 5/1/2009 | 364.80 | 364.80 | 7/2/2009 |
| IN | 246429 | Net 30th Prox | 5/4/2009 | 182.40 | 182.40 | 7/2/2009 |
| IN | 246450 | Net 30th Prox | 5/5/2009 | 304.00 | 304.00 | 7/2/2009 |
| IN | 246474 | Net 30th Prox | 5/6/2009 | 182.40 | 182.40 | 7/2/2009 |
| IN | 246495 | Net 30th Prox | 5/7/2009 | 121.60 | 121.60 | 7/2/2009 |
| IN | 246526 | Net 30th Prox | 5/8/2009 | 60.80 | 60.80 | 7/2/2009 |
| IN | 246546 | Net 30th Prox | 5/11/2009 | 121.60 | 121.60 | 7/2/2009 |
| IN | 246565 | Net 30th Prox | 5/12/2009 | 60.80 | 60.80 | 7/2/2009 |
| IN | 246585 | Net 30th Prox | 5/13/2009 | 60.80 | 60.80 | 7/2/2009 |
| IN | 246607 | Net 30th Prox | 5/14/2009 | 121.60 | 121.60 | 7/2/2009 |
| IN | 246664 | Net 30th Prox | 5/19/2009 | 60.80 | 60.80 | 7/2/2009 |
| IN | 246675 | Net 30th Prox | 5/22/2009 | 121.60 | 121.60 | 7/2/2009 |
| IN | 246690 | Net 30th Prox | 5/20/2009 | 121.60 | 121.60 | 7/2/2009 |
| IN | 246701 | Net 30th Prox | 5/25/2009 | 60.80 | 60.80 | 7/2/2009 |
| IN | 246713 | Net 30th Prox | 5/21/2009 | 60.80 | 60.80 | 7/2/2009 |
| IN | 246741 | Net 30th Prox | 5/26/2009 | 121.60 | 121.60 | 7/2/2009 |
| IN | 246768 | Net 30th Prox | 5/27/2009 | 60.80 | 60.80 | 7/2/2009 |
| IN | 246786 | Net 30th Prox | 5/28/2009 | 60.80 | 60.80 | 7/2/2009 |
| IN | 246811 | Net 30th Prox | 5/29/2009 | 121.60 | 121.60 | 7/2/2009 |
| 14502 | | GM OF CANADA LIMITED NAO DISBR | Avg Days To Pay | | | |
| IN | 246399 | NET 30 | 5/1/2009 | 197.34 | 197.34 | 7/2/2009 |
| IN | 246517 | NET 30 | 5/8/2009 | 17.09 | 17.09 | 7/2/2009 |
| IN | 246622 | NET 30 | 5/15/2009 | 8.07 | 8.07 | 7/2/2009 |
| IN | 246730 | NET 30 | 5/22/2009 | 271.77 | 271.77 | 7/2/2009 |
| IN | 246805 | NET 30 | 5/29/2009 | 112.05 | 112.05 | 7/2/2009 |
| 17501 | | SERVICE PARTS OPERATION | ACCOUNTS PAYABL Avg Days To Pay | | | |
| IN | 246400 | Net 30th Prox | 5/1/2009 | 1,958.35 | 1,958.35 | STAYED |
| IN | 246430 | Net 30th Prox | 5/4/2009 | 945.00 | 786.82 | STAYED |
| IN | 246518 | Net 30th Prox | 5/8/2009 | 1,897.95 | 1,897.95 | STAYED |
| IN | 246547 | Net 30th Prox | 5/11/2009 | 1,260.00 | 1,049.09 | STAYED |
| IN | 246623 | Net 30th Prox | 5/15/2009 | 784.29 | 784.29 | STAYED |
| IN | 246624 | Net 30th Prox | 5/15/2009 | 135.09 | 109.44 | STAYED |
| IN | 246646 | Net 30th Prox | 5/18/2009 | 1,102.50 | 917.95 | STAYED |

Rubber Enterprises Incorporated - General Motors Aged Receivables as of 6/1/09

2

| | Invoice # | Terms | Date | Amount | Aged | Status |
|---|---|---|---|---|---|---|
| IN | 246714 | Net 30th Prox | 5/21/2009 | 1,417.50 | 1,180.23 | STAYED |
| IN | 246731 | Net 30th Prox | 5/22/2009 | 1,562.20 | 1,562.20 | STAYED |
| IN | 246742 | Net 30th Prox | 5/26/2009 | 472.50 | 393.41 | STAYED |
| IN | 246804 | Net 30th Prox | 5/29/2009 | 18.84 | 10.48 | STAYED |
| IN | 246806 | Net 30th Prox | 5/29/2009 | 352.00 | 352.00 | STAYED |

**18016  BOWLING GREEN PLANT**  Avg Days To Pay

| | Invoice # | Terms | Date | Amount | Aged | Status |
|---|---|---|---|---|---|---|
| IN | 246750 | Net 30th Prox | 5/26/2009 | 60.80 | 60.80 | STAYED |

