Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Ph: (616) 752-2185
Fax: (616) 222-2185
gtoering@wnj.com
Attorney for Henkel Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x

In re

GENERAL MOTORS CORP., *et al.*,

Debtors.

------------------------------------------------------------- x

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

# EXHIBIT A

## TO

**LIMITED OBJECTION OF HENKEL CORPORATION TO THE DEBTORS' MOTION FOR SALE OF PROPERTY UNDER 363(b)/DEBTORS MOTION PURSUANT TO 11 U.S.C. §§ 105, 363(b), (f), (k), AND (m), AND 365 AND BANKRUPTCY RULES 2002, 6004, AND 6006 TO (I) APPROVE (A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND THE NOTICE OF FILING OF SCHEDULE OF CERTAIN DESIGNATED SUPPLIER AGREEMENTS AND CURE COSTS RELATED THERETO**

**Invoices missing for Cure List on Contract Notice Web Site**

| Invoice # | Date | Release | Amount |
|---|---|---|---|
| 9420999640 | 3/24/2009 | LTR43416 | $ 2,432.24 |
| 9420979323 | 3/3/2009 | TCS80681 | $ 1,250.00 |
| 9421006616 | 3/31/2009 | ARR60385 | $ 14,573.24 |
| 9421007149 | 3/31/2009 | LTR43441 | $ 2,766.68 |
| 9421007758 | 4/1/2009 | ARR60343 | $ 7,987.20 |
| 9421007759 | 4/1/2009 | ARR60378 | $ 14,786.88 |
| 9421009952 | 4/3/2009 | TCS80681 | $ 1,250.00 |
| 9421011704 | 4/6/2009 | LTR43442 | $ 13,332.00 |
| 9421012952 | 4/7/2009 | USR02779 | $ 3,332.16 |
| 9421012953 | 4/7/2009 | USR02779 | $ 833.04 |
| 9421013579 | 4/7/2009 | LTR43442 | $ 13,332.00 |
| 9421021198 | 4/15/2009 | ARR60378 | $ 1,401.92 |
| 9421031254 | 4/27/2009 | CAR72573 | $ 4,251.52 |
| 9421031255 | 4/27/2009 | CAR72649 | $ 196.70 |
| 9421036166 | 5/1/2009 | TCS80681 | $ 1,250.00 |
| 9421040587 | 5/6/2009 | 713928 | $ 5,715.09 |
| 9421043332 | 5/8/2009 | ARR60454 | $ 20,875.77 |
| 9421044713 | 5/11/2009 | ARR60454 | $ 32,825.72 |
| 9421044714 | 5/11/2009 | ARR60454 | $ 15,826.20 |
| 9421044979 | 5/11/2009 | ARR60454 | $ 5,381.46 |
| 9421045038 | 5/11/2009 | USR04173 | $ 21,186.00 |
| 9421047496 | 5/13/2009 | USR04173 | $ 21,186.00 |
| 9421047825 | 5/13/2009 | ARR60460 | $ 13,835.35 |
| 9421050951 | 5/18/2009 | 29HD0 | $ 2,900.86 |
| 9421053731 | 5/20/2009 | USR04638 | $ 6,308.64 |
| 9421053732 | 5/20/2009 | USR04638 | $ 2,102.88 |
| 9421053733 | 5/20/2009 | USR04638 | $ 1,401.92 |
| 9421055423 | 5/21/2009 | 29HD0 | $ 3,674.42 |
| 9421057856 | 5/26/2009 | LTR43757 | $ 5,210.49 |
| 9420952806 | 2/2/2009 | C15877 | $ 323.74 |
| 9421035711 | 4/30/2009 | C16015 | $ 978.03 |
| 9421037049 | 5/4/2009 | April Total Fluids Hamtramck | $ 19,421.85 |
| 9421042374 | 5/7/2009 | C16039 | $ 321.94 |
| 9421050929 | C16039 | C16044 | $ 485.19 |
| 9421054104 | 5/20/2009 | C16044 | $ 770.94 |
| 9421060673 | 5/28/2009 | C16056 | $ 774.19 |
| 9421062979 | 5/31/2009 | May Total Fluids Hamtramck | $ 15,062.60 |
| 9421046018 | 5/12/2009 | LAR30724 | $ 12,288.60 |
| 9420958280 | 2/6/2009 | BYD00003 | $ 1,311.04 |
| 9420966588 | 2/17/2009 | BTD0000B | $ 850.20 |
| 9421022733 | 4/16/2009 | BTD0000B | $ 425.10 |
| 9421041748 | 5/7/2009 | 973262 | $ 4,784.29 |
| 9420954822 | 2/4/2009 | WHR78764 | $ 399.04 |
| 9420954823 | 2/4/2009 | WHR78765 | $ 9,798.88 |
| 9421052517 | 5/19/2009 | WHR78835 | $ 399.04 |
| 174400 | 20090306 | OSHAWA O | $ 500.00 |
| 174563 | 20090318 | OSHAWA O | $ 2,850.00 |
| 174750 | 20090401 | OSHAWA O | $ 8,550.00 |
| 174799 | 20090406 | OSHAWA O | $ 354.24 |

