IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :     Chapter 11
                                                    :
**GENERAL MOTORS CORPORATION**                      :
                                                    :     Case No. 09-50026 (REG)
        Debtor.                                     :
                                                    :     Jointly Administered
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that the firm listed below hereby appears as counsel for Triple Crown Services Company ("Triple Crown"), a creditor and party-in-interest under Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, and requests that all notices given or required to be given and all papers served or required to be served in these cases be given to and served on:

> David J. Baldwin, Esquire
> Theresa V. Brown-Edwards, Esquire
> R. Stephen McNeill, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> P.O. Box 951
> Wilmington, DE 19801
> (302) 984-6000 (Tel)
> (302) 658-1192 (Fax)
> dbaldwin@potteranderson.com
> tbrown-edwards@potteranderson.com
> rmcneill@potteranderson.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in this case, including Triple Crown with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by Triple Crown.

**PLEASE TAKE FURTHER NOTICE** that Triple Crown intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) the right of Triple Crown to have final orders in noncore matters entered only after _de novo_ review by a District Judge; (2) the right of Triple Crown to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) the right of Triple Crown to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Triple Crown is or may be entitled under agreements, in law, in

equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments Triple Crown expressly hereby preserves and asserts in these cases.

Dated: June 12, 2009

    POTTER ANDERSON & CORROON LLP

    By /s/ R. Stephen McNeill
    David J. Baldwin (DE Bar No. 1010)
    Theresa V. Brown-Edwards (DE Bar No. 4225)
    R. Stephen McNeill (DE Bar No. 5710)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    P.O. Box 951
    Wilmington, DE 19801
    Tel: (302) 984-6000
    Fax: (302) 658-1192

    Attorneys for Triple Crown Services Company