## CERTIFICATE OF SERVICE

I, David J. Baldwin, certify that I am not less than 18 years of age and that on this 12th day of June 2009, I caused a true and correct copy of the within **Notice of Appearance and Request for Service of All Notices and Documents** to be served via first class U.S. Mail, postage prepaid, upon the parties on the attached Service List.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 12, 2009

*/s/ David J. Baldwin*
David J. Baldwin