# GENERAL MOTORS CORPORATION
## 2002 SERVICE LIST
## CASE NO. 09-50026

(Citicorp USA Inc.)
Peter V. Pantaleo, Esquire
David J. Mack, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Email: ppantaleo@stblaw.com
dmack@stblaw.com

(Magna International Inc.)
Dawn R. Copley, Esquire
James A. Plemmons, Esquire
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
Email: dcopley@dickinsonwright.com
jplemmons2@dickinsonwright.com

(General Motors National Retiree Assoc.;
  Over The Hill Car People LLC)
Trent P. Cornell, Esquire
Jon D. Cohen, Esquire
Stahl Cowen Crowley Addis LLC
55 West Monroe Street, Suite 1200
Chicago, IL 60603
Email: tcornell@stahlcowen.com

(Delphi Corporation & Certain
  Subsidiaries & Affiliates)
John W. Butler, Jr., Esquire
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Email: jack.butler@skadden.com

(Magna International Inc.)
Kerry Masters Ewald, Esquire
Colleen M. Sweeney, Esquire
Dickinson Wright PLLC
424 Church Street, Suite 1401
Nashville, TN 37219
Email: kewald@dickinsonwright.com
csweeney@dickinsonwright.com

(WA Thomas Company; Specialty Engine
  Components LLC)
Richard W. Martinez, Esquire
Richard W. Martinez APLC
228 St. Charles Avenue, Suite 1310
New Orleans, LA 70130
Email: richardnotice@rwmaplc.com

(Delphi Corporation & Certain
  Subsidiaries & Affiliates)
Kayalyn A. Marafioti, Esquire
Gregory W. Fox, Esquire
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Email: kayalyn.marafioti@skadden.com
Gregory.fox@skadden.com

(United Steelworkers)
Suzanne Hepner, Esquire
Ryan J. Barbur, Esquire
Robert H. Stroup, Esquire
Levy Ratner PC
80 Eighth Avenue, 8th Floor
New York, NY 10011
Email: shepner@lrbpc.com
rbarbur@lrbpc.com
rstroup@lrbpc.com

(Hitachi Ltd.; Hitachi Automotive Products (USA) Inc.;
    Tokico (USA) Inc.; Hitachi Cable Indiana Inc.)
Paul J. Ricotta, Esquire
Mintz Levin Cohn Ferris Glovsky & Popeo PC
One Financial Center
Boston, MA 02111
Email: pricotta@mintz.com

(Spina Electric Company; Tenibac-Graphion Inc.)
Michael S. Leib, Esquire
Maddin Hauser Wartell Roth & Heller PC
28400 Northwestern Highway, 3rd Floor
Southfield, MI 48034
Email: msl@maddinhauser.com

(767 Fifth Partners LLC; BP/CGCenter I LLC)
Douglas B. Rosner, Esquire
Gregory O. Kaden, Esquire
Goulston & Storrs PC
400 Atlantic Avenue
Boston, MA 02110-3333

(Iron Mountain Information Management Inc.)
Frank F. McGinn, Esquire
Bartlett Hackett Feinberg PC
155 Federal Street, 9th Floor
Boston, MA 02110

Iron Mountain Information Management Inc.
475 Atlantic Avenue
Boston, MA 02111

(Arcadis US Inc.)
Gerard DiConza, Esquire
DiConza Law PC
630 Third Avenue, 7th Floor
New York, NY 10017
Email: gdiconza@dlawpc.com

Liesl Spangler, Associate Counsel
Arcadis US Inc.
630 Plaza Drive, Suite 100
Highlands Ranch, CO 80129
Email: Elizabeth.Spangler@arcadis-us.com

(Proposed Special Counsel to Debtors &
    Debtors-In-Possession)
Joseph R. Sgroi, Esquire
Robert B. Weiss, Esquire/Tricia A. Sherick, Esquire
Honigman Miller Schwartz & Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Email: jsgroi@honigman.com; rweiss@honigman.com
       tsherick@honigman.com

(All Asbestos Tort Claimants)
Thomas M. Wilson, Esquire
Kelley & Ferraro LLP
2200 Key Tower
127 Public Square
Cleveland, OH 44114

(PSEG Resources LLP)
Richard L. Epling, Esquire/Karen B. Dine, Esquire
Erica E. Carrig, Esquire
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4037
Email: Richard.epling@pillsburylaw.com
       karen.dine@pillsburylaw.com
       Erica.carrig@pillsburylaw.com

