Deborah L. Fish (P36580)
ALLARD & FISH, P.C.
2600 Buhl Building
535 Griswold
Detroit, Michigan 48226
(313) 961-6141

*Counsel for Severstal North America, Inc.*

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: GENERAL MOTORS CORP., *et al.*, <br><br>Debtors. | Chapter 11 <br><br> Case No: 09-50026 (REG) <br><br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 10, 2009, copies of the Limited Objection of Severstal North America, Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto, were served upon the following entities via overnight courier:

| | |
|---|---|
| Diana G. Adams, Esq.<br>Office of the U.S. Trustee<br>for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Warren Command Center, Mailcode 480-206-114<br>General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025 |
| Harvey Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 |
| Matthew Feldman, Esq.<br>U.S. Department of Treasury<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, DC 20220 | Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 |

| | |
|---|---|
| Kenneth Eckstein, Esq. | Chambers Copy |
| Thomas Moers Mayer, Esq. | Hon. Robert E. Gerber |
| Kramer Levin Naftalis & Frankel LLP | United States Bankruptcy Court |
| 1177 Avenue of the Americas | Southern District of New York |
| New York, NY 10036 | One Bowling Green, Room 621 |
| | New York, NY 10004-1408 |

ALLARD & FISH, P.C.

/S/Regina Drouillard
535 Griswold
2600 Buhl Building
Detroit MI  48226
(313) 961-6141

Dated:  June 12, 2009
U:\34\699\GM\CoS.Obj.Mtn assume reject contracts.Severstal.doc

2