# EXHIBIT B

**CONVERGYS**
*Outthinking Outdoing*

**Customer Management Group, Inc**

**GM ONSTAR FINANCIAL SHARED SERVICES**
C/O OLIMPIC RECEIPTING
PO BOX 63490
PHOENIX, AZ 85082-3490

Inquiries:
For Billing Inquiries please call
(513) 784-5590

| INVOICE | |
|---|---|
| NUMBER: | 200905GMONCH01 |
| DATE: | 06/05/2009 |
| PAGE: | 1 of 1 |
| PERIOD ENDING: | 05/31/2009 |
| CUSTOMER ID: | 0990006393 |
| PAYMENT TERMS: | NET 30 |
| PURCHASE ORDER: | |

Wire:
BANK NAME: PNC BANK
COMPANY: CONVERGYS CMG
ABA: 043000096
ACCT: 1004387876

Remit:

Overnight:
PNC Bank (Lockbox 1450)
Highpoint Business Center
160 Hansen Court
WoodDale, IL 60191

| TOTAL DUE IN USD |
|---|
| $1,733,795.39 |

## GM Onstar - Charlotte

| Description | | | Volume | Rate | Amount |
|---|---|---|---|---|---|
| **GM Onstar - Charlotte** | | | | | |
| INBOUND PRICE/APPLIED SYSTEM HOUR | 106,667 | - 160,000 | 13,473.86 | 28.40 | $382,657.60 |
| TRAINING | | | 935.0611000 | 18.0000000 | $16,831.10 |
| INBOUND PRICE/HANDLED MINUTE - 75% | 6,400,000 | - 9,600,000 | 355,365.95 | 0.63 | $224,235.91 |
| INBOUND PRICE/HANDLED MINUTE - 85% | 6,400,000 | - 9,600,000 | 1,652,373.12 | 0.56 | $920,371.83 |
| INBOUND PRICE/APPLIED SYSTEM HOUR | 106,667 | - 160,000 | 3,375.84 | 30.30 | $102,288.03 |
| INCENTIVES AND BONUSES | | | | | $33,415.34 |
| PERFORMANCE LEVEL CREDITS | | | | | ($3,937.78) |
| OT HOURS | | | | | $40,837.81 |
| TEAM LEADER RATION : OVER 15 | | | 0.00 | 5,000.00 | $5,000.00 |
| HEADSETS | | | 420.00 | 5.00 | $2,100.00 |
| DRY ERASE BOARD REPLACEMENTS | | | | | $100.00 |
| **TOTAL** | | | | | **$1,723,899.84** |
| **REIMBURSABLE EXPENSES** | | | | | |
| REIMBURSABLE EXPENSES | | | | | $9,895.55 |
| **TOTAL** | | | | | **$9,895.55** |
| **TOTAL** | | | | | **$1,733,795.39** |

**CONVERGYS**
*Outthinking Outdoing*

**Customer Management Group, Inc**

**GM ONSTAR FINANCIAL SHARED SERVICES**
C/O OLIMPIC RECEIPTING
PO BOX 63490
PHOENIX, AZ 85082-3490

Inquiries:
For Billing Inquiries please call
(513) 784-5590

| | INVOICE |
|---|---|
| NUMBER: | 200905GMONMA01 |
| DATE: | 06/05/2009 |
| PAGE: | 1 of 1 |
| PERIOD ENDING: | 05/31/2009 |
| CUSTOMER ID: | 0990006393 |
| PAYMENT TERMS: | NET 30 |
| PURCHASE ORDER: | |

