Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Ph: (616) 752-2185
Fax: (616) 222-2185
gtoering@wnj.com
Attorney for MAHLE Industries, Inc. and certain affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------ x
In re

GENERAL MOTORS CORP., *et al.*,

Debtors.

------------------------------------------------------ x

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

# EXHIBIT A

## TO

**LIMITED OBJECTION OF MAHLE INDUSTRIES, INC. AND CERTAIN AFFILIATES TO THE DEBTORS' MOTION FOR SALE OF PROPERTY UNDER 363(b)/DEBTORS MOTION PURSUANT TO 11 U.S.C. §§ 105, 363(b), (f), (k), AND (m), AND 365 AND BANKRUPTCY RULES 2002, 6004, AND 6006 TO (I) APPROVE (A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND THE NOTICE OF FILING OF SCHEDULE OF CERTAIN DESIGNATED SUPPLIER AGREEMENTS AND CURE COSTS RELATED THERETO**

| Duns Number | Location | Ship to GM USA | MAHLE Total Amount in USD* |
|---|---|---|---|
| | | **Total Due MAHLE USA to GM USA** | |
| 47427901 | Caldwell | CAL-7561 Bushings | $68,617 |
| 5515614 | St. Johns | STJ-7566 | $165,920 |
| | | **MEC Total*** | **$234,537** |
| 182014555 | Murfreesburo | MFSN-2401 Air Cleaners & Covers | $33,239 |
| 167155 | Grundy | MFSN-2402 Air Cleaners & Ducts | $464,310 |
| 135049802 | Winterset, Iowa | MFSN-2502 Fuel Systems | $71,000 |
| | | **MFSNA Total*** | **$568,549** |
| 96372883 | Morristown | MPD-1000 Pistons | $800,885 |
| 28436343 | Novi | Mahle Powertrain | $7,100 |
| 796466303 | Ann Arbor | Mahle Clevite | $6,895 |
| 149552718 | | Mahle Motor Sports | $13,191 |
| | | **Total USA to USA** | **$1,631,157** |
| | | **Total Due MAHLE Mexico to GM USA** | |
| 810006288 | Aguascalientes | AGU-3201 Rings | $158,155 |
| 813209723 | Lerma | CLE-3203 Bearings | $0 |
| 812323640 | Ramos Pistons | MIC-1050 Pistons | $2,177,391 |
| 812323640 | Ramos Pistons | MDM-3500 Pistons | $0 |
| 588264163 | Ramos Liners | SAT-3202 Liners | $150,106 |
| | | **MCM Total*** | **$2,485,652** |
| 812972958 | Santa Catarina | MFSM-2404 Air Cleaners | $385,113 |
| 812426294 | Puebla | MSF de Mexico | $0 |
| | | **MFSMex Total*** | **$385,113** |
| | | **Total Mexico to USA** | **$2,870,765** |
| | | **Total Due MAHLE Canada to GM USA** | |
| 243353070 | Tilbury | MFSC-2405 Filters | $723,814 |
| 243353070 | Tilbury | MFSC-2405 Filters Unpaid Tooling*** | $2,731,189 |
| 243367674 | Windsor | Mahle Filters Canada | $0 |
| | | **MFSC Total*** | **$3,455,003** |
| | | **NAFTA Total** | **$7,956,925** |

| Duns Number | Location | GIT & Other non-USA locations | |
|---|---|---|---|
| 9004698598 & 9071154561 | Sao Bernardo and Itajuba | Bearings, Bushings & Liners from Brazil** | $1,319,891 |
| 344180158 | Zell, Germany | Valves Seats & Guides from Germany | $35,524 |
| 971107438 | Rafaela, Argentina | Valves | $9,406 |
| | | **Non-NAFTA manufacturing Locations** | **$1,355,415** |

Winterset Tooling  $27,000
Bedford -Bay City Dispute  $148,678

**MAHLE CURE Amount Total  $9,488,018**