CHELI & LYSHAK, P.L.C.
Counsel to L+A Architects, Inc.
26154 Woodward Avenue
P.O. Box 1257
Royal Oak, Michigan 48068-1257
248.545.1700
Steven R. Pohl, Esq.

and

SANFORD P. ROSEN & ASSOCIATES, P.C.
Local Counsel to L+A Architects, Inc.
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             :
In re                                                        :
                                                             :    Chapter 11
General Motors Corp., *et al.*,                              :
                                                             :    Case No. 09-50026 (REG)
                                         Debtors.            :    (Jointly Administered)
------------------------------------------------------------ x


### LIMITED OBJECTION OF L+A ARCHITECTS, INC. TO DEBTORS' NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT OF <u>EXECUTORY CONTRACTS AND UNEXPIRED LEASES</u>

L+A Architects, Inc. ("**L & A**"), by its undersigned counsel, as and for its

objection to the proposed cure amount (the "**Cure Amount**") scheduled by the Debtors with

respect to its Assumable Executory Contracts, as such term is defined in the Notice of (I)

Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of

Personal Property, and Unexpired Leases of Nonresidential Real Property and (I) Cure Amounts

Related Thereto (the "**Notice**"), respectfully represents:

        1.     L & A is a non-debtor counterparty to an Assumable Executory Contract,

as such terms are defined in the Notice.

        2.     The Debtors' schedule of Assumable Executory Contract misstates the

Cure Amount with respect to L & A's Assumable Executory Contract.  L & A is actually due

$31,655.00.  Copies of L & A's April 30, 2009 and May 31, 2009 invoices and corresponding

billing summaries, which substantiate the amounts due are annexed hereto.

        3.     L & A objects to the assumption and assignment of its agreement unless

and until the correct Cure Amount of $31,655.00 is paid in full.

        WHEREFORE, L & A respectfully requests that the Court (a) condition any

assumption and assignment of its agreement with the Debtors on the payment in full of the

outstanding amount due under its agreements in compliance with section 365 of the Bankruptcy

Code and (b) grant it such other and further relief as the Court deems just and proper.

Dated: New York, New York
      June 12, 2009

                                  CHELI & LYSHAK, P.L.C.
                                  Counsel to L+A Architects, Inc.
                                  26154 Woodward Avenue
                                  P.O. Box 1257
                                  Royal Oak, Michigan 48068-1257
                                  248.545.1700
                                  Steven R. Pohl, Esq.

and

SANFORD P. ROSEN & ASSOCIATES, P.C.
Local Counsel to to L+A Architects, Inc.

By: /s/ Sanford P. Rosen
     Sanford P. Rosen

747 Third Avenue
New York, NY  10017-2803
(212) 223-1100



# L + A  ARCHITECTS,  INC.  A.I.A

April 30, 2009

REVISED INVOICE NO. 3438

(This invoice replaces invoice no. 3407, 3434, and 3435 as requested
on 6-1-09 per the direction of Erica Lowe with General Motors and
Bob Salenik with Saturn Corporation.)

GM Financial Shared Services
Acquisition Business Process
PO Box 63490
Phoenix, AZ 85082-3490

Attention:  Olympic Receipting

RE:    xSET/iSET Prototypes & RED2
       26-Digit Account Number: SD-8610-17503-09656-000-000-00000
       Release/Purchase Order Number: GMR90390
       Purchase Request Number: PR920038

For Architectural and Engineering Services in connection with RED 2 Saturn Retail
Facilities, SFE Compliance, Saturn xSET and Saturn iSET Development.

L + A Architects, Inc. Labor for the Months of
January, February, March, April 2009.......................................................................... $9,072.50

L + A Architects, Inc. Reimbursable Expenses / Fees for the Months of
January, February, March, April 2009...................................................................... $21,765.00

---

TOTAL AMOUNT DUE                                                          $30,837.50

---

The above charges cover work incurred by us for the months of January, February, March,
April 2009.

