**UNITES STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 09-50026 REG** |
| | ) | |
| **General Motors Corp., et al.,** | ) | |
| | ) | **Chapter 11** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |

### MOTION FOR ADMISSION FOR
### MARVIN E. CLEMENTS, JR TO PRACTICE, *Pro Hac Vice*

    I, Marvin E. Clements, Jr., a member in good standing of the bar in the State of Tennessee and the bar for the U.S. District Court for the Eastern, Western, and Middle Districts of Tennessee, request admission, *pro hac vice,* before the Honorable Judge Gropper to represent the Tennessee Division of Consumer Affairs, a creditor in the above referenced case. I agree to pay the fee of $25 upon approval by this Court of admission to practice, *pro hac vice.*

                                     /s/ Marvin E. Clements, Jr._____
                                     MARVIN E. CLEMENTS, JR. BPR.016031
                                     Assistant Attorney General
                                     Bankruptcy Division
                                     Office of the Tennessee Attorney General
                                     PO Box 20207
                                     Nashville, Tennessee 37202-0207
                                     (615) 741-1935
                                     ICTNNewYork@ag.tn.gov

Dated: June 12, 2009

**ORDERED,**

That Marvin E. Clements Jr., Esq. is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____     _____
                                              UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

I, Marvin E. Clements, Jr., certify that on June 12, 2009, a true and exact copy of this Motion for Admission to Practice *pro hac vice* was deposited in the United States mail, first class, postage prepaid, to the parties set out below.

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004
Attn: Chamber of the Honorable Allan L. Gropper


Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
U.S. Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004


/s/ Marvin E. Clements, Jr.___
MARVIN E. CLEMENTS, JR.

**UNITES STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | Case No. 09-50026 REG |
| | ) | |
| **General Motors Corp., et al.,** | ) | |
| | ) | **Chapter 11** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |

**ORDER GRANTING MOTION FOR ADMISSION FOR**
**MARVIN E. CLEMENTS, JR. TO PRACTICE *PRO HAC VICE***

**ORDERED**, that Marvin E. Clements, Jr., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:
New York, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE