**Robert R. Ross (TN#021340)** *pro hac vice*
**FEDERAL EXPRESS CORPORATION**
**3620 Hacks Cross Road**
**Building B—2nd Floor**
**Memphis, TN 38125**
**Telephone:     901-434-8369**
**Facsimile:      901-434-4523**
rrross@fedex.com

**Attorney for Federal Express Corporation**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

**In re:**

| | |
|---|---|
| **GENERAL MOTORS CORP.,** *et al.* | **Chapter 11 Case No.** |
| | **09-50026 (REG)** |
| | |
| | **(Jointly Administered)** |
| **Debtors.** | |

-------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICE

**PLEASE TAKE NOTICE** that Robert R. Ross of FEDERAL EXPRESS CORPORATION enters his appearance in the above proceeding on behalf of Federal Express Corporation and its affiliated companies as a creditor and part in interest and, pursuant to the Bankruptcy Rules and the Bankruptcy Code hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned through an e-filing using my e-mail address set forth below, and that the undersigned be added to the official address matrix maintained in this proceeding by the Clerk of the Court as follows:

        Robert R. Ross
        FEDERAL EXPRESS CORPORATION
        3620 Hacks Cross Road
        Building B—2nd Floor
        Memphis, Tennessee 38125-8800
        901-434-8369 Telephone
        901-434-4523 Facsimile
        rrross@fedex.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bankruptcy Code the foregoing request includes not only the notices and appearances referred to in the Bankruptcy Rules, but also includes without limitation, notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by the Court's ECF-filing system, mail, delivery, facsimile or otherwise which seeks to affect in any way the rights or interests of Federal Express Corporation or its affiliated companies.

        Respectfully submitted,

Dated:  June 12, 2009
Memphis, Tennessee        /s/ Robert R. Ross
        Robert R. Ross
        FEDERAL EXPRESS CORPORATION
        3620 Hacks Cross Road
        Building B—2nd Floor
        Memphis, Tennessee 38125
        901-434-8369  Telephone
        901-434-4523  Facsimile
        **rrross@fedex.com**  e-mail address