James A. Plemmons (*pro hac vice*)
Michael C. Hammer (*pro hac vice*)
DICKINSON WRIGHT PLLC
500 Woodward Ave., Suite 4000
Detroit, MI 48226
Tel: (313) 223-3500

Attorneys for Automatic Data Processing, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
|  | : | Chapter 11 |
| In re: | : | |
|  | : | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP., *et al.*, | : | |
|  | : | (Jointly Administered) |
| Debtors. | : | |
-------------------------------------------------------------x

**AUTOMATIC DATA PROCESSING, INC.'S LIMITED OBJECTION TO DEBTORS'
MOTION PURSUANT TO 11 U.S.C. § § 105, 363(B), (F), (K) AND (M), AND 365 AND
FED. R. BANKR. P. 2002, 6004 AND 6006, TO (I) APPROVE (A) THE SALE
PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH
VEHICLE ACQUISITION HOLDINGS, LLC, A U.S. TREASURY-SPONSORED
PURCHASER, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND
OTHER INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN
EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) OTHER RELIEF;
AND (II) SCHEDULE SALE APPROVAL HEARING**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

        Automatic Data Processing, Inc., on behalf of itself and its subsidiaries, affiliates and

related entities (collectively, "ADP"), through its attorneys, Dickinson Wright PLLC, states as

follows for its Objection:

        1.        On June 1, 2009, Debtors filed their *Motion Pursuant to 11 U.S.C. § § 105,*

*363(b), (f), (k) and (m), and 365 and Fed. R. Bankr. P. 2002, 6004 and 6006, to (I) Approve (A)*

*the Sale Pursuant to the Master Sale and Purchase Agreement With Vehicle Acquisition*

*Holdings, LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims,*

Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Hearing (the "Assumption Motion").

2.        On June 2, 2009, this Court entered its *Order Pursuant to 11 U.S.C. § § 105, 363, and 365 and Fed. R. Bankr. P. 2002, 6004 and 6006 (I) Approving Procedures For Sale of Debtors' Assets Pursuant to Master Sale and Purchase Agreement With Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline and Sale Hearing Date; (III) Establishing Assumption and Assignment Procedures; and (IV) Fixing Notice Procedures and Approving Form of Noti*ce (the "Order").

3.        The Order established certain procedures pursuant to which the Debtors were to give affected parties notice that Debtors intended to assume their executory contracts and/or unexpired leases, as well as the amounts that the Debtors believed were required to "cure" defaults under those contracts and leases as required by 11 U.S.C. § 365(b) (the "Cure Procedures").

4.        On June 5, 2009, in accordance with the Cure Procedures, the Debtors filed and served their *Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* (the "Cure Notice").  The Cure Notice advised that the Debtors maintained a secure website that contained information about contracts to be assumed and cure amounts that the Debtors believe will satisfy their obligations under 11 U.S.C. § 365(b).

5.        The secured website provided that Debtors intended to assume contracts for data processing services for GM and GM dealers (the "Executory Contracts") and tender a cure amount of $666,594 (the "Debtors' Cure Amount") to ADP.

6.      Although ADP does not object to the assumption of the Executory Contracts *per se*, ADP objects to the Debtors' Cure Amount.

7.      In fact, the amount required to pay the balance of the Executory Contracts and to cure defaults is no less than $5,273,490.  Detail and support for this cure amount is provided in **Exhibit A**, attached.   In addition, the cure amount must include all accrued, non-defaulted obligations and any other amount due through the Assumption Effective Date.

8.      ADP objects to the assumption and assignment of the Executory Contracts unless Debtors pay the amount of no less than $5,273,490 and provide adequate assurance of future performance.[1]

**WHEREFORE** ADP respectfully requests that this Court find that the amount required to cure the existing defaults under the Executory Contracts is no less than $5,273,490 and deny the Debtors' assumption and assignment of the Executory Contracts unless this cure amount is promptly paid to ADP.

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: /s/  Michael C. Hammer
James A. Plemmons (*pro hac vice*)
Michael C. Hammer (*pro hac vice*)
500 Woodward Ave., Suite 4000
Detroit, MI 48226
Tel: (313) 223-3500
Email: jplemmons@dickinsonwright.com
Email: mhammer@dickinsonwright.com

Attorneys for Automatic Data Processing, Inc.

---

[1]   To the extent Debtors argue that ADP's claims are subject to the cure dispute resolution process, ADP objects that the Debtors should not have the right to determine unilaterally and without a strict deadline whether a given dispute is subject to alternative dispute resolution procedures, as this would allow Debtors to delay cure proceedings indefinitely.

