WARNER NORCROSS & JUDD
2000 Town Center, Suite 2700
Southfield, MI 48075
Telephone: 248-784-5131
Facsimile: 248-603-9731
Michael G. Cruse

Attorneys for Fugra S.A. de C.V.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| General Motors Corporation, *et al.* | 09-50026-reg |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2009, I served a copy of the:

Objection of Fugra, S.A. de C.V. to Proposed Cure Costs Contained in Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto

on the following parties at these addresses via Federal Express:

SEE ATTACHED SPECIAL SERVICE LIST

/s/Helga Ziegler
Helga Ziegler
Legal Assistant to Michael G. Cruse (P38837)
Warner Norcross & Judd LLP
Attorneys for Fugra S.A. de C.V.
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
Phone:    248-784-5131
Fax:       248-603-9731
mcruse@wnj.com

1677243-1

## SPECIAL SERVICE LIST

| | |
|---|---|
| **Debtors** | **Attorneys for Creditors Committee** |
| Lawrence S. Buonomo, Esq.<br>c/o General Motors Corporation<br>300 Renaissance Center<br>Detroit, MI  48265 | Robert D. Wolford, Esq.<br>Miller, Johnson, Snell & Cummiskey, PLC<br>250 Monroe Avenue, N.W., Suite 800<br>Grand Rapids, MI 49503 |
| **Attorneys for Debtors** | **Export Development Canada** |
| Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Export Development Canada<br>c/o Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY  10019 |
| **U.S. Treasury** | **Office of the U.S. Trustee** |
| Matthew Feldman, Esq.<br>U.S. Treasury<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, DC  20220 | Diana G. Adams, Esq.<br>Office of the United States Trustee<br>  for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 |
| **Attorneys for Purchaser** | |
| John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281 | |

1676615-1