UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                                 :         Chapter 11
                                                      :
GENERAL MOTORS CORPORATION, *et al.*,                 :         Case No. 09-50026 (REG)
                                                      :
                                      Debtors.        :         (Jointly Administered)
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

Joseph Monzione, being duly sworn, deposes, and says:

     1.    I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

     2.    On June 12, 2009, I caused to be served copies of the **Notice of Appearance and Request for Service of Papers** on Harvey R. Miller**,** c/o Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153; Gordon Z. Novod, c/o Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036; and The Garden City Group, Inc., 105 Maxess Road, Melville, New York, 11747.

     3.    I caused such service to be made by enclosing true copies of the aforementioned document in properly addressed wrappers and caused them to be deposited in a depository under the exclusive care and custody of the U.S. Postal Service in the State of New York.

                                            /s/ Joseph Monzione
                                              Joseph Monzione

Sworn to before me this
12th day of June, 2009

/s/ Maurice Tattnall
Notary Public, State of New York
No. 01TA6018000, Qualified in Kings County
Certificate Filed in New York County
Commission Expires December 21, 2010

Doc#: US1:5665729v1