Marvin E. Clements, Jr.
Tennessee Office Of The Attorney General
PO Box 20207
Bankruptcy Division
Nashville, TN  37202-0207
Phone: (615) 741-1935
Fax: (615) 741-3334
Email: agbanknewyork@ag.tn.gov

**Hearing Date: June 30, 2009**
**Hearing Time: 9:45 AM**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                                                        Case No. 09-50026(REG)
GENERAL MOTORS CORP., et al.,                            (Jointly Administered)

                                             Debtors.                 Chapter 11
-----------------------------------------------------------------x

### OBJECTION OF COLUMBIA STATE COMMUNITY COLLEGE CORPORATION TO NOTICEOF (I) DEBTOR'S INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO

  Columbia State Community College ("CSCC"), hereby submits this objection (the "Objection") to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto (the "Notice of Intent"), served upon CSCC by the Debtors pursuant to this Court's Order Pursuant to 11 U.S.C. §§ 105, 363, and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006 (I) Approving Procedures for Sale of Debtors' Assets Pursuant to Master Sale and Purchase Agreement With Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline and Sale Hearing Date; (III) Establishing Assumption and Assignment Procedures; and (IV) Fixing Notice Procedures and Approving Form of Notice (the "Bidding Procedures Order"), stating as follows:

1. The Debtors commenced their voluntary Chapter 11 bankruptcy cases on June 1, 2009.

2. On June 2, 2009, this Court entered the Bidding Procedures Order, which includes procedures regarding Debtors' assumption and assignment of executory contracts.

3. Pursuant to the Bidding Procedures Order, the Debtors delivered a Notice of Intent to CSCC apparently indicating that the Debtors intend to assume and assign some or all of the Debtors' contracts with CSCC, more particularly, contract number 000124574.

4. CSCC has no objection to the assumption of the Assumed Contract provided that the correct cure amounts are paid.  However, the Debtors proposed cure payments for the Assumed Contracts are unclear and appear to be inadequate.

5. CSCC expects that any differences can be reconciled, but files this objection out of an abundance of caution due to the deadlines for filing objections and to preserve all rights related to the proposed assumption of the Assumed Contracts.

6. CSCC reserves all rights to amend and/or supplement this objection/

**WHEREFORE**, CSCC respectfully requests, only to the extent that the parties cannot reconcile the correct cure amounts among themselves, that this Court set the correct cure amounts, compel Debtors to pay the correct cure amount and grant such other and further relief as is just and appropriate.

Respectfully Submitted:
Robert E. Cooper, Jr.
Attorney General and Reporter

Dated: June 12, 2009

By:  /s/Marvin E. Clements, Jr.
MARVIN E. CLEMENTS, JR. (BPR #016031)
Assistant Attorney General
Bankruptcy Division
Office of the Tennessee Attorney General
PO Box 20207
Nashville, TN  37202-0207
Phone: (615) 741-1935
Fax: (615) 741-3334
Email: agbanknewyork@ag.tn.gov