**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11
                                                    :
GENERAL MOTORS CORP., et al.,                       :    Case No. 09-50026 (REG)
                                                    :
                        Debtors.                    :    (Jointly Administered)
                                                    :
-----------------------------------------------------------------x
```

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Joseph P. Gromacki, a member in good standing of the bar for the State of Illinois and the bar of the United States District Court for the Northern District of Illinois, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to serve as special counsel to General Motors Corp. and its debtor affiliates in the above-captioned chapter 11 cases.

Mailing address:  Jenner & Block LLP, 330 N. Wabash Avenue, Chicago, Illinois  60611.

E-mail address:  jgromacki@jenner.com; telephone number:  (312) 222-9350.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 12, 2009
       Chicago, Illinois          By: */s/ Joseph P. Gromacki*
                                      Joseph P. Gromacki
                                      JENNER & BLOCK LLP
                                      330 North Wabash Avenue
                                      Chicago, Illinois 60611-7603
                                      Telephone:  (312) 222-9350
                                      Facsimile:  (312) 527-0484

                                      Proposed Special Counsel to the Debtors
                                      and Debtors in Possession