**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| **GENERAL MOTORS CORP.,** *et al.*, | : | **Case No. 09-50026 (REG)** |
| Debtors. | : | **(Jointly Administered)** |

-------------------------------------------------------------x

# ORDER AUTHORIZING
## ADMISSION *PRO HAC VICE* OF JOSEPH P. GROMACKI

UPON the motion of Joseph P. Gromacki, dated June 12, 2009, for admission *pro hac vice* in the above-referenced bankruptcy cases, it is hereby

ORDERED, that Joseph P. Gromacki is admitted to practice, *pro hac vice*, in the above-referenced bankruptcy cases proceeding in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____ ___, 2009
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE