**LINEBARGER GOGGAN**
**BLAIR & SAMPSON, LLP**
Attorneys for
2700 Via Fortuna Dr Ste. 400, 78746
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 443-5114 (Facsimile)
Diane W. Sanders, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
|  ) | Chapter 11 |
|  ) |  |
|  ) | Case No. 09-50026 |
| GENERAL MOTORS CORPORATION ) |  |
|  ) |  |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of

Cameron County

Harlingen

Harlingen Consolidated Independent School District

Nueces County

San Benito Consolidated Independent School District

secured creditor(s) in the above-referenced proceeding. The undersigned hereby requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any additional documents or instruments filed in the above-

1

referenced proceeding and any other matter in which notice is required pursuant to 11 U.S.C § 1109(b), Bankruptcy Rule 2002(a) and (b), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

                Respectfully Submitted,

                LINEBARGER GOGGAN
                BLAIR & SAMPSON, LLP
                2700 Via Fortuna Dr., Ste 400 (78746)
                P.O. Box 17428
                Austin, Texas 78760
                (512) 447-6675 (Telephone)
                (512) 443-5114 (Facsimile)
                e-mail: austin.bankruptcy@publicans.com

                By: _/s/Diane W. Sanders_
                    DIANE W. SANDERS
                    State Bar No. 16415500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been this date served electronically or mailed to the parties listed above.

**Stephen Karotkin**
767 Fifth Avenue
New York, NY 10153

**New York (trustee)**
23 Whitehall Street
21st. Floor
New York, NY 10004

                _/s/Diane W. Sanders_
                DIANE WADE SANDERS

Dated this 12th day of June, 2009.