**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                                                :
In re                                       :       Chapter 11
                                                                :
**GENERAL MOTORS CORP.,** *et al.*,   :       Case No. 09-50026 (REG)
                                                                :
            Debtors.                     :       (Jointly Administered)
                                                                :
---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Daniel R. Murray, a member in good standing of the bar for the State of Illinois and the bar of the United States District Court for the Northern District of Illinois, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to serve as special counsel to General Motors Corp. and its debtor affiliates in the above-captioned chapter 11 cases.

Mailing address: Jenner & Block LLP, 330 N. Wabash Avenue, Chicago, Illinois 60611.

E-mail address: dmurray@jenner.com; telephone number: (312) 222-9350.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 12, 2009
      Chicago, Illinois         By: */s/ Daniel R. Murray*
                                       Daniel R. Murray
                                       JENNER & BLOCK LLP
                                       330 North Wabash Avenue
                                       Chicago, Illinois 60611-7603
                                       Telephone: (312) 222-9350
                                       Facsimile: (312) 527-0484

                                       Proposed Special Counsel to the Debtors
                                       and Debtors in Possession