**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
**In re**                                :        **Chapter 11**
:
**GENERAL MOTORS CORP.,** *et al.*,      :        **Case No. 09-50026 (REG)**
:
               **Debtors.**              :        **(Jointly Administered)**
:
-----------------------------------------------------------------x

**ORDER AUTHORIZING**
**ADMISSION *PRO HAC VICE* OF DANIEL R. MURRAY**

UPON the motion of Daniel R. Murray, dated June 12, 2009, for admission *pro hac vice* in the above-referenced bankruptcy cases, it is hereby

ORDERED, that Daniel R. Murray is admitted to practice, *pro hac vice*, in the above-referenced bankruptcy cases proceeding in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.


Dated: _____ ___, 2009
       New York, New York                    _____
                                             UNITED STATES BANKRUPTCY JUDGE