# **EXHIBIT D**

EDS US INVENTORY

| CUSTOMER | REF4 | GRP | SITE ID # | CITY | ZIP | OP/SCP | CLASS | MODEL | CPU SERIAL | PRODUCT | QTY | 09-10 RENEWALS | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US DESKTOP PLATFORMS: | | | | | | | | | | | | | |
| GM | 42628 | 012 | 512999 | Detroit | 48265 | WNDW | PC | | | ACCODBC | 1 | $770 | |
| GM | 42628 | 012 | 512999 | Detroit | 48265 | WNDW | PC | | | ACCORC | 1 | $770 | |
| GM | 42628 | 012 | 512999 | Detroit | 48265 | WNDW | PC | | | ETS | 1 | $850 | |
| GM | 42628 | 012 | 512999 | Detroit | 48265 | WNDW | PC | | | GRAPH | 1 | $770 | |
| GM | 42628 | 012 | 512999 | Detroit | 48265 | WNDW | PC | | | QC | 1 | $850 | |
| GM | 42628 | 012 | 512999 | Detroit | 48265 | WNDW | PC | | | SAS | 1 | $1,630 | |
| GM | 42628 | 012 | 512999 | Detroit | 48265 | WNDW | PC | | | STAT | 1 | $850 | |
| GM | 42628 | 028 | 536738 | Detroit | 48243 | WNDW | PC | | | ETS | 1 | $850 | |
| GM | 42628 | 028 | 536738 | Detroit | 48243 | WNDW | PC | | | ACCPCFF | 1 | $770 | |
| GM | 42628 | 028 | 536738 | Detroit | 48243 | WNDW | PC | | | GRAPH | 1 | $770 | |
| GM | 42628 | 028 | 536738 | Detroit | 48243 | WNDW | PC | | | SAS | 1 | $1,630 | |
| GM | 42628 | 028 | 536738 | Detroit | 48243 | WNDW | PC | | | STAT | 1 | $850 | |
| GM | 42628 | 029 | 537822 | Warren | 48090 | WNDW | PC6 | | | ECOBASIC | 6 | $15,800 | |
| GM | 42628 | 029 | 537822 | Warren | 48090 | WNDW | PC6 | | | QC | 6 | $2,360 | |
| GM | 42628 | 029 | 537822 | Warren | 48090 | WNDW | PC6 | | | STATPLUS | 6 | $3,580 | |
| GM | 42628 | 032 | 540276 | Detroit | 48243 | WNDW | PC | | | ACCPCFF | 1 | $770 | |
| GM | 42628 | 032 | 540276 | Detroit | 48243 | WNDW | PC | | | ANALYTICS PRO | 1 | $2,480 | |
| GM | 42628 | 030 | 539200 | Detroit | 48243 | WNDW | PC | | | ACCPCFF | 1 | $770 | |
| GM | 42628 | 030 | 539200 | Detroit | 48243 | WNDW | PC | | | ETS | 1 | $850 | |
| GM | 42628 | 030 | 539200 | Detroit | 48243 | WNDW | PC | | | GRAPH | 1 | $770 | |
| GM | 42628 | 030 | 539200 | Detroit | 48243 | WNDW | PC | | | SAS | 1 | $1,630 | |
| GM | 42628 | 030 | 539200 | Detroit | 48243 | WNDW | PC | | | STAT | 1 | $850 | |
| GM | 42628 | 031 | 539878 | Detroit | 48243 | WNDW | PC | | | ANALYTICS PRO | 1 | $2,480 | |
| GM | 42628 | 031 | 539878 | Detroit | 48243 | WNDW | PC | | | ETS | 1 | $850 | |
| GM | 42628 | 016 | (w/61685) | Indianapolis | 46278 | WNDW | PC | | | QC | 1 | $850 | Base on 61685 |
| GM | 42628 | 041 | 546040 | Detroit | 48243 | WNDW | PC | | | ANALYTICS PRO | 1 | $2,480 | |
| GM | 42628 | 041 | 546040 | Detroit | 48243 | WNDW | PC | | | ACCPCFF | 1 | $770 | |
| GM | 42628 | 041 | 546040 | Detroit | 48243 | WNDW | PC | | | ETS | 1 | $850 | |
| GM | 42628 | 042 | 546045 | Pontiac | 48340 | WNDW | PC | | | ANALYTICS PRO | 1 | $2,480 | |
| GM | 42628 | 042 | 546045 | Pontiac | 48340 | WNDW | PC | | | ETS | 1 | $850 | |
| GM | 42628 | 042 | 546045 | Pontiac | 48340 | WNDW | PC | | | QC | 1 | $850 | |
| GM | 42628 | 042 | 546045 | Pontiac | 48340 | WNDW | PC | | | ACCPCFF | 1 | $770 | |
| GM | 42628 | 033 | 542528 | Warren | 48090 | WNDW | PC | | | ANALYTICS PRO | 1 | $2,480 | |
| GM | 42628 | 044 | 550566 | Detroit | 48265 | WNDW | PC | | | ANALYTICS PRO | 1 | $2,480 | |
| GM | 42628 | 044 | 550566 | Detroit | 48265 | WNDW | PC | | | ACCODBC | 1 | $770 | |
| GM | 42628 | 044 | 550566 | Detroit | 48265 | WNDW | PC | | | ACCORC | 1 | $770 | |
| GM | 42628 | 044 | 550566 | Detroit | 48265 | WNDW | PC | | | ETS | 1 | $850 | |
| GM | 42628 | 044 | 550566 | Detroit | 48265 | WNDW | PC | | | QC | 1 | $850 | |

