**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                          :
In re                                     :        Chapter 11
                                          :
GENERAL MOTORS CORP., et al.,             :        Case No. 09-50026 (REG)
                                          :
                    Debtors.              :        (Jointly Administered)
                                          :
-----------------------------------------------------------x
```

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Michael S. Terrien, a member in good standing of the bar for the State of Illinois and the bar of the United States District Court for the Northern District of Illinois, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to serve as special counsel to General Motors Corp. and its debtor affiliates in the above-captioned chapter 11 cases.

Mailing address: Jenner & Block LLP, 330 N. Wabash Avenue, Chicago, Illinois 60611.

E-mail address: mterrien@jenner.com; telephone number: (312) 222-9350.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 12, 2009
Chicago, Illinois

By: */s/ Michael S. Terrien*
Michael S. Terrien
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611-7603
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

Proposed Special Counsel to the Debtors
and Debtors in Possession