**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **GENERAL MOTORS CORP.**, *et al.*, | : | **Case No. 09-50026 (REG)** |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

**ORDER AUTHORIZING**
**ADMISSION *PRO HAC VICE* OF MICHAEL S. TERRIEN**

UPON the motion of Michael S. Terrien, dated June 12, 2009, for admission *pro hac vice* in the above-referenced bankruptcy cases, it is hereby

ORDERED, that Michael S. Terrien is admitted to practice, *pro hac vice*, in the above-referenced bankruptcy cases proceeding in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____ ___, 2009
       New York, New York

                                                   UNITED STATES BANKRUPTCY JUDGE