Elizabeth K. Flaagan, Esq.
**FAEGRE & BENSON LLP**
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
(303) 607-3694
(303) 607-3600 Facsimile
eflaagan@faegre.com

Attorneys for Oxbow Carbon & Minerals, LLC

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 09-50026 (REG) |
| General Motors Corp., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | |

**LIMITED OBJECTION TO NOTICE OF (I) DEBTORS' INTENT
TO ASSUME AND ASSIGN CERTAIN EXECUTORY
CONTRACTS, UNEXPIRED LEASES OF NONRESIDENTIAL
REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO
(OXBOW CARBON & MINERALS, LLC)**

Oxbow Carbon & Minerals, LLC ("Oxbow") submits this limited objection to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto (the "Motion").

1.      In the Motion, Debtors state that cure amount or the amount currently due and owing to Oxbow is zero. Oxbow files the within limited objection stating the amount currently due and owing to it by the Debtors is $33,632.99.

2.      Attached hereto as Exhibit A and incorporated herein by this reference are the outstanding invoices due and owing under the Oxbow contract which comprise the Oxbow Cure Amount. The total amount of the Oxbow Cure Amount as of the date of this response is $33,632.99.

WHEREFORE, Oxbow submits this limited objection to the Motion.

Dated: June 12, 2009                              /s/ Elizabeth K. Flaagan
                                        Elizabeth K. Flaagan (CO Bar No. 22604)
                                        Faegre & Benson LLP
                                        3200 Wells Fargo Center
                                        1700 Lincoln Street
                                        Denver, CO  80203
                                        (303) 607-3694
                                        (303) 607-3600 Facsimile
                                        eflaagan@faegre.com

                                        Attorneys for Oxbow Carbon & Minerals, LLC

fb.us.4107183.01



**OXBOW CARBON & MINERALS LLC**
1450 Lake Robbins Drive, Suite 320
The Woodlands, TX 77380
(281) 775-4700

# INVOICE

| INVOICE NO: | EN082996 |
|---|---|
| DATE: | 09/01/08 |

SOLD TO:

GM POWERTRAIN GROUP
PO BOX 70
DEFIANCE OH 43512-0070

SHIP TO:

GM POWERTRAIN GROUP
DEFIANCE PLANT
26427 ST RT. 281 EAST
DEFIANCE OH 43512-0070

| DELIVERY TERMS | DATE SHIPPED | BILL OF LADING NO. | PAYMENT TERMS |
|---|---|---|---|
| AT24382 | 09/01/08 | A-7928 | BY CHECK-NET 30 DAYS |

| CUSTOMER P.O. NO. | ORDER DATE | SALES REP. | SHIPPING LOCATION | FREIGHT |
|---|---|---|---|---|
| S402001 | 08/20/08 | RT | AT | COLLECT |

| ORDER NO. | ROUTING |
|---|---|
| E. CHICAGO, IN | CUSTOMER PICKUP |

| PRODUCT DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| CC-120 SS<br>Calcined Pet Coke<br>Lot#/Barcode on all B/L's<br>14 PALLETS<br>LOAD WITH AT24383 | 14.000 ST | 335.00 | 4,690.00 |

Oxbow Carbon & Minerals LLC invoices and collects payments hereunder on behalf of its affiliate, Oxbow Calcining LLC.
Thank You!
Please remit by check to:
Oxbow Carbon & Minerals LLC
12799 Collections Center Drive, Chicago, IL 60693

| TOTAL DUE | US$ 4,690.00 |
|---|---|

WE HEREBY CERTIFY THESE GOODS WERE PRODUCED I[N COMPLIANCE WITH THE APPLI]CABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REG[ULATIONS OF TH]E UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.



EXHIBIT A



**OXBOW CARBON & MINERALS LLC**
1450 Lake Robbins Drive, Suite 320
The Woodlands, TX 77380
(281) 775-4700

# INVOICE

| INVOICE NO: | EN082761 |
|---|---|
| DATE: | 08/05/08 |

SOLD TO:

GM POWERTRAIN GROUP
PO BOX 70
DEFIANCE OH 43512-0070

SHIP TO:

