Elizabeth K. Flaagan, Esq.
**FAEGRE & BENSON LLP**
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
(303) 607-3694
(303) 607-3600 Facsimile
eflaagan@faegre.com

Attorneys for Oxbow Carbon & Minerals, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 09-50026 (REG) |
| General Motors Corp., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto (Oxbow Carbon & Minerals, LLC) was served on June 12, 2009, automatically through the Court's ECF system to all parties having registered in these Chapter 11 cases under the Court's CM/ECF system, and Overnight U.S. Mail delivery, as indicated, on the parties identified in the attached Service List.

Dated:    June 12, 2009

Respectfully submitted,

**FAEGRE & BENSON LLP**

/s/ Elizabeth K. Flaagan
Elizabeth K. Flaagan (CO Bar No. 22604)
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532
Telephone: (303) 607-3694
Facsimile: (303) 607-3600
eflaagan@faegre.com

*Attorneys for Oxbow Carbon*
  *& Minerals, LLC*

## Service List

Debtors:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn:   Warren Command Center
            Mailcode 480-206-114

Attorneys for Debtors:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Harvey R. Miller, Esq.
            Stephen Karotkin, Esq.
            Joseph H. Smolinksy, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220
Attn:   Matthew Feldman, Esq.

Attorneys for Purchaser:

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi, Esq.

Attorneys for Creditors Committee:

Miller, Johnson, Snell & Cummiskey, PLC
250 Monroe Avenue, N.W., Suite 800
Grand Rapids, MI 49503
Attn:   Robert D. Wolford, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036
Attn:   Gordon Z. Novod, Esq.

Attorneys for Export Development Canada:

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attn:   Michael J. Edelman, Esq.
            Michael L. Schein, Esq.

Office of the United States Trustee
    for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:   Diana G. Adams, Esq.

fb.us.4107279.01