JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699
Patrick J. Trostle
Heather D. McArn

330 North Wabash Avenue
Chicago, Illinois 60611-7603
Telephone:  (312) 222-9350
Facsimile:  (312) 527-0484
Joseph P. Gromacki (*pro hac vice* application pending)
Daniel R. Murray (*pro hac vice* application pending)

Proposed Special Counsel to Debtors and Debtors-In-Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                          :
**In re**                                                 :            **Chapter 11**
                                                          :
**GENERAL MOTORS CORP.,** *et al.*,                       :            **Case No. 09-50026 (REG)**
                                                          :
                                    **Debtors.**          :            **(Jointly Administered)**
                                                          :
------------------------------------------------------------------x

### NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND REQUEST TO BE ADDED TO DEBTORS' MATRIX

Please take notice that Jenner & Block LLP hereby appears in the above-captioned case as proposed special counsel for General Motors Corporation and certain of its debtor affiliates in the above-captioned chapter 11 cases and requests that any and all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in the cases, be served upon the following attorneys, and that Jenner & Block LLP be added to the mailing matrix on file with the Clerk of the Bankruptcy Court:

1770957.1

Patrick J. Trostle                    Daniel R. Murray
Heather D. McArn                      Joseph P. Gromacki
JENNER & BLOCK LLP                    JENNER & BLOCK LLP
919 Third Avenue, 37th Floor          330 North Wabash Avenue
New York, New York 10022-3908         Chicago, Illinois 60611-7603
Telephone:  (212) 891-1600            Telephone:  (312) 222-9350
Facsimile:  (212) 891-1699            Facsimile:  (312) 527-0484
E-mail:  ptrostle@jenner.com          E-mail:  dmurray@jenner.com

Dated:  June 12, 2009
     Chicago, Illinois

JENNER & BLOCK LLP

By:  */s/ Patrick J. Trostle*
    919 Third Avenue, 37th Floor
    New York, New York 10022-3908
    Telephone:  (212) 891-1600
    Facsimile:  (212) 891-1699
    Patrick J. Trostle
    Heather D. McArn

    330 North Wabash Avenue
    Chicago, Illinois 60611-7603
    Telephone:  (312) 222-9350
    Facsimile:  (312) 527-0484
    Joseph P. Gromacki
    (*pro hac vice* application pending)
    Daniel R. Murray
    (*pro hac vice* application pending)

    Proposed Special Counsel for Debtors
    and Debtors in Possession

1770957.1