KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio  45202
Jason V. Stitt, Esq.
Telephone:      (513) 639-3964
E-Mail:          jstitt@kmklaw.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| GENERAL MOTORS CORPORATION, *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Jason V. Stitt, request admission, pro hac vice, before the Honorable Robert E. Gerber, to represent Cintas Corporation, a creditor in the above-referenced case.

        Mailing address:    Keating Muething & Klekamp PLL
                                     One East Fourth Street, Suite 1400
                                     Cincinnati, OH  45202

        E-Mail address:    jstitt@kmklaw.com

        Telephone number:    (513) 639-3964.

I certify that I am a member in good standing in the bars a member in good standing of the bars of the State of Ohio and the Commonwealth of Kentucky and the bars of the United States District Court for the Southern District of Ohio and the United States District Court for the Eastern District of Kentucky

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 12, 2009
Cincinnati, Ohio

*/s/ Jason V. Stitt*
Jason V. Stitt, Esq.
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, OH  45202
Telephone:    (513) 639-3964
E-Mail:    jstitt@kmklaw.com