KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio  45202
Jason V. Stitt, Esq.
Telephone:    (513) 639-3964
E-Mail:          jstitt@kmklaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | : | Chapter 11 |
|---|---|---|
| GENERAL MOTORS CORPORATION, *et al.* | : | Case No. 09-50026 (REG) |
| Debtors. | : | |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Jason V. Stitt, a member in good standing of the bar of the State of Ohio and the bars of the United States District Court for the Southern District of Ohio and the United States District Court for the Eastern District of Kentucky, having requested admission, *pro hac vice*, to represent Cintas Corporation, a creditor in the above-referenced case.

**ORDERED**, that Jason V. Stitt, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____
New York, New York

_____
Honorable Robert E. Gerber
United States Bankruptcy Judge

2999683.1