Colleen E. McManus, Esq.
**MUCH SHELIST DENENBERG**
 **AMENT & RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, IL  60606
(312) 521-2000

Christopher J. Battaglia, Esq.
Julie D. Dyas, Esq.
**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., *et al.* | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------x

### OBJECTION OF BRANDENBURG INDUSTRIAL SERVICE CO. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO

Brandenburg Industrial Service Co. ("Brandenburg"), by its undersigned attorneys and pursuant to Bankruptcy Code Section 365(b), submits this objection to the Notice of Debtors' Intent To Assume And Assign Certain Executory Contracts And Cure Amounts Related Thereto (the "Assumption Notice") and states:

1.      Brandenburg is party to contracts with one or more of the above-captioned Debtors pursuant to which Brandenburg performs construction-related services.

2.      On June 1, 2009, Debtors filed petitions for bankruptcy under Chapter 11.

{00080645.2 / 0000-021}

3.      On or about June 5, 2009, Debtors filed and served the Assumption Notice.  The Assumption Notice refers to a website containing information about assumable executory contracts and their corresponding cure amounts.

4.      The website lists two Brandenburg contracts, in pertinent part below:

| Row ID | GM Contract ID | Vendor ID | Counterparty |
|---|---|---|---|
| 5716-00035107 | GMS26145 | 177881687 | Brandenburg |
| 5716-00107721 | GMS29750 | 177881687 | Brandenburg |

5.      The website further provides that, for contract identification number GMS26145, the proposed cure amount is $21,713.54.  Brandenburg has no objection to this cure amount.

6.      However, Brandenburg objects to the Assumption Notice because Debtors have not provided a proposed cure amount for contract identification number GMS29750.  The default amount under that contract, which Brandenburg currently is owed, is $972,649.03.  That amount is comprised of the following charges under the contract:

| | |
|---|---|
| Original contract remaining: | $482,235.10 |
| Retention: | $147, 431.13 |
| Unreconciled field order nos. 1-5: | $342,982.80 |

(remainder of page intentionally blank)

**WHEREFORE**, Brandenburg Industrial Service Co. prays that this Court enter an order (a) denying assumption and assignment of Brandenburg's contracts; (b) conditioning any assumption and assignment of Brandenburg's contracts upon Debtors' immediate payments of $972,649.03 and $21,713.54 to Brandenburg, and (c) providing such other relief as this Court deems just and proper.

Dated: New York, New York
      June 12, 2009

**HALPERIN BATTAGLIA RAICHT, LLP**

By: _/s/ Christopher J. Battaglia_
Christopher J. Battaglia, Esq.
Julie D. Dyas, Esq.
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765.9100
Email: cbattaglia@halperinlaw.net
        jdyas@halperinlaw.net

-and-

**MUCH SHELIST DENENBERG
AMENT & RUBENSTEIN, P.C.**
Colleen E. McManus, Esq.
191 North Wacker Drive, Suite 1800
Chicago, IL  60606
(312) 521-2000
Email: cmcmanus@muchshelist.com

*Counsel to Brandenburg Industrial Service Co.*