**Hearing Date and Time: June 30, 2009 at 9:45 a.m. (Eastern Time)**
**Objection Date and Time: June 25, 2009 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                              :

**In re**                            :            **Chapter 11**
                              :

**GENERAL MOTORS CORP.,** *et al.*,    :            **Case No. 09-50026 (REG)**
                              :

                **Debtors.**        :            **(Jointly Administered)**
                              :

------------------------------------------------------------x

**NOTICE OF DEBTORS' FIRST OMNIBUS MOTION TO**
**REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

PLEASE TAKE NOTICE that the Court will hold a hearing to consider entry of an order granting the relief requested in respect of the following motion, which hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **June 30, 2009 at 9:45 a.m. (Eastern Time)**.

- Debtors' First Omnibus Motion to Reject Certain Unexpired Leases of Nonresidential Real Property (the "**Motion**").

Objections to the Motion must be made in writing, filed with the Court, and served upon the following so as to be actually received not later than **4:00 p.m. (Eastern Time)**

**on Thursday, June 25, 2009** (the "**Objection Deadline**"): (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o General Motors Corporation, 300 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iii) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (iv) the U.S. Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Matthew Feldman, Esq.); (v) Vedder Price, P.C., attorneys for EDC, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vi) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Kenneth H. Eckstein, Esq. and Thomas Moers Mayer, Esq.); (vii) the UAW, 8000 East Jefferson Avenue, Detroit, Michigan 48214 (Attn: Daniel W. Sherrick, Esq.); (viii) Cleary Gottlieb Steen & Hamilton LLP, attorneys for the UAW, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esq.); (xi) Cohen, Weiss and Simon LLP, attorneys for the UAW, 330 W. 42nd Street, New York, New York 10036 (Attn: Babette Ceccotti, Esq.); (xii) the Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004; and (xiii) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.).

If no objections are timely filed and served with respect to the Motion, the Debtors may, on or after the Objection Deadline, submit to the Court an order substantially in the form of the proposed order annexed to the Motion, which order shall be submitted and may be

entered with no further notice or opportunity to be heard offered to any party.

Registered users of the Bankruptcy Court's case filing system must electronically file their objections and responses.  All other parties in interest must file their objections and responses on a 3.5 inch floppy disk or flash drive, preferably in Portable Document Format (PDF), Microsoft Word or any other Windows-based word processing format (with a hard copy delivered directly to the chambers of the Hon. Robert E. Gerber), in accordance with General Order M-182.

Dated:  New York, New York
        June 12, 2009

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Hearing Date and Time: June 30, 2009 at 9:45 a.m. (Eastern Time)**
**Objection Date and Time: June 25, 2009 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re**                                                      :          **Chapter 11 Case No.**
                                                               :
**GENERAL MOTORS CORP.,** *et al.*,                            :          **09-50026 (REG)**
                                                               :
                                  **Debtors.**                 :          **(Jointly Administered)**
                                                               :
---------------------------------------------------------------x

## DEBTORS' FIRST OMNIBUS MOTION TO
## REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

General Motors Corporation ("**GM**") and its affiliated debtors, as debtors and

debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"),

respectfully represent:

### Relief Requested

1.       Pursuant to section 365(a) of title 11, United States Code (the

"**Bankruptcy Code**") and Rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), the Debtors request authorization to reject thirty-nine (39)

unexpired leases (the "**Leases**"[1]) and six (6) related subleases (the "**Subleases**") of real property identified on **Exhibit A** attached hereto, effective as of June 30, 2009.[2]  A proposed order is attached hereto as **Exhibit B**.

## Jurisdiction

2.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Description of the Leases and Subleases

3.        The Debtors are currently undergoing a comprehensive review of their respective leases to determine which leases to assume and which leases to reject.  Because the Debtors are in the process of selling substantially all of their assets and winding down their remaining operations, the Debtors no longer require certain office space and anticipate closing a number of office locations in the immediate future.  The Debtors have reviewed the Leases and Subleases that are the subject of this Motion and have determined, in their sound business judgment, that continuing the Leases and Subleases would be burdensome to the Debtors' estates and would provide no corresponding benefit or value to the Debtors or their estates.  Accordingly, the Debtors submit this Motion to reject the Leases and Subleases.

---

[1] Each Lease and Sublease includes any modifications, amendments, addenda, or supplements thereto or restatements thereof.

[2] Copies of individual Leases and Subleases will be made available to any party in interest upon request to the Debtors' undersigned attorneys.  This Motion is without prejudice to the Debtors' right to claim that any one or all of the Leases and Subleases expired by their own terms or were terminated prior to the effective date of rejection, as the case may be.  Moreover, nothing herein shall be deemed an admission that the Leases and Subleases are enforceable obligations of the Debtors, are executory in nature, or that the landlord identified on **Exhibit A** has a valid claim against the Debtors as a result of the rejection requested herein.  The terms of the Leases and Subleases described in this Motion are not intended to modify or represent the Debtors' interpretation of the terms of any Lease or Sublease.

