**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP, *et al.* | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

Ligee Gu, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in New York, New York.

On June 12, 2009, I served a copy of the documents listed below by causing true and correct copies of the same to be sent by Overnight Mail, to the persons listed on <u>Exhibit</u> <u>A</u> hereto:

(1) OBJECTION TO PROPOSED CURE AMOUNT OF EMC CORPORATION, with exhibits;

(2) OBJECTION OF BRANDENBURG INDUSTRIAL SERVICE CO. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPECTED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO; and

(3) LIMITED OBJECTION OF RCR ENTERPRISES, LLC TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE COSTS RELATED THERETO,

> */s/ Ligee Gu*
> Ligee Gu

Sworn to before me this 12th
day of June, 2009

*/s/ Carrie E. Mitchell*
NOTARY PUBLIC
Carrie E. Mitchell
Notary Public, State of New York
No. 02MI6136082
Qualified in New York County
Commission Expires October 31, 2009

{00080654.1 / 0189-007}

## Exhibit A

Attn: Warren Command Center
Mailcode 480-206-114
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI  48090-9025

Harvey R. Miller, Esq.,
Stephen Karotkin, Esq.
& Joseph H. Smolinsky, Esq.
Weil Gotschal & Manges, LLP
767 Fifth Avenue
New York, NY  10153

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania  Avenue, NW
Room 2312
 Washington, DC  20220

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Michael Edelman, Esq.
& Michael Schein, Esq.
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY  10019

Diana G. Adams, Esq.
Office of the United States Trustee,
SDNY
33 Whitehall Street, 21st Floor
New York, NY  10004

Thomas Moers Mayer
Kenneth H. Eckstein
Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of Americas
New York, NY 10036