UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP., et al., | ) Chapter 11 |
| Debtors. | ) (Jointly Administered) |

## OBJECTION TO CURE AMOUNT BY YEATON RESEARCH, INC.

Pursuant to the Notice Of Debtors' Intent To Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases Of Nonresidential Real Property and Cure Amounts Related Thereto, Yeaton Research, Inc. hereby files its Objection to Cure Amount as follows:

Yeaton Research, Inc. is a party to certain executory contracts with General Motors Corporation. Yeaton Research, Inc. has reviewed the cure amount set forth on the Contract Website with respect to its executory contracts. In addition to the amounts set forth on the Contract Website, an additional amount of $222,875.09 is also owed to Yeaton Research, Inc. and should be added to such cure amount for a total cure amount of $582,491.57. A true and correct copy of the spread sheet detailing the additional amounts owed is attached hereto as Exhibit "A" and by this reference made a part hereof.

Dated: June 12, 2009

YEATON RESEARCH, INC.

By: _____
G. Scott Yeaton, President
5552 Cerritos Avenue, Suite K
Cypress, California 90630
Telephone: (714) 527-0606
Email: syeaton@rdscypress.com

## 2009 INVOICES

| INV # | DATE | PROJECT NAME | PO Number | GIC # | Project # | ANALYST | COMPANY | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5261 | 4/20/2009 | GLOBAL DELTA CHEVY INTERIOR EVALUATION (US) - MAIN SUPPLIER | GMR89688 | 2008-209 | L13-08-6004 | GRIMALDI | GM | $5,871.00 |
| 5262 | 4/20/2009 | GMX553 PRE-DSI STUDY (US) - OTHER SUPPLIER | GMR89687 | 2008-57 | L13-08-6036 | TAMM | GM | $40,913.62 |
| 5274 | 3/30/2009 | GMX351 VEHICLE CONFIRMATION (US) - MAIN SUPPLIER | GMR89077 | 2008-29 | L13-09-6096 | GRIMALDI | GM | $10,123.75 |
| 5278 | 5/20/2009 | GMX352 LIFESTYLE STUDY (US) - MAIN SUPPLIER | GMR89106 | 2009-9 | L13-09-6100 | HUGHES | GM | $13,286.84 |
| 5280 | 6/1/2009 | AN - RESEARCH DATABASE AND WEBSITE SUPPORT (US) - MAIN SUP | GMR88181 | 2009-18 | L13-09-6025 | COPPENS | GM | $6,540.80 |
| 5281 | 6/3/2009 | GD BUICK VEHICLE CONFIRMATION (US) - MAIN SUPPLIER | GMR90234 | 2009-164 | L13-09-6181 | BRASSELL | GM | $135,412.57 |
| 5282 | 6/4/2009 | GMX351 VEHICLE CONFIRMATION (US) - MAIN SUPPLIER | GMR90271 | 2008-29 | L13-09-6096 | GRIMALDI | GM | $3,200.00 |
| 5283 | 6/5/2009 | SRX PRICING STUDY (US) - MAIN SUPPLIER | GMR90335 | 2009-117 | L13-09-6118 | TAMM | GM | $5,956.70 |
| 5285 | 6/10/2009 | COMMERCIAL TRUCK RESEARCH | GMR89844 | none | none | SCARPELLI | GM | $1,569.81 |
| | | TOTAL | | | | | | $222,875.09 |

EXHIBIT A

## CERTIFICATE OF SERVICE

I, Lauren Elizabeth Murphy, being at all times over 18 years of age, hereby certify that a true and correct copy of the Objection to Cure Amount by Yeaton Research, Inc. was caused to be served, by Federal-Express Priority Overnight Next Business-day Mail, so as to be received by each of the persons listed on the attached Service List before 4:00 p.m., June 15, 2009.

Dated:  June 12, 2009

Lauren Elizabeth Murphy

## SERVICE LIST

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>Attn: Warren Command Center,<br>Mail code 480-206-114 | Debtors |
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq. | Debtor's Attorney |
| U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington D.C. 20220<br>Attn: Matthew Feldman, Esq. | U.S. Treasury |
| Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>Attn: John J. Rapisardi, Esq. | Attorneys for Purchaser |
| Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036 | Attorneys for Creditors Committee |
| Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>Attn: Michael J. Edelman, Esq.<br>Michael L. Schein, Esq. | Attorneys for Export Development Canada |
| Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Attn: Diana G. Adams, Esq. | United States Trusteee |