# EXHIBIT "A"

Exhibit A

| GM Row ID | GM Contract ID | PO Received (HCA) | Invoice # | Invoice Date | Location Shipped | Amount invoiced in USD | Currency | Amount invoiced in JPY |
|---|---|---|---|---|---|---|---|---|
| | GMS22789 | GMS22789 | 15544 | 08/29/08 | Flint | | JAPAN | 4,112,518 |
| | GMS22789 | GMS22789 | 16222 | 12/03/08 | Flint | | JAPAN | 1,436,753 |
| | GMS22789 | GMS22789 | 16225 | 12/03/08 | Flint | | JAPAN | 379,576 |
| | GMS21061 | GMS21061 | 15903 | 10/15/08 | Warren | | JAPAN | 257,792 |
| | GMS22789 | GMS22789 | 16730* | 05/12/09 | Flint | | JAPAN | 463,608 |
| | WAS78132 | | | | Warren | | | |
| | UKS96735 | SKS96735** | 16605 | 04/20/09 | St. Catharines | $ 637.50 | USA | |
| | | | | | **Cure Amount Detail** | **$ 637.50** | | **6,650,247** |
| | | | | | Multiple Location | | | |
| 5716-00041565 | TAB01253 | TAB01253 | | | Global | | | |
| 5716-00041566 | TCB07957 | | | | Flint | | | |
| 5716-00094373 | GMS33625 | GMS33625 | | | Tonawanda | $ 9,924.00 | USA | |
| 5716-00096220 | PLS05937 | PLS05937 | | | Flint | | | |
| 5716-00100589 | GMS22789 | GMS22789 | 16474 | 03/06/09 | Flint | | JAPAN | 2,573,665 |
| 5716-00100589 | GMS22789 | GMS22789 | 16534 | 03/08/09 | Flint | | JAPAN | 749,159 |
| 5716-00100589 | GMS22789 | GMS22789 | Retention | | Tonawanda | | JAPAN | 388,434 |
| 5716-00103225 | GMS24667 | GMS24667 | 16410 | 02/13/09 | Tonawanda | $ 533,819.00 | USA | 11,269,286 |
| 5716-00103572 | GMS33503 | GMS33503 | | | Tonawanda | | | |
| 5716-00104458 | TAS38018 | TAS38018 | | | Warren | | | |
| 5716-00116589 | WAS96056 | WAS96056 | 16246 | 01/13/09 | St. Catharines | $ 5,137.60 | USA | |
| 5716-00126107 | K557408 | | | | | | | |
| | | | | | **Cure Amount Detail** | **$ 548,880.60** | | **14,980,544** |
| | | | | | **Grand Total** | **$ 549,518.10** | | **21,630,791** |

*Contract Notices shows BOL as 16534 & 16534A, but should be 16730 according to HCA's records.
**Contract Notices shows PO as UKS96735, but should be SKS96735 according to HCA's records.

6/12/09