# EXHIBIT "B"

Exhibit B

| PO Received (HCA) | Invoice # | Invoice Date | Location Issued | Location Shipped | Amount invoiced in USD | Currency | Amount invoiced in JPY |
|---|---|---|---|---|---|---|---|
| **100%/90% invoiced, but not paid** | | | | | | | |
| RAS90676 | 15717 | 09/24/08 | Warren | Ramos Arizpe | [redacted] | JAPAN | 3,349,067 |
| RAS90676 | 16522 | 03/19/09 | Warren | Ramos Arizpe | [redacted] | JAPAN | 7,752,392 |
| RAS90676 | 16599 | 04/17/09 | Warren | Ramos Arizpe | [redacted] | JAPAN | 5,103,125 |
| TAS10716 | 10047 | 11/30/04 | Pontiac | Tonawanda | $ 1,190.00 | USA | [redacted] |
| TAS98289 | 10978 | 10/31/05 | Pontiac | Tonawanda | [redacted] | JAPAN | 1,630,605 |
| WAS86707 | 12504 | 11/09/06 | Pontiac | Warren | $ 35.10 | USA | [redacted] |
| WAS86707 | 15710 | 09/30/08 | Pontiac | Warren | $ 5,000.00 | USA | [redacted] |
| **100%/90% invoiced, but not paid** | | | | | **$ 6,225.10** | | **17,835,189** |
| **10% invoiced, but not paid** | | | | | | | |
| K551177 | 14638 | 03/30/08 | St. Catharines | St. Catharines | [redacted] | JAPAN | 33,083,568 |
| K551177 | 14637 | 03/31/08 | St. Catharines | St. Catharines | [redacted] | JAPAN | 33,643,969 |
| K567546 | 16523 | 03/30/09 | St. Catharines | St. Catharines | [redacted] | JAPAN | 4,093,768 |
| PVS01345 | 14837 | 04/30/08 | Warren | Flint | [redacted] | JAPAN | 206,460 |
| PVS02357 | 16713 | 05/07/09 | Warren | Flint | $ 17,400.00 | USA | [redacted] |
| RAS90676 | 16125 | 12/04/08 | Warren | Ramos Arizpe | [redacted] | JAPAN | 533,200 |
| RAS90676 | 16371 | 02/18/09 | Warren | Ramos Arizpe | [redacted] | JAPAN | 1,250,030 |
| RAS90676 | 16373 | 02/18/09 | Warren | Ramos Arizpe | [redacted] | JAPAN | 960,000 |
| RAS90676 | 16525 | 03/01/09 | Warren | Ramos Arizpe | [redacted] | JAPAN | 104,646 |
| RAS90676 | 16524 | 03/18/09 | Warren | Ramos Arizpe | [redacted] | JAPAN | 236,802 |
| RAS90676 | 16527 | 03/20/09 | Warren | Ramos Arizpe | [redacted] | JAPAN | 462,985 |
| RAS90676 | 16526 | 03/20/09 | Warren | Ramos Arizpe | [redacted] | JAPAN | 372,119 |
| RAS90676 | 16602 | 04/14/09 | Warren | Ramos Arizpe | [redacted] | JAPAN | 453,813 |
| RAS90676 | 16601 | 04/14/09 | Warren | Ramos Arizpe | [redacted] | JAPAN | 230,000 |
| RAS90676 | 16600 | 04/15/09 | Warren | Ramos Arizpe | [redacted] | JAPAN | 553,554 |
| RAS90676 | 16760 | 05/28/09 | Warren | Ramos Arizpe | [redacted] | JAPAN | 1,011,914 |
| TAS13191 | 11203 | 12/11/05 | Tonawanda | Tonawanda | [redacted] | JAPAN | 14,880 |
| TAS98289 | 12160 | 08/31/06 | Pontiac | Tonawanda | [redacted] | JAPAN | 434,595 |
| WAS78138 | 15011 | 05/13/08 | Warren | Warren | [redacted] | JAPAN | 1,676,105 |
| WAS86707 | 14957 | 05/21/08 | Pontiac | Warren | $ 205.80 | USA | - |
| **10% invoiced, but not paid** | | | | | **$ 17,605.80** | | **79,322,408** |
| **10% not invoiced, but projects in progress for final acceptance** | | | | | | | |
| WAS86707 | Retention | | Pontiac | Warren | $ 480.00 | USA | [redacted] |
| RAS90676 | Retention | | Warren | Ramos Arizpe | [redacted] | JAPAN | 1,231,356 |
| PVS02371 | Retention | | Warren | Flint | $ 18,400.00 | USA | [redacted] |
| PVS02370 | Retention | | Warren | Flint | $ 9,800.00 | USA | [redacted] |
| GMS26127 | Retention | | Warren | Flint | [redacted] | JAPAN | 250,813 |
| **10% not invoiced, but projects in progress for final acceptance** | | | | | **$ 28,680.00** | | **1,482,169** |
| **Not invoiced, but projects in progress** | | | | | | | |
| SKS96780 | Not Billed | | Warren | St. Catharines | $ 127.50 | USA | [redacted] |
| K569247 | Not Billed | | St. Catharines | St. Catharines | $ 4,000.00 | USA | [redacted] |
| **Not invoiced, but projects in progress** | | | | | **$ 4,127.50** | | **-** |
| **PO issued and open, but no job in progress** | | | | | | | |
| RAR46067 | Not Billed | | Ramos Arizpe | Ramos Arizpe | $ 87,885.00 | USA | [redacted] |
| K557408 | Not Billed | | St. Catharines | St. Catharines | [redacted] | JAPAN | 1,212,424 |
| K564409 | Not Billed | | St. Catharines | St. Catharines | $ 8,681.20 | USA | [redacted] |
| K564409 | Not Billed | | St. Catharines | St. Catharines | $ 6,361.20 | USA | [redacted] |
| **PO issued and open, but no job in progress** | | | | | **$ 102,927.40** | | **1,212,424** |
| **GM payment error caused short payment to HCA** | | | | | | | |
| WAS78134 | | | Pontiac | Warren | [redacted] | JAPAN | 719,567 |
| WAS78135 | | | Pontiac | Warren | [redacted] | JAPAN | 11,410,938 |
| WAS78137 | | | Pontiac | Warren | [redacted] | JAPAN | 147 |
| WAS79229 | | | Pontiac | Warren | [redacted] | JAPAN | 1,073,977 |
| **GM payment error caused short payment to HCA** | | | | | **$ -** | | **13,204,629** |
| **Grand Total** | | | | | **$ 159,565.80** | | **113,056,819** |

6/12/09