**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*[1] | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Hirata Corporation of America ("Hirata"), by counsel, hereby gives its Notice of Appearance, and respectfully requests that copies of all documents (other than proofs of claim) filed in the above-captioned case (the "Case") be given to and served upon the following:

Mark R. Owens
**BARNES & THORNBURG** LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Telecopier: (317) 231-7433
mark.owens@btlaw.com

Neither this Notice of Appearance nor any subsequent appearance, pleading, proof of claim or other writing or conduct shall constitute a waiver of any of Hirata's (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters. All such rights hereby are reserved

---

[1] The Debtors and their respective Tax ID numbers are as follows: General Motors Corporation, Tax ID No. 38-0572515; Saturn, LLC, Tax ID No. 38-2577506; Saturn Distribution Corporation, Tax ID No. 38-2755764; and Chevrolet-Saturn of Harlem, Inc., Tax ID No. 20-1426707.

and preserved by Hirata, without exemption and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the Case.

Respectfully submitted this 12th day of June, 2009.

/s/ Mark R. Owens
Mark R. Owens
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Telephone (317) 236-1313
Facsimile (317) 231-7433
E-Mail: mark.owens@btlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties registered to receive such notice.

/s/ Mark R. Owens
Mark R. Owens