## Exhibit A

### Schedule of Leases to be Rejected

### Phoenix, Arizona

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| HUB Properties Trust c/o Reit Management & Research, LLC | P.O. Box 845911 Boston, MA 02284-5911 | 11201 North Tatum Boulevard Phoenix, AZ 85028 | 12/31/2012 | 6/30/2009 |

### Bloomington, Minnesota

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Teachers Insurance and Annuity Association of America c/o United Properties LLC | 8400 Normandale Lake Blvd. Suite 320 Bloomington, MN  55437 | 8400 Normandale Lake Boulevard Bloomington MN 55437 | 3/31/2011 | 6/30/2009 |