Response Due Date: June 15, 2009

James E. DeLine (P45205) (Admitted *Pro Hac Vice*)
P. Warren Hunt (P69713) (Admitted *Pro Hac Vice*)
Kerr, Russell and Weber, PLC
500 Woodward Ave, Suite 2500
Detroit, MI 48226
Telephone: (313) 961-0200
Facsimile: (313) 961-0388

Counsel for Fleet-Car Lease, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
-------------------------------------------------------------------x

**OBJECTION OF FLEET CAR LEASE, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

Fleet-Car Lease, Inc. d/b/a Fleet Car Carriers., (hereinafter "Fleet Car"), creditor and interested party in this case objects, on a limited basis, to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases and (II) Cure Amounts Related Thereto ("Assumption Notice") served upon by the above captioned debtors and debtors-in-possession (collectively, the "Debtors") pursuant to the Court's Bidding Procedures Order (Docket No. 274). In support of the objection, Fleet Car states:

1. The Debtors are parties to executory contracts with Fleet Car.

2. The Debtors have proposed assuming and assigning certain of Fleet Car's executory (the "Designated Contracts").

3.  Fleet Car does not object *per se* to the assumption and assignment of its contracts with the Debtors. However, Fleet Car objects to the Assumption Notice to the extent that no Cure Amount is identified by the Debtors. Fleet Car is owed a substantial sum for services rendered to the Debtors.

4.  Fleet Car also objects to the extent that the Debtors' Notice would allow payment of less than all pre-petition and post-petition obligations owed by Debtors to Fleet, as is required by § 365 of the Bankruptcy Code. *In re Burger Boys*, 94 F.3d 755, 763 (2nd Cir. 1996).

5.  Fleet Car further objects to the extent Debtor's Notice would allow assumption of executory contracts without satisfying the requirements in § 365(b)(1). *See also Aetna Casualty & Surety Co. v. Gamel*, 45 B.R. 345, 348 (N.D.N.Y. 1984) (citing *In re Luce Industries, Inc.*, 8 B.R. 100, 104 (Bankr. S.D.N.Y 1980) *rev'd on other grds.,* 14 B.R. 529 (S.D.N.Y. 1981)).

6.  Fleet Car reserves and and all rights arising from or associated with the Designated Contracts.

7.  Because the legal and factual authority upon which Fleet Car relies upon are incorporated into this objection, Fleet Car respectfully requests that the Court deem satisfied or, alternatively, waive any requirement of the filing of a separate memorandum of law contained in Local Bankruptcy Rule 9013-1(a).

8.  Because Fleet Car files this objection before having all necessary information regarding the Designated Contracts or the proposed Cure Amounts, Fleet Car reserves the right to amend this objection to include additional facts or arguments as may be determined by further investigation and also to raise such other and further objections to any proposed assumption and assignment or Cure Amounts with respect to Fleet Car's Designated Contracts.

WHEREFORE, Fleet Car respectfully requests that the Court enter an order (a) sustaining this objection in its entirety and denying the proposed assumption and assignment of Fleet Car's executory contracts on the terms proposed by the Debtors, (b) reserving its rights in connection with any Designated Contracts of Cure Amounts listed and (c) providing Fleet Car with such other and further relief as is appropriate.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **KERR, RUSSELL AND WEBER, PLC** |
|  | By:/s/ P. Warren Hunt |
|  | James E. DeLine (Admitted *Pro Hac Vice*) |
|  | P. Warren Hunt (Admitted *Pro Hac Vice*) |
|  | Kerr, Russell and Weber, PLC |
|  | Counsel for Fleet-Car Lease, Inc. |
|  | 500 Woodward Ave, Suite 2500 |
|  | Detroit, MI 48226 |
|  | Telephone: (313) 961-0200 |
| Dated: June 12, 2009 | Facsimile: (313) 961-0388 |

{34625\1\DT394687.DOC;2}

James E. DeLine (P45205) (Admitted *Pro Hac Vice*)
P. Warren Hunt (P69713) (Admitted *Pro Hac Vice*)
Kerr, Russell and Weber, PLC
500 Woodward Ave, Suite 2500
Detroit, MI 48226
Telephone: (313) 961-0200
Facsimile: (313) 961-0388

Counsel for Fleet Car Lease, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
GENERAL MOTORS CORP., *et al.*,                :    Case No. 09-50026 (REG)
                                               :
Debtors.                                       :    (Jointly Administered)
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 12, 2009, I electronically filed the foregoing Objection to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases and (II) Cure Amountss Related Thereto, Exhibit A and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants. A copy of this document was also served on the following parties on June 12, 2009 via Federal Express mail:

Warren Command Center
Mailcode 480-206-114
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York, 10153

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C., 20220

John R. Rapisardi, Esq.
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, New York 10281

Kenneth Eckstein, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10036

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004
Attn: Diana G. Adams, Esq.

<u>Chambers Copy</u>
Hon. Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, New York 10004-1408

/s/ P. Warren Hunt
P. Warren Hunt (P69713) (*Pro Hac Vice*)
James E. DeLine (P45205) (*Pro Hac Vice*)
**KERR, RUSSELL AND WEBER, PLC**
Counsel for Fleet-Car Lease, Inc.
500 Woodward Avenue, Suite 2500
Detroit, MI  48226-3406
313-961-0200 (telephone)
313-961-0388 (facsimile)
pwh@krwlaw.com
jed@krwlaw.com

Dated: June 12, 2009

{34625\1\DT394687.DOC;2}