Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                      :
**In re**                                             :         **Chapter 11 Case No.**
                                                      :
**GENERAL MOTORS CORP.,** *et al.*,                   :         **09-50026 (REG)**
                                                      :
                              Debtors.                :         **(Jointly Administered)**
                                                      :
-----------------------------------------------------------------x

### NOTICE OF FILING OF CERTAIN SCHEDULES TO THE DIP FACILITY

PLEASE TAKE NOTICE that on June 1, 2009, the Debtors filed a Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364 (i) Authorizing the Debtors to Obtain Postpetition Financing, Including on an Immediate, Interim Basis; (ii) Granting Superpriority Claims and Liens; (iii) Authorizing the Debtors to Use Cash Collateral; (iv) Granting Adequate Protection to Certain Prepetition Secured Parties; (v) Authorizing the Debtors to Prepay Certain Secured Obligations in Full Within 45 Days; and (vi) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 64] (the "**DIP Motion**").

PLEASE TAKE FURTHER NOTICE that, annexed as Exhibit A to the

2

dated as of June 3, 2009, among GM as Borrower, the Guarantors party thereto, and the Lenders party thereto from time to time (the "**DIP Agreement**"), without certain exhibits and schedules thereto.

PLEASE TAKE FURTHER NOTICE that the following schedules to the DIP Agreement are attached hereto and are available at www.gmcourtdocs.com.

<u>Schedules</u>
Schedule 1.1B – List of Guarantors
Schedule 1.1D – List of Pledgors

Dated: New York, New York
June 12, 2009

*/s/ Stephen Karotkin*
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Schedule 1.1B

Guarantors

|  | **Guarantor Name** | **Form of Organization** | **Jurisdiction of Organization** |
|---|---|---|---|
| 1. | Annunciata Corporation | Corporation | Delaware |
| 2. | Argonaut Holdings, Inc. | Corporation | Delaware |
| 3. | Chevrolet-Saturn of Harlem, Inc. | Corporation | Delaware |
| 4. | Environmental Corporate Remediation Company, Inc. | Corporation | Delaware |
| 5. | General Motors Asia Pacific Holdings, LLC | Limited Liability Company | Delaware |
| 6. | General Motors Asia, Inc. | Corporation | Delaware |
| 7. | General Motors International Holdings, Inc. | Corporation | Delaware |
| 8. | General Motors Overseas Corporation | Corporation | Delaware |
| 9. | General Motors Overseas Distribution Corporation | Corporation | Delaware |
| 10. | General Motors Product Services, Inc. | Corporation | Delaware |
| 11. | General Motors Research Corporation | Corporation | Delaware |
| 12. | GM APO Holdings, LLC | Limited Liability Company | Delaware |
| 13. | GM Eurometals, Inc. | Corporation | Delaware |
| 14. | GM Finance Co. Holdings LLC | Limited Liability Company | Delaware |
| 15. | GM GEFS L.P. | Limited Partnership | Nevada |
| 16. | GM Global Steering Holdings, LLC | Limited Liability Company | Delaware |
| 17. | GM Global Technology Operations, Inc. | Corporation | Delaware |
| 18. | GM Global Tooling Company, Inc. | Corporation | Delaware |
| 19. | GM LAAM Holdings, LLC | Limited Liability Company | Delaware |
| 20. | GM Preferred Finance Co. Holdings LLC | Limited Liability Company | Delaware |
| 21. | GM Subsystems Manufacturing, LLC | Limited Liability Company | Delaware |
| 22. | GM Technologies, LLC | Limited Liability Company | Delaware |
| 23. | GM-DI Leasing Corporation | Corporation | Delaware |
| 24. | GMOC Administrative Services Corporation | Corporation | Delaware |
| 25. | Grand Pointe Holdings, Inc. | Corporation | Michigan |
| 26. | OnStar, LLC | Limited Liability Company | Delaware |
| 27. | Remediation and Liability Management Company, Inc. | Corporation | Michigan |
| 28. | Riverfront Holdings, Inc. | Corporation | Delaware |
| 29. | Riverfront Holdings Phase II, Inc. | Corporation | Delaware |
| 30. | Saturn, LLC | Limited Liability Company | Delaware |
| 31. | Saturn Distribution Corporation | Corporation | Delaware |

Schedule 1.1D

Pledgors

| | **Pledgor Name** | **Form of Organization** | **Jurisdiction of Organization** |
|---|---|---|---|
| 1. | General Motors Asia Pacific Holdings, LLC | Limited Liability Company | Delaware |
| 2. | General Motors Asia, Inc. | Corporation | Delaware |
| 3. | General Motors Corporation | Corporation | Delaware |
| 4. | General Motors International Holdings, Inc. | Corporation | Delaware |
| 5. | General Motors Overseas Corporation | Corporation | Delaware |
| 6. | General Motors Overseas Distribution Corporation | Corporation | Delaware |
| 7. | GM APO Holdings, LLC | Limited Liability Company | Delaware |
| 8. | GM Finance Co. Holdings LLC | Limited Liability Company | Delaware |
| 9. | GM GEFS L.P. | Limited Partnership | Nevada |
| 10. | GM LAAM Holdings, LLC | Corporation | Delaware |
| 11. | GM Preferred Finance Co. Holdings LLC | Limited Liability Company | Delaware |
| 12. | GM Technologies, LLC | Limited Liability Company | Delaware |
| 13. | Riverfront Holdings, Inc. | Corporation | Delaware |
| 14. | OnStar, LLC | Limited Liability Company | Delaware |
| 15 | Saturn, LLC | Corporation | Delaware |
| 16. | Saturn Distribution Corporation | Corporation | Delaware |