**Hearing Date and Time: June 25, 2009 at 9:45 a.m. (Eastern Time)**
**Objection Date and Time: June 19, 2009 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                       :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **GENERAL MOTORS CORP.,** *et al.*, | : | **09-50026 (REG)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------x

**APPLICATION OF THE DEBTORS PURSUANT TO 11 U.S.C. §§ 327(a)**
**AND 328(a) AND FED. R. BANKR. P. 2014(a) FOR AUTHORITY TO EMPLOY**
**WEIL, GOTSHAL & MANGES LLP AS ATTORNEYS FOR THE DEBTORS,**
**NUNC PRO TUNC TO THE COMMENCEMENT DATE**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

        General Motors Corporation ("**GM**") and its affiliated debtors, as debtors and

debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"),

submit this application (the "**Application**") for authority to employ and retain Weil, Gotshal &

Manges LLP ("**WG&M**" or the "**Firm**") as attorneys for the Debtors, nunc pro tunc to June 1,

2009 (the "**Commencement Date**"), the date on which the Debtors' chapter 11 cases were filed,

pursuant to sections 327(a) and 328(a) of title 11, United States Code (the "**Bankruptcy Code**")

and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and respectfully represent:

<u>**Jurisdiction**</u>

1.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

<u>**Retention of WG&M**</u>

2.      The Debtors seek Court approval pursuant to sections 327(a) and 328(a) of the Bankruptcy Code to employ and retain WG&M as their attorneys in connection with the commencement and prosecution of their chapter 11 cases, nunc pro tunc to the Commencement Date.  The Debtors request that the Court approve the retention of WG&M, under a general retainer, as their attorneys, to perform the extensive legal services that will be required during these chapter 11 cases in accordance with WG&M's normal hourly rates in effect when services are rendered and WG&M' s normal reimbursement policies.  In support of this Application, the Debtors are submitting the Affidavit of Stephen Karotkin, a member of WG&M (the "**Karotkin Affidavit**"), attached hereto as Exhibit "A."  A proposed order is attached hereto as Exhibit "B."

3.      The Debtors have been informed that Harvey R. Miller, Stephen Karotkin, and Joseph H. Smolinsky, members of WG&M, as well as other members of, counsel to, and associates of WG&M who will be employed in these chapter 11 cases, are members in good standing of, among others, the Bar of the State of New York and the United States District Court for the Southern District of New York.

4.      The Debtors have selected WG&M as their attorneys because of the Firm's extensive knowledge of the Debtors' business and financial affairs, its extensive general

experience and knowledge, and, in particular, WG&M's recognized expertise in the field of

debtors' protections, creditors' rights, and the administration of cases under chapter 11 of the

Bankruptcy Code.  For example, WG&M currently represents or has represented, among others,

the following debtors: Lehman Brothers Holdings Inc., Worldcom, Inc., Enron Corp., Global

Crossing Ltd., Aleris International, Inc., Washington Mutual, Inc., General Growth Properties,

Inc., Pilgrims' Pride Corp., BearingPoint, Inc., SemCrude, L.P., Vertis Holdings, Inc.,

LandSource Communities Development, LLC, PRC, LLC, The New York Racing Association,

Silicon Graphics, Inc., Atkins Nutritionals, Inc., Footstar, Inc., Parmalat USA Corp., Loral Space

& Communications Ltd., and Armstrong Worldwide Industries.

       5.      WG&M also is very familiar with the Debtors' businesses and financial

affairs and is well qualified to provide the services required by the Debtors in their chapter 11

cases.  GM has been a WG&M client for a number of years, and WG&M has rendered services

on behalf of GM in connection with numerous matters, including financing transactions, mergers

and acquisitions, and counseling.  Prior to the Commencement Date, in the fall of 2008, the

Debtors engaged WG&M to assist and advise them with respect to various restructuring and

other strategic alternatives.  Most recently, WG&M assisted and advised the Debtors in

connection with the preparation for, and commencement of, these chapter 11 cases.

Accordingly, WG&M has the necessary background and relevant experience with the Debtors to

deal effectively and efficiently with the potential legal issues and other matters that may arise in

the context of these chapter 11 cases.  Thus, the Debtors believe that WG&M is both well

qualified and uniquely able to represent them in their chapter 11 cases in an efficient and timely

manner.

6.      Should the Debtors be required to retain attorneys other than WG&M in connection with the prosecution of these chapter 11 cases, the Debtors, their estates, and all parties in interest would be unduly prejudiced by the time and expense necessarily attendant to such attorneys' familiarization with the intricacies of the Debtors, their business operations, and their financial circumstances.

7.      Given the magnitude and complexity of these cases, the Debtors are concurrently submitting an application to retain Jenner & Block LLP ("**Jenner**"), as general corporate and conflicts counsel to the Debtors.  The Debtors also intend to file applications to employ additional attorneys and other professionals.  WG&M has advised the Debtors that it intends to monitor carefully and coordinate with Jenner and the other professionals retained by the Debtors in these chapter 11 cases and will clearly delineate their respective duties so as to prevent duplication of effort, whenever possible.  Rather than resulting in any extra expense to the Debtors' estates, it is anticipated that the efficient coordination of efforts of the Debtors' attorneys and other professionals will greatly add to the progress and effective administration of these chapter 11 cases.

## Scope of Services

8.      The employment of WG&M under a general retainer and in accordance with its normal hourly rates and disbursement policies in effect from time to time is appropriate and necessary to enable the Debtors to execute faithfully their duties as debtors and debtors in possession and to prosecute their chapter 11 cases.  Subject to further order of this Court, it is proposed that WG&M be employed to render the following professional services:

    a.      prepare on behalf of the Debtors, as debtors in possession, all necessary motions, applications, answers, orders, reports, and other papers in connection with the administration of the Debtors' estates;

    b.    take all necessary action to protect and preserve the Debtors' estates, including the prosecution of actions on the Debtors' behalf, the defense of any actions commenced against the Debtors, the negotiation of disputes in which the Debtors are involved, and the preparation of objections to claims filed against the Debtors' estates;

    c.    take all necessary action in connection with the Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m), and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, to (I) Approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Hearing;

    d.    take all necessary actions in connection with a chapter 11 plan and related disclosure statement(s) and all related documents, and such further actions as may be required in connection with the administration of the Debtors' estates; and

    e.    perform all other necessary legal services in connection with the prosecution of these chapter 11 cases.

    9.    It is necessary for the Debtors to employ attorneys under a general retainer to render the foregoing professional services. WG&M has stated its desire and willingness to act in these cases and render the necessary professional services as attorneys for the Debtors.

## WG&M's Disinterestedness

    10.    To the best of the Debtors' knowledge, the members of, counsel to, and associates of, WG&M do not have any connection with or any interest adverse to the Debtors, their creditors, or any other party in interest, or their respective attorneys and accountants, except as may be set forth in the Karotkin Affidavit.

    11.    Based upon the Karotkin Affidavit, the Debtors submit that WG&M is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code. The Debtors have been informed that WG&M will conduct an ongoing review of its files to ensure that no disqualifying circumstances

arise, and if any new relevant facts or relationships are discovered, WG&M will supplement its

disclosure to the Court.

## **Professional Compensation**

      12.     As set forth in the Karotkin Affidavit, WG&M received a retainer and an

advance against expenses for all services to be performed, including in preparation for and with

respect to the prosecution of these chapter 11 cases.  As of the Commencement Date the amount

of the retainer was approximately $5.9 million.  WG&M intends to apply the retainer to any

outstanding amounts relating to the period prior to the Commencement Date which were not

processed through WG&M's billing system as of the Commencement Date, and to retain the

balance on account of services rendered and expenses incurred subsequent to the

Commencement Date.

      13.     The Debtors understand that WG&M hereafter intends to apply to the

Court for allowances of compensation and reimbursement of expenses in accordance with the

applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy

Rules for the Southern District of New York (the "**Local Rules**"), the guidelines established by

the U.S. Trustee (the "**Guidelines**"), and further orders of this Court ( the "**Orders**") for all

services performed and expenses incurred after the Commencement Date.

      14.     Pursuant to section 328(a) of the Bankruptcy Code, the Debtors may retain

WG&M on any reasonable terms and conditions.  Subject to the provisions of the Bankruptcy

Code, the Bankruptcy Rules, the Local Rules, the Guidelines, and the Orders, the Debtors

propose to compensate WG&M at its customary hourly rates for services rendered that are in

effect from time to time, as set forth in the Karotkin Affidavit, and to reimburse WG&M

according to its customary reimbursement policies.  The Debtors respectfully submit that

WG&M's rates and policies stated in the Karotkin Affidavit are reasonable.

