Mark S. Frankel (P41565)
Jerry M. Ellis (P13163)
Couzens, Lansky, Fealk, Ellis,
Roeder & Lazar, P.C.
39395 W. Twelve Mile Road, Suite 200
Farmington Hills, Michigan 48331
(248) 489-8600
Fax (248) 489-4156
mark.frankel@couzens.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

General Motors Corp., et al.,                                    Chapter 11

            Debtors.                                     Case No. 09-50026 (REG)

                                                   /         (Jointly administered)

**LIMITED OBJECTION OF MIDWAY PRODUCTS GROUP, INC.[1] TO THE DEBTORS'**
**NOTICE OF INTENTION TO ASSUME AND PROPOSED CURE AMOUNT**

     Now comes Midway Products Group, Inc. (hereinafter "Midway") by and through its attorneys and hereby submits its objection (the "Objection") to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto (the "Notice")(Docket No. 92), served upon Midway by the Debtors pursuant to this Court's Order (I) Approving Procedures for Sale of Debtors' Assets Pursuant to Master Sale and Purchase Agreement With Vehicle Acquisition Holdings, LLC, a U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline and Sale Hearing Date; (III) Establishing Assumption and Assignment Procedures; and (IV) Fixing Notice Procedures and Approving Form of Notice (the "Order")(Docket No. 274).

---

[1] Midway Products Group, Inc. includes Lakepark Industries of Indiana, Inc., Lakepark Industries, Inc., P&A Industries, Inc., Findlay Products Corp., and Progressive Stamping, Inc.

1. The Debtors commenced their voluntary Chapter 11 bankruptcy cases on June 1, 2009.

2. On June 2, 2009, the Court entered the Order which set forth the procedures regarding Debtors' assumption and assignment of executory contracts.

3. Pursuant to the Order, the Debtors delivered a Notice dated June 5, 2009 to Midway indicating that the Debtors intend to assume and assign certain of the Debtors' executory contracts with Midway as set forth on the Debtors' secure website (the "Contracts").

4. Midway has no objection to the assumption of the Contracts.

5. In reviewing the proposed cure amounts set forth by the Debtors on the website, Midway has been unable to fully reconcile the proposed cure payments for the Contracts and it appears that the listed amounts may be insufficient to fully cure all amounts due under the Contracts.

6. Midway reasonably believes that any differences as to the proposed cure amounts will be able to be reconciled between Midway and the Debtors; however, due to the deadlines for filing objections and to preserve all rights with regard to the Contracts, Midway is compelled to file the within Objection.

7. Midway reserves the right to amend or supplement its Objection.

WHEREFORE, Midway respectfully objects to the proposed cure amount as set forth by the Debtors and requests that this Court enter such relief as is just and equitable.

Dated: June 12, 2009

Couzens, Lansky, Fealk, Ellis,
Roeder & Lazar, P.C.

/s/ Mark S. Frankel
Mark S. Frankel (P41565)
(Admitted pro hac vice)
Couzens, Lansky, Fealk, Ellis,
Roeder & Lazar, P.C.
39395 W. Twelve Mile Road, Suite 200
Farmington Hills, Michigan 48331
(248) 489-8600
Fax (248) 489-4156
mark.frankel@couzens.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2009, I filed, and thereby caused, the *Limited Objection of Midway Products Group, Inc. to the Debtors' Notice of Intention to Assume and Proposed Cure Amount* to be served via electronic mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system.  And further, on June 12, 2009, I served the following parties via electronic mail and/or via overnight delivery:

The Debtors
c/o General Motors Corporation
Attn: Warren Command Center, Mailcode 480-206-114
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges, LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, NY 10153
harvey.miller@weil.com
theodore.tsekerides@weil.com

U.S. Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220

Cadwalader, Wickersham & Taft, LLP
Attn: John J. Rapisardi, Esq.
One Word Financial Center
New York, NY 10281
john.rapisardi@cwt.com

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
Attorneys for the Export Development Canada
1633 Broadway, 47th Floor
New York, NY 10019
mjedelman@vedderprice.com

Office of the United States Trustee
For the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

/s/ Mark S. Frankel
Mark S. Frankel (P41565)

O:\JZ\JME\Midway\LimitedObjection.wpd