UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 09-50026-reg |
| | Chapter 11 |
| GENERAL MOTORS CORPORATION, et.al., | jointly administered |
| | Hon. Robert E. Gerber |
| Debtors. | |
| _____/ | |

MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Jerry M. Ellis, a member in good standing of the bar of the State of Michigan and the U.S. District Court for the Eastern District of Michigan, hereby request admission, *pro hac vice,* before the Honorable Robert E. Gerber, United States District Court Judge, to represent Midway Products Group, Inc.[1], in connection with the above-referenced Chapter 11 cases and all related adversary and other proceedings.

| | |
|---|---|
| My address is: | 39395 W. Twelve Mile Road, Suite 200 |
| | Farmington Hills, Michigan 48331 |
| Telephone: | 248-489-8600 |
| Facsimile: | 248-489-5156 |
| e-mail: | jellis@couzens.com |

I agree to pay the required filing fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

        Respectfully submitted:

        COUZENS, LANSKY, FEALK, ELLIS,
           ROEDER & LAZAR, P.C.

By:    /S/ Jerry M. Ellis
     JERRY M. ELLIS (P13163)
     Attorneys for Commercial
     Contracting Corporation
     39395 W. Twelve Mile Road
     Suite 200
     Farmington Hills, MI 48331
     (248) 489-8600

Dated: June 13, 2009

---

[1] Midway Products Group, Inc. includes Lakepark Industries of Indiana, Inc., Lakepark Industries, Inc., P&A Industries, Inc., Findlay Products Corp., and Progressive Stamping, Inc.

```
                    UNITED STATES BANKRUPTCY COURT
                    SOUTHERN DISTRICT OF NEW YORK
```

In re:                                          Case No. 09-50026-reg
                                                Chapter 11
GENERAL MOTORS CORPORATION, et.al.,             jointly administered
                                                Hon. Robert E. Gerber
         Debtors.
_____/

           ORDER ADMITTING JERRY M. ELLIS
              TO PRACTICE PRO HAC VICE

ORDERED, that Jerry M. Ellis, is admitted to practice, *pro hac vice*, in, and in connection with the above-referenced Chapter 11 cases and all related adversary and other proceedings in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the required filing fee.

Dated: _____
       New York, New York

                                    _____
                                    HONORABLE ROBERT E. GERBER
                                    UNITED STATES BANKRUPTCY COURT

2