**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>General Motors Corporation, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026<br>Jointly Administered<br>Hon. Robert E. Gerber |

## APPEARANCE AND DEMAND FOR SERVICE

NOW COMES, LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C., and hereby enters its Appearance and Demand for Service on behalf of Knight Facilities Management, Inc. and Caravan/Knight Facilities Management, LLC, Creditor in the above-entitled action.

                                                                       LAMBERT, LESER, ISACKSON,
                                                                       COOK & GIUNTA, P.C.

                                                                       /s/ Susan M. Cook

DATED: June 13, 2009        BY:   _____
                                                                       SUSAN M. COOK (P31514)
                                                                       Attorneys for Knight Facilities Management
                                                                       Inc. & Caravan/Knight Facilities
                                                                       Management, LLC
                                                                       916 Washington Ave., Suite 309
                                                                       Bay City, Michigan 48708
                                                                       Telephone: (989) 893-3518
                                                                       scook@lambertleser.com

{00026438}