KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio  45202
Jason V. Stitt, Esq. *(Pro Hac Vice Pending)*
Telephone:     (513) 639-3964
E-Mail:          jstitt@kmklaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORPORATION, *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** Cintas Corporation appears herein by and through its counsel, Jason V. Stitt of Keating Muething & Klekamp PLL, and demands that all notices given or required to be given and papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

Jason V. Stitt (0078513 – Ohio)
Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 639-3964
Fax: (513) 579-6457
jstitt@kmklaw.com

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, and as contemplated by Sections 1109(b) and 102(1) of the Bankruptcy Code, the foregoing demand includes not only the notice referred to in the Rule and statutes specified above, but also includes, without limitation, notices of any application, motion, or other pleading, whether formal or informal, whether written or oral, and whether transmitted

- 2 -

by mail, hand delivery, telephone, or facsimile: (1) that affects or seeks to affect in any rights or interests of (a) the Debtor, (b) property in which the Debtor may claim an interest, (c) property in the possession, custody or control of the Debtor, or (d) claims against the Debtor to the estate; (2) that seeks to require any act, payment, or other conduct by Cintas Corporation; or (3) that in any manner affects the rights of Cintas Corporation.

**PLEASE TAKE FURTHER NOTICE THAT**, Cintas Corporation intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (1) Cintas Corporation's rights to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) Cintas Corporation's rights to a trial by jury in any proceeding so triable in this case; (3) Cintas Corporation's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Cintas Corporation is or may be entitled, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments Cintas Corporation expressly reserves.

Respectfully submitted,

*/s/ Jason V. Stitt*
Jason V. Stitt (0078513)
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 639-3964
Fax: (513) 579-6457
jstitt@kmklaw.com
*Attorney for Creditor,*
*Cintas Corporation*

OF COUNSEL:

KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
(513) 579-6400

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of June, 2009, a copy of the foregoing Notice of Appearance and Request for Notice was served electronically on all parties registered to receive electronic noticing in this case.

                                      */s/ Jason V. Stitt*
                                      Jason V. Stitt