**QUARLES & BRADY LLP**
300 North LaSalle Street
Suite 4000
Chicago, Illinois 60654
Telephone: (312) 715-5000
Facsimile: (312) 715-5155
Christopher Combest (IL ARDC No. 06224701) (CC-3529)

*Counsel for Tecta America Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP., *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**<u>MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*</u>**

I, Christopher Combest, request admission, *pro hac vice,* before the Honorable Robert E. Gerber, to represent Tecta America Corp., a creditor in the above-referenced cases.

I certify that I am a member in good standing of the bar of the State of Illinois and the bar of the United States District Court for the Northern District of Illinois

| | |
|---|---|
| Mailing Address: | Quarles & Brady LLP<br>300 North LaSalle Street, Suite 4000<br>Chicago, IL 60654 |
| Telephone: | 312-715-5000 |
| FAX: | 312-632-1727 |
| E-mail: | Christopher.Combest@quarles.com |

The filing fee of $25.00 has been submitted with this motion for admission *pro hac vice*.


Dated: June 13, 2009                                    QUARLES & BRADY LLP

                                                        By:      /s/ Christopher Combest
                                                                 Christopher Combest (CC-3529)
                                                        300 North LaSalle Street, Suite 4000
                                                        Chicago, Illinois 60654
                                                        Telephone: (312) 715-5000
                                                        Facsimile: (312) 715-5155
                                                        E-mail: Christopher.Combest@quarles.com

                                                        *Counsel for Tecta America Corp.*

QB\8222580.1