**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|                                              |   |                          |
|----------------------------------------------|---|--------------------------|
| In re:                                       | : | Chapter 11               |
|                                              | : | Case No. 09-50026 (REG)  |
| GENERAL MOTORS CORP., *et al.*,              | : |                          |
|                                              | : | Jointly Administered     |
|                         Debtors.             | : |                          |

_____:

### ORDER ADMITTING CHRISTOPHER COMBEST TO PRACTICE *PRO HAC VICE*

ORDERED, that Christopher Combest, Esq., is admitted to practice *pro hac vice* in the

above-captioned case in the United States Bankruptcy Court for the Southern District of New

York, provided that the required filing fee has been paid.

DATED: _____


_____
HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE