UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :    Chapter 11 Case No.
                                                           :
GENERAL MOTORS CORP., *et al.*,                            :    09-50026 (REG)
                                                           :
                        Debtors.                           :    (Jointly Administered)
                                                           :
-----------------------------------------------------------x

## OBJECTION TO CURE AMOUNT
## OF TIMCO, LLC

Timco, LLC, by and through its undersigned counsel, hereby files its objection to cure amount, for the reasons and in the amount stated on the Addendum annexed hereto and made a part hereof.

                                    Respectfully submitted,

                                    **SHELDON S. TOLL PLLC**
                                    Attorney for Timco, LLC

                        By:         _____
                                    Sheldon S. Toll (P21490)
                                    2000 Town Center, Suite 2100
                                    Southfield, MI 48075
                                    (248) 351-5480
                                    lawtoll@comcast.net

Dated: June 12, 2009

6/10/09

# ADDENUM TO GM/TIMCO LLC TRADE AGREEMENT

In addition to the pre and post petition "Cure Amount" for production parts shipped to GM, TIMCO shall also be paid for a $132,443 Cancellation Cost due to General Motors post petition decision to resource the current model GMT610 Cooling Fan business from TIMCO to another supplier.

Detail of this cost is:

| | |
|---|---|
| Finished Goods: 1,850 pcs. @11.35ea= | $20,430 |
| Work in Process: 1,150@$7.25ea= | $8,338 |
| Resin: 6,000 lbs. @1.35/lb= | $8,100 |
| Metal Inserts: 5,500 pcs. @ $4.75 ea= | $26,125 |
| Freight in: | $3,600 |
| Packaging: 2,500 boxes@$5.75ea= | $14,370 |
| Employee Training & Development Costs: | $8,880 |
| Mold Retro fit: | $3,500 |
| Balance Machine Retrofit: | $1,800 |
| Transportation of Tooling: | $1,500 |
| Transportation of Packaging: | $1,500 |
| Transportation of Inventories: | $1,500 |
| Mold Set-ups: | $6,500 |
| Part Development: | $12,000 |
| PPAP Costs: | $2,800 |
| Premium O'time Costs: | $11,500 |
| Totals: | $132,443 |