Sander L. Esserman (Admitted *Pro Hac Vice*)
Robert T. Brousseau (Admitted *Pro Hac Vice*)
Peter D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

COUNSEL FOR AD HOC COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           )
In re                                                      )   Chapter 11
                                                           )
GENERAL MOTORS CORP., *et al.*,                            )
                                                           )   Case No. 09-50026 (REG)
                                                           )
                                   Debtors.                )   Jointly Administered
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 10, 2009, she caused true and correct copies of the *Notice of Hearing on Motion of the Ad Hoc Committee of Asbestos Persona Injury Claimants for an Order (I) Appointing a Legal Representative for Future Asbestos Claimants and (ii) Directing the United States Trustee to Appoint an Official Committee of Asbestos Personal Injury Claimants* to be served on the parties below by First Class mail, postage prepaid, and by electronic mail on all parties receiving notice via the Court's ECF System.

| | |
|---|---|
| Harvey R. Miller | Robert B. Weiss |
| Stephen Karotkin | Donald F. Baty, Jr. |
| Joseph H. Smolinsky | Tricia A. Sherick |
| Weil, Gotshal & Manges LLP | Honigman Miller Schwartz and Cohn LLP |
| 767 Fifth Avenue | 660 Woodward Avenue |
| New York, NY 10153 | 2290 First National Building |
| 767 Fifth Avenue | Detroit, MI 48226 |
| New York, NY 10153 | **Counsel for the Debtors** |
| **Counsel for the Debtors** | |
| | |
| Lawrence S. Buonomo | John J. Rapisardi |
| General Motors Corporation | Cadwalader, Wickersham & Taft LLP |
| 300 Renaissance Center | One World Financial Center |
| Detroit, MI 48265 | New York, NY 10281 |
| | **Counsel for** |
| | **Vehicle Acquisition Holdings LLC** |
| | |
| Matthew Feldman | Michael J. Edelman |
| U.S. Treasury | Michael L. Schein |
| 1500 Pennsylvania Avenue NW, | Vedder Price, PC |
| Room 2312 | 1633 Broadway, 47th Floor |
| Washington, DC 20220 | New York, NY 10019 |
| | **Attorneys for Expert Canada** |
| | |
| Kenneth H. Eckstein | Daniel W. Sherrick |
| Thomas Moers Mayer | UAW, 8000 East Jefferson Avenue |
| Kramer Levin Naftalis & Frankel LLP | Detroit, MI 48214 |
| 1177 Avenue of the Americas | |
| New York, NY 10036 | |
| **Attorneys for Official Committee of** | |
| **Unsecured Creditors** | |
| | |
| James L. Bromley | Babette Ceccotti |
| Cleary Gottlieb Steen & Hamilton LLP | Cohen, Weiss and Simon LLP |
| One Liberty Plaza | 330 W. 42nd Street |
| New York, NY 10006 | New York, NY 10036 |
| **Attorneys for UAW** | **Attorneys for UAW** |

| | |
|---|---|
| David S. Jones<br>Matthew L. Schwartz<br>U.S. Attorney's Office, S.D.N.Y.<br>86 Chambers Street, Third Floor<br>New York, NY 10007 | Diana G. Adams<br>Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |

    */s/ Jo E. Hartwick*

STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900