Anne M. Aaronson (AA1679)
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, Pennsylvania 19102-2101
Telephone: (215) 575-7000
Facsimile: (215) 575-7200

Anne Marie P. Kelley
Scott J. Freedman
Matthew Azoulay
DILWORTH PAXSON LLP
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1952
Facsimile: (856) 675-1852

*Attorneys for The Dow Chemical Company,
Dow Chemical Canada ULC and Essex Specialty Products LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |

### CERTIFICATE OF SERVICE

I hereby certify that the *Limited Objection Of The Dow Chemical Company, Dow Chemical Canada ULC And Essex Specialty Products LLC To The Debtors' Proposed Assumption And Assignment Of Certain Executory Contracts And The Cure Costs Related Thereto* was served upon its filing on June 12, 2009 to the parties receiving notice via the court's ECF system and UPS Next Day Air to the parties on the attached service list:

Dated: June 15, 2009            /s/ Scott J. Freedman
                                                      Scott J. Freedman

194927_1

## SERVICE LIST

Diana G. Adams, Esq.
Office of the U.S. Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Warren Command Center, Mailcode 480-206-114
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

Harvey Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Matthew Feldman, Esq.
U.S. Department of Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Chambers Copy
Hon. Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, NY 10004-1408

194927_1