UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.,* | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## **MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Frank W. DiCastri, a member in good standing of the bars in the states of Wisconsin and Illinois and the bar of the U.S. District Court for the Eastern and Western Districts of Wisconsin, the Eastern District of Michigan, and the Northern District of Illinois, request admission to practice, *pro hac vice*, before the Honorable Arthur J. Gonzalez, to represent Webasto Fahrzeugtechnik and Webasto Roof Systems Inc., creditors in the above referenced case.

Mailing Address: Foley & Lardner LLP, 777 E Wisconsin Avenue, Milwaukee, WI 53202-5306

Email Address: fdicastri@foley.com

Telephone Number: (414) 271-2400

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 15, 2009
      Milwaukee, Wisconsin

By: */s/ Frank W. DiCastri*
Frank W. DiCastri
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 271-2400
Facsimile: (414) 297-4900

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.,* | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Frank W. DiCastri, a member in good standing of the bars in the states of Wisconsin and Illinois and the bar of the U.S. District Court for the Eastern and Western Districts of Wisconsin, the Eastern District of Michigan, and the Northern District of Illinois, having requested admission, *pro hac vice*, to represent Webasto Fahrzeugtechnik and Webasto Roof Systems Inc., creditors in the above referenced case,

**ORDERED**,

That Frank W. DiCastri, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

/s/ _____
UNITED STATES BANKRUPTCY
JUDGE

DETR_1203657.1