UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.,* | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the law firm of Foley & Lardner LLP, by the undersigned, hereby appears as counsel for Webasto Fahrzeugtechnik and Webasto Roof Systems Inc. in these cases.

Dated: Milwaukee, Wisconsin
       June 15, 2009

FOLEY & LARDNER LLP

By: */s/* Frank W. DiCastri

Thomas B. Spillane
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

Frank W. DiCastri
777 East Wisconsin Avenue
Milwaukee, WI  53202
Telephone: (414) 271-2400
Facsimile:  (414) 297-490
*Attorneys for Webasto Fahrzeugtechnik and Webasto Roof Systems Inc.*

DETR_1203582.2

# CERTIFICATE OF SERVICE

I certify that on June 15, 2009, I caused a true and correct copy of *Notice Of Appearance And Request For Service Of Papers* to be served electronically through the Court's ECF System on parties requesting electronic service and by first class mail to the following persons at the following addresses:

Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

The Garden City Group, Inc.
105 Maxess Road
Melville, NY 11747

By: */s/* Frank W. DiCastri
Frank W. DiCastri
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 271-2400
Facsimile: (414) 297-4900