BODMAN LLP
Colin T. Darke (P68294)
6th Floor at Ford Field
1901 St. Antoine
Detroit, Michigan 48226
313-393-7585

ATTORNEYS FOR CITATION
CORPORATION AND _____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (Jointly Administered) |
| Debtors. | |

---------------------------------------------------------------- x

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2009, I electronically filed ***Objection by Citation Corporation to Debtors' Proposed Assumption and Assignment of Executory Contracts*** with the Clerk of the Court which will send notification of such filing to all ECF participants, and on June 15, 2009, I also mailed via Federal Express a copy of same to all the parties on the attached Service List.

Respectfully Submitted:

BODMAN LLP

By: / s / Colin T. Darke
    Colin T. Darke (P68294)
    Counsel for Citation Corporation and
    6th Floor at Ford Field
    1901 St. Antoine Street
    Detroit, Michigan 48026
June 15, 2009    cdarke@bodmanllp.com

Detroit_932539_1

# SERVICE LIST

General Motors Corporation
Cadilac Building
Attn:  Warren Common Center
Mail Code 480-206-1114
Warren MI  48098-9025

Weil, Gotshal & Manges LLP
Attn:  Harvey R. Miller
         Stephen Karotkin
         Joseph H. Smolinsky
767 Fifth Avenue
New York, New York  10153

U.S. Treasury Department
Attn:  Matthew Feldman
1500 Pennsylvania Avenue, N.W.
Room 2312
Washington, D.C. 20220

Cadwalader, Wickersham & Taft LLP
Attn:  John J. Rapisardi
One World Financial Center
New York, New York  10281

Vedder Price, P.C.
Attn:  Michael J. Edelman
         Michael L. Schein
1633 Broadway, 47th Floor
New York, New York  10019

Office of the U.S Trustee for the Southern District of New York
Attn:  Diana G. Adams
33 Whitehall Street, 21st Floor
New York, New York 10004