**Exhibit A: Assumption and Assignment Notices**

22987244v3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                          Chapter 11 Case No.

GENERAL MOTORS CORP., *et al.*,                                09-50026 (REG)

                            Debtors.      (Jointly Administered)
------------------------------------------------------------x

Hertz Corporation
JOHN A. THOMAS
225 BRAE BLVD
PARK RIDGE, NJ 07656-1870

1. Please carefully review the enclosed Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto.

2. In order to view the Cure Amount for the Assumable Executory Contracts to which you are a party, you must log onto: http://www.contractnotices.com.

3. To log on, please use the user name and password provided to you below.

4. If you have questions about the Assumable Executory Contracts or proposed Cure Amounts, you may call 1-888-409-2328 (in the United States) or 1-586-947-3000 (outside the United States).

User ID:   wTPVqfwT
Password: P876nKf31Ty3

Vendor ID #:  5716-00000691

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                    Chapter 11 Case No.

GENERAL MOTORS CORP., *et al.*,          09-50026 (REG)

                        Debtors.         (Jointly Administered)
-------------------------------------------------------------x

Hertz Corporation
255 BRAE BLVD.
PARK RIDGE, NJ

1. Please carefully review the enclosed Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto.

2. In order to view the Cure Amount for the Assumable Executory Contracts to which you are a party, you must log onto: http://www.contractnotices.com.

3. To log on, please use the user name and password provided to you below.

4. If you have questions about the Assumable Executory Contracts or proposed Cure Amounts, you may call 1-888-409-2328 (in the United States) or 1-586-947-3000 (outside the United States).

     User ID:   5mwtSMwY
     Password:  FRBQ6rrbQ4a4

     Vendor ID #:  5716-00000708

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                           Chapter 11 Case No.

GENERAL MOTORS CORP., *et al.*,                 09-50026 (REG)

                        Debtors.            (Jointly Administered)
------------------------------------------------------------x

Hertz Corporation
255 BRAE BLVD.
PARK RIDGE, NJ

1. Please carefully review the enclosed Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto.

2. In order to view the Cure Amount for the Assumable Executory Contracts to which you are a party, you must log onto: http://www.contractnotices.com.

3. To log on, please use the user name and password provided to you below.

4. If you have questions about the Assumable Executory Contracts or proposed Cure Amounts, you may call 1-888-409-2328 (in the United States) or 1-586-947-3000 (outside the United States).

      User ID:   59TmWVXZ
      Password: 1X73mghDNE4h

      Vendor ID #:  5716-00000692

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

In re                                                                    Chapter 11 Case No.

GENERAL MOTORS CORP., *et al.*,                  09-50026 (REG)

                                      Debtors.            (Jointly Administered)

-------------------------------------------------------x

Hertz Corporation
255 BRAE BLVD.
PARK RIDGE, NJ

1. Please carefully review the enclosed Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto.

2. In order to view the Cure Amount for the Assumable Executory Contracts to which you are a party, you must log onto: http://www.contractnotices.com.

3. To log on, please use the user name and password provided to you below.

4. If you have questions about the Assumable Executory Contracts or proposed Cure Amounts, you may call 1-888-409-2328 (in the United States) or 1-586-947-3000 (outside the United States).

        User ID:   2uLs8323
        Password: DNt617ATm070

        Vendor ID #:  5716-00000709

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| GENERAL MOTORS CORP., *et al.*, | 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

Hertz Corporation
KEVIN MCIVER
225 BRAE BLVD
PARK RIDGE, NJ 07656-1870

1. Please carefully review the enclosed Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto.

2. In order to view the Cure Amount for the Assumable Executory Contracts to which you are a party, you must log onto: http://www.contractnotices.com.

3. To log on, please use the user name and password provided to you below.

4. If you have questions about the Assumable Executory Contracts or proposed Cure Amounts, you may call 1-888-409-2328 (in the United States) or 1-586-947-3000 (outside the United States).

User ID:   09eTYZwV
Password: Ewzf3h1LvCYn

Vendor ID #:  5716-00301227

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re                                    Chapter 11 Case No.

GENERAL MOTORS CORP., *et al.*,          09-50026 (REG)

                              Debtors.     (Jointly Administered)

-----------------------------------------------------------x

Hertz Corporation
KEVIN MCIVER
225 BRAE BLVD
PARK RIDGE, NJ 07656-1870

1. Please carefully review the enclosed Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto.

2. In order to view the Cure Amount for the Assumable Executory Contracts to which you are a party, you must log onto: http://www.contractnotices.com.

3. To log on, please use the user name and password provided to you below.

4. If you have questions about the Assumable Executory Contracts or proposed Cure Amounts, you may call 1-888-409-2328 (in the United States) or 1-586-947-3000 (outside the United States).

User ID:   J05k4Hea
Password: 0S3q3vKf20Fh

Vendor ID #:  5716-00301228

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re                                                  Chapter 11 Case No.

GENERAL MOTORS CORP., *et al.*,                        09-50026 (REG)

                      Debtors.     (Jointly Administered)
-----------------------------------------------------------x

Hertz Corporation
KEVIN MCIVER
225 BRAE BLVD
PARK RIDGE, NJ 07656-1870

1. Please carefully review the enclosed Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto.

2. In order to view the Cure Amount for the Assumable Executory Contracts to which you are a party, you must log onto: http://www.contractnotices.com.

3. To log on, please use the user name and password provided to you below.

4. If you have questions about the Assumable Executory Contracts or proposed Cure Amounts, you may call 1-888-409-2328 (in the United States) or 1-586-947-3000 (outside the United States).

User ID: sC0pn4s4
Password: M3C395ayttps
Vendor ID #: 5716-00301598