**Exhibit B: Screen Captures of Missing Required Information**

22987244v3

09-50026-mg   Doc 975-2   Filed 06/15/09   Entered 06/15/09 10:20:33   Exhibit B
Pg 2 of 15

# Contract Notices

User: wTPVqfwT



**My Contracts**   **Documents & Links**

## Supplier Details

Vendor Master ID: **5716-00000691**

| | |
|---|---|
| Supplier Name: **Hertz Corporation** | |
| Contract Cure Amount: | Click here to view Contract Cure Amount Details |
| # of Contracts: **1** | |

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
|---|---|---|---|---|---|
| 5716-00000691 | | | Hertz Corporation | Agreement | Noticed |

Hover mouse cursor here for Contract Status Legend

**Important Notices**:   All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home   Logout

June 15, 2009 @ 07:14:36 AM

Copyright ©2009 AlixPartners, LLP  |  (41)

# Contract Notices



User: wTPVqfwT

**My Contracts**    **Documents & Links**

## Supplier Details

Vendor Master ID: **5716-00000691**

|  |  |
|---|---|
| Supplier Name: **Hertz Corporation** | |
| Contract Cure Amount: | |
| # of Contracts: **1** | Click here to view Contracts |

### Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount |
|---|---|---|---|---|---|

**Important Notices**: All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout                    June 15, 2009 @ 07:16:15 AM                    Copyright ©2009 AlixPartners, LLP  |  (41)

09-50026-mg     Doc 975-2     Filed 06/15/09     Entered 06/15/09 10:20:33     Exhibit B
Pg 4 of 15

# Contract Notices

User: 5mwtSMwY



**My Contracts**     **Documents & Links**

## Supplier Details

Vendor Master ID: **5716-00000708**

| | |
|---|---|
| Supplier Name: **Hertz Corporation** | |
| Contract Cure Amount: | Click here to view Contract Cure Amount Details |
| # of Contracts: **1** | |

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
|---|---|---|---|---|---|
| 5716-00000708 | | | Hertz Corporation | Agreement | Noticed |

Hover mouse cursor here for Contract Status Legend

**Important Notices:**

All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home     Logout         June 15, 2009 @ 07:16:51 AM         Copyright ©2009 AlixPartners, LLP  |  (41)

# Contract Notices



User: 5mwtSMwY

**My Contracts**    **Documents & Links**

## Supplier Details

Vendor Master ID: **5716-00000708**

|  |  |
|---|---|
| Supplier Name: **Hertz Corporation** | |
| Contract Cure Amount: | |
| # of Contracts: **1** | Click here to view Contracts |

### Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount |
|---|---|---|---|---|---|

**Important Notices**:  All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout

June 15, 2009 @ 07:17:01 AM

Copyright ©2009 AlixPartners, LLP  |  (41)

09-50026-mg    Doc 975-2    Filed 06/15/09    Entered 06/15/09 10:20:33    Exhibit B
Pg 6 of 15

# Contract Notices



User: 59TmWVXZ

**My Contracts**    **Documents & Links**

## Supplier Details

Vendor Master ID: **5716-00000692**

| | |
|---|---|
| Supplier Name: **Hertz Corporation** | |
| Contract Cure Amount: | Click here to view Contract Cure Amount Details |
| # of Contracts: **1** | |

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
|---|---|---|---|---|---|
| 5716-00000692 | | | Hertz Corporation | Agreement | Noticed |

Hover mouse cursor here for Contract Status Legend

**Important Notices**:  All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout            June 15, 2009 @ 07:17:34 AM            Copyright ©2009 AlixPartners, LLP  |  (41)

09-50026-mg    Doc 975-2    Filed 06/15/09    Entered 06/15/09 10:20:33    Exhibit B
Pg 7 of 15

# Contract Notices



User: 59TmWVXZ

**My Contracts**   **Documents & Links**

## Supplier Details

Vendor Master ID: **5716-00000692**

| | |
|---|---|
| Supplier Name: | **Hertz Corporation** |
| Contract Cure Amount: | |
| # of Contracts: **1** | Click here to view Contracts |

### Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount |
|---|---|---|---|---|---|

**Important Notices**:  All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout                              June 15, 2009 @ 07:17:44 AM                              Copyright ©2009 AlixPartners, LLP   |   (41)

# Contract Notices



User: 2uLs8323

**My Contracts**    **Documents & Links**

## Supplier Details

Vendor Master ID: **5716-00000709**

|  |  |
|---|---|
| Supplier Name: **Hertz Corporation** | |
| Contract Cure Amount: | Click <u>here</u> to view Contract Cure Amount Details |
| # of Contracts: **1** | |

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
|---|---|---|---|---|---|
| 5716-00000709 | | | Hertz Corporation | Agreement | Noticed |

<u>Hover mouse cursor here for Contract Status Legend</u>

**Important Notices:**

All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout                    June 15, 2009 @ 07:18:17 AM                    Copyright ©2009 AlixPartners, LLP  |  (41)

