BOLHOUSE, VANDER HULST, RISKO,
   BAAR & LEFERE, P.C.
David S. Lefere (P61790)
Grandville State Bank Building
3996 Chicago Drive, SW
Grandville, MI 49418
Telephone: (616) 531-7711
Facsimile: (616) 531-7757
E-mail: davidl@bolhouselaw.com

Counsel for Competition Engineering, Inc., Eclipse Tool & Die, Inc., Commercial Tool & Die, Inc., Lansing Tool & Engineering, Inc., Monroe, LLC, Datum Industries, LLC, J.R. Automation Technologies, LLC, Dietool Engineering Company, Inc., Wolverine Tool & Engineering Co., Paramount Tool and Die, Inc., STM Mfg., Inc., Pinnacle Tool, Incorporated, Plastic Mold Technology, Inc., Standard Tool & Die, Inc., Grand Die Engravers, Inc. ACEMCO, Incorporated, Dane Systems, LLC, Proper Tooling, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                       :

In re:                                         :          Chapter 11

GENERAL MOTORS CORP., et al.,   :          Case No. 09-50026 (REG)

           Debtors.                   :          (Jointly Administered)

------------------------------------------------------------x

## **ORDER ADMITTING DAVID S. LEFERE TO PRACTICE *PRO HAC VICE***

ORDERED, that David S. Lefere, Esquire, is admitted to practice *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern Division of New York, provided that the filing fee has been paid.

Dated: _____

                                                                 ROBERT E. GERBER
                                                                 UNITED STATES BANKRUPTCY JUDGE