BOLHOUSE, VANDER HULST, RISKO,
 BAAR & LEFERE, P.C.
Mark D. Hofstee (P66001)
Grandville State Bank Building
3996 Chicago Drive, SW
Grandville, MI 49418
Telephone: (616) 531-7711
Facsimile: (616) 531-7757
E-mail: markh@bolhouselaw.com

Counsel for Competition Engineering, Inc., Eclipse Tool & Die, Inc., Commercial Tool & Die, Inc., Lansing Tool & Engineering, Inc., Monroe, LLC, Datum Industries, LLC, J.R. Automation Technologies, LLC, Dietool Engineering Company, Inc., Wolverine Tool & Engineering Co., Paramount Tool and Die, Inc., STM Mfg., Inc., Pinnacle Tool, Incorporated, Plastic Mold Technology, Inc., Standard Tool & Die, Inc., Grand Die Engravers, Inc. ACEMCO, Incorporated, Dane Systems, LLC, Proper Tooling, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :     Chapter 11
                                                            :
GENERAL MOTORS CORP., et al.,                               :     Case No. 09-50026 (REG)
                                                            :
         Debtors.                                           :     (Jointly Administered)
                                                            :
------------------------------------------------------------x

## **MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

TO THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE

     I, Mark D. Hofstee, a member in good standing of the Bar of the State of Michigan, requests admission, ***pro hac vice,*** before the Honorable Robert E. Gerber, to represent the above-named creditors of General Motors Corp. in the above-referenced case.

Mailing Address:          Mark D. Hofstee
                          Bolhouse, Vander Hulst, Risko, Baar & Lefere, P.C.
                          3996 Chicago Drive SW
                          Grandville, MI 49418
                          Telephone: (616) 531-7711
                          E-mail: markh@bolhouselaw.com

The fee of $25 has been submitted with this Motion for *pro hac vice* admission.

Respectfully submitted,

Dated: June 15, 2009              Bolhouse, Vander Hulst, Risko, Baar & Lefere, P.C.

By:    /s/ Mark D. Hofstee
       Mark D. Hofstee (P66001)

Grandville State Bank Building
3996 Chicago Drive SW
Grandville MI 49418
Phone: (616) 531-7711
davidl@bolhouselaw.com

Attorneys for Counsel for Competition Engineering, Inc., Eclipse Tool & Die, Inc., Commercial Tool & Die, Inc., Lansing Tool & Engineering, Inc., Monroe, LLC, Datum Industries, LLC, J.R. Automation Technologies, LLC, Dietool Engineering Company, Inc., Wolverine Tool & Engineering Co., Paramount Tool and Die, Inc., STM Mfg., Inc., Pinnacle Tool, Incorporated, Plastic Mold Technology, Inc., Standard Tool & Die, Inc., Grand Die Engravers, Inc. ACEMCO, Incorporated, Dane Systems, LLC, Proper Tooling, LLC

---

ECF Certificate of Service

I hereby certify that on June 15, 2009, I electronically filed **Motion for Admission to Practice,** *Pro Hac Vice* using the ECF system which will send notification of such filing to all attorneys and parties of record.
By: /s/ Mark D. Hofstee
Mark D. Hofstee
Bolhouse, Vander Hulst, Risko, Baar & Lefere P.C.
3996 Chicago Drive SW
Grandville, MI 49418
markh@bolhouselaw.com
616-531-7711