BOLHOUSE, VANDER HULST, RISKO,
   BAAR & LEFERE, P.C.
Mark D. Hofstee (P66001)
Grandville State Bank Building
3996 Chicago Drive, SW
Grandville, MI 49418
Telephone: (616) 531-7711
Facsimile: (616) 531-7757
E-mail: markh@bolhouselaw.com

Counsel for Competition Engineering, Inc., Eclipse Tool & Die, Inc., Commercial Tool & Die, Inc., Lansing Tool & Engineering, Inc., Monroe, LLC, Datum Industries, LLC, J.R. Automation Technologies, LLC, Dietool Engineering Company, Inc., Wolverine Tool & Engineering Co., Paramount Tool and Die, Inc., STM Mfg., Inc., Pinnacle Tool, Incorporated, Plastic Mold Technology, Inc., Standard Tool & Die, Inc., Grand Die Engravers, Inc. ACEMCO, Incorporated, Dane Systems, LLC, Proper Tooling, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                          :
In re:                                       :                   Chapter 11
                                                          :
GENERAL MOTORS CORP., et al.,    :                   Case No. 09-50026 (REG)
                                                          :
         Debtors.                            :                   (Jointly Administered)
                                                          :
-----------------------------------------------------------x

## **ORDER ADMITTING MARK D. HOFSTEE TO PRACTICE *PRO HAC VICE***

      ORDERED, that Mark D. Hofstee, Esquire, is admitted to practice *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern Division of New York, provided that the filing fee has been paid.

Dated: _____

                                                                           ROBERT E. GERBER
                                                                           UNITED STATES BANKRUPTCY JUDGE