UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORPORATION, et al., | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## AMENDED CERTIFICATE OF SERVICE

I, Rachel Jaffe Mauceri, hereby certify that a copy of the (i) Notice of Appearance and Demand for Service of Papers and (ii) Limited Objection and Reservation of Rights of ARAMARK Holdings Corporation and Certain of its Subsidiaries with Respect to Cure Amount, was electronically filed through the Court's ECF system and served this 12th day of June, 2009, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. This (i) Notice of Appearance and Demand for Service of Papers and (ii) Limited Objection and Reservation of Rights of ARAMARK Holdings Corporation and Certain of its Subsidiaries with Respect to Cure Amount, was also served by overnight courier on the following:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center, Mailcode 480-206-114

Stephen Karotkin, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Harvey R. Miller, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Matthew Feldman, Esq.
The U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

DB1/63110119.2

Michael J. Edelman, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Diana G. Adams, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Gordon Z. Novod, Esq.
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Dated: June 13, 2009

*Rachel Jaffe Mauceri*
Rachel Jaffe Mauceri