**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York  10022-4802
Telephone: (212) 906-1200
Fax: (212) 751-4864
Robert J. Rosenberg (RR-9585)
Adam J. Goldberg (AG-2007)
Email: Robert.Rosenberg@lw.com
            Adam.Goldberg@lw.com


Attorneys for Allison Transmission, Inc., f/k/a Clutch Operating Company, Inc.


**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | ) Case No. 09-50026 (REG) |
| Debtors. | ) (Jointly Administered) |

### NOTICE OF APPEARANCE AND DEMAND FOR NOTICE AND PAPERS

Pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, the counsel listed below enter their appearances as counsel to Allison Transmission, Inc., f/k/a Clutch Operating Company, Inc., ("Allison") and request that all notices given or required to be given, and all papers served or required to be served in theses cases, be delivered to and served upon the undersigned persons at the addresses set forth below, and that the following be added to the general matrix and all special or limited matrices in theses cases.

All motions, pleadings, notices, applications and other papers should be served upon:

NY\1540899.1

Robert J. Rosenberg, Esq.
Adam J. Goldberg, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, New York 10022-4068

Telephone No.: (212) 906-1200
Email: Robert.Rosenberg@lw.com
Adam.Goldberg@lw.com

Dated: June 15, 2009
      New York, New York

Respectfully Submitted,

**LATHAM & WATKINS LLP**

 /s/ *Robert J. Rosenberg*
Robert J. Rosenberg (Bar No. RR-9585)
Adam J. Goldberg (Bar No. AG-2007)
885 Third Avenue
New York, New York 10022
Tel: (212) 906-1200
Fax: (212) 751-4864

*Attorneys for Allison Transmission, Inc., f/k/a Clutch Operating Company, Inc.*

2