UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :    Chapter 11
                                                            :
**GENERAL MOTORS CORP.,** *et al.*,                         :    Case No. 09-50026 (REG)
                                                            :
        Debtors.                                            :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jil Mazer-Marino, Esq., hereby certify that on this 12th day of June 2009, I caused a true and correct copy of the foregoing *Objection To Debtors' Notice Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property And (II) Cure Amounts Related Thereto* to be served upon the parties listed below in the manner indicated:

**Debtors via Federal Express or other overnight mail carrier and addressed as follows:**
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan  48090-9025
Attn: Warren Command Center
Mailcode 480-206-114

**Counsel for Debtors via E-mail through the Courts' ECF System:**
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
E-mail: harvey.miller@weil.com; stephen.karotkin@weil.com; joseph.smolinsky@weil.com

**Counsel for the U.S. Treasury via Federal Express or other overnight mail carrier and addressed as follows:**
Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C.  20220

**Counsel for the Purchaser via Federal Express or other overnight mail carrier and addressed as follows:**
John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York  10281

**Counsel for the Official Committee of Unsecured Creditors via E-mail through the Courts' ECF System:**
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036
E-mail: gnovod@kramerlevin.com

**Counsel for the EDC via Federal Express or other overnight mail carrier and addressed as follows:**
Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York  10019

**The United States Trustee via Federal Express or other overnight mail carrier and addressed as follows:**
Office of the United States Trustee for the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street
21st Floor
New York, New York  10004

**All Other Parties entitled to notice via E-mail through the Court's ECF System.**

                                        /s/ Jil Mazer-Marino
                                        Jil Mazer-Marino (JM-6470)

719582