Streusand & Landon, L.L.P.
515 Congress Street, Suite 2523
Austin, TX 78701
Telephone: (512)236-9901
Sabrina L. Streusand, Esq.

-AND-

Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, New York  10165-0150
Telephone:  (212) 661-3535
Stephen H. Gross, Esq.

Co-Counsel for Xerox Capital Services, LLC,
as Servicing Agent for Xerox Corporation

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.* : : | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------x

### CERTIFICATE OF SERVICE

I, Robin Cipollaro, hereby certify that on June 11, 2009, I caused copies of the *Limited Objection of Xerox Capital Services, L.L.C. as Servicing Agent for Xerox Corporation to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* to be served upon the parties below via regular mail:

/s/ Robin Cipollaro
Robin Cipollaro

The Debtors:

c/o General Motors Corporation,
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090

000160/00890 Litigation 6814835v1

Counsel to the Debtors:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Harvey Miller, Esq.
Stephen Karotkin, Esq.
Joseph Smolinsky, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington D.C. 20220
Attn: Matthew Feldman, Esq.

Attorneys for the Purchaser:

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi, Esq.

Attorneys for Export Development Canada:

Vedder Price, P.C.
1633 Broadway
New York, NY 10019
Attn: Michael J. Edelman, Esq.
Michael L. Schein, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.
Andrew D. Velez-Rivera, Esq.