**LATHAM & WATKINS LLP**
885 Third Avenue, Suite 1000
New York, New York  10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
Robert J. Rosenberg (RR-9585)
Adam J. Goldberg (AG-2007)
Email: Robert.Rosenberg@lw.com
       Adam.Goldberg@lw.com

Attorneys for Allison Transmission, Inc., f/k/a Clutch Operating Company, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | ) Case No. 09-50026 (REG) |
| Debtors. | ) (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

       Lauren Gaskill, being duly sworn, deposes and says:

       1.     I am not a party to this action, am over 18 years of age and am employed by the law firm of LATHAM & WATKINS LLP, 885 Third Avenue, New York, New York 10022.

       2.     On June 15, 2009, I caused true and correct copies of the Limited Objection and Reservation of Rights of Allison Transmission, Inc., f/k/a Clutch Operating Company, Inc., with

NY\1540920.1

Respect to Proposed Assumption and Assignment of an Agreement Between the Debtors and Allison Transmission, Inc., f/k/a Clutch Operating Company, Inc., and Proposed Cure Amount [Docket No. 984] to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

       3. I caused true and correct copies of the above-referenced Limited Objection to be served electronically on notice parties via the Court's Case Management/Electronic Case Filing (CM/ECF) system.

/s/ Lauren Gaskill  
Lauren Gaskill

Sworn to before me this  
15th day of June, 2009

/s/ Sarita Chalen  
Sarita Chalen  
Notary Public, State of New York  
No. 01CH6028175  
Qualified in Bronx County  
Commission Expires July 26, 2009

NY\1540920.1

**Exhibit A**

## VIA HAND DELIVERY

Honorable Robert E. Gerber
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY  10004

## VIA FED-EX

Diana G. Adams, Esq.
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004

## VIA FIRST CLASS MAIL

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan   48090-9025
Attn: Warren Command Center
         Mailcode 480-206-114

Harvey R. Miller, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

Stephen Karotkin, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

Joseph H. Smolinksy, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

John J. Rapisardi, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281

Michael J. Edelman, Esq.
VEDDER PRICE, P.C.
1633 Broadway
47th Floor
New York, NY  10019

Michael L. Schein, Esq.
VEDDER PRICE, P.C.
1633 Broadway
47th Floor
New York, NY  10019

NY\1540920.1