**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>General Motors Corporation, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026<br>Jointly Administered<br>Hon. Robert E. Gerber |

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2009, I electronically filed the foregoing Limited Objection of Mahar Tool Supply Company, Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto with the Clerk of the Court using the ECF system and on June 13, 2009, I sent notification of such filing to the following by UPS overnight mail for Monday delivery:

1. Debtors
   c/o General Motors Corporation
   Cadillac Building
   30009 Van Dyke Avenue
   Warren, Michigan 48090-9025
   Attn: Warren Command Center, Mailcode 480-206-114

2. Weil, Gotshal & Manges, LLP
   767 Fifth Avenue
   New York, New York 10153
   Attn: Harvey R. Miller/Stephen Karotkin/Joseph H. Smolinsky

3. U.S. Treasury
   1500 Pennsylvania Avenue NW, Room 2312
   Washington, DC 20220
   Attn: Matthew Feldman

4. Cadwalader, Wickersham & Taft, LLP
   One World Financial Center
   New York, New York 10281
   Attn: John J. Rapisardi

5. Kramer, Levin, Naftalis & Frankel, LLP
   1177 Avenue of the Americas
   New York, New York 10036
   Attn: Gordon Z. Novod

{00027368}

6. Vedder, Price, P.C.
 1633 Broadway, 47th Floor
 New York, New York 10019
 Attn: Michael J. Edelman/Michael L. Schein

7. United States Trustee for the Southern District of New York
 22 Whitehall Street, 21st Floor
 New York, New York 10004
 Attn: Diana G. Adams

                                            Respectfully submitted,

                                            LAMBERT, LESER, ISACKSON,
                                            COOK & GIUNTA, P.C.

Dated: 06/15/09                            By:   /s/ Susan M. Cook
                                            SUSAN M. COOK (P31514)
                                            Attorneys for Mahar Tool Supply Company, Inc.
                                            916 Washington Avenue, Suite 309
                                            P.O. Box 835
                                            Bay City, Michigan 48707
                                            Telephone: (989) 893-3518, Fax: (989) 894-2232
                                            scook@lambertleser.com

{00027368}