**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

GENERAL MOTORS CORP., *et al.*,

Debtors.

Case No. 09-50026 (REG)

Chapter 11

(Jointly Administered)

**MOTION FOR ADMISSION OF MAX JONATHAN NEWMAN TO PRACTICE**
**IN THIS COURT *PRO HAC VICE***

I, Max Jonathan Newman, a member in good standing of the bar in the State of Michigan, and the bar of the United States District Court for the Eastern District of Michigan, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Pioneer Automotive Technologies, Inc., in the above-referenced case. My contact information is:

> Butzel Long, a professional corporation
> 14000 Woodward Avenue
> Bloomfield Hills, Michigan 48304
> Tel.:   (248) 258 2907
> Fax.:   (248) 258 1439
> Email: newman@butzel.com

Dated: New York, New York
June 15, 2009

/s/ Max Jonathan Newman
Max Jonathan Newman
BUTZEL LONG, a professional corporation
14000 Woodward Avenue
Bloomfield Hills, Michigan 48304
Tel.: (248) 258 2907
Fax.: (248) 258 1439
newman@butzel.com
*Attorneys for Pioneer Automotive Technologies, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing document to be served this 15th day of June 2009 upon all parties of record through the Court's Electronic Case Filing system.

/s/ Max Jonathan Newman
Max Jonathan Newman