**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

GENERAL MOTORS CORP., *et al.*,

Debtors.

Case No. 09-50026 (REG)

Chapter 11

(Jointly Administered)

**ORDER GRANTING MOTION FOR ADMISSION OF MAX JONATHAN NEWMAN TO PRACTICE IN THIS COURT *PRO HAC VICE***

Max Jonathan Newman, a member in good standing of the bar in the State of Michigan, and the bar of the United States District Court for the Eastern District of Michigan, having requested admission, *pro hac vice*, to represent Pioneer Automotive Technologies, Inc. in the above-referenced case.

**ORDERED,** that Max Jonathan Newman, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:  New York, New York
        June ___, 2009

_____
UNITED STATES BANKRUPTCY JUDGE