**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>General Motors Corporation, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026<br>Jointly Administered<br>Hon. Robert E. Gerber |

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2009, I electronically filed the foregoing Limited Objection of Knight Facilities Management, Inc. and Caravan/Knight Facilities Management, LLC to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto with the Clerk of the Court using the ECF system and on June 13, 2009, I sent notification of such filing to the following by UPS overnight mail for Monday delivery:

1. Debtors
    c/o General Motors Corporation
    Cadillac Building
    30009 Van Dyke Avenue
    Warren, Michigan 48090-9025
    Attn: Warren Command Center, Mailcode 480-206-114

2. Weil, Gotshal & Manges, LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn: Harvey R. Miller/Stephen Karotkin/Joseph H. Smolinsky

3. U.S. Treasury
    1500 Pennsylvania Avenue NW, Room 2312
    Washington, DC 20220
    Attn: Matthew Feldman

4. Cadwalader, Wickersham & Taft, LLP
    One World Financial Center
    New York, New York 10281
    Attn: John J. Rapisardi

5. Kramer, Levin, Naftalis & Frankel, LLP
    1177 Avenue of the Americas
    New York, New York 10036
    Attn: Gordon Z. Novod

{00027364}

6. Vedder, Price, P.C.
 1633 Broadway, 47th Floor
 New York, New York 10019
 Attn: Michael J. Edelman/Michael L. Schein

7. United States Trustee for the Southern District of New York
 22 Whitehall Street, 21st Floor
 New York, New York 10004
 Attn: Diana G. Adams

          Respectfully submitted,

          LAMBERT, LESER, ISACKSON,
          COOK & GIUNTA, P.C.

Dated: 06/15/09        By: /s/ Susan M. Cook
          SUSAN M. COOK (P31514)
          Attorneys for Knight Facilities Management, Inc.
          and Caravan/Knight Facilities Management, LLC
          916 Washington Avenue, Suite 309
          P.O. Box 835
          Bay City, Michigan 48707
          Telephone: (989) 893-3518, Fax: (989) 894-2232
          scook@lambertleser.com

{00027364}