**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | |
|---|---|
| | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP., *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION FOR ADMISSION OF THOMAS RADOM TO PRACTICE IN THIS COURT *PRO HAC VICE***

Thomas Radom, a member in good standing of the bar in the State of Michigan, and the bar of the United States District Court for the Eastern District of Michigan, having requested admission, *pro hac vice*, to represent Pioneer Automotive Technologies, Inc. in the above-referenced case.

**ORDERED,** that Thomas Radom, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
         June ___, 2009

_____
UNITED STATES BANKRUPTCY JUDGE