**RABINOWITZ, LUBETKIN & TULLY, L.L.C.**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
(973) 597-9100
(973) 597-9119 (Fax)
Jonathan I. Rabinowitz (JR9356)
*Attorneys for Bondholder,*
*The Rabinowitz Family, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>GENERAL MOTORS CORPORATION, et al.,<br><br>Debtors. | Case No. 09-50026 (REG)<br><br>Chapter 11 |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE

**PLEASE TAKE NOTICE** that The Rabinowitz Family, LLC, hereby appears in this case by its counsel:

Rabinowitz, Lubetkin & Tully, L.L.C.
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
Attention: Jonathan I. Rabinowitz
(973) 597-9100 phone
(973) 597-9119 fax
jrabinowitz@rltlawfirm.com

**REQUEST IS HEREBY MADE** pursuant to Bankruptcy Rules 2002 and 9010 that all notices given or required to be given in this case, and all papers, pleadings, motions or applications served or required to be served in this case or any adversary proceeding filed in connection therewith, shall be directed to and served upon the above-referenced counsel.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers filed in the proceeding specified above, but also includes without limitation orders and notices of any application, motion, pleading, request, suggestion, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted and conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way the rights or interests of The Rabinowitz Family, LLC with respect to the Debtor and/or Trustee, or the property or proceeds in which the Debtor and/or Trustee may claim an interest.

RABINOWITZ, LUBETKIN & TULLY, L.L.C.
Attorneys for Bondholder,
The Rabinowitz Family LLC


By:   /s/ Jonathan I. Rabinowitz
       JONATHAN I. RABINOWITZ

Dated:  June 15, 2009

F:\Client_Files\N-Z\Rabin\Family Trust\Notice of Appearance - JIR-GM.doc

2