

Praxair, Inc.
P.O. Box 1986
Danbury, CT 06813-1986

June 3, 2009

Attn: Randy Kandow
GM Financial Shared Services
c/o OLIMPIC Receipting
PO Box 63490
Phoenix, AZ 85082-3490

### Statement of Account

| INVOICE# | INVOICE DATE | AMOUNT | P.O. NUMBER |
|----------|--------------|--------|-------------|
| 12985718 | 2/16/2009 | 16.72 | TCR09840 |
| 13083946 | 4/14/2009 | 6.62 | TCR09840 |

Judy Amarah
Credit Department
BUS    203-837-2435
FAX    203-837-2586
Email Judy_Amarah@Praxair.com

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95377691 | **12985718** | 2/16/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date** 4/2/2009

**BILL TO:**
GM Financial Shared Services
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
600 South Boulevard East
Pontiac MI 48341

### QUESTIONS

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | TAX | | |
| Liquid Nitrogen PO# TCR09840 | 02/16/2009 | 85583900 | 83,600 | CF | .0041 | 342.76 | N | | MI |
| **Sub Total Praxair #5377692** | | | **83,600** | CF | | **342.76** | | | |

95377690

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 342.76 | $ .00 | $ 342.76 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95377691 | **13083946** | 4/14/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**
GM Financial Shared Services
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
600 South Boulevard East
Pontiac MI 48341

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:  203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen PO# TCR09840 | 04/14/2009 | 85746374 | 33,100 | CF | .0041 | 135.71 | N | | MI |
| **Sub Total Praxair #5377692** | | | **33,100** | CF | | **135.71** | | | |

95377690

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|--------|-----------|--------------|
| | $ 135.71 | $ .00 | $ 135.71 |



Praxair, Inc.
39 Old Ridgebury Road
Danbury, CT 06810-5113

June 3, 2009

Attn: Grace Dewey
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Phoenix, AZ 85082-3490

## Statement of Account

| INVOICE# | INVOICE DATE | AMOUNT | P.O. NUMBER |
|----------|--------------|--------|-------------|
| 12963236 | 1/31/2009 | 282.18- | |
| 13064722 | 3/31/2009 | 14,925.64 | |
| 13067110 | 3/31/2009 | 5,127.93 | |
| 13072147 | 4/3/2009 | 22,460.92 | FAR01757, PRYX9794 |
| 13111792 | 4/30/2009 | 23,131.17 | |
| 13111899 | 4/30/2009 | 14,696.86 | |
| 13112387 | 4/30/2009 | 12,359.80 | |
| 13112716 | 4/30/2009 | 4,118.86 | |
| 13108413 | 5/1/2009 | 2,500.00 | FAR01663 |
| 13129726 | 5/12/2009 | 6,623.60 | |
| 13129727 | 5/12/2009 | 5,914.25 | |
| 13129729 | 5/12/2009 | 2,214.50 | |
| 13129755 | 5/12/2009 | 1,750.70 | |
| 13134993 | 5/18/2009 | 5,349.92 | |
| 13135250 | 5/18/2009 | 2,196.78 | |
| 13135574 | 5/18/2009 | 7,279.00 | |
| 13136819 | 5/18/2009 | 1,107.00 | |
| 13136821 | 5/18/2009 | 1,847.05 | |
| 13137800 | 5/19/2009 | 2,482.40 | |
| 13143283 | 5/25/2009 | 2,027.86 | |
| 13143353 | 5/25/2009 | 3,190.00 | |
| 13144467 | 5/25/2009 | 1,045.50 | |
| 13148901 | 5/28/2009 | 4,098.77 | FAR01751 |
| 13161474 | 5/31/2009 | 4,475.28 | |
| 13161555 | 5/31/2009 | 5,817.40 | |
| 13161718 | 5/31/2009 | 1,990.14 | |
| 13155521 | 6/1/2009 | 2,500.00 | FAR01663 |
| 13164973 | 6/2/2009 | 1,168.50 | |

Judy Amarah
Credit Department
BUS   203-837-2435
FAX   203-837-2586
Email Judy_Amarah@Praxair.com


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 2 | 95021508 | **12963236** | 1/31/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month

**Net Due Date** 3/2/2009

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Global Alter Propulsion
10 Carriage Street
Honeoye Falls NY 14472

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID#0937-0027 | 01/02/2009 | 85446804 | 270,700 | CF | .0039 | 1,055.73 | N | | NY |
| NITROGEN ID#0937-0027 | 01/06/2009 | 85453552 | 395,000 | CF | .0039 | 1,540.50 | N | | NY |
| NITROGEN ID#0937-0027 | 01/09/2009 | 85464503 | 397,700 | CF | .0039 | 1,551.03 | N | | NY |
| NITROGEN ID#0937-0027 | 01/12/2009 | 85475542 | 347,500 | CF | .0039 | 1,355.25 | N | | NY |
| NITROGEN ID#0937-0027 | 01/15/2009 | 85485359 | 333,700 | CF | .0041 | 1,368.17 | N | | NY |
| NITROGEN ID#0937-0027 | 01/16/2009 | 85488606 | 175,000 | CF | .0041 | 717.50 | N | | NY |
| NITROGEN ID#0937-0027 | 01/19/2009 | 85497079 | 329,100 | CF | .0041 | 1,349.31 | N | | NY |
| NITROGEN ID#0937-0027 | 01/22/2009 | 85507180 | 357,600 | CF | .0041 | 1,466.16 | N | | NY |
| NITROGEN ID#0937-0027 | 01/23/2009 | 85510871 | 142,600 | CF | .0041 | 584.66 | N | | NY |
| NITROGEN ID#0937-0027 | 01/26/2009 | 85518548 | 290,000 | CF | .0041 | 1,189.00 | N | | NY |
| NITROGEN ID#0937-0027 | 01/28/2009 | 85527821 | 272,900 | CF | .0041 | 1,118.89 | N | | NY |
| NITROGEN ID#0937-0027 | 01/30/2009 | 85532997 | 252,300 | CF | .0041 | 1,034.43 | N | | NY |

95009165  UG3
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 2 of 2 | 95021508 | **12963236** | 1/31/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 3/2/2009

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Global Alter Propulsion
10 Carriage Street
Honeoye Falls NY 14472

**QUESTIONS**

**COMMENTS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| **Sub Total Praxair #8515400** | | | 3,564,100 | CF | | 14,330.63 | | | |

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|
| | $ 14,330.63 | $ .00 | $ 14,330.63 |

95009165  UG3
²For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com



**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 2 | 95021508 | **13064722** | 3/31/2009 |

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 5/2/2009**

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Global Alter Propulsion
10 Carriage Street
Honeoye Falls NY 14472

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID#0937-0027 | 03/02/2009 | 85624158 | 328,100 | CF | .0041 | 1,345.21 | N | | NY |
| NITROGEN ID#0937-0027 | 03/04/2009 | 85630970 | 243,200 | CF | .0041 | 997.12 | N | | NY |
| NITROGEN ID#0937-0027 | 03/06/2009 | 85638059 | 257,300 | CF | .0041 | 1,054.93 | N | | NY |
| NITROGEN ID#0937-0027 | 03/09/2009 | 85645301 | 313,600 | CF | .0041 | 1,285.76 | N | | NY |
| NITROGEN ID#0937-0027 | 03/11/2009 | 85651910 | 253,000 | CF | .0041 | 1,037.30 | N | | NY |
| NITROGEN ID#0937-0027 | 03/13/2009 | 85658213 | 218,000 | CF | .0041 | 893.80 | N | | NY |
| NITROGEN ID#0937-0027 | 03/16/2009 | 85665518 | 349,500 | CF | .0041 | 1,432.95 | N | | NY |
| NITROGEN ID#0937-0027 | 03/19/2009 | 85674451 | 350,800 | CF | .0041 | 1,438.28 | N | | NY |
| NITROGEN ID#0937-0027 | 03/20/2009 | 85677441 | 137,000 | CF | .0041 | 561.70 | N | | NY |
| NITROGEN ID#0937-0027 | 03/23/2009 | 85686272 | 343,500 | CF | .0041 | 1,408.35 | N | | NY |
| NITROGEN ID#0937-0027 | 03/25/2009 | 85691226 | 242,700 | CF | .0041 | 995.07 | N | | NY |
| NITROGEN ID#0937-0027 | 03/27/2009 | 85698428 | 267,000 | CF | .0041 | 1,094.70 | N | | NY |

