
**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 2 of 2 | 95609115 | **13096384** | 4/24/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn:  Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
Clean Energy CNG Station
10400 Aviation Boulevard
Los Angeles CA 90045

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Per customer's instruction, taxes to be billed on a seperate invoice. To rebill sales tax for the all of the invoice listed in the details below.

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| FET Tax<br>Tax for INV#12593819<br>PO# FAR01663 | | 12096706 | 1.00 | EA | 322.0700 | 322.07 | N | | CA |
| FET Tax<br>Tax for INV#12612355<br>PO# FAR01663 | | 12096706 | 1.00 | EA | 322.4100 | 322.41 | N | | CA |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5609120** | | | **9.00** | EA | | **2,939.21** | | | |

95542177  UG3

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,939.21 | $ .00 | $ 2,939.21 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95590677 | **13096386** | 4/24/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn:  Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Fuel Cell Activities
1105 West Riverside
Burbank CA 91506

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

TO REBILL FOR SALES TAX ON INVOICE # 12166422 AND 12166415 DATED 11/20/07.
TAXABLE ON TUBE TRAILER HYDROGEN SERVICE CHARGE. PO# FAS04365.

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Sales Tax for INV#12166422 Item PRSX1886 PO# FAS04365 | 12/11/2008 | 11933667 | 1.00 | EA | 430.9100 | 430.91 | N | | CA |
| Sales Tax FOR INV#121466415 Item PRSX1886 PO# FAS04365 | 12/11/2008 | 11933667 | 1.00 | EA | 173.9100 | 173.91 | N | | CA |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5542179** | | | **2.00** | EA | | **604.82** | | | |

95542177  UG3

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 604.82 | $ .00 | $ 604.82 |

# ≡≡PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95590677 | **13100920** | 4/28/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

## TERMS

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn:  Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
Fuel Cell Activities
1105 West Riverside
Burbank CA 91506

## QUESTIONS

| Billing, such as PO, pricing or quantity : |
|---|
| Barbara K. Raubertas |
| Tel:  609-567-1797 |
| Fax:  609-561-5187 |
| Email:  Barbara_Raubertas@praxair.com |

| Collection & payment questions: |
|---|
| Judy Amarah |
| Tel:  203-837-2435 |
| Fax:  203-837-2586 |
| Email:  judy_amarah@praxair.com |

## COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping, charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

## INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TT HY 00001 0937-0907 | 04/28/2009 | 85779330 | 123,809 | CF | .0313 | 3,875.22 | Y | 9.250 % | CA |
| PO# FAR01663 | | | | | | | | 358.45 | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5542179** | | | **123,809** | **CF** | | **3,875.22** | | **358.45** | |

95542177

**For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com**

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 3,875.22 | $ 358.45 | $ 4,233.67 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|---------------|----------------|--------------|
| 1 of 1 | 95609115 | **13101044** | 4/28/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**

GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**

Clean Energy CNG Station
10400 Aviation Boulevard
Los Angeles CA 90045

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel: 609-567-1797
Fax: 609-561-5187
Email: Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel: 203-837-2435
Fax: 203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TT HY 00001 0937-0907 | 04/28/2009 | 85783467 | 128,410 | CF | .0313 | 4,019.23 | Y | 9.250 % | CA |
| PO# FAR01663 | | | | | | | | 371.77 | |
| General Motors Approvers: Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5609120** | | | 128,410 | CF | | 4,019.23 | | 371.77 | |

95542177

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 4,019.23 | $ 371.77 | $ 4,391.00 |

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95590677 | **13106451** | 5/1/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date 7/2/2009**

**BILL TO:**

GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**

General Motors Corporation
Fuel Cell Activities
1105 West Riverside
Burbank CA 91506

### QUESTIONS

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel: 609-567-1797
Fax: 609-561-5187
Email: Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel: 203-837-2435
Fax: 203-837-2586
Email: judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TTHY RENT 00004-1438-001V | 05/01/2009 | 12107934 | 1.00 | MO | 2,500.0000 | 2,500.00 | Y | 9.250 % | CA |
| PO# FAR01663 | | | | | | | | 231.25 | |
| General Motors Approvers: Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5542179** | | | 1.00 | MO | | 2,500.00 | | 231.25 | |

95542177

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,500.00 | $ 231.25 | $ 2,731.25 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95609115 | **13106524** | 5/1/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**

GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**

Clean Energy CNG Station
10400 Aviation Boulevard
Los Angeles CA 90045

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel: 609-567-1797
Fax: 609-561-5187
Email: Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel: 203-837-2435
Fax: 203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | TAX ST |
|---|---|---|---|---|---|---|---|---|---|
| LN2 SQ 00003 1438-001T | 05/01/2009 | 12108247 | 1.00 | MO | 600.0000 | 600.00 | Y | 9.250 % 55.50 | CA |
| PO# FAR01663 | | | | | | | | | |
| General Motors Approvers: Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5609116** | | | **1.00** | **MO** | | **600.00** | | **55.50** | |

