

Praxair, Inc.
39 Old Ridgebury Road
Danbury, CT 06810-5113

June 5, 2009

Attn: Rodger Cole
General Motors Corporation
Willow Run Plt-Gate 7
G M Powertrain Division
Ypsilanti, MI 48198

## Statement of Account

| INVOICE# | INVOICE DATE | AMOUNT | P.O. NUMBER |
|---|---|---|---|
| 12954099 | 1/30/2009 | 825.00 | TCB06321 |
| 13073228 | 4/6/2009 | 2,047.54 | TCB06321 |
| 13089021 | 4/20/2009 | 2,035.50 | TCB06321 |
| 13089022 | 4/20/2009 | 1,239.00 | TCB06321 |
| 13105176 | 4/30/2009 | 3,470.56 | TCB06321 |
| 13110669 | 4/30/2009 | 2,100.00 | HWR78039 |
| 13118892 | 5/4/2009 | 2,570.63 | TCB06321 |
| 13123695 | 5/7/2009 | 7,586.62 | TCB06321 |
| 13127027 | 5/11/2009 | 1,981.94 | TCB06321 |
| 13157517 | 5/31/2009 | 2,100.00 | HWR78039 |
| 13161278 | 5/31/2009 | 2,542.31 | TCB06321 |

Judy Amarah
Credit Department
BUS    203-837-2435
FAX    203-837-2586
Email Judy_Amarah@Praxair.com



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95026553 | **12954099** | 1/30/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 3/2/2009

**BILL TO:**
General Motors Corporation
Willow Run Plt-Gate 7
G M Powertrain Division
Attn: Accounts Payable
Ypsilanti MI 48198

**SHIP TO:**
General Motors Corporation
GM Powertrain Division
Willow Run Plant Gate 7
Ypsilanti MI 48197

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Service Work Order Number: 50121413 On 1/5/2009, Praxair technician, Dennis McIlroy assisted the driver with a warm tank fill FOR QUESTIONS REGARDING THIS INVOICE, CONTACT LYNN GRZELAK @219/391-5182

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Warm tank fill | | 11989220 | 825.00 | EA | 1.0000 | 825.00 | N | | MI |
| PO# TCB06321 | | | | | | | | | |
| **Sub Total Praxair #8503224** | | | **825.00** | **EA** | | **825.00** | | | |

95011982
2

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 825.00 | $ .00 | $ 825.00 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95026553 | **13073228** | 4/6/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**

General Motors Corporation
Willow Run Plt-Gate 7
G M Powertrain Division
Attn: Accounts Payable
Ypsilanti MI 48198

**SHIP TO:**

General Motors Corporation
GM Powertrain Division
Willow Run Plant Gate 7
Ypsilanti MI 48197

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | TAX | | |
| NITROGEN ID:#0937-0027 | 04/03/2009 | 85717006 | 499,400 | CF | .0041 | 2,047.54 | N | | MI |
| PO# TCB06321 | | | | | | | | | |
| **Sub Total Praxair #8503224** | | | **499,400** | **CF** | | **2,047.54** | | | |

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|
| | $ 2,047.54 | $ .00 | $ 2,047.54 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95026553 | **13089021** | 4/20/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**
General Motors Corporation
Willow Run Plt-Gate 7
G M Powertrain Division
Attn: Accounts Payable
Ypsilanti MI 48198

**SHIP TO:**
General Motors Corporation
GM Powertrain Division
Willow Run Plant Gate 7
Ypsilanti MI 48197

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| OXYGEN ID:#0937-0037 REL# HWR81323 PO# TCB06321 | 04/14/2009 | 85738657 | 345,000 | CF | .0059 | 2,035.50 | N | | MI |
| **Sub Total Praxair #8503225** | | | 345,000 | CF | | 2,035.50 | | | |

95011982
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,035.50 | $ .00 | $ 2,035.50 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95026553 | 13089022 | 4/20/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**
General Motors Corporation
Willow Run Plt-Gate 7
G M Powertrain Division
Attn: Accounts Payable
Ypsilanti MI 48198

**SHIP TO:**
General Motors Corporation
GM Powertrain Division
Willow Run Plant Gate 7
Ypsilanti MI 48197

**QUESTIONS**

**COMMENTS**

Billing, such as PO, pricing or quantity :
Barbara K. Raubertas
Tel:   609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:
Judy Amarah
Tel:   203-837-2435
Fax:  203-837-2586
Email: judy_amarah@praxair.com

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| OXYGEN ID:#0937-0037 | 04/14/2009 | 85738659 | 210,000 | CF | .0059 | 1,239.00 | N | | MI |
| REL# HWR81323 | | | | | | | | | |
| PO# TCB06321 | | | | | | | | | |
| | | | | | | | | | |
| **Sub Total Praxair #0041311** | | | 210,000 | CF | | 1,239.00 | | | |

95011982
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 1,239.00 | $ .00 | $ 1,239.00 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95026553 | **13105176** | 4/30/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**
General Motors Corporation
Willow Run Plt-Gate 7
G M Powertrain Division
Attn: Accounts Payable
Ypsilanti MI 48198

**SHIP TO:**
General Motors Corporation
GM Powertrain Division
Willow Run Plant Gate 7
Ypsilanti MI 48197

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| HELIUM_ID:#0937-0145 PO# TCB06321 | 03/23/2009 | 12104128 | 1 | CF | 1,717.6800 | 1,717.68 | N | | MI |
| **Sub Total Praxair #0279689** | | | 1 | CF | | **1,717.68** | | | |
| NITROGEN ID:#0937-0027 PO# TCB06321 | 01/22/2009 | 12104128 | 1.00 | EA | 92.1000 | 92.10 | N | | MI |
| **Sub Total Praxair #8503224** | | | 1.00 | EA | | **92.10** | | | |
| ARGON ID: # 0937-0075 PO# TCB06321 | 03/19/2009 | 12104128 | 1.00 | EA | 1,660.7800 | 1,660.78 | N | | MI |
| **Sub Total Praxair #8509348** | | | 1.00 | EA | | **1,660.78** | | | |

95011982  UG3
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 3,470.56 | $ .00 | $ 3,470.56 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95026553 | **13110669** | 4/30/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**
GM Fin Shared Svcs Acq Bus Process
c/o Olimpic Receipting
PO Box 63490
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
GM Powertrain Division
Willow Run Plant Gate 7
Ypsilanti MI 48197

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| HEL.UNIT MONTHLY RENT. PO# HWR78039 | 04/30/2009 | 12102654 | 1.00 | MO | 2,100.0000 | 2,100.00 | N | | MI |
| **Sub Total Praxair #0279689** | | | **1.00** | **MO** | | **2,100.00** | | | |

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 2,100.00 | $ .00 | $ 2,100.00 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95026553 | **13118892** | 5/4/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 7/2/2009**

