**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95679796 | **13023544** | 3/7/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 5/2/2009**

**BILL TO:**

General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Attn: Accounts Payable
Saginaw MI 48604-5073

**SHIP TO:**

General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Saginaw MI 48604-5073

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 03/06/2009 | 85638505 | 119,200 | CF | .0039 | 464.88 | N | | MI |
| **Sub Total Praxair #5666452** | | | **119,200** | **CF** | | **464.88** | | | |

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 464.88 | $ .00 | $ 464.88 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95679796 | **13036190** | 3/17/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 5/2/2009**

**BILL TO:**
General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Attn: Accounts Payable
Saginaw MI 48604-5073

**SHIP TO:**
General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Saginaw MI 48604-5073

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 03/16/2009 | 85665817 | 443,300 | CF | .0039 | 1,728.87 | N | | MI |
| **Sub Total Praxair #5666452** | | | **443,300** | CF | | **1,728.87** | | | |

95009813
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 1,728.87 | $ .00 | $ 1,728.87 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95679796 | **13056964** | 3/31/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 5/2/2009

**BILL TO:**
General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Attn: Accounts Payable
Saginaw MI 48604-5073

**SHIP TO:**
General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Saginaw MI 48604-5073

**QUESTIONS**

| Billing, such as PO, pricing or quantity : |
|---|
| Barbara K. Raubertas |
| Tel:   609-567-1797 |
| Fax:   609-561-5187 |
| Email:  Barbara_Raubertas@praxair.com |

| Collection & payment questions: |
|---|
| Judy Amarah |
| Tel:   203-837-2435 |
| Fax:   203-837-2586 |
| Email:  judy_amarah@praxair.com |

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 03/31/2009 | 85708777 | 427,100 | CF | .0039 | 1,665.69 | N | | MI |
| | | | | | | | | | |
| **Sub Total Praxair #5666452** | | | **427,100** | CF | | **1,665.69** | | | |

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 1,665.69 | $ .00 | $ 1,665.69 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95679796 | **13059552** | 4/1/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**
General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Attn: Accounts Payable
Saginaw MI 48604-5073

**SHIP TO:**
General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Saginaw MI 48604-5073

### QUESTIONS

| Billing, such as PO, pricing or quantity : |
|---|
| Barbara K. Raubertas<br>Tel:   609-567-1797<br>Fax:   609-561-5187<br>Email:   Barbara_Raubertas@praxair.com |
| Collection & payment questions: |
| Judy Amarah<br>Tel:   203-837-2435<br>Fax:   203-837-2586<br>Email:   judy_amarah@praxair.com |

### COMMENTS

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NI SVC CHG 1438-0051 | 04/01/2009 | 12072681 | 1.00 | MO | 900.0000 | 900.00 | N | | MI |
| **Sub Total Praxair #5666452** | | | 1.00 | MO | | **900.00** | | | |

95009813

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 900.00 | $ .00 | $ 900.00 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95679796 | **13090835** | 4/20/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**
General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Attn: Accounts Payable
Saginaw MI 48604-5073

**SHIP TO:**
General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Saginaw MI 48604-5073

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 04/20/2009 | 85762320 | 500,100 | CF | .0039 | 1,950.39 | N | | MI |
| **Sub Total Praxair #5666452** | | | **500,100** | CF | | **1,950.39** | | | |

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|
| | $ 1,950.39 | $ .00 | $ 1,950.39 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021483 | **13097233** | 4/25/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**
General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Attn: Accounts Payable
Saginaw MI 48604-5073

**SHIP TO:**
General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Saginaw MI 48604-5073

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| 09370075 LIQ ARGON<br>PO# TCB06321 | 04/24/2009 | 85775378 | 225,000 | CF | .0278 | 6,255.00 | N | | MI |
| **Sub Total Praxair #8516233** | | | **225,000** | CF | | **6,255.00** | | | |

95009813

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 6,255.00 | $ .00 | $ 6,255.00 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95679796 | **13100898** | 4/28/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**
General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Attn: Accounts Payable
Saginaw MI 48604-5073

**SHIP TO:**
General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Saginaw MI 48604-5073

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 04/27/2009 | 85783214 | 298,900 | CF | .0039 | 1,165.71 | N | | MI |
| **Sub Total Praxair #5666452** | | | **298,900** | CF | | **1,165.71** | | | |

95009813
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|
| | $ 1,165.71 | $ .00 | $ 1,165.71 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021483 | **13117860** | 5/4/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net 1st day/2nd mo aft current
**Net Due Date** 7/1/2009

**BILL TO:**
General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Attn: Accounts Payable
Saginaw MI 48604-5073

**SHIP TO:**
General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Saginaw MI 48604-5073

**QUESTIONS**

**COMMENTS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| Liquid Argon<br>PO# S701293 | 05/03/2009 | 85798424 | 2,429.00 | CCF | 2.4200 | 5,878.18 | N | | MI |
| **Sub Total Praxair #8528537** | | | **2,429.00** | CCF | | **5,878.18** | | | |

95009813
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 5,878.18 | $ .00 | $ 5,878.18 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95679796 | **13107795** | 5/1/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**

General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Attn: Accounts Payable
Saginaw MI 48604-5073

**SHIP TO:**

General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Saginaw MI 48604-5073

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NI SVC CHG 1438-0051 | 05/01/2009 | 12108253 | 1.00 | MO | 900.0000 | 900.00 | N | | MI |
| **Sub Total Praxair #5666452** | | | 1.00 | MO | | 900.00 | | | |

2

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 900.00 | $ .00 | $ 900.00 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95679796 | **13135531** | 5/18/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**
General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Attn: Accounts Payable
Saginaw MI 48604-5073

**SHIP TO:**
General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Saginaw MI 48604-5073

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**
Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:   Barbara_Raubertas@praxair.com

**Collection & payment questions:**
Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:   judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 05/18/2009 | 85841697 | 575,000 | CF | .0039 | 2,242.50 | N | | MI |
| **Sub Total Praxair #5666452** | | | 575,000 | CF | | 2,242.50 | | | |

95009813
2
For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 2,242.50 | $ .00 | $ 2,242.50 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021483 | **13147198** | 5/27/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**
General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Attn: Accounts Payable
Saginaw MI 48604-5073

**SHIP TO:**
General Motors Corporation
Powertrain Division
1629 North Washington Avenue
Saginaw MI 48604-5073

### QUESTIONS

**COMMENTS**

Billing, such as PO, pricing or quantity :
Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:
Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| 09370075 LIQ ARGON PO# TCB06321 | 05/22/2009 | 85851992 | 352,500 | CF | .0278 | 9,799.50 | N | | MI |
| **Sub Total Praxair #8516233** | | | **352,500** | CF | | **9,799.50** | | | |

95009813
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 9,799.50 | $ .00 | $ 9,799.50 |



Praxair, Inc.
39 Old Ridgebury Road
Danbury, CT 06810-5113

June 9, 2009

Attn: Dale
General Motors Corporation
N A O Disbursement
PO Box 2000
Flint, MI 48501-2000

### Statement of Account

| INVOICE# | INVOICE DATE | AMOUNT | P.O. NUMBER |
|---|---|---|---|
| 12937405 | 1/19/2009 | 406.08 | RD810803 |
| 13089032 | 4/20/2009 | 2,026.62 | RD810803 |
| 13143011 | 5/25/2009 | 1,829.24 | RD810803 |

Judy Amarah
Credit Department
BUS    203-837-2435
FAX    203-837-2586
Email Judy_Amarah@Praxair.com



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95027067 | **12937405** | 1/19/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 3/2/2009

**BILL TO:**

General Motors Corporation
N A O Disbursement
PO Box 2000
Attn: Accounts Payable
Flint MI 48501-2000

**SHIP TO:**

General Motors Corporation
Cadillac Motor Car Division
Gate C-5 Non-Prod Receiving
Hamtramck MI 48211-2002

**QUESTIONS**

**COMMENTS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ARGON ID:#0937-0075 | 01/19/2009 | 85486868 | 112,800 | CF | .0278 | 3,135.84 | N | | MI |
| REL# DTR35871 | | | | | | | | | |
| PO# RD810803 | | | | | | | | | |
| **Sub Total Praxair #0272396** | | | **112,800** | **CF** | | **3,135.84** | | | |

