Varnum LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
Mary Kay Shaver (P-60411)

*Mando Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――x

In re:                                                                    Case No. 09-50026(REG)
                                                                                 (Jointly Administered)

General Motors Corporation, et al.[1]

       Debtors.                                                     Chapter 11

―――――――――――――――――――――x

## MOTION FOR ADMISSION, *PRO HAC VICE*

TO THE HONORABLE ARTHUR J. GONZALEZ
UNITED STATES BANKRUPTCY JUDGE:

      I, Mary Kay Shaver, a member in good standing of the Bar of the State of Michigan and the United States District Court for the Eastern District of Michigan and the Western District of Michigan, requests admission, *pro hac vice,* before this court, to represent Mando Corporation ("Mando") and Mando's affiliates in the above-captioned jointly administered cases, and in any related adversary proceedings.

      My address is:    Varnum
                                   Bridgewater Place
                                   P.O. Box 352
                                   Grand Rapids, MI 49501-0352
      Telephone:     (616) 336-6755
      Email Address:  mkshaver@varnumlaw.com

---

[1] Debtors include: General Motors Corporation, Chevrolet-Saturn of Harmlem, Inc., Saturn, LLC and Saturn Distribution Corporation

I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Dated:  June 15, 2009

/s/ Mary Kay Shaver
Mary Kay Shaver (MI P-60411)
Varnum
Bridgewater Place, P.O. Box 352
Grand Rapids, MI  49501-0352
(616) 336-6755
mkshaver@varnumlaw.com

#2709099