Varnum LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI  49501-0352
(616) 336-6000
Mary Kay Shaver (P-60411)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――x

In re:                                                              Case No. 09-50026(REG)
                                                                        (Jointly Administered)
General Motors Corporation, et al.[1]

      Debtors.                                          Chapter 11
―――――――――――――――――――――x

## ORDER ADMITTING MARY KAY SHAVER TO PRACTICE, *PRO HAC VICE*

IT IS HEREBY ORDERED that Mary Kay Shaver is admitted to practice, *pro hac vice*, in connection with the above-referenced Chapter 11 cases and any related adversary proceedings in the United States Bankruptcy Court, Southern District of New York, subject to payment of the required filing fee.

Dated:  June ____, 2009
       New York, New York

                                      Honorable Robert E. Gerber
                                      United States Bankruptcy Court

#2713304

---

[1] Debtors include: General Motors Corporation, Chevrolet-Saturn of Harmlem, Inc., Saturn, LLC and Saturn Distribution Corporation