IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| | ) | |
| GENERAL MOTORS CORP., | ) | CASE NO.: 09-50026 |
| | ) | |
| Debtor. | ) | **MOTION** |

**NOW COMES** Attorney Robert C. Pottinger of Barrick, Switzer, Long, Balsley & Van Evera, and requests this Court to enter an Order requiring all notices and pleadings in this case and related adversary proceedings be sent to him at:

ATTORNEY ROBERT C. POTTINGER
6833 STALTER DRIVE
FIRST FLOOR
ROCKFORD, IL  61108
(815) 962-6611


   /S/ ROBERT C. POTTINGER
   ATTORNEY ROBERT C. POTTINGER


BARRICK, SWITZER, LONG
   BALSLEY & VAN EVERA
BY:  ROBERT C. POTTINGER
6833 STALTER DRIVE
FIRST FLOOR
ROCKFORD, IL  61101
(815) 962-6611
rcpottinger@bslbv.com