SQUIRE, SANDERS & DEMPSEY L.L.P.
G. Christopher Meyer (Ohio No. 0016268)
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114-1304
(216) 479-8500
cmeyer@ssd.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Case No. 09-50026 (REG) (Jointly Administered) |
| **GENERAL MOTORS CORPORATION,** *et al.*, | Chapter 11 |
| **Debtors.** | |

**LIMITED OBJECTION OF TRW AUTOMOTIVE U.S. LLC TO THE
DEBTORS PROPOSED ASSUMPTION AND ASSIGNMENT OF
CERTAIN EXECUTORY CONTRACTS BASED ON THE CURE
AMOUNTS PROPOSED IN CONNECTION THEREWITH**

TRW Automotive U.S. LLC, for itself and its affiliates (collectively "TRW"), pursuant to the procedures set forth in the Order Pursuant to 11 U.S.C. §§ 105, 363, and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006 (I) Approving Procedures for Sale of Debtors' Assets Pursuant to Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline and Sale Hearing Date; (III) Establishing Assumption and Assignment Procedures; and (IV) Fixing Notice Procedures and Approving Form of Notice (the "Sale Procedures Order") [Docket No.274] hereby objects on a limited basis ("Objection") to the proposed assumption and assignment of the Assumable

Executory Contracts[1] to which TRW may be a party, based the proposed Cure Amount. In further support of its Objection, TRW respectfully states as follows:

1.  Pursuant to Sale Procedures Order, GM has sent to TRW its Notice of (I) Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto (the "TRW Notice"). The TRW Notice indicates that GM intends to assume and assign executory contracts between GM and TRW in connection with GM's proposed sale of its assets and operations. The TRW Notice provides a procedure for TRW to review the Cure Amount proposed by GM.

2.  Subsequent to the delivery of the TRW Notice, TRW has reviewed the information provided as to Cure Amount. Such information includes more than 2000 individual line items that must be reviewed and reconciled with GM. TRW believes that the Cure Amount (i) includes certain amounts that have already been paid, (ii) fails to include certain amounts that are outstanding and should be included and (iii) may include amounts owed to TRW by non-debtor affiliates of GM. TRW and GM have begun but not completed their efforts to reconcile the items included in the Cure Amount.

3.  The standards for assumption of an executory contract are set forth in §365 of the Bankruptcy Reform Act of 1978, as amended, 11 U.S.C. §101 *et seq.* (the "Bankruptcy Code"). Section 365(b) of the Bankruptcy Code requires a debtor to cure defaults as a precondition of assuming an executory contract. The defaults that must be cured include both pre-petition and post-petition defaults. In re Stoltz, 315 F.3d 80, 86 (2nd Cir. 2002).

---

[1] Capitalized terms used in this Objection and not specifically identified herein have the meaning ascribed to those terms in the Sale Procedures Order.

4. TRW objects to the proposed assumption and assignment of its Assumable Executory Contracts, solely on the basis of the Cure Amounts proposed, to the extent such amounts remain partially unreconciled as of the date of this Objection. TRW merely requires that such assignment and assumption be in compliance with the provisions of § 365 of the Bankruptcy Code and/or the mutual agreement of TRW and GM.

5. Because the legal points and authorities upon which TRW relies for purposes of this Objection are incorporated into the Objection, TRW respectfully requests that the Court deem satisfied or, alternatively, waive any requirement of the filing of a separate memorandum of law.

**WHEREFORE**, TRW respectfully requests that the Court condition the proposed assumption of TRW's Assumable Executory Contracts on the payment by GM of the full amounts required for cure, and further order such other relief as may be just and equitable.

Dated: June 15, 2009

/s/ G. Christopher Meyer
G. Christopher Meyer (Ohio No. 0016268)
SQUIRE, SANDERS & DEMPSEY LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114-1304
(216) 479-8500
cmeyer@ssd.com

Counsel for TRW Automotive U.S. LLC and affiliates

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **LIMITED OBJECTION OF TRW AUTOMOTIVE U.S. LLC** was, in addition to ECF electronic service, served by overnight mail, this 15th day of June, 2009, on the persons set forth below.

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center, Mailcode
 480-206-114

Weil, Gotshal & Manges
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller
    Stephen Karotkin
    Joseph H. Smolinsky
Attorneys for Debtors

U.S. Treasury
1500 Pennsylvania Avenue NW
Washington, DC 20220
Attn: Matthew Feldman

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi
Attorneys for Purchaser

Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Gordon Z. Novod
Attorneys for Unsecured Creditors'
 Committee

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attn: Michael J. Edelman
    Michael L. Schein
Attorneys for Export Development Canada

Office of the U.S. Trustee
13 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Diana G. Adams

*/s/ G. Christopher Meyer*
G. Christopher Meyer