Michael S. Kogan (CA SBN 128500)
Peter F. Jazayeri (CA SBN 199626)
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | : Case No. 09-50026 (REG) |
| Debtors. | : Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE ON BEHALF OF SALAS AUTOMOTIVE GROUP, INC. DBA POWAY CHEVROLET

PLEASE TAKE NOTICE that Salas Automotive Group, Inc. dba Poway Chevrolet hereby appears by its counsel Ervin Cohen & Jessup in the above-captioned case, and counsel hereby enters appearance pursuant to the Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010.

PLEASE TAKE FURTHER NOTICE that the undersigned requests that an entry be made on the Clerk's Matrix in this case and that all documents filed with the Court and all notices which the Court and/or any party provides in accordance with Bankruptcy Rule 2002 be served upon the counsel set forth below:

> Ervin Cohen & Jessup LLP
> 9401 Wilshire Blvd.
> Beverly Hills, CA 90212
> Attn.:  Michael S. Kogan
>     Peter Jazayeri
>     Telephone: (310) 281-6317
>     Fax: (212) 631-4431
>     Email: mkogan @ecjlaw.com
>     Email: pjazayeri@ecjlaw.com

This request includes without limitation all papers, reports, orders, notices, applications, motions, petitions, pleadings, disclosure statements, plans of reorganization, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral, transmitted or conveyed

IDOCS:13230.1:894686.1

by mail, courier service, telephone, facsimile, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit shall be deemed or construed to be a waiver of the rights of Salas Automotive Group, Inc. dba Poway Chevrolet (i) to have final orders in noncore matters entered only after de novo review by a District Court, (ii) to trial by jury in any proceeding so triable in these cases, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which Salas Automotive Group, Inc. dba Poway Chevrolet is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

**PLEASE TAKE FURTHER NOTICE** that request is also made that counsel be added to the Official Service List, or any other creditor matrix for notice of all contested matters, adversary proceedings and other proceedings in the Chapter 11 case.

DATED:  Beverly Hills, CA         ERVIN COHEN & JESSUP LLP
        June 10, 2009


                              By:      /s/Peter F. Jazayeri
                                  Peter F. Jazayeri (admitted *pro hac vice*)
                                  9401 Wilshire Boulevard, Ninth Floor
                                  Beverly Hills, California 90212-2974

                                  Attorneys for Salas Automotive Group, Inc. dba
                                  Poway Chevrolet

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **Notice of Appearance and Request for Service on Behalf of Salas Automotive Group, Inc. dba Poway Chevrolet** was served on this 15th day of June, 2009, via the Court's ECF system on those parties registered to receive notice.

/s/ Peter F. Jazayeri