

# Standard Electric Company

Corporate Office 2650 Trautner Drive P.O. Box 5289, Saginaw, MI 48603-0289 (989) 497-2100 FAX (989) 497-2101

**INDUSTRIAL AUTOMATION DIVISION**

**NCD** Network Communication Division

June 12, 2009

**Branches:**

3900 James Savage Road
Midland, MI 48642

1300 Washington Ave.
Bay City, MI 48708

1055 Crittenden Court
Alpena, MI 49707

1955 Gover Parkway
Mt. Pleasant, MI 48858

1740 Barlow Street
Traverse City, MI 49686

2034 M-119
Petoskey, MI 49770

700 Skinner Street
Bad Axe, MI 48413

210 7th Street
Cadillac, MI 49601

733 N. Larch Street
Lansing, MI 48906

1514 S. Dort Highway
Flint, MI 48503

427 54th Street, S.W.
Grand Rapids, MI 49548

2335 E. High Street
Jackson, MI 49203

3649 E. Cork Street
Kalamazoo, MI 49001

2150 Pless Drive
Brighton, MI 48114

**Standard Electric Company**
**WITTOCK SUPPLY COMPANY**

1815 Dickerson Road
Gaylord, MI 49735

**U.P. ELECTRIC SUPPLY CO.**
**WITTOCK**

2640 Davitt Street
Sault Ste. Marie, MI 49783

701 Balsam Street
Kingsford, MI 49802

3060 Wright Street
Marquette, MI 49855

1651 17.4 Road Unit A
Escanaba, MI 49829

United States Bankruptcy Court
For The Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Room 621
New York, NY 10004
Case# 09-50026 (REG)

Subject: Case# 09-50026 (REG) Objection to Standard Electric (DUNS 00-890-2850) Cure Amount

To Whom It May Concern

　　　　Standard Electric is objecting to the contract cure amount of $73,250.79. The cure amount should be $77,845.51. The difference of $4,594.72 is the result of the following contract numbers missing from our contract list:

| | |
|---|---|
| GMS32276 | $1,368.84 |
| GMS28541 | $ 478.12 |
| GMS26444 | $ 763.79 |
| BCS20159 | $ 450.30  Short Paid 1 Unit |
| BCR55549 | $1,533.67 |
| Short Fall | $4,594.72 |

Please see attached proof of deliveries for verification.

Sincerely

*John Wisniewski*

John Wisniewski
General Sales Manager

JUN 15 2009

Cc: c/o General Motors Corporation Cadillac Building – Warren Command Center
Weil, Gotshal & Manges LLP – Harvey R. Miller, Esq., Stephen Karotkin, Esq., Joseph H. Smolinsky, Esq.
U.S. Treasury – Matthew Feldman, Esq.
Cadwalader, Wickerson & Taft LLP – John J. Rapisardi, Esq.
Attorneys for the Creditors Committee
Vedder Price, P.C. – Michael J. Edelman, Esq. and Michael L. Schein, Esq.
Office of the United States Trustee for the Southern District of New York-Diana G. Adams, Esq.
Debtors' Claims and Noticing Agent, The Garden City Group, Inc.



**ISO 9001:2000**



# ꟼꟼꟼSEC  Standard Electric Company

Please remit to:
Standard Electric Company
P.O. Box 5289
Saginaw, MI 48603-0289

Phone: 989-497-2100    Fax: 989-497-2101    DUNS# 00-890-2850

**\*\*\* ORIGINAL \*\*\***

Bill to:
GM GIF-PLS/GMS
GM FINANCIAL C/O OLIMPIC REC
P O BOX 63490
PHOENIX          AZ 85082-3490

Ship to:
GM GIF-PLS/GMS
GM FINANCIAL C/O OLIMPIC REC
P O BOX 63490
PHOENIX          AZ 85082-3490

Given    EDI

**Invoice    1059804-00    Page 1**
Invoice Date    01/26/09
Customer No. 153001-0009

The following items were purchased at our SAGINAW location.

| Customer PO. | Order Date | Shipping Instructions | Sales Reps | TY | TC |
|---|---|---|---|---|---|
| GMS32276 | 01/23/09 | OUR TRUCK! | CF / TF | 1 | 1 |

| Line | Item Description | Qty Ordered | Qty Shipped | Backordered | Unit Price | U/M | Extension |
|---|---|---|---|---|---|---|---|
| 1 | PRXX3704 001 9001KT38LGG31 PILOTLT W/GRNCAP | 2 | | 2 | 110.390 | E | .00 |
| 2 | PRXX3704 002 9001KT38LRR31 PILOTLT W/REDCAP | 2 | | 2 | 110.390 | E | .00 |
| 3 | PRXX3704 003 SQD 9001 KT38LWW31 THIS ITEM IS NON RETURNABLE PER SQUARE D | 8 | 3 | 5 | 125.105 | E | 375.32 |

**TERMS:    VENDORS TERMS**

Material Sub Total    375.32
Sales Tax    .00
Total Due >>>    375.32

No merchandise may be returned without permission. Specialty ordered merchandise and cut wire are not returnable. All returned merchandise is subject to a handling charge. A service charge of 1.5% per month or 18% per annum of the unpaid balance will be added to past due accounts. All returned merchandise must be accompanied by our invoice number.

IF PAID ON OR BEFORE >>> 02/10/09   YOU SAVE >>> 7.51   AND PAY ONLY >>> 367.81



## Standard Electric Company



**1059804-00**

2650 Trautner Drive
Saginaw, MI 48604

# DELIVERY RECEIPT

Page 1 of 1

# OUR TRUCK!

**EAST**

**BILL TO:** 153001

GM GIF-PLS/GMS
GM FINANCIAL C/O OLIMPIC REC
P O BOX 63490
PHOENIX, AZ 850823490

**SHIP TO:** 153001

GM GIF-PLS/GMS
GM FINANCIAL C/O OLIMPIC REC
P O BOX 63490
PHOENIX, AZ 850823490

| PO#: | GMS32276 | Cust#: | 153001 | Date Printed: | 01/23/2009 21:53 |
|------|----------|--------|--------|---------------|------------------|
| Job#: | | Ordered By: | EDI | Taken By: | Charley Francis |

Special Instructions

| Item | Mfg | Part Number / Description | | Ordered | Shipped | B/O | |
|------|-----|---------------------------|---|---------|---------|-----|---|
| 3 | SQD | **SQD9001KT38LWW31** | DA-46-07 | 8 | 3 | 5 | |
| | | SQD 9001 KT38LWW31 | 78590179465 | | | | |
| | | THIS ITEM IS NON RETURNABLE | | | | | |
| | | PER SQUARE D | | | | | |
| | | PRXX3704 003 | | | | | |

RECEIVED
JAN 26 2009
By m D

| Order Date | 1/23/2009 | Picked By | Dave Gohsman |
|------------|-----------|-----------|--------------|
| Ship Date | 01/23/2009 | Packed By | Dave Gohsman |
| Ship Via | OUR TRUCK! | Ship Message | |
| Ship / Track # | 0 | Comments | |
| Packages | 1 Bag | | |

Print Name _____     Date Delivered: _____

Signature _____

# Standard Electric Company

Please remit to:
Standard Electric Company
P.O. Box 5289
Saginaw, MI 48603-0289

Phone: 989-497-2100    Fax: 989-497-2101    DUNS# 00-890-2850

*** ORIGINAL ***

Bill to:
GM GIF-PLS/GMS
GM FINANCIAL C/O OLIMPIC REC
P O BOX 63490
PHOENIX                    AZ 85082-3490

| Invoice | 1059804-01 | Page |
|---------|-----------|------|
| Invoice Date | 02/03/09 | 1 |
| Customer No. | 153001-0009 | |

Ship to:
GM GIF-PLS/GMS
SAGINAW METAL CASTINGS

Given    EDI

The following items were purchased at our SAGINAW location.

| Customer PO. | Order Date | Shipping Instructions | | | Sales Reps | | TY | TC |
|---|---|---|---|---|---|---|---|---|
| GMS32276 | 01/23/09 | OUR TRUCK! | | | CF / TF | | 1 | 1 |
| Line | Item / Description | Qty Ordered | Qty Shipped | Backordered | Unit Price | U/M | Extension | |
| 1 | PRXX3704 002 9001KT38LRR31 PILOTLT W/REDCAP | 2 | 2 | | 110.390 | E | 220.78 | |

TERMS:    VENDORS TERMS

No merchandise may be returned without permission.  Specially ordered merchandise and cut wire are not returnable.  All returned merchandise is subject to a handling charge.  A service charge of 1.5% per month or 18% per annum of the unpaid balance will be added to past due accounts.  All returned merchandise must be accompanied by our invoice number.

