**Objection Deadline:  June 15, 2009**
**Hearing Date:  TBD**

Michael St. Patrick Baxter
Dennis B. Auerbach
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC  20004-2401
phone:  (202) 662-6000
fax:  (202) 662-6291

- and -

Susan Power Johnston
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
phone:  (212) 841-1000
fax:  (212) 841-1010

*Counsel to Union Pacific Railroad Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re:                                                         :   Chapter 11
                                                               :
GENERAL MOTORS CORP., *et al.*,                                :   Case No. 09-50026 (REG)
                                                               :
                                                               :
           Debtors.                                            :   Joint Administration Requested
---------------------------------------------------------------x

**OBJECTION OF UNION PACIFIC RAILROAD COMPANY**
**TO DEBTORS' PROPOSED CURE AMOUNTS**

Union Pacific Railroad Company ("Union Pacific") hereby objects to the cure amounts proposed by the Debtors with respect to executory contracts with Union Pacific that the Debtors propose to assume and assign.  Union Pacific's Objection is limited to the amounts the Debtors contend are necessary to cure pre-petition defaults under the executory contracts

between Union Pacific and certain of the Debtors (the "Contracts"). Union Pacific does not object to the Debtors' assumption and assignment of the Contracts. In support of its Objection, Union Pacific represents as follows:

## BACKGROUND

1. By Notice dated June 5, 2009 (the "Assumption Notice"), the Debtors informed Union Pacific of their intent to assume and assign certain executory contracts between the Debtors and Union Pacific. Pursuant to the sale procedures order entered by the Court on June 2, 2009 (Docket No. 274), the Assumption Notice provided Union Pacific with a user number and password allowing Union Pacific to access the database maintained by the Debtors reflecting proposed cure amounts under the Contracts. The database contains a schedule of the Contracts and the Debtors' proposed cure amounts (the "Schedule").

## BASIS FOR OBJECTION

2. The cure amounts reflected on the Schedule do not agree with the amounts Union Pacific believes are necessary to cure pre-petition defaults under the Contracts based on the Company's books and records.

3. Union Pacific will work diligently with the Debtors to try to resolve the cure-amount issue without Court intervention, but reserves all rights in the event agreement cannot be reached.

Dated: New York, New York
June 15, 2009

Respectfully submitted,

Michael St. Patrick Baxter
Dennis B. Auerbach
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2401
phone:  (202) 662-6000
fax:  (202) 662-6291
email:  mbaxter@cov.com

- and -

*/s/ Susan Power Johnston*
Susan Power Johnston
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
phone:  (212) 841-1000
fax:  (212) 841-1010
email:  sjohnston@cov.com

*Counsel to Union Pacific Railroad Company*