Randall D. Crocker, Esq.
Rebecca H. Simoni, Esq.
von Briesen & Roper, s.c.
411 East Wisconsin Ave, Suite 700
Milwaukee, Wisconsin 53202
(414) 276-1122

Attorneys for Emerson Electric, Inc. and its
affiliated companies

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., et al., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

--------------------------------------------------------

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Rebecca H. Simoni, a member in good standing of the bars of the State of Wisconsin, the United States District Courts for the Districts of Eastern and Western Wisconsin, the Northern District of Illinois, the Western District of Michigan, and the United States Court of Appeals for the Seventh Circuit, request admission, *pro hac vice,* before the Honorable Robert E. Gerber to represent Emerson Electric, Inc. and its affiliated companies in the above referenced cases.

My address is:    von Briesen & Roper, s.c.
411 East Wisconsin Ave, Suite 700
Milwaukee, Wisconsin 53202

E-mail address is:    rsimoni@vonbriesen.com

Telephone number is: (414) 287-1529

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: Milwaukee, Wisconsin
         June 11, 2009

*Rebecca H. Simoni* (signature)
Rebecca H. Simoni

21300420_1.DOC