# WISCONSIN SUPREME COURT

## OFFICE OF THE CLERK

110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

David R. Schanker
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## *CERTIFICATE OF GOOD STANDING*

*I, David R. Schanker, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

*REBECCA HANSEN SIMONI*

*was admitted to practice as an attorney within this state on September 29, 1999 and is presently in good standing in this court.*

*Dated: June 10, 2009*

*DAVID R. SCHANKER*
*Clerk of Supreme Court*