STEINBERG SHAPIRO & CLARK
24901 Northwestern Hwy., Suite 611
Southfield, Michigan 48075
(248) 352-4700
Mark H. Shapiro (P43134)

*Attorney for ICM Systems, LLC and Ingersoll Production Systems, LLC*

---------------------------------------------------------------x
UNITED STATES BANKRUPTCY COURT          :
SOUTHERN DISTRICT OF NEW YORK           :
                                         :
In re:                                   :
                                         :
GENERAL MOTORS CORP., *et al.*,          :   Chapter 11
                                         :   Case No. 09-50026 (REG)
         Debtors.                        :   (Jointly Administered)
---------------------------------------------------------------x

## **MOTION FOR ADMISSION, *Pro Hac Vice***

I, Mark H. Shapiro, pursuant to the provisions of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Southern District of New York, request admission *pro hac vice*, before the Honorable Robert E. Gerber, to represent ICM Systems, LLC and Ingersoll Production Systems, LLC, creditors in this case, and would show the Court as follows:

1.      I am the majority shareholder of Mark H. Shapiro, P.C. Steinberg Shapiro & Clark is a d/b/a of Mark H. Shapiro, P.C. I certify that I am a member of the State Bar of Michigan and have been a licensed member of that Bar, and have continuously been in good standing, since my admission in 1989. I further certify that I am admitted to practice before the U.S. Court of Appeals for the Sixth Circuit, the District Court for the Western District of Michigan and the United States

District Court for the Eastern District of Michigan. I have also been admitted to appear before this Court in the Chrysler LLC case and the Delphi Corporation case.

2. My contact information is as follows:

> Mark H. Shapiro
> Steinberg Shapiro & Clark
> 24901 Northwestern Highway
> Suite 611
> Southfield, MI 48075
> Telephone: 248-352-4700
> Facsimile: 248-352-4488
> Email: shapiro@steinbergshapiro.com

3. I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

A proposed form of Order is attached as Exhibit A.

Date: June 15, 2009

STEINBERG SHAPIRO & CLARK

/s/ Mark H. Shapiro (P43134)
Attorney for ICM Systems, LLC and
Ingersoll Production Systems, LLC
24901 Northwestern Hwy., Suite 611
Southfield, Michigan 48075
(248) 352-4700
shapiro@steinbergshapiro.com

STEINBERG SHAPIRO & CLARK
24901 Northwestern Hwy., Suite 611
Southfield, Michigan  48075
(248) 352-4700
Mark H. Shapiro (P43134)

*Attorney for ICM Systems, LLC and Ingersoll Production Systems, LLC*

---------------------------------------------------------------x
UNITED STATES BANKRUPTCY COURT         :
SOUTHERN DISTRICT OF NEW YORK          :
                                       :
In re:                                 :
                                       :
GENERAL MOTORS CORP., *et al.*,        :    Chapter 11
                                       :    Case No. 09-50026 (REG)
          Debtors.                     :    (Jointly Administered)
---------------------------------------------------------------x

## **ORDER GRANTING ADMISSION, *Pro Hac Vice***

Upon the motion of Mark H. Shapiro, to be admitted, *pro hac vice*, to represent ICM Systems, LLC and Ingersoll Production Systems, LLC, creditors in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan and the bar in the U.S. District Court for the Eastern District of Michigan, it is hereby

ORDERED, that Mark H. Shapiro, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.