HARTER SECREST & EMERY LLP
1600 Bausch & Lomb Place
Rochester, New York 14604
Tel:     (585) 232-6500
Fax:    (585) 232-2152
John R. Weider (pro hac admission pending)
Raymond L. Fink (pro hac admission pending)
Ingrid Schumann Palermo (IS 9868)

Attorneys for Ultralife Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.* | Case No. 09-50026-REG |
| Debtors. | (Jointly Administered) |

**OBJECTION BY ULTRALIFE CORPORATION TO CURE AMOUNT**

Ultralife Corporation ("Ultralife"), by and through its undersigned counsel, Harter Secrest & Emery LLP, hereby objects ("Objection") to the NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS ATTACHED THERETO ("Notice"), which was issued in connection with the "Motion" as defined in the Notice[1].  In support of its Objection to the Cure Amount, Ultralife respectfully represents as follows:

1.      This Contract Objection is filed solely as to the Cure Amount and is intended to be a Cure Objection.

2.      The Cure Amount for Ultralife listed on the website http://www.contractnotices.com aggregates $361,852.26.  That Cure Amount is incorrect because (i) GM did not properly account for a credit in the amount of $4,717.34; (ii) in one instance GM shorted the amount of an invoice by $1,012.03; and (iii) GM did not indentify past due invoices in the amount of $38,739.56 for customer 1093 (GM

---

[1] All capitalized terms used herein and not defined herein shall have the meaning ascribed to them in the Notice.

SPO) . Supporting detail regarding items (i) and (ii) are attached hereto as Exhibit A. Supporting details for item (iii) are attached hereto as Exhibit B.

    3.    By reason of the foregoing the correct Cure Amount is $406,321.19.

**WHEREFORE**, Ultralife respectfully requests that this Court enter an order allowing a revised Cure Amount in the amount of $406,321.19 and for such further and equitable relief as to this Court seems just and proper.

Dated:    June 12, 2009
            Rochester, New York

                            HARTER SECREST & EMERY LLP
                            *Attorneys for Ultralife Corporation*

                            By:  */s/ Ingrid Schumann Palermo*
                                John R. Weider, Esq.
                                Ingrid Schumann Palermo, Esq. (IS 9868)
                                1600 Bausch & Lomb Place
                                Rochester, New York 14604
                                Tel: (585) 232-6500
                                Fax: (585) 232-2152