June 13, 2009

Honorable Robert E Gerber,

Dear Sir, I am writing this letter as an objection to UAW Retiree Agreement Plan and the Debtors - Weil, Gotshal and Manges LLP 767 Fifth Ave. New York, N.Y. 10153.

Taking away our dental, vision and medical benefit and drug etc. At age 74 and retiring from General Motors in 1990 after 32 years of service. My wife and I will have a problem making ends meet and would be forced to sell our home of 44 years. We are at an age where we need medical care.

Sincerely
Mr. + Mrs Bruce Linhart