**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| **GENERAL MOTORS CORP., et al.,** | : | 09-50026(REG) |
| Debtors, | : | (Jointly Administered) |

---

## OBJECTION TO CURE AMOUNT

The undersigned, Thread Information Design, Inc.,(Master ID: 151366002) by and through its Attorney, does hereby object to the Proposed Assumption and Assignment of the Assumable Executory Contracts stated in the Notice dated June 1, 2009, as to its contract with Debtor. The objection is solely as to the Cure amount. The Cure amount posted on the internet as of 10:00 a.m., June 12, 2009 is $42,358.50, as set forth in Exhibit A. The creditor asserts that the correct Cure amount is $103,062.72, not $42,358.50, as posted on the website for the within case.

Respectfully submitted,

_____
Gerald L. Mills, Esq., Counsel for
Thread Information Design, Inc.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing Objection was served upon the following person(s) by overnight delivery service on the 12th day of June, 2009: Honorable Robert E. Gerber, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408; General Motors Corporation, Attn: Warren Command Center, Mailcode 480-206-114,Cadillac Bldg., 30009 Van Dyke Ave., Warren, MI 48090-9025; Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq., Weil, Gotshal & Manges, LLP., 767 Fifth Ave., New York, NY 10153; Matthew Feldman, Esq., US Treasury, 1500 Pennsylvania Ave. NW, Room 2312, Washington, D.C. 20220; John J. Rapisardi, Esq., Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, NY 10281; Michael J. Edelman, Esq., and Michael L. Schein, Esq., Vedder Price, P.C., 1633 Broadway, 47th Floor, New York, NY 10019; and Diana G. Adams, Esq., Office of the United States Trustee for the Southern District of New York, 33 Whitehall St., 21st Floor, New York, NY 10004.

_____
Gerald L. Mills, Esq.

# Contract Notices

User: 6kx338kK

**My Contracts**     Documents & Links

## Supplier Details

| | |
|---|---|
| Supplier Name: | **THREAD INFORMATION DESIGN INC** |
| Contract Cure Amount: | **$42,358.50** |
| # of Contracts: | **6** |

Click here to

## Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name |
|---|---|---|---|
| 5716-00046154 | GMB07920 | 151366002 | THREAD INFORMATION DESIGN |
| 5716-00046155 | GMB07920 | 151366002 | THREAD INFORMATION DESIGN |
| 5716-00046156 | GMB07920 | 151366002 | THREAD INFORMATION DESIGN |
| 5716-00088757 | TCS15599 | 151366002 | THREAD INFORMATION DESIGN |
| 5716-00103102 | GMB08179 | 151366002 | THREAD INFORMATION DESIGN |
| 5716-00103103 | GMB08179 | 151366002 | THREAD INFORMATION DESIGN |

Hover mouse cursor here for Contract Status Legend

**Important Notices:**     All capitalized terms used, but not defined expressly on this website, have the meaning ascrib

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substan contract or establishing the Debtors' proposed treatment of the contract for purposes of

Home     Logout                                         June 12, 2009 @ 09:17:04 AM