To
Bankruptcy Ct,

Doris McGill
3733 Canry Ct
Sebring, Fl.
33872-1443

For what it might be worth I am writing in behalf of the long & somewhat confusing letter I rec'd today.

I went out on deffered pension to raise a new born 1964. Delco Remy, Anderson, Ind. I worked starting into 13th yr. They gave me 10 yrs even. Was 10.1 I thought at leaving time. I worked every overtime hr offered except 1 hr. Then I guess they counted off my 3 lay offs I did not want. I had no medical benefits. My 3 yr ago deceased husband worked for GM 2 times. We owned Semis & hauled GM things for yrs. He also was a teamster who did Not take me on his pension altho I protested. I took him on mine $42.50 which he laughed at — in short he would got ½. For the last 3 yrs. I got none. Now I hope I get more. Not less or none. I am age 77. Doris McGill
Husband was Woodrow McGill deceased.

P.S over please

I wonder if there is or will be any death benifits for my heirs as I have youngest adopted son age 21 - who is almost blind in the right eye.

"Thanks" for keeping me posted or if you answer my concerns if I live to see it settled.

I do Not drive a forgien car - & do Not intend to be as much as if is left completly made here? We taught them, then they taught us. Shame on U.S.A.

