# SCHEDULE 1

## Listing of Unpaid Invoices

**BHM Technologies**
**GM Prepetition Accounts Receivable**
**5/28/2009**

| | |
|---|---:|
| BCM | $ 362,170.49 |
| BCW | 119,703.74 |
| BCW RAMOS | 1,114.40 |
| BCS | 4,984,421.07 |
| **Total** | **$5,467,409.70** |

| Cust# | Customer | Location | Aging | Invoice # | Amount | Date |
|---|---|---|---|---|---|---|
| 55200 | GM RAMOS | 02 | OVER90 | 101150 | $169.66 | 11/18/08 |
| 55200 | GM RAMOS | 02 | ********** | 103310 | $2,043.63 | 04/06/09 |
| 55200 | GM RAMOS | 02 | ********** | 103322 | $4,087.26 | 04/08/09 |
| 55200 | GM RAMOS | 02 | ********** | 103335 | $5,722.17 | 04/08/09 |
| 55200 | GM RAMOS | 02 | ********** | 103336 | $2,452.36 | 04/08/09 |
| 55200 | GM RAMOS | 02 | ********** | 103337 | $3,678.54 | 04/08/09 |
| 55200 | GM RAMOS | 02 | ********** | 103347 | $6,603.27 | 04/10/09 |
| 55200 | GM RAMOS | 02 | ********** | 103348 | $4,495.99 | 04/10/09 |
| 55200 | GM RAMOS | 02 | ********** | 103361 | $5,722.17 | 04/14/09 |
| 55200 | GM RAMOS | 02 | ********** | 103376 | $5,313.44 | 04/15/09 |
| 55200 | GM RAMOS | 02 | ********** | 103390 | $817.45 | 04/16/09 |
| 55200 | GM RAMOS | 02 | ********** | 103401 | $1,634.91 | 04/17/09 |
| 55200 | GM RAMOS | 02 | ********** | 103412 | $2,043.63 | 04/20/09 |
| 55200 | GM RAMOS | 02 | ********** | 103429 | $1,634.91 | 04/21/09 |
| 55200 | GM RAMOS | 02 | ********** | 103442 | $6,130.90 | 04/22/09 |
| 55200 | GM RAMOS | 02 | ********** | 103459 | $2,452.36 | 04/23/09 |
| 55200 | GM RAMOS | 02 | ********** | 103461 | $6,948.35 | 04/23/09 |
| 55200 | GM RAMOS | 02 | ********** | 103471 | $9,145.25 | 04/24/09 |
| 55200 | GM RAMOS | 02 | ********** | 103629 | $472.37 | 05/19/09 |
| 55200 | GM RAMOS | 02 | ********** | 103655 | $472.37 | 05/26/09 |
| | | | | | $72,040.99 | |
| | | | | | -$70,926.59 | PMT 5/28 |
| | | | | **Total** | **$1,114.40** | |
| 55300 | GENERAL MOTOR | 02 | 90DAYS | 102887 | $4,043.81 | 02/18/09 |
| 55300 | GENERAL MOTOR | 02 | 30DAYS | 103269 | $2,448.02 | 04/01/09 |
| 55300 | GENERAL MOTOR | 02 | 30DAYS | 103278 | $3,989.49 | 04/02/09 |
| 55300 | GENERAL MOTOR | 02 | 30DAYS | 103281 | $4,442.76 | 04/02/09 |
| 55300 | GENERAL MOTOR | 02 | 30DAYS | 103295 | $4,442.76 | 04/03/09 |
| 55300 | GENERAL MOTOR | 02 | 30DAYS | 103309 | $2,448.02 | 04/06/09 |
| 55300 | GENERAL MOTOR | 02 | 30DAYS | 103321 | $4,896.03 | 04/08/09 |
| 55300 | GENERAL MOTOR | 02 | 30DAYS | 103334 | $4,442.76 | 04/08/09 |
| 55300 | GENERAL MOTOR | 02 | 30DAYS | 103346 | $4,896.03 | 04/10/09 |
| 55300 | GENERAL MOTOR | 02 | 30DAYS | 103360 | $4,442.76 | 04/14/09 |
| 55300 | GENERAL MOTOR | 02 | 30DAYS | 103375 | $4,841.71 | 04/15/09 |
| 55300 | GENERAL MOTOR | 02 | 30DAYS | 103389 | $5,294.98 | 04/16/09 |
| 55300 | GENERAL MOTOR | 02 | 30DAYS | 103400 | $4,442.76 | 04/17/09 |
| 55300 | GENERAL MOTOR | 02 | 30DAYS | 103411 | $2,049.07 | 04/20/09 |
| 55300 | GENERAL MOTOR | 02 | 30DAYS | 103428 | $5,240.66 | 04/21/09 |
| 55300 | GENERAL MOTOR | 02 | 30DAYS | 103444 | $4,841.71 | 04/22/09 |
| 55300 | GENERAL MOTOR | 02 | 30DAYS | 103460 | $4,841.71 | 04/23/09 |
| 55300 | GENERAL MOTOR | 02 | 30DAYS | 103470 | $4,098.13 | 04/24/09 |
| 55300 | GENERAL MOTOR | 02 | 30DAYS | 103482 | $4,442.76 | 04/27/09 |
| 55300 | GENERAL MOTOR | 02 | 30DAYS | 103494 | $3,989.49 | 04/28/09 |
| 55300 | GENERAL MOTOR | 02 | 30DAYS | 103507 | $4,841.71 | 04/29/09 |
| 55300 | GENERAL MOTOR | 02 | 30DAYS | 103516 | $4,442.76 | 04/30/09 |
| 55300 | GENERAL MOTOR | 02 | ********** | 103525 | $5,294.98 | 05/01/09 |
| 55300 | GENERAL MOTOR | 02 | ********** | 103531 | $4,841.71 | 05/04/09 |
| 55300 | GENERAL MOTOR | 02 | ********** | 103541 | $4,841.71 | 05/05/09 |
| 55300 | GENERAL MOTOR | 02 | ********** | 103548 | $5,294.98 | 05/06/09 |

| | | | | | |
|---|---|---|---|---|---|
| 55300 | GENERAL MOTOR 02 | ********** | 103557 | $4,841.71 | 05/07/09 |
| 55300 | GENERAL MOTOR 02 | ********** | 103562 | $13,309.56 | 05/08/09 |
| 55300 | GENERAL MOTOR 02 | ********** | 103568 | $4,841.71 | 05/11/09 |
| 55300 | GENERAL MOTOR 02 | ********** | 103578 | $4,388.44 | 05/12/09 |
