Anne M. Aaronson (AA1679)
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, Pennsylvania 19102-2101
Telephone: (215) 575-7000
Facsimile: (215) 575-7200

Anne Marie P. Kelley
Scott J. Freedman
Matthew Azoulay
DILWORTH PAXSON LLP
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1952
Facsimile: (856) 675-1852

*Attorneys for The Dow Chemical Company,
Dow Chemical Canada ULC and Essex Specialty Products LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP., *et al*.,<br><br>    Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND
PLEADINGS PURSUANT TO BANKRUPTCY RULES 2002, 3017 AND 9010(B)**

TO THE CLERK, THE DEBTORS, THE U.S. TRUSTEE AND ALL OTHER PARTIES-IN-INTEREST:

      PLEASE TAKE NOTICE that Anne Marie P. Kelley, Anne M. Aaronson, Scott J. Freedman and Matthew Azoulay of Dilworth Paxson LLP and Lee H. Sjoberg of The Dow Chemical Company ("**TDCC**") hereby request, on behalf of TDCC, Dow Chemical Canada ULC and Essex Specialty Products LLC (collectively with TDCC, "**Dow**"), creditors and parties-in-interest in the above-captioned bankruptcy cases, pursuant to Bankruptcy Rule 9010(b), copies of

194932_1

all notices and pleadings filed herein or in any related proceedings including notices provided pursuant to Bankruptcy Rules 2002(a), (b) and (f), and 3017(a).

PLEASE TAKE FURTHER NOTICE that the foregoing request encompasses all notices, motions, complaints, answers, applications and orders, whether formal or informal, written or oral, and/or transmitted or conveyed by mail, hand delivery, telephone, telefax, telecopy and/or otherwise.  All such notices and pleadings should be sent to:

Scott J. Freedman
Dilworth Paxson LLP
LibertyView - Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1962
Facsimile: (856) 675-1862
*sfreedman@dilworthlaw.com*

and

Lee H. Sjoberg
The Dow Chemical Company
2030 Dow Center
Midland, Michigan 48674
Telephone: (989) 636-0103
Facsimile: (989) 638-9393
*lhsjoberg@dow.com*

PLEASE TAKE FURTHER NOTICE that, by submitting this notice and/or any subsequent appearance, pleading, claim or suit, Dow neither intends nor shall be deemed to waive and, hereby expressly preserves, its right to: (i) have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) a trial by jury in any proceeding so triable in these cases or any related case, controversy or proceeding; (iii) have the reference withdrawn by the United States District Court in any matter subject to mandatory or

194932_1

discretionary withdrawal; and/or (iv) assert other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under any agreement, in equity and/or pursuant to applicable law.

                                        Respectfully submitted,

Dated: June 15, 2009                        DILWORTH PAXSON LLP

By: s/Anne M. Aaronson
     Anne M. Aaronson (AA1679)
     1500 Market Street, Suite 3500E
     Philadelphia, Pennsylvania 19102-2101
     Telephone: (215) 575-7000
     Facsimile: (215) 575-7200

                    and

/s/ Anne Marie P. Kelley
Anne Marie P. Kelley
Scott J. Freedman
Matthew Azoulay
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1952
Facsimile: (856) 675-1852

*Attorneys for The Dow Chemical Company,*
*Dow Chemical Canada ULC and*
*Essex Specialty Products LLC*

194932_1