JANICE M. WOOLLEY, #15236
MCGILL, GOTSDINER, WORKMAN & LEPP, P.C., L.L.O.
11404 W. Dodge Road, Suite 500
Omaha, NE 68154
Telephone: (402) 492-9200
FAx: (402) 492-9222
Email: janwoolley@mgwl.com

*Attorneys for NS - 200 Cabot of PA, L.L.C., a Pennsylvania limited liability company*
*NS - 608 Caperton WV, L.L.C., a West Virginia limited liability company*
*NS - 1500 Marquette MS, L.L.C., a Mississippi limited liability company*
*NS - 2200 Willis Miller WI, L.L.C., a Wisconsin limited liability company*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (REG) (Jointly Administered) |
| Debtors. | Honorable Robert E. Gerber |

### NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Janice M. Woolley of the law firm McGill, Gotsdiner, Workman & Lepp, P.C., L.L.O., hereby appears in the above-captioned cases as counsel for NS - 200 Cabot of PA, L.L.C., a Pennsylvania limited liability company, NS - 608 Caperton WV, L.L.C., a West Virginia limited liability company, NS - 1500 Marquette MS, L.L.C., a Mississippi limited liability company, and NS - 2200 Willis Miller WI, L.L.C., a Wisconsin limited liability company, and requests that any and all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in these cases, be served upon her at the following address, and that she be added to any service list or mailing matrix on file with the Clerk of the Bankruptcy Court:

> Janice M. Woolley
> McGill, Gotsdiner, Workman & Lepp, P.C., L.L.O.
> 11404 W Dodge Road, Suite 500
> Omaha, NE 68154
> Telephone: (402) 492-9200
> Fax: (402) 492-9222
> Email: janwoolley@mgwl.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, order and notices of any application, motion, petition, pleading, request, complaint or demand filed in this

344429_1.DOC

matter, whether transmitted or conveyed by ECF filing, mailing, hand delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all notices required to be served under any and all of the provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010.

    MCGILL, GOTSDINER, WORKMAN & LEPP, P.C., L.L.O.

By: *[signature]*
Janice M. Woolley, #15236
McGill, Gotsdiner, Workman & Lepp, P.C., L.L.O.
11404 West Dodge Road, Suite 500
Omaha, NE 68154-2584
Telephone: (402) 492-9200
Fax: (402) 492-9222
Email: janwoolley@mgwl.com
ATTORNEYS FOR CREDITORS

Dated: June 15, 2009

344429_1.DOC