JS 44C/SDNY
REV. 06/01/17

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS
Motors Liquidation Company Avoidance Action Trust

DEFENDANTS
See Addendum

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
Binder & Schwartz LLP
366 Madison Ave., 6th Fl., New York, NY 10017
Tel: 212-510-7008

ATTORNEYS (IF KNOWN)
See Addendum

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Appeal of interlocutory bankruptcy order pursuant to 28 U.S.C. 158(a)(3).

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☑ Yes ☐    Judge Previously Assigned

If yes, was this case  Vol. ☐  Invol. ☐  Dismissed. No ☐  Yes ☐  If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?        No ☒    Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)              NATURE OF SUIT

### TORTS

### ACTIONS UNDER STATUTES

**CONTRACT**

[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

**REAL PROPERTY**

[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 245 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

**PERSONAL INJURY**

[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY
[ ] 362 PERSONAL INJURY - MED MALPRACTICE

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**

[ ] 440  OTHER CIVIL RIGHTS (Non-Prisoner)
[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING/ ACCOMMODATIONS
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446  AMERICANS WITH DISABILITIES -OTHER
[ ] 448 EDUCATION

**PERSONAL INJURY**
[ ] 367 HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**

[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING
[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**
[ ] 463 ALIEN DETAINEE
[ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER

**PRISONER CIVIL RIGHTS**

[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION
[ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT

**FORFEITURE/PENALTY**

[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 690 OTHER

**PROPERTY RIGHTS**

[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION
[ ] 840 TRADEMARK

**LABOR**

[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 740 RAILWAY LABOR ACT
[ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA)
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT (ERISA)

**IMMIGRATION**

[ ] 462 NATURALIZATION APPLICATION
[ ] 465 OTHER IMMIGRATION ACTIONS

**BANKRUPTCY**

[X] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**SOCIAL SECURITY**

[ ] 861 HIA (1395ff)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC/DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**

[ ] 870 TAXES (U.S. Plaintiff or Defendant)
[ ] 871 IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**

[ ] 375 FALSE CLAIMS
[ ] 376 QUI TAM
[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLU- ENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 490 CABLE/SATELLITE TV
[ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
[ ] 890 OTHER STATUTORY ACTIONS
[ ] 891 AGRICULTURAL ACTS
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 896 ARBITRATION
[ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES

Check if demanded in complaint:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE _____ DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: ☐ YES ☒ NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)*

## ORIGIN

[X] 1 Original Proceeding

[ ] 2 Removed from State Court

[ ] 3 Remanded from Appellate Court

[ ] a. all parties represented

[ ] b. At least one party is pro se.

[ ] 4 Reinstated or Reopened

[ ] 5 Transferred from (Specify District)

[ ] 6 Multidistrict Litigation (Transferred)

[ ] 7 Appeal to District Judge from Magistrate Judge

[ ] 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)*

## BASIS OF JURISDICTION

[ ] 1 U.S. PLAINTIFF   [ ] 2 U.S. DEFENDANT   [X] 3 FEDERAL QUESTION (U.S. NOT A PARTY)   [ ] 4 DIVERSITY

*IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

### CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

## COURTHOUSE ASSIGNMENT

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [X] MANHATTAN

DATE 10/10/2017   SIGNATURE OF ATTORNEY OF RECORD

RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. 07 Yr. 1996 )
Attorney Bar Code # EF7758

