Elihu Inselbuch, Esq. (EI-2843)
Rita C. Tobin, Esq. (RCT-5413)
CAPLIN & DRYSDALE, CHTD.
35th Floor
375 Park Avenue
New York, New York 10152
(212) 319-9240

Peter Van N. Lockwood, Esq.
Robert E. Reinsel, Esq.
Trevor. W. Swett III, Esq.
CAPLIN & DRYSDALE, CHTD.
1 Thomas Circle NW, Suite 1100
Washington, D.C. 20005
(202) 862-5000

*Counsel for Mark Buttita*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x
In re:                                    :
                                          :  Chapter 11
GENERAL MOTORS                            :  Case No: 09-50026 (REG)
CORP., *et al.*,                          :  (Jointly Administered)
                                          :
                    Debtors.              :
                                          :
                                          :
---------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Eugenia Benetos, being duly sworn, deposes and says: I am not a party to within this action, am over 18 years of age and reside in Astoria, New York.

Doc # 227259

On the 15th day of June, 2009, I caused to be served Motion for Admission of Ronald E. Reinsel to Practice *Pro Hac Vice*, Declaration of Ronald E. Reinsel for Admission to Practice *Pro Hac Vice*, and Proposed Order on the parties listed below by Federal Express as designated. All other parties entitled to notice via E-mail through the Court's ECF System.

_____
Eugenia Benetos

Sworn to before me this
15th day of June, 2009.

_____
Notary Public
LAUREN KARASTERGIOU
Notary Public, State of New York
No. 01KA4705838
Qualified in New York County
Commission Expires June 12, 20__

**BY FEDERAL EXPRESS:**

Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green—Room 627
New York, NY 10004-1408

Diana G. Adams, Esq.
Brian S. Masumoto, Esq.
United States Department of Justice
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br><br>*Debtors* | John J. Rapisardi, Esq.<br>Cadwaladaer, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br><br>*Counsel for the Purchaser* |
| Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br><br>*Counsel for Debtor's* | Gordon Z. Novod, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 AVENUE OF THE AMERICAS<br>New York, NY 10036<br><br><br><br>*Counsel for the Official Committee* |
| Matthew Feldman, Esq.<br>U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C. 20220<br><br>*Counsel for the U.S. Treasury* | Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br><br>*Counsel for the EDC* |