## SCHEDULE 1

### Listing of Cinetic Automation/Landis Invoices

# GM Open Invoices

Supplier Code    12-417-0916

| Vendor ID | Invoice Number | PO Number | Amount |
|---|---|---|---|
| 124170916 | 111-2385A | PLS06643 | $ 206,855.31 |
| 124170916 | 111-2386A | PLS06643 | $ 3,603,553.97 |
| 124170916 | 4950021948 | PLS06643 | $ 12,900.00 |
| 124170916 | 4950021949 | PLS06643 | $ 213,900.00 |
| 124170916 | 111-2394 | PLS06643 | $ 435,648.61 |
| 124170916 | 4950021903 | TAS32207 | $ 8,443.24 |
| 124170916 | 111-2314 | K565811 | $ 81,511.00 |
| 124170916 | 4950021753 | JAS21793 | $ 2,710.90 |
| 124170916 | 950019101 | TAS29128 | $ 18,000.00 |
| 124170916 | 4950020886 | PLS04703 | $ 12,740.00 |
| 124170916 | 950020550 | PLS04703 | $ 3,680.00 |
| 124170916 | 950021172 | TAS38192 | $ 4,293.72 |
| 124170916 | 111-2291 | RMS27772 | $ 19,117.00 |
| 124170916 | 111-2302 | PLS06067 | $ 3,117.50 |
| 124170916 | 111-2387 | PLS06067 | $ 5,661.00 |
| 614871080 | 10031329 & 30 | GMS31334 001 | $ 3,110.60 |
| 614871080 | 10031329 & 30A | GMS31334 002 | $ 3,454.00 |
| 614871080 | 9000048609 | GMS27612 | $ 540.00 |
| 614871080 | UO-93334A | BCS18309 | $ 63,893.88 |
| 614871080 | RO22035-FN-R | GMS23561 | $ 37,375.00 |
| 614871080 | 9000047370 | 0000124354 | $ 2,318.00 |
| 614871080 | 9000048943 | TAS40166 | $ 639.00 |
| | | | $ 4,743,462.73 |