# SCHEDULE 2

## Listing of DyAG Invoices

# GM Open Invoices

| | | | | |
|---|---|---|---|---|
| 124640991 | 2960001443 | GMR83188 | | 24,975.20 |
| 124640991 | 2960001656 | GMR86400 | | 26,450.00 |
| 124640991 | 2960001661 | GMR86401 | | 25,973.00 |
| | | | $ | 77,398.20 |