UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
─────────────────────────────────x
                                 :
                                 :
                                 :
In re                            : Chapter 11
                                 :
GENERAL MOTORS CORP., et al.,    : Case No. 09-50026(REG)
                                 :
            Debtors.             : (Jointly Administered)
                                 :
                                 :
                                 :
─────────────────────────────────x
```

### OBJECTION OF ALBAR INDUSTRIES, INC. TO THE CURE AMOUNT LISTED BY DEBTORS WITH RESPECT TO EXECUTORY CONTRACTS TO WHICH ALBAR INDUSTRIES, INC. IS A PARTY

Albar Industries, Inc. ("Albar") respectfully submits the following objection to the cure amount listed by Debtors with respect to executory contracts to which Albar is a party:

1. Albar is a party to numerous executory contracts with Debtors, pursuant to which Albar supplies painted parts to Debtors.

2. On or about June 5, 2009, Debtors served Albar with a Notice of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Residential Real Property And (II) Cure Amounts Related Thereto (the "Notice").

3. The Notice references a secure website (the "Website") which contains information regarding executory

contracts, including amounts that Debtors believe must be paid to cure prepetition defaults under existing executory contracts.

4. The Notice further states that unless the party to the executory contract files an objection with respect to the cure amount listed on the Website, such party shall be deemed to have consented to the listed cure amount.

5. The Website lists 153 contracts with Albar (the "Contracts") on a list of "assumable executory contracts" and states that the aggregate cure amounts with respect to the Contracts is totals $7,754.64 (the "Listed Cure Amount").

6. Albar objects to the Listed Cure Amount because such amount fails to take into consideration an additional $372,106.16, which is comprised of the following:

(a) $6,595.34 relating to spoilers for the Chevy Cobalt, color Sunburst Orange, program GMX 001;

(b) $1,639.60 relating to spoilers for the Chevy Cobalt, color Dark Labrynth, program GMX 001;

(c) $1,582.80 relating to spoilers for the Chevy HHR, color Seraph Orange, program GMT 001;

(d) $9,613.00 relating to spoilers for the Chevy Aveo, colors Inferno Orange, Dark Tarnish, Stealth Gray, Kinetic Blue, program T250/255;

(e) $16,773.16 relating to spoilers for the Saturn Sky, colors Emerald Green, Bluestone, program GMX 023;

(f) $23,086.26 relating to spoilers for the Saturn Sky, all colors, program GMX 023;

(g) $84,539.00 relating to parts, components and packaging for GMX 023 program;

(h) $102,527.00 relating to parts, components and packaging for GMX 020 program; and

(i) $125,750.00 relating to liftgate for Cadillac SRX; program GMT 265.[1]

7. Accordingly, Albar respectfully requests that the Court enter an order striking the Listed Cure Amount and setting the cure amount on the Contracts as $379,860.83; which is comprised of the Listed Cure Amount plus an additional $372,106.16.

        Respectfully submitted,

        SCHWARTZ, LICHTENBERG, LLP

        By:/s/ Barry E. Lichtenberg
            Barry E. Lichtenberg
            N.Y. Bar No. bel9750
            420 Lexington Avenue
            Suite 2040
            New York, New York 10170
            (212) 389-7818
            barryster@att.net

---

[1] Given the limited amount of time provided in the Notice to object to cure amounts, Albar has not yet been able to determine pursuant to which contracts the amounts are owing.

Co-Counsel:

JACOB & WEINGARTEN, P.C.
Howard S. Sher
Michele L. Walton
2301 W. Big Beaver
Suite 777
Troy, Michigan 48084
248-203-1014
howard@jacobweingarten.com
michele@jacobweingarten.com

*Attorneys for Albar Industries, Inc.*