

# City of Ontario
# Ohio

Kenneth A. Bender, Mayor

555 Stumbo Road
P.O. Box 166
Ontario, Ohio 44906-1259
Phone: 419-529-3818
Fax: 419-529-6132

June 9, 2009

The Honorable Judge Robert E. Gerber
United States Bankruptcy Court
One Bowling Green
New York, New York 10004-1408

GM Bankruptcy

Dear Judge Gerber,

I am writing you concerning the General Motors Corporation Bankruptcy petition 09-50026 and my concerns regarding the possible actions that may be taken by the Corporation prior to the full hearing of this case.

I am the Mayor of the City of Ontario, Ohio in which is located the Mansfield/Ontario Metal Center facility. This stamping plant set the benchmark for all other facilities in the Division pertaining to General Motors' Competitive Operating Agreement. In the goals set by GM management for Strokes per Hour, Line Transition and Hours Operated per Die Change Mansfield/Ontario ranked First. In the Cost per Ton for the year 2009 Mansfield/Ontario ranked second in the entire Division. In the GM Score Card evaluations Mansfield/Ontario ranked First. Mansfield/Ontario is truly the number one plant in the Stamping Division. The United States taxpayers expect the best facilities will be kept open. If the best facilities are not kept open, what are the realistic expectations that this Corporation will be able to successfully come out of their present state of affairs.

I fear that the stamping presses and dies that are currently located in this highly productive and efficient plant will be removed prior to the completion of the bankruptcy hearing. This will eliminate the possible use of this valuable asset and will speed up the planned closing of this facility in 2010. I am confident that all General Motors' assets will be judged on their merits and the restructure plan will be judged on what is the best and most viable plan possible to insure the success of the General Motors Corporation.

Respectfully yours,

*Kenneth A. Bender*

Kenneth A. Bender, Mayor