Anne M. Aaronson (AA1679)
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, Pennsylvania 19102-2101
Telephone: (215) 575-7000
Facsimile: (215) 575-7200

Anne Marie P. Kelley
Scott J. Freedman
Matthew Azoulay
Dilworth Paxson LLP
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1952
Facsimile: (856) 675-1852

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP., *et al*.,<br><br>    Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |

**VERIFIED STATEMENT OF DILWORTH PAXSON LLP AS TO REPRESENTATION OF MULTIPLE PARTIES IN INTEREST PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Anne Marie P. Kelley, a member of Dilworth Paxson LLP ("**Dilworth**"), hereby makes the following representations in connection with this Verified Statement:

1)    Dilworth represents the following creditors and/or parties in interest (collectively, the "**Parties**") in connection with the bankruptcy cases of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"):

194933_1

| | |
|---|---|
| The Dow Chemical Company<br>2030 Dow Center<br>Midland, Michigan 48674<br>Attention: Lee H. Sjoberg, Esquire | Dow Chemical Canada ULC<br>c/o The Dow Chemical Company<br>2030 Dow Center<br>Midland, Michigan 48674<br>Attention: Lee H. Sjoberg, Esquire |
| Essex Specialty Products LLC<br>c/o The Dow Chemical Company<br>2030 Dow Center<br>Midland, Michigan 48674<br>Attention: Lee H. Sjoberg, Esquire | MEDCO Health Solutions<br>100 Parsons Pond Drive<br>Franklin Lakes, New Jersey 07417-2603 |
| Eckenhoff Buick-Pontiac-GMC-Cadillac, Inc.<br>c/o Dilworth Paxson LLP<br>LibertyView<br>457 Haddonfield Road, Suite 700<br>Cherry Hill, New Jersey 08002<br>Attention: Brett Wiltsey, Esquire | E-Cubed, Inc.<br>c/o Dilworth Paxson LLP<br>LibertyView<br>457 Haddonfield Road, Suite 700<br>Cherry Hill, New Jersey 08002<br>Attention: Brett Wiltsey, Esquire |

2) Each of the Parties has retained Dilworth to represent its respective interests in connection with the Debtors' bankruptcy cases.

3) Each of the Parties holds a claim and/or is a party to an agreement with the Debtors that are impacted and/or implicated by the Debtors' bankruptcy cases.

4) Upon information and belief formed after due inquiry, Dilworth has neither a claim against nor equity interest in the Debtors.

5) Dilworth hereby expressly reserves the right to supplement and/or amend this Verified Statement to the extent it may be necessary.

194933_1

Respectfully submitted,

Dated: June 15, 2009  DILWORTH PAXSON LLP

By: /s/Anne M. Aaronson
Anne M. Aaronson (AA1679)
1500 Market Street, Suite 3500E
Philadelphia, Pennsylvania 19102-2101
Telephone: (215) 575-7110
Facsimile: (215) 575-7200

and

/s/ Anne Marie P. Kelley
Anne Marie P. Kelley
Scott J. Freedman
Matthew Azoulay
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1952
Facsimile: (856) 675-1852

## **VERIFICATION**

I hereby verify under penalty of perjury that to the best of my knowledge, information and belief, the foregoing statements are true and correct.

/s/ Anne Marie P. Kelley
Anne Marie P. Kelley

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2009, a copy of the foregoing *Statement Of Dilworth Paxson LLP As To Representation Of Multiple Parties In Interest Pursuant To Bankruptcy Rule 2019* was filed electronically through the ECF system and served electronically on all parties accepting Notice of Electronic Filing. Parties may access this filing though the Court's ECF system.

/s/ Scott J. Freedman
Scott J. Freedman

194933_1