## SCHEDULE 1

| REMIT TO DUNS# | CUST# | COMPANY NAME | INVOICE# | INVDATE | AMT | | CUSTOMER |
|---|---|---|---|---|---|---|---|
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289101 | 18-May-09 | $ | 6,586.25 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289120 | 19-May-09 | $ | 9,700.73 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289122 | 20-May-09 | $ | 28,128.50 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289131 | 20-May-09 | $ | 6,586.25 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289133 | 20-May-09 | $ | 16,472.88 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289134 | 20-May-09 | $ | 14,493.91 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289136 | 20-May-09 | $ | 3,418.39 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289143 | 21-May-09 | $ | 4,763.12 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289145 | 21-May-09 | $ | 31,578.41 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289146 | 21-May-09 | $ | 3,418.39 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289149 | 21-May-09 | $ | 963.13 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289154 | 21-May-09 | $ | 13,248.64 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289155 | 22-May-09 | $ | 6,586.25 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289158 | 25-May-09 | $ | 802.10 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289162 | 26-May-09 | $ | 481.57 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289164 | 26-May-09 | $ | 9,955.51 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289165 | 26-May-09 | $ | 7,520.45 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289166 | 26-May-09 | $ | 14,493.91 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289168 | 26-May-09 | $ | 18,147.42 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289174 | 27-May-09 | $ | 481.57 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289175 | 27-May-09 | $ | 13,248.64 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289177 | 27-May-09 | $ | 16,408.26 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289178 | 27-May-09 | $ | 14,493.91 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289179 | 27-May-09 | $ | 6,836.77 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289192 | 28-May-09 | $ | 1,461.97 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289199 | 28-May-09 | $ | 13,248.64 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289201 | 28-May-09 | $ | 15,040.90 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289202 | 28-May-09 | $ | 14,493.91 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289205 | 27-May-09 | $ | 907.37 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289214 | 29-May-09 | $ | 451.53 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289218 | 29-May-09 | $ | 6,586.25 | GM |
| 117474668 | 8300000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289221 | 29-May-09 | $ | 11,595.13 | GM |
| | | | | | $ | 312,600.66 | |

| | | | | | |
|---|---|---|---|---|---|
| 117474668 | 8330000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289132 | 20-May-09 | $ 24,479.93 | GM MEXICO |
| 117474668 | 8330000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289150 | 21-May-09 | $ 16,511.75 | GM MEXICO |
| 117474668 | 8330000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289151 | 22-May-09 | $ 8,633.95 | GM MEXICO |
| 117474668 | 8330000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289152 | 25-May-09 | $ 11,321.78 | GM MEXICO |
| 117474668 | 8330000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289163 | 26-May-09 | $ 14,597.13 | GM MEXICO |
| 117474668 | 8330000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289176 | 27-May-09 | $ 14,597.13 | GM MEXICO |
| 117474668 | 8330000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289200 | 28-May-09 | $ 14,597.13 | GM MEXICO |
| 117474668 | 8330000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289207 | 27-May-09 | $ 4,463.30 | GM MEXICO |
| 117474668 | 8330000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289219 | 29-May-09 | $ 15,365.40 | GM MEXICO |
| 117474668 | 8331000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289153 | 21-May-09 | $ 12,355.13 | GM MEXICO |
| 117474668 | 8331000 | JLF GLASGOW/AKA NELSON METAL PRODUCTS | 289241 | 29-May-09 | $ 2,235.69 | GM MEXICO |
| | | | | | **$ 139,158.32** | |