Honorable Robt E. Gerber

Sir,
     I don't know if I'm sending this agreement right or not. In Oct I'll be 64 yrs. old and I live on my husbands pension as a surviver as he died in 2007 & left me a partial pension.
     What I'm concerned about is my dental & Vision, my glasses are tri-focals & I have to get new ones everytime G.M. allowed me to. I take G.M. frames & everything else because I cant afford anything else. I don't understand what I will be losing or paying for, I can't afford really to pay for anything. My husband worked 30 yrs. at Fisher Guide, then 5 yrs. at Parma & died from cancer from the foam line he worked in. Please explain in a letter to me exactly what my loss will >

JUN 1 2 2009

lie, I take 2 different pills a day — I'll never be able to pay more, as it's hard now with just 3.00 co-pay.

Please respond.

My husband John Lowen Sr. retired in I think 6/93 but I'm not sure about the year.

Sincerely
Constance L. Lowen
221 No. Lake St.
So. Amherst, Oh.
44001