June 8, 2009

Judge Robert Gerber

Southern District of New York

One Bowling Green

New York, New York

Attention: Diana G. Adams, Esq.

Dear Sir and Madam:

In "Specific" English and without the aid of "50" Lawyers, please tell all of the General Motores Retirees" if their Pensions are secure.

We received the Banckruptcy Notices in the mail today and trying to understand each and every "Please take further Notice" was a nightmare.

We are the 30 year retired Laborors; not the White Collar workers.

So we can all understand what we have to look forward to, please tell the Lawyers' to sit down, be silent and listen while the Gigantic Puzzle begins to unravel.

Millions of people will be anxious to see this Puzzle resolved.

Sincerely,

*June Babiuk*

JUNE BABIUK
50 Humphrey Road
Scottsville, New York
14546