**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| _____ X |   |   |
|   | : | Chapter 11 |
|   | : |   |
| In re | : | Case No. 09-50026 (REG) |
|   | : |   |
| GENERAL MOTORS CORP., *et al.*, | : | (Jointly Administered) |
|   | : |   |
| Debtors | : |   |
|   | : |   |
| _____ X |   |   |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Mark A. Aiello, a member in good standing of the bar in the state of Michigan and the bar of the U.S. District Court for the Eastern and Western Districts of Michigan, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Android Industries LLC, Android Industries-Delta Township, LLC, Android Industries-Shreveport LLC, Cadillac Products Automotive Company, Continental Plastics Company, Inergy Automotive Systems (USA), LLC, Michigan Production Machining, Inc., Molex, Inc., and Visiocorp USA, Inc., Creditors in the above referenced case.

Mailing Address: Foley & Lardner LLP, One Detroit Center, 500 Woodward Ave., Suite 2700, Detroit, MI 48226-3489

Email Address: maiello@foley.com

Telephone Number: (313) 234-7100

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 15, 2009
New York, NY

/s/ Mark A. Aiello
Mark A. Aiello

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| _____ X : | | |
| In re : | | Chapter 11 |
| : | | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP., *et al.,* : | | |
| : | | (Jointly Administered) |
| Debtors : | | |
| : | | |
| _____ X | | |

**ORDER GRANTING ADMISSION TO PRACTICE,** *Pro Hac Vice*

Mark A. Aiello, a member in good standing of the bar of the State of Michigan and the bar of the U.S. District Court for the Eastern and Western districts of Michigan, having requested admission, *pro hac vice*, to represent Android Industries LLC, Android Industries-Delta Township, LLC, Android Industries-Shreveport LLC, Cadillac Products Automotive Company, Continental Plastics Company, Inergy Automotive Systems (USA), LLC, Michigan Production Machining, Inc., Molex, Inc., and Visiocorp USA, Inc., Creditors in the above referenced case.

**ORDERED,**

That Mark A. Aiello, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, providing that the filing fee has been paid.

Dated: _____
New York, New York

/s/_____
UNITED STATES BANKRUPTCY
JUDGE

2