Market Insight Corporation
2479 East Bayshore Rd., Suite 809
Palo Alto, CA  94303
Telephone:  (650)320-8222
Facsimile:  (650)320-8255

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 Case No.: |
| | ) |
| GENERAL MOTORS CORP., et al., | ) 09-50026 (REG) |
| | ) |
| Debtors. | ) |
| | ) |

### OBJECTION OF MARKET INSIGHT CORPORATION
### OBJECTION TO DEBTORS' CURE AMOUNT

Market Insight Corporation hereby submits this Objection to the amount that the above-captioned Debtors believe must be paid to cure all prepetition defaults under the respective Assumable Executory Contracts as of June 1, 2009 (the "Cure Amount") posted online by the above-captioned Debtors and made available to Market Insight Corporation on June 11, 2009.

1. The total Cure Amount should be $200,591.50.  The Cure Amount posted online by the Debtors was $175,187.50 and consisted of eight (8) outstanding invoices dated March 31, 2009 to May 15, 2009.  The discrepancy of $25,404.00 is due to one missing invoice:

Invoice No. GMC-09-12, dated April 30, 2009, PO Number GMR88902

Dated: June 11, 2009

Respectfully submitted,
**MARKET INSIGHT CORPORATION**

By: /s/ Rich Falcone
*President and CEO*

Market Insight Corporation
2479 East Bayshore Rd., Suite 809
Palo Alto, CA  94303
Telephone:  (650)320-8222
Facsimile:  (650)320-8255