Mark E. Browning
Kimberly A. Walsh
Assistant Attorneys General
Collections Division-Bankruptcy Section
P. O. Box 12548
Austin, Texas 78711-2548
(512) 475-4883 / Fax: (512) 482-8341
ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                         :

In re                                      :          Chapter 11 Case No.

**GENERAL MOTORS CORP.**, *et al.,*    :          *09-50026-REG*

                   Debtors.         :          (Jointly Administered)

---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 15, 2009, I electronically filed the Texas Comptroller of Public Accounts' Limited Objection to Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k) and (m), and 365, etc. [docket item 92], which will result in notification of such filing being sent to all ECF participants in these cases. In addition, I sent by first class mail, postage prepaid, a copy of such Objection to the following parties:

Attn: Warren Command Center          Diana G. Adams, Esq.
Mailcode 480-206-114                      Office of the United States Trustee
c/o General Motors Corporation          For the Southern District of New York
Cadillac Bldg                                  33 Whitehall Street, 21st Floor
30009 Van Dyke Ave                    New York, NY 10004
Warren, Michigan 48090 9025
*Debtors*

Matthews Feldman, Esq.                  Robert D. Wolford
U.S. Treasury                                   Miller, Johnson, Snell & Commiskey PLC
1500 Pennsylvania Ave, N.W.           250 Monroe Avenue, N.W., Ste. 800
Room 2312                                       Grand Rapids, Michigan 49503
Washington, DC 20220                   *Attorneys for the Creditors' Committee*

| | |
|---|---|
| Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave<br>New York, NY 10153<br>*Attorneys for Debtors* | John J. Rapisardi, Esq.<br>Cadwalader , Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>*Attorneys for Purchaser* |

*/s/ Mark E. Browning*
Mark E. Browning
Assistant Attorney General