## CERTIFICATE OF SERVICE

I, Regina Stango Kelbon, hereby certify that a copy of the *Limited Objection of Cellco Partnership d/b/a Verizon Wireless, on behalf of itself and its controlled affiliates, to Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired leases of Nonresidential Real Property and (ii) Cure Amounts Related Thereto* was served on June 15, 2009 (i) electronically via the Court's ECF system upon all subscribed parties and (ii) upon the "Objection Deadline Parties" listed below via overnight mail.

*General Motors Corporation*
Attn:  Warren Command Center
30009 Van Dyke Avenue
Mailcode 480-206-114
Warren, Michigan  48090-9025
*Debtors*

Harvey R. Miller, Esquire
Joseph H. Smolinsky, Esquire
*Weil, Gotshal & Manges LLP*
767 Fifth Avenue
New York, NY  10153
*Counsel for the Debtors*

Matthew Feldman, Esquire
*U.S. Treasury*
1500 Pennsylvania NW
Room 2312
Washington, D.C.  20220

John J. Rapisardi, Esquire
*Cadwalader, Wickersham & Taft LLP*
One World Financial Center
New York, NY  10281
*Attorneys for Purchaser*

Gordon Z. Novod, Esquire
*Kramer Levin Naftalis & Frankel LLP*
1177 AVENUE OF THE AMERICAS
New York, NY 10036
*Attorneys for the Creditors Committee*

Michael J. Edelman, Esquire
Michael L. Schein, Esquire
*Vedder Price, P.C.*
1633 Broadway, 47th Floor
New York, NY 10019
*Counsel for Export Development Canada*

Diana G. Adams, Esquire
*The Office of the United States Trustee*
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Dated: June 15, 2009                    **BLANK ROME LLP**

                                           */s/ Regina Stango Kelbon*
                                           One Logan Square
                                           130 N. 18th Street
                                           Philadelphia, PA 19103
                                           Tel: 215.569.5507
                                           Fax: 215.832.5507
                                           Email: Kelbon@blankrome.com

                                           *Counsel for Cellco Partnership d/b/a Verizon Wireless on behalf of itself and its controlled affilates*

2