| Contract Services | Description | Amount Due as of 6/1/2009 |
|---|---|---|
| Display | 2007 Digital Media Agreement and supplemented by various Amendments entered into from time to time | $7,581,431.00 |
| Search Advertising | To be provided | $4,389,046.00 |
|  | **TOTAL:** | **$11,970,477.00** |