UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

In re:  General Motors, Corp., et al.

                     Debtor.

Case No. 09-50026-reg
Chapter 11
Jointly Administered

_____x

MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

      Pursuant to Local Bankruptcy Rule 2090-1(b), I, Sara J. Geenen, a member in good standing of the bar in the State of Wisconsin, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent the International Association of Machinists and Aerospace Workers (IAMAW), its Local Unions and members, a creditor in the above-referenced case.  My mailing address is 1555 N. RiverCenter Drive, Suite 202, P.O. Box 12993, Milwaukee, Wisconsin 53212. My e-mail address is sjg@previant.com and my telephone number is (414) 223-0402.

      The filing fee of $25.00 has been submitted with the motion for *pro hac vice* admission.

      Dated: June 11, 2009 at Milwaukee, Wisconsin

                                       /s/ Sara J. Geenen
                                       Sara J. Geenen
                                       PREVIANT, GOLDBERG, UELMEN,
                                       GRATZ, MILLER & BRUEGGEMAN, s.c.

---

ORDER

ORDERED,

That Sara J. Geenen, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

      Dated:_____, New York, NY.

                                       /s/_____
                                       Honorable Robert E. Gerber
                                       United States Bankruptcy Judge