**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP., *et al*.,<br><br>    Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Scott J. Freedman, a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey hereby request admission, *pro hac vice,* to represent The Dow Chemical Company, Dow Chemical Canada ULC and Essex Specialty Products LLC in the above-captioned bankruptcy cases. My contact information is as follows:

Mailing address: Dilworth Paxson LLP, LibertyView – Suite 700, 457 Haddonfield Road, Cherry Hill, NJ 08002; E-mail address: *sfreedman@dilworthlaw.com*;

Telephone number: (856) 675-1962.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 15, 2009.

**DILWORTH PAXSON LLP**

By:  /s/ Scott J. Freedman
     Scott J. Freedman
     LibertyView – Suite 700
     457 Haddonfield Road
     Cherry Hill, New Jersey 08002
     Telephone: (856) 675-1962
     Facsimile: (856) 675-1862

*Attorneys for The Dow Chemical Company,*
*Dow Chemical Canada ULC and*
*Essex Specialty Products LLC*

194928_1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP., *et al*.,<br><br>    Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |

### ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

Scott J. Freedman, having requested admission *pro hac vice* to represent The Dow Chemical Company, Dow Chemical Canada ULC and Essex Specialty Products LLC in the above-captioned bankruptcy cases and certified that he is a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey, it is hereby

**ORDERED AND DECREED** that Scott J. Freedman is admitted *pro hac vice,* to practice in these cases, pending in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated:
    New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

194928_1