UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────x

In re:  General Motors, Corp., et al.

                Debtor.

Case No. 09-50026-reg
Chapter 11
Jointly Administered

─────────────────────────────────────────x

MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

      Pursuant to Local Bankruptcy Rule 2090-1(b), I, Frederick Perillo, a member in good standing of the bar in the State of Wisconsin, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent the International Association of Machinists and Aerospace Workers (IAMAW), its Local Unions and members, a creditor in the above-referenced case.  My mailing address is 1555 N. RiverCenter Drive, Suite 202, P.O. Box 12993, Milwaukee, Wisconsin 53212.  My e-mail address is mgr@previant.com and my telephone number is (414) 223-0402.

      The filing fee of $25.00 has been submitted with the motion for *pro hac vice* admission.

      Dated: June 11, 2009 at Milwaukee, Wisconsin

                              /s/ Frederick Perillo
                              Frederick Perillo
                              PREVIANT, GOLDBERG, UELMEN,
                              GRATZ, MILLER & BRUEGGEMAN, s.c.

---

ORDER

ORDERED,

That Frederick Perillo, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

      Dated: June 15, 2009, New York, NY.

                              /s/  Robert E. Gerber
                                Honorable Robert E. Gerber
                                United States Bankruptcy Judge