PETER BACKUS
15609 Allnutt Lane
Burtonsville MD 20866
June 11, 2009

Honorable Robert E. Gerber
United States Bankruptcy Judge
Room 621 U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Your Honor,

I have read the three G.M. bankruptcy notices which I received via U.S. mail.

As a common stock owner of the General Motors Corporation, I object that no considerations have been given to me by the court for my loss. I consider my G.M. stock certificates a legal contract that should be repaid @ cost. Why is someone that worked for GM and get paid for investing time more important that someone like me who gave GM money to continue to have employees. You are breaking this legal contract that I have with GM. and I demand that you honor it with a $27,000.00 payment for the lost of the stock in G.M.

I hope to learn of your just action.

Regards,
Pete Backus

| | | GM | 09/05/08 | 10,600.00 | 10.50 | 1.92 | 1,920.00 | (8,680.00) ST |
| | | | 11/13/08 | 2,918.00 | 2.838 | 1.92 | 1,920.00 | (998.00) ST |
| | | | | 13,518.00 | 6.759 | | 3,840.00 | (9,678.00) |

GENERAL MOTORS CORP
Rating: Citigroup : 3S
Argus : 3
Morningstar : 3
Buckingham : 3
S&P : 3