UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────x

In re: General Motors, Corp., et al.

                Debtor.

Case No. 09-50026-reg
Chapter 11
Jointly Administered

─────────────────────────────────────x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

Pursuant to Local Bankruptcy Rule 2090-1(b), I, Marianne G. Robbins, a member in good standing of the bar in the State of Wisconsin, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent the International Association of Machinists and Aerospace Workers (IAMAW), its Local Unions and members, a creditor in the above-referenced case. My mailing address is 1555 N. RiverCenter Drive, Suite 202, P.O. Box 12993, Milwaukee, Wisconsin 53212. My e-mail address is mgr@previant.com and my telephone number is (414) 223-0402.

The filing fee of $25.00 has been submitted with the motion for *pro hac vice* admission.

Dated: June 11, 2009 at Milwaukee, Wisconsin

/s/ Marianne G. Robbins
Marianne Goldstein Robbins
PREVIANT, GOLDBERG, UELMEN,
GRATZ, MILLER & BRUEGGEMAN, s.c.

---

## ORDER

ORDERED,

That Marianne G. Robbins, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: June 15, 2009, New York, NY.

/s/ Robert E. Gerber
Honorable Robert E. Gerber
United States Bankruptcy Judge