Steven M. Schwartz (SS-4216)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6761
Fax: (212) 294-4700
Email: sschwartz@winston.com

**Hearing Date:  TBD**

*Counsel for Capgemini America, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ---------------------------------------------------------------x : | Chapter 11 |
| In re : | |
| : | Case No. 09-50026 |
| General Motors Corp., *et al*., : | |
| : | (Jointly Administered) |
| Debtors. : | |
| ---------------------------------------------------------------x | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Winston & Strawn LLP hereby appears in the above-captioned chapter 11 cases as counsel on behalf of Capgemini America, Inc. ("Capgemini") and requests, pursuant to 11 U.S.C. §§ 342 and 1109(b) and Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, that copies of all papers filed in these cases or in any related proceeding be served on the following individuals at the address set forth below:

Steven M. Schwartz (SS-4216)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6761
Fax: (212) 294-4700
Email: sschwartz@winston.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to or specified above but also includes, without limitation, orders and notices of any application, complaint, demand, motion, petition, plan, disclosure statement, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, telegraph, telex or otherwise filed or made which affect or seek to affect in any way rights or interests of creditors, parties in interest, any official or *ad hoc* committee of creditors or equity security holders, the above-captioned debtors (the "Debtors") or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that CAPGEMINI intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive or otherwise impair or limit (a) CAPGEMINI's right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (b) CAPGEMINI's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (c) CAPGEMINI's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims or actions, to which CAPGEMINI is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments CAPGEMINI expressly reserves.

Dated: New York, New York
June 15, 2009

        Respectfully submitted,

        WINSTON & STRAWN LLP

        By: /s/ Steven M. Schwartz
            Steven M. Schwartz

        200 Park Avenue
        New York, New York 10166
        Tel: (212) 294-6761
        Fax: (212) 294-4700
        Email: sschwartz@winston.com

        *Counsel for Capgemini America, Inc.*

NY:1243053.3