I signed an agreement with GM when I accepted early retirement from them.

I am keeping my part of the agreement and I think GM should also.

Verl L. Dasher

VERL L. DASHER
SS# 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
PH. 419-399-4315