**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                                                           Case No.: _____

                                                                                                      Chapter ___

                                        Debtor
---------------------------------------------------------------x

                                                                                                      Adversary Proceeding No.: _____

                                        Plaintiff

                                v.

                                        Defendant
---------------------------------------------------------------x


**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*


I, _____, request admission, ***pro hac vice***, before the Honorable _____, to represent _____, a _____ in the above-referenced    case    adversary proceeding.


*I certify that I am a member in good standing* of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____.


I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.


Dated: _____
_____, New York                                       _____
                                                                                          *Mailing Address*:

                                                                                          _____
                                                                                          _____
                                                                                          _____
                                                                                          *E-mail address*: _____
                                                                                          *Telephone number*: (____)_____