To: United States Bankruptcy Court Southern District of New York
RE: Case No. 09-50026(REG)

I am in receipt of: Notice of sale hearing to sell substantially all of debtors' assets pursuant to master sale and purchase agreement with vehicle acquisition holdings llc.

As a former salaried employee and retiree of General Motors I am concerned about the equitable sale and transfer of resources to the Purchaser pursuant to the MPA. It appears that some employees and their representatives will be retaining benefits under the new organization that are not shared by all employees and retirees according to the MPA.

It only seems fair all retirees and former employees should benefit equitably from any assets assumed by the purchaser. To allow those employees and former employees who are represented to retain benefits not shared with unrepresented salaried people is not right and unjust. For example: the trust known as "VEBA" provides funds for future health care and is proposed to be funded by monies that would be transferred as part of the MPA. Former salaried employees are excluded, as our health care, dental and vision insurance was discontinued as of 12/31/2008.

Therefore I am asking the bankruptcy court to direct any resources applicable to any employees and former employees as a result of the MPA, be shared proportionally by all employees and retirees (both represented and not represented).

Respectfully submitted

Leo St. Amour
1874 Burning Bush
Rochester Hills, Michigan
   48309

248-650-5029

June 12, 2009