| Contract No. | Description | Cure Amount |
|---|---|---|
| ISO/TS16949 | General Motors Customer Specific Requirements, September 2007, Flextronics Technology (Shanghai) Company Limited | See Below |
| 17ZZ0001 | General Motors Standard Blanket Purchase Contract, Amendment 4, Flextronics Technology (Shanghai) Company Limited | See Below |
| 17ZZ0009 | General Motors Standard Blanket Purchase Contract, Amendment 000, Flextronics Technology (Shanghai) Company Limited | See Below |
| 17ZZ0008 | General Motors Standard Blanket Purchase Contract, Amendment 000, Flextronics Technology (Shanghai) Company Limited | See Below |
| 1DCK0000 | General Motors Standard Blanket Purchase Contract, Amendment 002, Flextronics Technology (Shanghai) Company Limited | See Below |
| 1LG90002 | General Motors Standard Blanket Purchase Contract, Amendment 002, Flextronics Technology (Shanghai) Company Limited | See Below |
| 18170000 | General Motors Standard Blanket Purchase Contract, Amendment 003, Flextronics Technology (Shanghai) Company Limited | See Below |
| GM-54661 | General Motors Service Part Operations Line Item Purchase Orders, Solectron Invotronics | See Below |
| GM-41193 | General Motors Service Part Operations Line Item Purchase Orders, C-MAC Invotronics, Inc. | See Below |
| 142015 | Flextronics Automotive Invoices, General Motors Corporation Disbursement | See Below |
| N/A | Flextronics Automotive Accounts Receivable Aging Report | $87,328.18 |
| N/A | Flextronics Technology (Shanghai) Company Limited Automotive Accounts Receivable Aging Report | $33,472.22 |
| N/A | General Motors Hub Shipment and Claim Report, Flextronics Technology (Shanghai) Company Limited | $660,893.71 |

Exhibit A

W:\F0142\006\Pldg\CWL - Exhibit A FORM