**MAXXIS INTERNATIONAL-USA**
545 Old Peachtree Road, Suwanee, GA 30024-2944
Tel (678) 407-6700 • Fax (678) 407-6757 • www.maxxis.com

June 12, 2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Dear Honorable Robert E. Gerber

This letter is to inform that the Cure Amount stated by GM does not match the records of Cheng Shin Rubber Industrial CO LTD (DUNS 656000718) D/B/A Maxxis International. Below is a summary of the discrepancies.

The following are missing from the Cure Amount. For each of these shipments, the GM assembly plants have confirmed that the parts were received and are onsite. However, the GM assembly plants have not posted receipt of the shipment.

| Remit DUNS | PO Number | BOL | Document Date | Amount |
|---|---|---|---|---|
| RD613258276 | PRO1C68000C | 80094037 | 5/12/2009 | $53,414.40 |
| RD613258276 | PRO1C68000J | 80094571 | 5/29/2009 | $45,600.00 |

The following have incorrect pricing. The price shown reflects a unit price of $18.80 USD. The unit price should be $19.00 USD.

| Remit DUNS | PO Number | BOL | Document Date | Amount |
|---|---|---|---|---|
| RD251530960 | PRO252K0000 | 6688 | 5/1/2009 | $20,727.00 |
| RD251530960 | PRO252K0000 | 6700 | 5/6/2009 | $23,688.00 |
| RD251530960 | PRO252K0000 | 6704 | 5/7/2009 | $20,727.00 |
| RD251530960 | PRO252K0000 | 6711 | 5/11/2009 | $20,727.00 |
| RD251530960 | PRO252K0000 | 6714 | 5/12/2009 | $20,727.00 |
| RD251530960 | PRO252K0000 | 6723 | 5/14/2009 | $20,727.00 |
| RD251530960 | PRO252K0000 | 6727 | 5/19/2009 | $20,727.00 |
| RD251530960 | PRO252K0000 | 6734 | 5/21/2009 | $20,727.00 |
| RD251530960 | PRO252K0000 | 6738 | 5/22/2009 | $20,727.00 |
| RD251530960 | PRO252K0000 | 6748 | 5/26/2009 | $20,727.00 |
| RD251530960 | PRO252K0000 | 6760 | 5/28/2009 | $20,727.00 |
| RD251530960 | PRO252K0000 | 6769 | 5/29/2009 | $20,727.00 |

Please contact me with any questions.

Sincerely,

Brad Barrett
Maxxis International - USA
Direct: 678.407.6734
Fax: 770.962.7705
Email: bbarrett@maxxis.com