Varnum LLP  
Bridgewater Place  
P.O. Box 352  
Grand Rapids, MI  49501-0352  
(616) 336-6000  
Mary Kay Shaver (P-60411)  

*ADAC Plastics, Inc.*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  

─────────────────────────────────── x

In re:                                                                          Case No. 09-50026(REG)  
                                                                                (Jointly Administered)  

General Motors Corporation, et al.[1]  

        Debtors.                        Chapter 11  

─────────────────────────────────── x

## **MOTION FOR ADMISSION, *PRO HAC VICE***

TO THE HONORABLE ARTHUR J. GONZALEZ  
UNITED STATES BANKRUPTCY JUDGE:

    I, Mary Kay Shaver, a member in good standing of the Bar of the State of Michigan and the United States District Court for the Eastern District of Michigan and the Western District of Michigan, requests admission, *pro hac vice,* before this court, to represent ADAC Plastics, Inc.("ADAC") and ADAC's affiliates in the above-captioned jointly administered cases, and in any related adversary proceedings.

|  |  |
|---|---|
| My address is: | Varnum |
|  | Bridgewater Place |
|  | P.O. Box 352 |
|  | Grand Rapids, MI  49501-0352 |
| Telephone: | (616) 336-6755 |
| Email Address: | mkshaver@varnumlaw.com |

---

[1] Debtors include: General Motors Corporation, Chevrolet-Saturn of Harmlem, Inc., Saturn, LLC and Saturn Distribution Corporation

I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Dated:  June 15, 2009                               /s/ Mary Kay Shaver
                                                                                       Mary Kay Shaver (MI P-60411)
Varnum
Bridgewater Place, P.O. Box 352
Grand Rapids, MI  49501-0352
(616) 336-6755
mkshaver@varnumlaw.com

#2708974