Untitled

To Honorable Judge robert E. Gerber,

My name is Melvin Hays. I am a retired G. M. worker I've worked hard saved and tried to plan for my retirement years. I would love to see G.M. succeed and be profitable again. I just don't think it should be done on the backs of the retirees, the people who helped build the company through hard work and loyalty. I think all should have a shared responsibility to make it profitable again, not just the retirees. I don't think we should have to pay extra for medical expense since we contributed to that with concessions and wage cuts throughout the years. I don't think it's fair since we didn't have a voice or vote in this matter.

I hope you will reject the retiree settlemenmt and support the retirees.

Sincerely,

Melvin Hays