# D.W. GRIFFITH, INC.
## VENDOR ID # 069051506

JUNE 11, 2009

United States Bankruptcy Court for the State of New York
One Bowling Green
New York, NY 10004

Re: General Motors Corp.,et al., Debtors
    Chapter 11 Case No. 09-50026 (REG)
    (Jointly Administered)



To All,
On review of the enclosed Notice of (I)Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto, and the direction to "view the Cure Amount for the Assumable Executory Contracts to which" we "are a party" by using the ID number and password provided to access the website http://www.contractnotices.com, per line item 7. of the above referenced Case No. 09-50026 we would like to FORMALLY OBJECT to the CURRENT "CURE AMOUNT."

Currently there is only one (1)* of four (4) line items (invoices) posted on the website.

| PO NUMBER | BOL | DOCUMENT DATE | DUE DATE | AMOUNT |
|---|---|---|---|---|
| *GMS28560 | GMPT 0905 | 5/31/09 | STAYED | $13,762.56 USD |

This one (1) invoice was submitted at same time as the invoice above and should be posted.

| GMS28558 | GMVM 0905 | 5/31/09 | Terms  2nd D/2nd M | $ 5,460.00 USD |

These two (2) invoices were submitted in April 2009.

| GMS22558 | GMVM 0904 | 4/30/09 | 2nd D/2ND M | $24,372.00 USD |
| GMS22560 | GMPT 0904 | 4/30/09 | SAME | $31,042.56 USD |

THESE TWO (2) INVOICES WERE SUBMITTED, AND PROCESSED THE END OF APRIL, APPROVED AND WITH THE AMOUNTS COMBINED, A SINGLE **CHECK, #002965421**, IN THE AMOUNT OF **$55,414.56, DATED MAY 20, 2009** WAS ISSUED AND MAILED TO D.W.GRIFFITH, INC.
IT WAS **DEPOSITED ON MAY 29, 2009** AND A **STOP PAYMENT NOTICE WAS RECEIVED** FROM OUR BANK ON **JUNE 4, 2009**. THE FUNDS WERE WITHDRAWN FROM OUR ACCOUNT.

| 100 PHILA PIKE | PHONE | (302) 762-1241 |
| SUITE B | FAX | (302) 762-1405 |
| WILM, DE 19809 | E-MAIL | WILMARDON@AOL.COM |

We will continue calling the HELP LINE, as well as any other parties we are instructed to talk with about this issue, as we have since this occurred on June 4, 2009, in an attempt to get this resolved. The bankruptcy notice dictates that we must respond within 10 days of date of notice, which was June 5, 2009.

Thank you for your attention to this matter and should you need any additional information please contact me direct.

Sincerely,

D.W. Griffith, Pres.

D.W. GRIFFITH, INC.
100 Phila Pike  Suite B
WILM, DE 19809

CC: (i)     GENERAL MOTORS CORPORATION
    (ii)    WEIL, GOTSHAL & MANGES, LLP
    (iii)   U.S. TRESURY
    (iv)    CADWALADER, WICKERSHAM & TAFT LLP
    (v)     ATTORNEYS FOR CREDITORS COMMITTEE
    (vi)    VEDDER PRICE PC
    (vii)   US TRUSTEE FOR THE SOUTHERN DISTRICT COURT OF NEW YORK

# Contract Notices

User: dxK9X9hR

**My Contracts**   **Documents & Links**

## Supplier Details

Vendor Master ID: **069051506**

| | |
|---|---|
| Supplier Name: **GRIFFITH, D W INC**<br>Contract Cure Amount: **$13,762.56**<br># of Contracts: **4** | Click here to view Contract Cure Amount Details |

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
|---|---|---|---|---|---|
| 5716-00101232 | GMS28557 | 069051506 | GRIFFITH, D W INC | Agreement | Noticed |
| 5716-00101233 | GMS28558 | 069051506 | GRIFFITH, D W INC | Agreement | Noticed |
| 5716-00101234 | GMS28559 | 069051506 | GRIFFITH, D W INC | Agreement | Noticed |
| 5716-00101235 | GMS28560 | 069051506 | GRIFFITH, D W INC | Agreement | Noticed |

Hover mouse cursor here for Contract Status Legend

**Important Notices:** All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home   Logout

June 11, 2009 @ 07:05:27 AM

Copyright ©2009 AlixPartners, LLP  |  (41)

# Contract Notices

User: dxK9X9hR

**GM**

My Contracts    Documents & Links

## Supplier Details

Vendor Master ID: **069051506**

Supplier Name: **GRIFFITH, D W INC**
Contract Cure Amount: **$13,762.56**
# of Contracts: **4**

Click here to view Contracts

### Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount |
|---|---|---|---|---|---|
| RD069051506 | GMS28560 | GMPT0905 | 5/31/2009 | STAYED | $13,762.56 USD |

**Important Notices:**

All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout

June 11, 2009 @ 07:05:41 AM

Copyright ©2009 AlixPartners, LLP  |  (41)

https://www.contractnotices.com/MyContractDetails.aspx                    6/11/2009