UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.,* | : | Case No. 09-50026 (REG) |
| | : | (Jointly Administered) |
| Debtors. | : | |

-------------------------------------------------------------------x

## LIMITED OBJECTION OF THE MATHWORKS, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO

The MathWorks, Inc. ("MathWorks"), hereby submits this limited objection ("Objection") to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto (hereinafter the "Notice"), and respectfully submits the following:

1. In the Notice, dated June 5, 2009, the above-captioned debtors and debtors in possession (collectively, the "Debtors") provided MathWorks with notice of their intention to assume and assign certain executory contracts to Vehicle Acquisition Holdings, LLC, a purchaser sponsored by the United States Department of the Treasury.

2. Pursuant to Section 365(b)(1)(A) of the Bankruptcy Code, the trustee may only assume an executory contract if the trustee "cures, or provides adequate assurance that the trustee will promptly cure," any default under the executory contract. 11 U.S.C. § 365(b)(1)(A).

3. The Notice directs non-debtor counterparties to executory contracts with GM to a website (the "Contract Website") containing a proposed cure amount (the "Cure Amount") intended to satisfy the terms of Section 365(b)(1)(A).

4. MathWorks currently provides Debtors with licensed software and software maintenance services.

5. As of the dispatch of this filing, MathWorks is only credited as having one executory contract with Debtors on the Contract Website. Further, the Contract Website currently contains no Cure Amount for MathWorks' executory contracts.

6. MathWorks objects to the current information on the Contract Website to the extent that MathWorks has entered into more than one executory contract with Debtors.

7. MathWorks further disagrees with the absence of posted Cure Amount to the Contract Website, particularly to the extent that such absence is equivalent to a Cure Amount of zero; and asserts that, as of June 1, 2009, Debtors are in default on executory contracts with MathWorks in the amount of $128,661. Invoices tracking this amount are attached as Exhibit A.

8. MathWorks accordingly objects that the Cure Amount does not accurately state the amount owed to MathWorks under its executory contracts with Debtors.

9. MathWorks does not, however, object to the assumption and assignment to VAH of its executory contracts with Debtors.

10. In view of the limited time to file objections, MathWorks files this Objection in order to preserve its rights. MathWorks further reserves all rights available in law or equity, particularly in the event that its contracts are not assumed.

11. MathWorks reserves the right to amend or supplement this Objection as additional

information requires.


Dated: June 12, 2009                                    Respectfully submitted,


                                                       Thomas M. Spera
                                                       Vice President and General Counsel
                                                       The MathWorks, Inc.
                                                       3 Apple Hill Drive
                                                       Natick, MA 01760
                                                       tspera@mathworks.com


3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

In re:                                           :          Chapter 11
                                                 :
GENERAL MOTORS CORP., *et al.,*                  :          Case No. 09-50026 (REG)
                                                 :          (Jointly Administered)
Debtors.                                         :
-----------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Thomas Spera    , hereby certify that on the 12th day of June, 2009, I served a true and
accurate copy of the attached pleading upon the following parties by overnight mail to their
offices at:


Diana G. Adams, Esq.
Office of the U.S. Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

General Motors Corporation
Attn: Warren Command Center, Mailcode 480-206-114
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

Weil, Gotshal & Manges
Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY 10153

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281

Matthew Feldman, Esq.
U.S. Department of Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor

4

New York, NY 10019

Kenneth Eckstein, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

<u>Chambers Copy</u>
Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, NY 10004-1408

By: _____

Thomas M. Spera
Vice President and General Counsel
The MathWorks, Inc.
3 Apple Hill Dr.
Natick, MA 01760

# Exhibit A



**The MathWorks™**
*Accelerating the pace of engineering and science*

| | | |
|---|---|---|
| Invoice Number: | 29013481 | Page: 1 |
| Invoice Date: | 3/27/2009 | |
| P.O. Number: | TCS26381 | |

Bill To Address:   1679334
GM FSS ABP
GM FSS ABP
PO Box 63490
Phoenix, AZ 85082-3490
United States

Ship To Address
General Motors Corp
3300 General Motors Rd
Milford, MI 48380-3726
United States

Currency Displayed:   US Dollar                                                Tax Cert:  ME-0900440

Order No:  2318058   Order Date: 3/27/2009   Ship Date:  3/27/2009   Ship Via:  FedEx-Ground        Tracking No:  089908375595718        FOB:  Natick, MA

Notes:   MANUAL INVOICE-PLEASE DO NOT MAIL!!!!!!

| Item Number | Seats / Qty Shipped * | Description / License Information | Unit Price | Extended Price |
|---|---|---|---|---|
| | | License / Company:  134812 / General Motors Corp | | |
| SUBML | 1 | MATLAB® - MAINT 01/01/2009-01/01/2010 | 351.00 | 351.00 |
| SUBSL | 1 | Simulink® - MAINT 01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBEC | 1 | MAINTENANCE RTW EMBEDDED CODER 01/01/2009-01/01/2010 | 900.00 | 900.00 |
| SUBEL | 1 | MAINTENANCE EXCEL LINK 01/01/2009-01/01/2010 | 18.00 | 18.00 |
| SUBRT | 1 | Real-Time Workshop® - MAINT 01/01/2009-01/01/2010 | 1,350.00 | 1,350.00 |
| SUBSC | 1 | Stateflow® Coder - MAINT 01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBSF | 1 | Stateflow® - MAINT 01/01/2009-01/01/2010 | 540.00 | 540.00 |
| | | License / Company:  141437 / General Motors Proving Ground | | |
| SUBML | 1 | MATLAB® - MAINT 01/01/2009-01/01/2010 | 351.00 | 351.00 |
| SUBSL | 1 | Simulink® - MAINT 01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBEL | 1 | MAINTENANCE EXCEL LINK 01/01/2009-01/01/2010 | 18.00 | 18.00 |
| SUBRT | 1 | Real-Time Workshop® - MAINT 01/01/2009-01/01/2010 | 1,350.00 | 1,350.00 |
| SUBSC | 1 | Stateflow® Coder - MAINT 01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBSF | 1 | Stateflow® - MAINT 01/01/2009-01/01/2010 | 540.00 | 540.00 |
| | | License / Company:  141443 / General Motors Corp | | |
| SUBML | 1 | MATLAB® - MAINT 01/01/2009-01/01/2010 | 351.00 | 351.00 |
| SUBSL | 1 | Simulink® - MAINT | 540.00 | 540.00 |

The MathWorks, Inc.
PO Box 845428
Boston, MA 02284-5428
USA

Tel: 508.647.7000
Fax: 508.647.7001
info@mathworks.com
www.mathworks.com

Fed ID 94-2960235
Duns # 13-114-2747



# The MathWorks™
*Accelerating the pace of engineering and science*

| | | | |
|---|---|---|---|
| Invoice Number: | 29013481 | *Page:* | 2 |
| Invoice Date: | 3/27/2009 | | |
| P.O. Number: | TCS26381 | | |

**Bill To Address:** 1679334

GM FSS ABP
GM FSS ABP
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To Address**

General Motors Corp
3300 General Motors Rd
Milford, MI 48380-3726
United States

Currency Displayed: US Dollar

Tax Cert: ME-0900440

Order No: 2318058  Order Date: 3/27/2009  Ship Date: 3/27/2009  Ship Via: FedEx-Ground    Tracking No: 089908375595718    FOB: Natick, MA

