CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
James L. Bromley

*Attorneys for International Business Machines Corporation and certain of its affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------- X
                                                 :
In re                                            :      Chapter 11
                                                 :
General Motors Corporation, et al.,              :      Case No. 09-50026 (REG)
                                                 :
               Debtors.                          :      (Jointly Administered)
                                                 :
------------------------------------------------------------------- X
```

## <u>LIMITED OBJECTION TO PROPOSED CURE COSTS</u>

International Business Machines Corporation, on behalf of itself and certain of its affiliates (collectively, "<u>IBM</u>"), by and through their undersigned counsel, hereby submit this limited objection (the "<u>Limited Objection</u>") to the proposed notice of assumption and assignment and cure cost in respect of IBM contracts as set forth in the to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto (the "<u>Assumption and Assignment Notice</u>"), in accordance with this Court's Order Pursuant to 11 U.S.C. §§ 105, 363, and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006 (I) Approving Procedures for Sale of Debtors' Assets Pursuant to Master Sale and Purchase Agreement With Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline and Sale Hearing Date; (III) Establishing Assumption and Assignment Procedures; and

(IV) Fixing Notice Procedures and Approving Form of Notice (the "<u>Bidding Procedures</u>

<u>Order</u>").[1]

IBM files this Limited Objection to reserve rights with respect to the correct cure

amount owed with respect to its executory contracts with the Debtors.  In support of the Limited

Objection, IBM respectfully states as follows:[2]

## **<u>BACKGROUND</u>**

1.    IBM provides a range of goods and services to the Debtors, including but

not limited to those related to IT equipment.[3]

2.    The Debtors commenced their voluntary Chapter 11 bankruptcy cases on

June 1, 2009.

3.    Pursuant to the Bidding Procedures Order, the Debtors delivered a Notice

of Intent to IBM dated June 5, 2009, with login information to a secured website with contract

reference numbers and cure amounts (the "<u>Contract Website</u>").  As of the date hereof, the

Contract Website lists 61 contracts with IBM and a proposed aggregate cure cost of

$8,712,851.17 in respect thereof.

4.    The Contract Website indicates that the Debtors intend to assume and

assign certain contracts with IBM.  The Bidding Procedures Order requires that objections to

proposed cure costs be filed and served no later than ten days after service of an Assumption and

---

[1]    Capitalized terms used but not defined herein have the meaning ascribed to such terms in the Bidding Procedures Order.

[2]    IBM has been and remains engaged in discussions with the Debtors and is optimistic that a consensual resolution of the issues raised in this Limited Objection may be reached.  IBM is filing this Limited Objection in order to preserve its rights in the event that a consensual resolution is not reached with the Debtors.

[3]    IBM's contracts with the Debtors include contracts under which there is a third-party payment and collection intermediary between IBM and the Debtors.  Correspondingly, under certain other contracts IBM is itself a third party payment and collection intermediary between IBM and the contract counterparty. Nothing in this Limited Objection is intended to modify the underlying rights and entitlements of each party under such tri-partite contract arrangements, including without limitation the entitlement to cure amounts for any such contracts being assumed and assigned by the Debtors.

2

Assignment.  Notice.  <u>See</u> Bidding Procedures Order ¶ 10.  As described below, the Contract

Website information is incomplete and, as such, IBM has certain limited objections to the relief

sought.

## **LIMITED OBJECTION**

5.      IBM generally has no objection to the assumption and assignment of its

contracts, purchase orders and other agreements with the Debtors in accordance with the plans

set forth in the Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m), and 365

and Fed. R. Bankr. P. 2002, 6004, and 6006 to (I) Approve (A) the Sale Pursuant to the Master

Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-

Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B)

the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C)

Other Relief; and (II) Schedule Sale Approval Hearing, provided that the correct cure amounts

are paid.

