IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
In re:                              :
                                    :   **Chapter 11**
GENERAL MOTORS                      :   **Case No: 09-50026 (REG)**
CORP.,** *et al.*,**                :   **(Jointly Administered)**
                                    :
        Debtors.                    :
                                    :
                                    :
------------------------------------------------x

## AMENDED NOTICE OF APPEARANCE; REQUEST TO BE ADDED TO MATRIX; AND FEDERAL BANKRUPTCY PROCEDURE 2002(i) REQUEST

PLEASE TAKE NOTICE that Mark Buttita, an asbestos personal injury claimant represented by the law firm of Cooney &Conway, will appear through his counsel, Caplin & Drysdale, Chartered, and requests that all notice given and required to be given in this case and all papers served and required to be served be given to and served upon the undersigned at the following addresses and telephone numbers:

> Elihu Inselbuch, Esq.
> Rita C. Tobin, Esq.
> 375 Park Avenue 35th Floor
> New York, NY 10152-3500
> (212) 319-7125
>
> Peter Van N. Lockwood, Esq.
> Ronald E. Reinsel, Esq.
> Trevor W. Swett, III, Esq.
> 1 Thomas Circle
> Washington, D.C. 20005
> (202) 862-5000

PLEASE TAKE FURTHER NOTICE that Caplin & Drysdale, Chartered, requests to be added to the Debtor's Matrix in care of its counsel at the above addresses

and further requests that all notices and papers provided pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the same.

CAPLIN & DRYSDALE, CHARTERED

By: _____
Elihu Inselbuch (EI-2843)

Counsel for Mark Buttita
375 Park Avenue 35th Floor
New York, NY 10152-3500
(212) 319-7125
ei@capdale.com

Dated: June 11, 2009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x
In re:                                       :
                                             :  **Chapter 11**
**GENERAL MOTORS**                           :  **Case No: 09-50026-(REG)**
**CORPORATION,**                             :  **Hon. Robert E. Gerber**
                                             :
          Debtor.                            :
                                             :
                                             :
---------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 12, 2009, a copy of the Amended Notice of Appearance; Request To Be Added To Matrix; And Federal Bankruptcy Procedure 2002 (i) Request were served upon the following parties via Federal Express:

**Honorable Robert E. Gerber**
Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green—Room 627
New York, NY 10004-1408

**Stephen Karotkin**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8350
Fax : (212) 310-8007
Email: stephen.karotkin@weil.com

**Diana G. Adams, Esq.**
**Brian S. Masumoto, Esq.**
United States Department of Justice
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

_____
Eugenia Benetos
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, Suite 3500
New York, NY 10152
(212) 319-7125