REID AND RIEGE, P.C.  
Carol A. Felicetta, Esq.  
195 Church Street  
New Haven, CT 06510  
Telephone: (203) 777-8008  
Facsimile: (203) 777-6304  
E-mail: cfelicetta@reidandriege.com  
*Counsel for Barnes Group Inc.*

Hearing Date: TBD

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>GENERAL MOTORS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.: 09-50026 (REG)<br><br>(Jointly Administered) |

**OBJECTION OF THE BARNES GROUP INC. AND SEEGER-ORBIS GmbH & CO. OHG TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) <u>CURE COSTS RELATED THERETO</u>**

The Barnes Group Inc. ("BGI"), on behalf of its Associated Springs Division ("Associated Springs") and its wholly owned, indirect subsidiary, Seeger-Orbis GmbH & Co. OHG ("Seeger") (BGI, Associated Springs, and Seeger collectively referred to as "Barnes"), by and through its counsel, Reid and Riege, P.C., hereby objects to the Notice of (I) Debtor's Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto ("Notice") on, *inter alia*, the following grounds.

1.      On June 1, 2009 ("Filing Date"), the above debtors ("Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York.

2.      Prior to the Filing Date, each of BGI, through Associated Springs, and Seeger supplied goods to the Debtors. As of the Filing Date, the Debtors owed (i) Associated Springs approximately $729,977.94, and (ii) Seeger up to approximately $1,419,927.27 (based upon the interbank conversion rate as of the date hereof - the contracted currency relating to Seeger is euro;

-1-

22057.004/493766.1

further, this amount may contain amounts due from non-debtor affiliates of the Debtors which may be part of separate contract(s) and not part of the Debtors' bankruptcy filing). Barnes believes that, subject to the caveat in the preceding parenthetical, these amounts may constitute the cure amounts due Associated Springs and Seeger, respectively, in the event the Debtors' contract(s) with these entities are assumed and assigned.

3. Barnes, as an essential supplier to the Debtors, participated on a teleconference with the Debtors on Friday, June 12, 2009. In that teleconference, Barnes heard, for the first time, that the Notice, including proposed cure amounts (or information necessary for Barnes to access the Debtors' calculation of cure amounts) had been circulated on or about June 5, 2009 and that the objection deadline to the Notice was June 15, 2009.

4. It is Barnes' understanding, through calls to the Supplier Information Call Center and other means, that it is an intended recipient of the Notice. However, as of the date hereof, Barnes has yet to receive the Notice. Accordingly, Barnes is unaware of the Debtors' calculation of the cure amounts due.

5. In light of the foregoing, Barnes files this objection to the extent the Debtors' calculation of the cure amounts conflicts with the cure amounts actually due. Barnes neither objects to the proposed sale nor otherwise objects to the assumption and assignment of the contract(s), aside from the absence of information relating to the proposed cure payments.

WHEREFORE, Barnes prays for an order of this Court sustaining its objection and denying the proposed assumption and assignment of contract(s) absent information relating to the proposed cure payments and resolution of any dispute relating thereto, and granting it such other and further relief as is just and equitable.

Dated at New Haven, Connecticut this 15th day of June, 2009

BARNES GROUP INC.

/s/ Carol A. Felicetta
Carol A. Felicetta
Federal Bar No. ct07929
Reid and Riege, P.C.
195 Church Street
New Haven, CT  06510
Phone 203-777-8008
Fax 203-777-6304
E-mail:  cfelicetta@reidandriege.com