**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Richard L. Epling (RE-9302)
Karen B. Dine (KD-0546)
Erica E. Carrig (EC-2096)
1540 Broadway
New York, NY 10036-4039
Phone: 212-858-1000
Facsimile: 212-858-1500
*Attorneys for LMC Phase II, L.L.C. and PSEG Resources L.L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                            :    Chapter 11
                                                                 :
**GENERAL MOTORS CORPORATION**                                   :    Case No. 09-50026 (REG)
                                                                 :
    Debtors.                                 :
                                                                 :
------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the LIMITED OBJECTION AND RESERVATION OF RIGHTS REGARDING APPLICABLE CURE COSTS AND SCOPE OF CURE OF LMC PHASE II, L.L.C. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO, filed by PILLSBURY WINTHROP SHAW PITTMAN LLP was served via Hand-Delivery and/or Overnight Mail on Monday, June 15, 2009 to the parties on the attached service lists.

Dated: June 15, 2009                              /s/ Carrie Altenburg
                                                                                            Carrie Altenburg

500352351v1

**SERVICE LIST**

Service via Hand-Delivery:

Honorable Robert E. Gerber
U.S. Bankruptcy Judge, S.D.N.Y.
One Bowling Green
New York, NY  10004


Service via Overnight Mail:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.

General Motors Corporation
300 Renaissance Center
Detroit, MI  48265
Attn: Lawrence S. Buonomo, Esq.

Cadwalader, Wickersham & Taft LLP
 One World Financial Center
New York, NY  10281
Attn: John J. Rapisardi, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC  20220
Attn: Matthew Feldman, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY  10019
Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.

Miller, Johnson, Snell & Cummiskey, PLC
250 Monroe Avenue, N.W., Suite 800
Grand Rapids, MI  49503
Attn: Robert D. Wolford

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn: Gordon Z. Novod

UAW  
8000 East Jefferson Avenue  
Detroit, MI 48214  
Attn: Daniel W. Sherrick, Esq.

Cleary Gottlieb Steen & Hamilton LLP  
One Liberty Plaza,  
New York, NY 10006  
Attn: James L. Bromley, Esq.

Cohen, Weiss and Simon LLP  
330 West 42nd Street  
New York, NY 10036  
Attn: Babette Ceccotti, Esq.

Office of the United States Trustee  
Southern District of New York  
33 Whitehall Street, 21st Floor  
New York, NY 10004  
Attn: Diana G. Adams, Esq.

U.S. Attorney's Office, S.D.N.Y.  
86 Chambers Street, Third Floor  
New York, NY 10007  
Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.