



| | Arrears Date | Financial Transaction Type | Current Amount | Current Balance | Payoff Amount | Payoff Balance |
|---|---|---|---|---|---|---|
| | 05/26/2009 | Pay Segment | $-98.49 | $0.00 | $-98.49 | $0.00 |
| | 05/13/2009 | Bill Segment | $98.49 | $98.49 | $98.49 | $98.49 |
| | 04/23/2009 | Pay Segment | $-274.69 | $0.00 | $-274.69 | $0.00 |
| | 04/14/2009 | Bill Segment | $274.69 | $274.69 | $274.69 | $274.69 |
| | 03/27/2009 | Pay Segment | $-361.88 | $0.00 | $-361.88 | $0.00 |
| | 03/13/2009 | Bill Segment | $361.88 | $361.88 | $361.88 | $361.88 |
| | 02/27/2009 | Pay Segment | $-529.59 | $0.00 | $-529.59 | $0.00 |
| | 02/10/2009 | Bill Segment | $529.59 | $529.59 | $529.59 | $529.59 |
| | 01/28/2009 | Pay Segment | $-346.19 | $0.00 | $-346.19 | $0.00 |
| | 01/27/2009 | Pay from credit balance | $-106.38 | $346.19 | $-106.38 | $346.19 |
| | 01/12/2009 | Bill Segment | $452.57 | $452.57 | $452.57 | $452.57 |
| | 12/31/2008 | Pay Segment | $-293.38 | $0.00 | $-293.38 | $0.00 |
| | 12/16/2008 | Pay from credit balance | $-0.05 | $293.38 | $-0.05 | $293.38 |
| | 12/12/2008 | Pay Segment | $-106.37 | $293.43 | $-106.37 | $293.43 |
| | 12/10/2008 | Bill Segment | $329.75 | $399.80 | $329.75 | $399.80 |
| | 12/01/2008 | Bill Segment | $70.05 | $70.05 | $70.05 | $70.05 |
| | 10/24/2008 | Pay Segment | $-102.71 | $0.00 | $-102.71 | $0.00 |
| | 10/10/2008 | Bill Segment | $102.71 | $102.71 | $102.71 | $102.71 |
| | 10/06/2008 | Pay from credit balance | $-67.09 | $0.00 | $-67.09 | $0.00 |
| | 09/19/2008 | Bill Segment | $67.09 | $67.09 | $67.09 | $67.09 |
| | 08/26/2008 | Pay from credit balance | $-65.69 | $0.00 | $-65.69 | $0.00 |

Account ID: 9712111000 General Motors Training Center - Non-Residential: Standard
SA Information: Illinois / Utility commercial heat, RATE4, Active, 01/01/1974, 9712111299
SA ID: 9712111299

**Dashboard Context**
General Motors Training Center
9712111000 7 General Motors Training Center - Non-Residential: Standard
336 E Ogden Ave, Hinsdale, IL, 60521360936, USA, Commercial, 9712111664

**Alerts**

**Financial Information**
Current Balance $0.00
Last Payment 05/26/2009, $175.12
Last Billed 05/13/2009, $175.12, Due Date 05/28/2009
Previous Bill 04/14/2009, $1,498.71
Next Bill Date 06/11/2009

**To Do Summary**