## **SCHEDULE 1**

ADAC invoice number 13800 dated May 27, 2009

Re: GM Purchase Order number 1PVH002L