## **SCHEDULE 2**

ADAC invoice number 13799 dated May 27, 2009

Re: GM P.O. number 1N3500MR