# **SCHEDULE 3**

GM purchase number 0ZF2003T

GM purchase number 013Z0226

GM purchase number 0ZF2003D

GM purchase number 013Z0195

GM purchase number 0ZF2003C

GM purchase number 013Z0194

GM purchase number 0DT9004P

GM purchase number 0DT9004C

GM purchase number 0DT90049