# **SCHEDULE 4**

ADAC invoice number 222099

ADAC invoice number 223533

ADAC invoice number 223659

ADAC invoice number 546091

ADAC invoice number 535751

ADAC invoice number 542702

ADAC invoice number 542703

ADAC invoice number 546215

ADAC invoice number 537450

ADAC invoice number 935531

ADAC invoice number 935542

ADAC invoice number 929493

ADAC invoice number 932207

ADAC invoice number 933316

ADAC invoice number 934456

ADAC invoice number 933244

ADAC invoice number 934485

ADAC invoice number 929493

ADAC invoice number 932961

ADAC invoice number 933187

ADAC invoice number 930210