## SCHEDULE 5

ADAC invoice number 546473

ADAC invoice number 546143

ADAC invoice number 535220

ADAC invoice number 537163

ADAC invoice number 539980

ADAC invoice number 540408

ADAC invoice number 540620