## **SCHEDULE 6**

ADAC invoice number 537450

ADAC invoice number 935509

ADAC invoice number 935543

ADAC invoice number 933799