## **SCHEDULE 7**

GM Tracking Record Number 1F930-D95 dated April 1, 2008