# EXHIBIT A

## Identified Contracts For Assumption and Assignment

|    | **Sun Counterparty** | **GM Counterparty** | **Title of Agreement** | **Date of Agreement** |
|----|---------------------|---------------------|-----------------------|----------------------|
| 1. | Sun Microsystems Global Financial Services, LLC | General Motors Corporation | Master Lease Agreement[*] | 06-08-08 |
| 2. | Sun Microsystems, Inc. | General Motors Corporation | Software License Agreement[**] | 05-10-04 |

---

[*] Sun assumes that the Debtors intend to include the Schedules entered into between the parties that incorporate the terms of the Master Lease Agreement, notwithstanding that the Schedules have been assigned to third parties.

[**] As amended by Amendment Number One dated April 26, 2005 and Amendment #2 to the Software License Agreement dated June 30, 2005.