# Contract Notices

User: 3Kx717AZ

**My Contracts**  **Documents & Links**

## Supplier Details

Supplier Name: **Sun Microsystems Global Financial Services**

Vendor Master ID: **5716-00014231**

Contract Cure Amount:

# of Contracts: **1**

Click here to view Contract Cure Amount Details

## Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
|---|---|---|---|---|---|
| 5716-00014231 | | | Sun Microsystems Global Financial Services | Agreement | Noticed |

Hover mouse cursor here for Contract Status Legend

**Important Notices:** All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

June 12, 2009 @ 03:44:45 PM                                                                Copyright ©2009 AlixPartners, LLP  |  (72)

Home       Logout

Contract Notices                                                                                    https://www.contractnotices.com/MyContractDetails.aspx

# Contract Notices

User: 3Kx717AZ

**My Contracts**    **Documents & Links**

## Supplier Details

Supplier Name: **Sun Microsystems Global Financial Services**

Vendor Master ID: **5716-00014231**

Contract Cure Amount:

\# of Contracts: **1**    Click here to view Contracts

## Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount |
|---|---|---|---|---|---|

**Important Notices:**  All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout

June 12, 2009 @ 03:45:03 PM                                        Copyright ©2009 AlixPartners, LLP    |    (72)