# Contract Notices

User: HHKhT10

**My Contracts**    **Documents & Links**

## Supplier Details

Supplier Name: **SUN MICROSYSTEMS INC**
Vendor Master ID: **013044532**
Contract Cure Amount:
# of Contracts: **22**

Click here to view Contract Cure Amount Details

## Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
|---|---|---|---|---|---|
| 5716-00014953 | | | Sun Microsystems, Inc. | License Agreement | Noticed |
| 5716-00014954 | | | Sun Microsystems, Inc. | License Agreement | Noticed |
| 5716-00014955 | | | Sun Microsystems, Inc. | License Agreement | Noticed |
| 5716-00014957 | | | Sun Microsystems, inc. | License Agreement | Noticed |
| 5716-00035629 | ONS05404 | 147551386 | SUN MICROSYSTEMS INC | Agreement | Noticed |
| 5716-00077198 | ONS04886 | 147551386 | SUN MICROSYSTEMS INC | Agreement | Noticed |
| 5716-00077199 | ONS04904 | 147551386 | SUN MICROSYSTEMS INC | Agreement | Noticed |
| 5716-00077200 | ONS05074 | 147551386 | SUN MICROSYSTEMS INC | Agreement | Noticed |
| 5716-00077201 | ONS05198 | 147551386 | SUN MICROSYSTEMS INC | Agreement | Noticed |
| 5716-00077202 | ONS05224 | 147551386 | SUN MICROSYSTEMS INC | Agreement | Noticed |
| 5716-00121202 | TCS24010 | 043896195 | SUN MICROSYSTEMS INC | Agreement | Noticed |
| 5716-00121662 | ONS05342 | 147551386 | SUN MICROSYSTEMS INC | Agreement | Noticed |
| 5716-00299363 | N/A | N/A | Sun Microsystems Belgium NV | IT-Master Lease Agreement | Noticed |
| 5716-00299364 | N/A | N/A | Sun Microsystems of Canada Inc. | IT-Master Lease Agreement | Noticed |
| 5716-00299365 | N/A | N/A | Sun Microsystems of Canada Inc. | IT-Master Lease Agreement | Noticed |
| 5716-00299366 | N/A | N/A | Sun Microsystems GmbH | IT-Master Lease Agreement | Noticed |
| 5716-00299367 | N/A | N/A | Sun Microsystems de Mexico, S.A. de C.V. | IT-Master Lease Agreement | Noticed |
| 5716-00299368 | N/A | N/A | Sun Microsystems, Inc. | IT - Hardware Agreement | Noticed |

Contract Notices

https://www.contractnotices.com/MyContracts.aspx

| | | | | |
|---|---|---|---|---|
| 5716-00299592 | N/A | N/A | Sun Microsystems, Inc | IT-Software License Agreement | Noticed |
| 5716-00299733 | N/A | N/A | Sun Microsystems Nederland B.V. | IT-Master Lease Agreement | Noticed |
| 5716-00299734 | N/A | N/A | Sun Microsystems Ltd | IT-Master Lease Agreement | Noticed |
| 5716-00305879 | N/A | 013044532 | Sun Microsystems Inc | Agreement | Noticed |

Hover mouse cursor here for Contract Status Legend

**Important Notices:**   All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

June 12, 2009 @ 03:43:19 PM     Copyright ©2009 AlixPartners, LLP   | (72)

Home    Logout

# Contract Notices

User: HHrKhT10

**My Contracts**    **Documents & Links**

## Supplier Details

Supplier Name: **SUN MICROSYSTEMS INC**

Vendor Master ID: **013044532**

Contract Cure Amount:

# of Contracts: **22**

Click here to view Contracts

## Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount |
|---|---|---|---|---|---|

**Important Notices:** All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout

June 12, 2009 @ 03:43:42 PM

Copyright ©2009 AlixPartners, LLP    | (72)