UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:                                                                               Chapter 11

GENERAL MOTORS CORPORATION, et al                     Case No. 09-50026

       Debtor.                                                                  (Jointly Administered)
_____/

APPEARANCE OF ATTORNEY

To:  Clerk, US Bankruptcy Court                    Harvey R. Miller
     Southern District of New York                Weil, Gotshal & Manges, LLP
     615-3 Alexander Hamilton                        767 Fifth Avenue
     Custom House                                             New York, NY 10153
     One Bowling Green
     New York, NY 10004-1408

     I appear on behalf of the Unemployment Tax Office of the State of Michigan, Department of Energy, Labor & Economic Growth, Unemployment Insurance Agency, and request copies of all notices required under Rule 2002 filed in this case after this date.

                                  MICHAEL A. COX
                                Attorney General

                                /S/         Roland Hwang
                                ROLAND HWANG (P32697)
                                Assistant Attorney General
                                Attorneys for Michigan DELEG, UIA
                                3030 W. Grand Boulevard, Ste. 9-600
                                Detroit, MI 48202
                                (313) 456-2210
                                telefax:  (313) 456-2201
                                hwangr@michigan.gov

Dated:  June 15, 2009