# EXHIBIT A

The Illuminating Company
76 S. Main Street
PO Box 3612
Akron, Ohio 44309

Ohio Edison Company
PO Box 3637
Akron, Ohio 44309

Penn Power, A First Energy Company
PO Box 3687
Akron, Ohio 44309

Toledo Edison Company
PO Box 3638
Akron, Ohio 44309