UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:                                                                                    Chapter 11

GENERAL MOTORS CORPORATION, et al                              Case No. 09-50026

        Debtor.                                                                     (Jointly Administered)
_____/

## CERTIFICATION OF SERVICE

It is hereby certified that the State of Michigan, Department of Energy, Labor and Economic Growth, Unemployment Insurance Agency's Appearance of Attorney has this date been made electronically filed with the Clerk of the Court which will send notification of such filing upon the following individuals via using the ECF system, and other entities registered with the ECF system in this matter:

| | |
|---|---|
| Harvey R. Miller | harvey.miller@weil.com |
| Joseph R. Sgroi | jsgroi@honigman.com |
| Joseph H. Smolinsky | Joseph.Smolinsky@weil.com |
| Patrick J. Trostle | ptrostle@jenner.com |
| Robert B. Weiss | rweiss@honigman.com |
| Stephen Karotkin | stephen.karotkin@weil.com |
| Tricia A. Sherick | tsherick@honigman.com |

I hereby certify that I have mailed, via the United States Postal Service, the foregoing document(s) to the following non-ECF participant(s):

            /S/      Roland Hwang_____
Roland Hwang (P32697)
Assistant Attorney General
Attorney for Michigan, DELEG, UIA
3030 W. Grand Boulevard, Suite 9-600
Detroit, MI 48202
(313) 456-2210
fax: (313) 456-2201
hwangr@michigan.gov

Dated: June 15, 2009