UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: GENERAL MOTORS CORP., et al,   Chapter 11

    Debtors.   File No. 09-50026 (REG)
                                    /   Jointly Administered

## APPEARANCE AND REQUEST TO BE ADDED TO MATRIX

To:    Clerk of the Court

Please enter the appearance of David J. Selwocki of the law firm of Sullivan, Ward, Asher & Patton, P.C., 25800 Northwestern Highway, 1000 Maccabees Center, Southfield, MI 48075-1000, on behalf of Creditor Convention & Show Services, Inc. in this matter. Please add counsel to Debtor's Matrix and provide counsel with copies of all pleadings in this matter.

                Respectfully submitted,

                **SULLIVAN, WARD,**
                **ASHER & PATTON, P.C.**

By:   *s/David J. Selwocki*
        DAVID J. SELWOCKI
        Attorney for Creditor Funds
        1000 Maccabees Center
        25800 Northwestern Highway
        P. O. Box 222
        Southfield, MI 48037-0222
        (248) 746-0700
        New York Bar #DS1018
        Michigan Bar #(P51375)
        dselwocki@swappc.com

Dated: June 12, 2009
W0769826/T78-117850