# Exhibit B

Contract Notices                                                                                                                  6/14/09 3:51 PM

# Contract Notices

User: c46wvq66



My Contracts    Documents & Links

## Supplier Details                                                                    Vendor Master ID: **102970571**

| | |
|---|---|
| Supplier Name: | **NEW UNITED MOTOR MANUFACTURING INC** |
| Contract Cure Amount: | **$458,091.57**    Click here to view Contract Cure Amount Details |
| # of Contracts: | **2** |

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
|---|---|---|---|---|---|
| 5716-00089505 | 01S57688 | 102970571 | NEW UNITED MOTOR MANUFACTURING | Agreement | Noticed |
| 5716-00570341 | GM40859 | N/A | NEW UNITED MOTOR MFG. INC. | Agreement | Noticed |

Hover mouse cursor here for Contract Status Legend

**Important Notices:**   All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout                              June 14, 2009 @ 06:40:06 PM                          Copyright ©2009 AlixPartners, LLP  | (101)

Contract Notices                                                                                                    6/14/09 3:52 PM

Contract Notices

User: o16wVqE6

My Contracts    Documents & Links

## Supplier Details                                                                    Vendor Master ID: **102970571**

| | |
|---|---|
| Supplier Name: | **NEW UNITED MOTOR MANUFACTURING INC** |
| Contract Cure Amount: | **$458,091.57** |
| # of Contracts: | **2**     Click here to view Contracts |

### Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount |
|---|---|---|---|---|---|
| RD102970571 | GM 40859 | M00015329 | 5/6/2009 | STAYED | $9,167.39 USD |
| RD102970571 | GM 40859 | M00015335 | 5/15/2009 | STAYED | $14,299.94 USD |
| RD102970571 | 01S57688 | 37081RGM | 5/12/2009 | STAYED | $390,000.00 USD |
| RD102970571 | GM 40859 | M00015325 | 4/30/2009 | STAYED | $5,683.88 USD |
| RD102970571 | GM 40859 | M00015324 | 5/4/2009 | STAYED | $3,492.52 USD |
| RD102970571 | GM 40859 | M00015326 | 5/7/2009 | STAYED | $6,812.88 USD |
| RD102970571 | GM 40859 | M00015330 | 5/11/2009 | STAYED | $2,229.36 USD |
| RD102970571 | GM 40859 | M00015334 | 5/13/2009 | STAYED | $9,018.00 USD |
| RD102970571 | GM 40859 | M00015338 | 5/14/2009 | STAYED | $5,880.96 USD |
| RD102970571 | GM 40859 | M00015339 | 5/19/2009 | STAYED | $7,304.24 USD |
| RD102970571 | GM 40859 | M00015341 | 5/26/2009 | STAYED | $4,202.40 USD |

**Important Notices:**   All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout                        June 14, 2009 @ 06:40:46 PM                    Copyright ©2009 AlixPartners, LLP  |  (101)