# Exhibit C

| | | | | | | NUMMI's Books | | GM's Books | Payable to NUMMI |
| | | | | | | Due from GM | | Payable to NUMMI | not on |
| Acctg Date | Customer | Orig Item | Adj Item | Entry Type | Reason | Amount | Description | In GM Detail | GM's Books |
|---|---|---|---|---|---|---|---|---|---|
| 5/28/2009 | 20-GMSPO | GM00015344 | | IN | | 15,155.44 | In-House Service Parts | | 15,155.44 |
| 5/28/2009 | 20-GMSPO | GM00015345 | | IN | | 4,109.28 | In-House Service Parts | | 4,109.28 |
| 5/28/2009 | 20-GMSPO | GM00015346 | | IN | | 4,313.84 | In-House Service Parts | | 4,313.84 |
| 5/26/2009 | 20-GMSPO | GM00015341 | | IN | | 4,202.40 | In-House Service Parts | 4,202.40 | - |
| 5/26/2009 | 20-GMSPO | GM00015342 | | IN | | 17,161.30 | In-House Service Parts | | 17,161.30 |
| 5/21/2009 | 20-GMSPO | GM00015343 | | IN | | 427.95 | In-House Service Parts | | 427.95 |
| 5/19/2009 | 20-GMSPO | GM00015339 | | IN | | 7,210.88 | In-House Service Parts | 7,304.24 | (93.36) |
| 5/15/2009 | 20-GMSPO | GM00015335 | | IN | | 14,287.94 | In-House Service Parts | 14,299.94 | (12.00) |
| 5/15/2009 | 20-GMSPO | GM00015338 | | IN | | 5,880.96 | In-House Service Parts | 5,880.96 | - |
| 5/14/2009 | 20-GMSPO | GM00015334 | | IN | | 9,018.00 | In-House Service Parts | 9,018.00 | - |
| 5/13/2009 | 20-GMSPO | GM00015330 | | IN | | 2,229.68 | In-House Service Parts | 2,229.36 | 0.32 |
| 5/11/2009 | 20-GMSPO | GM00015333 | | IN | | 1,035.60 | In-House Service Parts | | 1,035.60 |
| 5/11/2009 | 20-GMSPO | GM00015326 | | IN | | 5,740.92 | In-House Service Parts | 6,812.88 | (1,071.96) |
| 5/6/2009 | 20-GMSPO | GM00015329 | | IN | | 9,145.09 | In-House Service Parts | 9,167.39 | (22.30) |
| 5/4/2009 | 20-GMSPO | GM00015324 | | IN | | 3,306.20 | In-House Service Parts | 3,492.52 | (186.32) |
| 4/30/2009 | 20-GMSPO | GM00015325 | | IN | | 5,912.84 | In-House Service Parts | 228.96 | 5,683.88 |
| 4/23/2009 | 20-GMSPO | GM00015320 | | IN | | (7,692.08) | In-House Service Parts | | (7,692.08) |
| 4/23/2009 | 20-GMSPO | GM00015333 | | IN | | 7,651.78 | In-House Service Parts | | 7,651.78 |
| 4/2/2009 | 20-GMSPO | GM00015320 | | IN | | (10,197.76) | In-House Service Parts | | (10,197.76) |
| 4/2/2009 | 20-GMSPO | GM00015308 | | IN | | 10,354.60 | In-House Service Parts | | 10,354.60 |
| 4/2/2009 | 20-GMSPO | GM00015308 | | IN | | (7,692.08) | In-House Service Parts | | (7,692.08) |
| 4/2/2009 | 20-GMSPO | GM00015309 | | IN | | 7,651.78 | In-House Service Parts | | 7,651.78 |
| 4/2/2009 | 20-GMSPO | GM00015317 | | IN | | 11,928.72 | In-House Service Parts | | 11,928.72 |
| 4/20/2009 | 20-GMSPO | GM00015309 | | IN | | (10,500.04) | In-House Service Parts | | (10,500.04) |
| 4/20/2009 | 20-GMSPO | GM00015317 | | IN | | (12,317.76) | In-House Service Parts | | (12,317.76) |
| 4/2/2009 | 20-GMSPO | GM00015307 | | IN | | 3,050.27 | In-House Service Parts | | 3,050.27 |
| 4/2/2009 | 20-GMSPO | GM00015307 | | IN | | (2,752.57) | In-House Service Parts | | (2,752.57) |
| 4/2/2009 | 20-GMSPO | GM00015307 | | IN | | 9,917.68 | In-House Service Parts | | 9,917.68 |
| 3/24/2009 | 20-GMSPO | GM00015291 | | IN | | 2,485.44 | In-House Service Parts | | 2,485.44 |
| 3/24/2009 | 20-GMSPO | GM00015292 | | IN | | 5,702.00 | In-House Service Parts | | 5,702.00 |
