CELESTE R. GILL
ASSISTANT ATTORNEY GENERAL
ENVIRONMENT, NATURAL RESOURCES AND AGRICULTURE DIVISION
525 W. Ottawa, 6th Floor, G. Mennen Williams Building
P.O. Box 30755
Lansing, MI  48909
Telephone:  517-373-7540
Facsimile:  517-373-1610
E-mail:  gillcr@michigan.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
IN RE:                                                     :
                                                           :     Chapter 11
GENERAL MOTORS CORP., *et al*,          :     Case No. 09-50026 (REG)
                                          Debtors.   :     (Jointly Administered)
-----------------------------------------------------------x

## APPEARANCE AND REQUEST FOR SERVICE
## OF ALL PLEADINGS AND NOTICES

PLEASE ENTER THE APPEARANCE of Michael A. Cox, Attorney General of the State of Michigan and Celeste R. Gill, Assistant Attorney General, as attorneys for the Michigan Department of Environmental Quality for the purpose of receipt of pleadings and notices of hearings.

The undersigned attorney also specifically requests that she be placed on the matrix for service of all pleadings and notices.

For purposes of placement on the matrix, it is respectfully requested that the name of the Assistant Attorney General, Celeste R. Gill and NOT the Attorney General be listed in order to differentiate the state agency that is represented herein.

1

                                  Respectfully submitted,

                                  Michael A. Cox
                                  Attorney General


                                  <u>/s/ Celeste R. Gill</u>
                                  Celeste R. Gill (P52484)
                                  Assistant Attorney General
                                  Environment, Natural Resources,
                                  and Agriculture Division
                                  P.O. Box 30755
                                  Lansing, MI  48909
Dated: June 15, 2009                  (517) 373-7540

LF:/General Motors/09-50026-Appearance

2