IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **GENERAL MOTORS CORP.,** *et al.*, | § | Case No. 09-50026-RK |
| | § | |
| Debtors, | § | |
| | § | |
| | § | |
| | § | (Jointly Administered) |
| | § | |

## OBJECTION TO ORDER APPROVING DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT FOR UTILITIES AND MOTION FOR ADEQUATE ASSURANCE OF FUTURE PAYMENT OF UTILITY ACCOUNT

TO THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE:

The City of Austin d/b/a Austin Energy (hereinafter referred to as "Austin"), a home-rule municipal corporation and provider of utility services to debtor, respectfully objects to the order approving debtors' form of adequate assurance of payment for utilities and moves for adequate assurance of payment of utility account as follows:

1.   Austin requests adequate assurance of future payments of utility account number 309150-1 equaling the average cost of two (2) months' of utility service.

2.   Austin provides electric, water and wastewater services to debtor's call center at 7401 Ben White Blvd. East #9, Austin, Travis County, Texas and requests the average amount of two months' of utility service as a standard utility deposit. Debtor's initial utility deposit was returned and/or applied as a credit approximately eight (8) years ago to debtor's utility account. Thus there was no utility deposit for debtor's pre-petition utility account.

1

Documentation of debtor's utility account for the past year with account number, payment history and outstanding balance along with Austin's security deposit calculation is attached as Exhibit A, attached hereto and incorporated herein as if copied verbatim.

3.      Debtor's average monthly utility bill is $24,451.96, and Austin requests two months' average utility bills or $48,903.92 as a security deposit. Debtor's proposal of two week's worth of utility service or approximately $12,225.96 is inadequate because it does not provide adequate assurance of payment to Austin for approximately $36,677.94 of utility service or one and a half months' of utility service pursuant to a 30 day billing cycle for the previous 30 days of utility service.

4.      Pursuant to 11 U.S.C.§ 366, Austin requests adequate assurance of payment in the form of cash deposit in the total amount of $48,903.92 which represents the average amount of two months' of utility service.

5.      In the alternative and pursuant to 11 U.S.C. 366 (c)(1)(A), Austin requests a letter of credit, certificate of deposit, surety bond and/or prepayment in the amount of $48,903.92, two months' billing for debtor's utility account.

WHEREFORE, Austin objects to the order approving debtors' proposed form of adequate assurance of payment of utilities and prays for adequate assurance of payment for debtor's utility account in the form of a cash deposit, letter of credit, certificate of deposit, surety bond and/or pre-payment in an amount equal to two months' average billings for debtor's utility account or $48,903.92, and that it have such other and further relief as is just and equitable.

2

RESPECTFULLY SUBMITTED,

DAVID ALLAN SMITH
CITY ATTORNEY

_____
DON V. PLOEGER
Assistant City Attorney
State Bar No. 16073400
City of Austin
P.O. Box 96
Austin, TX  78767-0096
512/974-2920
512/974-1311 FAX

ATTORNEYS FOR MOVANT CITY OF AUSTIN
D/B/A AUSTIN ENERGY

## CERTIFICATE OF SERVICE

I certify that on the 11th day of June, 2009, a true and correct copy of the foregoing Objection to Order Approving Proposed Form of Adequate Assurance of Payment for Utilities and Motion for Additional Assurance of Payment of Utility Account was sent by overnight service to the following addresses:

Mike Demsky
General Motors Corporation
30200 Mound Road
Engineering Bldg., M/C 480-111-W65
Warren, MI 48090

Pablo Falabella
Weil, Gotshal & Manges, L.L.P.
767 Fifth Avenue
New York, NY  10153

_____
DON V. PLOEGER

3

# EXHIBIT A

# GENERAL MOTORS CORPORATION
## DEPOSIT REQUEST $48,903.92

System generated deposit request $48,903.92 based on
two times the average monthly billing from the previous 12 month period.



**General Motors Corp.**
FEIN 38-0572515
7401 Ben White Blvd # 9
Austin Texas

| TransactionDate | PaymentType | AmountBilled | DueDate | Balance | Days Late |
|---|---|---|---|---|---|
| 20090522 | PMT | 24842.7 | | | 0 |
| 20090522 | PMT | 2358.68 | | | 0 |
| 20090514 | chg | 25308.07 | 20090605 | 27201.38 | 0 |
| 20090504 | PMT | 2358.68 | | | 0 |
| 20090504 | PMT | 21288.08 | | | 0 |
| 20090415 | chg | 22024.35 | 20090507 | 23646.76 | 0 |
| 20090404 | AAR | 0 | | | 0 |
| 20090401 | PMT | 21433.26 | | | 0 |
| 20090401 | PMT | 2358.68 | | | 0 |
| 20090313 | chg | 22158.46 | 20090406 | 23791.94 | 0 |
| 20090307 | AAR | 0 | | | 0 |
| 20090302 | PMT | 2362.77 | | | 0 |
| 20090302 | PMT | 19383.63 | | | 0 |
| 20090212 | chg | 20234.07 | 20090306 | 21746.4 | 0 |
| 20090208 | AAR | 0 | | | 0 |
| 20090203 | PMT | 23118.46 | | | 0 |
| 20090202 | PMT | 2358.68 | | | 0 |
| 20090129 | chg | -941.21 | 20090220 | 25514.76 | 0 |
| 20090115 | chg | 23715.22 | 20090206 | 26455.97 | 0 |
| 20081229 | PMT | 2358.68 | | | 0 |
| 20081229 | PMT | 21195.32 | | | 0 |
| 20081216 | PMT | 2358.68 | | | 0 |
| 20081215 | PMT | 20377.13 | | | 0 |
| 20081212 | chg | 21938.65 | 20090105 | 47231.02 | 0 |
| 20081114 | chg | 21182.82 | 20081208 | 22735.81 | 0 |
| 20081101 | AAR | 0 | | | 0 |
| 20081031 | PMT | 23281.59 | | | 0 |
| 20081031 | PMT | 2194.96 | | | 0 |
| 20081015 | chg | 23702.21 | 20081106 | 25476.55 | 0 |
| 20081004 | AAR | 0 | | | 0 |
| 20081002 | PMT | 2194.96 | | | 0 |
| 20081002 | PMT | 27504.73 | | | 0 |
| 20080915 | chg | 27603.48 | 20081007 | 29699.69 | 0 |
| 20080905 | PMT | 2194.96 | | | 0 |
| 20080902 | PMT | 29212.5 | | | 0 |
| 20080814 | chg | 29181.1 | 20080905 | 31407.46 | 0 |
| 20080809 | AAR | 0 | | | 0 |
| 20080804 | PMT | 27668.89 | | | 0 |
| 20080804 | PMT | 2194.96 | | | 0 |
| 20080716 | chg | 27755.14 | 20080807 | 29863.85 | 0 |
| 20080705 | AAR | 0 | | | 0 |
| 20080703 | PMT | 28605.05 | | | 0 |
| 20080703 | PMT | 2194.96 | | | 0 |
| 20080613 | chg | 28619.95 | 20080707 | 30800.01 | 0 |

| 20080607 | AAR | 0 | | | 0 |
|---|---|---|---|---|---|
| 20080602 | PMT | 22729.5 | | | 0 |
| 20080602 | PMT | 2194.96 | | | 0 |
| 20080514 | chg | 23192.19 | 20080605 | 24924.46 | 0 |
| 20080503 | AAR | 0 | | | 0 |
| 20080501 | PMT | 2194.96 | | | 0 |
| 20080501 | PMT | 21601.81 | | | 0 |