| | | General Motors Corporation | | | | |
|---|---|---|---|---|---|---|
| | | | | ###ESTABLISHED PER RELEASE### | **PURCHASE** | PAGE 1 |
| GENERAL MOTORS CORPORATION | | | SHIP TO: | | **ORDER:** TCB05662 013 | |
| GLOBAL PURCHASING | | | | | ### A L T E R A T I O N ### | |
| 30009 VAN DYKE | | | | | This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. | |
| FAX 602-797-6053 | | | | | (2) copies of your packing slip must accompany each shipment. | |
| WARREN MI | | | | #SEE BODY OF ORDER/ALTERATION# | Item Identification Number(s) must be shown on Packing Slips and Invoices. | |
| 48090 | US | | | | Invoice Attn: Accounts Payable | |
| | | | INVOICE TO: | | Do not Declare Valuation of Express Shipments or Insure Parcel Post. | |
| VENDOR NUMBER 83-867-7482 | | | | | | |
| INNOVATIVE LOGISTICS GROUP INC | | | | | ORDER DATE | PHONE: 586-575-1566 |
| TO: 9850 PELHAM RD | | | | | 03/25/02 | A BRADACS |
| TAYLOR MI | | | | | ALTERATION ISSUE DATE | 5807 Buyer |
| 48180 | | | | | 01/12/09 | |
| | | | | | ALTERATION EFFECTIVE | |
| | | | | | 01/12/09 | PURCHASING AGENT |

| PAYMENT TERMS | F.O.B DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND MTH, 5TH CALENDAR DAY | SHIPPING POINT, FREIGHT COLLECT | BEST |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | #AREA BLANKET TCB05662 HAS BEEN ALTERED AS FOLLOWS# | | | | | | | |
| | | | EFFECTIVE DATE: 02/01/02  EXPIRATION DATE: 07/31/09 | | | | | | | |
| | | | THIS ALTERATION LISTED IN THE FOLLOWING CURRENCY USD  DOLLAR (UNITED STATES) | | | | | | | |
| | | | THE PAYMENT TERMS OTHERWISE SET FORTH HEREIN ARE MODIFIED AS FOLLOWS: FOR SUPPLIERS UTILIZING ELECTRONIC FUNDS TRANSFER (EFT), PAYMENT WILL BE INITIATED ON THE CALCULATED DUE DATE WHICH WILL RESULT IN FUNDS ARRIVING TO YOUR ACCOUNT APPROXIMATELY THREE DAYS LATER. | | | | | | | |

M004047  USER: ANOOP JAMES                    ORIGINAL                         LAST PAGE

CHMM08 4/93

| | General Motors Corporation | | | | PURCHASE ORDER: | PAGE 1 |
|---|---|---|---|---|---|---|
| | GENERAL MOTORS CORPORATION<br>GLOBAL PURCHASING<br>30009 VAN DYKE<br>FAX 602-797-6053<br>WARREN MI<br>48090                      US | SHIP TO: | SHREVEPORT ASSEMBLY PLANT<br>GENERAL MOTORS - TRUCK GROUP<br>7600 GENERAL MOTORS BLVD.<br>SHREVEPORT LA<br>71129                      US | | SHS63178 001<br>### A L T E R A T I O N ###<br>This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.<br>(2) copies of your packing slip must accompany each shipment.<br>Item Identification Number(s) must be shown on Packing Slips and Invoices.<br>Invoice Attn: Accounts Payable<br>Do not Declare Valuation of Express Shipments or Insure Parcel Post. | |
| TO: | VENDOR NUMBER 83-867-7482<br>INNOVATIVE LOGISTICS GROUP INC<br>9850 PELHAM RD<br>TAYLOR MI<br>48180 | INVOICE TO: | INVOICE FOR SERVICE,MACHINERY&<br>EQUIPMENT ONLY. QUESTIONS TO:<br>CUSTOMER SERVICE 248-874-4636<br>MAIL INVOICE TO: GM FSS ABP<br>P O BOX 63490, PHOENIX AZ<br>85082                      US | | ORDER DATE<br>04/07/09<br>ALTERATION ISSUE DATE<br>04/08/09<br>ALTERATION EFFECTIVE DATE<br>04/08/09 | PHONE: 596-492-7363<br>J. LOCKLEAR<br>5810         Buyer<br><br>PURCHASING AGENT |

| PAYMENT TERMS | F.O.B  DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET    NET 60 DAYS | SHIPPING POINT - FREIGHT COLLECT | REFER TO WWW.GMSHIPPING.COM |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ### SPOT BUY SHS63178 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY<br>USD  DOLLAR (UNITED STATES) | | | | | | |
| | | | | ALTERATION :04/07/09 | | | | | | |
| | | | | ALTERATION ISSUED TO CHANGE PRICE AS PER E-MAIL<br>FROM JULIE LOCKLEAR DATED 04/08/2009...PB | | | | | | |
| | | | | ### THIS ITEM HAS BEEN CHANGED ### | | | | | | |
| 00001 | 480 | PRYX7557 001 | | LABOR TO SHUT DOWN CMA OPERATIONS AND SHIP PARTS TO GM<br>LITT MARTIN  318-603-3544<br>DELIVER TO: GM TRUCK PLANT<br>7600 GENERAL MOTORS BLVD<br>SHREVEPORT, LA  71129<br>ATTN: LITT MARTIN, 318-683-9403<br>WHO ORDERED: MARTIN 318-603-3544 | | 04/16/09 | C 100.00% | | | HOUR |

