| Invoice | Date | Dollar | P O # |
|---|---|---|---|
| 193230 | 05/13/09 | (961.57) | |
| 204560 | 04/25/09 | (1,773.47) | |
| DETSHR4004 | 05/06/09 | (931.90) | |
| SCMA7880070 | 04/14/09 | 8,817.60 | SHR92134 |
| SCMC9540064 | 05/01/09 | 113,649.00 | SHR92134 |
| SCMC9540065 | 06/01/09 | 95,652.00 | SHR92134 |
| DETC052309 | 05/28/09 | 269,165.53 | |
| DETC053009 | 06/04/09 | 253,177.02 | |
| DODC050209N | 05/07/09 | 762.72 | |
| DODC050909N | 05/14/09 | 3,918.93 | |
| DODC051609N | 05/21/09 | 2,145.13 | |
| DODC052309 | 05/28/09 | 131,956.58 | |
| DODC053009 | 06/04/09 | 115,241.89 | |
| DRDC052309 | 05/28/09 | 100,324.29 | |
| DRDC053009 | 06/04/09 | 100,179.02 | |
| DSSC052309 | 05/28/09 | 7,403.22 | |
| DSSC053009 | 06/04/09 | 7,222.56 | |
| GODC052309 | 05/28/09 | 91,386.12 | |
| GODC053009 | 06/04/09 | 84,616.02 | |
| MCMC9710018 | 04/01/09 | 25,873.67 | TCB05662 |
| MCMC9710019 | 05/01/09 | 25,873.67 | TCB05662 |
| MCMC9710020 | 06/01/09 | 25,873.67 | TCB05662 |
| SSCB052309 | 05/28/09 | 14,460.65 | |
| SSCB053009 | 06/04/09 | 14,460.65 | |
| TODC050209 | 05/07/09 | 109,309.36 | Canadian |
| TODC050909 | 05/14/09 | 102,972.85 | Canadian |
| TODC051609 | 05/21/09 | 102,127.32 | Canadian |
| TODC052309 | 05/28/09 | 81,777.78 | Canadian |
| TODC053009 | 06/04/09 | 83,961.05 | Canadian |
| WODC050209N | 05/07/09 | 46,976.64 | |
| WODC050909N | 05/14/09 | 24,937.71 | |
| WODC051609N | 05/21/09 | 42,671.23 | |
| WODC052309 | 05/28/09 | 292,349.99 | |
| WODC053009 | 06/04/09 | 292,688.08 | |
| | | 2,668,265.01 | |

| Invoice | Date | Dollar | P O # |
|---|---|---|---|
| DETC050209 | 05/07/09 | 338,515.24 | |
| DETC050909 | 05/14/09 | 293,964.60 | |
| DETC051609 | 05/21/09 | 301,129.62 | |
| DODC050209 | 05/07/09 | 161,673.60 | |
| DODC050909 | 05/14/09 | 151,726.27 | |
| DODC051609 | 05/21/09 | 159,454.80 | |
| DRDC050209 | 05/07/09 | 115,019.60 | |
| DRDC050909 | 05/14/09 | 120,148.53 | |
| DRDC051609 | 05/21/09 | 109,354.41 | |
| DSSC050209 | 05/07/09 | 15,289.01 | |
| DSSC050909 | 05/14/09 | 18,153.71 | |
| DSSC051609 | 05/21/09 | 4,050.06 | |
| GODC050209 | 05/07/09 | 112,533.10 | |
| GODC050909 | 05/14/09 | 102,536.94 | |
| GODC051609 | 05/21/09 | 109,625.85 | |
| SSCB050209 | 05/07/09 | 37,054.15 | |
| SSCB050909 | 05/14/09 | 18,705.72 | |
| SSCB051609 | 05/21/09 | 15,586.01 | |
| WODC050209 | 05/07/09 | 328,157.20 | |
| WODC050909 | 05/14/09 | 291,156.98 | |
| WODC051609 | 05/21/09 | 324,793.18 | |
| 193230 | 05/13/09 | (961.57) | |
| 204560 | 04/25/09 | (1,773.47) | |
| DETSHR4004 | 05/06/09 | (931.90) | |
| SCMA7880070 | 04/14/09 | 8,817.60 | SHR92134 |
| SCMC9540064 | 05/01/09 | 113,649.00 | SHR92134 |
| SCMC9540065 | 06/01/09 | 95,652.00 | SHR92134 |
| DETC052309 | 05/28/09 | 269,165.53 | |
| DETC053009 | 06/04/09 | 253,177.02 | |
| DODC050209N | 05/07/09 | 762.72 | |
| DODC050909N | 05/14/09 | 3,918.93 | |
| DODC051609N | 05/21/09 | 2,145.13 | |
| DODC052309 | 05/28/09 | 131,956.58 | |
| DODC053009 | 06/04/09 | 115,241.89 | |
| DRDC052309 | 05/28/09 | 100,324.29 | |
| DRDC053009 | 06/04/09 | 100,179.02 | |
| DSSC052309 | 05/28/09 | 7,403.22 | |
| DSSC053009 | 06/04/09 | 7,222.56 | |
| GODC052309 | 05/28/09 | 91,386.12 | |
| GODC053009 | 06/04/09 | 84,616.02 | |
| MCMC9710018 | 04/01/09 | 25,873.67 | TCB05662 |
| MCMC9710019 | 05/01/09 | 25,873.67 | TCB05662 |
| MCMC9710020 | 06/01/09 | 25,873.67 | TCB05662 |
| SSCB052309 | 05/28/09 | 14,460.65 | |
| SSCB053009 | 06/04/09 | 14,460.65 | |
| TODC050209 | 05/07/09 | 109,309.36 | Canadian |
| TODC050909 | 05/14/09 | 102,972.85 | Canadian |
| TODC051609 | 05/21/09 | 102,127.32 | Canadian |
| TODC052309 | 05/28/09 | 81,777.78 | Canadian |
| TODC053009 | 06/04/09 | 83,961.05 | Canadian |
| WODC050209N | 05/07/09 | 46,976.64 | |
| WODC050909N | 05/14/09 | 24,937.71 | |
| WODC051609N | 05/21/09 | 42,671.23 | |
| WODC052309 | 05/28/09 | 292,349.99 | |
| WODC053009 | 06/04/09 | 292,688.08 | |

5,796,893.59