**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
In re                                            )   Chapter 11
                                                 )   Case No. 09-50026 (REG)
**GENERAL MOTORS CORP., et. al.**                )   (Jointly Administered)
                                                 )
    Debtors.                               )
_____)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 11, 2009, copies of the: **LIMITED OBJECTION OF T.V. MINORITY COMPANY, INC., (AND ITS WHOLLY OWNED SUBSIDIARY, INNOVATIVE LOGISTICS GROUP, INC.) TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**, and **MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE** were served upon the following entities via Federal Express overnight courier:

U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004
(212) 668-2870

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI  48090-9025
Attn:  Warren Command Center, Mailcode 480-206-114

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153
Attn:   Harvey R. Miller, Esq.
       Stephen Karotkin, Esq.
       Joseph H. Smolinsky, Esq.
(212) 310-8000

U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC  20220
Attn:  Matthew Feldman, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281
Attn:   John J Rapisardi, Esq.
(212) 504-6000

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY  10019
Attn:   Michael J. Edelman, Esq.
        Michael L. Schein, Esq.
(212) 407-7700

Office of the U.S. Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn:   Diana G. Adams, Esq.
(212) 510-0500

/s/ Kimberly L. Kish
Stephen B. Foley, P.C.
9900 Pelham Road
Taylor, MI  48180
sfoley@sbfpc.com
kkish@sbfpc.com
(313) 295-2590
P-27274

Dated:  June 11, 2009