**MARSHALL & MELHORN, LLC**
Melissa J. Detrick (0080768)
Four Seagate, Eighth Floor
Toledo, Ohio 43604
Telephone:  (419) 249-7149
Facsimile: (419) 249-7151
detrick@marshall-melhorn.com

Counsel for Fluid Routing Solution, Inc.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **General Motors Corp.** *et al.* | ) | **Case No.:  09-50026 (REG)** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | |

\*    \*    \*

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Melissa J. Detrick, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Fluid Routing Solutions, Inc. a creditor and party in interest in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Ohio.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 15, 2009

/s/  Melissa J. Detrick
Melissa J. Detrick (0080768)
MARSHALL & MELHORN, LLC
Four SeaGate, Eighth Floor
Toledo, Ohio  43604-263849
Facsimile:  (419) 249-7151
detrick@marshall-melhorn.com