Brian L. Shaw (IL ARDC 6216834)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Attorneys for ATC Drivetrain, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORPORATION, | ) | Case No. 09-50026 (REG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**OBJECTION TO CURE COST AMOUNT RELATED TO DEBTORS' NOTICE OF INTENT TO ASSUME EXECUTORY CONTRACTS WITH ATC DRIVETRAIN, INC.**

ATC Drivetrain, Inc. ("ATC Drivetrain"), for its Objection to Cure Amount Related to Debtors' Notice of Intent to Assume Executory Contracts with ATC Drivetrain, Inc., respectfully states as follows:

1. On or about June 5, 2009, the Debtors ("GMC") served their Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto ("Notice") upon ATC. Along with the Notice, the Debtors provided ATC Drivetrain, as well as a related entity, ATC Logistics and Electronics, Inc. ("ATC L&E"), with user id and password information to access cure amount information available on a GMC controlled website for GMC vendors with the Vendor ID Numbers 877437343 and 9260255487. Once ATC Drivetrain accessed the information scheduled by GMC, it became apparent that the Proposed Cure Amount set forth therein (a) combined contracts with and amounts owing to ATC Drivetrain with

{7112 OBJ A0233826.DOC}

contracts with and amounts owing to ATC L&E and (b) was missing moneys owed to ATC Drivetrain that must be included in any Cure Amount.

2.  ATC Drivetrain is still in the process of reconciling the Proposed Cure Amount that appears to be proposed by GMC with regard to ATC Drivetrain's agreements with GMC, and reserves its right to supplement this objection if necessary.  However, ATC Drivetrain believes that that the outstanding amounts owed to it under its (i.e. not ATC L&E's) agreements with GMC is $ 187,711.84.

3.  It should be noted that ATC Drivetrain does not generally object to GMC's proposed assumption and assignment of its agreements in their form and substance immediately prior to GMC's Petition Date.  However, ATC Drivetrain is somewhat uncertain as to which of its agreements GMC intends to assume and assign.  To the extent that ATC Drivetrain learns that GMC proposes to assume and assign any of ATC Drivetrain's agreements in an inappropriate manner (for example, in a piece meal fashion), ATC Drivetrain also reserves its right to address those issues.

4.  For the foregoing reasons, ATC is not currently able to agree to the Proposed Cure Amount set forth in the Notice.

5.  Notice of this Objection was served electronically through the Court's ECF system, as well as by separate electronic mail in accordance with paragraph 7 of the Notice.

WHEREFORE, ATC Drivetrain, Inc. respectfully requests that the Court enter an order consistent with the objections set forth above and grant such other and further relief as the Court deems just and equitable.

June 15, 2009

Respectfully submitted,

ATC DRIVETRAIN, INC.

___/s/ Brian L. Shaw_____
One of its attorneys

Brian L. Shaw (IL ARDC 6216834)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151
(admitted *Pro Hac Vice)*

{7112 OBJ A0233826.DOC}

## **CERTIFICATE OF SERVICE**

I, Brian L. Shaw, an attorney, certify that service of the foregoing OBJECTION TO CURE COST AMOUNT RELATED TO DEBTORS' NOTICE OF INTENT TO ASSUME EXECUTORY CONTRACTS WITH ATC DRIVETRAIN, INC. was accomplished electronically to all ECF registrants via the Court's ECF system on June 15, 2009 and via Email to the below referenced service list.

*/s/ Brian L. Shaw*
Brian L. Shaw

**Via Email**

Matthew Feldman
matthew.feldman@do.treas.gov

John J. Rapisardi
john.rapisardi@cwt.com

Thomas M. Mayer
tmayer@kramerlevin.com

Lawrence S. Buonomo
lawrence.s.buonomo@gm.com

Harvey R. Miller
Harvey.miller@weil.com

Stephen Karotkin
Stephen.karotkin@weil.com

Joseph Smolinsky
joseph.smolinsky@weil.com

John J. Rapisardi
john.rapisardi@cwt.com

Michael J. Edelman
mjedelman@vedderprice.com

Michael L. Schein
mschein@vedderprice.com

Diana G. Adams
USTP.Region02@usdoj.gov

{7112 OBJ A0233826.DOC}