UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____/

IN RE:  GENERAL MOTORS CORP., et al,                Chapter 11

    Debtors.                File No. 09-50026 (REG)

                        Jointly Administered

_____/

**OBJECTION OF CREDITOR CONVENTION & SHOW SERVICES, INC. TO DEBTORS' MOTION TO ASSUME AND ASSIGN CERTAIN CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY RELATING TO CURE AMOUNT, ONLY**

    Creditor CONVENTION & SHOW SERVICES, INC., through Sullivan, Ward, Asher & Patton, P.C., its attorneys, objects to Debtors' Motion to Assume And Assign Certain Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property, relating to the "Cure Amount" for Creditor, only, as follows:

    1.    Creditor is the General Contractor for the North American International Auto Show located in Detroit, Michigan ("the Auto Show").  Debtors have utilized Creditor's services on an annual basis relating to their participation in the Auto Show.

    2.    Creditor received NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO dated June 5, 2009 ("the Notice").

3. Paragraph 5 of the Notice indicates that Debtors maintain a secure website which contains information "about your Assumable Executory Contract, including the amounts the Debtors believe must be paid to cure all prepetition defaults under the respective Assumable Executory Contracts….".

4. Creditor was provided with a user number and password in order to review Debtors' proposed "Cure Amount" and other information relating to Creditor, presumably for the potential assumption and assignment of Creditor's contract with General Motors Corp. relating to the Auto Show.

5. Creditor has reviewed the secure website regarding the amounts "Debtors believe must be paid to cure all prepetition defaults under the Assumable Executory Contracts" relating to Creditor. Although the website contains Creditor's name, it does not contain any amounts, or terms or conditions of assumption, relating to Creditor (See Exhibit 1).

6. Creditor is owed $239,626.47 by Debtor General Motors Corp. (See Exhibit 2). Creditor asserts that its contract with General Motors Corp. cannot be assumed or assigned without payment of this amount.

Wherefore, Creditor Convention & Show Services, Inc. objects to the "Cure Amount" for Creditor relating to Debtors' Motion to Assume and Assign Certain

Executory Contracts.

                Respectfully submitted,

                **SULLIVAN, WARD,**
                 **ASHER & PATTON, P.C.**

By:    */s/ David J. Selwocki*
        David J. Selwocki (DS1018
        Attorney for Creditor Convention
         & Show Services, Inc.
        1000 Maccabees Center
        25800 Northwestern Highway
        Southfield, MI  48075-1000
        Telephone:  (248) 746-0700
        Facsimile:  (248) 746-2760
        dselwocki@swappc.com

Dated:  June 12, 2009
W0769435