# Contract Notices

User: 8Ey3s4LE

**My Contracts**   **Documents & Links**

## Supplier Details

|  |  |
|---|---|
| Supplier Name: | **CONVENTION & SHOW SERVICES INC** |
| Contract Cure Amount: | |
| # of Contracts: | **1** |

Click <u>here</u> to

### Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | |
|---|---|---|---|---|

**Important Notices:**   All capitalized terms used, but not defined expressly on this website, have the meaning ascrit

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substar contract or establishing the Debtors' proposed treatment of the contract for purposes of

Home    Logout                                   June 12, 2009 @ 01:01:25 PM



EXHIBIT
1

https://www.contractnotices.com/MyContractDetails.aspx