```
System:     6/12/2009   12:10:37 PM                    Convention & Show Services                          Page:      1
User Date:  6/12/2009                           AGED TRIAL BALANCE WITH OPTIONS - DETAIL                   User ID: joanm
                                                       Receivables Management
Ranges:
   Customer ID:      GENMOT005 - GENMOT005              ZIP Code:       First - Last
   Customer Class:   First - Last                       State:          First - Last
   Salesperson ID:   First - Last                       Telephone:      First - Last
   Sales Territory:  First - Last                       Posting Date:   First - Last
   User-Defined 1:   First - Last                       Short Name:     First - Last
   Account Type:     All
   Customer Name:    First - Last
Exclude: Zero Balance, No Activity, Fully Paid Documents, Unposted Applied Credit Documents, Multicurrency Info
Customer: by Class ID
Document: by Document Number                                  * - Indicates an unposted credit document that has been applied.


Customer       Name                        Account Type   Aged As of
-----------------------------------------------------------------------------------------------------------------------------
   Document Number    Type   Date       Amount   Discount Writeoff         Current       0-30 Days    31 - 60 Days   61 and Over
-----------------------------------------------------------------------------------------------------------------------------

GENMOT005      GENERAL MOTORS CORP-GM      Open Item      6/3/2009
    Salesperson:   FT         Territory: NAIAS

   NAIAS09039         SLS  2/20/2009   $591,513.70                                                                    $591,513.70
      PYMNT0015027         4/6/2009                                                                                  ($588,422.40)
      PYMNT0015108         5/22/2009                                                                                    ($867.86)
   NAIAS09202         SLS  2/20/2009   $493,433.33                                                                    $493,433.33
      PYMNT0015063         5/4/2009                                                                                  ($256,403.05)
      PYMNT0015089         5/18/2009                                                                                   ($1,048.50)
   STO09001           SLS  5/8/2009      $1,265.00                         $1,265.00

   STO09003           SLS  6/2/2009        $156.25                           $156.25

   Contact:                        (000) 000-0000 Ext. 0000                --------------- --------------- --------------- ---------------
   Terms:  NET 30                          Totals:   $239,626.47           $1,421.25          $0.00           $0.00      $238,205.22
                                                                           =============== =============== =============== ===============


      1 Customer(s)                Grand Totals:      $239,626.47          $1,421.25          $0.00           $0.00      $238,205.22
                                                                           =============== =============== =============== ===============
```

**EXHIBIT 2**