DECHERT LLP
James O. Moore
1095 Avenue of the Americas
New York, New York  10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

    -and-

Juliet Sarkessian
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania  19104
Telephone :  (215) 994-4000
Facsimile:  (215) 994-2222

*Counsel for CDI Corporation*


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
                                                    :

In re:                                           :         Chapter 11
                                                   :
GENERAL MOTORS CORP., et al.,    :         Case No. 09-50026 (REG)
                                                 :
                        Debtors.      :         Jointly Administered
-------------------------------------------------------------X

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

        PLEASE TAKE NOTICE that the undersigned, as counsel for CDI Corporation (the "Entity), which is a party-in-interest in the above-captioned cases, hereby request, pursuant to sections 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, that copies of all notices, pleadings, and other documents given or filed in these cases be given and served upon:

15120933

>James O. Moore
>Dechert LLP
>1095 Avenue of the Americas
>New York, New York  10036-6797
>Telephone:  (212) 698-3500
>Facsimile:   (212) 698-3599
>email:  james.moore@dechert.com
>
>Juliet Sarkessian
>Dechert LLP
>Cira Centre
>2929 Arch Street
>Philadelphia, Pennsylvania  19104
>Telephone :    (215) 994-4000
>Facsimile:      (215) 994-2222
>email:  juliet.sarkessian@dechert.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to above, and also includes, without limitation, the schedules, statements of financial affairs, operating reports, any plans of reorganization and disclosure statements, any notice (including any bar date notice), letter, application, motion (including any sale motion or motion for other request to distribute sale proceeds), petition, pleading, answer, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telecopy, telegraph, or telex, or otherwise filed with regard to the above-captioned bankruptcy cases and any adversary proceedings related thereto.

PLEASE TAKE FURTHER NOTICE that the Entity intends that neither this notice nor any similar notice, pleading, claim, or adversary proceeding shall waive the right of the Entity (a) to have final orders in non-core matters only after _de novo_ review by a District Court; (b) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (c) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) to any other

15120933

rights, claims, actions, defenses, setoffs, or recoupments to which the Entity may be entitled under agreements, at law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves on behalf of the Entity.

Dated: June 15, 2009
    New York, New York

/s/ James O. Moore
James O. Moore
DECHERT LLP
1095 Avenue of the Americas
New York, New York  10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

Juliet Sarkessian
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania  19104
Telephone :  (215) 994-4000
Facsimile:  (215) 994-2222

*Counsel for CDI Corporation*