Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Ph: (616) 752-2185
Fax: (616) 222-2185
gtoering@wnj.com
Attorneys for Newkirk Electric & Associates, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

In re

GENERAL MOTORS CORP., *et al.*,

Debtors.

------------------------------------------------------------ x

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

# EXHIBIT A

## TO

**LIMITED OBJECTION OF NEWKIRK ELECTRIC & ASSOCIATES, INC. TO THE DEBTORS' NOTICE OF FILING OF SCHEDULE OF CERTAIN DESIGNATED SUPPLIER AGREEMENTS AND CURE COSTS RELATED THERETO**

**Remit To:**
Newkirk Electric Associates, Inc.
1875 Roberts Street
Muskegon, MI 49442

General Motors Corporation
Attn: Accounts Payable
GM FSS ABP
PO Box 63490
Phoenix, AZ 85082-3490

CONTRA 0801f246-MI

INVOICE NO.: 29868 Final
DRAW ID: 08012460004
DATE: 3/8/2009

PROJECT MANAGER: Dan Shmidt
CUSTOMER ID: 3082
PO: CAS47317
PREPARED BY: Debbie Uithoven

**TERMS:** NET NO CASH DISCOUNT. A Service Charge of 1 1/2% per month which is 18% per annum will be charged on accounts after 30 days.

**New Robots For Base Coat & Clear Coat**

| # | Work Description | Base Unit Price | Previous Invoice | Total Complete | This Invoice | Total Due This Invoice | Total Billed |
|---|---|---|---|---|---|---|---|
| 1 | Electrical installation of the P-500 Robots- PRRX7710 003 | 258,790.00 | 258,790.00 | 100% | 0% | - | 258,790.00 |
| 2 | Alternate No. 1- PRTX0636 001 | 20,000.00 | 20,000.00 | 100% | 0% | - | 20,000.00 |
| 3 | Alternate No. 2- PRTX0636 002 | 26,100.00 | 26,100.00 | 100% | 0% | - | 26,100.00 |
| 4 | Demo Of Old Electrical Equipment- PRRX7710 001 | 20,000.00 | 20,000.00 | 100% | 0% | - | 20,000.00 |
| 5 | Electrical Relocation/Plugs PR- PRRX7710 002 | 23,900.00 | 23,900.00 | 100% | 0% | - | 23,900.00 |
| 6 | Field Order 4- PRYX3437 001 | 65,900.00 | 65,900.00 | 100% | 100% | - | 65,900.00 |
| 7 | Field Order 7- PRYX3437 002 | 44,000.00 | 44,000.00 | 100% | 100% | - | 44,000.00 |
| | SUBTOTAL | 458,690.00 | 458,690.00 | | | $ - | |
| | TOTAL CONTRACT AMOUNT | 458,690.00 | | | | | |
| | TOTAL BILLED | | | | | 458,690.00 | |
| | LESS PREVIOUS BILLING | | | | | 458,690.00 | |
| | TOTAL DUE THIS INVOICE-RETAINAGE | | | | | $ 45,869.00 | |

**NEWKIRK ELECTRIC ASSOCIATES, INC.**

Remit To:
Newkirk Electric Associates, Inc.
1875 Roberts Street
Muskegon, MI 49442

General Motors Corporation
Attn: Accounts Payable
GM FSS ABP
PO Box 63490
Phoenix, AZ 85082-3490

CONTRA: 0801246-MI

| | |
|---|---|
| INVOICE NO.: | RETAINAGE |
| DRAW ID: | 0801246005 |
| DATE: | 3/9/2009 |
| PROJECT MANAGER | Dean Shmidt |
| CUSTOMER ID: | 3082 |
| PO: | CAS47317 |
| PREPARED BY: | Debbie Uithoven |

TERMS: NET NO CASH DISCOUNT. A Service Charge of 1 1/2% per month which is 18% per annum will be charged on accounts after 30 days.

| | |
|---|---:|
| Invoice for Retainage held | $ 45,869.00 |
| | |
| **Total Retainage Amount Due** | **$ 45,869.00** |