# CISCO SYSTEMS CAPITAL CORPORATION

| MLA No. | Description | Amount Past Due as of 6/1/2009 | Amt Due on 6/1/2009 | Amount Due on 7/1/2009 | Amount Due on Monthly Basis On and After 8/1/2009 Onwards |
|---|---|---|---|---|---|
| 5617 | Master Lease Agreement Between Cisco Systems Capital Corporation and General Motors Corporation (hereinafter referred to as "MLA No.5617) | N/A | N/A | N/A | N/A |
| 5617 | Schedule No.5617-001-000 to MLA No.5617 | $0.00 | $330.93 | $330.93 | $330.93 |
| 5617 | Schedule No.5617-002-000 to MLA No.5617 | $0.00 | $546.17 | $546.17 | $546.17 |
| 5617 | Schedule No.5617-004-000 to MLA No.5617 | $0.00 | $153.33 | $153.33 | $153.33 |
| 5617 | Schedule No.5617-005-000 to MLA No.5617 | $0.00 | $743.44 | $743.44 | $743.44 |
| 5617 | Schedule No.5617-006-000 to MLA No.5617 | $0.00 | $3,925.23 | $3,925.23 | $3,925.23 |
| 5617 | Schedule No.5617-007-000 to MLA No.5617 | $0.00 | $14,025.07 | $14,025.07 | $14,025.07 |
| 5617 | Schedule No.5617-008-000 to MLA No.5617 | $0.00 | $392.47 | $392.47 | $392.47 |
| 5617 | Schedule No.5617-009-000 to MLA No.5617 | $0.00 | $3,975.25 | $3,975.25 | $3,975.25 |
| 5617 | Schedule No.5617-010-000 to MLA No.5617 | $0.00 | $4,983.47 | $4,983.47 | $4,983.47 |
| 5617 | Schedule No.5617-011-000 to MLA No.5617 | $0.00 | $7,832.89 | $7,832.89 | $7,832.89 |
| 5617 | Schedule No.5617-012-000 to MLA No.5617 | $0.00 | $731.86 | $731.86 | $731.86 |
| 5617 | Schedule No.5617-013-000 to MLA No.5617 | $0.00 | $4,223.73 | $4,223.73 | $4,223.73 |
| 5617 | Schedule No.5617-014-000 to MLA No.5617 | $0.00 | $4,430.77 | $4,430.77 | $4,430.77 |
| 5617 | Schedule No.5617-015-000 to MLA No.5617 | $0.00 | $16,478.14 | $16,478.14 | $16,478.14 |
| 5617 | Schedule No.5617-016-000 to MLA No.5617 | $0.00 | $3,112.04 | $3,112.04 | $3,112.04 |
| 5617 | Schedule No.5617-017-000 to MLA No.5617 | $0.00 | $1,060.05 | $1,060.05 | $1,060.05 |
| 5617 | Schedule No.5617-018-000 to MLA No.5617 | $0.00 | $496.94 | $496.94 | $496.94 |
| 5617 | Schedule No.5617-019-000 to MLA No.5617 | $0.00 | $218.65 | $218.65 | $218.65 |
| 5617 | Schedule No.5617-020-000 to MLA No.5617 | $0.00 | $3,319.99 | $3,319.99 | $3,319.99 |
| 5617 | Schedule No.5617-021-000 to MLA No.5617 | $0.00 | $478.11 | $478.11 | $478.11 |

| MLA No. | Description | Amount Past Due as of 6/1/2009 | Amt Due on 6/1/2009 | Amount Due on 7/1/2009 | Amount Due on Monthly Basis On and After 8/1/2009 Onwards |
|---|---|---|---|---|---|
| 5617 | Schedule No.5617-022-000 to MLA No.5617 | $0.00 | $3,994.49 | $3,994.49 | $3,994.49 |
| 5617 | Schedule No.5617-023-000 to MLA No.5617 | $0.00 | $4,068.31 | $4,068.31 | $4,068.31 |
| 5617 | Schedule No.5617-024-000 to MLA No.5617 | $0.00 | $24,344.68 | $24,344.68 | $24,344.68 |
| 5617 | Schedule No.5617-025-000 to MLA No.5617 | $0.00 | $216.60 | $216.60 | $216.60 |
| 5617 | Schedule No.5617-026-000 to MLA No.5617 | $0.00 | $3,133.41 | $3,133.41 | $3,133.41 |
| 5617 | Schedule No.5617-027-000 to MLA No.5617 | $0.00 | $17,761.30 | $17,761.30 | $17,761.30 |
| 5617 | Schedule No.5617-029-000 to MLA No.5617 | $0.00 | $225.78 | $225.78 | $225.78 |
| 5617 | Schedule No.5617-030-000 to MLA No.5617 | $0.00 | $24.78 | $24.78 | $24.78 |
| 5617 | Schedule No.5617-031-000 to MLA No.5617 | $0.00 | $216.60 | $216.60 | $216.60 |
| 5617 | Schedule No.5617-033-000 to MLA No.5617 | $0.00 | $1,320.23 | $1,320.23 | $1,320.23 |
| 5617 | Schedule No.5617-034-000 to MLA No.5617 | $0.00 | $63.05 | $63.05 | $63.05 |
| 5617 | Schedule No.5617-036-000 to MLA No.5617 | $0.00 | $1,320.23 | $1,320.23 | $1,320.23 |
| 5617 | Schedule No.5617-037-000 to MLA No.5617 | $0.00 | $4,627.05 | $4,627.05 | $4,627.05 |
| 5617 | Schedule No.5617-038-000 to MLA No.5617 | $0.00 | $3,316.56 | $3,316.56 | $3,316.56 |
| 5617 | Schedule No.5617-039-000 to MLA No.5617 | $0.00 | $5,047.83 | $5,047.83 | $5,047.83 |
| 5617 | Schedule No.5617-040-000 to MLA No.5617 | $0.00 | $156.38 | $156.38 | $156.38 |
| 5617 | Schedule No.5617-041-000 to MLA No.5617 | $0.00 | $3,089.51 | $3,089.51 | $3,089.51 |
| 5617 | Schedule No.5617-042-000 to MLA No.5617 | $0.00 | $986.53 | $986.53 | $986.53 |
| 5617 | Schedule No.5617-043-000 to MLA No.5617 | $0.00 | $1,020.66 | $1,020.66 | $1,020.66 |
| 5617 | Schedule No.5617-044-000 to MLA No.5617 | $0.00 | $2,208.56 | $2,208.56 | $2,208.56 |

