# Contract Notices



User: n95B90q9

**My Contracts**    **Documents & Links**

## Supplier Details

Supplier Name: **Cisco Systems Capital**

Vendor Master ID: **5716-00014**

Contract Cure Amount: Click here to view Contract Cure Amount Details

# of Contracts: **1**

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Sta |
|---|---|---|---|---|---|
| 5716-00014230 | | | Cisco Systems Capital | Agreement | Noticed |

**Important Notices:**

Hover mouse cursor here for Contract Status Legend

All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into an or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory natur contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case ma referenced in such purchase order.

Home    Logout

June 11, 2009 @ 05:14:12 PM

Copyright ©2009 AlixPartners, LLP

# Contract Notices

User: n95B90q9



My Contracts    Documents & Links

## Supplier Details

Vendor Master ID: **5716-00014**

14230

Supplier Name: **Cisco Systems Capital**

Contract Cure Amount:

# of Contracts: **1**

Click here to view Contracts

### Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount |
|---|---|---|---|---|---|

**Important Notices:**

All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into an referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case ma or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory natur contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout

June 11, 2009 @ 02:50:41 PM

Copyright ©2009 AlixPartners, LLP