**Exhibit A**

**GM A/R Balance Through June 7, 2009**

|  | Total A/R | Comments |
|---|---|---|
| Pre-petition Billed | $168,427.39 | All Billed Items through 5/31/2009 |
| May Post- Petition Unbilled | $    60,903.00 | Unbilled IMPAC work for May 2009 |
| June Post- Petition Unbilled | $    20,325.75 | Estimated Billing for June 1 - June 7 2009 |
| **Total Balance** | **$    249,656.14** | |

| Sales Terr | Customer Nu | Customer Name | Document Number | Document Type | Document D | Month billed | Original Trx Am | Current Trx A | Aging Bucket |
|---|---|---|---|---|---|---|---|---|---|
| 1267-IT | 0100415115 | GENERAL MOTORS CORPORATION | 9000000586448 | Payments | 7/2/2008 | | ($561.00) | ($110.00) | 270 and Over |
| 1267-IT | 0100415115 | GENERAL MOTORS CORPORATION | 1092594 | Sales / Invoices | 1/8/2009 | December-09 | $374.00 | $374.00 | 121 - 269 Days |
| 1267-IT | 0100415126 | GENERAL MOTORS CORPORATION | 9000000670793 | Payments | 1/21/2009 | | ($99.00) | ($99.00) | 121 - 269 Days |
| 1267-IT | 0100415115 | GENERAL MOTORS CORPORATION | 1107839 | Sales / Invoices | 2/12/2009 | January-09 | $742.50 | $742.50 | 91 - 120 Days |
| 1267-IT | 0100415115 | GENERAL MOTORS CORPORATION | 1114651 | Sales / Invoices | 3/4/2009 | February-09 | $803.00 | $803.00 | 91 - 120 Days |
| 1267-IT | 0100415120 | GM FINANCIAL SHARED SERVICES A | 1114652 | Sales / Invoices | 3/4/2009 | February-09 | $49.50 | $49.50 | 91 - 120 Days |
| 1267-IT | 0100415128 | GM FINANCIAL SHARED SERVICES A | 1114654 | Sales / Invoices | 3/4/2009 | February-09 | $16.50 | $16.50 | 91 - 120 Days |
| 1267-IT | 0100415114 | GM FINANCIAL SHARED SERVICES A | 1133608 | Sales / Invoices | 4/9/2009 | March-09 | $2,733.50 | $2,733.50 | 61 - 90 Days |
| 1267-IT | 0100415115 | GENERAL MOTORS CORPORATION | 1133609 | Sales / Invoices | 4/9/2009 | March-09 | $786.50 | $786.50 | 61 - 90 Days |
| 1267-IT | 0100415120 | GM FINANCIAL SHARED SERVICES A | 1133610 | Sales / Invoices | 4/9/2009 | March-09 | $33.00 | $33.00 | 61 - 90 Days |
| 1267-IT | 0100415125 | GENERAL MOTORS CORPORATION | 1133611 | Sales / Invoices | 4/9/2009 | March-09 | $2,002.00 | $2,002.00 | 61 - 90 Days |
| 1267-IT | 0100415128 | GM FINANCIAL SHARED SERVICES A | 1133612 | Sales / Invoices | 4/9/2009 | March-09 | $71.50 | $71.50 | 61 - 90 Days |
| 1267-IT | 0100416765 | GM FINANCIAL SHARED SERVICES A | 1133614 | Sales / Invoices | 4/9/2009 | March-09 | $5.50 | $5.50 | 61 - 90 Days |
| 1267-IT | 0126703959 | GM FINANCIAL SHARED SERVICES A | 1133616 | Sales / Invoices | 4/9/2009 | March-09 | $56,458.60 | $56,458.60 | 61 - 90 Days |
| 1267-IT | 0100415114 | GM FINANCIAL SHARED SERVICES A | 1147069 | Sales / Invoices | 5/12/2009 | April-09 | $1,006.50 | $1,006.50 | Current |
| 1267-IT | 0100415115 | GENERAL MOTORS CORPORATION | 1147070 | Sales / Invoices | 5/12/2009 | April-09 | $610.50 | $610.50 | Current |
| 1267-IT | 0100415120 | GM FINANCIAL SHARED SERVICES A | 1147071_1 | Sales / Invoices | 5/12/2009 | April-09 | $187.00 | $187.00 | Current |
| 1267-IT | 0100415125 | GENERAL MOTORS CORPORATION | 1147073 | Sales / Invoices | 5/12/2009 | April-09 | $2,321.00 | $2,321.00 | Current |
| 1267-IT | 0100415128 | GM FINANCIAL SHARED SERVICES A | 1147074 | Sales / Invoices | 5/12/2009 | April-09 | $33.00 | $33.00 | Current |
| 1267-IT | 0126703959 | GM FINANCIAL SHARED SERVICES A | 1147076 | Sales / Invoices | 5/12/2009 | April-09 | $56,237.54 | $56,237.54 | Current |
| 1267-IT | 0100415262 | PONTIAC EAST ASSEMBLY | 1147075 | Sales / Invoices | 5/12/2009 | April-09 | $55.00 | $55.00 | Current |
| | | | Total | | | | | $124,317.64 | |

