Benjamin P. Deutsch (BD-5435)
SCHNADER HARRISON SEGAL & LEWIS, LLP
*Attorneys for Creditor New United Motor Manufacturing, Inc.*
140 Broadway Suite 3100
New York, NY 10005-1101
Telephone: (212) 973-8000
Facsimile: (212) 972-8798

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
In re:                                              :   Chapter 11
                                                    :
    GENERAL MOTORS CORPORATION,                     :   Case No. 09-50026 (REG)
                                                    :
                         Debtors.                   :
-----------------------------------------------------------------X

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, I, Benjamin P. Deutsch, am a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

|  |  |
|---|---|
| Applicant's Name: | George H. Kalikman |
| Firm Name: | Schnader Harrison Segal & Lewis LLP |
| Address: | One Montgomery Street, Suite 2200 |
|  | San Francisco, CA 94104-5501 |
| Phone Number: | (415) 364-6734 |
| Fax Number: | (415) 364-6785 |
| Email: | gkalikman@schnader.com |

George H. Kalikman is a member in good standing of the Bars of New Jersey, Pennsylvania and California as well as in the United States District Courts for the Northern, Eastern, Central and Southern Districts of California, United States District Court for the Eastern District of Pennsylvania, United States District Court for the District of New Jersey, United

States Courts of Appeals for the Third and Ninth Circuit, and the United States Supreme Court, and respectfully requests admission from this Court to practice, *pro hac vice*, to represent creditor New United Motor Manufacturing, Inc., in the above-captioned bankruptcy case pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

There are no pending disciplinary proceedings against George H. Kalikman in any state or federal court.

Dated: June 15, 2009
       New York, New York

                             Respectfully submitted:

                             SCHNADER HARRISON SEGAL & LEWIS LLP

                             By: /s/ Benjamin P. Deutsch
                                Benjamin P. Deutsch (BD-5435)
                                bdeutsch@schnader.com
                             140 Broadway, Suite 3100
                             New York, New York 10005-1101
                             Telephone: (212) 973-8000
                             Facsimile: (212) 972-8798

                             *Attorneys for Creditor New United Motor*
                             *Manufacturing, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                  :
In re:                                            :    Chapter 11
                                                  :
      GENERAL MOTORS CORPORATION,        :    Case No. 09-50026 (REG)
                                                  :
                                Debtors.        :
------------------------------------------------------------------------X

## ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE

Upon consideration of the foregoing Motion for Admission *Pro Hac* Vice, it is hereby

ORDERED, that George H. Kalikman, Esq., is admitted to practice, *pro hac vice*, in the above-captioned bankruptcy cases, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       June _____, 2009

                                              _____
                                              The Honorable Robert E. Gerber
                                              United States Bankruptcy Judge