SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York  10022
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179
Fredric Sosnick (FS-3326)
Jil Frizzley (JF-8724)

Attorneys for American Axle Manufacturing Holdings, Inc. and its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
: 
: 
**In re:**                                              :    **Chapter 11**
: 
**GENERAL MOTORS CORP.,** *et al.,*      :    **Case No. 09 – 50026 (REG)**
: 
                    Debtors.                         :    **(Jointly Administered)**
: 
: 
: 
------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                              )   ss.:
COUNTY OF NEW YORK      )

Jennifer C. Lin, being duly sworn, deposes and says, under the penalty of perjury:

1. I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

NYDOCS03/887426.3

2. On June 11, 2009, I caused true and correct copies of the, "**Notice of Appearance and Demand for Service of Papers**" to be served electronically to the parties requesting electronic notification and via first class mail to the parties on the service list annexed hereto as, "Exhibit A."

3. On June 15, 2009, I caused true and correct copies of the, "**Notice of Appearance and Demand for Service of Papers**" to be served via first class mail to the parties on the service list annexed hereto as, "Exhibit B."

/s/ Jennifer C. Lin\_\_\_
Jennifer C. Lin

SWORN TO AND SUBSCRIBED before me on this 15th day of June, 2009.

/s/ John Pappano\_\_\_\_
John Pappano
Notary Public, State of New York
No. 01PA6184999
Qualified in New York County
Commission Expires April 14, 2012

NYDOCS03/887426.3

**Exhibit A**

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller, Stephen Karotkin
and Joseph H. Smolinsky
767 Fifth Avenue
New York, NY 10153

Al Koch
AP Services, LLC, an affiliate of
AlixPartners, LLP
2000 Town Center
Suite 2400
Southfield, MI 48075

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

**Exhibit B**

Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer, Kenneth H.
Eckstein and Gordon A. Novod
1177 Avenue of the Americas
New York, NY 10036

NYDOCS03/887426.3