UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____/

IN RE:  GENERAL MOTORS CORP., et al,             Chapter 11

    Debtors.                                         File No. 09-50026 (REG)

                                                 Jointly Administered
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2009, my assistant, Laura Kimmell, mailed via Federal Express overnight mail Objection of Creditor Convention & Show Services, Inc. to Debtors' Motion to Assume and Assign Certain Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property Relating to Cure Amount, Only to the following:

General Motors Corporation
Cadillac Building
30009 Van Dyke
Warren, MI  48090-9025
Attn: Warren Command Center:
 Mail Code 480-206-114

Weil Gotshal & Manges, LLC
767 Fifth Avenue
New York, NY  10153
Attn: Harvey R. Miller, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC  20220
Attn: Matthew Feldman, Esq.

Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi, Esq.

Kramer Levis Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY  10036
Attn: Gordon Z. Novod, Esq.

Vedder Price PC
1633 Broadway
47th Floor
New York, NY  10019
Attn: Michael J. Edelman, Esq.

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York NY  10004
Attn: Diana G. Adams, Esq.

Under penalty of perjury, I hereby declare that the statement above is true to the best of my knowledge, information and belief.

    Respectfully submitted,

**SULLIVAN, WARD,**
 **ASHER & PATTON, P.C.**


By:   _/s/ David J. Selwocki_____
     David J. Selwocki (DS1018)
     Attorney for Creditor Convention
      & Show Services, Inc.
     1000 Maccabees Center
     25800 Northwestern Highway
     Southfield, MI  48075-1000
     Telephone:  (248) 746-0700
     Facsimile:  (248) 746-2760
     dselwocki@swappc.com

Dated:  June 12, 2009
W0769484