# **EXHIBIT A**

## Details of Invoices appearing in Contract Notices (www.contractnotices.com)

| Invoice No | Invoice Date | Amount ($) | Geography | Service Description | Status | PO |
|---|---|---|---|---|---|---|
| CAE030901 | 31-Mar-09 | 443,792.80 | NA | CAE Onsite and Offshore - Mar 09 | Cure Amount | TCR19606 |
| CAL030901 | 31-Mar-09 | 57,706.00 | NA | Calibration Onsite and Offshore - Mar 09 | Cure Amount | TCR19563 |
| MDB030901 | 31-Mar-09 | 3,678.40 | NA | Materials Offshore - Mar 09 | Cure Amount | TCR19395 |
| CAE040901 | 30-Apr-09 | 415,011.20 | NA | CAE Onsite and Offshore - Apr 09 | Cure Amount | TCR19606 |
| STC040901 | 30-Apr-09 | 67,032.00 | NA | Tolerance Stack Offshore - Apr 09 | Cure Amount | TCR16567 |
| CAL040901 | 30-Apr-09 | 63,224.00 | NA | Calibration Onsite and Offshore - Apr 09 | Cure Amount | TCR19563 |
| Sum of Cure Amount | | 1,050,444.40 | | | | |