# **EXHIBIT B**

| Details of Invoices not appearing in Cure Amount |
|---|---|---|---|---|---|

| Invoice No | Service Month | Amount ($) | Geography | Service Description | PO |
|---|---|---|---|---|---|
| CAE050901 | May 2009 | 411,918.40 | NA | CAE Onsite and Offshore - May 09 | TCR19606 |
| CAL050901 | May 2009 | 56,850.00 | NA | Calibration Onsite and Offshore - May 09 | TCR19563 |
| MDB040902 | April 2009 | 3,663.20 | NA | Materials Offshore - April 09 | TCR19395 |
| MDB050902 | May 2009 | 3,470.40 | NA | Materials Offshore - May 09 | TCR19395 |
| STC050901 | May 2009 | 67,032.00 | NA | Tolerance Stack Offshore - May 09 | TCR16567 |
| Total | | 542,934.00 | | | |



# TATA CONSULTANCY SERVICES
A division of Tata Sons Limited
SALARPURIA GR TECH PARK  NO 69/2 MAHADEVAPURA, KR PURAM
BANGALORE 560 066

**GM FSS ABP**
PO BOX 63490
Phoenix, AZ
85082-3490

| | | | |
|---|---|---|---|
| **Attention** | Dr Paul Crepeau | **Invoice No.** | MDB040902 |
| **GM PO #** | TCB 06498 | **Date** | 02-JUN-2009 |
| **Release #** | TCR19395 | **Vendor #** | 11-388-6068 |

Invoice for Materials Data Base Support rendered by our personnel in April 2009

**Description**

| Seq # | Classification | Hrs | Rate/Hr | Amount |
|---|---|---|---|---|
| 00005 | 1431-009P | 152 | $ 14.10 | $ 2,143.20 |
| 00017 | 1432-00J7 | 152 | $ 10.00 | $ 1,520.00 |
| | | | **TOTAL** | **$ 3,663.20** |

Total Amount Payable:

**US Dollars Three Thousand Six Hundred Sixty Three and 20/100 Only**

Please make checks/ACH/EFT payable to Tata Consultancy Services Limited & mail-Checks to
Tata Consultancy Services Ltd.
379 Thornall St. 4th Floor
Edison, NJ 08837

**TATA CONSULTANCY SERVICES LIMITED**

**TATA CONSULTANCY SERVICES** 
A division of Tata Sons Limited
379 Thornal Street,
4th Floor, Edison
New Jersey 08837
Tel : 732-321-9053   Fax : 732-321-9269

**GM FSS ABP**
PO BOX 63490
Phoenix, AZ
85082-3490

**Blanket PO #** TCB08713               **Invoice No.**   CAE050901
**Release #** TCR19606                  **Date**          02-JUN-2009
**Vendor #** 11-388-6068

**Invoice for the analysis support work rendered by our personnel**
**Description**

| Seq # | Classification | Hrs  | Rate/Hr | Amount      |
|-------|----------------|------|---------|-------------|
| 5     | 1431-009P      | 312  | $14.20  | $4,430.40   |
| 1     | 1431-009N      | 7592 | $17.40  | $132,100.80 |
| 3     | 1431-009V      | 1832 | $20.60  | $37,739.20  |
| 17    | 1432-00HN      | 9424 | $17.00  | $160,208.00 |
| 18    | 1432-00J7      | 312  | $10.00  | $3,120.00   |
| 15    | 1431-00A9      | 1240 | $54.00  | $66,960.00  |
| 7     | 1431-009Y      | 320  | $23.00  | $7,360.00   |
|       | **TOTAL**      |      |         | **$411,918.40** |

Total Amount Payable:
**US Dollars Four Hundred Eleven Thousand Nine Hundred Eighteen and 40/100**

Please make checks/ACH/EFT payable to Tata Consultancy Services Limited & mail-
Checks to
Tata Consultancy Services Ltd.
379 Thornall St. 4th Floor
Edison, NJ 08837

**TATA CONSULTANCY SERVICES LIMITED**

**TATA CONSULTANCY SERVICES**
A division of Tata Sons Limited
SALARPURIA GR TECH PARK  NO 69/2 MAHADEVAPURA, KR PURAM
BANGALORE 560 066



