A G U E N T

June 11, 2009

711 Boylston Street
Boston, MA 02116

617 535 5000
f 617 535 5005
aquent.com

Re: GM Bankruptcy Case No. 09-50026 (REG)
Section 7- Cure Amount List Dispute
Contract Objection: Cure Objection

Supplier: Aquent LLC
Vendor Number 01-078-1453
PO GMB 07687

To Whom it may concern,

Aquent has reviewed the Cure list of invoices approved for payment by GM and shown on the www.contractnotices.com web site we noted the invoices total $199,235.91 (listed below) are missing.

| GM Department | GM Approver | GM Release # | Invoice # | Invoice Date | Amount Due |
|---|---|---|---|---|---|
| CRM | Wines | GMR85203 | 59721JAN | 1/25/2009 | $10,961.74 |
| CRM | Kruger | GMR89414 | 60987MAR | 3/29/2009 | $22,576.00 |
| CRM | Kruger | GMR89414 | 61529APR | 4/26/2009 | $27,304.75 |
| GMIA | Lawrence | GMR89445 | 62055MAY | 5/29/2009 | $39,103.11 |
| GMIA | Shermet | GMR89666 | 62059MAY | 5/29/2009 | $34,286.75 |
| CRM | Gayden | GMR89617 | 62060MAY | 5/29/2009 | $22,337.15 |
| CRM | Kruger | GMR89414 | 62084MAY | 5/29/2009 | $32,033.52 |
| CRM | Gonzalez | GMR89420 | 62094MAY | 5/29/2009 | $10,632.89 |

All the invoices currently listed on the web site are valid and we agree with their individual cure amounts.

Per section 7 of the Bankruptcy document, we respectfully submit this Cure Objection, just to the 8 missing invoices. We object and request a review and approval of payment for these performed services.

If you have any questions, please contact me at the address or phone number below.

Thank you for your assistance

Regards,

John Pustell, VP and Controller North America
711 Boylston Street, Boston, MA 02116
617-535-5102
jpustell@aquent.com