UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re                                    Chapter 11 Case No.

GENERAL MOTORS CORP., et al.             09-50026 (REG)

            Debtors.          (Jointly Administered)
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                       ) SS.:
COUNTY OF ROCKLAND )

    Donna Paz, being sworn, states, I am not a party to the action, am over 18 years of age and reside at Stony Point, New York.

    On June 15, 2009, I served a true copy of the annexed **OBJECTION TO (I) DEBTOR'S INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO** by electronically filing the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF Participants. In addition, a true copy of the document was served by transmitting the same to those entities by electronic means to the telephone numbers or other stations or other limitation designated. In doing so I received from the equipment of the attorneys indication that the transmission was received. Alternatively, I deposited a true copy with an overnight delivery service (Federal Express) in a wrapper properly addressed. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The addresses of the addressees and manner of supplemental service are indicated below:

                                  SEE ANNEXED

                                  _/s/ Donna Paz_
                                  Donna Paz

Sworn to before me this
15th day of June, 2009

_/s/ Leah M. Tosh_
NOTARY PUBLIC

LEAH M. TOSH
NOTARY PUBLIC, State of New York
No. 30-4721207
Qualified in Rockland County
Commission Expires April 30, 2010

| | | |
|---|---|---|
| General Motors Corp., Cadillac Building<br>30009 Van Dyke Ave.<br>Att: Warren Command Ctr.,<br>Mailcode 480-206-114<br>Warren, MI 48090-9025<br>Fax: 815-282-6156 and Federal Express | Weil, Gotshal & Manages LLP<br>Att: Harvey R. Miller, Esq.<br>767 Fifth Ave.<br>New York, N.Y. 10153<br>Fax: 212-310-8007 only | U.S. Treasury<br>Att: Matthew Feldman, Esq.<br>1500 Pennsylvania Ave., NW, Rm 2312<br>Washington, DC 20220<br>Federal Express only |
| Cadwalader Wickersham & Taft LLP<br>Att: John J. Rapisardi, Esq.<br>One World Financial Ctr.<br>New York, NY 10281<br>Fax: 212-504-6666 only | Gordon Z. Novod, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, N.Y. 10036<br>Fax: 212-715-8000 only | Vedder Price, P.C.<br>Att: Michael J. Edelman, Esq.<br>1633 Broadway, 47th Fl.<br>New York, N.Y. 10019<br>Fax: 212-407-7799 only |
| Office of the U.S. Trustee<br>Att: Diana G. Adams, Esq.<br>33 Whitehall St., 21st Fl.<br>New York, N.Y. 10004<br>Fax: 212-668-2256 only | Weil, Gotshal & Manages LLP<br>Att: Stephen Karotkin, Esq.<br>767 Fifth Ave.<br>New York, N.Y. 10153<br>Fax: 212-310-8007 only | Weil, Gotshal & Manages LLP<br>Att: Joseph H. Smolinsky, Esq.<br>767 Fifth Ave.<br>New York, N.Y. 10153<br>Fax: 212-310-8007 only |
| Kenneth Eckstein, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, N.Y. 10036<br>Fax: 212-715-8000 only | Thomas Moers Mayer, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, N.Y. 10036<br>Fax: 212-715-8000 only | Vedder Price, P.C.<br>Att: Michael L. Schein, Esq.<br>1633 Broadway, 47th Fl.<br>New York, N.Y. 10019<br>Fax: 212-407-7799 only |