**KELLEY DRYE & WARREN LLP**
James S. Carr, Esq.
Benjamin D. Feder, Esq.
Jordan A. Bergman, Esq.
101 Park Avenue
New York, New York 10178
Tel:  212-808-7800
Fax:  212-808-7897

*Attorneys for BP Products North America Inc. and*
*BP Corporation North America Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                                                    )
In re:                                                          )         Chapter 11
                                                                    )
GENERAL MOTORS CORP., *et al.*,       )         Case No. 09-50026 (REG)
                                                                    )         (Jointly Administered)
                         Debtors.                         )
_____)

## CERTIFICATE OF SERVICE
**[D.I. 679 and 681]**

I, Jordan A. Bergman hereby certify that on June 12, 2009, a true and correct copy of the Objection of BP Products North America Inc. and BP Corporation North America Inc. to the Debtors' Notice Of Assumption and Assignment and Proposed Cure Amount was filed via this Court's CM/ECF system and served on June 15, 2009 on those parties listed on the annexed schedule via U.S. Mail.

/s/ Jordan A. Bergman
Jordan A. Bergman

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>Attn:  Warren Command Center<br>Mailcode 480-206-114 | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn:  Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq. |
| U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C. 20220<br>Attn: Matthew Feldman, Esq. | Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>Attn:  John J. Rapisardi, Esq. |
| Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>Attn:  Michael J. Edelman, Esq.<br>Michael L. Schein, Esq. | Office of United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004<br>Attn:  Diana G. Adams, Esq. |
| Kramer Levin Naftalis & Frankel LLP<br> 1177 Avenue of the Americas<br>New York, New York 10036<br>Attn: Gordon Z. Novod, Esq. | |