CELESTE R. GILL
ASSISTANT ATTORNEY GENERAL
ENVIRONMENT, NATURAL RESOURCES AND AGRICULTURE DIVISION
525 W. Ottawa, 6th Floor, G. Mennen Williams Building
P.O. Box 30755
Lansing, MI  48909
Telephone:  517-373-7540
Facsimile:  517-373-1610
E-mail:  gillcr@michigan.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                                           :
IN RE:                                                               :
                                                                           :                    Chapter 11
GENERAL MOTORS CORP., *et al*,              :                    Case No. 09-50026 (REG)
                                                     Debtors.    :                    (Jointly Administered)
-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE
### *Pro Hac Vice*

I, Celeste R. Gill, a member in good standing of the bars of the State of Michigan, and the United States Bankruptcy Courts for the Eastern and Western Districts, of Michigan requests admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent the Michigan Department of Environmental Quality, in the above-referenced Chapter 11 cases.

Mailing address:     Celeste R. Gill
                              Assistant Attorney General
                              P.O. Box 30755
                              Lansing, MI 48909

Email:                     gillcr@michigan.gov

Telephone:             (517) 373-7540

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

1

Respectfully submitted,

Michael A. Cox
Attorney General


/s/ Celeste R. Gill
Celeste R. Gill (P52484)
Assistant Attorney General
Environment, Natural Resources,
and Agriculture Division
P.O. Box 30755
Lansing, MI  48909
(517) 373-7540

Dated: June 15, 2009

LF:/General Motors/09-50026-Mtn for Admission

2