CELESTE R. GILL
ASSISTANT ATTORNEY GENERAL
ENVIRONMENT, NATURAL RESOURCES AND AGRICULTURE DIVISION
525 W. Ottawa, 6th Floor, G. Mennen Williams Building
P.O. Box 30755
Lansing, MI  48909
Telephone:  517-373-7540
Facsimile:  517-373-1610
E-mail:  gillcr@michigan.gov


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                                    :
IN RE:                                                           :
                                                                    :        Chapter 11
GENERAL MOTORS CORP., *et al*,        :        Case No. 09-50026 (REG)
                                               Debtors.    :        (Jointly Administered)
-----------------------------------------------------------x

## ORDER FOR ADMISSION TO PRACTICE
*Pro Hac Vice for*
**CELESTE R. GILL**

Celeste R. Gill, a member in good standing of the bars of the State of Michigan, and the United States Bankruptcy Courts for the Eastern and Western Districts, of Michigan, having requested admission, ***pro hac vice***, to represent the Michigan Department of Environmental Quality, in the above-captioned case;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Celeste R. Gill is admitted to practice in the above-captioned Chapter 11 cases, in the United States Bankruptcy Court for the Southern District of New York, subject to the payment of the filing fee.

1

2

Dated: _____, 2009
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

LF:/General Motors/09-50026-Order for Admission

2