Paul J. Ricotta, Esq. (PR-6002)
MINTZ LEVIN COHN FERRIS
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Attorney for Hitachi Automotive Systems
        Hitachi Automotive Products (USA), Inc.,
        Tokico (USA), Inc.
        Hitachi Cable Indiana, Inc.
        HC Queretaro SA de CV

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11 Case No.** |
| **GENERAL MOTORS CORPORATION, et al.,** | : | |
| | : | **09-50026-REG** |
| **Debtors.** | : | **(Jointly Administered)** |

-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Paul J. Ricotta, do hereby certify that on the 15th day of June, 2009, I caused a copy of the following:

1. Limited Objection of Unisia Mexicana S.A. de C.V. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto;

2. Limited Objection of Hitachi, Ltd. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto;

3. Limited Objection of Hitachi Cable Indiana, Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto; and

    4.      Limited Objection of Hitachi Automotive Products (USA), Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto

to be served by overnight mail upon all parties on the attached service list.

Dated: June 15, 2009                /s/ *Paul J. Ricotta*
                                        Paul J. Ricotta

**General Motors Corporation**
30009 Van Dyke Avenue
Warren, MI 48090-9025

**U.S. Treasury**
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220

**Counsel to EDC**
Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

**Counsel to Creditors' Committee**
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**Counsel to the Debtor**
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

**Counsel to the Purchaser**
John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**Office of the United States Trustee**
Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

**Chambers Copy**
Hon. Robert E. Gerber
United States Bankruptcy Court
One Bowling Green, Room 621
New York, NY 10004-1408

4642477v.1