**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x

|  |  |  |
|---|---|---|
|  | § |  |
| In re | § | Chapter 11 Case No. |
|  | : |  |
| GENERAL MOTORS CORP., *et. al.* | : | 09-50026 (REG) |
|  | : |  |
| Debtors | : | (Jointly Administered) |
|  | : |  |

_____x


## CURE OBJECTION AND CLARIFICATION BY GENSLER
## [CURE AMOUNT ONLY]

GENSLER ARCHITECTURE, DESIGN & PLANNING, P.C (listed in GM's Purchase orders as "Gensler, Inc.") and GENSLER INFORMATION SYSTEMS, INC. (collectively "Gensler") file this Cure Objection and Clarification, seeking to clarify the amount of cure identified as to Gensler's executory contracts with Debtor General Motors Corp. ("GM"). Gensler's cure objection and clarification is only as to the amount of cure owed to Gensler. Gensler does not otherwise object to the proposed assumption and assignment of its executory contracts with GM.

Gensler has entered contracts with GM for the provision of architectural and interior design services, strategic planning and consulting, and also for the provision of certain database services relating to space planning and strategies for GM facilities. These contracts, and amounts due under them to date, are identified as follows. In addition to these amounts, additional payments will be due to Gensler for additional work under these contracts.



| Contracting Entity | Contract | Amount Owed |
|---|---|---|
| Gensler, Inc<br>Vendor #94-548-5704 | October 22, 2008<br>GMFI Area Blanket Order<br>PO #GMB08080<br><br>[Administrative Support for Dealer Design;<br>Additional Administrative Support Services] | **$49,600.00**<br><br>[Note: this amount is already listed in the Notice to Gensler] |
| Gensler Inc<br>Vendor #94-548-5704 | October 22, 2008<br>GMFI Area Blanket Order<br>PO #GMB08080<br><br>[Dealer 100% Rebill Consultations] | **$50,000.00** |
| Gensler Inc<br>Vendor #94-548-5704 | March 16, 2009<br>GMFI Cadillac Visioning Session<br>PO #GMS33263 | **$30,000.00** |
| Gensler Information Solutions, Inc.<br>Vendor# 94-5 | March 16, 2009<br>General Motors Corporation Facility Image Program Tracking Website | **$112,500.00** [lump sum for development]<br><br>**$24,000.00** annually starting May 2009 – invoiced at the start of the period<br><br>[Certain services completed with invoices pending, and other services and invoices to be completed] |
| | | ***Total: $266,100.00*** |

The Notice of Debtor's Intent to Assume Executory Contracts issued to Gensler identifies a total cure amount due of $49,600.00 (the first entry shown in the table above). As shown on the table above, however, this amount is incomplete. Accordingly, Gensler's Cure Objection requests that this cure amount be updated to reflect the total cure amount due, so that the cure is paid in full and adequate protection is made for all future work performed by Gensler.

Respectfully submitted,

*Mark A. Waite by permission SL*

Gensler Architecture, Design & Planning, P.C.
Gensler Information Systems, Inc.
By: Mark A. Waite, Regional Counsel
Federal ID No. SDTX 18194
One Woodward Avenue
Suite 601
Detroit, Michigan 48226
Tel (Main Office No.) (313) 965-1600
Facsimile: (313) 965-8060

mark_waite@gensler.com  (email)

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2009, the document entitled "Cure Objection and Clarification By Gensler parties [Cure Objection Only]", has been served by Federal Express Overnight Delivery Mail to the following parties and/or counsel, as required by the Court's Order of June 2, 2009:

Debtors c/o General Motors Corporation
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
(Attn: Warren Command Center, Mailcode 480-206-114)

Weil, Gotshal & Manges, LLP
Attorneys for Debtors
767 Fifth Avenue
New York, New York 10153
(Attn: Harvey R. Miller, Esq.;
Stephen Karotkin, Esq.; and Joseph
H. Smolinsky, Esq.)

U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
(Attn: Matthew Feldman, Esq.)

Cadawalader, Wickersham & Taft, LLP
Attorneys for Purchaser
One World Financial Center
New York, New York 10281
(Attn: John J. Rapisardi, Esq.)

Creditors Committee Counsel; [Not yet Known]

Vedder Price, P.C.
Attorneys for Export Development Canada
1633 Broadway, 47th Floor
New York, New York 10019
(Attn: Michael J. Edelman, Esq.;
Michael L. Schein, Esq.

Office of the United States Trustee for the Southern District of New York
(Attn: Diana G. Adams, Esq.)
33 Whitehall Street, 21st Floor
New York, New York 10004

_____   by permission
Mark A. Waite