**MARSHALL & MELHORN, LLC**
Melissa J. Detrick (0080768)
Vaughn A. Hoblet (0013041)
Four Seagate, Eighth Floor
Toledo, Ohio 43604
Telephone:  (419) 249-7149
Facsimile: (419) 249-7151
detrick@marshall-melhorn.com
hoblet@marshall-melhorn.com

Counsel for Fluid Routing Solution, Inc.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **General Motors Corp.** *et al.* | ) | **Case No.:  09-50026 (REG)** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | |

\*       \*       \*

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Melissa J. Detrick, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, for Vaughn A. Hoblet, a member in good standing of the bar in the State of Ohio and the bar of the U.S. District Court for the Northern District Ohio, to represent Fluid Routing Solutions, Inc., a creditor and party in interest in the above-referenced case.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 15, 2009

/s/  Melissa J. Detrick
Melissa J. Detrick (0080768)
Vaughn A. Hoblet (0013041)
MARSHALL & MELHORN, LLC
Four SeaGate, Eighth Floor
Toledo, Ohio  43604-263849
Facsimile:  (419) 249-7151
detrick@marshall-melhorn.com
hoblet@marshall-melhorn.com