# SCHEDULE 1

## Tooling Invoices

## Tooling AR List

| Part | Program | CUSTOMER | P/O No | EWO/TWO | WO# | MAC Invoice No | MAC Invoice Amount | Date | Part Name | Part No |
|---|---|---|---|---|---|---|---|---|---|---|
| Brake | GMT166/168 | GM | 24V90000 | Production | N/A | MAC-DT-24V90000-01 | $607,600.00 | 04/06/09 | Caliper ASM - RR BRK | 15874939 |
| Brake | GMT17X | GM | 24V90001 | Production | N/A | MAC-DT-24V90000-01 | $406,600.00 | 05/04/09 | Front Caliper | 20845702 |
| Brake | GMX322/295 | GM | 1R7T001M | EWO | DSSWG 1021031 DSSWGA 1043395 | MAC-DT-1R7T001M-01 | $5,400.00 | 12/17/08 | Master Booster | 20800051 |
| Steering | GMT345 | GM | 0M9T0037 | EWO | 929926 | MACDT0M9T0037 | 13,000.00 | 05-22-09 | Gear | 25957397 |
| Steering | GMT345 | GM | 1M7K000R | EWO | 864955 | MACDT1M7K000R | 222,615.00 | 03/09/09 | Hose | 25901299 |
| Steering | GMT561 | GM | 151C00FT | A. Capacity | N/A | MACDT151C00FT | 393,000.00 | 06/05/09 | Gear | 25876167 |
| Steering | GMT966 | GM | 151C0051 | EWO | 699834 | MACDT151C0051 | 10,850.00 | 01/29/09 | Heat Shield | 25819252 |
| Steering | GMT966 | GM | 22C20000 | EWO | 833577 | MACDT22C20000 | 52,060.00 | 05/05/09 | Heat Shield | 25925956 |
| Steering | GMT745 | GM | 151C00BP | EWO | 873781 | MACDT151C00BP | 12,000.00 | 04/28/09 | Gear | 94725465 |
| Steering | GMT745 | GM | 151C0094 | EWO | 830463 | MACDT151C00BR | 65,400.00 | 05/22/09 | Hose | 94718481 |
| Suspension | Lambda | GM | 151C00BR | EWO | 456607 | MACDT151C00BR | 141,800.00 | 5/22/2009 | Rear Shock | 25815593 |
| Suspension | Lambda | GM | 151C00GX | EWO | 1070796 | MACDT151C00GX | 9,405.00 | 06/04/09 | Obsolescence | - |
| Suspension | Lambda | GM | 12D60026 | EWO | 996763 | MACDT12D60026 | 10,753.20 | 04/28/09 | Obsolescence | 20758190 |
| Suspension | Lambda | GM | 151C00G5 | EWO | 901833 | MACDT151C00G5 | 15,200.00 | 05/22/09 | Strut | 25967702 |
| | | | | | | | $1,965,683.20 | | | |
| Brake | GMX211 | GM Canada | 23NC0016 | EWO | DAVJA 827887 | MAC-DT-23NC0016-01 | $20,673.34 | 04/18/08 | Master Booster | 20800043 |
| Brake | ZETA | GM Canada | 1R7T0012 | EWO | 274056 | MAC-DT-1R7T0012-01 | $280,000.00 | 04/28/09 | Master Booster | 92236765 |
| Brake | ZETA | GM Canada | 1R7T0023 | EWO | DSTAH 1017716 | MAC-DT-1R7T0023-01 | $48,061.00 | 05/07/09 | Master Booster | 92236765 |
| Brake | ZETA | GM Canada | 1R7T0014 (12/09/08) | Production | N/A | MAC-DT-1R7T0014-01 | $606,300.00 | 04/06/09 | Calipers without Pads (FRT + RR) | 92206520 |
| Brake | ZETA | GM Canada | 23F6003 (12/09/08) | Production | N/A | MAC-DT-23F6003-01 | $400,000.00 | 04/30/09 | Caliper Pads (FRT + RR) | 92206521 |
| | | | | | | | $1,355,034.34 | | | |

**Tooling AR List**

| Part | Program | CUSTOMER | P/O P/O No | EWO/TWO EWO/TWO | EWO/TWO WO# | MAC Invoice MAC Invoice No | MAC Invoice Amount | MAC Invoice Date | Description Part Name | Description Part No |
|---|---|---|---|---|---|---|---|---|---|---|
| Brake | GMT166/168 | GM Mexico | 1FRR0080 | TWO | WO# 1097032 | MAC-DT-1FRR0080-01 | $9,014.00 | 05/04/09 | RR Caliper | 20871660 |
| Brake | GMT166/168 | GM Mexico | 1FRR007Z | TWO | WO# 1102682 | MAC-DT-1FRR007Z-01 | $13,805.00 | 05/04/09 | RR Caliper | 20871660 |
| Brake | GMT166/168 | GM Mexico | 1FRR0081 | TWO | WO# 1053935 | MAC-DT-1FRR0081-01 | 48,715.00 | 05/19/09 | RR Caliper | 25775454/55 (100129/130 Hillsdale) |
| Brake | GMT166/168 | GM Mexico | 1FRR0082 | TWO | WO# 1108024 | MAC-DT-1FRR0082-01 | $22,459.00 | 05/27/09 | RR Caliper | 20871660 |
| Steering | GMT319 | GM Mexico | 0P1K001H | EWO | 1069791 | MACDT0P1K001H | 9,200.00 | 05/18/09 | Shaft | 20850794 |
| Suspension | GMT319 | GM Mexico | 151C00G6 | TWO | 999167 | MACDT151C00G6 | 18,200.00 | 04/21/09 | Strut | 25953579 |
| | | | | | | | $121,393.00 | | | |