## SCHEDULE 2

### Peso Discrepancy

| DUN | P/O No. | Program | Invoice no. | Shipping date | Bill of Lading No. | Invoice Value (MXN) | Cure payment | Remarks |
|---|---|---|---|---|---|---|---|---|
| 137468836 | 151C0091 | GMT345/355 | 001536583 | 5/1/2008 | 37172 | 10,789.12 | | Rejected to cash out Peso 2,417,292.28 |
| 137468836 | 151C0062 | | 001536584 | 5/1/2008 | 37171 | 67,352.54 | | |
| 137468836 | 1FTZ001G | | 000700769 | 5/8/2008 | 37273 | 19,906.53 | | |
| 137468836 | 151C0062 | | 001536826 | 5/9/2008 | 37311 | 67,229.76 | | |
| 137468836 | 151C0062 | | 001537235 | 5/12/2008 | 37332 | 107,731.17 | | |
| 137468836 | 151C0062 | | 001538116 | 5/14/2008 | 37382 | 121,220.11 | | |
| 137468836 | 151C0062 | | 001538715 | 5/16/2008 | 37441 | 134,582.30 | | |
| 137468836 | 151C0062 | | 001539040 | 5/19/2008 | 37468 | 94,283.27 | | |
| 137468836 | 151C0062 | | 001539718 | 5/21/2008 | 37519 | 228,842.88 | | |
| 137468836 | 1FTZ001G | | 000701677 | 5/22/2008 | 37550 | 19,906.53 | | |
| 137468836 | 151C0062 | | 001540813 | 5/28/2008 | 37633 | 107,745.57 | | |
| 137468836 | 1FTZ001G | | 000702225 | 5/29/2008 | 37660 | 19,906.53 | | |
| 137468836 | 151C0062 | | 001541362 | 5/30/2008 | 37705 | 121,099.48 | | |
| 137468836 | 151C0062 | | 001541805 | 6/2/2008 | 37730 | 107,737.29 | | |
| 137468836 | 151C0062 | | 001542758 | 6/4/2008 | 37775 | 147,558.63 | | |
| 137468836 | 1FTZ001G | | 000703180 | 6/5/2008 | 37800 | 79,626.13 | | |
| 137468836 | 151C0062 | | 001543518 | 6/6/2008 | 37835 | 133,981.82 | | |
| 137468836 | 151C0062 | | 001544034 | 6/9/2008 | 37880 | 93,688.90 | | |
| 137468836 | 151C0065 | | 001544166 | 6/9/2008 | 37886 | 26,924.61 | | |
| 137468836 | 151C0062 | | 001544911 | 6/11/2008 | 37928 | 133,981.82 | | |
| 137468836 | 1FTZ001G | | 000704158 | 6/12/2008 | 37961 | 59,719.60 | | |
| 137468836 | 1FTZ001T | | ACA200806187106 2 | 6/12/2008 | 37961 | 31,595.31 | | |
| 137468836 | 151C0062 | | 001545927 | 6/13/2008 | 37996 | 134,090.21 | | |
| 137468836 | 151C0062 | | 001546190 | 6/16/2008 | 38037 | 127,057.75 | | |
| 137468836 | 151C0062 | | 001547117 | 6/18/2008 | 38111 | 153,996.75 | | |
| 137468836 | 151C0066 | | 001547905 | 6/20/2008 | 38169 | 39,813.06 | | |
| 137468836 | 151C0065 | | 001548030 | 6/20/2008 | 38179 | 26,924.61 | | |
| 137468836 | 151C0062 | | 001563748 | 9/4/2008 | 39270 | 114,075.29 | | |
| 137468836 | 151C0091 | | 001564394A253 | 9/5/2008 | 39325 | 60,270.23 | | |
| 137468836 | 151C0062 | | 001564395 | 9/5/2008 | 39324 | 114,169.28 | | |
| 137468836 | 151C0062 | | 001564808 | 9/8/2008 | 39351 | 80,800.45 | | |
| 137468836 | 1FTZ001G | | 000713705 | 9/11/2008 | 39424 | 39,813.06 | | |
| 137468836 | 151C0062 | | 001566143 | 9/11/2008 | 39402 | 127,637.70 | | |
| 137468836 | 151C0091 | | 001566144A259 | 9/11/2008 | 39403 | 20,090.08 | | |
| 137468836 | 151C0062 | | 001566951 | 9/12/2008 | 39452 | 140,778.75 | | |
| 137468836 | 151C0065 | | 001567199 | 9/15/2008 | 39498 | 140,703.59 | | |
| 137468836 | 151C0062 | | 001568229 | 9/17/2008 | 39522 | 174,445.63 | | |
| 137468836 | 1FTZ001G | | 000714594 | 9/18/2008 | 39552 | 19,906.53 | | |
| 137468836 | 1FTZ001G | | ADA200810287064 8 | 9/18/2008 | 39552 | (265.42) | | |
| 137468836 | 151C0062 | | 001569314 | 9/19/2008 | 39580 | 140,962.29 | | |
| 137468836 | 1FTZ001G | | 000000382 | 9/22/2008 | 39603 | 19,906.53 | | |
| 137468836 | 151C0066 | | 001569782 | 9/22/2008 | 39604 | 19,906.53 | | |
| 137468836 | 151C0062 | | 001569813 | 9/22/2008 | 39609 | 127,608.38 | | |
| 137468836 | 151C0062 | | 001570831 | 9/24/2008 | 39682 | 201,276.24 | | |
| 137468836 | 151C0062 | | 001571806 | 9/26/2008 | 39728 | 60,483.11 | | |
| 137468836 | 151C0063 | | 001572602 | 9/30/2008 | 39752 | 13,476.70 | | |
| 137468836 | 151C0062 | | 001573021 | 10/2/2008 | 39795 | 40,399.14 | | |
| 137468836 | 151C0062 | | 001573641 | 10/3/2008 | 39841 | 53,855.33 | | |
| 137468836 | 1FTZ001G | | 000000855 | 10/6/2008 | 39857 | 19,906.53 | | |
| 137468836 | 151C0062 | | 001574161 | 10/6/2008 | 39863 | 33,558.50 | | |
| 137468836 | 1FTZ001G | | 000001077 | 10/13/2008 | 39980 | 19,906.53 | | |
| 137468836 | 151C0066 | | 001576088A290 | 10/13/2008 | 39986 | 19,906.53 | | |
| | | | | | | 4,220,869.79 | | |