## SCHEDULE 3

## Missed Invoices

| DUN | P/O No. | Program | Part No. | Part Name | Invoice No. | Shipping date | Bill of Lading No. | Unit Price ($) | Qty (pcs) | Invoice Value ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| 137468836 | 23NC0007 | GMX211 | 25908489 | CYLINDER ASS'Y.GMX211... | 120362 | 2008.10.21 | 120362 | 23.92 | 750 | 17,940 |
| 137468836 | 1R7T0000 | GMX295 | 25847704 | CYLINDER ASS'Y.GMX295 RHD... | 115726 | 2008.04.11 | 115726 | 21.14 | 19 | 402 |
| 137468836 | 1R7T0001 | GMX295 | 25847705 | CYLINDER ASS'Y.GMX295 LHD... | 115726 | 2008.04.11 | 115726 | 21.14 | 67 | 1,416 |
| 137468836 | 1R7T0002 | GMX295 | 25847715 | BSTR ASS'Y.GMX295... | 115726 | 2008.04.11 | 115726 | 28.67 | 30 | 860 |
| 137468836 | 1R7T0003 | GMX322 | 25847716 | BSTR ASS'Y.GMX322... | 115726 | 2008.04.11 | 115726 | 28.92 | 33 | 954 |
| 137468836 | 1R7T0004 | GMX295 | 25847717 | BSTR ASS'Y.GMX295 V... | 115726 | 2008.04.11 | 115726 | 28.67 | 4 | 115 |
| 137468836 | 1R7T000C | GMX322 | 25847719 | BSTR ASS'Y.GMX322 RHD... | 115726 | 2008.04.11 | 115726 | 28.92 | 18 | 521 |
| 137468836 | 1R7T0005 | GMX295 | 25847718 | BSTR ASS'Y.GMX295 RHD... | 115726 | 2008.04.11 | 115726 | 28.67 | 1 | 29 |
| 137468836 | 1FRR004R | LAMBDA | 25815593 | SHOCK ASS'Y RR FE2 FWD LH.GMT966/8.. | 118118 | 2008.07.31 | 118118 | 10.84 | 231 | 2,504 |
| 137468836 | 1FRR004T | LAMBDA | 25815594 | SHOCK ASS'Y RR FE2 FWD RH.GMT966/8.. | 118118 | 2008.07.31 | 118118 | 10.84 | 231 | 2,504 |
| 137468836 | 1FRR004V | LAMBDA | 25815595 | SHOCK ASS'Y RR FE2 AWD LH.GMT966/8.. | 118118 | 2008.07.31 | 118118 | 10.84 | 231 | 2,504 |
| 137468836 | 1FRR004W | LAMBDA | 25815596 | SHOCK ASS'Y RR FE2 AWD RH.GMT966/8.. | 118118 | 2008.07.31 | 118118 | 10.84 | 231 | 2,504 |
| 137468836 | 151C0081 | LAMBDA | 25874562 | DSM FWD.GMT966/8..FE2 | 118118 | 2008.07.31 | 118118 | 39.54 | 390 | 15,421 |
| 137468836 | 151C0082 | LAMBDA | 25874563 | DSM AWD.GMT966/8..FE2 | 118118 | 2008.07.31 | 118118 | 39.54 | 450 | 17,793 |
| 137468836 | 1FRR004R | LAMBDA | 25815593 | SHOCK ASS'Y RR FE2 FWD LH.GMT966/8.. | 119045 | 2008.09.03 | 119045 | 10.84 | 154 | 1,669 |
| 137468836 | 1FRR004T | LAMBDA | 25815594 | SHOCK ASS'Y RR FE2 FWD RH.GMT966/8.. | 119045 | 2008.09.03 | 119045 | 10.84 | 154 | 1,669 |
| 137468836 | 1FRR004V | LAMBDA | 25815595 | SHOCK ASS'Y RR FE2 AWD LH.GMT966/8.. | 119045 | 2008.09.03 | 119045 | 10.84 | 77 | 835 |
| 137468836 | 1FRR004W | LAMBDA | 25815596 | SHOCK ASS'Y RR FE2 AWD RH.GMT966/8.. | 119045 | 2008.09.03 | 119045 | 10.84 | 154 | 1,669 |
| 137468836 | 151C00FW | LAMBDA | 20773439 | SHOCK ASS'Y RR LH 19.GMT967.09MY. | 120210 | 2008.10.15 | 120210 | 10.59 | 77 | 816 |
| 137468836 | 12D60015 | LAMBDA | 20762670 | UPR HEAT SHIELD.GMT966/7/8.. | 122163 | 2009.02.17 | 122163 | 1.27 | 73 | 93 |
| | | | | USD Total | | | | | | $ 72,217.17 |