Carey D. Schreiber (CS 3896)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6761
Fax: (212) 294-4700

*Counsel for International Automotive Component Group North America Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) <br> ) Chapter 11 <br> ) <br> ) <br> ) Case No.: 09-50026 (REG) <br> ) (Jointly Administered) <br> ) |
| GENERAL MOTORS CORP., *et al.*, | ) <br> ) <br> ) <br> ) |
| Debtors. | ) |

### NOTICE OF APPEARANCE,
### REQUEST FOR SERVICE OF PAPERS
### AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that Winston & Strawn LLP hereby appears in this proceeding as counsel on behalf of International Automotive Components Group North America Inc., creditors in the above-referenced proceedings ("IACGNA"), and requests, pursuant to 11 U.S.C. §§ 342 and 1109(b) and Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, that copies of all papers filed in this proceeding or in any related adversary proceedings be served on the individual at the address set forth below:

NY:1243314.1

Carey D. Schreiber (CS 3896)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
cschreiber@winston.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to or specified above but also includes, without limitation, orders and notices of any application, complaint, demand, motion, petition, plan, disclosure statement, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, telegraph, telex or otherwise filed or made which affect or seek to affect in any way rights or interests of IACGNA, parties in interest, the Debtors or the property of the Debtors and their estates.

**PLEASE TAKE FURTHER NOTICE** that IACGNA intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive or otherwise impair or limit (a) IACGNA's right to have final orders in non-core matters entered only after <u>de novo</u> review by a District Judge, (b) IACGNA's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) IACGNA's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims or actions, to which IACGNA is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments IACGNA expressly reserves.

Dated:   New York, New York
         June 15, 2009

                                                     WINSTON & STRAWN LLP

                                                   By:/s/ Carey D. Schreiber
                                                       Carey D. Schreiber (CS 3896)
                                                 200 Park Avenue
                                                 New York, NY 10166
                                                 Telephone No.: (212) 294-6700
                                                 Facsimile No.: (212) 294-4700

NY:1243314.1