**UNITED STATES BANKRUPTCY COURT**
**SOUTHER DISTRICT OF NEW YORK**

IN RE:

General Motors Corporation, *et al.,*   Bankruptcy Case No. 09-50026 (REG)
　　　　　　　　　　　　　　　　　　　　Honorable Robert E. Gerber
　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　　　　　　　Debtor.　　　　　　　Jointly Administered

**MOTION OF ATTORNEYS CHARLES D. BULLOCK AND SONYA N. GOLL FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

　　　Attorney Sonya N. Goll respectfully requests admission, *pro hac vice*, before the Honorable Judge Robert E. Gerber, for Attorney Charles D. Bullock, a member in good standing of the bar of the State of Michigan and the U.S. District Court for the Eastern District of Michigan, and Attorney Sonya N. Goll, a member in good standing of the bar of the State of Michigan and the U.S. District Court for the Eastern District of Michigan, to represent FATA Automation, Inc. in connection with the above-referenced Chapter 11 cases and related proceedings.

　　　　　　　　　　　　　　　　　　　　/s/ Sonya N. Goll
　　　　　　　　　　　　　　　　　　　　Sonya N. Goll P61136
　　　　　　　　　　　　　　　　　　　　Charles D. Bullock P55550
　　　　　　　　　　　　　　　　　　　　Stevenson & Bullock PLC
　　　　　　　　　　　　　　　　　　　　29200 Southfield Rd., Ste. 210
　　　　　　　　　　　　　　　　　　　　Southfield, MI 48076
　　　　　　　　　　　　　　　　　　　　248-423-8200
　　　　　　　　　　　　　　　　　　　　**sgoll@sbplclaw.com (for Sonya N. Goll)**
　　　　　　　　　　　　　　　　　　　　**cbullock@sbplclaw.com (for Charles D. Bullock)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHER DISTRICT OF NEW YORK**

IN RE:

    General Motors Corporation, *et al.,*　　Bankruptcy Case No. 09-50026 (REG)
　　　　　　　　　　　　　　　　　　　　　　Honorable Robert E. Gerber
　　　　　　　　　　　　　　　　　　　　　　Chapter 11
                      Debtor.　　　　Jointly Administered

**ORDER ADMITTING CHARLES D. BULLOCK AND SONYA N. GOLL TO PRACTICE, *PRO HAC VICE***

**ORDERED,**
　　　that Charles D. Bullock and Sonya N. Goll, are admitted to practice, pro hac vice, in the above referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the required filing fee.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HONORABLE ROBERT E. GERBER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHER DISTRICT OF NEW YORK**

IN RE:

|  |  |
|---|---|
| General Motors Corporation, *et al.*, | Bankruptcy Case No. 09-50026 (REG) |
|  | Honorable Robert E. Gerber |
|  | Chapter 11 |
| Debtor. | Jointly Administered |

_____/

**PROOF OF SERVICE**

Sonya N. Goll of Stevenson & Bullock, P.L.C., hereby certifies that on the 15th day of June, 2009, she mailed a copy of the **Motion of Attorneys Charles D. Bullock and Sonya N. Goll for Admission to Practice, *Pro Hac Vice*,** and **Proof of Service** by placing same in an envelope with sufficient postage thereon, and depositing same in a United States mail receptacle in the City of Southfield, State of Michigan to:

| | |
|---|---|
| OFFICE OF THE U.S. TRUSTEE<br>33 Whitehall Street<br>21st Floor<br>New York, New York, 10017 | DEBTOR'S ATTORNEY<br>Harvey R. Miller<br>Weil, Gatshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| DEBTOR<br>General Motors Corporation<br>3009 Van Dyke Avenue<br>Warrn, MI 48090-9025<br>Attn: Warren Command Center, Mailcode 480-206-114 | DEBTOR'S ATTORNEY<br>Stephen Karotkin<br>Weil, Gatshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br><br>DEBTOR'S ATTORNEY<br>Joseph H. Smolinsky<br>Weil, Gatshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |

/s/ Sonya N. Goll
Sonya N. Goll P61136
Charles D. Bullock P55550
Stevenson & Bullock PLC
29200 Southfield Rd., Ste. 210
Southfield, MI 48076
248-423-8200
**sgoll@sbplclaw.com** **(for Sonya N. Goll)**
**cbullock@sbplclaw.com** **(for Charles D. Bullock)**