KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
400 Renaissance Center, Suite 3400
Detroit, Michigan 48243
Phone: (313) 259-8300
Fax: (313) 259-1451
Frederick A. Berg, Esq. (P38002)

Attorneys for Applied Manufacturing Technologies

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: General Motors Corp., et al | Chapter 11 |
| Debtors. | Case No. 09-50026-reg |
| | Hon. : Robert E. Gerber |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Frederick A. Berg, a member in good standing of the bar of the State of Michigan and the U.S. District Court for the Eastern District of Michigan, hereby request admission, *pro hac vice,* before the Honorable Robert E. Gerber, United States Bankruptcy Judge, to represent Applied Manufacturing Technologies in connection with the above-referenced Chapter 11 cases and related proceedings.

My address is:      Kotz, Sangster, Wysocki and Berg, P.C.
                    400 Renaissance Center, Suite 3400
                    Detroit, Michigan 48243

My email address:   fberg@kotzsangster.com
Telephone number:   (313) 259-8300

I agree to pay the required filing fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: June 11, 2009                    /s/ Frederick A. Berg
                                        FREDERICK A. BERG (P38002)

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: General Motors Corp., et al | Chapter 11 |
| Debtors. | Case No. 09-50026-reg |
| | Hon. : Robert E. Gerber |

_____/

### ORDER ADMITTING FREDERICK A. BERG, ESQ. TO PRACTICE, *PRO HAC VICE*

**ORDERED,** that Frederick A. Berg, Esq., is admitted to practice, *pro hac vice,* in, and in connection with, the above-referenced Chapter 11 cases and any related adversary proceedings in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the required filing fee.

Dated:                                                    _____
                                                         HONORABLE ROBERT E. GERBER
                                                         UNITED STATES BANKRUPTCY JUDGE

Kotz, Sangster, Wysocki and Berg, P.C. Attorneys and Counselors at Law, 400 Renaissance Center, Suite 3400, Detroit, Michigan 48243-1618