## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Limited Objection of International Automotive Components Group North America Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Non-Residential Real Property and (II) Cure Amounts Related Thereto by Electronic Mail and Overnight Courier to those on Exhibit A and by Hand Delivery or Overnight Courier, as indicated, to those on Exhibit B.

This 15th day of June, 2009

/s/ Denise Cunsolo

# **Exhibit A**

General Motors Corporation
300 Renaissance Center
Detroit, Michigan 48265
Attn:  Lawrence S. Buonomo, Esq.
lawrence.s.buonomo@gm.com
*Debtors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Harvey R. Miller, Esq.
         Stephen Karotkin, Esq.
         Joseph H. Smolinsky, Esq.
harvey.miller@weil.com
stephen.karotkin@weil.com
joseph.smolinsky@weil.com
*Counsel to the Debtors*

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn:  John J. Rapisardi, Esq.
john.rapisardi@cwt.com
*Counsel to the Purchaser*

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn:  Thomas Moers Mayer
         Kenneth H. Eckstein
         Gordon Z. Novod
tmayer@kramerlevin.com
keckstein@kramerlevin.com
gnovod@kramerlevin.com
*Counsel to the Official Committee of
Unsecured Creditors*

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attn:  Michael J. Edelman, Esq.
         Michael L. Schein, Esq.
mjedelman@vedderprice.com
mschein@vedderprice.com
*Counsel to Export Development Canada*

# **Exhibit B**

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Diana G. Adams, Esq.
(via Hand Delivery)

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.
(via Overnight Courier)

NY:1243532.1