**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.,* | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that the law firm of Foley & Lardner LLP, by the

undersigned, hereby appears as counsel for WABCO Holdings, Inc. in the above-captioned

action, and pursuant to § 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and

Rule 9010 of the Federal Rules of Bankruptcy Procedure, request that all notices that are

required to be given and all pleadings and orders that are required to be served in the above-

captioned Chapter 11 matter, be served to the following address:

> Ann Marie Uetz
> Daljit S. Doogal
> Foley & Lardner LLP
> 500 Woodward Avenue, Suite 2700
> Detroit, MI 48226-3489
> Email: auetz@foley.com; ddoogal@foley.com
> Telephone: (313) 234-7100
> Facsimile:  (313) 234-2800

**PLEASE TAKE FURTHER NOTICE** that the forgoing request includes not only the

notices, pleadings, and orders referred to in the rules specified above, but also includes, without

limitation, all other notices, papers, applications, motions, petitions, pleadings, requests,

complaints or demands, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or

DETR_1206637.1

otherwise, which affects the above captioned Debtors' property in their possession, custody, or

control or the administration of the Debtors' bankruptcy cases.


Dated:    June 15, 2009                          FOLEY & LARDNER LLP

                                                 By: /s/ Ann Marie Uetz
                                                 Ann Marie Uetz
                                                 Daljit S. Doogal
                                                 500 Woodward Avenue, Suite 2700
                                                 Detroit, MI 48226-3489
                                                 Telephone: (313) 234-7100
                                                 Facsimile: (313) 234-2800

                                                 *Attorneys for WABCO Holdings, Inc.*

DETR_1206637.1