STEVENSON & BULLOCK, PLC
29200 Southfield Rd., Ste. 210
Southfield, MI 48076
248-423-8200 (Telephone)
248-423-8201 (Telefax)
sgoll@sbplclaw.com
Sonya N. Goll, *Pro Hac Vice*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHER DISTRICT OF NEW YORK**

IN RE:

|  |  |
|---|---|
| General Motors Corporation, *et al.*, | Bankruptcy Case No. 09-50026 (REG) |
|  | Honorable Robert E. Gerber |
|  | Chapter 11 |
| Debtor. | Jointly Administered |

NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for FATA Automation, Inc. ("Creditor"), a creditor in interest herein, and pursuant to Rule 2002 of the Bankruptcy Rules and §1109(b) of the Bankruptcy Code, demands that all notice given or required to be given in this case and all papers served in this case be given to and served upon:

> Stevenson & Bullock PLC
> 29200 Southfield Rd., Ste. 210
> Southfield, MI 48076
> Tel: (248) 423-8200
> Fax: (248) 423-8201
> sgoll@sbplclaw.com
> Attn: Sonya N. Goll

PLEASE TAKE FURTHER NOTICE that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, e-mail, telex or otherwise, which affects the Debtor or the property of the Debtor.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Creditor's right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii)Creditor's right to a jury trial in any proceeding so triable herein, or in

any case, controversy, or proceeding related hereto; (iii) Creditor's right to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, defenses, setoffs, or recoupments to which FATA Automation, Inc. is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: 6/15/09

/s/ Sonya N. Goll
Sonya N. Goll P61136
Stevenson & Bullock PLC
29200 Southfield Rd., Ste. 210
Southfield, MI 48076
248-423-8200
sgoll@sbplclaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHER DISTRICT OF NEW YORK**

IN RE:

| | |
|---|---|
| General Motors Corporation, *et al.*, | Bankruptcy Case No. 09-50026 (REG) |
| | Honorable Robert E. Gerber |
| | Chapter 11 |
| Debtor. | Jointly Administered |

_____/

**PROOF OF SERVICE**

Sonya N. Goll of Stevenson & Bullock, P.L.C., hereby certifies that on the 15th day of June, 2009, she mailed a copy of the **Notice of Appearance and Demand for Service of Papers,** and **Proof of Service** by placing same in an envelope with sufficient postage thereon, and depositing same in a United States mail receptacle in the City of Southfield, State of Michigan to:

| | |
|---|---|
| OFFICE OF THE U.S. TRUSTEE<br>33 Whitehall Street<br>21st Floor<br>New York, New York, 10017 | DEBTOR'S ATTORNEY<br>Harvey R. Miller<br>Weil, Gatshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| DEBTOR<br>General Motors Corporation<br>3009 Van Dyke Avenue<br>Warrn, MI 48090-9025<br>Attn: Warren Command Center, Mailcode 480-206-114 | DEBTOR'S ATTORNEY<br>Stephen Karotkin<br>Weil, Gatshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br><br>DEBTOR'S ATTORNEY<br>Joseph H. Smolinsky<br>Weil, Gatshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |

/s/ Sonya N. Goll
Sonya N. Goll P61136
Charles D. Bullock P55550
Stevenson & Bullock PLC
29200 Southfield Rd., Ste. 210
Southfield, MI 48076
248-423-8200
**sgoll@sbplclaw.com (for Sonya N. Goll)**
**cbullock@sbplclaw.com (for Charles D. Bullock)**