| Contract Type | Description | Cure Amount |
|---|---|---|
| Beta Test | Master Beta Test Agreement entered into between Cisco Systems, Inc. and General Motors Corporation on or about March 20, 2009. | To be determined |
| Spot Buy | | |

# Exhibit A