WHITE AND WILLIAMS, LLP
One Penn Plaza, Suite 4110
New York, NY 10119
Telephone: (212) 631-4421
Karel S. Karpe, Esq.

And

BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 657-9500
Lawrence M. Schwab, Esq. (Calif. Bar No. 085600)
Thomas M. Gaa, Esq., (Calif. Bar No. 130720)
Kenneth T. Law, Esq., (Calif. Bar No. 111779)

*Attorneys for Cisco Systems Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **GENERAL MOTORS CORP.,** *et al.*, | Case No. 09-50026(REG) |
| Debtors. | (Jointly Administered) |
| | Hon. Robert E. Gerber |

## CERTIFICATE OF SERVICE

I, Catherine Lee, declare that I am over the age of eighteen years and not a party to or interested in the within action. I am an employee of BIALSON, BERGEN & SCHWAB, and my business address is 2600 El Camino Real, Suite 300, Palo Alto, California 94306.

On June 12, 2009, I served via FedEx delivery the following:

> **OBJECTION AND RESERVATION OF RIGHTS OF CISCO SYSTEMS INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND (II) CURE AMOUNTS RELATED THERETO**

W:\C0262\GM\Pld\COS.DOC                              1

to parties addressed as follows:

Diana G. Adams, Esq.
United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Harvey R. Miller, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Robert D. Wolford, Esq.
Miller, Johnson, Snell & Cummiskey
250 Monroe Avenue, N.W., Suite 800
Grand Rapids, MI 49503

Michael J. Edelman, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220

General Motors Corporation
Attn: Warren Command Center
Cadillac Bldg., 30009 Van Dyke Ave
Mailcode 480-206-114
Warren, MI 48090

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on June 14, 2009, Palo Alto, California.

_____
Catherine Lee