DRINKER BIDDLE & REATH LLP
Andrew C. Kassner (AK-9067)
David B. Aaronson (DA-8387)
18th & Cherry Streets
Philadelphia, PA 19103
Telephone:   (215) 988-2700
Facsimile:   (215) 988-2757
         - and -
140 Broadway
39th Floor
New York, New York 10005
Telephone:   (212) 248-3140
Facsimile:   (212) 248-3141

*Attorneys for QEK Global Solutions (US) LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORPORATION, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026<br><br>Jointly Administered |

**CURE OBJECTION OF QEK GLOBAL SOLUTIONS (US) LP TO
NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN
EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL
PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL
PROPERTY AND (II) CURE COSTS RELATED THERETO**

QEK Global Solutions (US) LP ("QEK"), by and through its undersigned counsel, hereby files this cure Objection to the Debtors' proposed assumption of certain executory contracts by and between QEK and the Debtors and assignment thereof to Vehicle Acquisition Holdings LLC or any other purchaser of the Debtors' assets (the "Purchaser") and the cure costs related thereto. In support of its Limited Objection, QEK respectfully represents as follows:

1. On June 1, 2009 (the "Petition Date"), General Motors Corporation and several of its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. On June 1, 2009, the Debtors filed a motion [Docket No. 92] seeking the entry of an order, *inter alia*, establishing certain bidding procedures (the "Bidding Procedures") authorizing the Debtors to sell substantially all of their assets to the Purchaser and to assume and assign certain executory contracts to the Purchaser in connection with the sale.

3. On June 2, 2009, this Court entered an order approving the Bidding Procedures [Docket No. 274] pursuant to which, *inter alia*, certain procedures were established (the "Contract Procedures") by which (a) the Debtors are required to designate the executory contracts they intend to assume and assign to the Purchaser and list the amounts that must be paid to cure all pre-petition defaults under such contracts and (b) the Debtors and any objecting non-debtor counterparty are required to meet and confer in a good faith attempt to resolve any objections challenging the ability of the Debtors to assume and assign an executory contract or the amount of the proposed cure costs.

4. On June 5, 2009, the Debtors sent Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Lease of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto ("Notice"), which indicates that Debtors intend to assume and assign Debtors' agreements with QEK ("QEK Agreements"). According to the Debtors' web site the proposed cure relating to the QEK Agreement as of the date of this response is the aggregate amount of $1,796,900.55 (the "Proposed Cure Cost").

5. QEK does not object to the proposed assumption of the QEK Agreements or the assignment of the QEK Agreements to the Purchaser. However, QEK is filing this Cure Objection as a protective measure (a) to ensure that the Debtors meet and confer in good faith to attempt to reconcile and fix the Proposed Cure Cost and (b) to reserve its rights with respect to Proposed Cure Costs.

**Limited Objection**

6. Before the Petition Date, QEK sold various products and provided services at various locations to the Debtors pursuant to the QEK Agreements.

7. Pursuant to the Notice, QEK was directed to the Contract Website (as defined in the Notice) to determine which agreements the Debtors intended to assume and assign to Purchaser and the corresponding prepetition cure amount for each agreement.

8. QEK's records indicate that the aggregate amount due and owing to QEK for products sold and services provided at various locations under the QEK Agreements is $3,742,763.02 (the "Actual Cure Cost"), leaving a Proposed Cure Cost shortfall of $1,945,862.47 (the "Balance").[1] QEK is prepared to share with the Debtors information about, and invoices supporting, the Balance and to cooperate with the Debtors to reconcile the difference between the Proposed Cure Cost and the Actual Cure Cost. QEK requests that Counsel for the Debtors promptly contact, the undersigned counsel for QEK, to initiate this reconciliation process.

---

[1] The Balance includes any amounts owed to QEK that are entitled to administrative priority pursuant to section 503(b)(9) of the Bankruptcy Code.

