James M. Sullivan, Esq.
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Attorneys for Discovery Communications,
LLC, Superior Industries International, Inc.,
and The Timken Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x

In re

GENERAL MOTORS CORP., *et al*.,

                       Debtors.

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

---------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                               ) ss:
COUNTY OF NEW YORK )

        NOVA A. CONSTANTINO, being sworn, deposes and says:

1. Deponent is not a party to this action, is over eighteen years of age, and resides in Kings County, New York.

2. On June 15, 2009, I served the:

    (i)    Limited Objection of Discovery Communications, LLC to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto [Docket No. 1132]

    (ii)    Limited Objection of Superior Industries International, Inc. to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto [Docket No. 909]

NYC/437542.1

      (iii)    Limited Objection of The Timken Company to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto
[Docket No. 1104]

upon the parties on the attached service list via first class mail, by depositing true copies thereof, enclosed in a postage paid, properly addressed envelope, bearing the return business address of the undersigned, in an official depository under the exclusive care and custody of the United States Postal Service within the city and state of New York.

                                                      */s/ Nova A. Constantino*
                                                      Nova A. Constantino

Sworn to before me this
15th day of June, 2009.

      */s/ Miriam Lyle McKibben*
Notary Public, State of New York
No. 31-4873251
Qualified in Queens County
Commission Expires 10/6/2010

NYC/437542.1                                    - 2 -

## SERVICE LIST

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center, Mailcode 480-206-114

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller/Stephen Karotkin/Joseph H. Smolinsky

U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220
Attn: Matthew Feldman

Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi

Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Gordon Z. Novod

Vedder, Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attn: Michael J. Edelman/Michael L. Schein

United States Trustee for the Southern District of New York
22 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Diana G. Adams

The Honorable Robert E. Gerber
U.S. Bankruptcy Court
Southern District
One Bowling Green
New York, NY  10004-1408

NYC/437542.1