Michael C. Hammer (*pro hac vice*)
James A. Plemmons (*pro hac vice*)
DICKINSON WRIGHT PLLC
500 Woodward Ave., Suite 4000
Detroit, MI 48226
Tel: (313) 223-3500

Attorneys for Yazaki North America, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:

GENERAL MOTORS CORP., *et al.*,

                    Debtors.

------------------------------------------------------------x

: Chapter 11

: Case No. 09-50026 (REG)

: (Jointly Administered)

**YAZAKI NORTH AMERICA, INC.'S LIMITED OBJECTION TO DEBTORS' MOTION
PURSUANT TO 11 U.S.C. § § 105, 363(B), (F), (K) AND (M), AND 365 AND FED. R.
BANKR. P. 2002, 6004 AND 6006, TO (I) APPROVE (A) THE SALE PURSUANT TO
THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE
ACQUISITION HOLDINGS, LLC, A U.S. TREASURY-SPONSORED PURCHASER,
FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER
INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN
EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) OTHER RELIEF;
AND (II) SCHEDULE SALE APPROVAL HEARING**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

       Yazaki North America, Inc., on behalf of itself and its subsidiaries, affiliates and related

entities (collectively, "Yazaki"), through its attorneys, Dickinson Wright PLLC, states as follows

for its Objection:

       1.     On June 1, 2009, Debtors filed their *Motion Pursuant to 11 U.S.C. § § 105,*

*363(b), (f), (k) and (m), and 365 and Fed. R. Bankr. P. 2002, 6004 and 6006, to (I) Approve (A)*

*the Sale Pursuant to the Master Sale and Purchase Agreement With Vehicle Acquisition*

*Holdings, LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims,*

*Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Hearing* (the "Assumption Motion").

2.      On June 2, 2009, this Court entered its *Order Pursuant to 11 U.S.C. § § 105, 363, and 365 and Fed. R. Bankr. P. 2002, 6004 and 6006 (I) Approving Procedures For Sale of Debtors' Assets Pursuant to Master Sale and Purchase Agreement With Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline and Sale Hearing Date; (III) Establishing Assumption and Assignment Procedures; and (IV) Fixing Notice Procedures and Approving Form of Noti*ce (the "Order").

3.      The Order established certain procedures pursuant to which the Debtors were to give affected parties notice that Debtors intended to assume their executory contracts and/or unexpired leases, as well as the amounts that the Debtors believed were required to "cure" defaults under those contracts and leases as required by 11 U.S.C. § 365(b) (the "Cure Procedures").

4.      On June 5, 2009, in accordance with the Cure Procedures, the Debtors filed and served their *Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* (the "Cure Notice").  The Cure Notice advised that the Debtors maintained a secure website that contained information about contracts to be assumed and cure amounts that the Debtors believe will satisfy their obligations under 11 U.S.C. § 365(b).

5.      The secured website provided that Debtors intended to assume its supply agreements with Yazaki (the "Executory Contracts") and tender a cure amount of $7,573,831.31 (the "Debtors' Cure Amount") to Yazaki.

2

6.    Yazaki objects to the assumption of the Executory Contracts with Yazki to the extent Debtors continue to refuse to accept Yazaki commercial, ordinary course price increases, including price increases for Lambda Wiring (NAO) & VE Wiring (APO).

7.    Additionally, Yazaki objects to the Debtors' Cure Amount.    Rather than $7,573,831.31, the correct amount required to cure defaults is at least $8,954,190.47 (which amount includes $542,551.27 for production deliveries, $760,966.00 for non-production deliveries, and $76,841.84 for parts noted in e-Dacor but not listed in the Debtors' Cure Amount).  Additional detail and support for this cure amount is provided in **Exhibit A**, attached. In addition, the cure amount must include all accrued, non-defaulted obligations and any other amount due through the Assumption Effective Date.

8.    Yazaki objects to the assumption and assignment of the Executory Contracts unless Debtors pay the amount of not less than $8,954,190.47 and provide adequate assurance of future performance.[1]

**WHEREFORE** Yazaki respectfully requests that this Court find that the amount required to cure the existing defaults under the Executory Contracts is not less than $8,954,190.47 and deny the Debtors' assumption and assignment of the Executory Contracts unless this cure amount is promptly paid to Yazaki.

