REID AND RIEGE, P.C.
Carol A. Felicetta, Esq.
195 Church Street
New Haven, CT 06510
Telephone: (203) 777-8008
Facsimile: (203) 777-6304
E-mail: cfelicetta@reidandriege.com
*Counsel for Barnes Group Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE:<br><br>GENERAL MOTORS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No.: 09-50026 (REG)<br>(Jointly Administered)<br><br>Re: Doc. I.D. #1096 |
|---|---|

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 15th day of June, 2009, copies of the Objection of The Barnes Group, Inc. and Seeger-Orbis GmbH & Co. OHG to the Notice of (I) Debtor's Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto were served upon the parties on the attached Service List in the manner indicated.

Dated this 15th day of June, 2009

/s/ Carol A. Felicetta
Carol A. Felicetta
Federal Bar No. ct07929
Reid and Riege, P.C.
195 Church Street
New Haven, CT  06510
Phone 203-777-8008
Fax 203-777-6304
E-mail: cfelicetta@reidandriege.com
***Counsel for The Barnes Group et al.***

22057.004/493808.1

# SERVICE LIST

*VIA Federal Express and Facsimile Transmission*

General Motors Corporation (***Debtor***)
ATTN:  Lawrence S. Buonomo, Esq.
300 Renaissance Center
Detroit, MI  48265
F 313.665.7395

*Counsel for Debtors*
Weil, Gotshal & Manges
ATTN:  Harvey R. Miller
           Stephen Karotkin
           Joseph H. Smolinsky
767 Fifth Avenue
New York, NY  10153
F 212.310.8007

U.S. Treasury
ATTN:  Matthew Feldman
1500 Pennsylvania Ave. NW
Detroit, MI  06103
F 202.622.6415

*Counsel for Purchasers*
Cadwalader, Wickersham & Taft
ATTN:  John J. Rapisardi
One World Financial Center
New York, NY  10281
F 212.504.6666

*Counsel for Creditors' Committee*
Kramer Levin Naftalis & Frankel
ATTN:  Gordon Z. Novod, Esq.
One World Financial Center
New York, NY  10281
F 212.715.8000

*Counsel for Export Development Canada*
Vedder Price, P.C.
ATTN:  Michael J. Edleman, Esq.
           Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY  10019
F 212.407.7799

Office of the United States Trustee
ATTN:  Diana G. Adams
           Brian  Shoichi Masumoto
           Andrew D. Velez-Rivera
33 Whitehall St., 21st Floor
New York, NY  10004
F 212.668.2256