# EXHIBIT A

1164903.9

# Johnson Matthey Testing

## EXHIBIT A

SUPPLIER NUMBER: 08-644-7781

### GM CURE AMOUNTS

| INVOICE# | INVOICE DATE | PURCHASE ORDER# | UNPAID BALANCE |
|---|---|---|---|
| 107895 | 1/31/2009 | TCB06951 | 2,126.00 |
| 108545 | 2/28/2009 | TCB06951 | 1,570.00 |
| 109597 | 4/8/2009 | TCB06951 | 12,573.00 |
| 110430 | 5/12/2009 | TCB06951 | 5,315.88 |
| 109619 | 4/9/2009 | TCS19163 | 34,132.00 |
| 110431 | 5/12/2009 | TCS19163 | 34,130.90 |
| 110449 | 4/9/2009 | TCS22990 | 96,028.00 |
| 110426 | 5/12/2009 | TCS22990 | 109,515.00 |
| 110955 | 6/1/2009 | TCS22990 | 95,074.00 |
| 110425 | 5/12/2009 | TCS25784 | 13,260.00 |
| | | TOTAL DUE: | $403,724.78 |

12600 Universal Drive    Taylor, MI  48180    734/946-9856                1 of 1