## EXHIBIT B

## JOHNSON MATTHEY INC.
### General Motor's Receivables
### As of: June 15, 2009

| Document Type | Invoice Number | Sales Order Number | Reference | Invoice Date | Original Amount | Open Amount |
|---|---|---|---|---|---|---|
| RI | 110881 | 9090008 | RX19W | 5/29/2009 | $800.00 | $800.00 |
| RI | 108844 | 8090096 | RXH18 | 3/11/2009 | $3,680.00 | $3,680.00 |
| RI | 108252 | 8090096 | RXH18 | 2/13/2009 | $3,560.00 | $3,560.00 |
| RI | 107103 | 8090096 | RXH18 | 1/7/2009 | $11,440.00 | $11,440.00 |
| RI | 106731 | 8090093 | RXH19 | 12/12/2008 | $3,660.00 | $3,660.00 |
| RI | 106566 | 8090104 | RXH19 | 12/8/2008 | $5,280.00 | $5,280.00 |
| RI | 106303 | 8090093 | RXH19 | 12/1/2008 | $3,740.00 | $3,740.00 |
| RI | 111138 | 8090107 | TCS23466 | 6/9/2009 | $75,000.00 | $75,000.00 |
| RI | 110992 | 9090008 | RX19W | 6/3/2009 | $2,000.00 | $2,000.00 |

| Total Net Receivables | $109,160.00 |
|---|---|