UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

In re                                              : Chapter 11
                                                   :
GENERAL MOTORS CORPORATION, *et al.*               :
                                                   : Case No. 09-50026 (REG)
                                                   :
          Debtors.                                 :
                                                   :
-----------------------------------------------------------------------x

AFFIDAVIT OF MELISSA N. FLORES, PARALEGAL

STATE OF DELAWARE:
                    SS:
NEW CASTLE COUNTY:

I Melissa N. Flores, certify that I am, and at all times during the service of process, have been, an employee of Saul Ewing LLP, not less than 18 years of age and not a party to the matter concerning which service of process was made on June 15, 2009. I certify further that I caused the service of the:

**LIMITED OBJECTION OF JOHNSON MATTHEY VEHICLE TESTING & DEVELOPMENT, LLC, JOHNSON MATTHEY INC., AND CERTAIN OTHER AFFILIATES AND SUBSIDIARIES TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE COSTS RELATED THERETO**

was made on the following parties on the attached service list via Facsimile

_____
Melissa N. Flores

SWORN AND SUBSCRIBED before me this 15th day of June, 2009.

_____
NOTARY

ANTHONY J. IANNINI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 20, 2011

KRLSWIL:WILM-#574952-V1-GM-AOS-MNF.DOC
574952.1 6/15/09

GM Service List

Attn: Warren Command Center
Mailcode 480-206-114
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Facsimile: via Weil Gotshal

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Facsimile: 212-310-8007

Matthew Feldman
U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220
202-622-6464(fax)

John J. Rapisardi
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
212-504-6666(fax)

Michael Edelman
Michael L. Shein
Vedder Price PC
1633 Broadway, 47th Floor
New York, NY 10019
212-407-7799 (fax)

Diana G. Adams
Office of the United States Trustee
For the Southern District of NY
33 Whitehall Street, 21st Floor
New York, NY 10004
212-688-2255(fax)

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas

New York, NY 10036
212-715-8192 (fax)

Robert D. Wolford
Miller Johnson Snell & Cummiskey PLC
250 Monroe Avenue, N.W. Suite 800
Grand Rapids, MI 49503
616-831-1701(fax)