

# W. L. GORE & ASSOCIATES, INC.

*Creative Technologies Worldwide*

551 PAPER MILL ROAD • P.O. BOX 9206 • NEWARK, DELAWARE 19714-9206 • PHONE: 302/738-4880
FAX: 302/292-4153
FAX: 302/731-9098
LEGAL OFFICES

June 12, 2009

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller, Esq.
767 Fifth Avenue
New York, NY 10153

Re:   In re General Motors Corp., et al.
      Case No. 09-50026 (REG)
      Notice of Debtors' Intent to (I) Assume and Assign Certain Executory Contracts,
      Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential
      Real Property and (II) Cure Amounts Related Thereto
      Objection of W.L. Gore & Associates, Inc.

Dear Mr. Miller,

Despite multiple attempts to access the information relevant to our company from http://www.contractnotices.com, and despite multiple calls to the telephone number provided in the Motion, W. L. Gore & Associates, Inc. has been unable to obtain any information regarding the contracts or cure amounts that the Debtors may seek to assume.

Because we cannot verify that the contracts or cure amounts listed for W.L. Gore & Associates, Inc. are accurate, we must object to the motion at this time.

Sincerely,

Mary M. MaloneyHuss
Corporate Counsel
(DE Bar No. 2960)

ASIA • AUSTRALIA • EUROPE • NORTH AMERICA
GORE-TEX is a trademark of W. L. Gore & Associates, Inc.