JAFFE RAITT HEUER & WEISS, P.C.
Paul R. Hage (P70460)(Pro Hac Vice)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Telephone: 248.351.3000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                                         :
In re                                                    :    Chapter 11
                                                         :
GENERAL MOTORS CORP., *et al.*,                          :    Case No. 09-50026 (REG)
                                                         :    (Jointly Administered)
        Debtors.                                         :
                                                         :
                                                         :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Paul Hage, do hereby certify, that on June 15, 2009, I caused true and correct copies of the **Limited Objection of Inland Waters Pollution Control to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, and (II) Cure Costs Related Thereto**, to be served (i) electronically through the Court's PACER System on parties requesting electronic service in the above-captioned chapter 11 cases and (ii) on the parties listed on the attached service list by the means indicated thereon.

                                    JAFFE RAITT HEUER & WEISS, P.C.

                                    By:/s/ Paul R. Hage
                                        Paul R. Hage (P71963)
                                        27777 Franklin Road, Suite 2500
                                        Southfield, MI 48034
                                        Telephone: 248.351.3000
                                        Facsimile: 248.351.3082
                                        Email: phage@jaffelaw.com
                                        *Counsel for Project Management Services, Inc.*

Dated: June 15, 2009

## SERVICE LIST

### BY FEDERAL EXPRESS AND ELECTRONIC MAIL

#### Counsel to the Debtors

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotschal & Manges LLP
767 Fifth Avenue
New York, NY 10153
harvey.miller@weil.com
stephen.karotkin@weil.com
joseph.smolinsky@weil.com

#### Counsel to the Purchaser

John Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
john.rapisardi@cwt.com

#### Counsel to the Official Committee of Unsecured Creditors

Kenneth H. Eckstein, Esq.
Thomas Moers Mayer, Esq.
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com
tmayer@kramerlevin.com
gnovod@kramerlevin.com

#### Counsel to Export Development Canada

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY 10019
mjedelman@vedderprice.com
mschein@vedderprice.com

**Debtors**

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114
Email: via Weil Gotschal & Mange LLP

**BY FEDERAL EXPRESS AND FACSIMILE**

**The U.S. Treasury**

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
fax: (202) 622-6415

**The Office of the United States Trustee**

Diana G. Adams, Esq.
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
fax: (212)-668-2256