2000 M Street, N.W. 7th Floor   Tel   202.261.1000
Washington, D.C. 20036-3307   Fax   202.887.0336

# MANELLI DENISON & SELTER PLLC
ATTORNEYS

Before the United States Bankruptcy Court
For the Southern District of New York

---------------------------------------------x
In the Matter of:                           Chapter 11
GENERAL MOTORS CORP., *et al.*,             Case No. 09-50026 (REG)
Debtors                                     (Jointly Administered)
---------------------------------------------x

## OBJECTIONS OF AISIN AW CO., LTD. TO DEBTORS' NOTICE OF DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, ETC., AND CURE AMOUNTS RELATED THERETO

On behalf of Aisin AW Co., Ltd. ("Aisin AW"), a corporation of Japan, we hereby object to the captioned Notice ("Notice") for the reasons set forth below. Aisin AW is a prepetition trade creditor against Debtors.

Aisin AW objects to the Notice because the Notice contains the errors which are listed in Exhibit A to these Objections. The errors include *inter alia* misidentification of a counter party and of the correct counter party's Vendor Identification Number. To substantiate the foregoing Aisin AW is attaching copies of the relevant purchase orders as Exhibit B-1 through B-12 to the instant Objections. Aisin AW does not contest the Contract Cure Amount listed in the Notice.

For the foregoing reasons, we respectfully request that the Court order Debtors to correct the above-mentioned errors by filing a supplementary notice.

If the Court has any questions regarding the instant submission, please contact the undersigned.

June 12, 2009

Respectfully submitted,

*/s/ Yoshihiro Saito*
Yoshihiro Saito
Counsel to Aisin AW Co., Ltd.
ysaito@mdslaw.com

1

## Certificate of Service

This is to certify that I, Yoshihiro Saito, caused the foregoing document to be served on the following parties this 12th day of June 2009 by first-class mail, postage prepaid:

**Behalf of Debtors:**
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
(Attn: Warren Command Center
Mail Code 480-206-114)

**Behalf of Debtors:**
Weil, Gotshal & Manges LLP
767 Fifth Avenue, New York,
NY 10153
(Attn: Harvey Miller, Esquire)

**Behalf of the U.S. Treasury:**
1500 Pennsylvania Avenue, N.W.
Room 2312
Washington, D.C. 20220
(Attn: Matthew Feldman, Esquire)

**Behalf of Purchaser:**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
(Attn: John J. Rapisardi, Esquire)

**Behalf of Export Development Canada:**
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
(Attn: Michael J. Edelman, Esquire)

**Behalf of Creditors Committee:**
Kramer Levin LLP
1177 Avenue of The Americas
New York, N.Y. 10036

**Behalf of the Trustee:**
Office of the United States Trustee for
The Southern District of New York
33 Whitehall Street, 21st Floor, New York, New York 10004
(Attn: Diana G. Adams, Esquire)

_/s/ Yoshihiro Saito_
Yoshihiro Saito

2