# EXHIBIT A

Opposition to the proposed assumption and assignment of the Assumbale Executory Contracts

◆On the Contract List

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status | Problem |
|---|---|---|---|---|---|---|
| 5716-00518247 | 0R6D0011 | 690535588 | AISIN AW CO LTD | Blanket Order | Noticed | Incorrect Vendor ID (69053358 → 708350459) |
| 5716-00518248 | 0R6D0013 | 690535588 | AISIN AW CO LTD | Blanket Order | Noticed | Incorrect Vendor ID (69053358 → 708350459) |
| 5716-00600362 | K12YG000 | 708350459 | AISIN AW CO LTD | Agreement | Noticed | Unknown Contract |
| 5716-00623677 | K12YG001 | 708350459 | AISIN AW CO LTD | Agreement | Noticed | Unknown Contract |
| 5716-00593342 | K12YG002 | 708350459 | AISIN AW CO LTD | Agreement | Noticed | Unknown Contract |
| 5716-00650952 | K1LHP000 | 708350459 | AISIN AW CO LTD | Agreement | Noticed | Unknown Contract |
| 5716-00585624 | K1LHP001 | 708350459 | AISIN AW CO LTD | Agreement | Noticed | Unknown Contract |
| 5716-00672378 | K1LHP002 | 708350459 | AISIN AW CO LTD | Agreement | Noticed | Unknown Contract |
| 5716-00623132 | K1LHP003 | 708350459 | AISIN AW CO LTD | Agreement | Noticed | Unknown Contract |
| 5716-00632162 | K1SH2000 | 708350459 | AISIN AW CO LTD | Agreement | Noticed | Unknown Contract |
| 5716-00638768 | K1SH2001 | 708350459 | AISIN AW CO LTD | Agreement | Noticed | Unknown Contract |
| 5716-00640039 | N1DUR000 | 708350459 | AISIN AW CO LTD | Agreement | Noticed | Unknown Contract |
| 5716-00608593 | N1DUR001 | 708350459 | AISIN AW CO LTD | Agreement | Noticed | Unknown Contract |
| 5716-00577556 | N1GZ1000 | 708350459 | AISIN AW CO LTD | Agreement | Noticed | Unknown Contract |
| 5716-00587558 | N1GZ1001 | 708350459 | AISIN AW CO LTD | Agreement | Noticed | Unknown Contract |
| 5716-00647631 | N1J4Q000 | 708350459 | AISIN AW CO LTD | Agreement | Noticed | Unknown Contract |
| 5716-00624109 | N1J4Q001 | 708350459 | AISIN AW CO LTD | Agreement | Noticed | Unknown Contract |
| 5716-00607562 | PXX7I000 | 690658877 | AISIN AW CO LTD | Agreement | Noticed | Unknown Contract |
| 5716-00108119 | TCS26688 | 690658877 | AISIN AW CO LTD | Agreement | Noticed | Unknown Contract |
| 5716-00784399 | 0R6D0005 | 690535588 | AISIN SEIKI CO LTD | Blanket Order | Noticed | Wrong Counter Party Name, DUNS (AISIN SEIKI → AISIN AW) |
| 5716-00784400 | 0R6D0009 | 690535588 | AISIN SEIKI CO LTD | Blanket Order | Noticed | Wrong Counter Party Name, DUNS (AISIN SEIKI → AISIN AW) |
| 5716-00784401 | 0R6D000C | 690535588 | AISIN SEIKI CO LTD | Blanket Order | Noticed | Wrong Counter Party Name, DUNS (AISIN SEIKI → AISIN AW) |
| 5716-00784402 | 0R6D000D | 690535588 | AISIN SEIKI CO LTD | Blanket Order | Noticed | Wrong Counter Party Name, DUNS (AISIN SEIKI → AISIN AW) |
| 5716-00784403 | 0R6D000F | 690535588 | AISIN SEIKI CO LTD | Blanket Order | Noticed | Wrong Counter Party Name, DUNS (AISIN SEIKI → AISIN AW) |
