# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| GENERAL MOTORS CORP., *et al.* ) | Case No. 09-50026 |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## APPEARANCE

NOW COMES Terry L. Zabel of Rhoades McKee and hereby enters his appearance for and on behalf of Bay Logistics, Inc., creditor and party-in-interest in the above-captioned case.

Dated: June 15, 2009

                                                                 **/S/ Terry L. Zabel**
Terry L. Zabel (P53798)
Rhoades McKee
161 Ottawa Ave., NW, Ste 600
Grand Rapids, MI  49503
tlzabel@rhoadesmckee.com
Telephone: (616) 235-3500
Facsimile: (616) 459-5102