Thomas K. Lindahl, Esq.
McDonald Hopkins PLC
39533 Woodward Ave., Suite 318
Bloomfield Hills, MI 48304
Phone: 248.646.5070
Fax: 248.646.5075
E-mail: tlindahl@mcdonaldhopkins.com

**Counsel to Chemico Mays, LLC**

United States Bankruptcy Court
Southern District of New York

---

| | |
|---|---|
| In re: | Chapter 11 |
| General Motors Corp., *et al.*, | Case No. 09-50026 (REG) |
| | (Jointly Administered) |

---

### LIMITED OBJECTION TO THE PROPOSED ASSUMPTION AND ASSIGNMENT OF THE ASSUMABLE EXECUTORY CONTRACTS OF CHEMICO MAYS, LLC

Chemico Mays, LLC ("Chemico Mays") hereby submits this limited objection (the "Objection") to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto (the "Notice of Intent"), served upon Comau by the Debtors pursuant to this Court's Order Pursuant to 11 U.S.C. §§ 105, 363, and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006 (IIII) Approving Procedures for Sale of Debtors' Assets Pursuant to Master Sale and Purchase Agreement With Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser; (IV) Scheduling Bid Deadline and Sale Hearing Date; (III) Establishing Assumption and Assignment Procedures; and (V) Fixing Notice Procedures and Approving Form of Notice (the "Bidding Procedures Order"), stating as follows:

{1765372:}

1. The Debtors commenced their voluntary Chapter 11 bankruptcy cases on June 1, 2009.

2. On June 2, 2009, this Court entered the Bidding Procedures Order, which includes procedures regarding Debtors' assumption and assignment of executory contracts.

3. Pursuant to the Bidding Procedures Order, the Debtors delivered a Notice of Intent to Chemico Mays indicating that the Debtors intend to assume and assign some or all of the Debtors' contracts (the "Assumed Contracts").

4. Chemico Mays files this limited objection to the Cure Amount set forth in the Noice, as Debtors records indicate that the amount necessary to cure defaults is $605,058.00.

**WHEREFORE**, Chemico Mays requests that the Court: (i) determine the appropriate Cure Amount; and (ii) grant such other and further relief as is just and appropriate.

Dated: June 15, 2009.

        Respectfully Submitted

        MCDONALD HOPKINS PLC

By: /s/ Thomas K. Lindahl
   Thomas K. Lindahl (P30741)
   39533 Woodward Ave., Suite 318
   Bloomfield Hills, MI 48304
   Phone: 248.646.5070
   Fax: 248.646.5075
   E-mail: tlindahl@mcdonaldhopkins.com

        **COUNSEL TO CHEMICO MAYS, LLC**

{1765372:}