**BAY LOGISTICS**
*1202 Pontaluna*
*Spring Lake, MI  49456-9634*
*(231)799-1015*

| INVOICE # | 53109 |
|---|---|
| INVOICE DATE | 5/31/2009 |

**SOLD TO:  GENERAL MOTORS POWERTRAIN**
**WARREN TRANSMISSION**
**ATTN:  BILL KOSEBA**
23500 Mound Avenue
Warren, MI  48198-6198

| Blanket PO# | WAB11671 002 |
|---|---|
| PD# | |
| Release # | |

| ITEM SEQ NUMBER | ITEM ID NUMBER | DESCRIPTION | QUANTITY | UNIT PRICE | TOTAL CHARGE |
|---|---|---|---|---|---|
| 00008 | WHSE-PS3F | Phase 3 Fixed Costs | 0.96 | 78630.75 | $ 75,574.58 |
| 00009 | WHSE-PS3V | Phase 3 Variable Costs | 30,864.22 | 1.89 | $ 58,333.38 |
| 00012 | WHSE-ADSQ | WTO JIT Logistics Center Additional SQFT 9450 Buffalo Hamtramck, MI | - | 0.460 | $ - |
| 00013 | WHSE-SCTY | Warehouse Security Guard | 720.00 | 22.33 | $ 16,077.60 |
| 00014 | WHSE-SHUT | Warehouse Shuttle Service | 336.00 | 87.5 | $ 29,400.00 |
| 00015 | WHSE-HTST | Hot Shot Truck | - | 95 | $ - |
| 00016 | LABR-MHOT | Labor - MH Overtime | 111.00 | 39.06 | $ 4,335.66 |

Dollie Maintenance                                   $  5,819.44

**TOTAL INVOICE**                              $  189,540.66


EXHIBIT
1

**BAY LOGISTICS**

1202 Pontaluna
Spring Lake, MI 49456-9634
(231)799-1015

| INVOICE # | 53109 |
|---|---|
| INVOICE DATE | 5/31/2009 |

SOLD TO:  **GENERAL MOTORS POWERTRAIN**
**YPSILANTI TRANSMISSION**
ATTN: RYAN McELMURRY
Ecorse & Wiard Roads
6 Speed Transmission Plant
Ypsilanti, MI  48198-6198

| Blanket PO# | YTB00009 011 |
|---|---|
| PD# | |
| Release # | |

| ITEM SEQ NUMBER | ITEM ID NUMBER | DESCRIPTION | QUANTITY | UNIT PRICE | | TOTAL CHARGE |
|---|---|---|---|---|---|---|
| 00001 | WHSE-TUGG | Tugger | 1.00 | 350.00 | $ | 350.00 |
| 00002 | WHSE-OVTM | Warehouse Overtime | 10.00 | 35.16 | $ | 351.60 |
| 00003 | 1429-0017 | Security - 7/24 Hour | 27,250.17 | 0.59 | $ | 16,077.60 |
| 00006 | 1421-0010 | Dollie Repairs & Tow Bars | - | 0.55 | $ | - |
| 00023 | 1429-004X | Variable Overhead Phase 3 | 41,625.00 | 0.008 | $ | 333.00 |
| 00024 | 1429-0061 | Fixed O/H Indirect Labor | 2.00 | 2,604.16 | $ | 5,208.32 |
| 00026 | 1429-0063 | YTO JIT Logistics Center - Phase 2 Storage Per Month 717 Norris Ypsilanti, MI | 126,520 | 0.375 | $ | 47,445.00 |
| 00027 | 1429-0064 | Hot Shot Truck | 8.00 | 95 | $ | 760.00 |
| 00028 | 1429-0065 | Direct Labor Phase 3 | 38,560.41 | 1.556 | $ | 60,000.00 |
| 00029 | 1429-0066 | Fixed Facility Phase 3 | 1.00 | 2,750.00 | $ | 2,750.00 |
| 00030 | 1429-007G | Fixed O/H Salaried Labor | 3.00 | 5,208.33 | $ | 15,624.99 |
| 00033 | 1429-00WM | Fixed Overhead Phase 3 | 1.00 | 11,204.25 | $ | 11,204.25 |

**TOTAL INVOICE**          $   160,104.76

| | INVOICE # | 5312009A |
| | INVOICE DATE | 5/31/2009 |
| | SCAC: | MRLC |
| | LANE EXHIBIT: | 04-GM-3962 |
| | CISCO #: | 51063 |
| | LAF #: | LAF000001277 |

**BILL TO:**
MARTIN TRANSPORTATION, INC.
PO BOX 88067
Grand Rapids, MI 49518-0067
(231)799-1015

**SHIPPER:**
GENERAL MOTORS POWERTRAIN
ROMULUS ENGINE OPERATIONS
*DUNNS# 037749264*
ATTN: Don Finney
36880 Ecorse Road
Romulus, MI 48174

