**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| GENERAL MOTORS CORP., *et al.* ) | Case No. 09-50026 |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on June 15, 2009, I caused the Appearance and Objection of Bay Logistics, Inc. to Proposed Cure Costs Contained in Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Non-Residential Real Property and (II) Cure Costs Related Thereto to be served via electronic mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system, and further, on June 12, 2009, to the parties so indicated below via first-class, postage prepaid U.S. mail:

General Motors Corporation
Cadillac Building
Attn: Warren Command Center
Mailcode 480-206-114
30009 Van Dyke Avenue
Warren, MI  48090-9025

Weil, Gotshal & Manges, LLP
Attn: Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY  10153

The U.S. Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Ave., NW, Room 2312
Washington D.C.  20220

Cadwalader, Wickersham & Taft, LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY  10281

Vedder Price, P.C.
Attn:  Michael J. Edelman, Esq.
Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY  10019

The Office of the United States Trustee
For the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall St., 21st Floor
New York, NY  10004

Official Committee Unsecured Creditors of
General Motors Corporation
Attn:  Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

June 15, 2009

                **/S/ Terry L. Zabel**
               Terry L. Zabel (P53798)
               Rhoades McKee
               161 Ottawa Ave., NW, Ste 600
               Grand Rapids, MI  49503
               tlzabel@rhoadesmckee.com
               Telephone: (616) 235-3500
               Facsimile: (616) 459-5102