

# AUTO-CRAFT
## TOOL & DIE CO., INC.
### "QUALITY SINCE 1958"

1800 Fruit Street, Algonac, MI  48001
(810)794-4929 phone     (810)794-7449 fax
info@auto-craft.com

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York  10004-1408

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI  48090-9025



Attn:  Warren Command Center, Mailcode 480-206-114

Re:  Objections to proposed assumption and assignment of assumable executory contracts, including objections to the Cure amount.  Case #2009-3144 assigned from contact with "contractnotices.com" web site.

Supplier ID:  005384797 - Auto Craft Tool and Die Co., Inc. 1800 Fruit Rd., Algonac, MI  48001
Chapter 11 Case No.  09-50026 (REG) General Motors Corporation, et. al., Debtors

After careful review of the Cure Amount and Assumable Executory Contracts we find there are items not listed on the web site that we are filing an objection.

1. Assumable contracts listing are missing our current purchase orders we have received for the "Volt" and "Cruz" programs for Detroit Hamtramck and Lordstown Assembly Plants.  We are currently working on these programs and have tentatively schedule partial shipments for next Friday 26 June 2009.  We need confirmation that these purchase orders will be assumed before shipment.  We are enclosing copies of the purchase orders.

| Purchase Order | Contract Amount | Description | Plant |
|---|---|---|---|
| TCS27718 | $ 17,765.00 | Transmission Schedule Lift Assist | Lordstown |
| TCS27646 | $ 18,415.00 | Engine Schedule Lift Assist | Lordstown |
| TCS26064 | $ 161,233.00 | Engine Trans Marriage Revolver | Lordstown |
| TCS26946 | $ 8,175.00 | Nameplate Malibu LT/LTZ | Fairfax |
| TCS27118 | $1,631,038.00 | Special Volt Tools | Hamtramck |
| TCS27251 | $ 3,980.00 | Seal Margin Blocks, Door flush magnets | Hamtramck |
| TCS27498 | $ 37,550.00 | SPS Kitting Cell Build Carts | Hamtramck |
| TCS27503 | $ 499,299.96 | Ress AGC Load Systems | Hamtramck |
| TCS23900 | $ 14,995.00 | Design & Dev AGC Cart per spec | Tech Ctr |

2. Cure amount listing on web site is missing the following invoices and should be included with those listed on the web site, and we are filing an objection.  We are enclosing copies of invoices.

| Invoice # | Amount | Description/Buyers ID # | Purchase Order /Release # |
|---|---|---|---|
| IN022667 | $ 265.00 | 0667-4A41 | OSB04778 /OSR27889 |
| IN023958 | $ 260.00 | PRHX8671 001 | OSS83057 |
| IN025297 | $ 850.00 | 0130-01AR | OSB05872/OSR79001 |
| IN023349 | $ 595.05 | 10% holdback not paid | TCS86072 003 |
| IN023901 | $ 1,844.00 | PR588410 004 | TCS96527 |

Objection to Cure and Assumable Executory Contracts- General Motors Corporation
Auto Craft Tool and Die Co., Inc.   005384797
11 June 2009
pg. 2 of 2

| IN024677 | $     50.00 | 0076-6AYF | RD812310/ORR53664 |
| IN025447 | $ 2,600.00 | PRQX5135 002 | TCS16913 |
| IN026747 | $ 1,450.00 | PRXX6362 001 & PRXX6362 002 | TCS25660 |
| IN026763 | $ 4,985.00 | PRXX7151 001 | TCS25819 |

Total Invoices not on list   $12,899.05

Please note we did not include invoices where the purchase order came from General Motors Canada or Mexico, because it is our understanding that they are not included in the bankruptcy proceedings.

Sincerely,

Michael J. DuVernay
President

MJD/vf
Cc:  Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New york 10153, Attn:  Harvey R. Miller. Esq and Stephen Karotkin, Esq and Joseph H. Smolinsky, Esq.
Cc:  U.S. Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 Attn:  Matthew Feldman, Esq
Cc: Cadwalader, Wickersham & Taft LLP, Attorneys for the Purchaser, One World Financial Center, New York, New York 10281, Attn:  John J Rapisardi, Esq.
Cc: Vedder Price, P.C., Attorneys for Export Development Canada
Cc:  Office of the United States Trustee for Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004