TO:        AUTO CRAFT TOOL & DI                          FROM: New Trading Partner 10

Received: 06/03/09 10:22:57
PURCHASE ORDER(850)

Transaction Set Purpose    Original
PO Type    Stand-alone Order
PO No.    TCS27718
PO Date    06/02/09

CURRENCY:
    Selling Party
    CURRENCY CODE    USD

SHIPPING INFORMATION
SHIPMENT METHOD OF PAYMENT    Collect
LOCATION QUALIFIER    Origin (Shipping Point)
SHIPPING POINT - FREIGHT COLLECT

CARRIER DETAILS (ROUTING SEQUENCE/TRANS:
    ROUTING SEQUENCE CODE                Origin/Delivery Carrier (Any Mode)
    ROUTING                              REFER TO WWW.GMSHIPPING.COM

Purchase Order Number    TCS27718

REFERENCE GM RFQ (PR # PRZX6749)
AND SUPPLIER QUOTE #Q7903 TRAN REV ADATED 05/08/09
FOR PRICING AND DELIVERY ONLY
SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND
EQUIPMENT PURCHASING AVAILABLE DURING DETROIT
BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT
IMEHELPDESK@GM.COM
QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT
DISBURSEMENTS AT 248-874-4636.

Purchase Order Number    TCS27718

CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT)
CONTRACT CLAUSE

SPECIAL TERM (U.S.) - C-TPAT

FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED
STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE
RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED
STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP
AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR
INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/
ENFORCE/TPAT.HTM). AT BUYER'S OR THE CUSTOMS
SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING
ITS COMPLIANCE WITH THE FOREGOING. SELLER SHALL
INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST
ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES
(INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES)
ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE.
(AT 6/20/02)
SPECIAL TERM (US) - GOVERNMENT CONTRACTS
****
BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR
THE UNITED STATES GOVERNMENT.  IF SELLER IS A U.S.
ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS,
RULES, AND REGULATIONS THAT ARE APPLICABLE TO SELLER
AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS,
INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO

Received: 06/03/09 10:22:57
PURCHASE ORDER(850)

(1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1)
THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246,
AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5);
AND 41 CFR 60-300.5); (2) UTILIZATION OF SMALL
AND DISADVANTAGED BUSINESS CONCERNS; FAR SUBPARTS
52.219-8 AND 52.219.9);   (3) CONTRACTING WITH
BUSINESS CONCERNS OPERATING IN AREAS OF SURPLUS
LABOR (41 CFR 1-1.805); AND (4) CONTRACTING
WITH WOMEN-OWNED BUSINESS CONCERNS
(EXECUTIVE ORDER 12138).                    (4Z)
*RIGHTS OF TITLE*
SELLER AGREES THAT ALL REPORTS, MANUALS, PROGRAMS,
TAPES, VIDEOS, SOFTWARE, AND ANY OTHER MATERIAL
PREPARED BY SELLER'S EMPLOYEES UNDER THIS PURCHASE
ORDER AND ALL OTHER WORK PRODUCTS OF SELLER'S
EMPLOYEES SHALL BELONG EXCLUSIVELY TO BUYER. SELLER
AGREES THAT ALL WRITINGS, DISCOVERIES, DESIGNS, MASK
WORKS, INVENTIONS AND IMPROVEMENTS WHETHER
COPYRIGHTABLE, PATENTABLE OR NOT WHICH ARE WRITTEN,
CONCEIVED, CREATED, DISCOVERED OR MADE BY SELLER'S
EMPLOYEES OR SUBCONTRACTORS IN THE COURSE OF THE
WORK DONE UNDER THIS PURCHASE ORDER SHALL BE PROMPTLY
DISCLOSED TO BUYER AND SHALL BECOME BUYER'S SOLE
PROPERTY.
           ***** CHANGE ORDER PROCESS *****
*** ENGINEER/SUPPLIER AGREE ON NECESSARY CHANGES AND
     CO-SIGN ON MEMO DOCUMENT, (INCLUDE P.O. NUMBER ON
     CORRESPONDENCE).
*** CHANGES NOT EFFECTING COSTS MAY BE IMPLEMENTED
     IMMEDIATELY, FORWARD MEMO DOCUMENT TO BUYER.
*** CHANGES INCREASING/DECREASING COST, OR EFFECTING
     DELIVERY MUST BE QUOTED TO BUYER, INCL. MEMO DOC.
*** SUPPLIER MUST NOT PROCEED WITH ENGINEERING
     CHANGES UNTIL BUYER APPROVAL IS PROVIDED!
"DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO
ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED
BELOW." GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE
STATES. AS A RESULT, IN ALL OF THE IDENTIFIED STATES
BELOW LISTED GM CORPORATE ENTITIES WILL REMIT
DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX
LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE
PERSONAL PROPERTY AND SERVICES (1).  THEREFORE,
EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL
TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR
THOSE STATES NOT IDENTIFIED BELOW.  FOR THOSE STATES
NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE
SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER.
LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX
LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS
WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY:
* * * * * * * * * * * * * * * * * * * * * * * * * *
GENERAL MOTORS CORPORATION PERMITS:
GEORGIA #044-38-00894-3
INDIANA #003-2804890001
KENTUCKY #0000-10
KANSAS #98-0003B   (FAIRFAX ONLY)
LOUISIANA #6009013-008DP (SHREVEPORT ONLY)
MARYLAND #20
MICHIGAN #ME-0900440

Received: 06/03/09 10:22:57
PURCHASE ORDER(850)

MISSISSIPPI #4277 (SPO ONLY)
MISSOURI #11731559
NEW JERSEY #NJ9-001-683/000
NEW YORK #DP-003445
OHIO #98-000613
OKLAHOMA #137479
PENNSYLVANIA #02-93450/DP246
TEXAS #1-38-0572515-0
VIRGINIA #9980000793
WISCONSIN #WDP95-01-01012
* * * * * * * * * * * * * * * * * * * * * * * * *
ONSTAR CORPORATION PERMIT:
MICHIGAN #38-3506814
* * * * * * * * * * * * * * * * * * * * * * * * *
SATURN CORPORATION PERMITS:
MICHIGAN #38-2577506
TENNESSEE #100315259
* * * * * * * * * * * * * * * * * * * * * * * * *
FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION
CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND
USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR
(WITH THE EXCEPTION OF TEXAS), AND SHOULD BE INCLUDED
IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO
SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05) OR
SECTION 6 OF THE GM1638A (08/02), UNLESS THE
RESPONSIBILITY FOR PAYMENT OF SALES & USE TAXES ARE
OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. WITH
REFERENCE TO TEXAS: IF THE ORDER RELATES TO A
CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE
CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED
CONTRACTS AND AS SUCH SHOULD NOT INCLUDE SALES TAX
IN THE COST OF INCORPORATED MATERIALS OR EQUIPMENT.
IN ADDITION, THE CONTRACTOR SHOULD NOT BILL GM
(GENERAL MOTORS CORPORATION ONLY) FOR SALES TAX ON
THE SEPARATED COSTS OF MATERIAL OR LABOR.  GM WILL
ACCRUE AND REMIT THE APPROPRIATE SALES TAX
DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT
PAY PERMIT.
* * * * * * * * * * * * * * * * * * * * * * * * *
ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO
THE FOLLOWING:
*
DISBURSEMENT SERVICES -
  CUSTOMER COMMUNICATION CENTER
  PHONE:  (248) 874-4636
  * * * * * * * * * * * * * * * * * * * * * * * *
(1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES,
HOTELS, AND MEAL PURCHASES.  TAX IS TO BE PAID
DIRECTLY TO THE SUPPLIER OF THESE ITEMS.
*CONFIDENTIALITY*
SELLER, IN ORDER TO PROVIDE THE SERVICES SET FORTH
IN THIS PURCHASE ORDER, WILL REQUIRE INFORMATION FROM
BUYER WHICH BUYER CONSIDERS CONFIDENTIAL (BUYER'S
INFORMATION).  BUYER IS WILLING TO DISCLOSE BUYER'S
INFORMATION ONLY WITH THE UNDERSTANDING THAT SELLER
MAINTAIN ITS CONFIDENTIALITY.
.
ACCORDINGLY, SELLER ACKNOWLEDGES THAT BUYER'S
INFORMATION IS BEING DISCLOSED TO SELLER FOR THE SOLE

Received: 06/03/09 10:22:57
PURCHASE ORDER(850)

PURPOSE OF PERMITTING SELLER TO PERFORM THE SERVICES
SET FORTH IN THIS PURCHASE ORDER, AND AGREES THAT IT
WILL NOT USE THE INFORMATION FOR ANY OTHER PURPOSE.
IN ADDITION, SELLER AGREES THAT IT WILL NOT DISCLOSE,
DISSEMINATE OR OTHERWISE MAKE AVAILABLE BUYER'S
INFORMATION TO ANYONE, OTHER THAN TO THOSE EMPLOYEES
WHO HAVE A NEED TO KNOW IT IN ORDER FOR SELLER TO
FULFILL ITS OBLIGATIONS UNDER THIS PURCHASE ORDER.
SELLER AGREES THAT IT WILL TAKE APPROPRIATE ACTION
BY INSTRUCTION, AGREEMENT, OR OTHERWISE, WITH ANY
PERSON PERMITTED ACCESS TO BUYER'S INFORMATION.
THE BUYER'S INFORMATION AND ANY ADDITIONS THERETO ARE
THE SOLE PROPERTY OF BUYER.  AT BUYER'S REQUEST OR
UPON COMPLETION OF SELLER'S USE OF BUYER'S
INFORMATION, SELLER WILL RETURN ALL COPIES OF BUYER'S
INFORMATION TO BUYER OR, AT BUYER'S REQUEST, DESTROY
BUYER'S INFORMATION AND CERTIFY SUCH DESTRUCTION TO
BUYER.
SELLER FURTHER AGREES TO INDEMNIFY AND HOLD BUYER
HARMLESS FROM ANY AND ALL LIABILITIES, DAMAGES,
FINES, PENALTIES, COSTS, CLAIMS, DEMANDS, AND
EXPENSES (INCLUDING COSTS OF DEFENSE, SETTLEMENT, AND
REASONABLE ATTORNEY'S FEES), ARISING OUT OF THE
DISCLOSURE OR IMPROPER USE OF BUYER'S INFORMATION BY
SELLER OR SELLER'S EMPLOYEES.
*EQUAL PARTNERS*
UTILIZATION AND DEVELOPMENT OF MINORITY SUPPLIERS FOR
PRODUCTS AND/OR SERVICES ARE A GMC REQUIREMENT.
SUPPLIERS ARE EXPECTED TO ESTABLISH AND MAINTAIN A
PROCEDURE FOR TRACKING AND REPORTING OF MINORITY
DOLLARS MONTHLY TO BUYER.  CONTRACT REQUIRES A
MINIMUM OF 6% OF GMC BUSINESS BE DEDICATED TO
MINORITY SUPPLIERS SPECIFIED BY GENERAL MOTORS
CORPORATION.
*RIGHT TO AUDIT*
FOR TIME AND MATERIAL SERVICES PERFORMED BY SELLER
PURSUANT TO THIS PURCHASE ORDER, THE SELLER SHALL
MAINTAIN AND GRANT ACCESS TO BUYER TO ALL PERTINENT
LEDGERS, PAYROLL DATA, BOOKS, RECORDS, PERSONNEL
DOCUMENTS, CORRESPONDENCE, WRITTEN INSTRUCTIONS,
DRAWINGS, RECEIPTS, VOUCHERS AND OTHER DOCUMENTS
THE PURPOSE OF AUDITING THE CHARGES AND/OR ALL
ALLOCATIONS RELATED TO THIS PURCHASE ORDER AND ITS
PROPER ADMINISTRATION. SELLER MUST SEGREGATE ITS
RECORDS IN SUCH A MANNER AS TO FACILITATE A COMPLETE
AUDIT AND AGREES THAT SUCH AUDIT MAY BE USED AS THE
BASIS FOR SETTLEMENT OF CHARGES AGAINST THIS PURCHASE
ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE, TO
PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF THREE (3)
YEARS AFTER FINAL PAYMENT HEREUNDER.
THIS INCLUDES THOSE OF SUBSIDIARIES AND AFFILIATES TO
WHOM WORK HAS BEEN CONTRACTED.  (ZH)
UNLESS OTHERWISE INDICATED IN THIS RFQ, SELLER IS
REQUIRED TO HAVE ELECTRONIC DATA INTERCHANGE
CAPABILITY WORLDWIDE.
IMPORTANT NOTICE:  EFFECTIVE SEPTEMBER 1, 2008
SIGNIFICANT CHANGES HAVE BEEN MADE TO THE GMNA
SHIPPING INSTRUCTIONS.  PLEASE REVIEW FOR CARRIER
UPDATES.   NON-COMPLIANCE TO THESE

Received: 06/03/09 10:22:57
PURCHASE ORDER(850)

INSTRUCTIONS MAY RESULT IN FREIGHT CHARGES BEING
DEBITED BACK TO THE SUPPLIER.
GM ROUTING / SHIPPING INSTRUCTIONS CAN BE FOUND AT
WWW.GMSHIPPING.COM
*INVOICES*
THE SELLER'S INVOICE MUST INCLUDE THE FOLLOWING:
PURCHASE ORDER NUMBER
RELEASE NUMBER REQUIRED FOR ALL BLANKET ORDERS
DELIVER TO INFORMATION
REQUESTOR AND ROOM NUMBER OF REQUESTOR
ITEM SEQUENCE NUMBER AS SHOWN ON PURCHASE ORDER
ITEM IDENTIFICATION NUMBER (IF APPLICABLE)
DESCRIPTION
QUANTITY
PRICE
INVOICE APPROVAL NAME & ADDRESS (IAR), IF APPLICABLE
ACCOUNT CLASSIFICATION NUMBER AND PRR NUMBER FOR
CONTRACT LABOR OR ENGINEERING DESIGN.
*NOTICE*
THE FOLLOWING TELEPHONE NUMBERS ARE STAFFED TO HANDLE
QUESTIONS CONCERNING INVOICE PAYMENT FOR
GENERAL MOTORS CORPORATION
DISBURSEMENT ANALYSIS CONTROL        248-874-4636
MEXICO STAFF ACCOUNTING              011-52-841-54000
THE INVOICE NUMBER AND PURCHASE ORDER/RELEASE NUMBER
WILL BE REQUIRED FOR THE PERSON TO ASSIST YOU.
* FOR SERVICES ONLY *
SUBMIT A DUPLICATE COPY TO REQUESTOR FOR APPROVAL.
PLEASE MARK THIS COPY "RECEIVING SLIP" TO AVOID
CONFUSION. BOTH COPIES ARE REQUIRED TO PROCESS YOUR
INVOICE IN A TIMELY MANNER.   (ZM)
EXPORT ADMINISTRATION REGULATIONS (EAR) CONTROLLED
PURCHASES
****************************************************
THE TECHNICAL DATA ASSOCIATED WITH THIS EQUIPMENT,
SERVICE OR PART IS CONTROLLED UNDER U.S. EXPORT LAWS.
YOU MAY NOT EXPORT OR RE-EXPORT THE TECHNICAL DATA,
INCLUDING BUT NOT LIMITED TO PRINTS, ROUTINGS AND
SPECIFICATIONS ASSOCIATED WITH THIS REQUEST FOR
QUOTATION OR PURCHASE CONTRACT WITHOUT THE PROPER
GOVERNMENTAL AUTHORIZATIONS.
TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

