Received: 05/19/09 07:40:45
PURCHASE ORDER(850)

Transaction Set Purpose   Original
PO Type   Stand-alone Order
PO No.   TCS27503
PO Date   05/18/09

CURRENCY:
    Selling Party
    CURRENCY CODE    USD

SHIPPING INFORMATION
SHIPMENT METHOD OF PAYMENT    Collect
LOCATION QUALIFIER    Origin (Shipping Point)
SHIPPING POINT - FREIGHT COLLECT

CARRIER DETAILS (ROUTING SEQUENCE/TRANS:
    ROUTING SEQUENCE CODE              Origin/Delivery Carrier (Any Mode)
    ROUTING                           REFER TO WWW.GMSHIPPING.COM

Purchase Order Number    TCS27503

ATTN: MIKE DUVERNAY
RFQ# 2700617071
PRICE PER JESSE LOWES EMAIL 5/14/09
ACQ #7867_R3 TARGET
P.BARTOLD  5/18/09

Purchase Order Number    TCS27503

SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND
EQUIPMENT PURCHASING AVAILABLE DURING DETROIT
BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT
IMEHELPDESK@GM.COM
QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT
DISBURSEMENTS AT 248-874-4636.
CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT)
            CONTRACT CLAUSE
.
SPECIAL TERM (U.S.) - C-TPAT
.
FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED
STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE
RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED
STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP
AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR
INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/
ENFORCE/TPAT.HTM). AT BUYER'S OR THE CUSTOMS
SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING
ITS COMPLIANCE WITH THE FOREGOING.  SELLER SHALL
INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST
ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES
(INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES)
ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE.
(AT 6/20/02)
SPECIAL TERM (US) - GOVERNMENT CONTRACTS
*****
BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR
THE UNITED STATES GOVERNMENT.  IF SELLER IS A U.S.
ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS,
RULES, AND REGULATIONS THAT ARE APPLICABLE TO SELLER

Received: 05/19/09 07:40:45
PURCHASE ORDER(850)

AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS,
INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO
(1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1)
THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246,
AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5);
AND 41 CFR 60-300.5); (2) UTILIZATION OF SMALL
AND DISADVANTAGED BUSINESS CONCERNS; FAR SUBPARTS
52.219-8 AND 52.219.9);   (3) CONTRACTING WITH
BUSINESS CONCERNS OPERATING IN AREAS OF SURPLUS
LABOR (41 CFR 1-1.805); AND (4) CONTRACTING
WITH WOMEN-OWNED BUSINESS CONCERNS
(EXECUTIVE ORDER 12138).                    (4Z)
EXPORT ADMINISTRATION REGULATIONS (EAR) CONTROLLED
PURCHASES
****************************************************
THE TECHNICAL DATA ASSOCIATED WITH THIS EQUIPMENT,
SERVICE OR PART IS CONTROLLED UNDER U.S. EXPORT LAWS.
YOU MAY NOT EXPORT OR RE-EXPORT THE TECHNICAL DATA,
INCLUDING BUT NOT LIMITED TO PRINTS, ROUTINGS AND
SPECIFICATIONS ASSOCIATED WITH THIS REQUEST FOR
QUOTATION OR PURCHASE CONTRACT WITHOUT THE PROPER
GOVERNMENTAL AUTHORIZATIONS.
      ***** CHANGE ORDER PROCESS *****
*** ENGINEER/SUPPLIER AGREE ON NECESSARY CHANGES AND
    CO-SIGN ON MEMO DOCUMENT, (INCLUDE P.O. NUMBER ON
    CORRESPONDENCE).
*** CHANGES NOT EFFECTING COSTS MAY BE IMPLEMENTED
    IMMEDIATELY, FORWARD MEMO DOCUMENT TO BUYER.
*** CHANGES INCREASING/DECREASING COST, OR EFFECTING
    DELIVERY MUST BE QUOTED TO BUYER, INCL. MEMO DOC.
*** SUPPLIER MUST NOT PROCEED WITH ENGINEERING
    CHANGES UNTIL BUYER APPROVAL IS PROVIDED!
*RIGHTS OF TITLE*
SELLER AGREES THAT ALL REPORTS, MANUALS, PROGRAMS,
TAPES, VIDEOS, SOFTWARE, AND ANY OTHER MATERIAL
PREPARED BY SELLER'S EMPLOYEES UNDER THIS PURCHASE
ORDER AND ALL OTHER WORK PRODUCTS OF SELLER'S
EMPLOYEES SHALL BELONG EXCLUSIVELY TO BUYER. SELLER
AGREES THAT ALL WRITINGS, DISCOVERIES, DESIGNS, MASK
WORKS, INVENTIONS AND IMPROVEMENTS WHETHER
COPYRIGHTABLE, PATENTABLE OR NOT WHICH ARE WRITTEN,
CONCEIVED, CREATED, DISCOVERED OR MADE BY SELLER'S
EMPLOYEES OR SUBCONTRACTORS IN THE COURSE OF THE
WORK DONE UNDER THIS PURCHASE ORDER SHALL BE PROMPTLY
DISCLOSED TO BUYER AND SHALL BECOME BUYER'S SOLE
PROPERTY.
TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

Selling Party:
    AUTO CRAFT TOOL & DIE CO
    Assigned by Buyer or Buyer's Agent     005384797
    1800 FRUIT ST
    ALGONAC   MI   480014503

Buying Party (Purchaser):
    GENERAL MOTORS CORPORATION
    Assigned by Buyer or Buyer's Agent     88110ZMU
    GLOBAL PURCHASING

Received: 05/19/09 07:40:45
PURCHASE ORDER(850)

30009 VAN DYKE
FAX 602-797-6053
WARREN   MI    48090

Buyer Name or Department   P. BARTOLD
Telephone    586-575-1088

Ship To:
    *****SEND ALL INVOICES TO*****
    Assigned by Buyer or Buyer's Agent    88110MPC
    GM FSS PROJECT ACCOUNTING
    C/O ACS CAPITAL INVOICING
    PO BOX 63490
    PHOENIX    AZ    850823490

Bill-to-Party:
    INVOICE FOR SERVICE, MACHINERY
    Assigned by Buyer or Buyer's Agent    88110I01
    & EQUIP ONLY. QUESTIONS TO:
    CUSTOMER SERVICE 248 874-4636
    MAIL INVOICE: GM FSS ABP
    PO BOX 63490, PHOEN   AZ    850823490

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000001 | 14 | Each | 1307.14 |
| | Buyer's Item Number | PRZX4485 001 | |

PRODUCT/ITEM DESCRIPTION Free-form
MAA38173S  ROLLER BED TOP PLATES FOR COCKPIT
DELIVERY AGC SYSTEM
JONATHAN PALGUT  586-709-2470
DELIVER TO: JONATHAN PALGUT

INVOICE TO: SEE SHIP TO INFORMATION
COCNTACT ME BEFORE SHIPPING

LINE ITEM SCHEDULE:
    QUANTITY                                 14
    UNIT OR BASIS FOR MEASUREMENT CODE       Each
    DATE/TIME QUALIFIER                      Delivery Requested
    DATE                                     05/18/09

Part Number   PRZX4485 001

TAX CODE: C    TAX PERCENT:   0.00%
WHO ORDERED: PALGUT 586-709-2470

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000002 | 16600 | Each | 1 |
| | Buyer's Item Number | PRZX4485 004 | |

PRODUCT/ITEM DESCRIPTION Free-form
INSTALL SUPPORT FOR COCKPIT DELIVERY AGC SYSTEM AND
RESS AGC LOAD SYSTEM
JONATHAN PALGUT  586-709-2470

Page 3

```
                      Received: 05/19/09 07:40:45
                          PURCHASE ORDER(850)
```

LINE ITEM SCHEDULE:
```
     QUANTITY                                  16600
     UNIT OR BASIS FOR MEASUREMENT CODE        Each
     DATE/TIME QUALIFIER                       Delivery Requested
     DATE                                      05/18/09
```

Part Number    PRZX4485 004

TAX CODE: C     TAX PERCENT:   0.00%
WHO ORDERED: PALGUT 586-709-2470

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000003 | 1 | Kit | 315900 |

    Buyer's Item Number    PRZX4485 002

                   PRODUCT/ITEM DESCRIPTION Free-form
MAA38174S  COCKPIT DELIVERY AGC SYSTEM
JONATHAN PALGUT  586-709-2470

LINE ITEM SCHEDULE:
```
     QUANTITY                                  1
     UNIT OR BASIS FOR MEASUREMENT CODE        Kit
     DATE/TIME QUALIFIER                       Delivery Requested
     DATE                                      05/18/09
```

Part Number    PRZX4485 002

TAX CODE: C     TAX PERCENT:   0.00%
WHO ORDERED: PALGUT 586-709-2470

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000004 | 1 | Kit | 148500 |

    Buyer's Item Number    PRZX4485 003

                   PRODUCT/ITEM DESCRIPTION Free-form
MAA38172S  RESS AGC LOAD SYSTEM
JONATHAN PALGUT  586-709-2470

LINE ITEM SCHEDULE:
```
     QUANTITY                                  1
     UNIT OR BASIS FOR MEASUREMENT CODE        Kit
     DATE/TIME QUALIFIER                       Delivery Requested
     DATE                                      05/18/09
```

