# AUTO•CRAFT
## TOOL & DIE CO.,INC.
### "QUALITY SINCE 1958"

P.O. BOX 478 • 1800 FRUIT RD. • ALGONAC, MICHIGAN 48001
PHONE: (810) 794-4929 • FAX: (810) 794-7449

**INVOICE**

| | |
|---|---|
| INVOICE DATE | 7/7/2006 |
| INVOICE NO. | IN022587 |
| CUSTOMER NO. | GM |
| SHIP DATE | 6/28/2006 |
| PROJECT NBR | 0090697100 |

SOLD TO:
GM OF CANADA - OSHAWA
1908 COLONEL SAM DRIVE
OSHAWA ON _ H 8P7
Canada

SHIPPED TO:
ROBERT WATSON
WESTBURNE/GENERAL MOTORS
202 SOUTH BLAIR STREET
WHITBY, ONTARIO
CANADA, CA _ N8X9
Canada

OSB04778 / OSR27889

PAGE

| F.O.B. POINT | CUSTOMER ORDER NO. | SHIP VIA | TERMS | SALESPERSON | OUR ORDER NO. |
|---|---|---|---|---|---|
| MARINE CITY | OSB04778/OSR27889 | FEDERAL EXPRESS | NET 30 DAYS | ASDAVE | SH022200 |

| ITEM NO./ SERIAL NO. | UNIT | QUANTITY ORDERED | QUANTITY BACKORDERED | QUANTITY SHIPPED | UNIT PRICE | | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| Project #0090697100 | PC | | | 1.000 | 0.000 | 265.0000  0.00 | 265.0000 |
| ITEM 000006  PART # 0667-4A41 - AUTO CRAFT TOOL WA23684778 | | | | | | | |

Notes:   REBLEM ATTACHMENT
ORDERED BY STORES (905) 644-2862

RELEASE # OSR27889

0667-4A41                    $265.00

| | |
|---|---|
| Sales Total | 265.00 |
| Trade Discount | 0.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |

| | TOTAL | 265.00 |
|---|---|---|

Received: 06/29/06 07:13:18
PURCHASE ORDER(850)

Transaction Set Purpose    Original
PO Type    Release or Delivery Order
PO No.    OSB04778
Release No.    OSR27889    PO Date    06/28/06

Buying Party (Purchaser):
    GM OF CANADA - OSHAWA
    Assigned by Buyer or Buyer's Agent    140010S1
    1908 COLONEL SAM DRIVE
    OSHAWA    ON    L1H 8P7

Buyer Name or Department    X   TECH STRS BODY
Telephone    905-644-2862

Ship To:
    GM CANADA - OSHAWA CAR PLANT
    Assigned by Buyer or Buyer's Agent    140010I
    C/O WESTBURNE INDUSTRIAL ENT.
    202 SOUTH BLAIR ST
    UNITS 31,32,33
    WHITBY    ON    L1N 8X9

Bill-to-Party:
    OSHAWA IS PAY ON RECEIPT
    Assigned by Buyer or Buyer's Agent    14001I01
    FOR ALL MATERIALS AND SERVICES
    MAIL INVOICE ONLY IF DIRECTED.
    DIRECT PAYMENT PROBLEMS TO THE
    REQUESTOR.    ON    L1H 8P7

Selling Party:
    AUTO CRAFT TOOL & DIE CO
    Assigned by Buyer or Buyer's Agent    005384797
    1800 FRUIT ST
    PO BOX 478
    ALGONAC    MI    480010478

ITEM          QUANTITY     UNIT OF MEASURE                  UNIT PRICE
------------------------------------------------------------------------------
000006      1            Piece
    Purchaser's Item Code    0667-4A41
    Company Part Number    0667-4A41

                    PRODUCT/ITEM DESCRIPTION Free-form

RETAINER
AUTO CRAFT TOOL MA236877S
F/EMBLEM ATTACHMENT

LINE ITEM SCHEDULE:
    QUANTITY                              1
    UNIT OR BASIS FOR MEASUREMENT CODE    Piece
    DATE/TIME QUALIFIER                   Delivery Requested
    DATE                                  06/29/06

Part Number    0667-4A41

TAX CODE: 0      TAX PERCENT:    0.00%


Page 1

Received: 06/29/06 07:13:18
PURCHASE ORDER(850)

TRANSACTION TOTALS:
NUMBER OF LINE ITEMS    1    HASH TOTAL    1

**END OF DOCUMENT**

# AUTO•CRAFT
## TOOL & DIE CO.,INC.
### "QUALITY SINCE 1958"

P.O. BOX 478 • 1800 FRUIT RD. • ALGONAC, MICHIGAN 48001
PHONE (810) 794-4929 • FAX: (810) 794-7449

# INVOICE

| | |
|---|---|
| | 5/7/2007 |
| INVOICE DATE | IN026958 |
| INVOICE NO. | GM |
| CUSTOMER NO. | 5/7/2007 |
| PROJECT NBR | 0000761200 |

SOLD TO ON RECEIPT –
WESTBURN INDUSTRIAL
202 S. BLAIR
UNIT 31-33
WHITBY ONT L1N 6X9
Canada

SHIPPED BROWN 248-867-3151
GENERAL MOTORS OF CANADA
1908 COLONEL SAM DRIVE
OSHAWA
ONTARIO, ONT L1H 8P7
Canada

OS583057

PAGE

| F.O.B. POINT | CUSTOMER ORDER NO. | SHIP VIA | TERMS | SALESPERSON | OUR ORDER NO. |
|---|---|---|---|---|---|
| ALGONAC | OS583057 | FEDERAL EXPRESS | NET 30 DAYS | AG DAVE | SHO23484 |

| ITEM NO./ SERIAL NO. | UNIT | QUANTITY | | | UNIT PRICE | | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| | | ORDERED | BACKORDERED | SHIPPED | | | |
| 1-A | Project #0000761200 | EACH | | 4.000 | 0.000 | 65.0000 | 0.00 | 260.0000 |
| | ITEM 00001: 2-07-05675 FLUSH MAGNET - NON ADJUSTABLE | | | | | | |

Notes:  T-HANDLE
BUYER NO.: PRHX3671 001

US DOLLARS

ORDRED: BROWN 248-867-3151
BUYER: JOHNSON 586-575-1090

$260⁰⁰

| | |
|---|---|
| Sales Total | 260.00 |
| Trade Discount | 0.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |

| TOTAL | 260.00 |

Received: 05/07/07 07:42:06
PURCHASE ORDER(850)

Transaction Set Purpose   Original
PO Type    Stand-alone Order
PO No.     OSS83057
PO Date    05/04/07

CURRENCY:
     Selling Party
     CURRENCY CODE    USD

SHIPPING INFORMATION
SHIPMENT METHOD OF PAYMENT    Collect
LOCATION QUALIFIER    Origin (Shipping Point)
SHIPPING POINT.FREIGHT COLLECT

CARRIER DETAILS (ROUTING SEQUENCE/TRANS:
     ROUTING SEQUENCE CODE              Origin/Delivery Carrier (Any Mode)
     ROUTING                            REFER TO WWW.GMSUPPLYPOWER.COM

Purchase Order Number    OSS83057

PRICE ON THE PURCHASE ORDER IS BASED UPON
QUOTE # Q6673 DATED 05/04/07
TOTAL VALUE OF PURCHASE ORDER IS $ 260.00
GM TECHNICAL CONTACT: DENNIS BROWN 248-867-8151
SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND
EQUIPMENT PURCHASING AVAILABLE DURING DETROIT
BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT
IMEHELPDESK@GM.COM
QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT
DISBURSEMENTS AT 248-874-4636.
FAX QUOTATIONS TO:
602-797-6053 FOR INDIRECT MATERIALS BUYERS
***************************************************
E-MAIL ID:  MAILTOODM02@ACS-INC.COM           (FQ)
ABSOLUTELY NO SILICONE OR SILICONE CONTAINING
MATERIALS, PARTS OR LUBRICANTS ARE TO BE SHIPPED
TO GMC ASSEMBLY PLANTS.
CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT)
          CONTRACT CLAUSE
.
SPECIAL TERM (U.S.) - C-TPAT
.
FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED
STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE
RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED
STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP
AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR
INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/
ENFORCEM/TPAT.HTM).  AT BUYER'S OR THE CUSTOMS
SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING
ITS COMPLIANCE WITH THE FOREGOING.  SELLER SHALL
INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST
ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES
(INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES)
ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE.
(AT 6/20/02)
"DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO
ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED
BELOW."  GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE

Received: 05/07/07 07:42:06
PURCHASE ORDER(850)

STATES.  AS A RESULT, IN ALL OF THE IDENTIFIED STATES
BELOW LISTED GM CORPORATE ENTITIES WILL REMIT
DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX
LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE
PERSONAL PROPERTY AND SERVICES (1).  THEREFORE,
EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL
TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR
THOSE STATES NOT IDENTIFIED BELOW.  FOR THOSE STATES
NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE
SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER.
LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX
LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS
WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY:
* * * * * * * * * * * * * * * * * * * * * * * * * * *
GENERAL MOTORS CORPORATION PERMITS:
GEORGIA #044-38-00894-3
INDIANA #003-2804890001
KENTUCKY #0000-10
KANSAS #98-0003B   (FAIRFAX ONLY)
LOUISIANA #6009013-008DP (SHREVEPORT ONLY)
MARYLAND #20
MICHIGAN #ME-0900440
MISSISSIPPI #4277 (SPO ONLY)
MISSOURI #11731559
NEW JERSEY #NJ9-001-683/000
NEW YORK #DP-003445
OHIO #98-000613
OKLAHOMA #137479
PENNSYLVANIA #02-93450/DP246
TEXAS #1-38-0572515-0
VIRGINIA #9980000793
WISCONSIN #WDP95-01-01012
* * * * * * * * * * * * * * * * * * * * * * * * * * *
ONSTAR CORPORATION PERMIT:
MICHIGAN #38-3506814
* * * * * * * * * * * * * * * * * * * * * * * * * *
SATURN CORPORATION PERMITS:
MICHIGAN #38-2577506
TENNESSEE #100315259
* * * * * * * * * * * * * * * * * * * * * * * * * *
FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION
CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND
USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR
(WITH THE EXCEPTION OF TEXAS), AND SHOULD BE INCLUDED
IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO
SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05) OR
SECTION 6 OF THE GM1638A (08/02), UNLESS THE
RESPONSBILITY FOR PAYMENT OF SALES & USE TAXES ARE
OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. WITH
REFERENCE TO TEXAS: IF THE ORDER RELATES TO A
CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE
CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED
CONTRACTS AND AS SUCH SHOULD NOT INCLUDE SALES TAX
IN THE COST OF INCORPORATED MATERIALS OR EQUIPMENT.
IN ADDITION, THE CONTRACTOR SHOULD NOT BILL GM
(GENERAL MOTORS CORPORATION ONLY) FOR SALES TAX ON
THE SEPARATED COSTS OF MATERIAL OR LABOR.  GM WILL
ACCRUE AND REMIT THE APPROPRIATE SALES TAX
DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT

Received: 05/07/07 07:42:06
PURCHASE ORDER(850)

PAY PERMIT.
* * * * * * * * * * * * * * * * * * * * * * * *
ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO
THE FOLLOWING:
*
DISBURSEMENT SERVICES -
  CUSTOMER COMMUNICATION CENTER
  PHONE:  (248) 874-4636
* * * * * * * * * * * * * * * * * * * * * * * *
(1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES,
HOTELS, AND MEAL PURCHASES.  TAX IS TO BE PAID

Selling Party:
    AUTO CRAFT TOOL & DIE CO
    Assigned by Buyer or Buyer's Agent    005384797
    1800 FRUIT ST
    ALGONAC    MI    480014503

Buying Party (Purchaser):
    GENERAL MOTORS CORPORATION
    Assigned by Buyer or Buyer's Agent    14001ZMU
    GLOBAL PURCHASING
    30009 VAN DYKE
    FAX 602-797-6053
    WARREN    MI    48090

Buyer Name or Department    G   JOHNSON
Telephone    586-575-1090

Ship To:
    GM CANADA - OSHAWA CAR PLANT
    Assigned by Buyer or Buyer's Agent    14001OI
    C/O WESTBURNE INDUSTRIAL ENT.
    202 SOUTH BLAIR ST
    UNITS 31,32,33
    WHITBY    ON    L1N 8X9

Bill-to-Party:
    OSHAWA IS PAY ON RECEIPT
    Assigned by Buyer or Buyer's Agent    14001I01
    FOR ALL MATERIALS AND SERVICES
    MAIL INVOICE ONLY IF DIRECTED.
    DIRECT PAYMENT PROBLEMS TO THE
    REQUESTOR.    ON    L1H 8P7

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000001 | 4 | Each | 65 |
| | Buyer's Item Number | PRHX8671 001 | |

PRODUCT/ITEM DESCRIPTION Free-form
2-07-05675  FLUSH MAGNET - NON ADJUSTABLE T- HANDLE
DENNIS BROWN  248-867-8151
DELIVER TO: GM - OSHAWA CAR ASSEMBLY - BODY SHOP
1908 COLONEL SAM DRIVE
OSHAWA, ONTARIO  L1H 8P7
ATTN: HARDIP VIRDEE, (905) 744-7499

Page 3

Received: 05/07/07 07:42:06
PURCHASE ORDER(850)

INVOICE TO: GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING; PO BOX 63490
PHOENIX, AZ  8508-23490; UNITED STATES
PLEASE WRITE CONTACT NAME (HARDIP VIRDEE) AND PHONE
NUMBER (905) 744-7499 ON OUTSIDE OF BOX(S).

