**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)**

| | |
|---|---|
| In Re:<br><br>**GENERAL MOTORS CORPORATION,**<br><br>Debtor. | Case No. 09-50026-reg<br>Chapter 11 |

**NOTICE OF APPEARANCE
AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned represents REALTY ASSOCIATES IOWA CORPORATION, a creditor in this case, and demands, pursuant to United States Bankruptcy Code §§ 102(1), 342 and 1109(b) and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

> Robert E. Greenberg, Esq.
> Friedlander Misler, PLLC
> 1101 Seventeenth Street, N.W.
> Suite 700
> Washington, D.C. 20036-4704
> Phone: 202-872-0800
> Fax: 202-857-8343
> Email: rgreenberg@dclawfirm.com

Please take further notice, that pursuant to Bankruptcy Code § 1109(b), this demand includes not only notices and papers referred to in the Rules specified above, but also includes without limitation, orders and

notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which may affect or seek to affect in any way any rights or interests of, with respect to the Debtor or any property or proceeds in which the Debtor may claim an interest.

FRIEDLANDER MISLER, PLLC

By: /s/ Robert E. Greenberg
Robert E. Greenberg, Esq.
1101 Seventeenth Street, NW
Suite 700
Washington, D.C. 20036
202-872-0800

*Counsel for Realty Associates Iowa Corporation*

2

## Certificate of Service

I hereby certify that on June 10, 2009, I served a copy of the foregoing by first class mail, postage prepaid, upon the following persons and entities:

General Motors Corporation
300 Renaissance Center
Detroit, MI 48265-3000
*Debtor*

Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
Honigman Miller Schwartz & Cohn, LLP
660 Woodward Avenue
Suite 2290
Detroit, MI 48226
*Counsel for Debtor*

Stephen Karotkin
Harvey R. Miller
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
*Counsel for Debtor*

U.S. Trustee
Brian Shoichi Masumoto
33 Whitehall Street
21st Floor
New York, NY 10004

Cred. Comm. Chair
Trans - Matic
300 East 48th Street
Holland, MI 49423

Robert D. Wolford
Miller, Johnson, Snell & Cummiskey, PLC
250 Monroe Avenue, N.W.
Suite 800
Grand Rapids, MI 49503
*Counsel for Creditor Committee*

_____
Robert E. Greenberg

U:\greenberg\CLIENT\TA-REALT\General Motors\Bankruptcy\Notice of Appearance 6-10-09.wpd