SQUIRE, SANDERS & DEMPSEY L.L.P.
G. Christopher Meyer (Ohio No. 0016268)
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114-1304
(216) 479-8500
cmeyer@ssd.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Case No. 09-50026 (REG)** |
| **GENERAL MOTORS CORPORATION,** *et al.*, | **(Jointly Administered)** |
| | **Chapter 11** |
| **Debtors.** | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES**

**TO: THE CLERK OF THE U.S. BANKRUPTCY COURT:**

PLEASE TAKE NOTICE, that the undersigned counsel hereby enters his appearance on behalf of Eaton Corporation (collectively "Eaton").  Pursuant to Rules 2002 and 9010(b) of the Rules of Bankruptcy Procedure, the undersigned  requests that all notices given or required to be given in the above-captioned Chapter 11 cases be given to and served upon the undersigned at the address set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail delivery, telephone, telegraph, telex, or otherwise which affect the above-captioned debtors or their respective properties.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Eaton's: (i) right to have final orders in non-core matters

entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; (iv) right to make any objection that may be made to jurisdiction of the Court; (v) right to have an attorney accept service of process or of a pleading or other paper initiating a contested matter; or (vi) other rights, claims, actions, defenses, setoffs or recoupments to which Eaton is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:   June 15, 2009

/s/ G. Christopher Meyer
G. Christopher Meyer (Ohio No. 0016268)
SQUIRE, SANDERS & DEMPSEY LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114-1304
(216) 479-8500
cmeyer@ssd.com