# **SCHEDULE 1**

## Dakkota Integrated Systems, LLC    GM Cure/Claim Recovery    June 12th, 2009

| Type of Claim | PO/Contract # | Amount ($) | Currency | Status |
|---|---|---|---|---|
| **Posted in edacor - Need Approval or Payment: Dakkota requires 100% Payment** | | | | |
| GMT 900 Normal Production for May, 2009 | | 89,771.41 | USD | In edacor - Ready to pay - Stayed |
| Sigma POP Normal Production for May, 2009 | | 801,260.37 | USD | In edacor - Ready to pay - Stayed |
| Sigma POP Normal Production for May, 2009 | | 18,787.37 | CDN | In edacor - Ready to pay - Stayed |
| Service Parts Shipments for May, 2009 | | 57,305.71 | USD | In edacor - Ready to pay - Stayed |
| Sigma VAA Normal Production for March, 2009 | | 648,920.97 | USD | In edacor - Awaiting Audit Approval |
| Sigma VAA Scope Change Retro Spot Buy | | 98,000.00 | USD | In edacor - Ready to pay - Stayed |
| GMX 322 Returnable Containers for Dash Mats | 0WMM0L2W | 19,135.00 | USD | In edacor - Ready to pay - Stayed |
| GMX 295 Tooling for FRONT Side Door Trim Assembly | 0WMM09LM | 20,000.00 | USD | In edacor - On Audit Hold |
| GMT 900 Tooling for Headliner Panel Assembly Changes | 0WMM0FGR | 8,670.00 | USD | In edacor - Ready to pay - Stayed |
| Total Posted in edacor - Need Approval or Payment | | 1,743,063.46 | USD | |
| Total Posted in edacor - Need Approval or Payment | | 18,787.37 | CDN | |
| **Direct Purchasing: Invoiced - Not Yet Posted in edacor: Dakkota requires 100% Payment** | | | | |
| GMX 265 Tooling for Instrument Panel Electrical Tester | 0WMM08PC | 309,925.00 | USD | Invoiced - Not Yet in edacor |
| GMX 295 Tooling for Front Side Door Trim Assembly | 0WMM0FGM | 19,200.00 | USD | Invoiced - Not Yet in edacor |
| GMX 295 Tooling for Instrument Panel Plate Assembly | 0WMM0BVC | 11,983.20 | USD | Invoiced - Not Yet in edacor |
| GMT 900 Tooling for Headliner Panel Assembly Changes | 0WMM0FGP | 4,150.00 | USD | Invoiced - Not Yet in edacor |
| GMT 900 Tooling for Headliner Panel Assembly Changes | 0WMM0J71 | 114,697.00 | USD | Invoiced - Not Yet in edacor |
| Purchase of Components for GMX 322 Non-Saleable Build Part Number 15836358 - Carrier Assembly | 0WMM0JTP | 94,774.05 | CDN | Invoiced - Not Yet in edacor |
| Purchase of Components for GMX 322 Non-Saleable Build Part Number 15836476 - Bracket Assembly-Steering Column | 0WMM0JTR | 4,912.65 | CDN | Invoiced - Not Yet in edacor |
| Purchase of Components for GMX 322 Non-Saleable Build Part Number 15836527 - Reinforcement Assembly-Steering Column | 0WMM0JTT | 17,962.65 | CDN | Invoiced - Not Yet in edacor |
| Purchase of Components for GMX 322 Non-Saleable Build Part Number 15836531 - Reinforcement Assembly-Parking Brake | 0WMM0JTV | 5,737.50 | CDN | Invoiced - Not Yet in edacor |
| Purchase of Components for GMX 322 Non-Saleable Build Part Number 15897785 - Bolster-IP Driver, Knee | 0WMM0JTW | 7,710.30 | CDN | Invoiced - Not Yet in edacor |
| Tooling Required per EWO's DKTAB,DRLSYA,DTCGAA - RFQ TC0021150 | TCS27586 | 13,749.00 | USD | Invoiced - Not Yet in edacor |
| Banking Costs Related to GMT 900 Crew Cab Headliners | 0WMM0L6W | 4,900.00 | USD | Invoiced - Not Yet in edacor |
| GMX 322 Rework per TWO 1048808(DPSBBB) | 0WMM0LOJ | 10,388.00 | USD | Invoiced - Not Yet in edacor |
| GMX 295 OHS - Modify Tester Station | 0WMM0KNO | 47,175.00 | USD | Invoiced - Not Yet in edacor |
| GMX 322 Application of 2 pcs Protective Tape | LAS52969 | 24,245.00 | USD | Invoiced - Not Yet in edacor |
| GMX 295 OHS Cloth Change Validation Testing | TCS94501 | 69,471.00 | USD | Invoiced - Not Yet in edacor |
| GMT 265 Model Balance Out Obsolescence ( 1 of 2) | M0900021 | 42,000.00 | USD | Claim Number Established |
| GMT 265 Model Balance Out Obsolescence ( 2 of 2) | M0900030 | 22,000.00 | EUR | Claim Number Established |
| GMT 900 Model Balance Out Obsolescence - Toluca/Oshawa | M0900057 | 5,872.41 | USD | Claim Number Established |
| Total Invoiced - Not Yet Posted in edacor | | 677,755.61 | USD | |
| Total Invoiced - Not Yet Posted in edacor | | 131,097.15 | CDN | |
| Total Invoiced - Not Yet Posted in edacor | | 22,000.00 | EUR | |

