UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                                    Chapter 11 Case No.

GENERAL MOTORS CORP., *et al.*,                          09-50026 (REG)

        Debtors,                             (Jointly Administered)

Contract Objection

Now comes HCA, Inc. and for its contract objection states as follows:

1. HCA, Inc. is a Michigan corporation, which does business as Anderson Consulting Associates, with its principal office at 5300 Plains Rd., Eaton Rapids, MI 48827

2. HCA, Inc.'s blanket purchase order number is TCB06695

3. HCA, Inc.'s vendor master I.D. number is 623524308

4. This contract objection is filed pursuant to a "Notice of (1) Debtors' Intent to Assume and Assign Certain Executory Contracts Etc." dated June 5, 2009.

5. That HCA, Inc. is listed as having a "contract cure amount" of $33,975.76 for a total of 43 contracts on the Contract Notice web site.

6. HCA, Inc. objects to this amount because it does not include many contracts which were completed and invoiced prior to the filing of this bankruptcy.

7. The additional contract amounts which should be included in the "contract cure amount" total $53,764.33. These amounts are itemized on Exhibit A attached.

8. HCA, Inc. objects to the contract cure amount because it does not include the additional $53,764.33 which should be included.

9. The total contract cure amount should be $89,740.09.

10. This contract objection is filed solely as to the "cure amount" and as such is a "cure objection."

Wherefore HCA, Inc. objects to the contract cure amount of $33,975.76 because it fails to include an additional $53,764.33 which should have been included and because it does not total $89,740.09.

*[Received stamp: JUN 15 2009]*

6-12-09
Date

*Diane Carlisle* by *Robert McCarthy*
with permission
Diane Carlisle, President
HCA, Inc.

6-12-09
Date

*Robert E. McCarthy*
Robert E. McCarthy, Esq.
Attorney licensed to practice in the State of Michigan
P 28450

09-50026-mg    Doc 1221    Filed 06/15/09    Entered 06/15/09 16:02:03    Main Document
11:26 AM
06/11/09

# ANDERSON CONSULTING ASSOCIATES
## A/R Aging Detail
### As of June 11, 2009

| | Type | Date | Num | Name | Aging | Open Balance |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| | Invoice | 04/30/2009 | 1370 | GMPT Toledo:2009 - SS | | 5,752.76 |
| Total Current | | | | | | 5,752.76 |
| **1 - 30** | | | | | | |
| | Invoice | 03/31/2009 | 1365 | GMVM Pontiac Metal Center:2009 - NC Prtshp | 12 | 880.13 |
| Total 1 - 30 | | | | | | 880.13 |
| **31 - 60** | | | | | | |
| | Invoice | 04/22/2009 | 1368 | GMPT Wixom:2009 - SS | 50 | 1,546.45 |
| Total 31 - 60 | | | | | | 1,546.45 |
| **61 - 90** | | | | | | |
| | Invoice | 01/26/2009 | 1349 | GMVM Pontiac Metal Center:2008 - TUNS | 76 | 3,292.83 |
| | Invoice | 01/31/2009 | 1352 | GMVM Pontiac Metal Center:2009 - NC Prtshp | 71 | 1,074.13 |
| Total 61 - 90 | | | | | | 4,366.96 |
| **> 90** | | | | | | |
| | Invoice | 03/31/2007 | 1097 | GMVM Pontiac Metal Center:2007/2008 - NC Prtshp | 803 | 1,539.63 |
| | Invoice | 03/31/2007 | 1118 | GMVM Pontiac Metal Center - 2006 - SS | 803 | 9,203.01 |
| | Invoice | 03/31/2007 | 1119 | GMVM Pontiac Metal Center - 2006 - NC Prtshp | 803 | 2,761.28 |
| | Invoice | 03/31/2007 | 1120 | GM MFD : Design-In Safety - 2006 - NC | 803 | 1,833.14 |
| | Invoice | 04/30/2007 | 1113 | GMVM Pontiac Metal Center:2007/2008 - NC Prtshp | 773 | 730.21 |
| | Invoice | 06/30/2007 | 1139 | GMVM Pontiac Metal Center:2007/2008 - NC Prtshp | 712 | 809.42 |
| | Invoice | 08/31/2007 | 1167 | GMVM Pontiac Metal Center:2007/2008 - NC Prtshp | 650 | 995.42 |
| | Invoice | 08/31/2007 | 1176 | GMVM Pontiac Metal Center:2007 - SS Pontiac and New H | 650 | 9,437.00 |
| | Invoice | 10/31/2007 | 1208 | GMVM Pontiac Metal Center:2007/2008 - NC Prtshp | 589 | 809.42 |
| | Invoice | 11/30/2007 | 1213 | GMVM Pontiac Metal Center:2007/2008 - NC Prtshp | 559 | 902.42 |
| | Invoice | 02/29/2008 | 1257 | GMVM Pontiac Metal Center:2007/2008 - NC Prtshp | 468 | 1,128.42 |
| | Invoice | 04/28/2008 | 1266 | MFD Mansfield:JAA Invoice | 409 | 2,902.56 |
| | Invoice | 04/30/2008 | 1272 | GMVM Pontiac Metal Center:2007/2008 - NC Prtshp | 407 | 1,419.42 |
| | Invoice | 05/31/2008 | 1280 | GMVM Pontiac Metal Center:2007/2008 - NC Prtshp | 376 | 748.90 |
| | Invoice | 06/30/2008 | 1286 | GMVM Pontiac Metal Center:2007/2008 - NC Prtshp | 346 | 848.13 |
| | Invoice | 07/31/2008 | 1300 | GMVM Pontiac Metal Center:2007/2008 - NC Prtshp | 315 | 977.13 |
| | Invoice | 08/31/2008 | 1301 | GMVM Pontiac Metal Center:2007/2008 - NC Prtshp | 284 | 977.13 |
| | Invoice | 09/30/2008 | 1318 | GMVM Pontiac Metal Center:2007/2008 - NC Prtshp | 254 | 1,047.13 |
| | Invoice | 10/31/2008 | 1329 | GMVM Pontiac Metal Center:2007/2008 - NC Prtshp | 163 | 1,268.13 |
| | Invoice | 11/30/2008 | 1341 | GMVM Pontiac Metal Center:2007/2008 - NC Prtshp | 133 | 880.13 |
| Total > 90 | | | | | | 41,218.03 |
| **TOTAL** | | | | | | **53,764.33** |



Exhibit 1