W. David Arnold
Robison, Curphey & O'Connell
Four Seagate, Ninth Floor
Toledo, OH 43604
Telephone: (419) 249-7900
Facsimile:  (419) 249-7911

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.*, | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, W. David Arnold, a member in good standing of the bar in the states of Ohio and Georgia, and of the bars of numerous U.S. Bankruptcy Courts, District Courts, and Courts of Appeal, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Affinia Group, Inc., Wix Filtration Corporation, Brake Parts, Inc. and Affinia Canada Corporation, creditors in the above-referenced jointly administered cases.

My address is Robison, Curphey & O'Connell, Four Seagate, Ninth Floor, Toledo, Ohio 43604, my e-mail address is darnold@rcolaw.com, and my telephone number is (419) 249-7900.

       I agree to pay the fee of $25 upon approval by the court admitting me to practice *pro hac vice*.

| Dated: June 12, 2009 | /s/ W. David Arnold |
|---|---|
| | Signature of Movant |
| | |
| | W. David Arnold |