W. David Arnold
Robison, Curphey & O'Connell
Four Seagate, Ninth Floor
Toledo, OH 43604
Telephone: (419) 249-7900
Facsimile: (419) 249-7911

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

### ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of W. David Arnold to be admitted, *pro hac vice*, to represent Affinia Group, Inc. and its affiliates, creditors, in the above-referenced jointly administered cases, and upon the movant's certification that the movant is a member in good standing of the bar in the states of Ohio and Georgia, it is hereby

**ORDERED**, W. David Arnold is admitted to practice, *pro hac vice*, in the above-referenced jointly administered cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____
     New York, New York

_____
United States Bankruptcy Judge