James A. Plemmons (*pro hac vice*)
Michael C. Hammer (*pro hac vice*)
DICKINSON WRIGHT PLLC
500 Woodward Ave., Suite 4000
Detroit, MI 48226
Tel: (313) 223-3500

Attorneys for Sabó USA, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                             :  Chapter 11
In re:                                                       :
                                                             :  Case No. 09-50026 (REG)
GENERAL MOTORS CORP., *et al.*,                              :
                                                             :  (Jointly Administered)
                        Debtors.                             :
------------------------------------------------------------x

**SABÓ USA, INC.'S LIMITED OBJECTION TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. § § 105, 363(B), (F), (K) AND (M), AND 365 AND FED. R. BANKR. P. 2002, 6004 AND 6006, TO (I) APPROVE (A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS, LLC, A U.S. TREASURY-SPONSORED PURCHASER, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) OTHER RELIEF; AND (II) SCHEDULE SALE APPROVAL HEARING**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Sabó USA, Inc. ("Sabó")[1], through its attorneys, Dickinson Wright PLLC, states as follows for its Objection:

1. On June 1, 2009, Debtors filed their *Motion Pursuant to 11 U.S.C. § § 105, 363(b), (f), (k) and (m), and 365 and Fed. R. Bankr. P. 2002, 6004 and 6006, to (I) Approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement With Vehicle Acquisition Holdings, LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims,*

1

*Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Hearing* (the "Assumption Motion").

2. On June 2, 2009, this Court entered its *Order Pursuant to 11 U.S.C. §§ 105, 363, and 365 and Fed. R. Bankr. P. 2002, 6004 and 6006 (I) Approving Procedures For Sale of Debtors' Assets Pursuant to Master Sale and Purchase Agreement With Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline and Sale Hearing Date; (III) Establishing Assumption and Assignment Procedures; and (IV) Fixing Notice Procedures and Approving Form of Notice* (the "Order").

3. The Order established certain procedures pursuant to which the Debtors were to give affected parties notice that Debtors intended to assume their executory contracts and/or unexpired leases, as well as the amounts that the Debtors believed were required to "cure" defaults under those contracts and leases as required by 11 U.S.C. § 365(b) (the "Cure Procedures").

4. On June 5, 2009, in accordance with the Cure Procedures, the Debtors filed and served their *Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* (the "Cure Notice") on certain creditors. The Cure Notice advised that the Debtors maintained a secure website that contained information about contracts to be assumed and cure amounts that the Debtors believe will satisfy their obligations under 11 U.S.C. § 365(b).

---

Footnote continued from previous page ...
[1] Sabo Industria e Comercio de Autopecas Ltda., the parent company of Sabo USA, Inc., has submitted its own Limited Objection regarding contracts it has entered into directly with Debtors.

2

5. The secure website provided that Debtors intended to assume those contracts listed on <u>Exhibit A</u> printed out from the website (the "Executory Contracts") but failed to tender a cure amount to Sabó, as shown on the printout from the website attached as <u>Exhibit B</u> (the "Debtor's Cure Amount").

6. The secure website also failed to include the following contracts (the "Additional Contracts"):

| | | |
|---|---|---|
| GM Contract ID 143M001G | Part # 24234254 | Sabó Part #7521 |
| GM Contract ID 143M001H | Part # 24234257 | Sabó Part #7925 |

7. Although Sabó does not object to the assumption of the Executory Contracts *per se*, Sabó does object to Debtors failure to assume the Additional Contacts, and to the assumption of all its contracts to the extent Debtors fail to pay all cure amounts in full, as well as all related commercial claims. In addition, the cure amount must include all accrued, non-defaulted obligations and any other amount due through the Assumption Effective Date. According to present estimates, Sabó believes that the Debtors must pay an amount of no less than $37,919.15. Detail and support for this cure amount are provided in attached <u>Exhibit C</u>.

