<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF SERVICE OF OBJECTION OF SIKA CORPORATION TO NOTICE OF (i) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (ii) CURE COSTS RELATED THERETO**

I, Sam Della Fera, Jr., of full age, hereby certify to the Court as follows:

1.      I am a partner with the law firm of Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C., attorneys for creditor, Sika Corporation ("Sika").

2.      On June 15, 2009, Sika's Objection to Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contracts and (ii) Cure Costs Related Thereto was served (i) electronically through the Bankruptcy Court's PACER system on parties requesting electronic service in the above-captioned Chapter 11 cases and (ii) by this office, on the parties listed on the attached service list by the means indicated thereon.

3.      The statements made by me herein are true.  I am aware that, if any of the foregoing statements made by me are willfully false, I am subject to punishment.

<div style="margin-left: 40%;">

**TRENK, DiPASQUALE, WEBSTER,**
**DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ  07052
(973) 243-8600
Sam Della Fera, Jr. (SD-4840)
*Attorneys for Sika Corporation, Creditor*

By:____/s/ Sam Della Fera, Jr._____
        Sam Della Fera, Jr.

</div>

Dated:  June 15, 2009

F:\WPDOCS\N-Z\Sika Corp\General Motors\Cert of Serv-Obj. to Cure Costs.doc

## SERVICE LIST

**VIA E-MAIL (c/o Weil Gotshal & Manges, LLP)**
**AND VIA UPS OVERNIGHT MAIL**

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn:  Warren Command Center, Mailcode 480-206-114)

**VIA E-MAIL:**

| | |
|---|---|
| Harvey R. Miller, Esq. | harvey.miller@weil.com |
| Stephen Karotkin, Esq. | stephen.karotkin@weil.com |
| Joseph H. Smolinsky, Esq. | joseph.smolinsky@weil.com |

Weil Gotshal & manges LLP
767 Fifth Avenue
New York, New York 10153
*Attorneys for Debtors*

John J. Rapisardi, Esq.                     john.rapisardi@cwt.com
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
*Attorneys for Purchaser*

| | |
|---|---|
| Kenneth H. Eckstein, Esq. | keckstein@kramerlevin.com |
| Thomas Moers, Mayer, Esq. | tmayer@kramerlevin.com |
| Gordon Z. Novod, Esq. | gnovod@kramerlevin.com |

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
*Attorneys for Creditors' Committee*

| | |
|---|---|
| Michael J. Edelman, Esq. | mjedelman@vedderprice.com |
| Michael L. Schein, Esq. | mschein@vedderprice.com |

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
*Attorneys for Export Development Canada*

**VIA FACSIMILE:**

U.S. Treasury                                    Fax No. 202-622-6415
Attn:  Matthew Feldman, Esq.
1500 Pennsylvania Avneue NW
Room 2312
Washington, DC 20220

Office of the United States Trustee              Fax No. 212-668-2256
Attn:  Diana G. Adams, Esq.
333 Whitehall Street, 21st Floor
New York, New York 10004