**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| _____ X | | Chapter 11 |
| | : | |
| In re | : | Case No. 09-50026 (REG) |
| | : | |
| GENERAL MOTORS CORP., *et al.,* | : | |
| | : | |
| Debtors | : | |
| | : | |
| _____ X | | |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

  I, Ann Marie Uetz, a member in good standing of the bar in the state of Michigan and the bar of the U.S. District Court for the Eastern District of Michigan, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent ABC Group, Inc., HHI Forging, Inc. and Kyklos Bearing International, Creditors in the above referenced case.

Mailing Address: Foley & Lardner LLP, One Detroit Center, 500 Woodward Ave., Suite 2700, Detroit, MI 48226-3489

Email Address: auetz@foley.com

Telephone Number: (313) 234-7100

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated:  June 15, 2009

                    /s/ Ann Marie Uetz
                    Ann Marie Uetz

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| _____  X | | Chapter 11 |
| In re  : | | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP., *et al.,*  : | | |
| Debtors  : | | |
| _____  X | | |

**ORDER GRANTING ADMISSION TO PRACTICE,** *Pro Hac Vice*

Ann Marie Uetz, a member in good standing of the bar of the State of Michigan and the bar of the U.S. District Court for the Eastern District of Michigan, having requested admission, *pro hac vice*, to represent ABC Group, Inc., HHI Forging, Inc. and Kyklos Bearing International, Creditors in the above referenced case.

**ORDERED,**

That Ann Marie Uetz, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, providing that the filing fee has been paid.

Dated: _____
New York, New York

/s/_____
UNITED STATES BANKRUPTCY
JUDGE

2