IVEY, BARNUM & O'MARA, LLC
Melissa Zelen Neier (MZ 7510)
170 Mason Street
Greenwich, CT 06830
(203) 661-6000

*Attorneys for Sonic Automotive, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re                                            :    Chapter 11
                                                 :
General Motors Corp., *et al.*,                  :    Case No. 09-50026 (REG)
                                                 :
                        Debtors.                 :    (Jointly Administered)
                                                 :
-----------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO: THE HONORABLE ROBERT E. GERBER, UNITED STATES BANKRUPTCY JUDGE, THE ABOVE-CAPTIONED DEBTORS, THE OFFICE OF THE UNITED STATES TRUSTEE, ALL SECURED AND UNSECURED CREDITORS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of Chapter 11 of the United States Bankruptcy Code, the undersigned, as counsel for Sonic Automotive, Inc. and its direct and indirect subsidiaries (collectively, "Sonic" or the "Affected Sonic Dealerships") hereby appear in the above-captioned case, pursuant to Rules 2002, 3017, 4001, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure.

Sonic requests that all parties in interest and all counsel of record provide the following individuals with copies of all notices, pleadings, and other filings in the above-captioned case. All counsel of record are requested to direct all written or telephonic correspondence as follows:

Melissa Zelen Neier, Esq.
IVEY, BARNUM, AND O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
mneier@ibolaw.com
Telephone: (203) 661-6000
Fax: (203) 661-9462

-and-

Kiah T. Ford IV
Parker Poe Adams & Bernstein LLP
Three Wachovia Center
401 S. Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Phone (704) 372-9000
chipford@parkerpoe.com

Please take further notice that the foregoing request includes all notices and papers referred to in the Bankruptcy Rules and Local Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether conveyed by mail, telephone or otherwise.

Sonic additionally requests that the Debtors, the Clerk of the Court and any court-approved noticing agent place the undersigned counsel on any mailing matrix to be prepared or existing in the above-captioned cases.

Neither this Request for Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall constitute a waiver of Sonic to its:

1. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

2. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related thereto, notwithstanding the designation *vel non* of such matters as "core

proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial is pursuant to statute or the United States Constitution;

3. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

4. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which Sonic is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto this party without exception and with no purpose of confessing or conceding in any way by this filing or by any other participation in these matters.

**FOR SONIC AUTOMOTIVE, INC.**

BY:   /s/ Melissa Zelen Neier
Melissa Zelen Neier, Esq.
IVEY, BARNUM, AND O'MARA, LLC
170 Mason Street
Greenwich, CT  06830
Email: mneier@ibolaw.com
Telephone: (203) 661-6000
Fax: (203) 661-9462

-and-

Kiah T. Ford IV
Parker Poe Adams & Bernstein LLP
Three Wachovia Center
401 S. Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Email: chipford@parkerpoe.com
Telephone (704) 372-9000