UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

GENERAL MOTORS CORP., *et al.*,

          Debtors

Chapter 11
Case No. 09-50026 (REG)

Jointly Administered

---

### **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

The undersigned, being duly sworn, deposes and says:

Deponent is a legal assistant at Herrick, Feinstein LLP, is not a party to this proceeding, is over 18 years of age and resides at New York, New York.

On June 12, 2009, Deponent served:

*Limited Objection of Emerson Electric Company and Its Affiliates (Collectively "Emerson") to (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto (Docket No.: 859)* via First Class Mail upon the parties on the annexed list by causing true copies of the same, enclosed in a postage pre-paid envelope, to be deposited into an official depository under the exclusive care and custody of the United States Postal Service.

Date:  New York, New York
         June 15, 2009

                                              /s/ Shelby Kelleher
                                              Shelby Kelleher

Sworn to before me this
15th day of June, 2009
*/s/ Seth Kornbluth*
Notary Public, State of New York

HF 4994193v.1 #99999/1000

## SPECIAL SERVICE LIST

| | |
|---|---|
| **Debtors** | **Attorneys for Creditors Committee** |
| Lawrence S. Buonomo, Esq.<br>c/o General Motors Corporation<br>300 Renaissance Center<br>Detroit, MI 48265 | Robert D. Wolford, Esq.<br>Miller, Johnson, Snell & Cummiskey, PLC<br>250 Monroe Avenue, N.W., Suite 800<br>Grand Rapids, MI 49503 |
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025<br>Attn: Warren Command Center,<br>Mailcode 480-206-114 | **Export Development Canada**<br><br>Export Development Canada<br>c/o Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 |
| **Attorneys for Debtors** | |
| Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | **Office of the U.S. Trustee**<br><br>Diana G. Adams, Esq.<br>Office of the United States Trustee<br>  for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| **U.S. Treasury** | |
| Matthew Feldman, Esq.<br>U.S. Treasury<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, DC 20220 | |
| **Attorneys for Purchaser** | |
| John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 | |