## CERTIFICATE OF SERVICE

I, R. Stephen McNeill, certify that I am not less than 18 years of age and that on this 15th day of June 2009, I caused a true and correct copy of the within **Limited Objection and Reservation of Rights of Norfolk Southern Corporation, Norfolk Southern Railway and Triple Crown Services Company Regarding Debtors' Notice of Filing of Schedule of Certain Designated Supplier Agreements and Cure Cost Related Thereto** to be served via first class U.S. Mail, postage prepaid, upon the parties on the attached service list:

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 15, 2009

_R. Stephen McNeill_
R. Stephen McNeill

PAC 920730v.1