# GENERAL MOTORS CORPORATION
## SERVICE LIST

**(The Debtors)**
General Motors Corporation
Cadillac Building,
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center,
Mailcode 480-206

**(Attorneys for Debtors)**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq.
  Stephen Karotkin, Esq.
  Joseph H. Smolinsky, Esq.

**(U.S. Treasury)**
The U.S. Treasury
1500 Pennsylvania Avenue NW,
Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

**(Attorneys for the Purchaser)**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi, Esq.

**(Attorneys for the Creditors Committee**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NewYork 10036
Attn: Gordon Z. Novod, Esq.

**(Attorneys for Export Development Canada)**
Verdder Price, P.C.
1633 Broadway
47th Floor
New York, New York 10019
Attn: Michael J. Edelman, Esq.
  Michael L. Schein, Esq.

**(U.S. Trustee)**
The Office of the United States Trustee for
  the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Diana G. Adams, Esq.