**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.,* | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the law firm of Foley & Lardner LLP, by the

undersigned, hereby appears as counsel for Intra Corporation in the above-captioned action, and

pursuant to § 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010

of the Federal Rules of Bankruptcy Procedure, request that all notices that are required to be

given and all pleadings and orders that are required to be served in the above-captioned Chapter

11 matter, be served to the following address:

>        Steven H. Hilfinger
>        John A. Simon
>        Katherine R. Catanese
>        Foley & Lardner LLP
>        500 Woodward Avenue, Suite 2700
>        Detroit, MI 48226-3489
>        Email: shilfinger@foley.com; jsimon@foley.com; kcatanese@foley.com
>        Telephone: (313) 234-7100
>        Facsimile:  (313) 234-2800

**PLEASE TAKE FURTHER NOTICE** that the forgoing request includes not only the

notices, pleadings, and orders referred to in the rules specified above, but also includes, without

limitation, all other notices, papers, applications, motions, petitions, pleadings, requests,

complaints or demands, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or

DETR_1206649.1

otherwise, which affects the above captioned Debtors', property in their possession, custody, or

control or the administration of the Debtors' bankruptcy cases.


Dated:    June 15, 2009                    FOLEY & LARDNER LLP

                                           By: /s/ Steven H. Hilfinger
                                           Steven H. Hilfinger
                                           John A. Simon
                                           Katherine R. Catanese
                                           500 Woodward Avenue, Suite 2700
                                           Detroit, MI 48226-3489
                                           Telephone: (313) 234-7100
                                           Facsimile: (313) 234-2800

                                           *Attorneys for Intra Corporation*

2