# EXHIBIT "B"

**Exhibit "B" - Defaults Under SLI Contract**

| | | | |
|---|---|---|---|
| RV00015008 | 6/4/2009 | $ 427,732 | April's Supplier Management |
| RV00015025 | 6/5/2009 | $ 453,482 | May's full month of suppllier Manager |
| RV00014958 | 7/2/2009 | $ 758,115 | May's Fixed fee and Transactions |
| RV00014959 | 7/2/2009 | $ 229 | May's Saab Transactions |
| RV00014960 | 7/2/2009 | $ 38,000 | Various appendices |
| RV00014961 | 7/2/2009 | $ 17,000 | Inbound analyst and CVN Muscle up |
| RV00014962 | 7/2/2009 | $ 104,750 | Reverse and Container manager |
| RV00014965 | 7/2/2009 | $ 373,208 | Pontiac, flint,Drayton& lansing TO's |
| RV00014966 | 7/2/2009 | $ 149,150 | Davison Road TO |
| RV00014967 | 7/2/2009 | $ 70,863 | Westchester TO |
| RV00014968 | 7/2/2009 | $ 32,834 | Rail Operations |
| RV00014969 | 7/2/2009 | $ 10,000 | Field Ops/ Michigan cross Dock |
| RV00014970 | 7/2/2009 | $ 8,500 | Mexico Manager |
| RV00014971 | 7/2/2009 | $ 6,500 | International supplier Footpring |
| RV00014972 | 7/2/2009 | $ 6,500 | Acct analyst-finance |
| RV00014974 | 7/2/2009 | $ 20,283 | Inbound Charge back letters |
| RV00014977 | 7/2/2009 | $ 27,100 | Saturn Supply Chain-approved by GMSPo |
| RV00015009 | 7/2/2009 | $ 10,300 | Consignment supply chain |
| RV00015015 | 7/2/2009 | $ 76,575 | 1/2 of Davison Road TO |
| RV00015017 | 7/2/2009 | $ 35,431 | 1/2 of Westchester TO |
| RV00015024 | 7/2/2009 | $ 200,251 | 1/2 of Transactions |
| RV00015027 | 7/2/2009 | $ 5,150 | 1/2 of consignment supply chain |
| Total | | $ 2,831,952 | |