James A. Plemmons (*pro hac vice*)
Michael C. Hammer (*pro hac vice*)
DICKINSON WRIGHT PLLC
500 Woodward Ave., Suite 4000
Detroit, MI 48226
Tel: (313) 223-3500

Attorneys for Sabó Industria e Comercio de Autopecas Ltda.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:

GENERAL MOTORS CORP., *et al.*,

                Debtors.
-----------------------------------------------------------x

: Chapter 11
:
: Case No. 09-50026 (REG)
:
: (Jointly Administered)
:

**SABÓ INDUSTRIA E COMERCIO DE AUTOPECAS LTDA.'S LIMITED OBJECTION TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. § § 105, 363(B), (F), (K) AND (M), AND 365 AND FED. R. BANKR. P. 2002, 6004 AND 6006, TO (I) APPROVE (A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS, LLC, A U.S. TREASURY-SPONSORED PURCHASER, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) OTHER RELIEF; AND (II) SCHEDULE SALE APPROVAL HEARING**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Sabó Industria e Comercio de Autopecas Ltda., on behalf of itself and its subsidiaries, affiliates and related entities other than Sabo USA, Inc. (collectively, "Sabó")[1], through its attorneys, Dickinson Wright PLLC, states as follows for its Objection:

1.    On June 1, 2009, Debtors filed their *Motion Pursuant to 11 U.S.C. § § 105, 363(b), (f), (k) and (m), and 365 and Fed. R. Bankr. P. 2002, 6004 and 6006, to (I) Approve (A)*

---

[1] Sabó USA, Inc., a wholly owned subsidiary of Sabó Industria e Comercio de Autopecas Ltda., has submitted its own Limited Objection regarding contracts it has entered into directly with Debtors.

1

*the Sale Pursuant to the Master Sale and Purchase Agreement With Vehicle Acquisition Holdings, LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Hearing* (the "Assumption Motion").

2.    On June 2, 2009, this Court entered its *Order Pursuant to 11 U.S.C. §§ 105, 363, and 365 and Fed. R. Bankr. P. 2002, 6004 and 6006 (I) Approving Procedures For Sale of Debtors' Assets Pursuant to Master Sale and Purchase Agreement With Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline and Sale Hearing Date; (III) Establishing Assumption and Assignment Procedures; and (IV) Fixing Notice Procedures and Approving Form of Notice* (the "Order").

3.    The Order established certain procedures pursuant to which the Debtors were to give affected parties notice that Debtors intended to assume their executory contracts and/or unexpired leases, as well as the amounts that the Debtors believed were required to "cure" defaults under those contracts and leases as required by 11 U.S.C. § 365(b) (the "Cure Procedures").

4.    On June 5, 2009, in accordance with the Cure Procedures, the Debtors filed and served their *Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* (the "Cure Notice"). The Cure Notice advised that the Debtors maintained a secure website that contained information about contracts to be assumed and cure amounts that the Debtors believe will satisfy their obligations under 11 U.S.C. § 365(b).

2

5.  Sabó did *not* receive a copy of the Cure Notice. Therefore, Sabó has no access to the GM System to review proposed cure amounts.

6.  Although Sabó does not object to the assumption of the Executory Contracts *per se*, Sabó does object to the assumption of it contracts to the extent Debtors fail to pay all cure amounts in full, as well as all related commercial claims. Debtors' Cure Amount. In addition, the cure amount must include all accrued, non-defaulted obligations and any other amount due through the Assumption Effective Date. According to present estimates, Sabó believes that the Debtors must pay an amount of no less than $544,577.94. Detail and support for this cure amount is provided in attached Exhibit A.

7.  Sabó objects to the assumption and assignment of the Executory Contracts unless Debtors pay the amount of no less than $544,577.94 and provide adequate assurance of future performance.[2]

8.  Sabo also is owed $158,657.00 for tooling produced relating to the following:

    GM Contract ID 1444001M     Part # 24231188     December 8, 2008

9.  In addition, Sabó has a series of underpayment claims against Debtors totaling $4,000,000, arising out of Debtors' failure to pay Sabó for parts delivered into Debtors' possession but not paid for. These issues have been discussed repeatedly with Debtors, without receiving a remedy or even an answer. *See, e.g.*, letter dated August 12, 2008, from R. Panico Peres, Vice President of Sabó USA, Inc., sent on behalf of Sabó, to Ms. Angeles Fabian.

---

[2] To the extent Debtors argue that Sabó's claims are subject to the cure dispute resolution process, Sabó objects that the Debtors should not have the right to determine unilaterally and without a strict deadline whether a given dispute is subject to alternative dispute resolution procedures, as this would allow Debtors to delay cure proceedings indefinitely.

3

10. First, Sabó claims an amount of not less than $2,300,000 arising out of missing inventory delivered to Debtors in Brazil but not appearing on Debtors' contract warehouses, or, in some cases, even showing up in the aftermarket.

11. Second, Sabó claims an amount of not less than $1,300,000 arising out of parts manufactured and delivered to Debtors under one contract price, but drawn down and paid for by Debtors after a productivity price reduction.

12. Third, Sabó claims an amount of not less than $400,000 arising out of debit memos processed against Sabó's account without any explanation.

**WHEREFORE** Sabó respectfully requests that this Court find that the amount required to cure the existing defaults under the Executory Contracts is no less than $4,703,234.94 and deny the Debtors' assumption and assignment of the Executory Contracts unless this cure amount is promptly paid to Sabó.

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: /s/ Michael C. Hammer
James A. Plemmons (*pro hac vice*)
Michael C. Hammer (*pro hac vice*)
500 Woodward Ave., Suite 4000
Detroit, MI 48226
Tel: (313) 223-3500
Email: jplemmons@dickinsonwright.com
Email: mhammer@dickinsonwright.com
Attorneys for Sabó Industria e Comercio de Autopecas Ltda.

