James A. Plemmons (*pro hac vice*)
Michael C. Hammer (*pro hac vice*)
DICKINSON WRIGHT PLLC
500 Woodward Ave., Suite 4000
Detroit, MI 48226
Tel: (313) 223-3500

Attorneys for Sabó Industria e Comercio de Autopecas Ltda.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                          : Chapter 11
In re:                                                    :
                                                          : Case No. 09-50026 (REG)
GENERAL MOTORS CORP., *et al.*,                           :
                                                          : (Jointly Administered)
                    Debtors.                              :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Michael C. Hammer, hereby certify that I am a member of Dickinson Wright PLLC and that, on June 15, 2009, I filed *Sabó Industria e Comercio de Autopecas Ltda.'s Limited Objection to Debtors' Motion Pursuant to 11 U.S.C. § § 105, 363(B), (F), (K), and (M), and 365 and Fed. R. Bankr. P. 2002, 6004 and 6006, to (I) Approve (A) The Sale Pursuant to the Master Sale and Purchase Agreement With Vehicle Acquisition Holdings, LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Hearing* (the "Objection") by filing the same with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

In addition, I arranged for Dickinson Wright PLLC to affect personal service of the Objection by delivering the same on June 15, 2009 on (1) Debtors c/o General Motors

Corporation, Cadillac Building, 30009 Van Dyke Avenue, Warren, Michigan, 48090-9025 (Attn: Warren Command Center, Mailcode 480-206-114); and (2) the U.S. Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington D.C. 20220 (Attn: Matthew Feldman, Esq.).

Finally, I arranged for Dickinson Wright's local counsel in this matter, Hodgson Russ LLP, to affect personal service of the Objection by delivering the same on June 15, 2009 to the parties listed below:

> Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.);
>
> Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, NY 10281 (Attn: John J. Rapisardi, Esq.);
>
> Attorneys for the Creditors Committee: Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Thomas Moers Mayer, Kenneth H. Eckstein, Gordon Z. Novod);
>
> Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, NY 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); and
>
> The Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Diana G. Adams, Esq.).

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: /s/ Michael C. Hammer
Michael C. Hammer (pro hac vice)
500 Woodward Ave., Suite 4000
Detroit, MI 48226
Tel: (313) 223-3500
mhammer@dickinsonwright.com
Attorneys for Sabó Industria e Comercio de Autopecas Ltda.

Dated: June 15, 2009

ANNARBOR 26381-286 108208v1 6/15/2009