UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**GENERAL MOTORS CORP.**, *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br><br>**09-50026 (REG)**<br><br>(Jointly Administered |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true copies of the following have been furnished by U.S. Mail or electronic service this 15th day of June, 2009, to the parties on the attached service list:

*LIMITED CONTRACT OBJECTION OF U.S. BANK NATIONAL ASSOCIATION OR U.S. BANK TRUST NATIONAL ASSOCIATION, AS OWNER TRUSTEE (2000A-2);*

*LIMITED CONTRACT OBJECTION OF U.S. BANK TRUST NATIONAL ASSOCIATION, AS OWNER TRUSTEE (2004A-1);*

*LIMITED CONTRACT OBJECTION OF U.S. BANK TRUST NATIONAL ASSOCIATION, AS OWNER TRUSTEE (2004A-2); and*

*LIMITED CONTRACT OBJECTION OF U.S. BANK NATIONAL ASSOCIATION OR U.S. BANK TRUST NATIONAL ASSOCIATION, AS OWNER TRUSTEE.*

Dated: June 15, 2009        ____/s/_ Charlotte P. Bodell_____
                            Charlotte P. Bodell, Esq. (CB 1562)
                            Edwards Angell Palmer & Dodge LLP
                            111 Huntington Avenue
                            Boston, MA 02199
                            Tel: (617) 239-0100
                            Fax: (617) 227-4420
                            email: cbodell@eapdlaw.com

BOS111 12389787.1

| | | |
|---|---|---|
| General Motors Corporation<br>Cadillac Building<br>3009 Van Dyke Avenue<br>Warren, MI  48090-9025<br>Attn:  Warren Command Center<br>         Mailcode 480-206-114 | Harvey H. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Matthew Feldman, Esq.<br>U.S. Treasury<br>1500 Pennsylvania Ave., NW<br>Room 2312<br>Washington, DC  20220 |
| John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281 | Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway<br>47th Floor<br>New York, NY  10019 | Diana G. Adams, Esq.<br>Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 |

BOS111 12389787.1