DICONZA LAW, P.C.
630 Third Avenue, 7th Floor
New York, New York 10017
Gerard DiConza
Tel:  (212) 682-4940
Fax:  (212) 682-4942

*Bankruptcy Counsel for North American Acquisition Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., et al., | : | Case No. 09-50026 (REG) |
| | : | (Jointly Administered) |
| Debtors. | : | |

------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       The undersigned, being duly admitted in New York State and to practice before the District Court for the Southern District of New York, hereby certifies that, on June 15, 2009, a true and correct copy of the Limited Objection of North American Acquisition Corporation to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto was served by hand delivery on the parties on the service list attached as Exhibit A and FedEx on the parties on the service list attached as Exhibit B.

Dated: New York, New York
       June 15, 2009

                                            /s/ Gerard DiConza
                                            Gerard DiConza

## **EXHIBIT A**

## **SERVICE LIST**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Harvey R. Miller, Esq.
          Stephen Karotkin, Esq.
          Joseph H. Smolinsky, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn:   John J. Rapisardi, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn:   Thomas Moers Mayer, Esq.
          Kenneth H. Eckstein, Esq.
          Gordon Z. Novod, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attn:   Michael J. Edelman, Esq.
          Michael L. Schein, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn:   Diana G. Adams, Esq.

## **EXHIBIT B**

## **SERVICE LIST**

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn:   Warren Command Center
            Mailcode 480-206-114

U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.