Deborah L. Fish (P36580)
ALLARD & FISH, P.C.
2600 Buhl Building
535 Griswold
Detroit, Michigan 48226
(313) 961-6141

*Counsel for Severstal North America, Inc.,*
*RCO Enginnering, Inc. and*
*Overhead Conveyor Company*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: **GENERAL MOTORS CORP.,** *et al.*, | ) Chapter 11 ) ) Case No:    09-50026 (REG) |
| Debtors. | ) ) (Jointly Administered) ) |

**VERIFIED STATEMENT OF ALLARD & FISH, P.C. PURSUANT**
**TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Allard & Fish, P.C. ("A&F") states as follows for its verified statement pursuant to Federal Rule of Bankruptcy Procedure 2019:

1. A&F represent Severstal North America, Inc. ("Severstal"), whose address is Severstal North America, Inc.14661 Rotunda Drive – Lobby D Dearborn, Michigan 48121-1639. a supplier. A&F was retained to respond to supplier issues in the case including the assumption and assignment of the executory contracts.

2. A&F represents RCO Engineering, Inc. ("RCO"), whose address is 29200 Calahan, Roseville, Michigan 48066, a supplier. A&F was retained to respond to supplier issues in the case including the assumption and assignment of the executory contracts.

3. A&F represents Overhead Conveyor Company ("OCC"), whose address is 1330 Hilton Road, Ferndale, Michigan 48220-2898, a supplier. A&F was retained to respond to supplier issues in the case including the assumption and assignment of the executory contracts.

4. A&F is not a claim holder in this bankruptcy proceeding nor does it hold any equity interest in the Debtors.

I, Deborah L. Fish, declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: June 15, 2009

Respectfully submitted,

/S/Deborah L. Fish
Deborah L. Fish
ALLARD & FISH, P.C.
2600 Buhl Building
535 Griswold
Detroit, MI 48226
Telephone: (313) 961-6141
Facsimile: (313) 961-6142
P36580

ATTORNEYS FOR SEVERSTAL
NORTH AMERICA, INC.,
RCO ENGINEERING, INC. AND
OVERHEAD CONVEYOR COMPANY

U:\34\699\GM\2019 Statement.doc