JUN 1 5 2009

Hello,

As a recent retiree and a 8 year representative of local uaw 1999, I firmly ask that the relief sought in this motion (09-50026(REG), not go forward. Specifically, the loss of dental and vision for 665,000 retirees who were not allowed to vote. I fully understand that the uaw contract states that retirees have no voice. I believe this to be a violation of federal law. Remedies have been tried over the years (20 plus) to get this violation of law corrected. All on deaf ears of the uaw and the federal government. International resolutions sent to the uaw ( on record) abound of changes requested for the contract to allow retirees to vote on only, repeat ONLY those sections that effect retirees; all to no avail. Over the many years, lawsuits have been brought against the uaw thru various people, groups, and media. The NLRB has been involved over and over again on untold violations of the law regarding the uaw. Check the records. The objection remains. Thank you. Please reconsider.....

Clerk of Bankruptcy Court

United States Bankruptcy Court, Southern District of New York, One Bowling Green
New York, NY 10004-1408

CHRIS MESSINA
1819 OAK HOLLOW
NORMAN, OK