# EXHIBIT A

| # | GM P/N | Sanden P/N | Contract # | Approximate Dispute Amount | Issue | Current Status |
|---|--------|------------|------------|---------------------------:|-------|----------------|
| 1 | 20772560 | 8703E | GM-41863 (JPY) GM-37278 (USD) | $ 24,256.19 | Currency Discrepancy - Contract incorrectly setup with wrong source code | Filed claim with GM Claim #16748068 |
| 2 | 25825339 / 25825338 | 3454E / 3455E | GM-41863 | $ 27,349.13 | Price Discrepancy | Submitted evidence prior to C11 filing yet still unresolved |
| 3 | 15020478 | 7803E | GM-41863 (JPY) GM-37278 (USD) | $ 23,961.28 | Currency Discrepancy - Contract incorrectly setup with wrong source code | GM has yet to correctly receive the parts into their system - Evidence of receipt from GM existing |
| 4 | 25805685 / 20772570 | 8645R 8645E 8700R 8700E | 08J70-00R 0PH60-003 08J70-00Z 0PH60-004 | $ 800,000.00 | Investment amortized in piece price is estimate - final number to be calculated by either projection sum payment condition to be carried over | Need EOL volumes and agreement to the MOU lump sum payment condition to be carried over |
| 5 | 20772301 - Production 19130591 - Service | 8702E - Production 8704 - Service | 08J70-010 GM-37278 | $ 159,013.68 | xxxxpcs left after EOL - would like to receive obsolesce payment for these in either old or new GM | GM to provide details on how to proceed with filing obsolesce and agree to cover the remaining volume |
| 6 | 13232305 | 1603 | N1KFU | $ 473.23 | Sample part - delivered but not paid PO was setup in Euro - Sanden remit was to be USD only (No Euro currency setup) | |
| 7 | 13232308 | 1606 | N1AW10 | $ 1,050.00 | Sample part - delivered but not paid | |
| 8 | 94669748A | A07WV | DM 90040 | $ 1,932.16 | GM debited Sandenxx pcs and we are not sure why - all parts were delivered by Sanden | |

