Office of the Clerk of the Bankruptcy Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408



The purpose of this notice is to voice my objection to the relief sought in the UAW/GM and Class Representatives agreement dated May 29, 2009. Realizing the need for reform at GM is no new concept to me. Any educated, informed employee has seen the steady decline and mis-management at GM and the UAW for many years. I believe that the leadership at GM and the UAW has again disregarded the interests and welfare of the retirees. Just at the time in our lives when we need health benefits the most, they are taken away with little forethought.

After being a committed and dedicated employee of GM for over 31 years, I am rewarded by a continual degradation of my benefits and livelihood. I do understand the economic situation our society is in, but as a retiree, I always counted on my pension and benefits as being there when my career with GM was over. Instead, I am now faced with the realization that I will be forced to expend my savings to provide healthcare and benefits for myself.

My only recourse, at age 59, is to go out and find another job so that my wife and I can have benefits and not be added to the indigent care list in the event of disease or sickness. When I signed the employment agreement 31 years ago, GM promised me benefits and healthcare coverage and a guarantee of retiring securely. It now seems that the only one to honor that agreement is myself, certainly not GM or the UAW.

In closing, I admit that I am very bitter about all of this. As usual, the Rick Wagoners and Ron Gettelfingers live like "fat cats" while the retirees that made this company successful pay the price for the leadership's ineptitude.

It seems very ironic to me that we always bash our foreign competitors, but if you research the history, they honor and esteem their retired and senior population. And the companies and government assure that they are provided for. Too bad this isn't the desire of GM and the UAW or the Obama Administration.

Robert Fain
2365 Trinity Church Road
Canton, Georgia 30115