Grand Ledge, Mich.
June 8, 2009

JUN 15 2009

**United States Bankruptcy Court Cleck
One Bowling Green, New York, New York 10004**

   I am filing a motion in objection to the UAW with the GM Contract because it discriminated against the retirees. We the retirees could not vote on this agreement. In this contract there were major changes in the medical and the retirees could not vote on it but the workers could and get there full medical benefits. We the older retirees had no medical benefits when we hired in and then after a few years we only paid ½ of the insurance, then a few years later we got full paid insurance. Now the retirees lose a lot of our medical benefits and the workers now never had to pay any thing on there insurance and this is pure discrimination when could not vote on the contract. I hope this Court will correct this agreement between the UAW and GM. I Think any Judge has he power to do this because of the U. S. Constitution and the Laws of the United States. Art. V1 This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the contrary notwithstanding and Amendment V nor shall any person be deprived of life, liberty or property, without due process of law also Amendment XIV equal protection of the laws. Michigan Constitution Article 1 sec. 2 No person shall be denied the equal protection of the laws[discrimination]. Article 1 sec. 5 Freedom of speech and of press to express and publish his views on all subjects. Civil Rights Act of 1964[Sec. 101]. The Declaration of Independence. We hold these truths to be self-evident: that all men are created equal. The Judge in this case is a Federal Judge and I hope he can find that us older retirees should have the same health benefits as the workers now because we gave up a lot of health benefits in the last contract. We got a lot of benefits that the workers enjoy now, Full health benefits, more holidays, vacation pay, sub. Pay, no waiting week in unemployment, job bank[I don't agree with], we only had 24 minutes a day relief[ if we got any relief at all or the boss told us to get back on the job because we had adequate relief]. The last time I checked I got about $885. and when I retired I got $915. but when I got Social Security my Pension went down and now they get about $3100. pension. If the retirees voted on the contract and passed that would be ok. But

when we couldn't vote on the contract and  the union signed the contract with GM that is illegal because we couldn't vote on the contract and is unconstitutional and discriminatory. I know every one has to help out but I don't think the retirees have to give so much up. Your Honor I hope you read this motion and give retires some consideration and help. Thank you.

Sincerely
John A. Dwyer
817 N. Clinton St. Lot 804
Grand Ledge, Mich. 48837
Ph. 517-622-3183