MILLER JOHNSON
Attorneys for Benteler Automotive Corporation
250 Monroe Avenue, Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700
Thomas P. Sarb (TS-8282)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In Re:                                                                    Chapter 11

GENERAL MOTORS CORPORATION,                      Case No. 09-50026 (REG)

                      Debtors.                                     (Jointly Administered) -
---------------------------------------------------------- x

## PROOF OF SERVICE

I, DENNIS MURPHY certify that on June 14, 2009, a copy of the following:

Limited Objection Of Benteler Automotive Corporation To The Motion Of Debtors And Debtors In Possession Pursuant To Sections 105, 363, And 365 Of The Bankruptcy Code And Bankruptcy Rules 2002, 6004 And 6006 For An Order Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases And The Notice Of Filing Of Schedule Of Certain Designated Supplier Agreements And Cure Costs Related Thereto

was served on the following parties via hand delivery:

Weil, Gotschal & Manges LLP Attorneys for DebtorsAttn: Harvey R. Miller, Esq. Stepphen Karotkin, Esq. Joseph H. Smolinsky, Esq
767 Fifth Avenue
New York, NY 10153

Gordon Z. Novod
Attorney for the Creditors' Committee Kraemer Levin Naftalis & Frankel LLP 1177 Avenue of the Americas
New York, NY 10036

Cadwalader, Wickersham & Taft LLP Attorneys for PurchaserAttn: John J. Rapisardi, Esq. One World Financial Center New York, NY 10281

Vedder Price, PC
Attorneys for Export Development Canada Attn: Michael J. Edelman, Esq. Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY 10019

6473074.1

Office of the United States Trustee
Attn: Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

_____
Dennis Murphy

6473074.1