# EXHIBIT "A"

## EXHIBIT "A":
## CURE SHORTFALL – DESIGNATED FOR ASSUMPTION

| Invoice # | Cure Amount Shortfall |
|---|---|
| 287844 | $42.32 |
| 287844 | $50.08 |
| GM 41678 | $115.92 |
| 3441654 | $116.56 |
| 4020543 | $84.64 |
| 4039354 | $58.28 |
| 4221027 | $874.20 |
| 4385656 | $107.04 |
| CN 41679 | $277.71 |
| CN 41679 | $53.25 |
| CN 57639 | $38.36 |
| 0598002T | $2,163.20 |
| 0598002R | $2,181.60 |
| 43067595 | $233.12 |
| 43068099 | $349.68 |
| CN 41679 | $305.97 |
| CN 41678 | $31.80 |
| 000122804 | $2,094.24 |
| 000122804 | $84.64 |
| 000122804 | $169.28 |
| GM 38023 | $230.25 |
| GM 00000 | $238.33 |
| CN00000 | $6.98 |
| CN00000 | $10.47 |
| 3090286 | $54.38 |
| GM 42836 | $230.72 |
| 18DB001M | $394.56 |
| 18DB001M | $394.56 |
| 18DB001M | $1,117.92 |
| 18DB001M | $1,150.80 |
| 18DB001L | $777.60 |
| 18DB001M | $777.60 |
| 01VL000B | $32.88 |
| 01VL000C | $32.88 |
| 01VL0000 | $201.32 |
| 01VL0009 | $201.32 |
| 01VL000G | $201.32 |
| 01VL000H | $201.32 |
| 01VL000L | $50.40 |

1165534.2 6/15/09

| Invoice # | Cure Amount Shortfall |
|---|---|
| 01VL000M | $50.40 |
| 01VL000N | $50.40 |
| 01VL000P | $50.40 |
| 3919076 | $4.86 |
| 3919078 | $4.86 |
| 4039830 | $97.61 |
| 3919048 | $4.86 |
| 3919004 | $4.86 |
| 01VL000B | $32.88 |
| 01VL000C | $32.98 |
| 4183675 | $17.14 |
| 0971831 | $40.39 |
| 0931524 | $40.39 |
| 01VL000C | $32.98 |
| 01VL000B | $32.88 |
| 01VL000C | $65.95 |
| 1009828 | $33.36 |
| GM 38023 | $96.95 |
| CN 42836 | $14.85 |
| CN 42836 | $49.44 |
| CN 42836 | $24.72 |
| CN 42836 | $8.18 |
| CN 42836 | $89.98 |
| CN 42836 | $111.49 |
| CN 42836 | $55.74 |
| CN 42836 | $469.68 |
| CN 42836 | $84.66 |
| CN 38023 | $76.75 |
| CN 42836 | $100.23 |
| CN 42836 | $78.11 |
| CN 42836 | $87.87 |
| CN 42836 | $282.72 |
| **Total Cure Shortfall:** | **$17,966.44** |