# EXHIBIT "B"

## EXHIBIT "B":
## UNIDENTIFIED AGREEMENTS

| Identifying Number |
|---|
| 01S53965 |
| GM55818 |
| K1Z8S000 |
| K1Z8S001 |
| N1QE5000 |
| N1I96000 |
| 18DB001H |
| G1F003B |
| G1F004D |