# EXHIBIT "C"

# EXHIBIT "C":
# EXCLUDED PURCHASE ORDERS

| Number |
|---|
| 4632560 |
| 4632507 |
| 32896 |
| GM00000 |
| CN00000 |
| GM21880 |
| GM38023 |