12 June, 2009

United States Bankruptcy Court
One Bowling Green, New York, New York 10004
(Clerk: Vito Genna)

Reference: NY2:\1997764\11\16THG11!.DOC\72240.0635

I have GM bonds in two IRA accounts.

I am concerned by what I hear on the news that the GM bonds in my retirement accounts are not being fairly treated in relation to other claims against GM. My retirement income is very important, I have been retired over 8 years.

I object to predetermined outcomes directed by others and request historic fair and lawful treatment by the bankruptcy court. (I have had no opportunity to provide input, or vote, regarding A MASTER SALE AND PURCHASE AGREEMENT.) The bankruptcy court MUST protect my rights.

I have 1400 GENERAL MOTORS CORP SENIOR NOTES 7.375% (BGM) in my PAUL D SCHRADER IRA Account.

I have 180 GENERAL MOTORS CORP SENIOR NOTES 7.375%(BGM) in my PAUL D SCHRADER ROTH-IRA Account.

Both accounts are with J.J.B. Hilliard, W.L. Lyons, LLC (Known as HILLIARD LYONS)
10200 FOREST GREEN BLVD
SUITE 500
LOUISVILLE KY 40223

Paul D Schrader
7001 Briscoe Lane
Louisville KY 40228-1653

Phone: 502-239-2043