UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
GENERAL MOTORS CORP., et al.,           :    09-50026 (REG)
                                        :
                    Debtors.            :    (Jointly Administered)
                                        :
----------------------------------------------------------x

NOTICE OF CREDITOR'S CONTRACT OBJECTION
SOLELY AS TO CURE AMOUNT

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**Objection to Omission of Certain Cure Amounts**

Healthtrax International, Inc. ("Healthtrax") and certain of its subsidiaries, as suppliers to the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") respectfully objects to the Debtor's proposed amount to cure all prepetition defaults to Healthtrax as of the Commencement Date in accordance with section 365 (b) of the Bankruptcy Code (the "Cure Amounts").

Healthtrax respectfully submits the **Exhibit A** attached hereto, which **Exhibit A** sets forth those prepetition defaults that were omitted from the "Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Property and (II) Cure Amounts Related Thereto."

**Notice**

Copies of this Objection have been sent to (i) the Debtors, c/o General Motors Corporation, Cadillac Building, 3009 Van Dyke Avenue, Warren, MI 48090-9025 (Attn: Warren Command Center, Mailcode 480-206-114); (ii) Weil, Gotchal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq. Stephen

1

Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (iii) the U.S. Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Matthew Feldman, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) Kramer, Levin, Naftalis & Frankel, attorneys for the Creditors Committee, 1177 Avenue of the Americas, New York, New York 10036; (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. And Michael L. Schein, Esq.); and (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.).

WHEREFORE, Healthtrax International, Inc. respectfully requests the resolution and payment of the Cure Amounts omitted from Debtors' Notice, as set forth on Exhibit A attached hereto and made a part hereof.

Dated: June 12, 2009

HEALTHTRAX INTERNATIONAL, INC.
2345 Main Street
Glastonbury, CT 06033
Telephone: (860) 633-5572 x 256
Facsimile: (860) 633-7472

By _____
Lisa M. Liegeot
General Counsel

**Exihibit A**

A/R missing from General Motors Cure Amount
listed on website www.contractnotices.com
for Healthtrax International Inc and/or Work-Fit®

**Ultimate DUNS - RD 131000390**

| GM Location | Utlimate Duns # | PO Number | BOL | Document date | Amount | |
|---|---|---|---|---|---|---|
| Defiance | RD131000390 | PDR96202 | DEF0409 | 4/30/2009 | $16,662.00 | |
| | RD131000390 | PDR96203 | DEF0509 | 5/29/2009 | $16,662.00 | |
| | | | | | | $33,324.00 |
| Flint Engine South | RD131000390 | PVR01287 | GMFES0309 | 3/31/2009 | $6,956.00 | |
| | RD131000390 | PVR01290 | GMFES0409 | 4/30/2009 | $6,956.00 | |
| | RD131000390 | PVR01291 | GMFES0509 | 5/29/2009 | $6,956.00 | |
| | | | | | | $20,868.00 |
| Romulus | RD131000390 | RMR21842 | GMROM0509 | 5/29/2009 | $9,814.00 | |
| | | | | | | $9,814.00 |
| Warren Tech Blanket PO # GMB07445 | RD131000390 | not received | GMWAR1208 | 12/1/2008 | $6,800.00 | |
| | RD131000390 | not received | GMWAR0109 | 1/31/2009 | $6,800.00 | |
| | RD131000390 | not received | GMWAR0209 | 2/28/2009 | $6,800.00 | |
| | RD131000390 | not received | GMWAR0309 | 3/31/2009 | $6,800.00 | |
| | RD131000390 | not received | GMWAR0409 | 4/30/2009 | $6,800.00 | |
| | RD131000390 | not received | GMWAR0509 | 5/29/2009 | $6,800.00 | |
| | | | | | | $40,800.00 |
| **Total contract omissions from the Cure Amount** | | | | | | **$104,806.00** |