**Brooks Wilkins Sharkey & Turco, PLLC**
401 S. Old Woodward Avenue, Suite 460
Birmingham, MI  48009
(248) 971-1800
Paula A. Hall  (MI Bar # P61101)

**Attorneys for TechTeam Global, Inc.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: <br><br> GENERAL MOTORS CORP., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-50026-ajg <br><br> Hon. Robert E. Gerber |

## NOTICE OF WITHDRAWAL OF CLAIM NO. 19

PLEASE TAKE NOTICE that TechTeam Global, Inc. hereby withdraws Proof of Claim No. 19.

Dated:  June 15, 2009         By: /s/  Paula A. Hall
                              Paula A. Hall (admitted *pro hac vice*)
                              401 S. Old Woodward Avenue, Ste. 460
                              Birmingham, MI  48009
                              (248) 971-1800
                              (248) 971-1801 – Facsimile
                              hall@bwst-law.com

                              **Attorney for TechTeam Global, Inc.**