UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.,* | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Judy A. O'Neill, a member in good standing of the Bar of the State of Michigan and the Bar of the U.S. District Court for the Eastern District of Michigan, request admission to practice, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Peugeot Japy Industries S.A., creditor in the above referenced case.

Mailing Address: Foley & Lardner LLP, 500 Woodward Avenue, Detroit, Michigan 48226

Email Address: joneill@foley.com

Telephone Number: (313) 234-7100

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 15, 2009
      Detroit, Michigan

By: */s/* Judy A. O'Neill
Judy A. O'Neill
Foley & Lardner LLP
500 Woodward Avenue
Detroit, Michigan 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

DETR_1206517.1

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.,* | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Judy A. O'Neill, a member in good standing of the Bar of the State of Michigan and the Bar of the U.S. District Court for the Eastern District of Michigan, having requested admission, *pro hac vice*, to represent Peugeot Japy Industries S.A., creditor in the above referenced case,

**ORDERED**,

Judy A. O'Neill, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

/s/ _____
UNITED STATES BANKRUPTCY
JUDGE

DETR_1206517.1