<u>Exhibit B</u>



**NET AR INVOICE**

05/21/2009    2:25:10PM

**Invoice Number:    91160-1**

| <u>Bill To</u> | <u>Invoice Information</u> | | <u>Billing Contact</u> |
|---|---|---|---|
| General Motors Corporation | Production Month: | 04/2009 | Dominion Retail, Inc. |
| | **Invoice Due Date:** | **6/1/2009** | Gas Accounting |
| GM c/o Entech USB | Invoice Date: | 5/21/2009 | P.O. Box 298 |
| P. O. Box 319002 | Customer Number: | 600011343 | Pittsburgh, PA 15230-9455 |
| Chicago, IL 60631-9002 | | | |
| | | | KIMBERLY CULPEPPER |
| Phil Taylor | | | Phone: 412-237-4753 |
| 773-380-1261 | | | Fax:    412-237-4783 |
| 773-442-0219 | | | Email:   kimberly.r.culpepper@dom.com |

Net Invoice Total:  Volume:  86,239

Please notify as soon as possible of any discrepancies                                    Amount: $351,915.05

| Deal # | Trade Date | Trader | Deal Contact | Pipeline | Meter Volume | UOM | Deal Price | Amount Due |
|---|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | | |
| 644377 | 4/16/2009 | GAROFALO | Dean Putnam | EASTOHIO | (30,000) | MMBTU | 3.9000 | (117,000.00) |
| 647369 | 4/30/2009 | GAROFALO | | OTHERM | 0 | MMBTU | 0.0000 | (164.05) |
| | | | | Pipeline: EASTOHIO | (30,000) | | | (117,164.05) |
| | | | | **PURCHASE Total:** | (30,000) | | | (117,164.05) |
| **Sales** | | | | | | | | |
| 647651 | 5/1/2009 | GAROFALO | Dean Putnam | EASTOHIO | 87,000 | MMBTU | 4.0810 | 355,047.00 |
| 651029 | 5/20/2009 | GAROFALO | Philip Leach | EASTOHIO | 29,239 | MMBTU | 3.9000 | 114,032.10 |
| | | | | Pipeline: EASTOHIO | 116,239 | | | 469,079.10 |
| | | | | **SALE Total:** | 116,239 | | | 469,079.10 |
| | | | | Net Invoice Total: | 86,239 | | | $351,915.05 |
| | | | | Outstanding Amount : | | | | $351,915.05 |

<u>NOTES :</u>

| <u>Please Wire Transactions To</u> | <u>Please Remit Check To</u> | <u>Please Send Correspondence To</u> |
|---|---|---|
| JP Morgan Chase Bank | Dominion Retail, Inc. | Dominion Retail, Inc. |
| 9102784213 | % Bank of America Lockbox | Attn: Billing Department |
| 021000021 | P. O. Box 414607 | P.O. Box 298 |
| New York, NY | Boston, MA02241-4607 | Pittsburgh, PA 15230-9455 |

Dominion Retail, Inc.
120 Tredegar Street, Richmond, VA 23219



Date:
June 11, 2009

General Motors Corporation                    10/31/2005                    Invoice #
c/o EnTech USB
P.O. Box 319002
Chicago, IL 60631
E-mail: bills@entech.us; lesley@entech.us

Payment Terms: Net 10 days of Receipt of Invoice                    Customer    No:        600011343

## NATURAL GAS INVOICE

Invoice Month:
    5/1/2009 - 5/31/2009

| | Mcf Burnertip | Dt Citygate | Nymex | Fuel 1.0285 | Basis Adder | Citygate Price | Amount |
|---|---|---|---|---|---|---|---|
| Nomination Dth - Settle | | 65,000 | $3.3210 | | $0.4500 | $3.7710 | $245,115.00 |
| Nomination Dth - Total | | 65,000 | | | | $3.7710 | $245,115.00 |
| Actual Mcf - to - Dt  Dominion East Ohio Acct #81459 | 51,668.8 | 54,466 | | | | | |

| | Citygate | 5/20/2009 Index | Fuel 1.0285 | Adder | Citygate Price | Amount |
|---|---|---|---|---|---|---|
| Difference | (10,534) | $    - | $    - | | $3.7710 | ($39,723.71) |

Imbalance Credit from Mar'09                                                              ($164.05)

Total Due Dominion Retail, Inc.                                                    $205,227.24

***See Attachment for details***

**Shrinkage calculation: Usage divided by .997 and .981 and rounded
* Dominion Retail, Inc. delivers and bills based on Whole Numbers in MCF.
Any Questions? Contact

Please Wire Transactions to:
  JP Morgan Chase Bank
  New York, NY
  ABA 021-000-021
  Dominion Retail, Inc.
  Acct #9102784213

Please Remit Check To:
Dominion Retail, Inc.
% Bank of America Lockbox
P.O. Box 414507
Boston, MA 02241-4607