# GENERAL MOTORS SERVICE LIST

*Via U.S. Mail*
General Motors Corporation
Cadillac Building
Attn: Warren Command Center
Mailcode 480-206-114
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
*Debtors*

*Via Electronic Mail*
Harvey R. Miller, Esq
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotchal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Harvey.Miller@weil.com
Stephen.karotkin@weil.com
Joseph.smolinsky@weil.com
*Attorney for Debtors*

*Via U.S. Mail*
Diana G. Adams, Esq
Office of the U.S. Trustee for the Southern
District of New York
33 Whitehall St., 21st Floor
New York, NY 10004
*U. S. Trustee*

*Via U.S. Mail*
Matthew Feldman, Esq
U. S. Department of Treasury
1500 Pennsylvania Ave
NW Room 2312
Washington, DC 20220

*Via Electronic Mail*
John J. Rapisardi, Esq
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY  10281
John.rapisardi@cwt.com
*Attorneys for Purchaser*

*Via Electronic Mail*
Michael J. Edelman, Esq
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
mjedelman@vedderprice.com
*Attorneys for Export Development Canada*

*Via Electronic Mail*
Robert D. Wolford
Miller, Johnson Snell & Commiskey PLC
250 Monroe Avenue, N.W.
Suite 800
Grand Rapids, MI 49053
Ecfwolfordr@millerjohnson.com
*Attorneys for Creditors' Committee*