UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.,* | ) | Case No. 09-50026 (REG) |
| | ) | |
|     Debtors. | ) | (Jointly Administered) |
| | ) | |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Katherine R. Catanese, a member in good standing of the Bar of the State of Michigan and the Bar of the U.S. District Court for the Eastern District of Michigan, request admission to practice, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Cooper-Standard Automotive, Inc., EMCON Technologies, Inc., Grupo Antolin North America Inc., Intra Corporation, Pirelli Tire, LLC, Peugeot Japy Industries S.A., and Technology Investment Partners, creditors in the above referenced case.

Mailing Address: Foley & Lardner LLP, 500 Woodward Avenue, Detroit, Michigan 48226

Email Address: kcatanese@foley.com

Telephone Number: (313) 234-7100

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 15, 2009
    Detroit, Michigan

By: */s/ Katherine E. Catanese*
Katherine R. Catanese
Foley & Lardner LLP
500 Woodward Avenue
Detroit, Michigan 48226
Telephone: (313) 234-7100
Facsimile:  (313) 234-2800

DETR_1206458.1

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.*, | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice***

Katherine R. Catanese, a member in good standing of the Bar of the State of Michigan and the Bar of the U.S. District Court for the Eastern District of Michigan, having requested admission, *pro hac vice*, to represent Cooper-Standard Automotive, Inc., EMCON Technologies, Inc., Grupo Antolin North America Inc., Intra Corporation, Pirelli Tire, LLC, Peugeot Japy Industries S.A., and Technology Investment Partners, creditors in the above referenced case,

**ORDERED**,

That Katherine R. Catanese, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

/s/ _____
UNITED STATES BANKRUPTCY
JUDGE

DETR_1206458.1