

**CONCEPT INDUSTRIES®**

June 12, 2009

United States Bankruptcy Court
Mr. Vito Genna, Clerk
One Bowling Green
New York, NY 10004

Re:   Concept Industries, Inc., Duns #117462085, CURE OBJECTION
      General Motors Corporation, et al., Chapter 11 Case No. 09-50026 (REG)
      Call Center Log#2009.4073, established 06-10-09 by Ernesto

Dear Mr. Genna,

Enclosed please find a listing in the amount of $136,648.49 for which we consider to be a "Cure Dispute" which relates to the above-named case.

We hereby request to participate in the alternative dispute resolution procedure "ADR Procedure" and have submitted our itemization of the revised "CURE" amount for our company.

Thank you for your assistance with this matter.

Sincerely,

Ellen McClain
Controller

cc:   Weil, Gotshal & Manges LLP

Page 1 of 2

4950 Kraft S.E. - Grand Rapids - MI 49512-9707 - (PH) 616 554 9000 - (FAX) 616 554 9099 - www.conceptind.com

Concept Industries, Inc.
Mfg Duns: 117462085
4950 Kraft Ave SE
Grand Rapids, MI 49512

Disputed Cure Claim $136,648.49
June 12, 2009

| Cust No | Company | Row ID | GM Contract ID | Shipper No. | Invoice Date | Invoice No | Invoice Amt | Amount Paid | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| 000741 | GENERAL MOTORS CORPORATION | | BVFMSH-741204 | 61138 | 4/1/2007 | C000109318 | 2,760.00 | 294.08 | 2,465.92 |
| 000741 | GENERAL MOTORS CORPORATION | | BVFMSH-741204 | 61451 | 4/20/2007 | C000109317 | 1,472.00 | 156.82 | 1,315.18 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876585 | 1BRJ000F | 61535 | 4/27/2007 | C000109319 | 2,300.00 | 244.09 | 2,055.91 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876586 | 1BRJ000G | 61536 | 4/27/2007 | C000109320 | 2,300.00 | 244.09 | 2,055.91 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876587 | 1BRJ000H | 61537 | 4/27/2007 | C000109321 | 2,300.00 | 246.03 | 2,053.97 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876588 | 1BRJ000J | 61538 | 4/27/2007 | C000109322 | 2,300.00 | 246.03 | 2,053.97 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876585 | 1BRJ000F | 61776 | 5/23/2007 | C000109513 | 1,380.00 | 146.45 | 1,233.55 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876586 | 1BRJ000G | 61777 | 5/23/2007 | C000109514 | 1,380.00 | 146.45 | 1,233.55 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876587 | 1BRJ000H | 61779 | 5/23/2007 | C000109515 | 1,380.00 | 147.62 | 1,232.38 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876588 | 1BRJ000J | 61780 | 5/23/2007 | C000109516 | 1,380.00 | 147.62 | 1,232.38 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876585 | 1BRJ000F | 61932 | 6/4/2007 | C000109618 | 460.00 | 48.82 | 411.18 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876586 | 1BRJ000G | 61922 | 6/4/2007 | C000109619 | 2,300.00 | 244.09 | 2,055.91 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876586 | 1BRJ000G | 61933 | 6/4/2007 | C000109620 | 460.00 | 48.82 | 411.18 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876586 | 1BRJ000G | 61923 | 6/4/2007 | C000109621 | 2,300.00 | 244.09 | 2,055.91 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876586 | 1BRJ000G | 61934 | 6/4/2007 | C000109622 | 460.00 | 49.21 | 410.79 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876587 | 1BRJ000H | 61924 | 6/4/2007 | C000109623 | 2,300.00 | 246.03 | 2,053.97 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876587 | 1BRK000H | 61925 | 6/4/2007 | C000109624 | 2,300.00 | 246.03 | 2,053.97 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876588 | 1BRJ000J | 61935 | 6/4/2007 | C000109625 | 460.00 | 49.20 | 410.80 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876587 | 1BRJ000F | 61955 | 6/6/2007 | C000109654 | 1,150.00 | 122.05 | 1,027.95 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876585 | 1BRJ000G | 61956 | 6/6/2007 | C000109655 | 1,150.00 | 122.05 | 1,027.95 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876586 | 1BRJ000H | 61957 | 6/6/2007 | C000109656 | 1,150.00 | 123.02 | 1,026.98 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876587 | 1BRJ000J | 61958 | 6/6/2007 | C000109657 | 1,150.00 | 123.02 | 1,026.98 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876588 | 1BRJ000F | 62082 | 6/18/2007 | C000109764 | 2,300.00 | 244.09 | 2,055.91 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876585 | 1BRJ000G | 62083 | 6/18/2007 | C000109765 | 2,300.00 | 244.09 | 2,055.91 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876586 | 1BRJ000H | 62084 | 6/18/2007 | C000109766 | 2,300.00 | 246.03 | 2,053.97 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876587 | 1BRJ000J | 62085 | 6/18/2007 | C000109767 | 2,300.00 | 246.03 | 2,053.97 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00568149 | GM-47308 | 62272 | 7/10/2007 | C000109930 | 471.36 | 460.16 | 11.20 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876585,5716-00876586,5716-00876587,5716-00876588 | 1BRJ000F,1BRJ000G,1BRJ000H,1BRJ000J | 62352 | 7/19/2007 | C000110002 | 980.24 | 929.55 | 50.69 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00876585,5716-00876586,5716-00876587,5716-00876588 | 1BRJ000F,1BRJ000G,1BRJ000H,1BRJ000J | 62775 | 8/31/2007 | C000110357 | 1,960.48 | 1,914.86 | 45.62 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00360383,5716-00360384,5716-00360385,5716-00360386 | 1BRJ000W,1BRJ000X,1BRJ000Z,1BRJ0010 | 63854 | 1/10/2008 | C000111331 | 1,166.54 | 1,165.33 | 1.21 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00360383,5716-00360384,5716-00360385,5716-00360386 | 1BRJ000W,1BRJ000X,1BRJ000Z,1BRJ0010 | 63898 | 1/16/2008 | C000111371 | 1,751.02 | 1,745.03 | 5.99 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00360383,5716-00360385,5716-00360386 | 1BRJ000W,1BRJ000Z,1BRJ0010 | 64031 | 1/31/2008 | C000111494 | 1,165.33 | 1,099.10 | 66.23 |
| 000741 | GENERAL MOTORS CORPORATION | 5716-00360383,5716-00360384,5716-00360385,5716-00360386 | 1BRJ000W,1BRJ000X,1BRJ000Z,1BRJ0010 | 64059 | 2/5/2008 | C000111517 | 1,751.02 | 1,745.00 | 6.02 |
| 000741 | GENERAL MOTORS CORPORATION | | H2 Program Costs | | 11/12/2007 | C000111207 | 87,754.25 | 0.00 | 87,754.25 |
| 000741 | GENERAL MOTORS CORPORATION | | GMT966 Obsolesence Costs | | 12/18/2008 | C000121808 | 9,581.23 | 0.00 | 9,581.23 |
| | TOTAL | | | | | | | | $136,648.49 |