To: US BANKRUPTCY COURT
Southern District of New York
Clerk of the Bankruptcy Court

Address: One Bowling Green
New York, NY 10004-1408

Tel: (212) 668-2870

Re: Chapter 11 Case No.09-50026 (REG)

Objection Deadline 6/19/2009 17:00

Date: 6/15/2009

From: Peter Petra
Address: 3304 93 St. Apt.3V
Jackson Heights NY 11372

GM Bondholder $349,000

I am grateful to the US Bankruptcy Court for giving me the opportunity to express my objection regarding the 363 master sale of old GM assets. All I want is to recover as much as possible from my hard earned retiring money over the years representing $349,000 of GM corporate Bonds. The GM offer of 10% of new GM shares and the warrants of additional 15% are not equitable in comparison with the other GM stakeholders. I am hopping that the existing laws will be respected, and the justice will be served in this bankruptcy case. Currently I own following GM Bonds.

| Custodian | Cusip | Description | Qty | My Cost |
|---|---|---|---|---|
| Fidelity Roth IRA Acc#: 2071488954 | 370442AJ4 | GENERAL MTRS CORP SR NT 8.80000% 03/01/2021 | 91,000 | $92,069 |
|  | 370442BT1 | GENERAL MTRS CORP SR DEB 8.37500% 07/15/2033 | 78,000 | $82,970 |
|  | 370442BW4 | GENERAL MTRS CORP SR DEB 8.250% 07/15/2023 MAKE WHOLE ISIN #US370442BW46 | 53,000 | $57,270 |
| Smith Barney Acc# 73C-43354 | 370442BW4 | GENERAL MTRS CORP SR DEB 8.250% 07/15/2023 MAKE WHOLE ISIN #US370442BW46 | 13,000 | $14,174 |
| Fidelity TOD Acc# 108339415 | 370442AJ4 | GENERAL MTRS CORP SR NT 8.80000% 03/01/2021 | 5,000 | $5,047 |
|  | 370442BT1 | GENERAL MTRS CORP SR DEB 8.37500% 07/15/2033 | 109,000 | $113,304 |
| | | Total | 349,000 | $364,834 |

Peter Petra