# Contract Notices

User: 427np049

**GM**

My Contracts    Documents & Links

## Supplier Details

Vendor Master ID: **968522771**

| | |
|---|---|
| Supplier Name: **WESTERN FLYER EXPRESS INC** | |
| Contract Cure Amount: | Click here to view Contract Cure Amount Details |
| # of Contracts: **1** | |

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
|---|---|---|---|---|---|
| 5716-01056622 | GM-00011489 | 968522771 | WESTERN FLYER EXPRESS | Service Agreement | Noticed |

Hover mouse cursor here for Contract Status Legend

**Important Notices:**

All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout

June 11, 2009 @ 04:38:51 PM

Copyright © 2009 AlixPartners, LLP   | (101)

# Contract Notices

User: 427oj9M9

**My Contracts**   **Documents & Links**

## Supplier Details

**Vendor Master ID: 968522771**

| | |
|---|---|
| Supplier Name: | **WESTERN FLYER EXPRESS INC** |
| Contract Cure Amount: | |
| # of Contracts: | **1** |

Click here to view Contracts

### Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount |
|---|---|---|---|---|---|

**Important Notices:**

All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout

June 11, 2009 @ 04:40:46 PM

Copyright · 2009 AlixPartners, LLP  | (101)

https://www.contractnotices.com/MyContractDetails.aspx

6/11/2009

## April Spurgeon - Western Flyer Express, Inc.

**From:** Ron Stone - Western Flyer Express, Inc. [rstone@westernflyerexpress.com]
**Sent:** Thursday, June 11, 2009 10:39 AM
**To:** Randy Timms; April Spurgeon
**Subject:** FW: Cure Amount for GMSPO and Saturn SPO

-----Original Message-----
**From:** Johnroe, Kelly [mailto:JohnroeK@schneider.com]
**Sent:** Thursday, June 11, 2009 10:25 AM
**To:** Ron Stone - Western Flyer Express, Inc.
**Subject:** Cure Amount for GMSPO and Saturn SPO

Good Afternoon

Attached is your identified Cure Amount as of 9 Jun 2009. Please refer to the instructions within the letter your organization received from the US Southern District of New York. Please note that you have 10 days from the date of that letter to object to assignment or assumption of contract or the attached cure amount. Again, please refer to that document for the specific requirements.

Either Kelly Johnroe or Michael Kukiela will be following this email with a phone call to confirm receipt.

If you have further instructions, we have been instructed to provide you the following number to call: 1.586.899.5442

**GMSPO Cure Amount**

| SCAC | Carrier Name | In approved Status as of 6-10-2009 | Citibank funding- May1st-May16 Gross $ | GMSPO co 1 TOTAL |
|---|---|---|---|---|
| WFLY | WESTERN FLYER EXPRESS | 151,866.06 | 138,802.35 | 290,668.41 |

**Saturn Cure Amount**
$0

Kelly Johnroe
Account Purchasing Manager
An Employee of Schneider Logistics, Inc
Phone: 248-848-5807
Fax: 920-403-9105
Cell: 248-379-9093
Email: johnroek@schneider.com

