James E. DeLine (P45205) (Admitted Pro Hac Vice)
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Telephone: 313-961-0200
jed@krwlaw.com

*Counsel for RMT Acquisition Company, LLC, d/b/a RMT Woodworth*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) CHAPTER 11 |
| GENERAL MOTORS CORPORATION | ) Case No: 09-50026 |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Honorable Robert E. Gerber |

### NOTICE OF APPEARANCE OF JAMES E. DeLINE
### AND REQUEST FOR ELECTRONIC NOTICE

TO:   U.S. Bankruptcy Court

**PLEASE TAKE NOTICE** that James E. DeLine of KERR, RUSSELL AND WEBER, PLC, enters his appearance in the above proceeding on behalf of RMT Acquisition Company, LLC, d/b/a RMT Woodworth, as a creditor and party in interest and, pursuant to the Bankruptcy Rules and the Bankruptcy Code, hereby demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned to the office address and/or through e-filing using my e-mail address set forth below, and that the undersigned be added to the official address matrix maintained in this proceeding by the Clerk of the Court as follows:

> James E. DeLine (P45205)
> **KERR, RUSSELL AND WEBER, PLC**
> 500 Woodward Avenue, Suite 2500
> Detroit, MI 48226-3406
> 313-961-0200 (telephone)
> 313-961-0388 (facsimile)
> jed@krwlaw.com

{90000\89\DT395253.DOC;1}

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bankruptcy Code, the foregoing demand includes not only the notices and appearances referred to in the Bankruptcy Rules, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by the Court's ECF-filing system, mail, delivery, facsimile or otherwise which seeks to affect in any way the rights or interests of RMT Acquisition Company, LLC, d/b/a RMT Woodworth.

Dated:  June 15, 2009                    /s/ James E. DeLine
                                                                 James E. DeLine (P45205)
                                                                 **KERR, RUSSELL AND WEBER, PLC**
                                                                 Counsel for RMT Acquisition Company, LLC,
                                                                 d/b/a RMT Woodworth
                                                                 500 Woodward Avenue, Suite 2500
                                                                 Detroit, MI  48226-3406
                                                                 313-961-0200 (telephone)
                                                                 313-961-0388 (facsimile)
                                                                 jed@krwlaw.com

{90000\89\DT395253.DOC;1}

James E. DeLine (P45205) (Admitted Pro Hac Vice)
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Telephone: 313-961-0200
jed@krwlaw.com

*Counsel for RMT Acquisition Company, LLC d/b/a RMT Woodworth*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) CHAPTER 11 |
| GENERAL MOTORS CORPORATION | ) Case No: 09-50026 |
| Debtors. | ) (Jointly Administered) |
| | ) Honorable Robert E. Gerber |

## CERTIFICATE OF SERVICE

    I hereby certify that on June 15, 2009, I electronically filed the foregoing Notice of Appearance of James E. DeLine and Request for Electronic Notice and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

                                  /s/ James E. DeLine
                                  James E. DeLine (P45205)
                                  **KERR, RUSSELL AND WEBER, PLC**
                                  Attorneys for RMT Acquisition Company, LLC,
                                  d/b/a RMT Woodworth
                                  500 Woodward Avenue, Suite 2500
                                  Detroit, MI 48226
                                  Telephone: 313-961-0200
                                  jed@krwlaw.com

Dated: June 15, 2009

{90000\89\DT395253.DOC;1}