UNITED STATES BANKRUPTCY COURT
Southern District of New York

In Re
General Motors Corp., et Al.,
Jonathan Lee Riches, Movant

Chapter 11 Case No
09-50026 (REG)
(Jointly Administered)

[Motion to Intervene as a Plaintiff/creditor under Federal Rules of Bankruptcy P. rule 7024 & Fed R. Civ P. rule 24(A)2, 24(B)]
[Motion to File Proof of claim in this case]
[Motion to object to sale of Debtor's Assets Pursuant to Master sale and Purchase Agreement with Vehicle Acquisition Holdings LLC]

Comes Now, Jonathan Lee Riches, moves this honorable court to intervene in this General Motors corp Bankruptcy case #09-50026 under rule 7024 & rule 24(A)2, 24(B) as a Plaintiff and creditor. I have a common vested interest in this case. I'm a shareholder in General motors stock and a creditor to General motors Corp. My Intervention brings questions of laws and facts that are common in this Action. General motors owes me money along with me owning UAW Retiree York plans. I move under Rule 24(A)2 - as a unconditional matter of Right. Zuber v. Allen and under rule 24(B) - permissive Intervention Nevilles v. EEOC, I move to object to the sale of the Debtor's assets, I need to Analyze and inspect the details of this Sale first as me being a financial creditor to GM, Going forward with this sale will violate my due process rights. I move to file a proof of claims in this case. I move to intervene to submit documents, exhibits, financial records related to this Bankruptcy. I can be reached or contacted at the below Address, as Jonathan lee Riches prays this court will grant his motions for relief.

respectfully,

Jonathan Lee Riches
#40948018
Federal medical center
P.O. Box 14500
Lexington, KY 40512
859-255-6812

Certificate of Service

I certify that a copy of the foregoing Motion(s) were sent to the following Parties via the United States Postal Service on 6/12/09:

Weil, Gotshal & Manges LLP
767 Fifth Ave
NY, NY 10153
Attn: Harvey R. Miller Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
NY, NY 10281
Attn: John J. Rapisardi

Kramer Levin Naftalis & Frankel LLP
1177 Ave of Americas
NY, NY 10036
Attn Kenneth H. Eckstein

Office of the U.S. Trustee
For S.D. of NY
Attn Diana G. Adams
33 Whitehall St.
21st Floor
NY, NY 10004

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
NY, NY 10006
Attn James L. Bromley

Cohen, Weiss and Simon LLP
330 W. 42nd St.
NY, NY 10036
Attn Babette Ceccotti

Vedder Price PC
1633 Broadway 47th Floor
NY, NY 10019
Attn Michael J. Edelman

U.S. Attorneys Office
S.D. of NY
86 Chambers St.
Third Floor
NY, NY 10007
Attn: David S. Jones
Matthew L. Schwartz

Respectfully,

[signature] 6-12-09

Jonathan Lee Riches
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512
859-255-6812