DONALD J. HUTCHINSON (MI P39545)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Fax: (313) 496-8450
Email: hutchinson@millercanfield.com

SUSAN I. ROBBINS (SR 5759)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
500 Fifth Avenue, Suite 1815
New York, NY 10110
Telephone: (212) 704-4400
Fax: (212) 704-4410
Email: robbins@millercanfield.com

*Attorneys for the Lansing Board of Water & Light*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |
| | Judge Robert E. Gerber |

_____

### CERTIFICATE OF SERVICE

     Donald J. Hutchinson hereby certifies that, on the 15th day of June, 2009, he served a copy of the Charter Township Of Delta, Michigan's Objection to: (1) Interim Order Pursuant to Bankruptcy Code Sections 105(A), 361, 362, 363, 364 and 507 and Bankruptcy Rules 2002, 4001 and 6004 (A) Approving a Dip Credit Facility, Etc. (2) Interim Term Loan Adequate Protection Order;  (3) Interim Term Loan Adequate Protection Order;  (4) Underlying Motions; and (5) Entry of Final Orders Granting Liens Priming the Existing and Future Liens of the Charter Township of Delta, Michigan upon each of the persons listed on the attached Exhibit A, by e-mail, as indicated on the

attached Exhibit A, so as to be received by each of the persons listed on the attached Exhibit a before 4:00 p.m., June 15, 2009.

Dated: June 15, 2009    By /s/ Donald J. Hutchinson
            Donald J. Hutchinson (MI P39545)
            Miller, Canfield, Paddock and Stone, P.L.C.
            150 West Jefferson Avenue, Suite 2500
            Detroit, MI 48226
            Telephone: (313) 963-6420
            Fax: (313) 496-8450
            Email: hutchinson@millercanfield.com

# EXHIBIT A

## SERVICE LIST

Harvey R. Miller, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Via email: harvey.miller@weil.com**


Joseph J. Smolinksy, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Via email: joseph.smolinsky@weil.com**


Stephen Karotkin, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Via email: stephen.karotkin@weil.com**


Lawrence S. Buonomo, Esq.
General Motors Corporation
300 Renaissance Center
Detroit, MI 48265

**Via email: lawrence.s.buonomo@gm.com**


Michael J. Edelman, Esq.
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

**Via email: mjedelman@vedderprice.com**

Michael L. Schein, Esq.
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

**Via email: mschein@vedderprice.com**


Andrew D. Gottfried, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10019

**Via email: agottfried@morganlewis.com**


Richard S. Toder, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10019

**Via email: rtoder@morganlewis.com**


Richard S. Petretti, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10019

**Via email: rpetretti@morganlewis.com**


Peter A. Willis, Esq.
McMillan LLP
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario, Canada M5J 2T3

**Via email: peter.willis@mcmillan.ca**

Peter V. Pantaleo, Esq.
Simpson Thacher & Bartless LLP
425 Lexington Avenue
New York, NY 10017

**Via email: ppantaleo@stblaw.com;**

David J. Mack, Esq.
Simpson Thacher & Bartless LLP
425 Lexington Avenue
New York, NY 10017

**Via email: dmack@stblaw.com**

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**Via email: john.rapisardi@cwt.com**