**MARSHALL & MELHORN, LLC**
Melissa J. Detrick, Esq. (Application Pro Hac Vice Pending)
Four Seagate, Eighth Floor
Toledo, Ohio 43604
Telephone:  (419) 249-7149
Facsimile: (419) 249-7151
detrick@marshall-melhorn.com

Counsel for Fluid Routing Solutions, Inc.


**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **General Motors Corp., et al.** | ) | **Chapter 11** |
| | ) | |
| | ) | **Case No.:  09-50026 (REG)** |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | |
| | ) | |

\*      \*      \*

<u>**CERTIFICATE OF SERVICE**</u>

       I herby certify that on June 15, 2009, I electronically filed the *Objection by Fluid Routing Solutions, Inc. to Debtors' Notice of Assumption and Assignment and Proposed Cure Amounts* with the Clerk of the Court which will send notification of such filing to all ECF participants, and also mailed via UPS Overnight Mail, electronic mail, and/or facsimile a copy of the same to all the parties below:


Attn: Warren Command Center
Mailcode 480-206-114
c/o General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
*Debtors*

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
harvey.miller@weil.com
stephen.karotkin@weil.com
joseph.smolinsky@weil.com
*Attorneys for Debtors*

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue, N.W.
Room 2312
Washington, DC 20220
Facsimile: (212) 668-2255


Robert D. Wolford
Miller, Johnson, Snell & Commiskey PLC
250 Monroe Avenue, N.W.
Suite 800
Grand Rapids, Michigan 49503
wolfordr@millerjohnson.com
*Attorneys for the Creditors' Committee*


Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway
47th Floor
New York, New York 10019
mjedelman@vedderprice.com
mschein@vedderprice.com
*Attorneys for Export Development Canada*

Diana G. Adams, Esq.
Office of the United States Trustee For the
Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004
Facsimile: (212) 668-2256


John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
John.rapisardi@cwt.com
*Attorneys for Purchaser*


MARHALL & MELHORN, LLC

By: /s/ Melissa J. Detrick
Melissa J. Detrick (0080768)
Four SeaGate, Eighth Floor
Toledo, Ohio  43604-2638
Telephone:  (419) 249-7100
Facsimile:  (419) 249-7151
detrick@marshall-melhorn.com

Counsel for Fluid Routing Solutions, Inc.

2