To: US BANKRUPTCY COURT
Southern District of New York
Clerk of the Bankruptcy Court
Address One Bowling Green
New York, NY 10004-1408
Tel (212) 668-2870
Re: Chapter 11 Case No.09-50026 (REG)

Objection Deadline 6/19/2009 17:00

Date: 6/15/2009

From: Marcel Cicic
Address 99-40 68 Rd Apt.9U
Rego Park, NY 11374
GM Bondholder $68,000

I am grateful to the US Bankruptcy Court for giving me the opportunity to express my objection regarding the 363 master sale of old GM assets. All I want is to recover as much as possible from my hard earned retiring money over the years representing $349,000 of GM corporate Bonds. The GM offer of 10% of new GM shares and the warrants of additional 15% are not equitable in comparison with the other GM stakeholders. I am hopping that the existing laws will be respected, and the justice will be served in this bankruptcy case. Currently I own following GM Bonds

| Custodian | Cusip | Description | Qty | My Cost |
|---|---|---|---|---|
| JP MORGAN Roth IRA Acc#: PZG-726630 | 370442BT1 | GENERAL MTRS CORP SR DEB 8.37500% 07/15/2033 | 68,000 | $70,500 |
| | | Total | 68,000 | $70,500 |

Marcel Cicic

*Marcel Cicic* (signature)

FILED
2009 JUN 15 P 2:12
BANKRUPTCY COURT
S.D. OF N.Y.