To  G.M.

JUN 15 2009

9 June 2009

To whom it may concern;
I have been a Faithful employee of General motors from 1981 - 2006, having retired on Points And Age. I Am "in Against" what you want the court to do.

yours truly,
Marilyn Powell