**<u>Exhibit A</u>**

DB1/63111670.3

```
2009 DTS-5 PASS. LUXURY COLLECTION        GENERAL MOTORS CORPORATION
41U  BLACK RAVEN                    /V8G  & SUBSIDIARIES
193  EBONY                                RENAISSANCE CENTER
ORDER NO. MXPGBM/FLS      STOCK NO.        DETROIT      MI  48243-1114
VIN 1G6 KD57 Y3 9U107090                  VEHICLE INVOICE 6OD07469129
**********************************************************************S
MODEL & FACTORY OPTIONS            MSRP    INV AMT   FLEET LEASE
6KD69 DTS-5 PASS. LUXURY COLLECTI 47480.00 42969.40  INVOICE 08/12/08
LD8 4.6 L NORTHSTAR V8              0.00      0.00    SHIPPED 08/12/08
MX0 TRANSMISSION, 4 SPD AUTOMATIC  0.00      0.00    EXP I/T 08/20/08
NE1 50-STATE EMISSIONS             N/C       N/C     INT COM 08/20/08
UE1 1 YR ONSTAR DIRECTIONS W/TURN- N/C       N/C     PRC EFF 06/30/08
    BY-TURN NAVIGATIONS(ASK DEALER                   KEYS S229E S229E
    ABOUT GEOGRAPHIC COVERAGE)                        WFP-S QTR  OPT-1
UFT SIDE BLIND ZONE DETECTION      395.00   316.00   FAN:   000801002
U3R AM/FM STEREO, DVD NAVIGATION,  2145.00  1716.00  BANK: WACHOVIA BA
    8 SPEAKERS WITH XM NAVTRAFFIC                     CHG-TO    22-951
    - SERVICE FEE EXTRA. 1ST 3                        SHIP-TO   31-997
    3 MONTHS INCL. (REPLACES STD/                     BOSTON COACH INC.
    OPT RADIO)                                        ESSINGTON      PA
VQ2 FLEET ASSISTANCE PROGRAM       0.00      0.00
WA3 TRUNK CONVENIENCE PACKAGE      95.00     76.00   SHIP WT:  3961
1SC DTS 5 PASSENGER LUXURY         N/C       N/C     HP:      42.9
    COLLECTION MODEL INCLUDES:                        MRM:    51035.00
    *DRIVER & FRONT PASSENGER                         CUST PO NUMBER:
     HEATED & COOLED SEATS                            90136-90140
    *HEATED REAR OUTBOARD SEATS                       MEMO    2505.75
    *MEMORY SETTINGS FOR 2 DRIVERS
    *HEATED LEATHER WRAP STRG WHEEL
    *UNIVERSAL HOME REMOTE
    *POWER HEATED OUTSIDE MIRRORS
     WITH TURN SIGNAL, DRIVER SIDE
     AUTO DIMMING
    *ULTRASONIC F/R PARK ASSIST
    *AUTO TRI ZN AIR CONDITIONING
    *HEATED WASHER FLUID


TOTAL MODEL & OPTIONS            50115.00  45077.40  ACT 231 45997.40
DESTINATION CHARGE                 920.00    920.00

TOTAL                            51035.00  45997.40  PAY 310 45997.40
**********************************************************************
INVOICE DOES NOT REFLECT DEALER'S ULTIMATE COST BECAUSE OF MANUFACTURER
REBATES, ALLOWANCES, INCENTIVES, HOLDBACK, FINANCE CREDIT AND RETURN TO
DEALER OF ADVERTISING MONIES, ALL OF WHICH MAY APPLY TO VEHICLE.
**********************************************************************


FAULKNER CADILLAC/ARI
```

5K41

90137

2008666186

08/14/2008

NEWENGNICHOL