## **Exhibit B**

DB1/63111670.3



## GM Remarketing
Maximizing Resale Value.

[Print Page]  [Close Window]

## General Motors Remarketing
## Inspection Report Details  -  Worksheet

**TURN-IN SITE: DTP - CT-TWIN OAKS DISTRIBUTION**

| | | | | |
|---|---|---|---|---|
| 1G6KD57Y39U107090 | BOSTON COACH | BAY: 7117 | TURN-IN DATE: | 04/01/09 |
| 2009 CADILLAC | ACCT. CODE: 801002 | | INSP. DATE: | 04/02/09 |
| DTS | CITY CODE: PHILA | INSP: 663 | TITLE RECV DATE: | |
| COLOR: 41U - BLACK | RAC: X   INSP: X | | ACCEPT. DATE: | |
| MILEAGE: 29086 | COND CODE: 5 | DEST: | DISCL. DATE: | 04/01/09 |
| VERSION: 1 | UNIT NO: 6452 | | LAST REVIEW: | |
| REJECT INDICATOR: | | REASON(S): | | |

### CHARGEABLE CONDITIONS

| DAMAGE AREA | DAMAGE TYPE | HOURS | PAINT | DESC | PART COST | TIME | PAINT | TOTAL |
|---|---|---|---|---|---|---|---|---|
| EXTERIOR | | | | | | | | |
| C-DOOR-LEFT REAR | MOULDING DAMAGED | 0.00 | 0.90 | C-REAR DR SIDE MLDG | 67.00 | 0.20 | 0.90 | 108.62 |
| C-RIGHT FRONT WHEEL | SCRATCHED | 0.00 | 0.00 | C-ALUMINUM WHEEL REPAIR | 165.00 | 0.00 | 0.00 | 165.00 |
| INTERIOR | | | | | | | | |

### REASONS FOR REVIEW

### NON-CHARGEABLE EXCEPTIONS

| | | |
|---|---|---|
| C-COVER, BUMPER FRT - SCRATCHED | C-COVER, BUMPER REAR - SCRATCHED | C-DOOR-LEFT FRONT - SCRATCHED |
| C-DOOR-RIGHT REAR - SCRATCHED | C-QUARTER PANEL-LFT - DENTED | C-WINDSHIELD - CHIPPED |
| C-HOOD - CHIPPED | C-DECK LID - SCRATCHED | C-RIGHT FRONT WHEEL - SCRATCHED |
| C-HEADLINER - STAINED | | |

### MET ITEMS

### PREVIOUS REPAIRS - DISCLOSED

### PREVIOUS REPAIRS - CHARGEABLE

EST PREVIOUS REPAIRS OVER $300: YES:   NO: X          AIR BAG OPERATIONAL: YES: X NO:

REASON FOR LOST DATE:
SPECIAL NOTATION: NAV.DISC.IN VEH.

| | | | | |
|---|---|---|---|---|
| METAL LABOR RATE: | $37.80 | MET ITEMS | $0.00 | EXTERIOR | $273.62 |
| PAINT LABOR RATE: | $37.80 | PREV. REP. | $0.00 | INTERIOR | $0.00 |
| PART LABOR RATE: | $38.00 | REINSPECT FEE | $0.00 | **CURRENT DAMAGE TOTAL** | **$273.62** |
| | | **MET GRAND TOTAL** | $0.00 | SERVICE FEE (ESTIMATED) | $0.00 |

### VEHICLE IMAGES

STATUS DATE: 04/02/2009 09:48 AM

© 2003 GM. All rights reserved. GM is a registered service mark of the General Motors Corporation.