MILLER JOHNSON
Attorneys for Benteler Automotive Corporation
250 Monroe Avenue, Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700
Thomas P. Sarb (TS-8282)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In Re: | Chapter 11 |
| GENERAL MOTORS CORPORATION, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------X

## PROOF OF SERVICE

I, Gigi Kreutzer, certify that on June 14, 2009, a copy of the following:

- Limited Objection Of Benteler Automotive Corporation To The Motion Of Debtors And Debtors In Possession Pursuant To Sections 105, 363, And 365 Of The Bankruptcy Code And Bankruptcy Rules 2002, 6004 And 6006 For An Order Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases And The Notice Of Filing Of Schedule Of Certain Designated Supplier Agreements And Cure Costs Related Thereto

was served on the following parties via hand delivery:

General Motors Corporation
Attn: Warren Command Center
Mailcode 480-206-114
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

To: Kimberly Shay
Debbie from legal picked up from reception desk

*[signature: Gigi Kreutzer]*

Legal Mail code: 480.206.9116

GR_DOCS 1469228v1 07927.131