UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————x
                                                    :
In re                                               :        Chapter 11 Case No.
                                                    :
GENERAL MOTORS CORP., et al.,                       :        09-50026 (REG)
                                                    :
        Debtors.                                    :        (Jointly Administered)
——————————————————————x

## OBJECTIONS OF
## INTERNATIONAL INDUSTRIAL CONTRACTING CO.
## TO DEBTOR'S INTENT TO ASSUME AND ASSIGN
## EXECUTORY CONTRACTS AS TO CURE AMOUNTS

International Industrial Contracting Co. ("IICC") objects to the Debtor's intent to assume and assign executory contracts for the reason that the Debtor's notice recites incorrect cure amounts. Specifically,

1.      The cure amount for GM Contract ID WFS06528 totals not less than $12,915.50.

2.      The cure amount for GM Contract ID GMS33299 totals not less than $90,000.00.

3.      The cure amount for GM Contract ID TCS25905 totals not less than $318,127.00.

IICC will investigate its files further to make sure that no other contract cure amounts are inaccurate and will supplement this objection within five days if appropriate.

/s/**John A. Ruemenapp**
Weisman, Young & Ruemenapp, P.C.
30100 Telegraph Road, Suite 428
Bingham Farms, MI  48025
(248) 258-2700
**jruemenapp@wyrpc.com**
**P34796**

## CERTIFICATE OF SERVICE

I hereby certify that on **June 15, 2009,** I electronically filed the foregoing paper with the

Clerk of the Court using the ECF system which will send notification of such filing to the

following:

- David B. Aaronson    david.aaronson@dbr.com
- Philip D. Anker    philip.anker@wilmerhale.com
- Joel D. Applebaum    japplebaum@clarkhill.com
- W. David Arnold    darnold@rcolaw.com
- Karin F. Avery    avery@silvermanmorris.com
- Marc M. Bakst    mbakst@bodmanllp.com
- David J. Baldwin    dbaldwin@potteranderson.com, bankruptcy@potteranderson.com
- Elizabeth Banda    kwilliams@pbfcm.com
- William M. Barron    wbarron@sgrlaw.com
- Robert L. Barrows    rbarrows@wdblaw.com
- Robert N. Bassel    ecfbbassel@gmail.com
- Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com
- Howard S. Beltzer    hbeltzer@morganlewis.com
- Frederick A. Berg    fberg@kotzsangster.com
- Wanda Borges    borgeslawfirm@aol.com
- Jean Winborne Boyles    jboyles@jhvgmlaw.com, KCOLE@JHVGMLAW.COM
- Kimberly A. Brennan    kab@mccarthylebit.com
- Lynn M. Brimer    lbrimer@stroblpc.com, sfraser@stroblpc.com
- James L. Bromley    maofiling@cgsh.com
- William J. Brown    wbrown@phillipslytle.com
- Theresa V. Brown-Edwards    bankruptcy@potteranderson.com
- Mark Edwin Browning    BK-MBROWNING@OAG.STATE.TX.US, sherri.simpson@oag.state.tx.us
- Andrew P. Brozman    andrew.brozman@cliffordchance.com, sarah.campbell@cliffordchance.com
- Adam D. Bruski    adbruski@lambertleser.com
- Charles D. Bullock    cbullock@sbplclaw.com
- James Christopher Caldwell    ccaldwell@starkreagan.com
- John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com
- James C. Carignan    carignanj@pepperlaw.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
- George B. Cauthen    george.cauthen@nelsonmullins.com, mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com
- Babette A. Ceccotti    bceccotti@cwsny.com, ecf@cwsny.com
- Teresa H. Chan    kkansa@sidley.com;emcdonnell@sidley.com
- J Eric Charlton    echarlton@hiscockbarclay.com

