Jeffrey L. Coxon
Warren and Young PLL
134 West 46th Street
P.O. Box 2300
Ashtabula, Ohio 4405-2300
Tel: 440.997.6275
Fax: 440.992.9114
jcoxon@warrenyoung.com

*Attorney for Molded Fiber Glass Companies*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
                                                                    )
IN RE:                                                         )          Case No. 09-50026 (REG)
                                                                    )          (Jointly Administered)
GENERAL MOTORS CORP., *et al.*        )
                                                                    )          Chapter 11
                        Debtors.                            )
                                                                    )
-------------------------------------------------------

**LIMITED OBJECTION OF MOLDED FIBER GLASS COMPANIES TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

Molded Fiber Glass Companies ("MFG"), by and through its undersigned counsel, hereby submits its limited objection (the "Limited Objection") to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto (the "Notice).

In support of its Limited Objection, MFG states that on or about June 5, 2009, Debtors delivered the Notice to MFG indicating Debtors' intent to assume and assign certain of Debtors' agreements with MFG (the "MFG Assumed Contracts"). Debtors identify $98,983.04 as the

1

proposed cure for the MFG Assumed Contracts (the "Proposed Cure Amount").  MFG has determined that the Proposed Cure Amount is less than the amount of prepetition defaults.  Specifically, the Proposed Cure Amount does not include $353,645.90 in additional prepetition defaults (the "Additional Cure Amount").  Attached as Exhibits A through F are invoices showing the Additional Cure Amount.  MFG has no objection to the assumption and assignment of the MFG Assumed Contracts so long as the Additional Cure Amount is similarly paid.

WHEREFORE, MFG respectfully requests that the Court enter an Order compelling Debtors to increase the Proposed Cure Amount for the MFG Assumed Contracts to $452,628.94.

DATED: June 15, 2009

        Respectfully submitted,

        /s/ Jeffrey L. Coxon_____
        Jeffrey L. Coxon
        Warren and Young PLL
        134 West 46th Street
        P.O. Box 2300
        Ashtabula, Ohio 4405-2300
        Tel: 440.997.6275
        Fax: 440.992.9114
        jcoxon@warrenyoung.com
        *Attorney for Molded Fiber Glass Companies*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Objection was served this 15th day of June, 2009, electronically via the Court's CM/ECF System on the parties registered thereto, and upon the following parties by properly addressed overnight mail:

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025<br>Attn:  Warren Command Center<br>         Mailcode 480-206-114 | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn:  Harvey R. Miller, Esq.<br>         Stephen Karotkin, Esq.<br>         Joseph H. Smolinsky, Esq. |
| U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C. 20220<br>Attn:  Matthew Feldman, Esq. | Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>Attn: John J. Rapisardi, Esq. |
| Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>Attn:  Michael J. Edelman, Esq.<br>         Michael L. Schein, Esq. | Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Attn:  Diana G. Adams, Esq. |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn:  Kenneth H. Eckstein, Esq. | |

/s/ Jeffrey L. Coxon_____
Jeffrey L. Coxon