


CUSTOM MOLDERS OF FIBERGLASS REINFORCED PLASTIC

# MFG COMPOSITE SYSTEMS COMPANY

P.O. Box 675
ASHTABULA, OHIO 44005-0675

2925 MFG Place
ASHTABULA, OHIO 44004

A/R (440) 994-5218

| INVOICE | INVOICE DATE | CUSTOMER |
|---|---|---|
| 009128 | 09/16/08 | GM015 |

SHIP TO
GM Disburesement Services
Manual PO Support Workgroup
PO Box 63070
Phoenix, AZ 85082-3070 USA

| CUSTOMER'S ORDER NUMBER | SHIPPED VIA |
|---|---|
| C9X000KN | Best |

SOLD TO
GM Disbursement Services
Mnaual PO Suppozt Workgroup
Phoenix, AZ 85082-3070

| ITEM NO. | M.F.G. PART NUMBER | DESCRIPTION | PWO NUMBER | UNITS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | 1100-0708 | PO# C9X000KN-000 P/N 20791507 Panel ASM-R/FLR preceded by P/N 25814284 | | | | $9,180.00 |
| | | Duna: 127205537 | | | | |
| | Please remit PAYMENT TO: MFG COMPOSITE SYSTEMS CO P.O.BOX 71265 Main P.O. Cleveland, OH 44191 | | | | | |

ALL CLAIMS MUST BE MADE WITHIN FIVE DAYS AFTER RECEIPT OF GOODS. IN CASE OF ERROR, NOTIFY US AT ONCE. SELLER REPRESENTS THAT WITH RESPECT TO THE ARTICLES AND/OR PERFORMANCE OF THE SERVICES COVERED BY THIS INVOICE, IT HAS FULLY COMPLIED WITH SECTION 12(A) OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

PLEASE PAY THIS AMOUNT $9,180.00

DUPLICATE

EXHIBIT A