**EXHIBIT B**

## MFG COMPOSITE SYSTEMS COMPANY
CUSTOM MOLDERS OF FIBERGLASS REINFORCED PLASTIC
P.O. Box 675
2925 MFG Place
ASHTABULA, OHIO 44005-0675
ASHTABULA, OHIO 44004
A/R (440) 994-5218

| INVOICE | INVOICE DATE | CUSTOMER |
|---|---|---|
| 069098 | 05/30/08 | GM015 |

| CUSTOMER'S ORDER NUMBER | SHIPPED VIA |
|---|---|
| C9X000JB | Best |

SHIP TO: GM Disbursement Services
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070 USA

SOLD TO: GM Disbursement Services
Manual PO Support Workgroup
PO Box 63070
Phoenix, AZ 85082-3070

| ITEM NO. | M.F.G. PART NUMBER | DESCRIPTION | PWO NUMBER | UNITS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | 1100-0714 | PO# C9X000JB-0M0 P/N 25847936 GMX-245 R/Compt Tooling  MFG DUns: 127205537 | 25847936 | | | $16,300.00 |

Please Remit Payment to: MFG Composite Systems Co.
PO 71265 Main P.O. Cleveland, OH 44191

**PLEASE PAY THIS AMOUNT    $16,300.00**

DUPLICATE

ALL CLAIMS MUST BE MADE WITHIN FIVE DAYS AFTER RECEIPT OF GOODS. IN CASE OF ERROR NOTIFY US AT ONCE. SELLER REPRESENTS THAT WITH RESPECT TO THE ARTICLES AND/OR PERFORMANCE OF THE SERVICES COVERED BY THIS INVOICE, IT HAS FULLY COMPLIED WITH SECTION 12(a) OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.