

**EXHIBIT C**

**MFG COMPOSITE SYSTEMS COMPANY**
P.O. Box 675
ASHTABULA, OHIO 44005-0675

2925 MFG Place
ASHTABULA, OHIO 44004

A/R (440) 994-5218

| INVOICE | INVOICE DATE | CUSTOMER |
|---|---|---|
| 009194 | 06/12/09 | GE002 |

SHIP TO: GENERAL MOTORS
WILMINGTON ASSEMBLY
BOXWOOD ROAD DOCK CCC
WILMINGTON, DE 19899 USA

SOLD TO: GENERAL MOTORS
WILMINGTON ASSEMBLY
BOXWOOD ROAD DOCK CCC
WILMINGTON, DE 19899

| CUSTOMER'S ORDER NUMBER | SHIPPED VIA |
|---|---|
|  | BEST |

| ITEM NO. | M.F.G. PART NUMBER | DESCRIPTION | PWO NUMBER | UNITS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
|  | 1100-0909 | RFA MODULE BRACKET ADDED TO TUBS<br>TOOLING BRACKET, RPT FIX. CHANGES (3)<br>TOOLING ISSUED FOR GMX-020, GMX023, & GMX627<br>PART NUMBER #20834863<br>PURCHASE ORDER NUMBER OB12001P<br>EWO-DVHXF<br>DUNS-0012720553 |  |  |  | 36,001.00 |

PLEASE REMIT PAYMENT TO: MOLDED FIBER GLASS CO.
P.O. BOX 71265, MAIN P.O. CLEVELAND, OH, 44191

**PLEASE PAY THIS AMOUNT: 36,001.00**

ORIGINAL

ALL CLAIMS MUST BE MADE WITHIN FIVE DAYS AFTER RECEIPT OF GOODS. IN CASE OF ERROR, NOTIFY US AT ONCE. SELLER REPRESENTS THAT WITH RESPECT TO THE ARTICLES AND/OR PERFORMANCE OF THE SERVICES COVERED BY THIS INVOICE, IT HAS FULLY COMPLIED WITH SECTION 12(a) OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.