

**MFG COMPOSITE SYSTEMS COMPANY**
P.O. Box 675
ASHTABULA, OHIO 44005-0675
2925 MFG Place
ASHTABULA, OHIO 44004
A/R (440) 994-5218

| INVOICE | INVOICE DATE | CUSTOMER |
|---|---|---|
| 009192 | 06/12/09 | GE002 |

SHIP TO: GENERAL MOTORS WILMINGTON ASSEMBLY
BOXWOOD ROAD DOCK CCC
WILMINGTON, DE 19899 USA

SOLD TO: GENERAL MOTORS WILMINGTON ASSEMBLY
BOXWOOD ROAD DOCK CCC
WILMINGTON, DE 19899

| CUSTOMER'S ORDER NUMBER | SHIPPED VIA |
|---|---|
|  | BEST |

| ITEM NO. | M.F.G. PART NUMBER | DESCRIPTION | PWO NUMBER | UNITS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
|  | 1100-0832 | BUILD-UP STORAGE, OTHER EXTRANEOUS EXPENSE ITEMS. GMX-022 REAR TUB COST ASSOCIATED WITH BANK PARTS PART NUMBER 25880269 PURCHASE ORDER NO. 0B-120031 DUNS # 001272055537 |  |  |  | 153,899.00 |

PLEASE REMIT PAYMENT TO: MOLDED FIBER GLASS CO.
P.O. BOX 71255, MAIN P.O. CLEVELAND, OH, 44191

PLEASE PAY THIS AMOUNT: 153,899.00

ORIGINAL

ALL CLAIMS MUST BE MADE WITHIN FIVE DAYS AFTER RECEIPT OF GOODS. IN CASE OF ERROR, NOTIFY US AT ONCE. SELLER REPRESENTS THAT WITH RESPECT TO THE ARTICLES AND/OR PERFORMANCE OF THE SERVICES COVERED BY THIS INVOICE, IT HAS FULLY COMPLIED WITH SECTION 12(A) OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.

EXHIBIT D