**EXHIBIT F**

### MFG COMPOSITE SYSTEMS COMPANY
CUSTOM MOLDERS OF FIBERGLASS REINFORCED PLASTIC
P.O. Box 675
ASHTABULA, OHIO 44005-0675
2925 MFG Place
ASHTABULA, OHIO 44004
A/R (440) 994-5218

| INVOICE | INVOICE DATE | CUSTOMER |
|---|---|---|
| 103191 | 06/12/09 | GF002 |

SHIP TO: GENERAL MOTORS
WILMINGTON ASSEMBLY
BOXWOOD ROAD DOCK CCC
WILMINGTON, DE 19899 USA

SOLD TO: GENERAL MOTORS
WILMINGTON ASSEMBLY
BOXWOOD ROAD DOCK CCC
WILMINGTON, DE 19899

| CUSTOMER'S ORDER NUMBER | SHIPPED VIA |
|---|---|
|  | BEST |

| ITEM NO. | M.F.G. PART NUMBER | DESCRIPTION | PWO NUMBER | UNITS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
|  | 1100-0831 | MOLD TOOLING CHANGE, COOLING, FINAL ASM, INSPECTION FIXTURES GMX-023 REAR TUB PART NUMBER #20787939 PURCHASE ORDER NUMBER #0B-120030 DUNS# 0012720553 |  | RPT |  | 120,610.00 |

**PLEASE PAY THIS AMOUNT: 120,610.00**

PLEASE REMIT PAYMENT TO: MOLDED FIBER GLASS CO.
P.O. BOX 71265, MAIN P.O., CLEVELAND, OH. 44191

ORIGINAL

ALL CLAIMS MUST BE MADE WITHIN FIVE DAYS AFTER RECEIPT OF GOODS. IN CASE OF ERROR, NOTIFY US AT ONCE. SELLER REPRESENTS THAT WITH RESPECT TO THE ARTICLES AND/OR PERFORMANCE OF THE SERVICES COVERED BY THIS INVOICE, IT HAS FULLY COMPLIED WITH SECTION 12(a) OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.