SCOTT A. WOLFSON (MI P53194)
BUSH SEYFERTH & PAIGE PLLC
3001 W. Big Beaver Rd., Suite 600
Troy, MI  48084
Telephone:  (248) 822-7803
Facsimile:  (248) 822-7853
E-Mail:  wolfson@bsplaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
|  |  : | **Chapter 11** |
|---|---|---|
| **In re:** | : |  |
|  | : | **Case No. 09-50026 (REG)** |
| **GENERAL MOTORS CORPORATION,** *et al.*, | : |  |
|  | : | **(Jointly Administered)** |
| Debtors. | : |  |

-----------------------------------------------------------------------x

## WITHDRAWAL OF DOCUMENT

Scott A. Wolfson of Bush Seyferth & Paige PLLC hereby withdraws his Notice of Appearance and Demand for Notices and Papers on behalf of Federal Broach Holdings LLC (Docket No. 830).  A Notice of Appearance and Demand for Notices and Papers on behalf of Federal Broach & Machine Company, LLC, the proper party, was filed in its stead (*see* Docket No. 1008).

        Respectfully submitted,

        BUSH SEYFERTH & PAIGE PLLC
        *Attorneys for Federal Broach & Machine Company, LLC*

Dated:  June 15, 2009        By:     /s/ Scott A. Wolfson
           Scott A. Wolfson (MI P53194)
        3001 W. Big Beaver Rd., Suite 600
        Troy, MI  48084
        Telephone:  (248) 822-7803
        Facsimile:  (248) 822-7853
        E-Mail:  wolfson@bsplaw.com