UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., et al., | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| ------------------------------------------------------x | | |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE       :
                        : SS:
NEW CASTLE COUNTY       :

I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on June 15, 2009, I caused to be served:

**OBJECTION OF MONSTER WORLDWIDE, INC. TO CURE AMOUNT IN CONNECTION WITH NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO [Docket No. 92]**

Service was completed upon parties on the attached list as indicated thereon.

Date: June 15, 2009

_____
William Weller

SWORN AND SUBSCRIBED before me this 15th day of June, 2009.

_____
NOTARY
My commission expires:_____

DEBORAH QUAINTANCE COOK
Notary Public - State of Delaware
My Comm. Expires May 11, 2011

WWW/106707-0004/2241623/1 6/15/2009

**VIA EMAIL**
Barry Powell
E-mail: Barry.Powell@smvgroup.com
[Executive Vice President and SMG General Counsel]

**VIA FIRST CLASS MAIL**
General Motors Corporation
Cadillac Building
30009 VanDyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114
[Debtors]

**VIA FACSIMILE**
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Facsimile: (212) 310-8007
[Counsel for the Debtors and Debtors in Possession]

**VIA FIRST CLASS MAIL**
Matthew Feldman, Esq.
United States Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220

**VIA FACSIMILE**
John J. Rapisardi, Esq.
Cadwalder, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Facsimile: (212) 504-6666
[Counsel for the Purchaser]

**VIA FACSIMILE**
Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, PC
1633 Broadway, 47th Floor
New York, NY 10018
Facsimile: (212) 407-7799
[Counsel for the Export Development Canada]

**VIA FIRST CLASS MAIL**
Diana G. Adams, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

**VIA FACSIMILE**
Thomas Moers Mayer, Esq.
Kenneth H. Eckstein, Esq.
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Facsimile: (212) 715-8000
[Counsel for the Official Committee of Unsecured Creditors]

WWW/106707-0004/2241623/1 6/15/2009