## EXHIBIT B

**Saginaw LLC  Pre-Petition Balance Due from GM**

| Invoice # | Date | Amount |
|---|---|---|
| 94 | 08/29/08 | $12,990.00 |
| 100 | 09/30/08 | $7,794.00 |
| 101 | 09/30/08 | $807.46 |
| 102 | 09/30/08 | $803.70 |
| 104 | 10/31/08 | $463.86 |
| 105 | 10/31/08 | $461.70 |
| 110 | 11/30/08 | $290.70 |
| 111 | 11/30/08 | $292.06 |
| 138 | 05/31/09 | $69,774.66 |
| 139 | 05/31/09 | $472.00 |
| 140 | 05/31/09 | $67.00 |

94,217.14