**OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP**
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Andrea Fischer (AF 2591)
(212) 451-2300
afischer@olshanlaw.com

and

Tiffany Strelow Cobb, Esq. (OH-0067516)
**Vorys, Sater, Seymour, and Pease LLP**
52 East Gay Street
Columbus, Ohio 43215
Telephone: 614-464-8322
Facsimile: 614-719-4663
E-mail: tscobb@vorys.com

Attorneys for Worthington Industries, et al.

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | |
| | Chapter 11 |
| GENERAL MOTORS CORP., et al., | Case No. 09-50026 (REG) |
| | Jointly Administered |
| Debtors. | |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Tiffany Strelow Cobb, a member in good standing of the bar in the State of Ohio, and the bar of the U.S. District Court for the Southern District of Ohio, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent, the parties in interest and creditors, Worthington Industries, The Worthington Steel Company, The Gerstenslager Company, and Worthington Specialty Processing, in the above referenced case.

619070-1

My mailing address, e-mail address and telephone number are:

>Tiffany Strelow Cobb, Esq.
>Vorys, Sater, Seymour and Pease LLP
>52 East Gay Street
>Columbus, Ohio 43215
>Telephone: 614-464-8322
>Facsimile: 614-719-4663
>E-mail: tscobb@vorys.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 12, 2009                VORYS, SATER SEYMOUR AND PEASE LLP


/s/Tiffany Strelow Cobb_____
Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone: 614-464-8322
Facsimile: 614-719-4663
E-mail: tscobb@vorys.com

Attorneys for Worthington Industries, et al.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the preceding Motion for Admission to Practice Pro Hac Vice was electronically filed through the Court's ECF system and served this 15th day of June, 2009, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. This Motion for Admission to Practice Pro Hac Vice was also served by United States Mail, first-class, proper postage affixed upon the following:

| | |
|---|---|
| **Corinne Ball** <br> Jones Day <br> 222 East 41st Street <br> New York, NY 10017 | **Office of the United States Trustee** <br> **Southern District of New York** <br> 33 Whitehall Street <br> New York, NY 10004 |
| **Epiq Bankruptcy Solutions** <br> 757 Third Avenue, 3rd Floor <br> New York, NY 10017 | |

/s/Tiffany Strelow Cobb_____
Tiffany Strelow Cobb

619070-1