IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP., et al.<br><br>Debtors. | Chapter 11<br>Case No: 09-50026 (REG)<br><br>Jointly Administered |

### ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Tiffany Strelow Cobb, a member in good standing of the bar in the State of Ohio and, if applicable, the bar of the U. S. District Court for the Southern District of Ohio, having requested admission, ***pro hac vice***, to represent the parties in interest and creditors, Worthington Industries, The Worthington Steel Company, The Gerstenslager Company, and Worthington Specialty Processing, in the above referenced case.

**IT IS ORDERED,**

That Tiffany Strelow Cobb, Esq., is admitted ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:_____, 2009

                                                  United States Bankruptcy Judge

619118-1