VARNUM LLP  
Bridgewater Place  
P.O. Box 352  
Grand Rapids, MI 49501-0352  
(616) 336-6000  
Mary Kay Shaver (P-60411)

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
----------------------------------------------------------x
                                               :
In Re:                                         :           Chapter 11
                                               :
General Motors Corporation, et al.[1]          :           Case No. 09-50026 (REG)
                                               :
                                               :
                    Debtors.                   :           (Jointly Administered)
----------------------------------------------------------x

## VERIFIED STATEMENT PURSUANT TO RULE 2019 OF THE BANKRUPTCY CODE

In support of this verified statement pursuant to Federal Rule of Bankruptcy Procedure 2019(a), Varnum LLP ("Varnum") states as follows:

Varnum represents the following creditors and parties-in-interest (the "Entities") in connection with the above-referenced proceedings:

| **Creditor Information** | **Claim or Interest Type** | **Nature of Representation** |
|---|---|---|
| ADAC Plastics, Inc.<br>5920 Tahoe Drive, SE<br>Grand Rapids, MI 49546 | Trade claim. | Varnum has served as counsel to ADAC Plastics, Inc. in various matters.. |
| BHM Technologies<br>The Brown Company of Waverly, LLC<br>The Brown Company of Moberly, LLC<br>The Brown Corporation de Saltillo, S. de R.L. de C.V.<br>Holdings, Inc.<br>401 South Steele<br>Ionia, MI 48846 | Trade claim. | Varnum has served as counsel to BHM Technologies Holdings, Inc. for many years. |

---

[1] Debtors include: General Motors Corporation, Chevrolet-Saturn of Harlem, Inc., Saturn, LLC and Saturn Distribution Corporation

| | | |
|---|---|---|
| Cinetic Automation Corp. Cinetic DyAG Corporation Cinetic Landis Corp. 23400 Halstead Road Farmington Hills, MI 48335 | Trade claim. | Varnum has served as counsel to Cinetic Automation Corporation for many years. |
| Coastal Container Corporation Vericorr Packaging of Coastal LLC 1201 Industrial Drive Holland, MI 49423 | Trade claim. | Varnum has served as counsel to Coastal Container for many years. |
| Dakkota Integrated Systems, L.L.C. 1875 Holloway Drive Holt, MI 48842 | Trade claim. | Varnum has served as counsel to Dakkota Integrated Systems, L.L.C. for many years. |
| J. L. French Automotive Castings, Inc. Nelson Metal Products LLC 3101 South Taylor Drive Sheboygan, WI 53082 | Trade claim. | Varnum has served as counsel to J. L. French Automotive Castings, Inc. for many years. |
| Mando Corporation 45911 Five Mile Road Plymouth, Michigan 48170 | Trade claim. | Varnum has served as counsel to Mando America Corporation for many years. |
| Modineer Co. 2190 Industrial Drive Niles, MI 49120 | Trade claim. | Varnum has served as counsel to Modineer Co. for many years. |
| Summit Polymers, Inc. 4780 Executive Drive Portage, MI 49002 | Trade claim. | Varnum has served as counsel to Summit Polymers, Inc. for many years. |
| WITTE-Velbert GmbH & Co. KG. | Trade claim. | Varnum has been asked by WITTE-Velbert GmbH & Co. KG. for new representation in this matter. |

The amount of the each Entity's claim or interest is not fixed.

Varnum is representing each Entity individually; they do not comprise a committee of any kind.

Varnum has no written contracts or representations agreements with respect to the Entities other than engagement letters.

Varnum reserves the right to supplement or amend this Statement.

I declare under penalty of perjury that the foregoing is true and correct.

V<span>ARNUM</span>

| | |
|---|---|
| June 15, 2009 | By  /s/ Mary Kay Shaver |
| | Mary Kay Shaver (P60411) |
| | Jason W. Bank (P54447) |
| | Business Address: |
| | Bridgewater Place, P.O. Box 352 |
| | Grand Rapids, MI  49501-0352 |
| | Telephone:  (616) 336-6000 |
| | E-Mail:  mkshaver@varnumlaw.com |
| | jwbank@varnumlaw.com |

#2708559