**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

                                              x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| GENERAL MOTORS CORP., *et al.,* | : | 09-50026 (REG) |
| Debtors. | : | (Jointly Administered) |

                                              x

**PTI QUALITY CONTAINMENT SOLUTIONS, LLC'S OBJECTION TO THE CURE AMOUNT ONLY RELATED TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

PTI Quality Containment Solutions, LLC ("PTI QCS") submits the following objection to the Cure Amount only related to the Notice of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property And (II) Cure Amounts Related Thereto:

1. The Cure Amount for PTI QCS's Assumable Executory Contracts according to the "Contract Website" is $23,554.22 as of June 15, 2009.

2. PTI QCS objects and asserts that the Proposed Cure Amount is understated by the amount of $146,143.45.

3. The Disputed Cure Amount of $146,143.45 is itemized on the attached exhibit.

WHEREFORE, PTI QCS requests the Court honor its claim amount pursuant to

this objection.

Respectfully submitted,

**Calhoun & Di Ponio, PLC**


/s/Tony F. Di Ponio
Tony F. Di Ponio (P48656)
Attorney for
PTI Quality Containment Solutions, LLC
31000 Telegraph Road, Ste. 280
Bingham Farms, MI 48025
(248) 594-1500

Dated: June 15, 2009                                tdiponio@lawyermich.com

2

| INVOICE DATE | INVOICE NUMBER | PO # | CUSTOMER | TERMS | DUE DATE | AGING | AMOUNT | WORK ORCONTACT | | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/30/2009 | 49713 | TCB06554 | GENERAL MOTORS CORP .WORL | Net 60 | 07/30/2009 | 35 | $ 2,272.00 | GM-101-C | AMANDA ALLEN | NEED PO |
| 3/7/2009 | 49100 | 16228 | IDEAL SETECH-WRN. OPERATION | Net 60 | 05/07/2009 | 35 | $ 520.00 | GM-101 | AMANDA ALLEN | PO RECD. |
| 3/7/2009 | 49101 | 16227 | IDEAL SETECH-WRN. OPERATION | Net 60 | 05/07/2009 | 35 | $ 1,496.00 | GM-101-C | AMANDA ALLEN | PO RECD. |
| 3/14/2009 | 49129 | 16225 | IDEAL SETECH-WRN. OPERATION | Net 60 | 05/14/2009 | 28 | $ 416.00 | GM-101 | AMANDA ALLEN | PO RECD. |
| 3/14/2009 | 49130 | 16226 | IDEAL SETECH-WRN. OPERATION | Net 60 | 05/14/2009 | 28 | $ 544.00 | GM-101-C | AMANDA ALLEN | PO RECD. |
| 3/21/2009 | 49188 | 16384 | IDEAL SETECH-WRN. OPERATION | Net 60 | 05/21/2009 | 21 | $ 572.00 | GM-101 | AMANDA ALLEN | PO RECD. |
| 3/21/2009 | 49189 | 16382 | IDEAL SETECH-WRN. OPERATION | Net 60 | 05/21/2009 | 21 | $ 1,632.00 | GM-101-C | AMANDA ALLEN | PO RECD. |
| 3/28/2009 | 49277 | 16386 | IDEAL SETECH-WRN. OPERATION | Net 60 | 05/28/2009 | 14 | $ 520.00 | GM-101 | AMANDA ALLEN | PO RECD. |
