KELLEY DRYE & WARREN LLP
James S. Carr (JC 1603)
Jennifer A. Christian (JC 7305)
101 Park Avenue
New York, New York 10178
Tel:  (212) 808-7800
Fax:  (212) 808-7897

- and –

REINHART BOERNER VAN DEUREN S.C.
Michael D. Jankowski
Amanda M. Gibbs
1000 North Water Street
Milwaukee, WI 53201-2965
Tel:  (414) 298-1000
Fax:  (414) 298-8097

*Attorneys for LEM U.S.A., Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————
                                                        )
In re:                                                  )          Chapter 11
                                                        )
GENERAL MOTORS CORP., *et al.*,        )          Case No. 09-50026 (REG)
                                                        )          (Jointly Administered)
                            Debtors.                )
———————————————————————————)

## LIMITED OBJECTION OF LEM U.S.A., INC.
## TO THE DEBTOR'S PROPOSED CURE AMOUNT

LEM U.S.A., Inc. ("LEM"), by its attorneys, hereby submits this limited objection

(the "Objection") to the proposed cure amount of GM Corporation (the "Debtor")

required to be paid to LEM in connection with the assumption and assignment of certain

executory contracts between LEM and the Debtor.  In support of this Objection, LEM

states as follows:

BACKGROUND

1.      On June 1, 2009 (the "Commencement Date"), the Debtor and three affiliate debtors commenced these voluntary cases under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Court").

2.      The Debtor and its debtor affiliates remain in possession of their property and continue to manage their businesses as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3.      Prior to the Commencement Date, LEM and the Debtor were parties to contracts pursuant to which LEM sold current transducers to the Debtor (the "Agreements").

4.      On June 2, 2009, this Court entered an order (the "Sale Procedures Order") approving the procedures regarding the Debtor's assumption and assignment of executory contracts.

5.      Pursuant to the Sale Procedures Order, on or about June 8, 2009, the Debtor delivered a notice (the "Assignment Notice") to LEM, indicating that the Debtor intends to assume and assign certain of the Debtor's Agreements with LEM (the "Assumed Contracts").

6.      The Assignment Notice directed LEM to a website (the "Contract Website") containing a description of the Assumed Contracts and associated cure amounts.  On the Contract Website, the Debtor identifies $1,554.92 as the amount which it alleges to be owing to LEM under the Assumed Contracts (the "Debtor Cure Amount").

7.     The Debtor Cure Amount is less than what is actually owed under the Assumed Contracts.  LEM contests the Debtor Cure Amount and asserts that as of the Petition Date, the amount necessary to cure all defaults under the Agreement is $6,063.28 (the "Supplier Cure Amount").  A summary of the Supplier Cure Amount and corresponding invoices are attached hereto as Exhibit A.

8.     Pursuant to the Sale Procedures Order, LEM files this Objection to reserve its rights to the Supplier Cure Amount.

WHEREFORE, LEM seeks an order sustaining its Objection and finding that the Supplier Cure Amount and any subsequent postpetition amounts due and owing to LEM is required to be paid to LEM upon assumption and assignment of any Assumed Contracts and reserving its rights in connection with the Sale Procedures Order.

Dated: June 15, 2009
       New York, New York

                                       KELLEY DRYE & WARREN LLP

                                       By: /s/ Jennifer A. Christian
                                           James S. Carr (JC 1603)
                                           Jennifer A. Christian (JC 7305)
                                       101 Park Avenue
                                       New York, New York 10178
                                       Tel:  (212) 808-7800
                                       Fax:  (212) 808-7897

                                       - and -

                                       REINHART BOERNER VAN DEUREN S.C.
                                       Michael D. Jankowski
                                       Amanda M. Gibbs
                                       1000 North Water Street
                                       Milwaukee, WI 53201-2965
                                       Tel:  (414) 298-1000
                                       Fax:  (414) 298-8097

                                       *Attorneys for LEM U.S.A., Inc.*

EXHIBIT A

LEM USA Inc.

GM Chapter 11
Oustanding Invoices for Claim:

| Amount | Sales Order # | Invoice # | Date of Delivery | Invoice Date |
|---|---|---|---|---|
| $4,493.52 | S5035770 | 1002282 | 5/19/2009 | 5/15/2009 |
| $14.84 | S5035921 | 1002504 | 6/1/2009 | 5/28/2009 |
| $7.42 | S5035568 | 1002028 | 5/5/2009 | 5/1/2009 |
| $191.25 | S5035864 | 1002413 | 5/26/2009 | 5/21/2009 |
| $250.75 | S5035863 | 1002412 | 5/26/2009 | 5/21/2009 |
| $195.50 | S5035862 | 1002411 | 5/26/2009 | 5/21/2009 |
| $910.00 | S5035456 | 1002492 | 6/1/2009 | 5/28/2009 |



I N V O I C E

Invoice: 01002282  Revision:     1
Invoice Date: 05/15/09       Page:     1
Print Date: 06/08/09

Sold To: GEN6307                    Ship To: GEN6307

GENERAL MOTORS CORPORATION         GM MOTORS C/O EXEL
MANUAL PO SUPPORT WORKGROUP        87203456
PO BOX 63070                       41873 ECORSE RD
PHOENIX, AZ 85082                  SUITE 290
UNITED STATES                      BELLEVILLE, MI 48111
                                   UNITED STATES

 Sales Order: S5035770              Ship Date: 05/15/09
  Order Date: 05/15/09           Purchase Order: 24ZC0000
Salesperson(s): 0000AG00            Ship To: GM4187
                                   Ship Via: UPS
    Bill To: GEN6307                    BOL:
Credit Terms: NET 30             FOB Point: Shipping Point

    Remarks:

