**Exhibit A**

**Cure Amounts for Mitsubishi Contracts**

| GM Contract ID | Mitsubishi ID | Contract Type | Counter Party Name | Proposed Cure Amount | Correct Cure Amount |
|---|---|---|---|---|---|
| GM58727 | 956165161 | Agreement | General Motors Corporation | $145,988 | $146,067 |
| GM57220 | 956165161 | Agreement | General Motors Corporation | JPY 13,000 ($136.42) | JPY 19,500 ($204.63) |
| RXJQU000(Replacement of RXHDJ000) | 691682629 | Agreement | General Motors Corporation | $0 | $22,552.50 |
| RTJQU000(Replacement of RXDHJ000) | 691682629 | Agreement | General Motors Corporation | $0 | $18,200.00 |
| RXIAA000 | 691682629 | Agreement | General Motors Corporation | $0 | $13,650.00 |
| RXHXX000 | 691682629 | Agreement | General Motors Corporation | $0 | $19,038.00 |
| RXIRL000 | 691682629 | Agreement | General Motors Corporation | $0 | $22,750.00 |
| 1ZB70002 | 690543756 | Agreement | General Motors Corporation | $0 | JPY86,719,800 |

999999.999999 DALLAS 2499811.1