**Exhibit B**

**Excluded Mitsubishi Contracts**

| GM Contract ID | Mitsubishi ID | Contract Type | Counter Party Name | Cure Amount |
|---|---|---|---|---|
| N1QCA001 | 956165161 | (Pre-production) Agreement | General Motors Corporation | - |
| N1SY9000 | 956165161 | (Pre-production) Agreement | General Motors Corporation | - |
| 124368 | 956165161 | (Service Parts) Agreement | Saturn Corporation | $83.29 |
| RXJQU000(replacement of RXHDJ000)(*1) | 691682629 | (Sample Parts) Agreement | General Motors Corporation | $22,552.50+$18,200.00 |
| 1ZC30002 | 121290365 | LNF development contract | Saturn Corporation (production tooling agreement issued by GM-1ZB70002) | |
| 1ZB70003 | 691682629 | LTG nomination contract | General Motors Corporation | |
| RXJNC000 | 691682629 | (Sample Parts & Sample Tooling) Agreement | General Motors Corporation | JPY 9,550,000 (Sample)<br><br>JPY 28,925,126 (Tooling) |

| GM Contract ID | Mitsubishi ID | Contract Type | Counter Party Name | Cure Amount |
|---|---|---|---|---|
| TCS27426 | 121290365 | Purchase Order | General Motors Corporation | $3,775.00 |
| 1ZB70000 1ZB70001 | 691682629 | LF3 Project Cancellation Fee ( under review by Auditor) | General Motors Corporation | JPY 23,996,959 |

(*1) RXJQU000 is duplicated with Exhibit A, since original Purchase Order RXHDJ000 is listed on the Contract Website, but RXJQU000 issued to replace RXHDJ000 is not listed on the Contract Website.