# SCHEDULE 1

## Pre-petition Invoices Not Listed

.

## SUMMIT POLYMERS, INC.
### GENERAL MOTORS ACCOUNTS RECEIVABLE BALANCE @ MAY 30, 2009
### ITEMS THAT ARE NOT ON GM CURE LISTING

| TYPE | PARENT COMPANY | CUSTOMER NUMBER | CUSTOMER NAME | INVOICE NUMBER | INVOICE DATE | DUE DATE | DAYS | INVOICE AMOUNT | P/D (Yes/No) | PAY TERMS (DAYS) |
|---|---|---|---|---|---|---|---|---|---|---|
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 832852 | 12/08/08 | 2/2/2009 | 179 | $ 5.17 | YES | 56 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 833280 | 12/09/08 | 2/2/2009 | 178 | $ 25.00 | YES | 55 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 833304 | 12/09/08 | 2/2/2009 | 178 | $ 25.00 | YES | 55 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 837003 | 01/16/09 | 3/2/2008 | 140 | $ 25.00 | YES | 45 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 838904 | 01/29/09 | 3/2/2009 | 127 | $ 5.31 | YES | 32 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 838905 | 01/29/09 | 3/2/2009 | 127 | $ 5.31 | YES | 32 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 838941 | 01/29/09 | 3/2/2009 | 127 | $ 5.76 | YES | 32 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 838955 | 01/29/09 | 3/2/2009 | 127 | $ 5.31 | YES | 32 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 838957 | 01/29/09 | 3/2/2009 | 127 | $ 5.13 | YES | 32 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 839017 | 01/30/09 | 3/2/2009 | 126 | $ 25.00 | YES | 31 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 839018 | 01/30/09 | 3/2/2009 | 126 | $ 25.00 | YES | 31 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 839019 | 01/30/09 | 3/2/2009 | 126 | $ 25.00 | YES | 31 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 840397 | 02/10/09 | 4/2/2009 | 115 | $ 5.31 | YES | 51 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 840613 | 02/11/09 | 4/2/2009 | 114 | $ 25.00 | YES | 50 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 840760 | 02/11/09 | 4/2/2009 | 114 | $ 5.31 | YES | 50 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 840837 | 02/11/09 | 4/2/2009 | 114 | $ 25.00 | YES | 50 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 842022 | 03/02/09 | 5/2/2009 | 95 | $ 7.59 | YES | 61 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 842203 | 02/20/09 | 4/2/2009 | 105 | $ 5.31 | YES | 41 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 842274 | 02/23/09 | 4/2/2009 | 102 | $ 5.31 | YES | 38 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 842706 | 02/24/09 | 4/2/2009 | 101 | $ 25.00 | YES | 37 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 842707 | 02/24/09 | 4/2/2009 | 101 | $ 25.00 | YES | 37 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 843589 | 03/02/09 | 5/2/2009 | 95 | $ 5.31 | YES | 61 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 843853 | 03/03/09 | 5/2/2009 | 94 | $ 25.00 | YES | 60 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 844326 | 03/16/09 | 5/2/2009 | 81 | $ 26.57 | YES | 47 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 845029 | 03/11/09 | 5/2/2009 | 86 | $ 1.73 | YES | 52 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 845246 | 03/17/09 | 5/2/2009 | 80 | $ 172.38 | YES | 46 |

**SUMMIT POLYMERS, INC.**
GENERAL MOTORS ACCOUNTS RECEIVABLE BALANCE @ MAY 30, 2009
ITEMS THAT ARE NOT ON GM CURF LISTING

