# SCHEDULE 2

## List of Discrepancies Between Invoices

# SUMMIT POLYMERS, INC.
## GM CURE AMOUNT DETAIL

| Items on Summit Account | Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount per GM's Records | | Amount on Summit's Records | | Variance | | Currency | Notes & Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YES | RD624807798 | GM 59538 | 846363 | 3/24/2009 | STAYED | $ | 84.80 | $ | 283.70 | $ | 198.90 | USD | |
| YES | RD624807798 | GM 51563 | 848904 | 4/8/2009 | STAYED | $ | 3.63 | $ | 36.33 | $ | 32.70 | USD | |
| YES | RD624807798 | GM 51563 | 849508 | 4/15/2009 | STAYED | $ | 3.37 | $ | 33.74 | $ | 30.37 | USD | |
| YES | RD624807798 | GM 51563 | 852386 | 5/6/2009 | STAYED | $ | 1.56 | $ | 15.57 | $ | 14.01 | USD | |
| YES | RD624807798 | 002N1PHK | 854304 | 5/26/2009 | STAYED | $ | 1,369.78 | $ | 1,555.80 | $ | 186.02 | USD | |
| | | | | | | $ | 1,463.14 | $ | 1,925.14 | $ | 462.00 | | |