Phillip Bohl, Esq.
Jeffrey Peterson, Esq.
Gray Plant Mooty Mooty & Bennett, P.A.
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Phone: 612.632.3019
Fax: 612.632.4019
phillip.bohl@gpmlaw.com
jeffrey.peterson@gpmlaw.com

**Counsel to Willette Acquisition Corp., a/k/a
Allied Digital Technologies and Allied Vaughn**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:

GENERAL MOTORS CORP., et al.,

                    Debtors.

Chapter 11
Case No. 09-50026
(Jointly Administered)

_____

**LIMITED OBJECTION BY WILLETTE ACQUISITION CORP. a/k/a ALLIED
DIGITAL TECHNOLOGIES AND ALLIED VAUGHN TO ITS SCHEDULED
CURE AMOUNT, IN ACCORDANCE WITH AND AS ALLOWED BY THE
"ORDER PURSUANT TO 11 U.S.C. 105, 363 AND 365 AND FED. R. BANKR. P/
2002, 6004 AND 6006 (I) APPROVING PROCEDURES FOR SALE OF
DEBTORS' ASSETS PURSUANT TO MASTER SALE AND PURCHASE
AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S.
TREASURY-SPONSORED PURCHASER; (II) SCHEDULING BID DEADLINE
AND SALE HEARING DATE; (III) ESTABLISHING ASSUMPTION AND
ASSIGNMENT PROCEDURES; AND (IV) FIXING NOTICE PROCEDURES
AND APPROVING FORM NOTICE" [PLEADING NO. 274], AND TO THE
UNDERLYING MOTION [PLEADING NO. 92] AS THE MOTION RELATES TO
OR OTHERWISE IMPACTS THE CLAIM OF WILLETTE ACQUISITION.**

        COMES NOW, Willette Acquisition Corp., a Minnesota corporation, a/k/a Allied

Digital Technologies and Allied Vaughn (collectively "**Willette Acquisition**"), by its

undersigned attorneys, files this Objection ("**Objection**") in accordance with and as

allowed by the "ORDER PURSUANT TO 11 U.S.C. 105, 363 AND 365 AND FED. R.

BANKR. P/ 2002, 6004 AND 6006 (I) APPROVING PROCEDURES FOR SALE OF

DEBTORS' ASSETS PURSUANT TO MASTER SALE AND PURCHASE

AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S.

TREASURY-SPONSORED PURCHASER; (II) SCHEDULING BID DEADLINE AND

SALE HEARING DATE; (III) ESTABLISHING ASSUMPTION AND ASSIGNMENT

PROCEDURES; AND (IV) FIXING NOTICE PROCEDURES AND APPROVING

FORM NOTICE" [PLEADING NO. 274] (the "**Order**"), AND TO THE UNDERLYING

MOTION [PLEADING NO. 92] AS THE MOTION RELATES TO OR OTHERWISE

IMPACTS THE CLAIM OF WILLETTE ACQUISITION.  In support of its Objection,

Willette Acquisition would show the Court as follows:

1.     General Motors Corp., et al., (the "**Debtor**") and Willette Acquisition are parties to a certain contract ("**Contract**").

2.     The Debtor is indebted to Willette Acquisition under the Contract in the amount of $415,754.56, as of June 1, 2009 (the "**Petition Date**").

3.     The Debtor internally identifies Willette Acquisition as three separate entities: Allied Vaughn (DUNS RD 081021201), Willette Acquisitions Corp. (DUNS RD 053506502) and Allied Digital Technologies (DUNS RD 878525187).

4.     Willette Acquisition only received notice in the conjunction with the assumption and assignment procedure related to Allied Vaughn (DUNS RD 081021201). As to Allied Vaughn, the secure website www.contractnotices.com does not correctly identify and state the correct outstanding obligation owed to Willette Acquisition under account DUNS RD 081021201.  The secure website states that no amount is owed, and therefore there is no cure amount.

5.     Furthermore, Willette Acquisition understands that the Debtor may have proposed certain separate cure amounts for Willette Acquisitions Corp. (DUNS RD 053506502) and Allied Digital Technologies (DUNS RD 878525187).  Willette Acquisition has not been afforded authority to enter the secure website to determine if the Debtor proposes to set a cure amount for Willette Acquisitions Corp. and Allied Digital Technologies; and if so, whether the cure amounts are accurate.

6.     As allowed by and in accordance with paragraph 10 of the Order [Procedures for Filing Objections to Assumption and Assignment and Cure Amounts],

Willette Acquisition objects to the proposed cure amount of $0 for Allied Vaughn (DUNS RD 081021201) on the basis that that proposed cure amount is inaccurate. Furthermore, Willette Acquisition objects to this Court establishing any cure amounts for Willette Acquisition Corp. (DUNS RD 053506502) and Allied Digital Technologies (DUNS RD 878525187) until such time as Willette Acquisition is provided access to the proposed cure amounts to determine their accuracy.

7.      Willette Acquisition has no objection to the proposed assumption and assignment of the Contract; only that the total amount to cure all of the outstanding obligations to Willette Acquisition be in the amount of $415,754.56.

8.      Willette Acquisition reserves the right to amend or otherwise modify this Objection.

WHEREFORE, Willette Acquisition requests that the assumption and assignment of the executory contracts between the Debtors and Willette Acquisition be conditioned upon the correct and accurate cure amount for Willette Acquisition, in the amount of $415,754.56; and for such other and further relief as may be just and equitable.

Dated:   June 15, 2009

GRAY, PLANT, MOOTY
  MOOTY & BENNETT, P.A.

 /s/  Phillip Bohl
Phillip Bohl
        MN Bar No. 139191
Jeffrey A. Peterson
        MN Bar No. 387556
500 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
612.632.3000

ATTORNEYS FOR WILLETTE ACQUISITION CORP., A/K/A ALLIED DIGITAL TECHNOLOGIES AND ALLIED VAUGHN

GP:2599330v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served by Federal Express upon each of the following on this the 15th day of June, 2009.

| | |
|---|---|
| General Motors Corporation<br>Attn:  Warren Command Center<br>Mailcode 480-206-114<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025 | Weil Gotshal & Manges LLP<br>Attn:  Harvey R. Miller, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 |
| Weil Gotshal & Manges LLP<br>Attn:  Stephen Karotkin, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 | Weil Gotshal & Manges LLP<br>Attn:  Joseph H. Smolinsky, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 |
| U.S. Treasury<br>Attn:  Matthew Feldman, Esq.<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC 20220 | Cadwalader Wickersham & Taft LLP<br>Attn:  John J. Rapisardi, Esq.<br>One World Financial Center<br>New York, NY 10281 |
| Vedder Price, P.C.<br>Attn:  Michael J. Edelman, Esq.<br>1633 Broadway<br>47th Floor<br>New York, NY 10019 | Vedder Price, P.C.<br>Attn:  Michael L. Schein, Esq.<br>1633 Broadway<br>47th Floor<br>New York, NY 10019 |
| Office of the United States Trustee<br>Southern District of New York<br>Attn:  Diana G. Adams, Esq.<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 | Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 AVENUE OF THE AMERICAS<br>New York, NY 10036 |

   /s/  Phillip Bohl
Phillip Bohl

GP:2599330 v1