JAMES M. LAWNICZAK (0041836)
NATHAN A. WHEATLEY (0072192)
CALFEE, HALTER & GRISWOLD LLP
KeyBank Center, Suite 1400
800 Superior Avenue
Cleveland, Ohio 44114
(216) 622-8200
(216) 241-0816 (facsimile)
jlawniczak@calfee.com
nwheatley@calfee.com

*Counsel for Park Ohio Industries, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORPORATION, et al., | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### PARK OHIO INDUSTRIES, INC.'S LIMITED OBJECTION TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OR PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO

Park Ohio Industries, Inc. and its affiliates (collectively, "Park Ohio"), by and through its attorneys, hereby submits its limited objection (the "Objection") to the above-captioned debtors and debtors in possessions' (collectively, the "Debtors") Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contract, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto (the "Notice").[1]  In support of its Objection, Park Ohio states that the Cure Amounts for Park Ohio, as set forth on the Contract Website, are inaccurate.

---

[1] Except as otherwise set forth herein, all defined terms shall have the meaning set forth in the Notice.

{00570459.DOC;1 }

On June 2, 2009, this Court entered an order approving the Debtors' bidding procedures [Docket No. 274], which includes procedures regarding Debtors' assumption and assignment of executory contracts ("Procedures Order"). Pursuant to the Procedures Order, the Debtors were required to provide the Notice to Park Ohio, indicating that the Cure Amounts for the Park Ohio contracts to be assumed and assigned were listed on the Contract Website. However, after reviewing the Contract Website, Park Ohio is unable to confirm that the Cure Amounts are accurate and disputes the accuracy of the Cure Amounts as identified on the Contract Website.

Therefore, Park Ohio objects to the assumption and assignment of the Park Ohio contracts and states that, before the Debtors' may assume and assign their executory contracts with Park Ohio, the Debtors must amend the Cure Amounts to reflect the correct amount owed to Park Ohio.

WHEREFORE, Park Ohio respectfully requests that the Court require the Debtors to correct the Cure Amounts for the Park Ohio contracts, and for such other and further relief as the Court deems just and proper.

Dated:          June 15, 2009                    Respectfully submitted,

/s/ *James M. Lawniczak*
JAMES M. LAWNICZAK (0041836)
NATHAN A. WHEATLEY (0072192)
CALFEE, HALTER & GRISWOLD LLP
800 Superior Avenue, Suite 1400
Cleveland, Ohio 44114
(216) 622-8200
(216) 241-0816 (facsimile)
jlawniczak@calfee.com
nwheatley@calfee.com

Attorneys for Park Ohio Industries, Inc.

## CERTIFICATE OF SERVICE

      A true and correct copy of the foregoing response has been filed electronically this 15th day of June, 2009, with the U.S. Bankruptcy Court for the Southern District of New York. Notice of this filing will be sent via electronic mail to all parties who have entered an appearance by operation of the Court's electronic filing system.  Additionally, copies of the foregoing were served via regular U.S. Mail, proper postage pre-paid, upon the following parties:

Debtors
c/o General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan  48090-9025
Attn:  Warren Command Center
        Mailcode 480-206-114

U.S. Treasury
1500 Pennsylvania Avenue, NW
Room 2312
Washington, D.C.  20220
Attn:  Matthew Feldman, Esq.

Vedder Price PC
1633 Broadway
47th Floor
New York, NY  10019
Attn:  Michael J. Edelman, Esq.
      Michael L. Schein, Esq.

*Attorneys for Export Development Canada*

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153
Attn:  Harvey R. Miller, Esq.
     Stephen Karotkin, Esq.
     Joseph H. Smolinsky, Esq.

*Attorneys for Debtors*

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281
Attn:  John J. Rapisardi, Esq.

*Attorneys for Purchaser*

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street
21st Floor
New York, NY  10004
Attn:  Diana G. Adams, Esq.

                                              /s/ *James M. Lawniczak*
                                           One of the Attorneys for Park Ohio
                                           Industries, Inc.