# EXHIBIT A

A. Cure Amount payable through ILG

| Invoice Number | Invoice Date | Invoice Amount | Services Rendered | | |
|---|---|---|---|---|---|
| 0492415-00 | 5/30/2009 | 1,709.64 | Transportation Management Services | | |
| 0492708-00 | 5/29/2009 | 2,102.51 | Transportation Management Services | | |
| 0492405-00 | 5/29/2009 | 1,941.49 | Transportation Management Services | | |
| 0493278-00 | 5/29/2009 | 1,856.22 | Transportation Management Services | | |
| 0490635-00 | 5/28/2009 | 1,745.09 | Transportation Management Services | | |
| 0490637-00 | 5/28/2009 | 1,636.86 | Transportation Management Services | | |
| 0490630-00 | 5/28/2009 | 1,517.31 | Transportation Management Services | | |
| 0491232-00 | 5/26/2009 | 2,127.51 | Transportation Management Services | | |
| 0490642-00 | 5/26/2009 | 2,035.49 | Transportation Management Services | | |
| 0491243-00 | 5/26/2009 | 1,912.65 | Transportation Management Services | | |
| 0490927-00 | 5/26/2009 | 1,865.85 | Transportation Management Services | | |
| 0490932-00 | 5/26/2009 | 1,845.58 | Transportation Management Services | | |
| 0491231-00 | 5/25/2009 | 2,152.51 | Transportation Management Services | | |
| 0490641-00 | 5/25/2009 | 2,035.49 | Transportation Management Services | | |
| 0491242-00 | 5/25/2009 | 1,887.65 | Transportation Management Services | | |
| 0490926-00 | 5/25/2009 | 1,865.85 | Transportation Management Services | | |
| 0490931-00 | 5/25/2009 | 1,845.58 | Transportation Management Services | | |
| 0490640-00 | 5/24/2009 | 2,060.49 | Transportation Management Services | | |
| 0491241-00 | 5/24/2009 | 1,887.65 | Transportation Management Services | | |
| 0491230-00 | 5/23/2009 | 2,127.51 | Transportation Management Services | | |
| 0491229-00 | 5/22/2009 | 2,102.51 | Transportation Management Services | | |
| 0490639-00 | 5/22/2009 | 2,035.49 | Transportation Management Services | | |
| 0490924-00 | 5/22/2009 | 1,915.85 | Transportation Management Services | | |
| 0490624-00 | 5/22/2009 | 1,892.03 | Transportation Management Services | | |
| 0490925-00 | 5/22/2009 | 1,865.85 | Transportation Management Services | | |
| 0490929-00 | 5/22/2009 | 1,845.58 | Transportation Management Services | | |
| 0491240-00 | 5/21/2009 | 1,912.65 | Transportation Management Services | | |
| 0489305-00 | 5/20/2009 | 2,046.43 | Transportation Management Services | | |
| 0491336-00 | 5/20/2009 | 1,917.03 | Transportation Management Services | | |
| 0489300-00 | 5/20/2009 | 1,912.01 | Transportation Management Services | | |
| 0488960-00 | 5/20/2009 | 1,867.03 | Transportation Management Services | | |
| 0489706-00 | 5/20/2009 | 1,862.65 | Transportation Management Services | | |
| 0489705-00 | 5/20/2009 | 1,862.65 | Transportation Management Services | | |
| 0488970-00 | 5/20/2009 | 1,745.09 | Transportation Management Services | | |
| 0488985-00 | 5/20/2009 | 1,698.05 | Transportation Management Services | | |
| 0488955-00 | 5/20/2009 | 1,640.70 | Transportation Management Services | | |
| 0489604-00 | 5/19/2009 | 2,102.51 | Transportation Management Services | | |
| 0489304-00 | 5/19/2009 | 2,046.43 | Transportation Management Services | | |
| 0488975-00 | 5/19/2009 | 2,010.49 | Transportation Management Services | | |