**37174  SATURN PLANT  (800) 562-9084**  Avg Days To Pay

| | Invoice # | Terms | Date | Amount | Aged | Status |
|---|---|---|---|---|---|---|
| IN | 244847 | NET 30 | 1/7/2009 | 31.00 | 0.00 | |
| IN | 245170 | NET 30 | 2/6/2009 | 31.00 | 0.00 | |
| IN | 245917 | NET 30 | 4/1/2009 | 31.00 | 0.00 | |

**48015  GM TRUCK & BUS GROUP SHREVEPOY**  Avg Days To Pay

| | Invoice # | Terms | Date | Amount | Aged | Status |
|---|---|---|---|---|---|---|
| IN | 246695 | Net 30th Prox | 5/20/2009 | 233.99 | 233.99 | STAYED |
| IN | 246720 | Net 30th Prox | 5/21/2009 | 381.64 | 381.64 | STAYED |
| IN | 246747 | Net 30th Prox | 5/26/2009 | 311.99 | 311.99 | STAYED |
| IN | 246773 | Net 30th Prox | 5/27/2009 | 303.64 | 303.64 | STAYED |
| IN | 246792 | Net 30th Prox | 5/28/2009 | 311.99 | 311.99 | STAYED |
| IN | 246817 | Net 30th Prox | 5/29/2009 | 225.64 | 225.64 | STAYED |

**48065  GM TRUCK & BUS GROUP FLINT AST**  Avg Days To Pay

| | Invoice # | Terms | Date | Amount | Aged | Status |
|---|---|---|---|---|---|---|
| IN | 246504 | Net 30th Prox | 5/7/2009 | 835.80 | 0.00 | |
| IN | 246505 | Net 30th Prox | 5/7/2009 | 2,901.06 | 0.00 | |
| IN | 246534 | Net 30th Prox | 5/8/2009 | 835.80 | 0.00 | |
| IN | 246552 | Net 30th Prox | 5/11/2009 | 208.95 | 0.00 | |
| IN | 246571 | Net 30th Prox | 5/12/2009 | 5,802.12 | 0.00 | |
| IN | 246591 | Net 30th Prox | 5/13/2009 | 8,703.18 | 0.00 | |
| IN | 246748 | Net 30th Prox | 5/26/2009 | 158.91 | 158.91 | STAYED |
| IN | 246749 | Net 30th Prox | 5/26/2009 | 40.87 | 40.87 | STAYED |
| IN | 246774 | Net 30th Prox | 5/27/2009 | 158.91 | 158.91 | STAYED |
| IN | 246775 | Net 30th Prox | 5/27/2009 | 81.74 | 81.74 | STAYED |
| IN | 246793 | Net 30th Prox | 5/28/2009 | 307.12 | 304.67 | STAYED |
| IN | 246794 | Net 30th Prox | 5/28/2009 | 40.87 | 40.87 | STAYED |

Rubber Enterprises Incorporated - General Motors Aged Receivables as of 6/1/09

| | | | | Avg Days To Pay | | |
|---|---|---|---|---|---|---|
| 48069 | | GM TRUCK & BUS GROUP PONTIAC T | | | | |
| IN | 246721 | Net 30th Prox | | 5/21/2009 | 2,901.06 | 2,901.06 | STAYED |
| IN | 246776 | Net 30th Prox | | 5/27/2009 | 139.30 | 139.30 | STAYED |
| IN | 246787 | Net 30th Prox | | 5/28/2009 | 79.24 | 79.24 | STAYED |
| IN | 246795 | Net 30th Prox | | 5/28/2009 | 2,901.06 | 2,901.06 | STAYED |
| IN | 246796 | Net 30th Prox | | 5/28/2009 | 208.95 | 208.95 | STAYED |
| IN | 246812 | Net 30th Prox | | 5/29/2009 | 158.48 | 158.48 | STAYED |
| IN | 246818 | Net 30th Prox | | 5/29/2009 | 2,901.06 | 2,901.06 | STAYED |
| IN | 246819 | Net 30th Prox | | 5/29/2009 | 208.95 | 208.95 | STAYED |
| | | | | | | |
| 48090 | | CPC HEADQUARTERS | DISBURSEMENT AN | Avg Days To Pay | | |
| IN | 246469 | Net 30th Prox | | 5/6/2009 | 212.26 | 212.26 | STAYED |
| IN | 246519 | Net 30th Prox | | 5/8/2009 | 854.00 | 854.00 | STAYED |
| IN | 246628 | Net 30th Prox | | 5/15/2009 | 656.00 | 656.00 | STAYED |
| IN | 246693 | Net 30th Prox | | 5/20/2009 | 893.03 | 893.03 | STAYED |
| IN | 246694 | Net 30th Prox | | 5/20/2009 | 626.85 | 626.85 | STAYED |
| IN | 246715 | Net 30th Prox | | 5/21/2009 | 637.27 | 637.27 | STAYED |
| IN | 246716 | Net 30th Prox | | 5/21/2009 | 247.14 | 247.14 | STAYED |
| IN | 246717 | Net 30th Prox | | 5/21/2009 | 765.45 | 765.45 | STAYED |
| IN | 246718 | Net 30th Prox | | 5/21/2009 | 626.85 | 626.85 | STAYED |
| IN | 246732 | Net 30th Prox | | 5/22/2009 | 656.00 | 656.00 | STAYED |
| IN | 246743 | Net 30th Prox | | 5/26/2009 | 724.42 | 724.42 | STAYED |
| IN | 246745 | Net 30th Prox | | 5/26/2009 | 893.03 | 893.03 | STAYED |
| IN | 246746 | Net 30th Prox | | 5/26/2009 | 626.85 | 626.85 | STAYED |
| IN | 246769 | Net 30th Prox | | 5/27/2009 | 595.18 | 595.18 | STAYED |
| IN | 246770 | Net 30th Prox | | 5/27/2009 | 356.45 | 356.45 | STAYED |
| IN | 246771 | Net 30th Prox | | 5/27/2009 | 893.03 | 893.03 | STAYED |
| IN | 246772 | Net 30th Prox | | 5/27/2009 | 626.85 | 626.85 | STAYED |
| IN | 246788 | Net 30th Prox | | 5/28/2009 | 682.33 | 682.33 | STAYED |
| IN | 246789 | Net 30th Prox | | 5/28/2009 | 109.31 | 109.31 | STAYED |
| IN | 246790 | Net 30th Prox | | 5/28/2009 | 765.45 | 765.45 | STAYED |
| IN | 246791 | Net 30th Prox | | 5/28/2009 | 626.85 | 626.85 | STAYED |
| IN | 246809 | Net 30th Prox | | 5/29/2009 | 1,312.00 | 0.00 | STAYED |
| IN | 246813 | Net 30th Prox | | 5/29/2009 | 468.92 | 468.92 | STAYED |
| IN | 246814 | Net 30th Prox | | 5/29/2009 | 247.14 | 247.14 | STAYED |
| IN | 246815 | Net 30th Prox | | 5/29/2009 | 510.30 | 510.30 | STAYED |
| IN | 246816 | Net 30th Prox | | 5/29/2009 | 417.90 | 417.90 | STAYED |