| | | | |
|---|---|---|---:|
| 175114 | 20090430 LANSING CAR & BODY | $ | 76.14 |
| 175169 | 20090512 SATURN ORATION | $ | 1.46 |
| 175211 | 20090511 OSHAWA O | $ | 2,602.60 |
| 175215 | 20090507 OSHAWA O | $ | 2,907.00 |
| 175217 | 20090512 OSHAWA O | $ | 307.08 |
| 175257 | 20090512 OSHAWA O | $ | 185.13 |
| 175277 | 20090512 PARMA STMP | $ | 433.38 |
| 175280 | 20090512 FAIRFAX | $ | 825.60 |
| 175312 | 20090514 OSHAWA O | $ | 581.40 |
| 175338 | 20090515 OSHAWA O | $ | 581.40 |
| 175344 | 20090515 LANSING CAR & BODY | $ | 975.00 |
| 175417 | 20090521 OSHAWA O | $ | 548.64 |
| 175441 | 20090526 OSHAWA O | $ | 731.52 |
| 175442 | 20090529 OSHAWA O | $ | 307.08 |
| 175453 | 20090522 OSHAWA O | $ | 614.16 |
| 175497 | 20090528 OSHAWA O | $ | 672.84 |
| 175517 | 20090529 OSHAWA O | $ | 672.84 |
| 1748429 | 20090407 OSHAWA O | $ | 354.24 |
| 16400900 | 20070306 LORDSTOWN | $ | 1,589.67 |
| 16408900 | 20070309 LORDSTOWN | $ | 397.44 |
| 16434700 | 20070322 LORDSTOWN | $ | 1,987.20 |
| 16501700 | 20070430 LORDSTOWN | $ | 1,788.48 |
| 16522700 | 20070510 FLINT | $ | 567.60 |
| 16527200 | 20070515 FLINT | $ | 670.80 |
| 16528100 | 20070515 LORDSTOWN | $ | 198.72 |
| 16535700 | 20070517 LORDSTOWN | $ | 1,987.20 |
| 16593300 | 20070615 FLINT | $ | 2,104.32 |
| 16650400 | 20070724 FLINT | $ | 894.24 |
| 16654800 | 20070725 FLINT | $ | 836.00 |
| 16657700 | 20070727 FLINT | $ | 988.00 |
| 16723800 | 20070828 FLINT | $ | 912.00 |
| 16779600 | 20070925 FLINT | $ | 1,204.16 |
| 16882200 | 20080214 FLINT | $ | 103.20 |
| 16927100 | 20080307 FLINT | $ | 223.56 |
| 16927700 | 20080307 LORDSTOWN | $ | 1,490.40 |
| 16955700 | 20080321 LORDSTOWN | $ | 1,490.40 |
| 16961800 | 20080327 FLINT | $ | 361.20 |
| 16968900 | 20080401 FLINT | $ | 2,069.52 |
| 16994100 | 20080415 LORDSTOWN | $ | 1,192.32 |
| 17015100 | 20080430 LORDSTOWN | $ | 1,490.40 |
| 17025000 | 20080506 FLINT | $ | 49.42 |
| 17046300 | 20080519 FLINT | $ | 596.16 |
| 17048500 | 20080520 FLINT | $ | 1,032.00 |
| 17059000 | 20080529 LORDSTOWN | $ | 1,043.28 |
| 17060500 | 20080529 FLINT | $ | 894.24 |
| 17073500 | 20080604 LORDSTOWN | $ | 1,713.96 |
| 17097300 | 20080617 LORDSTOWN | $ | 1,490.40 |
| 17129400 | 20080711 FLINT | $ | 2,132.64 |
| 17138300 | 20080718 LORDSTOWN | $ | 1,266.84 |
| 17145400 | 20080722 LORDSTOWN | $ | 1,490.40 |
| 17177900 | 20080807 FLINT | $ | 1,152.24 |