(Visteon Corporation; Sumitomo Electric Wiring Systems Inc.;
   Advics NA Inc.; Aisin Holdings of America Inc.; Yazaki
   NA Inc.; Dealer Services Group; Niles America Wintech;
   Yorozu America Corp.; Rhythm North America)
Michael C. Hammer, Esquire
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, MI 48104
Email: mchammer3@dickinsonwright.com

(Missouri Dept. of Revenue)
Steven A. Ginther, Special Asst. Atty. Gen'l.
General Counsel's Office
Bankruptcy Unit
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO 65105-0475
Email: sdnyecf@dor.mo.gov

(Superior Acquisition Inc. d/b/a Superior
   Electric Great Lakes Company)
David T. Lin, Esquire
Leslie J. Stein, Esquire
Seyburn Kahn Ginn Bess & Serlin PC
2000 Town Center, Suite 1500
Southfield, MI 48075
Email: dlin@seyburn.com
       lstein@seyburn.com

(The Timken Company; Superior
   Industries International Inc.)
James M. Sullivan, Esquire
Arent Fox LLP
1675 Broadway
New York, NY 10019
Email: Sullivan.james@arentfox.com

(Ad Hoc Committee of Asbestos Personal
   Injury Claimants)
Sander L. Esserman, Esquire/Peter C. D'Apice, Esquire
Jo E. Hartwick, Esquire/Jacob L. Newton, Esquire
Stutzman Bromberg Esserman & Plifka PC
2323 Bryan Street, Suite 2200
Dallas, TX 75201
Email: esserman@sbep-law.com

(PPG Industries Inc.)
Jeffrey N. Rich, Esquire
Eric T. Moser, Esquire
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022
Email: jeff.rich@klgates.com
       eric.moser@klgates.com

(Magna International Inc.; Johnson Controls Inc.)
Doron Yitzchaki, Esquire
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, MI 48104
Email: dyitzchaki@dickinsonwright.com

(State of Ohio, ex rel Richard Cordray,
   Attorney General)
Victoria D. Garry, Asst. Attorney General
Collections Enforcement
441 Vine Street, 1600 Carew Tower
Cincinnati, OH 45202
Email: victoria.garry@ohioattorneygeneral.gov

(The Royal Bank of Scotland PLC; ABN
   AMRO Bank NV; RBS Citizens NA)
Andrew Brozman, Esquire
Sarah Campbell, Esquire
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019-6131
Email: andrew.brozman@cliffordchance.com
       sarah.campbell@cliffordchance.com

(Saturn of Hempstead Inc.)
Russell P. McRory, Esquire, et al.
Robinson Brog Leinwant Green Genovese & Gluck PC
1345 Avenue of the Americas
New York, NY 10105
Email: rpm@robinsonbrog.com

(Toyota Tsusho Canada Inc.;
    Toyota Tsusho America Inc.)
Stuart A. Krause, Esquire
Bryan D. Leinbach, Esquire
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022
Email: skrause@zeklaw.com
         bleinbach@zeklaw.com

(Asbestos Tort Claimants)
Jeanette M. Gilbert, Esquire/Joseph F. Rice, Esquire
John A. Baden, IV, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Email: jgilbert@motleyrice.com
         jrice@motleyrice.com
         jbaden@motleyrice.com

(Panasonic Automotive Systems Co. of America,
    Div. Of Panasonic Corp. of NA, f/k/a
    Matsushita Electric Corp. of America)
Douglas L. Furth, Esquire
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue
New York, NY 10022
Email: dfurth@golenbock.com

(BP Canada Energy Marketing Corp.;
    BP Energy Company)
James S. Carr, Esquire
Jordan A. Bergman, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Email: KDWBankruptcyDepartment@kelleydrye.com

(Blue Cross Blue Shield of Michigan)
Joseph T. Moldovan, Esquire
Michael R. Dal Lago, Esquire
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022
Email: bankruptcy@morrisoncohen.com

(Harco Manufacturing Group LLC)
Ronald S. Pretekin, Esquire
Coolidge Wall Co. LPA
33 West First Street, Suite 600
Dayton, OH 45402
Email: pretekin@coollaw.com