**Wire:**
BANK NAME: PNC BANK
COMPANY: CONVERGYS CMG
ABA: 043000096
ACCT: 1004387876

**Remit:**

**Overnight:**
PNC Bank (Lockbox 1450)
Highpoint Business Center
160 Hansen Court
WoodDale, IL 60191

| TOTAL DUE IN USD |
|---|
| $901,533.31 |

### GM Onstar - Makati

| Description | | | | Volume | Rate | Amount |
|---|---|---|---|---|---|---|
| **GM Onstar - Makati** | | | | | | |
| TRAINING | | | | 221.25 | 6.50 | $1,438.13 |
| INBOUND PRICE/HANDLED MINUTE | 6,400,000 | - | 9,600,000 | 92,742.73 | 0.31 | $28,750.25 |
| INBOUND PRICE/HANDLED MINUTE - 75% | 6,400,000 | - | 9,600,000 | 1,753,835.43 | 0.33 | $587,017.49 |
| INBOUND PRICE/HANDLED MINUTE - 80% | 6,400,000 | - | 9,600,000 | 551,079.43 | 0.31 | $173,437.37 |
| INBOUND PRICE/APPLIED SYSTEM HOUR | 106,667 | - | 160,000 | 5,984.13 | 15.14 | $90,599.73 |
| INCENTIVES AND BONUSES | | | | 594.47 | 1.00 | $594.47 |
| PERFORMANCE LEVEL CREDITS | | | | (4,051.46) | 1.00 | ($4,051.46) |
| OT HOURS | | | | 16,385.03 | 1.00 | $16,385.03 |
| OPT COORDINATOR | | | | | | $800.00 |
| HEADSETS | | | | 218.00 | 10.00 | $2,180.00 |
| CAN-8 SOLUTION | | | | | | $2,200.00 |
| POTS LINE | | | | | | $700.00 |
| IN COUNTRY TELEPHONES/VOICE MAIL | | | | | | $3,264.00 |
| CUSTOMER CARE TL | | | | | | $1,611.00 |
| CREDIT MEMO - SEAT CONFIGURATION FOR 36 SEATS | | | | | | ($5,472.00) |
| **TOTAL** | | | | | | **$899,454.01** |
| **REIMBURSABLE EXPENSES** | | | | | | |
| REIMBURSABLE EXPENSES | | | | | | $2,079.30 |
| **TOTAL** | | | | | | **$2,079.30** |
| **TOTAL** | | | | | | **$901,533.31** |

# CONVERGYS
*Outthinking Outdoing*

**Customer Management Group, Inc**

**GM ONSTAR FINANCIAL SHARED SERVICES**
C/O OLIMPIC RECEIPTING
PO BOX 63490
PHOENIX, AZ 85082-3490

**Inquiries:**
For Billing Inquiries please call
(513) 784-5590

| INVOICE | |
|---|---|
| NUMBER: | 200905GMONPO01 |
| DATE: | 06/05/2009 |
| PAGE: | 1 of 1 |
| PERIOD ENDING: | 05/31/2009 |
| CUSTOMER ID: | 0990006393 |
| PAYMENT TERMS: | NET 30 |
| PURCHASE ORDER: | |

**Wire:**
BANK NAME: PNC BANK
COMPANY: CONVERGYS CMG
ABA: 043000096
ACCT: 1004387876

**Remit:**

**Overnight:**
PNC Bank (Lockbox 1450)
Highpoint Business Center
160 Hansen Court
WoodDale, IL 60191

| TOTAL DUE IN USD |
|---|
| $1,246,722.87 |

## GM Onstar - Pontiac

| Description | | | | Volume | Rate | Amount |
|---|---|---|---|---|---|---|
| **GM Onstar - Pontiac** | | | | | | |
| TRAINING | | | | 75.00 | 18.00 | $1,350.00 |
| INBOUND PRICE/HANDLED MINUTE - 75% | 6,400,000 | - | 9,600,000 | 487,159.36 | 0.63 | $307,397.56 |
| INBOUND PRICE/HANDLED MINUTE - 80% | 6,400,000 | - | 9,600,000 | 236,611.99 | 0.59 | $140,074.30 |
| INBOUND PRICE/HANDLED MINUTE - 85% | 6,400,000 | - | 9,600,000 | 466,402.58 | 0.56 | $259,786.24 |
| INBOUND PRICE/APPLIED SYSTEM HOUR | 106,667 | - | 160,000 | 17,453.92 | 28.40 | $495,691.41 |
| INCENTIVES AND BONUSES | | | | | | $21,918.22 |
| OT HOURS | | | | 7,102.42 | 1.00 | $7,102.42 |
| DRY ERASE BOARD REPLACEMENTS | | | | | | $100.00 |
| REN CEN TEAM LEADER | | | | | | $5,000.00 |
| HEADSETS | | | | 381.00 | 5.00 | $1,905.00 |
| **TOTAL** | | | | | | **$1,240,325.15** |
| **REIMBURSABLE EXPENSES** | | | | | | |
| REIMBURSABLE EXPENSES | | | | | | $6,397.72 |
| **TOTAL** | | | | | | **$6,397.72** |
| **TOTAL** | | | | | | **$1,246,722.87** |