---

# L+A ARCHITECTS INCORPORATED

## GENERAL MOTORS
### Billing Summary

| | | |
|---|---|---|
| 1 Invoice # | 3436 | This Invoice Replaces Invoice No. 3407, 3434 and 3435 as requested on 6-1-09 per the direction of Erica Lowe with General Motors and Bob Salenik with Saturn Corporation. |
| 2 Invoice Date | 1-1-09 thru 4-30-09 | |
| 3 Job Reference | XSET/ISET Prototypes & RED2 | |
| 4 Job Requested by | Saturn Division Facility Image | |
| 5 Date Services | 1-1-09 thru 4-30-09 | |
| 6 26-Digit Account # | 60-8810-17603-00856-000-000-00000 | |
| 7 Purchase Request # | PR920038 | |
| 8 Release / Purchase Order # | GMR90390 | |

| Item Sequence | Item Identification | Description | Unit of Measure | Unit Cost | Quantity | Total |
|---|---|---|---|---|---|---|
| 11 | 1415-00MW | FACILITY SERVICES PROJECT MANAGER 1 | HOUR | $80.00 | 30.5 | $ 2,440.00 |
| 12 | 1415-00MX | FACILITY SERVICES ARCHITECT 1 | HOUR | $70.00 | 70 | $ 4,900.00 |
| 13 | 1415-00MY | FACILITY SERVICES ARCHITECT 2 | HOUR | $60.00 | 0 | $ - |
| 14 | 1415-00N0 | FACILITY SERVICES DESIGNER 1 | HOUR | $70.00 | 0 | $ - |
| 15 | 1415-00N1 | FACILITY SERVICES DESIGNER 2 | HOUR | $60.00 | 0 | $ - |
| 16 | 1415-00N2 | FACILITY SERVICES CADD OPERATOR 1 | HOUR | $50.00 | 0 | $ - |
| 17 | 1415-00N3 | FACILITY SERVICES CADD OPERATOR 2 | HOUR | $45.00 | 0 | $ - |
| 18 | 1415-00N4 | FACILITY SERVICES PROJECT COORDINATOR | HOUR | $46.00 | 38.5 | $ 1,732.50 |
| 19 | TRNG-TRVL 1294-09TN | FACILITY SERVICES TRAVEL & MISCELLANEOUS EXPENSES BILLED AT COST | UNIT | $1.00 | 21765 | $ 21,765.00 |
| | | **TOTAL INVOICE AMOUNT** | | | | $ 30,837.50 |

GM Approver: Bob Salenik / Erica Lowe

# L+A Architects, Inc.          Billing Summary

Invoice No.   **3438**  4/30/2009

|  | | | | | Client Project #: | Region: |
|---|---|---|---|---|---|---|
| **04130** | | SFE Compliance RED2, xSET, iSET, Signage | | | | |
|  | | Address/Cross Streets: | | | | |

**L+A Labor:**

| | | | | | |
|---|---|---|---|---|---|
| Greg Lautzenheiser | 301 | 3.00 hours @ $80.00 /hour | | $240.00 |
| Greg Lautzenheiser | 308 | 3.00 hours @ $80.00 /hour | | $240.00 |
| Greg Lautzenheiser | 401 | 19.00 hours @ $80.00 /hour | | $1,520.00 |
| Kari Tinkham | 301 | 32.00 hours @ $45.00 /hour | | $1,440.00 |
| Kari Tinkham | 836 | 4.50 hours @ $45.00 /hour | | $202.50 |
| Richard Burke | 301 | 10.00 hours @ $70.00 /hour | | $700.00 |
| Richard Burke | 308 | 5.50 hours @ $70.00 /hour | | $385.00 |
| Richard Burke | 713 | 10.00 hours @ $70.00 /hour | | $700.00 |
| Tamer Adman | 301 | 3.50 hours @ $70.00 /hour | | $245.00 |
| Tamer Adman | 308 | 44.50 hours @ $70.00 /hour | | $3,115.00 |
| Tamer Adman | 713 | 16.50 hours @ $70.00 /hour | | $1,155.00 |
| Labor Totals | | 151.50 | | $9,942.50 |

Project Total      $9,942.50

---

| | | | Client Project #: | Region: |
|---|---|---|---|---|
| **FL** | Kissimmee | | | |
| **07143** | Saturn of Osceola | | | |
| | Address/Cross Streets: | 2184 E. Irlo Bronson Mem. Hwy. | | |