Dated: June 2, 2009

## Contracts to Assume and Assign

| User | ROW ID | GM Contract ID | | Milestone | AR as of 5/31/09: | May billing, sent in June | Service by 5/31/09, sent in June | Total Due as of 5/31/09 |
|---|---|---|---|---|---|---|---|---|
| **ADP DEALER SERVICES AMOUNTS SHOULD BE ON GM CURE LIST AS OF 5/31/09 SERVICES:** | | | | | | | | |
| Amy9Q0vf | 5716-00039713 | GMS30839 | PWB Materials Returns & Claims - CA 025 - PDA 6.09 (Line Seq 001) | | 0 | 0 | 0 | 0 |
| Amy9Q0vf | | 01B01139 | CarInk | | 16,400 | | | 16,400 |
| Amy9Q0vf | 5716-00048807 | 01S54782 | CarInk | | | | | |
| Amy9Q0vf | 5716-00048808 | GMS28311 | Vehicle Invoice - PDA 09.04 (Line Seq 001) | Detail Design | | 146,820 | 122,350 | 269,170 |
| Amy9Q0vf | 5716-00048810 | GMS29605 | SWB Vehicle Locate -CA024 -PDA 09.09 (Line Seq 001) | End of Construct | 87,859 | 138,547 | 97,997 | 324,403 |
| Amy9Q0vf | 5716-00048811 | GMS29606 | SWB Send Deal - CA023 -PDA 09.08 (Line Seq 001) | End of Construct | 110,531 | 174,299 | 123,285 | 408,115 |
| Amy9Q0vf | 5716-00081851 | GMS32522 | PO - SPAC Inquiry PDA 9.07 CA012c (Line Seq 002) | Detail Design | 0 | 0 | 0 | 0 |
| Amy9Q0vf | | | PO - Parts Invoice PDA 9.07 CA012d (Line Seq 001) | | 0 | 0 | 0 | 0 |
| Amy9Q0vf | | | PO - Parts Shipment PDA 9.07 CA012e (Line Seq 001) *Combined above | | 0 | 0 | 0 | 0 |
| Amy9Q0vf | 5716-00085134 | GMS32995 | CDR - CA007 - PDA 09.02 (Line Seq 001) | | | 27,222 | | 27,222 |
| Amy9Q0vf | 5716-00109902 | GMS29890 | IDMS Saturn Unity - CA 004 (Line Seq 001) | | 0 | 0 | 0 | 0 |
| Amy9Q0vf | 5716-00116867 | GMS23707 | Global Warranty - CA010 -PDA 09.05 (Line Seq 001) | | 513,050 | | | 513,050 |
| Amy9Q0vf | 5716-00119799 | 01S57066 | | | | | | 0 |
| Amy9Q0vf | Not on cure list from GM. | GMS21330-0025 | PWB Parts Availability  CA011-PDA 09.06 (Line Seq 004) | | 49,698 | | | 49,698 |
| Amy9Q0vf | Not on cure list from GM. | | GM IDMS | | 220,739 | | | 220,739 |
| Amy9Q0vf | Not on cure list from GM. | GMS89125 | Saturn-April services | | 1,289,850 | | | 1,289,850 |
| Amy9Q0vf | Not on cure list from GM. | GMS89125 | Saturn-May services | | | | 1,218,477 | 1,218,477 |
| w8FSH41C | 5716-00114487 | GMB06983 | **DMI-THIS IS THE ONLY ONE THAT HAS $'S ON GM'S CURE LIST** | | 666,594 | | | 666,594 |
| w8FSH41C | 5716-00114488 | GMB06983 | DMI | | | | | 0 |
| w8FSH41C | Not on cure list from GM. | GMB06983 | DMI-May services | | | | 269,772 | 269,772 |
| | | TOTALS | | | 2,954,721 | 486,888 | 1,831,881 | 5,273,490 |
| | | | | | | | | |
| | | | | | | | | |
| 24DcpRnf | 5716-00001350 | | Letters received from GM | | | | | |
| E59dEcAJ | 5716-00001351 | | Letters received from GM | | | | | |
| Mjsp3Fq7 | 5716-00001166 | | Letters received from GM | | | | | |
| p5gs1R2L | 5716-00001152 | | Letters received from GM | | | | | |
| hW5pR2ev | 5716-00001151 | | Letters received from GM | | | | | |

The cure list was reviewed on 6/12/09 at 9am CST and the only amounts above that were on the cure list is DMI for the total of $666,594.

6/12/2009