EDS US INVENTORY

| CUSTOMER | REF4 | GRP | SITE ID # | CITY | ZIP | OP/SCP | CLASS | MODEL | CPU SERIAL | PRODUCT | QTY | 09-10 RENEWALS | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL US DESKTOP | | | | | | | | | | | | $62,650 | |

EDS US INVENTORY

| CUSTOMER | REF4 | GRP | SITE ID # | CITY | ZIP | OP/SCP | CLASS | MODEL | CPU SERIAL | PRODUCT | QTY | 09-10 RENEWALS | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

EDS US INVENTORY

| CUSTOMER | REF4 | GRP | SITE ID # | CITY | ZIP | OP/SCP | CLASS | MODEL | CPU SERIAL | PRODUCT | QTY | 09-10 RENEWALS | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US MIDRANGE PLATFORMS: | | | | | | | | | | | | | |
| GM | 42628 | 20 | 522051 | Warren | 48090 | SL64 | 1 | SUNFIRE-V240-2P1C | | ACCORC | | $6,650 | |
| GM | 42628 | 20 | 522051 | Warren | 48090 | SL64 | 1 | SUNFIRE-V240-2P1C | | GRAPH | | $6,650 | |
| GM | 42628 | 20 | 522051 | Warren | 48090 | SL64 | 1 | SUNFIRE-V240-2P1C | | INTTECH | | $15,900 | |
| GM | 42628 | 20 | 522051 | Warren | 48090 | SL64 | 1 | SUNFIRE-V240-2P1C | | SAS | | $8,370 | |
| GM | 42628 | 20 | 522051 | Warren | 48090 | SL64 | 1 | SUNFIRE-V240-2P1C | | STAT | | $6,900 | |
| GM | 42628 | 21 | 522053 | Warren | 48090 | SL64 | 1 | SUNFIRE-V240-2P1C | | ACCORC | | $6,650 | |
| GM | 42628 | 21 | 522053 | Warren | 48090 | SL64 | 1 | SUNFIRE-V240-2P1C | | GRAPH | | $6,650 | |
| GM | 42628 | 21 | 522053 | Warren | 48090 | SL64 | 1 | SUNFIRE-V240-2P1C | | INTTECH | | $15,900 | |
| GM | 42628 | 21 | 522053 | Warren | 48090 | SL64 | 1 | SUNFIRE-V240-2P1C | | SAS | | $8,370 | |
| GM | 42628 | 21 | 522053 | Warren | 48090 | SL64 | 1 | SUNFIRE-V240-2P1C | | STAT | | $6,900 | |
| TOTAL US MIDRANGE | | | | | | | | | | | | $88,940 | |
| GRAND TOTAL US | | | | | | | | | | | | $151,590 | |