GM POWERTRAIN GROUP
DEFIANCE PLANT
26427 ST RT. 281 EAST
DEFIANCE OH 43512-0070

| DELIVERY TERMS | DATE SHIPPED | BILL OF LADING NO. | PAYMENT TERMS | | | |
|---|---|---|---|---|---|---|
| AT24370 | 08/05/08 | A-7899 | BY CHECK-NET 30 DAYS | | | |
| CUSTOMER P.O. NO. | | ORDER DATE | SALES REP. | SHIPPING LOCATION | FREIGHT | |
| S402001 | | 08/05/08 | RT | AT | COLLECT | |
| ORDER NO. | | ROUTING | | | | |
| E. CHICAGO, IN | | CUSTOMER PICKUP | | | | |
| PRODUCT DESCRIPTION | | | QUANTITY | UNIT PRICE | AMOUNT | |
| CC-120 BP<br>Calcined Pet Coke<br>Lot#/Barcode on all B/L's<br>25 # BAGS<br>4 PALLETS<br>LOAD WITH AT24369 | | | 4.000   ST | 368.00 | 1,472.00 | |

Oxbow Carbon & Minerals LLC invoices and collects payments hereunder on behalf of its affiliate, Oxbow Calcining LLC.
Thank You!
Please remit by check to:
Oxbow Carbon & Minerals LLC
12799 Collections Center Drive, Chicago, IL 60693

| | US$ |
|---|---|
| TOTAL DUE | 1,472.00 |

WE HEREBY CERTIFY THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.    <Plant>



**OXBOW CARBON & MINERALS LLC**
1450 Lake Robbins Drive, Suite 320
The Woodlands, TX 77380
(281) 775-4700

# INVOICE

| INVOICE NO: | EN082746 |
|---|---|
| DATE: | 08/05/08 |

SOLD TO:

GM POWERTRAIN GROUP
PO BOX 70
DEFIANCE OH 43512-0070

SHIP TO:

GM POWERTRAIN GROUP
DEFIANCE PLANT
26427 ST RT. 281 EAST
DEFIANCE OH 43512-0070

| DELIVERY TERMS | DATE SHIPPED | BILL OF LADING NO. | PAYMENT TERMS | | |
|---|---|---|---|---|---|
| AT24369 | 08/05/08 | A-7898 | BY CHECK-NET 30 DAYS | | |
| CUSTOMER P.O. NO. | | ORDER DATE | SALES REP. | SHIPPING LOCATION | FREIGHT |
| S402001 | | 08/05/08 | RT | AT | COLLECT |
| ORDER NO. | | ROUTING | | | |
| E. CHICAGO, IN | | CUSTOMER PICKUP | | | |

| PRODUCT DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| CC-120 SS<br>Calcined Pet Coke<br>Lot#/Barcode on all B/L's<br>16 PALLETS<br>LOAD WITH AT24370 | 16.000  ST | 335.00 | 5,360.00 |
| Oxbow Carbon & Minerals LLC invoices and collects payments hereunder on behalf of its affiliate, Oxbow Calcining LLC.<br>Thank You!<br>Please remit by check to:<br>Oxbow Carbon & Minerals LLC<br>12799 Collections Center Drive, Chicago, IL 60693 | | US$ TOTAL DUE | 5,360.00 |

WE HEREBY CERTIFY THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

&lt;Plant&gt;



**OXBOW CARBON & MINERALS LLC**
1450 Lake Robbins Drive, Suite 320
The Woodlands, TX 77380
(281) 775-4700

# INVOICE

| INVOICE NO: | EN081659 |
|---|---|
| DATE: | 05/19/08 |

SOLD TO:

GM POWERTRAIN GROUP
PO BOX 70
DEFIANCE OH 43512-0070

SHIP TO:

GM POWERTRAIN GROUP
DEFIANCE PLANT
26427 ST RT. 281 EAST
DEFIANCE OH 43512-0070

| DELIVERY TERMS | DATE SHIPPED | BILL OF LADING NO. | PAYMENT TERMS | | |
|---|---|---|---|---|---|
| AT24302 | 05/13/08 | A-7770 | BY CHECK-NET 30 DAYS | | |
| CUSTOMER P.O. NO. | | ORDER DATE | SALES REP. | SHIPPING LOCATION | FREIGHT |
| S402001 | | 05/08/08 | RT | AT | COLLECT |
| ORDER NO. | | ROUTING | | | |
| E. CHICAGO, IN | | CUSTOMER PICKUP | | | |

| PRODUCT DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| CC-120 SS<br>Calcined Pet Coke<br>Lot#/Barcode on all B/L's<br>16 PALLETS<br>BOL #: A-7770    CAR #: CHB/RR300 | 16.000 ST | 335.00 | 5,360.00 |