4.      The Debtors have vacated or intend to vacate the premises under the Leases on or before June 30, 2009.  The Debtors therefore propose that the rejections of the Leases be effective as of June 30, 2009.

5.      Under applicable nonbankruptcy law, the Subleases will automatically terminate upon the rejection of the related Leases, but out of an abundance of caution, the Debtors also request authorization to reject the related Subleases.  The Debtors therefore propose that the rejections of the related Subleases also be effective as of June 30, 2009.

<b>Rejection of the Leases and Subleases is Supported By the<br>Debtors' Business Judgment and Should Be Approved By the Court</b>

6.      Section 365(a) of the Bankruptcy Code provides, in pertinent part, that a debtor in possession "subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor."  *See also NLRB v. Bildisco & Bildisco*, 465 U.S. 513, 521 (1984); *In re Lavigne*, 114 F.3d 379, 386 (2d Cir. 1997).  "[T]he purpose behind allowing the assumption or rejection of executory contracts is to permit the trustee or debtor-in-possession to use valuable property of the estate and to 'renounce title to and abandon burdensome property.'" *Orion Pictures Corp. v. Showtime Networks, Inc. (In re Orion Pictures Corp.)*, 4 F.3d 1095, 1098 (2d Cir. 1993), *cert. dismissed*, 511 U.S. 1026 (1994).

7.      Courts defer to a debtor's business judgment in rejecting an executory contract or unexpired lease, and upon finding that a debtor has exercised its sound business judgment, approve the rejection under section 365(a) of the Bankruptcy Code.  *See Bildisco & Bildisco*, 465 U.S. at 523 (recognizing the "business judgment" standard used to approve rejection of executory contracts and unexpired leases); *Nostas Assocs. v. Costich (In re Klein Sleep Products, Inc.)*, 78 F.3d 18, 25 (2d Cir. 1996) (recognizing the "business judgment" standard used to approve rejection of executory contracts); *In re Minges*, 602 F.2d 38, 42-43 (2d

2

Cir. 1979) (holding that the "business judgment" test is appropriate for determining when an

executory contract can be rejected); *In re G Survivor Corp.*, 171 B.R. 755, 757 (Bankr. S.D.N.Y.

1994), *aff'd*, 187 B.R. 111 (S.D.N.Y. 1985) (approving rejection of license by debtor because

such rejection satisfied the "business judgment" test); *In re Child World, Inc.*, 142 B.R. 87, 89

(Bankr. S.D.N.Y. 1992) (stating that a debtor may assume or reject an unexpired lease under

§ 365(a) in the exercise of its "business judgment").

        8.      The Debtors have reviewed the Leases and Subleases and have determined

that they are no longer of value or utility to the Debtors or their estates.  The Debtors are

reducing the number of vehicle sales, service, and marketing zone offices, consolidating offices,

and eliminating leases in which there is no GM occupancy.  Additionally, the Debtors have

determined that the Leases have no marketable value that could be realized by assuming and

assigning the Leases to a third party.  Accordingly, the Debtors no longer require such space and,

in their business judgment, have determined that the Leases and Subleases should be rejected.

        9.      In addition, section 365(h) of the Bankruptcy Code, which provides

protections to lessees when a debtor lessor rejects an unexpired lease of real property, does not

afford any protection to subtenant counterparties to the Subleases because applicable

nonbankruptcy law "in all jurisdictions provides that a subtenant's estate depends entirely for its

existence and continuation upon the estate created by the prime lease.  If the prime lease

terminates for any reason, the sublease will immediately fail." *See* BRENT C. SHAFFER, THE

SUBLEASE AND ASSIGNMENT DESKBOOK: LEGAL ISSUES, FORMS, AND DRAFTING TECHNIQUES

FOR COMMERCIAL LEASE TRANSFERS 144 (2006) (citing *231 Centre Street Associates v. Post

Bros. Service Stations, Inc.*, 252 A.D.2d 406 (N.Y. App. Div. 1998); *Syufy  Enterprises v. City of*

*Oakland*, 104 Cal. App. 4th 869 (Cal. Ct. App. 2002), *rehearing denied* (Jan. 21, 2003), *review denied* (Mar. 19, 2003)).

        10.      In light of the foregoing, the Debtors respectfully request that the Court approve rejection of the Leases and Subleases under section 365(a) of the Bankruptcy Code in the manner requested herein as a sound exercise of their business judgment.