## Notice

15.    Notice of this Application has been provided to (i) the Office of the United

States Trustee for the Southern District of New York, (ii) the attorneys for the United States

Department of the Treasury, (iii) the attorneys for Export Development Canada, (iv) the

attorneys for the agent under GM's prepetition secured term loan agreement, (v) the attorneys for

the agent under GM's prepetition amended and restated secured revolving credit agreement, (vi)

the attorneys for the statutory committee of unsecured creditors appointed in these chapter 11

cases, (vii) the attorneys for the International Union, United Automobile, Aerospace and

Agricultural Implement Workers of America, (viii) the attorneys for the International Union of

Electronic, Electrical, Salaried, Machine and Furniture Workers—Communications Workers of

America, (ix) the United States Department of Labor, (x) the attorneys for the National

Automobile Dealers Association, (xi) the attorneys for the ad hoc bondholders committee, (xii)

the U.S. Attorney's Office, and (xiii) all entities that requested notice in these chapter 11 cases

under Fed. R. Bankr. P. 2002.  The Debtors submit that, in view of the facts and circumstances,

such notice is sufficient and no other or further notice need be provided.

16.    No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated:  New York, New York
        June 12, 2009

GENERAL MOTORS CORPORATION
(for itself and on behalf of its affiliated
Debtors and Debtors in Possession)


/s/ Walter G. Borst
NAME: Walter G. Borst

TITLE: Treasurer

**Exhibit A**

**Karotkin Affidavit**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                  :

In re                             :          Chapter 11 Case No.
                                  :

**GENERAL MOTORS CORP.**, *et al.*,    :          09-50026 (REG)
                                  :

                 Debtors.      :          (Jointly Administered)
                                  :
------------------------------------------------------------------x

**AFFIDAVIT AND DISCLOSURE STATEMENT ON BEHALF OF**
**WEIL, GOTSHAL & MANGES LLP PURSUANT TO SECTIONS 327, 328(a), 329 AND**
**504 OF THE BANKRUPTCY CODE AND FED. R. BANKR. P. 2014(a) AND 2016(b)**

STATE OF NEW YORK       )
                         )   ss:
COUNTY OF NEW YORK     )

        Stephen Karotkin, being duly sworn, deposes and says:

        1.       I am a member of the firm of Weil, Gotshal & Manges LLP ("**WG&M**"

or the "**Firm**"), an international law firm with principal offices at 767 Fifth Avenue, New York,

New York 10153; regional offices in Washington, D.C.; Houston, Dallas and Austin, Texas;

Miami, Florida; Boston, Massachusetts; Providence, Rhode Island; Wilmington, Delaware; and

Menlo Park, California; and foreign offices in London, United Kingdom; Budapest, Hungary;

Warsaw, Poland; Brussels, Belgium; Frankfurt and Munich, Germany; Prague, The Czech

Republic; Paris, France; Beijing, Hong Kong and Shanghai, China; and Dubai, United Arab

Emirates.

        2.       I submit this affidavit (the "**WG&M Affidavit**") in connection with the

application dated June 12, 2009 (the "**Application**") of General Motors Corporation ("**GM**") and

certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), for approval of the Debtors' retention of WG&M, as their attorneys in the above-captioned chapter 11 cases, nunc pro tunc to the date of commencement of these cases (the "**Commencement Date**"), at their normal hourly rates in effect from time to time and in accordance with their normal reimbursement policies, in compliance with sections 328(a), 329, and 504 of title 11 of the United States Code (the "**Bankruptcy Code**"), and to provide disclosure required under Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"). Unless otherwise stated in this WG&M Affidavit, I have personal knowledge of the facts set forth herein. To the extent any information disclosed herein requires amendment or modification upon WG&M's completion of further review or as additional party-in-interest information becomes available to it, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

3.      Neither I, WG&M, nor any member, counsel to, or associate of the Firm represents any entity other than the Debtors in connection with the Debtors' chapter 11 cases. In addition, except as set forth herein, to the best of my knowledge, after due inquiry, neither I, WG&M, nor any member, counsel to, or associate of the Firm represents any party in interest in these chapter 11 cases in matters related to the Debtors' chapter 11 cases.

<u>**WG&M Disclosure Procedures**</u>

4.      WG&M, which employs approximately 1,300 attorneys, has a large and diversified legal practice that encompasses the representation of many financial institutions and commercial corporations. WG&M has in the past represented, currently represents, and may in the future represent entities that are claimants or interest holders of the Debtors in matters unrelated to the Debtors' pending chapter 11 cases. Some of those entities are, or may consider

2

themselves to be, creditors or parties in interest in the Debtors' pending chapter 11 cases or to

otherwise have interests in these cases.

    5.  In preparing this Affidavit, I used a set of procedures developed by

WG&M to ensure compliance with the requirements of the Bankruptcy Code, the Bankruptcy

Rules, and the Local Bankruptcy Rules for the Southern District of New York (the "**Local**

**Rules**") regarding the retention of professionals by a debtor under the Bankruptcy Code (the

"**Firm Disclosure Procedures**").  Pursuant to the Firm Disclosure Procedures, I performed, or

caused to be performed, the following actions to identify the parties relevant to this Affidavit and

to ascertain WG&M's connection to such parties:

    a.  A comprehensive list of the types of entities who may have contacts with
the Debtors was developed through discussions with the WG&M attorneys
who have provided services to the Debtors and in consultation with senior
management of the Debtors (the "**Retention Checklist**").  A copy of the
Retention Checklist is attached as Annex "A".

    b.  WG&M obtained information responsive to the Retention Checklist
through several inquiries of the Debtors' senior management and review
of documents provided by the Debtors to WG&M.  WG&M then used that
information, together with other information identified by WG&M, to
compile a list of the names of entities that may be parties in interest in
these chapter 11 cases (the "**Potential Parties in Interest**").

    c.  WG&M maintains a master client database as part of its conflict clearance
and billing records.  The master client database includes the names of the
entities for which any attorney time charges have been billed since the
database was first created (the "**Client Database**").  The Client Database
includes the name of each current or former client, the name of the parties
who are or were related or adverse to such current or former client, and the
names of the WG&M personnel who are or were responsible for current or
former matters for such client.  It is the policy of WG&M that no new
matter may be accepted or opened within the Firm without completing and
submitting to those charged with maintaining the conflict clearance system
the information necessary to check each such matter for conflicts,
including the identity of the prospective client, the name of the matter,
adverse parties and, in some cases, parties related to the client or to an
adverse party.  Accordingly, the database is updated for every new matter

3

undertaken by WG&M. The accuracy of the system is a function of the completeness and accuracy of the information submitted by the attorney opening a new matter.

d.      WG&M compared the names of each of the Potential Parties in Interest to client matters in the Client Database for which professional time was recorded during the two years prior to the comparison.[1] Any matches to names in the Client Database generated by the comparison were compiled, together with the names of the respective WG&M personnel responsible for the identified client matters (the "**Client Match List**").

e.      A WG&M attorney then reviewed the Client Match List and deleted obvious name coincidences and individuals or entities that were adverse to WG&M's clients in both this matter and the matter referenced on the Client Match List.

f.      Using information in the Client Database concerning entities on the Client Match List, and making general and, if applicable, specific inquires of WG&M personnel, WG&M verified that it does not represent and has not represented any entity on the Client Match List in connection with the Debtors or these chapter 11 cases.

g.      In addition, a general inquiry to all WG&M personnel (attorneys and staff) was sent by electronic mail to determine whether any such individual or any member of his or her household (i) owns any debt or equity securities of General Motors Corporation or any of its affiliates; (ii) holds a claim against or interest adverse to General Motors Corporation or any of its affiliates; (iii) is or was an officer, director, or employee of General Motors Corporation or any of its affiliates; (iv) is related to or has any connections to bankruptcy judges in the Southern District of New York; (v) is related to or has any connections to anyone working in the Office of the U.S. Trustee for the Southern District of New York; (vi) is related to or has any connections to anyone working in the United States Department of the Treasury; and (vii) is related to or has any connections to anyone working in Export Development Canada.

### WG&M's Connections with the Debtors

6.      WG&M compiled responses to the foregoing inquires for the purposes of

preparing this Affidavit. Responses to the inquiry described in paragraph 5(g) hereof reflect that,

---

[1] For purposes of the Firm Disclosure Procedures, WG&M considers an entity a "former client" if all matters for such client have been closed and professional time was recorded within the past two years. Because the Firm Disclosure Procedures only reflect client activity during the past two years, matches to client matters outside that timeframe are not reflected in this Affidavit.

as of the Commencement Date, various attorneys and staff people at WG&M or their relatives

own immaterial amounts of GM stock or bonds.  In addition, certain attorneys have relatives who

work or worked for GM or its current or former affiliates, or who are employed by the United

States Government, including one WG&M partner whose son is a senior restructuring officer for

the United States Department of the Treasury.  In addition, the spouse of a partner of WG&M is

the Chief Judge for the United States Bankruptcy Court for the Southern District of New York,

and certain WG&M attorneys clerked or otherwise worked with certain Bankruptcy Judges in the

Southern District of New York.  None of the foregoing individuals is currently directly involved

in representing the Debtors in connection with these chapter 11 cases.  Details of all the

foregoing will be provided upon request.