# Contract Notices



User: 2uLs8323

**My Contracts**    **Documents & Links**

## Supplier Details

Vendor Master ID: **5716-00000709**

|  |  |
|---|---|
| Supplier Name: | **Hertz Corporation** |
| Contract Cure Amount: |  |
| # of Contracts: **1** | Click here to view Contracts |

### Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount |
|---|---|---|---|---|---|

**Important Notices**:   All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout                     June 15, 2009 @ 07:18:26 AM                     Copyright ©2009 AlixPartners, LLP  |  (41)

09-50026-mg     Doc 975-2     Filed 06/15/09     Entered 06/15/09 10:20:33     Exhibit B
Pg 10 of 15

# Contract Notices

User: 09eTYZwV



**My Contracts**    **Documents & Links**

## Supplier Details

Vendor Master ID: **5716-00301227**

| | |
|---|---|
| Supplier Name: **Hertz Corporation** | |
| Contract Cure Amount: | Click here to view Contract Cure Amount Details |
| # of Contracts: **1** | |

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
|---|---|---|---|---|---|
| 5716-00301227 | missing | missing | Hertz Corporation | Agreement | Noticed |

Hover mouse cursor here for Contract Status Legend

**Important Notices:**

All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home     Logout                   June 15, 2009 @ 07:19:07 AM                   Copyright ©2009 AlixPartners, LLP   |   (41)

# Contract Notices



User: 09eTYZwV

**My Contracts**   **Documents & Links**

## Supplier Details                          Vendor Master ID: **5716-00301227**

|  |  |
|---|---|
| Supplier Name: | **Hertz Corporation** |
| Contract Cure Amount: | |
| # of Contracts: **1** | Click _here_ to view Contracts |

### Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount |
|---|---|---|---|---|---|

**Important Notices**: All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout                 June 15, 2009 @ 07:19:29 AM                Copyright ©2009 AlixPartners, LLP   |   (41)

09-50026-mg    Doc 975-2    Filed 06/15/09    Entered 06/15/09 10:20:33    Exhibit B
Pg 12 of 15

# Contract Notices

User: J05k4Hea



**My Contracts**    Documents & Links

## Supplier Details

Vendor Master ID: **5716-00301228**

|  |  |
|---|---|
| Supplier Name: **Hertz Corporation** | |
| Contract Cure Amount: | Click here to view Contract Cure Amount Details |
| # of Contracts: **1** | |

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
|---|---|---|---|---|---|
| 5716-00301228 | missing | missing | Hertz Corporation | Agreement | Noticed |

Hover mouse cursor here for Contract Status Legend

**Important Notices**:   All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout                              June 15, 2009 @ 07:20:07 AM                              Copyright ©2009 AlixPartners, LLP   |   (41)

09-50026-mg    Doc 975-2    Filed 06/15/09    Entered 06/15/09 10:20:33    Exhibit B
Pg 13 of 15

# Contract Notices



User: J05k4Hea

**My Contracts**    **Documents & Links**

## Supplier Details

Vendor Master ID: **5716-00301228**

| | |
|---|---|
| Supplier Name: **Hertz Corporation** | |
| Contract Cure Amount: | |
| # of Contracts: **1** | Click here to view Contracts |

### Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount |
|---|---|---|---|---|---|

**Important Notices**: All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout                    June 15, 2009 @ 07:20:16 AM                    Copyright ©2009 AlixPartners, LLP   |   (41)

09-50026-mg    Doc 975-2    Filed 06/15/09    Entered 06/15/09 10:20:33    Exhibit B
Pg 14 of 15

# Contract Notices



User: sC0pn4s4

**My Contracts**    **Documents & Links**

## Supplier Details

Vendor Master ID: **5716-00301598**

|  |  |
|---|---|
| Supplier Name: **Hertz Corporation** | |
| Contract Cure Amount: | Click here to view Contract Cure Amount Details |
| # of Contracts: **1** | |

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
|---|---|---|---|---|---|
| 5716-00301598 | missing | missing | Hertz Corporation | Agreement | Noticed |

Hover mouse cursor here for Contract Status Legend

**Important Notices:**    All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout                    June 15, 2009 @ 07:20:48 AM                    Copyright ©2009 AlixPartners, LLP  |  (41)

# Contract Notices



User: sC0pn4s4

**My Contracts**     **Documents & Links**

## Supplier Details

Vendor Master ID: **5716-00301598**

|  |  |
|---|---|
| Supplier Name: **Hertz Corporation** | |
| Contract Cure Amount: | |
| # of Contracts: **1** | Click here to view Contracts |

### Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount |
|---|---|---|---|---|---|

**Important Notices:**  All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home     Logout

June 15, 2009 @ 07:21:00 AM

Copyright ©2009 AlixPartners, LLP   |   (41)