95009165  UG3
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 2 of 2 | 95021508 | **13064722** | 3/31/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 5/2/2009

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Global Alter Propulsion
10 Carriage Street
Honeoye Falls NY 14472

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**
Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**
Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID#0937-0027 | 03/30/2009 | 85705615 | 336,700 | CF | .0041 | 1,380.47 | N | | NY |
| **Sub Total Praxair #8515400** | | | 3,640,400 | CF | | 14,925.64 | | | |

95009165  UG3

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 14,925.64 | $ .00 | $ 14,925.64 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95023749 | **13067110** | 3/31/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 5/2/2009

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Plant 2
10 Carriage Street
Honeoye Falls NY 14472

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Hydrogen | 03/18/2009 | 85671096 | 442,063 | CF | .0116 | 5,127.93 | N | | NY |
| **Sub Total Praxair #8523566** | | | **442,063** | CF | | **5,127.93** | | | |

95009165  UG3

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 5,127.93 | $ .00 | $ 5,127.93 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 2 | 95021508 | **13072147** | 4/3/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Global Alter Propulsion
10 Carriage Street
Honeoye Falls NY 14472

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping, charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| HYDROGEN ID#0937-0748 PO# FAR01757, PRYX9794 | 03/02/2009 | 12077991 | 199,400 | CF | .0116 | 2,313.04 | N | | NY |
| HYDROGEN ID#0937-0748 PO# FAR01757, PRYX9794 | 03/05/2009 | 12077991 | 213,700 | CF | .0116 | 2,478.92 | N | | NY |
| HYDROGEN ID#0937-0748 PO# FAR01757, PRYX9794 | 03/08/2009 | 12077991 | 191,700 | CF | .0116 | 2,223.72 | N | | NY |
| HYDROGEN ID#0937-0748 PO# FAR01757, PRYX9794 | 03/11/2009 | 12077991 | 167,200 | CF | .0116 | 1,939.52 | N | | NY |
| HYDROGEN ID#0937-0748 PO# FAR01757, PRYX9794 | 03/14/2009 | 12077991 | 181,300 | CF | .0116 | 2,103.08 | N | | NY |
| HYDROGEN ID#0937-0748 PO# FAR01757, PRYX9794 | 03/17/2009 | 12077991 | 192,700 | CF | .0116 | 2,235.32 | N | | NY |
| HYDROGEN ID#0937-0748 PO# FAR01757, PRYX9794 | 03/20/2009 | 12077991 | 159,300 | CF | .0116 | 1,847.88 | N | | NY |
| HYDROGEN ID#0937-0748 PO# FAR01757, PRYX9794 | 03/23/2009 | 12077991 | 187,700 | CF | .0116 | 2,177.32 | N | | NY |
| HYDROGEN ID#0937-0748 PO# FAR01757, PRYX9794 | 03/26/2009 | 12077991 | 262,786 | CF | .0116 | 3,048.32 | N | | NY |
| HYDROGEN ID#0937-0748 PO# FAR01757, PRYX9794 | 03/29/2009 | 12077991 | 180,500 | CF | .0116 | 2,093.80 | N | | NY |

95009165  UG3
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 2 of 2 | 95021508 | **13072147** | 4/3/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Global Alter Propulsion
10 Carriage Street
Honeoye Falls NY 14472

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping, charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Sub Total Praxair #8515401 | | | 1,936,286 | CF | | 22,460.92 | | | |

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 22,460.92 | $ .00 | $ 22,460.92 |

95009165  UG3

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021508 | **13111792** | 4/30/2009 |

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Global Alter Propulsion
10 Carriage Street
Honeoye Falls NY 14472

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| HYDROGEN ID 07-0937-0748 | 04/01/2009 | 85711952 | 254,600 | CF | .0116 | 2,953.36 | N | | NY |
| HYDROGEN ID 07-0937-0748 | 04/05/2009 | 85723508 | 285,100 | CF | .0116 | 3,307.16 | N | | NY |
| HYDROGEN ID 07-0937-0748 | 04/08/2009 | 85732060 | 201,100 | CF | .0116 | 2,332.76 | N | | NY |
| HYDROGEN ID 07-0937-0748 | 04/11/2009 | 85740601 | 236,066 | CF | .0116 | 2,738.37 | N | | NY |
| HYDROGEN ID 07-0937-0748 | 04/15/2009 | 85747565 | 197,400 | CF | .0116 | 2,289.84 | N | | NY |
| HYDROGEN ID 07-0937-0748 | 04/19/2009 | 85760359 | 237,800 | CF | .0116 | 2,758.48 | N | | NY |
| HYDROGEN ID 07-0937-0748 | 04/22/2009 | 85769294 | 189,200 | CF | .0116 | 2,194.72 | N | | NY |
| HYDROGEN ID 07-0937-0748 | 04/25/2009 | 85778830 | 208,800 | CF | .0116 | 2,422.08 | N | | NY |
| HYDROGEN ID 07-0937-0748 | 04/28/2009 | 85783783 | 184,000 | CF | .0116 | 2,134.40 | N | | NY |
| **Sub Total Praxair #8515401** | | | **1,994,066** | CF | | 23,131.17 | | | |

95009165  UG3

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 23,131.17 | $ .00 | $ 23,131.17 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 2 | 95021508 | **13111899** | 4/30/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Global Alter Propulsion
10 Carriage Street
Honeoye Falls NY 14472

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID# 07-0937-0027 | 04/01/2009 | 85713759 | 267,800 | CF | .0041 | 1,097.98 | N | | NY |
| NITROGEN ID# 07-0937-0027 | 04/03/2009 | 85713745 | 213,000 | CF | .0041 | 873.30 | N | | NY |
| NITROGEN ID# 07-0937-0027 | 04/06/2009 | 85724523 | 353,000 | CF | .0041 | 1,447.30 | N | | NY |
| NITROGEN ID# 07-0937-0027 | 04/09/2009 | 85734913 | 360,200 | CF | .0041 | 1,476.82 | N | | NY |
| NITROGEN ID# 07-0937-0027 | 04/10/2009 | 85737315 | 136,000 | CF | .0041 | 557.60 | N | | NY |
| NITROGEN ID# 07-0937-0027 | 04/13/2009 | 85744303 | 326,700 | CF | .0041 | 1,339.47 | N | | NY |
| NITROGEN ID# 07-0937-0027 | 04/16/2009 | 85752463 | 355,100 | CF | .0041 | 1,455.91 | N | | NY |
| NITROGEN ID# 07-0937-0027 | 04/17/2009 | 85755843 | 117,000 | CF | .0041 | 479.70 | N | | NY |
| NITROGEN ID# 07-0937-0027 | 04/20/2009 | 85762307 | 313,700 | CF | .0041 | 1,286.17 | N | | NY |
| NITROGEN ID# 07-0937-0027 | 04/22/2009 | 85770076 | 288,000 | CF | .0041 | 1,180.80 | N | | NY |
| NITROGEN ID# 07-0937-0027 | 04/24/2009 | 85776372 | 245,100 | CF | .0041 | 1,004.91 | N | | NY |
| NITROGEN ID# 07-0937-0027 | 04/27/2009 | 85782332 | 320,600 | CF | .0041 | 1,314.46 | N | | NY |

95009165  UG3
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 2 of 2 | 95021508 | **13111899** | 4/30/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Global Alter Propulsion
10 Carriage Street
Honeoye Falls NY 14472