95542177

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 600.00 | $ 55.50 | $ 655.50 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|---------------|----------------|--------------|
| 1 of 1 | 95609115 | **13106526** | 5/1/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 7/2/2009**

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn:  Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
Clean Energy CNG Station
10400 Aviation Boulevard
Los Angeles CA 90045

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TTHY RENT 00004-1438-001V | 05/01/2009 | 12108248 | 1.00 | MO | 2,500.0000 | 2,500.00 | Y | 9.250 % | CA |
| PO# FAR01663 | | | | | | | | 231.25 | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5609120** | | | **1.00** | MO | | **2,500.00** | | **231.25** | |

95542177

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,500.00 | $ 231.25 | $ 2,731.25 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95590677 | **13118715** | 5/4/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**

GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn:  Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**

General Motors Corporation
Fuel Cell Activities
1105 West Riverside
Burbank CA 91506

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TT HY 00001 0937-0907 | 05/04/2009 | 85799735 | 120,755 | CF | .0313 | 3,779.63 | Y | 9.250 % | CA |
| PO# FAR01663 | | | | | | | | 349.62 | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5542179** | | | 120,755 | CF | | 3,779.63 | | 349.62 | |

95542177

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 3,779.63 | $ 349.62 | $ 4,129.25 |

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95590677 | **13130858** | 5/13/2009 |

**REMITTANCE INSTRUCTIONS:**

PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 7/2/2009**

**BILL TO:**

GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**

General Motors Corporation
Fuel Cell Activities
1105 West Riverside
Burbank CA 91506

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

To bill for second tube trailer that was on-site from mid April thru mid May 2009 per agreement with Alex Keros of General Motors.

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

## INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TTHY RENT 00004-1438-001V | 05/13/2009 | 12121613 | 1.00 | MO | 2,500.0000 | 2,500.00 | Y | 9.250 % | CA |
| PO# FAR01663 | | | | | | | | 231.25 | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5542179** | | | **1.00** | **MO** | | **2,500.00** | | **231.25** | |

95542177  UG3

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,500.00 | $ 231.25 | $ 2,731.25 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95609115 | **13132206** | 5/14/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

## TERMS

Net due 2nd day of 2nd month
**Net Due Date 7/2/2009**

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn:  Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
Clean Energy CNG Station
10400 Aviation Boulevard
Los Angeles CA 90045

## QUESTIONS

**Billing, such as PO, pricing or quantity :**
Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**
Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email: judy_amarah@praxair.com

## COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TT HY 00001 0937-0907 | 05/14/2009 | 85826599 | 90,124 | CF | .0313 | 2,820.88 | Y | 9.250 % | CA |
| PO# FAR01663 | | | | | | | | 260.93 | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Parilee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5609120** | | | **90,124** | **CF** | | **2,820.88** | | **260.93** | |

95542177

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|--------|-----------|--------------|
| | $ 2,820.88 | $ 260.93 | $ 3,081.81 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95590677 | **13139750** | 5/20/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**

GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**

General Motors Corporation
Fuel Cell Activities
1105 West Riverside
Burbank CA 91506

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TT HY 00001 0937-0907 | 05/20/2009 | 85845716 | 123,976 | CF | .0313 | 3,880.45 | Y | 9.250 % | CA |
| PO# FAR01663 | | | | | | | | 358.93 | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5542179** | | | 123,976 | CF | | 3,880.45 | | 358.93 | |

95542177

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 3,880.45 | $ 358.93 | $ 4,239.38 |

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95609115 | **13143983** | 5/25/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**
GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn:  Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
Clean Energy CNG Station
10400 Aviation Boulevard
Los Angeles CA 90045

### QUESTIONS

**Billing, such as PO, pricing or quantity :**
Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**
Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TT HY 00001 0937-0907 | 05/24/2009 | 85858736 | 97,185 | CF | .0313 | 3,041.89 | Y | 9.250 % | CA |
| PO# FAR01663 | | | | | | | | 281.38 | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5609120** | | | 97,185 | CF | | 3,041.89 | | 281.38 | |

95542177

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 3,041.89 | $ 281.38 | $ 3,323.27 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95609115 | **13149852** | 5/29/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**

GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn:  Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**

Clean Energy CNG Station
10400 Aviation Boulevard
Los Angeles CA 90045

**QUESTIONS**

| Billing, such as PO, pricing or quantity : |
| --- |
| Barbara K. Raubertas |
| Tel:   609-567-1797 |
| Fax:   609-561-5187 |
| Email:  Barbara_Raubertas@praxair.com |
| **Collection & payment questions:** |
| Judy Amarah |
| Tel:   203-837-2435 |
| Fax:   203-837-2586 |
| Email:  judy_amarah@praxair.com |