**BILL TO:**
General Motors Corporation
Willow Run Plt-Gate 7
G M Powertrain Division
Attn: Accounts Payable
Ypsilanti MI 48198

**SHIP TO:**
General Motors Corporation
GM Powertrain Division
Willow Run Plant Gate 7
Ypsilanti MI 48197

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| OXYGEN ID:#0937-0037 | 05/04/2009 | 85797925 | 435,700 | CF | .0059 | 2,570.63 | N | | MI |
| REL# HWR81622 | | | | | | | | | |
| PO# TCB06321 | | | | | | | | | |
| **Sub Total Praxair #8503225** | | | 435,700 | CF | | 2,570.63 | | | |

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 2,570.63 | $ .00 | $ 2,570.63 |

**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95026553 | **13123695** | 5/7/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**
General Motors Corporation
Willow Run Plt-Gate 7
G M Powertrain Division
Attn: Accounts Payable
Ypsilanti MI 48198

**SHIP TO:**
General Motors Corporation
GM Powertrain Division
Willow Run Plant Gate 7
Ypsilanti MI 48197

**QUESTIONS**

Billing, such as PO, pricing or quantity :
Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:
Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ARGON ID: # 0937-0075 | 05/07/2009 | 85810549 | 272,900 | CF | .0278 | 7,586.62 | N | | MI |
| REL# HWR77162 | | | | | | | | | |
| PO# TCB06321 | | | | | | | | | |
| **Sub Total Praxair #8509348** | | | **272,900** | **CF** | | **7,586.62** | | | |

95011982
2
For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 7,586.62 | $ .00 | $ 7,586.62 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95026553 | **13127027** | 5/11/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**
General Motors Corporation
Willow Run Plt-Gate 7
G M Powertrain Division
Attn: Accounts Payable
Ypsilanti MI 48198

**SHIP TO:**
General Motors Corporation
GM Powertrain Division
Willow Run Plant Gate 7
Ypsilanti MI 48197

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**
Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**
Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 05/08/2009 | 85810547 | 483,400 | CF | .0041 | 1,981.94 | N | | MI |
| REL# HWR81623 | | | | | | | | | |
| PO# TCB06321 | | | | | | | | | |
| **Sub Total Praxair #8503224** | | | **483,400** | **CF** | | **1,981.94** | | | |

95011982
2
**For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com**

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|--------|-----------|--------------|
| | $ 1,981.94 | $ .00 | $ 1,981.94 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95026553 | **13157517** | 5/31/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**
GM Fin Shared Svcs Acq Bus Process
c/o Olimpic Receipting
PO Box 63490
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
GM Powertrain Division
Willow Run Plant Gate 7
Ypsilanti MI 48197

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| HEL.UNIT MONTHLY RENT.<br>PO# HWR78039 | 05/31/2009 | 12143092 | 1.00 | MO | 2,100.0000 | 2,100.00 | N | | MI |
| **Sub Total Praxair #0279689** | | | **1.00** | **MO** | | **2,100.00** | | | |

95011982

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 2,100.00 | $ .00 | $ 2,100.00 |

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95026553 | 13161278 | 5/31/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS
Net due 2nd day of 2nd month
**Net Due Date 7/2/2009**

**BILL TO:**
General Motors Corporation
Willow Run Plt-Gate 7
G M Powertrain Division
Attn: Accounts Payable
Ypsilanti MI 48198

**SHIP TO:**
General Motors Corporation
GM Powertrain Division
Willow Run Plant Gate 7
Ypsilanti MI 48197

### QUESTIONS
**Billing, such as PO, pricing or quantity :**
Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**
Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| OXYGEN ID:#0937-0037 | 05/28/2009 | 85868264 | 430,900 | CF | .0059 | 2,542.31 | N | | MI |
| REL# HWR81323 | | | | | | | | | |
| PO# TCB06321 | | | | | | | | | |
| **Sub Total Praxair #8503225** | | | 430,900 | CF | | 2,542.31 | | | |

95011982
For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 2,542.31 | $ .00 | $ 2,542.31 |

**PRAXAIR**

Praxair, Inc.
39 Old Ridgebury Road
Danbury, CT 06810-5113

June 11, 2009

Attn: Javier
General Motors FAA/ABP
C/O Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490

## Statement of Account

| INVOICE# | INVOICE DATE | AMOUNT | P.O. NUMBER |
|----------|--------------|--------|-------------|
| 12917990 | 1/5/2009 | 35.39 | TCR12680 |
| 13076620 | 4/7/2009 | 632.03 | TCR20563 |
| 13081411 | 4/13/2009 | 851.50 | TCR20563 |
| 13086363 | 4/16/2009 | 611.84 | TCR12680 |
| 13086365 | 4/16/2009 | 1,019.93 | TCR12680 |
| 13086367 | 4/16/2009 | 860.01 | TCR12680 |
| 13086369 | 4/16/2009 | 705.49 | TCR12680 |
| 13086371 | 4/16/2009 | 312.65 | TCR12680 |
| 13086373 | 4/16/2009 | 739.09 | TCR12677 |
| 13086377 | 4/16/2009 | 457.78 | TCR12677 |
| 13086379 | 4/16/2009 | 970.64 | TCR12677 |
| 13096084 | 4/24/2009 | 190.36 | TCR20563 |
| 13098664 | 4/27/2009 | 378.49 | TCR20563 |
| 13113345 | 5/1/2009 | 1,272.56 | TCR20563 |
| 13129133 | 5/12/2009 | 684.42 | TCR20563 |
| 13154037 | 5/31/2009 | 788.80 | TCR20563 |

Judy Amarah
Credit Department
BUS    203-837-2435
FAX    203-837-2586
Email Judy_Amarah@Praxair.com

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95089404 | **12917990** | 1/5/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net 1st day/2nd mo aft current
**Net Due Date** 3/1/2009

**BILL TO:**

General Motors FAA/ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**

General Motors Corporation
3050 Lomita Boulevard
Torrance CA 90505 -5103

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel: 609-567-1797
Fax: 609-561-5187
Email: Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel: 203-837-2435
Fax: 203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen | 01/04/2009 | 85453269 | 110,000 | CF | .0039 | 429.00 | Y | 8.250 % | CA |
| PO# TCR12680 | | | | | | | | 35.39 | |
| **Sub Total Praxair #8527814** | | | **110,000** | CF | | **429.00** | | **35.39** | |

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 429.00 | $ 35.39 | $ 464.39 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95089404 | **13076620** | 4/7/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net 1st day/2nd mo aft current
**Net Due Date** 6/1/2009

**BILL TO:**

General Motors FAA/ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**

General Motors Corporation
3050 Lomita Boulevard
Torrance CA 90505 -5103

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen PO# TCR20563 | 04/07/2009 | 85729773 | 141,100 | CF | .0041 | 578.51 | Y | 9.250 % 53.52 | CA |
| **Sub Total Praxair #8527814** | | | **141,100** | **CF** | | **578.51** | | **53.52** | |