95011693
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 3,135.84 | $ .00 | $ 3,135.84 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95027067 | **13089032** | 4/20/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**
General Motors Corporation
N A O Disbursement
PO Box 2000
Attn: Accounts Payable
Flint MI 48501-2000

**SHIP TO:**
General Motors Corporation
Cadillac Motor Car Division
Gate C-5 Non-Prod Receiving
Hamtramck MI 48211-2002

#### QUESTIONS

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

#### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ARGON ID:#0937-0075 | 04/16/2009 | 85744955 | 72,900 | CF | .0278 | 2,026.62 | N | | MI |
| REL# DTR36786 | | | | | | | | | |
| PO# RD810803 | | | | | | | | | |
| **Sub Total Praxair #0272396** | | | **72,900** | **CF** | | **2,026.62** | | | |

95011693

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 2,026.62 | $ .00 | $ 2,026.62 |

# ╱╱╱PRAXAIR

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95027067 | **13143011** | 5/25/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date 7/2/2009**

**BILL TO:**
General Motors Corporation
N A O Disbursement
PO Box 2000
Attn: Accounts Payable
Flint MI 48501-2000

**SHIP TO:**
General Motors Corporation
Cadillac Motor Car Division
Gate C-5 Non-Prod Receiving
Hamtramck MI 48211-2002

### QUESTIONS

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

## INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| ARGON ID:#0937-0075 | 05/19/2009 | 85838447 | 65,800 | CF | .0278 | 1,829.24 | N | | MI |
| REL# DTR37115 | | | | | | | | | |
| PO# RD810803 | | | | | | | | | |
| | | | | | | | | | |
| **Sub Total Praxair #0272396** | | | 65,800 | CF | | 1,829.24 | | | |

**For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com**

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|
| | $ 1,829.24 | $ .00 | $ 1,829.24 |

 **PRAXAIR**

Praxair, Inc.
39 Old Ridgebury Road
Danbury, CT 06810-5113

June 11, 2009

Attn: Bill Carp
General Motors Corporation
Model Shop-Technical Center
30500 Mound Road
Warren, MI 48090

### Statement of Account

| INVOICE# | INVOICE DATE | AMOUNT | P.O. NUMBER |
|---|---|---|---|
| 13001981 | 2/27/2009 | 20.88 | TCR12791 |
| 13070054 | 4/2/2009 | 535.13 | TCR01069 |
| 13089473 | 4/20/2009 | 777.62 | TCR01069 |
| 13097543 | 4/27/2009 | 461.66 | TCR12791 |
| 13117840 | 5/4/2009 | 593.54 | TCR01069 |
| 13140534 | 5/21/2009 | 652.54 | TCR01069 |

Judy Amarah
Credit Department
BUS    203-837-2435
FAX    203-837-2586
Email  Judy_Amarah@Praxair.com


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95021204 | **13001981** | 2/27/2009 |

**REMITTANCE INSTRUCTIONS**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 4/2/2009

**BILL TO:**
General Motors Corporation
Model Shop-Technical Center
30500 Mound Road
Attn: Accounts Payable
Warren MI 48090

**SHIP TO:**
General Motors Corporation
Model Shop-Technical Center
30500 Mound Road
Warren MI 48090-9020

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 PO# TCR91386 | 02/26/2009 | 85604735 | 104,400 | CF | .0041 | 428.04 | N | | MI |
| **Sub Total Praxair #8515082** | | | **104,400** | CF | | **428.04** | | | |

95010797
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 428.04 | $ .00 | $ 428.04 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95020896 | **13070054** | 4/2/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**

General Motors Corporation
Model Shop-Technical Center
30500 Mound Road
Attn: Accounts Payable
Warren MI 48090

**SHIP TO:**

General Motors Corporation
Metal Fab Shop
30500 Mound Road
Warren MI 48090

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| OXYGEN 0937-0037 PO# TCR01069 | 04/02/2009 | 85715806 | 90,700 | CF | .0059 | 535.13 | N | | MI |
| **Sub Total Praxair #8513374** | | | **90,700** | **CF** | | **535.13** | | | |

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 535.13 | $ .00 | $ 535.13 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95020896 | **13089473** | 4/20/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**
General Motors Corporation
Model Shop-Technical Center
30500 Mound Road
Attn: Accounts Payable
Warren MI 48090

**SHIP TO:**
General Motors Corporation
Metal Fab Shop
30500 Mound Road
Warren MI 48090

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| OXYGEN 0937-0037 | 04/19/2009 | 85759259 | 131,800 | CF | .0059 | 777.62 | N | | MI |
| PO# TCR01069 | | | | | | | | | |
| **Sub Total Praxair #8513374** | | | **131,800** | **CF** | | **777.62** | | | |

95010797
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 777.62 | $ .00 | $ 777.62 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95021204 | **13097543** | 4/27/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**
General Motors Corporation
Model Shop-Technical Center
30500 Mound Road
Attn: Accounts Payable
Warren MI 48090

**SHIP TO:**
General Motors Corporation
Model Shop-Technical Center
30500 Mound Road
Warren MI 48090-9020

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 04/25/2009 | 85767325 | 112,600 | CF | .0041 | 461.66 | N | | MI |
| PO# TCR91386 | | | | | | | | | |
| **Sub Total Praxair #8515082** | | | **112,600** | CF | | **461.66** | | | |

95010797
²For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|
| | $ 461.66 | $ .00 | $ 461.66 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95020896 | **13117840** | 5/4/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**
General Motors Corporation
Model Shop-Technical Center
30500 Mound Road
Attn: Accounts Payable
Warren MI 48090

**SHIP TO:**
General Motors Corporation
Metal Fab Shop
30500 Mound Road
Warren MI 48090

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| OXYGEN 0937-0037 | 05/02/2009 | 85798109 | 100,600 | CF | .0059 | 593.54 | N | | MI |
| PO# TCR01069 | | | | | | | | | |
| **Sub Total Praxair #8513374** | | | **100,600** | CF | | **593.54** | | | |

95010797

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 593.54 | $ .00 | $ 593.54 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95020896 | **13140534** | 5/21/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**
General Motors Corporation
Model Shop-Technical Center
30500 Mound Road
Attn: Accounts Payable
Warren MI 48090

**SHIP TO:**
General Motors Corporation
Metal Fab Shop
30500 Mound Road
Warren MI 48090

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:   Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| OXYGEN 0937-0037 PO# TCR01069 | 05/20/2009 | 85848916 | 110,600 | CF | .0059 | 652.54 | N | | MI |
| **Sub Total Praxair #8513374** | | | **110,600** | **CF** | | **652.54** | | | |

95010797
2
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|
| | $ 652.54 | $ .00 | $ 652.54 |



Praxair, Inc.
39 Old Ridgebury Road
Danbury, CT 06810-5113

June 11, 2009

Attn: DEBBY
General Motors Corporation FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Phoenix, AZ 85082-3490

## Statement of Account

| INVOICE# | INVOICE DATE | AMOUNT | P.O. NUMBER |
|---|---|---|---|
| 11288455 | 7/20/2006 | 2.23- | Duplicate 82188546 |
| 11946057 | 7/23/2007 | 6.03- | PR456183 TCR76762 |
| 12947010 | 1/26/2009 | 22.12 | TCR19004 |
| 12984551 | 2/16/2009 | 38.36 | TCR19004 |
| 13014883 | 2/28/2009 | 14.48 | TCR19004 |
| 13032908 | 3/16/2009 | 40.22 | TCR19004 |
| 13069278 | 4/2/2009 | 743.33 | TCR19004 |
| 13097480 | 4/27/2009 | 818.36 | TCR19004 |
| 13134456 | 5/18/2009 | 673.22 | TCR19004 |
| 13161150 | 5/31/2009 | 751.94 | TCR19004 |

Judy Amarah
Credit Department
BUS    203-837-2435
FAX    203-837-2586
Email Judy_Amarah@Praxair.com

July 26, 2006

Attn: Mike Crossland
General Motors Corporation
G M Powertrain Division
30003 Van Dyke Avenue
Warren, MI 48092-9060

Duplicate Payment 82188546
**New Document# 11288455**

Dear Mike:

Thank you for your EDI payment dated 7/20/06 in the amount of $1,671.90.
In this remittance, you made a payment against order number 82188546 in
the amount of $2.23 which was originally paid in full by your EDI
payment 6/12/06 in the amount of $6,516.49.