| | |
|---|---|
| Material Sub Total | 220.78 |
| Sales Tax | .00 |
| Total Due >>> | 220.78 |

| IF PAID ON OR BEFORE >>> | 03/10/09 | YOU SAVE >>> | 4.42 | AND PAY ONLY >>> | 216.36 |



## Standard Electric Company

**1059804-01**

2650 Trautner Drive
Saginaw, MI 48604

# DELIVERY RECEIPT

Page 1 of 1

# OUR TRUCK!

**BILL TO:** 153001

GM GIF-PLS/GMS
GM FINANCIAL C/O OLIMPIC REC
P O BOX 63490
PHOENIX, AZ 850823490

**SHIP TO:** 153001

GM GIF-PLS/GMS
GM FINANCIAL C/O OLIMPIC REC
P O BOX 63490
PHOENIX, AZ 850823490

*SMCO GIF*

| PO#: | GMS32276 | Cust#: | 153001 | Date Printed: | 02/03/2009 09:14 |
|------|----------|--------|--------|---------------|-------------------|
| Job#: | | Ordered By: | EDI | Taken By: | Charley Francis |

**Special Instructions**

| Item | Mfg | Part Number / Description | | Ordered | Shipped | B/O | | | | |
|------|-----|---------------------------|--|---------|---------|-----|--|--|--|--|
| 2 | SQD | SQD9001KT38LRR31 | DA-46-07 | 2 | 2 | | | | | |
| | | 9001KT38LRR31 PILOTLT W/REDCAP | 78590103619 | | | | | | | |
| | | PRXX3704 002 | | | | | | | | |

S.M.C.O RECEIVED
Subject to Weight & Count
FEB 3 2009
Per
Rec

| Order Date | 1/23/2009 | Picked By | Kevin Erwin |
|------------|-----------|-----------|-------------|
| Ship Date | 2/3/2009 | Packed By | Duane Cheney |
| Ship Via | OUR TRUCK! | Ship Message | |
| Ship / Track # | | Comments | |
| Packages | ~~1 Unpackaged~~ 1 Bag | | |

Print Name _____     Date Delivered: _____

Signature _____

# Standard Electric Company

**Please remit to:**
Standard Electric Company
P.O. Box 5289
Saginaw, MI 48603-0289

Phone: 989-497-2100    Fax: 989-497-2101    DUNS# 00-890-2850

*** ORIGINAL ***

Bill to:
GM GIF-PLS/GMS
GM FINANCIAL C/O OLIMPIC REC
P O BOX 63490
PHOENIX                AZ 85082-3490

| Invoice | 1059804-02 | Page |
|---|---|---|
| Invoice Date | 02/11/09 | 1 |
| Customer No. | 153001-0009 | |

Ship to:
GM GIF-PLS/GMS
SAGINAW METAL CASTINGS

Given   EDI

The following items were purchased at our SAGINAW location.

| Customer PO. | Order Date | Shipping Instructions | | | Sales Reps | | TY | TC |
|---|---|---|---|---|---|---|---|---|
| GMS32276 | 01/23/09 | OUR TRUCK! | | | CF / TF | | 1 | 1 |

| Line | Item / Description | Qty Ordered | Qty Shipped | Backordered | Unit Price | U/M | Extension |
|---|---|---|---|---|---|---|---|
| 1 | PRXX3704 003 | 5 | 5 | | 110.391 | E | 551.96 |
| | SQD 9001 KT38LWW31 | | | | | | |
| | THIS ITEM IS NON RETURNABLE | | | | | | |
| | PER SQUARE D | | | | | | |

TERMS:   VENDORS TERMS

No merchandise may be returned without permission. Specialty ordered merchandise and cut wire are not returnable. All returned merchandise is subject to a handling charge. A service charge of 1.5% per month or 18% per annum of the unpaid balance will be added to past due accounts. All returned merchandise must be accompanied by our invoice number.

| | | |
|---|---|---|
| Material Sub Total | | 551.96 |
| Sales Tax | | .00 |
| Total Due >>> | | 551.96 |

| IF PAID ON OR BEFORE | >>> 03/10/09 | YOU SAVE >>> | 11.04 | AND PAY ONLY | >>> | 540.92 |
|---|---|---|---|---|---|---|



## Standard Electric Company

**1059804-02**

### DELIVERY RECEIPT

2650 Trautner Drive
Saginaw, MI 48604

# OUR TRUCK!

Page 1 of 1

EAST

**BILL TO:** 153001

GM GIF-PLS/GMS
GM FINANCIAL C/O OLIMPIC REC
P O BOX 63490
PHOENIX, AZ 850823490

**SHIP TO:** 153001

GM GIF-PLS/GMS
SAGINAW METAL CASTINGS

| PO#: | GMS32276 | Cust#: | 153001 | Date Printed: | 02/11/2009 00:20 |
|------|----------|--------|--------|---------------|------------------|
| Job#: | | Ordered By: | EDI | Taken By: | Charley Francis |

**Special Instructions**

| Item | Mfg | Part Number / Description | | Ordered | Shipped | B/O | |
|------|-----|---------------------------|--|---------|---------|-----|--|
| 3 | SQD | **SQD9001KT38LWW31** | DA-46-07 | 8 | 5 | | |
| | | SQD 9001 KT38LWW31 | 78590179465 | | | | |
| | | THIS ITEM IS NON RETURNABLE | | | | | |
| | | PER SQUARE D | | | | | |
| | | PRXX3704 003 | | | | | |

S.M.CO RECEIVED
Subject to Weight & Count
FEB 11 2009
Per
Rec.

| Order Date | 1/23/2009 | Picked By | Kevin Erwin |
|------------|-----------|-----------|-------------|
| Ship Date | 02/11/2009 | Packed By | Kevin Erwin |
| Ship Via | OUR TRUCK! | Ship Message | |
| Ship / Track # | 0 | Comments | |
| Packages | 1 Bag | | |

Print Name _____     Date Delivered: _____

Signature _____

# Standard Electric Company

SEC

Phone: 989-497-2100    Fax: 989-497-2101    DUNS# 00-890-2850

Please remit to:
Standard Electric Company
P.O. Box 5289
Saginaw, MI 48603-0289

*** ORIGINAL ***

**Invoice**    **1059804-03**    Page 1
Invoice Date    03/16/09
Customer No. 153001-0009

Bill to:
GM GIF-PLS/GMS
GM FINANCIAL C/O OLIMPIC REC
P O BOX 63490
PHOENIX          AZ 85082-3490

Ship to:
GM GIF-PLS/GMS
SAGINAW METAL CASTINGS

Given    EDI

The following items were purchased at our SAGINAW location.

| Customer PO. | Order Date | Shipping Instructions | Sales Reps | TY | TC |
|---|---|---|---|---|---|
| GMS32276 | 01/23/09 | OUR TRUCK! | CF / TF | 1 | 1 |

| Line | Item / Description | Qty Ordered | Qty Shipped | Backordered | Unit Price | U/M | Extension |
|---|---|---|---|---|---|---|---|
| 1 | PRXX3704 001<br>9001KT38LGG31 PILOTLT W/GRNCAP | 2 | 2 | | 110.390 | E | 220.78 |

**TERMS:    VENDORS TERMS**

No merchandise may be returned without permission. Specialty ordered merchandise and cut wire are not returnable. All returned merchandise is subject to a handling charge. A service charge of 1.5% per month or 18% per annum of the unpaid balance will be added to past due accounts. All returned merchandise must be accompanied by our invoice number.

Material Sub Total    220.78
Sales Tax    .00
Total Due >>>    220.78

| IF PAID ON<br>OR BEFORE | >>> 04/10/09 | YOU SAVE >>> | 4.42 | AND PAY<br>ONLY >>> | 216.36 |



## Standard Electric Company

2650 Trautner Drive
Saginaw, MI 48604

# DELIVERY RECEIPT

**1059804-03**

Page 1 of 1

EAST

# OUR TRUCK!

**BILL TO:** 153001

GM GIF-PLS/GMS
GM FINANCIAL C/O OLIMPIC REC
P O BOX 63490
PHOENIX, AZ 850823490

**SHIP TO:** 153001

GM GIF-PLS/GMS
SAGINAW METAL CASTINGS

| PO#: | GMS32276 | Cust#: | 153001 | Date Printed: | 03/13/2009 19:50 |
|---|---|---|---|---|---|
| Job#: | | Ordered By: | EDI | Taken By: | Charley Francis |

**Special Instructions**

| Item | Mfg | Part Number / Description | | Ordered | Shipped | B/O | |
|---|---|---|---|---|---|---|---|
| 1 | SQD | SQD9001KT38LGG31 | DA-46-07 | 2 | 2 | | |
| | | 9001KT38LGG31 PILOTLT W/GRNCAP | 78590103617 | | | | |
| | | PRXX3704 001 | | | | | |



| Order Date | 1/23/2009 | Picked By | Kevin Erwin |
|---|---|---|---|
| Ship Date | 03/13/2009 | Packed By | Kevin Erwin |
| Ship Via | OUR TRUCK! | Ship Message | |
| Ship / Track # | 0 | Comments | |
| Packages | 1 Bag | | |

Print Name _____    Date Delivered: _____

Signature _____

2650 Trautner Drive * Saginaw, MI 48604 * Telephone (989) 497-2100 * Fax

Page 1 of 1

# STANDARD ELECTRIC COMPANY

Phone: 989-497-2100    Fax: 989-497-2101    DUNS# 00-890-2850

Please remit to:
**Standard Electric Company**
P.O. Box 5289
Saginaw, MI 48603-0289