| 55300 | GENERAL MOTOR 02 | ********** | 103587 | $4,841.71 | 05/13/09 |
| 55300 | GENERAL MOTOR 02 | ********** | 103596 | $4,841.71 | 05/14/09 |
| 55300 | GENERAL MOTOR 02 | ********** | 103604 | $20,799.68 | 05/15/09 |
| 55300 | GENERAL MOTOR 02 | ********** | 103610 | $4,388.44 | 05/18/09 |
| 55300 | GENERAL MOTOR 02 | ********** | 103628 | $4,442.76 | 05/19/09 |
| 55300 | GENERAL MOTOR 02 | ********** | 103633 | $4,896.03 | 05/20/09 |
| 55300 | GENERAL MOTOR 02 | ********** | 103642 | $19,366.83 | 05/21/09 |
| 55300 | GENERAL MOTOR 02 | ********** | 103654 | $4,152.44 | 05/26/09 |
| 56000 | GENERAL MOTOR 02 | OVER90 | 099679 | $150.00 | 04/10/08 |
| 56000 | GENERAL MOTOR 02 | 30DAYS | 103308 | $11.33 | 04/08/09 |
| 56000 | GENERAL MOTOR 02 | 30DAYS | 103446 | $11.33 | 04/23/09 |
| 56000 | GENERAL MOTOR 02 | ********** | 103554 | $119.14 | 05/07/09 |
| | | | | $209,536.09 | |
| | | | | -$89,832.35 | PMT 5/28 |
| | | | **Total** | **$119,703.74** | |

| Cust# | Customer | Location | Aging | Invoice # | Amount | Date |
|---|---|---|---|---|---|---|
| 55300 | GENERAL MOTORS | 06 | 30DAYS | 041152 | $10,433.14 | 04/01/09 |
| 55300 | GENERAL MOTORS | 06 | 30DAYS | 041153 | $10,433.14 | 04/01/09 |
| 55300 | GENERAL MOTORS | 06 | 30DAYS | 041154 | $882.61 | 04/01/09 |
| 55300 | GENERAL MOTORS | 06 | 30DAYS | 041162 | $10,433.14 | 04/02/09 |
| 55300 | GENERAL MOTORS | 06 | 30DAYS | 041163 | $10,433.14 | 04/02/09 |
| 55300 | GENERAL MOTORS | 06 | 30DAYS | 041164 | $2,064.38 | 04/02/09 |
| 55300 | GENERAL MOTORS | 06 | 30DAYS | 041169 | $10,433.14 | 04/02/09 |
| 55300 | GENERAL MOTORS | 06 | 30DAYS | 041170 | $10,433.14 | 04/03/09 |
| 55300 | GENERAL MOTORS | 06 | 30DAYS | 041171 | $10,433.14 | 04/03/09 |
| 55300 | GENERAL MOTORS | 06 | 30DAYS | 041172 | $1,376.07 | 04/03/09 |
| 55300 | GENERAL MOTORS | 06 | 30DAYS | 041181 | $10,433.14 | 04/06/09 |
| 55300 | GENERAL MOTORS | 06 | 30DAYS | 041182 | $10,433.14 | 04/06/09 |
| 55300 | GENERAL MOTORS | 06 | 30DAYS | 041183 | $1,999.61 | 04/06/09 |
| 55300 | GENERAL MOTORS | 06 | 30DAYS | 041189 | $10,433.14 | 04/08/09 |
| 55300 | GENERAL MOTORS | 06 | 30DAYS | 041190 | $1,311.30 | 04/08/09 |
| 55300 | GENERAL MOTORS | 06 | 30DAYS | 041196 | $10,433.14 | 04/08/09 |
| 55300 | GENERAL MOTORS | 06 | 30DAYS | 041197 | $10,433.14 | 04/08/09 |
| 55300 | GENERAL MOTORS | 06 | 30DAYS | 041198 | $882.61 | 04/08/09 |
| 55300 | GENERAL MOTORS | 06 | 30DAYS | 041202 | $10,433.14 | 04/10/09 |
| 55300 | GENERAL MOTORS | 06 | 30DAYS | 041203 | $10,433.14 | 04/10/09 |
| 55300 | GENERAL MOTORS | 06 | 30DAYS | 041204 | $1,311.30 | 04/10/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041208 | $10,433.14 | 04/14/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041209 | $10,433.14 | 04/14/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041210 | $1,376.07 | 04/14/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041219 | $10,433.14 | 04/15/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041220 | $10,433.14 | 04/15/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041221 | $2,064.38 | 04/15/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041231 | $10,433.14 | 04/16/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041232 | $10,433.14 | 04/16/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041233 | $817.84 | 04/16/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041242 | $10,433.14 | 04/17/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041243 | $10,433.14 | 04/17/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041244 | $1,376.07 | 04/17/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041251 | $10,433.14 | 04/20/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041252 | $1,999.61 | 04/20/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041255 | $10,433.14 | 04/21/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041256 | $10,433.14 | 04/21/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041257 | $1,376.07 | 04/21/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041265 | $10,433.14 | 04/22/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041266 | $10,433.14 | 04/22/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041267 | $1,376.07 | 04/22/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041274 | $10,433.14 | 04/23/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041275 | $10,433.14 | 04/23/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041276 | $753.07 | 04/23/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041286 | $10,433.14 | 04/24/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041287 | $10,433.14 | 04/24/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041288 | $1,376.07 | 04/24/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041296 | $10,433.14 | 04/27/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041297 | $10,433.14 | 04/27/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041298 | $817.84 | 04/27/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041305 | $10,433.14 | 04/28/09 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55300 | GENERAL MOTORS | 06 | ********** | 041306 | $1,999.61 | 04/28/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041314 | $10,433.14 | 04/29/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041315 | $10,433.14 | 04/29/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041316 | $1,376.07 | 04/29/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041326 | $10,433.14 | 04/30/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041327 | $10,433.14 | 04/30/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041328 | $1,311.30 | 04/30/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041335 | $10,433.14 | 05/01/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041336 | $10,433.14 | 05/01/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041337 | $882.61 | 05/01/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041342 | $10,433.14 | 05/04/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041343 | $10,433.14 | 05/04/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041344 | $1,999.61 | 05/04/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041352 | $10,433.14 | 05/05/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041353 | $10,433.14 | 05/05/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041354 | $1,376.07 | 05/05/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041357 | $10,433.14 | 05/06/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041358 | $10,433.14 | 05/06/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041359 | $2,064.38 | 05/06/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041363 | $10,433.14 | 05/07/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041365 | $1,376.07 | 05/07/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041368 | $10,433.14 | 05/08/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041369 | $10,433.14 | 05/08/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041378 | $1,311.30 | 05/08/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041379 | $3,028.52 | 05/08/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041374 | $10,433.14 | 05/11/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041375 | $10,433.14 | 05/11/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041380 | $2,064.38 | 05/11/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041382 | $10,433.14 | 05/12/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041383 | $10,433.14 | 05/12/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041384 | $882.61 | 05/12/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041387 | $10,433.14 | 05/13/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041388 | $10,433.14 | 05/13/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041389 | $1,311.30 | 05/13/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041397 | $959.20 | 05/13/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041393 | $10,433.14 | 05/14/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041394 | $10,433.14 | 05/14/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041395 | $1,376.07 | 05/14/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041399 | $10,433.14 | 05/15/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041400 | $10,433.14 | 