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

**Addendum to Civil Cover Sheet - List of Defendants and Counsel**

| Counsel | Defendant(s) |
|---|---|
| William Howard Newman<br>Becker Glynn<br>299 Park Avenue, 16th Floor<br>New York, NY 10171<br>(212) 888-3033 | CSAA Insurance Exchange |
| Joshua Liston<br>Beys Liston & Mobargha LLP<br>825 Third Avenue<br>2nd Floor<br>New York, NY 10022<br>(646) 755-3601 | BTG Pactual Chile S.A. Administradora General De Fondos |
| Stanley B. Tarr<br>Blank Rome LLP<br>405 Lexington Avenue<br>New York, NY 10174<br>(212) 885-5000<br><br>John Lucian<br>Blank Rome LLP<br>One Logan Square<br>Philadelphia, PA 19103<br>(215) 569-5769 | National City Bank |
| Elliot Moskowitz<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4241 | Arrowgrass Master Fund Ltd.<br>Baltic Funding LLC<br>Bank of America, N.A.<br>Barclays Bank, PLC<br>Citibank, N.A.<br>Citigroup Financial Products Inc.<br>Deutsche Bank AG<br>Deutsche Bank AG Cayman Island Branch<br>Goldman Sachs Lending Partners LLC<br>Grand Central Asset Trust Wam Series<br>Loan Funding XI LLC<br>MacKay Shields Short Duration Alpha Fund<br>Marathon CLO I Ltd.<br>Marathon CLO II Ltd.<br>Marathon Financing I, B.V.<br>Merrill Lynch Capital Services, Inc.<br>Morgan Stanley Senior Funding Inc.<br>Muzinich & Company (Ireland) Ltd. for the Account of Muzinich Loan Fund Plus<br>The Royal Bank of Scotland plc<br>TRS SVCO LLC |

| Counsel | Defendant(s) |
|---|---|
| James Gitzlaff<br>Daniel Mills Hinkle<br>Paul Sheldon<br>Elenius Frost & Walsh<br>333 South Wabash Avenue<br>25th Floor<br>Chicago<br>Illinois, IL 60604<br>312-822-2365<br><br>William P Lalor<br>Elenius Frost & Walsh<br>125 Broad Street<br>7th Floor<br>New York, NY 10004<br>212-440-2516 | Continental Casualty Company |
| Andrew J. Entwistle<br>Entwistle & Cappucci LLP<br>299 Park Avenue<br>20th Floor<br>New York, NY 10171<br>(212) 894-7200 | TCW Illinois State Board of Investments |

| | |
|---|---|
| Mark T. Power<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022<br>(212) 478-7200 | Arch Reinsurance Ltd.<br>Bill & Melinda Gates Foundation Trust<br>Board of Fire and Police Pension Commissioners of the City of Los Angeles<br>Board of Pensions of the Presbyterian Church (U.S.A.)<br>Building Trades United Pension Trust Fund<br>Carpenters Pension Fund of Illinois<br>City of Milwaukee Employees' Retirement System<br>Coca-Cola Company Retirement & Master Trust<br>Columbus Unconstrained Bond Fund (formerly Reams Unconstrained Bond Fund)<br>Connecticut General Life Insurance Company In Respect of Its Separate Account 4828CP<br>Cummins Inc. and Affiliates Collective Investment Trust<br>Debello Investors LLC<br>Eighth District Electrical Pension Fund<br>Emerson Electric Co. Retirement Master Trust<br>Employees' Retirement System of Baltimore County<br>Foothill CLO I, Ltd.<br>GoldenTree Loan Opportunities III, Ltd.<br>GoldenTree Loan Opportunities IV, Ltd.<br>Gulf Stream – Compass CLO 2007 Ltd.<br>Gulf Stream – Sextant CLO 2007-1 Ltd.<br>Halliburton Company Employee Benefit Master Trust<br>Health Care Foundation of Greater Kansas City<br>ILWU/PMA Pension Plan Trust<br>Indiana Public Retirement System<br>Indiana State Police Pension Trust<br>Indiana University<br>Inter-Local Pension Fund of the Graphic Communications Conference of the International Brotherhood of Teamsters<br>Kraft Heinz Foods Company & Kraft Foods Master Retirement Trust<br>Kynikos Opportunity Fund II, L.P.<br>Kynikos Opportunity Fund International Limited<br>Kynikos Opportunity Fund, L.P.<br>Master Trust for Certain Tax Qualified Bechtel Retirement Plans, f/k/a Master Tust for Certain Tax-Qualified Retirement Plans of Bechtel<br>Master Trust for Certain Tax Qualified Bechtel Retirement Plans, f/k/a Master Tust for Certain Tax-Qualified Retirement Plans of Bechtel Corporation<br>Master Trust Pursuant to the Retirement Plans of APL Limited & Subsidiaries<br>Mather Foundation<br>Montana Board of Investments |