Notes: MANUAL INVOICE-PLEASE DO NOT MAIL!!!!!!!

| Item Number | Seats / Qty Shipped * | Description / License Information | Unit Price | Extended Price |
|---|---|---|---|---|
| | | 01/01/2009-01/01/2010 | | |
| SUBEL | 1 | MAINTENANCE EXCEL LINK | 18.00 | 18.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSF | 1 | Stateflow® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| | | License / Company: 141444 / General Motors Proving Ground | | |
| SUBML | 1 | MATLAB® - MAINT | 351.00 | 351.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSL | 1 | Simulink® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBEL | 1 | MAINTENANCE EXCEL LINK | 18.00 | 18.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBRT | 1 | Real-Time Workshop® - MAINT | 1,350.00 | 1,350.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSC | 1 | Stateflow® Coder - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSF | 1 | Stateflow® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| | | License / Company: 148270 / General Motors Proving Ground | | |
| SUBML | 1 | MATLAB® - MAINT | 351.00 | 351.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSL | 1 | Simulink® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBCT | 1 | MAINTENANCE CONTROL | 90.00 | 90.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBDS | 1 | MAINT SIGNAL PROC BLOCKSET | 180.00 | 180.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBEL | 1 | MAINTENANCE EXCEL LINK | 18.00 | 18.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBID | 1 | MAINTENANCE SYSTEM ID | 90.00 | 90.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBOP | 1 | MAINTENANCE OPTIMIZATION | 90.00 | 90.00 |
| | | 01/01/2009-01/01/2010 | | |

The MathWorks, Inc.
PO Box 845428
Boston, MA 02284-5428
USA

Tel: 508.647.7000
Fax: 508.647.7001
info@mathworks.com
www.mathworks.com

Fed ID 94-2960235
Duns # 13-114-2747


The MathWorks™
*Accelerating the pace of engineering and science*

| Invoice Number: | 29013481 | Page: | 3 |
|---|---|---|---|
| Invoice Date: | 3/27/2009 | | |
| P.O. Number: | TCS26381 | | |

Bill To Address:    1679334

GM FSS ABP
GM FSS ABP
PO Box 63490
Phoenix, AZ 85082-3490
United States

Ship To Address

General Motors Corp
3300 General Motors Rd
Milford, MI 48380-3726
United States

Currency Displayed:    US Dollar

Tax Cert: ME-0900440

Order No: 2318058  Order Date: 3/27/2009  Ship Date: 3/27/2009  Ship Via: FedEx-Ground      Tracking No: 089908375595718    FOB: Natick, MA

Notes:    MANUAL INVOICE-PLEASE DO NOT MAIL!!!!!!!

| Item Number | Seats / Qty Shipped * | Description / License Information | Unit Price | Extended Price |
|---|---|---|---|---|
| SUBRT | 1 | Real-Time Workshop® - MAINT<br>01/01/2009-01/01/2010 | 1,350.00 | 1,350.00 |
| SUBSC | 1 | Stateflow® Coder - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBSD | 1 | Simulink® Control Design MAINT<br>01/01/2009-01/01/2010 | 180.00 | 180.00 |
| SUBSF | 1 | Stateflow® - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBSG | 1 | MAINTENANCE SIGNAL PROCESSING<br>01/01/2009-01/01/2010 | 72.00 | 72.00 |
| SUBWA | 1 | MAINTENANCE WAVELET<br>01/01/2009-01/01/2010 | 90.00 | 90.00 |
| | | License / Company:  148272 / General Motors Corp | | |
| SUBML | 1 | MATLAB® - MAINT<br>01/01/2009-01/01/2010 | 351.00 | 351.00 |
| SUBSL | 1 | Simulink® - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBEC | 1 | MAINTENANCE RTW EMBEDDED CODER<br>01/01/2009-01/01/2010 | 900.00 | 900.00 |
| SUBEL | 1 | MAINTENANCE EXCEL LINK<br>01/01/2009-01/01/2010 | 18.00 | 18.00 |
| SUBRT | 1 | Real-Time Workshop® - MAINT<br>01/01/2009-01/01/2010 | 1,350.00 | 1,350.00 |
| SUBSC | 1 | Stateflow® Coder - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBSF | 1 | Stateflow® - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| | | License / Company: 148273 / General Motors Corp | | |
| SUBML | 1 | MATLAB® - MAINT<br>01/01/2009-01/01/2010 | 351.00 | 351.00 |
| SUBSL | 1 | Simulink® - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBEL | 1 | MAINTENANCE EXCEL LINK | 18.00 | 18.00 |

The MathWorks, Inc.
PO Box 845428
Boston, MA 02284-5428
USA

Tel: 508.647.7000
Fax: 508.647.7001
info@mathworks.com
www.mathworks.com

Fed ID 94-2960235
Duns # 13-114-2747



# The MathWorks™

*Accelerating the pace of engineering and science*

| | |
|---|---|
| Invoice Number: | 29013481 |
| Invoice Date: | 3/27/2009 |
| P.O. Number: | TCS26381 |

*Page:* 4

**Bill To Address:**    1679334

GM FSS ABP
GM FSS ABP
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To Address**

General Motors Corp
3300 General Motors Rd
Milford, MI 48380-3726
United States

Currency Displayed:    US Dollar

Tax Cert:  ME-0900440

Order No: 2318058  Order Date: 3/27/2009  Ship Date: 3/27/2009  Ship Via: FedEx-Ground    Tracking No: 089908375595718    FOB: Natick, MA

Notes:    MANUAL INVOICE-PLEASE DO NOT MAIL!!!!!!!!

| Item Number | Seats / Qty Shipped * | Description / License Information | Unit Price | Extended Price |
|---|---|---|---|---|
| | | 01/01/2009-01/01/2010 | | |
| SUBRT | 1 | Real-Time Workshop® - MAINT | 1,350.00 | 1,350.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSC | 1 | Stateflow® Coder - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSF | 1 | Stateflow® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| | | License / Company:  153650 / General Motors Proving Ground | | |
| SUBML | 1 | MATLAB® - MAINT | 351.00 | 351.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSL | 1 | Simulink® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBEL | 1 | MAINTENANCE EXCEL LINK | 18.00 | 18.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBRT | 1 | Real-Time Workshop® - MAINT | 1,350.00 | 1,350.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSC | 1 | Stateflow® Coder - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSF | 1 | Stateflow® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| | | License / Company:  160244 / General Motors Proving Ground | | |
| SUBML | 1 | MATLAB® - MAINT | 351.00 | 351.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSL | 1 | Simulink® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBCT | 1 | MAINTENANCE CONTROL | 90.00 | 90.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBEL | 1 | MAINTENANCE EXCEL LINK | 18.00 | 18.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBRT | 1 | Real-Time Workshop® - MAINT | 1,350.00 | 1,350.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSC | 1 | Stateflow® Coder - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |

The MathWorks, Inc.
PO Box 845428
Boston, MA 02284-5428
USA

Tel: 508.647.7000
Fax: 508.647.7001
info@mathworks.com
www.mathworks.com

Fed ID 94-2960235
Duns # 13-114-2747



# The MathWorks℠

*Accelerating the pace of engineering and science*

| | |
|---|---|
| Invoice Number: | 29013481 |
| Invoice Date: | 3/27/2009 |
| P.O. Number: | TCS26381 |