6.      However, the information provided to IBM is insufficient for IBM to

determine definitively which contracts the Debtors intend to assume and assign.  As of the date

hereof, the Contract Website contains little information as to the precise identity of the contracts

corresponding to each proposed cure amount, other than the Debtors' reference I.D. number for

each such contract.  These reference I.D. numbers were previously unknown to IBM and do not

correspond to any reference numbers in IBM's records.  In the absence of more information

about the listed contracts, IBM is unable to determine definitively which contracts the Debtors

intend to assume and assign and the corresponding cure amounts under such contracts.  It is the

Debtors' burden to provide IBM with the information necessary to allow IBM to ascertain which

contracts the Debtors actually intend to assume and to calculate the correct corresponding cure amounts.

7.      Based on the limited information available as on the Contract Website as of the date hereof, IBM has been able to make a good faith effort to identify certain contracts, including equipment leases, that the Debtors intend to assume and assign (as tentatively identified, the "Identified Agreements"), and disagrees with the Debtors' proposed cure costs under such contracts.  IBM asserts that the actual cure cost owed to IBM under the Identified Agreements for unpaid amounts as of June 1, 2009 was an amount no less than $30,735,909.23 (the "Estimated Pre-Petition Cure Cost").  Supporting material providing more detailed information on the breakdown of the Estimated Pre-Petition Cure Cost is available to the Debtors upon their request to undersigned counsel.

8.      The Assumption and Assignment Notice contemplates that the Debtors may modify the information on the Contract Website from time to time.  See Assumption and Assignment Notice ¶ 13.  To the extent that any such modifications are made to the list of IBM contracts and/or the corresponding cure amounts thereunder, IBM reserves its right to amend the Estimated Pre-Petition Cure Cost and inform the Debtors of such amendments to the Estimated Pre-Petition Cure Cost, all without the need for IBM to (and without prejudice to IBM's right to) file and/or serve amendments or supplements to this Limited Objection.

9.      The Estimated Pre-Petition Cure Cost amount does not include additional unpaid amounts ("Post-Petition Amounts") owed or that will in the future be owed by the Debtors to IBM for post-petition goods and services.[4]  There is some ambiguity over whether the

---

[4]      IBM has made its best efforts to identify the correct cure amounts under the Identified Agreements with the Debtors that would be subject to assumption and assignment; however given the short notice period and the lack of information on the Contract Website, IBM reserves its right to assert additional or different cure

Debtors' intend to pay all post-petition cure amounts through the effective date of the assumption and assignment  -- the Bidding Procedures Order and Assumption and Assignment Notice refer only to cure amounts that "must be paid to cure any prepetition defaults" rather than all defaults <u>as of the effective date</u> of assumption and assignment.  <u>See</u> Bidding Procedures Order ¶ 10; Assumption and Assignment Notice ¶ 15.  Under section 365 of the Bankruptcy Code, a debtor must first cure, or provide adequate assurance that it will promptly cure, all defaults incident to any assumed contracts.  Here, the Debtors cannot assume or assign IBM's contracts without agreeing to payment of the full amount of the actual cure cost <u>as of the effective date</u> of such assumption and assignment, and IBM reserves its rights to payment of all such post-petition cure amounts in full.

10.     IBM expressly reserves its right to amend or supplement this Limited Objection, to introduce evidence supporting this Limited Objection, to be heard at a hearing with respect to this Limited Objection, and to file additional and/or supplemental objections.  IBM expressly reserves its rights to payment in full of all Post-Petition Amounts that are currently or may in the future become due.

<u>**CONCLUSION**</u>

WHEREFORE, for the reasons set forth herein, IBM respectfully requests that the Court (i) establish the Estimated Pre-Petition Cure Cost owed to IBM under the Identified Agreements as the amount of  $30,735,909.23, (ii) authorize the Debtors to pay IBM Post-Petition Amounts without further order of the Court, (iii) authorize the Debtors to pay IBM without further order of the Court all additional cure amounts as they become known, and (iv) grant such other and further relief as this Court may deem just or proper.

---

amounts if such additional cure amounts and/or additional payments made in respect thereof become known to them.

Dated: New York, New York

June 15, 2009

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:    /s/ James L. Bromley
         James L. Bromley
         Member of the Firm
         One Liberty Plaza
         New York, New York 10006
         Telephone:  (212) 225-2000
         Facsimile:  (212) 225-3999

         *Attorneys for International Business Machines*
         *Corporation and certain of its affiliates*