| 3/24/2009 | 20-GMSPO | GM00015292 | | IN | | (8,187.44) | In-House Service Parts | | (8,187.44) |
| 2/27/2009 | 20-GMSPO | GM00015265 | | IN | | 457.52 | In-House Service Parts | | 457.52 |
| 2/23/2009 | 20-GMSPO | GM00015257 | | IN | | 1,257.20 | In-House Service Parts | | 1,257.20 |
| 2/20/2009 | 20-GMSPO | GM00015256 | | IN | | 981.24 | In-House Service Parts | | 981.24 |
| 12/18/2008 | 20-GMSPO | GM00015221 | | IN | | 1,308.32 | In-House Service Parts | | 1,308.32 |
| 12/11/2008 | 20-GMSPO | GM00015213 | | IN | | 1,242.72 | In-House Service Parts | | 1,242.72 |
| 12/6/2008 | 20-GMSPO | GM00015205 | | IN | | 4,413.88 | In-House Service Parts | | 4,413.88 |
| 11/16/2008 | 20-GMSPO | GM00015171 | | IN | | 10,280.40 | In-House Service Parts | | 10,280.40 |
| 10/31/2008 | 20-GMSPO | GM00015170 | | IN | | 389.04 | In-House Service Parts | | 389.04 |
| 10/29/2008 | 20-GMSPO | GM00015160 | | IN | | 2,943.72 | In-House Service Parts | | 2,943.72 |
| 10/28/2008 | 20-GMSPO | GM00015159 | | IN | | 1,337.96 | In-House Service Parts | | 1,337.96 |
| 9/10/2008 | 20-GMSPO | GM00015100A | | IN | | 16,028.20 | In-House Service Parts | | 16,028.20 |
| 7/20/2008 | 20-GMSPO | GM00014728 | | IN | | 11,087.16 | In-House Service Parts | | 11,087.16 |
| 7/20/2008 | 20-GMSPO | GM00014747 | | IN | | 2,321.40 | In-House Service Parts | | 2,321.40 |
| 7/17/2008 | 20-GMSPO | GM00014737 | | IN | | (12,573.08) | In-House Service Parts | | (12,573.08) |
| 7/17/2008 | 20-GMSPO | GM00014737 | | IN | | 14,208.48 | In-House Service Parts | | 14,208.48 |
| 7/17/2008 | 20-GMSPO | GM00014737 | | IN | | (1,471.86) | In-House Service Parts | | (1,471.86) |
| 6/30/2008 | 20-GMSPO | GM00014662 | | IN | | 13,367.88 | In-House Service Parts | | 13,367.88 |
| 6/30/2008 | 20-GMSPO | GM00014662 | | IN | | (10,644.60) | In-House Service Parts | | (10,644.60) |
| 5/15/2008 | 20-GMSPO | GM00014453 | | IN | | 12,838.32 | In-House Service Parts | | 12,838.32 |
| 5/12/2008 | 20-GMSPO | GM00014381 | | IN | | 2,573.13 | In-House Service Parts | | 2,573.13 |
| 5/12/2008 | 20-GMSPO | GM00014406 | | IN | | 3,523.15 | In-House Service Parts | | 3,523.15 |
| 5/12/2008 | 20-GMSPO | GM00014447 | | IN | | 6,046.81 | In-House Service Parts | | 6,046.81 |
| 7/12/2007 | 20-GMSPO | GM00012811 | | IN | | 4,830.00 | In-House Service Parts | | 4,830.00 |
| 7/4/2007 | 20-GMSPO | GM00012783 | | IN | | 452.52 | In-House Service Parts | | 452.52 |
| 6/4/2007 | 20-GMSPO | GM00012598 | | IN | | 5,601.68 | In-House Service Parts | | 5,601.68 |

| Acctg Date | Customer | Orig Item | Adj Item | Entry Type | Reason | NUMMI's Books Due from GM | | GM's Books Payable to NUMMI In GM Detail | Payable to NUMMI not on GM's Books |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Amount | Description | | |
| 5/12/2009 | 95-GM | 37081R-GM | 37081R-GM | IN | | 390,000.00 | Tooling Fee | 390,000.00 | - |
| 7/21/2008 | 95-GM | 36924-GM | | IN | | 59,069.00 | Property Tax-July07–June08 | | 59,069.00 |
| 11/30/2007 | 95-GM | 36662-GM | | IN | | 15,448.73 | Pilot Vehicle | | 15,448.73 |
| 3/12/2007 | 95-GM | 36497-GM | | IN | | 56,762.00 | Property Tax-July06–June07 | | 56,762.00 |
| | | | | | | 722,662.08 | | 458,091.57 | 264,570.51 |