0002623   USER PHANI BHUSHAN                              ORIGINAL                              LAST PAGE                    CHMM08 4/93

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **GM** General Motors Corporation | | | SHREVEPORT ASSEMBLY PLANT | | | **PURCHASE** | PAGE | 1 of 21 |
| | GENERAL MOTORS CORPORATION<br>GLOBAL PURCHASING<br>30009 VAN DYKE<br>FAX 602-797-6053<br>WARREN MI<br>48090 US | | SHIP TO: | GENERAL MOTORS - TRUCK GROUP<br>7600 GENERAL MOTORS BLVD.<br>SHREVEPORT LA<br>71129 US | | | **ORDER:** SHS63178 | | |
| | | | | | | | This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.<br>(2) copies of your packing slip must accompany each shipment.<br>Item Identification Number(s) must be shown on Packing Slips and Invoices.<br>Invoice Attn: Accounts Payable<br>Do not Declare Valuation of Express Shipments or Insure Parcel Post. | | |
| | VENDOR NUMBER 83-867-7482<br>INNOVATIVE LOGISTICS GROUP INC<br>TO: 9850 PELHAM RD<br>TAYLOR MI<br>48180 | | INVOICE TO: | INVOICE FOR SERVICE, MACHINERY &<br>EQUIPMENT ONLY. QUESTIONS TO:<br>CUSTOMER SERVICE 248-874-4636<br>MAIL INVOICE TO: GM FSS ABP<br>P O BOX 63490, PHOENIX AZ<br>85082 US | | | ORDER DATE<br>04/07/09 | PHONE: 596-492-7363<br>J. LOCKLEAR | |
| | | | | | | | ALTERATION ISSUE DATE | 5810 Buyer | |
| | | | | This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.<br>On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.<br>This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.<br>If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply. | | | ALTERATION EFFECTIVE DATE | PURCHASING AGENT | |
| PAYMENT TERMS<br>NET   NET 60 DAYS | | | F.O.B   DESTINATION UNLESS OTHERWISE INDICATED<br>SHIPPING POINT - FREIGHT COLLECT | | | | SHIP VIA<br>REFER TO WWW.GMSHIPPING.COM | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY<br>USD   DOLLAR (UNITED STATES)<br><br>PO ISSUED BASED ON E-MAIL FROM BUYER<br>JULIE LOCKLEAR DATED 04/07/2009<br><br>SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND<br>EQUIPMENT PURCHASING AVAILABLE DURING DETROIT<br>BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT<br>IMEHELPDESK@GM.COM<br>QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT<br>DISBURSEMENTS AT 248-874-4636.<br><br>*SERVICEMEN-LABOR*<br>ADVISE PURCHASING IN WRITING OF INVOICE PRICE IN<br>DETAIL REFERENCING PO #.  OUTLINE LABOR CHARGES,<br>PARTS AND TRAVEL EXPENSES.  FAX TO BUYER.<br>FAILURE TO PROVIDE THIS INFORMATION WILL RESULT IN<br>UNPAID INVOICES.<br><br>A CERTIFICATE OF INSURANCE MUST BE PROVIDED PRIOR TO<br>SELLER ENTERING A GMC FACILITY.<br><br>BY ACCEPTANCE OF A PURCHASE ORDER THE SELLER OF GOODS<br>AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL<br>CHARGES AND AGREES THAT ALL RECORDS SUPPORTING | | | | | | |

**General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                    US

VENDOR NUMBER 83-867-7482
INNOVATIVE LOGISTICS GROUP INC
TO: 9850 PELHAM RD
TAYLOR MI
48180

SHIP TO: ###ESTABLISHED PER RELEASE###

INVOICE TO: #SEE BODY OF ORDER/ALTERATION#

# PURCHASE ORDER: SHB00788 025

PAGE 1

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-492-3087 |
|---|---|
| 04/04/03 | T LEE |
| ALTERATION ISSUE DATE | 5808        Buyer |
| 11/06/08 |  |
| ALTERATION EFFECTIVE |  |
| 11/06/08 | PURCHASING AGENT |

| PAYMENT TERMS | F.O.B  DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET   2ND DAY OF 2ND MONTH | OUR PLANT | NOT APPLICABLE |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | #AREA BLANKET SHB00788 HAS BEEN ALTERED AS FOLLOWS# | | | | | | | |
| | | | EFFECTIVE DATE: 10/01/03   EXPIRATION DATE: 07/31/09 | | | | | | | |
| | | | THIS ALTERATION LISTED IN THE FOLLOWING CURRENCY USD  DOLLAR (UNITED STATES) | | | | | | | |
| | | | PURCHASE ORDER ALTERATION 025 ISSUED PER SCOPE CHANGE REDUCTION OF 2 SHIFT TO 1 SHIFT.   REFERENCE SCOPE CHANGE ISSUED 10/3/08 | | | | | | | |

M001308   USER: JULIE A LOCKLEAR         ORIGINAL         CONTINUE PAGE   2
CHMM08 4/93