| MLA No. | Description | Amount Past Due as of 6/1/2009 | Amt Due on 6/1/2009 | Amount Due on 7/1/2009 | Amount Due on Monthly Basis On and After 8/1/2009 Onwards |
|---|---|---|---|---|---|
| 5617 | Schedule No.5617-045-000 to MLA No.5617 | $0.00 | $167.13 | $167.13 | $167.13 |
| 5617 | Schedule No.5617-046-000 to MLA No.5617 | $0.00 | $2,997.22 | $2,997.22 | $2,997.22 |
| 5617 | Schedule No.5617-047-000 to MLA No.5617 | $0.00 | $179.75 | $179.75 | $179.75 |
| 5617 | Schedule No.5617-048-000 to MLA No.5617 | $0.00 | $167.13 | $167.13 | $167.13 |
| 5617 | Schedule No.5617-049-000 to MLA No.5617 | $0.00 | $170.34 | $170.34 | $170.34 |
| 5617 | Schedule No.5617-050-000 to MLA No.5617 | $0.00 | $177.16 | $177.16 | $177.16 |
| 5617 | Schedule No.5617-051-000 to MLA No.5617 | $0.00 | $337.31 | $337.31 | $337.31 |
| 5617 | Schedule No.5617-052-000 to MLA No.5617 | $0.00 | $177.16 | $177.16 | $177.16 |
| 5617 | Schedule No.5617-053-000 to MLA No.5617 | $0.00 | $177.16 | $177.16 | $177.16 |
| 5617 | Schedule No.5617-057-000 to MLA No.5617 | $0.00 | $1,654.19 | $1,654.19 | $1,654.19 |
| 5617 | Schedule No.5617-058-000 to MLA No.5617 | $0.00 | $1,733.50 | $1,733.50 | $1,733.50 |
| 5617 | Schedule No.5617-059-000 to MLA No.5617 | $0.00 | $3,988.36 | $3,988.36 | $3,988.36 |
| 5617 | Schedule No.5617-060-000 to MLA No.5617 | $0.00 | $1,314.39 | $1,314.39 | $1,314.39 |
| 5617 | Schedule No.5617-061-000 to MLA No.5617 | $0.00 | $3,372.88 | $3,372.88 | $3,372.88 |
| 5617 | Schedule No.5617-062-000 to MLA No.5617 | $0.00 | $1,816.58 | $1,816.58 | $1,816.58 |
| 5617 | Schedule No.5617-065-000 to MLA No.5617 | $0.00 | $167.80 | $167.80 | $167.80 |
| 5617 | Schedule No.5617-067-000 to MLA No.5617 | $0.00 | $341.92 | $341.92 | $341.92 |
| 5617 | Schedule No.5617-068-000 to MLA No.5617 | $0.00 | $6,010.26 | $6,010.26 | $6,010.26 |
| 5617 | Schedule No.5617-075-000 to MLA No.5617 | $0.00 | $3,214.50 | $3,214.50 | $3,214.50 |
| 5617 | Schedule No.5617-076-000 to MLA No.5617 | $0.00 | $1,531.39 | $1,531.39 | $1,531.39 |

| MLA No. | Description | Amount Past Due as of 6/1/2009 | Amt Due on 6/1/2009 | Amount Due on 7/1/2009 | Amount Due on Monthly Basis On and After 8/1/2009 Onwards |
|---|---|---|---|---|---|
| 5617 | Schedule No.5617-078-000 to MLA No.5617 | $0.00 | $1,871.94 | $1,871.94 | $1,871.94 |
| 5617 | Schedule No.5617-079-000 to MLA No.5617 | $0.00 | $6,622.96 | $6,622.96 | $6,622.96 |
| 5617 | Schedule No.5617-080-000 to MLA No.5617 | $0.00 | $1,037.45 | $1,037.45 | $1,037.45 |
| 5617 | Schedule No.5617-081-000 to MLA No.5617 | $0.00 | $1,117.34 | $1,117.34 | $1,117.34 |
| 5617 | Schedule No.5617-082-000 to MLA No.5617 | $0.00 | $2,383.60 | $2,383.60 | $2,383.60 |
| 5617 | Schedule No.5617-083-000 to MLA No.5617 | $0.00 | $336.08 | $336.08 | $336.08 |
| 5617 | Schedule No.5617-084-000 to MLA No.5617 | $0.00 | $9,510.85 | $9,510.85 | $9,510.85 |
| 5617 | Schedule No.5617-085-000 to MLA No.5617 | $0.00 | $6,998.45 | $6,998.45 | $6,998.45 |
| 5617 | Schedule No.5617-086-000 to MLA No.5617 | $0.00 | $8,860.19 | $8,860.19 | $8,860.19 |
| 5617 | Schedule No.5617-087-000 to MLA No.5617 | $0.00 | $4,880.47 | $4,880.47 | $4,880.47 |
| 5617 | Schedule No.5617-088-000 to MLA No.5617 | $0.00 | $3,492.55 | $3,492.55 | $3,492.55 |
| 5617 | Schedule No.5617-089-000 to MLA No.5617 | $0.00 | $461.46 | $461.46 | $461.46 |
| 5617 | Schedule No.5617-090-000 to MLA No.5617 | $0.00 | $178.83 | $178.83 | $178.83 |
| 5617 | Schedule No.5617-091-000 to MLA No.5617 | $0.00 | $981.62 | $981.62 | $981.62 |
| 5617 | Schedule No.5617-092-000 to MLA No.5617 | $0.00 | $69.83 | $69.83 | $69.83 |
| 5617 | Schedule No.5617-093-000 to MLA No.5617 | $0.00 | $506.61 | $506.61 | $506.61 |
| 5617 | Schedule No.5617-094-000 to MLA No.5617 | $0.00 | $181.99 | $181.99 | $181.99 |
| 5617 | Schedule No.5617-095-000 to MLA No.5617 | $0.00 | $183.69 | $183.69 | $183.69 |
| 5617 | Schedule No.5617-097-000 to MLA No.5617 | $0.00 | $1,023.45 | $1,023.45 | $1,023.45 |
| 5617 | Schedule No.5617-098-000 to MLA No.5617 | $0.00 | $811.09 | $811.09 | $811.09 |

| MLA No. | Description | Amount Past Due as of 6/1/2009 | Amt Due on 6/1/2009 | Amount Due on 7/1/2009 | Amount Due on Monthly Basis On and After 8/1/2009 Onwards |
|---|---|---|---|---|---|
| 5617 | Schedule No.5617-099-000 to MLA No.5617 | $0.00 | $3,075.60 | $3,075.60 | $3,075.60 |
| 5617 | Schedule No.5617-101-000 to MLA No.5617 | $0.00 | $3,532.35 | $3,532.35 | $3,532.35 |
| 5617 | Schedule No.5617-102-000 to MLA No.5617 | $0.00 | $3,570.78 | $3,570.78 | $3,570.78 |
| 5617 | Schedule No.5617-103-000 to MLA No.5617 | $0.00 | $6,485.49 | $6,485.49 | $6,485.49 |
| 5617 | Schedule No.5617-104-000 to MLA No.5617 | $0.00 | $7,333.57 | $7,333.57 | $7,333.57 |
| 5617 | Schedule No.5617-105-000 to MLA No.5617 | $0.00 | $2,084.09 | $2,084.09 | $2,084.09 |
| 5617 | Schedule No.5617-108-000 to MLA No.5617 | $0.00 | $401.24 | $401.24 | $401.24 |
| 5617 | Schedule No.5617-109-000 to MLA No.5617 | $0.00 | $1,381.34 | $1,381.34 | $1,381.34 |
| 5617 | Schedule No.5617-110-000 to MLA No.5617 | $0.00 | $331.82 | $331.82 | $331.82 |
| 5617 | Schedule No.5617-111-000 to MLA No.5617 | $0.00 | $641.84 | $641.84 | $641.84 |
| 5617 | Schedule No.5617-112-000 to MLA No.5617 | $0.00 | $4,398.58 | $4,398.58 | $4,398.58 |
| 5617 | Schedule No.5617-114-000 to MLA No.5617 | $0.00 | $2,358.14 | $2,358.14 | $2,358.14 |
| 5617 | Schedule No.5617-117-000 to MLA No.5617 | $0.00 | $701.93 | $701.93 | $701.93 |
| 5617 | Schedule No.5617-118-000 to MLA No.5617 | $0.00 | $1,735.51 | $1,735.51 | $1,735.51 |
| 5617 | Schedule No.5617-119-000 to MLA No.5617 | $0.00 | $1,735.51 | $1,735.51 | $1,735.51 |
| 5617 | Schedule No.5617-120-000 to MLA No.5617 | $0.00 | $2,161.67 | $2,161.67 | $2,161.67 |
| 5617 | Schedule No.5617-121-000 to MLA No.5617 | $0.00 | $1,735.52 | $1,735.52 | $1,735.52 |
| 5617 | Schedule No.5617-122-000 to MLA No.5617 | $0.00 | $333.64 | $333.64 | $333.64 |
| 5617 | Schedule No.5617-123-000 to MLA No.5617 | $0.00 | $338.51 | $338.51 | $338.51 |
| 5617 | Schedule No.5617-124-000 to MLA No.5617 | $0.00 | $339.62 | $339.62 | $339.62 |