| Sales Ter | Customer Nur | Customer Name | Document | Document Type | Document D | Month Billed | Original Trx An | Current Trx An | Aging Bucket |
|---|---|---|---|---|---|---|---|---|---|
| 6532-IT | 1000004551 | GM FSS ABP | 1141439 | Sales / Invoices | 4/30/2009 | March | $2,703.75 | $2,703.75 | 31 - 60 Days |
| 6532-IT | 1000004551 | GM FSS ABP | 1141441 | Sales / Invoices | 4/30/2009 | April | $20,703.00 | $20,703.00 | 31 - 60 Days |
| 6532-IT | 1000004551 | GM FSS ABP | 1157308 | Sales / Invoices | 6/4/2009 | May | $20,703.00 | $20,703.00 | Current |
| | | | | | | | | **$44,109.75** | |

| Batch ID | Temporary ID | Customer Number | Job Number | Temp Last Name |
|---|---|---|---|---|
| M9191267KM1 | 382368076 | 0100415114 | 0001099387 | VASCASSENNO |
| M9201267KM1 | 382368076 | 0100415114 | 0001099387 | VASCASSENNO |
| M9211267KM1 | 382768358 | 0100415114 | 0001099370 | RISSMAN |
| M9211267KM1 | 382368076 | 0100415114 | 0001099387 | VASCASSENNO |
| M9221267KM1 | 382368076 | 0100415114 | 0001099387 | VASCASSENNO |
| M9221267KM1 | 382768358 | 0100415114 | 0001099370 | RISSMAN |
| M9191267KM1 | 382768358 | 0100415115 | 0001099371 | RISSMAN |
| M9191267KM1 | 382368076 | 0100415115 | 0001099389 | VASCASSENNO |
| M9201267KM1 | 382368076 | 0100415115 | 0001099389 | VASCASSENNO |
| M9211267KM1 | 382768358 | 0100415115 | 0001099371 | RISSMAN |
| M9211267KM1 | 382368076 | 0100415115 | 0001099389 | VASCASSENNO |
| M9221267KM1 | 382368076 | 0100415115 | 0001099389 | VASCASSENNO |
| M9221267KM1 | 382768358 | 0100415115 | 0001099371 | RISSMAN |
| M9191267KM1 | 382768358 | 0100415120 | 0001099375 | RISSMAN |
| M9211267KM1 | 382768358 | 0100415120 | 0001099375 | RISSMAN |
| M9191267KM1 | 382768358 | 0100415125 | 0001099380 | RISSMAN |
| M9211267KM1 | 382768358 | 0100415125 | 0001099380 | RISSMAN |
| M9221267KM1 | 382368076 | 0100415125 | 0001099398 | VASCASSENNO |
| M9221267KM1 | 382768358 | 0100415125 | 0001099380 | RISSMAN |
| M9231267KM1 | 382368076 | 0100415125 | 0001099398 | VASCASSENNO |
| M9231267KM1 | 382768358 | 0100415125 | 0001099380 | RISSMAN |
| M9191267KM1 | 382768358 | 0100415128 | 0001099383 | RISSMAN |
| M9201267KM1 | 382368076 | 0100415128 | 0001099401 | VASCASSENNO |
| M9211267KM1 | 382768358 | 0100415128 | 0001099383 | RISSMAN |
| M9221267KM1 | 382768358 | 0100415128 | 0001099383 | RISSMAN |
| M9221267KM1 | 382768358 | 0100415262 | 0001100303 | RISSMAN |
| M9231267KM1 | 382768358 | 0100416707 | 0001126516 | RISSMAN |
| E091912670001 | 368746509 | 0126703959 | 0000653518 | GRANT |
| E091912670001 | 370863165 | 0126703959 | 0000653519 | JONES |
| E091912670001 | 380969400 | 0126703959 | 0000654439 | STROTHER |
| E091912670001 | 393066987 | 0126703959 | 0000657723 | ABDULAHAD KANDALA |
| E091912670001 | 362963357 | 0126703959 | 0001084124 | WOJNAROSKI |
| E091912670001 | 362946079 | 0126703959 | 0001118079 | KOMOREK |
| E091912670001 | 374606923 | 0126703959 | 0001120226 | WATERLOO |
| E092012670001 | 368746509 | 0126703959 | 0000653518 | GRANT |
| E092012670001 | 370863165 | 0126703959 | 0000653519 | JONES |
| E092012670001 | 380969400 | 0126703959 | 0000654439 | STROTHER |
| E092012670001 | 393066987 | 0126703959 | 0000657723 | ABDULAHAD KANDALA |
| E092012670001 | 362963357 | 0126703959 | 0001084124 | WOJNAROSKI |
| E092012670001 | 362946079 | 0126703959 | 0001118079 | KOMOREK |
| E092012670001 | 374606923 | 0126703959 | 0001120226 | WATERLOO |
| E092112670001 | 368746509 | 0126703959 | 0000653518 | GRANT |
| E092112670001 | 370863165 | 0126703959 | 0000653519 | JONES |
| E092112670001 | 380969400 | 0126703959 | 0000654439 | STROTHER |
| E092112670001 | 393066987 | 0126703959 | 0000657723 | ABDULAHAD KANDALA |
| E092112670001 | 362963357 | 0126703959 | 0001084124 | WOJNAROSKI |
| E092112670001 | 362946079 | 0126703959 | 0001118079 | KOMOREK |
| E092112670001 | 374606923 | 0126703959 | 0001120226 | WATERLOO |
| E092212670001 | 368746509 | 0126703959 | 0000653518 | GRANT |
| E092212670001 | 368746509 | 0126703959 | 0000653518 | GRANT |
| E092212670001 | 370863165 | 0126703959 | 0000653519 | JONES |