**GM FSS ABP**
PO BOX 63490
Phoenix, AZ
85082-3490

| | | | |
|---|---|---|---|
| **Attention** | Dr. Jayaraman Sivakumar | **Invoice No.** | STC050901 |
| **GM PO #** | TCB 06498 | **Date** | 02-JUN-2009 |
| **Release #** | TCR 16567 | **Vendor #** | 11-388-6068 |

**Invoice for Tolerance Stack Analysis rendered by our personnel (Timesheets on Page 2)**

| Item Seq | ItemID | Hrs | Rate/Hr | Amount |
|---|---|---|---|---|
| 80 | 1415-00A2 | 3192 | $14.00 | $44,688.00 |
| 102 | 1415-0091 | 3192 | $7.00 | $22,344.00 |
| | | | **TOTAL** | **$67,032.00** |

Total Amount Payable:

**US Dollars Sixty Seven Thousand and Thirty Two Only**

Please make checks/ACH/EFT payable to Tata Consultancy Services Limited & mail- Checks to
Tata Consultancy Services Ltd.
379 Thornall St. 4th Floor
Edison, NJ 08837

**TATA CONSULTANCY SERVICES LIMITED**

## TATA CONSULTANCY SERVICES
A division of Tata Sons Limited

379 Thornal Street,
4th Floor, Edison
New Jersey 08837
Tel : 732-321-9053  Fax : 732-321-9269



**GM FSS ABP**
PO BOX 63490
Phoenix, AZ
85082-3490

| | | | |
|---|---|---|---|
| **Attention** | Mr. Vivek Mehta | **Invoice No.** | CAL050901 |
| **GM PO #** | TCB08713 | **Date** | 02-JUN-2009 |
| **Release #** | TCR19563 | **Vendor #** | 11-388-6068 |

**Invoice for the Calibration Tools Development Work rendered by our personnel (Timesheet details in next page)**

<u>Description</u>

| Seq# | Classification | Hours | Rate | Amount |
|---|---|---|---|---|
| 00009 | 1431-0052 | 976 | $17.75 | $17,324.00 |
| 00011 | 1431-009R | 456 | $19.75 | $ 9,006.00 |
| 00012 | 1431-009T | 304 | $58.00 | $17,632.00 |
| 00018 | 1432-00J8 | 1432 | $9.00 | $12,888.00 |
| | | | **TOTAL** | **$56,850.00** |

Total Amount Payable:

**US Dollars Fifty Six Thousand Eight Hundred and Fifty Only**

Please make checks/ACH/EFT payable to Tata Consultancy Services Limited & mail-Checks to
Tata Consultancy Services Ltd.
379 Thornall St. 4th Floor
Edison, NJ 08837

**TATA CONSULTANCY SERVICES LIMITED**

## TATA CONSULTANCY SERVICES
A division of Tata Sons Limited
SALARPURIA GR TECH PARK  NO 69/2 MAHADEVAPURA, KR PURAM
BANGALORE 560 066



**GM FSS ABP**
PO BOX 63490
Phoenix, AZ
85082-3490

| | | | |
|---|---|---|---|
| **Attention** | Dr Paul Crepeau | **Invoice No.** | MDB050902 |
| **GM PO #** | TCB 06498 | **Date** | 02-JUN-2009 |
| **Release #** | TCR19395 | **Vendor #** | 11-388-6068 |

Invoice for Materials Data Base Support rendered by our personnel

**Description**

| Seq # | Classification | Hrs | Rate/Hr | Amount |
|---|---|---|---|---|
| 00005 | 1431-009P | 144 | $ 14.10 | $ 2,030.40 |
| 00017 | 1432-00J7 | 144 | $ 10.00 | $ 1,440.00 |
| | | | **TOTAL** | **$ 3,470.40** |

Total Amount Payable:
**US Dollars Three Thousand Four Hundred Seventy and 40/100 Only**

Please make checks/ACH/EFT payable to Tata Consultancy Services Limited & mail-Checks to
Tata Consultancy Services Ltd.
379 Thornall St. 4th Floor
Edison, NJ 08837

**TATA CONSULTANCY SERVICES LIMITED**