3

**Reservation of Rights**

9.  QEK reserves the right to (a) amend, supplement, or otherwise modify this Limited Objection and (b) raise such other and further objections on as may be determined by further investigation by QEK or the Debtors into the QEK Agreements and the Proposed Cure Cost. Further, since this Limited Objection is filed with respect to the proposed assumption and assignment of the Agreements and the amount of the Proposed Cure Cost set forth in the Notice, QEK reserves the right to file an additional objection to the extent that any supplemental or revised notices are served on QEK.

**Conclusion**

WHEREFORE, QEK Global Solutions (US) LP respectfully requests this Court grant the relief requested in this Cure Objection and such other or further relief as is just and proper.

Respectfully submitted,

Dated: June 15, 2009        DRINKER BIDDLE & REATH LLP

By: /s/ David B. Aaronson
   Andrew C. Kassner (AK9067)
   David B. Aaronson (DA8387)
   One Logan Sq.  18th & Cherry Sts.
   Philadelphia, Pennsylvania 19103
   Telephone: (215) 988-2700
   Facsimile: (215) 988-2757

*- and –*

140 Broadway  39th Floor
New York, New York 10005
Telephone: (212) 248-3140
Facsimile: (212) 248-3141

*Attorneys for* QEK Global Solutions (US) LP

4

DRINKER BIDDLE & REATH LLP
Andrew C. Kassner (AK-9067)
David B. Aaronson (DA-8387)
18th & Cherry Streets
Philadelphia, PA 19103
Telephone:  (215) 988-2700
Facsimile:   (215) 988-2757
        - and -
140 Broadway
39th Floor
New York, New York 10005
Telephone:  (212) 248-3140
Facsimile:   (212) 248-3141

*Attorneys for QEK Global Solutions (US) LP*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORPORATION, *et al.,*<br><br>    Debtors. | Chapter 11<br><br>Case No. 09-50026<br><br>Jointly Administered |

**CERTIFICATE OF SERVE**

I hereby certify that on June 15, 2009, I caused to be electronically served using the ECF system which will send notification of the filing of the Cure Objection Of QEK Global Solutions (US) LP To Notice Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property And (II) Cure Costs Related Thereto; and I caused to be served by the manner indicated below on the following parties:

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>Attn: Warren Command Center<br>Mailcode 480-206-114<br>VIA OVERNIGHT MAIL | Harvey R. Miller<br>Stephen Karotkin<br>Joseph H. Smolinsky<br>Weil, Gotchal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>VIA FACSIMILE<br>212-310-8007 |

PHTRANS/ 801823.1

| | |
|---|---|
| Matthew Feldman<br>The U.S. Treasury<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, D.C. 20220<br>VIA OVERNIGHT MAIL | John J. Rapisardi<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>VIA FACSIMILE<br>212-504-6666 |
| Michael J. Edelman<br>Michael L. Schein<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>VIA FACSIMILE<br>212-407-7799 | Diana G. Adams<br>Office of the United States Trustee<br>For the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>VIA FACSIMILE<br>212-668-2255 |
| Thomas Moers Mayer<br>Kenneth H. Eckstein<br>Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>VIA FACSIMILE<br>Fax: (212) 715-8000 | |

| | |
|---|---|
| Dated: June 15, 2009 | DRINKER BIDDLE & REATH LLP<br><br>By: /s/ David B. Aaronson<br>   Andrew C. Kassner (AK9067)<br>   David B. Aaronson (DA8387)<br>   One Logan Sq.  18th & Cherry Sts.<br>   Philadelphia, Pennsylvania 19103<br>   Telephone: (215) 988-2700<br>   Facsimile: (215) 988-2757<br><br>   *- and –*<br><br>   140 Broadway  39th Floor<br>   New York, New York 10005<br>   Telephone: (212) 248-3140<br>   Facsimile: (212) 248-3141<br><br>   *Attorneys for* QEK Global Solutions (US) LP |