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: /s/  Michael C. Hammer
Michael C. Hammer (*pro hac vice*)
James A. Plemmons (*pro hac vice*)
500 Woodward Ave., Suite 4000

---

[1]    To the extent Debtors argue that Yazaki's claims are subject to the cure dispute resolution process, Yazaki objects that the Debtors should not have the right to determine unilaterally and without a strict deadline whether a given dispute is subject to alternative dispute resolution procedures, as this would allow Debtors to delay cure proceedings indefinitely.

Detroit, MI 48226
Tel: (313) 223-3500
Email: mhammer@dickinsonwright.com
Email: jplemmons@dickinsonwright.com

Attorneys for Yazaki North America, Inc.

Dated: June 12, 2009

ANNARBOR 38124-1 108134v1

# Summary of Cure amount Objection

| | |
|---|---|
| Tooling, Reworks, Obsolete Stock - Non Production Deliveries | $ 760,966.00 |
| Production Deliveries | $ 542,551.27 |
| Parts correctly showing in Edacor but not in Cure amount | $ 76,841.84 |
| Current Cure Amount | $ 1,380,359.11 |
| Revised Cure Amount | $ 8,954,190.47 |

## NOT IN GM CURE

| Program | Desc. | PO | Amount | Invoice Date | Invoice # | Comments |
|---|---|---|---|---|---|---|
| GMX322 | Tooling | 0FK405XC | $ 70,185.00 | 05/15/09 | 1430867 | Invoice rejected by GM Disbursements (P/N Not PPAP approved). Submitted additional information to Terese to update PO with PPAPed P/N. Once PO is received, need to reinvoice (this will be a case study to see if we can avoid deviation form) |
| GMX322 | Tooling | 0FK40BFF | $ 5,485.00 | 05/15/09 | 1430868 | Invoice rejected by GM Disbursements (P/N Not PPAP approved). Once GM Purchasing/YNA Sales verify if payment is achieved per above process, we'll submit for updated PO. |
| GMX322 | Tooling | FK406NW-00 | $ 5,735.00 | 12/2/2008 | 1399432 | Invoice rejected by GM Disbursements (P/N Not PPAP approved). Once GM Purchasing/YNA Sales verify if payment is achieved per above process, we'll submit for updated PO. |
| GMX322 | Tooling | 0FK408CJ | $ 42,800.00 | 05/19/09 | 1431625 | Invoice rejected by GM Disbursements (P/N Not PPAP approved). Once GM Purchasing/YNA Sales verify if payment is achieved per above process, we'll submit for updated PO. |
| GMX322 | Tooling | 0FK4093FN | $ 21,000.00 | 03/26/09 | 1416489 | Invoice rejected by GM Disbursements (P/N Not PPAP approved). Once GM Purchasing/YNA Sales verify if payment is achieved per above process, we'll submit for updated PO. |
| GMT345 | Cancellation | N/A | $ 81,761.00 | N/A | N/A | GMT345/H3 Cancellation was approved for $81,761. The payment will not be submitted per PO. It will be an EFT directly to YNA from GM. We are not seeing this transaction in E-Dacor. |
| GMX353 | Tooling | 246J0000 | $ 534,000.00 | 3/31/2009 | 1417390 | Invoice rejected by GM Disbursements. GM VTAM system needs to be updated with pictures/ID. YNA in process of getting the pictures from manufacturing affiliate (this is a cluster program) |
| | | | $ 760,966.00 | | | |