| 5716-00784404 | 0R6D000G | 690535588 | AISIN SEIKI CO LTD | Blanket Order | Noticed | Wrong Counter Party Name, DUNS (AISIN SEIKI → AISIN AW) |
| 5716-00784405 | 0R6D000H | 690535588 | AISIN SEIKI CO LTD | Blanket Order | Noticed | Wrong Counter Party Name, DUNS (AISIN SEIKI → AISIN AW) |
| 5716-00784406 | 0R6D000J | 690535588 | AISIN SEIKI CO LTD | Blanket Order | Noticed | Wrong Counter Party Name, DUNS (AISIN SEIKI → AISIN AW) |
| 5716-00784407 | 0R6D000K | 690535588 | AISIN SEIKI CO LTD | Blanket Order | Noticed | Wrong Counter Party Name, DUNS (AISIN SEIKI → AISIN AW) |
| 5716-00782600 | 0R6D000N | 690535588 | AISIN SEIKI CO LTD | Blanket Order | Noticed | Wrong Counter Party Name, DUNS (AISIN SEIKI → AISIN AW) |
| 5716-00782601 | 0R6D000P | 690535588 | AISIN SEIKI CO LTD | Blanket Order | Noticed | Wrong Counter Party Name, DUNS (AISIN SEIKI → AISIN AW) |
| 5716-00782602 | 0R6D000R | 690535588 | AISIN SEIKI CO LTD | Blanket Order | Noticed | Unknown Contract |
| 5716-00782603 | 0R6D000T | 690535588 | AISIN SEIKI CO LTD | Blanket Order | Noticed | Wrong Counter Party Name, DUNS (AISIN SEIKI → AISIN AW) |
| 5716-00782604 | 0R6D000V | 690535588 | AISIN SEIKI CO LTD | Blanket Order | Noticed | Wrong Counter Party Name, DUNS (AISIN SEIKI → AISIN AW) |
| 5716-00782605 | 0R6D000W | 690535588 | AISIN SEIKI CO LTD | Blanket Order | Noticed | Wrong Counter Party Name, DUNS (AISIN SEIKI → AISIN AW) |
| 5716-00782606 | 0R6D000X | 690535588 | AISIN SEIKI CO LTD | Blanket Order | Noticed | Wrong Counter Party Name, DUNS (AISIN SEIKI → AISIN AW) |
| 5716-00782607 | 0R6D000Z | 690535588 | AISIN SEIKI CO LTD | Blanket Order | Noticed | Wrong Counter Party Name, DUNS (AISIN SEIKI → AISIN AW) |
| 5716-00782608 | 0R6D0010 | 690535588 | AISIN SEIKI CO LTD | Blanket Order | Noticed | Wrong Counter Party Name, DUNS (AISIN SEIKI → AISIN AW) |
| 5716-00782609 | 0R6D0012 | 690535588 | AISIN SEIKI CO LTD | Blanket Order | Noticed | Wrong Counter Party Name, DUNS (AISIN SEIKI → AISIN AW) |
| 5716-00933814 | 1ZJZ0001 | 690535588 | AISIN SEIKI CO LTD | Blanket Order | Noticed | Unknown Contract |
| 5716-00933815 | 1ZJZ0002 | 690535588 | AISIN SEIKI CO LTD | Blanket Order | Noticed | Wrong Counter Party Name, DUNS (AISIN SEIKI → AISIN AW) |
| 5716-00933816 | 1ZJZ0003 | 690535588 | AISIN SEIKI CO LTD | Blanket Order | Noticed | Wrong Counter Party Name, DUNS (AISIN SEIKI → AISIN AW) |
| 5716-00933817 | 1ZJZ0004 | 690535588 | AISIN SEIKI CO LTD | Blanket Order | Noticed | Wrong Counter Party Name, DUNS (AISIN SEIKI → AISIN AW) |

◆Not on the Contract List

| Row ID | GM Contract ID | Contract / PO Items Vendor ID | Counter Party Name | Contract Type | Contract Status | Problem |
|---|---|---|---|---|---|---|
| | | 708350459 | AISIN AW CO LTD | Blanket Order | | Missing in the Contract List (New Parts, no contract yet) |