**CONSIGNEE:**
MARTIN TRANSPORTATION, INC.
c/o Bay Logistics
*DUNNS# 038610200*

36555 Ecorse Road
Romulus, MI 48174

**BILL TO:**
GENERAL MOTORS POWERTRAIN
ROMULUS ENGINE OPERATIONS
*DUNNS# 037749264*
ATTN: Don Finney
36880 Ecorse Road
Romulus, MI 48174

| ITEM SEQ NUMBER | DESCRIPTION | QUANTITY | UNIT PRICE | TOTAL CHARGE |
|---|---|---|---|---|
| 00001 | Shuttle Charge per Hour 5/1-23/09 Romulus, MI | 1,157.53 | $  42.750 | $  49,484.41 |

*PAY IN US FUNDS*

| | | $  49,484.41 |

**BAY LOGISTICS**
**1210 Pontaluna**
**Spring Lake, MI 49456-9634**
**(231)799-1015**

| INVOICE # | 53109L |
|---|---|
| INVOICE DATE | 5/31/2009 |

**SOLD TO:  GENERAL MOTORS**
          **POWERTRAIN**
   **ATTN: Mike Harrison**
   717 Joslin Avenue
   Mail Code: 483720450
   Pontiac, MI 48340-2926

| Blanket PO# | HWB 23422 021 |
|---|---|
| PD# | |
| Release # | TCS06940 |

| ITEM SEQ NUMBER | DESCRIPTION | QUANTITY | UNIT PRICE | TOTAL CHARGE |
|---|---|---|---|---|
| 00001 | Labor - Load/Unload | 11.50 | 20 | $          230.00 |
| | 717 Norris | | | |
| | Ypsilanti, MI | | | |

**TOTAL INVOICE**                  $          230.00

Contract Notices

https://www.contractnotices.com/MyContracts.aspx

# Contract Notices

User: QRP6saQs

| My Contracts | Documents & Links |
| --- | --- |

## Supplier Details

Vendor Master ID: **176258275**

Supplier Name: **BAY LOGISTICS INC**
Contract Cure Amount: **$719,257.26**
# of Contracts: **6**

Click here to view Contract Cure Amount Details

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
| --- | --- | --- | --- | --- | --- |
| 5716-00088446 | RMS30974 | 176258275 | BAY LOGISTICS INC | Agreement | Noticed |
| 5716-00098270 | HWB23422 | 176258275 | BAY LOGISTICS INC | Blanket Order | Noticed |
| 5716-00098271 | RMB02109 | 176258275 | BAY LOGISTICS INC | Blanket Order | Noticed |
| 5716-00098272 | WAB11671 | 176258275 | BAY LOGISTICS INC | Blanket Order | Noticed |
| 5716-00106014 | YTB00009 | 176258275 | BAY LOGISTICS INC | Blanket Order | Noticed |
| 5716-00106015 | YTB00009 | 176258275 | BAY LOGISTICS INC | Blanket Order | Noticed |

Hover mouse cursor here for Contract Status Legend

All Contract Status Legend

**Important Notices:**

All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

June 09, 2009 @ 12:33:03 PM

Copyright ©2009 AlixPartners, LLP | (51)

| Home | Logout |
| --- | --- |

6/9/2009

# Contract Notices

User: ORP6aaQs

My Contracts     Documents & Links

## Supplier Details

Vendor Master ID: **176258275**

Page 1 of 2

Supplier Name: **BAY LOGISTICS INC**
Contract Cure Amount: **$719,257.26**
# of Contracts: **6**

Click here to view Contracts

## Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount | |
|---|---|---|---|---|---|---|
| RD176258275 | RMR24093 | 53109 | 5/27/2009 | STAYED | $240,402.10 | USD |
| RD176258275 | RMR24165 | 22809E | 3/31/2009 | STAYED | $8,123.01 | USD |
| RD176258275 | RMR24163 | 53109E | 5/31/2009 | STAYED | $4,122.18 | USD |
| RD176258275 | RMR24164 | 43009E | 4/30/2009 | STAYED | $6,325.85 | USD |
| RD176258275 | RMR24093 | 53109 | 5/27/2009 | STAYED | $500,655.10 | USD |
| RD176258275 | RMR24093 | 53109 | 5/27/2009 | STAYED | ($240,402.10) | USD |
| RD176258275 | YTR00400 | 123108 | 12/31/2008 | STAYED | $11,204.25 | USD |
| RD176258275 | YTR00430 | 043009 | 4/30/2009 | STAYED | $156,836.87 | USD |
| RD145405754 | TCS06940 | 43009L | 4/30/2009 | STAYED | $250.00 | USD |
| RD176258275 | TCR17912 | 5109 | 5/1/2009 | STAYED | $31,740.00 | USD |

**Important Notices:**

All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

June 09, 2009 @ 12:30:07 PM

Copyright @2009 AlixPartners, LLP | (51)