Selling Party:
    AUTO CRAFT TOOL & DIE CO
    Assigned by Buyer or Buyer's Agent    005384797
    1800 FRUIT ST
    ALGONAC   MI   480014503

Buying Party (Purchaser):
    GENERAL MOTORS CORPORATION
    Assigned by Buyer or Buyer's Agent    88110ZMU
    GLOBAL PURCHASING
    30009 VAN DYKE
    FAX 602-797-6053
    WARREN   MI   48090

Buyer Name or Department   P. BARTOLD

TO:          AUTO CRAFT TOOL & DI          FROM: New Trading Partner 10

Received: 06/03/09 10:22:57
PURCHASE ORDER(850)

Telephone   586-575-1088

Ship To:
     *****SEND ALL INVOICES TO*****
     Assigned by Buyer or Buyer's Agent   88110MPC
     GM FSS PROJECT ACCOUNTING
     C/O ACS CAPITAL INVOICING
     PO BOX 63490
     PHOENIX   AZ   850823490

Bill-to-Party:
     INVOICE FOR SERVICE, MACHINERY
     Assigned by Buyer or Buyer's Agent   88110I01
     & EQUIP ONLY. QUESTIONS TO:
     CUSTOMER SERVICE 248 874-4636
     MAIL INVOICE: GM FSS ABP
     PO BOX 63490, PHOEN   AZ   850823490

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000001 | 1 | Each | 2400 |
|  | Buyer's Item Number   PRZX6749 001 | | |

PRODUCT/ITEM DESCRIPTION Free-form
MAA38351S  TRANS SCHEDULE LIFT ASSIST FOR GMX001
TRANSMISSIONS - DESIGN
JENNIFER ARTHUR  248-640-9420
DELIVER TO: LORDSTOWN ASSEMBLY PLANT
2300 HALLOCK-YOUNG ROAD
LORDSTOWN, OH  44481
ATTN: DARRYL HUDSON, 248-388-8200
INVOICE TO: SEE SHIP TO INFORMATION
SHIP TO DOCK GGG COLUMN N36-PILOT CRIB

LINE ITEM SCHEDULE:
     QUANTITY                              1
     UNIT OR BASIS FOR MEASUREMENT CODE    Each
     DATE/TIME QUALIFIER                   Delivery Requested
     DATE                                  06/22/09

Part Number   PRZX6749 001

TAX CODE: F   TAX PERCENT:  0.00%
WHO ORDERED: ARTHUR 248-640-9420

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000002 | 1 | Each | 11713 |
|  | Buyer's Item Number   PRZX6749 002 | | |

PRODUCT/ITEM DESCRIPTION Free-form
MAA38351S  TRANS SCHEDULE LIFT ASSIST FOR GMX001
TRANSMISSIONS - BUILD
JENNIFER ARTHUR  248-640-9420

LINE ITEM SCHEDULE:
     QUANTITY                              1
     UNIT OR BASIS FOR MEASUREMENT CODE    Each
     DATE/TIME QUALIFIER                   Delivery Requested

TO:        AUTO CRAFT TOOL & DI        FROM: New Trading Partner 10

Received: 06/03/09 10:22:57
PURCHASE ORDER(850)

DATE                              06/22/09

Part Number  PRZX6749 002

TAX CODE: F    TAX PERCENT:  0.00%
WHO ORDERED: ARTHUR 248-640-9420

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
| --- | --- | --- | --- |
| 000003 | 1 | Each | 3652 |

Buyer's Item Number   PRZX6749 003

PRODUCT/ITEM DESCRIPTION Free-form
MAA38351S  TRANS SCHEDULE LIFT ASSIST FOR GMX001
TRANSMISSIONS - CHAIN HOIST
JENNIFER ARTHUR  248-640-9420

LINE ITEM SCHEDULE:
    QUANTITY                           1
    UNIT OR BASIS FOR MEASUREMENT CODE  Each
    DATE/TIME QUALIFIER                Delivery Requested
    DATE                               06/22/09

Part Number   PRZX6749 003

TAX CODE: F    TAX PERCENT:  0.00%
WHO ORDERED: ARTHUR 248-640-9420

TRANSACTION TOTALS:
    NUMBER OF LINE ITEMS   3   HASH TOTAL   3

**END OF DOCUMENT**

Received: 05/28/09 07:52:17
PURCHASE ORDER(850)

Transaction Set Purpose    Original
PO Type    Stand-alone Order
PO No.    TCS27646
PO Date    05/27/09

CURRENCY:
    Selling Party
    CURRENCY CODE    USD

SHIPPING INFORMATION
SHIPMENT METHOD OF PAYMENT    Collect
LOCATION QUALIFIER    Origin (Shipping Point)
SHIPPING POINT - FREIGHT COLLECT

CARRIER DETAILS (ROUTING SEQUENCE/TRANS:
    ROUTING SEQUENCE CODE    Origin/Delivery Carrier (Any Mode)
    ROUTING    REFER TO WWW.GMSHIPPING.COM

Purchase Order Number    TCS27646

REFERENCE GM RFQ (PR # PRZX6741)
AND SUPPLIER QUOTE #Q7903 ENG  REV. ADATED 08/05/09
FOR PRICING AND DELIVERY ONLY
SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND
EQUIPMENT PURCHASING AVAILABLE DURING DETROIT
BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT
IMEHELPDESK@GM.COM
QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT
DISBURSEMENTS AT 248-874-4636.

Purchase Order Number    TCS27646

CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT)
          CONTRACT CLAUSE
.
SPECIAL TERM (U.S.) - C-TPAT
.
FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED
STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE
RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED
STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP
AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR
INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/
ENFORCE/TPAT.HTM).  AT BUYER'S OR THE CUSTOMS
SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING
ITS COMPLIANCE WITH THE FOREGOING.  SELLER SHALL
INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST
ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES
(INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES)
ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE.
(AT 6/20/02)
SPECIAL TERM (US) - GOVERNMENT CONTRACTS
*****
BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR
THE UNITED STATES GOVERNMENT.  IF SELLER IS A U.S.
ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS,
RULES, AND REGULATIONS THAT ARE APPLICABLE TO SELLER
AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS,
INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO

Received: 05/28/09 07:52:17
PURCHASE ORDER(850)

(1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1)
THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246,
AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5);
AND 41 CFR 60-300.5); (2) UTILIZATION OF SMALL
AND DISADVANTAGED BUSINESS CONCERNS; FAR SUBPARTS
52.219-8 AND 52.219.9);  (3) CONTRACTING WITH
BUSINESS CONCERNS OPERATING IN AREAS OF SURPLUS
LABOR (41 CFR 1-1.805); AND (4) CONTRACTING
WITH WOMEN-OWNED BUSINESS CONCERNS
(EXECUTIVE ORDER 12138).                    (4Z)
*RIGHTS OF TITLE*
SELLER AGREES THAT ALL REPORTS, MANUALS, PROGRAMS,
TAPES, VIDEOS, SOFTWARE, AND ANY OTHER MATERIAL
PREPARED BY SELLER'S EMPLOYEES UNDER THIS PURCHASE
ORDER AND ALL OTHER WORK PRODUCTS OF SELLER'S
EMPLOYEES SHALL BELONG EXCLUSIVELY TO BUYER. SELLER
AGREES THAT ALL WRITINGS, DISCOVERIES, DESIGNS, MASK
WORKS, INVENTIONS AND IMPROVEMENTS WHETHER
COPYRIGHTABLE, PATENTABLE OR NOT WHICH ARE WRITTEN,
CONCEIVED, CREATED, DISCOVERED OR MADE BY SELLER'S
EMPLOYEES OR SUBCONTRACTORS IN THE COURSE OF THE
WORK DONE UNDER THIS PURCHASE ORDER SHALL BE PROMPTLY
DISCLOSED TO BUYER AND SHALL BECOME BUYER'S SOLE
PROPERTY.
        ***** CHANGE ORDER PROCESS *****
*** ENGINEER/SUPPLIER AGREE ON NECESSARY CHANGES AND
    CO-SIGN ON MEMO DOCUMENT, (INCLUDE P.O. NUMBER ON
    CORRESPONDENCE).
*** CHANGES NOT EFFECTING COSTS MAY BE IMPLEMENTED
    IMMEDIATELY, FORWARD MEMO DOCUMENT TO BUYER.
*** CHANGES INCREASING/DECREASING COST, OR EFFECTING
    DELIVERY MUST BE QUOTED TO BUYER, INCL. MEMO DOC.
*** SUPPLIER MUST NOT PROCEED WITH ENGINEERING
    CHANGES UNTIL BUYER APPROVAL IS PROVIDED!
"DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO
ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED
BELOW." GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE
STATES.  AS A RESULT, IN ALL OF THE IDENTIFIED STATES
BELOW LISTED GM CORPORATE ENTITIES WILL REMIT
DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX
LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE
PERSONAL PROPERTY AND SERVICES (1).  THEREFORE,
EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL
TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR
THOSE STATES NOT IDENTIFIED BELOW.  FOR THOSE STATES
NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE
SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER.
LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX
LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS
WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY:
* * * * * * * * * * * * * * * * * * * * * * * * * * *
GENERAL MOTORS CORPORATION PERMITS:
GEORGIA #044-38-00894-3
INDIANA #003-2804890001
KENTUCKY #0000-10
KANSAS #98-0003B  (FAIRFAX ONLY)
LOUISIANA #6009013-008DP (SHREVEPORT ONLY)
MARYLAND #20
MICHIGAN #ME-0900440

TO:       AUTO CRAFT TOOL & DI       FROM: New Trading Partner 10

Received: 05/28/09 07:52:17
PURCHASE ORDER(850)

MISSISSIPPI #4277 (SPO ONLY)
MISSOURI #11731559
NEW JERSEY #NJ9-001-683/000
NEW YORK #DP-003445
OHIO #98-000613
OKLAHOMA #137479
PENNSYLVANIA #02-93450/DP246
TEXAS #1-38-0572515-0
VIRGINIA #9980000793
WISCONSIN #WDP95-01-01012
* * * * * * * * * * * * * * * * * * * * * * *
ONSTAR CORPORATION PERMIT:
MICHIGAN #38-3506814
* * * * * * * * * * * * * * * * * * * * * * *
SATURN CORPORATION PERMITS:
MICHIGAN #38-2577506
TENNESSEE #100315259
* * * * * * * * * * * * * * * * * * * * * * *
FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION
CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND
USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR
(WITH THE EXCEPTION OF TEXAS), AND SHOULD BE INCLUDED
IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO
SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05) OR
SECTION 6 OF THE GM1638A (08/02), UNLESS THE
RESPONSIBILITY FOR PAYMENT OF SALES & USE TAXES ARE
OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. WITH
REFERENCE TO TEXAS: IF THE ORDER RELATES TO A
CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE
CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED
CONTRACTS AND AS SUCH SHOULD NOT INCLUDE SALES TAX
IN THE COST OF INCORPORATED MATERIALS OR EQUIPMENT.
IN ADDITION, THE CONTRACTOR SHOULD NOT BILL GM
(GENERAL MOTORS CORPORATION ONLY) FOR SALES TAX ON
THE SEPARATED COSTS OF MATERIAL OR LABOR.  GM WILL
ACCRUE AND REMIT THE APPROPRIATE SALES TAX
DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT
PAY PERMIT.
* * * * * * * * * * * * * * * * * * * * * * *
ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO
THE FOLLOWING:
*
DISBURSEMENT SERVICES -
  CUSTOMER COMMUNICATION CENTER
  PHONE:  (248) 874-4636
  * * * * * * * * * * * * * * * * * * * * * * *
(1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES,
HOTELS, AND MEAL PURCHASES.  TAX IS TO BE PAID
DIRECTLY TO THE SUPPLIER OF THESE ITEMS.
*CONFIDENTIALITY*
SELLER, IN ORDER TO PROVIDE THE SERVICES SET FORTH
IN THIS PURCHASE ORDER, WILL REQUIRE INFORMATION FROM
BUYER WHICH BUYER CONSIDERS CONFIDENTIAL (BUYER'S
INFORMATION).  BUYER IS WILLING TO DISCLOSE BUYER'S
INFORMATION ONLY WITH THE UNDERSTANDING THAT SELLER
MAINTAIN ITS CONFIDENTIALITY.
.
ACCORDINGLY, SELLER ACKNOWLEDGES THAT BUYER'S
INFORMATION IS BEING DISCLOSED TO SELLER FOR THE SOLE

Page 3

Received: 05/28/09 07:52:17
PURCHASE ORDER(850)