Part Number    PRZX4485 003

TAX CODE: C     TAX PERCENT:   0.00%
WHO ORDERED: PALGUT 586-709-2470

TRANSACTION TOTALS:
     NUMBER OF LINE ITEMS    4   HASH TOTAL    16616

                      **END OF DOCUMENT**

**GM General Motors Corporation**

# PURCHASE
## ORDER: TCS23900 001
### PAGE 1

### A L T E R A T I O N

### ### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE |
|---|---|---|
| 10/14/08 | 10/21/08 | 10/21/08 |

PHONE: 586-492-9163

| SHIP VIA | PURCHASING AGENT |
|---|---|
| REFER TO WWW.GMSHIPPING.COM | J. RAUTH  6101  Buyer |

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                    US

VENDOR NUMBER 92-602-5487

TO:
AUTO CRAFT
2026 S PARKER
MARINE CITY MI
48039

SHIP TO:
GM - NAO TECHNICAL CENTER
MANUFACTURING CENTER
BLDG 1-9 DOCK 8
30300 MOUND RD
WARREN MI
48090-9040                US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490                US

| PAYMENT TERMS | | | | | F.O.B DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|---|---|---|---|
| NET    2ND DAY OF 2ND MONTH | | | | | SHIPPING POINT - FREIGHT COLLECT |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | NET | | ### SPOT BUY TCS23900 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD  DOLLAR (UNITED STATES) | | | | | | |
| | | | | PO HAS BEEN TRANSFERRED TO BUYER CODE 6101 AS PER EMAIL FROM RHONDA MYERS DATED 10-21-08.........RR | | | | | | |

0005280    USER RWUICK ROY

ORIGINAL                    LAST PAGE

CHMM06 4/93



**General Motors Corporation**

# PURCHASE ORDER: TCS23900

PAGE 1

GM - NAO TECHNICAL CENTER
MANIFACTURING CENTER
BLDG 1-9   BLOCK 8
30300 MOUND RD
WARREN MI
48090-9040                           US

SHIP TO:

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490,
85082-3490   PHOENIX AZ
US

INVOICE TO:

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do Not Declare Valuation of Express Shipments or Insure Parcel
Post.

| | ORDER DATE | ALTERATION ISSUE DATE | PHONE: 586-575-1079 |
|---|---|---|---|
| | 10/14/08 | | R MYERS |
| SHIP VIA | ALTERATION EFFECTIVE DATE | L9 | Buyer |
| REFER TO WWW.GMSHIPPING.COM | | | PURCHASING AGENT |

VENDOR NUMBER 92-602-5487

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

AUTO CRAFT
2026 S PARKER
MARINE CITY MI
48039

US

F.O.B   DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PURCHASING MULTIPLE PRICE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 00001 | 200 | PRWX0621 001 | NPN  UG DESIGN HOURS @ $50.00 / HOUR | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES)  REFERENCE GM PR #PRWX0621  AND SUPPLIER QUOTE # Q7447 FOR PRICING AND DELIVERY ONLY  SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND EQUIPMENT PURCHASING AVAILABLE DURING DETROIT BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT IMEHELPDESK@GM.COM  QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT DISBURSEMENTS AT 248-874-4636.  WILLIAM MERKLE   586-709-7876 DELIVER TO: GAC LAB WARREN, MI ATTN: BILL MERKLE, 130*1*5142   586-709-7876 SHIP TO WARREN MAN A GAC LAB WHO ORDERED: MERKLE 586-709-7876 | | 10/31/08 | C   0.00% | 50.0000 | | EACH |

PAYMENT TERMS
NET   2ND DAY OF 2ND MONTH

RECEIVED

A005492   USER RWICK ROY

ORIGINAL

CONTINUE PAGE   2

**General Motors Corporation**

# PURCHASE ORDER :   TCS23900

PAGE  2

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
2 copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.

Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE : 586-575-1079

R. MYERS   Buyer
L9   PURCHASING AGENT

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
FAX 602-797-6053

US

VENDOR NUMBER 92-602-5487

TO:
AUTO CRAFT
2026 S PARKER
MARINE CITY MI
48039

SHIP TO:
GM - NAO TECHNICAL CENTER
MANUFACTURING CENTER
BLDG 1-9  DOCK 8
30300 MOUND RD
WARREN MI
48090-9040
US

INVOICE TO:
& EQUIP ONLY. QUESTIONS TO:
& EQUIP ONLY, MACHINERY
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS A&P
PO BOX 63490,
85082-3490  PHOENIX AZ
US

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

ORDER DATE  10/14/08
ALTERATION ISSUE DATE  10/31/08
ALTERATION EFFECTIVE DATE

| PAYMENT TERMS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NET | 2ND DAY OF 2ND MONTH | | | | | | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | 111 | PRWX0621 002 | | NPN  BUILD HOURS @ $45.00/ HOUR | 10/31/08 | C | 0.00% | 45.0000 | | EACH |

WILLIAM MERKLE 586-709-7876
WHO ORDERED: MERKLE 586-709-7876

CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT)
CONTRACT CLAUSE

SPECIAL TERM (U.S.) - C-TPAT

.
FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED
STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE
RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED
STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP
AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR
INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/
ENFORCEM/TPAT.HTM). AT BUYER'S OR THE CUSTOMS
SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING
ITS COMPLIANCE WITH THE FOREGOING.  SELLER SHALL
INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST
ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES
(INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES)
ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE.
(AT 6/20/02)
(AT)

A0005492   USER RWIICK ROY

ORIGINAL

CONTINUE PAGE   3

**General Motors Corporation**

# PURCHASE ORDER: TCS23900

PAGE 3

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

TO:
VENDOR NUMBER 92-602-5487
AUTO CRAFT
2026 S PARKER
MARINE CITY MI
48039 US

SHIP TO:
GM - NAO TECHNICAL CENTER
MANUFACTURING CENTER
BLDG 1-9   DOCK 8
30300 MOUND RD
WARREN MI
US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490,
85082-3490   PHOENIX AZ
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
All copies of your packing slip must accompany each shipment,
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Post.
Do not Declare Valuation of Express Shipments or insure Parcel

| ORDER DATE | ALTERATION ISSUE DATE | PHONE: 586-575-1079 |
|---|---|---|
| 10/14/08 | | R MYERS |
| ALTERATION EFFECTIVE DATE | | L9   Buyer |

REFER TO WWW.GMSHIPPING.COM

F.O.B DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| PAYMENT TERMS |
|---|
| NET 2ND DAY OF 2ND MONTH |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | R E Q NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PURCHASING AGENT | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|

SPECIAL TERM (US) - GOVERNMENT CONTRACTS
*****
BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR
THE UNITED STATES GOVERNMENT. IF SELLER IS A U.S.
ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS,
RULES, AND REGULATIONS THAT ARE APPLICABLE TO SELLER
AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS,
INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO
(1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1)
THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246,
AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5);
AND 41 CFR 60-300.5); (2) UTILIZATION OF SMALL
AND DISADVANTAGED BUSINESS CONCERNS; FAR SUBPARTS
52.219-8 AND 52.219.9); (3) CONTRACTING WITH
BUSINESS CONCERNS OPERATING IN AREAS OF SURPLUS
LABOR (41 CFR 1-1.805); AND (4) CONTRACTING
WITH WOMEN-OWNED BUSINESS CONCERNS
(EXECUTIVE ORDER 12138).                           (4Z)

RIGHTS OF TITLE
SELLER AGREES THAT ALL REPORTS, MANUALS, PROGRAMS,
TAPES, VIDEOS, SOFTWARE, AND ANY OTHER MATERIAL
PREPARED BY SELLER'S EMPLOYEES UNDER THIS PURCHASE
ORDER AND ALL OTHER WORK PRODUCTS OF SELLER'S
EMPLOYEES SHALL BELONG EXCLUSIVELY TO BUYER. SELLER
AGREES THAT ALL WRITINGS, DISCOVERIES, DESIGNS, MASK

A005492   USER RWITICK ROY

ORIGINAL

CONTINUE PAGE

CHMM08 4/93

# General Motors Corporation

# PURCHASE ORDER:  TCS23900

PAGE  4

**TO:**
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
FAX 602-797-6053

VENDOR NUMBER 92-602-5487
AUTO CRAFT
2026 S PARKER
MARINE CITY MI
48039

US

**SHIP TO:**
GM - NAO TECHNICAL CENTER
MANUFACTURING CENTER
BLDG 1-9  DOCK 8
30300 MOUND RD
WARREN MI
48090-9040
US

**INVOICE TO:**
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490,
85082-3490  PHOENIX AZ
US

| ORDER DATE | ALTERATION ISSUE DATE |
| --- | --- |
| 10/14/08 | |

PHONE: 586-575-1079
R. MYERS      L9
Buyer

REFER TO WWW.GMSHIPPING.COM

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ITEM SEQUENCE | NET QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. SHIPPING POINT - FREIGHT COLLECT | R F Q NUMBER | DATE REQUIRED | TAX CODE/% | SHIP VIA | BASE UNIT PRICE | PRICE/MULTIPLE MEASURE | UNIT OF MEASURE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | DESTINATION UNLESS OTHERWISE INDICATED | | | | | | | |

PAYMENT TERMS
NET  2ND DAY OF 2ND MONTH

A005492   USER  RWITICK ROY

WORKS, INVENTIONS AND IMPROVEMENTS, WHETHER
COPYRIGHTABLE, PATENTABLE OR NOT WHICH ARE WRITTEN,
CONCEIVED, CREATED, DISCOVERED OR MADE BY SELLER'S
EMPLOYEES OR SUBCONTRACTORS IN THE COURSE OF THE
WORK DONE UNDER THIS PURCHASE ORDER SHALL BE PROMPTLY
DISCLOSED TO BUYER AND SHALL BECOME BUYER'S SOLE
PROPERTY.  (ZG)

***** CHANGE ORDER PROCESS *****

*** ENGINEER/SUPPLIER AGREE ON NECESSARY CHANGES AND
CO-SIGN ON MEMO DOCUMENT, (INCLUDE P.O. NUMBER ON
CORRESPONDENCE).

*** CHANGES NOT EFFECTING COSTS MAY BE IMPLEMENTED
IMMEDIATELY, FORWARD MEMO DOCUMENT TO BUYER.

*** CHANGES INCREASING/DECREASING COST, OR EFFECTING
DELIVERY MUST BE QUOTED TO BUYER, INCL. MEMO DOC.

*** SUPPLIER MUST NOT PROCEED WITH ENGINEERING
CHANGES UNTIL BUYER APPROVAL IS PROVIDED!

"DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO
ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED
BELOW." GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE
STATES. AS A RESULT, IN ALL OF THE IDENTIFIED STATES
BELOW LISTED GM CORPORATE ENTITIES WILL REMIT
DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX
LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE

ORIGINAL

CONTINUE PAGE

CUMM0G 4/93

5

General Motors Corporation

# PURCHASE ORDER : TCS23900

PAGE 5

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
FAX 602-797-6053

VENDOR NUMBER 92-602-5487
AUTO CRAFT
2026 S PARKER
MARINE CITY MI
48039

US

SHIP TO:
GM - NAO TECHNICAL CENTER
MANUFACTURING CENTER
BLDG 1-9   DOCK 8
30300 MOUND RD
WARREN MI
48090-9040
US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 6390, PHOENIX AZ
85082-3490
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) Copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ITEM ORDER | NET QUANTITY ORDERED | PAYMENT TERMS 2ND DAY OF 2ND MONTH | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|

F.O.B  DESTINATION UNLESS OTHERWISE INDICATED

SHIPPING POINT - FREIGHT COLLECT

| ORDER DATE | SHIP VIA | PHONE: 586-575-1079 |
|---|---|---|
| 10/14/08 | REFER TO WWW.GMSHIPPING.COM | R. MYERS |
| ALTERATION ISSUE DATE | | L9       Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT | |

PERSONAL PROPERTY AND SERVICES (1). THEREFORE,
EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL
TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR
THOSE STATES NOT IDENTIFIED BELOW. FOR THOSE STATES
NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE
SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER.
LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX
LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS
WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY:
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
GENERAL MOTORS CORPORATION PERMITS:
GEORGIA #044-38-00894-3
INDIANA #003-2804890001
KENTUCKY #0000-10
KANSAS #98-0003B   (FAIRFAX ONLY)
LOUISIANA #6009013-008DP (SHREVEPORT ONLY)
MARYLAND #20
MICHIGAN #ME-0900440
MISSISSIPPI #4277 (SPO ONLY)
MISSOURI #11731559
NEW JERSEY #NJ9-001-683/000
NEW YORK #DP-003445
OHIO #98-000613
OKLAHOMA #137479
PENNSYLVANIA #02-93450/DP246
TEXAS #1-38-0572515-0

ORIGINAL

CONTINUE PAGE

6

CJMM008 4/93

A005492   USER RWITICK ROY

GM General Motors Corporation

# PURCHASE ORDER : TCS23900

PAGE 6

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

VENDOR NUMBER 92-602-5487
AUTO CRAFT
2026 S PARKER
MARINE CITY MI
48039

US

SHIP TO:
GM - NAO TECHNICAL CENTER
MANUFACTURING CENTER
BLDG 1-9 DOCK 8
30300 MOUND RD
WARREN MI
48090-9040
US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

| PAYMENT TERMS | | |
|---|---|---|
| NET | 2ND DAY OF 2ND MONTH | |

| F.O.B DESTINATION UNLESS OTHERWISE INDICATED | REFER TO WWW.GMSHIPPING.COM |
|---|---|
| SHIPPING POINT - FREIGHT COLLECT | |

| | ORDER DATE | SHIP VIA | PHONE: 586-575-1079 |
|---|---|---|---|
| | 10/14/08 | R MYERS | Buyer: |
| ALTERATION EFFECTIVE DATE | ALTERATION ISSUE DATE | L9 | |

| NET QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | VIRGINIA #99800000793 | WDP95-01-01012 | | | | | |
| | | | WISCONSIN #WDP95-01-01012 | | | | | | |
| | | | ONSTAR CORPORATION PERMIT: | | | | | | |
| | | | MICHIGAN #38-3506814 | | | | | | |
| | | | * * * * * * * * * * * * * * * * * * * | | | | | | |
| | | | SATURN CORPORATION PERMITS: | | | | | | |
| | | | MICHIGAN #38-2577506 | | | | | | |
| | | | TENNESSEE #100315259 | | | | | | |
| | | | * * * * * * * * * * * * * * * * * * * | | | | | | |
| | | | FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION | | | | | | |
| | | | CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND | | | | | | |
| | | | USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR | | | | | | |
| | | | (WITH THE EXCEPTION OF TEXAS), AND SHOULD BE INCLUDED | | | | | | |
| | | | IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO | | | | | | |
| | | | SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05) OR | | | | | | |
| | | | SECTION 6 OF THE GM1638A (08/02), UNLESS THE | | | | | | |
| | | | RESPONSIBILITY FOR PAYMENT OF SALES & USE TAXES ARE | | | | | | |
| | | | OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. WITH | | | | | | |
| | | | REFERENCE TO TEXAS: IF THE ORDER RELATES TO A | | | | | | |
| | | | CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE | | | | | | |
| | | | CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED | | | | | | |
| | | | CONTRACTS AND AS SUCH SHOULD NOT INCLUDE SALES TAX | | | | | | |
| | | | IN THE COST OF INCORPORATED MATERIALS OR EQUIPMENT. | | | | | | |
| | | | IN ADDITION, THE CONTRACTOR SHOULD NOT BILL GM | | | | | | |
| | | | (GENERAL MOTORS CORPORATION ONLY) FOR SALES TAX ON | | | | | | |

A005492    USER RMITICK ROY

ORIGINAL

CONTINUE PAGE    7

C100068  4/99

GM General Motors Corporation

**PURCHASE ORDER:** TCS23900   PAGE 7

VENDOR NUMBER 92-602-5487

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

2026 S PARKER
MARINE CITY MI
48039
AUTO CRAFT

SHIP TO:
GM - NAO TECHNICAL CENTER
MANUFACTURING CENTER
BLDG 1-9 DOCK 8
VAN DYKE (MOUND RD)
WARREN MI                    US
30009-9040

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS A&P
PO BOX 63490,
85082-3490
PHOENIX AZ
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

ORDER DATE 10/14/08
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

PHONE: 586-575-1079
R MYERS
L9              Buyer
PURCHASING AGENT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | R.F.Q. NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| A005492 | USER RWITICK ROY | | | | | | | | | |

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT          SHIP VIA   REFER TO WWW.GMSHIPPING.COM

THE SEPARATED COSTS OF MATERIAL OR LABOR. GM WILL
ACCRUE AND REMIT THE APPROPRIATE SALES TAX
DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT
PAY PERMIT.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO
THE FOLLOWING:

DISBURSEMENT SERVICES -
CUSTOMER COMMUNICATION CENTER
PHONE: (248) 874-4636
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
(1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES,
HOTELS, AND MEAL PURCHASES. TAX IS TO BE PAID
DIRECTLY TO THE SUPPLIER OF THESE ITEMS.

CONFIDENTIALITY
SELLER, IN ORDER TO PROVIDE THE SERVICES SET FORTH IN
THIS PURCHASE ORDER, WILL REQUIRE INFORMATION FROM
BUYER WHICH BUYER CONSIDERS CONFIDENTIAL (BUYER'S
INFORMATION). BUYER IS WILLING TO DISCLOSE BUYER'S
INFORMATION ONLY WITH THE UNDERSTANDING THAT SELLER
MAINTAIN ITS CONFIDENTIALITY.
ACCORDINGLY, SELLER ACKNOWLEDGES THAT BUYER'S
INFORMATION IS BEING DISCLOSED TO SELLER FOR THE SOLE

ORIGINAL                    CONTINUE PAGE   8

GM4408 4/93

**General Motors Corporation**

# PURCHASE ORDER: TCS23900

PAGE 8

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI 48090
FAX 602-797-6053

VENDOR NUMBER 92-602-5487
AUTO CRAFT
2026 S PARKER
MARINE CITY MI 48039
US

SHIP TO:
GM - N&O TECHNICAL CENTER
MANUFACTURING CENTER
BLDG 1-9 DOCK 8
30300 MOUND RD
WARREN MI
US

INVOICE TO:
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS A&P
PO BOX 63490,
85082-3490 PHOENIX AZ
US

INVOICE FOR SERVICE, MACHINERY

F.O.B
SHIPPING POINT - FREIGHT COLLECT

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

PHONE: 586-575-1079
R MYERS
L9        Buyer

ORDER DATE 10/14/08
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

PURPOSE OF PERMITTING SELLER TO PERFORM THE SERVICES
SET FORTH IN THIS PURCHASE ORDER, AND AGREES THAT IT
WILL NOT USE THE INFORMATION FOR ANY OTHER PURPOSE.
IN ADDITION, SELLER AGREES THAT IT WILL NOT DISCLOSE,
DISSEMINATE OR OTHERWISE MAKE AVAILABLE BUYER'S
INFORMATION TO ANYONE, OTHER THAN TO THOSE EMPLOYEES
WHO HAVE A NEED TO KNOW IT IN ORDER FOR SELLER TO
FULFILL ITS OBLIGATIONS UNDER THIS PURCHASE ORDER.
SELLER AGREES THAT IT WILL TAKE APPROPRIATE ACTION
BY INSTRUCTION, AGREEMENT, OR OTHERWISE, WITH ANY
PERSON PERMITTED ACCESS TO BUYER'S INFORMATION,
THE BUYER'S INFORMATION AND ANY ADDITIONS THERETO ARE
THE SOLE PROPERTY OF BUYER. AT BUYER'S REQUEST OR
UPON COMPLETION OF SELLER'S USE OF BUYER'S
INFORMATION, SELLER WILL RETURN ALL COPIES OF BUYER'S
INFORMATION TO BUYER OR, AT BUYER'S REQUEST, DESTROY
BUYER'S INFORMATION AND CERTIFY SUCH DESTRUCTION TO
BUYER.
SELLER FURTHER AGREES TO INDEMNIFY AND HOLD BUYER
HARMLESS FROM ANY AND ALL LIABILITIES, DAMAGES, FINES,
PENALTIES, COSTS, CLAIMS, DEMANDS, AND EXPENSES
(INCLUDING COSTS OF DEFENSE, SETTLEMENT, AND
REASONABLE ATTORNEY'S FEES), ARISING OUT OF THE
DISCLOSURE OR IMPROPER USE OF BUYER'S INFORMATION BY
SELLER OR SELLER'S EMPLOYEES.   (YC)