LINE ITEM SCHEDULE:
    QUANTITY                              4
    UNIT OR BASIS FOR MEASUREMENT CODE    Each
    DATE/TIME QUALIFIER                   Delivery Requested
    DATE                                  05/18/07

Part Number    PRHX8671 001

TAX CODE: 0     TAX PERCENT:    0.00%
WHO ORDERED: BROWN 248-867-8151

TRANSACTION TOTALS:
    NUMBER OF LINE ITEMS    1    HASH TOTAL    4

**END OF DOCUMENT**

# INVOICE

**AUTO•CRAFT**
TOOL & DIE CO.,INC.
"QUALITY SINCE 1958"

P.O. BOX 478 • 1800 FRUIT RD. • ALGONAC, MICHIGAN 48001
PHONE: (810) 794-4929 • FAX: (810) 794-7449

| | |
|---|---|
| INVOICE DATE | 6/3/2008 |
| INVOICE NO. | IN025297 -R |
| CUSTOMER NO. | GM |
| SHIP DATE | 3/24/2008 |
| PROJECT NBR | 0000820600 |

FedEx Ground Tracking ID
2641594 00003572
GND COLLECT

**SOLD TO:**
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX, AZ 85082-3490

**SHIPPED TO:**
GM CANADA-OSHAWA CAR PLANT
WESBURNE INDUSTRIAL ENT
202 S. BLAIR ST, UNIT 31,32,33
WHITBY, ONTARIO, CA  L1N 8X9
Canada

PAGE                    1

| FOB POINT | CUSTOMER ORDER NO. | SHIP VIA | TERMS | SALESPERSON | OUR ORDER NO. |
|---|---|---|---|---|---|
| MARINE CITY | OSB05872 | FEDERAL EXPRESS | NET 30 DAYS | ASDAVE | SH024813 |

| ITEM NO./ SERIAL NO. | UNIT | QUANTITY ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 1-A | Project #0000820600   EACH | 2.000 | 0.000 | | 850.0000 | 0.00 | 1,700.0000 |

ITEM 000023  PUR ID# 0130-01AR  CAPSULE

Notes:    AUTO CRAFT MA194851L
          PART# 0130-01AR

          MADE IN USA
          VALUE $1,700.00 USD

          PO   OSB05872
          RELEASE NO: OSR79001

Paid        $850.00

OWE         $850.00

OWE

| | |
|---|---|
| Sales Total | $ 850.00 |
| Trade Discount | 0.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |

| TOTAL | $ 850.00 |
|---|---|

Received: 03/05/08 12:32:05
PURCHASE ORDER(850)

Transaction Set Purpose   Original
PO Type   Release or Delivery Order
PO No.   OSB05872
Release No.   OSR79001   PO Date   03/03/08

Buying Party (Purchaser):
    GM OF CANADA - OSHAWA
    Assigned by Buyer or Buyer's Agent   14001OS1
    1908 COLONEL SAM DRIVE
    OSHAWA   ON   L1H 8P7

Buyer Name or Department   X  TECH STRS BODY
Telephone   905-644-2862

Ship To:
    GM CANADA - OSHAWA CAR PLANT
    Assigned by Buyer or Buyer's Agent   14001OI
    C/O WESTBURNE INDUSTRIAL ENT.
    202 SOUTH BLAIR ST
    UNITS 31,32,33
    WHITBY   ON   L1N 8X9

Bill-to-Party:
    OSHAWA IS PAY ON RECEIPT
    Assigned by Buyer or Buyer's Agent   14001I01
    FOR ALL MATERIALS AND SERVICES
    MAIL INVOICE ONLY IF DIRECTED.
    DIRECT PAYMENT PROBLEMS TO THE
    REQUESTOR.    ON   L1H 8P7

Selling Party:
    AUTO CRAFT TOOL & DIE CO
    Assigned by Buyer or Buyer's Agent   005384797
    1800 FRUIT ST
    ALGONAC   MI   480014503

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000023 | 2 | Piece | |

    Purchaser's Item Code   0130-01AR
    Company Part Number   0130-01AR

PRODUCT/ITEM DESCRIPTION Free-form
CAPSULE
AUTO CRAFT TOOL MA194851L

LINE ITEM SCHEDULE:
    QUANTITY                                   2
    UNIT OR BASIS FOR MEASUREMENT CODE   Piece
    DATE/TIME QUALIFIER                  Delivery Requested
    DATE                                 03/04/08

Part Number   0130-01AR

TAX CODE: 0    TAX PERCENT:   0.00%

TRANSACTION TOTALS:
    NUMBER OF LINE ITEMS   1   HASH TOTAL   2

**END OF DOCUMENT**

# AUTO CRAFT TOOL & DIE CO.
1800 Fruit Street
Algonac, MI 48001

12/12/2006

IN023349

GM

SHIP DATE    12/12/2006

PROJECT NBR    0000650100

# REPRINT

GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 63490
PHOENIX, AZ  85082-3490

PONTIAC EAST ASSEMBLY
GENERAL MOTORS
2100 SOUTH OPDYKE ROAD
PLANT 6 DOCK 62 CENTRAL STORE
PONTIAC, MI  48341

| ALGONAC | TCS86072 003 | AUTO CRAFT | NET 30 DAYS | ASDAVE | SH022885 |
|---------|--------------|------------|-------------|--------|----------|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1-D | Project #0000650100 | EACH | 1.000 | 0.000 | 5,300.0000 | 0.00 | 5,300.0000 |

ITEM 000133; BUYER NO.: PRLG1555 005

Notes: MAA23549S - CHEVY MODEL NAME MECHANICAL DESIGN FLINT ADD $5300  TO PO TCS86072 SEQ 023 GMT900 PICKUP PROGRAM - FLINT, FORT WAYNE AND PONTIAC END GATE EMBLEM FIXTURES

ORDERED: CARTER 248-343-9623
BUYER: URBAN 586-575-1340

| 1-D | Project #0000650100 | EACH | 1.000 | 0.000 | 650.0000 | 0.00 | 650.0000 |
|---|---|---|---|---|---|---|---|

ITEM 000134; BUYER NO.: PRLG1555 006

Notes: MAA23549S - CHEVY MODEL NAME CONTROLS DESIGN FLINT ADD $650 TO PO TCS86072 SEQ 024 GMT 900 PICKUP PROGRAM - FLINT, FORT WAYNE AND PONTIAC ENDGATE EMBLEM FIXTURES

| 1-A | Project #0000650100 | EACH | 1.000 | 0.000 | 0.5000 | 0.00 | 0.5000 |
|---|---|---|---|---|---|---|---|

ITEM 000143; BUYER NO.: PRLG1555 015

Notes: MAA23549S - GMC EMBLEM / CHEVY TRIM LEVEL CONTROLS BUILD - PONTIAC ADD .50 TO PO TCS86072 SEQ 032 GMT900 PICKUP PROGRAM

*90% Paid*
*10% HOLDBACK OPEN*

*$ 595.50*

| | |
|---|---|
| Sales Total | 5,950.50 |
| Trade Discount | 0.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |

TO:   ·        AUTO CRAFT TOOL & DI        FROM: New Trading Partner 10

Received: 12/11/06 10:17:57
PURCHASE ORDER CHANGE REQUEST - BUYER I(860)

TRANSACTION SET PURPOSE CODE     Change
PURCHASE ORDER TYPE CODE     Stand-alone Order
PO NUMBER     TCS86072     CHANGE ORDER SEQUENCE NUMBER     00000003
PO DATE     01/17/06
PO CHANGE REQUEST DATE     12/08/06

CURRENCY:
    Selling Party
    CURRENCY CODE     USD

                    SHIPPING INFORMATION
SHIPMENT METHOD OF PAYMENT     Collect
LOCATION QUALIFIER     Origin (Shipping Point)
PLANT

CARRIER DETAILS (ROUTING SEQUENCE/TRANS:
    ROUTING SEQUENCE CODE             Origin/Delivery Carrier (Any Mode)
    ROUTING                           REFER TO WWW.GMSUPPLYPOWER.COM

Purchase Order Revision Number     TCS86072

PRLG1555 PROCESSED TO RECONCILE NEGOTIATED PRICING TO
P.O TCS86072 - PR386722 REF MP1900444604 & 3000488348

Selling Party:
    AUTO CRAFT TOOL & DIE CO
    Assigned by Buyer or Buyer's Agent     005384797
    1800 FRUIT ST
    ALGONAC     MI     480014503

Buying Party (Purchaser):
    GENERAL MOTORS CORPORATION
    Assigned by Buyer or Buyer's Agent     88110ZMU
    GLOBAL PURCHASING
    30009 VAN DYKE
    M/C 480-206-180
    WARREN     MI     48090

Buyer Name or Department     R   URBAN
Telephone     586-575-1340

Ship To:
    *****SEND ALL INVOICES TO*****
    Assigned by Buyer or Buyer's Agent     88110MPC
    GM FSS PROJECT ACCOUNTING
    C/O ACS CAPITAL INVOICING
    PO BOX 63490
    PHOENIX     AZ     850823490

Bill-to-Party:
    IF INVOICE REQUIRED, SEND TO
    Assigned by Buyer or Buyer's Agent     88110I01
    PERSON WHO ORDERED MATERIAL
    OR SERVICE.
    CUSTOMER SERVICE NUMBER
    248-874-4636     ·     ·

Page 1

Received: 12/11/06 10:17:57
PURCHASE ORDER CHANGE REQUEST - BUYER I(860)

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000129 | 1 | EA | 4500 |

    Change or Response Type Code  Add Additional Item(s)
    Quantity Left to Receive  1
    Buyer's Item Number    PRLG1555 001

PRODUCT/ITEM DESCRIPTION Free-form
MAA23347S - CHEVY BOW TIE EMBLEM   MECHANICAL DESIGN
- FLINT  ADD $4500 TO PO TCS86072 SEQUENCE 001  GMT
900 PICKUP PROGRAM - FLINT, FORT WAYNE AND PONTIAC
ENDGATE EMBLEM FIXTURES
ANTRIECE CARTER  248 3439623
DELIVER TO: SEE BELOW
INVOICE TO: SEE SHIP TO INFORMATION

LINE ITEM SCHEDULE:
    QUANTITY                                1
    UNIT OR BASIS FOR MEASUREMENT CODE      Each
    DATE/TIME QUALIFIER                     Delivery Requested
    DATE                                    12/08/06

Part Number    PRLG1555 001

TAX CODE: C    TAX PERCENT:   0.00%
WHO ORDERED: CARTER 248 3439623

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000130 | 1 | EA | 650 |

    Change or Response Type Code  Add Additional Item(s)
    Quantity Left to Receive  1
    Buyer's Item Number    PRLG1555 002

PRODUCT/ITEM DESCRIPTION Free-form
MAA23347S - CHEVY BOW TIE EMBLEM   CONTROLS DESIGN -
FLINT  ADD $650 TO PO TCS86072 SEQUENCE 002  GMT 900
PICKUP PROGRAM - FLINT, FORT WAYNE AND PONTIAC
ENDGATE EMBLEM FIXTURES
ANTRIECE CARTER  248 3439623