**Dakkota Integrated Systems, LLC**  **GM Cure/Claim Recovery**                                   June 12th, 2009

| Type of Claim | PO/Contract # | Amount ($) | Currency | Status |
|---|---|---:|---|---|
| **Indirect Purchasing: Need GM Purchase Order - Dakkota Requires 100% Payment** | | | | |
| Sigma VAA Normal Production for May, 2009 | | 483,686.85 | USD | Invoiced Under Interim Blanket PO |
| Sigma LGR Expedited Freight Charges for December, 2008 | | 3,300.00 | USD | Need PO from 3rd Party Manager |
| Sigma LGR Expedited Freight Charges for February, 2009 | | 300.00 | USD | Need PO from 3rd Party Manager |
| Sigma LGR Replacement Parts Charges for February, 2009 | | 738.88 | USD | Need PO from 3rd Party Manager |
| Sigma LGR Expedited Freight Charges for March, 2009 | | 3,600.00 | USD | Need PO from 3rd Party Manager |
| Sigma LGR Replacement Parts Charges for March, 2009 | | 582.98 | USD | Need PO from 3rd Party Manager |
| Sigma LGR Replacement Parts Charges for April, 2009 | | 443.19 | USD | Need PO from 3rd Party Manager |
| Sigma LGR Expedited Freight Charges for May, 2009 | | 600.00 | USD | Need PO from 3rd Party Manager |
| Sigma LGR Replacement Parts Charges for May, 2009 | | 455.79 | USD | Need PO from 3rd Party Manager |
| | **Total Needing GM Purchase Orders** | 493,707.69 | USD | |
| **Direct Purchasing: Commercial Issues - Dakkota requires 100% Payment** | | | | |
| GMX 295 Valance Panel Price Increase - $1.61 per Piece (1/1/08 - 6/11/09) | | 25,702.04 | USD | Need PO from Buyer |
| GMX 322 Valance Panel Price Increase - $2.02 per Piece (1/1/08 - 6/11/09) | | 196,709.62 | USD | Need PO from Buyer |
| GMX 295 - V and RHD Program Cancellation | | 100,000.00 | USD | Estimate only. Value To Be Determined |
| | **Total Commercial Issues** | 322,411.66 | USD | |
| **Indirect Purchasing: Commercial Issues - Dakkota requires 100% Payment** | | | | |
| Sigma - Squeak & Rattle Foam Block - TWO 1106094 | | 400.00 | USD | Need PO from 3rd Party Manager |
| Sigma - Squeak & Rattle Foam Block - TWO 1113590 | | 1,200.00 | USD | Need PO from 3rd Party Manager |
| GMX 322/206/226 Cockpit Unrecovered Launch Cost | | 198,877.50 | USD | Need PO from Indirect Purchasing |
| Sigma VAA Variable Cost Price Increase - $2.00 per Piece | | 4,068.00 | USD | May 2009 Retro. |
| | **Total Commercial Issues** | 204,545.50 | USD | |
| | **Grand Total GM Recovery Claim** | 3,441,483.92 | USD | |
| | | 149,884.52 | CDN | |
| | | 22,000.00 | EUR | |