8. Sabó objects to the assumption and assignment of the Executory Contracts and Additional Contracts unless Debtors pay the amount of no less than $37,919.15 and provide adequate assurance of future performance.[2]

**WHEREFORE** Sabó respectfully requests that this Court find that the amount required to cure the existing defaults under the Executory Contracts is no less than $37,919.15 and deny

---

[2] To the extent Debtors argue that Sabo's claims are subject to the cure dispute resolution process, Sabo objects that the Debtors should not have the right to determine unilaterally and without a strict deadline whether a given dispute is subject to alternative dispute resolution procedures, as this would allow Debtors to delay cure proceedings indefinitely.

the Debtors' assumption and assignment of the Executory Contracts and Additional Contracts unless this cure amount is promptly paid to Sabó.

          Respectfully submitted,

          DICKINSON WRIGHT PLLC

          By: /s/   Michael C. Hammer
          James A. Plemmons (*pro hac vice*)
          Michael C. Hammer (*pro hac vice*)
          500 Woodward Ave., Suite 4000
          Detroit, MI 48226
          Tel: (313) 223-3500
          Email: jplemmons@dickinsonwright.com
          Email: mhammer@dickinsonwright.com
          Attorneys for Sabó USA, Inc.

Dated: June 15, 2009

ANNARBOR 26690-1 108114

**EXHIBIT A**

Exhibit B

# Contract Notices

User: u4xn7R8c

My Contracts    Documents & Links

## Supplier Details

Supplier Name: **SABO USA INC**
Contract Cure Amount:
# of Contracts: **21**

Vendor Master ID: ~~62~~ 62162 P2 57

Click here to view Contract Cure Amount Details

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Cont |
|---|---|---|---|---|---|
| 5716-00477068 | 26VL0002 | 621628259 | SABO USA INC | Blanket Order | ? Noticed |
| 5716-00477069 | 26VL0004 | 621628259 | SABO USA INC | Blanket Order | ? |
| 5716-00477070 | 26VL0008 | 621628259 | SABO USA INC | Blanket Order | ? |
| 5716-00477071 | 26VL000G | 621628259 | SABO USA INC | Blanket Order | ? |
| 5716-00477072 | 26VL000H | 621628259 | SABO USA INC | Blanket Order | ? |
| 5716-00477073 | 26VL000J | 621628259 | SABO USA INC | Blanket Order | ? |
| 5716-00854646 | 1444001T | 621628259 | SABO USA INC | Agreement | ? |
| 5716-00854647 | 14440021 | 621628259 | SABO USA INC | Agreement | ? |
| 5716-00854648 | 14440022 | 621628259 | SABO USA INC | Agreement | ? |
| 5716-00854649 | 14440023 | 621628259 | SABO USA INC | Agreement | ? |
| 5716-00854650 | 14440024 | 621628259 | SABO USA INC | Agreement | ? |
| 5716-00946995 | 26VL0000 | 621628259 | SABO USA INC | Agreement | ? |
| 5716-00946996 | 26VL0001 | 621628259 | SABO USA INC | Agreement | ? |
| 5716-00946997 | 26VL0007 | 621628259 | SABO USA INC | Blanket Order | ? |
| 5716-00946998 | 26VL0009 | 621628259 | SABO USA INC | Blanket Order | ? |
| 5716-00946999 | 26VL000B | 621628259 | SABO USA INC | Blanket Order | ? |
| 5716-00947000 | 26VL000C | 621628259 | SABO USA INC | Blanket Order | ? |

# Contract Notices

Page 2 of 2

| Contract ID | | Purchase Order | Purchaser | Contract Type | |
|---|---|---|---|---|---|
| 5716-00947001 | 26VL000D | 621628259 | SABO USA INC | Blanket Order | Noticed |
| 5716-00947002 | 26VL000F | 621628259 | SABO USA INC | Blanket Order | ↗ |
| 5716-00947003 | 26VL000K | 621628259 | SABO USA INC | Blanket Order | ↗ |
| 5716-00947004 | 26VL000L | 621628259 | SABO USA INC | Blanket Order | ↗ |