Dated: June 15, 2009

DETROIT 26690-1 1116286

**EXHIBIT A**

| SABÓ - SHIPMENTS FROM 0401st09 TO 0531st09 AND INVENTORY AS OF 0531st09 FOR GM |||||||||
|---|---|---|---|---|---|---|---|---|
| Open Shipments to GM between 0401st09 to 0531st09 ||||||||$544,577.94|
| ASN# | Inv# | Customer/Plant | Plt reference | Date | part_no | supplier_part_no | quantity | Value USD |
| 20090651 | 20090651 | GMSPO | GMSPO | 9-Apr-09 | 15792833 | 38677 | 60 | $175.82 |
| 20090649 | 20090649 | GMSPO | GMSPO | 9-Apr-09 | 25794899 | 38681 | 5 | $217.35 |
| 20090654 | 20090654 | GMSPO | GMSPO | 9-Apr-09 | 15294508 | 65229 | 180 | $149.40 |
| 20090653 | 20090653 | GMSPO | GMSPO | 9-Apr-09 | 12587621 | 65230 | 180 | $516.60 |
| 20090686 | 20090686 | SATURN | SATURN | 15-Apr-09 | 24234257 | 67925 | 80 | $76.40 |
| 20090685 | 20090685 | SATURN | SATURN | 15-Apr-09 | 24237724 | 76206 | 150 | $486.00 |
| 20090692 | 20090692 | GMSPO | GMSPO | 16-Apr-09 | 12615933 | 78204 | 3000 | $5,700.00 |
| 16442 |  | GMT | FLINT (48066) | 20-Apr-09 | 10372826 | 45265 | 100 | $190.00 |
| 16488 |  | GMT | FLINT (48066) | 22-Apr-09 | 25888386 | 47773 | 120 | $398.09 |
| 20090732 | 20090732 | GMSPO | GMSPO | 27-Apr-09 | 15792828 | 38378 | 100 | $1,584.99 |
| 20090730 | 20090730 | GMSPO | GMSPO | 27-Apr-09 | 25841843 | 38768 | 500 | $10,155.50 |
| 20090743 | 20090743 | GMSPO | GMSPO | 27-Apr-09 | 12471618 | 67517 | 2760 | $3,588.00 |
| 20090737 | 20090737 | GMSPO | GMSPO | 27-Apr-09 | 12471617 | 67574 | 520 | $686.40 |
| 20090769 | 20090769 | GMSPO | GMSPO | 27-Apr-09 | 12479302 | 67817 | 340 | $391.00 |
| 20090729 | 20090729 | GMSPO | GMSPO | 27-Apr-09 | 15801507 | 67516 | 31360 | $39,827.20 |
| 20090740 | 20090740 | GMSPO | GMSPO | 27-Apr-09 | 19169124 | 68340 | 5840 | $9,011.12 |
| 20090733 | 20090733 | GMSPO | GMSPO | 27-Apr-09 | 25808976 | 38753 | 120 | $956.13 |
| 20090734 | 20090734 | SATURN | SATURN | 27-Apr-09 | 90180529 | 65003 | 200 | $92.00 |
| 20090783 | 20090783 | GMSPO | GMSPO | 29-Apr-09 | 15801507 | 67516 | 4480 | $5,689.60 |
| SGM551261 | 20081620 | GMT | PE090429AXW- | 29-Apr-09 | 25841842 | 38766 | 50 | $955.53 |
| SGM551260 | 20090239 | GMT | PE090429AXV- | 29-Apr-09 | 25833204 | 38755 | 60 | $226.58 |
| 20090787 | 20090787 | DYNAMIC | DYNAMIC | 30-Apr-09 | 24208919 | 27400 | 1512 | $1,390.13 |
| SGM551612 | 20084746 | GMPT | 2N090430ARO- | 30-Apr-09 | 24237724 | 75970 | 504 | $1,536.45 |
| SGM551613 | 20090391 | GMPT | 2N090430ARP- | 30-Apr-09 | 24237725 | 75908 | 504 | $1,852.70 |
| 20090847 | 20090847 | GMSPO | GMSPO | 30-Apr-09 | 12471618 | 67517 | 1240 | $1,612.00 |
| 20090805 | 20090805 | GMSPO | GMSPO | 30-Apr-09 | 15792832 | 38379 | 180 | $944.46 |
| 20090823 | 20090823 | GMSPO | GMSPO | 30-Apr-09 | 24249376 | 68379 | 1280 | $2,419.20 |
| 20090824 | 20090824 | GMSPO | GMSPO | 30-Apr-09 | 24249376 | 68379 | 560 | $1,058.40 |
| SGM551127 | 20090202 | GMT | WE090429AIN- | 30-Apr-09 | 15911896 | 38532 | 140 | $887.84 |
| SGM551127 | 20090364 | GMT | WE090429AIN- | 30-Apr-09 | 15911896 | 38532 | 280 | $1,775.68 |
| SGM551126 | 20090242 | GMT | WE090429AIM- | 30-Apr-09 | 15911895 | 45278 | 480 | $1,038.75 |
| SGM551125 | 20084621 | GMT | WE090429AIL- | 30-Apr-09 | 15135283 | 38482 | 240 | $1,561.78 |
| SGM551125 | 20090365 | GMT | WE090429AIL- | 30-Apr-09 | 15135283 | 38482 | 240 | $1,561.78 |
| SGM551620 | 20083678 | GMT | AR090430ARX- | 30-Apr-09 | 25921336 | 38811 | 140 | $842.80 |
| SGM551629 | 20090239 | GMT | PE090430ASH- | 30-Apr-09 | 25833204 | 38755 | 45 | $169.94 |
| SGM551621 | 20084462 | GMT | FT090430ARY- | 30-Apr-09 | 25794898 | 45274 | 10 | $231.46 |
| 16568 |  | GMT | PONTIAC (48069) | 30-Apr-09 | 25831580 | 38754 | 60 | $118.55 |
| SGM551610 | 20090302 | GMPT | KE090430ARE- | 1-May-09 | 24237725 | 75908 | 792 | $2,911.39 |
| SGM551609 | 20090304 | GMPT | KE090430ARD- | 1-May-09 | 24237724 | 75970 | 756 | $2,304.58 |
| SGM551605 | 20090238 | GMPT | 30090430AQZ- | 1-May-09 | 12587621 | 25230 | 180 | $517.48 |
| SGM552197 | 20084746 | GMPT | 2N090501AUT- | 1-May-09 | 24237724 | 75970 | 504 | $1,536.45 |
| SGM552198 | 20090391 | GMPT | 2N090501AUU- | 1-May-09 | 24237725 | 75908 | 432 | $1,588.03 |
| SGM551516 | 20083955 | GMT | WE090430AES- | 1-May-09 | 25808976 | 38753 | 10 | $79.68 |
| SGM551515 | 20090364 | GMT | WE090430AER- | 1-May-09 | 15911896 | 38532 | 420 | $2,663.51 |
| SGM551514 | 20090242 | GMT | WE090430AEQ- | 1-May-09 | 15911895 | 45278 | 360 | $779.07 |
| SGM551513 | 20084733 | GMT | WE090430AEP- | 1-May-09 | 15135283 | 38482 | 480 | $3,123.55 |
| SGM552240 | 20081620 | GMT | PE090501AWM- | 1-May-09 | 25841842 | 38766 | 50 | $955.53 |
| SGM552224 | 20076654 | GMT | FL090501AVV- | 1-May-09 | 25841842 | 38766 | 50 | $955.53 |
| SGM552224 | 20081620 | GMT | FL090501AVV- | 1-May-09 | 25841842 | 38766 | 100 | $1,911.05 |
| SGM552206 | 20083678 | GMT | AR090501AVC- | 1-May-09 | 25921336 | 38811 | 140 | $842.80 |
| SGM552223 | 20090366 | GMT | FL090501AVU- | 1-May-09 | 25833204 | 38755 | 135 | $509.81 |
| SGM552228 | 20083963 | GMT | FT090501AVZ- | 1-May-09 | 25833677 | 38682 | 15 | $78.44 |
| SGM552227 | 20084462 | GMT | FT090501AVY- | 1-May-09 | 25794898 | 45274 | 10 | $231.46 |
| SGM552225 | 20084428 | GMT | FT090501AVW- | 1-May-09 | 15838445 | 38679 | 15 | $65.48 |
| SGM552239 | 20090366 | GMT | PE090501AWL- | 1-May-09 | 25833204 | 38755 | 30 | $113.29 |
| SGM552226 | 20081822 | GMT | FT090501AVX- | 1-May-09 | 15951302 | 38629 | 20 | $225.84 |
| 16578 |  | GMT | PONTIAC (48069) | 1-May-09 | 25831580 | 38754 | 60 | $118.55 |
| SGM552192 | 20084464 | GMPT | KE090501AUG- | 4-May-09 | 24237724 | 75970 | 630 | $1,920.57 |
| SGM552192 | 20084732 | GMPT | KE090501AUG- | 4-May-09 | 24237724 | 75970 | 126 | $384.11 |
| SGM552193 | 20090302 | GMPT | KE090501AUH- | 4-May-09 | 24237725 | 75908 | 1080 | $3,970.08 |
| SGM552090 | 20090364 | GMT | WE090501AHD- | 4-May-09 | 15911896 | 38532 | 560 | $3,551.35 |
| SGM552091 | 20084264 | GMT | WE090501AHE- | 4-May-09 | 25808976 | 38753 | 20 | $159.36 |
| SGM552088 | 20084733 | GMT | WE090501AHB- | 4-May-09 | 15135283 | 38482 | 480 | $3,123.55 |
| SGM552089 | 20090242 | GMT | WE090501AHC- | 4-May-09 | 15911895 | 45278 | 480 | $1,038.75 |
| SGM552872 | 20080019 | GMT | FL090504BEA- | 4-May-09 | 25841842 | 38766 | 100 | $1,911.05 |
| SGM552872 | 20080100 | GMT | FL090504BEA- | 4-May-09 | 25841842 | 38766 | 300 | $5,733.15 |
| SGM552887 | 20080100 | GMT | PE090504BEQ- | 4-May-09 | 25841842 | 38766 | 50 | $955.53 |
| SGM552871 | 20090366 | GMT | FL090504BDZ- | 4-May-09 | 25833204 | 38755 | 375 | $1,416.15 |
| SGM552675 | 20090302 | GMPT | KE090504ATZ- | 5-May-09 | 24237725 | 75908 | 1224 | $4,499.42 |