34505 W. 12 Mile Rd.
Suite 300
Farmington Hills, MI 48331

6/12/2009

**Western Flyer Express, Inc.**
5220 S.W. 11th Street
Oklahoma City, OK 73128
**GM Loads Hauled through May 31, 2009**

| Invoice date | Invoice # | Order # | SLI# | Invoiced amount | Paid Amount | Amount Owed |
|---|---|---|---|---|---|---|
| 06/17/08 | 121488 | 64018 | VG35033 | $2,601.76 | $0.00 | $2,601.76 |
| 06/24/08 | 121912 | 64205 | VG67315 | $2,929.90 | $2,735.50 | $194.40 |
| 07/08/08 | 122621 | 64755 | VH17798 | $2,747.20 | $0.00 | $2,747.20 |
| 07/22/08 | 123363 | 65445 | VH94069 | $2,747.20 | $0.00 | $2,747.20 |
| 11/04/08 | 128789 | 71346 | VV12920 | $2,068.82 | $1,993.82 | $75.00 |
| 11/10/08 | 129060 | 71356 | VV07844 | $75.00 | $0.00 | $75.00 |
| 12/02/08 | 130460 | R000462 | | $825.00 | $0.00 | $825.00 |
| 12/09/08 | 130552 | 73037 | VW82368 | $2,462.04 | $2,156.04 | $306.00 |
| 12/17/08 | 131136 | 73798 | VY29317 | $2,275.45 | $2,250.45 | $25.00 |
| 12/22/08 | 131498 | 73866 | VY41731 | $1,449.58 | $1,359.18 | $90.40 |
| 01/06/09 | 132114 | 74601 | VY95647 | $2,081.61 | $0.00 | $2,081.61 |
| 01/06/09 | 132117 | 74610 | VY97213 | $1,423.46 | $0.00 | $1,423.46 |
| 01/06/09 | 132118 | 74637 | VY97621 | $406.68 | $0.00 | $406.68 |
| 01/06/09 | 132124 | 74673 | WA00713 | $2,081.61 | $0.00 | $2,081.61 |
| 01/09/09 | 132302 | R000470 | | $425.00 | $0.00 | $425.00 |
| 01/19/09 | 133010 | 75370 | WA44720 | $1,894.86 | $0.00 | $1,894.86 |
| 01/28/09 | 133371 | 76019 | WC00519 | $1,530.08 | $0.00 | $1,530.08 |
| 01/29/09 | 133546 | 75803 | VQ34651 | $1,770.34 | $0.00 | $1,770.34 |
| 02/24/09 | 135204 | 77738 | WE35827 | $75.00 | $0.00 | $75.00 |
| 02/25/09 | 135234 | 75648 | WA72661 | $1,588.48 | $0.00 | $1,588.48 |
| 02/25/09 | 135235 | 75649 | WA72673 | $1,588.48 | $0.00 | $1,588.48 |
| 03/03/09 | 135589 | 77689 | WE35688 | $2,014.98 | $1,999.36 | $15.62 |
| 03/10/09 | 136053 | 77858 | WE50453 | $1,662.81 | $1,649.92 | $12.89 |
| 03/10/09 | 136054 | 78113 | WE70434 | $1,662.81 | $1,649.92 | $12.89 |
| 03/10/09 | 136055 | 78114 | WE70437 | $1,662.81 | $1,649.92 | $12.89 |
| 03/16/09 | 136308 | 79063 | WF49126 | $397.68 | $0.00 | $397.68 |
| 03/20/09 | 136638 | 78196 | WE77719 | $2,114.31 | $2,097.92 | $16.39 |
| 03/20/09 | 136641 | 78200 | WE70586 | $2,156.88 | $2,140.16 | $16.72 |
| 03/31/09 | 137276 | 78928 | WF36769 | $1,968.12 | $1,952.50 | $15.62 |
| 03/31/09 | 137280 | 79574 | WF88888 | $832.26 | $826.44 | $5.82 |