- Sarah M. Chen    schen@lockelord.com
- Gloria M. Chon    gloria.chon@kkue.com
- Jennifer Anne Christian    jchristian@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com
- Marvin E. Clements    agbanknewyork@ag.tn.gov
- Tiffany Strelow Cobb    tscobb@vorys.com, cdfricke@vorys.com
- Dennis J. Connolly    dconnolly@alston.com
- Michael T. Conway    michael.conway@leclairryan.com
- Susan M. Cook    smcook@lambertleser.com
- Dawn R. Copley    dcopley@dickinsonwright.com,dnavin@dickinsonwright.com
- Trent P. Cornell    tcornell@stahlcowen.com
- David N. Crapo    dcrapo@gibbonslaw.com
- Randall D. Crocker    rcrocker@vonbriesen.com
- Michael G. Cruse    mcruse@wnj.com, hziegler@wnj.com
- Thomas H. Curran    tcurran@haslaw.com, calirm@haslaw.com
- Teresa K.D. Currier    tcurrier@saul.com, mflores@saul.com
- Vincent D'Agostino    vdagostino@lowenstein.com
- Peter D'Apice    dapice@sbep-law.com
- Renee M. Dailey    renee.dailey@bgllp.com, meghan.olsen@bgllp.com
- Colin Thomas Darke    cdarke@bodmanllp.com
- James E. DeLine    jed@krwlaw.com, pal@krwlaw.com
- Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net
- Sam Della Fera    sdellafera@trenklawfirm.com
- Melissa Detrick    detrick@marshall-melhorn.com
- Benjamin P. Deutsch    bdeutsch@schnader.com
- Frank W. DiCastri    fdicastri@foley.com
- Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com
- Amish R. Doshi    adoshi@daypitney.com
- Mary Joanne Dowd    dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com
- Kathryn E. Driscoll    kdriscoll@pmppc.com
- Michael James Edelman    mjedelman@vedderprice.com,
  ecfnydocket@vedderprice.com
- Dan Elias    delias@eliasgroup.com
- Judith Elkin    judith.elkin@haynesboone.com
- Alyssa Englund    aenglund@orrick.com
- Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com
- Belkys Escobar    belkys.escobar@loudoun.gov
- Amy Evans    aevans@crosslaw.com
- Kerry M Ewald    kewald@dickinsonwright.com
- Stephen Vincent Falanga    sfalanga@connellfoley.com
- Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com
- William L. Farris    farrisw@sullcrom.com
- Thomas R. Fawkes    tfawkes@freebornpeters.com
- Carol A. Felicetta    cfelicetta@reidandreige.com
- Alyson M. Fiedler    afiedler@schiffhardin.com
- Robert J. Figa    rfiga@comlawone.com

- Andrea Fischer    afischer@olshanlaw.com,
  ssallie@olshanlaw.com;mmarck@olshanlaw.com
- Deborah L. Fish    dfish@allardfishpc.com
- Elizabeth K. Flaagan    eflaagan@faegre.com
- Daniel J. Flanigan    dflanigan@polsinelli.com, tbackus@polsinelli.com
- Kenneth A. Flaska    gm@dmms.com
- Jonathan L. Flaxer    jflaxer@golenbock.com,
  ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com;mlu@gol
  enbock.com
- Stephen B. Foley    sfoley@sbfpc.com, kkish@sbfpc.com
- Shawn Randall Fox    sfox@mcguirewoods.com
- Mark S. Frankel    mfrankel@couzens.com
- Scott J. Freedman    sfreedman@dilworthlaw.com
- Mark J. Friedman    mark.friedman@dlapiper.com
- Victoria D. Garry    vgarry@ag.state.oh.us
- Wendy J. Gibson    wgibson@bakerlaw.com
- Jeanette M. Gilbert    jgilbert@motleyrice.com
- Celeste R. Gill    gillcr@michigan.gov, sherwoodj@michigan.com
- Steven A. Ginther    sdnyecf@dor.mo.gov
- Andrew C. Gold    agold@herrick.com
- Sonya N. Goll    sgoll@sbplclaw.com
- Brett D. Goodman    brett.goodman@troutmansanders.com,
  harriet.cohen@troutmansanders.com
- Robert D. Gordon    rgordon@clarkhill.com
- Neil Andrew Goteiner    ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com
- Brian M. Graham    bgraham@salawus.com, bmgrahampack@sbcglobal.net
- Christopher F. Graham    cgraham@mckennalong.com,
  jvargas@mckennalong.com;rgee@mckennalong.com;jmayes@mckennalong.com;ehall@
  mckennalong.com
- William T. Green    uncbill@msn.com
- John T. Gregg    jgregg@btlaw.com
- Stephen M. Gross    sgross@mcdonaldhopkins.com
- Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com
- Elizabeth A. Haas    info@thehaaslawfirm.com
- Paul R. Hage    phage@jaffelaw.com
- Richard F. Hahn    rfhahn@debevoise.com;jchung@debevoise.com;mao-
  ecf@debevoise.com
- Paula A. Hall    hall@bwst-law.com, marbury@bwst-law.com
- Alan D. Halperin    ahalperin@halperinlaw.net,
  cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net
- Michael C. Hammer    mchammer3@dickinsonwright.com
- Ryan D. Heilman    rheilman@schaferandweiner.com
- Suzanne Hepner    shepner@lrbpc.com,
  ecarder@lrbpc.com;jcahn@lrbpc.com;rbarbur@lrbpc.com;psherer@lrbpc.com
- Mark D. Hofstee    markh@bolhouselaw.com
- Michael S. Holmes    , mshatty@yahoo.com