| 3/28/2009 | 49278 | 16391 | IDEAL SETECH-WRN. OPERATION | Net 60 | 05/28/2009 | 14 | $ 1,700.00 | GM-101-C | AMANDA ALLEN | PO RECD. |
| 3/30/2009 | 49304 | 16390 | IDEAL SETECH-WRN. OPERATION | Net 60 | 05/30/2009 | 12 | $ 879.00 | GM-101-C | AMANDA ALLEN | PO RECD. |
| 3/30/2009 | 49305 | 16385 | IDEAL SETECH-WRN. OPERATION | Net 60 | 05/30/2009 | 12 | $ 1,700.00 | GM-101-C | AMANDA ALLEN | PO RECD. |
| 4/11/2009 | 49379 | 16466 | IDEAL SETECH-WRN. OPERATION | Net 60 | 06/11/2009 | | $ 520.00 | GM-101 | AMANDA ALLEN | PO RECD. |
| 4/11/2009 | 49380 | 16734 | IDEAL SETECH-WRN. OPERATION | Net 60 | 06/11/2009 | | $ 1,632.00 | GM-101-C | AMANDA ALLEN | PO RECD. |
| 4/18/2009 | 49394 | 16467 | IDEAL SETECH-WRN. OPERATION | Net 60 | 06/18/2009 | | $ 416.00 | GM-101 | AMANDA ALLEN | PO RECD. |
| 4/18/2009 | 49395 | 16735 | IDEAL SETECH-WRN. OPERATION | Net 60 | 06/18/2009 | | $ 1,632.00 | GM-101-C | AMANDA ALLEN | PO RECD. |
| 4/25/2009 | 49483 | 16662 | IDEAL SETECH-WRN. OPERATION | Net 60 | 06/25/2009 | | $ 520.00 | GM-101 | AMANDA ALLEN | PO RECD. |
| 4/25/2009 | 49484 | 16528 | IDEAL SETECH-WRN. OPERATION | Net 60 | 06/25/2009 | | $ 1,530.00 | GM-101-C | AMANDA ALLEN | PO RECD. |
| 5/2/2009 | 49514 | 16531 | IDEAL SETECH-WRN. OPERATION | Net 60 | 07/02/2009 | | $ 520.00 | GM-101 | AMANDA ALLEN | PO RECD. |
| 5/2/2009 | 49515 | 16529 | IDEAL SETECH-WRN. OPERATION | Net 60 | 07/02/2009 | | $ 1,700.00 | GM-101-C | AMANDA ALLEN | PO RECD. |
| 5/9/2009 | 49560 | 16661 | IDEAL SETECH-WRN. OPERATION | Net 60 | 07/09/2009 | | $ 520.00 | GM-101 | AMANDA ALLEN | PO RECD. |
| 5/9/2009 | 49581 | 16736 | IDEAL SETECH-WRN. OPERATION | Net 60 | 07/09/2009 | | $ 2,318.50 | GM-101C | AMANDA ALLEN | PO RECD. |
| 5/16/2009 | 49616 | 16659 | IDEAL SETECH-WRN. OPERATION | Net 60 | 07/16/2009 | | $ 520.00 | GM-101 | AMANDA ALLEN | PO RECD. |
| 5/16/2009 | 49617 | 16737 | IDEAL SETECH-WRN. OPERATION | Net 60 | 07/16/2009 | | $ 3,220.00 | GM-101-C | AMANDA ALLEN | PO RECD. |
| 5/23/2009 | 49649 | 16665 | IDEAL SETECH-WRN. OPERATION | Net 60 | 07/23/2009 | | $ 416.00 | GM-101 | AMANDA ALLEN | PO RECD. |
| 5/23/2009 | 49650 | 16664 | IDEAL SETECH-WRN. OPERATION | Net 60 | 07/23/2009 | | $ 2,000.00 | GM-101-C | AMANDA ALLEN | PO RECD. |
| 5/30/2009 | 49712 | 16772 | IDEAL SETECH-WRN. OPERATION | Net 60 | 07/30/2009 | | $ 416.00 | GM-101 | AMANDA ALLEN | PO RECD. |
| 3/7/2009 | 49102 | TCB06554 | GENERAL MOTORS CORP .WORL | Net 60 | 05/07/2009 | 35 | $ 2,618.00 | GM-101-G | CHAD HENIGE | NEED PO |
| 4/25/2009 | 49487 | TCB06554 | GENERAL MOTORS CORP .WORL | Net 60 | 06/25/2009 | | $ 3,077.00 | GM-101G | CHAD HENIGE | NEED PO |