FED EX COLLECT# 129583622
-
LEM USA, INC. TERMS AND CONDITIONS OF SALE CAN BE FOUND ON OUR WEBSITE AT
WWW.LEMUSA.COM

| Item Number | UM | Shipped | Qty B/O | Qty Ordered | Price | Ext Price |
|---|---|---|---|---|---|---|
| 90.39.27.003.7 | EA | 1422.0 | 0.0 | | 3.16 | 4,493.52 |
| HAB 60-S/SP3 | | | | | | |

PAST DUE BALANCES ARE SUBJECT TO LATE CHARGES OF 1-1/2% / MONTH.

| | | | | |
|---|---|---|---|---|
| Non-Taxable: 4,493.52 | Currency: USD | Line Total: | 4,493.52 |
| Taxable: 0.00 | 0.00% | Discount: | 0.00 |
| Tax Date: 05/15/09 | Service-Repair & Calib | 10 : | 0.00 |
| Containers: 0.00 | Shipping & Handling | 20 : | 0.00 |
| Line Charges: 0.00 | Special | 30 : | 0.00 |
| | | Total Tax: | 0.00 |
| | | Total: | 4,493.52 |

arcsiq.p 2+                    27.13 Customer Account Inquiry                06/08/09

Bill To: gen6307  Open Only: Yes Currency:        Balance: 4,493.52
GENERAL MOTORS CORPO   Reporting Currency: USD              Output: mk08_ver

| Date | Ref | T | Due Date | C | Amount | Amount Open | Check | Days |
|------|-----|---|----------|---|--------|-------------|-------|------|
| 05/15/09 | 01002282 | I | 06/14/09 | | 4,493.52 | 4,493.52 | | |



Order Number: S5035770  Page:  1
Order Date: 05/15/09
Print Date: 05/15/09

GENERAL MOTORS CORPORATION          GM MOTORS C/O EXEL
MANUAL PO SUPPORT WORKGROUP         87203456
PO BOX 63070                        41873 ECORSE RD
PHOENIX, AZ 85082                   SUITE 290
UNITED STATES                       BELLEVILLE, MI 48111
                                    UNITED STATES

                                    Cust PO: 24ZC0000               4 4 9 3 . 5 0

Sold To: GEN6307                    Ship To: GM4187


Salespersons: 0000AG00              Frt Terms: Collect
                                    Credit Terms: NET 30
                                    Ship Via: UPS  Ground
                                    FOB Point: Shipping Point


FED EX COLLECT# 129583622

LEM USA, INC. TERMS AND CONDITIONS OF SALE CAN BE FOUND ON OUR WEBSITE AT
WWW.LEMUSA.COM

| Ln Item Number | Site T | Location | Qty Open Qty to Ship | UM | Due Shipped | Required | Promise |
|----------------|--------|----------|----------------------|----|-------------|----------|---------|
| 1  90.39.27.003.7 | 30 | | 1422.0 | EA | 05/15/09 | 05/19/09 | 05/19/09 |
| HAB 60-S/SP3 | | | | | | | |
| * ROHS * | | | | | | | |
| P/N 13502261 | dd | | 1422.0  (1422) | | | | |

LEM U.S.A. MUST BE NOTIFIED IN WRITING OF ANY SHIPMENT
DISCREPANCIES WITHIN 48 HOURS OF RECEIPT.

LEM U.S.A., Inc.              Tel:   414 353 0711
11665 W. Bradley Rd.         Fax:   414 353-0733
Milwaukee. WI  53224         www.lem.com

# Shipment Notification (ASN) Report - General Motors (GM)

**GM**

| | | |
|---|---|---|
| Shipment ID (ASN #): | 145 | Date & Time Shipped: | 5/15/09 12:00 AM GMT |
| Plant: | NAO FAIRFAX (18044) | Date Received: | |

## Supplier

| | |
|---|---|
| Name: | BEIJING LEM ELECTRONICS |
| Code: | 054426154 |
| Address: | Beijing Airport Industry Garden Block B Standard Factory<br>Building #1<br>Beijing Beijing 101300<br>China |

## Carrier

| | |
|---|---|
| Name: | Fed Ex |
| Code: | CUOT |
| Address: | |
| Trailer number: | 024580410005470 |
| Mode of Conveyance: | A - Air |
| Carrier Reference Number: | |
| Transit Direction: | SF - Seller to Freight Forwarder |

## Destination Point

| | |
|---|---|
| Name: | NAO FAIRFAX |
| Code: | 18044 |
| Address: | 3201 FAIRFAX TWFY<br>KANSAS CITY KS 66115<br>US |
| Dock Code: | |

## ASN Part Level

| Part Number | Quantity Shipped | Quantity Received | +/- | UOM | Type | Packaging Standard Pack | Number of Containers | Purchase Order | Purchase Order Line Number | Packing Slip Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 13502281 | 1,422 | 107 | | EA | CNT | 270.0 | 6 | 24ZC0000 | 1 |

| | | |
|---|---|---|
| Gross Weight: | 107 | |
| | Total Containers: | 6 | Total Master Containers: | 1 |

**Free Text:**

## Confirmation

| Supplier | Reception | Warehouse | Carrier |
|---|---|---|---|
| | | | |

Publish Class: Balmora Deliverable    Date: Mon Jun 08 08:32:24 CDT 2009



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

June 8, 2009

Dear Customer:

Here is the proof of delivery you requested for the shipment with tracking number **024580410005470**. Our records reflect the following information.