| TYPE | PARENT COMPANY | CUSTOMER NUMBER | CUSTOMER NAME | INVOICE NUMBER | INVOICE DATE | DUE DATE | DAYS | INVOICE AMOUNT | P/D (Yes/No) | PAY TERMS (DAYS) |
|---|---|---|---|---|---|---|---|---|---|---|
| PROD | GM | G1022 | GM de Mexico S.de R.L. de CV | 855545 | 05/28/09 | 7/2/2009 | 8 | $ 8,443.52 | NO | 35 |
| PROD | GM | S1012 | SATURN CORPORATION | P01769 | 05/28/09 | 7/2/2009 | 8 | $ (171.99) | NO | 35 |
| PROD | GM | S1012 | SATURN CORPORATION | 798181 | 11/26/08 | 1/2/2009 | 191 | $ 141.29 | YES | 37 |
| PROD | GM | S1012 | SATURN CORPORATION | 847809 | 04/03/09 | 6/2/2009 | 63 | $ 23.25 | YES | 60 |
| PROD | GM | S1012 | SATURN CORPORATION | 850541 | 04/22/09 | 6/2/2009 | 44 | $ 9.93 | YES | 41 |
| PROD | GM | S1012 | SATURN CORPORATION | 851472 | 06/02/09 | 8/2/2009 | 3 | $ 25.79 | NO | 61 |
| PROD | GM | S1012 | SATURN CORPORATION | 855407 | 05/28/09 | 7/2/2009 | 8 | $ 6.36 | NO | 35 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 803159 | 07/31/08 | 9/2/2008 | 309 | $ 215.58 | YES | 33 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 8113252 | 09/12/08 | 11/2/2008 | 266 | $ 370.00 | YES | 51 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 814881 | 09/12/08 | 11/2/2008 | 266 | $ 185.00 | YES | 51 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 825271 | 11/07/08 | 1/2/2009 | 210 | $ 185.00 | YES | 56 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 827978 | 11/11/08 | 1/2/2009 | 206 | $ 4.75 | YES | 52 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 827979 | 11/11/08 | 1/2/2009 | 206 | $ 4.75 | YES | 52 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 829477 | 11/18/08 | 1/2/2009 | 199 | $ 5.04 | YES | 45 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 829481 | 11/18/08 | 1/2/2009 | 199 | $ 5.04 | YES | 45 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 829508 | 11/18/08 | 1/2/2009 | 199 | $ 25.00 | YES | 45 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 829509 | 11/18/08 | 1/2/2009 | 199 | $ 25.00 | YES | 45 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 830548 | 11/24/08 | 1/2/2009 | 193 | $ 5.04 | YES | 39 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 830549 | 11/24/08 | 1/2/2009 | 193 | $ 288.10 | YES | 39 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 830830 | 11/25/08 | 1/2/2009 | 192 | $ 25.00 | YES | 38 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 830831 | 11/25/08 | 1/2/2009 | 192 | $ 25.00 | YES | 38 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 830832 | 11/25/08 | 1/2/2009 | 192 | $ 25.00 | YES | 38 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 831189 | 11/26/08 | 1/2/2009 | 191 | $ 25.00 | YES | 37 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 831210 | 11/26/08 | 1/2/2009 | 191 | $ 25.00 | YES | 37 |

**SUMMIT POLYMERS, INC.**
GENERAL MOTORS ACCOUNTS RECEIVABLE BALANCE @ MAY 30, 2009
ITEMS THAT ARE NOT ON GM CURE LISTING

| TYPE | PARENT COMPANY | CUSTOMER NUMBER | CUSTOMER NAME | INVOICE NUMBER | INVOICE DATE | DUE DATE | DAYS | INVOICE AMOUNT | P/D (Yes/No) | PAY TERMS (DAYS) |
|---|---|---|---|---|---|---|---|---|---|---|
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 846981 | 03/30/09 | 5/2/2009 | 67 | $ 24.29 | YES | 33 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 847428 | 03/27/09 | 5/2/2009 | 70 | $ 2.12 | YES | 36 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 847429 | 03/27/09 | 5/2/2009 | 70 | $ 2.12 | YES | 36 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 847430 | 03/27/09 | 5/2/2009 | 70 | $ 2.12 | YES | 36 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 847431 | 03/27/09 | 5/2/2009 | 70 | $ 2.12 | YES | 36 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 847433 | 03/27/09 | 5/2/2009 | 70 | $ 2.12 | YES | 36 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 847434 | 03/27/09 | 5/2/2009 | 70 | $ 2.12 | YES | 36 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 847435 | 03/27/09 | 5/2/2009 | 70 | $ 2.12 | YES | 36 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 847440 | 03/27/09 | 5/2/2009 | 70 | $ 2.12 | YES | 36 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 847441 | 03/27/09 | 5/2/2009 | 70 | $ 2.12 | YES | 36 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 847991 | 04/06/09 | 6/2/2009 | 60 | $ 16.70 | YES | 57 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 848295 | 04/10/09 | 6/2/2009 | 56 | $ 185.00 | YES | 53 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 849380 | 04/20/09 | 6/2/2009 | 46 | $ 25.81 | YES | 43 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 849975 | 04/16/09 | 6/2/2009 | 50 | $ 98.58 | YES | 47 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 850479 | 05/01/09 | 7/2/2009 | 35 | $ 93.07 | NO | 62 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 850688 | 04/27/09 | 6/2/2009 | 39 | $ 28.09 | YES | 36 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 851149 | 04/24/09 | 6/2/2009 | 42 | $ 212.16 | YES | 39 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 851904 | 05/08/09 | 7/2/2009 | 28 | $ 124.10 | NO | 55 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 851905 | 05/08/09 | 7/2/2009 | 28 | $ 589.67 | NO | 55 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 852887 | 05/15/09 | 7/2/2009 | 21 | $ 341.22 | NO | 48 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 853606 | 05/22/09 | 7/2/2009 | 14 | $ 21.36 | NO | 41 |
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 853607 | 05/22/09 | 7/2/2009 | 14 | $ 62.05 | NO | 41 |