| 0489299-00 | 5/19/2009 | 1,912.01 | Transportation Management Services | | |
| 0489608-00 | 5/19/2009 | 1,872.71 | Transportation Management Services | | |
| 0488963-00 | 5/19/2009 | 1,542.31 | Transportation Management Services | | |
| 0489605-00 | 5/18/2009 | 2,116.76 | Transportation Management Services | | |
| 0489603-00 | 5/18/2009 | 2,102.51 | Transportation Management Services | | |
| 0489303-00 | 5/18/2009 | 2,046.43 | Transportation Management Services | | |
| 0488976-00 | 5/18/2009 | 2,010.49 | Transportation Management Services | | |

| | | | |
|---|---|---|---|
| 0488974-00 | 5/18/2009 | 2,010.49 | Transportation Management Services |
| 0489298-00 | 5/18/2009 | 1,912.01 | Transportation Management Services |
| 0488957-00 | 5/18/2009 | 1,867.03 | Transportation Management Services |
| 0488983-00 | 5/18/2009 | 1,748.05 | Transportation Management Services |
| 0488967-00 | 5/18/2009 | 1,745.09 | Transportation Management Services |
| 0489602-00 | 5/16/2009 | 2,102.51 | Transportation Management Services |
| 0489302-00 | 5/16/2009 | 2,046.43 | Transportation Management Services |
| 0488973-00 | 5/16/2009 | 2,010.49 | Transportation Management Services |
| 0489297-00 | 5/15/2009 | 1,912.01 | Transportation Management Services |
| 0489707-00 | 5/15/2009 | 1,887.65 | Transportation Management Services |
| 0487292-00 | 5/15/2009 | 1,867.03 | Transportation Management Services |
| 0489703-00 | 5/15/2009 | 1,862.65 | Transportation Management Services |
| 0487303-00 | 5/15/2009 | 1,720.09 | Transportation Management Services |
| 0488972-00 | 5/14/2009 | 2,010.49 | Transportation Management Services |
| 0487291-00 | 5/14/2009 | 1,917.03 | Transportation Management Services |
| 0487295-00 | 5/14/2009 | 1,849.46 | Transportation Management Services |
| 0489601-00 | 5/14/2009 | 1,838.30 | Transportation Management Services |
| 0489301-00 | 5/13/2009 | 2,046.43 | Transportation Management Services |
| 0489296-00 | 5/13/2009 | 1,912.01 | Transportation Management Services |
| 0488981-00 | 5/13/2009 | 1,698.05 | Transportation Management Services |
| 0487296-00 | 5/13/2009 | 1,542.31 | Transportation Management Services |
| 0487310-00 | 5/12/2009 | 2,014.94 | Transportation Management Services |
| 0487866-00 | 5/12/2009 | 1,988.30 | Transportation Management Services |
| 0487286-00 | 5/12/2009 | 1,615.70 | Transportation Management Services |
| 0487848-00 | 5/11/2009 | 2,056.93 | Transportation Management Services |
| 0487847-00 | 5/11/2009 | 2,056.93 | Transportation Management Services |
| 0487846-00 | 5/11/2009 | 2,056.93 | Transportation Management Services |
| 0487309-00 | 5/11/2009 | 2,014.94 | Transportation Management Services |
| 0487865-00 | 5/11/2009 | 1,988.30 | Transportation Management Services |
| 0487864-00 | 5/11/2009 | 1,988.30 | Transportation Management Services |
| 0487308-00 | 5/11/2009 | 1,985.49 | Transportation Management Services |
| 0487283-00 | 5/11/2009 | 1,935.61 | Transportation Management Services |
| 0487845-00 | 5/9/2009 | 2,056.93 | Transportation Management Services |
| 0487863-00 | 5/9/2009 | 1,988.30 | Transportation Management Services |
| 0487702-00 | 5/9/2009 | 1,937.01 | Transportation Management Services |
| 0485396-00 | 5/8/2009 | 1,809.35 | Transportation Management Services |