Rubber Enterprises Incorporated - General Motors Aged Receivables as of 6/1/09

| 48380 | RCO | (586) 914-0423 | Avg Days To Pay | | | |
|---|---|---|---|---|---|---|
| IN | 246520 | NET 30 | 5/8/2009 | 854.00 | 854.00 | STAYED |
| IN | 246521 | NET 30 | 5/8/2009 | 9,190.00 | 9,190.00 | STAYED |
| IN | 246523 | NET 30 | 5/8/2009 | 2,848.00 | 2,848.00 | STAYED |
| IN | 246778 | NET 30 | 5/27/2009 | 1,000.00 | 1,000.00 | STAYED |
| | | | | **76,302.72** | **54,704.35** | |

4

5903818_1.xls

09-50026-mg    Doc 892    Filed 06/12/09    Entered 06/12/09 17:09:56    Main Document
Pg 10 of 10

Rubber Enterprises Incorporated - General Motors Aged Receivables as of 6/1/09

| | | | | | | |
|---|---|---|---|---|---|---|
| 1805 | | GENERAL MOTC (55) 234-6042 | ROD. PEDRO EROLI | Avg Days To Pay | | |
| IN | 245928 | Net 30th Prox | | 4/3/2009 | 84.75 | GM Brazil |
| IN | 246073 | Net 30th Prox | | 4/14/2009 | 84.75 | GM Brazil |
| | | | | | 169.50 | |
| 18761 | | NAO DIS. ANALYSIS & CONTROL CY | | Avg Days To Pay | | |
| IN | 246407 | Net 30th Prox | | 5/1/2009 | 209.02 | GM Mexico |
| IN | 246436 | Net 30th Prox | | 5/4/2009 | 3,777.75 | GM Mexico |
| IN | 246455 | Net 30th Prox | | 5/5/2009 | 87.54 | GM Mexico |
| IN | 246456 | Net 30th Prox | | 5/5/2009 | 850.64 | GM Mexico |
| IN | 246479 | Net 30th Prox | | 5/6/2009 | 973.13 | GM Mexico |
| IN | 246502 | Net 30th Prox | | 5/7/2009 | 756.83 | GM Mexico |
| IN | 246532 | Net 30th Prox | | 5/8/2009 | 216.65 | GM Mexico |
| IN | 246651 | Net 30th Prox | | 5/18/2009 | 2,321.04 | GM Mexico |
| IN | 246670 | Net 30th Prox | | 5/19/2009 | 929.87 | GM Mexico |
| IN | 246676 | Net 30th Prox | | 5/22/2009 | 87.54 | GM Mexico |
| IN | 246677 | Net 30th Prox | | 5/22/2009 | 988.04 | GM Mexico |
| IN | 246700 | Net 30th Prox | | 5/20/2009 | 764.12 | GM Mexico |
| IN | 246719 | Net 30th Prox | | 5/21/2009 | 929.87 | GM Mexico |
| IN | 246797 | Net 30th Prox | | 5/28/2009 | 43.26 | GM Mexico |
| | | | | | 12,935.30 | |

5
5903818_1.xls