| | | | |
|---|---|---|---:|
| 17185500 | 20080812 LORDSTOWN | $ | 1,490.40 |
| 17198600 | 20080819 FLINT | $ | 1,651.08 |
| 17204800 | 20080822 LORDSTOWN | $ | 1,490.40 |
| 17206300 | 20080825 FLINT | $ | 1,238.40 |
| 17215800 | 20080829 FLINT | $ | 2,608.20 |
| 17234800 | 20080910 LORDSTOWN | $ | 1,490.40 |
| 17235600 | 20080910 GENERAL MOTORS | $ | 722.40 |
| 17243300 | 20080916 GENERAL MOTORS | $ | 1,238.40 |
| 17254100 | 20080922 LORDSTOWN | $ | 1,490.40 |
| 17273500 | 20081003 LORDSTOWN | $ | 1,490.40 |
| 17283800 | 20081009 GENERAL MOTORS | $ | 499.20 |
| 17295700 | 20081017 LORDSTOWN | $ | 1,490.40 |
| 17319700 | 20081031 LORDSTOWN | $ | 1,490.40 |
| 17348000 | 20081120 GENERAL MOTORS | $ | 1,238.40 |
| 17352100 | 20081125 FLINT | $ | 2,264.40 |
| 17396700 | 20090129 FLINT | $ | 154.80 |
| 17402500 | 20090203 FLINT | $ | 156.98 |
| 17404900 | 20090206 FLINT | $ | 309.60 |
| 17405000 | 20090206 LORDSTOWN | $ | 1,490.40 |
| 17411900 | 20090212 LANSING CAR & BODY | $ | 690.00 |
| 17413800 | 20090217 GENERAL MOTORS | $ | 103.20 |
| 17445200 | 20090312 LORDSTOWN | $ | 1,490.40 |
| 17456900 | 20090319 OSHAWA O | $ | 177.41 |
| 17464900 | 20090324 OSHAWA O | $ | 177.41 |
| 17465900 | 20090325 OSHAWA O | $ | 88.70 |
| 17468800 | 20090327 OSHAWA O | $ | 88.70 |
| 17494000 | 20090417 FLINT | $ | 2,012.04 |
| 17498100 | 20090422 DETROIT HAMTRAMCK | $ | 39.66 |
| 17509500 | 20090429 GENERAL MOTORS | $ | 206.40 |
| 17513900 | 20090508 DETROIT HAMTRAMCK | $ | 80.64 |
| 17514400 | 20090504 WENTZVILLE | $ | 133.65 |
| 17514500 | 20090504 ARLINGTON | $ | 3,493.91 |
| 17514700 | 20090504 DETROIT HAMTRAMCK | $ | 326.70 |
| 17514800 | 20090504 GENERAL MOTORS | $ | 553.05 |
| 17514900 | 20090504 LORDSTOWN | $ | 620.44 |
| 17515200 | 20090504 FLINT | $ | 619.20 |
| 17515300 | 20090504 SATURN ORATION | $ | 182.75 |
| 17515400 | 20090504 LORDSTOWN | $ | 163.10 |
| 17515500 | 20090504 LORDSTOWN | $ | 1,715.32 |
| 17515900 | 20090506 PARMA STMP | $ | 758.42 |
| 17516000 | 20090506 WENTZVILLE | $ | 133.65 |
| 17517000 | 20090506 SATURN ORATION | $ | 2,310.60 |
| 17517100 | 20090506 DETROIT HAMTRAMCK | $ | 97.79 |
| 17517300 | 20090506 DETROIT HAMTRAMCK | $ | 326.70 |
| 17517400 | 20090506 DETROIT HAMTRAMCK | $ | 326.70 |
| 17517500 | 20090506 GENERAL MOTORS | $ | 490.05 |
| 17517600 | 20090506 GENERAL MOTORS | $ | 553.05 |
| 17517700 | 20090506 LORDSTOWN | $ | 163.10 |
| 17517800 | 20090506 LORDSTOWN | $ | 163.10 |
| 17517900 | 20090506 LORDSTOWN | $ | 620.44 |
| 17518100 | 20090506 LANSING CAR & BODY | $ | 589.31 |