(Panasonic Automotive Systems Co. of America,
    Div. Of Panasonic Corp. of NA, f/k/a
    Matsushita Electric Corp. of America)
Jonathan L. Flaxer, Esquire
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue
New York, NY 10022
Email: jflaer@golenbock.com

(Panasonic Automotive Systems Co. of America,
    Div. Of Panasonic Corp. of NA, f/k/a
    Matsushita Electric Corp. of America)
Anthony M. Vassalo, Esquire
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue
New York, NY 10022
Email: avassalo@golenbock.com

(Trico Products Corporation; PGW LLC)
Aaron L. Hammer, Esquire
Thomas R. Fawkes, Esquire
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606-6677
Email: ahammer@freebornpeters.com
         tfawkes@freebornpeters.com

(Blue Cross Blue Shield of Michigan)
Jeffrey Rumley, Esquire
Assistant General Counsel
Blue Cross & Blue Shield of Michigan
600 Lafayette East, Suite 1925
Detroit, MI 48226-2998
Email: JRumley@bcbsm.com

(Phillip Morris Capital Corporation & Certain
 Subsidiaries & Affiliates)
Richard G. Smolev, Esquire
Lauren Attard, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598
Email: rsmolev@kayescholer.com
        lattard@kayescholer.com

(DENSO International America Inc.;
 DENSO Sales California Inc.)
Marc E. Richards, Esquire
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174
Email: mrichards@blankrome.com

(Ad Hoc Committee of Consumer Victims)
Benjamin P. Deutsch, Esquire
Schnader Harrison Segal & Lewis LLP
140 Broadway, Suite 3100
New York, NY 10005-1101

(Ad Hoc Committee of Consumer Victims)
Barry E. Bressler, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

(Airgas Inc.)
Jonathan Hook, Esquire
Haynes & Boone LLP
1221 Avenue of the Americas, 26th Floor
New York, NY 10020
Email: jonathan.hook@haynesboone.com

(Airgas Inc.)
Patrick L. Hughes, Esquire
Peter C. Ruggero, Esquire
Haynes & Boone LLP
1221 McKinney, Suite 2100
Houston, TX 77010
Email: patrick.hughes@haynesboone.com
        peter.ruggero@haynesboone.com

David Boyle
Consultant to Airgas Legal Dept.
259 Radnor Chester Road
Radnor, PA 19087
Email: david.boyle@airgas.com

(Factory Motor Parts Corporation)
John R. McDonald, Esquire
Briggs & Morgan PA
2200 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
Email: JMcDonald@Briggs.com

(Factory Motor Parts Company)
Chester B. Salomon, Esquire
Becker Glynn Melamed & Muffly LLP
299 Park Avenue, 16th Floor
New York, NY 10171
Email: csalomon@beckerglynn.com

(General Motors Retirees Association)
Neil A. Goteiner, Esquire/Dean M. Gloster, Esquire
Nan E. Joesten, Esquire
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Email: ngoteiner@fbm.com

(Akebono Corporation (NA), et al.)
Brian H. Meldrum, Esquire
Stites & Harbison PLLC
400 W. Market Street, Suite 1600
Louisville, KY 40202
Email: bmeldrum@stites.com

(State Street Bank & Trust Company)
Scott K. Rutsky, Esquire
Adam T. Berkowitz, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
Email: srutsky@proskauer.com
          aberkowitz@proskauer.com

(Continental Tire NA Inc.; Continental Automotive Systems US Inc.; Temic Automotive of NA Inc.)
John T. Gregg, Esquire
Barnes & Thornburg LLP
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, MI 49503
Email: jgregg@btlaw.com

(Hoegh Autoliners AS; Heidtman Steel Products Inc.; Wayne Co. Treasurer; Oakland Co. Treasurer)
Richardo I. Kilpatrick, Esquire
Leonora K. Baughman, Esquire
Kilpatrick & Associates PC
903 N. Opdyke Road, Suite C
Auburn Hills, MI 48326
Email: ecf@kaalaw.com

(Leo Burnett Detroit Inc.; Starcom MediaVest Group Inc.; Digitas Inc.; Publicis Groupe Operating Divisions LLC; Martin Retail Group LLC; Manning Selvage & Lee Inc.; TMG Strategies LLC)
Adam L. Rosen, Esquire
SilvermanAcampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
Email: ARosen@SilvermanAcampora.com