**Reimbursables**

| | | |
|---|---|---|
| L+A iSET Fee | (iSET Preliminary Design) | $3,625.00 |
| Reimbursables Total | | $3,625.00 |

Project Total      $3,625.00

---

| | | | Client Project #: | Region: |
|---|---|---|---|---|
| **FL** | Panama City | | | |
| **07019** | Saturn of Gulf Coast | | | |
| | Address/Cross Streets: | | | |

**Reimbursables**

| | | |
|---|---|---|
| L+A iSET Fee | (iSET Preliminary Design) | $3,625.00 |
| L+A xSET Fee | (xSET Preliminary Design) | $10,875.00 |
| Reimbursables Total | | $14,500.00 |

Project Total      $14,500.00

# L+A Architects, Inc.        Billing Summary

Invoice No.    **3438**  4/30/2009

| NY | Roslyn | | | | Client Project #: | | Region: |
|----|--------|--|--|--|-------------------|--|---------|
| 08023-01 | Saturn of East Hills Roslyn (xSET) | | | | | | |
| | Address/Cross Streets:    1039 Northern Blvd. | | | | | | |

L+A Labor:

| | | | | | | |
|--|--|--|--|--|--|--|
| Carolyn Lautzenheis | 301 | 1.00 hours @ $45.00 /hour | | | | $45.00 |
| Greg Lautzenheiser | 301 | 3.50 hours @ $80.00 /hour | | | | $280.00 |
| Richard Burke | 301 | 2.50 hours @ $70.00 /hour | | | | $175.00 |
| Tamer Adman | 103 | 1.00 hours @ $70.00 /hour | | | | $70.00 |
| Tamer Adman | 401 | 3.50 hours @ $70.00 /hour | | | | $245.00 |
| Labor Totals | | 11.50 | | | | $815.00 |

Project Total $815.00

| NY | Roslyn | | | | Client Project #: | | Region: |
|----|--------|--|--|--|-------------------|--|---------|
| 08023-02 | Saturn of East Hills Roslyn (iSET) | | | | | | |
| | Address/Cross Streets:    1039 Northern Blvd. | | | | | | |

L+A Labor:

| | | | | | | |
|--|--|--|--|--|--|--|
| Tamer Adman | 401 | 1.00 hours @ $70.00 /hour | | | | $70.00 |
| Labor Totals | | 1.00 | | | | $70.00 |

Project Total $70.00

| VA | Alexandria | | | | Client Project #: | | Region: |
|----|------------|--|--|--|-------------------|--|---------|
| 08001-01 | Saturn of Alexandria (xSET) | | | | | | |
| | Address/Cross Streets:    499 S. Pickett St. | | | | | | |

L+A Labor:

| | | | | | | |
|--|--|--|--|--|--|--|
| Carolyn Lautzenheis | 301 | 1.00 hours @ $45.00 /hour | | | | $45.00 |
| Greg Lautzenheiser | 301 | 1.00 hours @ $80.00 /hour | | | | $80.00 |
| Richard Burke | 301 | 6.00 hours @ $70.00 /hour | | | | $420.00 |
| Richard Burke | 303 | 6.00 hours @ $70.00 /hour | | | | $420.00 |
| Richard Burke | 308 | 6.00 hours @ $70.00 /hour | | | | $420.00 |
| Labor Totals | | 20.00 | | | | $1,385.00 |

Project Total $1,385.00

| VA | Alexandria | | | | Client Project #: | | Region: |
|----|------------|--|--|--|-------------------|--|---------|
| 08001-02 | Saturn of Alexandria (iSET) | | | | | | |
| | Address/Cross Streets:    499 S. Pickett St. | | | | | | |

L+A Labor:

| | | | | | | |
|--|--|--|--|--|--|--|
| Greg Lautzenheiser | 301 | 1.00 hours @ $80.00 /hour | | | | $80.00 |
| Richard Burke | 303 | 6.00 hours @ $70.00 /hour | | | | $420.00 |
| Labor Totals | | 7.00 | | | | $500.00 |