Oxbow Carbon & Minerals LLC invoices and collects payments
hereunder on behalf of its affiliate, Oxbow Calcining LLC.
Thank You!
Please remit by check to:
Oxbow Carbon & Minerals LLC
12799 Collections Center Drive, Chicago, IL 60693

| | TOTAL DUE | US$ 5,360.00 |
|---|---|---|

WE HEREBY CERTIFY THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

<Plant>



**OXBOW CARBON & MINERALS LLC**
1450 Lake Robbins Drive, Suite 320
The Woodlands, TX 77380
(281) 775-4700

# INVOICE

| INVOICE NO: | EN081658 |
|---|---|
| DATE: | 05/19/08 |

SOLD TO:

GM POWERTRAIN GROUP
PO BOX 70
DEFIANCE OH 43512-0070

SHIP TO:

GM POWERTRAIN GROUP
DEFIANCE PLANT
26427 ST RT. 281 EAST
DEFIANCE OH 43512-0070

| DELIVERY TERMS | DATE SHIPPED | BILL OF LADING NO. | PAYMENT TERMS | | |
|---|---|---|---|---|---|
| AT24303 | 05/13/08 | A-7771 | BY CHECK-NET 30 DAYS | | |
| CUSTOMER P.O. NO. | | ORDER DATE | SALES REP. | SHIPPING LOCATION | FREIGHT |
| S402001 | | 05/08/08 | RT | AT | COLLECT |
| ORDER NO. | | ROUTING | | | |
| E. CHICAGO, IN | | CUSTOMER PICKUP | | | |

| PRODUCT DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| CC-120 BP<br>Calcined Pet Coke<br>Lot#/Barcode on all B/L's<br>25 # BAGS<br>4 PALLETS<br>BOL #: A-7771    CAR #: S402001 | 4.000  ST | 368.00 | 1,472.00 |

Oxbow Carbon & Minerals LLC invoices and collects payments
hereunder on behalf of its affiliate, Oxbow Calcining LLC.
Thank You!
Please remit by check to:
Oxbow Carbon & Minerals LLC
12799 Collections Center Drive, Chicago, IL 60693

| | US$ |
|---|---|
| TOTAL DUE | 1,472.00 |

WE HEREBY CERTIFY THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

<Plant>



**OXBOW CARBON & MINERALS LLC**
1450 Lake Robbins Drive, Suite 320
The Woodlands, TX 77380
(281) 775-4700

# INVOICE

| INVOICE NO: | EN082997 |
|---|---|
| DATE: | 09/01/08 |

SOLD TO:

GM POWERTRAIN GROUP
PO BOX 70
DEFIANCE OH 43512-0070

SHIP TO:

GM POWERTRAIN GROUP
DEFIANCE PLANT
26427 ST RT. 281 EAST
DEFIANCE OH 43512-0070

| DELIVERY TERMS | DATE SHIPPED | BILL OF LADING NO. | PAYMENT TERMS | | | |
|---|---|---|---|---|---|---|
| AT24383 | 09/01/08 | A-7929 | BY CHECK-NET 30 DAYS | | | |
| CUSTOMER P.O. NO. | | ORDER DATE | SALES REP. | SHIPPING LOCATION | FREIGHT | |
| S402001 | | 08/21/08 | RT | AT | COLLECT | |
| ORDER NO. | | ROUTING | | | | |
| E. CHICAGO, IN | | CUSTOMER PICKUP | | | | |

| PRODUCT DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| CC-120 BP<br>Calcined Pet Coke<br>Lot#/Barcode on all B/L's<br>25 # BAGS<br>8 PALLETS<br>LOAD WITH AT24382 | 8.000 ST | 368.00 | 2,944.00 |
| Oxbow Carbon & Minerals LLC invoices and collects payments hereunder on behalf of its affiliate, Oxbow Calcining LLC.<br>Thank You!<br>Please remit by check to:<br>Oxbow Carbon & Minerals LLC<br>12799 Collections Center Drive, Chicago, IL 60693 | | TOTAL DUE | US$ 2,944.00 |

WE HEREBY CERTIFY THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.  <Plant>