### Notice

        Notice of this Motion has been provided to (i) the Office of the United States Trustee for the Southern District of New York, (ii) the attorneys for the United States Department of the Treasury, (iii) the attorneys for Export Development Canada, (iv) the attorneys for the agent under GM's prepetition secured term loan agreement, (v) the attorneys for the agent under GM's prepetition amended and restated secured revolving credit agreement, (vi) the attorneys for the statutory committee of unsecured creditors appointed in these chapter 11 cases, (vii) the attorneys for the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, (viii) the attorneys for the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers—Communications Workers of America, (ix) the United States Department of Labor, (x) the attorneys for the National Automobile Dealers Association, (xi) the attorneys for the ad hoc bondholders committee, (xii) the U.S. Attorney's Office, S.D.N.Y., (xiii) the counterparties to the Leases and Subleases, and (xiv) all entities that have requested notice in these chapter 11 cases under Bankruptcy Rule 2002. The Debtors submit that, in view of the facts and circumstances, such notice is sufficient and no other or further notice need be provided.

        No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated:  New York, New York
        June 12, 2009

                                        /s/ Joseph H. Smolinsky
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

## Exhibit A

### Schedule of Leases and Subleases to be Rejected

### Hoover, Alabama

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Daniel Meadow Brook 600 Partnership | 1200 Corporate Drive, Suite 400 Birmingham, AL 35242-5424 | 600 Corporate Parkway Hoover, AL 35242 | 7/31/2009 | 6/30/2009 |

### Redwood City, California

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| 350 Marine Pkwy., Gillikin Trade LLC, Lewis Trade LLC, Spiegl Trade LLC, and Welsh Trade LLC | c/o Pollock Financial Group 350 Marine Parkway LLC 150 Portola Road Portola Valley, CA 94028 | 350 Marine Parkway Redwood City CA 94065 | 11/14/2009 | 6/30/2009 |

### San Francisco, California

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Platinum Technology, Inc. | 1815 South Meyers Road Oakbrook Terrace, IL 60181 | 475 Brannan Street San Francisco CA 94107 | 4/1/2010 | 6/30/2009 |
| **Subtenant** | **Subtenant Address** | **Property Location** | **Termination Date** | **Rejection Date** |
| MB600 LLC | c/o Daniel Corporation 3595 Grandview Parkway Suite 400 Birmingham, AL 35243 | 475 Brannan Street San Francisco CA 94107 | 7/31/2009 | 6/30/2009 |

### San Ramon, California

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Legacy III SR Crow Canyon LLC | 4000 East Third Avenue Suite 600 Foster City, CA 94404 | 2010 Crow Canyon Place San Ramon, CA 94583 | 9/30/2009 | 6/30/2009 |

**Torrance, California**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Lomita Partners II, LLC | 433 North Camden Drive Suite 820 Beverly Hills, CA 90210 | 3050 Lomita Boulevard Torrance, CA 90509 | 12/31/2010 | 6/30/2009 |

**West Sacramento, California**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| R & M Diodati Family Ltd. Partnership | 11423 Sunrise Gold Circle Suite 16 Rancho Cordova, CA 95742 | 3300 Industrial Blvd. West Sacramento CA 95691 | 10/31/2010 | 6/30/2009 |

**Denver, Colorado**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Environmental Testing Corporation | 2022 Helena Street Aurora, CO 80011 | 4750 Kingston Street Denver CO 80239-2587 | 12/31/2009 | 6/30/2009 |
| BRCP Stanford Place, LLC | 805 East Tuffs Ave. Suite 1310 Denver, CO 80237 | 8055 East Tufts Avenue Pkwy Denver, CO 80202 | 11/30/2010 | 6/30/2009 |
| Swig, Weiler & Arnow Management Co., Inc. | 1114 Avenue of the Americas New York, NY 40036  Edward T. Haas Trust, Sydia Haas Long, Trustee 2727 Filbert Street San Francisco, CA 94123 | 1910 38th Street Denver, CO 80216 | 12/31/2009 | 6/30/2009 |

| Subtenant | Subtenant Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| National Waterworks, Inc | National Waterworks, Inc c/o Kathryn Williams c/o Holland & Knight, LLP 200 South Orange Ave Orlando, FL 32801 | 1910 38th Street Denver, CO 80216 | 10/31/2009 | 6/30/2009 |

**Coral Springs, Florida**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| University Centre West III, Ltd. | c/o George Rahael 2900 North University Drive Coral Springs, FL 33065-5083 | 2700 N. University Dr. Coral Springs FL 33065 | 3/31/2011 | 6/30/2009 |

**Tampa, Florida**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Realty Associates Iowa Corporation | c/o TA Reality Associates 28 State Street, 10th Floor Boston, MA 02190 | 3030 North Rocky Point Drive Tampa, FL 33607 | 12/31/2012 | 6/30/2009 |
| **Subtenant** | **Subtenant Address** | **Property Location** | **Termination Date** | **Rejection Date** |
| GMAC, LLC | 200 Renaissance Center P.O. Box 200 Detroit, MI 48265 | 3030 North Rocky Point Drive Tampa, FL 33607 | 4/30/2012 | 6/30/2009 |