       7.      WG&M has rendered legal services to GM and certain of its affiliates

since October 1976.  During such time, WG&M has played a significant role in advising GM

with respect to a number of matters.  Most recently, WG&M has performed services necessary to

enable the Debtors to file for protection under chapter 11.  WG&M was primarily responsible for

the preparation of the chapter 11 petitions, initial motions, and applications relating to the these

chapter 11 cases and their commencement.

**WG&M's Connections with Parties in Interest
in Matters Unrelated to these Chapter 11 Cases**

       8.      Either I, or an attorney working under my supervision, reviewed the

connections between WG&M and the clients identified on the Client Match List, and the

connections between those entities and the Debtors.  After such review, either I, or an attorney

working under my supervision, determined, in each case, that WG&M does not hold or represent

an interest that is adverse to the Debtors' estates and that WG&M is a "disinterested person" as

5

such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, for the reasons discussed below.

9.      WG&M previously has represented, currently represents, and may represent in the future the entities described below (or their affiliates), in matters unrelated to the Debtors.  These disclosures, attached as Annex "B", are the product of implementing the Firm Disclosure Procedures.  An entity is listed as a "Current Client" on Annex B if WG&M has any open matters for such entity or a known affiliate of such entity and attorney time charges have been recorded on any such matters within the past two years.  An entity is listed as a "Former Client" on Annex B if WG&M represented such entity or a known affiliate of such entity within the past two years based on recorded attorney time charges on a matter, but all matters for such entity or any known affiliate of such entity have been formally closed.  WG&M has not represented, does not represent, and will not represent any of such entities in matters directly related to the Debtors or these chapter 11 cases.

10.      To the best of my knowledge and information, the annual fees for the last twelve months paid to WG&M by any entity listed on Annex B, other than Lehman Brothers, General Electric, Thomas H. Lee Partners, AIG, Microsoft Corporation, and Citigroup did not exceed 1% of the annual gross revenue of WG&M.

11.      In addition to the entities identified in Annex B, the entities identified in Annex "C" attached hereto, either (i) have a name similar to a client identified on the Client Match List or (ii) are or may be related to such a client (collectively, the "**Potential Clients**").  After a diligent effort, WG&M was unable to determine whether the similarity of names was in fact a name coincidence or whether, and to what extent, the Potential Client is related to a client identified on the Client Match List.  Out of an abundance of caution, however, WG&M has

6

confirmed that, similar to the clients identified above, WG&M has not represented, does not

represent, and will not represent any of the Potential Clients in matters directly related to the

Debtors or these chapter 11 cases.

12.     In addition to the foregoing, through diligent inquiry, I have ascertained

no connection, as such term is used in section 101(14)(C) of the Bankruptcy Code, as modified

by section 1107(b), and Bankruptcy Rule 2014(a), between WG&M and (i) the Office of the

United States Trustee for the Southern District of New York (the "**U.S. Trustee**") or any person

employed by the Office of the U.S. Trustee, (ii) any attorneys, accountants, or financial

consultants in these chapter 11 cases, or (iii) any investment bankers that represent or may

represent the Debtors or claimants or other parties in interest in these chapter 11 cases, except as

set forth herein.  As part of its practice, WG&M appears in cases, proceedings, and transactions

involving many different attorneys, accountants, financial consultants, and investment bankers,

some of which now or may in the future represent claimants and other parties in interest in these

cases.  WG&M has not represented, and will not represent, any of such parties in relation to the

Debtors or their chapter 11 cases.  WG&M does not have any relationship with any such

attorneys, accountants, financial consultants, or investment bankers that would be adverse to the

Debtors or their estates.

13.     Additionally, WG&M has represented, and may currently represent,

entities which hold or may in the future hold certain of the Debtors' debt in beneficial accounts

on behalf of unidentified parties.

14.     Because distressed debt is actively traded in the commercial markets,

WG&M may be unaware of the actual holder of such debt at any given moment.  WG&M

represents numerous entities in unrelated matters that may buy and/or sell distressed debt of

chapter 11 debtors.

15.     WG&M has represented the Audit Committee of the Board of Directors of

GM since 2005 (the "**Audit Committee**").  WG&M attends all Audit Committee meetings and

has provided legal advice to the Audit Committee concerning a variety of issues, including

advice relating to disclosure and governance.  In addition, between late 2005 and January 2009,

WG&M represented the independent members of the GM Board of Directors in connection with

several shareholder derivative actions pending in the United States District Court for the Eastern

District of Michigan which were consolidated.  WG&M also represented the members of the

Audit Committee in connection with a class action which was pending in the United States

District Court for the Eastern District of Michigan on behalf of purchasers of debt and/or equity

securities of GM between February 2002 and March 2005.  Both of these actions were settled

and the settlements were approved by the District Court in January 2009.  All fees and expenses

for professional services rendered with respect to the foregoing were paid by GM.

16.     Despite the efforts described herein to identify and disclose WGM's

connections with the parties in interest in these chapter 11 cases, because the Debtors are a large

enterprise with numerous and complex relationships, WGM is unable to state with certainty that

every client relationship or other connection has been disclosed.  In this regard, WG&M will

continue to apply the Firm Disclosure Procedures and if any new material relevant facts or

relationships are discovered or arise, WGM will promptly file a supplemental disclosure with the

Court.

## **WG&M Is Disinterested**

17.     Based on the foregoing, insofar as I have been able to ascertain after

diligent inquiry, I believe WG&M does not hold or represent an interest adverse to the Debtors'

estates in the matters upon which WG&M is to be employed, and WG&M is "disinterested" as

such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b)

of the Bankruptcy Code.

## **WG&M's Retainer, Rates, and Billing Practices**

18.     WG&M is not a creditor of the Debtors.  During the approximate six-

month period prior to the commencement of these cases, WG&M received from the Debtors an

aggregate of $54,012,221.54 for professional services performed and expenses incurred, and as

advance payments to cover an estimate for the period through the Commencement Date for all

professional services performed and expenses incurred, including those relating to these chapter

11 cases.  WG&M has applied a portion of the advance payments received to credit the Debtors'

account for WG&M's estimated charges for professional services performed and expenses

incurred up to the time of the commencement of these chapter 11 cases and has reduced the

balance of the credit available to the Debtors by the amount of such charges.  The precise amount

of such charges and expenses will be determined upon the final recording of all time and expense

charges with respect to the period prior to the Commencement Date and the advance will be

applied against such amount.  As of the Commencement Date, WG&M estimates that it had a

remaining credit balance in favor of the Debtors for future professional services to be performed

and expenses to be incurred subsequent to the Commencement Date, in the approximate amount

of $5.9 million.

19.     WG&M intends to charge the Debtors for services rendered in these chapter 11 cases at WG&M's normal hourly rates in effect at the time the services are rendered. WG&M's current customary US hourly rates, subject to change from time to time, are $650 to $950 for members and counsel, $355 to $640 for associates, and $155 to $290 for paraprofessionals.

20.     WG&M also intends to seek reimbursement for expenses incurred in connection with its representation of the Debtors in accordance with WG&M's normal reimbursement policies, subject to any modifications to such policies that WG&M may be required to make to comply with orders of this Court, the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the guidelines (the "**Guidelines**") established by the Office of the U.S. Trustee.  WG&M's disbursement policies pass through all out of pocket expenses at actual cost or an estimated actual cost when the actual cost is difficult to determine.  For example, with respect to duplication charges, WG&M will charge $.10 per page because the actual cost is difficult to determine.  Similarly, as it relates to computerized research, WG&M believes that it does not make a profit on that service as a whole although the cost of any particular search is difficult to ascertain.  Other reimbursable expenses (whether the service is performed by WG&M in-house or through a third party vendor) include, but are not limited to, facsimiles, toll calls, overtime, overtime meals, deliveries, court costs, cost of food at meetings, transcript fees, travel, and clerk fees.

21.     No promises have been received by WG&M, or any member, counsel, or associate thereof, as to payment or compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Guidelines, and the retainer letter between the Debtors and WG&M, dated December

10

10, 2008.  WG&M has no agreement with any other entity to share with such entity any

compensation received by WG&M or by such entity.

        22.     The Debtors' Application requests, pursuant to section 328(a) of the

Bankruptcy Code, approval of their retention of WG&M on rates, terms, and conditions

consistent with what WG&M charges non-chapter 11 debtors, namely, prompt payment of

WG&M's hourly rates as adjusted from time to time and reimbursement of out-of-pocket

disbursements at cost or based on formulas that approximate the actual cost where the actual cost

is not easily ascertainable.  Subject to these terms and conditions, WG&M intends to apply

pursuant to section 330 of the Bankruptcy Code for allowances of compensation for professional

services rendered in these chapter 11 cases and for reimbursement of actual and necessary

expenses incurred in connection therewith in accordance with the provisions of the Bankruptcy

Code, the Bankruptcy Rules, the Local Rules, and the Guidelines.