**QUESTIONS**

| Billing, such as PO, pricing or quantity : |
|---|
| Barbara K. Raubertas<br>Tel:   609-567-1797<br>Fax:   609-561-5187<br>Email:  Barbara_Raubertas@praxair.com |
| **Collection & payment questions:** |
| Judy Amarah<br>Tel:   203-837-2435<br>Fax:   203-837-2586<br>Email:  judy_amarah@praxair.com |

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID# 07-0937-0027 | 04/29/2009 | 85789377 | 288,400 | CF | .0041 | 1,182.44 | N | | NY |
| **Sub Total Praxair #8515400** | | | 3,584,600 | CF | | 14,696.86 | | | |

95009165  UG3

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 14,696.86 | $ .00 | $ 14,696.86 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95023749 | **13112387** | 4/30/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**

General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**

General Motors Corporation
Plant 2
10 Carriage Street
Honeoye Falls NY 14472

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Hydrogen | 04/05/2009 | 85723509 | 421,400 | CF | .0116 | 4,888.24 | N | | NY |
| HYDROGEN ID 07-0937-0748 | 04/15/2009 | 85747566 | 283,100 | CF | .0116 | 3,283.96 | N | | NY |
| HYDROGEN ID 07-0937-0748 | 04/28/2009 | 85783784 | 361,000 | CF | .0116 | 4,187.60 | N | | NY |
| **Sub Total Praxair #8523566** | | | **1,065,500** | CF | | **12,359.80** | | | |

95009165  UG3
2For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 12,359.80 | $ .00 | $ 12,359.80 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95023749 | **13112716** | 4/30/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Plant 2
10 Carriage Street
Honeoye Falls NY 14472

**QUESTIONS**

| Billing, such as PO, pricing or quantity : |
|---|
| Barbara K. Raubertas<br>Tel:   609-567-1797<br>Fax:   609-561-5187<br>Email:  Barbara_Raubertas@praxair.com |
| **Collection & payment questions:** |
| Judy Amarah<br>Tel:   203-837-2435<br>Fax:   203-837-2586<br>Email:  judy_amarah@praxair.com |

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION,<br>REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen | 04/09/2009 | 85734914 | 288,700 | CF | .0041 | 1,183.67 | N | | NY |
| NITROGEN ID 07-0937-0027 | 04/16/2009 | 85752464 | 323,000 | CF | .0041 | 1,324.30 | N | | NY |
| NITROGEN ID 07-0937-0027 | 04/29/2009 | 85789378 | 392,900 | CF | .0041 | 1,610.89 | N | | NY |
| **Sub Total Praxair #8523567** | | | **1,004,600** | CF | | **4,118.86** | | | |

95009165  UG3
**For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com**

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 4,118.86 | $ .00 | $ 4,118.86 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95188883 | **13108413** | 5/1/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 7/2/2009**

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
10 Carriage Street
Honeoye Falls NY 14472

**QUESTIONS**

**COMMENTS**

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TTHY RENT 00004-1438-001V | 05/01/2009 | 12108071 | 1.00 | MO | 2,500.0000 | 2,500.00 | N | | NY |
| PO# FAR01663 | | | | | | | | | |
| **Sub Total Praxair #5565296** | | | **1.00** | **MO** | | **2,500.00** | | | |

95009165

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,500.00 | $ .00 | $ 2,500.00 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021508 | **13129726** | 5/12/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Global Alter Propulsion
10 Carriage Street
Honeoye Falls NY 14472

### QUESTIONS

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email: judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.,

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| HYDROGEN ID 07-0937-0748 | 05/01/2009 | 85796584 | 212,400 | CF | .0116 | 2,463.84 | N | | NY |
| HYDROGEN ID 07-0937-0748 | 05/04/2009 | 85802308 | 125,400 | CF | .0116 | 1,454.64 | N | | NY |
| HYDROGEN ID 07-0937-0748 | 05/08/2009 | 85813372 | 233,200 | CF | .0116 | 2,705.12 | N | | NY |
| Sub Total Praxair #8515401 | | | 571,000 | CF | | 6,623.60 | | | |

95009165  UG3

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 6,623.60 | $ .00 | $ 6,623.60 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95021508 | **13129727** | 5/12/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

BILL TO:
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

SHIP TO:
General Motors Corporation
Global Alter Propulsion
10 Carriage Street
Honeoye Falls NY 14472

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID# 07-0937-0027 | 05/01/2009 | 85796586 | 276,000 | CF | .0041 | 1,131.60 | N | | NY |
| NITROGEN ID# 07-0937-0027 | 05/04/2009 | 85802638 | 309,800 | CF | .0041 | 1,270.18 | N | | NY |
| NITROGEN ID# 07-0937-0027 | 05/06/2009 | 85809238 | 275,000 | CF | .0041 | 1,127.50 | N | | NY |
| NITROGEN ID# 07-0937-0027 | 05/08/2009 | 85815510 | 244,000 | CF | .0041 | 1,000.40 | N | | NY |
| NITROGEN ID# 07-0937-0027 | 05/11/2009 | 85821931 | 337,700 | CF | .0041 | 1,384.57 | N | | NY |
| **Sub Total Praxair #8515400** | | | 1,442,500 | CF | | 5,914.25 | | | |

95009165  UG3
**For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com**

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 5,914.25 | $ .00 | $ 5,914.25 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95023749 | **13129729** | 5/12/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Plant 2
10 Carriage Street
Honeoye Falls NY 14472

### QUESTIONS

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| HYDROGEN ID 07-0937-0748 | 05/04/2009 | 85802429 | 190,905 | CF | .0116 | 2,214.50 | N | | NY |
| **Sub Total Praxair #8523566** | | | **190,905** | **CF** | | **2,214.50** | | | |

95009165  UG3
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,214.50 | $ .00 | $ 2,214.50 |

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95023749 | **13129755** | 5/12/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

BILL TO:
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

SHIP TO:
General Motors Corporation
Plant 2
10 Carriage Street
Honeoye Falls NY 14472

### QUESTIONS

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID 07-0937-0027 | 05/08/2009 | 85815511 | 427,000 | CF | .0041 | 1,750.70 | N | | NY |
| **Sub Total Praxair #8523567** | | | **427,000** | CF | | **1,750.70** | | | |

95009165  UG3

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 1,750.70 | $ .00 | $ 1,750.70 |

 | PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95021508 | **13134993** | 5/18/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Global Alter Propulsion
10 Carriage Street
Honeoye Falls NY 14472

QUESTIONS

**Billing, such as PO, pricing or quantity :**
Barbara K. Raubertas
Tel: 609-567-1797
Fax: 609-561-5187
Email: Barbara_Raubertas@praxair.com

**Collection & payment questions:**
Judy Amarah
Tel: 203-837-2435
Fax: 203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | TAX ST |
|---|---|---|---|---|---|---|---|---|---|
| HYDROGEN ID 07-0937-0748 | 05/12/2009 | 85823677 | 237,600 | CF | .0116 | 2,756.16 | N | | NY |
| HYDROGEN ID 07-0937-0748 | 05/15/2009 | 85834917 | 223,600 | CF | .0116 | 2,593.76 | N | | NY |
| **Sub Total Praxair #8515401** | | | **461,200** | **CF** | | **5,349.92** | | | |

95009165 UG3
2
For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| **$ 5,349.92** | **$ .00** | **$ 5,349.92** |

# **≡≡PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021508 | **13135250** | 5/18/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due** Date 7/2/2009

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Global Alter Propulsion
10 Carriage Street
Honeoye Falls NY 14472

### QUESTIONS

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

## INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID# 07-0937-0027 | 05/13/2009 | 85828472 | 275,700 | CF | .0041 | 1,130.37 | N | | NY |
| NITROGEN ID# 07-0937-0027 | 05/15/2009 | 85835500 | 260,100 | CF | .0041 | 1,066.41 | N | | NY |
| **Sub Total Praxair #8515400** | | | 535,800 | CF | | 2,196.78 | | | |

95009165  UG3
**For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com**

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,196.78 | $ .00 | $ 2,196.78 |

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95023749 | **13135574** | 5/18/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date 7/2/2009**