**COMMENTS**

To invoice the customer for causing a nitrogen delivery to be averted on 4/14/2009.  When the driver arrived to make the delivery, the nitrogen tank was blocked by poles.  The driver spoke with someone at the site named Alex and he told the driver the site could not be cleared for at leas 4 hours.  The shipping order number was 85747063.  FOR QUESTIONS REGARDING THIS INVOICE, CONTACT LYNN GRZELAK @219/391-5182

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Averted Delivery Fee | 05/29/2009 | 12136965 | 1.00 | EA | 250.0000 | 250.00 | N | | CA |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5609116** | | | 1.00 | EA | | 250.00 | | | |

95542177  UEC

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 250.00 | $ .00 | $ 250.00 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95609115 | 13150091 | 5/29/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**

GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**

Clean Energy CNG Station
10400 Aviation Boulevard
Los Angeles CA 90045

### QUESTIONS

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| LN2 SEQ 00002 0937-0908 | 05/28/2009 | 85864753 | 241,300 | CF | .0045 | 1,085.85 | Y | 9.250 % | CA |
| PO# FAR01663 | | | | | | | | 100.44 | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5609116** | | | **241,300** | **CF** | | **1,085.85** | | **100.44** | |

95542177

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 1,085.85 | $ 100.44 | $ 1,186.29 |



Praxair, Inc.
39 Old Ridgebury Road
Danbury, CT 06810-5113

June 11, 2009

Attn: Lisa Brass
General Motors Corporation
Motor Plant 1
River Road
Tonawanda, NY 14150

### Statement of Account

| INVOICE# | INVOICE DATE | AMOUNT | P.O. NUMBER |
|---|---|---|---|
| 10787284 | 9/26/2005 | 39.00- | TAR88862 |
| 10920017 | 12/12/2005 | 7.02- | TAR90648 |
| 11951504 | 7/25/2007 | 57.72- | TAR07386 |
| 12950662 | 1/28/2009 | 131.98 | TAR20049 |
| 12971939 | 2/4/2009 | 114.00 | TAR20051 |
| 12979275 | 2/10/2009 | 113.88 | TAR20049 |
| 12983530 | 2/13/2009 | 119.00 | TAR20051 |
| 12986317 | 2/16/2009 | 116.18 | TAR20049 |
| 12995773 | 2/23/2009 | 134.40 | TAR20049 |
| 13000791 | 2/26/2009 | 110.60 | TAR20051 |
| 13021827 | 3/5/2009 | 101.98 | TAR20049 |
| 13025587 | 3/9/2009 | 41.02 | TAR20051 |
| 13030741 | 3/12/2009 | 116.80 | TAR20051 |
| 13032109 | 3/13/2009 | 96.04 | TAR20049 |
| 13040246 | 3/19/2009 | 66.00 | TAR20049 |
| 13044015 | 3/23/2009 | 121.92 | TAR20049 |
| 13046261 | 3/24/2009 | 101.22 | TAR20049 |
| 13046262 | 3/24/2009 | 14.00 | TAR20051 |
| 13051000 | 3/27/2009 | 89.20 | TAR20049 |
| 13142002 | 5/21/2009 | 2,432.53- | dup pay#12759682 |
| 13070244 | 4/2/2009 | 2,120.11 | TAR19851 |
| 13078063 | 4/8/2009 | 1,952.83 | TAR19851 |
| 13079320 | 4/9/2009 | 1,224.67 | TAR19851 |
| 13079321 | 4/9/2009 | 1,081.58 | TAR21498 |
| 13086960 | 4/16/2009 | 2,096.74 | TAR19851 |
| 13088227 | 4/17/2009 | 2,381.28 | TAR21498 |
| 13093987 | 4/22/2009 | 1,939.71 | TAR19851 |
| 13096952 | 4/24/2009 | 1,667.88 | TAR19851 |
| 13096953 | 4/24/2009 | 631.40 | TAR21498 |
| 13105392 | 4/30/2009 | 1,532.17 | TAR22020 |
| 13114388 | 5/1/2009 | 912.25 | TAR21498 |
| 13114445 | 5/1/2009 | 1,025.00 | TAR22020 |
| 13122476 | 5/6/2009 | 2,006.95 | TAR22020 |
| 13123970 | 5/7/2009 | 2,366.52 | TAR21498 |
| 13128147 | 5/11/2009 | 1,931.10 | TAR22020 |
| 13132504 | 5/14/2009 | 1,662.96 | TAR22020 |
| 13132505 | 5/14/2009 | 434.19 | TAR21498 |
| 13136911 | 5/18/2009 | 2,373.08 | TAR21498 |
| 13139669 | 5/20/2009 | 2,189.40 | TAR22020 |
| 13146118 | 5/26/2009 | 2,083.21 | TAR22020 |
| 13150594 | 5/29/2009 | 2,103.30 | TAR22020 |
| 13150595 | 5/29/2009 | 222.22 | TAR21498 |
| 13161914 | 6/1/2009 | 2,373.90 | TAR21498 |