95011839
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 578.51 | $ 53.52 | $ 632.03 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95089404 | **13081411** | 4/13/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net 1st day/2nd mo aft current
**Net Due Date 6/1/2009**

**BILL TO:**
General Motors FAA/ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
3050 Lomita Boulevard
Torrance CA 90505 -5103

**QUESTIONS**

Billing, such as PO, pricing or quantity :
Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:
Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen PO# TCR20563 | 04/11/2009 | 85741389 | 190,100 | CF | .0041 | 779.41 | Y | 9.250 % 72.09 | CA |
| **Sub Total Praxair #8527814** | | | **190,100** | **CF** | | **779.41** | | **72.09** | |

95011839
For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 779.41 | $ 72.09 | $ 851.50 |

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95089404 | 13086363 | 4/16/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net 1st day/2nd mo aft current
**Net Due Date** 6/1/2009

**BILL TO:**
General Motors FAA/ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
3050 Lomita Boulevard
Torrance CA 90505 -5103

**QUESTIONS**

Billing, such as PO, pricing or quantity :
Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:
Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Rebill to correct PO to TCR20563

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen | 11/15/2008 | 85305526 | 143,600 | CF | .0039 | 560.04 | Y | 9.250 % | CA |
| PO# TCR12680 | | | | | | | | 51.80 | |
| **Sub Total Praxair #8527814** | | | **143,600** | **CF** | | **560.04** | | **51.80** | |

TAX (column header above Y/N and RATE/AMT)

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|--------|-----------|--------------|
| | $ 560.04 | $ 51.80 | $ 611.84 |

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95089404 | **13086365** | 4/16/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net 1st day/2nd mo aft current
**Net Due Date** 6/1/2009

**BILL TO:**
General Motors FAA/ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
3050 Lomita Boulevard
Torrance CA 90505 -5103

**QUESTIONS**

Billing, such as PO, pricing or quantity :
Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:
Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Rebill to correct PO to TCR20563

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen PO# TCR12680 | 01/20/2009 | 85501551 | 227,700 | CF | .0041 | 933.57 | Y | 9.250 % 86.36 | CA |
| **Sub Total Praxair #8527814** | | | 227,700 | CF | | 933.57 | | 86.36 | |

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 933.57 | $ 86.36 | $ 1,019.93 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95089404 | **13086367** | 4/16/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net 1st day/2nd mo aft current
**Net Due Date** 6/1/2009

**BILL TO:**

General Motors FAA/ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**

General Motors Corporation
3050 Lomita Boulevard
Torrance CA 90505 -5103

### QUESTIONS

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Rebill to correct PO to TCR20563

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen | 02/08/2009 | 85561185 | 192,000 | CF | .0041 | 787.20 | Y | 9.250 % | CA |
| PO# TCR12680 | | | | | | | | 72.81 | |
| **Sub Total Praxair #8527814** | | | 192,000 | CF | | 787.20 | | 72.81 | |

95011839  UG3
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 787.20 | $ 72.81 | $ 860.01 |


# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95089404 | **13086369** | 4/16/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net 1st day/2nd mo aft current
**Net Due Date 6/1/2009**

BILL TO:

General Motors FAA/ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

SHIP TO:

General Motors Corporation
3050 Lomita Boulevard
Torrance CA 90505 -5103

| QUESTIONS | COMMENTS |
|---|---|
| **Billing, such as PO, pricing or quantity :** | Rebill to correct PO to TCR20563 |
| Barbara K. Raubertas<br>Tel:  609-567-1797<br>Fax:  609-561-5187<br>Email:  Barbara_Raubertas@praxair.com | |
| **Collection & payment questions:** | |
| Judy Amarah<br>Tel:  203-837-2435<br>Fax:  203-837-2586<br>Email: judy_amarah@praxair.com | |

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen<br>PO# TCR12680 | 02/19/2009 | 85593724 | 157,500 | CF | .0041 | 645.75 | Y | 9.250 %<br>59.74 | CA |
| **Sub Total Praxair #8527814** | | | **157,500** | **CF** | | **645.75** | | **59.74** | |

95011839  UG3

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 645.75 | $ 59.74 | $ 705.49 |

# ░PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95089404 | **13086371** | 4/16/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net 1st day/2nd mo aft current
**Net Due Date 6/1/2009**

**BILL TO:**

General Motors FAA/ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**

General Motors Corporation
3050 Lomita Boulevard
Torrance CA 90505 -5103

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Rebill to correct PO to TCR20563

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|------|------|------|------|------|------|------|------|------|------|
| Liquid Nitrogen PO# TCR12680 | 02/23/2009 | 85605011 | 69,800 | CF | .0041 | 286.18 | Y | 9.250 % 26.47 | CA |
| **Sub Total Praxair #8527814** | | | **69,800** | **CF** | | **286.18** | | **26.47** | |

95011839  UG3

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 286.18 | $ 26.47 | $ 312.65 |


PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95089404 | 13086373 | 4/16/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net 1st day/2nd mo aft current
**Net Due Date 6/1/2009**

**BILL TO:**
General Motors FAA/ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
3050 Lomita Boulevard
Torrance CA 90505 -5103

**QUESTIONS**

Billing, such as PO, pricing or quantity :
Barbara K. Raubertas
Tel: 609-567-1797
Fax: 609-561-5187
Email: Barbara_Raubertas@praxair.com

Collection & payment questions:
Judy Amarah
Tel: 203-837-2435
Fax: 203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Rebill to correct PO to TCR20563

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen PO# TCR12677 | 03/01/2009 | 85625544 | 165,000 | CF | .0041 | 676.50 | Y | 9.250 % 62.59 | CA |
| **Sub Total Praxair #8527814** | | | **165,000** | **CF** | | **676.50** | | **62.59** | |

95011839  UG3

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 676.50 | $ 62.59 | $ 739.09 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95089404 | **13086377** | 4/16/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net 1st day/2nd mo aft current
**Net Due Date 6/1/2009**

**BILL TO:**
General Motors FAA/ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
3050 Lomita Boulevard
Torrance CA 90505 -5103

**QUESTIONS**

Billing, such as PO, pricing or quantity :
Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:
Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Rebill to correct PO to TCR20563

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen | 03/13/2009 | 85659867 | 102,200 | CF | .0041 | 419.02 | Y | 9.250 % | CA |
| PO# TCR12677 | | | | | | | | 38.76 | |
| **Sub Total Praxair #8527814** | | | **102,200** | **CF** | | **419.02** | | **38.76** | |

95011839  UG3
For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 419.02 | $ 38.76 | $ 457.78 |

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95089404 | 13086379 | 4/16/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net 1st day/2nd mo aft current
**Net Due Date** 6/1/2009

**BILL TO:**
General Motors FAA/ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
3050 Lomita Boulevard
Torrance CA 90505 -5103