This duplicate payment of $2.23 has been placed on your account and
should be deducted in your next remittance referencing the **New Document#
11288455.**    If you need additional information, please contact us.


Please refer your reply to: Judy Amarah
                            Credit Dept
                            Tel: 203-837-2435
                            Fax: 203-837-2586


Sincerely,


Peggy Slaight
Accts Rec Dept


Email judy_amarah@Praxair.com


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95026848 | **11946057** | 7/23/2007 |

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 9/2/2007**

For Product Proof of Delivery, Contact 1-800-PRAXAIR

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**BILL TO:**
General Motors Corporation
G M Powertrain Division
30003 Van Dyke Avenue
Warren MI 48092-9060

**SHIP TO:**
General Motors Corporation
G M Powertrain Division
30003 Van Dyke Avenue
Warren MI 48091-9060

**QUESTIONS**

QUESTIONS REGARDING THIS INVOICE SHOULD BE DIRECTED TO:

Barbara K. Raubertas
39 Old Ridgebury Road
Danbury CT 06810

TEL.    609-567-1797
FAX.    609-561-5187
E-MAIL  Barbara_Raubertas@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 07/17/2007 | 83752151 | 154,700 | CF | .0039 | 603.33 | N | | MI |
| PO# PR456183 TCR76762 | | | | | | | | | |
| **Sub Total Praxair #0281337** | | | **154,700** | **CF** | | **603.33** | | | |

2

95009985

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|
| | $ 603.33 | $ .00 | $ 603.33 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|---------------|----------------|--------------|
| 1 of 1 | 95026848 | **12947010** | 1/26/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 3/2/2009**

**BILL TO:**
General Motors Corporation FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn:  Debra Skikiewicz
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
G M Powertrain Division
30003 Van Dyke Avenue
Warren MI 48091-9060

**QUESTIONS**

| Billing, such as PO, pricing or quantity : |
|---|
| Barbara K. Raubertas<br>Tel:   609-567-1797<br>Fax:   609-561-5187<br>Email:  Barbara_Raubertas@praxair.com |

| Collection & payment questions: |
|---|
| Judy Amarah<br>Tel:   203-837-2435<br>Fax:   203-837-2586<br>Email:  judy_amarah@praxair.com |

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION,<br>REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX<br>Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027<br>PO# TCR19004 | 01/26/2009 | 85509133 | 110,600 | CF | .0041 | 453.46 | N | | MI |
| **Sub Total Praxair #0281337** | | | **110,600** | **CF** | | **453.46** | | | |

95009985
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 453.46 | $ .00 | $ 453.46 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95026848 | **12984551** | 2/16/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 4/2/2009

**BILL TO:**
General Motors Corporation FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn:  Debra Skikiewicz
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
G M Powertrain Division
30003 Van Dyke Avenue
Warren MI 48091-9060

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 02/11/2009 | 85565503 | 191,800 | CF | .0041 | 786.38 | N | | MI |
| PO# TCR19004 | | | | | | | | | |
| **Sub Total Praxair #0281337** | | | 191,800 | CF | | 786.38 | | | |

95009985
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 786.38 | $ .00 | $ 786.38 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95026848 | **13014883** | 2/28/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 4/2/2009**

**BILL TO:**
General Motors Corporation FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Debra Skikiewicz
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
G M Powertrain Division
30003 Van Dyke Avenue
Warren MI 48091-9060

**QUESTIONS**

| Billing, such as PO, pricing or quantity : |
|---|
| Barbara K. Raubertas<br>Tel: 609-567-1797<br>Fax: 609-561-5187<br>Email: Barbara_Raubertas@praxair.com |
| **Collection & payment questions:** |
| Judy Amarah<br>Tel: 203-837-2435<br>Fax: 203-837-2586<br>Email: judy_amarah@praxair.com |

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027<br>PO# TCR19004 | 02/24/2009 | 85599726 | 72,400 | CF | .0041 | 296.84 | N | | MI |
| **Sub Total Praxair #0281337** | | | **72,400** | **CF** | | **296.84** | | | |

95009985
For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 296.84 | $ .00 | $ 296.84 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95026848 | **13032908** | 3/16/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 5/2/2009**

**BILL TO:**
General Motors Corporation FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn:  Debra Skikiewicz
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
G M Powertrain Division
30003 Van Dyke Avenue
Warren MI 48091-9060

**QUESTIONS**

| Billing, such as PO, pricing or quantity : |
|---|

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

| Collection & payment questions: |
|---|

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 03/12/2009 | 85649560 | 201,100 | CF | .0041 | 824.51 | N | | MI |
| PO# TCR19004 | | | | | | | | | |
| **Sub Total Praxair #0281337** | | | 201,100 | CF | | 824.51 | | | |

95009985
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 824.51 | $ .00 | $ 824.51 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95026848 | **13069278** | 4/2/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**
General Motors Corporation FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Debra Skikiewicz
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
G M Powertrain Division
30003 Van Dyke Avenue
Warren MI 48091-9060

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/AMT | ST |
|------------------------------------------|-----------|--------------|---------------|-----|------------|--------|---------|--------------|-----|
| NITROGEN ID:#0937-0027 | 04/01/2009 | 85707856 | 181,300 | CF | .0041 | 743.33 | N | | MI |
| PO# TCR19004 | | | | | | | | | |
| **Sub Total Praxair #0281337** | | | 181,300 | CF | | 743.33 | | | |

95009985
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 743.33 | $ .00 | $ 743.33 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95026848 | **13097480** | 4/27/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**
General Motors Corporation FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn:  Debra Skikiewicz
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
G M Powertrain Division
30003 Van Dyke Avenue
Warren MI 48091-9060

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 04/22/2009 | 85765576 | 199,600 | CF | .0041 | 818.36 | N | | MI |
| PO# TCR19004 | | | | | | | | | |
| **Sub Total Praxair #0281337** | | | 199,600 | CF | | 818.36 | | | |

95009985

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 818.36 | $ .00 | $ 818.36 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95026848 | **13134456** | 5/18/2009 |

**TERMS**

Net due 2nd day of 2nd month

**Net Due Date 7/2/2009**

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**BILL TO:**
General Motors Corporation FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn:  Debra Skikiewicz
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
G M Powertrain Division
30003 Van Dyke Avenue
Warren MI 48091-9060

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 05/13/2009 | 85827669 | 164,200 | CF | .0041 | 673.22 | N | | MI |
| PO# TCR19004 | | | | | | | | | |
| **Sub Total Praxair #0281337** | | | 164,200 | CF | | 673.22 | | | |

95009985

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 673.22 | $ .00 | $ 673.22 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95026848 | **13161150** | 5/31/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**
General Motors Corporation FAA/ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Debra Skikiewicz
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
G M Powertrain Division
30003 Van Dyke Avenue
Warren MI 48091-9060

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 05/29/2009 | 85865240 | 183,400 | CF | .0041 | 751.94 | N | | MI |
| PO# TCR19004 | | | | | | | | | |
| **Sub Total Praxair #0281337** | | | **183,400** | CF | | **751.94** | | | |

95009985
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 751.94 | $ .00 | $ 751.94 |



Praxair, Inc.
39 Old Ridgebury Road
Danbury, CT 06810-5113

June 11, 2009

Attn: Jim Twardzicki
General Motors FSS / ABP
c/o OLIMPIC Receipting
PO Box 63490
Phoenix, AZ 85082-3490

## Statement of Account

| INVOICE# | INVOICE DATE | AMOUNT | P.O. NUMBER |
|----------|--------------|--------|-------------|
| 13077796 | 4/8/2009 | 541.61 | TCR20767 |
| 13145864 | 5/26/2009 | 1,209.50 | TBD |

Judy Amarah
Credit Department
BUS    203-837-2435
FAX    203-837-2586
Email Judy_Amarah@Praxair.com


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95024366 | **13077796** | 4/8/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 6/2/2009**

**BILL TO:**
General Motors FSS / ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
37350 Ecorse Road
Romulus MI 48174

**QUESTIONS**

**Billing, such as PO, pricing or quantity :**

Barbara K. Raubertas
Tel:   609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

**Collection & payment questions:**

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID#0937-0027 | 04/01/2009 | 85707885 | 132,100 | CF | .0041 | 541.61 | Y | | MI |
| PO# TCR20767 | | | | | | | | .00 | |
| **Sub Total Praxair #8525518** | | | **132,100** | CF | | **541.61** | | | |