**\*\*\* ORIGINAL \*\*\***

Bill to:
GM GIF-PLS/GMS
GM FINANCIAL C/O OLIMPIC REC
P O BOX 63490
PHOENIX          AZ 85082-3490

**Invoice      1021838-01**      Page
Invoice Date      08/12/08          1
Customer No. 153001-0009

Ship to:
GM POWERTRAIN
SAGINAW METAL CASTINGS

Given   EDI

The following items were purchased at our SAGINAW location.

| Customer PO. | Order Date | Shipping Instructions | | Sales Reps | | TY | TC |
|---|---|---|---|---|---|---|---|
| GMS28451 | 07/31/08 | OUR TRUCK | | CF / TF | | 1 | 1 |

| Line | Item Description | Qty Ordered | Qty Shipped | Backordered | Unit Price | U/M | Extension |
|---|---|---|---|---|---|---|---|
| 1 | PRUX1769 003 HU363AWKEI 3P 600V100A SFTY SW | 1 | 1 | | 478.120 | E | 478.12 |

**TERMS:   VENDORS TERMS**

No merchandise may be returned without permission.  Specialty ordered merchandise and cut wire are not returnable.  All returned merchandise is subject to a handling charge.  A service charge of 1.5% per month or 18% per annum of the unpaid balance will be added to past due accounts.  All returned merchandise must be accompanied by our invoice number.

| | | |
|---|---|---|
| Material Sub Total | | 478.12 |
| Sales Tax | | .00 |
| Total Due >>> | | 478.12 |

| IF PAID ON OR BEFORE >>> | 09/10/08 | YOU SAVE >>> | 4.78 | AND PAY ONLY >>> | 473.34 |
|---|---|---|---|---|---|



# Standard Electric Company

**SEC**

153001-0909

UP ELECTRIC SUPPLY CO.
WITTOCK SUPPLY CO.

| Sub-navigation city list |
|---|
| 1 SAGINAW (989) 497-2100 |
| 2 MIDLAND (989) 496-2000 |
| 3 BAY CITY (989) 892-3571 |
| 4 ALPENA (989) 356-3521 |
| 5 FLINT (810) 232-8164 |
| 6 GRAND RAPIDS (616) 532-6480 |
| 7 GAYLORD (989) 732-2466 |
| 8 MT. PLEASANT (989) 779-4400 |
| 9 BAD AXE (989) 269-9953 |
| 11 CADILLAC (231) 779-0177 |
| 12 LANSING (517) 487-1832 |
| 13 FLINT (810) 232-1184 |
| 14 GRAND RAPIDS (616) 532-6480 |
| 15 JACKSON (517) 414-4125 |
| 16 KALAMAZOO (269) 342-1965 |
| 17 BRIGHTON (810) 225-3162 |
| 18 SAULT STE. MARIE (906) 632-7557 |
| 19 ROCKFORD |
| 20 MARQUETTE (906) 225-9531 |
| 21 ESCANABA (906) 786-5077 |

CPi

TRANSACTION
WAREHOUSE
DATE 08/11/08
PAGE 1

SHIPPER NUMBER
10218358-01

Special Instructions:
11:19:41
127 **BACK ORDER**

| CUSTOMER P.O. NUMBER | | GM POWERTRAIN |
|---|---|---|
| GM528451 | | SAGINAW METAL CASTINGS |

GM GTF-PLS/GMS
GM FINANCIAL C/O OLIMPIC REC
P O BOX 63490
PHOENIX                      AZ 85082-3490

| ORDER DATE | TAKEN BY | SALESMAN/ TERMS | RELEASE/REQUEST NUMBER | SHIP DATE | SHIP VIA | T/S | GIVEN BY/PHONE |
|---|---|---|---|---|---|---|---|
| 07/31/08 | CF | TF | | 07/31/08 | OUR TRUCK | 1 EDI | EDI |
| | | VENDORS TERMS | | | | | |
| | | OUR TRUCK | | | | | |

| LINE NO. | ITEM NUMBER | DESCRIPTION | ORDERED | BACKORD | SHIPPED | PRICE/UM | EXTENSION |
|---|---|---|---|---|---|---|---|
| 3 | SQDHU363AWKEI PRUX17769 003 | HU363AWKEI 3P 600V100A SFTY SW 07800 | 1 | | 1 | E | |

| BOX | REEL | BAG | COIL | PALLET | OTHER (DESCRIPTION) | BUNDLE | CONDUIT |
|---|---|---|---|---|---|---|---|
| FILLED MO | | | | DATE 8/11 | CHECKER BT | | |

BR  1
1

S.M.C.O RECEIVED
Subject to Weight & Count
AUG 12 2008
Per _____
Rec. _____

**DELIVERY RECEIPT**

ABOVE MATERIALS RECEIVED IN GOOD CONDITION:

SIGNATURE _____    PRINT NAME CLEARLY _____    DATE ___/___/___

ALL RETURNED MATERIAL SUBJECT TO APPLICABLE RESTOCKING CHARGES

CLAIMS: CLAIMS FOR SHORTAGES MUST BE MADE WITHIN 48 HOURS.

SUB-TOTAL:
TAX:
FREIGHT:
TOTAL DUE

OF-08 REV 05

# STANDARD Electric Company

Phone: 989-497-2100    Fax: 989-497-2101    DUNS# 00-890-2850

Please remit to:
Standard Electric Company
P.O. Box 5289
Saginaw, MI 48603-0289

**\*\*\* ORIGINAL \*\*\***

| | |
|---|---|
| **Invoice** | **1030579-01**    Page 1 |
| Invoice Date | 09/12/08 |
| Customer No. | 153001-0009 |

Bill to:
GM GIF-PLS/GMS
GM FINANCIAL C/O OLIMPIC REC
P O BOX 63490
PHOENIX        AZ 85082-3490

Ship to:
GM GIF-PLS/GMS
GM FINANCIAL C/O OLIMPIC REC
P O BOX 63490
PHOENIX        AZ 85082-3490

The following items were purchased at our SAGINAW location.

| Customer P.O. | Order Date | Shipping Instructions | Sales Reps | TY | TC |
|---|---|---|---|---|---|
| GMS26444 | 09/08/08 | | PH / TF | 2 | 1 |

| Line | Item<br>Description | Qty Ordered | Qty Shipped | Backordered | Unit Price | U/M | Extension |
|---|---|---|---|---|---|---|---|
| 1 | GMS26444<br>HMD60Y<br><br>CONSOLIDATED CONTROLS 14415<br>STD 138769/1-65277DIR | 1 | 1 | | 763.790 | E | 763.79 |

**TERMS:    NET TERMS**

No merchandise may be returned without permission. Specialty ordered merchandise and cut wire are not returnable. All returned merchandise is subject to a handling charge. A service charge of 1.5% per month or 18% per annum of the unpaid balance will be added to past due accounts. All returned merchandise must be accompanied by our invoice number.

| | |
|---|---|
| Material Sub Total | 763.79 |
| Sales Tax | .00 |
| Total Due >>> | 763.79 |

# SEC  Standard Electric Company

**Please remit to:**
Standard Electric Company
P.O. Box 5289
Saginaw, MI 48603-0289

Phone: 989-497-2100    Fax: 989-497-2101    DUNS# 00-890-2850

## *** ORIGINAL ***

| Invoice | 364080-01 | Page |
|---|---|---|
| Invoice Date | 05/26/09 | 1 |
| Customer No. | 153004-0006 | |

Bill to:
GM PWTRN-BCS-SPOT BUYS-TIER 2
BAY CITY PLANT
* * * * * * * * * * * * *
BAY CITY            MI 48706

Ship to:
GM PT BAY CITY CMPTS
1001 WOODSIDE AVE
GM PO BCS20159 ID# 0064-C96N
BAY CITY            MI 48708

The following items were purchased at our **BAY CITY** location.

| Customer PO. | Order Date | Shipping Instructions | Sales Reps | TY | TC |
|---|---|---|---|---|---|
| BCS20159 | 05/07/09 | | BJR / LD | 2 | 1 |

| Line | Item / Description | Qty Ordered | Qty Shipped | Backordered | Unit Price | U/M | Extension |
|---|---|---|---|---|---|---|---|
| 1 | ORIGINAL QUOTE #<br>0064-C96N<br>AIRTRONICS 43340-026 TIMING<br>BELT<br>GM ID# 0064-C96N<br><br>STD PO 300956<br>AIRTRONICS 0205548-IN | 2 | 2 | | 450.300 | E | 900.60 |

**TERMS:   VENDORS TERMS**

| | |
|---|---|
| Material Sub Total | 900.60 |
| Sales Tax | .00 |
| Total Due >>> | 900.60 |

No merchandise may be returned without permission.  Specialty ordered merchandise and cut wire are not returnable.  All returned merchandise is subject to a handling charge.  A service charge of 1.5% per month or 18% per annum of the unpaid balance will be added to past due accounts.  All returned merchandise must be accompanied by our invoice number.