05/15/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041401 | $1,999.61 | 05/15/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041403 | $10,433.14 | 05/18/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041404 | $10,433.14 | 05/18/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041405 | $1,376.07 | 05/18/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041406 | $1,311.30 | 05/19/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041409 | $10,433.14 | 05/19/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041410 | $10,433.14 | 05/19/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041415 | $10,433.14 | 05/20/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041416 | $10,433.14 | 05/20/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041417 | $2,064.38 | 05/20/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041422 | $10,433.14 | 05/21/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041423 | $10,433.14 | 05/21/09 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55300 | GENERAL MOTORS | 06 | ********** | 041424 | $1,376.07 | 05/21/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041429 | $10,433.14 | 05/26/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041430 | $10,433.14 | 05/26/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041431 | $1,311.30 | 05/26/09 |
| 55300 | GENERAL MOTORS | 06 | ********** | 041433 | $10,433.14 | 05/27/09 |
| 55500 | GM SERVICE | 06 | 30DAYS | 041193 | $128.72 | 04/08/09 |
| 55500 | GM SERVICE | 06 | ********** | 041350 | $128.72 | 05/04/09 |
| 55500 | GM SERVICE | 06 | ********** | 041370 | $128.72 | 05/08/09 |
| 55500 | GM SERVICE | 06 | ********** | 041371 | $5.47 | 05/11/09 |
| 55500 | GM SERVICE | 06 | ********** | 041414 | $0.50 | 05/20/09 |
| | | | | | $786,630.73 | |
| | | | | | -$424,460.24 | PMT 5/28 |
| | | | | **Total** | **$362,170.49** | |

| Cust# | Customer | Locati | Aging | Invoice # | Amount | Date |
|---|---|---|---|---|---|---|
| 91140 | GM de Mexico S de RL de CV | 08 | OVER90 | 035569 | $1,387.66 | 03/02/07 |
| 91140 | GM de Mexico S de RL de CV | 08 | OVER90 | 041759 | $11,546.46 | 09/20/07 |
| 91140 | GM de Mexico S de RL de CV | 08 | OVER90 | 050311 | $37.40 | 12/26/08 |
| 91140 | GM de Mexico S de RL de CV | 08 | OVER90 | 050312 | $72.08 | 12/26/08 |
| 91140 | GM de Mexico S de RL de CV | 08 | OVER90 | 050313 | $37.40 | 12/26/08 |
| 91140 | GM de Mexico S de RL de CV | 08 | OVER90 | 050314 | $72.08 | 12/26/08 |
| 91140 | GM de Mexico S de RL de CV | 08 | 90DAYS | 051524 | $21.91 | 01/14/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | 30DAYS | 052197 | $4,948.89 | 03/23/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052348 | $11,546.46 | 04/01/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052366 | $11,546.46 | 04/01/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052369 | $5,773.23 | 04/02/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052388 | $11,546.46 | 04/02/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052325 | $11,139.14 | 03/30/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | 30DAYS | 052158 | $1,473.96 | 03/30/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052448 | $9,237.17 | 04/13/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052464 | $11,450.24 | 04/13/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052469 | $12,619.25 | 04/14/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052487 | $11,546.46 | 04/14/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052493 | $11,546.46 | 04/15/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052506 | $11,546.46 | 04/15/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052511 | $12,405.98 | 04/16/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052528 | $11,546.46 | 04/16/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052537 | $11,546.46 | 04/17/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052550 | $10,144.79 | 04/20/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052573 | $7,670.35 | 04/21/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052591 | $11,546.46 | 04/21/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052565 | $8,787.17 | 04/20/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052602 | $9,402.32 | 04/22/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052617 | $8,659.85 | 04/22/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052664 | $11,498.36 | 04/28/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052678 | $11,876.76 | 04/28/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052647 | $11,546.46 | 04/27/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052660 | $10,568.93 | 04/27/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052689 | $11,546.46 | 04/29/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052696 | $11,134.29 | 04/29/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052709 | $11,546.46 | 04/30/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052715 | $11,546.46 | 04/30/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052731 | $11,546.46 | 05/06/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052737 | $11,546.46 | 05/06/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052744 | $11,546.46 | 05/07/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052751 | $11,546.46 | 05/07/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052761 | $3,356,648.75 | 05/08/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052760 | $110,670.25 | 05/08/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052759 | $222,841.25 | 05/08/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052758 | $575.00 | 05/08/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052757 | $11,787.50 | 05/08/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052756 | $7,998.25 | 05/08/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052755 | $32,361.00 | 05/08/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052754 | $18,017.05 | 05/08/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052767 | $174,570.00 | 05/08/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052766 | $211,255.00 | 05/08/09 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052764 | $281,707.45 | 05/08/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052762 | $73,766.75 | 05/08/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052772 | $11,546.46 | 05/08/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052786 | $11,876.76 | 05/11/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052798 | $11,546.46 | 05/12/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052806 | $11,546.46 | 05/12/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052723 | $2,730.49 | 05/05/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052724 | $2,730.49 | 05/05/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052771 | $11,967.66 | 05/07/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052785 | $11,112.97 | 05/11/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052814 | $11,876.76 | 05/13/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052823 | $11,546.46 | 05/13/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052491C | $143.25 | 04/27/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052770 | $264,179.15 | 05/08/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052827 | $11,876.76 | 05/14/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052836 | $11,546.46 | 05/14/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052844 | $11,546.46 | 05/15/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052846 | $5,773.23 | 05/15/09 |
| 91140 | GM de Mexico S de RL de CV | 08 | ********** | 052850 | $682.63 | 05/15/09 |
| 91141 | General Motors Service Par | 08 | OVER90 | 044935 | $577.05 | 02/08/08 |
| 91141 | General Motors Service Par | 08 | OVER90 | 050718. | -$465.64 | 12/26/08 |
| 91141 | General Motors Service Par | 08 | OVER90 | 047753 | $59.66 | 12/26/08 |
| 91141 | General Motors Service Par | 08 | OVER90 | 047754 | $59.66 | 12/26/08 |
| 91141 | General Motors Service Par | 08 | OVER90 | 046859 | $19.47 | 12/26/08 |
| 91141 | General Motors Service Par | 08 | OVER90 | 051497 | $477.22 | 12/26/08 |
| | | | | | $5,275,410.07 | |
| | | | | | -$290,989.00 | |
| | | | | **Total** | **$4,984,421.07** | |