| Counsel | Defendant(s) |
|---|---|
| | Municipal Employees' Retirement System of Michigan |
| | New Orleans Carpenters Pension Plan f/k/a Louisiana Carpenters Regional Council Pension Plan |
| | Primus CLO I Ltd. |
| | Primus CLO II, Ltd. |
| | Prudential Retirement Insurance & Annuity Company, on behalf of Separate Account SA-18 |
| | Purdue University |
| | Raytheon Master Pension Trust with respect to account Logan Floating Rate Portfolio |
| | Raytheon Master Pension Trust with respect to account Logan Mid Grade Portfolio |
| | Raytheon Master Pension Trust with respect to account WAMCO 3131 |
| | Retirement Board of the Park Employees' and Retirement Board Employees' Annuity and Benefit Fund of Chicago |
| | Santa Barbara County Employees' Retirement System |
| | Scout Core Plus Bond Fund (formerly Frontega Columbus Core Plus Bond Fund) |
| | Seattle City Employees' Retirement System |
| | Shinnecock CLO II, Ltd. |
| | Sonoma County Employees' Retirement Association |
| | St. Luke's Health System Corporation, as successor to St. Luke's Episcopal Health System Foundation |
| | State of Indiana Major Moves Construction Fund |
| | The Children's Hospital of Philadelphia Foundation |
| | The Duchossois Group Inc. Pension Trust |
| | The Rotary Foundation |
| | University of Kentucky |
| | Ventura County Employees' Retirement Association |
| | Vulcan Ventures, Inc. |
| | Wexford Catalyst Investors LLC |
| | Wexford Spectrum Investors LLC |
| Scott S Balber<br>Herbert Smith Freehills NY LLP<br>450 Lexington Avenue<br>14th Floor<br>New York, NY 10017<br>917-542-7600 | OCM High Yield Trust<br>WM Pool-High Yield Fixed Interest Trust |
| Daniel R. Swetnam<br>Ice Miller LLP<br>250 West Street Suite 700<br>Columbus, OH 42315<br>(614) 462-2225 | Ohio Police & Fire Pension Fund |

4

| Counsel | Defendant(s) |
|---|---|
| Bruce Bennett<br>Erin L Burke<br>Jones Day<br>555 S. Flower Street<br>50th Floor<br>Los Angeles, CA 90071<br>213-489-3939<br><br>Benjamin Rosenblum<br>Jones Day<br>250 Vesey Street<br>New York, NY 10281<br>(212) 326-3939<br><br><br>George M Garvey<br>Matthew A Macdonald<br>Bradley Schneider<br>Marc T.G. Dworsky<br>Craig Armand Lavoie<br>Munger Tolles & Olson<br>350 S. Grand Ave<br>50th Fl.<br>Los Angeles, CA 90071<br>213-683-9153<br><br>Nicholas D. Fram<br>Munger, Tolles & Olson LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>415-512-4060 | Ares Enhanced Loan Investment Strategy III, Ltd<br>Ares IIIR/IVR CLO Ltd.<br>Ares IX CLO Ltd.<br>Ares VIII CLO Ltd.<br>Ares VIR CLO Ltd.<br>Ares VR CLO Ltd.<br>Ares XI CLO Ltd.<br>Atrium IV<br>Atrium V<br>Avery Point CLO, Limited<br>Bentham Wholesale Syndicated Loan Fund, f/k/a Credit Suisse Syndicated Loan Fund<br>Big Sky III Senior Loan Trust<br>Black Diamond CLO 2005-1 Ltd.<br>Black Diamond CLO 2005-2 Ltd.<br>Black Diamond CLO 2006-1 Cayman Ltd.<br>Black Diamond International Funding, Ltd.<br>Board of Retirement of the San Diego County Employees Retirement Association<br>Castle Garden Funding<br>Caterpillar Inc. Pension Master Trust<br>Chatham Light II CLO, Limited<br>Crescent Senior Secured Floating Rate Loan Fund LLC<br>Eaton Vance CDO IX Ltd.<br>Eaton Vance CDO VIII Ltd<br>Eaton Vance CDO X PLC<br>Eaton Vance Floating Rate Income Trust<br>Eaton Vance Floating Rate Portfolio, f/k/a Eaton Vance Grayson & Co.<br>Eaton Vance Institutional Senior Loan Fund<br>Eaton Vance International (Cayman Islands) Floating Rate Income Portfolio, f/k/a Eaton Vance Medallion Floating Rate Income Portfolio<br>Eaton Vance Limited Duration Income Fund<br>Eaton Vance Loan Opportunities Fund, Ltd.<br>Eaton Vance Senior Floating-Rate Trust<br>Eaton Vance Senior Income Trust<br>Eaton Vance Short Duration Diversified Income Fund<br>Eaton Vance VT Floating-Rate Income Fund<br>Evergreen VA High Income Fund<br>FIAM Floating Rate High Income Commingled Pool<br>FIAM High Yield Fund, LLC<br>Fidelity Advisor Series I: Fidelity Advisor Floating Rate High Income Fund |