Page: 5

**Bill To Address:** 1679334

GM FSS ABP
GM FSS ABP
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To Address**

General Motors Corp
3300 General Motors Rd
Milford, MI 48380-3726
United States

Currency Displayed: US Dollar                                      Tax Cert: ME-0900440

Order No: 2318058  Order Date: 3/27/2009  Ship Date: 3/27/2009  Ship Via: FedEx-Ground    Tracking No: 089908375595718    FOB: Natick, MA

Notes:    MANUAL INVOICE-PLEASE DO NOT MAIL!!!!!!!!

| Item Number | Seats / Qty Shipped * | Description / License Information | Unit Price | Extended Price |
|---|---|---|---|---|
| SUBSF | 1 | Stateflow® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| | | License / Company: 179358 / General Motors Proving Ground | | |
| SUBML | 1 | MATLAB® - MAINT | 351.00 | 351.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSL | 1 | Simulink® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBCT | 1 | MAINTENANCE CONTROL | 90.00 | 90.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBEC | 1 | MAINTENANCE RTW EMBEDDED CODER | 900.00 | 900.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBID | 1 | MAINTENANCE SYSTEM ID | 90.00 | 90.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBOP | 1 | MAINTENANCE OPTIMIZATION | 90.00 | 90.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBRT | 1 | Real-Time Workshop® - MAINT | 1,350.00 | 1,350.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSC | 1 | Stateflow® Coder - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSD | 1 | Simulink® Control Design MAINT | 180.00 | 180.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSF | 1 | Stateflow® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSG | 1 | MAINTENANCE SIGNAL PROCESSING | 72.00 | 72.00 |
| | | 01/01/2009-01/01/2010 | | |
| | | License / Company: 180889 / General Motors Proving Ground | | |
| SUBML | 1 | MATLAB® - MAINT | 351.00 | 351.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSL | 1 | Simulink® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBEL | 1 | MAINTENANCE EXCEL LINK | 18.00 | 18.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBRT | 1 | Real-Time Workshop® - MAINT | 1,350.00 | 1,350.00 |

The MathWorks, Inc.
PO Box 845428
Boston, MA 02284-5428
USA

Tel: 508.647.7000
Fax: 508.647.7001
info@mathworks.com
www.mathworks.com

Fed ID 94-2960235
Duns # 13-114-2747



The MathWorks™
*Accelerating the pace of engineering and science*

| | |
|---|---|
| Invoice Number: | 29013481 |
| Invoice Date: | 3/27/2009 |
| P.O. Number: | TCS26381 |

Page: 6

Bill To Address:    1679334

GM FSS ABP
GM FSS ABP
PO Box 63490
Phoenix, AZ 85082-3490
United States

Ship To Address

General Motors Corp
3300 General Motors Rd
Milford, MI 48380-3726
United States

Tax Cert: ME-0900440

Currency Displayed:    US Dollar

Order No: 2318058   Order Date: 3/27/2009   Ship Date: 3/27/2009   Ship Via: FedEx-Ground        Tracking No: 089908375595718        FOB: Natick, MA

Notes:    MANUAL INVOICE-PLEASE DO NOT MAIL!!!!!!!

| Item Number | Seats / Qty Shipped * | Description / License Information | Unit Price | Extended Price |
|---|---|---|---|---|
| | | 01/01/2009-01/01/2010 | | |
| SUBSC | 1 | Stateflow® Coder - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSF | 1 | Stateflow® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| | | License / Company:  180930 / General Motors Proving Ground | | |
| SUBML | 1 | MATLAB® - MAINT | 351.00 | 351.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSL | 1 | Simulink® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBCT | 1 | MAINTENANCE CONTROL | 90.00 | 90.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBEL | 1 | MAINTENANCE EXCEL LINK | 18.00 | 18.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBID | 1 | MAINTENANCE SYSTEM ID | 90.00 | 90.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBOP | 1 | MAINTENANCE OPTIMIZATION | 90.00 | 90.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBRT | 1 | Real-Time Workshop® - MAINT | 1,350.00 | 1,350.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSC | 1 | Stateflow® Coder - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSD | 1 | Simulink® Control Design MAINT | 180.00 | 180.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSF | 1 | Stateflow® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| | | License / Company:  180931 / General Motors Proving Ground | | |
| SUBML | 1 | MATLAB® - MAINT | 351.00 | 351.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSL | 1 | Simulink® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBCT | 1 | MAINTENANCE CONTROL | 90.00 | 90.00 |
| | | 01/01/2009-01/01/2010 | | |

The MathWorks, Inc.
PO Box 845428
Boston, MA 02284-5428
USA

Tel:  508.647.7000
Fax:  508.647.7001
info@mathworks.com
www.mathworks.com

Fed ID 94-2960235
Duns # 13-114-2747



**The MathWorks™**
*Accelerating the pace of engineering and science*

| | |
|---|---|
| Invoice Number: | 29013481 |
| Invoice Date: | 3/27/2009 |
| P.O. Number: | TCS26381 |

Page: 7

Bill To Address:    1679334

GM FSS ABP
GM FSS ABP
PO Box 63490
Phoenix, AZ 85082-3490
United States

Ship To Address

General Motors Corp
3300 General Motors Rd
Milford, MI 48380-3726
United States

Currency Displayed:    US Dollar

Tax Cert: ME-0900440

Order No: 2318058   Order Date: 3/27/2009   Ship Date: 3/27/2009   Ship Via: FedEx-Ground     Tracking No: 089908375595718     FOB: Natick, MA

Notes:    MANUAL INVOICE-PLEASE DO NOT MAIL!!!!!!

| Item Number | Seats / Qty Shipped * | Description / License Information | Unit Price | Extended Price |
|---|---|---|---|---|
| SUBEL | 1 | MAINTENANCE EXCEL LINK<br>01/01/2009-01/01/2010 | 18.00 | 18.00 |
| SUBID | 1 | MAINTENANCE SYSTEM ID<br>01/01/2009-01/01/2010 | 90.00 | 90.00 |
| SUBOP | 1 | MAINTENANCE OPTIMIZATION<br>01/01/2009-01/01/2010 | 90.00 | 90.00 |
| SUBRT | 1 | Real-Time Workshop® - MAINT<br>01/01/2009-01/01/2010 | 1,350.00 | 1,350.00 |
| SUBSC | 1 | Stateflow® Coder - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBSD | 1 | Simulink® Control Design MAINT<br>01/01/2009-01/01/2010 | 180.00 | 180.00 |
| SUBSF | 1 | Stateflow® - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| | | License / Company: 182196 / General Motors Proving Ground | | |
| SUBML | 1 | MATLAB® - MAINT<br>01/01/2009-01/01/2010 | 351.00 | 351.00 |
| SUBSL | 1 | Simulink® - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBCT | 1 | MAINTENANCE CONTROL<br>01/01/2009-01/01/2010 | 90.00 | 90.00 |
| SUBEL | 1 | MAINTENANCE EXCEL LINK<br>01/01/2009-01/01/2010 | 18.00 | 18.00 |
| SUBFP | 1 | Simulink® Fixed Point MAINT<br>01/01/2009-01/01/2010 | 180.00 | 180.00 |
| SUBOP | 1 | MAINTENANCE OPTIMIZATION<br>01/01/2009-01/01/2010 | 90.00 | 90.00 |
| SUBPO | 1 | MAINTENANCE FIXED-POINT TB<br>01/01/2009-01/01/2010 | 90.00 | 90.00 |
| SUBRT | 1 | Real-Time Workshop® - MAINT<br>01/01/2009-01/01/2010 | 1,350.00 | 1,350.00 |
| SUBSC | 1 | Stateflow® Coder - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBSD | 1 | Simulink® Control Design MAINT | 180.00 | 180.00 |