| MLA No. | Description | Amount Past Due as of 6/1/2009 | Amt Due on 6/1/2009 | Amount Due on 7/1/2009 | Amount Due on Monthly Basis On and After 8/1/2009 Onwards |
|---|---|---|---|---|---|
| 5617 | Schedule No.5617-126-000 to MLA No.5617 | $0.00 | $314.75 | $314.75 | $314.75 |
| 5617 | Schedule No.5617-127-000 to MLA No.5617 | $0.00 | $333.64 | $333.64 | $333.64 |
| 5617 | Schedule No.5617-128-000 to MLA No.5617 | $0.00 | $1,978.20 | $1,978.20 | $1,978.20 |
| 5617 | Schedule No.5617-129-000 to MLA No.5617 | $0.00 | $320.79 | $320.79 | $320.79 |
| 5617 | Schedule No.5617-131-000 to MLA No.5617 | $0.00 | $324.24 | $324.24 | $324.24 |
| 5617 | Schedule No.5617-132-000 to MLA No.5617 | $0.00 | $6,282.55 | $6,282.55 | $6,282.55 |
| 5617 | Schedule No.5617-133-000 to MLA No.5617 | $0.00 | $546.01 | $546.01 | $546.01 |
| 5617 | Schedule No.5617-133-001 to MLA No.5617 | $0.00 | $401.97 | $401.97 | $401.97 |
| 5617 | Schedule No.5617-134-000 to MLA No.5617 | $0.00 | $4,656.15 | $4,656.15 | $4,656.15 |
| 5617 | Schedule No.5617-135-000 to MLA No.5617 | $0.00 | $343.00 | $343.00 | $343.00 |
| 5617 | Schedule No.5617-136-000 to MLA No.5617 | $0.00 | $330.74 | $330.74 | $330.74 |
| 5617 | Schedule No.5617-137-000 to MLA No.5617 | $0.00 | $9,171.33 | $9,171.33 | $9,171.33 |
| 5617 | Schedule No.5617-138-000 to MLA No.5617 | $0.00 | $109,075.35 | $109,075.35 | $109,075.35 |
| 5617 | Schedule No.5617-139-000 to MLA No.5617 | $0.00 | $169.61 | $169.61 | $169.61 |
| 5617 | Schedule No.5617-140-000 to MLA No.5617 | $0.00 | $170.42 | $170.42 | $170.42 |
| 5617 | Schedule No.5617-141-000 to MLA No.5617 | $0.00 | $347.47 | $347.47 | $347.47 |
| 5617 | Schedule No.5617-142-000 to MLA No.5617 | $0.00 | $309.13 | $309.13 | $309.13 |
| 5617 | Schedule No.5617-143-000 to MLA No.5617 | $0.00 | $350.19 | $350.19 | $350.19 |
| 5617 | Schedule No.5617-144-000 to MLA No.5617 | $0.00 | $3,303.63 | $3,303.63 | $3,303.63 |
| 5617 | Schedule No.5617-145-000 to MLA No.5617 | $0.00 | $3,891.36 | $3,891.36 | $3,891.36 |

| MLA No. | Description | Amount Past Due as of 6/1/2009 | Amt Due on 6/1/2009 | Amount Due on 7/1/2009 | Amount Due on Monthly Basis On and After 8/1/2009 Onwards |
|---|---|---|---|---|---|
| 5617 | Schedule No.5617-146-000 to MLA No.5617 | $0.00 | $493.45 | $493.45 | $493.45 |
| 5617 | Schedule No.5617-147-000 to MLA No.5617 | $0.00 | $3,686.23 | $3,686.23 | $3,686.23 |
| 5617 | Schedule No.5617-148-000 to MLA No.5617 | $0.00 | $5,178.80 | $5,178.80 | $5,178.80 |
| 5617 | Schedule No.5617-149-000 to MLA No.5617 | $0.00 | $3,303.63 | $3,303.63 | $3,303.63 |
| 5617 | Schedule No.5617-150-000 to MLA No.5617 | $0.00 | $884.95 | $884.95 | $884.95 |
| 5617 | Schedule No.5617-151-000 to MLA No.5617 | $0.00 | $374.54 | $374.54 | $374.54 |
| 5617 | Schedule No.5617-152-000 to MLA No.5617 | $0.00 | $146.42 | $146.42 | $146.42 |
| 5617 | Schedule No.5617-153-000 to MLA No.5617 | $0.00 | $17,880.36 | $17,880.36 | $17,880.36 |
| 5617 | Schedule No.5617-154-000 to MLA No.5617 | $0.00 | $3,114.76 | $3,114.76 | $3,114.76 |
| 5617 | Schedule No.5617-155-000 to MLA No.5617 | $0.00 | $1,405.19 | $1,405.19 | $1,405.19 |
| 5617 | Schedule No.5617-156-000 to MLA No.5617 | $0.00 | $3,568.73 | $3,568.73 | $3,568.73 |
| 5617 | Schedule No.5617-157-000 to MLA No.5617 | $0.00 | $146.43 | $146.43 | $146.43 |
| 5617 | Schedule No.5617-158-000 to MLA No.5617 | $0.00 | $2,220.84 | $2,220.84 | $2,220.84 |
| 5617 | Schedule No.5617-159-000 to MLA No.5617 | $0.00 | $339.14 | $339.14 | $339.14 |
| 5617 | Schedule No.5617-162-000 to MLA No.5617 | $0.00 | $28,053.42 | $28,053.42 | $28,053.42 |
| 5617 | Schedule No.5617-163-000 to MLA No.5617 | $0.00 | $2,148.18 | $2,148.18 | $2,148.18 |
| 5617 | Schedule No.5617-164-000 to MLA No.5617 | $0.00 | $8,350.99 | $8,489.84 | $8,489.84 |
| 5617 | Schedule No.5617-165-000 to MLA No.5617 | $0.00 | $8,966.79 | $8,966.79 | $8,966.79 |
| 5617 | Schedule No.5617-166-000 to MLA No.5617 | $0.00 | $6,938.99 | $7,042.60 | $7,042.60 |
| 5617 | Schedule No.5617-167-000 to MLA No.5617 | $0.00 | $155.78 | $155.78 | $155.78 |