| | | | | |
|---|---|---|---|---|
| E092212670001 | 370863165 | 0126703959 | 0000653519 | JONES |
| E092212670001 | 380969400 | 0126703959 | 0000654439 | STROTHER |
| E092212670001 | 393066987 | 0126703959 | 0000657723 | ABDULAHAD KANDALA |
| E092212670001 | 362963357 | 0126703959 | 0001084124 | WOJNAROSKI |
| E092212670001 | 362946079 | 0126703959 | 0001118079 | KOMOREK |
| E092212670001 | 362946079 | 0126703959 | 0001118079 | KOMOREK |
| E092212670001 | 362946079 | 0126703959 | 0001118079 | KOMOREK |
| E092212670001 | 374606923 | 0126703959 | 0001120226 | WATERLOO |
| E092312670001 | 368746509 | 0126703959 | 0000653518 | GRANT |
| E092312670001 | 368746509 | 0126703959 | 0000653518 | GRANT |
| E092312670001 | 370863165 | 0126703959 | 0000653519 | JONES |
| E092312670001 | 370863165 | 0126703959 | 0000653519 | JONES |
| E092312670001 | 380969400 | 0126703959 | 0000654439 | STROTHER |
| E092312670001 | 380969400 | 0126703959 | 0000654439 | STROTHER |
| E092312670001 | 393066987 | 0126703959 | 0000657723 | ABDULAHAD KANDALA |
| E092312670001 | 393066987 | 0126703959 | 0000657723 | ABDULAHAD KANDALA |
| E092312670001 | 362963357 | 0126703959 | 0001084124 | WOJNAROSKI |
| E092312670001 | 362963357 | 0126703959 | 0001084124 | WOJNAROSKI |
| E092312670001 | 362946079 | 0126703959 | 0001118079 | KOMOREK |
| E092312670001 | 362946079 | 0126703959 | 0001118079 | KOMOREK |
| E092312670001 | 362946079 | 0126703959 | 0001118079 | KOMOREK |
| E092312670001 | 374606923 | 0126703959 | 0001120226 | WATERLOO |
| E092312670001 | 374606923 | 0126703959 | 0001120226 | WATERLOO |
| M9191267KM1 | 382768358 | 0126703959 | 0001087307 | RISSMAN |
| M9201267KM1 | 382768358 | 0126703959 | 0001087307 | RISSMAN |
| M9211267KM1 | 382768358 | 0126703959 | 0001087307 | RISSMAN |
| M9221267KM1 | 382368076 | 0126703959 | 0001086388 | VASCASSENNO |
| M9221267KM1 | 382768358 | 0126703959 | 0001087307 | RISSMAN |
| M9231267KM1 | 382768358 | 0126703959 | 0001087307 | RISSMAN |
| Total May IMPAC Variable Charges | | | | |
| Total MAY Fixed Price Bill | | | | |