**Summary**

**BOL either provided or on Sharepoint**

| | $$ Amount | # of Items |
|---|---|---|
| $ | 542,551 | 50 |

| Shipper Number | InvoiceDate | Sum of Gross Amt | YNA Amount | Sum of E-Dacor Amt | Sum of Cure Amt | E-Dacor Difference | Cure Difference | Pricing/Qty?? | Bill of lading is available?? |
|---|---|---|---|---|---|---|---|---|---|
| 352062 | 5/29/2009 | $ 86,243.20 | 86,243.20 | $ - | $ - | 86,243.20 | 86,243.20 | No | Yes |
| 339518 | 4/8/2009 | $ 85,529.21 | 85,529.21 | $ - | $ - | 85,529.21 | 85,529.21 | No | Yes |
| 280927 | 9/12/2008 | $ 81,412.85 | 81,412.85 | $ - | $ - | 81,412.85 | 81,412.85 | No | Yes |
| 351942 | 5/29/2009 | $ 70,269.43 | 70,269.43 | $ - | $ - | 70,269.43 | 70,269.43 | No | Yes |
| 345141 | 4/30/2009 | $ 22,105.05 | 22,105.05 | $ - | $ - | 22,105.05 | 22,105.05 | No | Yes |
| 349294 | 5/18/2009 | $ 12,986.80 | 12,986.80 | $ - | $ - | 12,986.80 | 12,986.80 | No | Yes |
| 348985 | 5/18/2009 | $ 10,249.88 | 10,249.88 | $ - | $ - | 10,249.88 | 10,249.88 | No | Yes |
| 339179 | 4/6/2009 | $ 9,692.16 | 9,692.16 | $ - | $ - | 9,692.16 | 9,692.16 | No | Yes |
| 342025 | 4/20/2009 | $ 9,692.16 | 9,692.16 | $ - | $ - | 9,692.16 | 9,692.16 | No | Yes |
| 347539 | 5/12/2009 | $ 9,536.58 | 9,536.58 | $ - | $ - | 9,536.58 | 9,536.58 | No | Yes |
| 348449 | 5/14/2009 | $ 9,237.37 | 9,237.37 | $ - | $ - | 9,237.37 | 9,237.37 | No | Yes |
| 347982 | 5/13/2009 | $ 8,776.02 | 8,776.02 | $ - | $ - | 8,776.02 | 8,776.02 | No | Yes |
| 348822 | 5/15/2009 | $ 8,397.61 | 8,397.61 | $ - | $ - | 8,397.61 | 8,397.61 | No | Yes |
| 348989 | 5/18/2009 | $ 8,397.61 | 8,397.61 | $ - | $ - | 8,397.61 | 8,397.61 | No | Yes |
| 341773 | 4/17/2009 | $ 7,921.65 | 7,921.65 | $ - | $ - | 7,921.65 | 7,921.65 | No | Yes |
| 341075 | 4/15/2009 | $ 7,867.82 | 7,867.82 | $ - | $ - | 7,867.82 | 7,867.82 | No | Yes |
| 341382 | 4/16/2009 | $ 7,763.52 | 7,763.52 | $ - | $ - | 7,763.52 | 7,763.52 | No | Yes |
| 348398 | 5/14/2009 | $ 7,388.86 | 7,388.86 | $ - | $ - | 7,388.86 | 7,388.86 | No | Yes |
| 348819 | 5/15/2009 | $ 6,512.27 | 6,512.27 | $ - | $ - | 6,512.27 | 6,512.27 | No | Yes |
| 314027 | 12/16/2008 | $ 6,263.30 | 6,263.30 | $ - | $ - | 6,263.30 | 6,263.30 | No | Yes |
| 347377 | 5/11/2009 | $ 4,852.19 | 4,852.19 | $ - | $ - | 4,852.19 | 4,852.19 | No | Yes |
| 330272 | 3/3/2009 | $ 4,559.21 | 4,559.21 | $ - | $ - | 4,559.21 | 4,559.21 | No | Yes |
| 345232 | 4/30/2009 | $ 4,195.57 | 4,195.57 | $ - | $ - | 4,195.57 | 4,195.57 | No | Yes |
| 308648 | 12/1/2008 | $ 4,050.00 | 4,050.00 | $ - | $ - | 4,050.00 | 4,050.00 | No | Yes |
| 350964 | 5/26/2009 | $ 3,894.38 | 3,894.38 | $ - | $ - | 3,894.38 | 3,894.38 | No | Yes |
| 302040 | 11/11/2008 | $ 3,032.42 | 3,032.42 | $ - | $ - | 3,032.42 | 3,032.42 | No | Yes |
| 349292 | 5/19/2009 | $ 2,990.37 | 2,990.37 | $ - | $ - | 2,990.37 | 2,990.37 | No | Yes |
| 351464 | 5/27/2009 | $ 2,971.19 | 2,971.19 | $ - | $ - | 2,971.19 | 2,971.19 | No | Yes |
| 348846 | 5/15/2009 | $ 2,754.02 | 2,754.02 | $ - | $ - | 2,754.02 | 2,754.02 | No | Yes |
| 345734 | 5/1/2009 | $ 2,618.16 | 2,618.16 | $ - | $ - | 2,618.16 | 2,618.16 | No | Yes |
| 921110 | 4/13/2007 | $ 2,261.36 | 2,261.36 | $ - | $ - | 2,261.36 | 2,261.36 | No | Yes |
| 348482 | 5/14/2009 | $ 2,166.98 | 2,166.98 | $ - | $ - | 2,166.98 | 2,166.98 | No | Yes |
| 337520 | 4/1/2009 | $ 1,864.18 | 1,864.18 | $ - | $ - | 1,864.18 | 1,864.18 | No | Yes |
| 345971 | 5/5/2009 | $ 1,733.58 | 1,733.58 | $ - | $ - | 1,733.58 | 1,733.58 | No | Yes |
| 132911 | 7/30/2007 | $ 1,714.10 | 1,714.10 | $ - | $ - | 1,714.10 | 1,714.10 | No | Yes |
| 337751 | 4/2/2009 | $ 1,688.02 | 1,688.02 | $ - | $ - | 1,688.02 | 1,688.02 | No | Yes |
| 344615 | 4/30/2009 | $ 1,678.13 | 1,678.13 | $ - | $ - | 1,678.13 | 1,678.13 | No | Yes |
| 328571 | 2/26/2009 | $ 1,613.64 | 1,613.64 | $ - | $ - | 1,613.64 | 1,613.64 | No | Yes |
| 351487 | 5/27/2009 | $ 1,583.97 | 1,583.97 | $ - | $ - | 1,583.97 | 1,583.97 | No | Yes |
| 343390 | 4/23/2009 | $ 1,475.37 | 1,475.37 | $ - | $ - | 1,475.37 | 1,475.37 | No | Yes |
| 322906 | 2/4/2009 | $ 1,461.43 | 1,461.43 | $ - | $ - | 1,461.43 | 1,461.43 | No | Yes |
| 325940 | 2/4/2009 | $ 1,443.41 | 1,443.41 | $ - | $ - | 1,443.41 | 1,443.41 | No | Yes |
| 345446 | 5/1/2009 | $ 1,324.24 | 1,324.24 | $ - | $ - | 1,324.24 | 1,324.24 | No | Yes |
| 269907 | 8/2/2009 | $ 1,319.88 | 1,319.88 | $ - | $ - | 1,319.88 | 1,319.88 | No | Yes |