PURPOSE OF PERMITTING SELLER TO PERFORM THE SERVICES
SET FORTH IN THIS PURCHASE ORDER, AND AGREES THAT IT
WILL NOT USE THE INFORMATION FOR ANY OTHER PURPOSE.
IN ADDITION, SELLER AGREES THAT IT WILL NOT DISCLOSE,
DISSEMINATE OR OTHERWISE MAKE AVAILABLE BUYER'S
INFORMATION TO ANYONE, OTHER THAN TO THOSE EMPLOYEES
WHO HAVE A NEED TO KNOW IT IN ORDER FOR SELLER TO
FULFILL ITS OBLIGATIONS UNDER THIS PURCHASE ORDER.
SELLER AGREES THAT IT WILL TAKE APPROPRIATE ACTION
BY INSTRUCTION, AGREEMENT, OR OTHERWISE, WITH ANY
PERSON PERMITTED ACCESS TO BUYER'S INFORMATION.
THE BUYER'S INFORMATION AND ANY ADDITIONS THERETO ARE
THE SOLE PROPERTY OF BUYER.  AT BUYER'S REQUEST OR
UPON COMPLETION OF SELLER'S USE OF BUYER'S
INFORMATION, SELLER WILL RETURN ALL COPIES OF BUYER'S
INFORMATION TO BUYER OR, AT BUYER'S REQUEST, DESTROY
BUYER'S INFORMATION AND CERTIFY SUCH DESTRUCTION TO
BUYER.
SELLER FURTHER AGREES TO INDEMNIFY AND HOLD BUYER
HARMLESS FROM ANY AND ALL LIABILITIES, DAMAGES,
FINES, PENALTIES, COSTS, CLAIMS, DEMANDS, AND
EXPENSES (INCLUDING COSTS OF DEFENSE, SETTLEMENT, AND
REASONABLE ATTORNEY'S FEES), ARISING OUT OF THE
DISCLOSURE OR IMPROPER USE OF BUYER'S INFORMATION BY
SELLER OR SELLER'S EMPLOYEES.
*EQUAL PARTNERS*
UTILIZATION AND DEVELOPMENT OF MINORITY SUPPLIERS FOR
PRODUCTS AND/OR SERVICES ARE A GMC REQUIREMENT.
SUPPLIERS ARE EXPECTED TO ESTABLISH AND MAINTAIN A
PROCEDURE FOR TRACKING AND REPORTING OF MINORITY
DOLLARS MONTHLY TO BUYER.  CONTRACT REQUIRES A
MINIMUM OF 6% OF GMC BUSINESS BE DEDICATED TO
MINORITY SUPPLIERS SPECIFIED BY GENERAL MOTORS
CORPORATION.
*RIGHT TO AUDIT*
FOR TIME AND MATERIAL SERVICES PERFORMED BY SELLER
PURSUANT TO THIS PURCHASE ORDER, THE SELLER SHALL
MAINTAIN AND GRANT ACCESS TO BUYER TO ALL PERTINENT
LEDGERS, PAYROLL DATA, BOOKS, RECORDS, PERSONNEL
DOCUMENTS, CORRESPONDENCE, WRITTEN INSTRUCTIONS,
DRAWINGS, RECEIPTS, VOUCHERS AND OTHER DOCUMENTS
THE PURPOSE OF AUDITING THE CHARGES AND/OR ALL
ALLOCATIONS RELATED TO THIS PURCHASE ORDER AND ITS
PROPER ADMINISTRATION. SELLER MUST SEGREGATE ITS
RECORDS IN SUCH A MANNER AS TO FACILITATE A COMPLETE
AUDIT AND AGREES THAT SUCH AUDIT MAY BE USED AS THE
BASIS FOR SETTLEMENT OF CHARGES AGAINST THIS PURCHASE
ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE, TO
PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF THREE (3)
YEARS AFTER FINAL PAYMENT HEREUNDER.
THIS INCLUDES THOSE OF SUBSIDIARIES AND AFFILIATES TO
WHOM WORK HAS BEEN CONTRACTED.  (ZH)
UNLESS OTHERWISE INDICATED IN THIS RFQ, SELLER IS
REQUIRED TO HAVE ELECTRONIC DATA INTERCHANGE
CAPABILITY WORLDWIDE.
IMPORTANT NOTICE:  EFFECTIVE SEPTEMBER 1, 2008
SIGNIFICANT CHANGES HAVE BEEN MADE TO THE GMNA
SHIPPING INSTRUCTIONS.  PLEASE REVIEW FOR CARRIER
UPDATES.   NON-COMPLIANCE TO THESE

Page 4

TO:        AUTO CRAFT TOOL & DI        FROM: New Trading Partner 10

Received: 05/28/09 07:52:17
PURCHASE ORDER(850)

INSTRUCTIONS MAY RESULT IN FREIGHT CHARGES BEING
DEBITED BACK TO THE SUPPLIER.
GM ROUTING / SHIPPING INSTRUCTIONS CAN BE FOUND AT
WWW.GMSHIPPING.COM
*INVOICES*
THE SELLER'S INVOICE MUST INCLUDE THE FOLLOWING:
PURCHASE ORDER NUMBER
RELEASE NUMBER REQUIRED FOR ALL BLANKET ORDERS
DELIVER TO INFORMATION
REQUESTOR AND ROOM NUMBER OF REQUESTOR
ITEM SEQUENCE NUMBER AS SHOWN ON PURCHASE ORDER
ITEM IDENTIFICATION NUMBER (IF APPLICABLE)
DESCRIPTION
QUANTITY
PRICE
INVOICE APPROVAL NAME & ADDRESS (IAR), IF APPLICABLE
ACCOUNT CLASSIFICATION NUMBER AND PRR NUMBER FOR
CONTRACT LABOR OR ENGINEERING DESIGN.
*NOTICE*
THE FOLLOWING TELEPHONE NUMBERS ARE STAFFED TO HANDLE
QUESTIONS CONCERNING INVOICE PAYMENT FOR
GENERAL MOTORS CORPORATION
DISBURSEMENT ANALYSIS CONTROL        248-874-4636
MEXICO STAFF ACCOUNTING              011-52-841-54000
THE INVOICE NUMBER AND PURCHASE ORDER/RELEASE NUMBER
WILL BE REQUIRED FOR THE PERSON TO ASSIST YOU.
* FOR SERVICES ONLY *
SUBMIT A DUPLICATE COPY TO REQUESTOR FOR APPROVAL.
PLEASE MARK THIS COPY "RECEIVING SLIP" TO AVOID
CONFUSION. BOTH COPIES ARE REQUIRED TO PROCESS YOUR
INVOICE IN A TIMELY MANNER.   (ZM)
EXPORT ADMINISTRATION REGULATIONS (EAR) CONTROLLED
PURCHASES
***************************************************
THE TECHNICAL DATA ASSOCIATED WITH THIS EQUIPMENT,
SERVICE OR PART IS CONTROLLED UNDER U.S. EXPORT LAWS.
YOU MAY NOT EXPORT OR RE-EXPORT THE TECHNICAL DATA,
INCLUDING BUT NOT LIMITED TO PRINTS, ROUTINGS AND
SPECIFICATIONS ASSOCIATED WITH THIS REQUEST FOR
QUOTATION OR PURCHASE CONTRACT WITHOUT THE PROPER
GOVERNMENTAL AUTHORIZATIONS.
TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

Selling Party:
    AUTO CRAFT TOOL & DIE CO
    Assigned by Buyer or Buyer's Agent      005384797
    1800 FRUIT ST
    ALGONAC    MI    480014503

Buying Party (Purchaser):
    GENERAL MOTORS CORPORATION
    Assigned by Buyer or Buyer's Agent      88110ZMU
    GLOBAL PURCHASING
    30009 VAN DYKE
    FAX 602-797-6053
    WARREN    MI    48090

Buyer Name or Department    P. BARTOLD

Received: 05/28/09 07:52:17
PURCHASE ORDER(850)

Telephone   586-575-1088

Ship To:
    *****SEND ALL INVOICES TO*****
    Assigned by Buyer or Buyer's Agent     88110MPC
    GM FSS PROJECT ACCOUNTING
    C/O ACS CAPITAL INVOICING
    PO BOX 63490
    PHOENIX   AZ   850823490

Bill-to-Party:
    INVOICE FOR SERVICE, MACHINERY
    Assigned by Buyer or Buyer's Agent     88110I01
    & EQUIP ONLY. QUESTIONS TO:
    CUSTOMER SERVICE 248 874-4636
    MAIL INVOICE: GM FSS ABP
    PO BOX 63490, PHOEN   AZ   850823490

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000001 | 1 | Each | 2400 |
| | Buyer's Item Number   PRZX6741 001 | | |

PRODUCT/ITEM DESCRIPTION Free-form
MAA38350S  ENGINE SCHEDULE LIFT ASSIST FOR GMX001
ENGINES – DESIGN
JENNIFER ARTHUR  248-640-9420
DELIVER TO: LORDSTOWN ASSEMBLY PLANT
2300 HALLOCK-YOUNG ROAD
LORDSTOWN, OH  44481
ATTN: DARRYL HUDSON, 248-388-8200
INVOICE TO: SEE SHIP TO INFORMATION
SHIP TO DOCK GGG COLUMN N36-PILOT CRIB

LINE ITEM SCHEDULE:
    QUANTITY                                 1
    UNIT OR BASIS FOR MEASUREMENT CODE       Each
    DATE/TIME QUALIFIER                      Delivery Requested
    DATE                                     06/22/09

Part Number   PRZX6741 001

TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: ARTHUR 248-640-9420

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000002 | 1 | Each | 16015 |
| | Buyer's Item Number   PRZX6741 002 | | |

PRODUCT/ITEM DESCRIPTION Free-form
MAA38350S  ENGINE SCHEDULE LIFT ASSIST FOR GMX001
ENGINES – BUILD
JENNIFER ARTHUR  248-640-9420

LINE ITEM SCHEDULE:
    QUANTITY                                 1
    UNIT OR BASIS FOR MEASUREMENT CODE       Each
    DATE/TIME QUALIFIER                      Delivery Requested

Received: 05/28/09 07:52:17
PURCHASE ORDER(850)

DATE                                    06/22/09

Part Number     PRZX6741 002

TAX CODE: F      TAX PERCENT:    0.00%
WHO ORDERED: ARTHUR 248-640-9420

TRANSACTION TOTALS:
    NUMBER OF LINE ITEMS    2    HASH TOTAL    2

**END OF DOCUMENT**

**GM** General Motors Corporation

# PURCHASE ORDER: TCS26064

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation Of Express Shipments or Insure Parcel Post.

PHONE: 586-575-1088
P. BARTOLD        Buyer
L9                PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 02/18/09 | | |

SHIP VIA

REFER TO WWW.GMSHIPPING.COM

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                      US

VENDOR NUMBER 92-602-5487
AUTO CRAFT
TO: 2026 S PARKER
MARINE CITY MI
48039

SHIP TO:
*****SEND ALL INVOICES TO******
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636

INVOICE TO:
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                US

DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| PAYMENT TERMS | | | | | | |
|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | F.O.B | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY | | | | | | | |
| | | | | USD DOLLAR (UNITED STATES) | | | | | | | |
| | | | | | | | | | | | EACH |
| | | | | ATTN: DAVID DUVERNAY | | | | | | | |
| | | | | AUTOCRAFT Q7578 17FE2009 | | | | | | | |
| | | | | RFQ 300610173 | | | | | | | |
| | | | | P.BARTOLD 2/18/09 | | | | | | | |
| 00001 | 1 | PRXX4991 001 | | ENGINE-TRANSMISSION MARRIAGE REVOLVER | MAA367565 | 06/22/09 F | 0.00% | | 161233.0000 | | |
| | | | | JENNIFER ARTHUR 248-640-9420 | | | | | | | |
| | | | | DELIVER TO: LORDSTOWN ASSEMBLY PLANT | | | | | | | |
| | | | | 2300 HALLOCK-YOUNG ROAD | | | | | | | |
| | | | | LORDSTOWN, OH 44481 | | | | | | | |
| | | | | ATTN: DARRYL HUDSON, 248-388-8200 | | | | | | | |
| | | | | INVOICE TO: SEE SHIP TO INFORMATION | | | | | | | |
| | | | | SHIP TO DOCK GCG COLUMN N36-PILOT CRIB | | | | | | | |
| | | | | WHO ORDERED: ARTHUR 248-640-9420 | | | | | | | |
| | | | | "DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO | | | | | | | |
| | | | | ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED | | | | | | | |
| | | | | BELOW." GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE | | | | | | | |
| | | | | STATES. AS A RESULT, IN ALL OF THE IDENTIFIED STATES | | | | | | | |
| | | | | BELOW LISTED GM CORPORATE ENTITIES WILL REMIT | | | | | | | |
| | | | | DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX | | | | | | | |
| | | | | LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE | | | | | | | |

A005576   USER PAUL G BARTOLD

ORIGINAL

CONTINUE PAGE 2

CHMM08 4/93

**GM** General Motors Corporation

# PURCHASE ORDER: TCS26064

PAGE 2

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-1088 |
|---|---|
| 02/18/09 | P. BARTOLD |
| ALTERATION ISSUE DATE | L9          Buyer |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA:
REFER TO WWW.GMSHIPPING.COM

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                              US

VENDOR NUMBER 92-602-5487
TO: AUTO CRAFT
    2026 S PARKER
    MARINE CITY MI
    48039

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490                    US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABF
PO BOX 63490, PHOENIX AZ
85082-3490                    US

This notice is not in safety and accepted. Acceptance should be executed on acknowledgement copy which should be returned in Buyer.
This notice is not in safety and accepted...
...Attachment to this Notice Apply.

| PAYMENT TERMS | | | | | | |
|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | F.O.B DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT - FREIGHT COLLECT | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|

PERSONAL PROPERTY AND SERVICES (1). THEREFORE,
EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL
TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR
THOSE STATES NOT IDENTIFIED BELOW. FOR THOSE STATES
NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE
SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER.
LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX
LICENSE NUMBERS FOR THS STATES, OR GM LOCATIONS
WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY:
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
GENERAL MOTORS CORPORATION PERMITS:
GEORGIA #044-38-00894-3
INDIANA #003-2804890001
KENTUCKY #0000-10
KANSAS #98-0003B (FAIRFAX ONLY)
LOUISIANA #6009013-008DP (SHREVEPORT ONLY)
MARYLAND #20
MICHIGAN #MB-0900440
MISSISSIPPI #4277 (SPO ONLY)
MISSOURI #11731559
NEW JERSEY #NJ9-001-683/000
NEW YORK #DP-003445
OHIO #98-000613
OKLAHOMA #137479
PENNSYLVANIA #02-93450/DP246
TEXAS #1-38-0572515-0

CONTINUE PAGE 3

ORIGINAL

A005576   USER PAUL G BARTOLD

CHMM08 4/93

**GM** General Motors Corporation

## PURCHASE ORDER: TCS26064

PAGE 3

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-1088 |
|---|---|
| 02/18/09 | P. BARTOLD |
| ALTERATION ISSUE DATE | L9        Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090                US