A005492   USER RWITICK ROY

ORIGINAL

CONTINUE PAGE

9

CIMM086 4/93

**GM** General Motors Corporation

**PURCHASE ORDER:** TCS23900

PAGE 9

VENDOR NUMBER 92-602-5487

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
FAX 602-797-6053

AUTO CRAFT
2026 S PARKER
MARINE CITY MI
48039

US

SHIP TO:
GM - NAO TECHNICAL CENTER
MANUFACTURING CENTER
BLDG 1-9  DOCK 8
30300 MOUND RD
WARREN MI
48090-9040
US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM F&S A&P
PO BOX 63490, PHOENIX AZ
85082-3490
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(1) copies of your packing slip must accompany each shipment,
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-1079 |
|---|---|
| 10/14/08 | R. MYERS |
| ALTERATION ISSUE DATE | L9 | Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP VIA: REFER TO WWW.GMSHIPPING.COM

| PAYMENT TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | R.F.Q. NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | | | | | | | |

F.O.B. SHIPPING POINT - FREIGHT COLLECT
DESTINATION UNLESS OTHERWISE INDICATED

EQUAL PARTNERS
UTILIZATION AND DEVELOPMENT OF MINORITY SUPPLIERS FOR
PRODUCTS AND/OR SERVICES ARE A GMC REQUIREMENT.
SUPPLIERS ARE EXPECTED TO ESTABLISH AND MAINTAIN A
PROCEDURE FOR TRACKING AND REPORTING OF MINORITY
DOLLARS MONTHLY TO BUYER.  CONTRACT REQUIRES A
MINIMUM OR 6% OF GMC BUSINESS BE DEDICATED TO
MINORITY SUPPLIERS SPECIFIED BY GENERAL MOTORS
CORPORATION.  (ZU)

RIGHT TO AUDIT
BY ACCEPTANCE OF A PURCHASE ORDER THE SELLER OF GOODS
AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFILI-
ATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY GENERAL MOTORS CORPORATION FOR
A PERIOD OF THREE (3) YEARS BEYOND FINAL PAYMENT.

UNLESS OTHERWISE INDICATED IN THIS RFQ, SELLER IS
REQUIRED TO HAVE ELECTRONIC DATA INTERCHANGE
CAPABILITY WORLDWIDE.

IMPORTANT NOTICE:  EFFECTIVE SEPTEMBER 1, 2008
SIGNIFICANT CHANGES HAVE BEEN MADE TO THE GMNA
SHIPPING INSTRUCTIONS.  PLEASE REVIEW FOR CARRIER

A005492    USER RWITICK ROY

ORIGINAL

CONTINUE PAGE    10

C1MM408  4/93

**GM** General Motors Corporation

# PURCHASE ORDER : TCS23900

PAGE 10

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
FAX 602-797-6053
US

TO:
AUTO CRAFT
2026 S PARKER
MARINE CITY MI
48039

VENDOR NUMBER 92-602-5487

SHIP TO:
684 - NAO TECHNICAL CENTER
MANUFACTURING CENTER
BLDG 1-9    DOCK 8
30009 MOUND RD
WARREN MI
48090-9040
US

INVOICE TO:
6 EQUIP ONLY, QUESTIONS TO:
CUSTOMER SERVICE, MACHINERY
MAIL INVOICE TO:
CUSTOMER SERVICE 248 874-4636
PO BOX 63490,
85082-3490    PHOENIX AZ
US

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% |
|---|---|---|---|---|---|---|---|

PAYMENT TERMS
NET    2ND DAY OF 2ND MONTH

F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 10/14/08 | | |

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

PHONE: 586-575-1079
R MYERS    L9    Buyer

PURCHASING AGENT

This Number must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
Copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

WWW.GMSHIPPING.COM

INSTRUCTIONS MAY RESULT IN FREIGHT CHARGES BEING
DEBITED BACK TO THE SUPPLIER.

UPDATES, NON-COMPLIANCE TO THESE
GM ROUTING / SHIPPING INSTRUCTIONS CAN BE FOUND AT

INCORRECT. (2R)
LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS
SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY
IN 19 USC 1307) EITHER BY SELLER OR SELLER'S
ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS
FORCED LABOR

INVOICES
THE SELLER'S INVOICE MUST INCLUDE THE FOLLOWING:
PURCHASE ORDER NUMBER
RELEASE NUMBER REQUIRED FOR ALL BLANKET ORDERS
DELIVER TO INFORMATION
REQUESTOR AND ROOM NUMBER OF REQUESTOR
ITEM SEQUENCE NUMBER AS SHOWN ON PURCHASE ORDER
ITEM IDENTIFICATION NUMBER (IF APPLICABLE)
DESCRIPTION
QUANTITY
PRICE
INVOICE APPROVAL NAME AND ADDRESS (IAR)

A005492    USER RWITICK ROY

ORIGINAL

CONTINUE PAGE    11

| ITEM SEQUENCE | NET | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|

C:HM408 4/93

# PURCHASE ORDER: TCS23900

PAGE 11

General Motors Corporation

**GENERAL MOTORS CORPORATION**
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
FAX 602-797-6053

**VENDOR NUMBER 92-602-546(/**
**AUTO CRAFT**
TO: 2026 S PARKER
MARINE CITY MI
48039

US

SHIP TO:
GM - P.O. TECHNICAL CENTER
MANUFACTURING CENTER
BLDG 1 9 DOCK 8
30300 [MOUND] RD
WARREN MI
48090-9040

US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490,
85082-3490    PHOENIX AZ

US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
Copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

**ORDER DATE** 10/14/08
**ALTERATION ISSUE DATE**
**ALTERATION EFFECTIVE DATE**

**PHONE:** 586-575-1079
R. MYERS  L9
Buyer

**PURCHASING AGENT**

| ITEM SEQUENCE NO. | PAYMENT TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | SHIP VIA | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A005492 | NET 2ND DAY OF 2ND MONTH | USER RWITICK ROY | | | | | | | REFER TO WWW.GMSHIPPING.COM | | | |

F.O.B  SHIPPING POINT - FREIGHT COLLECT
DESTINATION UNLESS OTHERWISE INDICATED

IF APPLICABLE
ACCOUNT CLASSIFICATION NUMBER AND PER NUMBER FOR
CONTRACT LABOR OR ENGINEERING DESIGN

NOTICE
THE FOLLOWING TELEPHONE NUMBERS ARE STAFFED TO HANDLE
QUESTIONS CONCERNING INVOICE PAYMENT FOR GENERAL
MOTORS CORPORATION:
DISBURSEMENT ANALYSIS CONTROL   248-874-4636
MEXICO STAFF ACCOUNTING   011-52-841-54000
THE INVOICE NUMBER AND PURCHASE ORDER/RELEASE NUMBER
WILL BE REQUIRED FOR THE PERSON TO ASSIST YOU.

FOR SERVICES ONLY
SUBMIT A DUPLICATE COPY TO REQUESTOR FOR APPROVAL.
PLEASE MARK THIS COPY "RECEIVING SLIP" TO AVOID
CONFUSION. BOTH COPIES ARE REQUIRED TO PROCESS
YOUR INVOICE IN A TIMELY MANNER. (ZM)

EXPORT ADMINISTRATION REGULATIONS (EAR) CONTROLLED
PURCHASES
*****************************************************
THE TECHNICAL DATA ASSOCIATED WITH THIS EQUIPMENT,
SERVICE OR PART IS CONTROLLED UNDER U.S. EXPORT LAWS.
YOU MAY NOT EXPORT OR RE-EXPORT THE TECHNICAL DATA,
INCLUDING BUT NOT LIMITED TO PRINTS, ROUTINGS AND

ORIGINAL

CONTINUE PAGE

12

C/HMM08 4/98

GM General Motors Corporation

**GENERAL MOTORS CORPORATION**
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090

FAX 602-797-6053

# PURCHASE ORDER : TCS23900

PAGE 12

TO:
AUTO CRAFT
2026 S PARKER
MARINE CITY MI
48039

VENDOR NUMBER 92-602-5487

PAYMENT TERMS
NET    2ND DAY OF 2ND MONTH

SHIP TO:
GM - NAO TECHNICAL CENTER
MANUFACTURING CENTER
BLDG 1-9 DOCK 8
30300 MOUND RD
WARREN MI
48090-9040
US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490,   PHOENIX AZ
85082-3490
US

| ORDER DATE | SHIP VIA |
|---|---|
| 10/14/08 | REFER TO WWW.GMSHIPPING.COM |

ALTERATION ISSUE DATE    R MYERS    L9    Buyer

PHONE: 586-575-1079

| ITEM SOURCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE UNIT OF MULTIPLE MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| A005492 | | | | USER KWIICK ROY | | | | | |

SPECIFICATIONS ASSOCIATED WITH THIS REQUEST FOR
QUOTATION OR PURCHASE CONTRACT WITHOUT THE PROPER
GOVERNMENTAL AUTHORIZATIONS.

TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

FOB    DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

This Number Must Appear On All Invoices, Packing Slips.
Packages and Bills of Lading.
(2) copies of the packing slip must accompany each shipment.
Item Identification Numbers must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Issue Parcel Post.