LINE ITEM SCHEDULE:
    QUANTITY                                1
    UNIT OR BASIS FOR MEASUREMENT CODE      Each
    DATE/TIME QUALIFIER                     Delivery Requested
    DATE                                    12/08/06

Part Number    PRLG1555 002

TAX CODE: C    TAX PERCENT:   0.00%
WHO ORDERED: CARTER 248 3439623

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000131 | 1 | EA | 4500 |

    Change or Response Type Code  Add Additional Item(s)
    Quantity Left to Receive  1

TO:          AUTO CRAFT TOOL & DI          FROM: New Trading Partner 10

Received: 12/11/06 10:17:57
PURCHASE ORDER CHANGE REQUEST - BUYER I(860)


   Buyer's Item Number    PRLG1555 003

                    PRODUCT/ITEM DESCRIPTION Free-form
MAA23348S - GMC EMBLEM / CHEVY TRIM LEVEL
MECHANICAL DESIGN - FLINT  ADD $4500 TO PO TCS86072
SEQUENCE 012  GMT 900 PICKUP PROGRAM - FLINT, FORT
WAYNE AND PONTIAC ENDGATE EMBLEM FIXTURES
ANTRIECE CARTER  248 3439623

LINE ITEM SCHEDULE:
    QUANTITY                              1
    UNIT OR BASIS FOR MEASUREMENT CODE    Each
    DATE/TIME QUALIFIER                   Delivery Requested
    DATE                                  12/08/06

Part Number    PRLG1555 003

TAX CODE: C     TAX PERCENT:   0.00%
WHO ORDERED: CARTER 248 3439623

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000132 | 1 | EA | 650 |

    Change or Response Type Code  Add Additional Item(s)
    Quantity Left to Receive  1
    Buyer's Item Number    PRLG1555 004

                    PRODUCT/ITEM DESCRIPTION Free-form
MAA23348S - GMC EMBLEM / CHEVY TRIM LEVEL    CONTROLS
DESIGN - FLINT  ADD $650 TO PO TCS86072 SEQUENCE 013
GMT 900 PICKUP PROGRAM - FLINT, FORT WAYNE AND
PONTIAC ENDGATE EMBLEM FIXTURES
ANTRIECE CARTER  248 3439623

LINE ITEM SCHEDULE:
    QUANTITY                              1
    UNIT OR BASIS FOR MEASUREMENT CODE    Each
    DATE/TIME QUALIFIER                   Delivery Requested
    DATE                                  12/08/06

Part Number    PRLG1555 004

TAX CODE: C     TAX PERCENT:   0.00%
WHO ORDERED: CARTER 248 3439623

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000133 | 1 | EA | 5300 |

    Change or Response Type Code  Add Additional Item(s)
    Quantity Left to Receive  1
    Buyer's Item Number    PRLG1555 005

                    PRODUCT/ITEM DESCRIPTION Free-form
MAA23549S - CHEVY MODEL NAME    MECHANICAL DESIGN -
FLINT  ADD $5300 TO PO TCS86072 SEQUENCE 023   GMT
900 PICKUP PROGRAM - FLINT, FORT WAYNE AND PONTIAC
ENDGATE EMBLEM FIXTURES

Received: 12/11/06 10:17:57
PURCHASE ORDER CHANGE REQUEST - BUYER I(860)

ANTRIECE CARTER  248 3439623

LINE ITEM SCHEDULE:
    QUANTITY                                  1
    UNIT OR BASIS FOR MEASUREMENT CODE        Each
    DATE/TIME QUALIFIER                       Delivery Requested
    DATE                                      12/08/06

Part Number   PRLG1555 005

TAX CODE: C      TAX PERCENT:   0.00%
WHO ORDERED: CARTER 248 3439623

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000134 | 1 | EA | 650 |

    Change or Response Type Code  Add Additional Item(s)
    Quantity Left to Receive  1
    Buyer's Item Number    PRLG1555 006

PRODUCT/ITEM DESCRIPTION Free-form
MAA23549S - CHEVY MODEL NAME   CONTROLS DESIGN -
FLINT  ADD $650 TO PO TCS86072 SEQUENCE 024  GMT 900
PICKUP PROGRAM - FLINT, FORT WAYNE AND PONTIAC
ENDGATE EMBLEM FIXTURES
ANTRIECE CARTER  248 3439623

LINE ITEM SCHEDULE:
    QUANTITY                                  1
    UNIT OR BASIS FOR MEASUREMENT CODE        Each
    DATE/TIME QUALIFIER                       Delivery Requested
    DATE                                      12/08/06

Part Number   PRLG1555 006

TAX CODE: C      TAX PERCENT:   0.00%
WHO ORDERED: CARTER 248 3439623

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000135 | 1 | EA | 7700 |

    Change or Response Type Code  Add Additional Item(s)
    Quantity Left to Receive  1
    Buyer's Item Number    PRLG1555 007

PRODUCT/ITEM DESCRIPTION Free-form
MAA23349S - GMC EMBLEM / CHEVY TRIM LEVEL
MECHANICAL DESIGN - FLINT  ADD $7700 TO PO TCS86072
SEQUENCE 034  GMT 900 PICKUP PROGRAM - FLINT, FORT
WAYNE AND PONTIAC ENDGATE EMBLEM FIXTURES
ANTRIECE CARTER  248 3439623

LINE ITEM SCHEDULE:
    QUANTITY                                  1
    UNIT OR BASIS FOR MEASUREMENT CODE        Each
    DATE/TIME QUALIFIER                       Delivery Requested
    DATE                                      12/08/06

Part Number   PRLG1555 007

Received: 12/11/06 10:17:57
PURCHASE ORDER CHANGE REQUEST - BUYER I(860)

TAX CODE: C     TAX PERCENT:  0.00%
WHO ORDERED: CARTER 248 3439623

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000136 | 1 | EA | 900 |

     Change or Response Type Code  Add Additional Item(s)
     Quantity Left to Receive  1
     Buyer's Item Number   PRLG1555 008

PRODUCT/ITEM DESCRIPTION Free-form
MAA23349S - GMC EMBLEM / CHEVY TRIM LEVEL   CONTROLS
DESIGN - FLINT  ADD $900 TO PO TCS86072 SEQUENCE 035
GMT 900 PICKUP PROGRAM - FLINT, FORT WAYNE AND
PONTIAC ENDGATE EMBLEM FIXTURES
ANTRIECE CARTER  248 3439623

LINE ITEM SCHEDULE:
     QUANTITY                              1
     UNIT OR BASIS FOR MEASUREMENT CODE    Each
     DATE/TIME QUALIFIER                   Delivery Requested
     DATE                                  12/08/06

Part Number   PRLG1555 008

TAX CODE: C     TAX PERCENT:  0.00%
WHO ORDERED: CARTER 248 3439623

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000137 | 1 | EA | 250 |

     Change or Response Type Code  Add Additional Item(s)
     Quantity Left to Receive  1
     Buyer's Item Number   PRLG1555 009

PRODUCT/ITEM DESCRIPTION Free-form
MAA23912S CHEVY BOW TIE EMBLEM REPAIR TEMPLATE
MECHANICAL DESIGN - FLINT  GMT 900 PICKUP PROGRAM -
FLINT, FORT WAYNE AND PONTIAC ENDGATE EMBLEM
FIXTURES
ANTRIECE CARTER  248 3439623

LINE ITEM SCHEDULE:
     QUANTITY                              1
     UNIT OR BASIS FOR MEASUREMENT CODE    Each
     DATE/TIME QUALIFIER                   Delivery Requested
     DATE                                  12/08/06

Part Number   PRLG1555 009

TAX CODE: C     TAX PERCENT:  0.00%
WHO ORDERED: CARTER 248 3439623

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000138 | 1 | EA | 250 |

     Change or Response Type Code  Add Additional Item(s)
     Quantity Left to Receive  1

Received: 12/11/06 10:17:57
PURCHASE ORDER CHANGE REQUEST - BUYER I(860)

Buyer's Item Number   PRLG1555 010

PRODUCT/ITEM DESCRIPTION Free-form
MAA23913S CHEVY TRIM LEVEL EMBLEM REPAIR TEMPLATE
MECHANICAL DESIGN - FLINT  GMT 900 PICKUP PROGRAM -
FLINT, FORT WAYNE AND PONTIAC ENDGATE EMBLEM
FIXTURES
ANTRIECE CARTER  248 3439623

LINE ITEM SCHEDULE:
    QUANTITY                                    1
    UNIT OR BASIS FOR MEASUREMENT CODE          Each
    DATE/TIME QUALIFIER                         Delivery Requested
    DATE                                        12/08/06

Part Number   PRLG1555 010

TAX CODE: C     TAX PERCENT:   0.00%
WHO ORDERED: CARTER 248 3439623

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000139 | 1 | EA | 250 |

    Change or Response Type Code  Add Additional Item(s)
    Quantity Left to Receive  1
    Buyer's Item Number   PRLG1555 011

PRODUCT/ITEM DESCRIPTION Free-form
MAA23915S CHEVY MODEL NAME EMBLEM REPAIR TEMPLATE
MECHANICAL DESIGN - FLINT  GMT 900 PICKUP PROGRAM -
FLINT, FORT WAYNE AND PONTIAC ENDGATE EMBLEM
FIXTURES
ANTRIECE CARTER  248 3439623

LINE ITEM SCHEDULE:
    QUANTITY                                    1
    UNIT OR BASIS FOR MEASUREMENT CODE          Each
    DATE/TIME QUALIFIER                         Delivery Requested
    DATE                                        12/08/06

Part Number   PRLG1555 011

TAX CODE: C     TAX PERCENT:   0.00%
WHO ORDERED: CARTER 248 3439623

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000140 | 1 | EA | 250 |

    Change or Response Type Code  Add Additional Item(s)
    Quantity Left to Receive  1
    Buyer's Item Number   PRLG1555 012

PRODUCT/ITEM DESCRIPTION Free-form
MAA23916S GMC MODEL NAME EMBLEM REPAIR TEMPLATE
MECHANICAL DESIGN - FLINT  GMT 900 PICKUP PROGRAM -
FLINT, FORT WAYNE AND PONTIAC ENDGATE EMBLEM
FIXTURES

Page 6

Received: 12/11/06 10:17:57
PURCHASE ORDER CHANGE REQUEST - BUYER I(860)

ANTRIECE CARTER  248 3439623

LINE ITEM SCHEDULE:
```
    QUANTITY                                  1
    UNIT OR BASIS FOR MEASUREMENT CODE        Each
    DATE/TIME QUALIFIER                       Delivery Requested
    DATE                                      12/08/06
```

Part Number   PRLG1555 012

TAX CODE: C      TAX PERCENT:   0.00%
WHO ORDERED: CARTER 248 3439623

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000141 | 1 | EA | 250 |

Change or Response Type Code  Add Additional Item(s)
Quantity Left to Receive  1
Buyer's Item Number    PRLG1555 013

PRODUCT/ITEM DESCRIPTION Free-form
MAA23918S GMC EMBLEM REPAIR TEMPLATE   MECHANICAL
DESIGN - FLINT  GMT 900 PICKUP PROGRAM - FLINT, FORT
WAYNE AND PONTIAC ENDGATE EMBLEM FIXTURES
ANTRIECE CARTER  248 3439623

LINE ITEM SCHEDULE:
```
    QUANTITY                                  1
    UNIT OR BASIS FOR MEASUREMENT CODE        Each
    DATE/TIME QUALIFIER                       Delivery Requested
    DATE                                      12/08/06
```

Part Number   PRLG1555 013

TAX CODE: C      TAX PERCENT:   0.00%
WHO ORDERED: CARTER 248 3439623

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000142 | 1 | EA | .5 |

Change or Response Type Code  Add Additional Item(s)
Quantity Left to Receive  1
Buyer's Item Number    PRLG1555 014

PRODUCT/ITEM DESCRIPTION Free-form
MAA23348S - GMC EMBLEM / CHEVY TRIM LEVEL   CONTROLS
BUILD - PONTIAC  ADD $0.50 TO PO TCS86072 SEQUENCE
021  GMT 900 PICKUP PROGRAM - FLINT, FORT WAYNE AND
PONTIAC ENDGATE EMBLEM FIXTURES
ANTRIECE CARTER  248 3439623