Hover mouse cursor here for Contract Status Legend

**Important Notices**:

All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorpora referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as t or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the exec contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home

Logout

June 12, 2009 @ 12:29:57 PM

Copyright ©2009 AlixPartne

https://contractnotices.com/MyContracts.aspx

6/12/2009

Contract Notices

Page 1 of 1

Contract Notices

User: u4xn7R8c

My Contracts    Documents & Links

Home    Logout

## Supplier Details

Supplier Name: **SABO USA INC**                                    Vendor Master ID: ~~$2~~ 6216292599

Contract Cure Amount:
# of Contracts: **21**                                              Click here to view Contracts

### Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amo |
|---|---|---|---|---|---|

**Important Notices:**

All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorpora referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as t or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the exec contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

June 12, 2009 @ 12:33:39 PM                                                 Copyright © 2009 AlixPartn

https://contractnotices.com/MyContractDetails.aspx                                                   6/12/2009

## SABÓ - SHIPMENTS FROM 0401st09 TO 0531st09 AND INVENTORY AS OF 0531st09 FOR GM

| Open Shipments from Sabo NC to GM - between 0401st09 to 0531st09 | | | | | | $37,919.15 |
|---|---|---|---|---|---|---|
| BL# / ASN# | Customer/Plant | Inv.Date | part_no | supplier_part_no | Qty | Value USD |
| 20316 | GMPT KE | 28-Apr-09 | 24234257 | 7925 | 840 | $644.14 |
| 20316 | GMPT KE | 28-Apr-09 | 24234254 | 7521 | 312 | $243.66 |
| 20517 | GMPT KE | 29-Apr-09 | 24234257 | 7925 | 840 | $644.14 |
| 20517 | GMPT KE | 29-Apr-09 | 24234254 | 7521 | 780 | $609.14 |
| 20717 | GMPT KE | 30-Apr-09 | 24234257 | 7925 | 840 | $644.14 |
| 20717 | GMPT KE | 30-Apr-09 | 24234254 | 7521 | 468 | $365.48 |
| 20817 | GMPT 2N | 1-May-09 | 24234257 | 7925 | 336 | $241.54 |
| 20817 | GMPT 2N | 1-May-09 | 24234254 | 7521 | 156 | $118.17 |
| 20917 | GMPT KE | 1-May-09 | 24234257 | 7925 | 672 | $483.09 |
| 20917 | GMPT KE | 1-May-09 | 24234254 | 7521 | 468 | $354.52 |
| 21018 | GMPT KE | 4-May-09 | 24234257 | 7925 | 672 | $483.09 |
| 21218 | GMPT 39 | 5-May-09 | 24243627 | 8509 | 192 | $681.60 |
| 21118 | GMPT KE | 5-May-09 | 24234254 | 7521 | 312 | $236.35 |
| 21318 | GMPT 2N | 6-May-09 | 24234257 | 7925 | 168 | $120.77 |
| 21418 | GMPT KE | 6-May-09 | 24234257 | 7925 | 840 | $603.86 |
| 21418 | GMPT KE | 6-May-09 | 24234254 | 7521 | 468 | $354.52 |