Library: DETROIT
Document Name: Sabo_GM_Rpt_Open_Items.XLS
Document Number: 1116285 Version: v1
Document Author: HighMR

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SGM552674 | 20090304 | GMPT | KE090504ATY- | 5-May-09 | 24237724 | 75970 | 756 | $2,304.68 |
| SGM552670 | 20090694 | GMPT | 30090504ATU- | 5-May-09 | 12587621 | 25230 | 90 | $258.74 |
| SGM553320 | 20084732 | GMPT | 2N090505ATU- | 5-May-09 | 24237724 | 75970 | 588 | $1,792.53 |
| SGM553321 | 20090302 | GMPT | 2N090505ATV- | 5-May-09 | 24237725 | 75908 | 576 | $2,117.38 |
| SGM552564 | 20084264 | GMT | WE090504AEY- | 5-May-09 | 25808976 | 38753 | 30 | $239.03 |
| SGM552561 | 20084733 | GMT | WE090504AEV- | 5-May-09 | 15135283 | 38482 | 480 | $3,123.55 |
| SGM552562 | 20090301 | GMT | WE090504AEW- | 5-May-09 | 15911895 | 45278 | 480 | $1,038.75 |
| SGM552563 | 20090240 | GMT | WE090504AEX- | 5-May-09 | 15911896 | 38532 | 140 | $887.84 |
| SGM552563 | 20090364 | GMT | WE090504AEX- | 5-May-09 | 15911896 | 38532 | 420 | $2,663.51 |
| SGM552886 | 20090239 | GMT | PE090504BEP- | 5-May-09 | 25833204 | 38755 | 45 | $169.94 |
| SGM553338 | 20090366 | GMT | FL090505AUO- | 5-May-09 | 25833204 | 38755 | 75 | $283.23 |
| SGM553339 | 20080100 | GMT | FL090505AUP- | 5-May-09 | 25841842 | 38766 | 100 | $1,911.05 |
| SGM553355 | 20080100 | GMT | PE090505AVK- | 5-May-09 | 25841842 | 38766 | 50 | $955.53 |
| SGM553341 | 20083963 | GMT | FT090505AUR- | 5-May-09 | 25833677 | 38682 | 15 | $78.44 |
| SGM553340 | 20084428 | GMT | FT090505AUQ- | 5-May-09 | 15838445 | 38679 | 15 | $65.48 |
| SGM553354 | 20090239 | GMT | PE090505AVJ- | 5-May-09 | 25833204 | 38755 | 30 | $113.29 |
| SGM553354 | 20090366 | GMT | PE090505AVJ- | 5-May-09 | 25833204 | 38755 | 15 | $56.65 |
| 16596 | | GMT | FLINT (48066) | 5-May-09 | 25831580 | 38754 | 720 | $1,422.64 |
| 16595 | | GMT | PONTIAC (48069) | 5-May-09 | 25831580 | 38754 | 60 | $118.55 |
| SGM553314 | 20090694 | GMPT | 30090505ATG- | 6-May-09 | 12587621 | 25230 | 90 | $258.74 |
| SGM553317 | 20090304 | GMPT | KE090505ATJ- | 6-May-09 | 24237724 | 75970 | 756 | $2,304.68 |
| SGM553318 | 20090302 | GMPT | KE090505ATK- | 6-May-09 | 24237725 | 75908 | 792 | $2,911.39 |
| SGM553819 | 20084732 | GMPT | 2N090506ACJ- | 6-May-09 | 24237724 | 75970 | 126 | $384.11 |
| SGM553819 | 20084746 | GMPT | 2N090506ACJ- | 6-May-09 | 24237724 | 75970 | 252 | $768.23 |
| SGM553820 | 20090302 | GMPT | 2N090506ACK- | 6-May-09 | 24237725 | 75908 | 360 | $1,323.36 |
| SGM553219 | 20090242 | GMT | WE090505AGC- | 6-May-09 | 15911895 | 45278 | 480 | $1,038.75 |
| SGM553220 | 20090389 | GMT | WE090505AGD- | 6-May-09 | 15911896 | 38532 | 420 | $2,663.51 |
| SGM553221 | 20084264 | GMT | WE090505AGE- | 6-May-09 | 25808976 | 38753 | 20 | $159.36 |
| SGM553218 | 20084733 | GMT | WE090505AGB- | 6-May-09 | 15135283 | 38482 | 480 | $3,123.55 |
| SGM553836 | 20081620 | GMT | PE090506ADC- | 6-May-09 | 25841842 | 38766 | 50 | $955.53 |
| SGM553825 | 20084338 | GMT | FT090506ACQ- | 6-May-09 | 25794898 | 45274 | 5 | $115.73 |
| SGM553825 | 20084438 | GMT | FT090506ACQ- | 6-May-09 | 25794898 | 45274 | 5 | $115.73 |
| SGM553825 | 20084462 | GMT | FT090506ACQ- | 6-May-09 | 25794898 | 45274 | 10 | $231.46 |
| SGM553835 | 20090239 | GMT | PE090506ADB- | 6-May-09 | 25833204 | 38755 | 45 | $169.94 |
| SGM553835 | 20090257 | GMT | PE090506ADB- | 6-May-09 | 25833204 | 38755 | 15 | $56.65 |
| SGM553824 | 20084428 | GMT | FT090506ACP- | 6-May-09 | 15838445 | 38679 | 15 | $65.48 |
| SGM553826 | 20083963 | GMT | FT090506ACR- | 6-May-09 | 25833677 | 38682 | 15 | $78.44 |
| 16607 | | GMT | PONTIAC (48069) | 6-May-09 | 25831580 | 38754 | 60 | $118.55 |
| SGM553817 | 20090302 | GMPT | KE090506ABZ- | 7-May-09 | 24237725 | 75908 | 864 | $3,176.06 |
| SGM553816 | 20090304 | GMPT | KE090506ABY- | 7-May-09 | 24237724 | 75970 | 756 | $2,304.68 |
| SGM553814 | 20090694 | GMPT | 30090506ABW- | 7-May-09 | 12587621 | 25230 | 90 | $258.74 |
| SGM554237 | 20084692 | GMPT | 2N090507AAX- | 7-May-09 | 24237724 | 75970 | 336 | $1,024.30 |
| SGM554238 | 20090302 | GMPT | 2N090507AAY- | 7-May-09 | 24237725 | 75908 | 360 | $1,323.36 |
| SGM553706 | 20084733 | GMT | WE090506ADV- | 7-May-09 | 15135283 | 38482 | 480 | $3,123.55 |
| SGM553708 | 20090389 | GMT | WE090506ADX- | 7-May-09 | 15911896 | 38532 | 560 | $3,551.35 |
| SGM553707 | 20090301 | GMT | WE090506ADW- | 7-May-09 | 15911895 | 45278 | 480 | $1,038.75 |
| SGM553709 | 20084264 | GMT | WE090506ADY- | 7-May-09 | 25808976 | 38753 | 20 | $159.36 |
| SGM554254 | 20090366 | GMT | PE090507ABS- | 7-May-09 | 25833204 | 38755 | 45 | $169.94 |
| SGM554255 | 20081620 | GMT | PE090507ABT- | 7-May-09 | 25841842 | 38766 | 50 | $955.53 |
| 20090857 | 20090857 | GM SLP | GM SLP | 7-May-09 | 24231188 | 75614 | 960 | $3,081.60 |
| 16617 | | GMT | PONTIAC (48069) | 7-May-09 | 25831580 | 38754 | 60 | $118.55 |
| SGM554234 | 20090302 | GMPT | KE090507AAO- | 8-May-09 | 24237725 | 75908 | 792 | $2,911.39 |
| SGM554233 | 20090304 | GMPT | KE090507AAN- | 8-May-09 | 24237724 | 75970 | 756 | $2,304.68 |
| SGM554227 | 20090238 | GMPT | 30090507AAK- | 8-May-09 | 12587621 | 25230 | 90 | $258.74 |
| SGM554742 | 20090302 | GMPT | 2N090508ASE- | 8-May-09 | 24237725 | 75908 | 288 | $1,058.69 |
| SGM554741 | 20084746 | GMPT | 2N090508ASD- | 8-May-09 | 24237724 | 75970 | 378 | $1,152.34 |
| SGM554392 | 20090389 | GMT | WE090507ABH- | 8-May-09 | 15911896 | 38532 | 140 | $887.84 |
| SGM554390 | 20090365 | GMT | WE090507ABF- | 8-May-09 | 15135283 | 38482 | 240 | $1,561.78 |
| SGM554393 | 20084264 | GMT | WE090507ABI- | 8-May-09 | 25808976 | 38753 | 20 | $159.36 |
| SGM554391 | 20090301 | GMT | WE090507ABG- | 8-May-09 | 15911895 | 45278 | 240 | $519.38 |
| SGM554747 | 20084072 | GMT | FT090508ASJ- | 8-May-09 | 15838445 | 38679 | 15 | $65.48 |
| SGM554748 | 20084462 | GMT | FT090508ASK- | 8-May-09 | 25794898 | 45274 | 5 | $115.73 |
| SGM554748 | 20084574 | GMT | FT090508ASK- | 8-May-09 | 25794898 | 45274 | 5 | $115.73 |
| SGM554749 | 20083587 | GMT | FT090508ASL- | 8-May-09 | 25833677 | 38682 | 15 | $78.44 |
| SGM554757 | 20090366 | GMT | PE090508ASU- | 8-May-09 | 25833204 | 38755 | 45 | $169.94 |
| SGM554758 | 20080100 | GMT | PE090508ASV- | 8-May-09 | 25841842 | 38766 | 50 | $955.53 |
| SGM554616 | 20090390 | GMT | WE090508ADG- | 8-May-09 | 15911895 | 45278 | 480 | $1,038.75 |
| SGM554617 | 20090527 | GMT | WE090508ADH- | 8-May-09 | 15911896 | 38532 | 560 | $3,551.35 |
| 16638 | | GMT | PONTIAC (48069) | 8-May-09 | 25831580 | 38754 | 60 | $118.55 |
| 7921 5017 2216 | 20090875 | GMPT RAMOS | GMPT RAMOS | 9-May-09 | 24249376 | 28379 | 2520 | $4,762.80 |
| SGM554739 | 20090304 | GMPT | KE090508ART- | 11-May-09 | 24237724 | 75970 | 1512 | $4,609.36 |
| SGM554740 | 20090302 | GMPT | KE090508ARU- | 11-May-09 | 24237725 | 75908 | 1800 | $6,616.80 |
| SGM554878 | 20084694 | GMPT | KE090511AAJ- | 11-May-09 | 24223980 | 27924 | 180 | $123.63 |
| SGM555297 | 20080100 | GMT | PE090511AKR- | 11-May-09 | 25841842 | 38766 | 50 | $955.53 |