| 03/31/09 | 137315 | 80135 | WG24325 | $1,338.26 | $1,329.79 | $8.47 |
| 03/31/09 | 137316 | 80136 | WG24331 | $2,376.50 | $2,364.25 | $12.25 |
| 03/31/09 | 137317 | 80151 | WG27366 | $1,217.94 | $1,210.28 | $7.66 |
| 03/31/09 | 137318 | 80152 | WG27367 | $397.68 | $395.88 | $1.80 |
| 03/31/09 | 137319 | 80232 | WG28504 | $2,187.74 | $2,174.33 | $13.41 |
| 03/31/09 | 137320 | 80233 | WG28528 | $2,000.14 | $1,989.03 | $11.11 |
| 04/07/09 | 137758 | 80514 | WG49681 | $1,958.18 | $1,928.36 | $29.82 |
| 04/07/09 | 137772 | 80631 | WG56421 | $403.08 | $397.68 | $5.40 |
| 04/07/09 | 137773 | 80632 | WG57018 | $2,021.22 | $1,990.44 | $30.78 |
| 04/07/09 | 137774 | 80633 | WG57026 | $2,031.07 | $2,000.14 | $30.93 |
| 04/07/09 | 137775 | 80699 | WG61544 | $1,363.67 | $1,338.26 | $25.41 |
| 04/07/09 | 137776 | 80703 | WG60340 | $611.05 | $592.90 | $18.15 |
| 04/07/09 | 137777 | 80724 | WG61591 | $1,376.16 | $1,346.88 | $29.28 |
| 04/07/09 | 137778 | 80725 | WG61937 | $2,021.22 | $0.00 | $2,021.22 |
| 04/09/09 | 138043 | 80668 | WG59808 | $1,240.92 | $1,217.94 | $22.98 |
| 04/13/09 | 138205 | 80705 | WG61677 | $403.08 | $397.68 | $5.40 |
| 04/21/09 | 138669 | 81151 | WG82126 | $1,576.80 | $0.00 | $1,576.80 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 04/21/09 | 138685 | 81417 | WH11771 | $1,971.97 | $1,376.16 | $595.81 |
| 04/21/09 | 138692 | 81457 | WH14732 | $1,971.97 | $1,376.16 | $595.81 |
| 04/29/09 | 139292 | 81873 | WH39049 | $1,967.72 | $1,376.16 | $591.56 |
| 04/29/09 | 139297 | 81890 | WH44605 | $302.89 | $0.00 | $302.89 |
| 04/29/09 | 139302 | 81985 | WH39414 | $2,156.88 | $0.00 | $2,156.88 |
| 04/29/09 | 139312 | 82051 | WH54342 | $1,376.16 | $0.00 | $1,376.16 |
| 04/29/09 | 139316 | 82118 | WH58577 | $403.08 | $0.00 | $403.08 |
| 05/04/09 | 139481 | 81987 | WH45707 | $2,140.11 | $0.00 | $2,140.11 |
| 05/04/09 | 139485 | 82199 | WH64982 | $1,576.80 | $0.00 | $1,576.80 |
| 05/04/09 | 139486 | 82200 | WH65311 | $403.08 | $0.00 | $403.08 |
| 05/04/09 | 139487 | 82201 | WH65451 | $2,031.07 | $0.00 | $2,031.07 |
| 05/04/09 | 139493 | 82326 | WH71305 | $403.08 | $0.00 | $403.08 |
| 05/04/09 | 139494 | 82327 | WH71315 | $1,971.97 | $0.00 | $1,971.97 |
| 05/04/09 | 139495 | 82331 | WH72826 | $902.26 | $0.00 | $902.26 |
| 05/04/09 | 139496 | 82334 | WH73161 | $611.05 | $0.00 | $611.05 |
| 05/04/09 | 139500 | 82363 | WH73880 | $1,623.40 | $0.00 | $1,623.40 |
| 05/04/09 | 139501 | 82365 | WH74152 | $2,031.07 | $0.00 | $2,031.07 |