- Jonathan Hook    jonathan.hook@haynesboone.com,
  lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com
- P. Warren Hunt    pwh@krwlaw.com
- John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com
- Donald J. Hutchinson    hutchinson@millercanfield.com
- Roland Hwang    hwangr@michigan.gov
- Elihu Inselbuch    eb@capdale.com
- Adam H. Isenberg    aisenberg@saul.com
- Peter F. Jazayeri    pjazayeri@ecjlaw.com
- Nan E. Joesten    njoesten@fbm.com
- John J. Jolley    jay.jolley@kutakrock.com
- Gregory O. Kaden    gkaden@goulstonstorrs.com
- Stephen Karotkin
  theodore.tsekerides@weil.com;Shai.Waisman@weil.com;Rachel.albanese@weil.com;mi
  chele.meises@weil.com;ilusion.rodriguez@weil.com;nathan.pierce@weil.com;lacey.lake
  n@weil.com
- Karel S. Karpe    karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com
- Andrew C. Kassner    andrew.kassner@dbr.com
- Susan R. Katzoff    skatzoff@hiscockbarclay.com, lmcrobbie@hiscockbarclay.com
- Thomas M. Kennedy    tkennedy@kjmlabor.com
- Thomas L. Kent    tomkent@paulhastings.com
- Richardo I. Kilpatrick    ecf@kaalaw.com, lrobertson@kaalaw.com
- Jennifer B. Kimble    jkimble@burr.com, mstinson@burr.com;mivey@burr.com
- Kathleen H. Klaus    khk@maddinhauser.com
- Jeff Klusmeier    jeff.klusmeier@ago.mo.gov
- Thomas F. Koegel    tkoegel@flk.com
- Deborah Kovsky-Apap    kovskyd@pepperlaw.com,
  kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com
- Debra A. Kowich    dkowich@umich.edu, schmitzr@umich.edu
- Robert R. Kracht    rrk@mccarthylebit.com
- Stuart A. Krause    skrause@zeklaw.com
- J. Alex Kress    akress@riker.com
- Patrick J. Kukla    pkukla@carsonfischer.com
- Darryl S. Laddin    bkrfilings@agg.com
- Michael C. Lambert    mclambert@lawpost-nyc.com
- Stuart A. Laven    slaven@bfca.com
- David S. Lefere    davidl@bolhouselaw.com
- Michael S. Leib    msl@maddinhauser.com, bac@maddinhauser.com
- David A. Lerner    dlerner@plunkettcooney.com
- Larry A. Levick    levick@singerlevick.com,
  croote@singerlevick.com;ckirkland@singerlevick.com
- Barry E. Lichtenberg    barryster@att.net
- David T. Lin    dlin@seyburn.com
- Thomas K. Lindahl    tlindahl@mcdonaldhopkins.com
- Edward J. LoBello    elobello@msek.com
- Eric Lopez Schnabel    schnabel.eric@dorsey.com