| 5/30/2009 | 49714 | TCB06554 | GENERAL MOTORS CORP .WORL | Net 60 | 07/30/2009 | | $ 1,955.00 | GM-101-G | CHAD HENIGE | NEED PO |
| 3/21/2009 | 49190 | 16258 | IDEAL SETECH-WRN. OPERATION | Net 60 | 05/21/2009 | 21 | $ 2,296.50 | GM-101-G | CHAD HENIGE | PO RECD. |
| 3/28/2009 | 49279 | 16383 | IDEAL SETECH-WRN. OPERATION | Net 60 | 05/28/2009 | 14 | $ 2,975.00 | GM-101-G | CHAD HENIGE | PO RECD. |
| 3/30/2009 | 49306 | 16388 | IDEAL SETECH-WRN. OPERATION | Net 60 | 05/30/2009 | 12 | $ 3,425.50 | GM-101-G | CHAD HENIGE | PO RECD. |
| 4/11/2009 | 49381 | 16387 | IDEAL SETECH-WRN. OPERATION | Net 60 | 06/11/2009 | | $ 2,941.00 | GM-101-G | CHAD HENIGE | PO RECD. |
| 4/18/2009 | 49396 | 16462 | IDEAL SETECH-WRN. OPERATION | Net 60 | 06/18/2009 | | $ 2,737.00 | GM-101-G | CHAD HENIGE | PO RECD. |
| 5/2/2009 | 49516 | 16530 | IDEAL SETECH-WRN. OPERATION | Net 60 | 07/02/2009 | | $ 3,689.00 | GM-101-G | CHAD HENIGE | PO RECD. |
| 5/9/2009 | 49582 | 16738 | IDEAL SETECH-WRN. OPERATION | Net 60 | 07/09/2009 | | $ 3,196.00 | GM-101G | CHAD HENIGE | PO RECD. |
| 5/16/2009 | 49618 | 16739 | IDEAL SETECH-WRN. OPERATION | Net 60 | 07/16/2009 | | $ 2,907.00 | GM-101-G | CHAD HENIGE | PO RECD. |
| 5/23/2009 | 49651 | 16740 | IDEAL SETECH-WRN. OPERATION | Net 60 | 07/23/2009 | | $ 2,924.00 | GM-101-G | CHAD HENIGE | PO RECD. |
| 5/30/2009 | 49715 | TCB06554 | GM POWERTRAIN - BEDFORD | Net 60 | 07/30/2009 | | $ 2,588.60 | GM-348 | SONNY SHAH | RELEASE REQUIRED |
| 11/18/2007 | 41256 | 1GF10009 | GM DISBURSEMENT SERVICES | Net 60 | 01/18/2008 | 510 | $ 423.50 | GM-441 | JOSH RODRIQUEZ | RECD. SPOT BUY NU |
| 12/16/2007 | 41713 | 1GF10009 | GM DISBURSEMENT SERVICES | Net 60 | 02/15/2008 | 481 | $ 652.00 | GM-453 | JOSH RODRIQUEZ | RECD. SPOT BUY NU |
| 3/7/2009 | 49070 | TCB06554 | GM FSS ABP | Net 60 | 05/07/2009 | 35 | $ 240.00 | GM-601 | ANNETTE CARTER | RECD. RELEASE |
| 5/9/2009 | 49578 | REL#WAR79GM WARREN PT | | | 07/08/2009 | | $ 1,449.00 | GM-606 | GREG OCHS | RECD. RELEASE |
| 4/29/2009 | 49502 | TCB06554 | GM Financial Shared Services | Net 60 | 06/29/2009 | | $ 1,111.50 | LTO-1000 | RICK MELITO | RECD. RELEASE |
| 4/29/2009 | 49503 | TCB06554 | GM Financial Shared Services | Net 60 | 06/29/2009 | | $ 778.50 | LTO-1245 | RICK MELITO | RECD. RELEASE |
| 4/29/2009 | 49504 | TCB06554 | GM Financial Shared Services | Net 60 | 06/29/2009 | | $ 343.50 | LTO-1405 | RICK MELITO | RECD. RELEASE |
| 9/6/2008 | 47057 | TCB06554 | GM Financial Shared Services | Net 60 | 11/26/2008 | 217 | $ 7,876.90 | LTO-1457 CR | RICK MELITO | RECD. RELEASE |