This tracking number is 1 out of a 6 multiple-piece shipment. The Master tracking number for this multiple-piece shipment is 024580410005470. If additional signature proof of delivery requests are needed for pieces within this multiple-piece shipment then they must be requested separately.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 41873 ECORSE RD STE 290<br>Belleville, MI 48111 |
| Signed for by: | SMCTAGGART | Delivery date: | May 19, 2009 16:25 |
| Service type: | Ground-Direct Signature Required-Domestic | | |

S.MCTAGGART
#72, 16:25, 6 Del, 0 NonDel

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 024580410005470 | Ship date: | May 15, 2009 |
| | | Weight: | 19.0 lbs. |

Recipient:
MATT RUMBLE
GM MOTORS CO EXECL
41873 ECORSE RD STE 290
BELLEVILLE, MI 48111 US

Reference
Purchase order number

Shipper:
Dave Dixon
LEM USA
11665 W. Bradley Rd.
Milwaukee, WI 53224 US

S5035770
PO 24ZC0000

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

arcsiq.p 2+                    27.13 Customer Account Inquiry                    06/08/09

Bill To: gen6440  Open Only: Yes Currency:        Balance: 22.26
GENERAL MOTORS CORPO   Reporting Currency: USD              Output: mk08_ver

| Date | Ref | T | Due Date | C | Amount | Amount Open | Check | Days |
|------|-----|---|----------|---|--------|-------------|-------|------|
| 05/28/09 | 01002504 | I | 06/27/09 | | 14.84 | 14.84 | | |
| 05/01/09 | 01002028 | I | 05/31/09 | | 7.42 | 7.42 | | |



```
                                    I N V O I C E
                              Invoice: 01002504  Revision:    1
                        Invoice Date: 05/28/09          Page:    1
                          Print Date: 06/08/09
```

```
    Sold To: GEN6440                    Ship To: GEN6440

    GENERAL MOTORS CORPORATION          GM-VEC SOUTH
    PRE-PRODUCTION PURCHASING           6600 EAST 12 MILE ROAD
    SOUTH CAMPUS OFFICE CENTER          DOCK# 18
    6440 EAST TWELVE MILE ROAD          WARREN, MI 48090
    WARREN, MI 48090                    UNITED STATES
    UNITED STATES


    Sales Order: S5035921               Ship Date: 05/28/09
     Order Date: 05/28/09          Purchase Order: K15FL
Salesperson(s): 0000AG00                  Ship To: GMV6600
                                         Ship Via: FED
        Bill To: GEN6440                      BOL:
   Credit Terms: NET 30               FOB Point: Shipping Point


    Remarks:

FOR ONE DAY OR MORE - SHIP FED EX GROUND NO ACCOUNT REQUIRED
-
LEM USA, INC. TERMS AND CONDITIONS OF SALE CAN BE FOUND ON OUR WEBSITE AT
WWW.LEMUSA.COM
```

| Item Number | UM | Shipped | Qty B/O | Qty Ordered | Price | Ext Price |
|---|---|---|---|---|---|---|
| 90.39.27.000.0 | EA | 4.0 | 0.0 | | 3.71 | 14.84 |
| Customer Item: | 10306471 | | | | | |
| HAB 60-S | | | | | | |

```
PAST DUE BALANCES ARE SUBJECT TO LATE CHARGES OF 1-1/2% / MONTH.
-------------------------------------------------------------------------

Non-Taxable: 14.84      Currency: USD    Line Total:        14.84
    Taxable: 0.00              0.00%  Discount:          0.00
   Tax Date: 05/28/09   Service-Repair & Calib   10 :       0.00
 Containers: 0.00         Shipping & Handling   20 :        0.00
Line Charges: 0.00                  Special   30 :          0.00
                                    Total Tax:             0.00
                                        Total:            14.84
```

LEM U.S.A.. Inc.              Tel:   414 353 0711      Remit To: LEM U.S.A., Inc.
11665 W. Bradley Rd.          Fax:   414 358 5035                3868 Paysphere Circle
Milwaukee, WI 53224           www.lem.com                       CHICAGO, IL 60674

## Detailed Results

Enter tracking number 

| Detailed Results | Notifications |
|---|---|



Tracking no.: 024580410005746                                    ✉ E-mail notifications

### Delivered

```
Initiated    Picked up    In transit    Delivered
```
**Delivered**
Signed for by: TFULFORD

**Shipment Dates**                          **Destination**

Ship date ⑦  May 28, 2009                   Warren, MI
Delivery date ⑦  Jun 1, 2009 11:20 AM       Signature Proof of Delivery ⑦

---

### Shipment Facts                                                    Help

| Service type | Ground-Direct Signature Required-Domestic ⑦ | Reference | S5035921 |
| Weight | 1.0 lbs/0.5 kg | Purchase order number | PO: K15FL |

---

### Shipment Travel History                                           Help

Select time zone:  Select                   Select time format: **12H** | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Jun 1, 2009 11:20 AM | Delivered | Warren, MI | |
| May 30, 2009 7:10 AM | On FedEx vehicle for delivery | LIVONIA, MI | |
| May 30, 2009 3:46 AM | At local FedEx facility | LIVONIA, MI | |
| May 30, 2009 2:23 AM | Departed FedEx location | TOLEDO, OH | |
| May 29, 2009 7:56 PM | Arrived at FedEx location | TOLEDO, OH | |
| May 29, 2009 6:39 AM | Departed FedEx location | CHICAGO, IL | |
| May 29, 2009 2:09 AM | Arrived at FedEx location | CHICAGO, IL | |
| May 28, 2009 10:14 PM | Left FedEx origin facility | CUDAHY, WI | |
| May 28, 2009 6:52 PM | Arrived at FedEx location | CUDAHY, WI | |
| May 28, 2009 3:05 PM | Picked up | CUDAHY, WI | |
| May 28, 2009 1:07 PM | Shipment information sent to FedEx | | |



```
                              I N V O I C E
                        Invoice: 01002028   Revision:   1
                   Invoice Date: 05/01/09       Page:   1
                     Print Date: 06/08/09
```