6/15/2009 - 2:30 PM

PAGE 3 of 4

## SUMMIT POLYMERS, INC.
### GENERAL MOTORS ACCOUNTS RECEIVABLE BALANCE
### ITEMS THAT ARE NOT ON GM CUF

| TYPE | PARENT COMPANY | CUSTOMER NUMBER | CUSTOMER NAME | INVOICE NUMBER | INVOICE DATE | DUE DATE | DAYS | INVOICE AMOUNT | P/D (Yes/No) | PAY TERMS (DAYS) |
|---|---|---|---|---|---|---|---|---|---|---|
| PROD | GM | 17501 | GM SERVICE PARTS OPERATIONS | 854275 | 05/29/09 | 7/2/2009 | 7 | $ 496.65 | NO | 34 |
| PROD | GM | 23763 | GM DE MEXICO S DE RL-SPOM | 852630 | 05/11/09 | 7/2/2009 | 25 | $ 63.00 | NO | 52 |
| PROD | GM | 23763 | GM DE MEXICO S DE RL-SPOM | 854846 | 06/01/09 | 8/2/2009 | 4 | $ 14.91 | NO | 62 |
| PROD | GM | 88835 | GM N.A.O DISBURSEMENTS FLINT | 851349 | 04/27/09 | 6/2/2009 | 39 | $ 206.82 | YES | 36 |
| PROD | GM | 88835 | GM N.A.O. DISBURSEMENTS FLINT | 851861 | 04/29/09 | 6/2/2009 | 37 | $ (206.82) | YES | 34 |
| ENGRG | GM | 99EG013 | GENERAL MOTORS CORP. | 804111 | 07/22/08 | 9/2/2008 | 318 | $ 6,965.00 | YES | 42 |
| ENGRG | GM | 99EG013 | GENERAL MOTORS CORP. | 816040 | 09/17/08 | 11/2/2008 | 261 | $ 3,650.00 | YES | 46 |
| ENGRG | GM | 99EG013 | GENERAL MOTORS CORP. | 816041 | 09/17/08 | 11/2/2008 | 261 | $ 6,200.00 | YES | 46 |
| ENGRG | GM | 99EG013 | GENERAL MOTORS CORP. | 837696 | 01/21/09 | 3/2/2009 | 135 | $ 21,875.00 | YES | 40 |
| ENGRG | GM | 99EG013 | GENERAL MOTORS CORP. | 838903 | 01/29/09 | 3/2/2009 | 127 | $ 17,143.00 | YES | 32 |
| ENGRG | GM | 99EG013 | GENERAL MOTORS CORP. | 838906 | 01/29/09 | 3/2/2009 | 127 | $ 16,050.00 | YES | 32 |
| ENGRG | GM | 99EG013 | GENERAL MOTORS CORP. | 852808 | 05/06/09 | 7/2/2009 | 30 | $ 73,448.00 | NO | 57 |
| ENGRG | GM | 99EG013 | GENERAL MOTORS CORP. | 852809 | 05/06/09 | 7/2/2009 | 30 | $ 17,694.00 | NO | 57 |
| ENGRG | GM | 99EG015 | GM, PRE-PRODUCTION PURCHASING | 852611 | 05/07/09 | 7/2/2009 | 29 | $ 27.71 | NO | 56 |
| ENGRG | GM | 99EG015 | GM, PRE-PRODUCTION PURCHASING | 852612 | 05/07/09 | 7/2/2009 | 29 | $ 393.19 | NO | 56 |
| ENGRG | GM | 99EG015 | GM, PRE-PRODUCTION PURCHASING | 854302 | 05/26/09 | 7/2/2009 | 10 | $ 182.15 | NO | 37 |
| ENGRG | GM | 99EG015 | GM, PRE-PRODUCTION PURCHASING | 854303 | 05/26/09 | 7/2/2009 | 10 | $ 182.15 | NO | 37 |

$ Wt Avg Days: 72.3     $ 176,967.13