| 0485400-00 | 5/8/2009 | 1,508.55 | Transportation Management Services |
| 0487862-00 | 5/7/2009 | 1,988.30 | Transportation Management Services |
| 0488083-00 | 5/7/2009 | 1,884.35 | Transportation Management Services |
| 0487844-00 | 5/6/2009 | 2,056.93 | Transportation Management Services |
| 0487306-00 | 5/6/2009 | 1,985.49 | Transportation Management Services |
| 0487281-00 | 5/6/2009 | 1,935.61 | Transportation Management Services |
| 0485992-00 | 5/6/2009 | 1,926.30 | Transportation Management Services |
| 0485394-00 | 5/6/2009 | 1,809.35 | Transportation Management Services |
| 0485407-00 | 5/6/2009 | 1,679.14 | Transportation Management Services |
| 0485389-00 | 5/6/2009 | 1,559.77 | Transportation Management Services |
| 0485398-00 | 5/6/2009 | 1,508.55 | Transportation Management Services |
| 0486009-00 | 5/5/2009 | 2,071.58 | Transportation Management Services |
| 0485855-00 | 5/5/2009 | 2,013.51 | Transportation Management Services |
| 0485417-00 | 5/5/2009 | 2,002.29 | Transportation Management Services |
| 0485444-00 | 5/5/2009 | 1,884.15 | Transportation Management Services |
| 0485850-00 | 5/5/2009 | 1,879.24 | Transportation Management Services |

| | | | |
|---|---|---|---|
| 0485403-00 | 5/5/2009 | 1,712.15 | Transportation Management Services |
| 0486008-00 | 5/4/2009 | 2,071.58 | Transportation Management Services |
| 0486007-00 | 5/4/2009 | 2,071.58 | Transportation Management Services |
| 0485854-00 | 5/4/2009 | 2,013.51 | Transportation Management Services |
| 0485853-00 | 5/4/2009 | 2,013.51 | Transportation Management Services |
| 0485416-00 | 5/4/2009 | 2,002.29 | Transportation Management Services |
| 0485415-00 | 5/4/2009 | 2,002.29 | Transportation Management Services |
| 0485991-00 | 5/4/2009 | 1,926.30 | Transportation Management Services |
| 0485990-00 | 5/4/2009 | 1,926.30 | Transportation Management Services |
| 0485386-00 | 5/4/2009 | 1,916.77 | Transportation Management Services |
| 0485385-00 | 5/4/2009 | 1,916.77 | Transportation Management Services |
| 0485849-00 | 5/4/2009 | 1,879.24 | Transportation Management Services |
| 0485848-00 | 5/4/2009 | 1,879.24 | Transportation Management Services |
| 0485414-00 | 5/2/2009 | 2,002.29 | Transportation Management Services |
| 0486006-00 | 5/1/2009 | 2,071.58 | Transportation Management Services |
| 0485852-00 | 5/1/2009 | 2,013.51 | Transportation Management Services |
| 0485989-00 | 5/1/2009 | 1,926.30 | Transportation Management Services |
| 0485384-00 | 5/1/2009 | 1,916.77 | Transportation Management Services |
| 0485847-00 | 5/1/2009 | 1,879.24 | Transportation Management Services |
| 0486005-00 | 4/30/2009 | 2,071.58 | Transportation Management Services |
| 0485851-00 | 4/30/2009 | 2,013.51 | Transportation Management Services |
| 0485413-00 | 4/30/2009 | 2,002.29 | Transportation Management Services |
| 0485988-00 | 4/30/2009 | 1,926.30 | Transportation Management Services |
| 0485383-00 | 4/30/2009 | 1,916.77 | Transportation Management Services |
| 0485846-00 | 4/30/2009 | 1,879.24 | Transportation Management Services |
| 0479294-00 | 4/14/2009 | 100.00 | Transportation Management Services |
| 1914765-00 | 3/17/2008 | 50.00 | Transportation Management Services |
| **Total** | | **$ 235,836.77** | |