| | | | |
|---|---|---|---:|
| 17518900 | 20090506 FAIRFAX | $ | 673.66 |
| 17519100 | 20090506 FAIRFAX | $ | 582.94 |
| 17519400 | 20090506 FAIRFAX | $ | 2,379.24 |
| 17519500 | 20090506 LORDSTOWN | $ | 1,257.27 |
| 17519600 | 20090506 LORDSTOWN | $ | 1,433.74 |
| 17519700 | 20090506 ARLINGTON | $ | 4,029.48 |
| 17519800 | 20090506 ARLINGTON | $ | 3,464.87 |
| 17521000 | 20090507 LORDSTOWN | $ | 1,750.29 |
| 17521300 | 20090512 LORDSTOWN | $ | 1,603.84 |
| 17521800 | 20090507 DETROIT HAMTRAMCK | $ | 435.60 |
| 17521900 | 20090508 DETROIT HAMTRAMCK | $ | 326.70 |
| 17522000 | 20090512 DETROIT HAMTRAMCK | $ | 326.70 |
| 17522100 | 20090507 ARLINGTON | $ | 4,318.56 |
| 17522200 | 20090508 ARLINGTON | $ | 3,699.22 |
| 17522300 | 20090512 ARLINGTON | $ | 2,851.05 |
| 17522400 | 20090507 LORDSTOWN | $ | 163.10 |
| 17522500 | 20090508 LORDSTOWN | $ | 163.10 |
| 17522600 | 20090507 LORDSTOWN | $ | 620.44 |
| 17522800 | 20090512 DETROIT HAMTRAMCK | $ | 481.47 |
| 17523000 | 20090507 GENERAL MOTORS | $ | 189.00 |
| 17523100 | 20090508 GENERAL MOTORS | $ | 854.10 |
| 17523200 | 20090512 GENERAL MOTORS | $ | 189.00 |
| 17523400 | 20090507 FAIRFAX | $ | 582.94 |
| 17523600 | 20090508 FAIRFAX | $ | 269.04 |
| 17523700 | 20090512 FAIRFAX | $ | 694.78 |
| 17523800 | 20090507 FAIRFAX | $ | 3,060.23 |
| 17523900 | 20090508 FAIRFAX | $ | 2,379.24 |
| 17524900 | 20090507 WENTZVILLE | $ | 133.65 |
| 17525300 | 20090512 WENTZVILLE | $ | 133.65 |
| 17525500 | 20090512 LORDSTOWN | $ | 163.10 |
| 17525600 | 20090512 FAIRFAX | $ | 205.20 |
| 17526200 | 20090512 DETROIT HAMTRAMCK | $ | 157.80 |
| 17526300 | 20090512 DETROIT HAMTRAMCK | $ | 326.70 |
| 17526400 | 20090512 FAIRFAX | $ | 2,379.24 |
| 17526500 | 20090512 GENERAL MOTORS | $ | 252.00 |
| 17526600 | 20090512 LORDSTOWN | $ | 620.44 |
| 17526900 | 20090512 GENERAL MOTORS | $ | 671.04 |
| 17527000 | 20090512 GENERAL MOTORS | $ | 183.74 |
| 17527100 | 20090512 SATURN ORATION | $ | 2,247.60 |
| 17527200 | 20090512 FAIRFAX | $ | 55.41 |
| 17527500 | 20090512 LORDSTOWN | $ | 919.37 |
| 17527600 | 20090512 FAIRFAX | $ | 918.46 |
| 17528100 | 20090513 WENTZVILLE | $ | 133.65 |
| 17528300 | 20090513 LORDSTOWN | $ | 384.79 |
| 17528400 | 20090513 DETROIT HAMTRAMCK | $ | 80.64 |
| 17528500 | 20090513 DETROIT HAMTRAMCK | $ | 217.80 |
| 17528600 | 20090513 FAIRFAX | $ | 111.84 |
| 17528700 | 20090513 GENERAL MOTORS | $ | 490.05 |
| 17530600 | 20090514 DETROIT HAMTRAMCK | $ | 174.57 |
| 17530700 | 20090514 DETROIT HAMTRAMCK | $ | 326.70 |
| 17530800 | 20090514 FAIRFAX | $ | 2,379.24 |