(Leo Burnett Detroit Inc.; Starcom MediaVest Group Inc.; Digitas Inc.; Publicis Groupe Operating Divisions LLC; Martin Retail Group LLC; Mannin Selvage & Lee Inc.; TMG Strategies LLC)
Michael Dockterman, et al.
Wildman Harrold Allen & Dixon
225 W. Wacker Drive, Suite 3000
Chicago, IL 60606-1229
Email: dockterman@wildman.com

(Dallas County; Tarrant County)
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
Email: dallas.bankruptcy@publicans.com

(Verizon Communications Inc.)
Darryl S. Laddin, Esquire
Frank N. White, Esquire
Arnall Golden Gregory LLP
171 – 17th Street, NW, Suite 2100
Atlanta, GA 30363-1031
Email: dladdin@agg.com
          frank.white@agg.com

(Mitsubishi Electric Automotive America Inc.; Len Industries Inc.; Guardian Industries Corp.)
Scott A. Wolfson, Esquire
Bush Seyferth & Paige PLLC
3001 W. Big Beaver Road, Suite 600
Troy, MI 48084
Email: wolfson@bsplaw.com

(Dave Delaney's Columbia Buick-Pontiac-GMC Company LLC)
Thomas H. Curran, Esquire
Paul F. O'Donnell, III, Esquire
Jennifer V. Doran, Esquire
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA 02109
Email: tcurran@haslaw.com

(Elbar Industrial (Trading) Ltd. d/b/a Autocraft
 Industries UK, et al.; Rizza Chevrolet Inc.;
 Rizza Cadillac-Buick-Hummer Inc.)
Brian L. Shaw, Esquire
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654
Email: bshaw100@shawgussis.com

(Tennessee Dept. of Revenue)
Tennessee Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

(SKF USA Inc.; Pilkington NA Inc.; Urban
 Science Applications Inc.; Valeo Sylvania LLC)
Dennis S. Kayes, Esquire
Deborah Kovsky-Apap, Esquire
Pepper Hamilton LLP
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157
Email: kayesd@pepperlaw.com
       kovsky@pepperlaw.com

(SKF USA Inc.)
Henry J. Jaffe, Esquire
James C. Carignan, Esquire
1313 N. Market Street, Suite 5100
PO Box 1709
Wilmington, DE 19899-1709
Email: jaffeh@pepperlaw.com
       carignanj@pepperlaw.com

(Wilmington Trust Company)
David Feldman, Esquire
Matthew J. Williams, Esquire
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
Email: dfeldman@gibsondunn.com
       mjwilliams@gibsondunn.com

(Hirotec America & Certain Affiliates)
Ryan D. Heilman, Esquire
Schafer & Weiner PLLC
40950 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
Email: rheilman@schaferandweiner.com

(Siemens Product Lifecycle Management Systems Inc.)
Karel S. Karpe, Esquire
White & Williams LLP
One Penn Plaza, Suite 4110
New York, NY 10119
Email: karpek@whiteandwilliams.com

(USA & its agencies (collectively, the "Government")
 including US Dept. of the Treasury, EPA and IRS)
Lev L. Dassin, Acting US Attorney
David S. Jones, Asst. US Attorney, et al.
Southern District of NY
86 Chambers Street, 3rd Floor
New York, NY 10007
Email: david.jones6@usdoj.gov

(USA & its agencies (collectively, the "Government")
 including US Dept. of the Treasury, EPA and IRS)
John J. Rapisardi, Esquire
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Email: john.rapisardi@cwt.com

(Entergy Mississippi Inc.)
Alan H. Katz, Esquire
Assistant General Counsel
Entergy Services Inc.
639 Loyola Avenue, 26th Floor
New Orleans, LA 70113
Email: akatz@entergy.com

(Entergy Mississippi Inc.)
Eric Lopez Schnabel, Esquire
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177
Email: schnabel.eric@dorsey.com

(Certain Asbestos Claimants)
Alan R. Brayton, Esquire
Christina C. Skubic, Esquire
Matthew B. Lee, Esquire
Brayton Purcell LLP
222 Rush Landing Road
Novato, CA 94945
Email: bankruptcy.asbpo.asbdom@braytonlaw.com

(Visteon Corporation; Yazaki NA Inc.; Aisin Holdings
   of America Inc.; Advics NA Inc.; Sumitomo Electric Wiring
   Systems Inc.; Dealer Services Group; Yorozu America
   Corp.; Rhythm North America; Niles America Wintech)
James A. Plemmons, Esquire
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
Email: jplemmons2@dickinsonwright.com