Project Total $500.00

# SATURN CORPORATION

Invoice Number: 3438
Invoice Date: 30-Apr-09

INVOICE FOR PROFESSIONAL SERVICES IN
January 1, 2009 thru April 30, 2009

| Job Name | ST | City | L-A Proj# | LABOR HOURS (A) | LABOR COST (B) | REIMBURSABLE EXPENSES | | | | | EXPENSE COST | CONSULTANT | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Printing | Shipping | Travel | Fees | Phone | | | |
| SFE Compliance RED2, (xSET, SET, Signage) | | | 04130 | 125.00 | $8,157.50 | | | | 1,785.00 | | $1,785.00 | | $9,942.50 |
| Saturn of Osceola (xSET Fee) | FL | Kissimmee | 07143 | | | | | | 3,625.00 | | $3,625.00 | | $3,625.00 |
| Saturn of Gulf Coast (xSET & iSET Fee) | FL | Panama City | 07019 | | | | | | $14,500.00 | | $14,500.00 | | $14,500.00 |
| Saturn of East Hills Roslyn (xiSET) | NY | Roslyn | 08023-01 | 9.00 | $540.00 | | | | $575.00 | | $175.00 | | $815.00 |
| Saturn of East Hills Roslyn (iSET) | NY | Roslyn | 08023-02 | 1.00 | $70.00 | | | | | | | | $70.00 |
| Saturn of Alexandria (xSET) | VA | Alexandria | 08001-01 | 2.00 | $125.00 | | | | $1,260.00 | | $1,260.00 | | $1,385.00 |
| Saturn of Alexandria (iSET) | VA | Alexandria | 08001-02 | 1.00 | $80.00 | | | | $420.00 | | $420.00 | | $500.00 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| TOTAL INVOICED | | | | 139.00 | $9,072.50 | $ - | $ - | $ - | $ 21,765.00 | $ - | $19,980.00 | | $30,837.50 |



# L + A  ARCHITECTS,  INC.  A.I.A

May 31, 2009

**INVOICE NO. 3441**

GM Financial Shared Services
Acquisition Business Process
PO Box 63490
Phoenix, AZ 85082-3490

Attention:  Olympic Receipting

RE:   xSET/iSET Prototypes & RED2
        26-Digit Account Number: SD-8610-17503-09656-000-000-00000
        Purchase Order Number: GMR85072
        Purchase Request Number: PR920038

For Architectural and Engineering Services in connection with RED 2 Saturn Retail
Facilities, SFE Compliance, Saturn xSET and Saturn iSET Development.

L + A Architects, Inc. Labor for the Month of May 2009 ................................................ $817.50

TOTAL AMOUNT DUE                                                    $817.50

The above charges cover work incurred by us for the month of May 2009.

RE:    **LABOR BREAKDOWN**
**INVOICE NO. 3441**
**May 2009**


Greg Lautzenheiser (Project Manager I) 1.50 hours @ $80.00/hour...................... $120.00

Richard Burke (Senior Designer I) 7.50 hours @ $70.00/hour ............................... $525.00

Tamer Adman (Architect I) 1.50 hours @ $70.00/hour ......................................... $105.00

Kari Tinkham (Project Coordinator) 1.50 hours @ $45.00/hour ...............................$67.50


**TOTAL LABOR for May 2009 12.00 hours ........................................................... $817.50**

# L+A ARCHITECTS
# INCORPORATED

GENERAL MOTORS
Billing Summary

| | | |
|---|---|---|
| 1 Invoice # | 3441 |
| 2 Invoice Date | 5/31/2009 |
| 3 Job Reference | xSET/iSET Prototypes & RED2 |
| 4 Job Requested by | Saturn Division Facility Image |
| 5 Date Services | May 2009 |
| 6 26-Digit Account # | SD-8810-17503-09656-000-000-00000 |
| 7 Purchase Request # | PR820038 |
| 8 Release / Purchase Order # | GMR85072 |