**OXBOW CARBON & MINERALS LLC**
1450 Lake Robbins Drive, Suite 320
The Woodlands, TX 77380
(281) 775-4700

# INVOICE

| INVOICE NO: | EN082786 |
|---|---|
| DATE: | 08/08/08 |

SOLD TO:

GM POWERTRAIN GROUP
PO BOX 70
DEFIANCE OH 43512-0070

SHIP TO:

GM POWERTRAIN GROUP
DEFIANCE PLANT
26427 ST RT. 281 EAST
DEFIANCE OH 43512-0070

| DELIVERY TERMS | DATE SHIPPED | BILL OF LADING NO. | PAYMENT TERMS | | | |
|---|---|---|---|---|---|---|
| AT24369 | 08/08/08 | A-7903 | BY CHECK-NET 30 DAYS | | | |
| CUSTOMER P.O. NO. | | ORDER DATE | SALES REP. | SHIPPING LOCATION | FREIGHT | |
| S402001 | | 08/05/08 | RT | AT | COLLECT | |
| ORDER NO. | | ROUTING | | | | |
| E. CHICAGO, IN | | CUSTOMER PICKUP | | | | |

| PRODUCT DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| CC-120 SS<br>Calcined Pet Coke<br>Lot#/Barcode on all B/L's<br>16 PALLETS<br>LOAD WITH AT24370 | 16.000  ST | 335.00 | 5,360.00 |
| Oxbow Carbon & Minerals LLC invoices and collects payments hereunder on behalf of its affiliate, Oxbow Calcining LLC.<br>Thank You!<br>Please remit by check to:<br>Oxbow Carbon & Minerals LLC<br>12799 Collections Center Drive, Chicago, IL 60693 | | TOTAL DUE US$ | 5,360.00 |

WE HEREBY CERTIFY THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

<Plant>



**OXBOW CARBON & MINERALS LLC**
1450 Lake Robbins Drive, Suite 320
The Woodlands, TX 77380
(281) 775-4700

# INVOICE

| INVOICE NO: | EN082787 |
|---|---|
| DATE: | 08/08/08 |

SOLD TO:

GM POWERTRAIN GROUP
PO BOX 70
DEFIANCE OH 43512-0070

SHIP TO:

GM POWERTRAIN GROUP
DEFIANCE PLANT
26427 ST RT. 281 EAST
DEFIANCE OH 43512-0070

| DELIVERY TERMS | DATE SHIPPED | BILL OF LADING NO. | PAYMENT TERMS | | | |
|---|---|---|---|---|---|---|
| AT24370 | 08/08/08 | A-7904 | BY CHECK-NET 30 DAYS | | | |
| CUSTOMER P.O. NO. | | ORDER DATE | SALES REP. | SHIPPING LOCATION | FREIGHT | |
| S402001 | | 08/05/08 | RT | AT | COLLECT | |
| ORDER NO. | | ROUTING | | | | |
| E. CHICAGO IN | | CUSTOMER PICKUP | | | | |
| PRODUCT DESCRIPTION | | | QUANTITY | | UNIT PRICE | AMOUNT |
| CC-120 BP
Calcined Pet Coke
Lot#/Barcode on all B/L's
25 # BAGS
4 PALLETS
LOAD WITH AT24369 | | | 4.000 ST | | 368.00 | 1,472.00 |
| Oxbow Carbon & Minerals LLC invoices and collects payments hereunder on behalf of its affiliate, Oxbow Calcining LLC.
Thank You!
Please remit by check to:
Oxbow Carbon & Minerals LLC
12799 Collections Center Drive, Chicago, IL 60693 | | | | | TOTAL DUE | US$ 1,472.00 |

WE HEREBY CERTIFY THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14. THEREOF.

&lt;Plant&gt;



**OXBOW CARBON & MINERALS LLC**
1450 Lake Robbins Drive, Suite 320
The Woodlands, TX 77380
(281) 775-4700

# INVOICE

| INVOICE NO: | EN082790 |
|---|---|
| DATE: | 08/14/08 |

SOLD TO:

GM POWERTRAIN GROUP
PO BOX 70
DEFIANCE OH 43512-0070

SHIP TO:

GM POWERTRAIN GROUP
DEFIANCE PLANT
26427 ST RT. 281 EAST
DEFIANCE OH 43512-0070

| DELIVERY TERMS | DATE SHIPPED | BILL OF LADING NO. | PAYMENT TERMS | | | |
|---|---|---|---|---|---|---|
| AT24374 | 08/14/08 | A-7911 | BY CHECK-NET 30 DAYS | | | |
| CUSTOMER P.O. NO. | | ORDER DATE | SALES REP. | SHIPPING LOCATION | FREIGHT | |
| S402001 | | 08/08/08 | RT | AT | COLLECT | |
| ORDER NO. | | ROUTING | | | | |
| E. CHICAGO, IN | | CUSTOMER PICKUP | | | | |

| PRODUCT DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| CC-120 SS<br>Calcined Pet Coke<br>Lot#/Barcode on all B/L's<br>16 PALLETS<br>LOAD WITH AT24375 | 16.000 ST | 335.00 | 5,360.00 |

Oxbow Carbon & Minerals LLC invoices and collects payments
hereunder on behalf of its affiliate, Oxbow Calcining LLC.
Thank You!
Please remit by check to:
Oxbow Carbon & Minerals LLC
12799 Collections Center Drive, Chicago, IL 60693

| | US$ |
|---|---|
| TOTAL DUE | 5,360.00 |

WE HEREBY CERTIFY THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

<Plant>



**OXBOW CARBON & MINERALS LLC**
1450 Lake Robbins Drive, Suite 320
The Woodlands, TX 77380
(281) 775-4700

# INVOICE

| INVOICE NO: | EN082791 |
|---|---|
| DATE: | 08/14/08 |

SOLD TO:

GM POWERTRAIN GROUP
PO BOX 70
DEFIANCE OH 43512-0070

SHIP TO:

GM POWERTRAIN GROUP
DEFIANCE PLANT
26427 ST RT. 281 EAST
DEFIANCE OH 43512-0070

| DELIVERY TERMS | DATE SHIPPED | BILL OF LADING NO. | PAYMENT TERMS | | |
|---|---|---|---|---|---|
| AT24375 | 08/14/08 | A-7912 | BY CHECK-NET 30 DAYS | | |
| CUSTOMER P.O. NO. | | ORDER DATE | SALES REP. | SHIPPING LOCATION | FREIGHT |
| S402001 | | 08/08/08 | RT | AT | COLLECT |
| ORDER NO. | | ROUTING | | | |
| E. CHICAGO, IN | | CUSTOMER PICKUP | | | |

| PRODUCT DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| CC-120 BP<br>Calcined Pet Coke<br>Lot#/Barcode on all B/L's<br>25 # BAGS<br>4 PALLETS<br>LOAD WITH AT24374 | 4.000  ST | 368.00 | 1,472.00 |

Oxbow Carbon & Minerals LLC invoices and collects payments
hereunder on behalf of its affiliate, Oxbow Calcining LLC.
Thank You!
Please remit by check to:
Oxbow Carbon & Minerals LLC
12799 Collections Center Drive, Chicago, IL 60693

| TOTAL DUE | US$ 1,472.00 |
|---|---|

WE HEREBY CERTIFY THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE
FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER
SECTION 14, THEREOF.        <Plant>



**OXBOW CARBON & MINERALS LLC**
1450 Lake Robbins Drive, Suite 320
The Woodlands, TX 77380
(281) 775-4700

# INVOICE

| INVOICE NO: | EN082621 |
|---|---|
| DATE: | 07/24/08 |

SOLD TO:

GM POWERTRAIN GROUP
PO BOX 70
DEFIANCE OH 43512-0070

SHIP TO:

GM POWERTRAIN GROUP
DEFIANCE PLANT
26427 ST RT. 281 EAST
DEFIANCE OH 43512-0070

| DELIVERY TERMS | DATE SHIPPED | BILL OF LADING NO. | PAYMENT TERMS | | |
|---|---|---|---|---|---|
| AT24359 | 07/24/08 | A-7884 | BY CHECK-NET 30 DAYS | | |
| CUSTOMER P.O. NO. | | ORDER DATE | SALES REP. | SHIPPING LOCATION | FREIGHT |
| S402001 | | 07/18/08 | RT | AT | COLLECT |
| ORDER NO. | | ROUTING | | | |
| E. CHICAGO, IN | | CUSTOMER PICKUP | | | |

| PRODUCT DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| CC-120 SS<br>Calcined Pet Coke<br>Lot#/Barcode on all B/L's | 20.000  ST | 335.00 | 6,700.00 |