**Anderson, Indiana**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Flagship Enterprise Center, Inc. | Executive Director 2701 Enterprise Drive Suite 100 Anderson, IN 46013 | 2701 Enterprise Drive Anderson, IN 46013 | 3/31/2012 | 6/30/2009 |

**Indianapolis, Indiana**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Castle Creek Investment Group, LLC | 101 North Brand Boulevard Suite 940 Glendale, CA 91203 | 5975 Castle Creek Parkway Indianapolis, IN 46250 | 11/30/2012 | 6/30/2009 |

## Overland Park, Kansas

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| UCM/SREP - Corporate Woods LLC | FBO UBS Re Security Dept CH17865 Palatine, IL 60055-7865 | 10800 Farley Overland Park KS 66210 | 9/30/2009 | 6/30/2009 |

## Louisville, Kentucky

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Summit I Partners, Ltd. c/o Corporate Realty Services, Inc. | 4350 Brownsboro Road Suite 310 Louisville, KY 40207 | 4350 Brownsboro Road Lewisville, KY 40207 | 8/31/2012 | 6/30/2009 |

## Germantown, Maryland

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| BP 270, LLC c/o Matan Realty, LLP | c/o Michael Jezienicki 20251 Century Boulevard Suite 100 Germantown, MD 20874-1195 | 20251 Century Blvd Germantown MD 20874 | 9/30/2011 | 6/30/2009 |
| **Subtenant** | **Subtenant Address** | **Property Location** | **Termination Date** | **Rejection Date** |
| GMAC, LLC | 200 Renaissance Center P.O. Box 200 Detroit, MI 48265 | 20251 Century Blvd Germantown MD 20874 | 11/30/2011 | 6/30/2009 |

## Foxborough, Massachusetts

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| 100/200 Foxborough Blvd. Realty Trust c/o CB Richard Ellis N E Partners | 380 Westminster Street Providence, RI 02903 | 100 Foxborough Blvd. Foxborough, MA 02035 | 7/31/2010 | 6/30/2009 |

**Auburn Hills, Michigan**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| GMAC, LLC | 200 Renaissance Center<br>P.O. Box 200<br>Detroit, MI 48265 | 900 North Squirrel Rd.<br>Auburn Hills<br>MI 48236-2784 | 3/31/2012 | 6/30/2009 |

**East Lansing, Michigan**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Hannah Technology &<br>Research Center | P.O. Box 4218<br>East Lansing, MI 48826-4218 | 4660 S Hagadorn Rd.<br>East Lansing, MI 48823 | 5/31/2012 | 6/30/2009 |

**Grand Rapids, Michigan**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Orchard Vista Properties,<br>LLC | c/o Waters Realty &<br>Development<br>161 Ottawa Ave Northwest<br>Suite 104<br>Grand Rapids, MI 49503 | 3033 Orchard Vista<br>Drive Southeast<br>Grand Rapids<br>MI 49804 | 11/30/2013 | 6/30/2009 |

**Parsippany, New Jersey**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Maple 6 Campus, LLC<br>c/o Mack-Cali Realty<br>Corporation | 343 Thornall Street<br>Edison, NJ 08837 | 6 Campus Drive<br>Parsippany<br>NJ 08837-2206 | 7/31/2014 | 6/30/2009 |

**Honeoye Falls, New York**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| RL Norton, LLC | c/o Ryan Stoner<br>21 Norton Street<br>Honeoye Falls, NY 14472 | 34 Norton Street<br>Honeoye Falls<br>NY 14472 | 2/28/2010 | 6/30/2009 |

**New York, New York**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| BP/CG Center I, LLC c/o Boston Properties Limited Partnership | 599 Lexington Avenue Suite 1800 New York, NY 10022 | 153 East 53rd Street New York, NY 10022 | 12/31/2019 | 6/30/2009 |

**Charlotte, North Carolina**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Hall Building, LLC c/o BCP West, LLC -TR for Such Entity | c/o The Bissell Companies, Inc. 13860 Ballantyne Corporate Place, Suite 300 Charlotte, NC 28277 | 11006 Rushmore Drive Charlotte, NC 28277 | 1/31/2012 | 6/30/2009 |

**Raleigh, North Carolina**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Center XXXIII, LLC c/o Highwoods Properties, Inc. | 3100 Smoketree Court Suite 1100 Raleigh, NC 27604 | 5510 Six Forks Road Raleigh, NC 27609 | 7/31/2009 | 6/30/2009 |

**Cincinnati, Ohio**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| OKD Four, Ltd. | 55 Tri-County Pkwy. Cincinnati, OH 45246<br><br>Target Mgmt. Leasing Inc. 110 Boggs Lake, Suite 244 Cincinnati, OH 45246 | 155 Tri-County Pkwy. Cincinnati, OH 45246 | 4/30/2013 | 6/30/2009 |