### Coordination with Other Professionals for the Debtors

        23.     WG&M is aware that the Debtors have submitted, or intend to submit an

application to retain Jenner & Block LLP as, inter alia, conflicts counsel to the Debtors, as well

as other attorneys.  WG&M intends to carefully monitor and coordinate the efforts of all

professionals retained by the Debtors in these chapter 11 cases and will clearly delineate their

respective duties so as to prevent duplication of effort, whenever possible.

24.    The foregoing constitutes the statement of WG&M pursuant to sections 327(a), 328(a), 329, and 504 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b).

/s/ Stephen Karotkin
Stephen Karotkin
A Member of the Firm

Sworn to and subscribed before me, a notary public for the State of New York, County of New York, this 12th day of June, 2009.

/s/ Ilusion Rodriguez
ILUSION RODRIGUEZ
NOTARY PUBLIC, State of New York
No. 01RO6188069
Qualified in Kings County
Commission Expires June 02, 2012

## ANNEX A

## RETENTION CHECKLIST

## **Retention Checklist**

- Current Members of Board of Directors for General Motors Corporation
- Former Members of Board of Directors of General Motors Corporation (past 3 years)
- Affiliations of Current Members of Board of Directors of General Motors Corporation
- Current Officers of General Motors Corporation
- Former Officers of General Motors Corporation (past 3 years)
- Other Key Executives and Professionals of Affiliates
- Current Significant Shareholders (top 5%)
- Top 25 Shareholders
- Other names each of the Debtor entities are known as  (including trade names and aliases (up to 8 years) (a/k/a, d/b/a. f/k/a))
- Largest 50 Bondholders
- Top 100 Unsecured Creditors as of May 29, 2009 (other than individual bondholders)
- Utility Companies
- Insurance Providers
- Counterparties to Major Contracts (financing agreements, executory contracts, leases, and other agreements)
- Taxing Authorities
- Investments as a Limited Partnership
- Joint Venture Parties
- Former GM Entities
- Indenture Trustees (including any parties to GM municipal bond financing arrangements)
- Underwriting Investment Banks for GM's securities (for all securities issued or outstanding and for the prior 3 years, including investment banks used in private placement transactions)
- Governmental and State Regulatory Agencies
- Secured Creditors Other Than Major Secured Lenders
- Major Secured Lenders
- Professionals Employed
- Retention Applicants
- Major Customers
- Top 100 Suppliers
- Strategic Alliances
- Unions/Non-Debtor Parties to Collective Bargaining Agreements
- Major Litigation Claimants
- Professionals Retained by Significant Creditor Groups
- Entities in which GM owns an equity interest
- Judges for the United States Bankruptcy Court for the Southern District of New York
- United States Trustees for the Southern District of New York
- Current Members of Board of Directors of Saturn, LLC
- Affiliations of Current Members of Board of Directors of Saturn, LLC
- Former Members of Board of Directors of Saturn, LLC (past 3 years)

- Current Officers of Saturn, LLC
- Former Officers of Saturn, LLC (past 3 years)
- Current Members of Board of Directors of Saturn Distribution Corporation
- Affiliations of Current Members of Board of Directors of Saturn Distribution Corporation
- Former Members of Board of Directors of Saturn Distribution Corporation (past 3 years)
- Current Officers of Saturn Distribution Corporation
- Former Officers of Saturn Distribution Corporation (past 3 years)
- Current Members of Board of Directors of Chevrolet-Saturn of Harlem, Inc.
- Affiliations of Current Members of Board of Directors of Chevrolet-Saturn of Harlem, Inc.
- Former Members of Board of Directors of Chevrolet-Saturn of Harlem, Inc. (past 3 years)
- Current Officers of Chevrolet-Saturn of Harlem, Inc.
- Former Officers of Chevrolet-Saturn of Harlem, Inc.