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Plant 2
10 Carriage Street
Honeoye Falls NY 14472

### QUESTIONS

**Billing, such as PO, pricing or quantity :**
Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**
Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| HYDROGEN ID 07-0937-0748 | 05/15/2009 | 85834918 | 627,500 | CF | .0116 | 7,279.00 | N | | NY |
| **Sub Total Praxair #8523566** | | | **627,500** | **CF** | | **7,279.00** | | | |

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 7,279.00 | $ .00 | $ 7,279.00 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021508 | **13136819** | 5/18/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 7/2/2009**

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Global Alter Propulsion
10 Carriage Street
Honeoye Falls NY 14472

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**
Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**
Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID# 07-0937-0027 | 05/18/2009 | 85841947 | 270,000 | CF | .0041 | 1,107.00 | N | | NY |
| **Sub Total Praxair #8515400** | | | **270,000** | CF | | **1,107.00** | | | |

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 1,107.00 | $ .00 | $ 1,107.00 |

95009165  UG3
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95023749 | **13136821** | 5/18/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date 7/2/2009**

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Plant 2
10 Carriage Street
Honeoye Falls NY 14472

### QUESTIONS

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

## INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID 07-0937-0027 | 05/18/2009 | 85841952 | 450,500 | CF | .0041 | 1,847.05 | N | | NY |
| **Sub Total Praxair #8523567** | | | **450,500** | **CF** | | **1,847.05** | | | |

95009165  UG3
For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 1,847.05 | $ .00 | $ 1,847.05 |



REMITTANCE INSTRUCTIONS:
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95021508 | 13137800 | 5/19/2009 |

**TERMS**

Net due 2nd day of 2nd month
Net Due Date 7/2/2009

BILL TO:
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

SHIP TO:
General Motors Corporation
Global Alter Propulsion
10 Carriage Street
Honeoye Falls NY 14472

QUESTIONS

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| HYDROGEN ID 07-0937-0748 | 05/18/2009 | 85843113 | 214,000 | CF | .0116 | 2,482.40 | N | | NY |
| Sub Total Praxair #8515401 | | | 214,000 | CF | | 2,482.40 | | | |

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 2,482.40 | $ .00 | $ 2,482.40 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021508 | **13143283** | 5/25/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Global Alter Propulsion
10 Carriage Street
Honeoye Falls NY 14472

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID# 07-0937-0027 | 05/20/2009 | 85849390 | 282,000 | CF | .0041 | 1,156.20 | N | | NY |
| NITROGEN ID# 07-0937-0027 | 05/22/2009 | 85856303 | 212,600 | CF | .0041 | 871.66 | N | | NY |
| **Sub Total Praxair #8515400** | | | **494,600** | CF | | **2,027.86** | | | |

95009165  UG3

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,027.86 | $ .00 | $ 2,027.86 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021508 | **13143353** | 5/25/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Global Alter Propulsion
10 Carriage Street
Honeoye Falls NY 14472

**QUESTIONS**

| Billing, such as PO, pricing or quantity : |
|---|
| Barbara K. Raubertas<br>Tel:   609-567-1797<br>Fax:  609-561-5187<br>Email:  Barbara_Raubertas@praxair.com |

| Collection & payment questions: |
|---|
| Judy Amarah<br>Tel:   203-837-2435<br>Fax:  203-837-2586<br>Email:  judy_amarah@praxair.com |

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| HYDROGEN ID 07-0937-0748 | 05/21/2009 | 85852095 | 170,600 | CF | .0116 | 1,978.96 | N | | NY |
| HYDROGEN ID 07-0937-0748 | 05/22/2009 | 85858113 | 104,400 | CF | .0116 | 1,211.04 | N | | NY |
| **Sub Total Praxair #8515401** | | | **275,000** | CF | | **3,190.00** | | | |

95009165  UG3

For product of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 3,190.00 | $ .00 | $ 3,190.00 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95021508 | **13144467** | 5/25/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Global Alter Propulsion
10 Carriage Street
Honeoye Falls NY 14472

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**
Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:   Barbara_Raubertas@praxair.com

**Collection & payment questions:**
Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID# 07-0937-0027 | 05/25/2009 | 85861378 | 255,000 | CF | .0041 | 1,045.50 | N | | NY |
| **Sub Total Praxair #8515400** | | | **255,000** | CF | | **1,045.50** | | | |

95009165  UG3
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 1,045.50 | $ .00 | $ 1,045.50 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95188883 | **13148901** | 5/28/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month

**Net Due Date** 7/2/2009

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
10 Carriage Street
Honeoye Falls NY 14472

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TT HY 00005 0937-0909 | 05/28/2009 | 85866829 | 124,205 | CF | .0330 | 4,098.77 | N | | NY |
| PO# FAR01751 | | | | | | | | | |
| **Sub Total Praxair #5565296** | | | **124,205** | CF | | **4,098.77** | | | |

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 4,098.77 | $ .00 | $ 4,098.77 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021508 | **13161474** | 5/31/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Global Alter Propulsion
10 Carriage Street
Honeoye Falls NY 14472

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**
Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**
Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| HYDROGEN ID 07-0937-0748 | 05/26/2009 | 85861603 | 159,300 | CF | .0116 | 1,847.88 | N | | NY |
| HYDROGEN ID 07-0937-0748 | 05/30/2009 | 85874518 | 226,500 | CF | .0116 | 2,627.40 | N | | NY |
| **Sub Total Praxair #8515401** | | | 385,800 | CF | | 4,475.28 | | | |

95009165  UG3
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 4,475.28 | $ .00 | $ 4,475.28 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95023749 | **13161555** | 5/31/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Plant 2
10 Carriage Street
Honeoye Falls NY 14472

**QUESTIONS**

| **Billing, such as PO, pricing or quantity :** |
|---|
| Barbara K. Raubertas<br>Tel:   609-567-1797<br>Fax:   609-561-5187<br>Email:  Barbara_Raubertas@praxair.com |
| **Collection & payment questions:** |
| Judy Amarah<br>Tel:   203-837-2435<br>Fax:   203-837-2586<br>Email: judy_amarah@praxair.com |

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **TAX** | |
| HYDROGEN ID 07-0937-0748 | 05/26/2009 | 85862895 | 501,500 | CF | .0116 | 5,817.40 | N | | NY |
| Sub Total Praxair #8523566 | | | 501,500 | CF | | 5,817.40 | | | |

95009165  UG3
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 5,817.40 | $ .00 | $ 5,817.40 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021508 | **13161718** | 5/31/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 7/2/2009**

**BILL TO:**
General Motors FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Global Alter Propulsion
10 Carriage Street
Honeoye Falls NY 14472

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:   Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:   judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID# 07-0937-0027 | 05/28/2009 | 85869941 | 321,000 | CF | .0041 | 1,316.10 | N | | NY |
| NITROGEN ID# 07-0937-0027 | 05/29/2009 | 85873541 | 164,400 | CF | .0041 | 674.04 | N | | NY |
| **Sub Total Praxair #8515400** | | | **485,400** | CF | | **1,990.14** | | | |

95009165  UG3
For product of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 1,990.14 | $ .00 | $ 1,990.14 |

**PRAXAIR**

39 Old Ridgebury Road
Danbury, CT 06810-5113

June 3, 2009

Attn:
General Motors Corporation
GMPT Defiance State Route 281
Defiance, OH 43512

Statement of Account

| INVOICE# | INVOICE DATE | AMOUNT | P.O. NUMBER |
|---|---|---|---|
| 12964736 | 1/31/2009 | 1,649.52- | TCB06321 |
| 13014641 | 2/28/2009 | 548.70- | TCB06321 |
| 13065695 | 3/31/2009 | 5,251.40 | TCB06321 |
| 13063884 | 4/1/2009 | 800.00 | TCB06321 |
| 13079473 | 4/9/2009 | 7,000.00 | TCB06321 |
| 13111755 | 4/30/2009 | 7,022.84 | TCB06321 |
| 13111231 | 5/1/2009 | 800.00 | TCB06321 |
| 13159229 | 5/31/2009 | 18,359.79 | TCB06321 |
| 13158764 | 6/1/2009 | 800.00 | TCB06321 |