Judy Amarah

Credit Department
BUS    203-837-2435
FAX    203-837-2586
Email Judy_Amarah@Praxair.com

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95023211 | **10787284** | 9/26/2005 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair Incorporated
PO Box 91385
Chicago IL 60693-1385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 11/2/2005**

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
River Road
Tonawanda NY 14150

**QUESTIONS**

**QUESTIONS REGARDING THIS INVOICE SHOULD BE DIRECTED TO:**

Randall Englund
55 Old Ridgebury Road
Danbury CT 06810

TEL.    203-837-2719
FAX.    203-837-2452
E-MAIL  Randy_Englund@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen PO# TAR88862 | 09/24/2005 | 81880449 | 571,300 | CF | .0039 | 2,228.07 | N | | NY |
| **Sub Total Praxair #8522000** | | | **571,300** | **CF** | | **2,228.07** | | | |

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|
| | $ 2,228.07 | $ .00 | $ 2,228.07 |

95012456                    2

# ≣≣≣PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95023211 | **10920017** | 12/12/2005 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair Incorporated
PO Box 91385
Chicago IL 60693-1385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date** 2/2/2006

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
River Road
Tonawanda NY 14150

### QUESTIONS

**QUESTIONS REGARDING THIS INVOICE SHOULD BE DIRECTED TO:**

Randall Englund
55 Old Ridgebury Road
Danbury CT 06810

| | |
|---|---|
| TEL. | 203-837-2719 |
| FAX. | 203-837-2452 |
| E-MAIL | Randy_Englund@praxair.com |

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen<br>PO# TAR90648 | 12/10/2005 | 82093318 | 546,300 | CF | .0039 | 2,130.57 | N | | NY |
| **Sub Total Praxair #8522000** | | | **546,300** | **CF** | | **2,130.57** | | | |

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|
| 95012456        2 | $ 2,130.57 | $ .00 | $ 2,130.57 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95021236 | **11951504** | 7/25/2007 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date** 9/2/2007

For Product Proof of Delivery,Contact 1-800-PRAXAIR

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

### QUESTIONS

QUESTIONS REGARDING THIS INVOICE SHOULD BE
DIRECTED TO:

Barbara K. Raubertas
39 Old Ridgebury Road
Danbury CT 06810

TEL.    609-567-1797
FAX.    609-561-5187
E-MAIL  Barbara_Raubertas@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ITEM ID #CH1-188B, N2 | 07/25/2007 | 83778561 | 546,400 | CF | .0039 | 2,130.96 | N | | NY |
| PO# TAR07386 | | | | | | | | | |
| **Sub Total Praxair #8512780** | | | **546,400** | **CF** | | **2,130.96** | | | |

95012456

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 2,130.96 | $ .00 | $ 2,130.96 |

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021236 | **12950662** | 1/28/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date** 3/2/2009

**BILL TO:**
General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**
General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

### QUESTIONS

Billing, such as PO, pricing or quantity :
Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:
Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ITEM ID #CH1-188B, N2 PO# TAR20049 | 01/27/2009 | 85517324 | 659,900 | CF | .0041 | 2,705.59 | N | | NY |
| **Sub Total Praxair #8512780** | | | 659,900 | CF | | 2,705.59 | | | |

95012456
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,705.59 | $ .00 | $ 2,705.59 |

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95023211 | **12971939** | 2/4/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd.day of 2nd month
**Net Due Date 4/2/2009**

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
River Road
Tonawanda NY 14150

### QUESTIONS

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen PO# TAR20051 | 02/04/2009 | 85535906 | 570,000 | CF | .0041 | 2,337.00 | N | | NY |
| **Sub Total Praxair #8522000** | | | **570,000** | **CF** | | **2,337.00** | | | |

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,337.00 | $ .00 | $ 2,337.00 |

# ▰▰PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021236 | **12979275** | 2/10/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date** 4/2/2009

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

### QUESTIONS

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ITEM ID #CH1-188B, N2 | 02/10/2009 | 85563876 | 569,400 | CF | .0041 | 2,334.54 | N | | NY |
| PO# TAR20049 | | | | | | | | | |
| **Sub Total Praxair #8512780** | | | 569,400 | CF | | 2,334.54 | | | |

95012456

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,334.54 | $ .00 | $ 2,334.54 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95023211 | **12983530** | 2/13/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 4/2/2009