**QUESTIONS**

Billing, such as PO, pricing or quantity :
Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:
Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Rebill to correct PO to TCR20563

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen PO# TCR12677 | 03/28/2009 | 85702495 | 216,700 | CF | .0041 | 888.47 | Y | 9.250 % 82.17 | CA |
| **Sub Total Praxair #8527814** | | | **216,700** | **CF** | | **888.47** | | **82.17** | |

95011839  UG3
For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 888.47 | $ 82.17 | $ 970.64 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95089404 | 13096084 | 4/24/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net 1st day/2nd mo aft current
**Net Due Date** 6/1/2009

**BILL TO:**
General Motors FAA/ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
3050 Lomita Boulevard
Torrance CA 90505 -5103

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen PO# TCR20563 | 04/23/2009 | 85774536 | 42,500 | CF | .0041 | 174.25 | Y | 9.250 % 16.11 | CA |
| **Sub Total Praxair #8527814** | | | **42,500** | **CF** | | **174.25** | | **16.11** | |

95011839
A
For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 174.25 | $ 16.11 | $ 190.36 |

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95089404 | **13098664** | 4/27/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net 1st day/2nd mo aft current
**Net Due Date** 6/1/2009

**BILL TO:**

General Motors FAA/ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**

General Motors Corporation
3050 Lomita Boulevard
Torrance CA 90505 -5103

### QUESTIONS

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen | 04/25/2009 | 85781999 | 84,500 | CF | .0041 | 346.45 | Y | 9.250 % | CA |
| PO# TCR20563 | | | | | | | | 32.04 | |
| **Sub Total Praxair #8527814** | | | **84,500** | **CF** | | **346.45** | | **32.04** | |

95011839
For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 346.45 | $ 32.04 | $ 378.49 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95089404 | **13113345** | 5/1/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net 1st day/2nd mo aft current
**Net Due Date** 7/1/2009

**BILL TO:**
General Motors FAA/ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
3050 Lomita Boulevard
Torrance CA 90505 -5103

**QUESTIONS**

Billing, such as PO, pricing or quantity :
Barbara K. Raubertas
Tel: 609-567-1797
Fax: 609-561-5187
Email: Barbara_Raubertas@praxair.com

Collection & payment questions:
Judy Amarah
Tel: 203-837-2435
Fax: 203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen PO# TCR20563 | 05/01/2009 | 85796651 | 284,100 | CF | .0041 | 1,164.81 | Y | 9.250 % 107.75 | CA |
| **Sub Total Praxair #8527814** | | | **284,100** | CF | | **1,164.81** | | **107.75** | |

95011839
For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 1,164.81 | $ 107.75 | $ 1,272.56 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|---------------|----------------|--------------|
| 1 of 1 | 95089404 | 13129133 | 5/12/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net 1st day/2nd mo aft current
**Net Due Date** 7/1/2009

**BILL TO:**

General Motors FAA/ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**

General Motors Corporation
3050 Lomita Boulevard
Torrance CA 90505 -5103

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen | 05/12/2009 | 85826571 | 152,800 | CF | .0041 | 626.48 | Y | 9.250 % | CA |
| PO# TCR20563 | | | | | | | | 57.94 | |
| **Sub Total Praxair #8527814** | | | 152,800 | CF | | 626.48 | | 57.94 | |

95011839
For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 626.48 | $ 57.94 | $ 684.41 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95089404 | **13154037** | 5/31/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net 1st day/2nd mo aft current
**Net Due Date** 7/1/2009

**BILL TO:**

General Motors FAA/ABP
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**

General Motors Corporation
3050 Lomita Boulevard
Torrance CA 90505 -5103

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | TAX ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Nitrogen PO# TCR20563 | 05/31/2009 | 85878374 | 176,100 | CF | .0041 | 722.01 | Y | 9.250 % 66.79 | CA |
| **Sub Total Praxair #8527814** | | | **176,100** | **CF** | | **722.01** | | **66.79** | |

95011839
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|
| | $ 722.01 | $ 66.79 | $ 788.80 |



Praxair, Inc.
39 Old Ridgebury Road
Danbury, CT 06810-5113

June 5, 2009

Attn: Michael Paritee
General Motors Corporation
c/o OLIMPIC Receipting
PO Box 63490
Phoenix, AZ 85082-3490

## Statement of Account

| INVOICE# | INVOICE DATE | AMOUNT | P.O. NUMBER |
|---|---|---|---|
| 13043893 | 3/23/2009 | 4,306.20 | FAR01751 |
| 13107719 | 5/1/2009 | 600.00 | FAR01663 |
| 13108383 | 5/1/2009 | 2,500.00 | FAR01663 |
| 13122321 | 5/6/2009 | 4,352.30 | FAR01751 |
| 13131099 | 5/13/2009 | 917.10 | FAR01663 |
| 13132406 | 5/14/2009 | 3,891.79 | FAR01751 |
| 13136627 | 5/18/2009 | 4,456.78 | FAR01751 |
| 13145998 | 5/26/2009 | 4,597.59 | FAR01751 |
| 13155180 | 6/1/2009 | 600.00 | FAR01663 |
| 13155472 | 6/1/2009 | 2,500.00 | FAR01663 |
| 13165384 | 6/2/2009 | 4,713.26 | FAR01751 |

Judy Amarah
Credit Department
BUS   203-837-2435
FAX   203-837-2586
Email Judy_Amarah@Praxair.com

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95531504 | **13043893** | 3/23/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 5/2/2009**

**BILL TO:**
General Motors Corporation
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
425 Saw Mill Road
Ardsley NY 10502

**QUESTIONS**

Billing, such as PO, pricing or quantity :
Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:
Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TT HY 00005 0937-0909 | 03/16/2009 | 85554428 | 130,491 | CF | .0330 | 4,306.20 | N | | NY |
| PO# FAR01663 | | | | | | | | | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5531505** | | | 130,491 | CF | | 4,306.20 | | | |

95531503
For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 4,306.20 | $ .00 | $ 4,306.20 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95531504 | **13107719** | 5/1/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**

General Motors Corporation
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**

General Motors Corporation
425 Saw Mill Road
Ardsley NY 10502

### QUESTIONS

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| LN2 SC SQ 00003 1438-001T | 05/01/2009 | 12108035 | 1.00 | MO | 600.0000 | 600.00 | Y | | NY |
| PO# FAR01663 | | | | | | | | .00 | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Parilee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5571389** | | | 1.00 | MO | | 600.00 | | | |

95531503

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|
| | $ 600.00 | $ .00 | $ 600.00 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95531504 | **13108383** | 5/1/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**
General Motors Corporation
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
425 Saw Mill Road
Ardsley NY 10502

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax: 203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TTHY RENT 00004-1438-001V | 05/01/2009 | 12107976 | 1.00 | MO | 2,500.0000 | 2,500.00 | Y | | NY |
| PO# FAR01663 | | | | | | | | .00 | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5531505** | | | 1.00 | MO | | 2,500.00 | | | |