95010716
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 541.61 | $ .00 | $ 541.61 |

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95024366 | **13145864** | 5/26/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date 7/2/2009**

**BILL TO:**
General Motors FSS / ABP
c/o OLIMPIC Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
37350 Ecorse Road
Romulus MI 48174

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID#0937-0027 PO# TBD | 04/22/2009 | 85765582 | 151,100 | CF | .0041 | 619.51 | Y | .00 | MI |
| NITROGEN ID#0937-0027 PO# TBD | 05/19/2009 | 85835349 | 143,900 | CF | .0041 | 589.99 | Y | .00 | MI |
| **Sub Total Praxair #8525518** | | | **295,000** | CF | | **1,209.50** | | | |

95010716  UG3

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 1,209.50 | $ .00 | $ 1,209.50 |



Praxair, Inc.
39 Old Ridgebury Road
Danbury, CT 06810-5113

June 11, 2009

Attn:
General Motors Corporation
C/O Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490

## Statement of Account

| INVOICE# | INVOICE DATE | AMOUNT | P.O. NUMBER |
|---|---|---|---|
| 13108398 | 5/1/2009 | 2,500.00 | FAR01663 |
| 13133837 | 5/15/2009 | 4,141.63 | FAR01751 |

Judy Amarah
Credit Department
BUS    203-837-2435
FAX    203-837-2586
Email  Judy_Amarah@Praxair.com

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|---------------|----------------|--------------|
| 1 of 1 | 95569684 | **13108398** | 5/1/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**
General Motors Corporation
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
9901 Dalrymple Road Bldg 707
Fort Belvoir VA 22060

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email: judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TTHY RENT 00004-1438-001V | 05/01/2009 | 12108036 | 1.00 | MO | 2,500.0000 | 2,500.00 | N | | VA |
| PO# FAR01663 | | | | | | | | | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5569685** | | | 1.00 | MO | | 2,500.00 | | | |

95569683

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 2,500.00 | $ .00 | $ 2,500.00 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95569684 | **13133837** | 5/15/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

### TERMS

Net due 2nd day of 2nd month
**Net Due Date 7/2/2009**

**BILL TO:**
General Motors Corporation
C/O Olimpic Receipting
PO Box 63490
Attn: Accounts Payable
Phoenix AZ 85082-3490

**SHIP TO:**
General Motors Corporation
9901 Dalrymple Road Bldg 707
Fort Belvoir VA 22060

### QUESTIONS

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email: judy_amarah@praxair.com

### COMMENTS

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

### INVOICE DETAIL

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | TAX RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| TT HY 00005 0937-0909 | 05/15/2009 | 85833507 | 125,504 | CF | .0330 | 4,141.63 | N | | VA |
| PO# FAR01751 | | | | | | | | | |
| General Motors Approvers:  Alex Keros (West Coast), Michael Paritee (East Coast). | | | | | | | | | |
| **Sub Total Praxair #5569685** | | | **125,504** | **CF** | | **4,141.63** | | | |

For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 4,141.63 | $ .00 | $ 4,141.63 |



Praxair, Inc.
39 Old Ridgebury Road
Danbury, CT 06810-5113

June 11, 2009

Attn: Chappeus Wilson
General Motors Corporation
MC 480106154
30500 Mound Road
Warren, MI 48090

### Statement of Account

| INVOICE# | INVOICE DATE | AMOUNT | P.O. NUMBER |
|----------|--------------|--------|-------------|
| 12928390 | 1/12/2009 | 72.06- | TCR19560 |
| 13089094 | 4/20/2009 | 41.00 | TCR19560 |
| 13126978 | 5/11/2009 | 2,666.64 | TCR19560 |
| 13136536 | 5/18/2009 | 834.35 | TCR19560 |

Judy Amarah
Credit Department
BUS    203-837-2435
FAX    203-837-2586
Email Judy_Amarah@Praxair.com

 **PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95027713 | **12928390** | 1/12/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 3/2/2009

**BILL TO:**
General Motors Corporation
MC 480106154
30500 Mound Road
Attn: Accounts Payable
Warren MI 48090

**SHIP TO:**
General Motors Corporation
Gmc Tech Ctr-Dock 7-High Tech
13 Mile At Chicago Road
Warren MI 48090-9055

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 PO# TCR11007 | 01/12/2009 | 85475629 | 360,300 | CF | .0039 | 1,405.17 | N | | MI |
| **Sub Total Praxair #0279715** | | | **360,300** | **CF** | | **1,405.17** | | | |

For product proof of delivery, contact 1-800-PRAXAIR or login to www.praxairexpress.com

| | AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|---|
| | $ 1,405.17 | $ .00 | $ 1,405.17 |


**PRAXAIR**

| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|------|----------------|----------------|--------------|
| 1 of 1 | 95580929 | **13089094** | 4/20/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 6/2/2009

**BILL TO:**
General Motors Corporation
MC 480106154
30500 Mound Road
Attn: Accounts Payable
Warren MI 48090

**SHIP TO:**
General Motors Corporation
6250 Chicago Road
Warren MI 48090

**QUESTIONS**

| Billing, such as PO, pricing or quantity : |
|---|
| Barbara K. Raubertas<br>Tel:   609-567-1797<br>Fax:   609-561-5187<br>Email:  Barbara_Raubertas@praxair.com |
| **Collection & payment questions:** |
| Judy Amarah<br>Tel:   203-837-2435<br>Fax:   203-837-2586<br>Email:  judy_amarah@praxair.com |

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel. None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027<br>PO# TCR19560 | 04/15/2009 | 85749216 | 216,600 | CF | .0041 | 888.06 | N | | MI |
| **Sub Total Praxair #0279741** | | | **216,600** | CF | | **888.06** | | | |

95579772
7
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|--------|-----------|--------------|
| $ 888.06 | $ .00 | $ 888.06 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95027713 | **13126978** | 5/11/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:

Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**

General Motors Corporation
MC 480106154
30500 Mound Road
Attn: Accounts Payable
Warren MI 48090

**SHIP TO:**

General Motors Corporation
Gmc Tech Ctr-Dock 7-High Tech
13 Mile At Chicago Road
Warren MI 48090-9055

**QUESTIONS**

**COMMENTS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:  609-567-1797
Fax:  609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:  203-837-2435
Fax:  203-837-2586
Email:  judy_amarah@praxair.com

Total amount due from customer may include various itemized charges, including; charges for handling of hazardous materials and for compliance with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 05/06/2009 | 85807561 | 650,400 | CF | .0041 | 2,666.64 | N | | MI |
| PO# TCR19560 | | | | | | | | | |
| **Sub Total Praxair #0279715** | | | 650,400 | CF | | 2,666.64 | | | |

95579772
7
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 2,666.64 | $ .00 | $ 2,666.64 |



| PAGE | ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 1 of 1 | 95580929 | **13136536** | 5/18/2009 |

**REMITTANCE INSTRUCTIONS:**
PLEASE SHOW INVOICE NUMBER AND DATE ON REMITTANCE, AND MAIL TO:
Praxair, Inc.
PO Box 91385
Chicago IL 606931385

**TERMS**

Net due 2nd day of 2nd month
**Net Due Date** 7/2/2009

**BILL TO:**
General Motors Corporation
MC 480106154
30500 Mound Road
Attn: Accounts Payable
Warren MI 48090

**SHIP TO:**
General Motors Corporation
6250 Chicago Road
Warren MI 48090

**QUESTIONS**

Billing, such as PO, pricing or quantity :

Barbara K. Raubertas
Tel:   609-567-1797
Fax:   609-561-5187
Email:  Barbara_Raubertas@praxair.com

Collection & payment questions:

Judy Amarah
Tel:   203-837-2435
Fax:   203-837-2586
Email:  judy_amarah@praxair.com

**COMMENTS**

Total amount due from customer may include various itemized charges, including: charges for handling of hazardous materials and for compliance
with laws and regulations concerning hazardous materials; charges for handling, delivery, shipping; charges for energy or fuel.  None of the
charges represent a tax or fee paid to or imposed by any governmental authority, and all of the charges are retained by the company.