# Standard Electric Company

Phone: 989-497-2100   Fax: 989-497-2101   DUNS# 00-890-2850

**Please remit to:**
Standard Electric Company
P.O. Box 5289
Saginaw, MI 48603-0289

*** ORIGINAL ***

**Invoice**     **358624-01**     Page 1

Invoice Date     02/04/09
Customer No. 153004-0007

Bill to:
GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * * *
BAY CITY          MI 48706

Ship to:
GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * * *
BAY CITY          MI 48706

Given   DAVID LEVASSEUR

The following items were purchased at our BAY CITY location.

| Customer PO. | Order Date | Shipping Instructions | Sales Reps | TY | TC |
|---|---|---|---|---|---|
| SUMMARY DEPT 5 | 02/03/09 | | BJR / LD | 1 | 1 |

| Line | Item Description | Qty Ordered | Qty Shipped | Backordered | Unit Price | U/M | Extension |
|---|---|---|---|---|---|---|---|
| 1 | NCDMPF920Z<br>NCD MPF920-Z FLOPPY DRIVE<br>470307 | 1 | 1 | | 15.950 | E | 15.95 |

TERMS:   VENDORS TERMS

No merchandise may be returned without permission. Specialty ordered merchandise and cut wire are not returnable. All returned merchandise is subject to a handling charge. A service charge of 1.5% per month or 18% per annum of the unpaid balance will be added to past due accounts. All returned merchandise must be accompanied by our invoice number.

| | | |
|---|---|---|
| Material Sub Total | | 15.95 |
| Sales Tax | | .00 |
| Total Due >>> | | 15.95 |

IF PAID ON OR BEFORE >>> 03/10/09   YOU SAVE >>> .32   AND PAY ONLY >>> 15.63

# Standard Electric Company

**CPI**

TRANSACTION
WAREHOUSE

SHIPPER NUMBER
03586.24-01

DATE  02/03/09   PAGE   1

T/S  1   GIVEN BY/PHONE   DAVID LEVASSEUR

13#17#11
90 **BACK ORDER**

Special Instructions:

| REEL | COIL | FILLED | BOX | BAG | PALLET | OTHER (DESCRIPTION) | BUNDLE | CONDUIT |
|------|------|--------|-----|-----|--------|---------------------|--------|---------|

GM FWTRN-ECS-MONTHLY
BAY CITY PLANT
* * * * * * * * *
BAY CITY              MI 48706

GM FWTRN-ECS-MONTHLY
BAY CITY PLANT
* * * * * * * * *
BAY CITY              MI 48706

| CUSTOMER P.O. NUMBER | | | | RELEASE/REQUEST NUMBER | | |
|---|---|---|---|---|---|---|

SUMMARY DEPT 5

1530004-0007

BR [ 3 ]

| ORDER DATE | TAKEN BY | SALESMAN | TERMS | VENDORS TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|---|
| 02/03/09 | BJR | LD | | | 02/03/09 | |

| LINE NO | ITEM NUMBER | DESCRIPTION | ORDERED | BACKORD | SHIPPED | PRICE/UM | EXTENSION |
|---|---|---|---|---|---|---|---|
| | NCDMPF920Z | NCD MPF920-Z FLOPPY DRIVE  470307  21511 | 1 | | 1 | E | -6.549 |

SUB-TOTAL
TAX:
FREIGHT

TOTAL DUE

ABOVE MATERIALS RECEIVED IN GOOD CONDITION

SIGNATURE

PRINT NAME CLEARLY

ALL RETURNED MATERIAL SUBJECT TO APPLICABLE RESTOCKING CHARGES

CLAIMS: CLAIMS FOR SHORTAGES MUST BE MADE WITHIN 48 HOURS

DELIVERY RECEIPT

DATE

Standard Electric Company - 1300 Washington Ave. - Bay City, MI 48708

517-892-3571    Fax 517-892-9606

Shipping Manifest - Bay City Powertrain

Date 8-4-09

| Invoice No. | Name of Customer | Address | Boxes Cont. |
|---|---|---|---|
| 358824-1 | | | 1 PCS |
| 10- | | | 1.8 x |

POWER TRAIN-BAY CITY
Date Received 2-4-09
No. of Containers
Checked By

# Standard Electric Company

Phone: 989-497-2100    Fax: 989-497-2101    DUNS# 00-890-2850

**Please remit to:**
Standard Electric Company
P.O. Box 5289
Saginaw, MI 48603-0289

*** ORIGINAL ***

| | |
|---|---|
| **Invoice** | **357096-01** |
| Invoice Date | 02/05/09 |
| Customer No. | 153004-0007 |

Page 1

Bill to:
GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * * *
BAY CITY          MI 48706

Ship to:
GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * * *
BAY CITY          MI 48706

Given    RANDY STEFANIAK

The following items were purchased at our BAY CITY location.

| Customer PO. | Order Date | Shipping Instructions | Sales Reps | TY | TC |
|---|---|---|---|---|---|
| DEPT 015 SUMMARY | 01/09/09 | OT | BJR / LD | 1 | 1 |

| Line | Item / Description | Qty Ordered | Qty Shipped | Backordered | Unit Price | U/M | Extension |
|---|---|---|---|---|---|---|---|
| 1 | NCDP562315<br>NCD P56-2315 USB 4GB JUMP<br>DRIVE PNY TECH | 2 | 2 | | 25.080 | 1 | 50.16 |
| 2 | NCDM5011164<br>NCD M501-1164 DB25 TO USB<br>ADAPTER CABLE | 1 | 1 | | 17.100 | E | 17.10 |

**TERMS:    VENDORS TERMS**

No merchandise may be returned without permission.  Specialty ordered  merchandise and cut wire  are not returnable.  All returned merchandise is subject to a handling charge.  A service charge of 1 5% per month or 18% per annum of the unpaid balance will be added to past due accounts.  All returned merchandise must be accompanied by our invoice number.

| | | |
|---|---|---|
| Material Sub Total | | 67.26 |
| Sales Tax | | .00 |
| Total Due >>> | | 67.26 |

| IF PAID ON >>> 03/10/09<br>OR BEFORE | YOU SAVE >>> | 1.34 | AND PAY >>><br>ONLY | 65.92 |
|---|---|---|---|---|



# Standard Electric Company

WARNER SUPPLY CO.

| TRANSACTION | | SHIPPER NUMBER |
|---|---|---|
| WAREHOUSE | | 0357096-01 |

DATE 02/03/09  PAGE 1

T/S GIVEN BY PHONE  RANDY STEFANIAK

08:04:50
12 **BACK ORDER**

Special Instructions:

| BOX | BAG | REEL | COIL | PALLET | BUNDLE | CONDUIT |
|---|---|---|---|---|---|---|
| | | | | | | |
| FILLED | | DATE | OTHER (DESCRIPTION) | CHECKER | | DATE |

**CUSTOMER P.O. NUMBER**

DEPT 015 SUMMARY

GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * * * * *
BAY CITY *************
MI 48706

153004-0007

GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* .* * * * * * * * * * * *
BAY CITY *************
MI 48706

| LINE NO. | ORDER DATE | ITEM NUMBER | TAKEN BY | SALESMAN | TERMS | VENDORS TERMS | DESCRIPTION | RELEASE/REQUEST NUMBER | SHIP DATE | SHIP VIA | T/S | ORDERED | BACKORD | SHIPPED | PRICE/UM | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01/09/09 | NCDP563515 | BJR | LD | | QT | NCD P56-2315 USB 4GR JUMP DRIVE PNY TECH 21511 | | 01/09/09 | QT | 1 | 2 | | 2 | 1 | |
| 2 | | NCDM5011164 | | | | | NCD M501-1164 DB25 TO USB ADAPTER CABLE 21511 | | | | | 1 | | 1 | E | |

SUB-TOTAL:
TAX:
FREIGHT:
TOTAL DUE:

-7255

ABOVE MATERIALS RECEIVED IN GOOD CONDITION:

SIGNATURE

PRINT NAME CLEARLY          DATE

CLAIMS: CLAIMS FOR SHORTAGES MUST BE MADE WITHIN 48 HOURS.

**DELIVERY RECEIPT**

OF-08 REV 05
ALL RETURNED MATERIAL SUBJECT TO APPLICABLE RESTOCKING CHARGES.