| Counsel | Defendant(s) |
|---|---|
| | Fidelity Advisor Series I: Fidelity Advisor High Income Advantage Fund |
| | Fidelity Advisor Series II: Fidelity Advisor Strategic Income Fund |
| | Fidelity Central Investment Portfolios LLC: Fidelity Floating Rate Central Fund |
| | Fidelity Central Investment Portfolios LLC: Fidelity High Income Central Fund 2 |
| | Fidelity School Street Trust: Fidelity Strategic Income Fund |
| | Fidelity Summer Street Trust: Fidelity Capital & Income Fund |
| | Fidelity Summer Street Trust: Fidelity High Income Fund |
| | First Trust Senior Floating Rate Income Fund II |
| | First Trust/Four Corners Senior Floating Rate Income Fund |
| | General Electric Capital Corporation |
| | General Electric Pension Trust |
| | High Yield Bond Fund, a series of 525 Market Street Fund LLC |
| | IBM Personal Pension Plan Trust |
| | International Paper Company Commingled Investment Group Trust |
| | Iowa Public Employees Retirement System |
| | Jersey Street CLO, Ltd. |
| | Katonah III, Ltd. |
| | Katonah IV, Ltd. |
| | Legg Mason ClearBridge Capital & Income Fund |
| | Los Angeles Department Water and Power Employees' Retirement, Disability and Death Benefit Insurance Plan |
| | Madison Park Funding I Ltd. |
| | Madison Park Funding II Ltd. |
| | Madison Park Funding III Ltd. |
| | Madison Park Funding IV Ltd. |
| | Madison Park Funding V Ltd. |
| | Madison Park Funding VI Ltd. |
| | Marlborough Street CLO, Ltd. |
| | Metropolitan West High Yield Bond Fund |
| | MFS Charter Income Trust |
| | MFS Intermarket Income Trust I |
| | MFS Intermediate High Income Fund |
| | MFS Meridian Funds - Global High Yield Fund |
| | MFS Multimarket Income Trust |
| | MFS Series Trust III on behalf of MFS Global High Yield Fund |
| | MFS Series Trust III on behalf of MFS High Income Fund |