The MathWorks, Inc.
PO Box 845428
Boston, MA 02284-5428
USA

Tel: 508.647.7000
Fax: 508.647.7001
info@mathworks.com
www.mathworks.com

Fed ID 94-2960235
Duns # 13-114-2747



# The MathWorks™
*Accelerating the pace of engineering and science*

| Invoice Number: | 29013481 | Page: | 8 |
|---|---|---|---|
| Invoice Date: | 3/27/2009 | | |
| P.O. Number: | TCS26381 | | |

Bill To Address:    1679334

GM FSS ABP
GM FSS ABP
PO Box 63490
Phoenix, AZ 85082-3490
United States

Ship To Address

General Motors Corp
3300 General Motors Rd
Milford, MI 48380-3726
United States

Currency Displayed:    US Dollar

Tax Cert: ME-0900440

Order No: 2318058  Order Date: 3/27/2009  Ship Date: 3/27/2009  Ship Via: FedEx-Ground    Tracking No: 089908375595718    FOB: Natick, MA

Notes:    MANUAL INVOICE-PLEASE DO NOT MAIL!!!!!!!

| Item Number | Seats / Qty Shipped * | Description / License Information | Unit Price | Extended Price |
|---|---|---|---|---|
| | | 01/01/2009-01/01/2010 | | |
| SUBSF | 1 | Stateflow® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSO | 1 | Maintenance Simulink Design Op | 180.00 | 180.00 |
| | | 01/01/2009-01/01/2010 | | |
| | | License / Company: 182554 / General Motors Corp | | |
| SUBML | 1 | MATLAB® - MAINT | 351.00 | 351.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSL | 1 | Simulink® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBEC | 1 | MAINTENANCE RTW EMBEDDED CODER | 900.00 | 900.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBEL | 1 | MAINTENANCE EXCEL LINK | 18.00 | 18.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBRT | 1 | Real-Time Workshop® - MAINT | 1,350.00 | 1,350.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSC | 1 | Stateflow® Coder - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSF | 1 | Stateflow® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| | | License / Company: 185097 / General Motors Proving Ground | | |
| SUBML | 1 | MATLAB® - MAINT | 351.00 | 351.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSL | 1 | Simulink® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBEC | 1 | MAINTENANCE RTW EMBEDDED CODER | 900.00 | 900.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBEL | 1 | MAINTENANCE EXCEL LINK | 18.00 | 18.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBRT | 1 | Real-Time Workshop® - MAINT | 1,350.00 | 1,350.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSC | 1 | Stateflow® Coder - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |

The MathWorks, Inc.
PO Box 845428
Boston, MA 02284-5428
USA

Tel: 508.647.7000
Fax: 508.647.7001
info@mathworks.com
www.mathworks.com

Fed ID 94-2960235
Duns # 13-114-2747



# The MathWorks™

*Accelerating the pace of engineering and science*

| | |
|---|---|
| Invoice Number: | 29013481 |
| Invoice Date: | 3/27/2009 |
| P.O. Number: | TCS26381 |

*Page:* 9

Bill To Address:    1679334

GM FSS ABP
GM FSS ABP
PO Box 63490
Phoenix, AZ 85082-3490
United States

Ship To Address

General Motors Corp
3300 General Motors Rd
Milford, MI 48380-3726
United States

Tax Cert: ME-0900440

Currency Displayed:    US Dollar

Order No: 2318058  Order Date: 3/27/2009  Ship Date: 3/27/2009  Ship Via: FedEx-Ground    Tracking No: 089908375595718    FOB: Natick, MA

Notes:    MANUAL INVOICE-PLEASE DO NOT MAIL!!!!!!

| Item Number | Seats / Qty Shipped * | Description / License Information | Unit Price | Extended Price |
|---|---|---|---|---|
| SUBSF | 1 | Stateflow® - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| | | License / Company: 185108 / General Motors Proving Ground | | |
| SUBML | 1 | MATLAB® - MAINT<br>01/01/2009-01/01/2010 | 351.00 | 351.00 |
| SUBSL | 1 | Simulink® - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBCT | 1 | MAINTENANCE CONTROL<br>01/01/2009-01/01/2010 | 90.00 | 90.00 |
| SUBEC | 1 | MAINTENANCE RTW EMBEDDED CODER<br>01/01/2009-01/01/2010 | 900.00 | 900.00 |
| SUBEL | 1 | MAINTENANCE EXCEL LINK<br>01/01/2009-01/01/2010 | 18.00 | 18.00 |
| SUBID | 1 | MAINTENANCE SYSTEM ID<br>01/01/2009-01/01/2010 | 90.00 | 90.00 |
| SUBOP | 1 | MAINTENANCE OPTIMIZATION<br>01/01/2009-01/01/2010 | 90.00 | 90.00 |
| SUBRT | 1 | Real-Time Workshop® - MAINT<br>01/01/2009-01/01/2010 | 1,350.00 | 1,350.00 |
| SUBSC | 1 | Stateflow® Coder - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBSD | 1 | Simulink® Control Design MAINT<br>01/01/2009-01/01/2010 | 180.00 | 180.00 |
| SUBSF | 1 | Stateflow® - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| | | License / Company: 185110 / General Motors Corp | | |
| SUBML | 1 | MATLAB® - MAINT<br>01/01/2009-01/01/2010 | 351.00 | 351.00 |
| SUBSL | 1 | Simulink® - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBCT | 1 | MAINTENANCE CONTROL<br>01/01/2009-01/01/2010 | 90.00 | 90.00 |
| SUBEL | 1 | MAINTENANCE EXCEL LINK | 18.00 | 18.00 |

The MathWorks, Inc.
PO Box 845428
Boston, MA 02284-5428
USA

Tel: 508.647.7000
Fax: 508.647.7001
info@mathworks.com
www.mathworks.com

Fed ID 94-2960235
Duns # 13-114-2747



# The MathWorks™

*Accelerating the pace of engineering and science*

| | |
|---|---|
| Invoice Number: | 29013481 |
| Invoice Date: | 3/27/2009 |
| P.O. Number: | TCS26381 |

*Page:* 10

Bill To Address:    1679334

GM FSS ABP
GM FSS ABP
PO Box 63490
Phoenix, AZ 85082-3490
United States

Ship To Address

General Motors Corp
3300 General Motors Rd
Milford, MI 48380-3726
United States

Tax Cert: ME-0900440

Currency Displayed:    US Dollar

Order No: 2318058  Order Date: 3/27/2009  Ship Date: 3/27/2009  Ship Via: FedEx-Ground      Tracking No: 089908375595718      FOB: Natick, MA

Notes:    MANUAL INVOICE-PLEASE DO NOT MAIL!!!!!!!