| MLA No. | Description | Amount Past Due as of 6/1/2009 | Amt Due on 6/1/2009 | Amount Due on 7/1/2009 | Amount Due on Monthly Basis On and After 8/1/2009 Onwards |
|---|---|---|---|---|---|
| 5617 | Schedule No.5617-168-000 to MLA No.5617 | $0.00 | $981.45 | $981.45 | $981.45 |
| 5617 | Schedule No.5617-169-000 to MLA No.5617 | $0.00 | $155.78 | $155.78 | $155.78 |
| 5617 | Schedule No.5617-170-000 to MLA No.5617 | $0.00 | $565.18 | $565.18 | $565.18 |
| 5617 | Schedule No.5617-171-000 to MLA No.5617 | $0.00 | $17,804.40 | $17,804.40 | $17,804.40 |
| 5617 | Schedule No.5617-172-000 to MLA No.5617 | $0.00 | $5,361.80 | $5,361.80 | $5,361.80 |
| 5617 | Schedule No.5617-173-000 to MLA No.5617 | $0.00 | $315.43 | $315.43 | $315.43 |
| 5617 | Schedule No.5617-174-000 to MLA No.5617 | $0.00 | $394.29 | $394.29 | $394.29 |
| 5617 | Schedule No.5617-176-000 to MLA No.5617 | $0.00 | $694.90 | $694.90 | $694.90 |
| 5617 | Schedule No.5617-177-000 to MLA No.5617 | $0.00 | $143.35 | $143.35 | $143.35 |
| 5617 | Schedule No.5617-178-000 to MLA No.5617 | $0.00 | $3,219.64 | $3,219.64 | $3,219.64 |
| 5617 | Schedule No.5617-179-000 to MLA No.5617 | $0.00 | $9,045.36 | $9,045.36 | $9,045.36 |
| 5617 | Schedule No.5617-180-000 to MLA No.5617 | $0.00 | $366.30 | $366.30 | $366.30 |
| 5617 | Schedule No.5617-181-000 to MLA No.5617 | $0.00 | $1,329.29 | $1,329.29 | $1,329.29 |
| 5617 | Schedule No.5617-182-000 to MLA No.5617 | $0.00 | $78.19 | $78.19 | $78.19 |
| 5617 | Schedule No.5617-183-000 to MLA No.5617 | $0.00 | $736.59 | $736.59 | $736.59 |
| 5617 | Schedule No.5617-184-000 to MLA No.5617 | $0.00 | $9,263.66 | $9,263.66 | $9,263.66 |
| 5617 | Schedule No.5617-185-000 to MLA No.5617 | $0.00 | $8,780.97 | $8,780.97 | $8,780.97 |
| 5617 | Schedule No.5617-186-000 to MLA No.5617 | $0.00 | $303.60 | $303.60 | $303.60 |
| 5617 | Schedule No.5617-187-000 to MLA No.5617 | $0.00 | $12,608.31 | $12,608.31 | $12,608.31 |
| 5617 | Schedule No.5617-188-000 to MLA No.5617 | $0.00 | $3,331.86 | $3,331.86 | $3,331.86 |

| MLA No. | Description | Amount Past Due as of 6/1/2009 | Amt Due on 6/1/2009 | Amount Due on 7/1/2009 | Amount Due on Monthly Basis On and After 8/1/2009 Onwards |
|---|---|---|---|---|---|
| 5617 | Schedule No.5617-189-000 to MLA No.5617 | $0.00 | $4,646.93 | $4,646.93 | $4,646.93 |
| 5617 | Schedule No.5617-190-000 to MLA No.5617 | $0.00 | $4,550.34 | $4,550.34 | $4,550.34 |
| 5617 | Schedule No.5617-191-000 to MLA No.5617 | $0.00 | $157.27 | $157.27 | $157.27 |
| 5617 | Schedule No.5617-192-000 to MLA No.5617 | $0.00 | $48.92 | $48.92 | $48.92 |
| 5617 | Schedule No.5617-193-000 to MLA No.5617 | $0.00 | $696.51 | $696.51 | $696.51 |
| 5617 | Schedule No.5617-194-000 to MLA No.5617 | $0.00 | $146.98 | $146.98 | $146.98 |
| 5617 | Schedule No.5617-195-000 to MLA No.5617 | $0.00 | $452.92 | $452.92 | $452.92 |
| 5617 | Schedule No.5617-196-000 to MLA No.5617 | $0.00 | $780.92 | $780.92 | $780.92 |
| 5617 | Schedule No.5617-197-000 to MLA No.5617 | $0.00 | $2,060.21 | $2,060.21 | $2,060.21 |
| 5617 | Schedule No.5617-198-000 to MLA No.5617 | $0.00 | $3,479.07 | $3,479.07 | $3,479.07 |
| 5617 | Schedule No.5617-199-000 to MLA No.5617 | $0.00 | $160.58 | $160.58 | $160.58 |
| 5617 | Schedule No.5617-200-000 to MLA No.5617 | $0.00 | $552.24 | $552.24 | $552.24 |
| 5617 | Schedule No.5617-201-000 to MLA No.5617 | $0.00 | $316.14 | $316.14 | $316.14 |
| 5617 | Schedule No.5617-202-000 to MLA No.5617 | $0.00 | $182.61 | $182.61 | $182.61 |
| 5617 | Schedule No.5617-203-000 to MLA No.5617 | $0.00 | $287.01 | $287.01 | $287.01 |
| 5617 | Schedule No.5617-204-000 to MLA No.5617 | $0.00 | $348.22 | $348.22 | $348.22 |
| 5617 | Schedule No.5617-205-000 to MLA No.5617 | $0.00 | $544.38 | $544.38 | $544.38 |
| 5617 | Schedule No.5617-206-000 to MLA No.5617 | $0.00 | $20,532.58 | $20,532.58 | $20,532.58 |
| 5617 | Schedule No.5617-207-000 to MLA No.5617 | $0.00 | $19,398.35 | $19,398.35 | $19,398.35 |
| 5617 | Schedule No.5617-208-000 to MLA No.5617 | $0.00 | $7,639.27 | $7,639.27 | $7,639.27 |

| MLA No. | Description | Amount Past Due as of 6/1/2009 | Amt Due on 6/1/2009 | Amount Due on 7/1/2009 | Amount Due on Monthly Basis On and After 8/1/2009 Onwards |
|---|---|---|---|---|---|
| 5617 | Schedule No.5617-209-000 to MLA No.5617 | $0.00 | $9,005.66 | $9,005.66 | $9,005.66 |
| 5617 | Schedule No.5617-210-000 to MLA No.5617 | $0.00 | $7,751.81 | $7,751.81 | $7,751.81 |
| 5617 | Schedule No.5617-211-000 to MLA No.5617 | $0.00 | $6,031.91 | $6,031.91 | $6,031.91 |
| 5617 | Schedule No.5617-212-000 to MLA No.5617 | $0.00 | $913.54 | $913.54 | $913.54 |
| 5617 | Schedule No.5617-213-000 to MLA No.5617 | $0.00 | $369.93 | $369.93 | $369.93 |
| 5617 | Schedule No.5617-214-000 to MLA No.5617 | $0.00 | $66.55 | $66.55 | $66.55 |
| 5617 | Schedule No.5617-215-000 to MLA No.5617 | $0.00 | $205.87 | $205.87 | $205.87 |
| 5617 | Schedule No.5617-216-000 to MLA No.5617 | $0.00 | $5,509.70 | $5,509.70 | $5,509.70 |
| 5617 | Schedule No.5617-217-000 to MLA No.5617 | $0.00 | $5,763.19 | $5,763.19 | $5,763.19 |
| 5617 | Schedule No.5617-218-000 to MLA No.5617 | $0.00 | $1,061.36 | $1,061.36 | $1,061.36 |
| 5617 | Schedule No.5617-219-000 to MLA No.5617 | $0.00 | $2,534.56 | $2,534.56 | $2,534.56 |
| 5617 | Schedule No.5617-220-000 to MLA No.5617 | $0.00 | $4,894.54 | $4,894.54 | $4,894.54 |
| 5617 | Schedule No.5617-221-000 to MLA No.5617 | $0.00 | $12.93 | $12.93 | $12.93 |
| 5617 | Schedule No.5617-222-000 to MLA No.5617 | $0.00 | $4,933.91 | $4,933.91 | $4,933.91 |
| 5617 | Schedule No.5617-223-000 to MLA No.5617 | $0.00 | $404.22 | $404.22 | $404.22 |
| 5617 | Schedule No.5617-224-000 to MLA No.5617 | $0.00 | $347.73 | $347.73 | $347.73 |
| 5617 | Schedule No.5617-225-000 to MLA No.5617 | $0.00 | $4,928.26 | $4,928.26 | $4,928.26 |
| 5617 | Schedule No.5617-226-000 to MLA No.5617 | $0.00 | $32,821.11 | $32,821.11 | $32,821.11 |
| 5617 | Schedule No.5617-227-000 to MLA No.5617 | $0.00 | $24.04 | $24.04 | $24.04 |
| 5617 | Schedule No.5617-228-000 to MLA No.5617 | $0.00 | $513.60 | $513.60 | $513.60 |