| Purchase Order Number (Job) | Date | Hours Worked | Pay Amount | Total Fee | PAM Time Billed |
|---|---|---|---|---|---|
| TCB01800/PFR29746 | 5/3/2009 | 5.7 | $126.64 | $209.00 | 9.5 |
| TCB01800/PFR29746 | 5/10/2009 | 5.25 | $116.64 | $192.50 | 8.75 |
| TCB01800/PFR29746 | 5/17/2009 | 0.6 | $14.57 | $22.00 | 1 |
| TCB01800/PFR29746 | 5/17/2009 | 6.9 | $153.30 | $253.00 | 11.5 |
| TCB01800/PFR29746 | 5/24/2009 | 0.45 | $10.00 | $16.50 | 0.75 |
| TCB01800/PFR29746 | 5/24/2009 | 0.75 | $18.21 | $27.50 | 1.25 |
| OSB04661 02 | 5/3/2009 | 10.05 | $244.05 | $368.50 | 16.75 |
| OSB04661 02 | 5/3/2009 | 3.15 | $69.98 | $115.50 | 5.25 |
| OSB04661 02 | 5/10/2009 | 3.6 | $79.98 | $132.00 | 6 |
| OSB04661 02 | 5/17/2009 | 1.8 | $43.71 | $66.00 | 3 |
| OSB04661 02 | 5/17/2009 | 0.6 | $13.33 | $22.00 | 1 |
| OSB04661 02 | 5/24/2009 | 1.2 | $26.66 | $44.00 | 2 |
| OSB04661 02 | 5/24/2009 | 0.75 | $18.21 | $27.50 | 1.25 |
| TCB01800/GMR80680 | 5/3/2009 | 0.9 | $21.86 | $33.00 | 1.5 |
| TCB01800/GMR80680 | 5/17/2009 | 0.15 | $3.64 | $5.50 | 0.25 |
| K537864 | 5/3/2009 | 10.35 | $251.33 | $379.50 | 17.25 |
| K537864 | 5/17/2009 | 19.5 | $473.53 | $715.00 | 32.5 |
| K537864 | 5/24/2009 | 11.7 | $259.94 | $429.00 | 19.5 |
| K537864 | 5/24/2009 | 16.95 | $411.60 | $621.50 | 28.25 |
| K537864 | 5/31/2009 | 12.6 | $279.93 | $462.00 | 21 |
| K537864 | 5/31/2009 | 18 | $437.10 | $660.00 | 30 |
| TCB01800/MRR23814 | 5/3/2009 | 0.45 | $10.93 | $16.50 | 0.75 |
| TCB01800 | 5/10/2009 | 0.45 | $10.00 | $16.50 | 0.75 |
| TCB01800/MRR23814 | 5/17/2009 | 0.15 | $3.64 | $5.50 | 0.25 |
| TCB01800/MRR23814 | 5/24/2009 | 0.6 | $14.57 | $22.00 | 1 |
| TCB01800 | 5/24/2009 | 0.75 | $18.21 | $27.50 | 1.25 |
| TCB01800 | 5/31/2009 | 4.8 | $113.68 | $0.00 | 0 |
| TCB01800 | 5/3/2009 | 24 | $741.60 | $0.40 | 40 |
| TCB01800 | 5/3/2009 | 24 | $741.60 | $0.40 | 40 |
| TCB01800 | 5/3/2009 | 24 | $643.20 | $0.40 | 40 |
| TCB01800 | 5/3/2009 | 24 | $607.60 | $0.40 | 40 |
| TCB01800 | 5/3/2009 | 24 | $725.20 | $0.40 | 40 |
| TCB01800 | 5/3/2009 | 24 | $694.80 | $0.40 | 40 |
| TCB01800 | 5/3/2009 | 24 | $615.20 | $0.40 | 40 |
| TCB01800 | 5/10/2009 | 24 | $741.60 | $0.40 | 40 |
| TCB01800 | 5/10/2009 | 24 | $741.60 | $0.40 | 40 |
| TCB01800 | 5/10/2009 | 24 | $643.20 | $0.40 | 40 |
| TCB01800 | 5/10/2009 | 24 | $607.60 | $0.40 | 40 |
| TCB01800 | 5/10/2009 | 24 | $725.20 | $0.40 | 40 |
| TCB01800 | 5/10/2009 | 24 | $694.80 | $0.40 | 40 |
| TCB01800 | 5/10/2009 | 24 | $615.20 | $0.40 | 40 |
| TCB01800 | 5/17/2009 | 24 | $741.60 | $0.40 | 40 |
| TCB01800 | 5/17/2009 | 24 | $741.60 | $0.40 | 40 |
| TCB01800 | 5/17/2009 | 24 | $643.20 | $0.40 | 40 |
| TCB01800 | 5/17/2009 | 24 | $607.60 | $0.40 | 40 |
| TCB01800 | 5/17/2009 | 24 | $725.20 | $0.40 | 40 |
| TCB01800 | 5/17/2009 | 24 | $694.80 | $0.40 | 40 |
| TCB01800 | 5/17/2009 | 24 | $615.20 | $0.40 | 40 |
| TCB01800 | 5/24/2009 | 19.2 | $593.28 | $0.32 | 32 |
| TCB01800 | 5/24/2009 | 4.8 | $148.32 | $0.00 | 0 |
| TCB01800 | 5/24/2009 | 19.2 | $593.28 | $0.32 | 32 |