4/17/2009

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 346340 | 5/6/2009 | $ | 1,300.19 | $ 1,300.19 | $ - | $ - | 1,300.19 | $ 1,300.19 | No |
| 349295 | 5/19/2009 | $ | 1,259.64 | $ 1,259.64 | $ - | $ - | 1,259.64 | $ 1,259.64 | No |
| 327889 | 2/23/2009 | $ | 1,235.21 | $ 1,235.21 | $ - | $ - | 1,235.21 | $ 1,235.21 | No |
| 349012 | 5/18/2009 | $ | 1,186.62 | $ 1,186.62 | $ - | $ - | 1,186.62 | $ 1,186.62 | No |
| 327522 | 2/20/2009 | $ | 1,040.31 | $ 1,040.31 | $ - | $ - | 1,040.31 | $ 1,040.31 | No |
| 346086 | 5/5/2009 | $ | 1,040.15 | $ 1,040.15 | $ - | $ - | 1,040.15 | $ 1,040.15 | No |

$ 542,551.27

Yes
Yes
Yes
Yes
Yes
Yes

| Process # | DUNS # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill Of Lading | Purchase Order # | E-Dacor Status | Due Date/Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9000170652817 | RD 130078129 | SG | 2 | 0770842811R09156 | 5/27/2009 | $ 1,148.35 | USD | | 351454 GM40725 | Ready To Pay | STAYED | 0 |
| 9000170655155 | RD 189702095 | BJ | 2 | 00723975 | 5/28/2009 | $ 32,419.76 | USD | | 351667 0FK408FM | Ready To Pay | STAYED | 0 |
| 9000170655156 | RD 189702095 | BJ | 2 | 00723975 | 5/28/2009 | $ 41,217.47 | USD | | 351737 0FK408T4 | Ready To Pay | STAYED | 0 |
| 9000170655156 | RD 189702095 | BJ | 2 | 00724119 | 5/28/2009 | | | | | Ready To Pay | STAYED | 0 |
| 9000170655157 | RD 189702095 | BJ | 2 | 00724120 | 5/28/2009 | $ 2,056.26 | USD | | 351779 0FK409FT | Ready To Pay | STAYED | 0 |

$ 76,841.84