VENDOR NUMBER 92-602-5487
TO:  AUTO CRAFT
2026 S PARKER
MARINE CITY MI
48039

SHIP TO:
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490            US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490            US

PAYMENT TERMS
NET   2ND DAY OF 2ND MONTH

F.O.B   SHIPPING POINT - FREIGHT COLLECT   DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | R.F.Q NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | VIRGINIA #9980000793 | | | | | | |
| | | | | WISCONSIN #WDP95-01-01012 | | | | | | |
| | | | | * * * * * * * * * * * * * * * * * * * | | | | | | |
| | | | | ONSTAR CORPORATION PERMIT: | | | | | | |
| | | | | MICHIGAN #38-3506814 | | | | | | |
| | | | | * * * * * * * * * * * * * * * * * * * | | | | | | |
| | | | | SATURN CORPORATION PERMITS: | | | | | | |
| | | | | MICHIGAN #38-2577506 | | | | | | |
| | | | | TENNESSEE #100315259 | | | | | | |
| | | | | * * * * * * * * * * * * * * * * * * * | | | | | | |
| | | | | FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION | | | | | | |
| | | | | CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND | | | | | | |
| | | | | USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR | | | | | | |
| | | | | (WITH THE EXCEPTION OF TEXAS), AND SHOULD BE INCLUDED | | | | | | |
| | | | | IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO | | | | | | |
| | | | | SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05) OR | | | | | | |
| | | | | SECTION 6 OF THE GM1638A (08/02), UNLESS THE | | | | | | |
| | | | | RESPONSIBILITY FOR PAYMENT OF SALES & USE TAXES ARE | | | | | | |
| | | | | OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. WITH | | | | | | |
| | | | | REFERENCE TO TEXAS: IF THE ORDER RELATES TO A | | | | | | |
| | | | | CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE | | | | | | |
| | | | | CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED | | | | | | |
| | | | | CONTRACTS AND AS SUCH SHOULD NOT INCLUDE SALES TAX | | | | | | |
| | | | | IN THE COST OF INCORPORATED MATERIALS OR EQUIPMENT. | | | | | | |
| | | | | IN ADDITION, THE CONTRACTOR SHOULD NOT BILL GM | | | | | | |
| | | | | (GENERAL MOTORS CORPORATION ONLY) FOR SALES TAX ON | | | | | | |

A005576   USER PAUL G BARTOLD          ORIGINAL                    CONTINUE PAGE    4        CHMM08 4/93

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

VENDOR NUMBER 92-602-5487
AUTO CRAFT
TO: 2026 S PARKER
MARINE CITY MI
48039

SHIP TO:
```
*****SEND ALL INVOICES TO******
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ                      US
85082-3490
```

INVOICE TO:
```
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ      US
85082-3490
```

*****PURCHASE*****
**ORDER : TCS26064**

This Number Must Appear On All Invoices, Packing Slips,
Package, and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-1088
P. BARTOLD                Buyer
L9                    PURCHASING AGENT

| ORDER DATE | |
|---|---|
| 02/18/09 | |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

PAGE 4

CHMAS00 4/93

| PAYMENT TERMS | | | | | | |
|---|---|---|---|---|---|---|
| NET | 2ND DAY OF 2ND MONTH | | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|

F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

```
THE SEPARATED COSTS OF MATERIAL OR LABOR. GM WILL
ACCRUE AND REMIT THE APPROPRIATE SALES TAX
DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT
PAY PERMIT.
* * * * * * * * * * * * * * * * * * * * * * * *
ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO
THE FOLLOWING:
*
DISBURSEMENT SERVICES -
    CUSTOMER COMMUNICATION CENTER
    PHONE: (248) 874-4636
* * * * * * * * * * * * * * * * * * * * * * * *
(1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES,
HOTELS, AND MEAL PURCHASES. TAX IS TO BE PAID
DIRECTLY TO THE SUPPLIER OF THESE ITEMS.

RIGHT TO AUDIT
BY ACCEPTANCE OF A PURCHASE ORDER THE SELLER OF GOODS
AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL
CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFILI-
ATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY GENERAL MOTORS CORPORATION FOR
A PERIOD OF THREE (3) YEARS BEYOND FINAL PAYMENT.

INVOICES
```

ORIGINAL

CONTINUE PAGE    5

A005576    USER PAUL G BARTOLD

# General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FaX 602-797-6053
WARREN MI
48090

VENDOR NUMBER 92-602-548/
AUTO CRAFT
TO:  2026 S PARKER
MARINE CITY MI
48039

**PAYMENT TERMS**
NET    2ND DAY OR 2ND MONTH

SHIP TO:
```
*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490          US
```

INVOICE TO:
```
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874 4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490          US
```

## PURCHASE ORDER: TCS26064

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading
(2) copies of your packing slip must accompany each shipment.
Item Identification Numbers must be shown on Packing Slips and
Invoices.
Invoice Attn Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-1088 |
| 02/18/09 | P. BARTOLD |
| ALTERATION ISSUE DATE | L9          Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

F.O.B  DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

THE SELLER'S INVOICE MUST INCLUDE THE FOLLOWING:
PURCHASE ORDER NUMBER
RELEASE NUMBER REQUIRED FOR ALL BLANKET ORDERS
DELIVER TO INFORMATION
REQUESTOR AND ROOM NUMBER OF REQUESTOR
ITEM SEQUENCE NUMBER AS SHOWN ON PURCHASE ORDER
ITEM IDENTIFICATION NUMBER (IF APPLICABLE)
DESCRIPTION
QUANTITY
PRICE
INVOICE APPROVAL NAME AND ADDRESS (IAR)
IF APPLICABLE
ACCOUNT CLASSIFICATION NUMBER AND PRR NUMBER FOR
CONTRACT LABOR OR ENGINEERING DESIGN

NOTICE
THE FOLLOWING TELEPHONE NUMBERS ARE STAFFED TO HANDLE
QUESTIONS CONCERNING INVOICE PAYMENT FOR GENERAL
MOTORS CORPORATION:
DISBURSEMENT ANALYSIS CONTROL 248-874-4636
MEXICO STAFF ACCOUNTING 011-52-841-54000
THE INVOICE NUMBER AND PURCHASE ORDER/RELEASE NUMBER
WILL BE REQUIRED FOR THE PERSON TO ASSIST YOU.

FOR SERVICES ONLY
SUBMIT A DUPLICATE COPY TO REQUESTOR FOR APPROVAL.

A005576    USER PAUL G BARTOLD                    ORIGINAL                    CONTINUE PAGE      6

CHMM08 4/93

PAGE    5

# General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                          US

VENDOR NUMBER 92-602-5487
AUTO CRAFT
TO:  2026 S PARKER
MARINE CITY MI
48039

## PURCHASE ORDER:  TCS26064

PAGE  6

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-1088 |
| 02/18/09 | P. BARTOLD |
| ALTERATION ISSUE DATE | L9          Buyer |
| ALTERATION EFFECTIVE DATE | |

PURCHASING AGENT

SHIP TO:
****SEND ALL INVOICES TO******
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ                               US
85082-3490

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ           US
85082-3490

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PLEASE MARK THIS COPY "RECEIVING SLIP" TO AVOID CONFUSION. BOTH COPIES ARE REQUIRED TO PROCESS YOUR INVOICE IN A TIMELY MANNER. (ZM) | | | | | | |
| | | | | CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT) CONTRACT CLAUSE | | | | | | |
| | | | | SPECIAL TERM (U.S.) - C-TPAT | | | | | | |
| | | | | FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/ ENFORCEM/TPAT.HTM). AT BUYER'S OR THE CUSTOMS SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING ITS COMPLIANCE WITH THE FOREGOING. SELLER SHALL INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES (INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES) ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE. (AT 6/20/02) (AT) | | | | | | |
| | | | | IMPORTANT NOTICE:  EFFECTIVE SEPTEMBER 1, 2008 | | | | | | |

F.O.B.  DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

PAYMENT TERMS
NET  2ND DAY OF 2ND MONTH

CONTINUE PAGE  7

ORIGINAL

A005576  USER PAUL G BARTOLD

C1MM08 4/93

General Motors Corporation

## PURCHASE ORDER: TCS26064

PAGE 7

This Number Must Appear On All Invoices, Packing Slips Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-1088 |
| 02/18/09 | P. BARTOLD |
| ALTERATION ISSUE DATE | L9 | Buyer |
| ALTERATION EFFECTIVE DATE | | PURCHASING AGENT 8 |

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

*****SEND ALL INVOICES TO*****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ                        US
85082-3490

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ         US
85082-3490

SHIP TO:

INVOICE TO:

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI                        US
48090

VENDOR NUMBER 92-602-5487

TO: AUTO CRAFT
2026 S PARKER
MARINE CITY MI
48039

| PAYMENT TERMS | NET 2ND DAY OF 2ND MONTH |

CMHAM08 4/93

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | F.O.B.  DESTINATION UNLESS OTHERWISE INDICATED | | | | | | |
| | | | | SHIPPING POINT - FREIGHT COLLECT | | | | | | |
| | | | | SIGNIFICANT CHANGES HAVE BEEN MADE TO THE GMNA | | | | | | |
| | | | | SHIPPING INSTRUCTIONS.  PLEASE REVIEW FOR CARRIER | | | | | | |
| | | | | UPDATES.  NON-COMPLIANCE TO THESE | | | | | | |
| | | | | INSTRUCTIONS MAY RESULT IN FREIGHT CHARGES BEING | | | | | | |
| | | | | DEBITED BACK TO THE SUPPLIER. | | | | | | |
| | | | | GM ROUTING / SHIPPING INSTRUCTIONS CAN BE FOUND AT | | | | | | |
| | | | | WWW.GMSHIPPING.COM | | | | | | |
| | | | | SPECIAL TERM (US) - GOVERNMENT CONTRACTS | | | | | | |
| | | | | ***** | | | | | | |
| | | | | BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR | | | | | | |
| | | | | THE UNITED STATES GOVERNMENT.  IF SELLER IS A U.S. | | | | | | |
| | | | | ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS, | | | | | | |
| | | | | RULES, AND REGULATIONS THAT ARE APPLICABLE TO SELLER | | | | | | |
| | | | | AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS, | | | | | | |
| | | | | INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO | | | | | | |
| | | | | (1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1) | | | | | | |
| | | | | THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246, | | | | | | |
| | | | | AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5); | | | | | | |
| | | | | AND 41 CFR 60-300.5); (2) UTILIZATION OF SMALL | | | | | | |
| | | | | AND DISADVANTAGED BUSINESS CONCERNS; FAR SUBPARTS | | | | | | |
| | | | | 52.219-8 AND 52.219.9); (3) CONTRACTING WITH | | | | | | |
| | | | | BUSINESS CONCERNS OPERATING IN AREAS OF SURPLUS | | | | | | |
| | | | | LABOR (41 CFR 1-1.805); AND (4) CONTRACTING | | | | | | |
| | | | | WITH WOMEN-OWNED BUSINESS CONCERNS | | | | | | |
| | | | | (EXECUTIVE ORDER 12138). | | | (4Z) | | | |

A005576    USER PAUL G BARTOLD                ORIGINAL                                        CONTINUE PAGE    8

**General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

VENDOR NUMBER 92-602-540

TO: AUTO CRAFT
2026 S PARKER
MARINE CITY MI
48039

**PURCHASE**

**ORDER:** PCS26064

PAGE 8

This Number Must Appear On all Invoices, Packing Slips, Packages and Bills of Lading
Copies of our packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-1088 |
| 02/18/09 | P. BARTOLD |
| ALTERATION ISSUE DATE | L9    Buyer |
| ALTERATION EFFECTIVE DATE | |
| SHIP VIA | PURCHASING AGENT |

REFER TO WWW.GMSHIPPING.COM

SHIP TO:
****SEND ALL INVOICES TO****
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX AZ
85082-3490    US

INVOICE FOR SERVICE, MACHINERY

INVOICE TO: & EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490    US

This order is not binding until accepted by us upon such terms and conditions to which Seller agrees by acceptance...

| PAYMENT TERMS | FOB | DESTINATION UNLESS OTHERWISE INDICATED |
| NET | SHIPPING POINT - FREIGHT COLLECT |
| 2ND DAY OF 2ND MONTH | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND EQUIPMENT PURCHASING AVAILABLE DURING DETROIT BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT IMEHELPDESK@GM.COM QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT DISBURSEMENTS AT 248-874-4636. | | | | | | |
| | | | | TERMS AND CONDITIONS SEPTEMBER 2004, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | | |

A005576    USER PAUL G BARTOLD                    ORIGINAL                    LAST PAGE

CHMM08 4/93

TO:       AUTO CRAFT TOOL & DI       FROM: New Trading Partner 10

Received: 04/15/09 08:01:36
PURCHASE ORDER(850)

Transaction Set Purpose   Original
PO Type   Stand-alone Order
PO No.   TCS26946
PO Date   04/14/09

CURRENCY:
    Selling Party
    CURRENCY CODE   USD

SHIPPING INFORMATION
SHIPMENT METHOD OF PAYMENT   Collect
LOCATION QUALIFIER   Origin (Shipping Point)
SHIPPING POINT - FREIGHT COLLECT

CARRIER DETAILS (ROUTING SEQUENCE/TRANS:
    ROUTING SEQUENCE CODE              Origin/Delivery Carrier (Any Mode)
    ROUTING                            REFER TO WWW.GMSHIPPING.COM

Purchase Order Number   TCS26946

REFERENCE GM RFQ (PR # PRZX1022)
AND AUTO CRAFT REFERENCE:  Q7842
DATED 04/02/09
SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND
EQUIPMENT PURCHASING AVAILABLE DURING DETROIT
BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT
IMEHELPDESK@GM.COM
QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT
DISBURSEMENTS AT 248-874-4636.