ALTERATION EFFECTIVE DATE    PURCHASING AGENT

ORIGINAL    LAST PAGE

CHHA608 4/93

## AUTO CRAFT TOOL & DIE CO.
1800 Fruit Street
Algonac, MI 48001

04/25/2007

IN023901

GM

| | |
|---|---|
| SHIP DATE | 04/25/2007 |
| PROJECT NBR | 0000714200 |

# REPRINT

GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX, AZ 85082-3490

CLCD ORION ASSEMBLY PLANT
GENERAL MOTORS CORPORATION
NON PRODUCTION RECEIVING #5
4555 GIDDING ROAD
ORION, MI 48359

1

| MARINE CITY | PO# TCS9453Y | | NET 30 DAYS | ASDAVE | SH023436 |
|---|---|---|---|---|---|

| 1-A | Project #0000714200   EACH | 2.000 | 0.000 | 922.0000 | 0.00 | 1,844.0000 |
|---|---|---|---|---|---|---|

ITEM 000023 BUYER ITEM PR588410 004 TL#MAA27493S

Notes:   MALIBU EMBLEM MANUAL TOOL - GMX386 TOOLING BACKUP
PART #PR588410 004

| | |
|---|---|
| Sales Total | 1,844.00 |
| Trade Discount | 0.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |

Received: 09/28/06 07:37:37
PURCHASE ORDER(850)

Transaction Set Purpose   Original
PO Type   Stand-alone Order
PO No.   TCS96527
PO Date   09/27/06

CURRENCY:
    Selling Party
    CURRENCY CODE   USD

SHIPPING INFORMATION
SHIPMENT METHOD OF PAYMENT   Collect
LOCATION QUALIFIER   Origin (Shipping Point)
SHIPPING POINT, FREIGHT COLLECT

CARRIER DETAILS (ROUTING SEQUENCE/TRANS:
    ROUTING SEQUENCE CODE         Origin/Delivery Carrier (Any Mode)
    ROUTING                       REFER TO WWW.GMSUPPLYPOWER.COM

Purchase Order Number   TCS96527

REFERENCE GM RFQ 2400487619 AND AUTOCRAFT
QUOTE NO. Q6242 REVISED TARGET REVISED TARGET
DATED SEPTEMBER 22, 2006 FOR PRICING
AND DELIVERY ONLY.....................RR
SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND
EQUIPMENT PURCHASING AVAILABLE DURING DETROIT
BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT
WWW.IMEHELPDESK@GM.COM
CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT)
            CONTRACT CLAUSE
.
SPECIAL TERM (U.S.) - C-TPAT
.
FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED
STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE
RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED
STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP
AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR
INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/
ENFORCEM/TPAT.HTM).  AT BUYER'S OR THE CUSTOMS
SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING
ITS COMPLIANCE WITH THE FOREGOING.  SELLER SHALL
INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST
ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES
(INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES)
ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE.
(AT 6/20/02)
(AT)
SPECIAL TERM (US) - GOVERNMENT CONTRACTS
*****
BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR
THE UNITED STATES GOVERNMENT.  IF SELLER IS A U.S.
ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS,
RULES, AND REGULATIONS THAT ARE APPLICABLE TO SELLER
AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS,
INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO
(1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1)
THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246,
AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5);

Page 1

Received: 09/28/06 07:37:37
PURCHASE ORDER(850)

(2) UTILIZATION OF SMALL AND DISADVANTAGED BUSINESS
CONCERNS; FAR SUBPARTS 52.219-8 AND 52.219.9);
(3) CONTRACTING WITH BUSINESS CONCERNS OPERATING
IN AREAS OF SURPLUS LABOR (41 CFR 1-1.805); AND
(4) CONTRACTING WITH WOMEN-OWNED BUSINESS CONCERNS
(EXECUTIVE ORDER 12138). (4Z) 10-29-03
RIGHTS OF TITLE
SELLER AGREES THAT ALL REPORTS, MANUALS, PROGRAMS,
TAPES, VIDEOS, SOFTWARE, AND ANY OTHER MATERIAL
PREPARED BY SELLER'S EMPLOYEES UNDER THIS PURCHASE
ORDER AND ALL OTHER WORK PRODUCTS OF SELLER'S
EMPLOYEES SHALL BELONG EXCLUSIVELY TO BUYER.  SELLER
AGREES THAT ALL WRITINGS, DISCOVERIES, DESIGNS, MASK
WORKS, INVENTIONS AND IMPROVEMENTS WHETHER
COPYRIGHTABLE, PATENTABLE OR NOT WHICH ARE WRITTEN,
CONCEIVED, CREATED, DISCOVERED OR MADE BY SELLER'S
EMPLOYEES OR SUBCONTRACTORS IN THE COURSE OF THE
WORK DONE UNDER THIS PURCHASE ORDER SHALL BE PROMPTLY
DISCLOSED TO BUYER AND SHALL BECOME BUYER'S SOLE
PROPERTY.  (ZG)
          ***** CHANGE ORDER PROCESS *****
*** ENGINEER/SUPPLIER AGREE ON NECESSARY CHANGES AND
    CO-SIGN ON MEMO DOCUMENT, (INCLUDE P.O. NUMBER ON
    CORRESPONDENCE).
*** CHANGES NOT EFFECTING COSTS MAY BE IMPLEMENTED
    IMMEDIATELY, FORWARD MEMO DOCUMENT TO BUYER.
*** CHANGES INCREASING/DECREASING COST, OR EFFECTING
    DELIVERY MUST BE QUOTED TO BUYER, INCL. MEMO DOC.
*** SUPPLIER MUST NOT PROCEED WITH ENGINEERING
    CHANGES UNTIL BUYER APPROVAL IS PROVIDED!
"DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO
ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED
BELOW."  GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE
STATES.  AS A RESULT, IN ALL OF THE IDENTIFIED STATES
BELOW LISTED GM CORPORATE ENTITIES WILL REMIT
DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX
LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE
PERSONAL PROPERTY AND SERVICES (1).  THEREFORE,
EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL
TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR
THOSE STATES NOT IDENTIFIED BELOW.  FOR THOSE STATES
NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE
SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER.
LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX
LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS
WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY:
* * * * * * * * * * * * * * * * * * * * * * * * * *
GENERAL MOTORS CORPORATION PERMITS:
GEORGIA #044-38-00894-3
INDIANA #003-2804890001
KENTUCKY #0000-10
KANSAS #98-0003B  (FAIRFAX ONLY)
LOUISIANA #6009013-008DP (SHREVEPORT ONLY)
MARYLAND #20
MICHIGAN #ME-0900440
MISSISSIPPI #4277 (SPO ONLY)
MISSOURI #11731559
NEW JERSEY #NJ9-001-683/000
NEW YORK #DP-003445

Received: 09/28/06 07:37:37
PURCHASE ORDER(850)

OHIO #98-000613

Selling Party:
    AUTO CRAFT TOOL & DIE CO
    Assigned by Buyer or Buyer's Agent     005384797
    1800 FRUIT ST
    ALGONAC   MI   480014503

Buying Party (Purchaser):
    GENERAL MOTORS CORPORATION
    Assigned by Buyer or Buyer's Agent     88110ZMU
    GLOBAL PURCHASING
    585 E SOUTH BLVD
    M/C 483-585-272
    PONTIAC   MI   48341

Buyer Name or Department   R  MYERS
Telephone   248-874-8522

Ship To:
    *****SEND ALL INVOICES TO*****
    Assigned by Buyer or Buyer's Agent     88110MPC
    GM FSS PROJECT ACCOUNTING
    C/O ACS CAPITAL INVOICING
    PO BOX 63490
    PHOENIX   AZ   850823490

Bill-to-Party:
    IF INVOICE REQUIRED, SEND TO
    Assigned by Buyer or Buyer's Agent     88110I01
    PERSON WHO ORDERED MATERIAL
    OR SERVICE.
    CUSTOMER SERVICE NUMBER
    248-874-4636      .      .

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000001 | 1 | Each | 7413 |

    Buyer's Item Number   PR309934 001

PRODUCT/ITEM DESCRIPTION Free-form
BUILD - MALIBU EMBLEM TOOL (MAA27432S)   GMX386
TOOLING FOR ORION
DEEPAK D SOUZA  586-709-8284
DELIVER TO: DEEPAK D SOUZA
4555 GIDDINGS RD
LAKE ORION, MI 48361  48361
INVOICE TO: SEE SHIP TO INFORMATION

LINE ITEM SCHEDULE:
    QUANTITY                                 1
    UNIT OR BASIS FOR MEASUREMENT CODE       Each
    DATE/TIME QUALIFIER                      Delivery Requested
    DATE                                     03/03/07

Part Number   PR309934 001

TAX CODE: F     TAX PERCENT:   0.00%
WHO ORDERED: D SOUZ 586-709-8284

Received: 09/28/06 07:37:37
PURCHASE ORDER(850)

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|-----------|
| 000002 | 3 | Each | 922 |

    Buyer's Item Number   PR309934 002

PRODUCT/ITEM DESCRIPTION Free-form
BUILD - MALIBU EMBLEM MANUAL TOOL (MAA27493S)
GMX386 TOOLING FOR ORION
DEEPAK D SOUZA  586-709-8284

LINE ITEM SCHEDULE:
    QUANTITY                                3
    UNIT OR BASIS FOR MEASUREMENT CODE      Each
    DATE/TIME QUALIFIER                     Delivery Requested
    DATE                                    03/03/07

Part Number   PR309934 002

TAX CODE: F    TAX PERCENT:  0.00%
WHO ORDERED: D SOUZ 586-709-8284

| ITEM - | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|-----------|
| 000003 | 2 | Each | 7656 |

    Buyer's Item Number   PR309934 003

PRODUCT/ITEM DESCRIPTION Free-form
BUILD - MOE & HYBRID EMBLEMS TOOL (MAA27430L)
GMX386 TOOLING FOR ORION
DEEPAK D SOUZA  586-709-8284

LINE ITEM SCHEDULE:
    QUANTITY                                2
    UNIT OR BASIS FOR MEASUREMENT CODE      Each
    DATE/TIME QUALIFIER                     Delivery Requested
    DATE                                    03/03/07

Part Number   PR309934 003

TAX CODE: F    TAX PERCENT:  0.00%
WHO ORDERED: D SOUZ 586-709-8284

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|-----------|
| 000004 | 6 | Each | 922 |