LINE ITEM SCHEDULE:
```
    QUANTITY                                  1
    UNIT OR BASIS FOR MEASUREMENT CODE        Each
    DATE/TIME QUALIFIER                       Delivery Requested
    DATE                                      12/08/06
```

Part Number    PRLG1555 014

Page 7

TO:

```
                   Received: 12/11/06 10:17:57
           PURCHASE ORDER CHANGE REQUEST - BUYER I(860)


TAX CODE: C     TAX PERCENT:   0.00%
WHO ORDERED: CARTER 248 3439623

ITEM          QUANTITY      UNIT OF MEASURE                     UNIT PRICE
--------------------------------------------------------------------------
000143     1            EA                               .5
    Change or Response Type Code  Add Additional Item(s)
    Quantity Left to Receive  1
    Buyer's Item Number    PRLG1555 015


                    PRODUCT/ITEM DESCRIPTION Free-form
MAA23549S - GMC EMBLEM / CHEVY TRIM LEVEL    CONTROLS
BUILD - PONTIAC  ADD $0.50 TO PO TCS86072 SEQUENCE
032  GMT 900 PICKUP PROGRAM - FLINT, FORT WAYNE AND
PONTIAC ENDGATE EMBLEM FIXTURES
ANTRIECE CARTER  248 3439623

LINE ITEM SCHEDULE:
    QUANTITY                              1
    UNIT OR BASIS FOR MEASUREMENT CODE    Each
    DATE/TIME QUALIFIER                   Delivery Requested
    DATE                                  12/08/06

Part Number    PRLG1555 015

TAX CODE: C     TAX PERCENT:   0.00%
WHO ORDERED: CARTER 248 3439623

TRANSACTION TOTALS:
    NUMBER OF LINE ITEMS    15    HASH TOTAL    15

                    **END OF DOCUMENT**
```

# INVOICE

**AUTO•CRAFT**
TOOL & DIE CO., INC.
"QUALITY SINCE 1958"

1800 FRUIT RD. • ALGONAC, MICHIGAN 48001
PHONE: (810) 794-4929 • FAX: (810) 794-7449

| | |
|---|---|
| INVOICE DATE | 10/9/2007 |
| INVOICE NO. | INC24677 |
| | GM |
| CUSTOMER NO. | |
| SHIP DATE | 10/9/2007 |
| PROJECT NBR | 0000787700 |

SOLD TO:
PAY ON RECIEPT
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 65490
PHOENIX, AZ 85082-3490

SHIPPED TO:
OLOG ORION ASSEMBLY PLANT
GENERAL MOTORS CORPORATION
4555 GIDDING ROAD
ORION, MI 48359
NON PROD RECV DOCK #5

RD 812310 #
BLKTPO  Release ORR 53664

PAGE

| F.O.B. POINT | CUSTOMER ORDER NO. | SHIP VIA | TERMS | SALESPERSON | OUR ORDER NO. |
|---|---|---|---|---|---|
| ALGONAC | RDP12310 | FEDERAL EXPRESS | NET 30 DAYS | ASDAVE | SH024202 |

| ITEM NO./ SERIAL NO. | UNIT | QUANTITY ORDERED | BACKORDERED | SHIPPED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1-A | Project #0000787700   PIECE | 1.000 | 0.000 | 50.0000 | 0.00 | 50.0000 |

ITEM 000006 PURCHASER CODE: 0076-6AYF

Notes:   BLOCK
AUTO CRAFT TOOL D371509 NEST

BUYER: WILLIAMS 248-377-5251

| | |
|---|---|
| Sales Total | 50.00 |
| Trade Discount | 0.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |

| TOTAL | 50.00 |
|---|---|

Received: 09/24/07 07:10:57
PURCHASE ORDER(850)

Transaction Set Purpose    Original
PO Type    Release or Delivery Order
PO No.    RD812310
Release No.    ORR53664    PO Date    09/16/07

Purchase Order Number    RD812310

*SHIPMENTS*
REASSIGNMENT OF PURCHASING COMMODITIES WITHIN
SHIP EXACT QUANTITIES REQUESTED.
*****************************************************
ALL SHIPMENTS UNDER 150 POUNDS SHIP UPS CONSIGNEE
BILLING.  IF NOT SET UP FOR CONSIGNEE BILLING, CALL
734-523-1691.  NEXT DAY SHIPMENTS UNDER 150 POUNDS,
SHOULD USE FED EX EXPRESS, 800-463-3339.  FOR GM
ACCOUNT NUMBER CALL 905-644-6191.
*****************************************************
MICHIGAN, OHIO, INDIANA AND CHICAGO.  THESE LOCATIONS
SHOULD CHECK TO SEE IF RYDER TRUCKING COMPANY HAS A
SCHEDULED ROUTE TO ORION BY CALLING GM/VECTOR
LOGISTICS PERSONNEL ON 248-377-5222.  SHIPMENTS OVER
10,000 POUNDS CALL GM/VECTPR LOGISTICS PERSONNEL ON
248-377-5222.
*****************************************************
ABSOLUTELY NO SILICONE OR SILICONE-CONTAINING
MATERIALS, PARTS OR LUBRICANTS ARE TO BE SHIPPED TO
NAVM, ORION ASSEMBLY.
*****************************************************
* ALL MATERIAL AND SERVICES RENDERED TO THE ORION    *
* ASSEMBLY CENTER, MUST BE SUBMITTED TO NON-PRODUCT  *
* RECEIVING - DOCK 5 FOR RECEIPT.  IF RECEIPT IS     *
* NOT COMPLETED, PAYMENT CAN NOT BE MADE.            *
*****************************************************
(OR)
* PLEASE INDICATE ITEM IDENTIFICATION NUMBERS        *
* (LOCAL/COMMON CODES) ALONG WITH SEQUENCE NUMBERS   *
* ON ALL PACKING SLIPS.                              *
*****************************************************
DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO
ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED
BELOW.  GM HOLD DIRECT PAYMENT AUTHORITY WITH
THESE STATES.  AS A RESULT, IN ALL OF THE
IDENTIFIED STATES GM WILL REMIT DIRECTLY TO TAXING
AUTHORITIES, ALL SALES OR USE TAX LIABILITY RELATED
TO ITS PURCHASE AND USE OF TANGIBLE PERSONAL PROPERTY
AND SERVICES.  THEREFORE, EFFECTIVE IMMEDIATELY, THIS
TAX CLAUSE SUPERSEDES ALL TAX CODE INFORMATION FOUND
ON THIS ORDER EXCEPT FOR THOSE STATES NOT IDENTIFIED
BELOW.  FOR THOSE STATES NOT IDENTIFIED BELOW, PLEASE
CONTINUE TO FOLLOW THE SPECIFIC TAX CODE INSTRUCTIONS
FOUND ON THIS ORDER.  LISTED BLOW ARE DIRECT PAY
PERMIT OR SALEX TAX LICENSE NUMBERS FOR THE SEVENTEEN
(17) STATES OR GM LOCATIONS WITHIN A STATE, WHERE GM
HOLDS DIRECT PAY AUTHORITY
ALABAMA                    #68-07313
GEORGIA                    #044-38-00894
INDIANA                    #003-280489
KENTUCKY                   #0000-10
LOUISIANA (NATG ONLY)      #0069013-008-DP

Received: 09/24/07 07:10:57
PURCHASE ORDER(850)

MARYLAND                        #014-62793
MICHIGAN                        #ME-0900440
MISSISSIPPI (IFG ONLY)          #902
MISSOURI                        #11701559
NEW JERSEY                      #380-572-515/001
NEW YORK                        #DP-000037
OHIO                            #98-000620
OKLAHOMA                        #137479
PENNSYLVANIA                    #02-093450/DP246
TEXAS                           #30000182797
VIRGINA                         #003-104168
WISCONSIN                       #WDP95-01-01012
FURTHER, IF THIS ORDER RELATES TO A CONSTRUCTION
CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND
USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR,
AND SHOULD BE INCLUDED IN THE CONTRACTORS BID AS
REQUIRED PERSUANT TO SECTION 7 OF THE GM 1638/1638S
CONSTRUCTION GENERAL CONDITIONS, UNLESS THE
RESPONSIBILITY FOR PAYMENT OF SALES AND USE TAXES ARE
OTHERWISE SPECIFICALLY OUTLINES IN THE CONTRACT.
****************************************************
SELLER REPRESENTS THAT GOODS PURCHASDED UNDER THIS
ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED
IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLERS
SUPPLIERS.  SELLER SHALL INDEMNIFY BUYER AGAINST ANY
LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS
INCORRECT.
****************************************************
YEAR 2000 COMPLIANCE
SELLER, AND ANY GOODS AND SERVICES SUPPLIED BY
SELLER, SHALL BE YEAR 2000 COMPLIANT AND COMPATIBLE,
AND SHALL FUNCTION WITHOUT ERROR OR FAULT IN THE
PROCESSING (INCLUDING, BUT NOT LIMITED TO
CALCULATING, MANAGING, MANIPULATING, COMPARING AND
SEQUENCING) OF DATE AND DATE-RELATED DATA, FOR THE
YEARS 2000 AND BEYOND.  AT BUYERS REQUEST, SELLER
SHALL CERTIFY IN WRITING ITS COMPLIANCE WITH THE
FOREGOING.                              (Y2)

Buying Party (Purchaser):
    INVOICE FOR SERVICE,MACHINERY&
    Assigned by Buyer or Buyer's Agent    19017L01
    EQUIPMENT ONLY.QUESTIONS TO:
    CUSTOMER SERVICE 248-874-4636
    MAIL INVOICE TO: GM FSS ABP
    P.O. BOX 63490   PH   AZ   850823490

Buyer Name or Department   A   WILLIAMS
Telephone   248-377-5251

Ship To:
    CLCD ORION ASSEMBLY PLANT
    Assigned by Buyer or Buyer's Agent    19017S01
    GENERAL MOTORS CORPORATION
    NON PRODUCT RECEIVING #5
    4555 GIDDINGS ROAD
    ORION   MI   48359

TO:

Received: 09/24/07 07:10:57
PURCHASE ORDER(850)

Bill-to-Party:
    ORION ASSY. MATERIAL PAID UPON
    Assigned by Buyer or Buyer's Agent     19017I01
    RECEIPT. "INVOICE" FOR RENTALS
    SERVICES, AND PROJECT RELATED
    MATERIAL/SERVICES. INVOICE TO
    CHAR HOOVER 483-900     .     .

Selling Party:
    AUTO CRAFT TOOL & DIE CO
    Assigned by Buyer or Buyer's Agent     005384797
    1800 FRUIT ST
    ALGONAC     MI     480014503

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000006 | 1 | Piece | |

    Purchaser's Item Code     0076-6AYF
    Company Part Number     0076-6AYF

PRODUCT/ITEM DESCRIPTION Free-form

BLOCK
AUTO CRAFT TOOL D371509 NEST

LINE ITEM SCHEDULE:
    QUANTITY                                      1
    UNIT OR BASIS FOR MEASUREMENT CODE     Piece
    DATE/TIME QUALIFIER                        Delivery Requested
    DATE                                          10/16/07
                                                  .