| 21718 | GMPT 39 | 7-May-09 | 24243627 | 8509 | 192 | $681.60 |
| 21818 | GMPT 39 | 7-May-09 | 24243625 | 8507 | 336 | $1,276.80 |
| 21617 | GMPT 2N | 7-May-09 | 24234257 | 7925 | 672 | $483.09 |
| 21617 | GMPT 2N | 7-May-09 | 24234254 | 7521 | 156 | $118.17 |
| 21518 | GMPT KE | 7-May-09 | 24234257 | 7925 | 840 | $603.86 |
| 21518 | GMPT KE | 7-May-09 | 24234254 | 7521 | 468 | $354.52 |
| 22118 | GMPT 39 | 8-May-09 | 24243626 | 8508 | 16 | $44.00 |
| 22118 | GMPT 39 | 8-May-09 | 24243624 | 8511 | 64 | $124.80 |
| 22018 | GMPT 2N | 8-May-09 | 24234257 | 7925 | 336 | $241.54 |
| 22018 | GMPT 2N | 8-May-09 | 24234254 | 7521 | 156 | $118.17 |
| 21918 | GMPT KE | 8-May-09 | 24234257 | 7925 | 840 | $603.86 |
| 21918 | GMPT KE | 8-May-09 | 24234254 | 7521 | 468 | $354.52 |
| 22419 | GMPT 2N | 11-May-09 | 24234257 | 7925 | 336 | $241.54 |
| 22419 | GMPT 2N | 11-May-09 | 24234254 | 7521 | 156 | $118.17 |
| 22319 | GMPT KE | 11-May-09 | 24234257 | 7925 | 1176 | $845.41 |
| 22319 | GMPT KE | 11-May-09 | 24234254 | 7521 | 624 | $472.69 |
| 22519 | GMPT 2N | 12-May-09 | 24234257 | 7925 | 672 | $483.09 |
| 22519 | GMPT 2N | 12-May-09 | 24234254 | 7521 | 780 | $590.86 |
| 22619 | GMPT KE | 12-May-09 | 24234257 | 7925 | 672 | $483.09 |
| 22619 | GMPT KE | 12-May-09 | 24234254 | 7521 | 624 | $472.69 |
| 22819 | GMPT 2N | 13-May-09 | 24234257 | 7925 | 504 | $362.32 |
| 22819 | GMPT 2N | 13-May-09 | 24234254 | 7521 | 312 | $236.35 |
| 22719 | GMPT KE | 13-May-09 | 24234257 | 7925 | 840 | $603.86 |
| 22719 | GMPT KE | 13-May-09 | 24234254 | 7521 | 468 | $354.52 |
| 22218 | GMPT 39 | 14-May-09 | 24243625 | 8507 | 192 | $729.60 |
| 23119 | GMPT 2N | 14-May-09 | 24234257 | 7925 | 336 | $241.54 |
| 23119 | GMPT 2N | 14-May-09 | 24234254 | 7521 | 312 | $236.35 |
| 23219 | GMPT KE | 14-May-09 | 24234257 | 7925 | 840 | $603.86 |
| 23219 | GMPT KE | 14-May-09 | 24234254 | 7521 | 468 | $354.52 |
| 23319 | GMPT 2N | 15-May-09 | 24234257 | 7925 | 336 | $241.54 |
| 23319 | GMPT 2N | 15-May-09 | 24234254 | 7521 | 312 | $236.35 |
| 23419 | GMPT KE | 15-May-09 | 24234257 | 7925 | 840 | $603.86 |
| 23419 | GMPT KE | 15-May-09 | 24234254 | 7521 | 468 | $354.52 |
| 23520 | GMPT 2N | 18-May-09 | 24234257 | 7925 | 336 | $241.54 |
| 23620 | GMPT KE | 18-May-09 | 24234257 | 7925 | 168 | $120.77 |
| 23620 | GMPT KE | 18-May-09 | 24234254 | 7521 | 156 | $118.17 |
| 23920 | GMPT KE | 19-May-09 | 24234257 | 7925 | 672 | $483.09 |
| 23920 | GMPT KE | 19-May-09 | 24234254 | 7521 | 468 | $354.52 |
| 23820 | GMPT 2N | 20-May-09 | 24234257 | 7925 | 672 | $483.09 |
| 23820 | GMPT 2N | 20-May-09 | 24234254 | 7521 | 312 | $236.35 |

Library: DETROIT
Document Name: Sabo_GM_Rpt_Open_Items.XLS
Document Number: 1116285  Version: v1
Document Author: HighMR