Library: DETROIT
Document Name: Sabo_GM_Rpt_Open_Items.XLS
Document Number: 1116285  Version: v1
Document Author: HighMR

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SGM554615 | 20090299 | GMT | WE090508ADF- | 11-May-09 | 15135283 | 38482 | 480 | $3,123.55 |
| SGM554618 | 20081627 | GMT | WE090508ADI- | 11-May-09 | 25808976 | 38753 | 20 | $159.36 |
| SGM555167 | 20090299 | GMT | WE090511AFY- | 11-May-09 | 15135283 | 38482 | 480 | $3,123.55 |
| SGM555168 | 20084607 | GMT | WE090511AFZ- | 11-May-09 | 15911895 | 45278 | 300 | $649.22 |
| SGM555168 | 20090301 | GMT | WE090511AFZ- | 11-May-09 | 15911895 | 45278 | 120 | $259.69 |
| SGM555169 | 20076768 | GMT | WE090511AGA- | 11-May-09 | 15911896 | 38532 | 140 | $887.84 |
| SGM555169 | 20083677 | GMT | WE090511AGA- | 11-May-09 | 15911896 | 38532 | 280 | $1,775.68 |
| SGM555170 | 20081627 | GMT | WE090511AGB- | 11-May-09 | 25808976 | 38753 | 20 | $159.36 |
| 20090890 | 20090890 | GMSPO | GMSPO | 11-May-09 | 15135283 | 38482 | 240 | $1,713.10 |
| 20090902 | 20090902 | GMSPO | GMSPO | 11-May-09 | 12580743 | 65229 | 192 | $145.44 |
| 20090889 | 20090889 | GMSPO | GMSPO | 11-May-09 | 15801507 | 67516 | 4480 | $6,137.60 |
| 20090888 | 20090888 | GMSPO | GMSPO | 11-May-09 | 24226315 | 76295 | 1728 | $2,380.15 |
| 20090901 | 20090901 | GMSPO | GMSPO | 11-May-09 | 24234254 | 67521 | 120 | $111.60 |
| SGM555278 | 20084732 | GMPT | 2N090511AJT- | 12-May-09 | 24237724 | 75970 | 504 | $1,536.45 |
| SGM555279 | 20090391 | GMPT | 2N090511AJU- | 12-May-09 | 24237725 | 75908 | 648 | $2,382.05 |
| SGM555746 | 20084746 | GMPT | 2N090512AQF- | 12-May-09 | 24237724 | 75970 | 336 | $1,024.30 |
| SGM555747 | 20090391 | GMPT | 2N090512AQG- | 12-May-09 | 24237725 | 75908 | 288 | $1,058.69 |
| SGM555276 | 20090304 | GMPT | KE090511AJJ- | 12-May-09 | 24237724 | 75970 | 756 | $2,304.68 |
| SGM555277 | 20090391 | GMPT | KE090511AJK- | 12-May-09 | 24237725 | 75908 | 576 | $2,117.38 |
| SGM555277 | 20090302 | GMPT | KE090511AJK- | 12-May-09 | 24237725 | 75908 | 288 | $1,058.69 |
| SGM555296 | 20090366 | GMT | PE090511AKQ- | 12-May-09 | 25833204 | 38755 | 45 | $169.94 |
| SGM555756 | 20090366 | GMT | PE090512AQQ- | 12-May-09 | 25833204 | 38755 | 30 | $113.29 |
| SGM555757 | 20080100 | GMT | PE090512AQR- | 12-May-09 | 25841842 | 38766 | 50 | $955.53 |
| SGM555643 | 20084733 | GMT | WE090512ACR- | 12-May-09 | 15135283 | 38482 | 240 | $1,561.78 |
| SGM555643 | 20090299 | GMT | WE090512ACR- | 12-May-09 | 15135283 | 38482 | 240 | $1,561.78 |
| SGM555644 | 20083683 | GMT | WE090512ACS- | 12-May-09 | 15911895 | 45278 | 480 | $1,038.75 |
| SGM555645 | 20076707 | GMT | WE090512ACT- | 12-May-09 | 15911896 | 38532 | 280 | $1,775.68 |
| SGM555645 | 20080786 | GMT | WE090512ACT- | 12-May-09 | 15911896 | 38532 | 140 | $887.84 |
| SGM555646 | 20081627 | GMT | WE090512ACU- | 12-May-09 | 25808976 | 38753 | 20 | $159.36 |
| 20090882 | 20090882 | SATURN | SATURN | 12-May-09 | 24249376 | 68379 | 360 | $918.00 |
| 20090882 | 20090882 | SATURN | SATURN | 12-May-09 | 24235475 | 67419 | 300 | $408.00 |
| 16661 | | GMT | PONTIAC (48069) | 12-May-09 | 25831580 | 38754 | 60 | $118.55 |
| SGM556248 | 20084732 | GMPT | 2N090513ALX- | 13-May-09 | 24237724 | 75970 | 252 | $768.23 |
| SGM556248 | 20084746 | GMPT | 2N090513ALX- | 13-May-09 | 24237724 | 75970 | 126 | $384.11 |
| SGM556249 | 20090391 | GMPT | 2N090513ALY- | 13-May-09 | 24237725 | 75908 | 360 | $1,323.36 |
| SGM555743 | 20090304 | GMPT | KE090512APU- | 13-May-09 | 24237724 | 75970 | 756 | $2,304.68 |
| SGM555744 | 20090391 | GMPT | KE090512APV- | 13-May-09 | 24237725 | 75908 | 792 | $2,911.39 |
| SGM556265 | 20090366 | GMT | PE090513AMV- | 13-May-09 | 25833204 | 38755 | 45 | $169.94 |
| SGM556117 | 20076439 | GMT | WE090513AHH- | 13-May-09 | 15911896 | 38532 | 140 | $887.84 |
| SGM556117 | 20076768 | GMT | WE090513AHH- | 13-May-09 | 15911896 | 38532 | 140 | $887.84 |
| SGM556117 | 20083677 | GMT | WE090513AHH- | 13-May-09 | 15911896 | 38532 | 280 | $1,775.68 |
| SGM556118 | 20081627 | GMT | WE090513AHI- | 13-May-09 | 25808976 | 38753 | 20 | $159.36 |
| 16666 | | GMT | PONTIAC (48069) | 13-May-09 | 25831580 | 38754 | 60 | $118.55 |
| SGM556710 | 20090304 | GMPT | 2N090514ATY- | 14-May-09 | 24237724 | 75970 | 336 | $1,024.30 |
| SGM556711 | 20090391 | GMPT | 2N090514ATZ- | 14-May-09 | 24237725 | 75908 | 288 | $1,058.69 |
| SGM556244 | 20090694 | GMPT | 90513ALL-1 | 14-May-09 | 12587621 | 25230 | 180 | $517.48 |
| SGM556246 | 20090392 | GMPT | KE090513ALN- | 14-May-09 | 24237724 | 75970 | 756 | $2,304.68 |
| SGM556247 | 20090391 | GMPT | KE090513ALO- | 14-May-09 | 24237725 | 75908 | 792 | $2,911.39 |
| SGM556725 | 20090366 | GMT | PE090514AUO- | 14-May-09 | 25833204 | 38755 | 30 | $113.29 |
| SGM556726 | 20080100 | GMT | PE090514AUP- | 14-May-09 | 25841842 | 38766 | 50 | $955.53 |
| SGM556115 | 20090429 | GMT | WE090513AHF- | 14-May-09 | 15135283 | 38482 | 480 | $3,123.55 |
| SGM556116 | 20090390 | GMT | WE090513AHG- | 14-May-09 | 15911895 | 45278 | 480 | $1,038.75 |
| SGM556577 | 20090429 | GMT | WE090514AEV- | 14-May-09 | 15135283 | 38482 | 240 | $1,561.78 |
| SGM556578 | 20084429 | GMT | WE090514AEW- | 14-May-09 | 15290409 | 38600 | 170 | $626.82 |
| SGM556579 | 20083683 | GMT | WE090514AEX- | 14-May-09 | 15911895 | 45278 | 240 | $519.38 |
| SGM556579 | 20090242 | GMT | WE090514AEX- | 14-May-09 | 15911895 | 45278 | 120 | $259.69 |
| SGM556579 | 20090301 | GMT | WE090514AEX- | 14-May-09 | 15911895 | 45278 | 60 | $129.84 |
| SGM556580 | 20080208 | GMT | WE090514AEY- | 14-May-09 | 15911896 | 38532 | 420 | $2,663.51 |
| 8550 5783 3137 | 20090883 | GMPT RAMOS | GMPT RAMOS | 14-May-09 | 24249376 | 28379 | 5760 | $10,886.40 |
| 20090928 | 20090928 | GMSPO | GMSPO | 14-May-09 | 12574668 | 65236 | 1650 | $1,765.50 |
| 20090938 | 20090938 | GMSPO | GMSPO | 14-May-09 | 19169124 | 68340 | 3600 | $5,554.80 |
| SGM557178 | 20090304 | GMPT | 2N090515AXW- | 15-May-09 | 24237724 | 75970 | 336 | $1,024.30 |
| SGM557179 | 20090391 | GMPT | 2N090515AXX- | 15-May-09 | 24237725 | 75908 | 360 | $1,323.36 |
| SGM556705 | 20090694 | GMPT | 30090514ATL- | 15-May-09 | 12587621 | 25230 | 90 | $258.74 |
| SGM556708 | 20090392 | GMPT | KE090514ATO- | 15-May-09 | 24237724 | 75970 | 756 | $2,304.68 |
| SGM556709 | 20090391 | GMPT | KE090514ATP- | 15-May-09 | 24237725 | 75908 | 792 | $2,911.39 |
| SGM557187 | 20084428 | GMT | FT090515AYG- | 15-May-09 | 15838445 | 38679 | 15 | $65.48 |
| SGM557188 | 20084574 | GMT | FT090515AYH- | 15-May-09 | 25794898 | 45274 | 20 | $462.92 |
| SGM557189 | 20083963 | GMT | FT090515AYI- | 15-May-09 | 25833677 | 38682 | 15 | $78.44 |
| SGM557198 | 20090366 | GMT | PE090515AYT- | 15-May-09 | 25833204 | 38755 | 30 | $113.29 |
| SGM557199 | 20080100 | GMT | PE090515AYU- | 15-May-09 | 25841842 | 38766 | 50 | $955.53 |
| SGM556581 | 20081627 | GMT | WE090514AEZ- | 15-May-09 | 25808976 | 38753 | 50 | $398.39 |
| SGM557024 | 20090388 | GMT | WE090515AHW- | 15-May-09 | 15135283 | 38482 | 480 | $3,123.55 |
| SGM557025 | 20090390 | GMT | WE090515AHX- | 15-May-09 | 15911895 | 45278 | 420 | $908.91 |

Library: DETROIT
Document Name: Sabo_GM_Rpt_Open_Items.XLS
Document Number: 1116285 Version: v1
Document Author: HighMR