| 05/04/09 | 139502 | 82369 | WH70794 | $1,240.92 | $0.00 | $1,240.92 |
| 05/04/09 | 139503 | 82379 | WH74470 | $2,081.07 | $0.00 | $2,081.07 |
| 05/04/09 | 139504 | 82385 | WH76522 | $1,675.70 | $0.00 | $1,675.70 |
| 05/04/09 | 139505 | 82398 | WH80166 | $1,294.38 | $0.00 | $1,294.38 |
| 05/04/09 | 139506 | 82400 | WH78994 | $403.08 | $0.00 | $403.08 |
| 05/04/09 | 139507 | 82401 | WH79628 | $1,993.64 | $0.00 | $1,993.64 |
| 05/04/09 | 139508 | 82402 | WH80568 | $1,971.97 | $0.00 | $1,971.97 |
| 05/04/09 | 139509 | 82420 | WH81155 | $1,240.92 | $0.00 | $1,240.92 |
| 05/04/09 | 139510 | 82443 | WH82011 | $843.90 | $0.00 | $843.90 |
| 05/04/09 | 139511 | 82494 | WH85143 | $403.08 | $0.00 | $403.08 |
| 05/04/09 | 139512 | 82495 | WH86592 | $2,014.98 | $0.00 | $2,014.98 |
| 05/04/09 | 139513 | 82499 | WH86237 | $1,961.96 | $0.00 | $1,961.96 |
| 05/04/09 | 139514 | 82508 | WH85158 | $2,031.07 | $0.00 | $2,031.07 |
| 05/04/09 | 139516 | 82536 | WH88350 | $2,401.00 | $0.00 | $2,401.00 |
| 05/04/09 | 139517 | 82545 | WH78698 | $2,169.78 | $0.00 | $2,169.78 |
| 05/04/09 | 139518 | 82560 | WH91523 | $1,233.26 | $0.00 | $1,233.26 |
| 05/04/09 | 139519 | 82584 | WH73437 | $2,084.64 | $0.00 | $2,084.64 |
| 05/04/09 | 139520 | 82608 | WH86447 | $2,149.68 | $0.00 | $2,149.68 |
| 05/04/09 | 139521 | 82609 | WH92141 | $401.28 | $0.00 | $401.28 |
| 05/04/09 | 139522 | 82611 | WH92151 | $1,425.20 | $0.00 | $1,425.20 |
| 05/04/09 | 139523 | 82632 | WH93790 | $1,662.81 | $0.00 | $1,662.81 |
| 05/04/09 | 139524 | 82638 | WH93252 | $1,286.39 | $0.00 | $1,286.39 |
| 05/04/09 | 139525 | 82641 | WH93820 | $2,416.95 | $0.00 | $2,416.95 |
| 05/05/09 | 139711 | 82496 | WH85613 | $75.00 | $0.00 | $75.00 |
| 05/05/09 | 139712 | 82497 | WH85763 | $75.00 | $0.00 | $75.00 |
| 05/05/09 | 139722 | 82598 | WH92223 | $1,961.96 | $0.00 | $1,961.96 |
| 05/12/09 | 140037 | 82418 | WH81467 | $1,363.67 | $0.00 | $1,363.67 |
| 05/12/09 | 140038 | 82419 | WH81483 | $403.08 | $0.00 | $403.08 |
| 05/12/09 | 140039 | 82498 | WH86006 | $1,860.04 | $0.00 | $1,860.04 |
| 05/12/09 | 140040 | 82521 | WH87535 | $403.08 | $0.00 | $403.08 |
| 05/12/09 | 140041 | 82610 | WH93306 | $401.28 | $0.00 | $401.28 |
| 05/12/09 | 140042 | 82642 | WH93881 | $611.05 | $0.00 | $611.05 |
| 05/12/09 | 140043 | 82643 | WH93369 | $1,861.32 | $0.00 | $1,861.32 |
| 05/12/09 | 140044 | 82689 | WH97946 | $401.28 | $0.00 | $401.28 |
| 05/12/09 | 140045 | 82691 | WH99458 | $1,425.20 | $0.00 | $1,425.20 |