- Cynthia Jordan Lowery    cynthialowery@mvalaw.com
- Kayalyn A. Marafioti    kmarafio@skadden.com
- Michael A. Maricco    maricco.michael@pbgc.gov, efile@pbgc.gov
- Richard W. Martinez    Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com
- Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com
- Frank McGinn    ffm@bostonbusinesslaw.com
- Barbara S Mehlsack    bmehlsack@gkllaw.com
- Brian H. Meldrum    bmeldrum@stites.com
- Marc B. Merklin    mmerklin@brouse.com
- Christopher A. Merritt    cmerritt@rjlps.com
- G. Christopher Meyer    cmeyer@ssd.com
- Angela Z. Miller    amiller@phillipslytle.com, jhahn@phillipslytle.com
- Harvey R. Miller    harvey.miller@weil.com, garrett.fail@weil.com
- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com
- James P. Moloy    jmoloy@dannpecar.com
- Timothy D. Moratzka    tdm@mcmlaw.com
- Max Anderson Moseley    mam@jbpp.com, mkd@jbpp.com
- Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com
- Jill L. Murch    jmurch@foley.com, lapeterson@foley.com;khall@foley.com
- Jennifer L. Nassiri    jennifer.nassiri@dlapiper.com
- Michael A. Nedelman    mnedelman@nglegal.com, mwatler@nglegal.com;egloetzner@nglegal.com
- Melissa Z. Neier    mneier@ibolaw.com
- Michael E. Norton    mnorton@nortonlawassociates.com
- Gordon Z. Novod    gnovod@kramerlevin.com, dcho@kramerlevin.com
- Sean A. O'Neal    soneal@cgsh.com, maofiling@cgsh.com;jcroft@cgsh.com;skleinman@cgsh.com;ashajnfeld@cgsh.com;cro driguez@cgsh.com;sarobinson@cgsh.com
- Norman D. Orr    norman.orr@kkue.com
- Mark Russell Owens    mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com
- Ingrid S. Palermo    ipalermo@hselaw.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com
- Robert W. Phillips    rphillips@simmonscooper.com
- James A. Plemmons    jplemmons2@dickinsonwright.com
- Robert C. Pottinger    rcpottinger@bslbv.com
- Susan Power-Johnston    sjohnston@cov.com, jmcneil@cov.com
- Ronald S. Pretekin    pretekin@coollaw.com, piatt@coollaw.com
- Jessica E. Price    jprice@brouse.com
- Jonathan I. Rabinowitz    jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Dennis Jay Raterink    raterinkd@michigan.gov
- Eric T. Ray    eray@balch.com
- Michael Reed    nycourts@mvbalaw.com
- Marc E. Richards    mrichards@blankrome.com
- Michael P. Richman    mrichman@pattonboggs.com

- Paul J. Ricotta    pricotta@mintz.com
- David D. Ritter    ecf@krcl.com, dritter@krcl.com
- Marianne Goldstein Robbins    MGR@PREVIANT.COM,
  MGR@PREVIANT.COM;EM@PREVIANT.COM
- Courtney Rogers    crogers@orrick.com
- Adam L. Rosen    filings@spallp.com, arosen@silvermanacampora.com
- Sanford Philip Rosen    rpc@rosenpc.com, srosen@rosenpc.com
- Andrew Neil Rosenberg    mtattnall@paulweiss.com
- Robert J. Rosenberg    adam.goldberg@lw.com
- David A. Rosenzweig    DRosenzweig@Fulbright.com
- Douglas B. Rosner    drosner@goulstonstorrs.com
- Robert R. Ross    rrross@fedex.com
- George V. Royle    george.royle@lw.com
- Scott K. Rutsky    srutsky@proskauer.com
- Chester B. Salomon    csalomon@beckerglynn.com,
  aranade@beckerglynn.com;jholdridge@beckerglynn.com
- Diane W. Sanders    austin.bankruptcy@publicans.com
- Thomas P. Sarb    ecfsarbt@millerjohnson.com
- Thomas J. Schank    tomschank@hunterschank.com, mcraig@hunterschank.com
- Kenneth M. Schneider    smpcecf@gmail.com
- Carey D. Schreiber    cschreiber@winston.com
- Matthew L. Schwartz    matthew.schwartz@usdoj.gov
- Steven Schwartz    sschwart@winston.com
- Kenneth J. Schweiker    kschweiker@brownconnery.com
- Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com
- Jacob B. Sellers    jacob.sellers@leonard.com
- David J. Selwocki    brogers@swappc.com
- Joseph R. Sgroi    jsgroi@honigman.com
- Mark H. Shapiro    shapiro@steinbergshapiro.com
- Mary Kay Shaver    mkshaver@varnumlaw.com
- Brian L. Shaw    bshaw100@shawgussis.com
- Andrea Sheehan    sheehan@txschoollaw.com,
  coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com
- Tricia A. Sherick    tsherick@honigman.com
- Joseph E. Shickich    jshickich@riddellwilliams.com
- Matthew J. Shier    mshier@pinnaclelawgroup.com, mterry@pinnaclelawgroup.com
- Michael P. Shuster    mpshuster@hahnlaw.com
- Robert Sidorsky    sidorsky@butzel.com
- Rebecca H. Simoni    rsimoni@vonbriesen.com, jpurpora@vonbriesen.com
- Christina C. Skubic    bankruptcy@braytonlaw.com
- Edward Smith    easmith@venable.com
- Robert T. Smith    rsmith@cniinc.cc
- Richard G. Smolev    rsmolev@kayescholer.com,
  rrotman@kayescholer.com;maosbny@kayescholer.com;rcappiello@kayescholer.com
- Joseph H. Smolinsky    Joseph.Smolinsky@weil.com