| Date | Ref # | Vendor # | Vendor | Terms | Due Date | Qty | Amount | Invoice | | Contact | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/4/2008 | 47665 | TCB06554 | GM Financial Shared Services | Net 60 | 12/04/2008 | 189 | $ 7,865.60 | LTO-1557 | CR | RICK MELITO | RECD. RELEASE |
| 4/29/2009 | 49505 | TCB06554 | GM Financial Shared Services | Net 60 | 06/29/2009 | | $ 252.00 | LTO-1576 | | RICK MELITO | RECD. RELEASE |
| 4/29/2009 | 49506 | TCB06554 | GM Financial Shared Services | Net 60 | 06/29/2009 | | $ 2,080.00 | LTO-1626 | | RICK MELITO | RECD. RELEASE |
| 4/29/2009 | 49507 | TCB06554 | GM Financial Shared Services | Net 60 | 06/29/2009 | | $ 1,233.00 | LTO-1661 | | RICK MELITO | RECD. RELEASE |
| 4/29/2009 | 49508 | TCB06554 | GM Financial Shared Services | Net 60 | 06/29/2009 | | $ 5,515.00 | LTO-1678 | | RICK MELITO | RECD. RELEASE |
| 4/29/2009 | 49509 | TCB06554 | GM Financial Shared Services | Net 60 | 06/29/2009 | | $ 178.50 | LTO-1694 | | RICK MELITO | RECD. RELEASE |
| 4/29/2009 | 49510 | TCB06554 | GM Financial Shared Services | Net 60 | 06/29/2009 | | $ 151.50 | LTO-1722 | | RICK MELITO | RECD. RELEASE |
| 5/16/2009 | 49634 | TCB06554 | GM Financial Shared Services | Net 60 | 07/16/2009 | | $ 1,764.00 | LTO-1732 | | RICK MELITO | RECD. RELEASE |
| 5/16/2009 | 49627 | TCB06554 | GM Financial Shared Services | Net 60 | 07/16/2009 | | $ 1,054.50 | LTO-1000 | | RICK MELITO | RELEASE REQUIRED |
| 12/12/2007 | 41667 | TCB06554 | GM LORDSTOWN ASSEMBLY | Net 60 | 02/12/2008 | 485 | $ 1,210.00 | LTO-1053 | CR | RICK MELITO | RELEASE REQUIRED |
| 2/24/2008 | 43510 | TCB06554 | GM LORDSTOWN ASSEMBLY | Net 60 | 04/24/2008 | 413 | $ 1,894.95 | LTO-1155 | CR | RICK MELITO | RELEASE REQUIRED |
| 5/16/2009 | 49628 | TCB06554 | GM LORDSTOWN ASSEMBLY | Net 60 | 07/16/2009 | | $ 1,521.00 | LTO-1245 | | RICK MELITO | RELEASE REQUIRED |
| 6/21/2008 | 45808 | TCB06554 | GM LORDSTOWN ASSEMBLY | Net 60 | 08/21/2008 | 294 | $ 11,712.05 | LTO-1353 | CR | RICK MELITO | RELEASE REQUIRED |
| 9/6/2008 | 47077 | TCB06554 | GM LORDSTOWN ASSEMBLY | Net 60 | 11/06/2008 | 217 | $ 2,655.45 | LTO-1490 | CR | RICK MELITO | RELEASE REQUIRED |
| 10/4/2008 | 47666 | TCB06554 | GM LORDSTOWN ASSEMBLY | Net 60 | 12/04/2008 | 189 | $ 4,969.05 | LTO-1562 | CR | RICK MELITO | RELEASE REQUIRED |
| 10/11/2008 | 47986 | TCB06554 | GM LORDSTOWN ASSEMBLY | Net 60 | 12/11/2008 | 182 | $ 13,154.35 | LTO-1570 | CR | RICK MELITO | RELEASE REQUIRED |
| 5/16/2009 | 47996 | TCB06554 | GM LORDSTOWN ASSEMBLY | Net 60 | 07/16/2009 | | $ 565.50 | LTO-1576 | | RICK MELITO | RELEASE REQUIRED |
| 5/16/2009 | 49629 | TCB06554 | GM LORDSTOWN ASSEMBLY | Net 60 | 07/16/2009 | | $ 2,622.00 | LTO-1626 | | RICK MELITO | RELEASE REQUIRED |
| 5/16/2009 | 49630 | TCB06554 | GM LORDSTOWN ASSEMBLY | Net 60 | 07/16/2009 | | $ 2,438.00 | LTO-1678 | | RICK MELITO | RELEASE REQUIRED |
| 5/16/2009 | 49631 | TCB06554 | GM LORDSTOWN ASSEMBLY | Net 60 | 07/16/2009 | | $ 549.50 | LTO-1694 | | RICK MELITO | RELEASE REQUIRED |
| 5/30/2009 | 49672 | TCB06554 | GM LORDSTOWN ASSEMBLY | Net 60 | 07/30/2009 | | $ 549.50 | LTO-1694 | | RICK MELITO | RELEASE REQUIRED |
| 5/30/2009 | 49674 | TCB06554 | GM LORDSTOWN ASSEMBLY | Net 60 | 07/30/2009 | | $ 95.00 | LTO-1722 | | RICK MELITO | RELEASE REQUIRED |
| 5/16/2009 | 49673 | TCB06554 | GM LORDSTOWN ASSEMBLY | Net 60 | 07/16/2009 | | $ 815.50 | LTO-1724 | | RICK MELITO | RELEASE REQUIRED |
| 5/30/2009 | 49632 | TCB06554 | GM LORDSTOWN ASSEMBLY | Net 60 | 07/30/2009 | | $ 873.50 | LTO-1732 | | RICK MELITO | RELEASE REQUIRED |

$ 146,143.45