Sold To: GEN6440                    Ship To: GEN6440

GENERAL MOTORS CORPORATION          GM LORDSTOWN ASSEMBLY
PRE-PRODUCTION PURCHASING           2300 HALLOCK-YOUNG ROAD
SOUTH CAMPUS OFFICE CENTER          DOCK GGG
6440 EAST TWELVE MILE ROAD          LORDSTOWN, OH 44481
WARREN, MI 48090                    UNITED STATES
UNITED STATES


   Sales Order: S5035568            Ship Date: 05/01/09
    Order Date: 05/01/09        Purchase Order: N1QX6-000
Salesperson(s): 0000AG00            Ship To: GM2300
                                   Ship Via: UPS
      Bill To: GEN6440                  BOL:
 Credit Terms: NET 30            FOB Point: Shipping Point


   Remarks:

FOR ONE DAY OR MORE - SHIP FED EX GROUND NO ACCOUNT REQUIRED
-
LEM USA, INC. TERMS AND CONDITIONS OF SALE CAN BE FOUND ON OUR WEBSITE AT
WWW.LEMUSA.COM


Item Number        UM  Shipped     Qty B/O Qty Ordered        Price   Ext Price
-----------------  --  ---------   --------- -----------   ---------------  -----------
90.39.27.000.0     EA       2.0         0.0                     3.71        7.42
  HAB 60-S
```

PAST DUE BALANCES ARE SUBJECT TO LATE CHARGES OF 1-1/2% / MONTH.
--------------------------------------------------------------------------------

```
Non-Taxable: 7.42       Currency: USD    Line Total:          7.42
    Taxable: 0.00                0.00%    Discount:           0.00
   Tax Date: 05/01/09    Service-Repair & Calib    10 :      0.00
 Containers: 0.00        Shipping & Handling    20 :         0.00
Line Charges: 0.00                Special    30 :            0.00
                                          Total Tax:         0.00
                                              Total:         7.42
```

LEM U.S.A., Inc.        Tel:  414 353 0711    Remit To: LEM U.S.A., Inc.
11665 W. Bradley Rd.    Fax:  414 358 5035             3868 Paysphere Circle
Milwaukee, WI 53224     www.lem.com                    CHICAGO, IL 60674

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|



Tracking no.: 024580410005234

E-mail notifications

### Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: PRICE

**Shipment Dates**

Ship date ⓘ  May 1, 2009
Delivery date ⓘ  May 5, 2009 8:25 AM

**Destination**

Warren, OH
Signature Proof of Delivery ⓘ

### Shipment Facts                                                      Help

| Service type | Ground-Direct Signature Required-Domestic ⓘ | Reference | S5035568 |
|---|---|---|---|
| Weight | 1.0 lbs/0.5 kg | Purchase order number | PO N1QX6-000 |

### Shipment Travel History                                            Help

Select time zone:  Select

Select time format: **12H** | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| May 5, 2009 8:25 AM | Delivered | Warren, OH | |
| May 5, 2009 5:19 AM | On FedEx vehicle for delivery | NORTH JACKSON, OH | |
| May 5, 2009 12:01 AM | At local FedEx facility | NORTH JACKSON, OH | |
| May 4, 2009 8:35 PM | Departed FedEx location | GROVE CITY, OH | |
| May 4, 2009 3:56 PM | Arrived at FedEx location | GROVE CITY, OH | |
| May 2, 2009 12:33 AM | In transit | CHICAGO, IL | |
| May 1, 2009 10:51 PM | Left FedEx origin facility | CUDAHY, WI | |
| May 1, 2009 7:36 PM | Arrived at FedEx location | CUDAHY, WI | |
| May 1, 2009 3:18 PM | Picked up | CUDAHY, WI | |
| May 1, 2009 2:09 PM | Shipment information sent to FedEx | | |



```
                                      I N V O I C E
                                 Invoice: 01002413  Revision:    1
                            Invoice Date: 05/21/09      Page:    1
                            Print Date: 06/08/09
```

Sold To: GMD2000                    Ship To: GMD2000

GM DISBURSEMENT SERVICES            GM SERVICE PARTS
ENTERPRISE ACTIVITIES GROUP         4400 WEST MT. HOPE ROAD
PO BOX 2000                         LANSING, MI 48917
FLINT, MI 48501-2000                UNITED STATES
UNITED STATES


Sales Order: S5035864               Ship Date: 05/21/09
Order Date: 05/21/09            Purchase Order: GM44913
Salesperson(s): 0000AG00             Ship To: GMS4400
                                     Ship Via: FED
Bill To: GMD2000                        BOL:
Credit Terms: NET 30               FOB Point: Shipping Point

Remarks:

CALL SCHNEIDER LOGISTICS FOR ROUTING INSTRUCTIONS 800-558-0017
LEM USA SUMMIT NUMBER IS 1185442
INCLUDE GM BARCODE LABEL ON SHIPPING CONTAINER
PARTS MUST BE MARKED WITH COUNTRY OF ORIGIN LABEL
TOM JONES
810-606-2581

| Item Number | UM | Shipped | Qty B/O | Qty Ordered | Price | Ext Price |
|-------------|----|---------|---------|-------------|-------|-----------|
| 90.39.27.000.0 | EA | 45.0 | 0.0 | | 4.25 | 191.25 |
| Customer Item: | 10306471 | | | | | |
| HAB 60-S | | | | | | |


PAST DUE BALANCES ARE SUBJECT TO LATE CHARGES OF 1-1/2% / MONTH.
```

| | | |
|---|---|---|
| Non-Taxable: 191.25 | Currency: USD    Line Total: | 191.25 |
| Taxable: 0.00 | 0.00%  Discount: | 0.00 |
| Tax Date: 05/21/09 | Service-Repair & Calib   10 : | 0.00 |
| Containers: 0.00 | Shipping & Handling   20 : | 0.00 |
| Line Charges: 0.00 | Special   30 : | 0.00 |
| | Total Tax: | 0.00 |
| | Total: | 191.25 |