| | | | |
|---|---|---|---:|
| 17530900 | 20090514 FAIRFAX | $ | 582.94 |
| 17531000 | 20090514 LORDSTOWN | $ | 163.10 |
| 17531100 | 20090514 LORDSTOWN | $ | 620.44 |
| 17531500 | 20090514 DETROIT HAMTRAMCK | $ | 867.03 |
| 17531600 | 20090514 LANSING CAR & BODY | $ | 589.31 |
| 17531700 | 20090514 LORDSTOWN | $ | 1,911.28 |
| 17532100 | 20090514 WENTZVILLE | $ | 133.65 |
| 17532900 | 20090515 LORDSTOWN | $ | 1,442.85 |
| 17533000 | 20090515 DETROIT HAMTRAMCK | $ | 326.70 |
| 17533100 | 20090515 DETROIT HAMTRAMCK | $ | 867.03 |
| 17533200 | 20090515 FAIRFAX | $ | 2,379.24 |
| 17533300 | 20090515 FAIRFAX | $ | 694.78 |
| 17533400 | 20090515 FLINT | $ | 1,202.81 |
| 17533500 | 20090515 GENERAL MOTORS | $ | 728.10 |
| 17533600 | 20090515 LANSING CAR & BODY | $ | 241.43 |
| 17533700 | 20090515 LORDSTOWN | $ | 163.10 |
| 17534100 | 20090515 SATURN ORATION | $ | 2,579.70 |
| 17534300 | 20090518 WENTZVILLE | $ | 133.65 |
| 17534500 | 20090518 LORDSTOWN | $ | 1,078.38 |
| 17534600 | 20090518 DETROIT HAMTRAMCK | $ | 349.74 |
| 17534700 | 20090518 DETROIT HAMTRAMCK | $ | 326.70 |
| 17534800 | 20090518 FAIRFAX | $ | 2,379.24 |
| 17534900 | 20090518 FAIRFAX | $ | 694.78 |
| 17535000 | 20090518 GENERAL MOTORS | $ | 126.00 |
| 17535100 | 20090518 LORDSTOWN | $ | 163.10 |
| 17535200 | 20090518 LORDSTOWN | $ | 620.44 |
| 17535400 | 20090518 FAIRFAX | $ | 206.40 |
| 17535500 | 20090518 FAIRFAX | $ | 2,952.90 |
| 17535600 | 20090518 LANSING CAR & BODY | $ | 521.65 |
| 17536000 | 20090519 PARMA STMP | $ | 1,408.50 |
| 17536400 | 20090519 FAIRFAX | $ | 2,379.24 |
| 17536500 | 20090519 FAIRFAX | $ | 1,032.00 |
| 17536600 | 20090519 FAIRFAX | $ | 582.94 |
| 17536700 | 20090520 FAIRFAX | $ | 111.84 |
| 17536800 | 20090519 GENERAL MOTORS | $ | 252.00 |
| 17536900 | 20090520 GENERAL MOTORS | $ | 791.10 |
| 17537000 | 20090520 LORDSTOWN | $ | 163.10 |
| 17537100 | 20090520 LORDSTOWN | $ | 620.44 |
| 17537300 | 20090519 SATURN ORATION | $ | 2,247.60 |
| 17537500 | 20090520 FLINT | $ | 754.47 |
| 17537700 | 20090519 DETROIT HAMTRAMCK | $ | 125.97 |
| 17537800 | 20090519 LORDSTOWN | $ | 1,288.68 |
| 17537900 | 20090520 LORDSTOWN | $ | 523.49 |
| 17538000 | 20090519 DETROIT HAMTRAMCK | $ | 217.80 |
| 17538100 | 20090519 LANSING CAR & BODY | $ | 410.59 |
| 17538200 | 20090520 LANSING CAR & BODY | $ | 465.26 |
| 17538400 | 20090520 WENTZVILLE | $ | 133.65 |
| 17540900 | 20090521 DETROIT HAMTRAMCK | $ | 48.60 |
| 17541000 | 20090521 DETROIT HAMTRAMCK | $ | 108.90 |
| 17541300 | 20090521 FLINT | $ | 1,032.00 |
| 17541500 | 20090521 LANSING CAR & BODY | $ | 410.59 |