(Dept. of Taxation & Finance of the State of NY)
Andrew M. Cuomo, Attorney General
Neal S. Mann, Asst. Attorney General
120 Broadway, 24th Floor
New York, NY 10271
Email: neal.mann@oag.state.ny.us

(Enterprise Rent-A-Car Company; Dana Holding Corp.)
Alan W. Kornberg, Esquire
Jonathan T. Koevary, Esquire
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Email: akornberg@paulweiss.com
       jkoevary@paulweiss.com

(Carrollton-Farmers Branch ISD; Lewisville ISD)
Andrea Sheehan, Esquire
Law Offices of Robert E. Luna PC
4411 N. Central Expressway
Dallas, TX 75205
Email: sheehan@txschoollaw.com

Cynthia Woodruff-Neer, General Counsel
Alpine Electronics of America Inc.
19145 Gramercy Place
Torrance, CA 90501-1162
Email: cwoodruff-neer@alpine-usa.com

(Affiliated Computer Services Inc.)
Larry A. Levick, Esquire
Singer & Levick PC
16200 Addison Road, Suite 140
Addison, TX 75001
Email: levick@singerlevick.com

(International Union, United Automobile, Aerospace &
   Agricultural Implement Workers of America ("UAW"))
Babette A. Ceccotti, Esquire
Cohen Weiss & Simon LLP
330 West 42nd Street
New York, NY 10036
Email: bceccotti@cwsny.com

(International Union, United Automobile,
   Aerospace & Agricultural Implement
   Workers of America ("UAW"))
Daniel W. Sherrick, Esquire
Niraj R. Ganatra, Esquire
Legal Dept. International Union, UAW
8000 East Jefferson Avenue
Detroit, MI 48214

(Deutsche Bank AG)
Robert M. Dombroff, Esquire
Jeffrey S. Sabin, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689
Email: robert.dombroff@bingham.com
jeffrey.sabin@bingham.com

(Dana Holding Corporation)
Alan W. Kornberg, Esquire
Rebecca R. Zubaty, Esquire
Ian J. Pohl, Esquire
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Email: akornberg@paulweiss.com
rzubaty@paulweiss.com
ipohl@paulweiss.com

(United Steelworkers)
David R. Jury, Esquire
Levy Ratner PC
Five Gateway Center, Suite 807
Pittsburgh, PA 15222
Email: djury@usw.org

(Rolls-Royce PLC; Rolls-Royce Corporation)
Harvey A. Strickon, Esquire
Paul Hastings Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022-3205
Email: harveystrickon@paulhastings.com

(Mike Barnard Chevrolet-Cadillac-Buick-Pontiac-GMC Inc.;
Bob Hastings Buick-GMC Inc.; Jim Barnard Chevrolet Inc.;
Saturn of Rochester Inc.; Team Chevrolet Inc.; The Valley
Cadillac Corp.)
John J. Aho, Esquire/William L. Kreienberg, Esquire
John R. Weider, Esquire/Ingrid Schumann Palermo, Esq.
Harter Secrest & Emery LLP
1600 Bausch & Lomb Place
Rochester, NY 14604
Email: jaho@hselaw.com; wkreienberg@hselaw.com
jweider@hselaw.com; ipalermo@hselaw.com

(International Union, United Automobile, Aerospace &
Agricultural Implement Workers of America)
James L. Bromley, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Email: jbromley@cgsh.com

Lisa Wurster
Dana Holding Corporation
4500 Dorr Street
Toledo, OH 43615
Email: lisa.wurster@dana.com

(Norfolk Southern Corporation; Norfolk Southern Railway)
David J. Baldwin, Esquire
Theresa V. Brown-Edwards, Esquire
R. Stephen McNeill, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
PO Box 951
Wilmington, DE 19801
Email: dbaldwin@potteranderson.com
tbrown-edwards@potteranderson.com
rmcneill@potteranderson.com

Michael E. Barnard, President
Mike Barnard Chevrolet-Cadillac-Buick-Pontiac-GMC Inc.
616 Thayer Road
Fairport, NY 14450