| Item Sequence | Item Identification | Description | Unit of Measure | Unit Cost | Quantity | Total |
|---|---|---|---|---|---|---|
| 11 | 1415-00MW | FACILITY SERVICES PROJECT MANAGER 1 | HOUR | $80.00 | 1.5 | $ 120.00 |
| 12 | 1415-00MX | FACILITY SERVICES ARCHITECT 1 | HOUR | $70.00 | 1.5 | $ 105.00 |
| 13 | 1415-00MY | FACILITY SERVICES ARCHITECT 2 | HOUR | $60.00 | 0 | $ - |
| 14 | 1415-00N0 | FACILITY SERVICES DESIGNER 1 | HOUR | $70.00 | 7.5 | $ 525.00 |
| 15 | 1415-00N1 | FACILITY SERVICES DESIGNER 2 | HOUR | $60.00 | 0 | $ - |
| 16 | 1415-00N2 | FACILITY SERVICES CADD OPERATOR 1 | HOUR | $50.00 | 0 | $ - |
| 17 | 1415-00N3 | FACILITY SERVICES CADD OPERATOR 2 | HOUR | $45.00 | 0 | $ - |
| 18 | 1415-00N4 | FACILITY SERVICES PROJECT COORDINATOR | HOUR | $45.00 | 1.5 | $ 67.50 |
| 19 | TRNG-TRVL 1294-09TN | FACILITY SERVICES TRAVEL & MISCELLANEOUS EXPENSES BILLED AT COST | UNIT | $1.00 | 0 | $ - |
| | | **TOTAL INVOICE AMOUNT** | | | | $ 817.50 |

**SATURN CORPORATION**

Invoice Number:
Invoice Date:

**3441**
**31-May-09**

INVOICE FOR PROFESSIONAL SERVICES IN
May-09

| Job Name | ST | City | L+A Proj.# | LABOR HOURS (A) | LABOR COST (B) | Printing | Shipping | Travel | Fees | Phone | EXPENSE COST | CONSULTANT | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SFE Compliance RED2, xSET, tSET, Signage | | | 04130 | 12.00 | $817.50 | | | | | | | | $817.50 |
| **TOTAL INVOICED** | | | | 12.00 | $817.50 | $ - | $ - | $ - | $ - | $ - | | | $817.50 |

INVOICE 3441 (5-09) - SATURN.xls

1 of 1

SATURN CORPORATION

Invoice Number: **3441**
Invoice Date: 31-May-09

### INVOICE FOR PROFESSIONAL SERVICES IN May-09

| ST | City | L+A Proj.# | Lautzenheiser, Greg<br>Project Manager I | Burke, Richard<br>Senior Designer I | Adman, Tamer<br>Architect I | Tinkham, Kari<br>Project Coordinator | TOTAL HOURS (A) | LABOR COST (B) |
|---|---|---|---|---|---|---|---|---|
| | | 04130 | 1.50 | 7.50 | 1.50 | 1.50 | 12.00 | $817.50 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL HOURS | | | 1.50 | 7.50 | 1.50 | 1.50 | 12.00 | |
| INVOICED RATE | | | $80.00 | $70.00 | $70.00 | $45.00 | | |
| TOTAL INVOICED | | | $ 120.00 | $ 525.00 | $ 105.00 | $ 67.50 | | $817.50 |

INVOICE 3441 (5-09) - SATURN.xls

# L+A Architects, Inc.          Billing Summary

Invoice No.    **3441** 5/31/2009

|  |  |  |  | Client Project #: | Region: |
|---|---|---|---|---|---|
| 04130 | SFE Compliance RED2, xSET, iSET, Signage | | | | |
|  | Address/Cross Streets: | | | | |

L+A Labor:

| Name | | Hours | | Amount |
|---|---|---|---|---|
| Greg Lautzenheiser | 301 | 1.50 hours @ $80.00 /hour | . . . . . . . . . . . . . . . . . . . . . . . . | $120.00 |
| Kari Tinkham | 301 | 1.50 hours @ $45.00 /hour | . . . . . . . . . . . . . . . . . . . . . . . . | $67.50 |
| Richard Burke | 301 | 7.50 hours @ $70.00 /hour | . . . . . . . . . . . . . . . . . . . . . . . . | $525.00 |
| Tamer Adman | 401 | 1.50 hours @ $70.00 /hour | . . . . . . . . . . . . . . . . . . . . . . . . | $105.00 |
| Labor Totals | | 12.00 | | $817.50 |

Project Total                                                                    $817.50