Oxbow Carbon & Minerals LLC invoices and collects payments
hereunder on behalf of its affiliate, Oxbow Calcining LLC.
Thank You!
Please remit by check to:
Oxbow Carbon & Minerals LLC
12799 Collections Center Drive, Chicago, IL 60693

| | US$ |
|---|---|
| TOTAL DUE | 6,700.00 |

WE HEREBY CERTIFY THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

<Plant>



**OXBOW CARBON & MINERALS LLC**
1450 Lake Robbins Drive, Suite 320
The Woodlands, TX 77380
(281) 775-4700

# INVOICE

| INVOICE NO: | EN082521 |
|---|---|
| DATE: | 07/17/08 |

SOLD TO:

GM POWERTRAIN GROUP
PO BOX 70
DEFIANCE OH 43512-0070

SHIP TO:

GM POWERTRAIN GROUP
DEFIANCE PLANT
26427 ST RT. 281 EAST
DEFIANCE OH 43512-0070

| DELIVERY TERMS | DATE SHIPPED | BILL OF LADING NO. | PAYMENT TERMS | | | |
|---|---|---|---|---|---|---|
| AT24346 | 07/17/08 | A-7874 | BY CHECK-NET 30 DAYS | | | |
| CUSTOMER P.O. NO. | | ORDER DATE | SALES REP. | SHIPPING LOCATION | FREIGHT | |
| S402001 | | 07/03/08 | RT | AT | COLLECT | |
| ORDER NO. | | ROUTING | | | | |
| E. CHICAGO, IN | | CUSTOMER PICKUP | | | | |
| PRODUCT DESCRIPTION | | | QUANTITY | | UNIT PRICE | AMOUNT |
| CC-120 SS<br>Calcined Pet Coke<br>Lot#/Barcode on all B/L's<br>18 PALLETS<br>LOAD WITH AT24347 | | | 18.000 ST | | 335.00 | 6,030.00 |

Oxbow Carbon & Minerals LLC invoices and collects payments
hereunder on behalf of its affiliate, Oxbow Calcining LLC.
Thank You!
Please remit by check to:
Oxbow Carbon & Minerals LLC
12799 Collections Center Drive, Chicago, IL 60693

| | TOTAL DUE | US$ 6,030.00 |
|---|---|---|

WE HEREBY CERTIFY THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.    <Plant>



**OXBOW CARBON & MINERALS LLC**
1450 Lake Robbins Drive, Suite 320
The Woodlands, TX 77380
(281) 775-4700

# INVOICE

| INVOICE NO: | EN082522 |
|---|---|
| DATE: | 07/17/08 |

SOLD TO:

GM POWERTRAIN GROUP
PO BOX 70
DEFIANCE OH 43512-0070

SHIP TO:

GM POWERTRAIN GROUP
DEFIANCE PLANT
26427 ST RT. 281 EAST
DEFIANCE OH 43512-0070

| DELIVERY TERMS | DATE SHIPPED | BILL OF LADING NO. | PAYMENT TERMS | | |
|---|---|---|---|---|---|
| AT24347 | 07/17/08 | A-7875 | BY CHECK-NET 30 DAYS | | |
| CUSTOMER P.O. NO. | | ORDER DATE | SALES REP. | SHIPPING LOCATION | FREIGHT |
| S402001 | | 07/03/08 | RT | AT | COLLECT |
| ORDER NO. | | ROUTING | | | |
| E. CHICAGO, IN | | CUSTOMER PICKUP | | | |

| PRODUCT DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| CC-120 BP<br>Calcined Pet Coke<br>Lot#/Barcode on all B/L's<br>25 # BAGS<br>4 PALLETS<br>LOAD WITH AT24346 | 4.000  ST | 368.00 | 1,472.00 |

Oxbow Carbon & Minerals LLC invoices and collects payments
hereunder on behalf of its affiliate, Oxbow Calcining LLC.
Thank You!
Please remit by check to:
Oxbow Carbon & Minerals LLC
12799 Collections Center Drive, Chicago, IL 60693