**Copley, Ohio**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Crystal Pointe, Ltd. | North Pointe Realty, Inc. 5915 Landerbrook Drive Suite 120 Mayfield Hgts., OH 44127 | 202 Montrose West Blvd. Copley, OH 44321 | 4/18/2013 | 6/30/2009 |

**Maumee, Ohio**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Home Builders Association of Greater Toledo, Inc. | 1911 Indianwood Circle Suite A Maumee, OH 43537 | 1911 Indianwood Circle Maumee, OH 46250 | 11/30/2009 | 6/30/2009 |

**Warren, Ohio**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Lewis Land, Ltd. | 8031 East Market Street Warren, OH 44484 | 8009 East Market Street Warren, OH 44484 | 6/30/2012 | 6/30/2009 |

**Cranberry Township, Pennsylvania**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Kessinger/Hunter & Co., as agent for Cranberry Business Park | 2600 Grand Avenue Suite 700 Kansas City, MO 64108 | 3104 Unionville Drive Cranberry Township PA 16319 | 7/31/2013 | 6/30/2009 |

**Erie, Pennsylvania**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| The Prischack Family Partenership | 100 State Street Suite B-100 Erie, PA 16507 | 100 State Street Erie, PA 16507 | 5/14/2011 | 6/30/2009 |

**Wayne, Pennsylvania**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| 851 Duportail LP | 955 Chesterbrook Boulevard Suite 120 Chesterbrook, PA 19087 | 851 Duportail Road Wayne, PA 19087 | 4/30/2010 | 6/30/2009 |

**Greenville, South Carolina**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| OZRE Greenville LLC | P.O. Box 533220 Charlotte, NC 28290 | 300 Executive Center Drive Greenville, SC 29615 | 10/31/2012 | 6/30/2009 |
| **Subtenant** | **Subtenant Address** | **Property Location** | **Termination Date** | **Rejection Date** |
| GMAC, LLC | 200 Renaissance Center P.O. Box 200 Detroit, MI 48265 | 300 Executive Center Drive Greenville, SC 29615 | 9/30/2010 | 6/30/2009 |

**Franklin, Tennessee**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Boyle Cool Springs Joint Venture | 5110 Maryland Way Suite 330 Brentwood, TN 37027 | 501 Corporate Drive Franklin, TN 37067 | 7/31/2010 | 6/30/2009 |
| **Subtenant** | **Subtenant Address** | **Property Location** | **Termination Date** | **Rejection Date** |
| GMAC, LLC | 200 Renaissance Center P.O. Box 200 Detroit, MI 48265 | 501 Corporate Drive Franklin, TN 37067 | 7/31/2010 | 6/30/2009 |

**Richmond, Virginia**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| GMAC, LLC | 200 Renaissance Center P.O. Box 200 Detroit, MI 48265 | 10800 Midlothian Turnpike Richmond, VA 23235 | 9/30/2009 | 6/30/2009 |

### Scott Depot, West Virginia

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Keniman Belcher c/o Barbara Belcher | 203 Cedar Drive Scott Depot, WV 25560 | 400-D Prestige Park Scott Depot, WV 25526 | 7/31/2009 | 6/30/2009 |

### Brookfield, Wisconsin

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| CORE Realty Holdings Management, Inc. fbo Brookfield Lakes Tenants in Common | c/o Hammes Co. 18000 W. Sarah Lane, Suite 250 Brookfield, WI 53045 | 300 North Corporate Drive Brookfield, WI 53045 | 5/31/2012 | 6/30/2009 |

### Grand Chute, Wisconsin

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Grande Market 5601 | 5735 West Spencer Street Appleton, WI 54914 | 5601 Grande Market Drive Grand Chute, WI 54913 | 3/31/2012 | 6/30/2009 |

### Middleton, Wisconsin

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Greenway Office Center, LLC c/o T. Wall Properties, LLC | P.O. Box 7700 Madison, WI 53707 | 1600 Aspen Commons Middleton, WI 53562 | 5/14/2013 | 6/30/2009 |

**Exhibit B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                               :

In re                           :           **Chapter 11 Case No.**
                                 :

**GENERAL MOTORS CORP.**, *et al.*,     :          **09-50026 (REG)**
                                 :

                   **Debtors.**     :          **(Jointly Administered)**
                                 :

----------------------------------------------------------------x

### FIRST OMNIBUS ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

Upon the motion, dated June 12, 2009 (the "**Motion**"), of General Motors Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 365(a) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") for authorization to reject certain unexpired leases (the "**Leases**") and related subleases (the "**Subleases**") listed on **Annex I** hereto, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York of Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the Office of the United States Trustee for the Southern District of New York, (ii) the attorneys for the United States Department of the Treasury, (iii) the attorneys for Export Development Canada, (iv) the attorneys for the agent under GM's prepetition secured term loan agreement, (v) the attorneys for

the agent under GM's prepetition amended and restated secured revolving credit agreement,