## ANNEX B

## LIST OF CURRENT AND FORMER CLIENTS

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| AIG | Insurance Provider | Current Client |
| AIG Global Investment Group Inc. | Largest 50 Bondholder | Affiliate of Current Client |
| AIG Vantage Capital LP. | Top 100 Supplier | Affiliate of Current Client |
| Aleris International, Inc. and affiliates | Creditor/Supplier | Current Client |
| AlixPartners | Retention Applicant | Current Client |
| American Airlines Inc. | Affiliation of Board Member | Current Client |
| American Intl Group Inc. | Major Secured Lender - Term Loan Secured Lender | Current Client |
| Amoco Corporation | Affiliation of Board Member | Affiliate of Current Client |
| AMR Corporation | Affiliation of Board Member | Current Client |
| Armando M. Codina | Current Member of Board of Directors for General Motors Corporation | Current Client |
| Arthur Andersen | Professional Employed | Current Client |
| Avenue CLO V Ltd. | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Banc of America Securities LLC | Underwriting Investment Bank for GM's Securities | Current Client |
| Banca Intesa (Intesa BCI) | Major secured Lender - Credit Revolver Secured Lender | Affiliate of Current Client |
| Bank of America | Major secured Lender - Credit Revolver Secured Lender | Current Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| Bank of Montreal | Major secured Lender - Credit Revolver Secured Lender | Current Client |
| Bank of New York | Indenture Trustee, Major secured Lender - Credit Revolver Secured Lender | Current Client |
| Bank of New York Mellon Corporation | Professional Employed | Current Client is The Bank of New York |
| Bank of Nova Scotia | Major secured Lender - Credit Revolver Secured Lender | Current Client |
| Barclays Bank | Major secured Lender - Credit Revolver Secured Lender | Current Client |
| Barclays Bank of Kenya Limited | Counterparty to Major Contract | Affiliate of Current Client |
| Barclays Capital Inc. | Largest 50 Bondholder, Underwriting Investment Bank for GM's Securities | Current Client |
| Barclays Global Investors Limited<br><br>Barclays Global Investors, National Association | Top 25 Shareholder | Affiliate of Current Client |
| Bear Stearns | Major secured Lender - Credit Revolver Secured Lender | Current Client |
| Bear Stearns International Limited | Professional Employed | Current Client |
| Bear, Stearns & Co. Inc. | Professional Employed | Current Client |
| Blackstone Group L.P. | Professional Employed, Retention Applicant | Current Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| Blue Cross Blue Shield | Top 100 Unsecured Creditor | Affiliate of Current Client |
| BMW Group | Major Customer, Strategic Alliance | Affiliate of Current Client |
| BNP Paribas | Major secured Lender - Credit Revolver Secured Lender, Professional Employed | Current Client |
| BNP Paribas Securities Corp. | Largest 50 Bondholder | Affiliate of Current Client |
| BNY GCM (Belgium) | Largest 50 Bondholder | Affiliate of Current Client |
| BNY Mellon Wealth Management | Top 25 Shareholder | Affiliate of Current Client |
| BP Amoco p.l.c. | Affiliation of Board Member | Current Client |
| BP Canada Energy Mktf Corp. | Utility Company | Affiliate of Current Client |
| BP Energy Co USA | Utility Company | Affiliate of Current Client |
| BP PLC - Yorktown Virginia Refinery | Affiliation of Board Member | Affiliate of Current Client |
| BP Products N America Inc | Utility Company | Affiliate of Current Client |
| BP Solar International Inc. | Affiliation of Board Member | Affiliate of Current Client |
| BP Trinidad & Tobago LLC | Affiliation of Board Member | Affiliate of Current Client |
| BT Group plc. (LSE: BT.A) | Affiliation of Board Member | Current Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| Calyon | Major secured Lender - Credit Revolver Secured Lender | Current Client |
| Cami Automotive, Inc. | Entity in Which GM Owns an Equity Interest - North America - Joint Venture | Current Client |
| Canadian Imperial Bank of Commerce (CIBC) | Major Secured Lender - Term Loan Secured Lender | Current Client |
| Carlyle Group | Affiliation of Board Member | Current Client |
| Carlyle High Yield Par IX Ltd. Carlyle High Yield Part 2008-1 | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Carlyle Partners IV, L.P. Carlyle Partners V | Affiliation of Board Member | Affiliate of Current Client |
| Ceridian Corporation | Affiliation of Board Member | Current Client |
| Chrysler LLC | Affiliation of Board Member | Current Client |
| CIBC | Major secured Lender - Credit Revolver Secured Lender | Affiliate of Current Client |
| Citibank Istanbul Citibank Japan Ltd Citibank Korea Inc. Citibank N.A., Bangkok Branch Citibank N.A., Taipei Branch | Counterparty to Major Contract | Affiliate of Current Client |
| CitiBank, N.A. | Indenture Trustee | Current Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| Citibank, NA– NY | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Citibank, National Association (Las Vegas, NV) | Professional Employed | Affiliate of Current Client |
| Citicorp Securities Services Inc. | Largest 50 Bondholder | Affiliate of Current Client |
| Citicorp USA, Inc. | Secured Creditor Other Than Major Secured Lender | Affiliate of Current Client |
| Citigroup | Major secured Lender - Credit Revolver Secured Lender, Largest 50 Bondholder | Current Client |
| Citigroup CIB | Professional Employed | Affiliate of Current Client |
| Clearstream Banking | Largest 50 Bondholder | Current Client |
| ConEdison Solutions | Utility Company | Affiliate of Current Client |
| Consolidated Edison | Utility Company | Current Client |
| Credit Suisse | Major secured Lender - Credit Revolver Secured Lender, Professional Employed | Current Client |
| Credit Suisse Securities (USA) LLC | Top 25 Shareholder, Underwriting Investment Bank for GM's Securities | Affiliate of Current Client |
| CSAM Syndicated Loan FD | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Daewoo Motor De Puerto Rico Inc. | Entity in Which GM Owns an Equity Interest – Asia Pacific | Affiliate of Current Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| Daimler AG | Strategic Alliance | Current Client |
| Daiwa Europe (Deutschland) GmbH | Professional Employed | Affiliate of Current Client |
| DB Platinum Advisors | Largest 50 Bondholder | Affiliate of Current Client |
| Deloitte LLP | Professional Employed | Affiliate of Current Client |
| Deloitte Touche Tohmatsu | Professional Employed | Affiliate of Current Client |
| Deutsche Bank | Major secured Lender - Credit Revolver Secured Lender | Current Client |
| Deutsche Bank – New York | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Deutsche Bank AG | Affiliation of Board Member, Largest 50 Bondholder | Current Client |
| Deutsche Bank AG London | Top 100 Unsecured Creditor, Indenture Trustee | Current Client |
| Deutsche Bank Luxembourg S.A. | Top 100 Unsecured Creditor | Affiliate of Current Client |
| Deutsche Bank Securities Inc. | Underwriting Investment Bank for GM's Securities, Professional Employed | Current Client |
| Direct TV Group | Affiliation of Board Member | Current Client |
| Dresdner Bank | Major secured Lender - Credit Revolver Secured Lender | Current Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| DuPont Automotive Co.<br><br>Dupont Coatings & Color Technologies Group<br><br>Dupont Safety & Protection | Affiliation of Board Member | Affiliate of Current Client |
| Eastman Kodak Company | Affiliation of Board Member | Current Client |
| Eaton Vance CDO IX Ltd.<br><br>Eaton Vance CDO VIII Ltd.<br><br>Eaton Vance CDO X PLC<br><br>Eaton Vance FLTG RT INC TR<br><br>Eaton Vance Grayson & Co<br><br>Eaton Vance INSTL SR LN FD<br><br>Eaton Vance Loan OPP FD Ltd.<br><br>Eaton Vance Ltd. Duration Inc.<br><br>Eaton Vance Medallion Floating<br><br>Eaton Vance Senior Debt PF<br><br>Eaton Vance Senior Floating Rate TR<br><br>Eaton Vance Senior Inc. TR<br><br>Eaton Vance SHT DUR DIV INC FD<br><br>Eaton Vance VT FLTG RT INC FD | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Eckhard Pfeiffer | Current Member of Board of Directors for General Motors Corporation | Current Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
| --- | --- | --- |
| Ei Dupont De Nemours & Co. | Affiliation of Board Member | Affiliate of Current Client |
| Eli Lilly & Co. | Affiliation of Board Member | Current Client |
| Ellen J. Kullman | Former Member of Board of Directors for General Motors Corporation | Current Client |
| Enterprise Rent-A-Car | Top 100 Unsecured Creditor as of May 29, 2009 (other than individual bondholders) | Current Client |
| Erskine B. Bowles | Current Member of Board of Directors for General Motors Corporation | Current Client |
| European Bank for Reconstruction and Development | Joint Venture Party – Europe – Russia – GM Avtovaz | Current Client is EBRB |
| Evercore Partners Inc. | Professional Employed, Retention Applicant | Current Client |
| Federal Mogul Corp | Top 100 Unsecured Creditor as of May 29, 2009 (other than individual bondholders) | Current Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| Fidelity ADVR SR I-ADVR HI IN<br><br>Fidelity ADVR SR II-ADVR STRT<br><br>Fidelity American HI YLD FD<br><br>Fidelity Ballyrock CLO II<br><br>Fidelity Ballyrock CLO III<br><br>Fidelity CIP LLC:FID FL RATE<br><br>Fidelity Puritan TR-Puritan FD<br><br>Fidelity SCH ST TR-STRT INC FD<br><br>Fidelity Summer ST TR-CAP & IN<br><br>Fidelity Summer ST-CAP & INC F<br><br>Fidelity VIP V STRT INC PF | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Fidelity Investments | Top 100 Unsecured Creditor as of May 29, 2009 (other than individual bondholders) | Current Client |
| Fidelity Management & Research Co. | Top 25 Shareholder, Largest 50 Bondholder | Affiliate of Current Client |
| Florida East Coast Industries, Inc. | Affiliation of Board Member | Current Client |
| Fortress CR INVS I Ltd | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Fortress CR INVS II Ltd | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| Franklin Advisers | Largest 50 Bondholder | Affiliate of Current Client |
| Gasmark UGI Energy Svcs. Inc. | Utility Company | Affiliate of Current Client |
| GE Asset Management Inc. | Largest 50 Bondholder | Current Client |
| GE Capital | Affiliation of Board Member | Affiliate of Current Client |
| GE Capital Consumer Financial Services | Affiliation of Board Member | Affiliate of Current Client |
| GE Card Services | Affiliation of Board Member | Affiliate of Current Client |
| GE Commercial Finance | Affiliation of Board Member | Affiliate of Current Client |
| GE Corporate Financial Services | Secured Creditor Other Than Major Secured Lender | Affiliate of Current Client |
| GE Fleet Services of GE Commercial Finance | Affiliation of Board Member | Affiliate of Current Client |
| GE Insurance Solutions | Affiliation of Board Member | Affiliate of Current Client |
| GE Pen TR | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| General Electric Capital Corporation | Major Secured Lender - Term Loan Secured Lender, Counterparty to Major Contract | Current Client is G.E.C.C. |
| General Electric Co. | Affiliation of Board Member | Current Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| George M.C. Fisher | Current Member of Board of Directors for General Motors Corporation | Current Client |
| Goldentree LN OPP III LTD Goldentree LN OPP IV LTD | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Goldman Sachs | Major secured Lender - Credit Revolver Secured Lender | Current Client |
| Goldman Sachs – ABS Loans 2007-I Goldman Sachs CR Parts LP | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Goldman Sachs Group Inc. | Affiliation of Board Member, Professional Employed | Current Client |
| Goldman, Sachs & Co. | Professional Employed | Current Client |
| Greenwich Capital Markets, Inc. | Underwriting Investment Bank for GM's Securities | Affiliate of Current Client |
| Hartford FLTING RT FD | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Hartford-FLTG BK LN SR OF HART | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Henry Schein Inc. | Affiliation of Board Member | Current Client |
| Hertz Corporation | Major Customer | Current Client |
| Highbridge Capital Management | Largest 50 Bondholder | Current Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| Highland Credit OPP CDO LTD<br><br>Highland Floating Rate Fund<br><br>Highland Offshore PTNRS LP<br><br>Highland -PAC SEL FD FLTG RT LN | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Hitachi Data Systems Corporation | Affiliation of Board Member | Affiliate of Current Client |
| Hitachi Ltd. | Top 100 Supplier | Affiliate of Current Client |
| Home Depot Inc. | Affiliation of Board Member | Current Client |
| Houlihan Lokey | Professional Retained by Significant Creditors Group | Current Client |
| HSBC | Major secured Lender - Credit Revolver Secured Lender | Current Client |
| HSBC Finance Corp.<br><br>HSBC Financial Corp Ltd. | Strategic Alliance | Affiliate of Current Client |
| Hughes Electronics Corporation | Affiliation of Board Member | Affiliate of Current Client |
| IFCO Systems NV | Affiliation of Board Member | Current Client |
| ING Bank | Major secured Lender - Credit Revolver Secured Lender | Current Client |
| International Council of J.P Morgan Chase & Co. | Affiliation of Board Member | Current Client is J.P. Morgan Chase & Co. |
| J.P. Morgan & Co. Inc. | Professional Employed | Affiliate of Current Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| J.P. Morgan Securities Inc. | Professional Employed, Largest 50 Bondholder | Affiliate of Current Client |
| John H. Bryan | Current Member of Board of Directors for General Motors Corporation | Current Client |
| JP Morgan Chase | Major secured Lender - Credit Revolver Secured Lender | Current Client |
| JP Morgan Chase Bank, N.A. | Secured Creditor Other than Major Lenders | Current Client |
| JP Morgan Whitefriars Inc. | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| JPMorgan Chase & Co | Professional Employed | Affiliate of Current Client |
| Karen L. Katen | Current Member of Board of Directors for General Motors Corporation | Current Client |
| KBC Bank | Major secured Lender - Credit Revolver Secured Lender | Current Client |
| Kent Kresa | Current Member of Board of Directors for General Motors Corporation | Current Client |
| Key Safety Systems Inc. | Top 100 Supplier | Current Client |
| Kodak | Affiliation of Board Member | Affiliate of Current Client |
| Kohlberg Kravis Roberts & Company | Affiliation of Board Member | Current Client is KKR |
| KPMG LLP | Professional Employed, Retention Applicant | Affiliate of Current Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| L3- Lincoln Variable INS PRODS | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Lazard Group LLC | Affiliation of Board Member | Current Client |
| Lazard Ltd. | Affiliation of Board Member, Professional Retained by Significant Creditor Group | Affiliate of Current Client |
| Lehman Brothers Asset Management Inc. | Top 25 Shareholder | Affiliate of Current Client |
| Lehman Brothers First Trust | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Lehman Brothers High Income | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Lehman Brothers Inc. | Largest 50 Bondholder | Current Client |
| Leucadia National Corp. | Miscellaneous | Affiliate of Current Client |
| Lincoln Natl Life Ins 12 | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Lincoln Natl Life SA20 | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| M&T Bank | Major secured Lender - Credit Revolver Secured Lender | Affiliate of Current Client |
| Mackay Shields Coreplusalpha Ltd. | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| MacKay Shields LLC | Largest 50 Bondholder | Current Client |
| MacKay Shields Short Duration Alpha FD | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| MacKay-AR Public Employee Retirement System | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Magna International, Inc. | Top 100 Unsecured Creditor | Current Client |
| Marathon CLO I<br>Marathon CLO II Ltd.<br>Marathon Financing I B V | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Marsh Inc. | Insurance Provider | Affiliate of Current Client |
| MCI | Utility Company | Current Client |
| Mellon Bank | Major secured Lender - Credit Revolver Secured Lender | Affiliate of Current Client |
| Mellon Capital Management Corporation | Top 25 Shareholder | Affiliate of Current Client |
| Merck & Co. Inc. | Affiliation of Board Member | Current Client |
| Merrill Lynch | Major secured Lender - Credit Revolver Secured Lender | Current Client |
| Merrill Lynch & Co. Inc. | Affiliation of Board Member, Professional Employed | Affiliate of Current Client |
| Merrill Lynch Canada Finance Company | Affiliation of Board Member | Affiliate of Current Client |
| Merrill Lynch Cap Serv Inc. | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Merrill Lynch International & Co CV | Affiliation of Board Member | Affiliate of Current Client |
| Merrill Lynch International Limited | Professional Employed | Affiliate of Current Client |