Judy Amarah
Credit Department
BUS   203-837-2435
FAX   203-837-2586
Email Judy_Amarah@Praxair.com



**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95671126 | **12964736** | 1/31/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 3/2/2009

**BILL TO:**
General Motors Corporation
GMPT Defiance State Route 281
Defiance OH 43512

**SHIP TO:**
General Motors Corporation
GMPT Defiance State Route 281
Defiance OH 43512

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| LN2 0937-0075 | 01/23/2009 | 85498022 | 458,200 | CF | .0242 | 11,088.44 | N | | OH |
| PO# TCB06321 | | | | | | | | | |
| **Sub Total Praxair #5671156** | | | 458,200 | CF | | 11,088.44 | | | |

95671125
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 11,088.44 | $ .00 | $ 11,088.44 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95671126 | **13014641** | 2/28/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 4/2/2009

**BILL TO:**

General Motors Corporation
GMPT Defiance State Route 281
Defiance OH 43512

**SHIP TO:**

General Motors Corporation
GMPT Defiance State Route 281
Defiance OH 43512

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| LN2 0937-0075 | 02/19/2009 | 85592813 | 152,415 | CF | .0242 | 3,688.44 | N | | OH |
| PO# TCB06321 | | | | | | | | | |
| **Sub Total Praxair #5671156** | | | 152,415 | CF | | 3,688.44 | | | |

95671125
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|
| | $ 3,688.44 | $ .00 | $ 3,688.44 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95671126 | **13065695** | 3/31/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date** 5/2/2009

**BILL TO:**
General Motors Corporation
GMPT Defiance State Route 281
Defiance OH 43512

**SHIP TO:**
General Motors Corporation
GMPT Defiance State Route 281
Defiance OH 43512

### QUESTIONS

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| LN2 0937-0075 | 03/13/2009 | 85657927 | 217,000 | CF | .0242 | 5,251.40 | N | | OH |
| PO# TCB06321 | | | | | | | | | |
| **Sub Total Praxair #5671156** | | | **217,000** | CF | | **5,251.40** | | | |

95671125

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 5,251.40 | $ .00 | $ 5,251.40 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95671126 | **13063884** | 4/1/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**
General Motors Corporation
GMPT Defiance State Route 281
Defiance OH 43512

**SHIP TO:**
General Motors Corporation
GMPT Defiance State Route 281
Defiance OH 43512

### QUESTIONS

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | TAX ST |
|---|---|---|---|---|---|---|---|---|---|
| N2 SVC CHG 1438-00CR PO# TCB06321 | 04/01/2009 | 12072819 | 1.00 | MO | 800.0000 | 800.00 | N | | OH |
| **Sub Total Praxair #5671156** | | | 1.00 | MO | | 800.00 | | | |

95671125
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 800.00 | $ .00 | $ 800.00 |



**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95671126 | **13079473** | 4/9/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**

General Motors Corporation
GMPT Defiance State Route 281
Defiance OH 43512

**SHIP TO:**

General Motors Corporation
GMPT Defiance State Route 281
Defiance OH 43512

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Service Work Order Number: 50113481 Invoice the customer at the quoted amount of $7000.00 for the installation of a 6000 gallon argon portable tank (PX# 5671127) and the installation of a 6000 gallon argon system (PX#5671156) The customer contact is Eddie Pierce FOR QUESTIONS REGARDING THIS INVOICE, CONTACT LYNN GRZELAK @219/391-5182

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Quoted Price | | 12083988 | 7,000.00 | EA | 1.0000 | 7,000.00 | N | | OH |
| PO# TCB06321 | | | | | | | | | |
| **Sub Total Praxair #5671156** | | | **7,000.00** | EA | | **7,000.00** | | | |

95671125

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 7,000.00 | $ .00 | $ 7,000.00 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95671126 | **13111755** | 4/30/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**
General Motors Corporation
GMPT Defiance State Route 281
Defiance OH 43512

**SHIP TO:**
General Motors Corporation
GMPT Defiance State Route 281
Defiance OH 43512

### QUESTIONS

**Billing, such as PO, pricing or quantity :**
Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**
Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| LN2 0937-0075 | 04/04/2009 | 85721278 | 290,200 | CF | .0242 | 7,022.84 | N | | OH |
| PO# TCB06321 | | | | | | | | | |
| **Sub Total Praxair #5671156** | | | **290,200** | **CF** | | **7,022.84** | | | |

95671125
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 7,022.84 | $ .00 | $ 7,022.84 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95671126 | **13111231** | 5/1/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**
General Motors Corporation
GMPT Defiance State Route 281
Defiance OH 43512

**SHIP TO:**
General Motors Corporation
GMPT Defiance State Route 281
Defiance OH 43512

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| N2 SVC CHG 1438-00CR | 05/01/2009 | 12108391 | 1.00 | MO | 800.0000 | 800.00 | N | | OH |
| PO# TCB06321 | | | | | | | | | |
| **Sub Total Praxair #5671156** | | | 1.00 | MO | | 800.00 | | | |

95671125
7

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 800.00 | $ .00 | $ 800.00 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95671126 | **13159229** | 5/31/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**
General Motors Corporation
GMPT Defiance State Route 281
Defiance OH 43512

**SHIP TO:**
General Motors Corporation
GMPT Defiance State Route 281
Defiance OH 43512

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:   Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:   judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| LN2 0937-0075 | 05/02/2009 | 85799958 | 362,469 | CF | .0242 | 8,771.75 | N | | OH |
| PO# TCB06321 | | | | | | | | | |
| LN2 0937-0075 | 05/31/2009 | 85879307 | 396,200 | CF | .0242 | 9,588.04 | N | | OH |
| PO# TCB06321 | | | | | | | | | |
| **Sub Total Praxair #5671156** | | | **758,669** | CF | | **18,359.79** | | | |

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|
| | $ 18,359.79 | $ .00 | $ 18,359.79 |



Praxair, Inc.
39 Old Ridgebury Road
Danbury, CT 06810-5113

June 4, 2009


Attn:
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490


### Statement of Account

| INVOICE# | INVOICE DATE | AMOUNT | P.O. NUMBER |
|---|---|---|---|
| 13005436 | 3/2/2009 | 206.25 | FAR01663 |
| 13005656 | 3/2/2009 | 49.50 | FAR01663 |
| 13005660 | 3/2/2009 | 206.25 | FAR01663 |
| 13020176 | 3/4/2009 | 46.81 | FAR01663 |
| 13020882 | 3/5/2009 | 329.24 | FAR01663 |
| 13026824 | 3/10/2009 | 331.06 | FAR01663 |
| 13050893 | 3/27/2009 | 330.51 | FAR01663 |
| 13058536 | 4/1/2009 | 231.25 | FAR01663 |
| 13058603 | 4/1/2009 | 55.50 | FAR01663 |
| 13058605 | 4/1/2009 | 231.25 | FAR01663 |
| 13070150 | 4/2/2009 | 207.12 | FAR01663 |
| 13086141 | 4/16/2009 | 82.62 | FAR01663 |
| 13087996 | 4/17/2009 | 354.89 | FAR01663 |
| 13096379 | 4/24/2009 | 2,814.96 | FAR01663 |
| 13096380 | 4/24/2009 | 5,430.20 | FAR01663 |
| 13096381 | 4/24/2009 | 206.25 | FAR01663 |
| 13096382 | 4/24/2009 | 326.40 | FAR01663 |
| 13096383 | 4/24/2009 | 1,570.98 | FAR01663 |
| 13096384 | 4/24/2009 | 2,939.21 | FAR01663 |
| 13096386 | 4/24/2009 | 604.82 | FAR01663 |
| 13100920 | 4/28/2009 | 358.45 | FAR01663 |
| 13101044 | 4/28/2009 | 371.77 | FAR01663 |
| 13106451 | 5/1/2009 | 2,731.25 | FAR01663 |
| 13106524 | 5/1/2009 | 655.50 | FAR01663 |
| 13106526 | 5/1/2009 | 2,731.25 | FAR01663 |
| 13118715 | 5/4/2009 | 4,129.25 | FAR01663 |
| 13130858 | 5/13/2009 | 2,731.25 | FAR01663 |
| 13132206 | 5/14/2009 | 3,081.81 | FAR01663 |
| 13139750 | 5/20/2009 | 4,239.38 | FAR01663 |
| 13143983 | 5/25/2009 | 3,323.27 | FAR01663 |
| 13149852 | 5/29/2009 | 250.00 | |
| 13150091 | 5/29/2009 | 1,186.29 | FAR01663 |
| 13152808 | 6/1/2009 | 2,731.25 | FAR01663 |
| 13152975 | 6/1/2009 | 655.50 | FAR01663 |
| 13152979 | 6/1/2009 | 2,731.25 | FAR01663 |