**BILL TO:**
General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**
General Motors Corporation
River Road
Tonawanda NY 14150

**QUESTIONS**

Billing, such as PO, pricing or quantity :
Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:
Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **TAX** | |
| Liquid Nitrogen PO# TAR20051 | 02/13/2009 | 85576115 | 595,000 | CF | .0041 | 2,439.50 | N | | NY |
| **Sub Total Praxair #8522000** | | | **595,000** | CF | | **2,439.50** | | | |

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,439.50 | $ .00 | $ 2,439.50 |

# ▰▰PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021236 | **12986317** | 2/16/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

## TERMS

Net due 2nd day of 2nd month
**Net Due Date** 4/2/2009

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

## QUESTIONS

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:   Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:   judy_amarah@praxair.com

## COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

## INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ITEM ID #CH1-188B, N2 | 02/16/2009 | 85582853 | 580,900 | CF | .0041 | 2,381.69 | N | | NY |
| PO# TAR20049 | | | | | | | | | |
| **Sub Total Praxair #8512780** | | | 580,900 | CF | | 2,381.69 | | | |

95012456

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,381.69 | $ .00 | $ 2,381.69 |

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021236 | **12995773** | 2/23/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

## TERMS

Net due 2nd day of 2nd month
**Net Due Date** 4/2/2009

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

## QUESTIONS

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

## COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

## INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ITEM ID #CH1-188B, N2 | 02/23/2009 | 85603607 | 672,000 | CF | .0041 | 2,755.20 | N | | NY |
| PO# TAR20049 | | | | | | | | | |
| **Sub Total Praxair #8512780** | | | 672,000 | CF | | 2,755.20 | | | |

95012456

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,755.20 | $ .00 | $ 2,755.20 |



**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95023211 | **13000791** | 2/26/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 4/2/2009**

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
River Road
Tonawanda NY 14150

**QUESTIONS**

Billing, such as PO, pricing or quantify :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen PO# TAR20051 | 02/26/2009 | 85611829 | 553,000 | CF | .0041 | 2,267.30 | N | | NY |
| **Sub Total Praxair #8522000** | | | 553,000 | CF | | 2,267.30 | | | |

(TAX header spans Y/N, RATE/AMT, ST columns)

95012456
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,267.30 | $ .00 | $ 2,267.30 |

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021236 | **13021827** | 3/5/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 5/2/2009**

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ITEM ID #CH1-188B, N2 | 03/05/2009 | 85634718 | 509,900 | CF | .0041 | 2,090.59 | N | | NY |
| PO# TAR20049 | | | | | | | | | |
| **Sub Total Praxair #8512780** | | | **509,900** | **CF** | | **2,090.59** | | | |

95012456

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,090.59 | $ .00 | $ 2,090.59 |

# ▰▰PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95023211 | **13025587** | 3/9/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

## TERMS

Net due 2nd day of 2nd month
**Net Due Date** 5/2/2009

**BILL TO:**
General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**
General Motors Corporation
River Road
Tonawanda NY 14150

### QUESTIONS

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

## INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen | 03/09/2009 | 85639704 | 205,100 | CF | .0041 | 840.91 | N | | NY |
| PO# TAR20051 | | | | | | | | | |
| **Sub Total Praxair #8522000** | | | 205,100 | CF | | 840.91 | | | |

95012456
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 840.91 | $ .00 | $ 840.91 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95023211 | **13030741** | 3/12/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 5/2/2009

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
River Road
Tonawanda NY 14150

**QUESTIONS**

| Billing, such as PO, pricing or quantity : |
|---|
| Barbara K. Raubertas |
| Tel: 609-567-1797 |
| Fax: 609-561-5187 |
| Email: Barbara_Raubertas@praxair.com |

| Collection & payment questions: |
|---|
| Judy Amarah |
| Tel: 203-837-2435 |
| Fax: 203-837-2586 |
| Email: judy_amarah@praxair.com |

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen | 03/12/2009 | 85653738 | 584,000 | CF | .0041 | 2,394.40 | N | | NY |
| PO# TAR20051 | | | | | | | | | |
| **Sub Total Praxair #8522000** | | | **584,000** | CF | | **2,394.40** | | | |

95012456
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 2,394.40 | $ .00 | $ 2,394.40 |

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021236 | **13032109** | 3/13/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 5/2/2009

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ITEM ID #CH1-188B, N2 | 03/13/2009 | 85658221 | 480,200 | CF | .0041 | 1,968.82 | N | | NY |
| PO# TAR20049 | | | | | | | | | |
| **Sub Total Praxair #8512780** | | | 480,200 | CF | | 1,968.82 | | | |

95012456
<sup></sup>
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 1,968.82 | $ .00 | $ 1,968.82 |