95531503
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,500.00 | $ .00 | $ 2,500.00 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95531504 | **13122321** | 5/6/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**

General Motors Corporation
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**

General Motors Corporation
425 Saw Mill Road
Ardsley NY 10502

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TT HY 00005 0937-0909 | 05/04/2009 | 85699793 | 131,888 | CF | .0330 | 4,352.30 | N | | NY |
| PO# FAR01751 | | | | | | | | | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5531505** | | | **131,888** | CF | | **4,352.30** | | | |

95531503

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 4,352.30 | $ .00 | $ 4,352.30 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95531504 | **13131099** | 5/13/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

## TERMS

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**
General Motors Corporation
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
425 Saw Mill Road
Ardsley NY 10502

## QUESTIONS

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

## INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| LN2 SEQ 00002 0937-0908 | 05/13/2009 | 85827160 | 203,800 | CF | .0045 | 917.10 | N | | NY |
| PO# FAR01663 | | | | | | | | | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5571389** | | | **203,800** | CF | | **917.10** | | | |

95531503

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 917.10 | $ .00 | $ 917.10 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95531504 | **13132406** | 5/14/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 7/2/2009**

**BILL TO:**

General Motors Corporation
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**

General Motors Corporation
425 Saw Mill Road
Ardsley NY 10502

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TT HY 00005 0937-0909 | 05/11/2009 | 85699796 | 117,933 | CF | .0330 | 3,891.79 | N | | NY |
| PO# FAR01751 | | | | | | | | | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5531505** | | | 117,933 | CF | | 3,891.79 | | | |

95531503

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|
| | $ 3,891.79 | $ .00 | $ 3,891.79 |


# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95531504 | **13136627** | 5/18/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 7/2/2009**

**BILL TO:**

General Motors Corporation
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**

General Motors Corporation
425 Saw Mill Road
Ardsley NY 10502

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TT HY 00005 0937-0909 | 05/18/2009 | 85699798 | 135,054 | CF | .0330 | 4,456.78 | N | | NY |
| PO# FAR01751 | | | | | | | | | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5531505** | | | **135,054** | **CF** | | **4,456.78** | | | |

95531503

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 4,456.78 | $ .00 | $ 4,456.78 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|---------------|----------------|--------------|
| 1 of 1 | 95531504 | **13145998** | 5/26/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 7/2/2009**

**BILL TO:**

General Motors Corporation
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**

General Motors Corporation
425 Saw Mill Road
Ardsley NY 10502

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TT HY 00005 0937-0909 | 05/26/2009 | 85699799 | 139,321 | CF | .0330 | 4,597.59 | N | | NY |
| PO# FAR01751 | | | | | | | | | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5531505** | | | 139,321 | CF | | 4,597.59 | | | |

95531503

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|
| | $ 4,597.59 | $ .00 | $ 4,597.59 |

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95531504 | **13165384** | 6/2/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date** 8/2/2009

**BILL TO:**

General Motors Corporation
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**

General Motors Corporation
425 Saw Mill Road
Ardsley NY 10502

### QUESTIONS

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TT HY 00005 0937-0909 | 06/01/2009 | 85855632 | 142,826 | CF | .0330 | 4,713.26 | N | | NY |
| PO# FAR01751 | | | | | | | | | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5531505** | | | 142,826 | CF | | 4,713.26 | | | |

95531503

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 4,713.26 | $ .00 | $ 4,713.26 |

**PRAXAIR**

06/01/2009

Order #: 85855632
873-99137

PRAXAIR, INC.
PLANT #: 873 - SUFFIELD
UCAR STREET & ROUTE 159
SUFFIELD, CT 06078
1-800-PRAXAIR

**CUSTOMER BILLING TICKET**

Praxair Number:   5531505
Customer:       GENERAL MOTORS CORPORATION
Measurement Site: 425 SAW MILL ROAD
                ARDSLEY, NY 10502

Product:       TTHY RENT 00004-1438-0  Tractor #: 5599
Tour Number:   46305201
Trip Number:   1
Driver(s):    91826 MAJOR, BRIAN D
PO #:         PAR01751
Release #:
Lot Number:    GHS73053109715604 45

**GAS DELIVERY**

Date/Time Arrived: 6/1/09 0646     Date/Time Left: 6/1/09 0745

[X] Drop/Pickup    [ ] Drop Only    [ ] Pickup Only

|  | Temperature (Degrees F) | Pressure (PSI) | Volume (CF) |
|---|---|---|---|
| Trailer # Dropped: 7186 | 48 | 2560 | 142826 |
| Volume Dropped (CF): | | | |
| Trailer # Picked Up: 5520 | 55 | 1920 | 103885 |

Bill By:

Signature For Praxair, Inc. _____    Date: 6-1-09
ORDERED BY: MIKE PARITEE

C 1025 1/97 Rev.            **PLANT COPY**

**PRAXAIR**

Praxair, Inc.
39 Old Ridgebury Road
Danbury, CT 06810-5113

June 9, 2009

Attn: Mike Muir
General Motors Powertrain
3300 G M Road
Milford, MI 48380-0001

## Statement of Account

| INVOICE# | INVOICE DATE | AMOUNT | P.O. NUMBER | | |
|----------|--------------|--------|-------------|---|---|
| 12935565 | 1/19/2009 | 76.22 | TCR09632 | | |
| 12947006 | 1/26/2009 | 36.54 | TCR09632 | | |
| 12947008 | 1/26/2009 | 28.78 | TCR09629 | | |
| 12984549 | 2/16/2009 | 33.02 | TCR09632 | | |
| 13014877 | 2/28/2009 | 65.80 | TCR09632 | | |
| 13014880 | 2/28/2009 | 38.26 | TCR09629 | | |
| 13032904 | 3/16/2009 | 42.00 | TCR09632 | | |
| 13051700 | 3/30/2009 | 40.24 | TCB06321 | RLS | TCR19079 |
| 13051702 | 3/30/2009 | 55.88 | TCB06321 | RLS | TCR19074 |
| 13089019 | 4/20/2009 | 1,378.42 | TCB06321 | RLS | TCR19074 |
| 13089020 | 4/20/2009 | 415.74 | TCB06321 | RLS | TCR19079 |
| 13100774 | 4/28/2009 | 324.72 | TCB06321 | RLS | TCR19079 |
| 13100775 | 4/28/2009 | 1,208.27 | TCB06321 | RLS | TCR19074 |
| 13134453 | 5/18/2009 | 1,108.23 | TCB06321 | RLS | TCR19074 |
| 13143008 | 5/25/2009 | 689.62 | TCB06321 | RLS | TCR19079 |
| 13143009 | 5/25/2009 | 530.13 | TCB06321 | RLS | TCR19074 |
| 13161230 | 5/31/2009 | 791.30 | TCB06321 | RLS | TCR19074 |