**INVOICE DETAIL**

| PRODUCT DESCRIPTION, REL#, PRAXAIR#, PO# | SHIP DATE | ORDER NUMBER | UNIT QUANTITY | U/S | UNIT PRICE | AMOUNT | TAX Y/N | RATE/ AMT | ST |
|---|---|---|---|---|---|---|---|---|---|
| NITROGEN ID:#0937-0027 | 05/18/2009 | 85838795 | 203,500 | CF | .0041 | 834.35 | N | | MI |
| PO# TCR19560 | | | | | | | | | |
| **Sub Total Praxair #0279741** | | | **203,500** | **CF** | | **834.35** | | | |

95579772
7
For product proof of delivery, contact 1-800-PRAXAIR or
login to www.praxairexpress.com

| AMOUNT | SALES TAX | TOTAL AMOUNT |
|---|---|---|
| $ 834.35 | $ .00 | $ 834.35 |



Praxair, Inc.
39 Old Ridgebury Road
Danbury, CT 06810-5113

June 4, 2009

Attn: Diane Yarmuth
General Motors Corporation
N A O Disbursmnts-Warren South
100 Fitzgerald Street
Bay City, MI 48708-0001

### Statement of Account

| INVOICE# | INVOICE DATE | AMOUNT | P.O. NUMBER |
|---|---|---|---|
| 10914599 | 4/30/2004 | 53.51- | BCR24161 4/30/04 |

Judy Amarah
Credit Department
BUS    203-837-2435
FAX    203-837-2586
Email Judy_Amarah@Praxair.com

*Cannot locate dup pmt letter*

**Pontiac, MI**

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# |
|---|---|---|---|---|---|---|
| 12985718 | 85583900 | 2/16/2009 | 4/2/2009 | $ 342.76 | $ 16.72 | TCR09840 |
| 13083946 | 85746374 | 4/14/2009 | 6/2/2009 | $ 135.71 | $ 6.62 | TCR09840 |

**Honeoye Falls, NY**

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# | Notes |
|---|---|---|---|---|---|---|---|
| 12963236 | 85488606 | 1/31/2009 | 3/2/2009 | $ 14,330.63 | $ (282.18) | | |
| 13064722 | 85638059 | 3/31/2009 | 5/2/2009 | $ 14,925.64 | $ 14,925.64 | | XX |
| 13067110 | 85671096 | 3/31/2009 | 5/2/2009 | $ 5,127.93 | $ 5,127.93 | | XX |
| 13072147 | 12077991 | 4/3/2009 | 6/2/2009 | $ 22,460.92 | $ 22,460.92 | FAR01757, PRYX9794 | XX |
| 13111792 | 85747565 | 4/30/2009 | 6/2/2009 | $ 23,131.17 | $ 23,131.17 | | XX |
| 13111899 | 85770076 | 4/30/2009 | 6/2/2009 | $ 14,696.86 | $ 14,696.86 | | XX |
| 13112387 | 85783784 | 4/30/2009 | 6/2/2009 | $ 12,359.80 | $ 12,359.80 | | XX |
| 13122716 | 85789378 | 4/30/2009 | 6/2/2009 | $ 4,118.86 | $ 4,118.86 | | |
| 13108413 | 12108071 | 5/1/2009 | 5/1/2009 | $ 2,500.00 | $ 2,500.00 | FAR01663 | |
| 13129726 | 85796584 | 5/12/2009 | 7/2/2009 | $ 6,623.60 | $ 6,623.60 | | |
| 13129727 | 85802638 | 5/12/2009 | 7/2/2009 | $ 5,914.25 | $ 5,914.25 | | |
| 13129729 | 85802429 | 5/12/2009 | 7/2/2009 | $ 2,214.50 | $ 2,214.50 | | |
| 13129755 | 85815511 | 5/12/2009 | 7/2/2009 | $ 1,750.70 | $ 1,750.70 | | |
| 13134993 | 85834917 | 5/18/2009 | 7/2/2009 | $ 5,349.92 | $ 5,349.92 | | |
| 13135250 | 85828472 | 5/18/2009 | 7/2/2009 | $ 2,196.78 | $ 2,196.78 | | |
| 13135574 | 85834918 | 5/18/2009 | 7/2/2009 | $ 7,279.00 | $ 7,279.00 | | |
| 13136819 | 85841947 | 5/18/2009 | 7/2/2009 | $ 1,107.00 | $ 1,107.00 | | |
| 13136821 | 85841952 | 5/18/2009 | 7/2/2009 | $ 1,847.05 | $ 1,847.05 | | |
| 13137800 | 85843113 | 5/19/2009 | 7/2/2009 | $ 2,482.40 | $ 2,482.40 | | |
| 13143283 | 85849390 | 5/25/2009 | 7/2/2009 | $ 2,027.86 | $ 2,027.86 | | |
| 13143353 | 85852095 | 5/25/2009 | 7/2/2009 | $ 3,190.00 | $ 3,190.00 | | |
| 13144467 | 85861378 | 5/25/2009 | 7/2/2009 | $ 1,045.50 | $ 1,045.50 | | |
| 13148901 | 85866829 | 5/28/2009 | 7/2/2009 | $ 4,098.77 | $ 4,098.77 | FAR01751 | |
| 13161474 | 85861663 | 5/31/2009 | 7/2/2009 | $ 4,475.28 | $ 4,475.28 | | |
| 13161555 | 85862895 | 5/31/2009 | 7/2/2009 | $ 5,817.40 | $ 5,817.40 | | |
| 13161718 | 85869941 | 5/31/2009 | 7/2/2009 | $ 1,990.14 | $ 1,990.14 | | |

**Defiance, OH**

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# | Notes |
|---|---|---|---|---|---|---|---|
| 12964736 | 85498022 | 1/31/2009 | 3/2/2009 | $ 11,088.44 | $ (1,649.52) | TCB06321 | |
| 13014641 | 85592813 | 2/28/2009 | 4/2/2009 | $ 3,688.44 | $ (548.70) | TCB06321 | |
| 13065695 | 85657927 | 3/31/2009 | 5/2/2009 | $ 5,251.40 | $ 5,251.40 | TCB06321 | GM price 6,032.60 |
| 13063884 | 12072819 | 4/1/2009 | 6/2/2009 | $ 800.00 | $ 800.00 | TCB06321 | XX |
| 13079473 | 12083988 | 4/9/2009 | 6/2/2009 | $ 7,000.00 | $ 7,000.00 | TCB06321 | |
| 13111755 | 85721278 | 4/30/2009 | 6/2/2009 | $ 7,022.84 | $ 7,022.84 | TCB06321 | GM price 8,067.56 |
| 13111231 | 12108391 | 5/1/2009 | 7/2/2009 | $ 800.00 | $ 800.00 | TCB06321 | XX |
| 13159229 | 85879307 | 5/31/2009 | 7/2/2009 | $ 18,359.79 | $ 18,359.79 | TCB06321 | |

**Burbank, CA**

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# |
|---|---|---|---|---|---|---|
| 13005436 | 12031574 | 3/2/2009 | 5/2/2009 | $ 2,706.25 | $ 206.25 | FAR01663 |
| 13005656 | 12032039 | 3/2/2009 | 5/2/2009 | $ 649.50 | $ 49.50 | FAR01663 |
| 13005660 | 12032040 | 3/2/2009 | 5/2/2009 | $ 2,706.25 | $ 206.25 | FAR01663 |