# Standard Electric Company

Please remit to:
Standard Electric Company
P.O. Box 5289
Saginaw, MI 48603-0289

Phone: 989-497-2100    Fax: 989-497-2101    DUNS# 00-890-2850

**\*\*\* ORIGINAL \*\*\***

| | |
|---|---|
| **Invoice** | **353358-01** |
| Invoice Date | 02/09/09 |
| Customer No. | 153004-0007 |

Page 1

Bill to:
GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * *
BAY CITY        MI 48706

Ship to:
GM PT BAY CITY CMPTS
1001 WOODSIDE AVE
DEPT 105 SUMMARY JIM KURCHAK
BAY CITY          MI 48708

The following items were purchased at our BAY CITY location.

| Customer PO. | Order Date | Shipping Instructions | Sales Reps | TY | TC |
|---|---|---|---|---|---|
| DEPT 105 SUMMARY | 11/10/08 | | BJR / LD | 2 | 1 |

| Line | Item / Description | Qty Ordered | Qty Shipped | Backordered | Unit Price | U/M | Extension |
|---|---|---|---|---|---|---|---|
| | ORIGINAL QUOTE # | | | | | | |
| 1 | GMWAL108470000 | 1 | 1 | | 148.960 | E | 148.96 |
| | WALDMANN 108470000 LIGHT | | | | | | |
| 2 | GMWAL309367010 | 1 | 1 | | 67.410 | E | 67.41 |
| | WALDMANN 309367010 REMOTE | | | | | | |
| | BALLAST | | | | | | |
| | | | | | | | |
| | STD PO 396731 | | | | | | |
| | WALDMAN | | | | | | |

**TERMS:   VENDORS TERMS**

No merchandise may be returned without permission.  Specialty ordered merchandise and cut wire  are not returnable.  All returned merchandise is subject to a handling charge.  A service charge of 1.5% per month or 18% per annum of the unpaid balance will be added to past due accounts.  All returned merchandise must be accompanied by our invoice number.

| | |
|---|---|
| Material Sub Total | 216.37 |
| Sales Tax | .00 |
| Total Due >>> | 216.37 |



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

June 12,2009

Dear Customer:

The following is the proof-of-delivery for tracking number **060798360180860**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Bay City, MI |
| **Signed for by:** | TZUISINSKI | **Delivery date:** | Nov 13, 2008 09:52 |
| **Service type:** | Ground-Domestic | | |



T.ZUISINSKI
#29, 09:52, 7 Del, 0 NonDel

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 060798360180860 | **Ship date:** | Nov 12, 2008 |
| | | **Weight:** | 5.6 lbs. |

| | | | |
|---|---|---|---|
| **Recipient:** | | **Shipper:** | |
| BAY CITY, MI US | | WHEELING, IL US | |
| **Purchase order number** | | 396731DIR0353358 | |
| **Shipment Id** | | 208437 | |

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# ⫽SEC STANDARD ELECTRIC COMPANY

Phone: 989-497-2100     Fax: 989-497-2101     DUNS# 00-890-2850

Please remit to:
Standard Electric Company
P.O. Box 5289
Saginaw, MI 48603-0289

*** ORIGINAL ***

| | |
|---|---|
| **Invoice** | **358674-01** |
| Invoice Date | 02/09/09 |
| Customer No. | 153004-0007 |

Page 1

Bill to:
GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * * *
BAY CITY           MI 48706

Ship to:
GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * * *
BAY CITY           MI 48706

Given    SUE SPENCER

The following items were purchased at our BAY CITY location.

| Customer PO. | Order Date | Shipping Instructions | | | Sales Reps | | TY | TC |
|---|---|---|---|---|---|---|---|---|
| 13-7000WF138 SUMMARY | 02/04/09 | | | | BJR / LD | | 1 | 1 |
| Line | | Qty Ordered | Qty Shipped | Backordered | Unit Price | U/M | Extension | |
| Item Description | | | | | | | | |
| 1  QMAMMHD1502T | | 1 | 1 | | 53.000 | E | 53.00 | |
| QMAMMHD1502T UTILITY HTR | | | | | | | | |

TERMS:   VENDORS TERMS

No merchandise may be returned without permission.  Specialty ordered merchandise and cut wire are not returnable.  All returned merchandise is subject to a handling charge.  A service charge of 1.5% per month or 18% per annum of the unpaid balance will be added to past due accounts.  All returned merchandise must be accompanied by our invoice number.

| | |
|---|---|
| Material Sub Total | 53.00 |
| Sales Tax | .00 |
| Total Due >>> | 53.00 |

| IF PAID ON OR BEFORE | >>> 03/10/09 | YOU SAVE >>> | 1.06 | AND PAY ONLY | >>> | 51.94 |
|---|---|---|---|---|---|---|

# Standard Electric Company

**CPi**

**K-EC**

153004-0007

BR  3

S  BAGINAW
H  MIDLAND
I  BAY CITY
P  ALPENA
T  GAYLORD
O  MT PLEASANT
   TRAVERSE CITY
   PETOSKEY

GM FWTRN—BCS—MONTHLY
BAY CITY PLANT
* * * * * * * * * * * * * *
BAY CITY                    MI 48706

| TRANSACTION | | SHIPPER NUMBER |
| --- | --- | --- |
| WAREHOUSE | | 0358674-01 |

DATE  02/06/09 PAGE        1.

GM FWTRN—BCS—MONTHLY
BAY CITY PLANT
* * * * * * * * * * * * * * * *
BAY CITY                    MI 48706

| T/S | GIVEN BY/PHONE |
| --- | --- |
| 1 | SUE SPENCER |

**UP ELECTRIC SUPPLY CO.**

Special Instructions:
10:55:36
42 **BACK ORDER**

| BOX | REEL | COIL | BAG | PALLET | BUNDLE | CONDUIT |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

FILLED | DATE | CHECKER | DATE

| CUSTOMER P.O. NUMBER | | | | RELEASE/REQUEST NUMBER | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3—7XXXWF138 SUMMARY | | | | | | | | | | |

| ORDER DATE | TAKEN BY | SALESMAN | TERMS | VENDORS TERMS | SHIP DATE | SHIP VIA | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2/04/09 | BJR | LD | | | 02/04/09 | | | | | |

| ITEM NUMBER | DESCRIPTION | ORDERED | QUANTITY | | | PRICE/UM | EXTENSION |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | BACKORD | SHIPPED | | |
| QMAMMHD15O2T | QMAMMHD15O2T UTILITY HTR | 1 | | | 1 | E. | -.7449 |
| | 86168 | | | | | | |

ALL RETURNED MATERIAL SUBJECT TO APPLICABLE RESTOCKING CHARGES

ABOVE MATERIALS RECEIVED IN GOOD CONDITION:

SIGNATURE

PRINT NAME CLEARLY                    DATE

CLAIMS: CLAIMS FOR SHORTAGES MUST BE MADE WITHIN 48 HOURS.

**DELIVERY RECEIPT**

SUB-TOTAL:
TAX:
FREIGHT:

**TOTAL DUE**

QF-06 REV 05

Raybald Electric Company - 1300 Washington Ave. - Bay City, MI 48708

517-892-3571    Fax 517-892-9606

Shipping Manifest - Bay City Powertrain

Invoice No. S8674-101

Invoice No. S8232-00

8-9-08

Name of Customer

Address

**POWER TRAIN BAY CITY**

Qty. Received
No. of Boxes Rec.
Checked By

Box x 08
180 x

Mfg. Ser.

2 pcs

# Standard Electric Company

Please remit to:
Standard Electric Company
P.O. Box 5289
Saginaw, MI 48603-0289

Phone: 989-497-2100      Fax: 989-497-2101      DUNS# 00-890-2850

*** ORIGINAL ***

| | |
|---|---|
| **Invoice** | **358832-00** Page 1 |
| Invoice Date | 02/09/09 |
| Customer No. | 153004-0007 |

Bill to:
GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * *
BAY CITY          MI 48706

Ship to:
GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * *
BAY CITY          MI 48706

Given   DANIELLE FULLER

The following items were purchased at our BAY CITY location.

| Customer PO. | Order Date | Shipping Instructions | Sales Reps | TY | TC |
|---|---|---|---|---|---|
| DEPT 13BC01068 SUMMA | 02/06/09 | | BJR / LD | 1 | 1 |

| Line | Item / Description | Qty Ordered | Qty Shipped | Backordered | Unit Price | U/M | Extension |
|---|---|---|---|---|---|---|---|
| 1 | GLEL07590D CONDUIT 3/4-90DEG-GALV ELBOW | 12 | 12 | | 334.000 | C | 40.08 |
| 2 | BRAPAL750439 BRADY PAL-750-439 CONT WHT VIN | 4 | 4 | | 15.320 | E | 61.28 |

TERMS:    VENDORS TERMS

| | |
|---|---|
| Material Sub Total | 101.36 |
| Sales Tax | .00 |
| Total Due >>> | 101.36 |

No merchandise may be returned without permission. Specialty ordered merchandise and cut wire are not returnable. All returned merchandise is subject to a handling charge. A service charge of 1.5% per month or 18% per annum of the unpaid balance will be added to past due accounts. All returned merchandise must be accompanied by our invoice number.

| IF PAID ON OR BEFORE | >>> 03/10/09 | YOU SAVE >>> | 2.03 | AND PAY ONLY | >>> | 99.33 |
|---|---|---|---|---|---|---|



# Standard Electric Company

## WITLOCK SUPPLY CO.

SHIPPER NUMBER: 035BB32-00

| TRANSACTION | WAREHOUSE |
|---|---|
| DATE | 02/06/09 PAGE 1 |

T/S: 1  GIVEN BY/PHONE: DANIELLE FULLER

08:14:29

GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * * * *
BAY CITY                    MI 48706

CUSTOMER P.O. NUMBER: 153BC01068 SUMMA

RELEASE/REQUEST NUMBER: 153004-0007

GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * *
BAY CITY              MI 48706

| ORDER DATE | TAKEN BY | SALESMAN | TERMS |
|---|---|---|---|
| 2/06/09 | BJR | LD | |

| VENDORS | TERMS |
|---|---|

| ITEM NUMBER | DESCRIPTION | SHIP DATE | SHIP VIA | ORDERED | BACKORD | SHIPPED | PRICE/UM | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| GLEL075900D | CONDUIT 3/4-90DEG-GALV ELBOW 00162 | 02/06/09 | | 12 | | 12 | C | |
| BRAFAL750439 | BRADY FAL-750-439 CONT WHT VIN 81020 | | | 4 | | 4 | E | -7578 |

SUB-TOTAL:
TAX:
FREIGHT:

TOTAL DUE

Special Instructions:

| BOX | BAG | PALLET | BUNDLE | CONDUIT |
|---|---|---|---|---|
| REEL | COIL | OTHER (DESCRIPTION) | | |
| FILLER | | PKG'D | | |
| | | CHECKER | DATE | |

S'SIGNATURE

ABOVE MATERIALS RECEIVED IN GOOD CONDITION:

ALL RETURNED MATERIAL SUBJECT TO APPLICABLE RESTOCKING CHARGES.