| Counsel | Defendant(s) |
|---|---|
| | MFS Series Trust VIII on behalf of MFS Strategic Income Fund |
| | MFS Series Trust XIII on behalf of MFS Diversified Income Fund |
| | MFS Special Value Trust |
| | MFS Variable Insurance Trust II on behalf of MFS High Yield Portfolio |
| | MFS Variable Insurance Trust II on behalf of MFS Strategic Income Portfolio |
| | Microsoft Global Finance Ltd. |
| | Momentum Capital Fund Ltd. |
| | Mt. Wilson CLO II, Ltd. |
| | Mt. Wilson CLO Ltd. |
| | Napier Park Distressed Master Fund Ltd. |
| | Nash Point CLO |
| | Oaktree High Yield Fund II, L.P. |
| | Oaktree High Yield Fund, L.P. |
| | Oaktree High Yield Plus Fund, L.P. |
| | Oaktree Loan Fund 2X (Cayman), L.P. |
| | Oaktree Loan Fund, LP |
| | Oaktree Senior Loan Fund, L.P. |
| | Pacific Gas and Electric VEBA |
| | PG&E Corporation Retirement Master Trust |
| | Race Point II CLO, Limited |
| | Race Point III CLO, Limited |
| | Race Point IV CLO, Limited |
| | Reinsurance Group of America, Inc. |
| | Sankaty High Yield Partners III, L.P. |
| | Senior Debt Portfolio |
| | SSS Funding II, LLC |
| | State Street Bank and Trust Company as Trustee of the FCA US LLC Master Retirement Trust |
| | State Teachers Retirement System of Ohio |
| | TCW High Income Partners Ltd. |
| | TCW Senior Secured Loan Fund L.P. |
| | Texas County & District Retirement System |
| | TMCT II, LLC |
| | TMCT, LLC |
| | Transamerica MFS High Yield Bond VP (now known as Transamerica Aegon High Yield Bond VP, which is a series of Transamerica Series Trust |
| | Variable Insurance Products Fund V: Strategic Income Portfolio |
| | Velocity CLO Ltd. |
| | Vitesse CLO Ltd. |

| Counsel | Defendant(s) |
|---|---|
| | Wells Fargo & Company Master Pension Trust<br>Wells Fargo Advisors High Yield Bond Fund, a series of<br>Wells Fargo Funds Trust<br>Wells Fargo Advisors Income Opportunities Fund<br>Wells Fargo Advisors Multi-Sector Income Fund<br>Wells Fargo Advisors Utilities and High Income Fund<br>Wells Fargo Principal Investments, LLC<br>Wespath Benefits and Investments<br>West Bend Mutual Insurance Company<br>Western Asset Floating Rate High Income Fund, LLC |
| Matthew Allen Alvis<br>Joseph Clark Wylie, II<br>K&L Gates LLP<br>70 West Madison Street<br>Suite 3100<br>Chicago, IL 60602<br>312-807-4409<br>Fax : 312-827-8000<br><br>Robert Honeywell<br>K&L Gates LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 536-3900<br>Fax : (212) 536-3901 | Ivy Funds, on behalf of its series, Ivy High Income Fund |
| Andrew K. Glenn<br>Kasowitz Benson Torres LLP<br>1633 Broadway<br>New York, NY 10019<br>(212) 506-1747<br>Fax : (212) 506-1800 | BBT Fund, L.P.<br>BBT Master Fund, L.P.<br>BlackRock Corporate High Yield Fund, Inc.<br>BlackRock Debt Strategies Fund, Inc.<br>BlackRock Floating Rate Income Strategies Fund, Inc.<br>BlackRock Global Investment Series: Income Strategies<br>Portfolio<br>BlackRock GSAM Goldman Core Plus Fixed Income Fund<br>BlackRock High Yield Bond Portfolio, a series of<br>BlackRock Funds II (June 8, 2007)<br>BlackRock Met Investors Series Trust High Yield Portfolio<br>BlackRock Multi-Strategy Fixed Income Alpha (Offshore)<br>Fund<br>BlackRock Senior Income Series IV<br>BlackRock-Lockheed Martin Corp Master Retirement Trust<br>California State Teachers' Retirement System<br>Dallas Employee Retirement Fund<br>Delaware Core Plus Bond Fund, a series of Delaware Group<br>Government Fund |