| Item Number | Seats / Qty Shipped * | Description / License Information | Unit Price | Extended Price |
|---|---|---|---|---|
| | | 01/01/2009-01/01/2010 | | |
| SUBID | 1 | MAINTENANCE SYSTEM ID | 90.00 | 90.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBOP | 1 | MAINTENANCE OPTIMIZATION | 90.00 | 90.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSD | 1 | Simulink® Control Design MAINT | 180.00 | 180.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSF | 1 | Stateflow® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| | | License / Company: 207162 / General Motors Proving Ground | | |
| SUBML | 1 | MATLAB® - MAINT | 351.00 | 351.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSL | 1 | Simulink® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBEL | 1 | MAINTENANCE EXCEL LINK | 18.00 | 18.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBRT | 1 | Real-Time Workshop® - MAINT | 1,350.00 | 1,350.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSC | 1 | Stateflow® Coder - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSF | 1 | Stateflow® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| | | License / Company: 208746 / General Motors Corp | | |
| SUBML | 1 | MATLAB® - MAINT | 351.00 | 351.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSL | 1 | Simulink® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBCT | 1 | MAINTENANCE CONTROL | 90.00 | 90.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBOP | 1 | MAINTENANCE OPTIMIZATION | 90.00 | 90.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSG | 1 | MAINTENANCE SIGNAL PROCESSING | 72.00 | 72.00 |
| | | 01/01/2009-01/01/2010 | | |

The MathWorks, Inc.
PO Box 845428
Boston, MA 02284-5428
USA

Tel: 508.647.7000
Fax: 508.647.7001
info@mathworks.com
www.mathworks.com

Fed ID 94-2960235
Duns # 13-114-2747



# The MathWorks™
*Accelerating the pace of engineering and science*

| | |
|---|---|
| Invoice Number: | 29013481 |
| Invoice Date: | 3/27/2009 |
| P.O. Number: | TCS26381 |

Page: 11

Bill To Address:    1679334

GM FSS ABP
GM FSS ABP
PO Box 63490
Phoenix, AZ 85082-3490
United States

Ship To Address

General Motors Corp
3300 General Motors Rd
Milford, MI 48380-3726
United States

Currency Displayed:    US Dollar

Tax Cert:  ME-0900440

Order No:  2318058  Order Date:  3/27/2009  Ship Date:  3/27/2009  Ship Via:  FedEx-Ground    Tracking No:  089908375595718    FOB:  Natick, MA

Notes:    MANUAL INVOICE-PLEASE DO NOT MAIL!!!!!!!

| Item Number | Seats / Qty Shipped * | Description / License Information | Unit Price | Extended Price |
|---|---|---|---|---|
| SUBSD | 1 | Simulink® Control Design MAINT<br>01/01/2009-01/01/2010 | 180.00 | 180.00 |
| SUBEL | 1 | MAINTENANCE EXCEL LINK<br>01/01/2009-01/01/2011 | 36.00 | 36.00 |
| SUBSF | 1 | Stateflow® - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBSC | 1 | Stateflow® Coder - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBID | 1 | MAINTENANCE SYSTEM ID<br>01/01/2009-01/01/2010 | 90.00 | 90.00 |
| | | License / Company:  234902 / General Motors Proving Ground | | |
| SUBML | 1 | MATLAB® - MAINT<br>01/01/2009-01/01/2010 | 351.00 | 351.00 |
| SUBSL | 1 | Simulink® - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBCT | 1 | MAINTENANCE CONTROL<br>01/01/2009-01/01/2010 | 90.00 | 90.00 |
| SUBDS | 1 | MAINT SIGNAL PROC BLOCKSET<br>01/01/2009-01/01/2010 | 180.00 | 180.00 |
| SUBFP | 1 | Simulink® Fixed Point MAINT<br>01/01/2009-01/01/2010 | 180.00 | 180.00 |
| SUBPO | 1 | MAINTENANCE FIXED-POINT TB<br>01/01/2009-01/01/2010 | 90.00 | 90.00 |
| SUBRT | 1 | Real-Time Workshop® - MAINT<br>01/01/2009-01/01/2010 | 1,350.00 | 1,350.00 |
| SUBSC | 1 | Stateflow® Coder - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBSD | 1 | Simulink® Control Design MAINT<br>01/01/2009-01/01/2010 | 180.00 | 180.00 |
| SUBSF | 1 | Stateflow® - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBSG | 1 | MAINTENANCE SIGNAL PROCESSING<br>01/01/2009-01/01/2010 | 72.00 | 72.00 |

The MathWorks, Inc.
PO Box 845428
Boston, MA 02284-5428
USA

Tel:  508.647.7000
Fax:  508.647.7001
info@mathworks.com
www.mathworks.com

Fed ID 94-2960235
Duns # 13-114-2747



# The MathWorks™

*Accelerating the pace of engineering and science*

| | |
|---|---|
| Invoice Number: | 29013481 |
| Invoice Date: | 3/27/2009 |
| P.O. Number: | TCS26381 |

*Page:* 12

Bill To Address:    1679334

GM FSS ABP
GM FSS ABP
PO Box 63490
Phoenix, AZ 85082-3490
United States

Ship To Address

General Motors Corp
3300 General Motors Rd
Milford, MI 48380-3726
United States

Tax Cert: ME-0900440

Currency Displayed:    US Dollar

Order No: 2318058   Order Date: 3/27/2009   Ship Date: 3/27/2009   Ship Via: FedEx-Ground          Tracking No: 089908375595718          FOB: Natick, MA

Notes:    MANUAL INVOICE-PLEASE DO NOT MAIL!!!!!!!

| Item Number | Seats / Qty Shipped * | Description / License Information | Unit Price | Extended Price |
|---|---|---|---|---|
| | | License / Company: 259161 / General Motors Corp | | |
| SUBML | 1 | MATLAB® - MAINT<br>01/01/2009-01/01/2010 | 351.00 | 351.00 |
| SUBSL | 1 | Simulink® - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBEC | 1 | MAINTENANCE RTW EMBEDDED CODER<br>01/01/2009-01/01/2010 | 900.00 | 900.00 |
| SUBEL | 1 | MAINTENANCE EXCEL LINK<br>01/01/2009-01/01/2010 | 18.00 | 18.00 |
| SUBRT | 1 | Real-Time Workshop® - MAINT<br>01/01/2009-01/01/2010 | 1,350.00 | 1,350.00 |
| SUBSC | 1 | Stateflow® Coder - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBSF | 1 | Stateflow® - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| | | License / Company: 259162 / General Motors Corp | | |
| SUBML | 1 | MATLAB® - MAINT<br>01/01/2009-01/01/2010 | 351.00 | 351.00 |
| SUBSL | 1 | Simulink® - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBEL | 1 | MAINTENANCE EXCEL LINK<br>01/01/2009-01/01/2010 | 18.00 | 18.00 |
| SUBRT | 1 | Real-Time Workshop® - MAINT<br>01/01/2009-01/01/2010 | 1,350.00 | 1,350.00 |
| SUBSC | 1 | Stateflow® Coder - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBSF | 1 | Stateflow® - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| | | License / Company: 259163 / General Motors Proving Ground | | |
| SUBML | 1 | MATLAB® - MAINT<br>01/01/2009-01/01/2010 | 351.00 | 351.00 |
| SUBSL | 1 | Simulink® - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |

The MathWorks, Inc.
PO Box 845428
Boston, MA 02284-5428
USA

Tel: 508.647.7000
Fax: 508.647.7001
info@mathworks.com
www.mathworks.com

Fed ID 94-2960235
Duns # 13-114-2747



# The MathWorks™
*Accelerating the pace of engineering and science*

| | |
|---|---|
| Invoice Number: | 29013481 |
| Invoice Date: | 3/27/2009 |
| P.O. Number: | TCS26381 |