| MLA No. | Description | Amount Past Due as of 6/1/2009 | Amt Due on 6/1/2009 | Amount Due on 7/1/2009 | Amount Due on Monthly Basis On and After 8/1/2009 Onwards |
|---|---|---|---|---|---|
| 5617 | Schedule No.5617-229-000 to MLA No.5617 | $17,057.74 | $18,480.58 | $18,480.58 | $18,480.58 |
| 5617 | Schedule No.5617-230-000 to MLA No.5617 | $0.00 | $141.32 | $141.32 | $141.32 |
| 5617 | Schedule No.5617-231-000 to MLA No.5617 | $0.00 | $606.60 | $606.60 | $606.60 |
| 5617 | Schedule No.5617-232-000 to MLA No.5617 | $0.00 | $77.90 | $77.90 | $77.90 |
| 5617 | Schedule No.5617-233-000 to MLA No.5617 | $0.00 | $2,957.89 | $2,957.89 | $2,957.89 |
| 5617 | Schedule No.5617-234-000 to MLA No.5617 | $0.00 | $101.94 | $101.94 | $101.94 |
| 5617 | Schedule No.5617-235-000 to MLA No.5617 | $0.00 | $89.20 | $89.20 | $89.20 |
| 5617 | Schedule No.5617-236-000 to MLA No.5617 | $0.00 | $1,112.97 | $1,112.97 | $1,112.97 |
| 5617 | Schedule No.5617-237-000 to MLA No.5617 | $0.00 | $941.31 | $941.31 | $941.31 |
| 5617 | Schedule No.5617-238-000 to MLA No.5617 | $0.00 | $1,357.46 | $1,357.46 | $1,357.46 |
| 5617 | Schedule No.5617-239-000 to MLA No.5617 | $401.50 | $401.50 | $401.50 | $401.50 |
| 5617 | Schedule No.5617-240-000 to MLA No.5617 | $0.00 | $4,890.35 | $4,890.35 | $4,890.35 |
| 5617 | Schedule No.5617-241-000 to MLA No.5617 | $7,229.61 | $7,541.66 | $7,541.66 | $7,541.66 |
| 5617 | Schedule No.5617-242-000 to MLA No.5617 | $0.00 | $84.06 | $84.06 | $84.06 |
| 5617 | Schedule No.5617-243-000 to MLA No.5617 | $0.00 | $321.07 | $321.07 | $321.07 |
| 5617 | Schedule No.5617-244-000 to MLA No.5617 | $0.00 | $47.71 | $47.71 | $47.71 |
| 5617 | Schedule No.5617-245-000 to MLA No.5617 | $478.59 | $478.59 | $478.59 | $478.59 |
| 5617 | Schedule No.5617-246-000 to MLA No.5617 | $6,111.84 | $6,111.84 | $6,111.84 | $6,111.84 |
| 5617 | Schedule No.5617-247-000 to MLA No.5617 | $375.92 | $375.92 | $375.92 | $375.92 |
| 5617 | Schedule No.5617-248-000 to MLA No.5617 | $6,525.21 | $6,525.21 | $6,525.21 | $6,525.21 |

| MLA No. | Description | Amount Past Due as of 6/1/2009 | Amt Due on 6/1/2009 | Amount Due on 7/1/2009 | Amount Due on Monthly Basis On and After 8/1/2009 Onwards |
|---|---|---|---|---|---|
| 5617 | Schedule No.5617-249-000 to MLA No.5617 | $49.54 | $49.54 | $49.54 | $49.54 |
| 5617 | Schedule No.5617-250-000 to MLA No.5617 | $370.83 | $370.83 | $370.83 | $370.83 |
| 5617 | Schedule No.5617-251-000 to MLA No.5617 | $532.86 | $532.86 | $532.86 | $532.86 |
| 5617 | Schedule No.5617-252-000 to MLA No.5617 | $649.14 | $649.14 | $649.14 | $649.14 |
| 5617 | Schedule No.5617-253-000 to MLA No.5617 | $315.73 | $315.73 | $315.73 | $315.73 |
| 5617 | Schedule No.5617-254-000 to MLA No.5617 | $518.38 | $518.38 | $518.38 | $518.38 |
| 5617 | Schedule No.5617-255-000 to MLA No.5617 | $0.00 | $30.16 | $30.16 | $30.16 |
| 5617 | Schedule No.5617-256-000 to MLA No.5617 | $489.04 | $489.04 | $489.04 | $489.04 |
| 5617 | Schedule No.5617-257-000 to MLA No.5617 | $1,855.63 | $1,855.63 | $1,855.63 | $1,855.63 |
| 5617 | Schedule No.5617-258-000 to MLA No.5617 | $523.27 | $523.27 | $523.27 | $523.27 |
| 5617 | Schedule No.5617-259-000 to MLA No.5617 | $308.17 | $308.17 | $308.17 | $308.17 |
| 5617 | Schedule No.5617-260-000 to MLA No.5617 | $770.44 | $770.44 | $770.44 | $770.44 |
| 5617 | Schedule No.5617-261-000 to MLA No.5617 | $0.00 | $26.69 | $26.69 | $26.69 |
| 5617 | Schedule No.5617-262-000 to MLA No.5617 | $21.63 | $29.44 | $29.44 | $29.44 |
| 5617 | Schedule No.5617-263-000 to MLA No.5617 | $26.69 | $26.69 | $26.69 | $26.69 |
| 5617 | Schedule No.5617-264-000 to MLA No.5617 | $27.35 | $27.35 | $27.35 | $27.35 |
| 5617 | Schedule No.5617-265-000 to MLA No.5617 | $29.44 | $29.44 | $29.44 | $29.44 |
| 5617 | Schedule No.5617-266-000 to MLA No.5617 | $29.10 | $29.10 | $29.10 | $29.10 |
| 5617 | Schedule No.5617-267-000 to MLA No.5617 | $367.74 | $367.74 | $367.74 | $367.74 |
| 5617 | Schedule No.5617-268-000 to MLA No.5617 | $364.30 | $364.30 | $364.30 | $364.30 |