| | | | | | |
|---|---|---|---|---|---|
| TCB01800 | 5/24/2009 | 4.8 | $148.32 | $0.00 | 0 |
| TCB01800 | 5/24/2009 | 24 | $643.20 | $0.40 | 40 |
| TCB01800 | 5/24/2009 | 24 | $607.60 | $0.40 | 40 |
| TCB01800 | 5/24/2009 | 24 | $725.20 | $0.40 | 40 |
| TCB01800 | 5/24/2009 | 9.6 | $277.92 | $0.16 | 16 |
| TCB01800 | 5/24/2009 | 9.6 | $277.92 | $0.00 | 0 |
| TCB01800 | 5/24/2009 | 4.8 | $138.96 | $0.00 | 0 |
| TCB01800 | 5/24/2009 | 24 | $615.20 | $0.40 | 40 |
| TCB01800 | 5/31/2009 | 19.2 | $593.28 | $0.32 | 32 |
| TCB01800 | 5/31/2009 | 4.8 | $148.32 | $0.00 | 0 |
| TCB01800 | 5/31/2009 | 22.8 | $704.52 | $0.38 | 38 |
| TCB01800 | 5/31/2009 | 4.8 | $148.32 | $0.00 | 0 |
| TCB01800 | 5/31/2009 | 19.2 | $514.56 | $0.32 | 32 |
| TCB01800 | 5/31/2009 | 4.8 | $128.64 | $0.00 | 0 |
| TCB01800 | 5/31/2009 | 19.2 | $486.08 | $0.32 | 32 |
| TCB01800 | 5/31/2009 | 4.8 | $121.52 | $0.00 | 0 |
| TCB01800 | 5/31/2009 | 19.2 | $580.16 | $0.32 | 32 |
| TCB01800 | 5/31/2009 | 4.8 | $145.04 | $0.00 | 0 |
| TCB01800 | 5/31/2009 | 9.6 | $277.92 | $0.16 | 16 |
| TCB01800 | 5/31/2009 | 4.8 | $138.96 | $0.00 | 0 |
| TCB01800 | 5/31/2009 | 9.6 | $277.92 | $0.00 | 0 |
| TCB01800 | 5/31/2009 | 19.2 | $492.16 | $0.32 | 32 |
| TCB01800 | 5/31/2009 | 4.8 | $123.04 | $0.00 | 0 |
| TCB01800 | 5/3/2009 | 2.25 | $54.64 | $0.04 | 3.75 |
| TCB01800 | 5/10/2009 | 24 | $582.80 | $0.40 | 40 |
| TCB01800 | 5/17/2009 | 1.8 | $43.71 | $0.03 | 3 |
| TCB01800 | 5/24/2009 | 0.15 | $3.33 | $0.00 | 0.25 |
| TCB01800 | 5/24/2009 | 4.2 | $101.99 | $0.07 | 7 |
| TCB01800 | 5/31/2009 | 1.2 | $29.14 | $0.02 | 2 |
| | | | | $4,903.00 | |
| | | | | $56,000.00 | |