Purchase Order Number   TCS26946

CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT)
          CONTRACT CLAUSE
.
SPECIAL TERM (U.S.) - C-TPAT
.
FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED
STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE
RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED
STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP
AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR
INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/
ENFORCE/TPAT.HTM).  AT BUYER'S OR THE CUSTOMS
SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING
ITS COMPLIANCE WITH THE FOREGOING.  SELLER SHALL
INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST
ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES
(INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES)
ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE.
(AT 6/20/02)
SPECIAL TERM (US) - GOVERNMENT CONTRACTS
*****
BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR
THE UNITED STATES GOVERNMENT.  IF SELLER IS A U.S.
ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS,
RULES, AND REGULATIONS THAT ARE APPLICABLE TO SELLER
AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS,
INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO

Received: 04/15/09 08:01:36
PURCHASE ORDER(850)

(1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1)
THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246,
AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5);
AND 41 CFR 60-300.5); (2) UTILIZATION OF SMALL
AND DISADVANTAGED BUSINESS CONCERNS; FAR SUBPARTS
52.219-8 AND 52.219.9);   (3) CONTRACTING WITH
BUSINESS CONCERNS OPERATING IN AREAS OF SURPLUS
LABOR (41 CFR 1-1.805); AND (4) CONTRACTING
WITH WOMEN-OWNED BUSINESS CONCERNS
(EXECUTIVE ORDER 12138).                    (4Z)
*RIGHTS OF TITLE*
SELLER AGREES THAT ALL REPORTS, MANUALS, PROGRAMS,
TAPES, VIDEOS, SOFTWARE, AND ANY OTHER MATERIAL
PREPARED BY SELLER'S EMPLOYEES UNDER THIS PURCHASE
ORDER AND ALL OTHER WORK PRODUCTS OF SELLER'S
EMPLOYEES SHALL BELONG EXCLUSIVELY TO BUYER. SELLER
AGREES THAT ALL WRITINGS, DISCOVERIES, DESIGNS, MASK
WORKS, INVENTIONS AND IMPROVEMENTS WHETHER
COPYRIGHTABLE, PATENTABLE OR NOT WHICH ARE WRITTEN,
CONCEIVED, CREATED, DISCOVERED OR MADE BY SELLER'S
EMPLOYEES OR SUBCONTRACTORS IN THE COURSE OF THE
WORK DONE UNDER THIS PURCHASE ORDER SHALL BE PROMPTLY
DISCLOSED TO BUYER AND SHALL BECOME BUYER'S SOLE
PROPERTY.
        ***** CHANGE ORDER PROCESS *****
*** ENGINEER/SUPPLIER AGREE ON NECESSARY CHANGES AND
    CO-SIGN ON MEMO DOCUMENT, (INCLUDE P.O. NUMBER ON
    CORRESPONDENCE).
*** CHANGES NOT EFFECTING COSTS MAY BE IMPLEMENTED
    IMMEDIATELY, FORWARD MEMO DOCUMENT TO BUYER.
*** CHANGES INCREASING/DECREASING COST, OR EFFECTING
    DELIVERY MUST BE QUOTED TO BUYER, INCL. MEMO DOC.
*** SUPPLIER MUST NOT PROCEED WITH ENGINEERING
    CHANGES UNTIL BUYER APPROVAL IS PROVIDED!
"DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO
ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED
BELOW." GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE
STATES.  AS A RESULT, IN ALL OF THE IDENTIFIED STATES
BELOW LISTED GM CORPORATE ENTITIES WILL REMIT
DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX
LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE
PERSONAL PROPERTY AND SERVICES (1).  THEREFORE,
EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL
TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR
THOSE STATES NOT IDENTIFIED BELOW.  FOR THOSE STATES
NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE
SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER.
LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX
LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS
WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY:
* * * * * * * * * * * * * * * * * * * * * * * * * *
GENERAL MOTORS CORPORATION PERMITS:
GEORGIA #044-38-00894-3
INDIANA #003-2804890001
KENTUCKY #0000-10
KANSAS #98-0003B   (FAIRFAX ONLY)
LOUISIANA #6009013-008DP (SHREVEPORT ONLY)
MARYLAND #20
MICHIGAN #ME-0900440

Received: 04/15/09 08:01:36
PURCHASE ORDER(850)

MISSISSIPPI #4277 (SPO ONLY)
MISSOURI #11731559
NEW JERSEY #NJ9-001-683/000
NEW YORK #DP-003445
OHIO #98-000613
OKLAHOMA #137479
PENNSYLVANIA #02-93450/DP246
TEXAS #1-38-0572515-0
VIRGINIA #9980000793
WISCONSIN #WDP95-01-01012
* * * * * * * * * * * * * * * * * * * * * * * * *
ONSTAR CORPORATION PERMIT:
MICHIGAN #38-3506814
* * * * * * * * * * * * * * * * * * * * * * * *
SATURN CORPORATION PERMITS:
MICHIGAN #38-2577506
TENNESSEE #100315259
* * * * * * * * * * * * * * * * * * * * * * * *
FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION
CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND
USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR
(WITH THE EXCEPTION OF TEXAS), AND SHOULD BE INCLUDED
IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO
SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05) OR
SECTION 6 OF THE GM1638A (08/02), UNLESS THE
RESPONSIBILITY FOR PAYMENT OF SALES & USE TAXES ARE
OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. WITH
REFERENCE TO TEXAS: IF THE ORDER RELATES TO A
CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE
CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED
CONTRACTS AND AS SUCH SHOULD NOT INCLUDE SALES TAX
IN THE COST OF INCORPORATED MATERIALS OR EQUIPMENT.
IN ADDITION, THE CONTRACTOR SHOULD NOT BILL GM
(GENERAL MOTORS CORPORATION ONLY) FOR SALES TAX ON
THE SEPARATED COSTS OF MATERIAL OR LABOR.   GM WILL
ACCRUE AND REMIT THE APPROPRIATE SALES TAX
DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT
PAY PERMIT.
* * * * * * * * * * * * * * * * * * * * * * * * *
ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO
THE FOLLOWING:
*
DISBURSEMENT SERVICES -
  CUSTOMER COMMUNICATION CENTER
  PHONE:   (248) 874-4636
    * * * * * * * * * * * * * * * * * * * * * * * *
(1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES,
HOTELS, AND MEAL PURCHASES.   TAX IS TO BE PAID
DIRECTLY TO THE SUPPLIER OF THESE ITEMS.
*CONFIDENTIALITY*
SELLER, IN ORDER TO PROVIDE THE SERVICES SET FORTH
IN THIS PURCHASE ORDER, WILL REQUIRE INFORMATION FROM
BUYER WHICH BUYER CONSIDERS CONFIDENTIAL (BUYER'S
INFORMATION).  BUYER IS WILLING TO DISCLOSE BUYER'S
INFORMATION ONLY WITH THE UNDERSTANDING THAT SELLER
MAINTAIN ITS CONFIDENTIALITY.
.
ACCORDINGLY, SELLER ACKNOWLEDGES THAT BUYER'S
INFORMATION IS BEING DISCLOSED TO SELLER FOR THE SOLE

Received: 04/15/09 08:01:36
PURCHASE ORDER(850)

PURPOSE OF PERMITTING SELLER TO PERFORM THE SERVICES
SET FORTH IN THIS PURCHASE ORDER, AND AGREES THAT IT
WILL NOT USE THE INFORMATION FOR ANY OTHER PURPOSE.
IN ADDITION, SELLER AGREES THAT IT WILL NOT DISCLOSE,
DISSEMINATE OR OTHERWISE MAKE AVAILABLE BUYER'S
INFORMATION TO ANYONE, OTHER THAN TO THOSE EMPLOYEES
WHO HAVE A NEED TO KNOW IT IN ORDER FOR SELLER TO
FULFILL ITS OBLIGATIONS UNDER THIS PURCHASE ORDER.
SELLER AGREES THAT IT WILL TAKE APPROPRIATE ACTION
BY INSTRUCTION, AGREEMENT, OR OTHERWISE, WITH ANY
PERSON PERMITTED ACCESS TO BUYER'S INFORMATION.
THE BUYER'S INFORMATION AND ANY ADDITIONS THERETO ARE
THE SOLE PROPERTY OF BUYER.  AT BUYER'S REQUEST OR
UPON COMPLETION OF SELLER'S USE OF BUYER'S
INFORMATION, SELLER WILL RETURN ALL COPIES OF BUYER'S
INFORMATION TO BUYER OR, AT BUYER'S REQUEST, DESTROY
BUYER'S INFORMATION AND CERTIFY SUCH DESTRUCTION TO
BUYER.
SELLER FURTHER AGREES TO INDEMNIFY AND HOLD BUYER
HARMLESS FROM ANY AND ALL LIABILITIES, DAMAGES,
FINES, PENALTIES, COSTS, CLAIMS, DEMANDS, AND
EXPENSES (INCLUDING COSTS OF DEFENSE, SETTLEMENT, AND
REASONABLE ATTORNEY'S FEES), ARISING OUT OF THE
DISCLOSURE OR IMPROPER USE OF BUYER'S INFORMATION BY
SELLER OR SELLER'S EMPLOYEES.
*EQUAL PARTNERS*
UTILIZATION AND DEVELOPMENT OF MINORITY SUPPLIERS FOR
PRODUCTS AND/OR SERVICES ARE A GMC REQUIREMENT.
SUPPLIERS ARE EXPECTED TO ESTABLISH AND MAINTAIN A
PROCEDURE FOR TRACKING AND REPORTING OF MINORITY
DOLLARS MONTHLY TO BUYER.  CONTRACT REQUIRES A
MINIMUM OF 6% OF GMC BUSINESS BE DEDICATED TO
MINORITY SUPPLIERS SPECIFIED BY GENERAL MOTORS
CORPORATION.
*RIGHT TO AUDIT*
FOR TIME AND MATERIAL SERVICES PERFORMED BY SELLER
PURSUANT TO THIS PURCHASE ORDER, THE SELLER SHALL
MAINTAIN AND GRANT ACCESS TO BUYER TO ALL PERTINENT
LEDGERS, PAYROLL DATA, BOOKS, RECORDS, PERSONNEL
DOCUMENTS, CORRESPONDENCE, WRITTEN INSTRUCTIONS,
DRAWINGS, RECEIPTS, VOUCHERS AND OTHER DOCUMENTS
THE PURPOSE OF AUDITING THE CHARGES AND/OR ALL
ALLOCATIONS RELATED TO THIS PURCHASE ORDER AND ITS
PROPER ADMINISTRATION. SELLER MUST SEGREGATE ITS
RECORDS IN SUCH A MANNER AS TO FACILITATE A COMPLETE
AUDIT AND AGREES THAT SUCH AUDIT MAY BE USED AS THE
BASIS FOR SETTLEMENT OF CHARGES AGAINST THIS PURCHASE
ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE, TO
PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF THREE (3)
YEARS AFTER FINAL PAYMENT HEREUNDER.
THIS INCLUDES THOSE OF SUBSIDIARIES AND AFFILIATES TO
WHOM WORK HAS BEEN CONTRACTED.  (ZH)
UNLESS OTHERWISE INDICATED IN THIS RFQ, SELLER IS
REQUIRED TO HAVE ELECTRONIC DATA INTERCHANGE
CAPABILITY WORLDWIDE.
IMPORTANT NOTICE:  EFFECTIVE SEPTEMBER 1, 2008
SIGNIFICANT CHANGES HAVE BEEN MADE TO THE GMNA
SHIPPING INSTRUCTIONS.  PLEASE REVIEW FOR CARRIER
UPDATES.   NON-COMPLIANCE TO THESE

Received: 04/15/09 08:01:36
PURCHASE ORDER(850)

INSTRUCTIONS MAY RESULT IN FREIGHT CHARGES BEING
DEBITED BACK TO THE SUPPLIER.
GM ROUTING / SHIPPING INSTRUCTIONS CAN BE FOUND AT
WWW.GMSHIPPING.COM
FORCED LABOR
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS
ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED
IN 19 USC 1307) EITHER BY SELLER OR SELLER'S
SUPPLIERS.   SELLER SHALL INDEMNIFY BUYER AGAINST ANY
LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS
INCORRECT.   (ZR)
*INVOICES*
THE SELLER'S INVOICE MUST INCLUDE THE FOLLOWING:
PURCHASE ORDER NUMBER
RELEASE NUMBER REQUIRED FOR ALL BLANKET ORDERS
DELIVER TO INFORMATION
REQUESTOR AND ROOM NUMBER OF REQUESTOR
ITEM SEQUENCE NUMBER AS SHOWN ON PURCHASE ORDER
ITEM IDENTIFICATION NUMBER (IF APPLICABLE)
DESCRIPTION
QUANTITY
PRICE
INVOICE APPROVAL NAME & ADDRESS (IAR), IF APPLICABLE
ACCOUNT CLASSIFICATION NUMBER AND PRR NUMBER FOR
CONTRACT LABOR OR ENGINEERING DESIGN.
*NOTICE*
THE FOLLOWING TELEPHONE NUMBERS ARE STAFFED TO HANDLE
QUESTIONS CONCERNING INVOICE PAYMENT FOR
GENERAL MOTORS CORPORATION
DISBURSEMENT ANALYSIS CONTROL          248-874-4636
MEXICO STAFF ACCOUNTING               011-52-841-54000
THE INVOICE NUMBER AND PURCHASE ORDER/RELEASE NUMBER
WILL BE REQUIRED FOR THE PERSON TO ASSIST YOU.
* FOR SERVICES ONLY *
SUBMIT A DUPLICATE COPY TO REQUESTOR FOR APPROVAL.
PLEASE MARK THIS COPY "RECEIVING SLIP" TO AVOID
CONFUSION. BOTH COPIES ARE REQUIRED TO PROCESS YOUR
INVOICE IN A TIMELY MANNER.   (ZM)
EXPORT ADMINISTRATION REGULATIONS (EAR) CONTROLLED
PURCHASES
***************************************************
THE TECHNICAL DATA ASSOCIATED WITH THIS EQUIPMENT,
SERVICE OR PART IS CONTROLLED UNDER U.S. EXPORT LAWS.
YOU MAY NOT EXPORT OR RE-EXPORT THE TECHNICAL DATA,
INCLUDING BUT NOT LIMITED TO PRINTS, ROUTINGS AND
SPECIFICATIONS ASSOCIATED WITH THIS REQUEST FOR
QUOTATION OR PURCHASE CONTRACT WITHOUT THE PROPER
GOVERNMENTAL AUTHORIZATIONS.
TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

Selling Party:
    AUTO CRAFT TOOL & DIE CO
    Assigned by Buyer or Buyer's Agent    005384797
    1800 FRUIT ST
    ALGONAC    MI    480014503