    Buyer's Item Number   PR309934 004

PRODUCT/ITEM DESCRIPTION Free-form
BUILD - MOE & HYBRID MANUAL FIXTURE (MAA27494L)
GMX386 TOOLING FOR ORION
DEEPAK D SOUZA  586-709-8284

LINE ITEM SCHEDULE:
    QUANTITY                                6
    UNIT OR BASIS FOR MEASUREMENT CODE      Each
    DATE/TIME QUALIFIER                     Delivery Requested
    DATE                                    03/03/07

Part Number   PR309934 004

Received: 09/28/06 07:37:37
PURCHASE ORDER(850)


TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: D SOUZ 586-709-8284

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|-----------|
| 000005 | 1 | Each | 8276 |

    Buyer's Item Number   PR309934 005

PRODUCT/ITEM DESCRIPTION Free-form
BUILD - FLEXFUEL & LS/LT/LTZ EMBLEM TOOL (MAA26847S)
GMX386 TOOLING FOR ORION
DEEPAK D SOUZA  586-709-8284

LINE ITEM SCHEDULE:
    QUANTITY                              1
    UNIT OR BASIS FOR MEASUREMENT CODE    Each
    DATE/TIME QUALIFIER                   Delivery Requested
    DATE                                  03/03/07

Part Number   PR309934 005

TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: D SOUZ 586-709-8284

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|-----------|
| 000006 | 3 | Each | 931 |

    Buyer's Item Number   PR309934 006

PRODUCT/ITEM DESCRIPTION Free-form
BUILD - FLEXFUEL & LS/LT/LTZ BACKUP TOOL (MAA27495S)
GMX386 TOOLING FOR ORION
DEEPAK D SOUZA  586-709-8284

LINE ITEM SCHEDULE:
    QUANTITY                              3
    UNIT OR BASIS FOR MEASUREMENT CODE    Each
    DATE/TIME QUALIFIER                   Delivery Requested
    DATE                                  03/03/07

Part Number   PR309934 006

TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: D SOUZ 586-709-8284

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|-----------|
| 000007 | 1 | Each | 7558 |

    Buyer's Item Number   PR309934 007

PRODUCT/ITEM DESCRIPTION Free-form
BUILD - CHEVY BOW-TIE WET-OUT FIXTURE (MAA27431S)
GMX386 TOOLING FOR ORION
DEEPAK D SOUZA  586-709-8284

LINE ITEM SCHEDULE:
    QUANTITY                              1
    UNIT OR BASIS FOR MEASUREMENT CODE    Each
    DATE/TIME QUALIFIER                   Delivery Requested

Received: 09/28/06 07:37:37
PURCHASE ORDER(850)

DATE                                    03/03/07

Part Number    PR309934 007

TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: D SOUZ 586-709-8284

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|-----------|
| 000008 | 6 | Each | 1431 |

Buyer's Item Number    PR309934 008

PRODUCT/ITEM DESCRIPTION Free-form
BUILD - SILL PLATE LOCATING AID (MAA27397L)  GMX386
TOOLING FOR ORION
DEEPAK D SOUZA  586-709-8284

LINE ITEM SCHEDULE:
    QUANTITY                                6
    UNIT OR BASIS FOR MEASUREMENT CODE      Each
    DATE/TIME QUALIFIER                     Delivery Requested
    DATE                                    03/03/07

Part Number    PR309934 008

TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: D SOUZ 586-709-8284

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|-----------|
| 000009 | 3 | Each | 616 |

Buyer's Item Number    PR309934 009

PRODUCT/ITEM DESCRIPTION Free-form
BUILD - FRONT FASCIA SUPPORT BRACKET FIXT
(MAA26868S)  GMX386 TOOLING FOR ORION
DEEPAK D SOUZA  586-709-8284

LINE ITEM SCHEDULE:
    QUANTITY                                3
    UNIT OR BASIS FOR MEASUREMENT CODE      Each
    DATE/TIME QUALIFIER                     Delivery Requested
    DATE                                    03/03/07

Part Number    PR309934 009

TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: D SOUZ 586-709-8284

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|-----------|
| 000010 | 3 | Each | 2134 |

Buyer's Item Number    PR309934 010

PRODUCT/ITEM DESCRIPTION Free-form
BUILD - DECK-LID STRIKER FIXTURE (MAA27463S)  GMX386
TOOLING FOR ORION

Received: 09/28/06 07:37:37
PURCHASE ORDER(850)

DEEPAK D SOUZA  586-709-8284

LINE ITEM SCHEDULE:
    QUANTITY                                      3
    UNIT OR BASIS FOR MEASUREMENT CODE            Each
    DATE/TIME QUALIFIER                           Delivery Requested
    DATE                                          03/03/07

Part Number   PR309934 010

TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: D SOUZ 586-709-8284

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000011 | 1 | Each | 4730 |

    Buyer's Item Number    PR309934 011

PRODUCT/ITEM DESCRIPTION Free-form
DESIGN KIT FOR COCKPIT LOAD ARM (MAA10009SA)  GMX386
TOOLING FOR ORION
DEEPAK D SOUZA  586-709-8284

LINE ITEM SCHEDULE:
    QUANTITY                                      1
    UNIT OR BASIS FOR MEASUREMENT CODE            Each
    DATE/TIME QUALIFIER                           Delivery Requested
    DATE                                          03/03/07

Part Number   PR309934 011

TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: D SOUZ 586-709-8284

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000012 | 2 | Each | 7270 |

    Buyer's Item Number    PR309934 012

PRODUCT/ITEM DESCRIPTION Free-form
BUILD KIT FOR COCKPIT LOAD ARM (MAA10009SA)  GMX386
TOOLING FOR ORION
 PRICE INCLUDES INSTALLATION SUPPORT.
DEEPAK D SOUZA  586-709-8284

LINE ITEM SCHEDULE:
    QUANTITY                                      2
    UNIT OR BASIS FOR MEASUREMENT CODE            Each
    DATE/TIME QUALIFIER                           Delivery Requested
    DATE                                          03/03/07

Part Number   PR309934 012

TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: D SOUZ 586-709-8284

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000013 | 1 | Each | 8485.02 |

Received: 09/28/06 07:37:37
PURCHASE ORDER(850)

Buyer's Item Number    PR309934 013

PRODUCT/ITEM DESCRIPTION Free-form
DESIGN KIT FOR LH FRONT DOOR ON/OFF TOOL (MAA10097S)
GMX386 TOOLING FOR ORION
DEEPAK D SOUZA  586-709-8284

LINE ITEM SCHEDULE:
    QUANTITY                                  1
    UNIT OR BASIS FOR MEASUREMENT CODE        Each
    DATE/TIME QUALIFIER                       Delivery Requested
    DATE                                      03/03/07

Part Number    PR309934 013

TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: D SOUZ 586-709-8284

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000014 | 3 | Each | 7514.66 |

Buyer's Item Number    PR309934 014

PRODUCT/ITEM DESCRIPTION Free-form
BUILD KIT FOR LH FRONT DOOR ON/OFF TOOL (MAA10097S)
GMX386 TOOLING FOR ORION
DEEPAK D SOUZA  586-709-8284

LINE ITEM SCHEDULE:
    QUANTITY                                  3
    UNIT OR BASIS FOR MEASUREMENT CODE        Each
    DATE/TIME QUALIFIER                       Delivery Requested
    DATE                                      03/03/07

Part Number    PR309934 014

TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: D SOUZ 586-709-8284

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000015 | 1 | Each | 2580 |

Buyer's Item Number    PR309934 015

PRODUCT/ITEM DESCRIPTION Free-form
DESIGN KIT FOR HOOD LIFT ASSIST (MAA10179S)  GMX386
TOOLING FOR ORION
DEEPAK D SOUZA  586-709-8284

LINE ITEM SCHEDULE:
    QUANTITY                                  1
    UNIT OR BASIS FOR MEASUREMENT CODE        Each
    DATE/TIME QUALIFIER                       Delivery Requested
    DATE                                      03/03/07

Part Number    PR309934 015

TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: D SOUZ 586-709-8284

Page 8

TO:  AUTO CRAFT TOOL & DI  FROM: New Trading Partner 10

Received: 09/28/06 07:37:37
PURCHASE ORDER(850)

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000016 | 4 | Each | 2180 |

Buyer's Item Number    PR309934 016

PRODUCT/ITEM DESCRIPTION Free-form
BUILD KIT FOR HOOD LIFT ASSIST (MAA10179S)  GMX386
TOOLING FOR ORION
PRICING INCLUDES INSTALLATION SUPPORT.
DEEPAK D SOUZA  586-709-8284

LINE ITEM SCHEDULE:
    QUANTITY                                  4
    UNIT OR BASIS FOR MEASUREMENT CODE        Each
    DATE/TIME QUALIFIER                       Delivery Requested
    DATE                                      03/03/07

Part Number    PR309934 016

TAX CODE: F    TAX PERCENT:  0.00%
WHO ORDERED: D SOUZ 586-709-8284

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000017 | 1 | Each | 7235 |

Buyer's Item Number    PR309934 017

PRODUCT/ITEM DESCRIPTION Free-form
DESIGN KIT FOR REAR SEAT LOAD (MAA10682S)  GMX386
TOOLING FOR ORION
DEEPAK D SOUZA  586-709-8284

LINE ITEM SCHEDULE:
    QUANTITY                                  1
    UNIT OR BASIS FOR MEASUREMENT CODE        Each
    DATE/TIME QUALIFIER                       Delivery Requested
    DATE                                      03/03/07

Part Number    PR309934 017

TAX CODE: F    TAX PERCENT:  0.00%
WHO ORDERED: D SOUZ 586-709-8284

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000018 | 2 | Each | 8453 |

Buyer's Item Number    PR309934 018

PRODUCT/ITEM DESCRIPTION Free-form
BUILD KIT FOR REAR SEAT LOAD (MAA10682S)  GMX386
TOOLING FOR ORION
PRICING INCLUDES INSTALLATION SUPPORT.
DEEPAK D SOUZA  586-709-8284