Part Number     0076-6AYF

TAX CODE: C     TAX PERCENT:     0.00%

TRANSACTION TOTALS:
    NUMBER OF LINE ITEMS     1     HASH TOTAL     1

**END OF DOCUMENT**

# INVOICE

**AUTO•CRAFT**
TOOL & DIE CO.,INC.
"QUALITY SINCE 1958"

1800 FRUIT RD. • ALGONAC, MICHIGAN 48001
PHONE: (810) 794-4929 • FAX: (810) 794-7449

REPRINT

| | |
|---|---|
| INVOICE DATE | 4/28/2008 |
| INVOICE NO. | IN025447 |
| CUSTOMER NO. | GM |
| SHIP DATE | 4/28/2008 |
| PROJECT NBR | 0300621000 |

SOLD TO:
GM FSB PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 53490
PHOENIX, AZ  85082-3490

SHIPPED TO:
CHRIS STANECK
GENERAL MOTORS
MORAINE ASSEMBLY DOCK 124
260 WEST STROOP ROAD
MORAINE, OH  45439

TCS16913

PAGE

| F.O.B. POINT | CUSTOMER ORDER NO. | SHIP VIA | TERMS | SALESPERSON | OUR ORDER NO. |
|---|---|---|---|---|---|
| MARINE CITY | TCS16913 | FEDERAL EXPRESS | NET 30 DAYS | ASDAVE | S-H024963 |

| ITEM NO./ SERIAL NO. | UNIT | QUANTITY ORDERED | QUANTITY BACKORDERED | SHIPPED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1-A | Project #0300621000 | LOT | | 1.000 | 0.000 | 2,600.0000  0.00 | 2,600.0000 |
| ITEM: 000002 BUYER'S ITEM #: PRQX5135-002 | | | | | | |

Notes:     BUILD MAA 21724LA RH AND LH DENAU APPLY TOOLS
ENGINEER:  JASON EVANS 248 - 240-8970

ATTN: CHRIS STANECK

PRQX5135  002                        $2600⁰⁰

| | |
|---|---|
| Sales Total | 2,600.00 |
| Trade Discount | 0.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |

| | |
|---|---|
| **TOTAL** | 2,600.00 |

Received: 03/06/08 09:44:56
PURCHASE ORDER(850)


Transaction Set Purpose   Original
PO Type   Stand-alone Order
PO No.   TCS16913
PO Date   03/05/08

CURRENCY:
    Selling Party
    CURRENCY CODE   USD

SHIPPING INFORMATION
SHIPMENT METHOD OF PAYMENT   Collect
LOCATION QUALIFIER   Origin (Shipping Point)
SHIPPING POINT, FREIGHT COLLECT

CARRIER DETAILS (ROUTING SEQUENCE/TRANS:
    ROUTING SEQUENCE CODE              Origin/Delivery Carrier (Any Mode)
    ROUTING                            REFER TO WWW.GMSUPPLYPOWER.COM

Purchase Order Number   TCS16913

REFERENCE GM RFQ (PR #PRQX5135)
AND SUPPLIER QUOTE : Q7102DTD 021908
FOR PRICING AND DELIVERY ONLY
SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND
EQUIPMENT PURCHASING AVAILABLE DURING DETROIT
BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT
IMEHELPDESK@GM.COM
QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT
DISBURSEMENTS AT 248-874-4636.
CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT)
          CONTRACT CLAUSE

.
SPECIAL TERM (U.S.) - C-TPAT

.
FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED
STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE
RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED
STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP
AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR
INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/
ENFORCEM/TPAT.HTM).  AT BUYER'S OR THE CUSTOMS
SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING
ITS COMPLIANCE WITH THE FOREGOING.  SELLER SHALL
INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST
ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES
(INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES)
ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE.
(AT 6/20/02)
(AT)
SPECIAL TERM (US) - GOVERNMENT CONTRACTS
*****
BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR
THE UNITED STATES GOVERNMENT.  IF SELLER IS A U.S.
ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS,
RULES, AND REGULATIONS THAT ARE APPLICABLE TO SELLER
AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS,
INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO
(1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1)
THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246,

Received: 03/06/08 09:44:56
PURCHASE ORDER(850)

AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5);
(2) UTILIZATION OF SMALL AND DISADVANTAGED BUSINESS
CONCERNS; FAR SUBPARTS 52.219-8 AND 52.219.9);
(3) CONTRACTING WITH BUSINESS CONCERNS OPERATING
IN AREAS OF SURPLUS LABOR (41 CFR 1-1.805); AND
(4) CONTRACTING WITH WOMEN-OWNED BUSINESS CONCERNS
(EXECUTIVE ORDER 12138). (4Z) 10-29-03
RIGHTS OF TITLE
SELLER AGREES THAT ALL REPORTS, MANUALS, PROGRAMS,
TAPES, VIDEOS, SOFTWARE, AND ANY OTHER MATERIAL
PREPARED BY SELLER'S EMPLOYEES UNDER THIS PURCHASE
ORDER AND ALL OTHER WORK PRODUCTS OF SELLER'S
EMPLOYEES SHALL BELONG EXCLUSIVELY TO BUYER.  SELLER
AGREES THAT ALL WRITINGS, DISCOVERIES, DESIGNS, MASK
WORKS, INVENTIONS AND IMPROVEMENTS WHETHER
COPYRIGHTABLE, PATENTABLE OR NOT WHICH ARE WRITTEN,
CONCEIVED, CREATED, DISCOVERED OR MADE BY SELLER'S
EMPLOYEES OR SUBCONTRACTORS IN THE COURSE OF THE
WORK DONE UNDER THIS PURCHASE ORDER SHALL BE PROMPTLY
DISCLOSED TO BUYER AND SHALL BECOME BUYER'S SOLE
PROPERTY.  (ZG)
       ***** CHANGE ORDER PROCESS *****
*** ENGINEER/SUPPLIER AGREE ON NECESSARY CHANGES AND
    CO-SIGN ON MEMO DOCUMENT, (INCLUDE P.O. NUMBER ON
    CORRESPONDENCE).
*** CHANGES NOT EFFECTING COSTS MAY BE IMPLEMENTED
    IMMEDIATELY, FORWARD MEMO DOCUMENT TO BUYER.
*** CHANGES INCREASING/DECREASING COST, OR EFFECTING
    DELIVERY MUST BE QUOTED TO BUYER, INCL. MEMO DOC.
*** SUPPLIER MUST NOT PROCEED WITH ENGINEERING
    CHANGES UNTIL BUYER APPROVAL IS PROVIDED!
"DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO
ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED
BELOW." GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE
STATES. AS A RESULT, IN ALL OF THE IDENTIFIED STATES
BELOW LISTED GM CORPORATE ENTITIES WILL REMIT
DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX
LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE
PERSONAL PROPERTY AND SERVICES (1).  THEREFORE,
EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL
TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR
THOSE STATES NOT IDENTIFIED BELOW.  FOR THOSE STATES
NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE
SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER.
LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX
LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS
WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY:
* * * * * * * * * * * * * * * * * * * * * * * * * * *
GENERAL MOTORS CORPORATION PERMITS:
GEORGIA #044-38-00894-3
INDIANA #003-2804890001
KENTUCKY #0000-10
KANSAS #98-0003B   (FAIRFAX ONLY)
LOUISIANA #6009013-008DP (SHREVEPORT ONLY)
MARYLAND #20
MICHIGAN #ME-0900440
MISSISSIPPI #4277 (SPO ONLY)
MISSOURI #11731559
NEW JERSEY #NJ9-001-683/000

Page 2

TO: ·   AUTO CRAFT TOOL & DI   FROM: New Trading Partner 10

Received: 03/06/08 09:44:56
PURCHASE ORDER(850)

NEW YORK #DP-003445
OHIO #98-000613
OKLAHOMA #137479
PENNSYLVANIA #02-93450/DP246
TEXAS #1-38-0572515-0
VIRGINIA #9980000793

Selling Party:
    AUTO CRAFT TOOL & DIE CO
    Assigned by Buyer or Buyer's Agent   005384797
    1800 FRUIT ST
    ALGONAC   MI   480014503

Buying Party (Purchaser):
    GENERAL MOTORS CORPORATION
    Assigned by Buyer or Buyer's Agent   88110ZMU
    GLOBAL PURCHASING
    30009 VAN DYKE
    FAX 602-797-6053
    WARREN   MI   48090

Buyer Name or Department   R   URBAN
Telephone   586-575-1340

Ship To:
    *****SEND ALL INVOICES TO*****
    Assigned by Buyer or Buyer's Agent   88110MPC
    GM FSS PROJECT ACCOUNTING
    C/O ACS CAPITAL INVOICING
    PO BOX 63490
    PHOENIX   AZ   850823490

Bill-to-Party:
    INVOICE FOR SERVICE, MACHINERY
    Assigned by Buyer or Buyer's Agent   88110I01
    & EQUIP ONLY. QUESTIONS TO:
    CUSTOMER SERVICE 248 874-4636
    MAIL INVOICE: GM FSS ABP
    PO BOX 63490, PHOEN   AZ   850823490

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000001 | 1 | Lot | 3300 |
|  | Buyer's Item Number   PRQX5135 001 | | |

                    PRODUCT/ITEM DESCRIPTION Free-form
DESIGN OF MAA21724LA (INCLUDES TRIP TO REVIEW
EXISTING TOOL AND INSURE ALL CHANGES ARE CAPTURED).
JASON EVANS   248-240-8970
DELIVER TO: MORAINE ASSEMBLY DOCK 12A
2601 WEST STROOP ROAD
MORAINE, OH
ATTN: CHRIS STANECK,
INVOICE TO: SEE SHIP TO INFORMATION

LINE ITEM SCHEDULE:
    QUANTITY                            1
    UNIT OR BASIS FOR MEASUREMENT CODE  Lot
    DATE/TIME QUALIFIER                 Delivery Requested
                          Page 3

```
                     Received: 03/06/08 09:44:56
                          PURCHASE ORDER(850)
```

DATE                                       04/04/08

Part Number    PRQX5135 001

TAX CODE: F      TAX PERCENT:   0.00%
WHO ORDERED: EVANS 248-240-8970

```
ITEM          QUANTITY     UNIT OF MEASURE                    UNIT PRICE
----------------------------------------------------------------------------
000002    1           Lot                          2600
     Buyer's Item Number    PRQX5135 002
```

                      PRODUCT/ITEM DESCRIPTION Free-form
BUILD MAA 21724LA RH AND LH DENALI APPLY TOOLS.
JASON EVANS  248-240-8970

LINE ITEM SCHEDULE:
     QUANTITY                               1
     UNIT OR BASIS FOR MEASUREMENT CODE     Lot
     DATE/TIME QUALIFIER                    Delivery Requested
     DATE                                   04/04/08

Part Number    PRQX5135 002

TAX CODE: F      TAX PERCENT:   0.00%
WHO ORDERED: EVANS 248-240-8970

TRANSACTION TOTALS:
     NUMBER OF LINE ITEMS    2    HASH TOTAL    2

                      **END OF DOCUMENT**

# INVOICE

**AUTO•CRAFT**
TOOL & DIE CO.,INC.
"QUALITY SINCE 1958"

1800 FRUIT RD. • ALGONAC, MICHIGAN 48001
PHONE: (810) 794-4929 • FAX: (810) 794-7449

| | |
|---|---|
| INVOICE DATE | 3/25/2009 |
| INVOICE NO. | INC26747 |
| | GM |
| CUSTOMER NO. | |
| SHIP DATE | 3/25/2009 |
| PROJECT NBR | 0000674800 |

**SOLD TO:**
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 53490
PHOENIX, AZ 85082-3490

**SHIPPED TO:**
LEROY HOTALING(318)603-3560
GENERAL MOTORS SHREVEPORT ASSY
7600 GENERAL MOTORS BLVD.
GATE 5 - DOCK AX 1
NON PRODUCTION RECEIVING
SHREVEPORT, LA 71129

PAGE

| F.O.B. POINT | CUSTOMER ORDER NO. | SHIP VIA | TERMS | SALESPERSON | OUR ORDER NO. |
|---|---|---|---|---|---|
| ALGONAC | TCS25660 | FEDERAL EXPRESS | NET 30 DAYS | ASDAVE | SHO26255 |

| ITEM NO./ SERIAL NO. | UNIT | QUANTITY ORDERED | QUANTITY BACKORDERED | SHIPPED | UNIT PRICE | | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 1-A Project #0000674800 | EACH | | 1.000 | 0.000 | 350.0000 | 0.00 | 350.0000 |
| ITEM 000001 BUYER ITEM# PRXX6362 001  TL# MAA38024R | | | | | | | |
| Notes:  DESIGN XFE EMBLEM INSTALL TEMPLATE - PART# PRXX6362 001 | | | | | | | |
| 1-A Project #0000674800 | EACH | | 1.000 | 0.000 | 1,100.0000 | 0.00 | 1,100.0000 |
| ITEM 000002 BUYER ITEM# PRXX6362 002  TL# MAA38014R | | | | | | | |
| Notes:  BUILD XFE EMBLEM INSTALL TEMPLATE FOR THE COLORADO END GATE | | | | | | | |
|        PART# PRXX6362 002 | | | | | | | |
|        ORDERED BY DAN WATERS (248) 640-9358 | | | | | | | |

| | |
|---|---|
| Sales Total | 1,450.00 |
| Trade Discount | 0.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |

| TOTAL | 1,450.00 |
|---|---|

Received: 01/29/09 08:29:27
PURCHASE ORDER(850)

Transaction Set Purpose    Original
PO Type    Stand-alone Order
PO No.    TCS25660
PO Date    01/28/09