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 23720 | GMPT 39 | 20-May-09 | 24243625 | 8507 | 720 | | $2,736.00 |
| 23720 | GMPT 39 | 20-May-09 | 24243627 | 8509 | 128 | | $454.40 |
| 23720 | GMPT 39 | 20-May-09 | 24243623 | 8510 | 96 | | $296.64 |
| 23720 | GMPT 39 | 20-May-09 | 24230715 | 7778 | 360 | | $262.80 |
| 24020 | GMPT 2N | 21-May-09 | 24234257 | 7925 | 336 | | $241.54 |
| 24020 | GMPT 2N | 21-May-09 | 24234254 | 7521 | 156 | | $118.17 |
| 24120 | GMPT 2N | 22-May-09 | 24234257 | 7925 | 336 | | $241.54 |
| 24120 | GMPT 2N | 22-May-09 | 24234254 | 7521 | 156 | | $118.17 |
| 24220 | GMPT KE | 22-May-09 | 24234257 | 7925 | 840 | | $603.86 |
| 24220 | GMPT KE | 22-May-09 | 24234254 | 7521 | 468 | | $354.52 |
| 24320 | GMPT 2N | 25-May-09 | 24234257 | 7925 | 504 | | $362.32 |
| 24320 | GMPT 2N | 25-May-09 | 24234254 | 7521 | 312 | | $236.35 |
| 24420 | GMPT KE | 25-May-09 | 24234257 | 7925 | 840 | | $603.86 |
| 24420 | GMPT KE | 25-May-09 | 24234254 | 7521 | 468 | | $354.52 |
| 24521 | GMPT KE | 26-May-09 | 24234257 | 7925 | 1008 | | $724.63 |
| 24521 | GMPT KE | 26-May-09 | 24234254 | 7521 | 936 | | $709.04 |
| 24620 | GMPT 39 | 26-May-09 | 24243623 | 8510 | 288 | | $889.92 |
| 24721 | GMPT 2N | 27-May-09 | 24234257 | 7925 | 336 | | $241.54 |
| 24721 | GMPT 2N | 27-May-09 | 24234254 | 7521 | 156 | | $118.17 |
| 24821 | GMPT KE | 27-May-09 | 24234257 | 7925 | 672 | | $483.09 |
| 24821 | GMPT KE | 27-May-09 | 24234254 | 7521 | 312 | | $236.35 |
| 24921 | GMPT 2N | 28-May-09 | 24234257 | 7925 | 336 | | $241.54 |
| 24921 | GMPT 2N | 28-May-09 | 24234254 | 7521 | 156 | | $118.17 |
| 25021 | GMPT KE | 28-May-09 | 24234257 | 7925 | 840 | | $603.86 |
| 25021 | GMPT KE | 28-May-09 | 24234254 | 7521 | 468 | | $354.52 |
| 25221 | GMPT 2N | 29-May-09 | 24234257 | 7925 | 504 | | $362.32 |
| 25221 | GMPT 2N | 29-May-09 | 24234254 | 7521 | 156 | | $118.17 |
| 25321 | GMPT KE | 29-May-09 | 24234257 | 7925 | 840 | | $603.86 |
| 25321 | GMPT KE | 29-May-09 | 24234254 | 7521 | 624 | | $472.69 |
| 25121 | GMPT 39 | 29-May-09 | 24243625 | 8507 | 14 | | $53.20 |
| 25121 | GMPT 39 | 29-May-09 | 24243627 | 8509 | 64 | | $227.20 |
| 25121 | GMPT 39 | 29-May-09 | 24243623 | 8510 | 374 | | $1,155.66 |
| 21118 | GMPT KE | 5-May-09 | 24234257 | 7925 | 672 | | $483.09 |

Library: DETROIT
Document Name: Sabo_GM_Rpt_Open_Items.XLS
Document Number: 1116285 Version: v1
Document Author: HighMR