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SGM557026 | 20076768 | GMT | WE090515AHY- | 15-May-09 | 15911896 | 38532 | 280 | $1,775.68 |
| SGM557026 | 20080208 | GMT | WE090515AHY- | 15-May-09 | 15911896 | 38532 | 140 | $887.84 |
| SGM557027 | 20081627 | GMT | WE090515AHZ- | 15-May-09 | 25808976 | 38753 | 50 | $398.39 |
| 16684 | | GMT | PONTIAC (48069) | 15-May-09 | 25831580 | 38754 | 60 | $118.55 |
| 20090949 | 20090949 | GMSPO | GMSPO | 18-May-09 | 15135283 | 38482 | 960 | $6,852.38 |
| 20090946 | 20090946 | GMSPO | GMSPO | 18-May-09 | 15290409 | 38600 | 170 | $688.06 |
| 20090947 | 20090947 | GMSPO | GMSPO | 18-May-09 | 25833204 | 38755 | 180 | $6,879.73 |
| 20090948 | 20090948 | GMSPO | GMSPO | 18-May-09 | 25841843 | 38768 | 50 | $1,015.55 |
| 20090952 | 20090952 | GMSPO | GMSPO | 18-May-09 | 12587621 | 65230 | 360 | $1,035.00 |
| 20090945 | 20090945 | GMSPO | GMSPO | 18-May-09 | 15801507 | 67516 | 4480 | $6,137.60 |
| 20090944 | 20090944 | GMSPO | GMSPO | 18-May-09 | 24226315 | 76295 | 3456 | $4,760.29 |
| 20090975 | 20090975 | GMSPO | GMSPO | 18-May-09 | 12471586 | 67630 | 6370 | $6,140.68 |
| 16691 | | GMT | FLINT (48066) | 18-May-09 | 10372826 | 45265 | 100 | $190.00 |
| 16700 | | GMT | PONTIAC (48069) | 19-May-09 | 25831580 | 38754 | 60 | $118.55 |
| 20090963 | 20090963 | DYNAMIC | DYNAMIC | 20-May-09 | 24208919 | 27400 | 3024 | $2,780.27 |
| 16712 | | GMT | PONTIAC (48069) | 20-May-09 | 25831580 | 38754 | 60 | $118.55 |
| 2127-0156122 | 20090953 | GMPT WARREN | GMPT WARREN | 21-May-09 | 24249376 | 28379 | 2160 | $4,082.40 |
| 16721 | | GMT | PONTIAC (48069) | 21-May-09 | 25831580 | 38754 | 60 | $118.55 |
| 2127-0156435 | 20090973 | GMPT WARREN | GMPT WARREN | 22-May-09 | 24249376 | 28379 | 3060 | $5,783.40 |
| 16752 | | GMT | PONTIAC (48069) | 26-May-09 | 25831580 | 38754 | 60 | $118.55 |
| 16761 | | GMT | PONTIAC (48069) | 28-May-09 | 25831580 | 38754 | 60 | $118.55 |
| 16768 | | GMT | PONTIAC (48069) | 29-May-09 | 25831580 | 38754 | 60 | $118.55 |
| SGM557172 | 20081677 | GMPT | 30090515AXI- | 5/18/2009 13:40:25:4 | 12574668 | 25236 | 330 | $307.21 |
| SGM557810 | 20090391 | GMPT | 2N090518AIT- | 5/18/2009 22:09:30:5 | 24237725 | 75908 | 360 | $1,323.36 |
| SGM557656 | 20090391 | GMPT | 2N090518AXL- | 5/18/2009 22:10:15:0 | 24237725 | 75908 | 288 | $1,058.69 |
| SGM557668 | 20084574 | GMT | FT090518AXY- | 5/18/2009 22:10:34:2 | 25794898 | 45274 | 10 | $231.46 |
| SGM557675 | 20090366 | GMT | PE090518AYF- | 5/18/2009 22:10:54:5 | 25833204 | 38755 | 30 | $113.29 |
| SGM557654 | 20090164 | GMPT | 2N090518AXJ- | 5/18/2009 22:11:35:6 | 24223980 | 27924 | 180 | $123.63 |
| SGM557808 | 20090164 | GMPT | 2N090518AIR- | 5/18/2009 22:11:55:2 | 24223980 | 27924 | 180 | $123.63 |
| SGM557809 | 20090304 | GMPT | 2N090518AIS- | 5/18/2009 22:12:00:2 | 24237724 | 75970 | 378 | $1,152.34 |
| SGM557517 | 20090390 | GMT | WE090518AID- | 5/19/2009 05:46:14:0 | 15911895 | 45278 | 180 | $389.53 |
| SGM557518 | 20081627 | GMT | WE090518AIE- | 5/19/2009 05:51:44:8 | 25808976 | 38753 | 50 | $398.39 |
| SGM557516 | 20090388 | GMT | WE090518AIC- | 5/19/2009 05:52:03:4 | 15135283 | 38482 | 240 | $1,561.78 |
| SGM557655 | 20084732 | GMPT | 2N090518AXK- | 5/19/2009 10:49:08:8 | 24237724 | 75970 | 42 | $128.04 |
| SGM557655 | 20084746 | GMPT | 2N090518AXK- | 5/19/2009 10:49:08:8 | 24237724 | 75970 | 168 | $512.15 |
| SGM557655 | 20090304 | GMPT | 2N090518AXK- | 5/19/2009 10:49:08:8 | 24237724 | 75970 | 126 | $384.11 |
| SGM557653 | 20090391 | GMPT | KE090518AXA- | 5/19/2009 12:19:00:7 | 24237725 | 75908 | 288 | $1,058.69 |
| SGM558241 | 20084428 | GMT | FT090519ARY- | 5/19/2009 21:26:56:0 | 15838445 | 38679 | 45 | $196.43 |