| 05/12/09 | 140046 | 82693 | WH99999 | $1,957.96 | $0.00 | $1,957.96 |
|---|---|---|---|---|---|---|
| 05/12/09 | 140047 | 82700 | WK00015 | $1,999.36 | $0.00 | $1,999.36 |
| 05/12/09 | 140048 | 82703 | WK00337 | $843.90 | $0.00 | $843.90 |
| 05/12/09 | 140049 | 82717 | WK00519 | $605.00 | $0.00 | $605.00 |
| 05/12/09 | 140050 | 82721 | WK00746 | $401.28 | $0.00 | $401.28 |
| 05/12/09 | 140051 | 82735 | WK01029 | $2,401.00 | $0.00 | $2,401.00 |
| 05/12/09 | 140052 | 82736 | WK00709 | $1,355.20 | $0.00 | $1,355.20 |
| 05/12/09 | 140053 | 82763 | WK03944 | $1,662.81 | $0.00 | $1,662.81 |
| 05/12/09 | 140054 | 82764 | WK04258 | $1,233.26 | $0.00 | $1,233.26 |
| 05/12/09 | 140055 | 82792 | WK04821 | $401.28 | $0.00 | $401.28 |
| 05/12/09 | 140056 | 82793 | WK06608 | $1,957.96 | $0.00 | $1,957.96 |
| 05/12/09 | 140057 | 82794 | WK06619 | $2,020.76 | $0.00 | $2,020.76 |
| 05/12/09 | 140058 | 82804 | WK07225 | $1,355.20 | $0.00 | $1,355.20 |
| 05/12/09 | 140059 | 82856 | WK11946 | $1,286.39 | $0.00 | $1,286.39 |
| 05/12/09 | 140061 | 82885 | WK07668 | $1,644.44 | $0.00 | $1,644.44 |
| 05/12/09 | 140062 | 82887 | WK12063 | $401.28 | $0.00 | $401.28 |
| 05/12/09 | 140063 | 82890 | WK13865 | $2,416.95 | $0.00 | $2,416.95 |
| 05/12/09 | 140064 | 82892 | WK14224 | $1,355.20 | $0.00 | $1,355.20 |
| 05/12/09 | 140065 | 82899 | WK13871 | $401.28 | $0.00 | $401.28 |
| 05/12/09 | 140066 | 82930 | WK18235 | $1,233.26 | $0.00 | $1,233.26 |
| 05/12/09 | 140067 | 82940 | WK18983 | $401.28 | $0.00 | $401.28 |
| 05/12/09 | 140068 | 82941 | WK18997 | $1,366.40 | $0.00 | $1,366.40 |
| 05/12/09 | 140069 | 82942 | WK19009 | $1,425.20 | $0.00 | $1,425.20 |
| 05/12/09 | 140070 | 82944 | WK07906 | $2,140.16 | $0.00 | $2,140.16 |
| 05/12/09 | 140071 | 82947 | WK15456 | $1,251.46 | $0.00 | $1,251.46 |
| 05/12/09 | 140072 | 82963 | WK06604 | $2,140.16 | $0.00 | $2,140.16 |
| 05/12/09 | 140073 | 83009 | WK15820 | $843.90 | $0.00 | $843.90 |
| 05/12/09 | 140074 | 83013 | WK14859 | $401.28 | $0.00 | $401.28 |
| 05/12/09 | 140075 | 83014 | WK21715 | $2,523.50 | $0.00 | $2,523.50 |
| 05/12/09 | 140076 | 83016 | WK21423 | $1,971.42 | $0.00 | $1,971.42 |
| 05/12/09 | 140077 | 83027 | WK22162 | $2,359.28 | $0.00 | $2,359.28 |
| 05/12/09 | 140078 | 83040 | WK25334 | $401.28 | $0.00 | $401.28 |
| 05/12/09 | 140079 | 83051 | WK25683 | $401.28 | $0.00 | $401.28 |
| 05/12/09 | 140080 | 83055 | WK25713 | $1,251.46 | $0.00 | $1,251.46 |
| 05/12/09 | 140082 | 83102 | WK26644 | $2,398.88 | $0.00 | $2,398.88 |
| 05/12/09 | 140083 | 83105 | WK26807 | $1,366.40 | $0.00 | $1,366.40 |
| 05/13/09 | 140358 | 82816 | WK06119 | $1,216.66 | $0.00 | $1,216.66 |
| 05/13/09 | 140385 | 83080 | WK26765 | $749.08 | $0.00 | $749.08 |
| 05/15/09 | 140770 | 81977 | WH40686 | $2,169.78 | $0.00 | $2,169.78 |
| 05/15/09 | 140773 | 82329 | WH72998 | $1,576.80 | $0.00 | $1,576.80 |
| 05/15/09 | 140774 | 82330 | WH72999 | $1,576.80 | $0.00 | $1,576.80 |
| 05/15/09 | 140776 | 82404 | WH79259 | $1,576.80 | $0.00 | $1,576.80 |
| 05/15/09 | 140777 | 82523 | WH86321 | $1,518.40 | $0.00 | $1,518.40 |
| 05/15/09 | 140778 | 82525 | WH86322 | $1,518.40 | $0.00 | $1,518.40 |
| 05/15/09 | 140779 | 82526 | WH86323 | $1,518.40 | $0.00 | $1,518.40 |
| 05/15/09 | 140782 | 82403 | WH79255 | $1,576.80 | $0.00 | $1,576.80 |
| 05/15/09 | 140783 | 82522 | WH86320 | $1,518.40 | $0.00 | $1,518.40 |
| 05/15/09 | 140784 | 82533 | WH80276 | $2,169.78 | $0.00 | $2,169.78 |
| 05/15/09 | 140785 | 82688 | WH88656 | $2,114.31 | $0.00 | $2,114.31 |
| 05/15/09 | 140786 | 82943 | WK15700 | $2,097.92 | $0.00 | $2,097.92 |
| 05/15/09 | 140787 | 83074 | WK07826 | $2,152.96 | $0.00 | $2,152.96 |
| 05/15/09 | 140788 | 83379 | WK40383 | $2,068.48 | $0.00 | $2,068.48 |