- Fredric Sosnick
  karen.park@shearman.com,randy.martin@shearman.com,jennifer.lin@shearman.com,kerri.silver@shearman.com
- Arthur J. Spector    aspector@bergersingerman.com,
  jdiaz@bergersingerman.com;byglesia@bergersingerman.com;efile@bergersingerman.com
- Jeffrey S. Stein    Jeff_Stein@gardencitygroup.com,
  Kenneth_Freda@gardencitygroup.com;jennifer.keough@gardencitygroup.com
- Leslie Stein    lstein@seyburn.com, seccles@seyburn.com
- Fred Stevens    fstevens@foxrothschild.com
- Jason V. Stitt    jstitt@kmklaw.com
- Harvey A. Strickon    harveystrickon@paulhastings.com
- James M. Sullivan    sullivan.james@arentfox.com, constantino.nova@arentfox.com
- Michelle T. Sutter    msutter@ag.state.oh.us
- Marc N. Swanson    swansonm@millercanfield.com
- Matthew A. Swanson    matthew.swanson@leonard.com
- Colleen M. Sweeney    csweeney@dickinsonwright.com
- Stanley B. Tarr    tarr@blankrome.com
- Gordon J. Toering    gtoering@wnj.com
- Jason M. Torf    jtorf@schiffhardin.com, egeekie@schiffhardin.com
- Patrick J. Trostle    ptrostle@jenner.com
- Raymond J. Urbanik    rurbanik@munsch.com
- Shmuel Vasser    shmuel.vasser@dechert.com
- Wendy S. Walker    wwalker@morganlewis.com
- G. Alan Wallace    gwall@fraserlawfirm.com
- Kimberly A. Walsh    bk-kwalsh@oag.state.tx.us
- Sean M. Walsh    swalsh@gmhlaw.com, jmahar@gmhlaw.com
- Robert B. Weiss    rweiss@honigman.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Michael R. Wernette    mwernette@schaferandweiner.com
- David B. Wheeler    davidwheeler@mvalaw.com
- Blanka K. Wolfe    bwolfe@sheppardmullin.com
- Robert D. Wolford    ecfwolfordr@millerjohnson.com
- Scott A. Wolfson    wolfson@bsplaw.com,
  recchia@bsplaw.com;stepp@bsplaw.com;ojala@bsplaw.com;bolton@bsplaw.com;kochis@bsplaw.com
- Cynthia Woodruff-Neer    cwoodruff-neer@alpine-usa.com
- Janice M. Woolley    janwoolley@mgwl.com
- Doron Yitzchaki    dyitzchaki@dickinsonwright.com
- Terry L. Zabel    ecf-tlz@rhoadesmckee.com

and I hereby certify that I have served the paper to the following non-ECF participants via

Federal Express (overnight delivery):

Debtors
c/o General Motors Corporation
Attn: Warren Command Center, Mailcode 480-206-114
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

Attn: Harvey R. Miller, Esq
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Attn: Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220

Attn: John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Attn: Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Attn: Diana G. Adams, Esq.
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

F:\CLIENTS\I\International Industrial 4380-\General Motors\Objections of IICC.doc