LEM U.S.A., Inc.          Tel:  414 353 0711      Remit To: LEM U.S.A., Inc.
11665 W. Bradley Rd.      Fax:  414 358 5035                3868 Paysphere Circle
Milwaukee, WI  53224      www.lem.com                       CHICAGO, IL  60674



PACKING LIST
SIMULATION
Order Number: S5035864  Page:  1
Order Date: 05/21/09
Print Date: 05/21/09

GM DISBURSEMENT SERVICES
ENTERPRISE ACTIVITIES GROUP
PO BOX 2000
FLINT, MI 48501-2000
UNITED STATES

GM SERVICE PARTS
4400 WEST MT. HOPE ROAD
LANSING, MI 48917
UNITED STATES

Cust PO: GM44913

Sold To: GMD2000

Ship To: GMS4400

*collect  3rd P*

Salespersons: 0000AG01

Frt Terms: ~~Prepay and Add~~ *collect*
Credit Terms: NET 30
Ship Via: FED *G*
FOB Point: Shipping Point

*# 362993385*

CALL SCHNEIDER LOGISTICS FOR ROUTING INSTRUCTIONS 800-558-0017
LEM USA SUMMIT NUMBER IS 1185442
INCLUDE GM BARCODE LABEL ON SHIPPING CONTAINER
PARTS MUST BE MARKED WITH COUNTRY OF ORIGIN LABEL
TOM JONES
810-606-2581

| Ln | Item Number | Site T | Location | Qty Open Qty | to Ship | UM | Due Shipped | Required | Promise |
|----|-------------|--------|----------|--------------|---------|----|-------------|----------|---------|
| 1 | 90.39.27.000.0 | 00 | | | 45.0 | EA | 05/21/09 | 05/26/09 | 05/26/09 |
| | HAB 60-S | | | | | | | | |
| | Customer Item: | 10306471 | | | | | | | |
| | | cl | | | 45.0 | | | | |

*5/21/09*

*(45 )  5×9*

LEM U.S.A. MUST BE NOTIFIED IN WRITING OF ANY SHIPMENT
DISCREPANCIES WITHIN 48 HOURS OF RECEIPT.

*$ 191.25*

*SLI # WK88959*

*4.25*

LEM U.S.A., Inc.          Tel:   414 353 0711
11665 W. Bradley Rd.      Fax:  414 353-0733

## Detailed Results

Printable Version          Help

Enter tracking number

| Detailed Results | Notifications |
|---|---|

---

**Tracking no.: 024580410005692**          E-mail notifications

# Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: DVANARSDALL

**Shipment Dates**                          **Destination**

Ship date ⓘ  May 21, 2009                  Lansing, MI
Delivery date ⓘ  May 26, 2009 12:55 PM     Signature Proof of Delivery ⓘ

---

## Shipment Facts                                                         Help

| Service type | Ground-Direct Signature Required-Domestic ⓘ | Reference | S5035864 |
| Weight | 6.0 lbs/2.7 kg | Purchase order number | PO GM44913 |

---

## Shipment Travel History                                               Help

Select time zone:  Select                    Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| May 26, 2009 12:55 PM | Delivered | Lansing, MI | |
| May 23, 2009 6:42 AM | On FedEx vehicle for delivery | LANSING, MI | |
| May 23, 2009 4:33 AM | At local FedEx facility | LANSING, MI | |
| May 23, 2009 1:40 AM | Departed FedEx location | TOLEDO, OH | |
| May 22, 2009 8:51 PM | Arrived at FedEx location | TOLEDO, OH | |
| May 22, 2009 7:50 AM | Departed FedEx location | CHICAGO, IL | |
| May 22, 2009 5:37 AM | Arrived at FedEx location | CHICAGO, IL | |
| May 21, 2009 10:06 PM | Left FedEx origin facility | CUDAHY, WI | |
| May 21, 2009 7:36 PM | Arrived at FedEx location | CUDAHY, WI | |
| May 21, 2009 3:25 PM | Picked up | CUDAHY, WI | |
| May 21, 2009 2:08 PM | Shipment information sent to FedEx | | |

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995- 2009 FedEx

**FedEx**

Ship | Customer Support | FedEx Locations    Search          Go

**Package/Envelope**    Freight    Expedited    **Office/Print Services**

Ship ›        Track ›        Manage ›        Business Solutions ›

arcsiq.p 2+                    27.13 Customer Account Inquiry                06/08/09

Bill To: gmd2000  Open Only: Yes Currency:          Balance: 850.00
GM DISBURSEMENT SERV    Reporting Currency: USD              Output: mk08_ver

| Date | Ref | T | Due Date | C | Amount | Amount Open | Check | Days |
|------|-----|---|----------|---|--------|-------------|-------|------|
| 05/21/09 | 01002413 | I | 06/20/09 | | 191.25 | 191.25 | | |
| 05/21/09 | 01002412 | I | 06/20/09 | | 250.75 | 250.75 | | |
| 05/21/09 | 01002411 | I | 06/20/09 | | 195.50 | 195.50 | | |



```
                              I N V O I C E
                    Invoice: 01002412   Revision:    1
                    Invoice Date: 05/21/09   Page:    1
                    Print Date: 06/08/09
```