| | | | |
|---|---|---|---:|
| 17541600 | 20090522 | LANSING CAR & BODY | $ 408.87 |
| 17543000 | 20090521 | ARLINGTON | $ 663.25 |
| 17543100 | 20090521 | LORDSTOWN | $ 657.79 |
| 17543200 | 20090522 | LORDSTOWN | $ 44.59 |
| 17543700 | 20090521 | WENTZVILLE | $ 133.65 |
| 17543900 | 20090521 | DETROIT HAMTRAMCK | $ 103.20 |
| 17544000 | 20090526 | FAIRFAX | $ 825.60 |
| 17544500 | 20090522 | GENERAL MOTORS | $ 728.10 |
| 17549900 | 20090528 | LORDSTOWN | $ 170.10 |
| 64883900 | 20071106 | FLINT | $ 456.00 |
| 64888000 | 20071108 | FLINT | $ 447.12 |
| 64912100 | 20071119 | FLINT | $ 1,359.12 |
| 64924500 | 20071126 | LORDSTOWN | $ 4,024.08 |
| 64951900 | 20071206 | FLINT | $ 456.00 |
| 64956400 | 20071207 | LORDSTOWN | $ 1,117.80 |
| 64963500 | 20071214 | LORDSTOWN | $ 1,043.28 |
| 65026900 | 20080121 | LORDSTOWN | $ 1,490.40 |
| 42009H | 28-Apr-09 | DTB01085 | $ 116,749.17 |
| 42009A | 28-Apr-09 | ARB01115 | $ 205,390.86 |
| 52009H | 27-May-09 | DTB01085 | $ 122,259.89 |
| 52009A | 28-May-09 | ARB01115 | $ 178,334.94 |
| 52009W | 1-May-09 | WAB11705 | $ 294,628.27 |
| 52009D | 26-May-09 | PDB00713 | $ 176,649.07 |
| 52009S | 27-May-09 | PSB00797 | $ 133,604.09 |

**Total invoices not inclued in Cure Amount**          $ 1,750,688.61


Short payments due to disputed pricing
Have been working with GM Purchasing to resolve
Issue is still Pending
**Amounts associated with US Facilities (estimated)**          $ 144,000.00

| | |
|---|---:|
| Total additional amounts for Cure | $ 1,894,688.61 |
| Cure amount per Contract Notices Web site as of 6/12/09 | $ 1,018,187.82 |
| Total Amount needed to Cure with GM | **$ 2,912,876.43** |