(Mike Barnard Chevrolet-Cadillac-Buick-Pontiac-
GMC Inc.; Bob Hastings Buick-GMC Inc.; Jim
Barnard Chevrolet Inc.; Saturn of Rochester Inc.;
Team Chevrolet Inc.; The Valley Cadillac Corp.)
Raymond L. Fink, Esquire
Harter Secrest & Emery LLP
Twelve Fountain Plaza, Suite 400
Buffalo, NY 14202-2293
Email: rfink@hselaw.com

David P. Stoetzel
Bob Hastings Buick-GMC Inc.
800 Panorama Trail South
Rochester, NY 14625

Allyn Barnard, President
Jim Barnard Chevrolet Inc.
7107 Buffalo Road
Churchville, NY 14428

David P. Stoetzel
Saturn of Rochester Inc.
770 Panorama Trail South
PO Box 25427
Rochester, NY 14625

Thomas Steigerwald, VP
Team Chevrolet Inc.
Route 16
Olean, NY 14760

Edward T. Meaghar, Jr., President
The Valley Cadillac Corporation
3100 Winton Road South
Rochester, NY 14623-2986

(JD Power & Associates)
David N. Crapo, Esquire
Gibbons PC
One Gateway Center
Newark, NJ 07102-5310
Email: dncrapo@gibbonslaw.com

(Gestamp Alabama LLC; Gestamp Mason LLC;
    Gestamp Mexico)
D. Christopher Carson, Esquire
Jennifer B. Kimble, Esquire
Burr & Forman LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Email: ccarson@burr.com
    jkimble@burr.com

(River Oaks L-M Inc.)
Michael S. Holmes, Esquire
Michael S. Holmes PC
8100 Washington Avenue, Suite 120
Houston, TX 77007
Email: msholmes@cowgillholmes.com

(Hankook Tire Co. Ltd.; Hankook Tire America Corp.)
Carren Shulman, Esquire/Seth Kim, Esquire
Rogert Zaitzeff, Esquire/Blanka K. Wolfe, Esquire
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York, NY 10112
Email: cshulman@sheppardmullin.com
    skim@sheppardmullin.com

(The Hertz Corporation)
Richard F. Hahn, Esquire
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Email: rfhahn@debevoise.com

(Parnassus Holdings II LLC; Platinum Equity
    Partners II LP)
David J. Karp, Esquire
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Email: david.karp@srz.com

(The Interpublic Group Of Companies
    Inc. & its subsidiaries)
Sean A. O'Neal, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Email: soneal@cgsh.com

(SAP America Inc.)
Kenneth J. Schweiker, Jr., Esquire
Brown & Connery LLP
6 N. Broad Street, Suite 100
Woodbury, NJ 08096
Email: kschweiker@brownconnery.com

(Raufoss Automotive Components Canada)
John S. Mairo, Esquire
Robert M. Schechter, Esquire
Porzio Brombert & Newman PC
100 Southgate Parkway
Morristown, NJ 07962
Email: jsmairo@pbnlaw.com
        rmschechter@pbnlaw.com

(ZF Friedrichshafen AG)
Thomas J. Schank, Esquire
John J. Hunter, Jr., Esquire
Hunter & Schank Co. LPA
One Canton Square
1700 Canton Avenue
Toledo, OH 43604
Email: tomschank@hunterschank.com
        jrhunter@hunterschank.com

(Harman Becker Automotive Systems Inc.
    & its Affiliated Companies)
Christopher J. Giaimo, Esquire
Jeffrey N. Rothl4eder, Esquire
Andrea Campbell, Esquire
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Email: giaimo.christopher@arentfox.com

(Emigrant Business Credit Corp.)
John F. Carberry, Esquire
Cummings & Lockwood LLC
Six Landmark Square
Stamford, CT 06901
Email: jcarberry@cl-law.com

(Int'l Union of Operating Engineers & its constituent
    locals IUOE 101, IUOE 18s & IUOE 832s)
Barbara S. Mehlsack, Esquire
Gorlick Kravitz & Listhaus PC
17 State Street, 4th Floor
New York, NY 10004
Email: bmehlsack@gkllaw.com

(Int'l Union of Operating Engineers & its constituent locals
    IUOE 101, IUOE 18s & IUOE 832s)
Richard Griffin, General Counsel
Int'l Union of Operating Engineers
1125 – 17th Street, NW
Washington, DC 20036
Email: rgriffin@iuoe.org

(D&J Automotive LLC)
Jean Winborne Boyles, Esquire
Johnson Hearn Vinegar Gee & Glass PLLC
PO Box 1776
Raleigh, NC 27602
Email: jboyles@jhvgglaw.com