| | US$ |
|---|---|
| TOTAL DUE | 1,472.00 |

WE HEREBY CERTIFY THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

<Plant>



**OXBOW CARBON & MINERALS LLC**
1450 Lake Robbins Drive, Suite 320
The Woodlands, TX 77380
(281) 775-4700

# INVOICE

| INVOICE NO: | EN082178 |
|---|---|
| DATE: | 06/23/08 |

**SOLD TO:**
GM POWERTRAIN GROUP
PO BOX 70
DEFIANCE OH 43512-0070

**SHIP TO:**
GM POWERTRAIN GROUP
DEFIANCE PLANT
26427 ST RT. 281 EAST
DEFIANCE OH 43512-0070

| DELIVERY TERMS | DATE SHIPPED | BILL OF LADING NO. | PAYMENT TERMS | | |
|---|---|---|---|---|---|
| AT24337 | 06/23/08 | A-7835 | BY CHECK-NET 30 DAYS | | |
| CUSTOMER P.O. NO. | | ORDER DATE | SALES REP. | SHIPPING LOCATION | FREIGHT |
| S402001 | | 06/19/08 | RT | AT | COLLECT |
| ORDER NO. | | ROUTING | | | |
| E. CHICAGO, IN | | CUSTOMER PICKUP | | | |

| PRODUCT DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| CC-120 SS<br>Calcined Pet Coke<br>Lot#/Barcode on all B/L's<br>12 PALLETS<br>LOAD W/ AT24338 | 12.000 ST | 335.00 | 4,020.00 |

Oxbow Carbon & Minerals LLC invoices and collects payments hereunder on behalf of its affiliate, Oxbow Calcining LLC.
Thank You!
Please remit by check to:
Oxbow Carbon & Minerals LLC
12799 Collections Center Drive, Chicago, IL 60693

| TOTAL DUE | US$ 4,020.00 |
|---|---|

WE HEREBY CERTIFY THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF

&lt;Plant&gt;



**OXBOW CARBON & MINERALS LLC**
1450 Lake Robbins Drive, Suite 320
The Woodlands, TX 77380
(281) 775-4700

# INVOICE

| INVOICE NO: | EN082179 |
|---|---|
| DATE: | 06/23/08 |

SOLD TO:

GM POWERTRAIN GROUP
PO BOX 70
DEFIANCE OH 43512-0070

SHIP TO:

GM POWERTRAIN GROUP
DEFIANCE PLANT
26427 ST RT. 281 EAST
DEFIANCE OH 43512-0070

| DELIVERY TERMS | DATE SHIPPED | BILL OF LADING NO. | PAYMENT TERMS | | |
|---|---|---|---|---|---|
| AT24338 | 06/23/08 | A-7836 | BY CHECK-NET 30 DAYS | | |
| CUSTOMER P.O. NO. | | ORDER DATE | SALES REP. | SHIPPING LOCATION | FREIGHT |
| S402001 | | 06/19/08 | RT | AT | COLLECT |
| ORDER NO. | | ROUTING | | | |
| E. CHICAGO, IN | | CUSTOMER PICKUP | | | |

| PRODUCT DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| CC-120 BP<br>Calcined Pet Coke<br>Lot#/Barcode on all B/L's<br>25 # BAGS<br>6 PALLETS | 6.000  ST | 368.00 | 2,208.00 |

Oxbow Carbon & Minerals LLC invoices and collects payments
hereunder on behalf of its affiliate, Oxbow Calcining LLC.
Thank You!
Please remit by check to:
Oxbow Carbon & Minerals LLC
12799 Collections Center Drive, Chicago, IL 60693

| | TOTAL DUE | US$ 2,208.00 |
|---|---|---|

WE HEREBY CERTIFY THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE
FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER
SECTION 14, THEREOF.                    <Plant>



**OXBOW CARBON & MINERALS LLC**
1450 Lake Robbins Drive, Suite 320
The Woodlands, TX 77380
(281) 775-4700

# INVOICE

| INVOICE NO: | EN082127 |
|---|---|
| DATE: | 06/16/08 |

SOLD TO:

GM POWERTRAIN GROUP
PO BOX 70
DEFIANCE OH 43512-0070

SHIP TO:

GM POWERTRAIN GROUP
DEFIANCE PLANT
26427 ST RT. 281 EAST
DEFIANCE OH 43512-0070

| DELIVERY TERMS | DATE SHIPPED | BILL OF LADING NO. | PAYMENT TERMS | | | |
|---|---|---|---|---|---|---|
| AT24328 | 06/16/08 | A-7821 | BY CHECK-NET 30 DAYS | | | |
| CUSTOMER P.O. NO. | | ORDER DATE | SALES REP. | SHIPPING LOCATION | FREIGHT | |
| S402001 | | 06/09/08 | RT | AT | COLLECT | |
| ORDER NO. | | ROUTING | | | | |
| E. CHICAGO, IN | | CUSTOMER PICKUP | | | | |

| PRODUCT/DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| CC-120 SS<br>Calcined Pet Coke<br>Lot#/Barcode on all B/L's<br>20 PALLETS | 20.000  ST | 335.00 | 6,700.00 |