(vi) the attorneys for the statutory committee of unsecured creditors appointed in these chapter

11 cases, (vii) the attorneys for the International Union, United Automobile, Aerospace and

Agricultural Implement Workers of America, (viii) the attorneys for the International Union of

Electronic, Electrical, Salaried, Machine and Furniture Workers—Communications Workers of

America, (ix) the United States Department of Labor, (x) the attorneys for the National

Automobile Dealers Association, (xi) the attorneys for the ad hoc bondholders committee, (xii)

the U.S. Attorney's Office, S.D.N.Y., (xiii) all entities that requested notice pursuant to

Bankruptcy Rule 2002, and (xiv) the counterparties to the Leases and Subleases, and it appearing

that no other or further notice need be provided; and a hearing having been held to consider the

relief requested in the Motion (the "**Hearing**"); and upon the record of the Hearing and all of the

proceedings had before the Court; and the Court having found and determined that the relief

sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties

in interest and that the legal and factual bases set forth in the Motion establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that pursuant to section 365(a) of the Bankruptcy Code and

Bankruptcy Rules 6006 and 9014, the Debtors are hereby authorized to reject the Leases and

Subleases listed on **Annex I** attached hereto, effective as of the respective date requested in the

Motion and listed on **Annex I** attached hereto (the "**Rejection Date**"); and it is further

ORDERED that upon service of this Order upon the counterparties to the Leases

and Subleases, the Leases and Subleases shall be deemed rejected, effective as of the Rejection

Date; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation, interpretation and/or enforcement of this

Order.


Dated: _____ ____, 2009
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

## Annex I

### Schedule of Leases and Subleases to be Rejected

### Hoover, Alabama

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Daniel Meadow Brook 600 Partnership | 1200 Corporate Drive, Suite 400 Birmingham, AL 35242-5424 | 600 Corporate Parkway Hoover, AL 35242 | 7/31/2009 | 6/30/2009 |

### Redwood City, California

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| 350 Marine Pkwy., Gillikin Trade LLC, Lewis Trade LLC, Spiegl Trade LLC, and Welsh Trade LLC | c/o Pollock Financial Group 350 Marine Parkway LLC 150 Portola Road Portola Valley, CA 94028 | 350 Marine Parkway Redwood City CA 94065 | 11/14/2009 | 6/30/2009 |

### San Francisco, California

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Platinum Technology, Inc. | 1815 South Meyers Road Oakbrook Terrace, IL 60181 | 475 Brannan Street San Francisco CA 94107 | 4/1/2010 | 6/30/2009 |
| **Subtenant** | **Subtenant Address** | **Property Location** | **Termination Date** | **Rejection Date** |
| MB600 LLC | c/o Daniel Corporation 3595 Grandview Parkway Suite 400 Birmingham, AL 35243 | 475 Brannan Street San Francisco CA 94107 | 7/31/2009 | 6/30/2009 |

### San Ramon, California

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Legacy III SR Crow Canyon LLC | 4000 East Third Avenue Suite 600 Foster City, CA 94404 | 2010 Crow Canyon Place San Ramon, CA 94583 | 9/30/2009 | 6/30/2009 |

**Torrance, California**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Lomita Partners II, LLC | 433 North Camden Drive Suite 820 Beverly Hills, CA 90210 | 3050 Lomita Boulevard Torrance, CA 90509 | 12/31/2010 | 6/30/2009 |

**West Sacramento, California**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| R & M Diodati Family Ltd. Partnership | 11423 Sunrise Gold Circle Suite 16 Rancho Cordova, CA 95742 | 3300 Industrial Blvd. West Sacramento CA 95691 | 10/31/2010 | 6/30/2009 |

**Denver, Colorado**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Environmental Testing Corporation | 2022 Helena Street Aurora, CO 80011 | 4750 Kingston Street Denver CO 80239-2587 | 12/31/2009 | 6/30/2009 |
| BRCP Stanford Place, LLC | 805 East Tuffs Ave. Suite 1310 Denver, CO 80237 | 8055 East Tufts Avenue Pkwy Denver, CO 80202 | 11/30/2010 | 6/30/2009 |
| Swig, Weiler & Arnow Management Co., Inc. | 1114 Avenue of the Americas New York, NY 40036  Edward T. Haas Trust, Sydia Haas Long, Trustee 2727 Filbert Street San Francisco, CA 94123 | 1910 38th Street Denver, CO 80216 | 12/31/2009 | 6/30/2009 |
| **Subtenant** | **Subtenant Address** | **Property Location** | **Termination Date** | **Rejection Date** |
| National Waterworks, Inc | National Waterworks, Inc c/o Kathryn Williams c/o Holland & Knight, LLP 200 South Orange Ave Orlando, FL 32801 | 1910 38th Street Denver, CO 80216 | 10/31/2009 | 6/30/2009 |