15

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| Merrill Lynch Preferred Capital Trust I<br><br>Merrill Lynch Preferred Capital Trust II<br><br>Merrill Lynch Preferred Capital Trust III<br><br>Merrill Lynch Preferred Capital Trust IV<br><br>Merrill Lynch Preferred Capital Trust V<br><br>Merrill Lynch Preferred Capital Trust VI | Affiliation of Board Member | Affiliate of Current Client |
| Merrill Lynch Preferred Funding I LP<br><br>Merrill Lynch Preferred Funding II LP<br><br>Merrill Lynch Preferred Funding III LP<br><br>Merrill Lynch Preferred Funding IV LP<br><br>Merrill Lynch Preferred Funding V LP | Affiliation of Board Member | Affiliate of Current Client |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated | Professional Employed, Underwriting Investment Bank for GM's Securities | Affiliate of Current Client |
| Microsoft Global Finance | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Minnesota Mining & Manufacturing | Affiliation of Board Member | Affiliate of Current Client |
| Mitsubishi Electric Corp. | Top 100 Supplier | Affiliate of Current Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| Morgan Stanley | Professional Employed, Major secured Lender - Credit Revolver Secured Lender | Current Client |
| Morgan Stanley & Co. Incorporated | Professional Employed | Affiliate of Current Client |
| Morgan Stanley & Co., Inc. | Top 25 Shareholder | Current Client |
| Morgan Stanley and Co. | Affiliation of Board Member | Current Client |
| Morgan Stanley Senior FD Inc. | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Morgan, JP Chase & Co | Top 100 Supplier | Current Client is JP Morgan Chase & Co, |
| Muriel Siebert & Co., Inc. | Underwriting Investment Bank for GM's Securities | Current Client |
| Northrop Grumman Corporation | Affiliation of Board Member | Current Client |
| Oak Hill CR Part III<br>Oak Hill CR Part IV<br>Oak Hill CR Part V Ltd.<br>Oak Hill Credit PTNRS II Ltd. | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| Oaktree - EMP RET FD CITY OF D<br><br>Oaktree - GEN BRD PEN HLTH BNF<br><br>Oaktree – High Yield LP<br><br>Oaktree - INTL PAPER CO COMNGL<br><br>Oaktree - PAC GAS & ELEC POST<br><br>Oaktree CAP MGMT-HI YLD TR<br><br>Oaktree Loan Fund 2X (CAY) LP<br><br>Oaktree Loan Fund, L.P<br><br>Oaktree-Bill & Melinda Gates<br><br>Oaktree-DaimlerChrysler CORP M<br><br>Oaktree-High Yield FD II LP<br><br>Oaktree-San Diego CTY EMP RET<br><br>Oaktree-TMCT LCC | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Oaktree Capital Management LLC | Largest 50 Bondholder | Current Client |
| OCM-CENT ST,SE & SW PENS PL | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| OCM-IBM PERSONAL PENS PL | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| OCM-PAC GAS & ELEC COMP RET TR | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| OCM-State Teach RET OH | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| OCM-WM POOL HIYLD FIX INT TR | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Olser, Hosking & Harcourt LLP | Professional Employed | Current Client |
| Oppenheimer Senior Floating Rate Fund | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Pacific Gas & Electric Company | Utility Company | Affiliate of Former Client: PG&E Corporation |
| Panasonic Corp. | Top 100 Supplier, Top 100 Unsecured Creditors as of May 29, 2009 (other than individual bondholders) | Current Client |
| Percy N. Barnevik | Former Member of Board of Directors for General Motors Corporation | Current Client |
| Pfizer<br><br>Pfizer Foundation<br><br>Pfizer Global Pharmaceuticals<br><br>Pfizer Human Health<br><br>Pfizer Ltd.<br><br>Pfizer Pharmaceuticals Group | Affiliation of Board Member | Affiliate of Current Client |
| Pfizer Inc. | Affiliation of Board Member | Current Client |
| Philip A. Laskawy | Current Member of Board of Directors for General Motors Corporation | Current Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| Pierce, Fenner & Smith Incorproated | Underwriting Investment Bank for GM's Securities | Affiliate of Current Client |
| Polygon Investment Partners | Largest 50 Bondholder | Current Client |
| Price Waterhouse Coopers | Retention Applicant | Current Client is PricewaterhouseCoopers LLP |
| PUTNAM 29X-FDS TR-FLTG RT INC  PUTNAM BK LN FD (CAYMAN) MSTR | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Quantum Energy Partners | Investment as an LP | Current Client |
| RBC Dexia Investors Services | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| RBS | Major secured Lender - Credit Revolver Secured Lender | Current Client |
| REAMS – Prudential Ret. Ins. & Ann. | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Royal Bank of Scotland PLC | Major Secured Lender - Term Loan Secured Lender | Current Client |
| San Paolo DI Torino | Major secured Lender - Credit Revolver Secured Lender | Affiliate of Current Client |
| Sandelman Partners, LP | Largest 50 Bondholder | Current Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| SANKATY CR OPPS OFF MTR IV LP<br><br>SANKATY HIGH YIELD PART II LP<br><br>SANKATY HY PART III LP | Major Secured Lender - Term Loan Secured Lender | Affiliate of Current Client |
| Shell Energy N America (Canada)<br><br>Shell Energy N America (US) | Utility Company | Affiliate of Current Client |
| Shell Hydrogen BV | Strategic Alliance | Affiliate of Current Client |
| SMBC | Major secured Lender - Credit Revolver Secured Lender | Affiliate of Current Client |
| Societe Generale | Major secured Lender - Credit Revolver Secured Lender | Current Client |
| Sprint | Utility Company | Current Client is Sprint Nextel |
| Standard Chartered Bank | Major secured Lender - Credit Revolver Secured Lender | Affiliate of Current Client |
| Sumitomo Electric Industries Ltd. | Top 100 Supplier | Affiliate of Current Client |
| Texas Instruments, Inc. | Affiliation of Board Member | Current Client |
| Thomas H. Lee Partners, L.P. | Investment as an LP | Current Client |
| TI Automotive Ltd. | Top 100 Supplier | Current Client |
| Time Warner Telecom | Utility Company | Affiliate of Current Client: Time Warner, Inc. |