Judy Amarah
Credit Department
BUS    203-837-2435
FAX    203-837-2586
Email Judy_Amarah@Praxair.com

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95590677 | **13005436** | 3/2/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 5/2/2009**

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Fuel Cell Activities
1105 West Riverside
Burbank CA 91506

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TTHY RENT 00004-1438-001V | 03/01/2009 | 12031574 | 1.00 | MO | 2,500.0000 | 2,500.00 | Y | 8.250 % | CA |
| PO# FAR01663 | | | | | | | | 206.25 | |
| General Motors Approvers: Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5542179** | | | 1.00 | MO | | 2,500.00 | | 206.25 | |

95542177

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,500.00 | $ 206.25 | $ 2,706.25 |



**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95609115 | **13005656** | 3/2/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 5/2/2009**

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn:  Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
Clean Energy CNG Station
10400 Aviation Boulevard
Los Angeles CA 90045

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| LN2 SQ 00003 1438-001T | 03/01/2009 | 12032039 | 1.00 | MO | 600.0000 | 600.00 | Y | 8.250 % | CA |
| PO# FAR01663 | | | | | | | | 49.50 | |
| General Motors Approvers: Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5609116** | | | 1.00 | MO | | 600.00 | | 49.50 | |

95542177

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|
| | $ 600.00 | $ 49.50 | $ 649.50 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95609115 | 13005660 | 3/2/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 5/2/2009

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn:  Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
Clean Energy CNG Station
10400 Aviation Boulevard
Los Angeles CA 90045

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:    609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TTHY RENT 00004-1438-001V | 03/01/2009 | 12032040 | 1.00 | MO | 2,500.0000 | 2,500.00 | Y | 8.250 % 206.25 | CA |
| PO# FAR01663 | | | | | | | | | |
| General Motors Approvers: Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5609120** | | | 1.00 | MO | | 2,500.00 | | 206.25 | |

95542177

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,500.00 | $ 206.25 | $ 2,706.25 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95609115 | 13020176 | 3/4/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 5/2/2009

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
Clean Energy CNG Station
10400 Aviation Boulevard
Los Angeles CA 90045

**QUESTIONS**

**COMMENTS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel: 609-567-1797
Fax: 609-561-5187
Email: Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel: 203-837-2435
Fax: 203-837-2586
Email: judy_amarah@praxair.com

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| LN2 SEQ 00002 0937-0908 | 03/04/2009 | 85630305 | 126,100 | CF | .0045 | 567.45 | Y | 8.250 % | CA |
| PO# FAR01663 | | | | | | | | 46.81 | |
| General Motors Approvers: Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5609116** | | | 126,100 | CF | | 567.45 | | 46.81 | |

95542177

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 567.45 | $ 46.81 | $ 614.26 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95609115 | **13020882** | 3/5/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 5/2/2009**

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
Clean Energy CNG Station
10400 Aviation Boulevard
Los Angeles CA 90045

**QUESTIONS**

| Billing, such as PO, pricing or quantity : |
|---|
| Barbara K. Raubertas<br>Tel:   609-567-1797<br>Fax:  609-561-5187<br>Email:  Barbara_Raubertas@praxair.com |
| **Collection & payment questions:** |
| Judy Amarah<br>Tel:  203-837-2435<br>Fax:  203-837-2586<br>Email:  judy_amarah@praxair.com |

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TT HY 00001 0937-0907 | 03/04/2009 | 85628849 | 127,497 | CF | .0313 | 3,990.66 | Y | 8.250 % | CA |
| PO# FAR01663 | | | | | | | | 329.24 | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5609120** | | | **127,497** | **CF** | | **3,990.66** | | **329.24** | |

95542177
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 3,990.66 | $ 329.24 | $ 4,319.90 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95590677 | 13026824 | 3/10/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
Net Due Date 5/2/2009

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn:  Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Fuel Cell Activities
1105 West Riverside
Burbank CA 91506

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**
Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**
Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TT HY 00001 0937-0907 | 03/09/2009 | 85646180 | 128,205 | CF | .0313 | 4,012.82 | Y | 8.250 % | CA |
| PO# FAR01663 | | | | | | | | 331.06 | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5542179** | | | 128,205 | CF | | 4,012.82 | | 331.06 | |

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 4,012.82 | $ 331.06 | $ 4,343.88 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95590677 | **13050893** | 3/27/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 5/2/2009

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn:  Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Fuel Cell Activities
1105 West Riverside
Burbank CA 91506

**QUESTIONS**

| Billing, such as PO, pricing or quantity : |
|---|
| Barbara K. Raubertas
Tel:   609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com |
| **Collection & payment questions:** |
| Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email: judy_amarah@praxair.com |

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TT HY 00001 0937-0907 | 03/27/2009 | 85694855 | 127,995 | CF | .0313 | 4,006.24 | Y | 8.250 % | CA |
| PO# FAR01663 | | | | | | | | 330.51 | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5542179** | | | **127,995** | CF | | **4,006.24** | | **330.51** | |

95542177
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 4,006.24 | $ 330.51 | $ 4,336.75 |


# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95590677 | **13058536** | 4/1/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn:  Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Fuel Cell Activities
1105 West Riverside
Burbank CA 91506

### QUESTIONS

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TTHY RENT 00004-1438-001V | 04/01/2009 | 12072357 | 1.00 | MO | 2,500.0000 | 2,500.00 | Y | 9.250 % 231.25 | CA |
| PO# FAR01663 | | | | | | | | | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5542179** | | | 1.00 | MO | | 2,500.00 | | 231.25 | |

95542177

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,500.00 | $ 231.25 | $ 2,731.25 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95609115 | **13058603** | 4/1/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn:  Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
Clean Energy CNG Station
10400 Aviation Boulevard
Los Angeles CA 90045

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| LN2 SQ 00003 1438-001T | 04/01/2009 | 12072675 | 1.00 | MO | 600.0000 | 600.00 | Y | 9.250 % | CA |
| PO# FAR01663 | | | | | | | | 55.50 | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5609116** | | | **1.00** | **MO** | | **600.00** | | **55.50** | |

95542177
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 600.00 | $ 55.50 | $ 655.50 |


# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95609115 | **13058605** | 4/1/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS
Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn:  Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
Clean Energy CNG Station
10400 Aviation Boulevard
Los Angeles CA 90045

### QUESTIONS

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email: judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TTHY RENT 00004-1438-001V | 04/01/2009 | 12072676 | 1.00 | MO | 2,500.0000 | 2,500.00 | Y | 9.250 % 231.25 | CA |
| PO# FAR01663 | | | | | | | | | |
| General Motors Approvers: Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5609120** | | | 1.00 | MO | | 2,500.00 | | 231.25 | |

95542177

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 2,500.00 | $ 231.25 | $ 2,731.25 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95609115 | **13070150** | 4/2/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn:  Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
Clean Energy CNG Station
10400 Aviation Boulevard
Los Angeles CA 90045