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021236 | **13040246** | 3/19/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

## TERMS

Net due 2nd day of 2nd month
**Net Due Date 5/2/2009**

**BILL TO:**
General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**
General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

## QUESTIONS

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

## COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

## INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ITEM ID #CH1-188B, N2 PO# TAR20049 | 03/19/2009 | 85674455 | 330,000 | CF | .0041 | 1,353.00 | N | | NY |
| **Sub Total Praxair #8512780** | | | **330,000** | CF | | **1,353.00** | | | |

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|
| | $ 1,353.00 | $ .00 | $ 1,353.00 |

95012456
For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95021236 | 13044015 | 3/23/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 5/2/2009**

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ITEM ID #CH1-188B, N2<br>PO# TAR20049 | 03/23/2009 | 85683377 | 609,600 | CF | .0041 | 2,499.36 | N | | NY |
| **Sub Total Praxair #8512780** | | | **609,600** | **CF** | | **2,499.36** | | | |

95012456
2
For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|
| | $ 2,499.36 | $ .00 | $ 2,499.36 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021236 | **13046261** | 3/24/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 5/2/2009

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ITEM ID #CH1-188B, N2 | 03/24/2009 | 85689862 | 506,100 | CF | .0041 | 2,075.01 | N | | NY |
| PO# TAR20049 | | | | | | | | | |
| **Sub Total Praxair #8512780** | | | **506,100** | **CF** | | **2,075.01** | | | |

for product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,075.01 | $ .00 | $ 2,075.01 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95023211 | 13046262 | 3/24/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 5/2/2009**

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
River Road
Tonawanda NY 14150

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen PO# TAR20051 | 03/24/2009 | 85689863 | 70,000 | CF | .0041 | 287.00 | N | | NY |
| **Sub Total Praxair #8522000** | | | **70,000** | **CF** | | **287.00** | | | |

95012456
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 287.00 | $ .00 | $ 287.00 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95021236 | **13051000** | 3/27/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 5/2/2009**

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ITEM ID #CH1-188B, N2<br>PO# TAR20049 | 03/27/2009 | 85697715 | 446,000 | CF | .0041 | 1,828.60 | N | | NY |
| **Sub Total Praxair #8512780** | | | **446,000** | **CF** | | **1,828.60** | | | |

95012456
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 1,828.60 | $ .00 | $ 1,828.60 |

June 1, 2009                          $2,432.53
                                      Dup pay#12759682
                                      New doc#13142002


Attn: Lisa Brass
General Motors Corporation
Motor Plant 1
River Road
Tonawanda, NY 14150


Dear Staff:

Thank you for your EDI payment dated 05/21/09 in the amount of
$7,306.02. In this remittance, you made a duplicate payment against
invoice number 12759682 dated 10/08/2008 in the amount of $2,432.53
which was originally paid by your EDI payment dated 12/24/2008 in the
amount of $4,616.43.

This duplicate payment in the amount of $2,432.53 has been placed on
your account and should be deducted in your next remittance referencing
the new document number. If you need additional information, please
contact us.

Please refer your reply to:   Judy Amarah
                              Praxair Credit Dept
                              203-837-2435
                        Fax: 203-837-2586
                        e-mail:   Judy_Amarah@Praxair.com




Sincerely,



Joanne DeLillo
A/R Department


Email JOANNE_DELILLO@PRAXAIR.COM

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95021236 | **13070244** | 4/2/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping, charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ITEM ID #CH1-188B, N2 | 04/02/2009 | 85714854 | 517,100 | CF | .0041 | 2,120.11 | N | | NY |
| PO# TAR19851 | | | | | | | | | |
| **Sub Total Praxair #8512780** | | | 517,100 | CF | | 2,120.11 | | | |

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 2,120.11 | $ .00 | $ 2,120.11 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021236 | 13078063 | 4/8/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ITEM ID #CH1-188B, N2 | 04/08/2009 | 85729263 | 476,300 | CF | .0041 | 1,952.83 | N | | NY |
| PO# TAR19851 | | | | | | | | | |
| **Sub Total Praxair #8512780** | | | **476,300** | **CF** | | **1,952.83** | | | |

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 1,952.83 | $ .00 | $ 1,952.83 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95021236 | 13079320 | 4/9/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ITEM ID #CH1-188B, N2 | 04/09/2009 | 85734910 | 298,700 | CF | .0041 | 1,224.67 | N | | NY |
| PO# TAR19851 | | | | | | | | | |
| **Sub Total Praxair #8512780** | | | **298,700** | **CF** | | **1,224.67** | | | |

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|
| | $ 1,224.67 | $ .00 | $ 1,224.67 |

95012456
2

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95023211 | **13079321** | 4/9/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
River Road
Tonawanda NY 14150