Judy Amarah
Credit Department
BUS    203-837-2435
FAX    203-837-2586
Email Judy_Amarah@Praxair.com

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95026940 | **12935565** | 1/19/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 3/2/2009

**BILL TO:**

General Motors Powertrain
3300 G M Road
Attn: Mike Muir M C 483331000
Milford MI 48380-0001

**SHIP TO:**

General Motors Corporation
Cemss Div-Curr Prod Engr Grp
G M Provng Grnds Bldg 31
Milford MI 48380

**QUESTIONS**

Billing, such as PO, pricing or quantity :
Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:
Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 01/15/2009 | 85478524 | 381,100 | CF | .0041 | 1,562.51 | N | | MI |
| PO# TCR09632 | | | | | | | | | |
| **Sub Total Praxair #8502058** | | | 381,100 | CF | | 1,562.51 | | | |

2
For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 1,562.51 | $ .00 | $ 1,562.51 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95026940 | **12947006** | 1/26/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 3/2/2009

**BILL TO:**

General Motors Powertrain
3300 G M Road
Attn: Mike Muir M C 483331000
Milford MI 48380-0001

**SHIP TO:**

General Motors Corporation
Cemss Div-Curr Prod Engr Grp
G M Provng Grnds Bldg 31
Milford MI 48380

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:   Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:   judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 01/26/2009 | 85509128 | 182,700 | CF | .0041 | 749.07 | N | | MI |
| PO# TCR09632 | | | | | | | | | |
| **Sub Total Praxair #8502058** | | | 182,700 | CF | | 749.07 | | | |

95009902
2

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 749.07 | $ .00 | $ 749.07 |

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95026849 | **12947008** | 1/26/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date** 3/2/2009

**BILL TO:**

General Motors Powertrain
3300 G M Road
Attn: Mike Muir M C 483331000
Milford MI 48380-0001

**SHIP TO:**

General Motors Corporation
GM Powertrain Division
G M Provg Grounds Bldg 1
Milford MI 48380-3726

### QUESTIONS

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 01/26/2009 | 85509132 | 143,900 | CF | .0041 | 589.99 | N | | MI |
| PO# TCR09629 | | | | | | | | | |
| **Sub Total Praxair #0281336** | | | 143,900 | CF | | 589.99 | | | |

95009902

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 589.99 | $ .00 | $ 589.99 |

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95026940 | 12984549 | 2/16/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date 4/2/2009**

**BILL TO:**

General Motors Powertrain
3300 G M Road
Attn: Mike Muir M C 483331000
Milford MI 48380-0001

**SHIP TO:**

General Motors Corporation
Cemss Div-Curr Prod Engr Grp
G M Provng Grnds Bldg 31
Milford MI 48380

### QUESTIONS

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 02/11/2009 | 85565494 | 165,100 | CF | .0041 | 676.91 | N | | MI |
| PO# TCR09632 | | | | | | | | | |
| **Sub Total Praxair #8502058** | | | 165,100 | CF | | 676.91 | | | |

95009902
For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 676.91 | $ .00 | $ 676.91 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95026940 | **13014877** | 2/28/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 4/2/2009**

**BILL TO:**

General Motors Powertrain
3300 G M Road
Attn: Mike Muir M C 483331000
Milford MI 48380-0001

**SHIP TO:**

General Motors Corporation
Cemss Div-Curr Prod Engr Grp
G M Provng Grnds Bldg 31
Milford MI 48380

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | TAX | | |
| NITROGEN ID:#0937-0027 PO# TCR09632 | 02/24/2009 | 85599694 | 329,000 | CF | .0041 | 1,348.90 | N | | MI |
| **Sub Total Praxair #8502058** | | | **329,000** | CF | | **1,348.90** | | | |

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 1,348.90 | $ .00 | $ 1,348.90 |

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|---------------|----------------|--------------|
| 1 of 1 | 95026849 | **13014880** | 2/28/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 4/2/2009**

**BILL TO:**
General Motors Powertrain
3300 G M Road
Attn: Mike Muir M C 483331000
Milford MI 48380-0001

**SHIP TO:**
General Motors Corporation
GM Powertrain Division
G M Provg Grounds Bldg 1
Milford MI 48380-3726

**QUESTIONS**

Billing, such as PO, pricing or quantity :
Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:
Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 02/24/2009 | 85599717 | 191,300 | CF | .0041 | 784.33 | N | | MI |
| PO# TCR09629 | | | | | | | | | |
| **Sub Total Praxair #0281336** | | | 191,300 | CF | | 784.33 | | | |

95009902
2
For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 784.33 | $ .00 | $ 784.33 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95026940 | **13032904** | 3/16/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 5/2/2009**

**BILL TO:**
General Motors Powertrain
3300 G M Road
Attn: Mike Muir M C 483331000
Milford MI 48380-0001

**SHIP TO:**
General Motors Corporation
Cemss Div-Curr Prod Engr Grp
G M Provng Grnds Bldg 31
Milford MI 48380

**QUESTIONS**

Billing, such as PO, pricing or quantity :
Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:
Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 03/12/2009 | 85649541 | 210,000 | CF | .0041 | 861.00 | N | | MI |
| PO# TCR09632 | | | | | | | | | |
| **Sub Total Praxair #8502058** | | | **210,000** | CF | | **861.00** | | | |

95009902
2
For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 861.00 | $ .09 | $ 861.00 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95026849 | **13051700** | 3/30/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 5/2/2009

**BILL TO:**

General Motors Powertrain
3300 G M Road
Attn: Mike Muir M C 483331000
Milford MI 48380-0001

**SHIP TO:**

General Motors Corporation
GM Powertrain Division
G M Provg Grounds Bldg 1
Milford MI 48380-3726

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 03/24/2009 | 85680411 | 201,200 | CF | .0041 | 824.92 | N | | MI |
| PO# TCB06321 RLS TCR19079 | | | | | | | | | |
| **Sub Total Praxair #0281336** | | | 201,200 | CF | | 824.92 | | | |

95009902

2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 824.92 | $ .00 | $ 824.92 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95026940 | **13051702** | 3/30/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 5/2/2009**

**BILL TO:**
General Motors Powertrain
3300 G M Road
Attn: Mike Muir M C 483331000
Milford MI 48380-0001

**SHIP TO:**
General Motors Corporation
Cemss Div-Curr Prod Engr Grp
G M Provng Grnds Bldg 31
Milford MI 48380

**QUESTIONS**

Billing, such as PO, pricing or quantity :
Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:
Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 03/24/2009 | 85680412 | 279,400 | CF | .0041 | 1,145.54 | N | | MI |
| PO# TCB06321 RLS TCR19074 | | | | | | | | | |
| **Sub Total Praxair #8502058** | | | **279,400** | **CF** | | **1,145.54** | | | |