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# | Notes |
|---|---|---|---|---|---|---|---|
| 13020176 | 81880449 | 9/26/2005 | 11/2/2005 | $614.26 | $46.81 | FAR01663 | |
| 13020882 | 82093318 | 12/12/2005 | 2/2/2006 | $4,319.90 | $329.24 | FAR01663 | |
| 13026824 | 83778561 | 7/25/2007 | 9/2/2007 | $4,343.88 | $331.06 | FAR01663 | |
| 13050893 | 85517324 | 1/28/2009 | 3/2/2009 | $4,336.75 | $330.51 | FAR01663 | |
| 13058536 | 12072357 | 4/1/2009 | 6/2/2009 | $2,731.25 | $231.25 | FAR01663 | |
| 13058603 | 12072675 | 4/1/2009 | 6/2/2009 | $655.50 | $55.50 | FAR01663 | |
| 13058605 | 12072676 | 4/1/2009 | 6/2/2009 | $2,731.25 | $231.25 | FAR01663 | |
| 13070150 | 85707565 | 4/2/2009 | 6/2/2009 | $2,446.32 | $207.12 | FAR01663 | |
| 13086141 | 85748489 | 4/16/2009 | 6/2/2009 | $975.87 | $82.62 | FAR01663 | |
| 13087996 | 85753263 | 4/17/2009 | 6/2/2009 | $4,191.49 | $354.89 | FAR01663 | |
| 13096379 | 12096699 | 4/24/2009 | 6/2/2009 | $2,814.96 | $2,814.96 | FAR01663 | |
| 13096380 | 12096700 | 4/24/2009 | 6/2/2009 | $5,430.20 | $5,430.20 | FAR01663 | |
| 13096381 | 12096703 | 4/24/2009 | 6/2/2009 | $206.25 | $206.25 | FAR01663 | |
| 13096382 | 12096704 | 4/24/2009 | 6/2/2009 | $326.40 | $326.40 | FAR01663 | |
| 13096383 | 12096705 | 4/24/2009 | 6/2/2009 | $1,570.98 | $1,570.98 | FAR01663 | |
| 13096384 | 12096706 | 4/24/2009 | 6/2/2009 | $2,939.21 | $2,939.21 | FAR01663 | |
| 13096386 | 12096791 | 4/24/2009 | 6/2/2009 | $604.82 | $604.82 | FAR01663 | |
| 13100920 | 85779330 | 4/28/2009 | 6/2/2009 | $4,233.67 | $358.45 | FAR01663 | |
| 13101044 | 85783467 | 4/28/2009 | 6/2/2009 | $4,391.00 | $371.77 | FAR01663 | |
| 13106451 | 12107934 | 5/1/2009 | 7/2/2009 | $2,731.25 | $2,731.25 | FAR01663 | GM price 2,500 (not paying tax) |
| 13106524 | 12108247 | 5/1/2009 | 7/2/2009 | $655.50 | $655.50 | FAR01663 | GM price 600 (not paying tax) |
| 13106526 | 12108248 | 5/1/2009 | 7/2/2009 | $2,731.25 | $2,731.25 | FAR01663 | GM price 2,500 (not paying tax) |
| 13118716 | 85799735 | 5/4/2009 | 7/2/2009 | $4,129.25 | $4,129.25 | FAR01663 | GM price 3,779.63 (not paying tax) |
| 13130858 | 12121613 | 5/13/2009 | 7/2/2009 | $2,731.25 | $2,731.25 | FAR01663 | GM price 2,500 (not paying tax) |
| 13132206 | 85826599 | 5/14/2009 | 7/2/2009 | $3,081.81 | $3,081.81 | FAR01663 | GM price 2,820.88 (not paying tax) |
| 13139750 | 85845716 | 5/20/2009 | 7/2/2009 | $4,239.38 | $4,239.38 | FAR01663 | GM price 3,880.45 (not paying tax) |
| 13143983 | 85858736 | 5/25/2009 | 7/2/2009 | $3,323.27 | $3,323.27 | FAR01663 | GM price 3,041.89 (not paying tax) |
| 13149852 | 12136965 | 5/29/2009 | 7/2/2009 | $250.00 | $250.00 | FAR01663 | |
| 13150091 | 85864753 | 5/29/2009 | 7/2/2009 | $1,186.29 | $1,186.29 | FAR01663 | |

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# | Notes |
|---|---|---|---|---|---|---|---|
| 10787284 | 81880449 | 9/26/2005 | 11/2/2005 | $2,228.07 | $(39.00) | TAR88862 | |
| 10920017 | 82093318 | 12/12/2005 | 2/2/2006 | $2,130.57 | $(7.02) | TAR90648 | |
| 11951504 | 83778561 | 7/25/2007 | 9/2/2007 | $2,130.96 | $(57.72) | TAR07386 | |
| 12950662 | 85535906 | 1/28/2009 | 3/2/2009 | $2,705.59 | $131.98 | TAR20049 | |
| 12971939 | 85563876 | 2/4/2009 | 4/2/2009 | $2,337.00 | $114.00 | TAR20051 | |
| 12979275 | 85576115 | 2/10/2009 | 4/2/2009 | $2,334.54 | $113.88 | TAR20049 | |
| 12983530 | 85582853 | 2/13/2009 | 4/2/2009 | $2,439.50 | $119.00 | TAR20051 | |
| 12986317 | 85603607 | 2/16/2009 | 4/2/2009 | $2,381.69 | $116.18 | TAR20049 | |
| 12995773 | 85611829 | 2/23/2009 | 4/2/2009 | $2,755.20 | $134.40 | TAR20049 | |
| 13000791 | 85634718 | 2/26/2009 | 4/2/2009 | $2,267.30 | $110.60 | TAR20051 | |
| 13021827 | 85639704 | 3/5/2009 | 5/2/2009 | $2,090.59 | $101.98 | TAR20049 | |
| 13025587 | 85653738 | 3/9/2009 | 5/2/2009 | $840.91 | $41.02 | TAR20051 | |
| 13030741 | 85658221 | 3/12/2009 | 5/2/2009 | $2,394.40 | $116.80 | TAR20051 | |
| 13032109 | 85674455 | 3/13/2009 | 5/2/2009 | $1,968.82 | $96.04 | TAR20049 | |
| 13040246 | 85683377 | 3/19/2009 | 5/2/2009 | $1,353.00 | $66.00 | TAR20049 | |
| 13044015 | | 3/23/2009 | 5/2/2009 | $2,499.36 | $121.92 | TAR20049 | Tonawanda, NY |

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# | |
|---|---|---|---|---|---|---|---|
| 13046261 | 85689862 | 3/24/2009 | 5/2/2009 | $ 2,075.01 | $ 101.22 | TAR20049 | |
| 13046262 | 85689863 | 3/24/2009 | 5/2/2009 | $ 287.00 | $ 14.00 | TAR20051 | |
| 13051000 | 85697715 | 3/27/2009 | 5/2/2009 | $ 1,828.60 | $ 89.20 | TAR20049 | |
| 13142002 | | 5/21/2009 | 5/31/2009 | $ (2,432.53) | | dup pay#12759682 | |
| 13070244 | 85714854 | 4/2/2009 | 6/2/2009 | $ 2,120.11 | $ 2,120.11 | TAR19851 | XX |
| 13078063 | 85729263 | 4/8/2009 | 6/2/2009 | $ 1,952.83 | $ 1,952.83 | TAR19851 | XX |
| 13079320 | 85734910 | 4/9/2009 | 6/2/2009 | $ 1,224.67 | $ 1,224.67 | TAR19851 | XX |
| 13079321 | 85734911 | 4/9/2009 | 6/2/2009 | $ 1,081.58 | $ 1,081.58 | TAR21498 | XX |
| 13086960 | 85750410 | 4/16/2009 | 6/2/2009 | $ 2,096.74 | $ 2,096.74 | TAR19851 | XX |
| 13088227 | 85754832 | 4/17/2009 | 6/2/2009 | $ 2,381.28 | $ 2,381.28 | TAR21498 | XX |
| 13093987 | 85767235 | 4/22/2009 | 6/2/2009 | $ 1,939.71 | $ 1,939.71 | TAR19851 | XX |
| 13096952 | 85775778 | 4/24/2009 | 6/2/2009 | $ 1,667.88 | $ 1,667.88 | TAR19851 | XX |
| 13096953 | 85775779 | 4/24/2009 | 6/2/2009 | $ 631.40 | $ 631.40 | TAR21498 | XX |
| 13105392 | 85791070 | 4/30/2009 | 6/2/2009 | $ 1,532.17 | $ 1,532.17 | TAR22020 | |
| 13114388 | 85794061 | 5/1/2009 | 7/2/2009 | $ 912.25 | $ 912.25 | TAR21498 | |
| 13114445 | 85796108 | 5/1/2009 | 7/2/2009 | $ 1,025.00 | $ 1,025.00 | TAR22020 | XX |
| 13122476 | 85807475 | 5/6/2009 | 7/2/2009 | $ 2,006.95 | $ 2,006.95 | TAR22020 | XX |
| 13123970 | 85807256 | 5/7/2009 | 7/2/2009 | $ 2,366.52 | $ 2,366.52 | TAR21498 | XX |
| 13128147 | 85821692 | 5/11/2009 | 7/2/2009 | $ 1,931.10 | $ 1,931.10 | TAR22020 | XX |
| 13132504 | 85831702 | 5/14/2009 | 7/2/2009 | $ 1,662.96 | $ 1,662.96 | TAR22020 | XX |
| 13132505 | 85831703 | 5/14/2009 | 7/2/2009 | $ 434.19 | $ 434.19 | TAR21498 | XX |
| 13136911 | 86842832 | 5/18/2009 | 7/2/2009 | $ 2,373.08 | $ 2,373.08 | TAR21498 | XX |
| 13139669 | 85847062 | 5/20/2009 | 7/2/2009 | $ 2,189.40 | $ 2,189.40 | TAR22020 | |
| 13146118 | 85857087 | 5/26/2009 | 7/2/2009 | $ 2,083.21 | $ 2,083.21 | TAR22020 | XX |
| 13150594 | 85873136 | 5/29/2009 | 7/2/2009 | $ 2,103.30 | $ 2,103.30 | TAR22020 | XX |
| 13150595 | 85873137 | 5/29/2009 | 7/2/2009 | $ 222.22 | $ 222.22 | TAR21498 | |