PRINT NAME CLEARLY

CLAIMS: CLAIMS FOR SHORTAGES MUST BE MADE WITHIN 48 HOURS.

DATE

# DELIVERY RECEIPT

Shinland Electric Company – 1300 Washington Ave. – Bay City, MI 48708

517-092-3571    Fax 517-092-9606

Shipping Manifest – Bay City Powertrain

Date 2-9-05

Invoice No.
3 58678-01
35 8632-00

Number of Customer

Address

No. of Containers
1.80 x
1.80 x
2 pcs

POWER TRAIN BAY CITY
Res. Received
Res. Containers
Checked By

# Standard Electric Company

Phone: 989-497-2100    Fax: 989-497-2101    DUNS# 00-890-2850

**\*\*\* ORIGINAL \*\*\***

| | |
|---|---|
| **Invoice** | **358836-01** |
| Invoice Date | 02/09/09 |
| Customer No. | 153004-0007 |

Page 1

Bill to:
GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * *
BAY CITY          MI 48706

Ship to:
GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * * *
BAY CITY          MI 48706

Given    ANDY SMITH

The following items were purchased at our BAY CITY location.

| Customer PO. | Order Date | Shipping Instructions | Sales Reps | TY | TC |
|---|---|---|---|---|---|
| DEPT 154 SUMMARY | 02/06/09 | | BJR / LD | 1 | 1 |

| Line | Item / Description | Qty Ordered | Qty Shipped | Backordered | Unit Price | U/M | Extension |
|---|---|---|---|---|---|---|---|
| 1 | GMDURA625<br>DUR A625 POWER SUPPLY | 4 | 4 | | 3.420 | E | 13.68 |

**TERMS:    VENDORS TERMS**

No merchandise may be returned without permission. Specialty ordered merchandise and cut wire are not returnable. All returned merchandise is subject to a handling charge. A service charge of 1.5% per month or 18% per annum of the unpaid balance will be added to past due accounts. All returned merchandise must be accompanied by our invoice number.

| | |
|---|---|
| Material Sub Total | 13.68 |
| Sales Tax | .00 |
| Total Due >>> | 13.68 |

# SEC Standard Electric Company

**CPI** Continuous Procurement Improvement

W.A. ELECTRIC SUPPLY CO.

| | |
|---|---|
| SAGINAW | (989) 497-2100 |
| MIDLAND | (989) 496-2000 |
| BAY CITY | (517) 497-0177 |
| ALPENA | (989) 356-4521 |
| FLINT | (810) 232-1664 |
| GAYLORD | (989) 732-2400 |
| GRAND RAPIDS | (989) 949-4400 |
| KALAMAZOO | (269) 342-1995 |
| TRAVERSE CITY | (231) 943-4440 |
| PETOSKEY | (231) 348-3080 |

9 BAD AXE
1 CADILLAC
11 LANSING
13 FLINT
14 OWOSSO
15 GRAND RAPIDS
16 KALAMAZOO
17 BRIGHTON

18 SAULT STE. MARIE (906) 632-7357
18 KINGSFORD (906) 774-4485
28 MARQUETTE (906) 226-6570
21 ESCANABA (800) 766-5177

**TRANSACTION**
WAREHOUSE

**DATE** 02/06/09   **PAGE** 1

**SHIPPER NUMBER**
0358836-01

Special Instructions:

08:20:29
15 **BACK ORDER**

| BOX | BAG | COIL | PALLET | BUNDLE | CONDUIT |
|---|---|---|---|---|---|
| | | | | | |
| FILLED | REEL | DATE | CHECKER | OTHER (DESCRIPTION) | DATE |

| CUSTOMER P.O. NUMBER | | | | | RELEASE/REQUEST NUMBER | | T/S | GIVEN BY/PHONE |
|---|---|---|---|---|---|---|---|---|
| DEPT 154 SUMMARY | | | | | 153004-0007 | | 1 | ANDY SMITH |

S O L D   T O
GM FWTRN-BCS-MONTHLY
BAY CITY PLANT
** ** ** ** ** ** ** **
BAY CITY     MI 48706

BR  [ 3 ]

S H I P   T O
GM FWTRN-BCS-MONTHLY
BAY CITY PLANT
** ** ** ** ** ** ** **
BAY CITY     MI 48706

| ORDER DATE | TAKEN BY | SALESMAN | TERMS | | VENDORS TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|---|---|
| 02/06/09 | BJR | LD | | | | 02/06/09 | |

| LINE NO. | ITEM NUMBER | DESCRIPTION | QUANTITY | | | PRICE/UM | EXTENSION |
|---|---|---|---|---|---|---|---|
| | | | ORDERED | BACKORD | SHIPPED | | |
| 1 | GMDURA6625 | DUR A6625 POWER SUPPLY 11444 | 4 | | 4 | E | |

**SUB-TOTAL:**
**TAX:**
**FREIGHT:**

**TOTAL DUE**

ABOVE MATERIALS RECEIVED IN GOOD CONDITION:

SIGNATURE _____   PRINT NAME CLEARLY _____   DATE _____

ALL RETURNED MATERIAL SUBJECT TO APPROVAL AND RESTOCKING CHARGES.

CLAIMS: CLAIMS FOR SHORTAGES MUST BE MADE WITHIN 48 HOURS.

# DELIVERY RECEIPT

OF-06 REV 05

# Standard Electric Company

Phone: 989-497-2100    Fax: 989-497-2101    DUNS# 00-890-2850

Please remit to:
**Standard Electric Company**
P.O. Box 5289
Saginaw, MI 48603-0289

### *** ORIGINAL ***

**Invoice** 359113-01   Page 1

Invoice Date   02/13/09
Customer No. 153004-0007

Bill to:
GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * * *
BAY CITY          MI 48706

Ship to:
GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * * *
BAY CITY          MI 48706

Given   MARK RUESEGGER

The following items were purchased at our BAY CITY location.

| Customer PO. | Order Date | Shipping Instructions | Sales Reps | TY | TC |
|---|---|---|---|---|---|
| DEPT 143 SUMMARY | 02/11/09 | OT | BJR / LD | 1 | 1 |

| Line | Item Description | Qty Ordered | Qty Shipped | Backordered | Unit Price | U/M | Extension |
|---|---|---|---|---|---|---|---|
| 1 | SQD9998SL2 SQD 9998SL2 CONTACT PARTS KIT | 1 | 1 | | 85.560 | E | 85.56 |

**TERMS:   VENDORS TERMS**

| | |
|---|---|
| Material Sub Total | 85.56 |
| Sales Tax | .00 |
| Total Due >>> | 85.56 |

No merchandise may be returned without permission. Specialty ordered merchandise and cut wire are not returnable. All returned merchandise is subject to a handling charge. A service charge of 1.5% per month or 18% per annum of the unpaid balance will be added to past due accounts. All returned merchandise must be accompanied by our invoice number.

| IF PAID ON OR BEFORE >>> | 03/10/09 | YOU SAVE >>> | 1.71 | AND PAY ONLY >>> | 83.85 |
|---|---|---|---|---|---|

# Standard Electric Company

U.P. ELECTRIC & WESTOCK SUPPLY CO.