| Counsel | Defendant(s) |
|---|---|
| | Delaware Corporate Bond Fund, a series of Delaware Group Income Funds |
| | Delaware Diversified Income Fund, a series of Delaware Group Adviser Funds |
| | Delaware Diversified Income Trust |
| | Delaware Dividend Income Fund, a series of Delaware Group Equity Funds V |
| | Delaware Enhanced Global Dividend and Income Fund |
| | Delaware Extended Duration Bond Fund, a series of Delaware Group Income Funds |
| | Delaware High-Yield Opportunities Fund, a series of Delaware Group Income Funds |
| | Delaware High-Yield Opportunities Fund, a series of Delaware Group Income Funds, f/k/a Delaware Delchester Fund, a series of Delaware Group Income Funds in 2009 |
| | Delaware Investments Divident and Income Fund, Inc. |
| | Delaware VIP Diversified Income Series, a series of Delaware VIP Trust |
| | Delaware VIP High-Yield Series, a series of Delaware VIP Trust |
| | Drawbridge Special Opportunities Fund LP; Drawbridge Special Opportunities Fund Ltd. |
| | Fairway Loan Funding Company |
| | Fire & Police Employees' Retirement System of the City of Baltimore |
| | Four Corners CLO II, Ltd. |
| | Four Corners CLO III, Ltd. |
| | Freescale Semiconductor, Inc.; Freescale Semiconductor Inc. Retirement Savings |
| | Genesis CLO 2007-1 Ltd. |
| | Guggenheim High Yield Fund |
| | Guggenheim Portfolio Company X, LLC |
| | High Yield Bond Portfolio |
| | Houston Police Officers' Pension System |
| | Illinois Municipal Retirement Fund |
| | John Hancock Funds II - Floating Rate Income Fund |
| | John Hancock Funds II High Yield Bond Fund |
| | John Hancock Variable Insurance Trust - Floating Rate Income Trust |
| | John Hancock Variable Insurance Trust High Yield Trust (f/k/a John Hancock Variable Insurance Trust - U.S. High Yield Bond Trust) |
| | Lord Abbett Investment Trust - Floating Rate Fund |
| | LVIP Delaware Bond Fund, a series of Lincoln Variable Insurance Products Trust |

| Counsel | Defendant(s) |
|---|---|
| | LVIP Delaware Foundation Conservative Allocation Fund, a series of Lincoln Variable Insurance Products Trust (and the successor to LVIP Delaware Managed Fund) |
| | Mason Capital L.P. |
| | Mason Capital Ltd. |
| | Mayport CLO, Ltd. |
| | Neuberger Berman High Income Bond Fund (f/k/a Lehman Brothers High Income Bond Fund) |
| | Neuberger Berman High Yield Strategies Fund Inc. (f/k/a Lehman Brothers First Trust Income Opportunity Fund) |
| | Neuberger Berman Income Opportunity Fund, Inc. |
| | New York Life Insurance Company |
| | New York Life Insurance Company, through account bearing name New York Life Insurance Company GP - Portable Alpha |
| | New York Life Insurance Company, through account bearing name New York Life Insurance Company Guaranteed Products |
| | North Dakota State Investment Board |
| | Optimum Fixed Income Fund, a series of Optimum Fund Trust |
| | PAPS High Yield Portfolio |
| | PIMCO 1641-Sierra Pacific Resources |
| | Pimco Cayman Bank Loan Fund |
| | PIMCO Funds: Global Investor Series plc, Global Investment Grade Credit Fund |
| | PIMCO StockPLUS LP Fund B |
| | Plumbers & Pipefitters National Pension Fund |
| | Portola CLO, Ltd. |
| | Putnam 29X-Funds Trust Floating Rate Income Fund |
| | R3 Capital Partners Master, L.P. |
| | Red River HYPi, L.P. |
| | Russell Institutional Funds LLC Russell Core Bond Fund |
| | Russell Investment Company plc Russell U.S. Bond Fund |
| | Russell Investment Company Russell Strategic Bond Fund |
| | Russell Trust Company Russell Multi-Manager Bond Fund |
| | Sola Ltd; Ultra Master Ltd |
| | SRI Fund, L.P. |
| | Taconic Capital Partners 1.5 L.P. |
| | Taconic Market Dislocation Fund II L.P. |
| | Taconic Market Dislocation Master Fund II L.P. |
| | Taconic Opportunity Fund L.P. |
| | The Core Plus Fixed Income Portfolio, a series of Delaware Pooled Trust |
| | The Galaxite Master Unit Trust |