*Page:* 13

**Bill To Address:**    1679334

GM FSS ABP
GM FSS ABP
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To Address**

General Motors Corp
3300 General Motors Rd
Milford, MI 48380-3726
United States

Currency Displayed:    US Dollar

Tax Cert: ME-0900440

Order No: 2318058   Order Date: 3/27/2009   Ship Date: 3/27/2009   Ship Via: FedEx-Ground      Tracking No: 089908375595718        FOB: Natick, MA

Notes:    MANUAL INVOICE-PLEASE DO NOT MAIL!!!!!!

| Item Number | Seats / Qty Shipped * | Description / License Information | Unit Price | Extended Price |
|---|---|---|---|---|
| SUBEC | 1 | MAINTENANCE RTW EMBEDDED CODER 01/01/2009-01/01/2010 | 900.00 | 900.00 |
| SUBEL | 1 | MAINTENANCE EXCEL LINK 01/01/2009-01/01/2010 | 18.00 | 18.00 |
| SUBRT | 1 | Real-Time Workshop® - MAINT 01/01/2009-01/01/2010 | 1,350.00 | 1,350.00 |
| SUBSC | 1 | Stateflow® Coder - MAINT 01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBSF | 1 | Stateflow® - MAINT 01/01/2009-01/01/2010 | 540.00 | 540.00 |
| | | License / Company: 263621 / General Motors Proving Ground | | |
| SUBML | 1 | MATLAB® - MAINT 01/01/2009-01/01/2010 | 351.00 | 351.00 |
| SUBSL | 1 | Simulink® - MAINT 01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBCT | 1 | MAINTENANCE CONTROL 01/01/2009-01/01/2010 | 90.00 | 90.00 |
| SUBEC | 1 | MAINTENANCE RTW EMBEDDED CODER 01/01/2009-01/01/2010 | 900.00 | 900.00 |
| SUBEL | 1 | MAINTENANCE EXCEL LINK 01/01/2009-01/01/2010 | 18.00 | 18.00 |
| SUBID | 1 | MAINTENANCE SYSTEM ID 01/01/2009-01/01/2010 | 90.00 | 90.00 |
| SUBLD | 1 | MAINTENANCE SimDriveLine 02/01/2009-01/01/2010 | 330.00 | 330.00 |
| SUBOP | 1 | MAINTENANCE OPTIMIZATION 01/01/2009-01/01/2010 | 90.00 | 90.00 |
| SUBPS | 1 | MAINTENANCE POWER SYSTEM BLOC 02/01/2009-01/01/2010 | 495.00 | 495.00 |
| SUBRT | 1 | Real-Time Workshop® - MAINT 01/01/2009-01/01/2010 | 1,350.00 | 1,350.00 |
| SUBSC | 1 | Stateflow® Coder - MAINT 01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBSD | 1 | Simulink® Control Design MAINT | 180.00 | 180.00 |

The MathWorks, Inc.
PO Box 845428
Boston, MA 02284-5428
USA

Tel: 508.647.7000
Fax: 508.647.7001
info@mathworks.com
www.mathworks.com

Fed ID 94-2960235
Duns # 13-114-2747



The MathWorks™

*Accelerating the pace of engineering and science*

| | |
|---|---|
| Invoice Number: | 29013481 |
| Invoice Date: | 3/27/2009 |
| P.O. Number: | TCS26381 |

*Page:* 14

Bill To Address:    1679334

GM FSS ABP
GM FSS ABP
PO Box 63490
Phoenix, AZ 85082-3490
United States

Ship To Address

General Motors Corp
3300 General Motors Rd
Milford, MI 48380-3726
United States

Currency Displayed:    US Dollar

Tax Cert: ME-0900440

Order No: 2318058   Order Date: 3/27/2009   Ship Date: 3/27/2009   Ship Via: FedEx-Ground        Tracking No: 069908375595718        FOB: Natick, MA

Notes:    MANUAL INVOICE-PLEASE DO NOT MAIL!!!!!!!

| Item Number | Seats / Qty Shipped * | Description / License Information | Unit Price | Extended Price |
|---|---|---|---|---|
| | | 01/01/2009-01/01/2010 | | |
| SUBSF | 1 | Stateflow® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSH | 1 | SimHydraulics™ - MAINT | 330.00 | 330.00 |
| | | 02/01/2009-01/01/2010 | | |
| SUBSS | 1 | Simscape - MAINT | 330.00 | 330.00 |
| | | 02/01/2009-01/01/2010 | | |
| | | License / Company:  278913 / General Motors Proving Ground | | |
| SUBML | 1 | MATLAB® - MAINT | 351.00 | 351.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSL | 1 | Simulink® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBEL | 1 | MAINTENANCE EXCEL LINK | 18.00 | 18.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBRT | 1 | Real-Time Workshop® - MAINT | 1,350.00 | 1,350.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSC | 1 | Stateflow® Coder - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSF | 1 | Stateflow® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| | | License / Company: 279107 / General Motors Proving Ground | | |
| SUBML | 1 | MATLAB® - MAINT | 351.00 | 351.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSL | 1 | Simulink® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBCT | 1 | MAINTENANCE CONTROL | 90.00 | 90.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBOP | 1 | MAINTENANCE OPTIMIZATION | 90.00 | 90.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSD | 1 | Simulink® Control Design MAINT | 180.00 | 180.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBEL | 1 | MAINTENANCE EXCEL LINK | 18.00 | 18.00 |
| | | 01/01/2009-01/01/2010 | | |

The MathWorks, Inc.
PO Box 845428
Boston, MA 02284-5428
USA

Tel: 508.647.7000
Fax: 508.647.7001
info@mathworks.com
www.mathworks.com

Fed ID 94-2960235
Duns # 13-114-2747



# The MathWorks™

*Accelerating the pace of engineering and science*

| Invoice Number: | 29013481 | Page: 15 |
|---|---|---|
| Invoice Date: | 3/27/2009 | |
| P.O. Number: | TCS26381 | |

Bill To Address:   1679334

GM FSS ABP
GM FSS ABP
PO Box 63490
Phoenix, AZ 85082-3490
United States

Ship To Address

General Motors Corp
3300 General Motors Rd
Milford, MI 48380-3726
United States

Currency Displayed:   US Dollar

Tax Cert: ME-0900440

Order No: 2318058   Order Date: 3/27/2009   Ship Date: 3/27/2009   Ship Via: FedEx-Ground   Tracking No: 089908375595718   FOB: Natick, MA

Notes:   MANUAL INVOICE-PLEASE DO NOT MAIL!!!!!!