| MLA No. | Description | Amount Past Due as of 6/1/2009 | Amt Due on 6/1/2009 | Amount Due on 7/1/2009 | Amount Due on Monthly Basis On and After 8/1/2009 Onwards |
|---|---|---|---|---|---|
| 5617 | Schedule No.5617-269-000 to MLA No.5617 | $343.68 | $343.68 | $343.68 | $343.68 |
| 5617 | Schedule No.5617-270-000 to MLA No.5617 | $51.38 | $51.38 | $51.38 | $51.38 |
| 5617 | Schedule No.5617-271-000 to MLA No.5617 | $71.86 | $71.86 | $71.86 | $71.86 |
| 5617 | Schedule No.5617-272-000 to MLA No.5617 | $1,086.02 | $1,086.02 | $1,086.02 | $1,086.02 |
| 5617 | Schedule No.5617-273-000 to MLA No.5617 | $1,138.43 | $1,138.43 | $1,138.43 | $1,138.43 |
| 5617 | Schedule No.5617-274-000 to MLA No.5617 | $634.41 | $634.41 | $634.41 | $634.41 |
| 5617 | Schedule No.5617-275-000 to MLA No.5617 | $247.64 | $247.64 | $247.64 | $247.64 |
| 5617 | Schedule No.5617-276-000 to MLA No.5617 | $106.51 | $106.51 | $106.51 | $106.51 |
| 5617 | Schedule No.5617-277-000 to MLA No.5617 | $612.32 | $612.32 | $612.32 | $612.32 |
| 5617 | Schedule No.5617-278-000 to MLA No.5617 | $4,910.55 | $4,910.55 | $4,910.55 | $4,910.55 |
| 5617 | Schedule No.5617-279-000 to MLA No.5617 | $1,895.95 | $1,895.95 | $1,895.95 | $1,895.95 |
| 5617 | Schedule No.5617-280-000 to MLA No.5617 | $467.98 | $467.98 | $467.98 | $467.98 |
| 5617 | Schedule No.5617-281-000 to MLA No.5617 | $175.14 | $175.14 | $175.14 | $175.14 |
| 5617 | Schedule No.5617-282-000 to MLA No.5617 | $300.34 | $300.34 | $300.34 | $300.34 |
| 5617 | Schedule No.5617-283-000 to MLA No.5617 | $169.93 | $169.93 | $169.93 | $169.93 |
| 5617 | Schedule No.5617-284-000 to MLA No.5617 | $616.54 | $616.54 | $616.54 | $616.54 |
| 5617 | Schedule No.5617-285-000 to MLA No.5617 | $874.43 | $874.43 | $874.43 | $874.43 |
| 5617 | Schedule No.5617-286-000 to MLA No.5617 | $421.70 | $421.70 | $421.70 | $421.70 |
| 5617 | Schedule No.5617-288-000 to MLA No.5617 | $421.70 | $421.70 | $421.70 | $421.70 |
| 5617 | Schedule No.5617-289-000 to MLA No.5617 | $421.70 | $421.70 | $421.70 | $421.70 |

| MLA No. | Description | Amount Past Due as of 6/1/2009 | Amt Due on 6/1/2009 | Amount Due on 7/1/2009 | Amount Due on Monthly Basis On and After 8/1/2009 Onwards |
|---|---|---|---|---|---|
| 5617 | Schedule No.5617-290-000 to MLA No.5617 | $158.04 | $158.04 | $158.04 | $158.04 |
| 5617 | Schedule No.5617-291-000 to MLA No.5617 | $669.84 | $669.84 | $669.84 | $669.84 |
| 5617 | Schedule No.5617-292-000 to MLA No.5617 | $58.58 | $58.58 | $58.58 | $58.58 |
| 5617 | Schedule No.5617-293-000 to MLA No.5617 | $735.04 | $735.04 | $735.04 | $735.04 |
| 5617 | Schedule No.5617-294-000 to MLA No.5617 | $421.70 | $421.70 | $421.70 | $421.70 |
| 5617 | Schedule No.5617-295-000 to MLA No.5617 | $604.49 | $604.49 | $604.49 | $604.49 |
| 5617 | Schedule No.5617-296-000 to MLA No.5617 | $604.49 | $604.49 | $604.49 | $604.49 |
| 5617 | Schedule No.5617-297-000 to MLA No.5617 | $421.70 | $421.70 | $421.70 | $421.70 |
| 5617 | Schedule No.5617-298-000 to MLA No.5617 | $397.83 | $397.83 | $397.83 | $397.83 |
| 5617 | Schedule No.5617-299-000 to MLA No.5617 | $604.49 | $604.49 | $604.49 | $604.49 |
| 5617 | Schedule No.5617-300-000 to MLA No.5617 | $364.30 | $364.30 | $364.30 | $364.30 |
| 5617 | Schedule No.5617-301-000 to MLA No.5617 | $421.70 | $421.70 | $421.70 | $421.70 |
| 5617 | Schedule No.5617-302-000 to MLA No.5617 | $604.49 | $604.49 | $604.49 | $604.49 |
| 5617 | Schedule No.5617-303-000 to MLA No.5617 | $421.70 | $421.70 | $421.70 | $421.70 |
| 5617 | Schedule No.5617-304-000 to MLA No.5617 | $449.27 | $449.27 | $449.27 | $449.27 |
| 5617 | Schedule No.5617-305-000 to MLA No.5617 | $667.48 | $667.48 | $667.48 | $667.48 |
| 5617 | Schedule No.5617-306-000 to MLA No.5617 | $2,186.45 | $2,186.45 | $2,186.45 | $2,186.45 |
| 5617 | Schedule No.5617-307-000 to MLA No.5617 | $434.63 | $434.63 | $434.63 | $434.63 |
| 5617 | Schedule No.5617-308-000 to MLA No.5617 | $5,518.78 | $5,518.78 | $5,518.78 | $5,518.78 |
| 5617 | Schedule No.5617-309-000 to MLA No.5617 | $421.70 | $421.70 | $421.70 | $421.70 |

| MLA No. | Description | Amount Past Due as of 6/1/2009 | Amt Due on 6/1/2009 | Amount Due on 7/1/2009 | Amount Due on Monthly Basis On and After 8/1/2009 Onwards |
|---|---|---|---|---|---|
| 5617 | Schedule No.5617-310-000 to MLA No.5617 | $421.70 | $421.70 | $421.70 | $421.70 |
| 5617 | Schedule No.5617-311-000 to MLA No.5617 | $405.47 | $405.47 | $405.47 | $405.47 |
| 5617 | Schedule No.5617-312-000 to MLA No.5617 | $35.78 | $35.78 | $35.78 | $35.78 |
| 5617 | Schedule No.5617-313-000 to MLA No.5617 | $2,669.41 | $2,669.41 | $2,669.41 | $2,669.41 |
| 5617 | Schedule No.5617-314-000 to MLA No.5617 | $396.40 | $396.40 | $396.40 | $396.40 |
| 5617 | Schedule No.5617-315-000 to MLA No.5617 | $421.70 | $421.70 | $421.70 | $421.70 |
| 5617 | Schedule No.5617-316-000 to MLA No.5617 | $397.83 | $397.83 | $397.83 | $397.83 |
| 5617 | Schedule No.5617-317-000 to MLA No.5617 | $4,493.76 | $4,493.76 | $4,493.76 | $4,493.76 |
| 5617 | Schedule No.5617-318-000 to MLA No.5617 | $3,819.66 | $3,819.66 | $3,819.66 | $3,819.66 |
| 5617 | Schedule No.5617-319-000 to MLA No.5617 | $3,603.46 | $3,603.46 | $3,603.46 | $3,603.46 |
| 5617 | Schedule No.5617-320-000 to MLA No.5617 | $3,819.66 | $3,515.40 | $3,515.40 | $3,515.40 |
| 5617 | Schedule No.5617-321-000 to MLA No.5617 | $421.70 | $421.70 | $421.70 | $421.70 |
| 5617 | Schedule No.5617-322-000 to MLA No.5617 | $3,633.46 | $3,633.46 | $3,633.46 | $3,633.46 |
| 5617 | Schedule No.5617-323-000 to MLA No.5617 | $425.68 | $425.68 | $425.68 | $425.68 |
| 5617 | Schedule No.5617-324-000 to MLA No.5617 | $357.87 | $357.87 | $357.87 | $357.87 |
| 5617 | Schedule No.5617-325-000 to MLA No.5617 | $807.70 | $807.70 | $807.70 | $807.70 |
| 5617 | Schedule No.5617-326-000 to MLA No.5617 | $417.72 | $417.72 | $417.72 | $417.72 |
| 5617 | Schedule No.5617-328-000 to MLA No.5617 | $4,839.88 | $4,839.88 | $4,839.88 | $4,839.88 |
| 5617 | Schedule No.5617-329-000 to MLA No.5617 | $4,942.61 | $4,942.61 | $4,942.61 | $4,942.61 |
| 5617 | Schedule No.5617-330-000 to MLA No.5617 | $615.67 | $615.67 | $615.67 | $615.67 |