| Pay Type ID | Invoice Adjustment | Invoice Number | Invoice Format ID | Invoice Frequency |
|---|---|---|---|---|
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| 004 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |
| 005 | No | | 0055 | Special Billing |
| ST1 | No | | 0055 | Special Billing |

| 005 | No | 0055 | Special Billing |
|-----|----|------|-----------------|
| ST1 | No | 0055 | Special Billing |
| ST1 | No | 0055 | Special Billing |
| ST1 | No | 0055 | Special Billing |
| ST1 | No | 0055 | Special Billing |
| 005 | No | 0055 | Special Billing |
| 006 | No | 0055 | Special Billing |
| ST1 | No | 0055 | Special Billing |
| ST1 | No | 0055 | Special Billing |
| 004 | No | 0055 | Special Billing |
| ST1 | No | 0055 | Special Billing |
| 004 | No | 0055 | Special Billing |
| ST1 | No | 0055 | Special Billing |
| 004 | No | 0055 | Special Billing |
| ST1 | No | 0055 | Special Billing |
| 004 | No | 0055 | Special Billing |
| ST1 | No | 0055 | Special Billing |
| 004 | No | 0055 | Special Billing |
| ST1 | No | 0055 | Special Billing |
| 004 | No | 0055 | Special Billing |
| 005 | No | 0055 | Special Billing |
| ST1 | No | 0055 | Special Billing |
| 004 | No | 0055 | Special Billing |
| ST1 | No | 0055 | Special Billing |
| ST1 | No | 0055 | Special Billing |
| ST1 | No | 0055 | Special Billing |
| ST1 | No | 0055 | Special Billing |
| ST1 | No | 0055 | Special Billing |
| ST1 | No | 0055 | Special Billing |

| Customer Name | Purchase Order Number | Office ID | Department |
|---|---|---|---|
| GM FINANCIAL SHARED SERVICES A | TCB01800/PFR29746 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800/PFR29746 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800/PFR29746 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800/PFR29746 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800/PFR29746 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800/PFR29746 | 1267 | |
| GENERAL MOTORS CORPORATION | OSB04661 02 | 1267 | |
| GENERAL MOTORS CORPORATION | OSB04661 02 | 1267 | |
| GENERAL MOTORS CORPORATION | OSB04661 02 | 1267 | |
| GENERAL MOTORS CORPORATION | OSB04661 02 | 1267 | |
| GENERAL MOTORS CORPORATION | OSB04661 02 | 1267 | |
| GENERAL MOTORS CORPORATION | OSB04661 02 | 1267 | |
| GENERAL MOTORS CORPORATION | OSB04661 02 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800/GMR80680 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800/GMR80680 | 1267 | |
| GENERAL MOTORS CORPORATION | K537864 | 1267 | |
| GENERAL MOTORS CORPORATION | K537864 | 1267 | |
| GENERAL MOTORS CORPORATION | K537864 | 1267 | |
| GENERAL MOTORS CORPORATION | K537864 | 1267 | |
| GENERAL MOTORS CORPORATION | K537864 | 1267 | |
| GENERAL MOTORS CORPORATION | K537864 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800/MRR23814 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800/MRR23814 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800/MRR23814 | 1267 | |
| PONTIAC EAST ASSEMBLY | TCB01800 | 1267 | |
| GENERAL MOTORS WARREN POWERTRA | TCB01800 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 | |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 | |

| | | |
|---|---|---|
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |
| GM FINANCIAL SHARED SERVICES A | TCB01800 | 1267 |

| **GM Business** | |
| --- | --- |
| **Unbilled Estimate for June** | |
| | **Customer Balance** |
| Impac Est. unbilled AR w/e 6/7/09 - Fixed | $14,000.00 |
| Impac Est. unbilled AR w/e 6/7/09 - Variable | $1,150.00 |
| Onstar Est. unbilled AR w/e 6/7/09 | $5,175.75 |