Received: 04/15/09 08:01:36
PURCHASE ORDER(850)

Buying Party (Purchaser):
    GENERAL MOTORS CORPORATION
    Assigned by Buyer or Buyer's Agent    88110ZMU
    GLOBAL PURCHASING
    30009 VAN DYKE
    FAX 602-797-6053
    WARREN   MI   48090

Buyer Name or Department   P. BARTOLD
Telephone   586-575-1088

Ship To:
    ****SEND ALL INVOICES TO*****
    Assigned by Buyer or Buyer's Agent    88110MPC
    GM FSS PROJECT ACCOUNTING
    C/O ACS CAPITAL INVOICING
    PO BOX 63490
    PHOENIX   AZ   850823490

Bill-to-Party:
    INVOICE FOR SERVICE, MACHINERY
    Assigned by Buyer or Buyer's Agent    88110I01
    & EQUIP ONLY. QUESTIONS TO:
    CUSTOMER SERVICE 248 874-4636
    MAIL INVOICE: GM FSS ABP
    PO BOX 63490, PHOEN   AZ   850823490

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|---|---|---|---|
| 000001 | 1 | Each | 750 |
|  | Buyer's Item Number | PRZX1022 001 | |

PRODUCT/ITEM DESCRIPTION Free-form
MAA38303S  DESIGN TEMPLATE TO INSTALL MALIBU LT/LTZ
EMBLEMS
SCOTT DIENER  248-640-8199
DELIVER TO: FAIRFAX ASSEMBLY
3201 FAIRFAX TRAFFICWAY
KANSAS CITY, KS  66543
ATTN: LARRY GREENE, 586.709.7904
INVOICE TO: SEE SHIP TO INFORMATION

LINE ITEM SCHEDULE:
    QUANTITY                              1
    UNIT OR BASIS FOR MEASUREMENT CODE    Each
    DATE/TIME QUALIFIER                   Delivery Requested
    DATE                                  05/08/09

Part Number    PRZX1022 001

TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: DIENER 248-640-8199

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|---|---|---|---|
| 000002 | 2 | Each | 1250 |
|  | Buyer's Item Number | PRZX1022 002 | |

Received: 04/15/09 08:01:36
PURCHASE ORDER(850)

PRODUCT/ITEM DESCRIPTION Free-form
MAA38303S  BUILD TEMPLATE TO INSTALL MALIBU LT/LTZ
EMBLEMS
SCOTT DIENER  248-640-8199

LINE ITEM SCHEDULE:
    QUANTITY                                  2
    UNIT OR BASIS FOR MEASUREMENT CODE        Each
    DATE/TIME QUALIFIER                       Delivery Requested
    DATE                                      05/08/09

Part Number    PRZX1022 002

TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: DIENER 248-640-8199

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000003 | 1 | Each | 1200 |
|  | Buyer's Item Number   PRZX1022 003 | | |

PRODUCT/ITEM DESCRIPTION Free-form
MAA38303S  BUILD REPAIR TEMPLATE FOR MALIBU LT/LTZ
EMBLEMS
SCOTT DIENER  248-640-8199

LINE ITEM SCHEDULE:
    QUANTITY                                  1
    UNIT OR BASIS FOR MEASUREMENT CODE        Each
    DATE/TIME QUALIFIER                       Delivery Requested
    DATE                                      05/08/09

Part Number    PRZX1022 003

TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: DIENER 248-640-8199

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000004 | 1 | Each | 650 |
|  | Buyer's Item Number   PRZX1022 004 | | |

PRODUCT/ITEM DESCRIPTION Free-form
MAA38304S  DESIGN TEMPLATE TO INSTALL FLEXFUEL
EMBLEM
SCOTT DIENER  248-640-8199

LINE ITEM SCHEDULE:
    QUANTITY                                  1
    UNIT OR BASIS FOR MEASUREMENT CODE        Each
    DATE/TIME QUALIFIER                       Delivery Requested
    DATE                                      05/08/09

Part Number    PRZX1022 004

TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: DIENER 248-640-8199

Received: 04/15/09 08:01:36
PURCHASE ORDER(850)

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000005 | 2 | Each | 1050 |

Buyer's Item Number   PRZX1022 005

PRODUCT/ITEM DESCRIPTION Free-form
MAA38304S  BUILD TEMPLATE TO INSTALL FLEXFUEL EMBLEM
SCOTT DIENER  248-640-8199

LINE ITEM SCHEDULE:
    QUANTITY                                    2
    UNIT OR BASIS FOR MEASUREMENT CODE     Each
    DATE/TIME QUALIFIER                     Delivery Requested
    DATE                                    05/08/09

Part Number    PRZX1022 005

TAX CODE: F     TAX PERCENT:   0.00%
WHO ORDERED: DIENER 248-640-8199

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000006 | 1 | Each | 975 |

Buyer's Item Number   PRZX1022 006

PRODUCT/ITEM DESCRIPTION Free-form
MAA38304S  BUILD REPAIR TEMPLATE TO INSTALL FLEXFUEL
EMBLEM
SCOTT DIENER  248-640-8199

LINE ITEM SCHEDULE:
    QUANTITY                                    1
    UNIT OR BASIS FOR MEASUREMENT CODE     Each
    DATE/TIME QUALIFIER                     Delivery Requested
    DATE                                    05/08/09

Part Number    PRZX1022 006

TAX CODE: F     TAX PERCENT:   0.00%
WHO ORDERED: DIENER 248-640-8199

TRANSACTION TOTALS:
    NUMBER OF LINE ITEMS    6   HASH TOTAL    8

**END OF DOCUMENT**

Received: 04/24/09 09:52:53
PURCHASE ORDER(850)

Transaction Set Purpose   Original
PO Type   Stand-alone Order
PO No.   TCS27118
PO Date   04/23/09

CURRENCY:
    Selling Party
    CURRENCY CODE   USD

SHIPPING INFORMATION
SHIPMENT METHOD OF PAYMENT   Collect
LOCATION QUALIFIER   Origin (Shipping Point)
SHIPPING POINT - FREIGHT COLLECT

CARRIER DETAILS (ROUTING SEQUENCE/TRANS
    ROUTING SEQUENCE CODE          Origin/Delivery Carrier (Any Mode)
    ROUTING                        REFER TO WWW.GMSHIPPING.COM

Purchase Order Number   TCS27118

ATTN: DAVID DUVERNAY
PRICE PER QUOTE Q7812 TARGET DATED 4/20/9
IN RESPONSE TO RFQ1800612171.
P.BARTOLD   4/23/09

Purchase Order Number   TCS27118

SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND
EQUIPMENT PURCHASING AVAILABLE DURING DETROIT
BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT
IMEHELPDESK@GM.COM
QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT
DISBURSEMENTS AT 248-874-4636.
CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT)
          CONTRACT CLAUSE
.
SPECIAL TERM (U.S.) - C-TPAT
.
FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED
STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE
RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED
STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP
AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR
INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/
ENFORCE/TPAT.HTM).  AT BUYER'S OR THE CUSTOMS
SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING
ITS COMPLIANCE WITH THE FOREGOING.  SELLER SHALL
INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST
ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES
(INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES)
ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE.
(AT 6/20/02)
SPECIAL TERM (US) - GOVERNMENT CONTRACTS
*****
BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR
THE UNITED STATES GOVERNMENT.  IF SELLER IS A U.S.
ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS,
RULES, AND REGULATIONS THAT ARE APPLICABLE TO SELLER
AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS,
                    Page 1

Received: 04/24/09 09:52:53
PURCHASE ORDER(850)

INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO
(1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1)
THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246,
AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5);
AND 41 CFR 60-300.5); (2) UTILIZATION OF SMALL
AND DISADVANTAGED BUSINESS CONCERNS; FAR SUBPARTS
52.219-8 AND 52.219.9);   (3) CONTRACTING WITH
BUSINESS CONCERNS OPERATING IN AREAS OF SURPLUS
LABOR (41 CFR 1-1.805); AND (4) CONTRACTING
WITH WOMEN-OWNED BUSINESS CONCERNS
(EXECUTIVE ORDER 12138).                    (4Z)
EXPORT ADMINISTRATION REGULATIONS (EAR) CONTROLLED
PURCHASES
****************************************************
THE TECHNICAL DATA ASSOCIATED WITH THIS EQUIPMENT,
SERVICE OR PART IS CONTROLLED UNDER U.S. EXPORT LAWS.
YOU MAY NOT EXPORT OR RE-EXPORT THE TECHNICAL DATA,
INCLUDING BUT NOT LIMITED TO PRINTS, ROUTINGS AND
SPECIFICATIONS ASSOCIATED WITH THIS REQUEST FOR
QUOTATION OR PURCHASE CONTRACT WITHOUT THE PROPER
GOVERNMENTAL AUTHORIZATIONS.
        ***** CHANGE ORDER PROCESS *****
*** ENGINEER/SUPPLIER AGREE ON NECESSARY CHANGES AND
    CO-SIGN ON MEMO DOCUMENT, (INCLUDE P.O. NUMBER ON
    CORRESPONDENCE).
*** CHANGES NOT EFFECTING COSTS MAY BE IMPLEMENTED
    IMMEDIATELY, FORWARD MEMO DOCUMENT TO BUYER.
*** CHANGES INCREASING/DECREASING COST, OR EFFECTING
    DELIVERY MUST BE QUOTED TO BUYER, INCL. MEMO DOC.
*** SUPPLIER MUST NOT PROCEED WITH ENGINEERING
    CHANGES UNTIL BUYER APPROVAL IS PROVIDED!
*RIGHTS OF TITLE*
SELLER AGREES THAT ALL REPORTS, MANUALS, PROGRAMS,
TAPES, VIDEOS, SOFTWARE, AND ANY OTHER MATERIAL
PREPARED BY SELLER'S EMPLOYEES UNDER THIS PURCHASE
ORDER AND ALL OTHER WORK PRODUCTS OF SELLER'S
EMPLOYEES SHALL BELONG EXCLUSIVELY TO BUYER. SELLER
AGREES THAT ALL WRITINGS, DISCOVERIES, DESIGNS, MASK
WORKS, INVENTIONS AND IMPROVEMENTS WHETHER
COPYRIGHTABLE, PATENTABLE OR NOT WHICH ARE WRITTEN,
CONCEIVED, CREATED, DISCOVERED OR MADE BY SELLER'S
EMPLOYEES OR SUBCONTRACTORS IN THE COURSE OF THE
WORK DONE UNDER THIS PURCHASE ORDER SHALL BE PROMPTLY
DISCLOSED TO BUYER AND SHALL BECOME BUYER'S SOLE
PROPERTY.
TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

Selling Party:
    AUTO CRAFT TOOL & DIE CO
    Assigned by Buyer or Buyer's Agent     005384797
    1800 FRUIT ST
    ALGONAC   MI    480014503

Buying Party (Purchaser):
    GENERAL MOTORS CORPORATION
    Assigned by Buyer or Buyer's Agent     88110ZMU
    GLOBAL PURCHASING
    30009 VAN DYKE

Received: 04/24/09 09:52:53
PURCHASE ORDER(850)

```
    FAX 602-797-6053
    WARREN   MI   48090

Buyer Name or Department   P. BARTOLD
Telephone   586-575-1088

Ship To:
    *****SEND ALL INVOICES TO*****
    Assigned by Buyer or Buyer's Agent    88110MPC
    GM FSS PROJECT ACCOUNTING
    C/O ACS CAPITAL INVOICING
    PO BOX 63490
    PHOENIX   AZ   850823490

Bill-to-Party:
    INVOICE FOR SERVICE, MACHINERY
    Assigned by Buyer or Buyer's Agent    88110I01
    & EQUIP ONLY. QUESTIONS TO:
    CUSTOMER SERVICE 248 874-4636
    MAIL INVOICE: GM FSS ABP
    PO BOX 63490, PHOEN   AZ   850823490
```

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|---|---|---|---|
| 000001 | 1 | Lot | 1573670 |
| | Buyer's Item Number | PRYX6244 001 | |

PRODUCT/ITEM DESCRIPTION Free-form
SPECIAL GA TRIM AND CHASSIS TOOLS FOR THE VOLT
DEEPAK D SOUZA  586-709-8284
DELIVER TO: DEEPAK D'SOUZA
2500 EAST GENERAL MOTORS BLVD.
DETROIT, MI   48211
ATTN: DEEPAK D'SOUZA, 586-709-8284
INVOICE TO: SEE SHIP TO INFORMATION
DO NOT SHIP UNTIL INSTRUCTED TO DO SO BY RESPECTIVE
M.E.

```
LINE ITEM SCHEDULE:
    QUANTITY                              1
    UNIT OR BASIS FOR MEASUREMENT CODE    Lot
    DATE/TIME QUALIFIER                   Delivery Requested
    DATE                                  12/18/09

Part Number   PRYX6244 001

TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: D SOUZA 586-709-8284
```

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|---|---|---|---|
| 000002 | 1 | Lot | 57368 |
| | Buyer's Item Number | PRYX6244 002 | |

PRODUCT/ITEM DESCRIPTION Free-form
M&E GA TRIM AND CHASSIS M&E FOR THE VOLT
DEEPAK D SOUZA  586-709-8284

Received: 04/24/09 09:52:53
PURCHASE ORDER(850)

LINE ITEM SCHEDULE:
    QUANTITY                                1
    UNIT OR BASIS FOR MEASUREMENT CODE      Lot
    DATE/TIME QUALIFIER                     Delivery Requested
    DATE                                    12/18/09

Part Number    PRYX6244 002

TAX CODE: F     TAX PERCENT:   0.00%
WHO ORDERED: D SOUZA 586-709-8284

TRANSACTION TOTALS:
    NUMBER OF LINE ITEMS    2   HASH TOTAL    2

**END OF DOCUMENT**

Received: 05/04/09 08:22:47
PURCHASE ORDER (850)

Transaction Set Purpose    Original
PO Type·   Stand-alone Order
PO No.    TCS27251
PO Date    05/01/09

CURRENCY:
    Selling Party
    CURRENCY CODE     USD

SHIPPING INFORMATION
SHIPMENT METHOD OF PAYMENT    Collect
LOCATION QUALIFIER    Origin (Shipping Point)
SHIPPING POINT - FREIGHT COLLECT

CARRIER DETAILS (ROUTING SEQUENCE/TRANS:
    ROUTING SEQUENCE CODE           Origin/Delivery Carrier (Any Mode)
    ROUTING                         REFER TO WWW.GMSHIPPING.COM

Purchase Order Number    TCS27251

REFERENCE GM RFQ (PR # PRXX9760)
AND AUTO CRAFT REFERENCE #Q7741
DATED 02/10/09
SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND
EQUIPMENT PURCHASING AVAILABLE DURING DETROIT
BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT
IMEHELPDESK@GM.COM
QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT
DISBURSEMENTS AT 248-874-4636.