LINE ITEM SCHEDULE:
    QUANTITY                                  2
    UNIT OR BASIS FOR MEASUREMENT CODE        Each
    DATE/TIME QUALIFIER                       Delivery Requested
    DATE                                      03/03/07

Received: 09/28/06 07:37:37
PURCHASE ORDER(850)

Part Number   PR309934 018

TAX CODE: F     TAX PERCENT:   0.00%
WHO ORDERED: D SOUZ 586-709-8284

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000019 | 1 | Lot | 3600 |

Buyer's Item Number   PR309934 019

PRODUCT/ITEM DESCRIPTION Free-form
MANUALS

LINE ITEM SCHEDULE:
    QUANTITY                                    1
    UNIT OR BASIS FOR MEASUREMENT CODE    Lot
    DATE/TIME QUALIFIER                   Delivery Requested
    DATE                                  03/03/07

Part Number   PR309934 019

TAX CODE: F     TAX PERCENT:   0.00%
WHO ORDERED: D SOUZ 586-709-8284

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000020 | 1 | Each | 2856 |

Buyer's Item Number   PR588410 001

PRODUCT/ITEM DESCRIPTION Free-form
DESIGN - MALIBU EMBLEM TOOL (MAA27432S)  GMX386
TOOLING FOR FAIRFAX
CLAUDE NADEAU  248-640-8884
DELIVER TO: CLAUDE NADEAU
3201 FAIRFAX TRAFFICWAY
KANSAS CITY, KS        66115-1307  661
INVOICE TO: SEE SHIP TO INFORMATION

LINE ITEM SCHEDULE:
    QUANTITY                                    1
    UNIT OR BASIS FOR MEASUREMENT CODE    Each
    DATE/TIME QUALIFIER                   Delivery Requested
    DATE                                  10/25/06

Part Number   PR588410 001

TAX CODE: F     TAX PERCENT:   0.00%
WHO ORDERED: NADEAU 248-640-8884

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000021 | 1 | Each | 3153 |

Buyer's Item Number   PR588410 002

PRODUCT/ITEM DESCRIPTION Free-form
BUILD - MALIBU EMBLEM TOOL (MAA27432S)  GMX386
TOOLING FOR FAIRFAX

Received: 09/28/06 07:37:37
PURCHASE ORDER(850)


CLAUDE NADEAU  248-640-8884

LINE ITEM SCHEDULE:
    QUANTITY                                 1
    UNIT OR BASIS FOR MEASUREMENT CODE       Each
    DATE/TIME QUALIFIER                      Delivery Requested
    DATE                                     10/25/06

Part Number  PR588410 002

TAX CODE: F    TAX PERCENT:  0.00%
WHO ORDERED: NADEAU 248-640-8884

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000022 | 1 | Each | 640 |

    Buyer's Item Number    PR588410 003

PRODUCT/ITEM DESCRIPTION Free-form
DESIGN - MALIBU EMBLEM MANUAL TOOL (MAA27493S)
GMX386 TOOLING FOR FAIRFAX
CLAUDE NADEAU  248-640-8884

LINE ITEM SCHEDULE:
    QUANTITY                                 1
    UNIT OR BASIS FOR MEASUREMENT CODE       Each
    DATE/TIME QUALIFIER                      Delivery Requested
    DATE                                     10/25/06

Part Number  PR588410 003

TAX CODE: F    TAX PERCENT:  0.00%
WHO ORDERED: NADEAU 248-640-8884

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000023 | 3 | Each | 922 |

    Buyer's Item Number    PR588410 004

PRODUCT/ITEM DESCRIPTION Free-form
BUILD - MALIBU EMBLEM MANUAL TOOL (MAA27493S)
GMX386 TOOLING FOR FAIRFAX
CLAUDE NADEAU  248-640-8884

LINE ITEM SCHEDULE:
    QUANTITY                                 3
    UNIT OR BASIS FOR MEASUREMENT CODE       Each
    DATE/TIME QUALIFIER                      Delivery Requested
    DATE                                     10/25/06

Part Number  PR588410 004

TAX CODE: F    TAX PERCENT:  0.00%
WHO ORDERED: NADEAU 248-640-8884

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000024 | 2 | Each | 3396 |

Received: 09/28/06 07:37:37
PURCHASE ORDER(850)


Buyer's Item Number   PR588410 005

PRODUCT/ITEM DESCRIPTION Free-form
BUILD - MOE & HYBRID EMBLEMS TOOL (MAA27430L)
GMX386 TOOLING FOR FAIRFAX
CLAUDE NADEAU  248-640-8884

LINE ITEM SCHEDULE:
    QUANTITY                                      2
    UNIT OR BASIS FOR MEASUREMENT CODE           Each
    DATE/TIME QUALIFIER                          Delivery Requested
    DATE                                         10/25/06

Part Number   PR588410 005

TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: NADEAU 248-640-8884

ITEM          QUANTITY      UNIT OF MEASURE                    UNIT PRICE
------------------------------------------------------------------------------
000025    1            Each                                 3315
    Buyer's Item Number   PR588410 006

PRODUCT/ITEM DESCRIPTION Free-form
DESIGN - MOE & HYBRID EMBLEMS TOOL (MAA27430L)
GMX386 TOOLING FOR FAIRFAX
CLAUDE NADEAU  248-640-8884

LINE ITEM SCHEDULE:
    QUANTITY                                      1
    UNIT OR BASIS FOR MEASUREMENT CODE           Each
    DATE/TIME QUALIFIER                          Delivery Requested
    DATE                                         10/25/06

Part Number   PR588410 006

TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: NADEAU 248-640-8884

ITEM          QUANTITY      UNIT OF MEASURE                    UNIT PRICE
------------------------------------------------------------------------------
000026    1            Each                                 640
    Buyer's Item Number   PR588410 007

PRODUCT/ITEM DESCRIPTION Free-form
DESIGN - MOE & HYBRID MANUAL FIXTURE (MAA27494L)
GMX386 TOOLING FOR FAIRFAX
CLAUDE NADEAU  248-640-8884

LINE ITEM SCHEDULE:
    QUANTITY                                      1
    UNIT OR BASIS FOR MEASUREMENT CODE           Each
    DATE/TIME QUALIFIER                          Delivery Requested
    DATE                                         10/25/06

Part Number   PR588410 007

TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: NADEAU 248-640-8884

TO:           AUTO CRAFT TOOL & DI        FROM: New Trading Partner 10

Received: 09/28/06 07:37:37
PURCHASE ORDER(850)

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000027 | 6 | Each | 922 |
| | Buyer's Item Number | PR588410 008 | |

PRODUCT/ITEM DESCRIPTION Free-form
BUILD - MOE & HYBRID MANUAL FIXTURE (MAA27494L)
GMX386 TOOLING FOR FAIRFAX
CLAUDE NADEAU  248-640-8884

LINE ITEM SCHEDULE:
    QUANTITY                                6
    UNIT OR BASIS FOR MEASUREMENT CODE      Each
    DATE/TIME QUALIFIER                     Delivery Requested
    DATE                                    10/25/06

Part Number   PR588410 008

TAX CODE: F     TAX PERCENT:   0.00%
WHO ORDERED: NADEAU 248-640-8884

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000028 | 1 | Each | 3930 |
| | Buyer's Item Number | PR588410 009 | |

PRODUCT/ITEM DESCRIPTION Free-form
DESIGN - FLEXFUEL & LS/LT/LTZ EMBLEM TOOL
(MAA26847S)  GMX386 TOOLING FOR FAIRFAX
CLAUDE NADEAU  248-640-8884

LINE ITEM SCHEDULE:
    QUANTITY                                1
    UNIT OR BASIS FOR MEASUREMENT CODE      Each
    DATE/TIME QUALIFIER                     Delivery Requested
    DATE                                    10/25/06

Part Number   PR588410 009

TAX CODE: F     TAX PERCENT:   0.00%
WHO ORDERED: NADEAU 248-640-8884

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000029 | 1 | Each | 4016 |
| | Buyer's Item Number | PR588410 010 | |

PRODUCT/ITEM DESCRIPTION Free-form
BUILD - FLEXFUEL & LS/LT/LTZ EMBLEM TOOL (MAA26847S)
GMX386 TOOLING FOR FAIRFAX
CLAUDE NADEAU  248-640-8884

LINE ITEM SCHEDULE:
    QUANTITY                                1
    UNIT OR BASIS FOR MEASUREMENT CODE      Each
    DATE/TIME QUALIFIER                     Delivery Requested
    DATE                                    10/25/06

Part Number   PR588410 010

Page 13

TO: AUTO CRAFT TOOL & DI    FROM: New Trading Partner 10

Received: 09/28/06 07:37:37
PURCHASE ORDER(850)

TAX CODE: F    TAX PERCENT:  0.00%
WHO ORDERED: NADEAU 248-640-8884

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000030 | 1 | Each | 640 |

Buyer's Item Number   PR588410 011

PRODUCT/ITEM DESCRIPTION Free-form
DESIGN - FLEXFUEL & LS/LT/LTZ BACKUP TOOL
(MAA27495S)  GMX386 TOOLING FOR FAIRFAX
CLAUDE NADEAU  248-640-8884

LINE ITEM SCHEDULE:
```
    QUANTITY                              1
    UNIT OR BASIS FOR MEASUREMENT CODE    Each
    DATE/TIME QUALIFIER                   Delivery Requested
    DATE                                  10/25/06
```

Part Number   PR588410 011

TAX CODE: F    TAX PERCENT:  0.00%
WHO ORDERED: NADEAU 248-640-8884

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000031 | 3 | Each | 931 |

Buyer's Item Number   PR588410 012

PRODUCT/ITEM DESCRIPTION Free-form
BUILD - FLEXFUEL & LS/ST/LTZ BACKUP TOOL (MAA27495S)
GMX386 TOOLING FOR FAIRFAX
CLAUDE NADEAU  248-640-8884