CURRENCY:
    Selling Party
    CURRENCY CODE    USD

SHIPPING INFORMATION
SHIPMENT METHOD OF PAYMENT    Collect
LOCATION QUALIFIER    Origin (Shipping Point)
SHIPPING POINT - FREIGHT COLLECT

CARRIER DETAILS (ROUTING SEQUENCE/TRANS:
    ROUTING SEQUENCE CODE              Origin/Delivery Carrier (Any Mode)
    ROUTING                            REFER TO WWW.GMSHIPPING.COM

Purchase Order Number    TCS25660

REFERENCE GM RFQ (PR #PRXX6362)
SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND
EQUIPMENT PURCHASING AVAILABLE DURING DETROIT
BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT
IMEHELPDESK@GM.COM
QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT
DISBURSEMENTS AT 248-874-4636.
FAX QUOTATIONS TO:
602-797-6053 FOR INDIRECT MATERIALS BUYERS
****************************************************
E-MAIL ID:  MAILTOODM02@ACS-INC.COM          (FQ)

Purchase Order Number    TCS25660

CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT)
          CONTRACT CLAUSE

SPECIAL TERM (U.S.) - C-TPAT

FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED
STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE
RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED
STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP
AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR
INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/
ENFORCEM/TPAT.HTM).  AT BUYER'S OR THE CUSTOMS
SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING
ITS COMPLIANCE WITH THE FOREGOING.  SELLER SHALL
INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST
ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES
(INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES)
ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE.
(AT 6/20/02)
(AT)
SPECIAL TERM (US) - GOVERNMENT CONTRACTS
*****
BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR
THE UNITED STATES GOVERNMENT.  IF SELLER IS A U.S.
ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS,
Page 1

Received: 01/29/09 08:29:27
PURCHASE ORDER(850)

RULES, AND REGULATIONS THAT ARE APPLICABLE TO SELLER
AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS,
INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO
(1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1)
THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246,
AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5);
AND 41 CFR 60-300.5); (2) UTILIZATION OF SMALL
AND DISADVANTAGED BUSINESS CONCERNS; FAR SUBPARTS
52.219-8 AND 52.219.9);  (3) CONTRACTING WITH
BUSINESS CONCERNS OPERATING IN AREAS OF SURPLUS
LABOR (41 CFR 1-1.805); AND (4) CONTRACTING
WITH WOMEN-OWNED BUSINESS CONCERNS
(EXECUTIVE ORDER 12138).                    (4Z)
RIGHTS OF TITLE
SELLER AGREES THAT ALL REPORTS, MANUALS, PROGRAMS,
TAPES, VIDEOS, SOFTWARE, AND ANY OTHER MATERIAL
PREPARED BY SELLER'S EMPLOYEES UNDER THIS PURCHASE
ORDER AND ALL OTHER WORK PRODUCTS OF SELLER'S
EMPLOYEES SHALL BELONG EXCLUSIVELY TO BUYER.  SELLER
AGREES THAT ALL WRITINGS, DISCOVERIES, DESIGNS, MASK
WORKS, INVENTIONS AND IMPROVEMENTS WHETHER
COPYRIGHTABLE, PATENTABLE OR NOT WHICH ARE WRITTEN,
CONCEIVED, CREATED, DISCOVERED OR MADE BY SELLER'S
EMPLOYEES OR SUBCONTRACTORS IN THE COURSE OF THE
WORK DONE UNDER THIS PURCHASE ORDER SHALL BE PROMPTLY
DISCLOSED TO BUYER AND SHALL BECOME BUYER'S SOLE
PROPERTY.   (ZG)
          ***** CHANGE ORDER PROCESS *****
*** ENGINEER/SUPPLIER AGREE ON NECESSARY CHANGES AND
    CO-SIGN ON MEMO DOCUMENT, (INCLUDE P.O. NUMBER ON
    CORRESPONDENCE).
*** CHANGES NOT EFFECTING COSTS MAY BE IMPLEMENTED
    IMMEDIATELY, FORWARD MEMO DOCUMENT TO BUYER.
*** CHANGES INCREASING/DECREASING COST, OR EFFECTING
    DELIVERY MUST BE QUOTED TO BUYER, INCL. MEMO DOC.
*** SUPPLIER MUST NOT PROCEED WITH ENGINEERING
    CHANGES UNTIL BUYER APPROVAL IS PROVIDED!
"DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO
ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED
BELOW." GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE
STATES. AS A RESULT, IN ALL OF THE IDENTIFIED STATES
BELOW LISTED GM CORPORATE ENTITIES WILL REMIT
DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX
LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE
PERSONAL PROPERTY AND SERVICES (1).  THEREFORE,
EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL
TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR
THOSE STATES NOT IDENTIFIED BELOW.  FOR THOSE STATES
NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE
SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER.
LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX
LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS
WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY:
* * * * * * * * * * * * * * * * * * * * * * * * * *
GENERAL MOTORS CORPORATION PERMITS:
GEORGIA #044-38-00894-3
INDIANA #003-2804890001
KENTUCKY #0000-10
KANSAS #98-0003B  (FAIRFAX ONLY)
                      Page 2

Received: 01/29/09 08:29:27
PURCHASE ORDER(850)


LOUISIANA #6009013-008DP (SHREVEPORT ONLY)
MARYLAND #20
MICHIGAN #ME-0900440
MISSISSIPPI #4277 (SPO ONLY)
MISSOURI #11731559
NEW JERSEY #NJ9-001-683/000
NEW YORK #DP-003445
OHIO #98-000613
OKLAHOMA #137479
PENNSYLVANIA #02-93450/DP246
TEXAS #1-38-0572515-0
VIRGINIA #9980000793
WISCONSIN #WDP95-01-01012
* * * * * * * * * * * * * * * * * * * * * * * * *
ONSTAR CORPORATION PERMIT:
MICHIGAN #38-3506814
* * * * * * * * * * * * * * * * * * * * * * * * *
SATURN CORPORATION PERMITS:
MICHIGAN #38-2577506
TENNESSEE #100315259
* * * * * * * * * * * * * * * * * * * * * * * * *
FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION
CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND
USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR
(WITH THE EXCEPTION OF TEXAS), AND SHOULD BE INCLUDED
IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO
SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05) OR
SECTION 6 OF THE GM1638A (08/02), UNLESS THE
RESPONSBILITY FOR PAYMENT OF SALES & USE TAXES ARE
OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. WITH
REFERENCE TO TEXAS: IF THE ORDER RELATES TO A
CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE
CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED
CONTRACTS AND AS SUCH SHOULD NOT INCLUDE SALES TAX
IN THE COST OF INCORPORATED MATERIALS OR EQUIPMENT.
IN ADDITION, THE CONTRACTOR SHOULD NOT BILL GM
(GENERAL MOTORS CORPORATION ONLY) FOR SALES TAX ON
THE SEPARATED COSTS OF MATERIAL OR LABOR.  GM WILL
ACCRUE AND REMIT THE APPROPRIATE SALES TAX
DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT
PAY PERMIT.
* * * * * * * * * * * * * * * * * * * * * * * * *
ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO
THE FOLLOWING:
*
DISBURSEMENT SERVICES -
  CUSTOMER COMMUNICATION CENTER
  PHONE:  (248) 874-4636
  * * * * * * * * * * * * * * * * * * * * * * * *
(1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES,
HOTELS, AND MEAL PURCHASES.  TAX IS TO BE PAID
DIRECTLY TO THE SUPPLIER OF THESE ITEMS.
CONFIDENTIALITY
SELLER, IN ORDER TO PROVIDE THE SERVICES SET FORTH IN
THIS PURCHASE ORDER, WILL REQUIRE INFORMATION FROM
BUYER WHICH BUYER CONSIDERS CONFIDENTIAL (BUYER'S
INFORMATION).  BUYER IS WILLING TO DISCLOSE BUYER'S
INFORMATION ONLY WITH THE UNDERSTANDING THAT SELLER
MAINTAIN ITS CONFIDENTIALITY.

Received: 01/29/09 08:29:27
PURCHASE ORDER(850)


. .
ACCORDINGLY, SELLER ACKNOWLEDGES THAT BUYER'S
INFORMATION IS BEING DISCLOSED TO SELLER FOR THE SOLE
PURPOSE OF PERMITTING SELLER TO PERFORM THE SERVICES
SET FORTH IN THIS PURCHASE ORDER, AND AGREES THAT IT
WILL NOT USE THE INFORMATION FOR ANY OTHER PURPOSE.
IN ADDITION, SELLER AGREES THAT IT WILL NOT DISCLOSE,
DISSEMINATE OR OTHERWISE MAKE AVAILABLE BUYER'S
INFORMATION TO ANYONE, OTHER THAN TO THOSE EMPLOYEES
WHO HAVE A NEED TO KNOW IT IN ORDER FOR SELLER TO
FULFILL ITS OBLIGATIONS UNDER THIS PURCHASE ORDER.
SELLER AGREES THAT IT WILL TAKE APPROPRIATE ACTION
BY INSTRUCTION, AGREEMENT, OR OTHERWISE, WITH ANY
PERSON PERMITTED ACCESS TO BUYER'S INFORMATION.
THE BUYER'S INFORMATION AND ANY ADDITIONS THERETO ARE
THE SOLE PROPERTY OF BUYER.  AT BUYER'S REQUEST OR
UPON COMPLETION OF SELLER'S USE OF BUYER'S
INFORMATION, SELLER WILL RETURN ALL COPIES OF BUYER'S
INFORMATION TO BUYER OR, AT BUYER'S REQUEST, DESTROY
BUYER'S INFORMATION AND CERTIFY SUCH DESTRUCTION TO
BUYER.
SELLER FURTHER AGREES TO INDEMNIFY AND HOLD BUYER
HARMLESS FROM ANY AND ALL LIABILITES, DAMAGES, FINES,
PENALTIES, COSTS, CLAIMS, DEMANDS, AND EXPENSES
(INCLUDING COSTS OF DEFENSE, SETTLEMENT, AND
REASONABLE ATTORNEY'S FEES), ARISING OUT OF THE
DISCLOSURE OR IMPROPER USE OF BUYER'S INFORMATION BY
SELLER OR SELLER'S EMPLOYEES.  (YC)
EQUAL PARTNERS
UTILIZATION AND DEVELOPMENT OF MINORITY SUPPLIERS FOR
PRODUCTS AND/OR SERVICES ARE A GMC REQUIREMENT.
SUPPLIERS ARE EXPECTED TO ESTABLISH AND MAINTAIN A
PROCEDURE FOR TRACKING AND REPORTING OF MINORITY
DOLLARS MONTHLY TO BUYER.  CONTRACT REQUIRES A
MINIMUM OF 6% OF GMC BUSINESS BE DEDICATED TO
MINORITY SUPPLIERS SPECIFIED BY GENERAL MOTORS
CORPORATION.  (ZU)
RIGHT TO AUDIT
BY ACCEPTANCE OF A PURCHASE ORDER THE SELLER OF GOODS
AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL
CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFILI-
ATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY GENERAL MOTORS CORPORATION FOR
A PERIOD OF THREE (3) YEARS BEYOND FINAL PAYMENT.
UNLESS OTHERWISE INDICATED IN THIS RFQ, SELLER IS
REQUIRED TO HAVE ELECTRONIC DATA INTERCHANGE
CAPABILITY WORLDWIDE.
IMPORTANT NOTICE:  EFFECTIVE SEPTEMBER 1, 2008
SIGNIFICANT CHANGES HAVE BEEN MADE TO THE GMNA
SHIPPING INSTRUCTIONS.  PLEASE REVIEW FOR CARRIER
UPDATES.   NON-COMPLIANCE TO THESE
INSTRUCTIONS MAY RESULT IN FREIGHT CHARGES BEING
DEBITED BACK TO THE SUPPLIER.
GM ROUTING / SHIPPING INSTRUCTIONS CAN BE FOUND AT
WWW.GMSHIPPING.COM
FORCED LABOR
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS
ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED

Page 4

Received: 01/29/09 08:29:27
PURCHASE ORDER(850)