| SGM558243 | 20084252 | GMT | FT090519ASA- | 5/19/2009 21:27:34:1 | 25833677 | 38682 | 45 | $235.32 |
| SGM558406 | 20090391 | GMPT | 2N090519ACS- | 5/19/2009 21:31:54:1 | 24237725 | 75908 | 288 | $1,058.69 |
| SGM558404 | 20090164 | GMPT | 2N090519ACQ- | 5/19/2009 21:50:59:7 | 24223980 | 27924 | 180 | $123.63 |
| SGM558258 | 20080019 | GMT | PE090519ASS- | 5/19/2009 21:52:44:4 | 25841842 | 38766 | 100 | $1,911.05 |
| SGM558257 | 20090366 | GMT | PE090519ASR- | 5/19/2009 22:26:16:3 | 25833204 | 38755 | 75 | $283.23 |
| SGM558242 | 20090369 | GMT | FT090519ARZ- | 5/19/2009 23:31:11:3 | 25794898 | 45274 | 25 | $578.65 |
| SGM558405 | 20090304 | GMPT | 2N090519ACR- | 5/19/2009 23:31:55:6 | 24237724 | 75970 | 378 | $1,152.34 |
| SGM558234 | 20090391 | GMPT | 2N090519ARR- | 5/19/2009 23:32:47:5 | 24237725 | 75908 | 360 | $1,323.36 |
| SGM558233 | 20090304 | GMPT | 2N090519ARQ- | 5/19/2009 23:33:27:1 | 24237724 | 75970 | 336 | $1,024.30 |
| SGM558084 | 20076439 | GMT | WE090519AIC- | 5/20/2009 06:45:54:4 | 15911896 | 38532 | 140 | $887.84 |
| SGM558084 | 20080208 | GMT | WE090519AIC- | 5/20/2009 06:45:54:4 | 15911896 | 38532 | 140 | $887.84 |
| SGM558084 | 20083677 | GMT | WE090519AIC- | 5/20/2009 06:45:54:4 | 15911896 | 38532 | 980 | $6,214.87 |
| SGM558083 | 20090390 | GMT | WE090519AIB- | 5/20/2009 06:46:15:1 | 15911895 | 45278 | 1140 | $2,467.04 |
| SGM558082 | 20090388 | GMT | WE090519AIA- | 5/20/2009 06:46:34:9 | 15135283 | 38482 | 1200 | $7,808.88 |
| SGM558085 | 20081627 | GMT | WE090519AID- | 5/20/2009 06:46:58:6 | 25808976 | 38753 | 50 | $398.39 |
| SGM558432 | 20090392 | GMPT | KE052009EXP | 5/20/2009 09:18:37:9 | 24237724 | 75970 | 756 | $2,304.68 |
| SGM558402 | 20090392 | GMPT | KE090519ACG- | 5/20/2009 13:53:35:4 | 24237724 | 75970 | 756 | $2,304.68 |
| SGM558231 | 20090392 | GMPT | KE090519ARG- | 5/20/2009 13:54:24:4 | 24237724 | 75970 | 756 | $2,304.68 |
| SGM558232 | 20090391 | GMPT | KE090519ARH- | 5/20/2009 13:54:45:4 | 24237725 | 75908 | 648 | $2,382.05 |
| SGM558403 | 20090391 | GMPT | KE090519ACH- | 5/20/2009 13:55:07:7 | 24237725 | 75908 | 792 | $2,911.39 |
| SGM558397 | 20083709 | GMPT | 30090519ACA- | 5/20/2009 14:18:44:3 | 12574668 | 25236 | 330 | $307.21 |
| SGM558779 | 20090391 | GMPT | 2N090520AOH- | 5/20/2009 20:03:33:7 | 24237725 | 75908 | 360 | $1,323.36 |
| SGM558792 | 20090366 | GMT | PE090520AOW- | 5/20/2009 20:33:17:7 | 25833204 | 38755 | 30 | $113.29 |
| SGM558793 | 20076654 | GMT | PE090520AOX- | 5/20/2009 22:23:28:1 | 25841842 | 38766 | 50 | $955.53 |
| SGM558778 | 20090304 | GMPT | 2N090520AOG- | 5/20/2009 22:25:31:5 | 24237724 | 75970 | 336 | $1,024.30 |
| SGM558646 | 20090390 | GMT | WE090520AFZ- | 5/20/2009 22:52:10:1 | 15911895 | 45278 | 480 | $1,038.75 |
| SGM558648 | 20081627 | GMT | WE090520AGB- | 5/20/2009 23:15:15:8 | 25808976 | 38753 | 40 | $318.71 |
| SGM558647 | 20083677 | GMT | WE090520AGA- | 5/20/2009 23:41:47:1 | 15911896 | 38532 | 420 | $2,663.51 |
| SGM558645 | 20083681 | GMT | WE090520AFY- | 5/20/2009 23:42:33:3 | 15290409 | 38600 | 170 | $626.82 |
| SGM558644 | 20090388 | GMT | WE090520AFX- | 5/20/2009 23:44:25:2 | 15135283 | 38482 | 240 | $1,561.78 |
| SGM558644 | 20090528 | GMT | WE090520AFX- | 5/20/2009 23:44:25:2 | 15135283 | 38482 | 240 | $1,561.78 |
| SGM559193 | 20084574 | GMT | FT090522ADU- | 5/22/2009 14:35:11:1 | 25794898 | 45274 | 15 | $347.19 |
| SGM559194 | 20082577 | GMT | FT090522ADV- | 5/22/2009 14:38:43:9 | 25794899 | 38681 | 5 | $217.35 |
| SGM559182 | 20090304 | GMPT | 2N090522AAT- | 5/22/2009 14:39:09:9 | 24237724 | 75970 | 168 | $512.15 |
| SGM559200 | 20080019 | GMT | PE090522AGB- | 5/22/2009 14:56:51:6 | 25841842 | 38766 | 50 | $955.53 |
| SGM559199 | 20090366 | GMT | PE090522AGA- | 5/22/2009 14:57:46:5 | 25833204 | 38755 | 75 | $283.23 |