| 05/15/09 | 140789 | 83383 | WK40449 | $2,140.16 | $0.00 | $2,140.16 |
|---|---|---|---|---|---|---|
| 05/15/09 | 140790 | 83387 | WK46498 | $2,152.96 | $0.00 | $2,152.96 |
| 05/15/09 | 140791 | 83388 | WK46581 | $2,140.16 | $0.00 | $2,140.16 |
| 05/15/09 | 140792 | 83399 | WK48195 | $2,152.96 | $0.00 | $2,152.96 |
| 05/15/09 | 140794 | 82962 | WK20891 | $605.00 | $0.00 | $605.00 |
| 05/15/09 | 140795 | 83008 | WK15972 | $1,662.81 | $0.00 | $1,662.81 |
| 05/15/09 | 140796 | 83039 | WK25192 | $1,558.48 | $0.00 | $1,558.48 |
| 05/15/09 | 140797 | 83059 | WK25956 | $1,999.36 | $0.00 | $1,999.36 |
| 05/15/09 | 140798 | 83112 | WK27019 | $1,355.20 | $0.00 | $1,355.20 |
| 05/15/09 | 140799 | 83139 | WK32430 | $401.28 | $0.00 | $401.28 |
| 05/15/09 | 140800 | 83140 | WK32472 | $2,020.76 | $0.00 | $2,020.76 |
| 05/15/09 | 140801 | 83150 | WK33289 | $843.90 | $0.00 | $843.90 |
| 05/15/09 | 140802 | 83176 | WK34326 | $605.00 | $0.00 | $605.00 |
| 05/15/09 | 140803 | 83177 | WK34266 | $401.28 | $0.00 | $401.28 |
| 05/15/09 | 140804 | 83180 | WK33318 | $1,286.39 | $0.00 | $1,286.39 |
| 05/15/09 | 140805 | 83200 | WK34933 | $2,070.36 | $0.00 | $2,070.36 |
| 05/15/09 | 140806 | 83208 | WK32260 | $573.00 | $0.00 | $573.00 |
| 05/15/09 | 140807 | 83243 | WK38608 | $401.28 | $0.00 | $401.28 |
| 05/15/09 | 140808 | 83251 | WK38984 | $2,401.00 | $0.00 | $2,401.00 |
| 05/15/09 | 140809 | 83252 | WK35153 | $843.90 | $0.00 | $843.90 |
| 05/15/09 | 140810 | 83253 | WK38850 | $1,524.88 | $0.00 | $1,524.88 |
| 05/15/09 | 140811 | 83265 | WK39828 | $401.28 | $0.00 | $401.28 |
| 05/15/09 | 140812 | 83297 | WK41721 | $1,999.36 | $0.00 | $1,999.36 |
| 05/15/09 | 140813 | 83319 | WK45892 | $1,233.26 | $0.00 | $1,233.26 |
| 05/15/09 | 140814 | 83330 | WK47478 | $2,398.88 | $0.00 | $2,398.88 |
| 05/15/09 | 140815 | 83331 | WK47178 | $403.08 | $0.00 | $403.08 |
| 05/15/09 | 140816 | 83351 | WK48730 | $1,558.48 | $0.00 | $1,558.48 |
| 05/15/09 | 140817 | 83354 | WK48906 | $843.90 | $0.00 | $843.90 |
| 05/15/09 | 140818 | 83377 | WK49769 | $2,070.36 | $0.00 | $2,070.36 |
| 05/15/09 | 140819 | 83392 | WK49045 | $401.28 | $0.00 | $401.28 |
| 05/15/09 | 140820 | 83397 | WK48882 | $1,376.16 | $0.00 | $1,376.16 |
| 05/15/09 | 140821 | 83398 | WK48889 | $2,021.22 | $0.00 | $2,021.22 |
| 05/15/09 | 140822 | 83417 | WK53282 | $1,233.26 | $0.00 | $1,233.26 |
| 05/15/09 | 140823 | 83426 | WK54080 | $1,355.20 | $0.00 | $1,355.20 |
| 05/15/09 | 140824 | 83437 | WK54637 | $2,398.08 | $0.00 | $2,398.08 |
| 05/15/09 | 140825 | 83438 | WK54639 | $2,398.08 | $0.00 | $2,398.08 |
| 05/15/09 | 140826 | 83439 | WK54642 | $2,398.08 | $0.00 | $2,398.08 |
| 05/15/09 | 140827 | 83440 | WK55029 | $2,413.25 | $0.00 | $2,413.25 |
| 05/15/09 | 140828 | 83441 | WK46078 | $1,355.20 | $0.00 | $1,355.20 |
| 05/15/09 | 140829 | 83477 | WK54165 | $401.28 | $0.00 | $401.28 |
| 05/15/09 | 140830 | 83478 | WK54177 | $2,020.76 | $0.00 | $2,020.76 |
| 05/15/09 | 140831 | 83480 | WK54422 | $403.08 | $0.00 | $403.08 |
| 05/15/09 | 140832 | 83535 | WK59950 | $1,294.38 | $0.00 | $1,294.38 |
| 05/15/09 | 140833 | 83536 | WK59484 | $403.08 | $0.00 | $403.08 |
| 05/15/09 | 140834 | 83538 | WK60402 | $2,031.07 | $0.00 | $2,031.07 |
| 05/15/09 | 140835 | 83556 | WK58759 | $2,398.08 | $0.00 | $2,398.08 |
| 05/15/09 | 140836 | 83571 | WK60859 | $1,376.16 | $0.00 | $1,376.16 |
| 05/15/09 | 140837 | 83572 | WK60860 | $1,376.16 | $0.00 | $1,376.16 |
| 05/15/09 | 140838 | 83573 | WK60879 | $2,021.22 | $0.00 | $2,021.22 |
| 05/15/09 | 140839 | 83575 | WK60910 | $403.08 | $0.00 | $403.08 |
| 05/15/09 | 140840 | 83076 | WK07786 | $2,152.96 | $0.00 | $2,152.96 |
| 05/15/09 | 140841 | 83318 | WK43734 | $1,662.81 | $0.00 | $1,662.81 |