Sold To: GMD2000                    Ship To: GMD2000

GM DISBURSEMENT SERVICES            GMSPO
ENTERPRISE ACTIVITIES GROUP         4134 DAVISON RD
PO BOX 2000                         DESTINATION CODE: 17177
FLINT, MI 48501-2000                BURTON, MI 48509
UNITED STATES                       UNITED STATES


Sales Order: S5035863               Ship Date: 05/21/09
Order Date: 05/21/09          Purchase Order: GM44913
Salesperson(s): 0000AG00              Ship To: GMS4134
                                     Ship Via: FED
                                          BOL:
Bill To: GMD2000               FOB Point: Shipping Point
Credit Terms: NET 30

Remarks:

CALL SCHNEIDER LOGISTICS FOR ROUTING INSTRUCTIONS 800-558-0017
LEM USA SUMMIT NUMBER IS 1185442
INCLUDE GM BARCODE LABEL ON SHIPPING CONTAINER
PARTS MUST BE MARKED WITH COUNTRY OF ORIGIN LABEL
TOM JONES
810-606-2581

Item Number        UM  Shipped     Qty B/O Qty Ordered       Price   Ext Price
------------------ --  ----------  ---------- -----------  --------------- -----------
90.39.27.000.0     EA      59.0       0.0                     4.25      250.75
  Customer Item:   10306471
  HAB 60-S


PAST DUE BALANCES ARE SUBJECT TO LATE CHARGES OF 1-1/2% / MONTH.
------------------------------------------------------------------------------