(Computer Sciences Corporation)
Raymond J. Urbanik, Esquire
Munsch Hardt Kopf & Harr PC
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TN 75201-6659
Email: rurbanik@munsch.com

(The Board of Regents, University of Michigan)
Debra A. Kowich, Esquire
Office of the VP & General Counsel
The University of Michigan
503 Thompson Street, Room 5048
Ann Arbor, MI 48109-1340
Email: dkowich@umich.edu

(MAHLE Industries Inc.)
Gordon J. Toering, Esquire
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503
Email: gtoering@wnj.com

(SC Automobile Dealers Association)
William H. Short, Jr., Esquire
Haynsworth Sinkler Boyd PA
PO Box 11889
Columbia, SC 29211-1889
Email: bshort@hsblawfirm.com

(Sika Corporation)
Sam Della Fera, Jr., Esquire
Trenk DiPasquale Webster Della Fera & Sodono PC
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052
Email: sdellafera@trenklawfirm.com

(Magneti Marelli Powertrain USA LLC; Magneti Marelli NA Inc.; Automotive Lighting LLC; Automotive Lighting Rear Lamps Mexico S de RL CV)
William L. Rosin, Esquire
Kenneth A. Flaska, Esquire
Dawda Mann Mulcahy & Sadler PLC
39533 Woodward Avenue, Suite 200
Bloomfield Hills, MI 48304
Email: gm@dmms.com

(Vitec LLC)
Joseph M. Fischer, Esquire
Lawrence A. Lichtman, Esquire
Patrick J. Kukla, Esquire
Carson Fischer PLC
4111 Andover Road, West, 2nd Floor
Bloomfield Hills, MI 48302
Email: brch@carsonfischer.com
       brcy@carsonfischer.com

(Hagemeyer NA)
Cynthia Jordan Lowery, Esquire
Moore & Van Allen PLLC
40 Calhoun Street, Suite 300
PO Box 22828
Charleston, SC 29413-2828
Email: cynthialowery@mvalaw.com

(Serra Chevrolet & Birmingham Inc.)
Max A. Moseley, Esquire
Johnston Barton Proctor & Rose LLP
569 Brookwood Village, Suite 901
Birmingham, AL 35209
Email: mam@johnstonbarton.com

(Moody's Investors Service)
Christopher R. Belmonte, Esquire
Pamela A. Bosswick, Esquire
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169
Email: cbelmonte@ssbb.com
       pbosswick@ssbb.com

(Pension Benefit Guaranty Corporation)
Philip D. Anker, Esquire
Melanie J. Dritz, Esquire
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
Email: philip.anker@wilmerhale.com
         melanie.dritz@wilmerhale.com

(Pension Benefit Guaranty Corporation)
Dennis L. Jenkins, Esquire
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
Email: dennis.jenkins@wilmerhale.com

(Borg Warner Inc.)
Michael G. Cruse, Esquire
Warner Norcross & Judd LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
Email: mcruse@wnj.com

(Microsoft Corporation; Microsoft Licensing GP)
Joseph E. Shickich, Jr., Esquire
Riddell Williams PS
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Email: jschickich@riddellwilliams.com

(Allied Automotive Group Inc.; Allied Systems Ltd. LP; Transport Support LLC)
Brett D. Goodman, Esquire
Troutman Sanders LLP
405 Lexington Avenue
New York, NY 10174
Email: brett.goodman@troutmansanders.com

(Allied Automotive Group Inc.; Allied Systems Ltd. LP; Transport Support LLC)
Jeffrey W. Kelley, Esquire
Troutman Sanders LLP
600 Peachtree Street, NE, Suite 5200
Atlanta, GA 30308
Email: jeffrey.kelley@troutmansanders.com

(Texas Comptroller of Public Accounts)
Kimberly A. Walsh, Asst. Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548
Email: bk-kwalsh@oag.state.tx.us

(Charles Clark Chevrolet Co.; Tipotex Chevrolet Inc.; Knapp Chevrolet)
Robert L. Barrows, Esquire
Warren Drugan & Barrows PC
800 Broadway
San Antonio, TX 78215
Email: rbarrows@wdblaw.com
         rbarrows800@gmail.com