Oxbow Carbon & Minerals LLC invoices and collects payments
hereunder on behalf of its affiliate, Oxbow Calcining LLC.
Thank You!
Please remit by check to:
Oxbow Carbon & Minerals LLC
12799 Collections Center Drive, Chicago, IL 60693

| | US$ |
|---|---|
| TOTAL DUE | 6,700.00 |

WE HEREBY CERTIFY THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.                    <Plant>



**OXBOW CARBON & MINERALS LLC**
1450 Lake Robbins Drive, Suite 320
The Woodlands, TX 77380
(281) 775-4700

# INVOICE

| INVOICE NO: | EN081826 |
|---|---|
| DATE: | 05/29/08 |

SOLD TO:

GM POWERTRAIN GROUP
PO BOX 70
DEFIANCE OH 43512-0070

SHIP TO:

GM POWERTRAIN GROUP
DEFIANCE PLANT
26427 ST RT. 281 EAST
DEFIANCE OH 43512-0070

| DELIVERY TERMS | DATE SHIPPED | BILL OF LADING NO. | PAYMENT TERMS | | |
|---|---|---|---|---|---|
| AT24310 | 05/27/08 | A7798 | BY CHECK-NET 30 DAYS | | |
| CUSTOMER P.O. NO. | | ORDER DATE | SALES REP. | SHIPPING LOCATION | FREIGHT |
| S402001 | | 05/21/08 | RT | AT | COLLECT |
| ORDER NO. | | ROUTING | | | |
| E. CHICAGO, IN | | CUSTOMER PICKUP | | | |

| PRODUCT DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| CC-120 SS<br>Calcined Pet Coke<br>BOL #: A-7798    CAR #: S402001 | 22.000  ST | 335.00 | 7,370.00 |

Oxbow Carbon & Minerals LLC invoices and collects payments
hereunder on behalf of its affiliate, Oxbow Calcining LLC.
Thank You!
Please remit by check to:
Oxbow Carbon & Minerals LLC
12799 Collections Center Drive, Chicago, IL 60693

| | TOTAL DUE | US$ 7,370.00 |
|---|---|---|

WE HEREBY CERTIFY THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

<Plant>



**OXBOW CARBON & MINERALS LLC**
1450 Lake Robbins Drive, Suite 320
The Woodlands, TX 77380
(281) 775-4700

# INVOICE

| INVOICE NO: | EN081782 |
|---|---|
| DATE: | 05/27/08 |

SOLD TO:

GM POWERTRAIN GROUP
PO BOX 70
DEFIANCE OH 43512-0070

SHIP TO:

GM POWERTRAIN GROUP
DEFIANCE PLANT
26427 ST RT. 281 EAST
DEFIANCE OH 43512-0070

| DELIVERY TERMS | DATE SHIPPED | BILL OF LADING NO. | PAYMENT TERMS | | | |
|---|---|---|---|---|---|---|
| AT24306 | 05/27/08 | A-7782 | BY CHECK-NET 30 DAYS | | | |
| CUSTOMER P.O. NO. | | ORDER DATE | SALES REP. | SHIPPING LOCATION | FREIGHT | |
| S402001 | | 05/15/08 | RT | AT | COLLECT | |
| ORDER NO. | | ROUTING | | | | |
| E. CHICAGO, IN | | CUSTOMER PICKUP | | | | |

| PRODUCT DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| CC-120 SS<br>Calcined Pet Coke<br>Lot#/Barcode on all B/L's<br>18 PALLETS<br>BOL #: A-7782   CAR #: S402001 | 18.000 ST | 335.00 | 6,030.00 |

Oxbow Carbon & Minerals LLC invoices and collects payments
hereunder on behalf of its affiliate, Oxbow Calcining LLC.
Thank You!
Please remit by check to:
Oxbow Carbon & Minerals LLC
12799 Collections Center Drive, Chicago, IL 60693

| | TOTAL DUE | US$ 6,030.00 |
|---|---|---|

WE HEREBY CERTIFY THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.
&lt;Plant&gt;