2

**Coral Springs, Florida**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| University Centre West III, Ltd. | c/o George Rahael 2900 North University Drive Coral Springs, FL 33065-5083 | 2700 N. University Dr. Coral Springs FL 33065 | 3/31/2011 | 6/30/2009 |

**Tampa, Florida**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Realty Associates Iowa Corporation | c/o TA Reality Associates 28 State Street, 10th Floor Boston, MA 02190 | 3030 North Rocky Point Drive Tampa, FL 33607 | 12/31/2012 | 6/30/2009 |
| **Subtenant** | **Subtenant Address** | **Property Location** | **Termination Date** | **Rejection Date** |
| GMAC, LLC | 200 Renaissance Center P.O. Box 200 Detroit, MI 48265 | 3030 North Rocky Point Drive Tampa, FL 33607 | 4/30/2012 | 6/30/2009 |

**Anderson, Indiana**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Flagship Enterprise Center, Inc. | Executive Director 2701 Enterprise Drive Suite 100 Anderson, IN 46013 | 2701 Enterprise Drive Anderson, IN 46013 | 3/31/2012 | 6/30/2009 |

**Indianapolis, Indiana**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Castle Creek Investment Group, LLC | 101 North Brand Boulevard Suite 940 Glendale, CA 91203 | 5975 Castle Creek Parkway Indianapolis, IN 46250 | 11/30/2012 | 6/30/2009 |

**Overland Park, Kansas**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| UCM/SREP - Corporate Woods LLC | FBO UBS Re Security Dept CH17865 Palatine, IL 60055-7865 | 10800 Farley Overland Park KS 66210 | 9/30/2009 | 6/30/2009 |

**Louisville, Kentucky**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Summit I Partners, Ltd. c/o Corporate Realty Services, Inc. | 4350 Brownsboro Road Suite 310 Louisville, KY 40207 | 4350 Brownsboro Road Lewisville, KY 40207 | 8/31/2012 | 6/30/2009 |

**Germantown, Maryland**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| BP 270, LLC c/o Matan Realty, LLP | c/o Michael Jezienicki 20251 Century Boulevard Suite 100 Germantown, MD 20874-1195 | 20251 Century Blvd Germantown MD 20874 | 9/30/2011 | 6/30/2009 |
| **Subtenant** | **Subtenant Address** | **Property Location** | **Termination Date** | **Rejection Date** |
| GMAC, LLC | 200 Renaissance Center P.O. Box 200 Detroit, MI 48265 | 20251 Century Blvd Germantown MD 20874 | 11/30/2011 | 6/30/2009 |

**Foxborough, Massachusetts**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| 100/200 Foxborough Blvd. Realty Trust c/o CB Richard Ellis N E Partners | 380 Westminster Street Providence, RI 02903 | 100 Foxborough Blvd. Foxborough, MA 02035 | 7/31/2010 | 6/30/2009 |

## Auburn Hills, Michigan

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| GMAC, LLC | 200 Renaissance Center<br>P.O. Box 200<br>Detroit, MI 48265 | 900 North Squirrel Rd.<br>Auburn Hills<br>MI 48236-2784 | 3/31/2012 | 6/30/2009 |

## East Lansing, Michigan

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Hannah Technology & Research Center | P.O. Box 4218<br>East Lansing, MI 48826-4218 | 4660 S Hagadorn Rd.<br>East Lansing, MI 48823 | 5/31/2012 | 6/30/2009 |

## Grand Rapids, Michigan

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Orchard Vista Properties, LLC | c/o Waters Realty & Development<br>161 Ottawa Ave Northwest<br>Suite 104<br>Grand Rapids, MI 49503 | 3033 Orchard Vista Drive Southeast<br>Grand Rapids<br>MI 49804 | 11/30/2013 | 6/30/2009 |

## Parsippany, New Jersey

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Maple 6 Campus, LLC c/o Mack-Cali Realty Corporation | 343 Thornall Street<br>Edison, NJ 08837 | 6 Campus Drive<br>Parsippany<br>NJ 08837-2206 | 7/31/2014 | 6/30/2009 |

## Honeoye Falls, New York

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| RL Norton, LLC | c/o Ryan Stoner<br>21 Norton Street<br>Honeoye Falls, NY 14472 | 34 Norton Street<br>Honeoye Falls<br>NY 14472 | 2/28/2010 | 6/30/2009 |

**New York, New York**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| BP/CG Center I, LLC c/o Boston Properties Limited Partnership | 599 Lexington Avenue Suite 1800 New York, NY 10022 | 153 East 53rd Street New York, NY 10022 | 12/31/2019 | 6/30/2009 |