21

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
| --- | --- | --- |
| Toyota Motor Corporation | Strategic Alliance, Counterparty to Major Contract | Affiliate of Current Client |
| UBS AG | Major secured Lender - Credit Revolver Secured Lender | Current Client |
| UBS AG London | Largest 50 Bondholder | Affiliate of Current Client |
| UBS Global Asset Management (US) Inc. | Largest 50 Bondholder | Affiliate of Current Client |
| UBS Securities LLC | Underwriting Investment Bank for GM's Securities | Current Client |
| United States Department of Justice | Governmental and State Regulatory Agencies | Current Client |
| Vanguard Car Rental USA | Top 100 Unsecured Creditor as of May 29, 2009 (other than individual bondholders) | Current Client |
| Veolia Environmental SA | Strategic Alliance | Current Client |
| Veolia Water Partners VI LLC | Utility Company | Affiliate of Current Client |
| Verizon | Utility Company | Current Client is Verizon Communications Inc. |
| Verizon Business | Utility Company | Current Client is Verizon Business Global LLC |
| Verizon Communications | Utility Company | Current Client |
| VF Corp. VF Corporation | Affiliation of Board Member | Current Client |

22

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| Visteon Corp. | Top 100 Supplier | Current Client |
| Wachovia Corporation | Affiliation of Board Member | Affiliate of Current Client |
| Wellington Management Co. LLP | Largest 50 Bondholder | Current Client |
| WestLB | Major secured Lender - Credit Revolver Secured Lender | Current Client |
| Wilmington Trust Company | Indenture Trustee | Current Client |
| XM Satellite Radio Holdings Inc. | Entities in Which GM Owns an Equity Interest – North America – Joint Venture, Major Customer, Strategic Alliance | Current Client |
| XM Satellite Radio, Inc. | Major Customer | Current Client |

**<u>ANNEX C</u>**

**<u>LIST OF POTENTIAL CLIENTS</u>**

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| AAU | Insurance Provider | Potential Relation to Client |
| ABN AMRO, Inc. | Professional Employed, Major Secured Lender – Credit Revolver Secured Lender | Potential Relation to Client |
| ACE | Insurance Provider | Potential Relation to Client |
| AK Steel Corp | Top 100 Unsecured Creditor as of May 29, 2009 (other than individual bondholders) | Potential Client |
| Allianz International in Germany | Affiliation of Board Member | Potential Relation to Client |
| American Express Company | Affiliation of Board Member | Potential Relation to Client |
| Aon Inc. | Insurance Provider | Potential Relation to Client |
| Apollo Management, LP | Investment as an LP | Potential Relation to Client |
| Atrium IV<br><br>Atrium V | Major Secured Lender - Term Loan Secured Lender | Potential Relation to Client |
| Aurelius Capital Partners LP | Major Litigation Claimant | Potential Relation to Client |
| Avis Budget Car Rental LLC<br><br>Avis Budget Group, Inc. | Major Customer | Potential Relation to Client |
| Banc One Corporation | Affiliation of Board Member | Potential Relation to Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| BEHR Dayton Thermal Products | Top 100 Unsecured Creditor as of May 29, 2009 (other than individual bondholders) | Potential Relation to Client |
| Blackrock Debt Strt Fd Inc<br><br>Blackrock Div Inc Strt Fd Inc<br><br>Blackrock Emp Ret Fd City Dal<br><br>Blackrock FDS Hi Yld BD PF<br><br>Blackrock Fltg Rt Inc Strt<br><br>Blackrock BD FD Inc Hi Inc FD<br><br>Blackrock Corp Hi Yld Fd III I<br><br>Blackrock Corp Hi Yld Fd Inc<br><br>Blackrock Corp Hi Yld Fd V Inc<br><br>Blackrock Corp Hi Yld Fd VI In<br><br>Blackrock Gbl Inv Ser Inc Str<br><br>Blackrock Senior Inc Ser II<br><br>Blackrock Sr Hi Fd Inc<br><br>Blackrock Sr Inc Ser IV<br><br>Blackrock Strt Bd Tr<br><br>Blackrock Hi Inc Shrs<br><br>Blackrock Hi Yld Tr<br><br>Blackrock Met Inv Sr Tr Hi Yld<br><br>Blackrock Mgd Ac Sr Hi Inc Pf<br><br>Blackrock Multi-Strategy Fixed | Major Secured Lender - Term Loan Secured Lender | Potential Relation to Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| Blue Cross Blue Shield | Top 100 Unsecured Creditor as of May 29, 2009 (other than individual bondholders) | Potential Client |
| BOTM | Major Secured Lender – Credit Revolver Secured Lender | Potential Relation to Client |
| Canyon Cap CDO 2002-1 Ltd | Major Secured Lender – Term Loan Secured Lender | Potential Relation to Client |
| Canyon Capital Advisers | Largest 50 Bondholder | Potential Relation to Client |
| Century Telephone | Utility Company | Potential Relation to Client |
| Chubb | Insurance Provider | Potential Relation to Client |
| Cobalt Group Inc. | Top 100 Unsecured Creditor as of May 29, 2009 (other than individual bondholders) | Potential Client |
| Coca-Cola Beverages PLC<br>Coca-Cola Company<br>Coca-Cola HBC<br>Greater Europe Group of The Coca-Cola Company | Affiliation of Board Member | Potential Relation to Client |
| Comerica Bank | Major Secured Lender – Credit Revolver Secured Lender | Potential Relation to Client |
| Commerzbank AG | Major Secured Lender – Credit Revolver Secured Lender | Potential Relation to Client |
| Community Partnership for the Homeless, Inc. | Affiliation of Board Member | Potential Client |
| Consolidated | Utility Company | Potential Relation to Client |

3

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| Consolidated Comm. | Utility Company | Potential Relation to Client |
| Continental Tire | Top 100 Unsecured Creditor as of May 29, 2009 (other than individual bondholders) | Potential Relation to Client |
| CSX Transportation Inc. | Top 100 Unsecured Creditor as of May 29, 2009 (other than individual bondholders) | Potential Client |
| Cypress Tree Intl Ln Holding C | Major Secured Lender – Term Loan Secured Lender | Potential Relation to Client |
| Dana Holding Corporation<br><br>Dana Corporation | Top 100 Unsecured Creditor, Top 100 Supplier | Potential Relation to Client |
| Director of Dance Theater Foundation (Alvin Ailey American Dance Theater) | Affiliation of Board Member | Potential Relation to Client |
| Director of the Educational Broadcasting Corp. (thirteen WNET / NY) | Affiliation of Board Member | Potential Relation to Client |
| Duke Energy<br><br>Duke Energy Corp. | Utility Company, Strategic Alliance | Potential Relation to Client |
| EDS LLC | Utility Company | Potential Relation to Client |
| Electronic Data Systems | Top 100 Unsecured Creditor as of May 29, 2009 (other than individual bondholders) | Potential Client |
| Elliott International LP | Largest 50 Bondholder | Potential Relation to Client |