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TT HY 00001 0937-0907 | 04/02/2009 | 85707565 | 71,540 | CF | .0313 | 2,239.20 | Y | 9.250 % | CA |
| PO# FAR01663 | | | | | | | | 207.12 | |
| General Motors Approvers: Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5609120** | | | 71,540 | CF | | 2,239.20 | | 207.12 | |

95542177

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,239.20 | $ 207.12 | $ 2,446.32 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95609115 | **13086141** | 4/16/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
Clean Energy CNG Station
10400 Aviation Boulevard
Los Angeles CA 90045

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel: 609-567-1797
Fax: 609-561-5187
Email: Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel: 203-837-2435
Fax: 203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| LN2 SEQ 00002 0937-0908 | 04/15/2009 | 85748489 | 198,500 | CF | .0045 | 893.25 | Y | 9.250 % | CA |
| PO# FAR01663 | | | | | | | | 82.62 | |
| General Motors Approvers: Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5609116** | | | **198,500** | **CF** | | **893.25** | | **82.62** | |

95542177
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 893.25 | $ 82.62 | $ 975.87 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95590677 | **13087996** | 4/17/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Fuel Cell Activities
1105 West Riverside
Burbank CA 91506

**QUESTIONS**

| Billing, such as PO, pricing or quantity : |
|---|
| Barbara K. Raubertas<br>Tel:   609-567-1797<br>Fax:   609-561-5187<br>Email:  Barbara_Raubertas@praxair.com |
| **Collection & payment questions:** |
| Judy Amarah<br>Tel:   203-837-2435<br>Fax:   203-837-2586<br>Email:  judy_amarah@praxair.com |

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TT HY 00001 0937-0907 | 04/17/2009 | 85753263 | 122,575 | CF | .0313 | 3,836.60 | Y | 9.250 %<br>354.89 | CA |
| PO# FAR01663 | | | | | | | | | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5542179** | | | **122,575** | **CF** | | **3,836.60** | | **354.89** | |

95542177
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 3,836.60 | $ 354.89 | $ 4,191.49 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 3 | 95590677 | **13096379** | 4/24/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Fuel Cell Activities
1105 West Riverside
Burbank CA 91506

### QUESTIONS

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Per customer's instruction, taxes to be billed on a seperate invoice. To rebill sales tax for the all of the invoice listed in the details below.

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| FET Tax<br>Tax for INV#12626478<br>PO# FAR01663 | | 12096699 | 1.00 | EA | 206.2500 | 206.25 | N | | CA |
| FET Tax<br>Tax for INV#12682597<br>PO# FAR01663 | | 12096699 | 1.00 | EA | 206.2500 | 206.25 | N | | CA |
| FET Tax<br>Tax for INV#12738859<br>PO# FAR01663 | | 12096699 | 1.00 | EA | 206.2500 | 206.25 | N | | CA |
| FET Tax<br>Tax for INV#12757596<br>PO# FAR01663 | | 12096699 | 1.00 | EA | 49.5000 | 49.50 | N | | CA |
| FET Tax<br>Tax for INV#12757607<br>PO# FAR01663 | | 12096699 | 1.00 | EA | 30.5800 | 30.58 | N | | CA |
| FET Tax<br>Tax for INV#12757616<br>PO# FAR01663 | | 12096699 | 1.00 | EA | 206.2500 | 206.25 | N | | CA |
| FET Tax<br>Tax for INV#12757619<br>PO# FAR01663 | | 12096699 | 1.00 | EA | 61.8800 | 61.88 | N | | CA |

95542177  UG3

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 2 of 3 | 95590677 | **13096379** | 4/24/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**

GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**

General Motors Corporation
Fuel Cell Activities
1105 West Riverside
Burbank CA 91506

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Per customer's instruction, taxes to be billed on a seperate invoice. To rebill sales tax for the all of the invoice listed in the details below.

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of these charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| FET Tax<br>Tax for INV#12802597<br>PO# FAR01663 | | 12096699 | 1.00 | EA | 206.2500 | 206.25 | N | | CA |
| FET Tax<br>Tax for INV#12802682<br>PO# FAR01663 | | 12096699 | 1.00 | EA | 49.5000 | 49.50 | N | | CA |
| FET Tax<br>Tax for INV#12802684<br>PO# FAR01663 | | 12096699 | 1.00 | EA | 206.2500 | 206.25 | N | | CA |
| FET Tax<br>Tax for INV#12853459<br>PO# FAR01663 | | 12096699 | 1.00 | EA | 206.2500 | 206.25 | N | | CA |
| FET Tax<br>Tax for INV#12853551<br>PO# FAR01663 | | 12096699 | 1.00 | EA | 49.5000 | 49.50 | N | | CA |
| FET Tax<br>Tax for INV#12853552<br>PO# FAR01663 | | 12096699 | 1.00 | EA | 206.2500 | 206.25 | N | | CA |
| FET Tax<br>Tax for INV#12906042<br>PO# FAR01663 | | 12096699 | 1.00 | EA | 206.2500 | 206.25 | N | | CA |

95542177  UG3

# ▰▰▰PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 3 of 3 | 95590677 | **13096379** | 4/24/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

## TERMS

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Fuel Cell Activities
1105 West Riverside
Burbank CA 91506

### QUESTIONS

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email: judy_amarah@praxair.com

### COMMENTS

Per customer's instruction, taxes to be billed on a seperate invoice. To rebill sales tax for the all of the invoice listed in the details below.

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

## INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| FET Tax<br>Tax for INV#12906113<br>PO# FAR01663 | | 12096699 | 1.00 | EA | 49.5000 | 49.50 | N | | CA |
| FET Tax<br>Tax for INV#12906115<br>PO# FAR01663 | | 12096699 | 1.00 | EA | 206.2500 | 206.25 | N | | CA |
| FET Tax<br>Tax for INV#12956930<br>PO# FAR01663 | | 12096699 | 1.00 | EA | 206.2500 | 206.25 | N | | CA |
| FET Tax<br>Tax for INV#12957073<br>PO# FAR01663 | | 12096699 | 1.00 | EA | 49.5000 | 49.50 | N | | CA |
| FET Tax<br>Tax for INV#12957076<br>PO# FAR01663 | | 12096699 | 1.00 | EA | 206.2500 | 206.25 | N | | CA |
| General Motors Approvers: Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5542179** | | | 19.00 | EA | | 2,814.96 | | | |

95542177  UG3

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 2,814.96 | $ .00 | $ 2,814.96 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 3 | 95609115 | **13096380** | 4/24/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn:  Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
Clean Energy CNG Station
10400 Aviation Boulevard
Los Angeles CA 90045

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Per customer's instruction, taxes to be billed on a seperate invoice. To rebill sales tax for the all of the invoice listed in the details below.

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| FET Tax<br>Tax for INV#12646850<br>PO# FAR01663 | | 12096700 | 1.00 | EA | 313.8500 | 313.85 | N | | CA |
| FET Tax<br>Tax for INV#12668792<br>PO# FAR01663 | | 12096700 | 1.00 | EA | 331.2400 | 331.24 | N | | CA |
| FET Tax<br>Tax for INV#12698809<br>PO# FAR01663 | | 12096700 | 1.00 | EA | 332.9500 | 332.95 | N | | CA |
| FET Tax<br>Tax for INV#12757515<br>PO# FAR01663 | | 12096700 | 1.00 | EA | 250.6200 | 250.62 | N | | CA |
| FET Tax<br>Tax for INV#12721343<br>PO# FAR01663 | | 12096700 | 1.00 | EA | 341.5300 | 341.53 | N | | CA |
| FET Tax<br>Tax for INV#12757523<br>PO# FAR01663 | | 12096700 | 1.00 | EA | 405.5900 | 405.59 | N | | CA |
| FET Tax<br>Tax for INV#12753123<br>PO# FAR01663 | | 12096700 | 1.00 | EA | 313.6400 | 313.64 | N | | CA |

95542177  UG3

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|---------------|----------------|--------------|
| 2 of 3 | 95609115 | **13096380** | 4/24/2009 |

REMITTANCE INSTRUCTIONS:
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
Clean Energy CNG Station
10400 Aviation Boulevard
Los Angeles CA 90045

### QUESTIONS

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Per customer's instruction, taxes to be billed on a seperate invoice. To rebill sales tax for the all of the invoice listed in the details below.