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen PO# TAR21498 | 04/09/2009 | 85734911 | 263,800 | CF | .0041 | 1,081.58 | N | | NY |
| **Sub Total Praxair #8522000** | | | **263,800** | **CF** | | **1,081.58** | | | |

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 1,081.58 | $ .00 | $ 1,081.58 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021236 | 13086960 | 4/16/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ITEM ID #CH1-188B, N2 | 04/16/2009 | 85750410 | 511,400 | CF | .0041 | 2,096.74 | N | | NY |
| PO# TAR19851 | | | | | | | | | |
| **Sub Total Praxair #8512780** | | | **511,400** | **CF** | | **2,096.74** | | | |

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,096.74 | $ .00 | $ 2,096.74 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95023211 | **13088227** | 4/17/2009 |

REMITTANCE INSTRUCTIONS:
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
River Road
Tonawanda NY 14150

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen PO# TAR21498 | 04/17/2009 | 85754832 | 580,800 | CF | .0041 | 2,381.28 | N | | NY |
| **Sub Total Praxair #8522000** | | | **580,800** | CF | | **2,381.28** | | | |

95012456
2
For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,381.28 | $ .00 | $ 2,381.28 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021236 | **13093987** | 4/22/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ITEM ID #CH1-188B, N2 | 04/22/2009 | 85767235 | 473,100 | CF | .0041 | 1,939.71 | N | | NY |
| PO# TAR19851 | | | | | | | | | |
| **Sub Total Praxair #8512780** | | | 473,100 | CF | | 1,939.71 | | | |

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|
| | $ 1,939.71 | $ .00 | $ 1,939.71 |

95012456

2
For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021236 | **13096952** | 4/24/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**QUESTIONS**

Billing, such as PO, pricing or quantity :
Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ITEM ID #CH1-188B, N2 | 04/24/2009 | 85775778 | 406,800 | CF | .0041 | 1,667.88 | N | | NY |
| PO# TAR19851 | | | | | | | | | |
| **Sub Total Praxair #8512780** | | | 406,800 | CF | | 1,667.88 | | | |

95012456
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 1,667.88 | $ .00 | $ 1,667.88 |


# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95023211 | **13096953** | 4/24/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
River Road
Tonawanda NY 14150

### QUESTIONS

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen PO# TAR21498 | 04/24/2009 | 85775779 | 154,000 | CF | .0041 | 631.40 | N | | NY |
| **Sub Total Praxair #8522000** | | | **154,000** | **CF** | | **631.40** | | | |

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 631.40 | $ .00 | $ 631.40 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95021236 | **13105392** | 4/30/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**
Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**
Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ITEM ID #CH1-188B, N2 | 04/30/2009 | 85791070 | 373,700 | CF | .0041 | 1,532.17 | N | | NY |
| PO# TAR22020 | | | | | | | | | |
| **Sub Total Praxair #8512780** | | | 373,700 | CF | | 1,532.17 | | | |

95012456

2
For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 1,532.17 | $ .00 | $ 1,532.17 |

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95023211 | **13114388** | 5/1/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
River Road
Tonawanda NY 14150

### QUESTIONS

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel: 609-567-1797
Fax: 609-561-5187
Email: Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel: 203-837-2435
Fax: 203-837-2586
Email: judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen<br>PO# TAR21498 | 05/01/2009 | 85794061 | 222,500 | CF | .0041 | 912.25 | N | | NY |
| **Sub Total Praxair #8522000** | | | **222,500** | **CF** | | **912.25** | | | |

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|
| | $ 912.25 | $ .00 | $ 912.25 |

95012456

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021236 | **13114445** | 5/1/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**QUESTIONS**

| Billing, such as PO, pricing or quantity : |
|---|
| Barbara K. Raubertas |
| Tel:   609-567-1797 |
| Fax:   609-561-5187 |
| Email:  Barbara_Raubertas@praxair.com |

| Collection & payment questions: |
|---|
| Judy Amarah |
| Tel:  203-837-2435 |
| Fax:  203-837-2586 |
| Email:  judy_amarah@praxair.com |

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ITEM ID #CH1-188B, N2 | 05/01/2009 | 85796108 | 250,000 | CF | .0041 | 1,025.00 | N | | NY |
| PO# TAR22020 | | | | | | | | | |
| **Sub Total Praxair #8512780** | | | **250,000** | **CF** | | **1,025.00** | | | |

95012456
2
`For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com`

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 1,025.00 | $ .00 | $ 1,025.00 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021236 | **13122476** | 5/6/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:   Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|------|-----------|--------------|---------------|-----|------------|--------|------|-----------|----|
| ITEM ID #CH1-188B, N2 | 05/06/2009 | 85807475 | 489,500 | CF | .0041 | 2,006.95 | N | | NY |
| PO# TAR22020 | | | | | | | | | |
| **Sub Total Praxair #8512780** | | | **489,500** | CF | | **2,006.95** | | | |

95012456
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,006.95 | $ .00 | $ 2,006.95 |

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95023211 | **13123970** | 5/7/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
River Road
Tonawanda NY 14150

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen PO# TAR21498 | 05/07/2009 | 85807256 | 577,200 | CF | .0041 | 2,366.52 | N | | NY |
| **Sub Total Praxair #8522000** | | | **577,200** | **CF** | | **2,366.52** | | | |

95012456

?