95009902
2

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 1,145.54 | $ .00 | $ 1,145.54 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|---------------|----------------|--------------|
| 1 of 1 | 95026940 | **13089019** | 4/20/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**

General Motors Powertrain
3300 G M Road
Attn: Mike Muir M C 483331000
Milford MI 48380-0001

**SHIP TO:**

General Motors Corporation
Cemss Div-Curr Prod Engr Grp
G M Provng Grnds Bldg 31
Milford MI 48380

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 04/14/2009 | 85737386 | 336,200 | CF | .0041 | 1,378.42 | N | | MI |
| PO# TCB06321 RLS TCR19074 | | | | | | | | | |
| **Sub Total Praxair #8502058** | | | 336,200 | CF | | 1,378.42 | | | |

(TAX header spans Y/N, RATE/AMT, ST columns)

95009902
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 1,378.42 | $ .00 | $ 1,378.42 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95026849 | **13089020** | 4/20/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**

General Motors Powertrain
3300 G M Road
Attn: Mike Muir M C 483331000
Milford MI 48380-0001

**SHIP TO:**

General Motors Corporation
GM Powertrain Division
G M Provg Grounds Bldg 1
Milford MI 48380-3726

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **TAX** | |
| NITROGEN ID:#0937-0027 | 04/14/2009 | 85737388 | 101,400 | CF | .0041 | 415.74 | N | | MI |
| PO# TCB06321 RLS TCR19079 | | | | | | | | | |
| **Sub Total Praxair #0281336** | | | **101,400** | **CF** | | **415.74** | | | |

95009902
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 415.74 | $ .00 | $ 415.74 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95026849 | **13100774** | 4/28/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**

General Motors Powertrain
3300 G M Road
Attn: Mike Muir M C 483331000
Milford MI 48380-0001

**SHIP TO:**

General Motors Corporation
GM Powertrain Division
G M Provg Grounds Bldg 1
Milford MI 48380-3726

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping, charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|------------------------------------------|-----------|--------------|---------------|-----|------------|--------|-----|-----------|-----|
| NITROGEN ID:#0937-0027 | 04/27/2009 | 85774258 | 79,200 | CF | .0041 | 324.72 | N | | MI |
| PO# TCB06321 RLS TCR19079 | | | | | | | | | |
| **S**ub Total Praxair #0281336 | | | 79,200 | CF | | 324.72 | | | |

95009902
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 324.72 | $ .00 | $ 324.72 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95026940 | **13100775** | 4/28/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**
General Motors Powertrain
3300 G M Road
Attn: Mike Muir M C 483331000
Milford MI 48380-0001

**SHIP TO:**
General Motors Corporation
Cemss Div-Curr Prod Engr Grp
G M Provng Gmds Bldg 31
Milford MI 48380

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **TAX** | |
| NITROGEN ID:#0937-0027 | 04/27/2009 | 85774263 | 294,700 | CF | .0041 | 1,208.27 | N | | MI |
| PO# TCB06321 RLS TCR19074 | | | | | | | | | |
| | | | | | | | | | |
| **Sub Total Praxair #8502058** | | | 294,700 | CF | | 1,208.27 | | | |

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 1,208.27 | $ .00 | $ 1,208.27 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95026940 | **13134453** | 5/18/2009 |

REMITTANCE INSTRUCTIONS:
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 7/2/2009**

**BILL TO:**
General Motors Powertrain
3300 G M Road
Attn: Mike Muir M C 483331000
Milford MI 48380-0001

**SHIP TO:**
General Motors Corporation
Cemss Div-Curr Prod Engr Grp
G M Provng Grnds Bldg 31
Milford MI 48380

**QUESTIONS**

Billing, such as PO, pricing or quantity :
Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:
Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 05/13/2009 | 85827666 | 270,300 | CF | .0041 | 1,108.23 | N | | MI |
| PO# TCB06321 RLS TCR19074 | | | | | | | | | |
| **Sub Total Praxair #8502058** | | | **270,300** | **CF** | | **1,108.23** | | | |

95009902
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 1,108.23 | $ .00 | $ 1,108.23 |

hi



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95026849 | 13143008 | 5/25/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 7/2/2009**

**BILL TO:**

General Motors Powertrain
3300 G M Road
Attn: Mike Muir M C 483331000
Milford MI 48380-0001

**SHIP TO:**

General Motors Corporation
GM Powertrain Division
G M Provg Grounds Bldg 1
Milford MI 48380-3726

**QUESTIONS**

Billing, such as PO, pricing or quantity :
Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:
Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **TAX** | | |
| NITROGEN ID:#0937-0027 | 05/19/2009 | 85835353 | 168,200 | CF | .0041 | 689.62 | N | | MI |
| PO# TCB06321 RLS TCR19079 | | | | | | | | | |
| **Sub Total Praxair #0281336** | | | **168,200** | **CF** | | **689.62** | | | |

95009902
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 689.62 | $ .00 | $ 689.62 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95026940 | 13143009 | 5/25/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 7/2/2009**

**BILL TO:**

General Motors Powertrain
3300 G M Road
Attn: Mike Muir M C 483331000
Milford MI 48380-0001

**SHIP TO:**

General Motors Corporation
Cemss Div-Curr Prod Engr Grp
G M Provng Grnds Bldg 31
Milford MI 48380

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **TAX** | | |
| NITROGEN ID:#0937-0027 | 05/19/2009 | 85835355 | 129,300 | CF | .0041 | 530.13 | N | | MI |
| PO# TCB06321 RLS TCR19074 | | | | | | | | | |
| **Sub Total Praxair #8502058** | | | **129,300** | **CF** | | **530.13** | | | |

95009902
2
`For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com`

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 530.13 | $ .00 | $ 530.13 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95026940 | 13161230 | 5/31/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**

General Motors Powertrain
3300 G M Road
Attn: Mike Muir M C 483331000
Milford MI 48380-0001

**SHIP TO:**

General Motors Corporation
Cemss Div-Curr Prod Engr Grp
G M Provng Grnds Bldg 31
Milford MI 48380

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 05/29/2009 | 85867296 | 193,000 | CF | .0041 | 791.30 | N | | MI |
| PO# TCB06321 RLS TCR19074 | | | | | | | | | |
| **Sub Total Praxair #8502058** | | | 193,000 | CF | | 791.30 | | | |

95009902
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 791.30 | $ .00 | $ 791.30 |



Praxair, Inc.
39 Old Ridgebury Road
Danbury, CT 06810-5113

June 9, 2009

Attn: Joe
General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Saginaw, MI 48604-5073