Willow Run, Ypsilanti, MI

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# | |
|---|---|---|---|---|---|---|---|
| 12954099 | 11989220 | 1/30/2009 | 3/2/2009 | $ 825.00 | $ 825.00 | TCB06321 | |
| 13073228 | 85717006 | 4/6/2009 | 6/2/2009 | $ 2,047.54 | $ 2,047.54 | TCB06321 | XX |
| 13089021 | 85738667 | 4/20/2009 | 6/2/2009 | $ 2,035.50 | $ 2,035.50 | TCB06321 | XX |
| 13089022 | 85738659 | 4/20/2009 | 6/2/2009 | $ 1,239.00 | $ 1,239.00 | TCB06321 | |
| 13105176 | 12104128 | 4/30/2009 | 6/2/2009 | $ 3,470.56 | $ 3,470.56 | TCB06321 | |
| 13110669 | 12102654 | 4/30/2009 | 6/2/2009 | $ 2,100.00 | $ 2,100.00 | HWR78039 | |
| 13118892 | 85797925 | 5/4/2009 | 7/2/2009 | $ 2,570.63 | $ 2,570.63 | TCB06321 | XX |
| 13123695 | 85810549 | 5/7/2009 | 7/2/2009 | $ 7,586.62 | $ 7,586.62 | TCB06321 | XX |
| 13127027 | 85810547 | 5/11/2009 | 7/2/2009 | $ 1,981.94 | $ 1,981.94 | TCB06321 | XX |
| 13157517 | 12143092 | 5/31/2009 | 7/2/2009 | $ 2,100.00 | $ 2,100.00 | HWR78039 | |
| 13161278 | 85868264 | 5/31/2009 | 7/2/2009 | $ 2,542.31 | $ 2,542.31 | TCB06321 | |

Torrance, CA

| Invoice# | S/O# | Invoice Date | Due Date | Gross Amount | Open Amount | PO# | |
|---|---|---|---|---|---|---|---|
| 12917990 | 85453269 | 1/5/2009 | 3/1/2009 | $ 464.39 | $ 35.39 | TCR12680 | |
| 13076620 | 85729773 | 4/7/2009 | 6/1/2009 | $ 632.03 | $ 632.03 | TCR20563 | XX |
| 13081411 | 85741389 | 4/13/2009 | 6/1/2009 | $ 851.50 | $ 851.50 | TCR20563 | XX |
| 13086363 | 12088096 | 4/16/2009 | 6/1/2009 | $ 611.84 | $ 611.84 | TCR12680 | |
| 13086365 | 12088098 | 4/16/2009 | 6/1/2009 | $ 1,019.93 | $ 1,019.93 | TCR12680 | XX |
| 13086367 | 12088100 | 4/16/2009 | 6/1/2009 | $ 860.01 | $ 860.01 | TCR12680 | XX |

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# | Notes |
|---|---|---|---|---|---|---|---|
| 13086369 | 12088102 | 4/16/2009 | 6/1/2009 | $705.49 | $705.49 | TCR12680 | XX |
| 13086371 | 12088104 | 4/16/2009 | 6/1/2009 | $312.65 | $312.65 | TCR12680 | XX |
| 13086373 | 12088106 | 4/16/2009 | 6/1/2009 | $739.09 | $739.09 | TCR12677 | XX |
| 13086377 | 12088112 | 4/16/2009 | 6/1/2009 | $457.78 | $457.78 | TCR12677 | XX |
| 13086379 | 12088114 | 4/16/2009 | 6/1/2009 | $970.64 | $970.64 | TCR12677 | XX |
| 13096084 | 85774536 | 4/24/2009 | 6/1/2009 | $190.36 | $190.36 | TCR20563 | XX |
| 13098664 | 85781999 | 4/27/2009 | 6/1/2009 | $378.49 | $378.49 | TCR20563 | XX |
| 13113345 | 85796651 | 5/1/2009 | 7/1/2009 | $1,272.56 | $1,272.56 | TCR20563 | XX |
| 13129133 | 85826571 | 5/12/2009 | 7/1/2009 | $684.42 | $684.42 | TCR20563 | XX |
| 13154037 | 85878374 | 5/31/2009 | 7/1/2009 | $788.80 | $788.80 | TCR20563 | XX |

**Ardsley, NY**

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# | Notes |
|---|---|---|---|---|---|---|---|
| 13043893 | 85554428 | 3/23/2009 | 5/2/2009 | $4,306.20 | $4,306.20 | FAR01751 | XX |
| 13107719 | 12108035 | 5/1/2009 | 7/2/2009 | $600.00 | $600.00 | FAR01663 | XX |
| 13108383 | 12107976 | 5/1/2009 | 7/2/2009 | $2,500.00 | $2,500.00 | FAR01663 | XX |
| 13122321 | 86699793 | 5/6/2009 | 7/2/2009 | $4,352.30 | $4,352.30 | FAR01751 | XX |
| 13131099 | 85827160 | 5/13/2009 | 7/2/2009 | $917.10 | $917.10 | FAR01663 | XX |
| 13132406 | 86699796 | 5/14/2009 | 7/2/2009 | $3,891.79 | $3,891.79 | FAR01751 | XX |
| 13136627 | 86699798 | 5/18/2009 | 7/2/2009 | $4,456.78 | $4,456.78 | FAR01751 | XX |
| 13145998 | 85699799 | 5/26/2009 | 7/2/2009 | $4,597.59 | $4,597.59 | FAR01751 | XX |
| 13165384 | 85855632 | 6/2/2009 | 8/2/2009 | $4,713.26 | $4,713.26 | FAR01751 | |

**Milford, MI**

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# | Notes |
|---|---|---|---|---|---|---|---|
| 12935565 | 85478524 | 1/19/2009 | 3/2/2009 | $1,562.51 | $76.22 | TCR09632 | |
| 12947006 | 85509128 | 1/26/2009 | 3/2/2009 | $749.07 | $36.54 | TCR09632 | |
| 12947008 | 85509132 | 1/26/2009 | 3/2/2009 | $589.99 | $28.78 | TCR09629 | |
| 12984549 | 85565494 | 2/16/2009 | 4/2/2009 | $676.91 | $33.02 | TCR09632 | |
| 13014877 | 85599694 | 2/28/2009 | 4/2/2009 | $1,348.90 | $65.80 | TCR09632 | |
| 13014880 | 85599717 | 2/28/2009 | 4/2/2009 | $784.33 | $38.26 | TCR09629 | |
| 13032904 | 85649541 | 3/16/2009 | 5/2/2009 | $861.00 | $42.00 | TCR09632 | |
| 13051700 | 85680411 | 3/30/2009 | 5/2/2009 | $824.92 | $40.24 | TCB06321 RLS TCR19079 | |
| 13051702 | 85680412 | 3/30/2009 | 5/2/2009 | $1,145.54 | $55.88 | TCB06321 RLS TCR19074 | |
| 13089019 | 85737386 | 4/20/2009 | 5/2/2009 | $1,378.42 | $1,378.42 | TCB06321 RLS TCR19079 | GM price 1,311.18 (pricing) |
| 13089020 | 85737388 | 4/20/2009 | 6/2/2009 | $415.74 | $415.74 | TCB06321 RLS TCR19079 | GM price 395.46 (pricing) |
| 13100071 | 85774258 | 4/28/2009 | 6/2/2009 | $324.72 | $324.72 | TCB06321 RLS TCR19079 | GM price 308.88 (pricing) |
| 13100775 | 85774263 | 4/28/2009 | 7/2/2009 | $1,208.27 | $1,208.27 | TCB06321 RLS TCR19074 | GM price 1,149.33 (pricing) |
| 13134453 | 85827666 | 5/18/2009 | 7/2/2009 | $1,108.23 | $1,108.23 | TCB06321 RLS TCR19074 | GM price 1,054.17 (pricing) |
| 13143008 | 85835353 | 5/25/2009 | 7/2/2009 | $689.62 | $689.62 | TCB06321 RLS TCR19079 | GM price 655.98 (pricing) |
| 13143009 | 85835355 | 5/25/2009 | 7/2/2009 | $530.13 | $530.13 | TCB06321 RLS TCR19074 | GM price 504.27 (pricing) |
| 13161230 | 85867296 | 5/31/2009 | 7/2/2009 | $791.30 | $791.30 | TCB06321 RLS TCR19074 | GM price 752.70 (pricing) |