**TRANSACTION** WAREHOUSE

**SHIPPER NUMBER** 0359113-01

DATE  02/12/09   PAGE   1

Special Instructions:

10:52:30
43 **BACK ORDER**

| BOX | BAG | PALLET | BUNDLE | CONDUIT |
|---|---|---|---|---|
| REEL | COIL | | OTHER (DESCRIPTION) | |
| FILLED | | DATE | CHECKER | DATE |

CUSTOMER P.O. NUMBER: 153004-0007

DEPT 143 SUMMARY

GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * *
BAY CITY                MI 48706

BR 3

SHIP TO:
GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * *
BAY CITY                MI 48706

T/S  GIVEN BY/PHONE
1    MARK RUESEGGER

| ORDER DATE | TAKEN BY | SALESMAN | TERMS | VENDOR'S TERMS | RELEASE/REQUEST NUMBER | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|---|---|
| 02/11/09 | BJR | LD | 0T | | | 02/11/09 | 0T |

| LINE NO. | ITEM NUMBER | DESCRIPTION | ORDERED | BACKORD | SHIPPED | PRICE/UM | EXTENSION |
|---|---|---|---|---|---|---|---|
| 02/11/09 | SQD 9998SL2 | SQD 9998SL2 CONTACT PARTS KIT  86721 | 1 | | 1 | E | -7543 |

SUB-TOTAL:
TAX:
FREIGHT:
TOTAL DUE

ABOVE MATERIALS RECEIVED IN GOOD CONDITION:

SIGNATURE

PRINT NAME CLEARLY

DATE

**DELIVERY RECEIPT**

CLAIMS: CLAIMS FOR SHORTAGES MUST BE MADE WITHIN 48 HOURS.
ALL RETURNED MATERIAL SUBJECT TO APPLICABLE RESTOCKING CHARGES.
QF-05 REV 05

Standard Electric Company - 1300 Washington Ave. - Bay City, MI 48708

517-892-3571     Fax 517-892-9606

Shipping Manifest - Bay City Powertrain

Date   2-13-09

Invoice No.   579113-01

Name of Customer

Address

Qty

POWER TRAIN BAY CITY
Date Received
No. of Containers
Shipped By
2-13-09

1 pcs

# Standard Electric Company

Phone: 989-497-2100    Fax: 989-497-2101    DUNS# 00-890-2850

Please remit to:
Standard Electric Company
P.O. Box 5289
Saginaw, MI 48603-0289

**\*\*\* ORIGINAL \*\*\***

**Invoice        359194-01**        Page
Invoice Date      02/18/09          1
Customer No. 153004-0007

Bill to:
GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * * *
BAY CITY          MI 48706

Ship to:
GM PT BAY CITY CMPTS
1001 WOODSIDE AVE
DEPT 153 SUMMARY CHRIS APPOLD
BAY CITY          MI 48708

Given    CHRIS APPOLD

The following items were purchased at our BAY CITY location.

| Customer PO. | Order Date | Shipping Instructions | | Sales Reps | | TY | TC |
|---|---|---|---|---|---|---|---|
| DEPT 153 SUMMARY | 02/12/09 | | | BJR / LD | | 2 | 1 |

| Line | Item Description | Qty Ordered | Qty Shipped | Backordered | Unit Price | U/M | Extension |
|---|---|---|---|---|---|---|---|
| 1 | ORIGINAL QUOTE # BLFBES516377EOCPU0 BALLUFF BES 516-377-EO-C-PU-05 ZERO POSITION SWITCH  STD PO 398992 NEFF 17552756 | 1 | 1 | | 91.090 | E | 91.09 |

**TERMS:    VENDORS TERMS**

No merchandise may be returned without permission. Specialty ordered merchandise and cut wire are not returnable. All returned merchandise is subject to a handling charge. A service charge of 1.5% per month or 18% per annum of the unpaid balance will be added to past due accounts. All returned merchandise must be accompanied by our invoice number.

| | |
|---|---|
| Material Sub Total | 91.09 |
| Sales Tax | .00 |
| Total Due >>> | 91.09 |

06/12/2009 13:49    2604973173    09-50026-mg    Doc 1011    Filed 06/15/09    Entered 06/15/09 12:33:15    Main Document    PAGE 02
Pg 33 of 43

Page 1 of 1

Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 968649011955

✉ E-mail notifications

**Delivered**

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: P.HENZAREK

| Shipment Dates | Destination |
|---|---|
| Ship date ⑦ Feb 12, 2009 | BAY CITY, MI |
| Delivery date ⑦ Feb 13, 2009 10:49 AM | Signature Proof of Delivery ⑦ |

Shipment Facts                                                        Help

| Service type | Priority Overnight | Reference | 66022220 | PI |
|---|---|---|---|---|
| Status | | | | D |
| | | | | S |

Shipment Travel History                                              Help

| Select time zone: | Others: | | Select time format: 12H | 24H |
|---|---|---|---|

All shipment travel activity is displayed in local time for the location To display the shipment travel activity in local time of the scan, please select "Local Scan Time" time zone option.

No entries found
| Date/Time | Activity | Location | Details |
|---|---|---|---|

# Standard Electric Company

Phone: 989-497-2100    Fax: 989-497-2101    DUNS# 00-890-2850

| Please remit to: |
|---|
| Standard Electric Company |
| P.O. Box 5289 |
| Saginaw, MI 48603-0289 |

**\*\*\* ORIGINAL \*\*\***

**Bill to:**
GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * * *
BAY CITY            MI 48706

| Invoice | 359459-00 | Page |
|---|---|---|
| Invoice Date | 02/18/09 | 1 |
| Customer No. | 153004-0007 | |

**Ship to:**
GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * * *
BAY CITY            MI 48706

Given    SUE SPENCER

The following items were purchased at our BAY CITY location.

| Customer PO. | Order Date | Shipping Instructions | | Sales Reps | TY | TC |
|---|---|---|---|---|---|---|
| DEPT 98 SUMMARY | 02/17/09 | | | BJR / LD | 1 | 1 |

| Line | Item Description | Qty Ordered | Qty Shipped | Backordered | Unit Price | U/M | Extension |
|---|---|---|---|---|---|---|---|
| 1 | BRA64811 64811 1.125X90 TAPE BLK/YEL | 1 | 1 | | 269.280 | E | 269.28 |

| TERMS: | VENDORS TERMS |
|---|---|

No merchandise may be returned without permission.  Specialty ordered merchandise and cut wire are not returnable.  All returned merchandise is subject to a handling charge.  A service charge of 1.5% per month or 18% per annum of the unpaid balance will be added to past due accounts.  All returned merchandise must be accompanied by our invoice number.

| | | |
|---|---|---|
| Material Sub Total | | 269.28 |
| Sales Tax | | .00 |
| Total Due >>> | | 269.28 |

| IF PAID ON OR BEFORE | >>> 03/10/09 | YOU SAVE >>> | 5.39 | AND PAY ONLY | >>> | 263.89 |
|---|---|---|---|---|---|---|

# Standard Electric Company

**153004-0007**

BR 3

CPI

| TRANSACTION | SHIPPER NUMBER |
|---|---|
| WAREHOUSE | 03559459-00 |

DATE 02/17/09 PAGE 1

GM FWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * *
BAY CITY                    MI 48706

WAREHOUSE SUPPLY CO.

10:48:54
46

Special Instructions:

| BOX | BAG | PALLET | BUNDLE | CONDUIT |
|---|---|---|---|---|
| REEL | COIL | OTHER DESCRIPTION | CHECKER | DATE |

FILED 2/17

**CUSTOMER P.O. NUMBER**

DEPT 98 SUMMARY

GM FWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * *
BAY CITY                    MI 48706

| ORDER DATE | TAKEN BY | SALESMAN | TERMS | RELEASE/REQUEST NUMBER | SHIP DATE | SHIP VIA | T/S | GIVEN BY/PHONE |
|---|---|---|---|---|---|---|---|---|
| 02/17/09 | RJR | LD | VENDORS TERMS | 02/17/09 | | | 1 | SUE SPENCER |

| LINE ITEM NUMBER | DESCRIPTION | ORDERED | BACKORD | SHIPPED | PRICE/UM | EXTENSION |
|---|---|---|---|---|---|---|
| BRA64811 | 64811 1.125X90 TAPE BLK/YEL. 64811. | 1 | | 1 | E | ---7449 |

SUB-TOTAL:
TAX:
FREIGHT:

TOTAL DUE

# DELIVERY RECEIPT

ABOVE MATERIALS RECEIVED IN GOOD CONDITION:

SIGNATURE

PRINT NAME CLEARLY

DATE

ALL RETURNED MATERIAL SUBJECT TO APPLICABLE RESTOCKING CHARGES.
CLAIMS: CLAIMS FOR SHORTAGES MUST BE MADE WITHIN 48 HOURS.

OF-06 REV 05

Sanford Electric Company - 1300 Washington Ave. - Bay City, MI 48706

517-892-3571    Fax 517-892-9606

Shipping Manifest - Bay City Powertrain

Date  2-18-09

Invoice No.