| Counsel | Defendant(s) |
|---|---|
| | The High-Yield Bond Portfolio, a series of Delaware Pooled Trust<br>The Lincoln National Life Insurance Company Separate Account 12<br>The Lincoln National Life Insurance Company Separate Account 20<br>The Missouri State Employees Retirement System<br>Thrivent Financial for Lutherans<br>Thrivent High Yield Fund, a series of Thrivent Mutual Funds<br>Thrivent High Yield Portfolio, a series of Thrivent Series Fund, Inc.<br>Thrivent Income Fund, a series of Thrivent Mutual Funds<br>Thrivent Income Portfolio, a series of Thrivent Series Fund, Inc.<br>Virginia Retirement System |
| Arthur Jay Steinberg<br>Gary A. Ritacco<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>212-556-2100<br>Fax : 212-556-2222<br><br>Edward L. Ripley<br>King & Spalding LLP<br>1100 Louisiana Street<br>Suite 4000<br>Houston, TX 77002<br>713-751-3200<br>Fax : 713-751-3290 | GMAM Investment Funds Trust<br>Pension Inv Committee of GM for GM Employees Domestic Group Pension Trust<br>RBC Dexia Investor Services Trust as Trustee for GM Canada Foreign Trust |
| Brendan M. Scott<br>Klestadt Winters Jureller<br>Southard & Stevens, LLP<br>200 West 41st Street<br>17th Floor<br>New York, NY 10036<br>(212) 972-3000<br>Fax : (212) 972-2245 | Phoenix Edge Series Fund Phoenix Multi Sector Short Term Bond Series<br>Phoenix Edge SRS-Multi-Sector Fixed Income Series<br>Virtus Multi Sector Fixed Income Fund<br>Virtus Multisector Short Term Bond Fund<br>Virtus Senior Floating Rate Fund |
| Bruce R. Grace<br>Lewis Baach Kaufmann<br>Middlemiss pllc<br>1899 Pennsylvania Ave. NW<br>Suite 600<br>Washington, DC 20006<br>202-833-8900 | Immigon Portfolioabbau ag |

11

| Counsel | Defendant(s) |
|---|---|
| Joel Wertman<br>Winget, Spadafora &<br>Schwartzberg<br>1528 Walnut Street<br>Suite 1502<br>Philadelphia, PA 19102<br>215-433-1503<br><br>Richard David Lane<br>Marshall Dennehey Warner<br>Coleman & Goggin<br>88 Pine Street, 21st Floor<br>New York, NY 10005<br>212-376-6400 | SEI Institutional Investments Trust - High Yield Bond Fund<br>SEI Institutional Managed Trust - High Yield Bond Fund<br>SEI Institutional Managed Trust-Core Fixed Income Fund |
| George M Garvey<br>Matthew A Macdonald<br>Bradley Schneider<br>Munger Tolles & Olson<br>350 S. Grand Ave<br>50th Fl<br>Los Angeles, CA 90071<br>213-683-9153<br>Fax : 213-683-5153<br><br>Marc T.G. Dworsky<br>Craig Armand Lavoie<br>Munger, Tolles & Olson LLP<br>355 S. Grand Ave.<br>35th Fl.<br>Los Angeles, CA 90071<br>213-683-9224<br><br>Nicholas D. Fram<br>Munger, Tolles & Olson LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>415-512-4060 | Northern Trust Global Advisors, Inc., as Named Fiduciary to the Central States, Southeast, and Southwest Areas Pension Fund |
| Elizabeth Austin<br>Pullman & Comley, LLC<br>850 Main Street<br>P.O. Box 7006<br>Bridgeport, CT 06601<br>(203) 330-2000<br>Fax : (203) 576-8888 | The State of Connecticut Retirement Plan and Trust Funds |