| Item Number | Seats / Qty Shipped * | Description / License Information | Unit Price | Extended Price |
|---|---|---|---|---|
| SUBSF | 1 | Stateflow® - MAINT 01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBSC | 1 | Stateflow® Coder - MAINT 01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBID | 1 | MAINTENANCE SYSTEM ID 01/01/2009-01/01/2010 | 90.00 | 90.00 |
| | | License / Company: 281277 / General Motors | | |
| SUBML | 1 | MATLAB® - MAINT 01/01/2009-01/01/2010 | 351.00 | 351.00 |
| SUBSL | 1 | Simulink® - MAINT 01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBCT | 1 | MAINTENANCE CONTROL 01/01/2009-01/01/2010 | 90.00 | 90.00 |
| SUBEL | 1 | MAINTENANCE EXCEL LINK 01/01/2009-01/01/2010 | 18.00 | 18.00 |
| SUBID | 1 | MAINTENANCE SYSTEM ID 01/01/2009-01/01/2010 | 90.00 | 90.00 |
| SUBOP | 1 | MAINTENANCE OPTIMIZATION 01/01/2009-01/01/2010 | 90.00 | 90.00 |
| SUBRT | 1 | Real-Time Workshop® - MAINT 01/01/2009-01/01/2010 | 1,350.00 | 1,350.00 |
| SUBSC | 1 | Stateflow® Coder - MAINT 01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBSD | 1 | Simulink® Control Design MAINT 01/01/2009-01/01/2010 | 180.00 | 180.00 |
| SUBSF | 1 | Stateflow® - MAINT 01/01/2009-01/01/2010 | 540.00 | 540.00 |
| | | License / Company: 292559 / General Motors Proving Ground | | |
| SUBML | 1 | MATLAB® - MAINT 01/01/2009-01/01/2010 | 351.00 | 351.00 |
| SUBSL | 1 | Simulink® - MAINT 01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBEL | 1 | MAINTENANCE EXCEL LINK | 18.00 | 18.00 |

The MathWorks, Inc.
PO Box 845428
Boston, MA 02284-5428
USA

Tel: 508.647.7000
Fax: 508.647.7001
info@mathworks.com
www.mathworks.com

Fed ID 94-2960235
Duns # 13-114-2747



## The MathWorks™
*Accelerating the pace of engineering and science*

| | |
|---|---|
| Invoice Number: | 29013481 |
| Invoice Date: | 3/27/2009 |
| P.O. Number: | TCS26381 |

Page: 16

**Bill To Address:** 1679334

GM FSS ABP
GM FSS ABP
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To Address**

General Motors Corp
3300 General Motors Rd
Milford, MI 48380-3726
United States

Tax Cert: ME-0900440

Currency Displayed: US Dollar

Order No: 2318058  Order Date: 3/27/2009  Ship Date: 3/27/2009  Ship Via: FedEx-Ground    Tracking No: 089908375595718    FOB: Natick, MA

Notes: MANUAL INVOICE-PLEASE DO NOT MAIL!!!!!!!

| Item Number | Seats / Qty Shipped * | Description / License Information | Unit Price | Extended Price |
|---|---|---|---|---|
| | | 01/01/2009-01/01/2010 | | |
| SUBSF | 1 | Stateflow® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| | | License / Company: 310668 / General Motors Proving Ground | | |
| SUBML | 1 | MATLAB® - MAINT | 351.00 | 351.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSL | 1 | Simulink® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBEL | 1 | MAINTENANCE EXCEL LINK | 18.00 | 18.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSF | 1 | Stateflow® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| | | License / Company: 347988 / GM Powertrain | | |
| SUBML | 1 | MATLAB® - MAINT | 351.00 | 351.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSL | 1 | Simulink® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBEL | 1 | MAINTENANCE EXCEL LINK | 18.00 | 18.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSF | 1 | Stateflow® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSC | 1 | Stateflow® Coder - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| | | License / Company: 347989 / GM Powertrain | | |
| SUBML | 1 | MATLAB® - MAINT | 351.00 | 351.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBSL | 1 | Simulink® - MAINT | 540.00 | 540.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBCT | 1 | MAINTENANCE CONTROL | 90.00 | 90.00 |
| | | 01/01/2009-01/01/2010 | | |
| SUBEL | 1 | MAINTENANCE EXCEL LINK | 18.00 | 18.00 |
| | | 01/01/2009-01/01/2010 | | |

The MathWorks, Inc.
PO Box 845428
Boston, MA 02284-5428
USA

Tel: 508.647.7000
Fax: 508.647.7001
info@mathworks.com
www.mathworks.com

Fed ID 94-2960235
Duns # 13-114-2747



The MathWorks™

*Accelerating the pace of engineering and science*

| | |
|---|---|
| Invoice Number: | 29013481 |
| Invoice Date: | 3/27/2009 |
| P.O. Number: | TCS26381 |

*Page:* 17

**Bill To Address:**    1679334

GM FSS ABP
GM FSS ABP
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To Address**

General Motors Corp
3300 General Motors Rd
Milford, MI 48380-3726
United States

Currency Displayed:    US Dollar

Tax Cert:  ME-0900440

Order No:  2318058   Order Date:  3/27/2009   Ship Date:  3/27/2009   Ship Via:  FedEx-Ground      Tracking No:  089908375595718      FOB:  Natick, MA

Notes:     MANUAL INVOICE-PLEASE DO NOT MAIL!!!!!!

| Item Number | Seats / Qty Shipped * | Description / License Information | Unit Price | Extended Price |
|---|---|---|---|---|
| SUBID | 1 | MAINTENANCE SYSTEM ID<br>01/01/2009-01/01/2010 | 90.00 | 90.00 |
| SUBOP | 1 | MAINTENANCE OPTIMIZATION<br>01/01/2009-01/01/2010 | 90.00 | 90.00 |
| SUBRT | 1 | Real-Time Workshop® - MAINT<br>01/01/2009-01/01/2010 | 1,350.00 | 1,350.00 |
| SUBSC | 1 | Stateflow® Coder - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBSD | 1 | Simulink® Control Design MAINT<br>01/01/2009-01/01/2010 | 180.00 | 180.00 |
| SUBSF | 1 | Stateflow® - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| | | License / Company: 347990 / GM Powertrain | | |
| SUBML | 1 | MATLAB® - MAINT<br>01/01/2009-01/01/2010 | 351.00 | 351.00 |
| SUBSL | 1 | Simulink® - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBCT | 1 | MAINTENANCE CONTROL<br>01/01/2009-01/01/2010 | 90.00 | 90.00 |
| SUBEC | 1 | MAINTENANCE RTW EMBEDDED CODER<br>01/01/2009-01/01/2010 | 900.00 | 900.00 |
| SUBEL | 1 | MAINTENANCE EXCEL LINK<br>01/01/2009-01/01/2010 | 18.00 | 18.00 |
| SUBID | 1 | MAINTENANCE SYSTEM ID<br>01/01/2009-01/01/2010 | 90.00 | 90.00 |
| SUBOP | 1 | MAINTENANCE OPTIMIZATION<br>01/01/2009-01/01/2010 | 90.00 | 90.00 |
| SUBRT | 1 | Real-Time Workshop® - MAINT<br>01/01/2009-01/01/2010 | 1,350.00 | 1,350.00 |
| SUBSC | 1 | Stateflow® Coder - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBSF | 1 | Stateflow® - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |

The MathWorks, Inc.
PO Box 845428
Boston, MA 02284-5428
USA

Tel:  508.647.7000
Fax: 508.647.7001
info@mathworks.com
www.mathworks.com

Fed ID 94-2960235
Duns # 13-114-2747



# The MathWorks™

*Accelerating the pace of engineering and science*

| | |
|---|---|
| Invoice Number: | 29013481 |
| Invoice Date: | 3/27/2009 |
| P.O. Number: | TCS26381 |