| MLA No. | Description | Amount Past Due as of 6/1/2009 | Amt Due on 6/1/2009 | Amount Due on 7/1/2009 | Amount Due on Monthly Basis On and After 8/1/2009 Onwards |
|---|---|---|---|---|---|
| 5617 | Schedule No.5617-331-000 to MLA No.5617 | $344.45 | $344.45 | $344.45 | $344.45 |
| 5617 | Schedule No.5617-332-000 to MLA No.5617 | $183.38 | $183.38 | $183.38 | $183.38 |
| 5617 | Schedule No.5617-333-000 to MLA No.5617 | $207.61 | $207.61 | $207.61 | $207.61 |
| 5617 | Schedule No.5617-334-000 to MLA No.5617 | $2,837.69 | $2,837.69 | $2,837.69 | $2,837.69 |
| 5617 | Schedule No.5617-335-000 to MLA No.5617 | $250.50 | $250.50 | $250.50 | $250.50 |
| 5617 | Schedule No.5617-336-000 to MLA No.5617 | $18.56 | $18.56 | $18.56 | $18.56 |
| 5617 | Schedule No.5617-337-000 to MLA No.5617 | $11.93 | $11.93 | $11.93 | $11.93 |
| 5617 | Schedule No.5617-338-000 to MLA No.5617 | $768.18 | $768.18 | $768.18 | $768.18 |
| 5617 | Schedule No.5617-339-000 to MLA No.5617 | $254.99 | $254.99 | $254.99 | $254.99 |
| 5617 | Schedule No.5617-340-000 to MLA No.5617 | $463.03 | $463.03 | $463.03 | $463.03 |
| 5617 | Schedule No.5617-341-000 to MLA No.5617 | $1,454.15 | $1,454.15 | $1,454.15 | $1,454.15 |
| 5617 | Schedule No.5617-342-000 to MLA No.5617 | $3,989.71 | $3,989.71 | $3,989.71 | $3,989.71 |
| 5617 | Schedule No.5617-343-000 to MLA No.5617 | $220.23 | $220.23 | $220.23 | $220.23 |
| 5617 | Schedule No.5617-344-000 to MLA No.5617 | $463.03 | $463.03 | $463.03 | $463.03 |
| 5617 | Schedule No.5617-347-000 to MLA No.5617 | $446.38 | $446.38 | $446.38 | $446.38 |
| 5617 | Schedule No.5617-348-000 to MLA No.5617 | $304.63 | $304.63 | $304.63 | $304.63 |
| 5617 | Schedule No.5617-349-000 to MLA No.5617 | $710.72 | $710.72 | $710.72 | $710.72 |
| 5617 | Schedule No.5617-350-000 to MLA No.5617 | $386.76 | $386.76 | $386.76 | $386.76 |
| 5617 | Schedule No.5617-351-000 to MLA No.5617 | $589.68 | $589.68 | $589.68 | $589.68 |
| 5617 | Schedule No.5617-352-000 to MLA No.5617 | $641.69 | $641.69 | $641.69 | $641.69 |

| MLA No. | Description | Amount Past Due as of 6/1/2009 | Amt Due on 6/1/2009 | Amount Due on 7/1/2009 | Amount Due on Monthly Basis On and After 8/1/2009 Onwards |
|---|---|---|---|---|---|
| 5617 | Schedule No.5617-353-000 to MLA No.5617 | $664.44 | $664.44 | $664.44 | $664.44 |
| 5617 | Schedule No.5617-354-000 to MLA No.5617 | $227.01 | $227.01 | $227.01 | $227.01 |
| 5617 | Schedule No.5617-355-000 to MLA No.5617 | $267.37 | $267.37 | $267.37 | $267.37 |
| 5617 | Schedule No.5617-356-000 to MLA No.5617 | $316.42 | $316.42 | $316.42 | $316.42 |
| 5617 | Schedule No.5617-357-000 to MLA No.5617 | $240.49 | $240.49 | $240.49 | $240.49 |
| 5617 | Schedule No.5617-358-000 to MLA No.5617 | $1,621.68 | $1,621.68 | $1,621.68 | $1,621.68 |
| 5617 | Schedule No.5617-359-000 to MLA No.5617 | $731.49 | $731.49 | $731.49 | $731.49 |
| 5617 | Schedule No.5617-360-000 to MLA No.5617 | $374.32 | $374.32 | $374.32 | $374.32 |
| 5617 | Schedule No.5617-361-000 to MLA No.5617 | $4,456.55 | $4,456.55 | $4,456.55 | $4,456.55 |
| 5617 | Schedule No.5617-362-000 to MLA No.5617 | $6,894.93 | $6,894.93 | $6,894.93 | $6,894.93 |
| 5617 | Schedule No.5617-363-000 to MLA No.5617 | $821.96 | $821.96 | $821.96 | $821.96 |
| 5617 | Schedule No.5617-364-000 to MLA No.5617 | $1,826.78 | $1,826.78 | $1,826.78 | $1,826.78 |
| 5617 | Schedule No.5617-365-000 to MLA No.5617 | $1,447.43 | $1,447.43 | $1,447.43 | $1,447.43 |
| 5617 | Schedule No.5617-366-000 to MLA No.5617 | $894.41 | $894.41 | $894.41 | $894.41 |
| 5617 | Schedule No.5617-367-000 to MLA No.5617 | $3,169.48 | $3,169.48 | $3,169.48 | $3,169.48 |
| 5617 | Schedule No.5617-368-000 to MLA No.5617 | $260.68 | $260.68 | $260.68 | $260.68 |
| 5617 | Schedule No.5617-369-000 to MLA No.5617 | $1,635.80 | $1,635.80 | $1,635.80 | $1,635.80 |
| 5617 | Schedule No.5617-370-000 to MLA No.5617 | $715.99 | $715.99 | $715.99 | $715.99 |
| 5617 | Schedule No.5617-371-000 to MLA No.5617 | $327.07 | $327.07 | $327.07 | $327.07 |
| 5617 | Schedule No.5617-372-000 to MLA No.5617 | $2,013.66 | $2,013.66 | $2,013.66 | $2,013.66 |