Purchase Order Number    TCS27251

CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT)
        CONTRACT CLAUSE
.
SPECIAL TERM (U.S.) - C-TPAT
.
FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED
STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE
RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED
STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP
AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR
INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/
ENFORCE/TPAT.HTM).   AT BUYER'S OR THE CUSTOMS
SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING
ITS COMPLIANCE WITH THE FOREGOING.   SELLER SHALL
INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST
ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES
(INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES)
ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE.
(AT 6/20/02)
SPECIAL TERM (US) - GOVERNMENT CONTRACTS
*****
BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR
THE UNITED STATES GOVERNMENT.  IF SELLER IS A U.S.
ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS,
RULES, AND REGULATIONS THAT ARE APPLICABLE TO SELLER
AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS,
INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO

Received: 05/04/09 08:22:47
PURCHASE ORDER(850)

(1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1)
THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246,
AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5);
AND 41 CFR 60-300.5); (2) UTILIZATION OF SMALL
AND DISADVANTAGED BUSINESS CONCERNS; FAR SUBPARTS
52.219-8 AND 52.219.9); (3) CONTRACTING WITH
BUSINESS CONCERNS OPERATING IN AREAS OF SURPLUS
LABOR (41 CFR 1-1.805); AND (4) CONTRACTING
WITH WOMEN-OWNED BUSINESS CONCERNS
(EXECUTIVE ORDER 12138).                    (4Z)
*RIGHTS OF TITLE*
SELLER AGREES THAT ALL REPORTS, MANUALS, PROGRAMS,
TAPES, VIDEOS, SOFTWARE, AND ANY OTHER MATERIAL
PREPARED BY SELLER'S EMPLOYEES UNDER THIS PURCHASE
ORDER AND ALL OTHER WORK PRODUCTS OF SELLER'S
EMPLOYEES SHALL BELONG EXCLUSIVELY TO BUYER. SELLER
AGREES THAT ALL WRITINGS, DISCOVERIES, DESIGNS, MASK
WORKS, INVENTIONS AND IMPROVEMENTS WHETHER
COPYRIGHTABLE, PATENTABLE OR NOT WHICH ARE WRITTEN,
CONCEIVED, CREATED, DISCOVERED OR MADE BY SELLER'S
EMPLOYEES OR SUBCONTRACTORS IN THE COURSE OF THE
WORK DONE UNDER THIS PURCHASE ORDER SHALL BE PROMPTLY
DISCLOSED TO BUYER AND SHALL BECOME BUYER'S SOLE
PROPERTY.
        ***** CHANGE ORDER PROCESS *****
*** ENGINEER/SUPPLIER AGREE ON NECESSARY CHANGES AND
    CO-SIGN ON MEMO DOCUMENT, (INCLUDE P.O. NUMBER ON
    CORRESPONDENCE).
*** CHANGES NOT EFFECTING COSTS MAY BE IMPLEMENTED
    IMMEDIATELY, FORWARD MEMO DOCUMENT TO BUYER.
*** CHANGES INCREASING/DECREASING COST, OR EFFECTING
    DELIVERY MUST BE QUOTED TO BUYER, INCL. MEMO DOC.
*** SUPPLIER MUST NOT PROCEED WITH ENGINEERING
    CHANGES UNTIL BUYER APPROVAL IS PROVIDED!
"DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO
ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED
BELOW." GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE
STATES. AS A RESULT, IN ALL OF THE IDENTIFIED STATES
BELOW LISTED GM CORPORATE ENTITIES WILL REMIT
DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX
LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE
PERSONAL PROPERTY AND SERVICES (1).  THEREFORE,
EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL
TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR
THOSE STATES NOT IDENTIFIED BELOW.  FOR THOSE STATES
NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE
SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER.
LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX
LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS
WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY:
* * * * * * * * * * * * * * * * * * * * * * * * * *
GENERAL MOTORS CORPORATION PERMITS:
GEORGIA #044-38-00894-3
INDIANA #003-2804890001
KENTUCKY #0000-10
KANSAS #98-0003B   (FAIRFAX ONLY)
LOUISIANA #6009013-008DP (SHREVEPORT ONLY)
MARYLAND #20
MICHIGAN #ME-0900440

Received: 05/04/09 08:22:47
PURCHASE ORDER(850)

MISSISSIPPI #4277 (SPO ONLY)
MISSOURI #11731559
NEW JERSEY #NJ9-001-683/000
NEW YORK #DP-003445
OHIO #98-000613
OKLAHOMA #137479
PENNSYLVANIA #02-93450/DP246
TEXAS #1-38-0572515-0
VIRGINIA #9980000793
WISCONSIN #WDP95-01-01012
* * * * * * * * * * * * * * * * * * * * * * * * *
ONSTAR CORPORATION PERMIT:
MICHIGAN #38-3506814
* * * * * * * * * * * * * * * * * * * * * * * * *
SATURN CORPORATION PERMITS:
MICHIGAN #38-2577506
TENNESSEE #100315259
* * * * * * * * * * * * * * * * * * * * * * * * *
FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION
CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND
USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR
(WITH THE EXCEPTION OF TEXAS), AND `SHOULD BE INCLUDED
IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO
SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05) OR
SECTION 6 OF THE GM1638A (08/02), UNLESS THE
RESPONSIBILITY FOR PAYMENT OF SALES & USE TAXES ARE
OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. WITH
REFERENCE TO TEXAS: IF THE ORDER RELATES TO A
CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE
CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED
CONTRACTS AND AS SUCH SHOULD NOT INCLUDE SALES TAX
IN THE COST OF INCORPORATED MATERIALS OR EQUIPMENT.
IN ADDITION, THE CONTRACTOR SHOULD NOT BILL GM
(GENERAL MOTORS CORPORATION ONLY) FOR SALES TAX ON
THE SEPARATED COSTS OF MATERIAL OR LABOR.  GM WILL
ACCRUE AND REMIT THE APPROPRIATE SALES TAX
DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT
PAY PERMIT.
* * * * * * * * * * * * * * * * * * * * * * * * *
ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO
THE FOLLOWING:
*
DISBURSEMENT SERVICES -
  CUSTOMER COMMUNICATION CENTER
  PHONE:  (248) 874-4636
  * * * * * * * * * * * * * * * * * * * * * * * * *
(1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES,
HOTELS, AND MEAL PURCHASES.  TAX IS TO BE PAID
DIRECTLY TO THE SUPPLIER OF THESE ITEMS.
*CONFIDENTIALITY*
SELLER, IN ORDER TO PROVIDE THE SERVICES SET FORTH
IN THIS PURCHASE ORDER, WILL REQUIRE INFORMATION FROM
BUYER WHICH BUYER CONSIDERS CONFIDENTIAL (BUYER'S
INFORMATION).  BUYER IS WILLING TO DISCLOSE BUYER'S
INFORMATION ONLY WITH THE UNDERSTANDING THAT SELLER
MAINTAIN ITS CONFIDENTIALITY.
.
ACCORDINGLY, SELLER ACKNOWLEDGES THAT BUYER'S
INFORMATION IS BEING DISCLOSED TO SELLER FOR THE SOLE
Page 3

Received: 05/04/09 08:22:47
PURCHASE ORDER(850)

PURPOSE OF PERMITTING SELLER TO PERFORM THE SERVICES
SET FORTH IN THIS PURCHASE ORDER, AND AGREES THAT IT
WILL NOT USE THE INFORMATION FOR ANY OTHER PURPOSE.
IN ADDITION, SELLER AGREES THAT IT WILL NOT DISCLOSE,
DISSEMINATE OR OTHERWISE MAKE AVAILABLE BUYER'S
INFORMATION TO ANYONE, OTHER THAN TO THOSE EMPLOYEES
WHO HAVE A NEED TO KNOW IT IN ORDER FOR SELLER TO
FULFILL ITS OBLIGATIONS UNDER THIS PURCHASE ORDER.
SELLER AGREES THAT IT WILL TAKE APPROPRIATE ACTION
BY INSTRUCTION, AGREEMENT, OR OTHERWISE, WITH ANY
PERSON PERMITTED ACCESS TO BUYER'S INFORMATION.
THE BUYER'S INFORMATION AND ANY ADDITIONS THERETO ARE
THE SOLE PROPERTY OF BUYER.  AT BUYER'S REQUEST OR
UPON COMPLETION OF SELLER'S USE OF BUYER'S
INFORMATION, SELLER WILL RETURN ALL COPIES OF BUYER'S
INFORMATION TO BUYER OR, AT BUYER'S REQUEST, DESTROY
BUYER'S INFORMATION AND CERTIFY SUCH DESTRUCTION TO
BUYER.
SELLER FURTHER AGREES TO INDEMNIFY AND HOLD BUYER
HARMLESS FROM ANY AND ALL LIABILITIES, DAMAGES,
FINES, PENALTIES, COSTS, CLAIMS, DEMANDS, AND
EXPENSES (INCLUDING COSTS OF DEFENSE, SETTLEMENT, AND
REASONABLE ATTORNEY'S FEES), ARISING OUT OF THE
DISCLOSURE OR IMPROPER USE OF BUYER'S INFORMATION BY
SELLER OR SELLER'S EMPLOYEES.
*EQUAL PARTNERS*
UTILIZATION AND DEVELOPMENT OF MINORITY SUPPLIERS FOR
PRODUCTS AND/OR SERVICES ARE A GMC REQUIREMENT.
SUPPLIERS ARE EXPECTED TO ESTABLISH AND MAINTAIN A
PROCEDURE FOR TRACKING AND REPORTING OF MINORITY
DOLLARS MONTHLY TO BUYER.  CONTRACT REQUIRES A
MINIMUM OF 6% OF GMC BUSINESS BE DEDICATED TO
MINORITY SUPPLIERS SPECIFIED BY GENERAL MOTORS
CORPORATION.
*RIGHT TO AUDIT*
FOR TIME AND MATERIAL SERVICES PERFORMED BY SELLER
PURSUANT TO THIS PURCHASE ORDER, THE SELLER SHALL
MAINTAIN AND GRANT ACCESS TO BUYER TO ALL PERTINENT
LEDGERS, PAYROLL DATA, BOOKS, RECORDS, PERSONNEL
DOCUMENTS, CORRESPONDENCE, WRITTEN INSTRUCTIONS,
DRAWINGS, RECEIPTS, VOUCHERS AND OTHER DOCUMENTS
THE PURPOSE OF AUDITING THE CHARGES AND/OR ALL
ALLOCATIONS RELATED TO THIS PURCHASE ORDER AND ITS
PROPER ADMINISTRATION. SELLER MUST SEGREGATE ITS
RECORDS IN SUCH A MANNER AS TO FACILITATE A COMPLETE
AUDIT AND AGREES THAT SUCH AUDIT MAY BE USED AS THE
BASIS FOR SETTLEMENT OF CHARGES AGAINST THIS PURCHASE
ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE, TO
PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF THREE (3)
YEARS AFTER FINAL PAYMENT HEREUNDER.
THIS INCLUDES THOSE OF SUBSIDIARIES AND AFFILIATES TO
WHOM WORK HAS BEEN CONTRACTED.  (ZH)
UNLESS OTHERWISE INDICATED IN THIS RFQ, SELLER IS
REQUIRED TO HAVE ELECTRONIC DATA INTERCHANGE
CAPABILITY WORLDWIDE.
IMPORTANT NOTICE:  EFFECTIVE SEPTEMBER 1, 2008
SIGNIFICANT CHANGES HAVE BEEN MADE TO THE GMNA
SHIPPING INSTRUCTIONS.  PLEASE REVIEW FOR CARRIER
UPDATES.   NON-COMPLIANCE TO THESE

Received: 05/04/09 08:22:47
PURCHASE ORDER(850)

INSTRUCTIONS MAY RESULT IN FREIGHT CHARGES BEING
DEBITED BACK TO THE SUPPLIER.
GM ROUTING / SHIPPING INSTRUCTIONS CAN BE FOUND AT
WWW.GMSHIPPING.COM
FORCED LABOR
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS
ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED
IN 19 USC 1307) EITHER BY SELLER OR SELLER'S
SUPPLIERS.   SELLER SHALL INDEMNIFY BUYER AGAINST ANY
LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS
INCORRECT.   (ZR)
*INVOICES*
THE SELLER'S INVOICE MUST INCLUDE THE FOLLOWING:
PURCHASE ORDER NUMBER
RELEASE NUMBER REQUIRED FOR ALL BLANKET ORDERS
DELIVER TO INFORMATION
REQUESTOR AND ROOM NUMBER OF REQUESTOR
ITEM SEQUENCE NUMBER AS SHOWN ON PURCHASE ORDER
ITEM IDENTIFICATION NUMBER (IF APPLICABLE)
DESCRIPTION
QUANTITY
PRICE
INVOICE APPROVAL NAME & ADDRESS (IAR), IF APPLICABLE
ACCOUNT CLASSIFICATION NUMBER AND PRR NUMBER FOR
CONTRACT LABOR OR ENGINEERING DESIGN.
*NOTICE*
THE FOLLOWING TELEPHONE NUMBERS ARE STAFFED TO HANDLE
QUESTIONS CONCERNING INVOICE PAYMENT FOR
GENERAL MOTORS CORPORATION
DISBURSEMENT ANALYSIS CONTROL       248-874-4636
MEXICO STAFF ACCOUNTING             011-52-841-54000
THE INVOICE NUMBER AND PURCHASE ORDER/RELEASE NUMBER
WILL BE REQUIRED FOR THE PERSON TO ASSIST YOU.
* FOR SERVICES ONLY *
SUBMIT A DUPLICATE COPY TO REQUESTOR FOR APPROVAL.
PLEASE MARK THIS COPY "RECEIVING SLIP" TO AVOID
CONFUSION. BOTH COPIES ARE REQUIRED TO PROCESS YOUR
INVOICE IN A TIMELY MANNER.   (ZM)
EXPORT ADMINISTRATION REGULATIONS (EAR) CONTROLLED
PURCHASES
****************************************************
THE TECHNICAL DATA ASSOCIATED WITH THIS EQUIPMENT,
SERVICE OR PART IS CONTROLLED UNDER U.S. EXPORT LAWS.
YOU MAY NOT EXPORT OR RE-EXPORT THE TECHNICAL DATA,
INCLUDING BUT NOT LIMITED TO PRINTS, ROUTINGS AND
SPECIFICATIONS ASSOCIATED WITH THIS REQUEST FOR
QUOTATION OR PURCHASE CONTRACT WITHOUT THE PROPER
GOVERNMENTAL AUTHORIZATIONS.
TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