LINE ITEM SCHEDULE:
```
    QUANTITY                              3
    UNIT OR BASIS FOR MEASUREMENT CODE    Each
    DATE/TIME QUALIFIER                   Delivery Requested
    DATE                                  10/25/06
```

Part Number   PR588410 012

TAX CODE: F    TAX PERCENT:  0.00%
WHO ORDERED: NADEAU 248-640-8884

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000032 | 1 | Each | 2856 |

Buyer's Item Number   PR588410 013

PRODUCT/ITEM DESCRIPTION Free-form
DESIGN - CHEVY BOW-TIE WET-OUT FIXTURE (MAA27431S)
GMX386 TOOLING FOR FAIRFAX
CLAUDE NADEAU  248-640-8884

LINE ITEM SCHEDULE:
```
    QUANTITY                              1
    UNIT OR BASIS FOR MEASUREMENT CODE    Each
    DATE/TIME QUALIFIER                   Delivery Requested
```

Received: 09/28/06 07:37:37
PURCHASE ORDER(850)

        DATE                                    10/25/06

Part Number    PR588410 013

TAX CODE: F     TAX PERCENT:   0.00%
WHO ORDERED: NADEAU 248-640-8884

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000033 | 1 | Each | 3298 |

    Buyer's Item Number    PR588410 014

                    PRODUCT/ITEM DESCRIPTION Free-form
BUILD - CHEVY BOW-TIE WET-OUT FIXTURE (MAA27431S)
GMX386 TOOLING FOR FAIRFAX
CLAUDE NADEAU  248-640-8884

LINE ITEM SCHEDULE:
    QUANTITY                            1
    UNIT OR BASIS FOR MEASUREMENT CODE  Each
    DATE/TIME QUALIFIER                 Delivery Requested
    DATE                                10/25/06

Part Number    PR588410 014

TAX CODE: F     TAX PERCENT:   0.00%
WHO ORDERED: NADEAU 248-640-8884

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000034 | 2 | Each | 1766 |

    Buyer's Item Number    PR588410 015

                    PRODUCT/ITEM DESCRIPTION Free-form
DESIGN & BUILD 2 SILL PLATE LOCATING AID (MAA27397L)
GMX386 TOOLING FOR FAIRFAX
CLAUDE NADEAU  248-640-8884

LINE ITEM SCHEDULE:
    QUANTITY                            2
    UNIT OR BASIS FOR MEASUREMENT CODE  Each
    DATE/TIME QUALIFIER                 Delivery Requested
    DATE                                10/25/06

Part Number    PR588410 015

TAX CODE: F     TAX PERCENT:   0.00%
WHO ORDERED: NADEAU 248-640-8884

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000035 | 4 | Each | 1431 |

    Buyer's Item Number    PR588410 016

                    PRODUCT/ITEM DESCRIPTION Free-form
BUILD - SILL PLATE LOCATING AID (MAA27397L)  GMX386
TOOLING FOR FAIRFAX

TO:        AUTO CRAFT TOOL & DI          FROM: New Trading Partner 10

Received: 09/28/06 07:37:37
PURCHASE ORDER(850)

CLAUDE NADEAU  248-640-8884

LINE ITEM SCHEDULE:
    QUANTITY                                    4
    UNIT OR BASIS FOR MEASUREMENT CODE          Each
    DATE/TIME QUALIFIER                         Delivery Requested
    DATE                                        10/25/06

Part Number   PR588410 016

TAX CODE: F    TAX PERCENT:  0.00%
WHO ORDERED: NADEAU 248-640-8884

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000036 | 3 | Each | 616 |
|  | Buyer's Item Number   PR588410 017 | | |

                    PRODUCT/ITEM DESCRIPTION Free-form
BUILD - FRONT FASCIA SUPPORT BRACKET FIXT
(MAA26868S)  GMX386 TOOLING FOR FAIRFAX
CLAUDE NADEAU  248-640-8884

LINE ITEM SCHEDULE:
    QUANTITY                                    3
    UNIT OR BASIS FOR MEASUREMENT CODE          Each
    DATE/TIME QUALIFIER                         Delivery Requested
    DATE                                        10/25/06

Part Number   PR588410 017

TAX CODE: F    TAX PERCENT:  0.00%
WHO ORDERED: NADEAU 248-640-8884

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000037 | 1 | Each | 893 |
|  | Buyer's Item Number   PR588410 018 | | |

                    PRODUCT/ITEM DESCRIPTION Free-form
DESIGN - DECK-LID STRIKER FIXTURE (MAA27463S)
GMX386 TOOLING FOR FAIRFAX
CLAUDE NADEAU  248-640-8884

LINE ITEM SCHEDULE:
    QUANTITY                                    1
    UNIT OR BASIS FOR MEASUREMENT CODE          Each
    DATE/TIME QUALIFIER                         Delivery Requested
    DATE                                        10/25/06

Part Number   PR588410 018

TAX CODE: F    TAX PERCENT:  0.00%
WHO ORDERED: NADEAU 248-640-8884

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000038 | 3 | Each | 2134 |

Received: 09/28/06 07:37:37
PURCHASE ORDER(850)

Buyer's Item Number   PR588410 019

PRODUCT/ITEM DESCRIPTION Free-form
BUILD - DECK-LID STRIKER FIXTURE (MAA27463S)  GMX386
TOOLING FOR FAIRFAX
CLAUDE NADEAU  248-640-8884

LINE ITEM SCHEDULE:
    QUANTITY                                    3
    UNIT OR BASIS FOR MEASUREMENT CODE          Each
    DATE/TIME QUALIFIER                         Delivery Requested
    DATE                                        10/25/06

Part Number   PR588410 019

TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: NADEAU 248-640-8884

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000039 | 2 | Each | 4215 |

    Buyer's Item Number   PR588410 020

PRODUCT/ITEM DESCRIPTION Free-form
BUILD - COCKPIT LOAD TOOL 386 - KIT (MCD64845)
GMX386 TOOLING FOR FAIRFAX
PRICE INCLUDES INSTALLATION SUPPORT
CLAUDE NADEAU  248-640-8884

LINE ITEM SCHEDULE:
    QUANTITY                                    2
    UNIT OR BASIS FOR MEASUREMENT CODE          Each
    DATE/TIME QUALIFIER                         Delivery Requested
    DATE                                        10/25/06

Part Number   PR588410 020

TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: NADEAU 248-640-8884

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000040 | 1 | Each | 2856 |

    Buyer's Item Number   PR488194 001

PRODUCT/ITEM DESCRIPTION Free-form
DESIGN - HYBRID EMBLEM TOOL (MAA27665S)  HYBRID
EMBLEM TOOLING (MAA27665S & MAA27666S) FOR GMX386
CLAUDE NADEAU  248-640-8884
DELIVER TO: CLAUDE NADEAU
3201 FAIRFAX TRAFFICWAY
KANSAS CITY, KS          66115-1307   661
INVOICE TO: SEE SHIP TO INFORMATION

LINE ITEM SCHEDULE:
    QUANTITY                                    1
    UNIT OR BASIS FOR MEASUREMENT CODE          Each
    DATE/TIME QUALIFIER                         Delivery Requested
    DATE                                        02/01/07

Page 17

Received: 09/28/06 07:37:37
PURCHASE ORDER(850)

Part Number   PR488194 001

TAX CODE: F     TAX PERCENT:   0.00%
WHO ORDERED: NADEAU 248-640-8884

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000041 | 3 | Each | 3153 |

    Buyer's Item Number   PR488194 002

PRODUCT/ITEM DESCRIPTION Free-form
BUILD - HYBRID EMBLEM TOOL (MAA27665S)  HYBRID
EMBLEM TOOLING (MAA27665S & MAA27666S) FOR GMX386
CLAUDE NADEAU  248-640-8884

LINE ITEM SCHEDULE:
    QUANTITY                                    3
    UNIT OR BASIS FOR MEASUREMENT CODE   Each
    DATE/TIME QUALIFIER                  Delivery Requested
    DATE                                 02/01/07

Part Number   PR488194 002

TAX CODE: F     TAX PERCENT:   0.00%
WHO ORDERED: NADEAU 248-640-8884

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000042 | 1 | Each | 640 |

    Buyer's Item Number   PR488194 003

PRODUCT/ITEM DESCRIPTION Free-form
DESIGN - HYBRID EMBLEM BACK-UP TOOL (MAA27666S)
HYBRID EMBLEM TOOLING (MAA27665S & MAA27666S) FOR
GMX386
CLAUDE NADEAU  248-640-8884

LINE ITEM SCHEDULE:
    QUANTITY                                    1
    UNIT OR BASIS FOR MEASUREMENT CODE   Each
    DATE/TIME QUALIFIER                  Delivery Requested
    DATE                                 02/01/07

Part Number   PR488194 003

TAX CODE: F     TAX PERCENT:   0.00%
WHO ORDERED: NADEAU 248-640-8884

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000043 | 3 | Each | 922 |

    Buyer's Item Number   PR488194 004

PRODUCT/ITEM DESCRIPTION Free-form
BUILD - HYBRID EMBLEM BACK-UP TOOL (MAA27666S)
HYBRID EMBLEM TOOLING (MAA27665S & MAA27666S) FOR
GMX386

Received: 09/28/06 07:37:37
PURCHASE ORDER(850)

CLAUDE NADEAU  248-640-8884

LINE ITEM SCHEDULE:
    QUANTITY                                3
    UNIT OR BASIS FOR MEASUREMENT CODE      Each
    DATE/TIME QUALIFIER                     Delivery Requested
    DATE                                    02/01/07

Part Number    PR488194 004

TAX CODE: F      TAX PERCENT:    0.00%
WHO ORDERED: NADEAU 248-640-8884

TRANSACTION TOTALS:
    NUMBER OF LINE ITEMS     43    HASH TOTAL    92

                    **END OF DOCUMENT**