IN 19 USC 1307) EITHER BY SELLER OR SELLER'S
SUPPLIERS.  SELLER SHALL INDEMNIFY BUYER AGAINST ANY
LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS
INCORRECT.   (ZR)
INVOICES
THE SELLER'S INVOICE MUST INCLUDE THE FOLLOWING:
  PURCHASE ORDER NUMBER
  RELEASE NUMBER REQUIRED FOR ALL BLANKET ORDERS
  DELIVER TO INFORMATION
  REQUESTOR AND ROOM NUMBER OF REQUESTOR
  ITEM SEQUENCE NUMBER AS SHOWN ON PURCHASE ORDER
  ITEM IDENTIFICATION NUMBER (IF APPLICABLE)
  DESCRIPTION
  QUANTITY
  PRICE
  INVOICE APPROVAL NAME AND ADDRESS (IAR)
    IF APPLICABLE
  ACCOUNT CLASSIFICATION NUMBER AND PRR NUMBER FOR
    CONTRACT LABOR OR ENGINEERING DESIGN
..
NOTICE
THE FOLLOWING TELEPHONE NUMBERS ARE STAFFED TO HANDLE
QUESTIONS CONCERNING INVOICE PAYMENT FOR GENERAL
MOTORS CORPORATION:
  DISBURSEMENT ANALYSIS CONTROL  248-874-4636
  MEXICO STAFF ACCOUNTING  011-52-841-54000
THE INVOICE NUMBER AND PURCHASE ORDER/RELEASE NUMBER
WILL BE REQUIRED FOR THE PERSON TO ASSIST YOU.
..
FOR SERVICES ONLY
SUBMIT A DUPLICATE COPY TO REQUESTOR FOR APPROVAL.
PLEASE MARK THIS COPY "RECEIVING SLIP" TO AVOID
CONFUSION.  BOTH COPIES ARE REQUIRED TO PROCESS
YOUR INVOICE IN A TIMELY MANNER.   (ZM)
EXPORT ADMINISTRATION REGULATIONS (EAR) CONTROLLED
PURCHASES
****************************************************
THE TECHNICAL DATA ASSOCIATED WITH THIS EQUIPMENT,
SERVICE OR PART IS CONTROLLED UNDER U.S. EXPORT LAWS.
YOU MAY NOT EXPORT OR RE-EXPORT THE TECHNICAL DATA,
INCLUDING BUT NOT LIMITED TO PRINTS, ROUTINGS AND
SPECIFICATIONS ASSOCIATED WITH THIS REQUEST FOR
QUOTATION OR PURCHASE CONTRACT WITHOUT THE PROPER
GOVERNMENTAL AUTHORIZATIONS.
TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

Selling Party:
    AUTO CRAFT TOOL & DIE CO
    Assigned by Buyer or Buyer's Agent    005384797
    1800 FRUIT ST
    ALGONAC    MI    480014503

Buying Party (Purchaser):
    GENERAL MOTORS CORPORATION
    Assigned by Buyer or Buyer's Agent    88110ZMU
    GLOBAL PURCHASING
    30009 VAN DYKE
    FAX 602-797-6053

Page 5

TO:                AUTO CRAFT TOOL & DI                    FROM: New Trading Partner 10

                        Received: 01/29/09 08:29:27
                           PURCHASE ORDER(850)


      WARREN    MI    48090

Buyer Name or Department    R  URBAN
Telephone    586-575-1340

Ship To:
     *****SEND ALL INVOICES TO*****
     Assigned by Buyer or Buyer's Agent    88110MPC
     GM FSS PROJECT ACCOUNTING
     C/O ACS CAPITAL INVOICING
     PO BOX 63490
     PHOENIX    AZ    850823490

Bill-to-Party:
     INVOICE FOR SERVICE, MACHINERY
     Assigned by Buyer or Buyer's Agent    88110I01
     & EQUIP ONLY. QUESTIONS TO:
     CUSTOMER SERVICE 248 874-4636
     MAIL INVOICE: GM FSS ABP
     PO BOX 63490, PHOEN    AZ    850823490

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000001 | 1 | Each | 350 |

     Buyer's Item Number    PRXX6362 001

                    PRODUCT/ITEM DESCRIPTION Free-form
DESIGN FOR MAA38024R XFE EMBLEM INSTALL TEMPLATE FOR
THE COLORADO END GATE
DANIEL WATERS   248-640-9358
DELIVER TO: SHREVEPORT ASSEMBLY PLANT
7600 GENERAL MOTORS BLVD.
SHREVEPORT, LA   71129
ATTN: RYAL SIEM, 318-208-1598
INVOICE TO: SEE SHIP TO INFORMATION
GATE B, DOCK AX1, NON PRODUCTION RECEIVING

Price Quote Number    TC0020953S

LINE ITEM SCHEDULE:
     QUANTITY                                1
     UNIT OR BASIS FOR MEASUREMENT CODE      Each
     DATE/TIME QUALIFIER                     Delivery Requested
     DATE                                    03/16/09

Part Number    PRXX6362 001

TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: WATERS 248-640-9358

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000002 | 1 | Each | 1100 |

     Buyer's Item Number    PRXX6362 002

                    PRODUCT/ITEM DESCRIPTION Free-form
BUILD OF MAA38024R XFE EMBLEM INSTALL TEMPLATE FOR

                            Page 6

Received: 01/29/09 08:29:27
PURCHASE ORDER(850)

THE COLORADO END GATE
DANIEL WATERS  248-640-9358

Price Quote Number   TC0020953S

LINE ITEM SCHEDULE:
    QUANTITY                                   1
    UNIT OR BASIS FOR MEASUREMENT CODE       Each
    DATE/TIME QUALIFIER                  Delivery Requested
    DATE                                      03/16/09

Part Number    PRXX6362 002

TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: WATERS 248-640-9358

TRANSACTION TOTALS:
    NUMBER OF LINE ITEMS   2   HASH TOTAL   2

                   **END OF DOCUMENT**

# INVOICE

**AUTO•CRAFT**
TOOL & DIE CO., INC.
"QUALITY SINCE 1958"

1800 FRUIT RD. • ALGONAC, MICHIGAN 48001
PHONE: (810) 794-4929 • FAX: (810) 794-7449

| | |
|---|---|
| INVOICE DATE | 3/27/2009 |
| INVOICE NO. | IN026763 |
| | GM |
| CUSTOMER NO. | |
| SHIP DATE | 3/27/2009 |
| PROJECT NBR | 0000875800 |

SOLD TO:
GM FSS PROJECT ACCOUNTING
C/O ACS CAPITAL INVOICING
PO BOX 53490
PHOENIX, AZ 85082-3490

SHIPPED TO:
CPC GROUP GM FAIRFAX PLANT
GENERAL MOTORS CORPORATION
3201 FAIRFAX TRAFFICWAY
KANSAS CITY, KS 66115

PAGE

| F.O.B. POINT | CUSTOMER ORDER NO. | SHIP VIA | TERMS | SALESPERSON | OUR ORDER NO. |
|---|---|---|---|---|---|
| ALGONAC | TCS25819 | HELD AT VENDOR | NET 30 DAYS | ASDAVE | SH026271 |

| ITEM NO./ SERIAL NO. | UNIT | ORDERED | BACKORDERED | SHIPPED | UNIT PRICE | | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 1-A | Project #0000875800    ASSEM | | 1.000 | 0.000 | 4,985.0000 | 0.00 | 4,985.0000 |

ITEM: 000001  PART # PRXX7151 001  TL# MAA579385
Notes:     END EFFECTOR - PART# PRXX7151 001
           ORDERED BY ALBERTO GILL (586) 705-7856

| | |
|---|---|
| Sales Total | 4,985.00 |
| Trade Discount | 0.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |

| TOTAL | 4,985.00 |

TO:                    AUTO CRAFT TOOL & DI              FROM: New Trading Partner 10

Received: 02/05/09 07:56:03
PURCHASE ORDER(850)

Transaction Set Purpose    Original
PO Type    Stand-alone Order
PO No.    TCS25819
PO Date    02/04/09

CURRENCY:
    Selling Party
    CURRENCY CODE    USD

SHIPPING INFORMATION
SHIPMENT METHOD OF PAYMENT    Collect
LOCATION QUALIFIER    Origin (Shipping Point)
SHIPPING POINT - FREIGHT COLLECT

CARRIER DETAILS (ROUTING SEQUENCE/TRANS:
    ROUTING SEQUENCE CODE              Origin/Delivery Carrier (Any Mode)
    ROUTING                            REFER TO WWW.GMSHIPPING.COM

Purchase Order Number    TCS25819

REFERENCE GM RFQ (PR #PRXX7151)
SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND
EQUIPMENT PURCHASING AVAILABLE DURING DETROIT
BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT
IMEHELPDESK@GM.COM
QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT
DISBURSEMENTS AT 248-874-4636.
FAX QUOTATIONS TO:
602-797-6053 FOR INDIRECT MATERIALS BUYERS
**************************************************
E-MAIL ID:  MAILTOODM02@ACS-INC.COM              (FQ)

Purchase Order Number    TCS25819

CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT)
            CONTRACT CLAUSE
.
SPECIAL TERM (U.S.) - C-TPAT
.
FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED
STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE
RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED
STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP
AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR
INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/
ENFORCEM/TPAT.HTM).  AT BUYER'S OR THE CUSTOMS
SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING
ITS COMPLIANCE WITH THE FOREGOING.  SELLER SHALL
INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST
ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES
(INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES)
ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE.
(AT 6/20/02)
(AT)
SPECIAL TERM (US) - GOVERNMENT CONTRACTS
*****
BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR
THE UNITED STATES GOVERNMENT.  IF SELLER IS A U.S.
ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS,
Page 1

Received: 02/05/09 07:56:03
PURCHASE ORDER(850)

RULES, AND REGULATIONS THAT ARE APPLICABLE TO SELLER
AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS,
INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO
(1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1)
THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246,
AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5);
AND 41 CFR 60-300.5); (2) UTILIZATION OF SMALL
AND DISADVANTAGED BUSINESS CONCERNS; FAR SUBPARTS
52.219-8 AND 52.219.9); (3) CONTRACTING WITH
BUSINESS CONCERNS OPERATING IN AREAS OF SURPLUS
LABOR (41 CFR 1-1.805); AND (4) CONTRACTING
WITH WOMEN-OWNED BUSINESS CONCERNS
(EXECUTIVE ORDER 12138).                        (4Z)
RIGHTS OF TITLE
SELLER AGREES THAT ALL REPORTS, MANUALS, PROGRAMS,
TAPES, VIDEOS, SOFTWARE, AND ANY OTHER MATERIAL
PREPARED BY SELLER'S EMPLOYEES UNDER THIS PURCHASE
ORDER AND ALL OTHER WORK PRODUCTS OF SELLER'S
EMPLOYEES SHALL BELONG EXCLUSIVELY TO BUYER.  SELLER
AGREES THAT ALL WRITINGS, DISCOVERIES, DESIGNS, MASK
WORKS, INVENTIONS AND IMPROVEMENTS WHETHER
COPYRIGHTABLE, PATENTABLE OR NOT WHICH ARE WRITTEN,
CONCEIVED, CREATED, DISCOVERED OR MADE BY SELLER'S
EMPLOYEES OR SUBCONTRACTORS IN THE COURSE OF THE
WORK DONE UNDER THIS PURCHASE ORDER SHALL BE PROMPTLY
DISCLOSED TO BUYER AND SHALL BECOME BUYER'S SOLE
PROPERTY.   (ZG)
          ***** CHANGE ORDER PROCESS *****
*** ENGINEER/SUPPLIER AGREE ON NECESSARY CHANGES AND
    CO-SIGN ON MEMO DOCUMENT, (INCLUDE P.O. NUMBER ON
    CORRESPONDENCE).
*** CHANGES NOT EFFECTING COSTS MAY BE IMPLEMENTED
    IMMEDIATELY, FORWARD MEMO DOCUMENT TO BUYER.
*** CHANGES INCREASING/DECREASING COST, OR EFFECTING
    DELIVERY MUST BE QUOTED TO BUYER, INCL. MEMO DOC.
*** SUPPLIER MUST NOT PROCEED WITH ENGINEERING
    CHANGES UNTIL BUYER APPROVAL IS PROVIDED!
"DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO
ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED
BELOW." GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE
STATES.  AS A RESULT, IN ALL OF THE IDENTIFIED STATES
BELOW LISTED GM CORPORATE ENTITIES WILL REMIT
DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX
LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE
PERSONAL PROPERTY AND SERVICES (1).   THEREFORE,
EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL
TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR
THOSE STATES NOT IDENTIFIED BELOW.  FOR THOSE STATES
NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE
SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER.
LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX
LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS
WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY:
* * * * * * * * * * * * * * * * * * * * * * * * * *
GENERAL MOTORS CORPORATION PERMITS:
GEORGIA #044-38-00894-3
INDIANA #003-2804890001
KENTUCKY #0000-10
KANSAS #98-0003B   (FAIRFAX ONLY)
                    Page 2