Library: DETROIT
Document Name: Sabo_GM_Rpt_Open_Items.XLS
Document Number: 1116285  Version: v1
Document Author: HighMR

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SGM559183 | 20090519 | | GMPT | 2N090522AAU- | 5/22/2009 15:50:15:3 | 24237725 | 75908 | 360 | $1,323.36 |
| SGM559235 | 20080208 | | GMT | WE090522AGB- | 5/26/2009 06:13:36:4 | 15911896 | 38532 | 420 | $2,663.51 |
| SGM559233 | 20090528 | | GMT | WE090522AFZ- | 5/26/2009 06:15:39:4 | 15135283 | 38482 | 480 | $3,123.55 |
| SGM559234 | 20090301 | | GMT | WE090522AGA- | 5/26/2009 06:16:00:9 | 15911895 | 45278 | 60 | $129.84 |
| SGM559234 | 20090390 | | GMT | WE090522AGA- | 5/26/2009 06:16:00:9 | 15911895 | 45278 | 360 | $779.07 |
| SGM559236 | 20081627 | | GMT | WE090522AGC- | 5/26/2009 06:16:22:7 | 25808976 | 38753 | 40 | $318.71 |
| SGM559236 | 20083900 | | GMT | WE090522AGC- | 5/26/2009 06:16:22:7 | 25808976 | 38753 | 10 | $79.68 |
| SGM559338 | 20090392 | | GMPT | KE090522AWO- | 5/26/2009 14:07:14:3 | 24237724 | 75970 | 2268 | $6,914.03 |
| SGM559338 | 20090573 | | GMPT | KE090522AWO- | 5/26/2009 14:07:14:3 | 24237724 | 75970 | 1512 | $4,609.36 |
| SGM559339 | 20090391 | | GMPT | KE090522AWP- | 5/26/2009 14:08:24:6 | 24237725 | 75908 | 864 | $3,176.06 |
| SGM559339 | 20090519 | | GMPT | KE090522AWP- | 5/26/2009 14:08:24:6 | 24237725 | 75908 | 1080 | $3,970.08 |
| SGM559423 | 20083709 | | GMPT | 30090526ABL- | 5/26/2009 14:09:33:1 | 12574668 | 25236 | 330 | $307.21 |
| SGM559335 | 20090238 | | GMPT | 30090522AWL- | 5/26/2009 14:09:52:0 | 12587621 | 25230 | 270 | $776.22 |
| SGM559776 | 20080100 | | GMT | PE090526AVQ- | 5/26/2009 21:31:45:2 | 25841842 | 38766 | 50 | $955.53 |
| SGM559765 | 20084072 | | GMT | FT090526AVD- | 5/26/2009 22:51:34:0 | 15838445 | 38679 | 15 | $65.48 |
| SGM559766 | 20084574 | | GMT | FT090526AVE- | 5/26/2009 22:52:00:1 | 25794898 | 45274 | 10 | $231.46 |
| SGM559767 | 20084252 | | GMT | FT090526AVF- | 5/26/2009 22:52:26:6 | 25833677 | 38682 | 15 | $78.44 |
| SGM559775 | 20090300 | | GMT | PE090526AVP- | 5/26/2009 22:52:53:7 | 25833204 | 38755 | 30 | $113.29 |
| SGM559775 | 20090366 | | GMT | PE090526AVP- | 5/26/2009 22:52:53:7 | 25833204 | 38755 | 15 | $56.65 |
| SGM559755 | 20090304 | | GMPT | 2N090526AUS- | 5/26/2009 23:00:35:6 | 24237724 | 75970 | 630 | $1,920.57 |
| SGM559756 | 20090519 | | GMPT | 2N090526AUT- | 5/26/2009 23:06:19:2 | 24237725 | 75908 | 936 | $3,440.74 |
| SGM559625 | 20084264 | | GMT | WE090526AFR- | 5/27/2009 06:14:13:8 | 25808976 | 38753 | 50 | $398.39 |
| SGM559623 | 20090390 | | GMT | WE090526AFP- | 5/27/2009 06:15:39:4 | 15911895 | 45278 | 480 | $1,038.75 |
| SGM559624 | 20080208 | | GMT | WE090526AFQ- | 5/27/2009 06:15:59:8 | 15911896 | 38532 | 140 | $887.84 |
| SGM559624 | 20083677 | | GMT | WE090526AFQ- | 5/27/2009 06:15:59:8 | 15911896 | 38532 | 140 | $887.84 |
| SGM559624 | 20084620 | | GMT | WE090526AFQ- | 5/27/2009 06:15:59:8 | 15911896 | 38532 | 140 | $887.84 |
| SGM559622 | 20090528 | | GMT | WE090526AFO- | 5/27/2009 06:16:19:4 | 15135283 | 38482 | 480 | $3,123.55 |
| SGM559753 | 20090519 | | GMPT | KE090526AUI- | 5/27/2009 12:47:11:2 | 24237725 | 75908 | 720 | $2,646.72 |
| SGM559752 | 20090392 | | GMPT | KE090526AUH- | 5/27/2009 12:48:27:8 | 24237724 | 75970 | 756 | $2,304.68 |
| SGM559746 | 20081677 | | GMPT | 15090526AUB- | 5/27/2009 12:50:56:8 | 12574668 | 25236 | 660 | $614.41 |
| SGM559749 | 20090238 | | GMPT | 30090526AUE- | 5/27/2009 12:51:20:3 | 12587621 | 25230 | 270 | $776.22 |
| SGM559882 | 20090571 | | GMPT | 2N090526AAJ- | 5/27/2009 15:24:33:9 | 24237725 | 75908 | 360 | $1,323.36 |
| SGM559881 | 20090573 | | GMPT | 2N090526AAI- | 5/27/2009 15:25:09:3 | 24237724 | 75970 | 378 | $1,152.34 |
| SGM559884 | 20084072 | | GMT | FT090526AAL- | 5/27/2009 16:01:36:4 | 15838445 | 38679 | 15 | $65.48 |