| 05/15/09 | 140842 | 83414 | WK51626 | $1,662.81 | $0.00 | $1,662.81 |
|---|---|---|---|---|---|---|
| 05/15/09 | 140843 | 83472 | WK55649 | $1,363.67 | $0.00 | $1,363.67 |
| 05/15/09 | 140844 | 83481 | WK55661 | $611.05 | $0.00 | $611.05 |
| 05/15/09 | 140845 | 83558 | WK58763 | $3,834.32 | $0.00 | $3,834.32 |
| 05/15/09 | 140846 | 83626 | WK40965 | $2,140.16 | $0.00 | $2,140.16 |
| 05/15/09 | 140847 | 83646 | WK68267 | $1,363.67 | $0.00 | $1,363.67 |
| 05/15/09 | 140848 | 83659 | WK65794 | $403.08 | $0.00 | $403.08 |
| 05/15/09 | 140849 | 83662 | WK73530 | $2,435.40 | $0.00 | $2,435.40 |
| 05/15/09 | 140850 | 83696 | WK68975 | $753.71 | $0.00 | $753.71 |
| 05/15/09 | 140851 | 83733 | WK73710 | $1,869.53 | $0.00 | $1,869.53 |
| 05/15/09 | 140852 | 83761 | WK74753 | $1,363.67 | $0.00 | $1,363.67 |
| 05/15/09 | 140853 | 83777 | WK71875 | $1,240.92 | $0.00 | $1,240.92 |
| 05/15/09 | 140854 | 83769 | WK72527 | $403.08 | $0.00 | $403.08 |
| 05/15/09 | 140855 | 83779 | WK74129 | $2,123.82 | $0.00 | $2,123.82 |
| 05/15/09 | 140856 | 83781 | WK72532 | $1,980.99 | $0.00 | $1,980.99 |
| 05/15/09 | 140857 | 83782 | WK72539 | $2,094.84 | $0.00 | $2,094.84 |
| 05/15/09 | 140922 | 81447 | WH13121 | $75.00 | $0.00 | $75.00 |
| 05/15/09 | 140923 | 81448 | WH13122 | $75.00 | $0.00 | $75.00 |
| 05/15/09 | 140924 | 81449 | WH13124 | $75.00 | $0.00 | $75.00 |
| 05/27/09 | 141132 | 83793 | WK75195 | $2,413.25 | $0.00 | $2,413.25 |
| 05/27/09 | 141133 | 83812 | WK74197 | $849.72 | $0.00 | $849.72 |
| 05/27/09 | 141134 | 83813 | WK75029 | $2,014.98 | $0.00 | $2,014.98 |
| 05/27/09 | 141137 | 83844 | WK81016 | $1,376.16 | $0.00 | $1,376.16 |
| 05/27/09 | 141138 | 83845 | WK75070 | $403.08 | $0.00 | $403.08 |
| 05/27/09 | 141139 | 83846 | WK80941 | $403.08 | $0.00 | $403.08 |
| 05/27/09 | 141141 | 83890 | WK84010 | $2,081.07 | $0.00 | $2,081.07 |
| 05/27/09 | 141142 | 83906 | WK73568 | $2,169.78 | $0.00 | $2,169.78 |
| 05/27/09 | 141144 | 83910 | WK81552 | $2,114.31 | $0.00 | $2,114.31 |