Non-Taxable: 250.75    Currency: USD    Line Total:        250.75
    Taxable: 0.00             0.00%   Discount:             0.00
   Tax Date: 05/21/09   Service-Repair & Calib   10 :       0.00
 Containers: 0.00        Shipping & Handling   20 :          0.00
Line Charges: 0.00              Special   30 :               0.00
                                Total Tax:                   0.00
                                    Total:                 250.75
```

LEM U.S.A., Inc.          Tel:  414 353 0711      Remit To: LEM U.S.A., Inc.
11665 W. Bradley Rd       Fax:  414 358 5035                3868 Paysphere Circle
Milwaukee, WI 53224       www.lem.com                       CHICAGO, IL 60674



**I N V O I C E**

Invoice: 01002411  Revision:    1
Invoice Date: 05/21/09    Page:    1
Print Date: 06/08/09

Sold To: GMD2000

GM DISBURSEMENT SERVICES
ENTERPRISE ACTIVITIES GROUP
PO BOX 2000
FLINT, MI 48501-2000
UNITED STATES

Ship To: GMD2000

GMSPO
4134 DAVISON RD
DESTINATION CODE: 17177
BURTON, MI 48509
UNITED STATES

Sales Order: S5035862
Order Date: 05/21/09
Salesperson(s): 0000AG00

Bill To: GMD2000
Credit Terms: NET 30

Ship Date: 05/21/09
Purchase Order: GM44913
Ship To: GMS4134
Ship Via: FED
BOL:
FOB Point: Shipping Point

Remarks:

CALL SCHNEIDER LOGISTICS FOR ROUTING INSTRUCTIONS 800-558-0017
LEM USA SUMMIT NUMBER IS 1185442
INCLUDE GM BARCODE LABEL ON SHIPPING CONTAINER
PARTS MUST BE MARKED WITH COUNTRY OF ORIGIN LABEL
TOM JONES
810-606-2581

| Item Number | UM | Shipped | Qty B/O | Qty Ordered | Price | Ext Price |
|---|---|---|---|---|---|---|
| 90.39.27.000.0 | EA | 46.0 | 0.0 | | 4.25 | 195.50 |
| Customer Item: | 10306471 | | | | | |
| HAB 60-S | | | | | | |

PAST DUE BALANCES ARE SUBJECT TO LATE CHARGES OF 1-1/2% / MONTH.

Non-Taxable: 195.50
Taxable: 0.00
Tax Date: 05/21/09
Containers: 0.00
Line Charges: 0.00

Currency: USD    Line Total:          195.50
            0.00%    Discount:            0.00
Service-Repair & Calib    10 :            0.00
    Shipping & Handling    20 :            0.00
            Special    30 :            0.00
            Total Tax:            0.00
                Total:          195.50

LEM U.S.A., Inc.
11665 W. Bradley Rd
Milwaukee, WI  53224

Tel:    414 353 0711
Fax:    414 358 5035
www.lem.com

Remit To:  LEM U.S.A., Inc.
3868 Paysphere Circle
CHICAGO, IL  60674



PACKING   LIST
SIMULATION
Order Number: S5035863   Page:   1
Order Date: 05/21/09
Print Date: 05/21/09

GM DISBURSEMENT SERVICES
ENTERPRISE ACTIVITIES GROUP
PO BOX 2000
FLINT, MI 48501-2000
UNITED STATES

GMSPO
4134 DAVISON RD
DESTINATION CODE: 17177
BURTON, MI 48509
UNITED STATES

Cust PO: GM44913

Sold To: GMD2000

Ship To: GMS4134

Salespersons: 0000AG00

Frt Terms:  *Collect  3rd P*
Credit Terms: NET 30
Ship Via:  *Fed G*
FOB Point: Shipping Point

*# 362993385*

CALL SCHNEIDER LOGISTICS FOR ROUTING INSTRUCTIONS 800-558-0017
LEM USA SUMMIT NUMBER IS 1185442
INCLUDE GM BARCODE LABEL ON SHIPPING CONTAINER
PARTS MUST BE MARKED WITH COUNTRY OF ORIGIN LABEL
TOM JONES
810-606-2581

| Ln | Item Number | Site T | Location | Qty to | Open Qty to Ship | UM | Due Shipped | Required | Promise |
|----|-------------|--------|----------|--------|------------------|----|-------------|----------|---------|
| 1 | 90.39.27.000.0 | | 00 | | 59.0 | EA | 05/21/09 | 05/26/09 | 05/26/09 |
| | HAB 60-S | | | | | | | | |
| | Customer Item: | 10306471 | | | | | | *5/21/07* | |
| | | | cl | | 59.0 | *( 59 )* | | | |

LEM U.S.A. MUST BE NOTIFIED IN WRITING OF ANY SHIPMENT
DISCREPANCIES WITHIN 48 HOURS OF RECEIPT.

*$ 250.75*

*SLI # WK88966*

*Ship w/ S5035862*

LEM U.S.A., Inc.
11665 W. Bradley Rd.
Milwaukee, WI  53224

Tel:   414 353 0711
Fax:  414 353-0733
www.lem.com



P A C K I N G   L I S T
S I M U L A T I O N
Order Number: S5035862   Page:   1
Order Date: 05/21/09
Print Date: 05/23/09

GM DISBURSEMENT SERVICES                    GMSPO
ENTERPRISE ACTIVITIES GROUP                 4134 DAVISON RD
PO BOX 2000                                 DESTINATION CODE: 17177
FLINT, MI 48501-2000                        BURTON, MI 48509
UNITED STATES                               UNITED STATES

                        Cust PO: GM44913

Sold To: GMD2000              Ship To: GMS4134

Salespersons: 0000AG00                 Frt Terms: *collect 3rd P*
                                    Credit Terms: NET 30
                                       Ship Via: *Fed G*
                                      FOB Point: Shipping Point

                                    *# 362993385*

CALL SCHNEIDER LOGISTICS FOR ROUTING INSTRUCTIONS 800-558-0017
LEM USA SUMMIT NUMBER IS 1185442
INCLUDE GM BARCODE LABEL ON SHIPPING CONTAINER
PARTS MUST BE MARKED WITH COUNTRY OF ORIGIN LABEL —
TOM JONES
810-606-2581

| Ln | Item Number | T | Site Location | Qty Open Qty to Ship | UM | Due Shipped | Required | Promise |
|----|-------------|---|---------------|----------------------|-----|-------------|----------|---------|
| 1 | 90.39.27.000.0 | 00 | | 46.0 | EA | 05/22/09 | 05/26/09 | 05/26/09 |
| | HAB 60-S | | | | | | | *5/21/09* |
| | Customer Item: | 10306471 | cl | 46.0 | *(46)* | | | |

EM U.S.A. MUST BE NOTIFIED IN WRITING OF ANY SHIPMENT
ISCREPANCIES WITHIN 48 HOURS OF RECEIPT.                *4.25*        *$ 195.50*

*SLI # WK88966*

*Ships w/ S5035863*

**LEM U.S.A., Inc.**          Tel:   414 353 0711
11665 W. Bradley Rd.        Fax:  414 353-0733
Milwaukee, WI  53224        www.lem.com



☎ Phone:   (520) 352-3200
📠 Fax:      (520) 352-3206
Email:   j-com@j-com.com
Website: www.j-com.com

# GM SPO ASN REQUIREMENTS

| COMPANY NAME: | LEM USA Inc. | CONTACT NAME: | SATYA |
|---|---|---|---|
| COMPANY FAX NUMBER: | 414-353-0733 | CONTACT PHONE NUMBER: | 414-353-0711 X120 |

| SHIPMENT IDENTIFICATION NUMBER (Packing Slip, Bill of Lading or Invoice Number) | S5035863 &S5035862 | Total Number of Pages for this Shipment | 1 |
|---|---|---|---|

| SHIP DATE | SHIP TIME | GROSS WEIGHT | CONTAINER QTY |
|---|---|---|---|
| 05/21/09 | 2:11 | 9 | 105 |

| PICK UP CARRIER SCAC CODE | MODE CODE | SLI NUMBER | TRAILER NUMBER |
|---|---|---|---|
| FEDEX | GROUND | WK88966 | Tracking 0245804/605708 |

| Your DUNS NUMBER | GM's CISCO SHIP TO CODE | DOCK NUMBER |
|---|---|---|
| 618299051 | 17177 | 1 |

| GM SPO Part Number | Ship Quantity | Unit of Measure | Year to Date CUM | PO Number |
|---|---|---|---|---|
| 10306471 | 105 | EA | | GM44913 |
| | | | | |
| | | | | |
| | | | | |

SPECIAL INSTRUCTIONS



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

June 8,2009

Dear Customer:

The following is the proof-of-delivery for tracking number 024580410005708.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 4134 DAVISON ROAD |
| | | | Burton, MI 48509 |
| Signed for by: | AKNOLL | Delivery date: | May 26, 2009 13:31 |
| Service type: | Ground-Direct Signature Required-Domestic | | |

A.KNOLL
#18, 13:31, 180 Del, 0 NonDel

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 024580410005708 | Ship date: | May 21, 2009 |
| | | Weight: | 9.0 lbs. |

| Recipient: | Shipper: |
|---|---|
| SLI # WK88966 | Dave Dixon |
| GMSPO | LEM USA |
| 4134 DAVISON RD. | 11665 W. Bradley Rd. |
| DESTINATION CODE: 17177 | Milwaukee, WI 53224 US |
| BURTON, MI 48509 US | |
| Reference | S5035862, S5035863 |
| Purchase order number | PO GM44913 |

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



```
                                    I N V O I C E
                              Invoice: 01002492  Revision:   3
                         Invoice Date: 05/28/09      Page:   1
                           Print Date: 06/08/09
```

Sold To: GM6349                    Ship To: GM6349

GM FSS ABP                         GM FUEL CELL
PO BOX 63490                       11 CARRIAGE STREET
PHOENIX, AZ 85082-3490             HONEOYE FALLS, NY 14472
UNITED STATES                      UNITED STATES