Charles Clark Chevrolet Co.
PO Box 520
McAllen, TX 78505-0520

Tipotex Chevrolet Inc.
1600 N. Expressway 77/83
Brownsville, TX 78521

Knapp Chevrolet
815 Houston Avenue
Houston, TX 77007

(Industry Canada)
Christopher F. Graham, Esquire
McKenna Long & Aldridge LLP
230 Park Avenue, Suite 1700
New York, NY 10169
Email: cgraham@mckennalong.com

Anne Boudreau
Legal Services
Industry Canada
235 Queen Street
Ottawa, ON K1A 0H5
CANADA
Email: anne.boudreau@ic.gc.ca

(Bridgestone Americas Tire Operations LLC)
Robert C. Goodrich, Jr., Esquire
Madison L. Martin, Esquire
Stites & Harbison PLLC
401 Commerce Street, Suite 1800
Nashville, TN 37219
Email: robert.goodrich@stites.com
       nashvillebankruptcyfilings@stites.com

(Bridgestone Americas Tire Operations LLC)
Stephen B. Selbst, Esquire
Paul Rubin, Esquire
Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016
Email: sselbst@herrick.com
       prubin@herrick.com

(Hess Corporation)
Gabriel Del Virginia, Esquire
Law Offices of Gabriel Del Virginia
641 Lexington Avenue, 21st Floor
New York, NY 10022
Email: gabriel.delvirginia@verizon.net

(Toyota Boshoku America Inc.)
Mary Joanne Dowd, Esquire
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Email: dowd.mary@arentfox.com

(JAC Products Inc.)
Jeffrey C. Hampton, Esquire
Adam H. Isenberg, Esquire
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelhpia, PA 19102
Email: jhampton@saul.com

Robert T. Smith, Esquire
CNI Enterprises Inc.
1451 East Lincoln Avenue
Madison Heights, MI 48071
Email: rsmith@cniinc.cc

(Lawrence Marshall Chevrolet II LLC)
William T. Green, III, Esquire
William T. Green, III PC
11 Greenway Plaza, Suite 2820
Houston, TX 77046

(Informal Group of Holders of GM Unsecured Notes)
Andrew N. Rosenberg, Esquire/Brian S. Hermann, Esquire
Margaret A. Phillips, Esquire/Matthew R. Scheck, Esquire
Paul Weis Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Email: arosenberg@paulweiss.com
        bhermann@paulweiss.com

(Export Development Canada)
Michael J. Edelman, Esquire
Michael L. Schein, Esquire
Erin Zavalkoff-Babej, Esquire
Vedder Price PC
1633 Broadway, 47th Floor
New York, NY  10019
Email: mjedelman@vedderprice.com
        mschein@vedderprice.com
        ezavalkoff-babej@vedderprice.com

(G-Tech Professional Staffing Inc.)
David A. Lerner, Esquire
Plunkett Cooney
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI  48304
Email: dlerner@plunkettcooney.com

(Worthington Industries; The Worthington Steel Co.; The Gerstenslager Co.; TWB Co. LLC; Worthington Specialty Processing)
Tiffany Strelow Cobb, Esquire
Vorys Sater Seymour & Pease LLP
52 E. Gay Street
Columbus, OH  43215
Email: tscobb@vorys.com

(SCI Ltd.)
Arthur J. Spector, Esquire
Berger Singerman PA
350 E. Las Olas Boulevard, 10th Floor
Fort Lauderdale, FL  33301
Email: aspector@bergersingerman.com

(Barnes Group Inc.)
Carol A. Felicetta, Esquire
Reid & Riege PC
195 Church Street
New Haven, CT  06510
Email: cfelicetta@reidandriege.com

(Class Representatives)
Hanan B. Kolko, Esquire
Meyer Suozzi English & Klein PC
1350 Broadway, Suite 501
PO Box 822
New York, NY  10018
Email: hkolko@msek.com

(Class Representatives)
Edward J. LoBello, Esquire/Alan E. Marder, Esquire
Jil Mazer-Marino, Esquire/Jennifer Christiano, Esquire
Meyer Suozzi English & Klein PC
990 Stewart Avenue, Suite 300
Garden City, NY  11530
Email: elobello@msek.com

(Class Representatives)
William T. Payne, Esquire, et al.
Stember Feinstein Doyle & Payne LLC
429 Forbes Avenue
Allegheny Building, 17th Floor
Pittsburgh, PA  15219
Email: wpayne@stemberfeinstein.com

PAC-919202v1 -