**Charlotte, North Carolina**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Hall Building, LLC c/o BCP West, LLC -TR for Such Entity | c/o The Bissell Companies, Inc. 13860 Ballantyne Corporate Place, Suite 300 Charlotte, NC 28277 | 11006 Rushmore Drive Charlotte, NC 28277 | 1/31/2012 | 6/30/2009 |

**Raleigh, North Carolina**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Center XXXIII, LLC c/o Highwoods Properties, Inc. | 3100 Smoketree Court Suite 1100 Raleigh, NC 27604 | 5510 Six Forks Road Raleigh, NC 27609 | 7/31/2009 | 6/30/2009 |

**Cincinnati, Ohio**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| OKD Four, Ltd. | 55 Tri-County Pkwy. Cincinnati, OH 45246  Target Mgmt. Leasing Inc. 110 Boggs Lake, Suite 244 Cincinnati, OH 45246 | 155 Tri-County Pkwy. Cincinnati, OH 45246 | 4/30/2013 | 6/30/2009 |

**Copley, Ohio**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Crystal Pointe, Ltd. | North Pointe Realty, Inc. 5915 Landerbrook Drive Suite 120 Mayfield Hgts., OH 44127 | 202 Montrose West Blvd. Copley, OH 44321 | 4/18/2013 | 6/30/2009 |

**Maumee, Ohio**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Home Builders Association of Greater Toledo, Inc. | 1911 Indianwood Circle Suite A Maumee, OH 43537 | 1911 Indianwood Circle Maumee, OH 46250 | 11/30/2009 | 6/30/2009 |

**Warren, Ohio**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Lewis Land, Ltd. | 8031 East Market Street Warren, OH 44484 | 8009 East Market Street Warren, OH 44484 | 6/30/2012 | 6/30/2009 |

**Cranberry Township, Pennsylvania**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Kessinger/Hunter & Co., as agent for Cranberry Business Park | 2600 Grand Avenue Suite 700 Kansas City, MO 64108 | 3104 Unionville Drive Cranberry Township PA 16319 | 7/31/2013 | 6/30/2009 |

**Erie, Pennsylvania**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| The Prischack Family Partenership | 100 State Street Suite B-100 Erie, PA 16507 | 100 State Street Erie, PA 16507 | 5/14/2011 | 6/30/2009 |

**Wayne, Pennsylvania**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| 851 Duportail LP | 955 Chesterbrook Boulevard Suite 120 Chesterbrook, PA 19087 | 851 Duportail Road Wayne, PA 19087 | 4/30/2010 | 6/30/2009 |

**Greenville, South Carolina**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| OZRE Greenville LLC | P.O. Box 533220 Charlotte, NC 28290 | 300 Executive Center Drive Greenville, SC 29615 | 10/31/2012 | 6/30/2009 |
| **Subtenant** | **Subtenant Address** | **Property Location** | **Termination Date** | **Rejection Date** |
| GMAC, LLC | 200 Renaissance Center P.O. Box 200 Detroit, MI 48265 | 300 Executive Center Drive Greenville, SC 29615 | 9/30/2010 | 6/30/2009 |

**Franklin, Tennessee**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Boyle Cool Springs Joint Venture | 5110 Maryland Way Suite 330 Brentwood, TN 37027 | 501 Corporate Drive Franklin, TN 37067 | 7/31/2010 | 6/30/2009 |
| **Subtenant** | **Subtenant Address** | **Property Location** | **Termination Date** | **Rejection Date** |
| GMAC, LLC | 200 Renaissance Center P.O. Box 200 Detroit, MI 48265 | 501 Corporate Drive Franklin, TN 37067 | 7/31/2010 | 6/30/2009 |

**Richmond, Virginia**

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| GMAC, LLC | 200 Renaissance Center P.O. Box 200 Detroit, MI 48265 | 10800 Midlothian Turnpike Richmond, VA 23235 | 9/30/2009 | 6/30/2009 |

### Scott Depot, West Virginia

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Keniman Belcher c/o Barbara Belcher | 203 Cedar Drive Scott Depot, WV 25560 | 400-D Prestige Park Scott Depot, WV 25526 | 7/31/2009 | 6/30/2009 |

### Brookfield, Wisconsin

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| CORE Realty Holdings Management, Inc. fbo Brookfield Lakes Tenants in Common | c/o Hammes Co. 18000 W. Sarah Lane, Suite 250 Brookfield, WI 53045 | 300 North Corporate Drive Brookfield, WI 53045 | 5/31/2012 | 6/30/2009 |

### Grand Chute, Wisconsin

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Grande Market 5601 | 5735 West Spencer Street Appleton, WI 54914 | 5601 Grande Market Drive Grand Chute, WI 54913 | 3/31/2012 | 6/30/2009 |

### Middleton, Wisconsin

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Greenway Office Center, LLC c/o T. Wall Properties, LLC | P.O. Box 7700 Madison, WI 53707 | 1600 Aspen Commons Middleton, WI 53562 | 5/14/2013 | 6/30/2009 |