4

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| Ericsson Inc.<br>Ericsson LM Telephone Co.<br>Ericsson NV/SA<br>Ericsson SpA<br>Ericsson Telecomunicacoes S.A.<br>LM Ericsson Telephone Co | Affiliation of Board Member | Potential Relation to Client |
| Ernst & Young<br>Ernst & Young LLP<br>Ernst & Young LLP, NY | Affiliation of Board Member, Retention Applicant | Potential Relation to Client |
| Exxon Mobil Oil Corp | Top 100 Unsecured Creditor as of May 29, 2009 (other than individual bondholders) | Potential Client |
| Fiat Spa | Top 100 Supplier | Potential Relation to Client |
| First Data Corporation | Affiliation of Board Member | Potential Relation to Client |
| First Union Corporation | Affiliation of Board Member | Potential Relation to Client |
| Foothill CLO I Ltd<br>Foothill Gr Inc<br>Foothill Grp Inc | Major Secured Lender – Term Loan Secured Lender | Potential Relation to Client |
| Ford Motor Company | Affiliation of Board Member, Strategic Alliance | Potential Relation to Client |
| GMAC Re | Insurance Provider | Potential Client |
| Golden Knight II CLO Ltd | Major Secured Lender – Term Loan Secured Lender | Potential Relation to Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| Harch Clo II Ltd | Major Secured Lender - Term Loan Secured Lender | Potential Relation to Client |
| Hertz | Top 100 Unsecured Creditor as of May 29, 2009 (other than individual bondholders) | Potential Client |
| Hitachi Automotive Prods | Top 100 Unsecured Creditor as of May 29, 2009 (other than individual bondholders) | Potential Client |
| Honigman Miller Schwartz & Cohn LLP | Retention Applicant | Potential Relation to Client |
| Hughes Aircraft Company | Miscellaneous | Potential Relation to Client |
| Icahn Enterprise Inc. | Top 100 Supplier | Potential Relation to Client |
| ICG Leaseback Fund I LLC | Counterparty to Major Contract | Potential Relation to Client |
| Key Bank | Major Secured Lender – Credit Revolver Secured Lender | Potential Relation to Client |
| Krispy Kreme Doughnuts Inc. | Affiliation of Board Member | Potential Relation to Client |
| L'Air Liquide SA | Affiliation of Board Member | Potential Relation to Client |
| Lexington | Insurance Provider | Potential Client |
| Liberty/Safeco | Insurance Provider | Potential Client |
| Lloyds | Major Secured Lender – Credit Revolver Secured Lender, Insurance Provider | Potential Relation to Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| Loews Corporation | Affiliation of Board Member | Potential Relation to Client |
| M.I.T. Lincoln Laboratory Advisory Board | Affiliation of Board Member | Potential Relation to Client |
| McDonnell Il. State Board Inv. | Major Secured Lender – Term Loan Secured Lender | Potential Relation to Client |
| Meritage Fd Ltd. | Major Secured Lender – Term Loan Secured Lender | Potential Relation to Client |
| Metalmark Capital LLC | Investments as a Limited Partnership | Potential Relation to Client |
| Mittal/Ispat Inland | Top 100 Unsecured Creditor as of May 29, 2009 (other than individual bondholders) | Potential Relation to Client |
| National Car Rental<br>National Car Sales | Other Names for General Motors Corporation | Potential Relation to Client |
| National City Bank | Major Secured Lender – Term Loan Secured Lender | Potential Relation to Client |
| National Union | Insurance Provider | Potential Relation to Client |
| National Union Fire Insurance Company of Pittsburgh | Insurance Provider | Potential Relation to Client |
| Nemak SA | Top 100 Unsecured Creditor as of May 29, 2009 (other than individual bondholders) | Potential Relation to Client |
| New York Life Ins  GP Port Alp<br>New York Life Ins Co GP | Major Secured Lender – Term Loan Secured Lender | Potential Relation to Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| OnStar Corporation<br><br>OnStar Contract Litigation<br><br>OnStar Canada Corporation | Joint Venture Party-Poland-FIAT-GM Powertrain Polsk Sp. z.o.o.,  Major Litigation Claimant, Entity in Which GM Holds an Equity Interest - North America - Operating Entities | Potential Relation to Client |
| Peugeot S.A. | Top 100 Unsecured Creditor | Potential Relation to Client |
| Qwest | Utility Company | Potential Client |
| Reams - Halliburton Company | Major Secured Lender - Term Loan Secured Lender | Potential Client |
| Remy Inc. | Top 100 Unsecured Creditor as of May 29, 2009 (other than individual bondholders) | Potential Relation to Client |
| Ryder Logistics | Top 100 Unsecured Creditor | Potential Relation to Client |
| Securities and Exchange Commission | Governmental and State Regulatory Agency | Potential Relation to Client |
| Shinnecock CLO II Ltd | Major Secured Lender - Term Loan Secured Lender | Potential Relation to Client |
| Stichting Bedrijfstakpens<br><br>Stichting Pensionfonds Me | Major Secured Lender – Term Loan Secured Lender | Potential Relation to Client |
| SunTrust Banks Inc. | Affiliation of Board Member | Potential Relation to Client |
| Textron Inc. | Top 100 Supplier | Potential Relation to Client |
| Tiger Management Corp. | Top 25 Shareholder | Potential Relation to Client |

| Matched Entity | Relationship to Debtors | Relationship to WG&M |
|---|---|---|
| Travellers | Insurance Provider | Potential Client |
| U.S. Bank Card Services | Affiliation of Board Member | Potential Relation to Client |
| U.S. Bank N.A | Indenture Trustee | Potential Relation to Client |
| U.S. Bank Trust National Association | Counterparty to Major Contract | Potential Relation to Client |
| United Nations, Deputy Special Envoy for Tsunami Recovery | Affiliation of Board Member | Potential Relation to Client |
| US Steel Inc. | Top 100 Unsecured Creditor as of May 29, 2009 (other than individual bondholders) | Potential Relation to Client |
| Valeo Sistemas Electricos S.L. | Top 100 Unsecured Creditor as of May 29, 2009 (other than individual bondholders) | Potential Relation to Client |
| Van Kampen Asset Management | Top 25 Shareholder | Potential Client |
| XL Gaps | Insurance Provider | Potential Client |
| Zurich | Insurance Provider | Potential Client |

**EXHIBIT B**

**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                                    :
**In re**                                           :                    **Chapter 11 Case No.**
                                                    :
**GENERAL MOTORS CORP., *et al.*,**                 :                    **09-50026 (REG)**
                                                    :
                                       **Debtors.** :                    **(Jointly Administered)**
                                                    :
---------------------------------------------------------------x

## ORDER PURSUANT TO 11 U.S.C. § § 327(a) AND 328(a) AND FED. R. BANKR. P. 2014(a) AUTHORIZING EMPLOYMENT OF WEIL, GOTSHAL & MANGES LLP AS ATTORNEYS FOR THE DEBTORS NUNC PRO TUNC TO THE COMMENCEMENT DATE

Upon the Application, dated June 12, 2009 (the "**Application**"), of General Motors

Corporation and its affiliated debtors, as debtors and debtors in possession in the above-captioned

chapter 11 cases (collectively, the "**Debtors**"), pursuant to sections 327(a) and 328(a) of title 11,

United States Code (the "**Bankruptcy Code**") and Rule 2014(a) of the Federal Rules of

Bankruptcy Procedure (the "**Bankruptcy Rules**"), for entry of an order authorizing the

employment of Weil, Gotshal & Manges LLP ("**WG&M**") as attorneys for the Debtors, effective

as of the Commencement Date,[1] under a general retainer, all as more fully described in the

Application; and upon the Affidavit of Stephen Karotkin, a member of WG&M, sworn to on June

12, 2009, attached to the Application as Exhibit "A" (the "**Karotkin Affidavit**"); and the Court

being satisfied, based on the representations made in the Application and the Karotkin Affidavit,

that WG&M is "disinterested" as such term is defined in section 101(14) of the Bankruptcy Code,

as modified by section 1107(b) of the Bankruptcy Code, and as required under section 327(a) of

---
[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Application.

the Bankruptcy Code, and that WG&M represents no interest adverse to the Debtors' estates with

respect to the matters upon which it is to be engaged; and the Court having jurisdiction to

consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and

1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of

New York of Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.);

and consideration of the Application and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and due and proper notice of the Application having been provided to (i) the

Office of the United States Trustee for the Southern District of New York, (ii) the attorneys for

the United States Department of the Treasury, (iii) the attorneys for Export Development Canada,

(iv) the attorneys for the agent under GM's prepetition secured term loan agreement, (v) the

attorneys for the agent under GM's prepetition amended and restated secured revolving credit

agreement, (vi) the attorneys for the statutory committee of unsecured creditors appointed in these

chapter 11 cases, (vii) the attorneys for the International Union, United Automobile, Aerospace

and Agricultural Implement Workers of America, (viii) the attorneys for the International Union

of Electronic, Electrical, Salaried, Machine and Furniture Workers—Communications Workers of

America, (ix) the United States Department of Labor, (x) the attorneys for the National

Automobile Dealers Association, (xi) the attorneys for the ad hoc bondholders committee, (xii)

the U.S. Attorney's Office, S.D.N.Y., and (xiii) all entities that requested notice in these chapter

11 cases under Fed. R. Bankr. P. 2002, and it appearing that no other or further notice need be

provided; and a hearing having been held to consider the relief requested in the Application (the

"**Hearing**"); and upon the record of the Hearing and all of the proceedings had before the Court;

and the Court having found and determined that the relief sought in the Application is in the best

interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and

factual bases set forth in the Application establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is granted as provided herein; and it is further

ORDERED that pursuant to sections 327(a) and 328(a) of the Bankruptcy Code

and Bankruptcy Rule 2014(a), the Debtors are authorized to employ and retain WG&M as their

attorneys in the Debtors' chapter 11 cases under a general retainer, in accordance with WG&M's

normal hourly rates and disbursement policies, all as contemplated by the Application, nunc pro

tunc to June 1, 2009, the date on which the Debtors commenced their chapter 11 cases; and it is

further

ORDERED that WG&M shall be compensated in accordance with the procedures

set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules,

the Guidelines, and further Orders for all services performed and expenses incurred after the

Commencement Date; and it is further

ORDERED that notice of this Application as provided herein and therein shall be

deemed good and sufficient notice of the Application; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
      June _____, 2009

_____
United States Bankruptcy Judge