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | TAX ST |
|---|---|---|---|---|---|---|---|---|---|
| FET Tax<br>Tax for INV#12760932<br>PO# FAR01663 | | 12096700 | 1.00 | EA | 49.0100 | 49.01 | N | | CA |
| FET Tax<br>Tax for INV#12770983<br>PO# FAR01663 | | 12096700 | 1.00 | EA | 337.8300 | 337.83 | N | | CA |
| FET Tax<br>Tax for INV#12787468<br>PO# FAR01663 | | 12096700 | 1.00 | EA | 84.6500 | 84.65 | N | | CA |
| FET Tax<br>Tax for INV#12791334<br>PO# FAR01663 | | 12096700 | 1.00 | EA | 319.6200 | 319.62 | N | | CA |
| FET Tax<br>Tax for INV#12821296<br>PO# FAR01663 | | 12096700 | 1.00 | EA | 326.7000 | 326.70 | N | | CA |
| FET Tax<br>Tax for INV#12839467<br>PO# FAR01663 | | 12096700 | 1.00 | EA | 355.9300 | 355.93 | N | | CA |
| FET Tax<br>Tax for INV#12865364<br>PO# FAR01663 | | 12096700 | 1.00 | EA | 240.2400 | 240.24 | N | | CA |

95542177  UG3

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 3 of 3 | 95609115 | **13096380** | 4/24/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
Clean Energy CNG Station
10400 Aviation Boulevard
Los Angeles CA 90045

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Per customer's instruction, taxes to be billed on a seperate invoice. To rebill sales tax for all of the invoice listed in the details below.

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| FET Tax | | 12096700 | 1.00 | EA | 74.5800 | 74.58 | N | | CA |
| Tax for INV#12867301 | | | | | | | | | |
| PO# FAR01663 | | | | | | | | | |
| FET Tax | | 12096700 | 1.00 | EA | 329.9000 | 329.90 | N | | CA |
| Tax for INV#12875520 | | | | | | | | | |
| PO# FAR01663 | | | | | | | | | |
| FET Tax | | 12096700 | 1.00 | EA | 317.9000 | 317.90 | N | | CA |
| Tax for INV#12919137 | | | | | | | | | |
| PO# FAR01663 | | | | | | | | | |
| FET Tax | | 12096700 | 1.00 | EA | 317.4000 | 317.40 | N | | CA |
| Tax for INV#12942583 | | | | | | | | | |
| PO# FAR01663 | | | | | | | | | |
| FET Tax | | 12096700 | 1.00 | EA | 53.4600 | 53.46 | N | | CA |
| Tax for INV#12942623 | | | | | | | | | |
| PO# FAR01663 | | | | | | | | | |
| FET Tax | | 12096700 | 1.00 | EA | 333.5600 | 333.56 | N | | CA |
| Tax for INV#12986380 | | | | | | | | | |
| PO# FAR01663 | | | | | | | | | |
| General Motors Approvers: Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5609120** | | | 20.00 | EA | | 5,430.20 | | | |

95542177  UG3

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 5,430.20 | $ .00 | $ 5,430.20 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95590677 | **13096381** | 4/24/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn:  Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Fuel Cell Activities
1105 West Riverside
Burbank CA 91506

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Per customer's instruction, taxes to be billed on a seperate invoice. To rebill sales tax for the all of the invoice listed in the details below.

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| FET Tax | | 12096703 | 1.00 | EA | 206.2500 | 206.25 | N | | CA |
| Tax for INV#12454954 | | | | | | | | | |
| PO# FAR01663 | | | | | | | | | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5542179** | | | **1.00** | **EA** | | **206.25** | | | |

95542177  UG3
For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 206.25 | $ .00 | $ 206.25 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95609115 | **13096382** | 4/24/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
Clean Energy CNG Station
10400 Aviation Boulevard
Los Angeles CA 90045

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel: 609-567-1797
Fax: 609-561-5187
Email: Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel: 203-837-2435
Fax: 203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Per customer's instruction, taxes to be billed on a seperate invoice. To rebill sales tax for the all of the invoice listed in the details below.

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| FET Tax | | 12096704 | 1.00 | EA | 326.4000 | 326.40 | N | | CA |
| Tax for INV#12471844 | | | | | | | | | |
| PO# FAR01663 | | | | | | | | | |
| General Motors Approvers: Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5609120** | | | 1.00 | EA | | 326.40 | | | |

95542177  UG3

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 326.40 | $ .00 | $ 326.40 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 2 | 95590677 | **13096383** | 4/24/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Fuel Cell Activities
1105 West Riverside
Burbank CA 91506

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Per customer's instruction, taxes to be billed on a seperate invoice. To rebill sales tax for the all of the Invoice listed in the details below.

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| FET Tax<br>Tax for INV#12367872<br>PO# FAR01663 | | 12096705 | 1.00 | EA | 206.2500 | 206.25 | N | | CA |
| FET Tax<br>Tax for INV#12367724<br>PO# FAR01663 | | 12096705 | 1.00 | EA | 333.4800 | 333.48 | N | | CA |
| FET Tax<br>Tax for INV#12367726<br>PO# FAR01663 | | 12096705 | 1.00 | EA | 206.2500 | 206.25 | N | | CA |
| FET Tax<br>Tax for INV#12367728<br>PO# FAR01663 | | 12096705 | 1.00 | EA | 206.2500 | 206.25 | N | | CA |
| FET Tax<br>Tax for INV#12397125<br>PO# FAR01663 | | 12096705 | 1.00 | EA | 206.2500 | 206.25 | N | | CA |
| FET Tax<br>Tax for INV#12510320<br>PO# FAR01663 | | 12096705 | 1.00 | EA | 206.2500 | 206.25 | N | | CA |
| FET Tax<br>Tax for INV#12563622<br>PO# FAR01663 | | 12096705 | 1.00 | EA | 206.2500 | 206.25 | N | | CA |

95542177  UG3

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 2 of 2 | 95590677 | **13096383** | 4/24/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn:  Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Fuel Cell Activities
1105 West Riverside
Burbank CA 91506

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Per customer's instruction, taxes to be billed on a seperate invoice. To rebill sales tax for the all of the invoice listed in the details below.

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5542179** | | | 7.00 | EA | | 1,570.98 | | | |

95542177  UG3

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 1,570.98 | $ .00 | $ 1,570.98 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 2 | 95609115 | **13096384** | 4/24/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn:  Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
Clean Energy CNG Station
10400 Aviation Boulevard
Los Angeles CA 90045

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Per customer's instruction, taxes to be billed on a seperate invoice. To rebill sales tax for the all of the invoice listed in the details below.

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| FET Tax<br>Tax for INV#12367897<br>PO# FAR01663 | | 12096706 | 1.00 | EA | 329.0800 | 329.08 | N | | CA |
| FET Tax<br>Tax for INV#12367977<br>PO# FAR01663 | | 12096706 | 1.00 | EA | 334.2900 | 334.29 | N | | CA |
| FET Tax<br>Tax for INV#12415503<br>PO# FAR01663 | | 12096706 | 1.00 | EA | 336.1200 | 336.12 | N | | CA |
| FET Tax<br>Tax for INV#12437268<br>PO# FAR01663 | | 12096706 | 1.00 | EA | 332.3200 | 332.32 | N | | CA |
| FET Tax<br>Tax for INV#12492959<br>PO# FAR01663 | | 12096706 | 1.00 | EA | 326.3800 | 326.38 | N | | CA |
| FET Tax<br>Tax for INV#12531412<br>PO# FAR01663 | | 12096706 | 1.00 | EA | 315.8800 | 315.88 | N | | CA |
| FET Tax<br>Tax for INV#12550941<br>PO# FAR01663 | | 12096706 | 1.00 | EA | 320.6600 | 320.66 | N | | CA |

95542177  UG3
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com