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 2,366.52 | $ .00 | $ 2,366.52 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95021236 | 13128147 | 5/11/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ITEM ID #CH1-188B, N2 | 05/11/2009 | 85821692 | 471,000 | CF | .0041 | 1,931.10 | N | | NY |
| PO# TAR22020 | | | | | | | | | |
| **Sub Total Praxair #8512780** | | | **471,000** | **CF** | | **1,931.10** | | | |

95012456

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 1,931.10 | $ .00 | $ 1,931.10 |

# ≡≡≡PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021236 | **13132504** | 5/14/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

### QUESTIONS

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ITEM ID #CH1-188B, N2 PO# TAR22020 | 05/14/2009 | 85831702 | 405,600 | CF | .0041 | 1,662.96 | N | | NY |
| **Sub Total Praxair #8512780** | | | **405,600** | **CF** | | **1,662.96** | | | |

95012456

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 1,662.96 | $ .00 | $ 1,662.96 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95023211 | **13132505** | 5/14/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date 7/2/2009**

**BILL TO:**
General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**
General Motors Corporation
River Road
Tonawanda NY 14150

### QUESTIONS

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email: judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen | 05/14/2009 | 85831703 | 105,900 | CF | .0041 | 434.19 | N | | NY |
| PO# TAR21498 | | | | | | | | | |
| **Sub Total Praxair #8522000** | | | 105,900 | CF | | 434.19 | | | |

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 434.19 | $ .00 | $ 434.19 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95023211 | **13136911** | 5/18/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 7/2/2009**

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
River Road
Tonawanda NY 14150

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen PO# TAR21498 | 05/18/2009 | 85842832 | 578,800 | CF | .0041 | 2,373.08 | N | | NY |
| **Sub Total Praxair #8522000** | | | 578,800 | CF | | 2,373.08 | | | |

95012456

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 2,373.08 | $ .00 | $ 2,373.08 |

# ▰▰▰PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021236 | **13139669** | 5/20/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date 7/2/2009**

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

### QUESTIONS

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ITEM ID #CH1-188B, N2 | 05/20/2009 | 85847062 | 534,000 | CF | .0041 | 2,189.40 | N | | NY |
| PO# TAR22020 | | | | | | | | | |
| **Sub Total Praxair #8512780** | | | **534,000** | **CF** | | **2,189.40** | | | |

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|
| | $ 2,189.40 | $ .00 | $ 2,189.40 |

95012456

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021236 | **13146118** | 5/26/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

### QUESTIONS

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ITEM ID #CH1-188B, N2 | 05/26/2009 | 85857087 | 508,100 | CF | .0041 | 2,083.21 | N | | NY |
| PO# TAR22020 | | | | | | | | | |
| **Sub Total Praxair #8512780** | | | 508,100 | CF | | 2,083.21 | | | |

95012456

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,083.21 | $ .00 | $ 2,083.21 |


 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021236 | **13150594** | 5/29/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 7/2/2009**

**BILL TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**

General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**QUESTIONS**

Billing, such as PO, pricing or quantity :
Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:
Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ITEM ID #CH1-188B, N2 | 05/29/2009 | 85873136 | 513,000 | CF | .0041 | 2,103.30 | N | | NY |
| PO# TAR22020 | | | | | | | | | |
| **Sub Total Praxair #8512780** | | | 513,000 | CF | | 2,103.30 | | | |

95012456

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,103.30 | $ .00 | $ 2,103.30 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95023211 | **13150595** | 5/29/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**
General Motors Corporation
Motor Plant 1
River Road
Tonawanda NY 14150

**SHIP TO:**
General Motors Corporation
River Road
Tonawanda NY 14150

**QUESTIONS**

Billing, such as PO, pricing or quantity :
Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:   Barbara_Raubertas@praxair.com

Collection & payment questions:
Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:   judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping, charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen PO# TAR21498 | 05/29/2009 | 85873137 | 54,200 | CF | .0041 | 222.22 | N | | NY |
| **Sub Total Praxair #8522000** | | | 54,200 | CF | | 222.22 | | | |

95012456
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 222.22 | $ .00 | $ 222.22 |