### Statement of Account

| INVOICE# | INVOICE DATE | AMOUNT | P.O. NUMBER |
|---|---|---|---|
| 12873138 | 12/1/2008 | 5,123.14- | dup pay#12668310 |
| 12828238 | 11/12/2008 | 1,127.07- | |
| 12854390 | 11/30/2008 | 1,982.56- | |
| 12879484 | 12/12/2008 | 87.90- | |
| 12896397 | 12/24/2008 | 94.56- | |
| 12931642 | 1/14/2009 | 47.62- | |
| 12967875 | 2/3/2009 | 25.05- | |
| 13000071 | 2/26/2009 | 89.50- | |
| 13023544 | 3/7/2009 | 23.84- | |
| 13036190 | 3/17/2009 | 88.66- | |
| 13056964 | 3/31/2009 | 1,665.69 | |
| 13059552 | 4/1/2009 | 900.00 | |
| 13090835 | 4/20/2009 | 1,950.39 | |
| 13097233 | 4/25/2009 | 6,255.00 | TCB06321 |
| 13100898 | 4/28/2009 | 1,165.71 | |
| 13117860 | 5/4/2009 | 5,878.18 | S701293 |
| 13107795 | 5/1/2009 | 900.00 | |
| 13135531 | 5/18/2009 | 2,242.50 | |
| 13147198 | 5/27/2009 | 9,799.50 | TCB06321 |
| 13155264 | 6/1/2009 | 900.00 | |

Judy Amarah
Credit Department
BUS    203-837-2435
FAX    203-837-2586
Email Judy_Amarah@Praxair.com

December 8, 2008                                    $5,123.14
                                        Dup pay#12668310
                                        New Doc#12873138

General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Saginaw, MI 48604-5073


Dear Staff:

Thank you for your EDI payment dated 12/01/08 in the amount of
$272,406.04. In this remittance, you made a duplicate payment against
invoice number 12668310 dated 8/25/08 in the amount of $5,123.14 which
was originally paid by your EDI payment dated 11/14/08 in the amount of
$177,959.21.

This duplicate payment in the amount of $5,123.14 has been placed on
your account and should be deducted in your next remittance referencing
the new document number. If you need additional information, please
contact us.

Please refer your reply to:   Judy Amarah
                              Praxair Credit Dept
                              203-837-2435
                        Fax: 203-837-2586
                              e-mail:Judy_Amarah@Praxair.com




Sincerely,


Joanne DeLillo
A/R Department


Email JOANNE_DELILLO@PRAXAIR.COM


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95679796 | **12828238** | 11/12/2008 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 1/2/2009

**BILL TO:**

General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Attn: Accounts Payable
Saginaw MI 48604-5073

**SHIP TO:**

General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Saginaw MI 48604-5073

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 11/12/2008 | 85294250 | 275,200 | CF | .0039 | 1,073.28 | N | | MI |
| **Sub Total Praxair #5666452** | | | 275,200 | CF | | 1,073.28 | | | |

95009813
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 1,073.28 | $ .00 | $ 1,073.28 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95679796 | **12854390** | 11/30/2008 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 01/02/2009

**BILL TO:**

General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Attn: Accounts Payable
Saginaw MI 48604-5073

**SHIP TO:**

General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Saginaw MI 48604-5073

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping, charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 11/29/2008 | 85346929 | 485,500 | CF | .0039 | 1,893.45 | N | | MI |
| **Sub Total Praxair #5666452** | | | 485,500 | CF | | 1,893.45 | | | |

95009813

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 1,893.45 | $ .00 | $ 1,893.45 |

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95679796 | **12879484** | 12/12/2008 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date** 2/2/2009

**BILL TO:**

General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Attn: Accounts Payable
Saginaw MI 48604-5073

**SHIP TO:**

General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Saginaw MI 48604-5073

### QUESTIONS

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 12/12/2008 | 85383859 | 439.500 | CF | .0039 | 1,714.05 | N | | MI |
| **Sub Total Praxair #5666452** | | | **439.500** | **CF** | | **1,714.05** | | | |

95009813
For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 1,714.05 | $ .00 | $ 1,714.05 |

# ⋙PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95679796 | **12896397** | 12/24/2008 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

## TERMS

Net due 2nd day of 2nd month
**Net Due Date** 2/2/2009

**BILL TO:**

General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Attn: Accounts Payable
Saginaw MI 48604-5073

**SHIP TO:**

General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Saginaw MI 48604-5073

### QUESTIONS

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 12/23/2008 | 85421183 | 472,800 | CF | .0039 | 1,843.92 | N | | MI |
| **Sub Total Praxair #5666452** | | | 472,800 | CF | | 1,843.92 | | | |

85009813
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 1,843.92 | $ .00 | $ 1,843.92 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95679796 | **12931642** | 1/14/2009 |

REMITTANCE INSTRUCTIONS:
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 3/2/2009

**BILL TO:**
General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Attn: Accounts Payable
Saginaw MI 48604-5073

**SHIP TO:**
General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Saginaw MI 48604-5073

**QUESTIONS**

Billing, such as PO, pricing or quantity :
Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:
Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 01/14/2009 | 85479460 | 647,600 | CF | .0039 | 2,525.64 | N | | MI |
| **Sub Total Praxair #5666452** | | | **647,600** | **CF** | | **2,525.64** | | | |

95009813

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 2,525.64 | $ .00 | $ 2,525.64 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95679796 | **12967875** | 2/3/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 4/2/2009**

**BILL TO:**

General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Attn: Accounts Payable
Saginaw MI 48604-5073

**SHIP TO:**

General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Saginaw MI 48604-5073

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping, charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 02/02/2009 | 85541955 | 488,000 | CF | .0039 | 1,903.20 | N | | MI |
| **Sub Total Praxair #5666452** | | | **488,000** | CF | | **1,903.20** | | | |

95009813
2

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 1,903.20 | $ .00 | $ 1,903.20 |

# PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95679796 | **13000071** | 2/26/2009 |

| REMITTANCE INSTRUCTIONS: |
|---|
| PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO: |
| Praxair, Inc.<br>PO Box 91385<br>Chicago IL 606931385 |

## TERMS

Net due 2nd day of 2nd month
**Net Due Date** 4/2/2009

**BILL TO:**
General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Attn: Accounts Payable
Saginaw MI 48604-5073

**SHIP TO:**
General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Saginaw MI 48604-5073

### QUESTIONS

| Billing, such as PO, pricing or quantity : |
|---|
| Barbara K. Raubertas<br>Tel:  609-567-1797<br>Fax:  609-561-5187<br>Email:  Barbara_Raubertas@praxair.com |
| Collection & payment questions: |
| Judy Amarah<br>Tel:  203-837-2435<br>Fax:  203-837-2586<br>Email:  judy_amarah@praxair.com |

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 02/26/2009 | 85614224 | 447,500 | CF | .0039 | 1,745.25 | N | | MI |
| **Sub Total Praxair #5666452** | | | 447,500 | CF | | 1,745.25 | | | |

95009813

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 1,745.25 | $ .00 | $ 1,745.25 |