**Saginaw, MI**

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# |
|---|---|---|---|---|---|---|
| 12873138 | 85294250 | 12/1/2008 | 12/11/2008 | $1,073.28 | $(5,123.14) | dup pay#12668310 |
| 12828238 | 85346929 | 11/12/2008 | 1/2/2009 | | $(1,127.07) | |
| 12854390 | 85383859 | 11/30/2008 | 1/2/2009 | $1,893.45 | $(1,982.56) | |
| 12879484 | 85383859 | 12/12/2008 | 2/2/2009 | $1,714.05 | $(87.90) | |
| 12896397 | 85421183 | 12/24/2008 | 2/2/2009 | $1,843.92 | $(94.56) | |

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# | Note |
|---|---|---|---|---|---|---|---|
| 12931642 | 85479460 | 1/14/2009 | 3/2/2009 | $ 2,525.64 | $ (47.62) | | GM price 1,751.11 |
| 12967875 | 85541955 | 2/3/2009 | 4/2/2009 | $ 1,903.20 | $ (25.05) | | XX |
| 13000071 | 85614224 | 2/26/2009 | 4/2/2009 | $ 1,745.25 | $ (89.50) | | |
| 13023544 | 85638505 | 3/7/2009 | 5/2/2009 | $ 464.88 | $ (23.84) | | XX |
| 13036190 | 85665817 | 3/17/2009 | 5/2/2009 | $ 1,728.87 | $ (88.66) | | XX |
| 13056964 | 85708777 | 3/31/2009 | 5/2/2009 | $ 1,665.69 | $ 1,665.69 | | GM price 1,225.49 |
| 13059552 | 12072681 | 4/1/2009 | 6/2/2009 | $ 900.00 | $ 900.00 | | XX |
| 13090835 | 85762320 | 4/20/2009 | 6/2/2009 | $ 1,950.39 | $ 1,950.39 | | XX |
| 13097233 | 85775378 | 4/25/2009 | 6/2/2009 | $ 6,255.00 | $ 6,255.00 | TCB06321 | XX |
| 13100898 | 85783214 | 4/28/2009 | 6/2/2009 | $ 1,165.71 | $ 1,165.71 | | GM price 2,323.17 |
| 13117860 | 85798424 | 5/4/2009 | 7/1/2009 | $ 5,878.18 | $ 5,878.18 | S701293 | XX |
| 13107795 | 12108253 | 5/1/2009 | 7/2/2009 | $ 900.00 | $ 900.00 | | |
| 13135531 | 85841697 | 5/18/2009 | 7/2/2009 | $ 2,242.50 | $ 2,242.50 | | |
| 13147198 | 85851992 | 5/27/2009 | 7/2/2009 | $ 9,799.50 | $ 9,799.50 | TCB06321 | |

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# | Note |
|---|---|---|---|---|---|---|---|
| 12937405 | 85486868 | 1/19/2009 | 3/2/2009 | $ 3,135.84 | $ 406.08 | RD810803 | Hamtramck, MI |
| 13089032 | 85744955 | 4/20/2009 | 6/2/2009 | $ 2,026.62 | $ 2,026.62 | RD810803 | XX |
| 13143011 | 85838447 | 5/25/2009 | 7/2/2009 | $ 1,829.24 | $ 1,829.24 | RD810803 | XX |

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# | Note |
|---|---|---|---|---|---|---|---|
| 13001981 | 85604735 | 2/27/2009 | 4/2/2009 | $ 428.04 | $ 20.88 | TCR12791 | Warren, MI |
| 13070054 | 85715806 | 4/2/2009 | 6/2/2009 | $ 535.13 | $ 535.13 | TCR01069 | XX |
| 13089473 | 85759259 | 4/20/2009 | 6/2/2009 | $ 777.62 | $ 777.62 | TCR01069 | XX |
| 13097543 | 85767325 | 4/27/2009 | 6/2/2009 | $ 461.66 | $ 461.66 | TCR12791 | XX |
| 13117840 | 85798109 | 5/4/2009 | 7/2/2009 | $ 593.54 | $ 593.54 | TCR01069 | |
| 13140534 | 85848916 | 5/21/2009 | 7/2/2009 | $ 652.54 | $ 652.54 | TCR01069 | |

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# | Note |
|---|---|---|---|---|---|---|---|
| 11288455 | 83752151 | 7/20/2006 | 7/30/2006 | | $ (2.23) | Duplicate 821885546 | Warren, MI |
| 11946057 | 85509133 | 7/23/2007 | 9/2/2007 | $ 603.33 | $ (6.03) | PR456183 TCR76762 | XX |
| 12947010 | 85565503 | 1/26/2009 | 3/2/2009 | $ 453.46 | $ 22.12 | TCR19004 | XX |
| 12984551 | 85599726 | 2/16/2009 | 4/2/2009 | $ 786.38 | $ 38.36 | TCR19004 | |
| 13014883 | 85649560 | 2/28/2009 | 5/2/2009 | $ 296.84 | $ 14.48 | TCR19004 | |
| 13032908 | 85707856 | 3/16/2009 | 6/2/2009 | $ 824.51 | $ 40.22 | TCR19004 | |
| 13069278 | 85765576 | 4/2/2009 | 6/2/2009 | $ 743.33 | $ 743.33 | TCR19004 | |
| 13097480 | 85827669 | 4/27/2009 | 6/2/2009 | $ 818.36 | $ 818.36 | TCR19004 | |
| 13134456 | 85865240 | 5/18/2009 | 7/2/2009 | $ 673.22 | $ 673.22 | TCR19004 | |
| 13161150 | | 5/31/2009 | 7/2/2009 | $ 751.94 | $ 751.94 | TCR19004 | |

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# | Note |
|---|---|---|---|---|---|---|---|
| 13077796 | 85707885 | 4/8/2009 | 6/2/2009 | $ 541.61 | $ 541.61 | TCR20767 | Romulus, MI |
| 13145864 | 85765582 | 5/26/2009 | 7/2/2009 | $ 1,209.50 | $ 1,209.50 | TBD | XX |

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# | Note |
|---|---|---|---|---|---|---|---|
| 13108398 | 12108036 | 5/1/2009 | 7/2/2009 | $ 2,500.00 | $ 2,500.00 | FAR01663 | Fort Belvoir, VA |
| 13133837 | 85833507 | 5/15/2009 | 7/2/2009 | $ 4,141.63 | $ 4,141.63 | FAR01751 | XX |

Warren, MI

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# | |
|---|---|---|---|---|---|---|---|
| 12928390 | 85475629 | 1/12/2009 | 3/2/2009 | $ 1,405.17 | $ (72.06) | TCR19560 | |
| 13089094 | 85749216 | 4/20/2009 | 6/2/2009 | $ 888.06 | $ 41.00 | TCR19560 | |
| 13126978 | 85807561 | 5/11/2009 | 7/2/2009 | $ 2,666.64 | $ 2,666.64 | TCR19560 | XX |
| 13136536 | 85838795 | 5/18/2009 | 7/2/2009 | $ 834.35 | $ 834.35 | TCR19560 | XX |

Bay City, MI

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# |
|---|---|---|---|---|---|---|
| 10914599 | | 4/30/2004 | 5/10/2004 | | $ (53.51) | BCR24161 4/30/04 |

Total          $ 393,324.92