359459-00

25-9432-00

| Name of Customer | Address | No. of Items |
|---|---|---|
| | | 2 pcs |
| | | 1 Box |
| | | 1 Box |

POWER TRAIN-BAY CITY
Date Received 2-18-09
No. of Containers
Checked By

# STANDARD ELECTRIC COMPANY

Phone: 989-497-2100    Fax: 989-497-2101    DUNS# 00-890-2850

**Please remit to:**
Standard Electric Company
P.O. Box 5289
Saginaw, MI 48603-0289

### *** ORIGINAL ***

**Invoice**    **359430-01**    Page
Invoice Date    02/19/09    1
Customer No.  153004-0007

Bill to:
GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * * *
BAY CITY            MI 48706

Ship to:
GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * * *
BAY CITY            MI 48706

Given    DANIELLE FULLER

The following items were purchased at our BAY CITY location.

| Customer PO. | Order Date | Shipping Instructions | | | Sales Reps | | TY | TC |
|---|---|---|---|---|---|---|---|---|
| DEPT 13BC01068 SUMMA | 02/17/09 | | | | BJR / LD | | 1 | 1 |
| Line | Item Description | Qty Ordered | Qty Shipped | Backordered | Unit Price | U/M | Extension | |
| 1 | PVCCAP250 PVC 2-1/2 CONDUIT CAP | 2 | 2 | | 553.900 | C | 11.08 | |

**TERMS:    VENDORS TERMS**

No merchandise may be returned without permission.  Specialty ordered merchandise and cut wire are not returnable.  All returned merchandise is subject to a handling charge.  A service charge of 1.5% per month or 18% per annum of the unpaid balance will be added to past due accounts.  All returned merchandise must be accompanied by our invoice number.

| | |
|---|---|
| Material Sub Total | 11.08 |
| Sales Tax | .00 |
| Total Due >>> | 11.08 |

# Standard Electric Company

CPi

**U.P. ELECTRIC SUPPLY CO.**

| TRANSACTION | | SHIPPER NUMBER |
|---|---|---|
| WAREHOUSE | | 035597430-01 |

DATE 02/18/09 PAGE 1

T/S 1    GIVEN BY/PHONE  DANIELLE FULLER

08:43:55
17 **BACK ORDER**

Special Instructions:

| BOX | BAG | PALLET | BUNDLE | CONDUIT |
|---|---|---|---|---|
| FILLED | COIL | PKG | CHECKER | DATE |

EFT 13EC01068 SUMMA

CUSTOMER P.O. NUMBER

GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * *
BAY CITY                MI 48706

GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * *
BAY CITY                MI 48706

153004-0007s    BR 3    SHP TO

| ORDER DATE | TAKEN BY | SALESMAN | TERMS | | |
|---|---|---|---|---|---|
| 02/17/09 | BJR | LD | | | |

RELEASE/REQUEST NUMBER

SHIP DATE: 02/17/09

SHIP VIA

| LINE | ITEM NUMBER | DESCRIPTION | QUANTITY | | | PRICE/UOM | EXTENSION |
|---|---|---|---|---|---|---|---|
| | | | ORDERED | BACKORD | SHIPPED | | |
| | PVCCAP-250 | PVC 2-1/2 CONDUIT CAP | 2 | | 2 | C | -.7578 |
| | | 48477 | | | | | |
| | | INTRANSIT FROM WHSE 01 | | | | | |

VENDORS TERMS

SUB-TOTAL:
TAX:
FREIGHT:
TOTAL DUE

ALL RETURNED MATERIAL SUBJECT TO APPLICABLE RESTOCKING CHARGES.
ABOVE MATERIALS RECEIVED IN GOOD CONDITION:

SIGNATURE
PRINT NAME CLEARLY
DATE

CLAIMS: CLAIMS FOR SHORTAGES MUST BE MADE WITHIN 48 HOURS.

# DELIVERY RECEIPT

DF-03 REV 05

Standard Electric Company - 1300 Washington Ave. - Bay City, MI 48708

517-892-3571    Fax 517-892-9606

Shipping Manifest - Bay City Powertrain

Date: 2-19-09

Invoice No.: 359 430 - 01

Name of Customer

Address

POWER TRAIN-BAY CITY
Date Received
No. of Containers
Checked By

1 PCS

1 BAG

# Standard Electric Company

Phone: 989-497-2100    Fax: 989-497-2101    DUNS# 00-890-2850

Please remit to:
Standard Electric Company
P.O. Box 5289
Saginaw, MI 48603-0289

## *** ORIGINAL ***

Bill to:
GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * * * *
BAY CITY            MI 48706

**Invoice    359462-01**    Page
Invoice Date    02/24/09    1
Customer No. 153004-0007

Ship to:
GM PT BAY CITY CMPTS
1001 WOODSIDE AVE
DEPT 098 SUMMARY SUE SPENCER
BAY CITY            MI 48708

Given    SUE SPENCER

The following items were purchased at our BAY CITY location.

| Customer PO. | Order Date | Shipping Instructions | Sales Reps | TY | TC |
|---|---|---|---|---|---|
| DEPT 98 SUMMARY | 02/17/09 | | BJR / LD | 2 | 1 |

| Line | Item Description | Qty Ordered | Qty Shipped | Backordered | Unit Price | U/M | Extension |
|---|---|---|---|---|---|---|---|
| | ORIGINAL QUOTE # | | | | | | |
| 1 | BRA64812 | 1 | 1 | | 189.040 | E | 189.04 |
| | 64812 2.25X90 TAPE BLK/YEL | | | | | | |
| | UPS CHARGES IN | | | | | | 7.98 |
| | UPS CHARGES IN | | | | | | |
| | STD PO 399094 | | | | | | |
| | BRADY 9308846820 | | | | | | |

TERMS:    VENDORS TERMS

No merchandise may be returned without permission. Specialty ordered merchandise and cut wire are not returnable. All returned merchandise is subject to a handling charge. A service charge of 1.5% per month or 18% per annum of the unpaid balance will be added to past due accounts. All returned merchandise must be accompanied by our invoice number.

| | | | |
|---|---|---|---|
| Material Sub Total | | | 189.04 |
| Sales Tax | | | .00 |

| IF PAID ON OR BEFORE >>> | 03/10/09 | YOU SAVE >>> | 3.78 | AND PAY ONLY >>> | 193.24 | Total Due >>> | 197.02 |

**FedEx** ®

Ground

FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

June 12, 2009

Dear Customer:

The following is the proof-of-delivery for tracking number **053206871381718**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Bay City, MI |
| **Signed for by:** | CBARNES | **Delivery date:** | Feb 20, 2009 10:56 |
| **Service type:** | Ground-Domestic | | |



C.BARNES
#29. 10:56; 2 Del; 0 NonDel

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 053206871381718 | **Ship date:** | Feb 18, 2009 |
| | | **Weight:** | 2.4 lbs. |
| **Recipient:** | | **Shipper:** | |
| BAY CITY, MI US | | MILWAUKEE, WI US | |
| **Shipment Id** | | 053206871381718 | |
| **Shipment ID:** | | 0110812927 | |

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# Standard Electric Company

Please remit to:
Standard Electric Company
P.O. Box 5289
Saginaw, MI 48603-0289

Phone: 989-497-2100     Fax: 989-497-2101     DUNS# 00-890-2850

**\*\*\* ORIGINAL \*\*\***

| | |
|---|---|
| **Invoice** | **359473-01** Page |
| Invoice Date | 02/24/09   1 |
| Customer No. | 153004-0007 |

Bill to:
GM PWTRN-BCS-MONTHLY
BAY CITY PLANT
* * * * * * * * * * * * *
BAY CITY          MI 48706

Ship to:
GM PT BAY CITY CMPTS
1001 WOODSIDE AVE
DEPT 05 SUMMARY M. DONNENWERTH
BAY CITY          MI 48708

Given   MIKE DONNENWERTH

The following items were purchased at our BAY CITY location.

| Customer PO. | Order Date | Shipping Instructions | Sales Reps | TY | TC |
|---|---|---|---|---|---|
| DEPT 05 SUMMARY | 02/17/09 | | BJR / LD | 2 | 1 |

| Line | Item / Description | Qty Ordered | Qty Shipped | Backordered | Unit Price | U/M | Extension |
|---|---|---|---|---|---|---|---|
| | ORIGINAL QUOTE # | | | | | | |
| 1 | GMSER1525BR | 1 | 1 | | 420.000 | E | 420.00 |
| | SERVO DYNAMICS 1525-BR ANALOG | | | | | | |
| | DRIVE AMPLIFIER | | | | | | |
| | | | | | | | |
| | UPS CHARGES IN | | | | | | 10.44 |
| | UPS CHARGES IN | | | | | | |
| | | | | | | | |
| | STD PO 399098 | | | | | | |
| | SERVO DYNAMICS 045229 | | | | | | |

1Z 9938760345074687

| | | |
|---|---|---|
| **TERMS:   VENDORS TERMS** | | |

No merchandise may be returned without permission. Specialty ordered merchandise and cut wire are not returnable. All returned merchandise is subject to a handling charge. A service charge of 1.5% per month or 18% per annum of the unpaid balance will be added to past due accounts. All returned merchandise must be accompanied by our invoice number.

| | |
|---|---|
| Material Sub Total | 420.00 |
| Sales Tax | .00 |
| Total Due >>> | 430.44 |



## Delivery Notification

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:** 1Z 993 876 03 4507 468 7
**Reference Number(s):** 045229
**Service:** GROUND
**Weight:** 2.00 Lbs
**Shipped/Billed On:** 02/18/2009
**Delivered On:** 02/24/2009 10:35 A.M.
**Delivered To:** BAY CITY, MI, US
**Signed By:** HENZAREK
**Location:** DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:  06/12/2009 2:19 P.M.   ET

https://wwwapps.ups.com/WebTracking/processPOD?lineData=SAGINAW%5EKB%5E...   6/12/2009