| Counsel | Defendant(s) |
|---|---|
| Kathryn Y Schubert<br>Noah M. Schubert<br>Schubert Jonckheer & Kolbe, LLP<br>Three Embarcadero Center<br>Suite 1650<br>San Francisco, CA 94111<br>415-788-4220<br>Fax : 415-788-0161 | City of Oakland Police & Fire Retirement System |
| Edward F. Haber<br>Shapiro Haber & Urmy LLP<br>Seaport East<br>Two Seaport Lane<br>Floor 6<br>Boston, MA 02210<br>617-439-3939 | Employees' Retirement System of the City of Montgomery |
| Harold S. Novikoff<br>Marc Wolinsky<br>Emil A. Kleinhaus<br>Carrie M. Reilly<br>S. Christopher Szczerban<br>Christopher Lee Wilson<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>(212) 403-1332<br><br>John M. Callagy<br>Martin Krolewski<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178<br>(212) 808-7800 | JPMorgan Chase Bank, N.A.<br>JPMorgan Whitefriars Inc. |
| Emily S. Rucker<br>Gordon J. Toering<br>Warner Norcross & Judd LLP<br>111 Lyon St NW<br>Suite 900<br>Grand Rapids, MI 49503<br>616-752-2764<br>Fax : 616-222-2764 | Alticor Inc. |
| No counsel has appeared on defendant's behalf | Advent Global Opportunity Master Fund<br>APG Fixed Income Credits Pool |

| Counsel | Defendant(s) |
|---|---|
| | APG Investments US Inc. A/C Stichting Pensionfonds ABP |
| | Ballyrock CLO 2006-2 LTD |
| | Ballyrock CLO II Limited |
| | Ballyrock CLO III Limited |
| | Capital Research-American High Income Trust |
| | Classic Cayman B D Ltd. |
| | Delaware PSEG Nuclear LLC Master Decommissioning Trust |
| | Employers Insurance Company of WAUSAU |
| | Genesis CLO 2007-2 Ltd. |
| | Gracie Credit Opportunities Master Fund LP |
| | Katonah 2007-1 CLO Ltd. |
| | Logan Circle - Alameda Contra Costa Transit Retirement System |
| | Logan Circle - Allina Health Sys Defined Bnft Master Tr |
| | Logan Circle – Allina Health System Trust |
| | Logan Circle - Liberty Mutual Employee Thrift Incentive Plan |
| | Logan Circle – Sunoco Inc. Master Retirement Trust |
| | Logan Circle Freddie Mac Foundation Inc. |
| | Logan Circle Peoples Energy Corporation Pension Trust |
| | Logan Circle Wisconsin Public Service Corporation Pension Trust |
| | MacKay 1028-Arkansas Public Employee Retirement System |
| | Mariner LDC |
| | Oak Hill Credit Partners V Ltd. |
| | Octagon Investment Partners XI Ltd. |
| | OW Funding Ltd. |
| | Reams – Agility Global Fixed Income Master Fund LP |
| | Reams - Labcorp Cash Balance Retirement Fund |
| | Reams - Labcorp Cash Balance Retirement Fund |
| | Reams – Parkview Memorial Health |
| | Reichhold |
| | SFR Ltd. |
| | Silverado CLO 2006-1 Ltd. |
| | Stichting Depositary APG Fixed Income Credits Pool |
| | Stichting Pensioenfonds van de Metalektro f/k/a Stichting Bedrijfstakpensioenfonds Voor De Metalektro |
| | Stoney Lane Funding I Ltd. |
| | Trilogy Portfolio Company, LLC |