Page: 18

Bill To Address:     1679334

GM FSS ABP
GM FSS ABP
PO Box 63490
Phoenix, AZ 85082-3490
United States

Ship To Address

General Motors Corp
3300 General Motors Rd
Milford, MI 48380-3726
United States

Currency Displayed:    US Dollar

Tax Cert:  ME-0900440

Order No: 2318058  Order Date: 3/27/2009  Ship Date: 3/27/2009  Ship Via: FedEx-Ground      Tracking No: 089908375595718          FOB: Natick, MA

Notes:    MANUAL INVOICE-PLEASE DO NOT MAIL!!!!!!!

| Item Number | Seats / Qty Shipped * | Description / License Information | Unit Price | Extended Price |
|---|---|---|---|---|
| | | License / Company: 347991 / GM Powertrain | | |
| SUBML | 1 | MATLAB® - MAINT 01/01/2009-01/01/2010 | 351.00 | 351.00 |
| SUBSL | 1 | Simulink® - MAINT 01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBCT | 1 | MAINTENANCE CONTROL 01/01/2009-01/01/2010 | 90.00 | 90.00 |
| SUBEC | 1 | MAINTENANCE RTW EMBEDDED CODER 01/01/2009-01/01/2010 | 900.00 | 900.00 |
| SUBEL | 1 | MAINTENANCE EXCEL LINK 01/01/2009-01/01/2010 | 18.00 | 18.00 |
| SUBID | 1 | MAINTENANCE SYSTEM ID 01/01/2009-01/01/2010 | 90.00 | 90.00 |
| SUBOP | 1 | MAINTENANCE OPTIMIZATION 01/01/2009-01/01/2010 | 90.00 | 90.00 |
| SUBRT | 1 | Real-Time Workshop® - MAINT 01/01/2009-01/01/2010 | 1,360.00 | 1,350.00 |
| SUBSC | 1 | Stateflow® Coder - MAINT 01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBSF | 1 | Stateflow® - MAINT 01/01/2009-01/01/2010 | 540.00 | 540.00 |
| | | License / Company: 356454 / General Motors Corp | | |
| SUBML | 1 | MATLAB® - MAINT 01/01/2009-01/01/2010 | 351.00 | 351.00 |
| SUBSL | 1 | Simulink® - MAINT 01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBEL | 1 | MAINTENANCE EXCEL LINK 01/01/2009-01/01/2010 | 18.00 | 18.00 |
| SUBSF | 1 | Stateflow® - MAINT 01/01/2009-01/01/2010 | 540.00 | 540.00 |
| | | License / Company: 356456 / General Motors Corp | | |
| SUBML | 1 | MATLAB® - MAINT 01/01/2009-01/01/2010 | 351.00 | 351.00 |

The MathWorks, Inc.
PO Box 845428
Boston, MA 02284-5428
USA

Tel: 508.647.7000
Fax: 508.647.7001
info@mathworks.com
www.mathworks.com

Fed ID 94-2960235
Duns # 13-114-2747


# The MathWorks™
*Accelerating the pace of engineering and science*

| Invoice Number: | 29013481 | *Page:* 19 |
|---|---|---|
| Invoice Date: | 3/27/2009 | |
| P.O. Number: | TCS26381 | |

Bill To Address:    1679334

GM FSS ABP
GM FSS ABP
PO Box 63490
Phoenix, AZ 85082-3490
United States

Ship To Address

General Motors Corp
3300 General Motors Rd
Milford, MI 48380-3726
United States

| Currency Displayed: | US Dollar | | Tax Cert: ME-0900440 |
|---|---|---|---|

Order No: 2318058  Order Date: 3/27/2009  Ship Date: 3/27/2009  Ship Via: FedEx-Ground      Tracking No: 089908375595718      FOB: Natick, MA

Notes:    MANUAL INVOICE-PLEASE DO NOT MAIL!!!!!!!

| Item Number | Seats / Qty Shipped * | Description / License Information | Unit Price | Extended Price |
|---|---|---|---|---|
| SUBSL | 1 | Simulink® - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBRT | 1 | Real-Time Workshop® - MAINT<br>01/01/2009-01/01/2010 | 1,350.00 | 1,350.00 |
| SUBEL | 1 | MAINTENANCE EXCEL LINK<br>01/01/2009-01/01/2010 | 18.00 | 18.00 |
| SUBSF | 1 | Stateflow® - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBSC | 1 | Stateflow® Coder - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| | | License / Company: 362253 / General Motors Corp | | |
| SUBML | 1 | MATLAB® - MAINT<br>01/01/2009-01/01/2010 | 351.00 | 351.00 |
| SUBSL | 1 | Simulink® - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |
| SUBEL | 1 | MAINTENANCE EXCEL LINK<br>01/01/2009-01/01/2010 | 18.00 | 18.00 |
| SUBSF | 1 | Stateflow® - MAINT<br>01/01/2009-01/01/2010 | 540.00 | 540.00 |

| Payment Terms: | 2nd Day 2nd Month | Sub-Total: | 127,188.00 |
|---|---|---|---|
| Due Date: | 5/2/2009 | Freight: | .00 |
| | | Sales Tax: | .00 |
| | | **Total:  (Currency: USD)** | **127,188.00** |

The MathWorks, Inc.          Tel: 508.647.7000          Fed ID 94-2960235
PO Box 845428                 Fax: 508.647.7001          Duns # 13-114-2747
Boston, MA 02284-5428         info@mathworks.com
USA                           www.mathworks.com



# The MathWorks™

*Accelerating the pace of engineering and science*

| | |
|---|---|
| Invoice Number: | 28023593 |
| Invoice Date: | 5/30/2008 |
| P.O. Number: | TCS72746 |

Page: 1

**Bill To Address:**    1081596

General Motors
Ed Schroeder
300 Renaissance Center
PO Box 300
Detroit, MI 48265
United States

**Ship To Address**

General Motors
300 Renaissance Center
PO Box 300
Detroit, MI 48265
United States

Currency Displayed:    US Dollar

Tax Cert:  N/A

| Order No: 2053895 | Order Date: 5/29/2008 | Ship Date: 5/29/2008 | Ship Via: Not Applicable | Tracking No: N/A | FOB: Natick, MA |
|---|---|---|---|---|---|

Notes:    Consulting Services Order
CSO# 1272
40hrs 30 Mins@ $155/hr

** Please do not send invoice to the customer **

Signed PO & CSO found here:
\\mathworks\ml\SalesService\Consulting_Services\Projects\P-762-GeneralMotors-2006GMPowertrainAHS2MBDAd

| Item Number | Seats / Qty Shipped * | Description / License Information | Unit Price | Extended Price |
|---|---|---|---|---|
| CONS999 | 1 | CONSULTING | 6,277.50 | 6,277.50 |

| | | | | |
|---|---|---|---|---|
| Payment Terms: | 2nd Day 2nd Month | | Sub-Total: | 6,277.50 |
| Due Date: | 7/2/2008 | | Freight: | .00 |
| Reference: | P762 | | Sales Tax: | .00 |

Total:  (Currency: USD)    6,277.50

*Outstanding balance:    1,473.00*

The MathWorks, Inc.
PO Box 845428
Boston, MA 02284-5428
USA

Tel: 508.647.7000
Fax: 508.647.7001
info@mathworks.com
www.mathworks.com

Fed ID 94-2960235
Duns # 13-114-2747