| MLA No. | Description | Amount Past Due as of 6/1/2009 | Amt Due on 6/1/2009 | Amount Due on 7/1/2009 | Amount Due on Monthly Basis On and After 8/1/2009 Onwards |
|---|---|---|---|---|---|
| 5617 | Schedule No.5617-373-000 to MLA No.5617 | $2,154.62 | $2,154.62 | $2,154.62 | $2,154.62 |
| 5617 | Schedule No.5617-374-000 to MLA No.5617 | $2,134.49 | $2,134.49 | $2,134.49 | $2,134.49 |
| 5617 | Schedule No.5617-375-000 to MLA No.5617 | $3,441.96 | $3,441.96 | $3,441.96 | $3,441.96 |
| 5617 | Schedule No.5617-376-000 to MLA No.5617 | $1,629.40 | $1,629.40 | $1,629.40 | $1,629.40 |
| 5617 | Schedule No.5617-377-000 to MLA No.5617 | $2,013.66 | $2,013.66 | $2,013.66 | $2,013.66 |
| 5617 | Schedule No.5617-378-000 to MLA No.5617 | $2,013.66 | $2,013.66 | $2,013.66 | $2,013.66 |
| 5617 | Schedule No.5617-379-000 to MLA No.5617 | $2,013.66 | $2,013.66 | $2,013.66 | $2,013.66 |
| 5617 | Schedule No.5617-380-000 to MLA No.5617 | $715.25 | $715.25 | $715.25 | $715.25 |
| 5617 | Schedule No.5617-381-000 to MLA No.5617 | $3,040.42 | $3,040.42 | $3,040.42 | $3,040.42 |
| 5617 | Schedule No.5617-382-000 to MLA No.5617 | $2,338.69 | $2,338.69 | $2,338.69 | $2,338.69 |
| 5617 | Schedule No.5617-383-000 to MLA No.5617 | $455.98 | $455.98 | $455.98 | $455.98 |
| 5617 | Schedule No.5617-384-000 to MLA No.5617 | $7,385.55 | $7,385.55 | $7,385.55 | $7,385.55 |
| 5617 | Schedule No.5617-385-000 to MLA No.5617 | $6,298.31 | $6,298.31 | $6,298.31 | $6,298.31 |
| 5617 | Schedule No.5617-386-000 to MLA No.5617 | $303.40 | $303.40 | $303.40 | $303.40 |
| 5617 | Schedule No.5617-387-000 to MLA No.5617 | $569.67 | $569.67 | $569.67 | $569.67 |
| 5617 | Schedule No.5617-388-000 to MLA No.5617 | $284.83 | $284.83 | $284.83 | $284.83 |
| 5617 | Schedule No.5617-389-000 to MLA No.5617 | $1,068.31 | $1,068.31 | $1,068.31 | $1,068.31 |
| 5617 | Schedule No.5617-390-000 to MLA No.5617 | $7,042.19 | $3,377.12 | $3,377.12 | $3,377.12 |
| 5617 | Schedule No.5617-392-000 to MLA No.5617 | $15,056.07 | $15,056.07 | $15,056.07 | $15,056.07 |
| 5617 | Schedule No.5617-393-000 to MLA No.5617 | $1,288.83 | $1,288.83 | $1,288.83 | $1,288.83 |

| MLA No. | Description | Amount Past Due as of 6/1/2009 | Amt Due on 6/1/2009 | Amount Due on 7/1/2009 | Amount Due on Monthly Basis On and After 8/1/2009 Onwards |
|---|---|---|---|---|---|
| 5617 | Schedule No.5617-394-000 to MLA No.5617 | $675.46 | $675.46 | $675.46 | $675.46 |
| 5617 | Schedule No.5617-395-000 to MLA No.5617 | $969.84 | $969.84 | $969.84 | $969.84 |
| 5617 | Schedule No.5617-396-000 to MLA No.5617 | $173.13 | $173.13 | $173.13 | $173.13 |
| 5617 | Schedule No.5617-397-000 to MLA No.5617 | $474.47 | $474.47 | $474.47 | $474.47 |
| 5617 | Schedule No.5617-398-000 to MLA No.5617 | $1,225.85 | $1,225.85 | $1,225.85 | $1,225.85 |
| 5617 | Schedule No.5617-399-000 to MLA No.5617 | $177.89 | $177.89 | $177.89 | $177.89 |
| 5617 | Schedule No.5617-400-000 to MLA No.5617 | $461.93 | $461.93 | $461.93 | $461.93 |
| 5617 | Schedule No.5617-401-000 to MLA No.5617 | $11,579.71 | $10,531.75 | $10,531.75 | $10,531.75 |
| 5617 | Schedule No.5617-403-000 to MLA No.5617 | $3,394.92 | $3,394.92 | $3,394.92 | $3,394.92 |
| 5617 | Schedule No.5617-404-000 to MLA No.5617 | $2,138.85 | $2,138.85 | $2,138.85 | $2,138.85 |
| 5617 | Schedule No.5617-405-000 to MLA No.5617 | $1,457.85 | $1,457.85 | $1,457.85 | $1,457.85 |
| 5617 | Schedule No.5617-406-000 to MLA No.5617 | $1,363.48 | $1,311.42 | $1,311.42 | $1,311.42 |
| 5617 | Schedule No.5617-407-000 to MLA No.5617 | $1,855.63 | $1,855.63 | $1,857.89 | $1,857.89 |
| 5617 | Schedule No.5617-408-000 to MLA No.5617 | $1,271.79 | $1,200.38 | $1,200.38 | $1,200.38 |
| 5617 | Schedule No.5617-409-000 to MLA No.5617 | $1,251.90 | $1,200.38 | $1,200.38 | $1,200.38 |
| 5617 | Schedule No.5617-410-000 to MLA No.5617 | $893.00 | $893.00 | $893.00 | $893.00 |
| 5617 | Schedule No.5617-411-000 to MLA No.5617 | $1,621.22 | $1,621.22 | $1,621.22 | $1,621.22 |
| 5617 | Schedule No.5617-412-000 to MLA No.5617 | $893.00 | $893.00 | $893.00 | $893.00 |
| 5617 | Schedule No.5617-413-000 to MLA No.5617 | $893.00 | $893.00 | $893.00 | $893.00 |
| 5617 | Schedule No.5617-414-000 to MLA No.5617 | $2,090.06 | $2,090.06 | $2,090.06 | $2,090.06 |

| MLA No. | Description | Amount Past Due as of 6/1/2009 | Amt Due on 6/1/2009 | Amount Due on 7/1/2009 | Amount Due on Monthly Basis On and After 8/1/2009 Onwards |
|---|---|---|---|---|---|
| 5617 | Schedule No.5617-415-000 to MLA No.5617 | $1,263.42 | $1,200.38 | $1,200.38 | $1,200.38 |
| 5617 | Schedule No.5617-416-000 to MLA No.5617 | $1,200.38 | $1,200.38 | $1,200.38 | $1,200.38 |
| 5617 | Schedule No.5617-417-000 to MLA No.5617 | $1,250.37 | $1,200.38 | $1,200.38 | $1,200.38 |
| 5617 | Schedule No.5617-418-000 to MLA No.5617 | $1,291.01 | $1,291.01 | $1,291.01 | $1,291.01 |
| 5617 | Schedule No.5617-419-000 to MLA No.5617 | $260.27 | $218.69 | $218.69 | $218.69 |
| 5617 | Schedule No.5617-420-000 to MLA No.5617 | $1,383.69 | $1,200.47 | $1,200.47 | $1,200.47 |
| 5617 | Schedule No.5617-421-000 to MLA No.5617 | $7,092.97 | $5,605.21 | $5,605.21 | $5,605.21 |
| 5617 | Schedule No.5617-422-000 to MLA No.5617 | $4,336.44 | $3,981.10 | $3,981.10 | $3,981.10 |
| 5617 | Schedule No.5617-423-000 to MLA No.5617 | $0.00 | $5,225.52 | $3,753.56 | $3,753.56 |
| 5617 | Schedule No.5617-424-000 to MLA No.5617 | $0.00 | $628.05 | $498.02 | $498.02 |
| 5617 | Schedule No.5617-425-000 to MLA No.5617 | $91.99 | $86.61 | $86.61 | $86.61 |
| 5617 | Schedule No.5617-426-000 to MLA No.5617 | $108.58 | $103.20 | $103.20 | $103.20 |
| 5617 | Schedule No.5617-427-000 to MLA No.5617 | $0.00 | $0.00 | $0.00 | $3,851.37 |
| | TOTAL: | $271,358.03 | $1,029,375.73 | $1,028,018.46 | $1,031,869.83 |