Selling Party:
     AUTO CRAFT TOOL & DIE CO
     Assigned by Buyer or Buyer's Agent       005384797
     1800 FRUIT ST
     ALGONAC    MI    480014503

Page 5

Received: 05/04/09 08:22:47
PURCHASE ORDER(850)

Buying Party (Purchaser):
    GENERAL MOTORS CORPORATION
    Assigned by Buyer or Buyer's Agent     88110ZMU
    GLOBAL PURCHASING
    30009 VAN DYKE
    FAX 602-797-6053
    WARREN   MI   48090

Buyer Name or Department   P. BARTOLD
Telephone   586-575-1088

Ship To:
    *****SEND ALL INVOICES TO*****
    Assigned by Buyer or Buyer's Agent     88110MPC
    GM FSS PROJECT ACCOUNTING
    C/O ACS CAPITAL INVOICING
    PO BOX 63490
    PHOENIX   AZ   850823490

Bill-to-Party:
    INVOICE FOR SERVICE, MACHINERY
    Assigned by Buyer or Buyer's Agent     88110I01
    & EQUIP ONLY. QUESTIONS TO:
    CUSTOMER SERVICE 248 874-4636
    MAIL INVOICE: GM FSS ABP
    PO BOX 63490, PHOEN   AZ   850823490

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000001 | 20 | Each | 150 |
| | Buyer's Item Number   PRXX9760 001 | | |

PRODUCT/ITEM DESCRIPTION Free-form
GM-41768-SB-DK-7   SEAL MARGIN BLOCK - DECKLID 7MM
DENNIS BROWN   248-867-8151
DELIVER TO: GENERAL MOTORS CORP - DETROIT HAMTRAMCK
2500 EAST GR. BOULEVARD
DETROIT, MI   48211
ATTN: JOHN BARUZZINI - BODY SHOP - D, 313-972-6649
INVOICE TO: SEE SHIP TO INFORMATION
PLEASE WRITE CONTACT NAME (JOHN BARUZZINI) AND PHONE
NUMBER (313-972-6649) ON OUTSIDE OF BOX(S).

LINE ITEM SCHEDULE:
    QUANTITY                                  20
    UNIT OR BASIS FOR MEASUREMENT CODE        Each
    DATE/TIME QUALIFIER                       Delivery Requested
    DATE                                      07/31/09

Part Number   PRXX9760 001

TAX CODE: C   TAX PERCENT:   0.00%
WHO ORDERED: BROWN 248-867-8151

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000002 | 4 | Each | 180 |

Received: 05/04/09 08:22:47
PURCHASE ORDER(850)


Buyer's Item Number   PRXX9760 002

PRODUCT/ITEM DESCRIPTION Free-form
D23-63608  ADJUSTABLE DOOR FLUSH MAGNET
DENNIS BROWN  248-867-8151

LINE ITEM SCHEDULE:
    QUANTITY                                    4
    UNIT OR BASIS FOR MEASUREMENT CODE          Each
    DATE/TIME QUALIFIER                         Delivery Requested
    DATE                                        07/31/09

Part Number    PRXX9760 002

TAX CODE: C    TAX PERCENT:   0.00%
WHO ORDERED: BROWN 248-867-8151

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
| --- | --- | --- | --- |
| 000003 | 4 | Each | 65 |

    Buyer's Item Number   PRXX9760 003

PRODUCT/ITEM DESCRIPTION Free-form
NON-ADJUSTABLE DOOR FLUSH MAGNET
DENNIS BROWN  248-867-8151

LINE ITEM SCHEDULE:
    QUANTITY                                    4
    UNIT OR BASIS FOR MEASUREMENT CODE          Each
    DATE/TIME QUALIFIER                         Delivery Requested
    DATE                                        07/31/09

Part Number    PRXX9760 003

TAX CODE: C    TAX PERCENT:   0.00%
WHO ORDERED: BROWN 248-867-8151

TRANSACTION TOTALS:
    NUMBER OF LINE ITEMS   3   HASH TOTAL   28

**END OF DOCUMENT**

Page 7

Received: 05/19/09 07:40:45
PURCHASE ORDER(850)

Transaction Set Purpose    Original
PO Type    Stand-alone Order
PO No.    TCS27498
PO Date    05/18/09

CURRENCY:
     Selling Party
     CURRENCY CODE    USD

SHIPPING INFORMATION
SHIPMENT METHOD OF PAYMENT    Collect
LOCATION QUALIFIER    Origin (Shipping Point)
SHIPPING POINT - FREIGHT COLLECT

CARRIER DETAILS (ROUTING SEQUENCE/TRANS:
     ROUTING SEQUENCE CODE      Origin/Delivery Carrier (Any Mode)
     ROUTING      REFER TO WWW.GMSHIPPING.COM

Purchase Order Number    TCS27498

ATTN: MICHAEL DUVERNAY
PRICE PER Q789R1 DATED 4/27/09
P.BARTOLD    5/18/09

Purchase Order Number    TCS27498

SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND
EQUIPMENT PURCHASING AVAILABLE DURING DETROIT
BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT
IMEHELPDESK@GM.COM
QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT
DISBURSEMENTS AT 248-874-4636.
CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT)
         CONTRACT CLAUSE
.
SPECIAL TERM (U.S.) - C-TPAT

FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED
STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE
RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED
STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP
AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR
INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/
ENFORCE/TPAT.HTM). AT BUYER'S OR THE CUSTOMS
SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING
ITS COMPLIANCE WITH THE FOREGOING. SELLER SHALL
INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST
ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES
(INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES)
ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE.
(AT 6/20/02)
SPECIAL TERM (US) - GOVERNMENT CONTRACTS
*****
BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR
THE UNITED STATES GOVERNMENT. IF SELLER IS A U.S.
ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS,
RULES, AND REGULATIONS THAT ARE APPLICABLE TO SELLER
AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS,
INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO

TO: AUTO CRAFT TOOL & DI    FROM: New Trading Partner 10

Received: 05/19/09 07:40:45
PURCHASE ORDER(850)

(1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1)
THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246,
AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5);
AND 41 CFR 60-300.5); (2) UTILIZATION OF SMALL
AND DISADVANTAGED BUSINESS CONCERNS; FAR SUBPARTS
52.219-8 AND 52.219.9);   (3) CONTRACTING WITH
BUSINESS CONCERNS OPERATING IN AREAS OF SURPLUS
LABOR (41 CFR 1-1.805); AND (4) CONTRACTING
WITH WOMEN-OWNED BUSINESS CONCERNS
(EXECUTIVE ORDER 12138).                    (4Z)
EXPORT ADMINISTRATION REGULATIONS (EAR) CONTROLLED
PURCHASES
****************************************************
THE TECHNICAL DATA ASSOCIATED WITH THIS EQUIPMENT,
SERVICE OR PART IS CONTROLLED UNDER U.S. EXPORT LAWS.
YOU MAY NOT EXPORT OR RE-EXPORT THE TECHNICAL DATA,
INCLUDING BUT NOT LIMITED TO PRINTS, ROUTINGS AND
SPECIFICATIONS ASSOCIATED WITH THIS REQUEST FOR
QUOTATION OR PURCHASE CONTRACT WITHOUT THE PROPER
GOVERNMENTAL AUTHORIZATIONS.
        ***** CHANGE ORDER PROCESS *****
*** ENGINEER/SUPPLIER AGREE ON NECESSARY CHANGES AND
    CO-SIGN ON MEMO DOCUMENT, (INCLUDE P.O. NUMBER ON
    CORRESPONDENCE).
*** CHANGES NOT EFFECTING COSTS MAY BE IMPLEMENTED
    IMMEDIATELY, FORWARD MEMO DOCUMENT TO BUYER.
*** CHANGES INCREASING/DECREASING COST, OR EFFECTING
    DELIVERY MUST BE QUOTED TO BUYER, INCL. MEMO DOC.
*** SUPPLIER MUST NOT PROCEED WITH ENGINEERING
    CHANGES UNTIL BUYER APPROVAL IS PROVIDED!
*RIGHTS OF TITLE*
SELLER AGREES THAT ALL REPORTS, MANUALS, PROGRAMS,
TAPES, VIDEOS, SOFTWARE, AND ANY OTHER MATERIAL
PREPARED BY SELLER'S EMPLOYEES UNDER THIS PURCHASE
ORDER AND ALL OTHER WORK PRODUCTS OF SELLER'S
EMPLOYEES SHALL BELONG EXCLUSIVELY TO BUYER. SELLER
AGREES THAT ALL WRITINGS, DISCOVERIES, DESIGNS, MASK
WORKS, INVENTIONS AND IMPROVEMENTS WHETHER
COPYRIGHTABLE, PATENTABLE OR NOT WHICH ARE WRITTEN,
CONCEIVED, CREATED, DISCOVERED OR MADE BY SELLER'S
EMPLOYEES OR SUBCONTRACTORS IN THE COURSE OF THE
WORK DONE UNDER THIS PURCHASE ORDER SHALL BE PROMPTLY
DISCLOSED TO BUYER AND SHALL BECOME BUYER'S SOLE
PROPERTY.
TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

Selling Party:
    AUTO CRAFT TOOL & DIE CO
    Assigned by Buyer or Buyer's Agent    005384797
    1800 FRUIT ST
    ALGONAC    MI    480014503

Buying Party (Purchaser):
    GENERAL MOTORS CORPORATION
    Assigned by Buyer or Buyer's Agent    88110ZMU
    GLOBAL PURCHASING
    30009 VAN DYKE
    FAX 602-797-6053

Received: 05/19/09 07:40:45
PURCHASE ORDER(850)

WARREN   MI   48090

Buyer Name or Department   P. BARTOLD
Telephone   586-575-1088

Ship To:
    *****SEND ALL INVOICES TO*****
    Assigned by Buyer or Buyer's Agent   88110MPC
    GM FSS PROJECT ACCOUNTING
    C/O ACS CAPITAL INVOICING
    PO BOX 63490
    PHOENIX   AZ   850823490

Bill-to-Party:
    INVOICE FOR SERVICE, MACHINERY
    Assigned by Buyer or Buyer's Agent   88110I01
    & EQUIP ONLY. QUESTIONS TO:
    CUSTOMER SERVICE 248 874-4636
    MAIL INVOICE: GM FSS ABP
    PO BOX 63490, PHOEN   AZ   850823490

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
| --- | --- | --- | --- |
| 000001 | 1 | Lot | 2400 |
| | Buyer's Item Number   PRZX5421 001 | | |

PRODUCT/ITEM DESCRIPTION Free-form
DESIGN MAA38381S SPS KITTING CELL BUILD CART,
MAA38382S SPS KIT RACKS
DAVID JEDRZEJCZAK  586-709-2466
DELIVER TO: LORDSTOWN ASSEMBLY CENTER
2300 HALLOCK-YOUNG ROAD
LORDSTOWN, OH  44481
ATTN: GREG BROWN, 33-824-5775
INVOICE TO: SEE SHIP TO INFORMATION

LINE ITEM SCHEDULE:
    QUANTITY                               1
    UNIT OR BASIS FOR MEASUREMENT CODE     Lot
    DATE/TIME QUALIFIER                    Delivery Requested
    DATE                                   06/12/09

Part Number   PRZX5421 001

TAX CODE: C    TAX PERCENT:   0.00%
WHO ORDERED: 586-709-2466

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
| --- | --- | --- | --- |
| 000002 | 3 | Each | 3850 |
| | Buyer's Item Number   PRZX5421 002 | | |

PRODUCT/ITEM DESCRIPTION Free-form
BUILD MAA37772S SPS KIT DELIVERY CART
DAVID JEDRZEJCZAK  586-709-2466

LINE ITEM SCHEDULE:
    QUANTITY                               3
    UNIT OR BASIS FOR MEASUREMENT CODE     Each

Received: 05/19/09 07:40:45
PURCHASE ORDER(850)

DATE/TIME QUALIFIER                    Delivery Requested
DATE                                  06/12/09

Part Number    PRZX5421 002

TAX CODE: C     TAX PERCENT:   0.00%
WHO ORDERED: 586-709-2466

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|-----------|
| 000003 | 2 | Each | 5500 |

Buyer's Item Number    PRZX5421 003

                    PRODUCT/ITEM DESCRIPTION Free-form
BUILD MAA38381S SPS KITTING CELL BUILD CART
DAVID JEDRZEJCZAK  586-709-2466

LINE ITEM SCHEDULE:
    QUANTITY                                2
    UNIT OR BASIS FOR MEASUREMENT CODE      Each
    DATE/TIME QUALIFIER                     Delivery Requested
    DATE                                    06/12/09

Part Number    PRZX5421 003

TAX CODE: C     TAX PERCENT:   0.00%
WHO ORDERED: 586-709-2466

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|-----------|
| 000004 | 8 | Each | 1575 |

Buyer's Item Number    PRZX5421 004

                    PRODUCT/ITEM DESCRIPTION Free-form
BUILD MAA38382S SPS KIT RACKS
DAVID JEDRZEJCZAK  586-709-2466

LINE ITEM SCHEDULE:
    QUANTITY                                8
    UNIT OR BASIS FOR MEASUREMENT CODE      Each
    DATE/TIME QUALIFIER                     Delivery Requested
    DATE                                    06/12/09

Part Number    PRZX5421 004

TAX CODE: C     TAX PERCENT:   0.00%
WHO ORDERED: 586-709-2466

TRANSACTION TOTALS:
    NUMBER OF LINE ITEMS   4   HASH TOTAL   14

                    **END OF DOCUMENT**