Received: 02/05/09 07:56:03
PURCHASE ORDER(850)

LOUISIANA #6009013-008DP (SHREVEPORT ONLY)
MARYLAND #20
MICHIGAN #ME-0900440
MISSISSIPPI #4277 (SPO ONLY)
MISSOURI #11731559
NEW JERSEY #NJ9-001-683/000
NEW YORK #DP-003445
OHIO #98-000613
OKLAHOMA #137479
PENNSYLVANIA #02-93450/DP246
TEXAS #1-38-0572515-0
VIRGINIA #9980000793
WISCONSIN #WDP95-01-01012
* * * * * * * * * * * * * * * * * * * * * * * *
ONSTAR CORPORATION PERMIT:
MICHIGAN #38-3506814
* * * * * * * * * * * * * * * * * * * * * * * *
SATURN CORPORATION PERMITS:
MICHIGAN #38-2577506
TENNESSEE #100315259
* * * * * * * * * * * * * * * * * * * * * * * *
FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION
CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND
USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR
(WITH THE EXCEPTION OF TEXAS), AND SHOULD BE INCLUDED
IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO
SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05) OR
SECTION 6 OF THE GM1638A (08/02), UNLESS THE
RESPONSBILITY FOR PAYMENT OF SALES & USE TAXES ARE
OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. WITH
REFERENCE TO TEXAS: IF THE ORDER RELATES TO A
CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE
CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED
CONTRACTS AND AS SUCH SHOULD NOT INCLUDE SALES TAX
IN THE COST OF INCORPORATED MATERIALS OR EQUIPMENT.
IN ADDITION, THE CONTRACTOR SHOULD NOT BILL GM
(GENERAL MOTORS CORPORATION ONLY) FOR SALES TAX ON
THE SEPARATED COSTS OF MATERIAL OR LABOR.  GM WILL
ACCRUE AND REMIT THE APPROPRIATE SALES TAX
DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT
PAY PERMIT.
* * * * * * * * * * * * * * * * * * * * * * * *
ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO
THE FOLLOWING:
*
DISBURSEMENT SERVICES -
  CUSTOMER COMMUNICATION CENTER
  PHONE:  (248) 874-4636
  * * * * * * * * * * * * * * * * * * * * * * * *
(1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES,
HOTELS, AND MEAL PURCHASES.  TAX IS TO BE PAID
DIRECTLY TO THE SUPPLIER OF THESE ITEMS.
CONFIDENTIALITY
SELLER, IN ORDER TO PROVIDE THE SERVICES SET FORTH IN
THIS PURCHASE ORDER, WILL REQUIRE INFORMATION FROM
BUYER WHICH BUYER CONSIDERS CONFIDENTIAL (BUYER'S
INFORMATION).  BUYER IS WILLING TO DISCLOSE BUYER'S
INFORMATION ONLY WITH THE UNDERSTANDING THAT SELLER
MAINTAIN ITS CONFIDENTIALITY.

Received: 02/05/09 07:56:03
PURCHASE ORDER(850)

ACCORDINGLY, SELLER ACKNOWLEDGES THAT BUYER'S
INFORMATION IS BEING DISCLOSED TO SELLER FOR THE SOLE
PURPOSE OF PERMITTING SELLER TO PERFORM THE SERVICES
SET FORTH IN THIS PURCHASE ORDER, AND AGREES THAT IT
WILL NOT USE THE INFORMATION FOR ANY OTHER PURPOSE.
IN ADDITION, SELLER AGREES THAT IT WILL NOT DISCLOSE,
DISSEMINATE OR OTHERWISE MAKE AVAILABLE BUYER'S
INFORMATION TO ANYONE, OTHER THAN TO THOSE EMPLOYEES
WHO HAVE A NEED TO KNOW IT IN ORDER FOR SELLER TO
FULFILL ITS OBLIGATIONS UNDER THIS PURCHASE ORDER.
SELLER AGREES THAT IT WILL TAKE APPROPRIATE ACTION
BY INSTRUCTION, AGREEMENT, OR OTHERWISE, WITH ANY
PERSON PERMITTED ACCESS TO BUYER'S INFORMATION.
THE BUYER'S INFORMATION AND ANY ADDITIONS THERETO ARE
THE SOLE PROPERTY OF BUYER. AT BUYER'S REQUEST OR
UPON COMPLETION OF SELLER'S USE OF BUYER'S
INFORMATION, SELLER WILL RETURN ALL COPIES OF BUYER'S
INFORMATION TO BUYER OR, AT BUYER'S REQUEST, DESTROY
BUYER'S INFORMATION AND CERTIFY SUCH DESTRUCTION TO
BUYER.
SELLER FURTHER AGREES TO INDEMNIFY AND HOLD BUYER
HARMLESS FROM ANY AND ALL LIABILITES, DAMAGES, FINES,
PENALTIES, COSTS, CLAIMS, DEMANDS, AND EXPENSES
(INCLUDING COSTS OF DEFENSE, SETTLEMENT, AND
REASONABLE ATTORNEY'S FEES), ARISING OUT OF THE
DISCLOSURE OR IMPROPER USE OF BUYER'S INFORMATION BY
SELLER OR SELLER'S EMPLOYEES.   (YC)
EQUAL PARTNERS
UTILIZATION AND DEVELOPMENT OF MINORITY SUPPLIERS FOR
PRODUCTS AND/OR SERVICES ARE A GMC REQUIREMENT.
SUPPLIERS ARE EXPECTED TO ESTABLISH AND MAINTAIN A
PROCEDURE FOR TRACKING AND REPORTING OF MINORITY
DOLLARS MONTHLY TO BUYER.   CONTRACT REQUIRES A
MINIMUM OF 6% OF GMC BUSINESS BE DEDICATED TO
MINORITY SUPPLIERS SPECIFIED BY GENERAL MOTORS
CORPORATION.   (ZU)
RIGHT TO AUDIT
BY ACCEPTANCE OF A PURCHASE ORDER THE SELLER OF GOODS
AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL
CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFILI-
ATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY GENERAL MOTORS CORPORATION FOR
A PERIOD OF THREE (3) YEARS BEYOND FINAL PAYMENT.
UNLESS OTHERWISE INDICATED IN THIS RFQ, SELLER IS
REQUIRED TO HAVE ELECTRONIC DATA INTERCHANGE
CAPABILITY WORLDWIDE.
IMPORTANT NOTICE:   EFFECTIVE SEPTEMBER 1, 2008
SIGNIFICANT CHANGES HAVE BEEN MADE TO THE GMNA
SHIPPING INSTRUCTIONS.   PLEASE REVIEW FOR CARRIER
UPDATES.   NON-COMPLIANCE TO THESE
INSTRUCTIONS MAY RESULT IN FREIGHT CHARGES BEING
DEBITED BACK TO THE SUPPLIER.
GM ROUTING / SHIPPING INSTRUCTIONS CAN BE FOUND AT
WWW.GMSHIPPING.COM
FORCED LABOR
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS
ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED

Page 4

Received: 02/05/09 07:56:03
PURCHASE ORDER(850)

IN 19 USC 1307) EITHER BY SELLER OR SELLER'S
SUPPLIERS.  SELLER SHALL INDEMNIFY BUYER AGAINST ANY
LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS
INCORRECT.  (ZR)
INVOICES
THE SELLER'S INVOICE MUST INCLUDE THE FOLLOWING:
  PURCHASE ORDER NUMBER
  RELEASE NUMBER REQUIRED FOR ALL BLANKET ORDERS
  DELIVER TO INFORMATION
  REQUESTOR AND ROOM NUMBER OF REQUESTOR
  ITEM SEQUENCE NUMBER AS SHOWN ON PURCHASE ORDER
  ITEM IDENTIFICATION NUMBER (IF APPLICABLE)
  DESCRIPTION
  QUANTITY
  PRICE
  INVOICE APPROVAL NAME AND ADDRESS (IAR)
    IF APPLICABLE
  ACCOUNT CLASSIFICATION NUMBER AND PRR NUMBER FOR
    CONTRACT LABOR OR ENGINEERING DESIGN
..
NOTICE
THE FOLLOWING TELEPHONE NUMBERS ARE STAFFED TO HANDLE
QUESTIONS CONCERNING INVOICE PAYMENT FOR GENERAL
MOTORS CORPORATION:
  DISBURSEMENT ANALYSIS CONTROL  248-874-4636
  MEXICO STAFF ACCOUNTING  011-52-841-54000
THE INVOICE NUMBER AND PURCHASE ORDER/RELEASE NUMBER
WILL BE REQUIRED FOR THE PERSON TO ASSIST YOU.
..
FOR SERVICES ONLY
SUBMIT A DUPLICATE COPY TO REQUESTOR FOR APPROVAL.
PLEASE MARK THIS COPY "RECEIVING SLIP" TO AVOID
CONFUSION.  BOTH COPIES ARE REQUIRED TO PROCESS
YOUR INVOICE IN A TIMELY MANNER.  (ZM)
EXPORT ADMINISTRATION REGULATIONS (EAR) CONTROLLED
PURCHASES
****************************************************
THE TECHNICAL DATA ASSOCIATED WITH THIS EQUIPMENT,
SERVICE OR PART IS CONTROLLED UNDER U.S. EXPORT LAWS.
YOU MAY NOT EXPORT OR RE-EXPORT THE TECHNICAL DATA,
INCLUDING BUT NOT LIMITED TO PRINTS, ROUTINGS AND
SPECIFICATIONS ASSOCIATED WITH THIS REQUEST FOR
QUOTATION OR PURCHASE CONTRACT WITHOUT THE PROPER
GOVERNMENTAL AUTHORIZATIONS.
TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

Selling Party:
    AUTO CRAFT TOOL & DIE CO
    Assigned by Buyer or Buyer's Agent    005384797
    1800 FRUIT ST
    ALGONAC    MI    480014503

Buying Party (Purchaser):
    GENERAL MOTORS CORPORATION
    Assigned by Buyer or Buyer's Agent    88110ZMU
    GLOBAL PURCHASING
    30009 VAN DYKE
    FAX 602-797-6053
                                Page 5

Received: 02/05/09 07:56:03
PURCHASE ORDER(850)

WARREN   MI   48090

Buyer Name or Department   R  URBAN
Telephone   586-575-1340

Ship To:
    *****SEND ALL INVOICES TO*****
    Assigned by Buyer or Buyer's Agent   88110MPC
    GM FSS PROJECT ACCOUNTING
    C/O ACS CAPITAL INVOICING
    PO BOX 63490
    PHOENIX   AZ   850823490

Bill-to-Party:
    INVOICE FOR SERVICE, MACHINERY
    Assigned by Buyer or Buyer's Agent   88110I01
    & EQUIP ONLY. QUESTIONS TO:
    CUSTOMER SERVICE 248 874-4636
    MAIL INVOICE: GM FSS ABP
    PO BOX 63490, PHOEN   AZ   850823490

| ITEM | QUANTITY | UNIT OF MEASURE | UNIT PRICE |
|------|----------|-----------------|------------|
| 000001 | 1 | Assembly | 4985 |
| | Buyer's Item Number | PRXX7151 001 | |

                    PRODUCT/ITEM DESCRIPTION Free-form
MAA37338S  END EFFECTOR
ALBERTO GILL  586-709-7856
DELIVER TO: ALBERTO J. GILL
,
INVOICE TO: SEE SHIP TO INFORMATION

Price Quote Number   TC0020969S

LINE ITEM SCHEDULE:
    QUANTITY                              1
    UNIT OR BASIS FOR MEASUREMENT CODE    Assembly
    DATE/TIME QUALIFIER                   Delivery Requested
    DATE                                  02/27/09

Part Number   PRXX7151 001

TAX CODE: F    TAX PERCENT:   0.00%
WHO ORDERED: GILL 586-709-7856

TRANSACTION TOTALS:
    NUMBER OF LINE ITEMS   1   HASH TOTAL   1

                    **END OF DOCUMENT**