| SGM559892 | 20090300 | | GMT | PE090526AAU- | 5/27/2009 16:01:58:8 | 25833204 | 38755 | 45 | $169.94 |
| SGM559886 | 20084252 | | GMT | FT090526AAN- | 5/27/2009 16:02:19:5 | 25833677 | 38682 | 15 | $78.44 |
| SGM559885 | 20084574 | | GMT | FT090526AAM- | 5/27/2009 16:02:42:9 | 25794898 | 45274 | 5 | $115.73 |
| SGM559885 | 20090432 | | GMT | FT090526AAM- | 5/27/2009 16:02:42:9 | 25794898 | 45274 | 5 | $115.73 |
| SGM560089 | 20090389 | | GMT | WE090527AHR- | 5/27/2009 23:42:14:3 | 15911896 | 38532 | 560 | $3,551.35 |
| SGM560087 | 20090528 | | GMT | WE090527AHP- | 5/27/2009 23:48:06:4 | 15135283 | 38482 | 240 | $1,561.78 |
| SGM560090 | 20084264 | | GMT | WE090527AHS- | 5/28/2009 05:50:01:5 | 25808976 | 38753 | 50 | $398.39 |
| SGM560088 | 20084607 | | GMT | WE090527AHQ- | 5/28/2009 05:50:25:7 | 15911895 | 45278 | 180 | $389.53 |
| SGM560088 | 20090390 | | GMT | WE090527AHQ- | 5/28/2009 05:50:25:7 | 15911895 | 45278 | 240 | $519.38 |
| SGM560216 | 20090573 | | GMPT | KE090527AWO- | 5/28/2009 12:26:36:8 | 24237724 | 75970 | 756 | $2,304.68 |
| SGM560217 | 20090571 | | GMPT | KE090527AWP- | 5/28/2009 12:26:57:0 | 24237725 | 75908 | 720 | $2,646.72 |
| SGM560214 | 20090238 | | GMPT | 30090527AWM- | 5/28/2009 12:27:18:4 | 12587621 | 25230 | 180 | $517.48 |
| SGM560617 | 20090300 | | GMT | PE090528BCG- | 5/28/2009 21:43:45:1 | 25833204 | 38755 | 90 | $339.88 |
| SGM560618 | 20080019 | | GMT | PE090528BCH- | 5/28/2009 21:44:22:6 | 25841842 | 38766 | 50 | $955.53 |
| SGM560602 | 20090573 | | GMPT | 2N090528BBR- | 5/28/2009 23:05:21:9 | 24237724 | 75970 | 924 | $2,816.83 |
| SGM560498 | 20084331 | | GMT | WE090528ANS- | 5/29/2009 06:04:34:3 | 15290409 | 38600 | 170 | $626.82 |
| SGM560500 | 20090389 | | GMT | WE090528ANU- | 5/29/2009 06:04:55:6 | 15911896 | 38532 | 140 | $887.84 |
| SGM560500 | 20090527 | | GMT | WE090528ANU- | 5/29/2009 06:04:55:6 | 15911896 | 38532 | 280 | $1,775.68 |
| SGM560497 | 20090528 | | GMT | WE090528ANR- | 5/29/2009 06:06:21:3 | 15135283 | 38482 | 480 | $3,123.55 |
| SGM560501 | 20084304 | | GMT | WE090528ANV- | 5/29/2009 06:09:25:8 | 25808976 | 38753 | 50 | $398.39 |
| SGM560499 | 20090390 | | GMT | WE090528ANT- | 5/29/2009 06:09:46:0 | 15911895 | 45278 | 60 | $129.84 |
| SGM560499 | 20090526 | | GMT | WE090528ANT- | 5/29/2009 06:09:46:0 | 15911895 | 45278 | 360 | $779.07 |
| SGM560599 | 20090573 | | GMPT | KE090528BBG- | 5/29/2009 10:58:57:5 | 24237724 | 75970 | 756 | $2,304.68 |
| SGM560600 | 20090391 | | GMPT | KE090528BBH- | 5/29/2009 10:59:18:8 | 24237725 | 75908 | 216 | $794.02 |
| SGM560600 | 20090519 | | GMPT | KE090528BBH- | 5/29/2009 10:59:18:8 | 24237725 | 75908 | 288 | $1,058.69 |
| SGM560600 | 20090571 | | GMPT | KE090528BBH- | 5/29/2009 10:59:18:8 | 24237725 | 75908 | 1224 | $4,499.42 |
| SGM560598 | 20090238 | | GMPT | 30090528BBF- | 5/29/2009 11:00:34:8 | 12587621 | 25230 | 90 | $258.74 |
| SGM560603 | 20083999 | | GMPT | 2N090528BBS- | 5/29/2009 14:34:30:7 | 24237725 | 75908 | 288 | $1,058.69 |
| SGM560972 | 20090391 | | GMPT | 2N090529APX- | 5/29/2009 21:04:50:1 | 24237725 | 75908 | 72 | $264.67 |
| SGM560972 | 20090519 | | GMPT | 2N090529APX- | 5/29/2009 21:04:50:1 | 24237725 | 75908 | 72 | $264.67 |
| SGM560974 | 20084262 | | GMT | FT090529APZ- | 5/29/2009 21:12:42:0 | 25794899 | 38681 | 5 | $217.35 |
| SGM560973 | 20090432 | | GMT | FT090529APY- | 5/29/2009 21:13:12:3 | 25794898 | 45274 | 10 | $231.46 |
| SGM560982 | 20090300 | | GMT | PE090529AQK- | 5/29/2009 21:15:17:1 | 25833204 | 38755 | 15 | $56.65 |
| SGM560982 | 20090366 | | GMT | PE090529AQK- | 5/29/2009 21:15:17:1 | 25833204 | 38755 | 30 | $113.29 |
| SGM560983 | 20080019 | | GMT | PE090529AQL- | 5/29/2009 21:39:51:6 | 25841842 | 38766 | 50 | $955.53 |

Library: DETROIT
Document Name: Sabo_GM_Rpt_Open_Items.XLS
Document Number: 1116285  Version: v1
Document Author: HighMR