| 05/27/09 | 141145 | 83937 | WK87805 | $1,240.92 | $0.00 | $1,240.92 |
| 05/27/09 | 141146 | 83938 | WK88589 | $1,435.38 | $0.00 | $1,435.38 |
| 05/27/09 | 141147 | 83940 | WK88607 | $2,021.22 | $0.00 | $2,021.22 |
| 05/27/09 | 141148 | 83986 | WK91335 | $849.72 | $0.00 | $849.72 |
| 05/27/09 | 141150 | 84009 | WK89039 | $403.08 | $0.00 | $403.08 |
| 05/27/09 | 141151 | 84049 | WK97076 | $2,081.07 | $0.00 | $2,081.07 |
| 05/27/09 | 141152 | 84059 | WK96008 | $403.08 | $0.00 | $403.08 |
| 05/27/09 | 141153 | 84060 | WK96018 | $1,376.16 | $0.00 | $1,376.16 |
| 06/02/09 | 141663 | 83941 | WK88558 | $611.05 | $0.00 | $611.05 |
| 06/02/09 | 141664 | 84033 | WK95441 | $1,532.66 | $0.00 | $1,532.66 |
| 06/02/09 | 141665 | 84061 | WK97255 | $1,376.16 | $0.00 | $1,376.16 |
| 06/02/09 | 141666 | 84072 | WK96535 | $1,363.67 | $0.00 | $1,363.67 |
| 06/02/09 | 141667 | 84090 | WK97643 | $403.08 | $0.00 | $403.08 |
| 06/02/09 | 141668 | 84149 | WM05199 | $1,240.92 | $0.00 | $1,240.92 |
| 06/02/09 | 141669 | 84151 | WM05870 | $2,413.25 | $0.00 | $2,413.25 |
| 06/02/09 | 141671 | 84164 | WM06324 | $611.05 | $0.00 | $611.05 |
| 06/02/09 | 141675 | 84173 | WM06965 | $1,294.38 | $0.00 | $1,294.38 |
| 06/02/09 | 141679 | 84276 | WM15209 | $2,081.07 | $0.00 | $2,081.07 |
| 06/02/09 | 141680 | 84278 | WM12423 | $403.08 | $0.00 | $403.08 |
| 06/02/09 | 141681 | 84279 | WM12429 | $403.08 | $0.00 | $403.08 |
| 06/02/09 | 141682 | 84289 | WM15585 | $2,014.98 | $0.00 | $2,014.98 |
| 06/02/09 | 141683 | 84316 | WM19424 | $1,885.29 | $0.00 | $1,885.29 |
| 06/02/09 | 141684 | 84317 | WM19365 | $1,240.92 | $0.00 | $1,240.92 |
| 06/02/09 | 141685 | 84344 | WM22015 | $2,091.78 | $0.00 | $2,091.78 |

| 06/05/09 | 141785 | 83925 | WK82466 | $2,194.78 | $0.00 | $2,194.78 |
|---|---|---|---|---|---|---|
| 06/05/09 | 141786 | 83926 | WK73527 | $2,165.11 | $0.00 | $2,165.11 |
| 06/09/09 | 142057 | 84144 | WK97823 | $1,688.59 | $0.00 | $1,688.59 |
| 06/09/09 | 142060 | 84403 | WM22490 | $1,372.14 | $0.00 | $1,372.14 |
| | | | | | **Total Due** | **$325,788.00** |