```
   Sales Order: S5035456            Ship Date: 05/28/09
    Order Date: 04/23/09       Purchase Order: FAS05366
Salesperson(s): 0000AG00             Ship To: GMF11
                                    Ship Via: FED
       Bill To: GM6349                   BOL:
  Credit Terms: NET 30          FOB Point: Shipping Point
```

       Remarks: ORDERED BY JULIE STUART

FED EX COLLECT# 441852282

-

LEM USA, INC. TERMS AND CONDITIONS OF SALE CAN BE FOUND ON OUR WEBSITE AT
WWW.LEMUSA.COM


```
Item Number         UM  Shipped     Qty B/O Qty Ordered        Price   Ext Price
------------------- --- ----------- --------- ----------- --------------- -----------
90.B6.99.040.P      EA      14.0        0.0                       65.00      910.00
   Customer Item:  PRYX9923 001
   DHAB S/40
```


PAST DUE BALANCES ARE SUBJECT TO LATE CHARGES OF 1-1/2% / MONTH.
--------------------------------------------------------------------------

```
Non-Taxable: 910.00      Currency: USD    Line Total:         910.00
    Taxable: 0.00                0.00%    Discount:             0.00
   Tax Date: 05/28/09   Service-Repair & Calib   10 :          0.00
 Containers: 0.00        Shipping & Handling   20 :            0.00
Line Charges: 0.00                 Special   30 :              0.00
                                    Total Tax:                 0.00
                                       Total:               910.00
```

LEM U.S.A., Inc.            Tel:  414 353 0711     Remit To: LEM U.S.A., Inc.
11665 W. Bradley Rd.       Fax:  414 358 5035                3868 Paysphere Circle
Milwaukee, WI 53224        www.lem.com                       CHICAGO, IL 60674

arcsiq.p 2+                    27.13 Customer Account Inquiry                    06/08/09

Bill To: gm6349    Open Only: Yes Currency:        Balance: 910.00
GM FSS ABP             Reporting Currency: USD              Output: mk08_ver

| Date | Ref | T | Due Date | C | Amount | Amount Open | Check | Days |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 05/28/09 | 01002492 | I | 06/27/09 | | 910.00 | 910.00 | | |



P A C K I N G   L I S T
S I M U L A T I O N
Order Number: S5035456  Page:  1
Order Date: 04/23/09
Print Date: 05/28/09

GM FSS ABP                          GM FUEL CELL
PO BOX 63490                        11 CARRIAGE STREET
PHOENIX, AZ 85082-3490              HONEOYE FALLS, NY 14472
UNITED STATES                       UNITED STATES

                                    ORDERED BY JULIE STUART
                                    Cust PO: FAS05366

Sold To: GM6349                     Ship To: GMF11

Salespersons: 0000AG00              Frt Terms: Collect
                                    Credit Terms: Net 30
*Robert D.*                         Ship Via: FED G
*317-915-2722*                      FOB Point: Shipping Point

FED EX COLLECT# 441852282

LEM USA, INC. TERMS AND CONDITIONS OF SALE CAN BE FOUND ON OUR WEBSITE AT
WWW.LEMUSA.COM

|    |             | Site | Qty Open |    | Due |          |         |
| Ln | Item Number | T Location | Qty to Ship | UM | Shipped | Required | Promise |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 90.B6.99.040.P | 00 | 14.0 | EA | 05/28/09 | 06/01/09 | 06/02/09 |
|   | DHAB S/40 |   |   |   |   |   |   |
|   | Customer Item: PRYX9923 001 |   |   |   |   |   | 5/28/09 |
|   |   | ic | 14.0 | (14) |   |   |   |

LEM U.S.A. MUST BE NOTIFIED IN WRITING OF ANY SHIPMENT
DISCREPANCIES WITHIN 48 HOURS OF RECEIPT.     *$ 910.00*

*65.00*

*Dc# 19139*



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

June 8,2009

Dear Customer:

The following is the proof-of-delivery for tracking number 024580410005753.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | FUEL CELL ACTIVITIES RESEARCH CENTE |
| | | | 10 CARRIAGE ST |
| | | | Honeoye Falls, NY 14472 |
| Signed for by: | JNIGRIO | Delivery date: | Jun 1, 2009 11:28 |
| Service type: | Ground-Direct Signature Required-Domestic | | |

J.NIGRIO
#34, 11:28, 2 Del, 0 NonDel

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 024580410005753 | Ship date: | May 28, 2009 |
| | | Weight: | 3.0 lbs. |

Recipient:
JULIE STUART
GM FUEL CELL
11 CARRIAGE STREET
HONEOYE FALLS, NY 14472 US

Reference
Purchase order number

Shipper:
Dave Dixon
LEM USA
11665 W. Bradley Rd.
Milwaukee, WI 53224 US

S5035456
PO FAS05366

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

## CERTIFICATE OF SERVICE

I, Jennifer A. Christian hereby certify that on June 15, 2009, a true and correct copy of the Objection of LEM U.S.A., Inc. to the Debtor's Proposed Cure Amount was filed via this Court's CM/ECF system and served on June 15, 2009 on those parties listed on the annexed schedule via overnight mail.


*/s/ Jennifer A. Christian*
Jennifer A. Christian

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>Attn:  Warren Command Center<br>Mailcode 480-206-114 | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn:  Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq. |
| U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C. 20220<br>Attn: Matthew Feldman, Esq. | Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>Attn:  John J. Rapisardi, Esq. |
| Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>Attn:  Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>BY HAND | Office of United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004<br>Attn:  Diana G. Adams, Esq. |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Attn: Gordon Z. Novod, Esq. | |