# EXHIBIT B

B. Cure Amount payable through Schneider adjusted

| Invoice Number | Invoice Date | Invoice Amount | Services Rendered | | |
|---|---|---|---|---|---|
| 0475798-01 | 4/1/2009 | 25.00 | Transportation Management Services | | |
| 0492120-00 | 5/30/2009 | 2,054.03 | Transportation Management Services | | |
| 0492114-00 | 5/30/2009 | 2,054.03 | Transportation Management Services | | |
| 0492056-00 | 5/30/2009 | 2,054.03 | Transportation Management Services | | |
| 0491843-00 | 5/29/2009 | 2,822.14 | Transportation Management Services | | |
| 0491999-00 | 5/29/2009 | 2,819.92 | Transportation Management Services | | |
| 0490102-00 | 5/29/2009 | 2,818.50 | Transportation Management Services | | |
| 0492866-00 | 5/29/2009 | 2,200.59 | Transportation Management Services | | |
| 0492338-00 | 5/29/2009 | 2,048.28 | Transportation Management Services | | |
| 0491892-00 | 5/29/2009 | 2,048.28 | Transportation Management Services | | |
| 0492343-00 | 5/28/2009 | 2,819.92 | Transportation Management Services | | |
| 0491889-00 | 5/28/2009 | 2,819.92 | Transportation Management Services | | |
| 0490260-00 | 5/28/2009 | 2,800.00 | Transportation Management Services | | |
| 0488801-00 | 5/28/2009 | 2,800.00 | Transportation Management Services | | |
| 0492110-00 | 5/28/2009 | 2,045.16 | Transportation Management Services | | |
| 0492109-00 | 5/28/2009 | 2,045.16 | Transportation Management Services | | |
| 0492108-00 | 5/28/2009 | 2,045.16 | Transportation Management Services | | |
| 0492106-00 | 5/28/2009 | 2,045.16 | Transportation Management Services | | |
| 0491567-00 | 5/27/2009 | 3,001.14 | Transportation Management Services | | |
| 0489936-00 | 5/27/2009 | 2,976.23 | Transportation Management Services | | |
| 0492253-00 | 5/27/2009 | 2,819.92 | Transportation Management Services | | |
| 0492219-00 | 5/27/2009 | 2,819.92 | Transportation Management Services | | |
| 0492038-00 | 5/27/2009 | 2,819.92 | Transportation Management Services | | |
| 0489885-00 | 5/27/2009 | 2,800.00 | Transportation Management Services | | |
| 0489682-00 | 5/27/2009 | 2,800.00 | Transportation Management Services | | |
| 0491633-00 | 5/27/2009 | 2,743.75 | Transportation Management Services | | |
| 0491391-00 | 5/27/2009 | 2,743.75 | Transportation Management Services | | |
| 0491893-00 | 5/27/2009 | 2,045.16 | Transportation Management Services | | |
| 0491891-00 | 5/27/2009 | 2,045.16 | Transportation Management Services | | |
| 0491890-00 | 5/27/2009 | 2,045.16 | Transportation Management Services | | |
| 0491682-00 | 5/27/2009 | 2,031.10 | Transportation Management Services | | |
| 0490580-00 | 5/27/2009 | 2,031.10 | Transportation Management Services | | |
| 0490579-00 | 5/27/2009 | 2,031.10 | Transportation Management Services | | |
| 0492082-00 | 5/27/2009 | 1,826.22 | Transportation Management Services | | |
| 0491569-00 | 5/26/2009 | 3,001.14 | Transportation Management Services | | |
| 0491568-00 | 5/26/2009 | 3,001.14 | Transportation Management Services | | |
| 0490505-00 | 5/26/2009 | 2,800.00 | Transportation Management Services | | |
| 0488802-00 | 5/26/2009 | 2,800.00 | Transportation Management Services | | |
| 0491678-00 | 5/26/2009 | 2,027.90 | Transportation Management Services | | |
| 0491655-00 | 5/26/2009 | 2,027.90 | Transportation Management Services | | |
| 0491636-00 | 5/26/2009 | 2,027.90 | Transportation Management Services | | |
| 0491425-00 | 5/26/2009 | 2,027.90 | Transportation Management Services | | |
| 0491566-00 | 5/25/2009 | 3,001.14 | Transportation Management Services | | |
| 0491565-00 | 5/25/2009 | 3,001.14 | Transportation Management Services | | |
| 0491563-00 | 5/25/2009 | 3,001.14 | Transportation Management Services | | |
| 0491533-00 | 5/25/2009 | 2,800.00 | Transportation Management Services | | |

| | | | |
|---|---|---|---|
| 0488677-00 | 5/25/2009 | 2,800.00 | Transportation Management Services |
| 0489911-00 | 5/22/2009 | 2,800.00 | Transportation Management Services |
| 0488584-00 | 5/22/2009 | 2,800.00 | Transportation Management Services |
| 0491310-00 | 5/22/2009 | 2,743.75 | Transportation Management Services |
| 0490376-00 | 5/22/2009 | 2,650.00 | Transportation Management Services |
| 0490147-00 | 5/22/2009 | 2,031.10 | Transportation Management Services |
| 0490378-00 | 5/22/2009 | 2,027.90 | Transportation Management Services |
| 0488584-01 | 5/22/2009 | 100.00 | Transportation Management Services |
| 0489911-01 | 5/22/2009 | 50.00 | Transportation Management Services |
| 0489644-00 | 5/21/2009 | 2,801.20 | Transportation Management Services |
| 0489913-00 | 5/21/2009 | 2,800.00 | Transportation Management Services |
| 0488919-00 | 5/21/2009 | 2,800.00 | Transportation Management Services |
| 0488680-00 | 5/21/2009 | 2,800.00 | Transportation Management Services |
| 0488665-00 | 5/21/2009 | 2,800.00 | Transportation Management Services |
| 0490549-00 | 5/21/2009 | 2,743.75 | Transportation Management Services |
| 0490350-00 | 5/21/2009 | 2,036.81 | Transportation Management Services |
| 0490577-00 | 5/21/2009 | 2,031.10 | Transportation Management Services |
| 0488680-01 | 5/21/2009 | 75.00 | Transportation Management Services |
| 0488665-01 | 5/21/2009 | 75.00 | Transportation Management Services |
| 0488658-01 | 5/21/2009 | 75.00 | Transportation Management Services |
| 0489913-01 | 5/21/2009 | 25.00 | Transportation Management Services |
| 0489644-01 | 5/21/2009 | 25.00 | Transportation Management Services |
| 0416753-00 | 9/4/2008 | 12.18 | Transportation Management Services |
| 1888168-04 | 12/3/2007 | 2,544.99 | Transportation Management Services |
| 1919530-00 | 4/29/2008 | 183.90 | Transportation Management Services |
| 1927950-00 | 5/28/2008 | 238.54 | Transportation Management Services |
| 1929908-01 | 6/2/2008 | 50.00 | Transportation Management Services |
| 1932585-01 | 6/6/2008 | 25.00 | Transportation Management Services |
| 1934614-01 | 6/17/2008 | 150.00 | Transportation Management Services |
| 1938031-01 | 6/25/2008 | 25.00 | Transportation Management Services |
| 1938032-01 | 6/26/2008 | 25.00 | Transportation Management Services |
| 1938521-01 | 7/1/2008 | 50.00 | Transportation Management Services |
| 1934801-00 | 7/2/2008 | 355.10 | Transportation Management Services |
| 1940374-01 | 7/7/2008 | 25.00 | Transportation Management Services |
| 1940151-01 | 7/8/2008 | 15.50 | Transportation Management Services |
| 1936202-00 | 7/8/2008 | 437.10 | Transportation Management Services |
| 1941661-01 | 7/16/2008 | 50.00 | Transportation Management Services |
| 1942834-01 | 7/24/2008 | 50.00 | Transportation Management Services |
| 1942344-00 | 7/25/2008 | 202.65 | Transportation Management Services |
| 1943278-01 | 7/28/2008 | 125.00 | Transportation Management Services |
| 1942833-00 | 8/1/2008 | 1,700.38 | Transportation Management Services |
| 1943427-00 | 8/4/2008 | 2,275.00 | Transportation Management Services |
| 1943366-00 | 8/7/2008 | 225.00 | Transportation Management Services |
| 0406365-00 | 8/14/2008 | 36.36 | Transportation Management Services |
| 0406976-01 | 8/14/2008 | 100.00 | Transportation Management Services |
| 1943383-00 | 8/15/2008 | 25.00 | Transportation Management Services |
| 1943386-00 | 8/15/2008 | 25.00 | Transportation Management Services |
| 0408303-01 | 8/18/2008 | 25.00 | Transportation Management Services |
| 0408305-01 | 8/18/2008 | 25.00 | Transportation Management Services |
| 1943389-00 | 8/18/2008 | 50.00 | Transportation Management Services |
| 0406414-01 | 8/18/2008 | 75.00 | Transportation Management Services |
| 0406712-01 | 8/18/2008 | 75.00 | Transportation Management Services |

| | | | |
|---|---|---:|---|
| 0406965-01 | 8/18/2008 | 75.00 | Transportation Management Services |
| 1943391-00 | 8/18/2008 | 100.00 | Transportation Management Services |
| 1943394-00 | 8/18/2008 | 275.00 | Transportation Management Services |
| 1943393-00 | 8/18/2008 | 450.00 | Transportation Management Services |
| 1943416-00 | 8/19/2008 | 100.00 | Transportation Management Services |
| 0407189-02 | 8/20/2008 | 25.00 | Transportation Management Services |
| 0408308-01 | 8/20/2008 | 75.00 | Transportation Management Services |
| 0408652-01 | 8/21/2008 | 25.00 | Transportation Management Services |
| 0409247-01 | 8/21/2008 | 25.00 | Transportation Management Services |
| 0405999-01 | 8/21/2008 | 175.00 | Transportation Management Services |
| 0406001-01 | 8/21/2008 | 175.00 | Transportation Management Services |
| 0410599-01 | 8/22/2008 | 50.00 | Transportation Management Services |
| 0408622-01 | 8/25/2008 | 75.00 | Transportation Management Services |
| 0408662-01 | 8/25/2008 | 75.00 | Transportation Management Services |
| 0410986-01 | 8/25/2008 | 75.00 | Transportation Management Services |
| 0407296-01 | 8/25/2008 | 175.00 | Transportation Management Services |
| 0408962-01 | 8/27/2008 | 100.00 | Transportation Management Services |
| 0411566-01 | 8/28/2008 | 25.00 | Transportation Management Services |
| 0409706-01 | 8/28/2008 | 100.00 | Transportation Management Services |
| 0412824-00 | 9/2/2008 | 13.02 | Transportation Management Services |
| 0410980-01 | 9/2/2008 | 75.00 | Transportation Management Services |
| 0411295-01 | 9/2/2008 | 75.00 | Transportation Management Services |
| 0409580-01 | 9/3/2008 | 125.00 | Transportation Management Services |
| 0408657-01 | 9/3/2008 | 225.00 | Transportation Management Services |
| 0408966-01 | 9/3/2008 | 225.00 | Transportation Management Services |
| 0411970-01 | 9/4/2008 | 100.00 | Transportation Management Services |
| 0411286-01 | 9/4/2008 | 125.00 | Transportation Management Services |
| 0413543-01 | 9/5/2008 | 25.00 | Transportation Management Services |
| 0413778-01 | 9/5/2008 | 25.00 | Transportation Management Services |
| 0412852-01 | 9/8/2008 | 50.00 | Transportation Management Services |
| 0412853-01 | 9/8/2008 | 50.00 | Transportation Management Services |
| 0412892-01 | 9/8/2008 | 50.00 | Transportation Management Services |
| 0414709-01 | 9/8/2008 | 50.00 | Transportation Management Services |
| 0412551-01 | 9/8/2008 | 125.00 | Transportation Management Services |
| 0412588-01 | 9/8/2008 | 125.00 | Transportation Management Services |
| 0411543-01 | 9/8/2008 | 175.00 | Transportation Management Services |
| 0413538-01 | 9/11/2008 | 100.00 | Transportation Management Services |
| 0413760-01 | 9/11/2008 | 125.00 | Transportation Management Services |
| 0415826-01 | 9/12/2008 | 25.00 | Transportation Management Services |
| 0421219-01 | 9/25/2008 | 75.00 | Transportation Management Services |
| 0421058-01 | 9/30/2008 | 25.00 | Transportation Management Services |
| 0421309-02 | 9/30/2008 | 25.00 | Transportation Management Services |
| 0421059-01 | 10/2/2008 | 25.00 | Transportation Management Services |
| 0420273-02 | 10/8/2008 | 175.00 | Transportation Management Services |
| 0423791-00 | 10/10/2008 | 25.00 | Transportation Management Services |
| 0426275-00 | 10/13/2008 | 1,249.60 | Transportation Management Services |
| 0424934-01 | 10/14/2008 | 50.00 | Transportation Management Services |
| 0426676-01 | 10/16/2008 | 25.00 | Transportation Management Services |
| 0424132-01 | 10/16/2008 | 125.00 | Transportation Management Services |
| 0422759-01 | 10/16/2008 | 150.00 | Transportation Management Services |
| 0423812-01 | 10/16/2008 | 150.00 | Transportation Management Services |
| 0425266-01 | 10/17/2008 | 100.00 | Transportation Management Services |

| | | | |
|---|---|---|---|
| 0424650-01 | 10/17/2008 | 150.00 | Transportation Management Services |
| 0430313-01 | 10/21/2008 | 125.00 | Transportation Management Services |
| 0428728-01 | 10/23/2008 | 25.00 | Transportation Management Services |
| 0429621-01 | 10/23/2008 | 75.00 | Transportation Management Services |
| 0429615-01 | 10/28/2008 | 25.00 | Transportation Management Services |
| 0432302-03 | 10/28/2008 | 50.42 | Transportation Management Services |
| 0433938-01 | 10/29/2008 | 25.00 | Transportation Management Services |
| 0437077-01 | 11/17/2008 | 100.00 | Transportation Management Services |
| 0439325-01 | 11/18/2008 | 25.00 | Transportation Management Services |
| 0439347-01 | 11/20/2008 | 25.00 | Transportation Management Services |
| 0440323-01 | 11/20/2008 | 25.00 | Transportation Management Services |
| 0439338-01 | 11/21/2008 | 50.00 | Transportation Management Services |
| 0442815-00 | 11/26/2008 | 194.05 | Transportation Management Services |
| 0444149-01 | 12/3/2008 | 25.00 | Transportation Management Services |
| 0444650-01 | 12/4/2008 | 25.00 | Transportation Management Services |
| 0444118-01 | 12/6/2008 | 50.00 | Transportation Management Services |
| 0444180-01 | 12/7/2008 | 25.00 | Transportation Management Services |
| 0447478-00 | 12/15/2008 | 69.75 | Transportation Management Services |
| 0449055-00 | 12/16/2008 | 15.50 | Transportation Management Services |
| 0449656-02 | 12/16/2008 | 25.00 | Transportation Management Services |
| 0445412-00 | 12/16/2008 | 2,354.91 | Transportation Management Services |
| 0449674-02 | 12/17/2008 | 25.00 | Transportation Management Services |
| 0449078-01 | 12/19/2008 | 25.00 | Transportation Management Services |
| 0450982-00 | 12/19/2008 | 2,654.40 | Transportation Management Services |
| 0450673-00 | 12/23/2008 | 1,748.61 | Transportation Management Services |
| 0449920-02 | 12/24/2008 | 75.00 | Transportation Management Services |
| 0452087-00 | 1/6/2009 | 14.35 | Transportation Management Services |
| 0450777-00 | 1/7/2009 | 1,234.51 | Transportation Management Services |
| 0451950-00 | 1/15/2009 | 1,733.11 | Transportation Management Services |
| 0455160-00 | 1/19/2009 | 209.52 | Transportation Management Services |
| 0455158-00 | 1/19/2009 | 2,287.70 | Transportation Management Services |
| 0457989-00 | 1/28/2009 | 723.32 | Transportation Management Services |
| 0458022-00 | 1/30/2009 | 226.46 | Transportation Management Services |
| 0458023-00 | 1/30/2009 | 226.46 | Transportation Management Services |
| 0458024-00 | 2/3/2009 | 226.46 | Transportation Management Services |
| 0458025-00 | 2/3/2009 | 226.46 | Transportation Management Services |
| 0459934-01 | 2/4/2009 | 200.00 | Transportation Management Services |
| 0460120-00 | 2/9/2009 | 15.50 | Transportation Management Services |
| 0460129-00 | 2/9/2009 | 15.50 | Transportation Management Services |
| 0461155-00 | 2/9/2009 | 15.50 | Transportation Management Services |
| 0461085-00 | 2/10/2009 | 15.50 | Transportation Management Services |
| 0461110-00 | 2/10/2009 | 15.50 | Transportation Management Services |
| 0459899-01 | 2/12/2009 | 25.00 | Transportation Management Services |
| 0461098-00 | 2/19/2009 | 1,025.63 | Transportation Management Services |
| 0462929-01 | 3/5/2009 | 375.00 | Transportation Management Services |
| 0466143-01 | 3/9/2009 | 50.00 | Transportation Management Services |
| 0467577-01 | 3/9/2009 | 50.00 | Transportation Management Services |
| 0463754-01 | 3/12/2009 | 425.00 | Transportation Management Services |
| 0469192-01 | 3/13/2009 | 75.00 | Transportation Management Services |
| 0467907-01 | 3/13/2009 | 125.00 | Transportation Management Services |
| 0470350-01 | 3/17/2009 | 25.00 | Transportation Management Services |
| 0469947-01 | 3/17/2009 | 50.00 | Transportation Management Services |

| | | | |
|---|---|---|---|
| 0476096-00 | 3/24/2009 | 300.53 | Transportation Management Services |
| 0474636-01 | 3/30/2009 | 25.00 | Transportation Management Services |
| 0474637-01 | 3/30/2009 | 25.00 | Transportation Management Services |
| 0468123-00 | 3/30/2009 | 3,513.01 | Transportation Management Services |
| 0476074-00 | 3/31/2009 | 15.50 | Transportation Management Services |
| 0476077-00 | 3/31/2009 | 15.50 | Transportation Management Services |
| 0478684-01 | 4/8/2009 | 180.00 | Transportation Management Services |
| 0476287-00 | 4/9/2009 | 2,590.24 | Transportation Management Services |
| 0478403-01 | 4/10/2009 | 25.00 | Transportation Management Services |
| 0478697-01 | 4/15/2009 | 75.00 | Transportation Management Services |
| 0476746-01 | 4/15/2009 | 150.00 | Transportation Management Services |
| 0480492-01 | 4/16/2009 | 25.00 | Transportation Management Services |
| 0481062-01 | 4/17/2009 | 25.00 | Transportation Management Services |
| 0481070-01 | 4/17/2009 | 25.00 | Transportation Management Services |
| 0481048-00 | 4/17/2009 | 66.50 | Transportation Management Services |
| 0482860-00 | 4/20/2009 | 2,871.55 | Transportation Management Services |
| 0480783-01 | 4/21/2009 | 25.00 | Transportation Management Services |
| 0484545-00 | 4/21/2009 | 2,780.78 | Transportation Management Services |
| 0482271-01 | 4/23/2009 | 25.00 | Transportation Management Services |
| 0481219-01 | 4/23/2009 | 50.00 | Transportation Management Services |
| 0482465-01 | 4/23/2009 | 180.00 | Transportation Management Services |
| 0482359-01 | 4/24/2009 | 50.00 | Transportation Management Services |
| 0482519-01 | 4/24/2009 | 50.00 | Transportation Management Services |
| 0482710-01 | 4/27/2009 | 25.00 | Transportation Management Services |
| 0482711-01 | 4/28/2009 | 50.00 | Transportation Management Services |
| 0482753-01 | 4/28/2009 | 50.00 | Transportation Management Services |
| 0486157-00 | 4/28/2009 | 2,287.05 | Transportation Management Services |
| 0486461-00 | 4/30/2009 | 2,780.78 | Transportation Management Services |
| 0485279-00 | 5/2/2009 | 2,048.28 | Transportation Management Services |
| 0486173-00 | 5/2/2009 | 2,223.29 | Transportation Management Services |
| 0485316-00 | 5/4/2009 | 1,655.61 | Transportation Management Services |
| 0486140-00 | 5/4/2009 | 1,655.61 | Transportation Management Services |
| 0485084-00 | 5/4/2009 | 2,045.16 | Transportation Management Services |
| 0485314-00 | 5/4/2009 | 2,045.16 | Transportation Management Services |
| 0486399-00 | 5/4/2009 | 2,045.16 | Transportation Management Services |
| 0485223-00 | 5/4/2009 | 2,127.11 | Transportation Management Services |
| 0486158-00 | 5/4/2009 | 2,223.29 | Transportation Management Services |
| 0484603-00 | 5/4/2009 | 3,529.95 | Transportation Management Services |
| 0486985-00 | 5/5/2009 | 2,045.16 | Transportation Management Services |
| 0486991-00 | 5/5/2009 | 2,045.16 | Transportation Management Services |
| 0486996-00 | 5/5/2009 | 2,045.16 | Transportation Management Services |
| 0485310-00 | 5/5/2009 | 2,048.28 | Transportation Management Services |
| 0485319-00 | 5/5/2009 | 2,048.28 | Transportation Management Services |
| 0486435-00 | 5/5/2009 | 2,048.28 | Transportation Management Services |
| 0486717-00 | 5/5/2009 | 2,054.03 | Transportation Management Services |
| 0485222-00 | 5/5/2009 | 2,127.11 | Transportation Management Services |
| 0486437-00 | 5/5/2009 | 2,151.28 | Transportation Management Services |
| 0486975-00 | 5/6/2009 | 1,655.61 | Transportation Management Services |
| 0486992-00 | 5/6/2009 | 1,655.61 | Transportation Management Services |
| 0486978-00 | 5/6/2009 | 2,048.28 | Transportation Management Services |
| 0487261-00 | 5/6/2009 | 2,048.28 | Transportation Management Services |
| 0488108-00 | 5/6/2009 | 3,069.35 | Transportation Management Services |

| | | | |
|---|---|---|---|
| 0487258-00 | 5/7/2009 | 2,048.28 | Transportation Management Services |
| 0487104-00 | 5/7/2009 | 3,001.14 | Transportation Management Services |
| 0487105-00 | 5/7/2009 | 3,001.14 | Transportation Management Services |
| 0487107-00 | 5/7/2009 | 3,001.14 | Transportation Management Services |
| 0487108-00 | 5/7/2009 | 3,001.14 | Transportation Management Services |
| 0488235-00 | 5/8/2009 | 2,780.78 | Transportation Management Services |
| 0486597-00 | 5/10/2009 | 2,819.92 | Transportation Management Services |
| 0487781-01 | 5/11/2009 | 25.00 | Transportation Management Services |
| 0486116-01 | 5/11/2009 | 50.00 | Transportation Management Services |
| 0488660-00 | 5/11/2009 | 1,640.11 | Transportation Management Services |
| 0488210-00 | 5/11/2009 | 2,045.16 | Transportation Management Services |
| 0486116-00 | 5/11/2009 | 2,819.92 | Transportation Management Services |
| 0486462-01 | 5/12/2009 | 25.00 | Transportation Management Services |
| 0486732-01 | 5/12/2009 | 61.61 | Transportation Management Services |
| 0487066-01 | 5/12/2009 | 180.00 | Transportation Management Services |
| 0486997-00 | 5/12/2009 | 1,952.38 | Transportation Management Services |
| 0488925-00 | 5/12/2009 | 2,027.90 | Transportation Management Services |
| 0488657-00 | 5/12/2009 | 2,031.10 | Transportation Management Services |
| 0488200-00 | 5/12/2009 | 2,045.16 | Transportation Management Services |
| 0488212-00 | 5/12/2009 | 2,048.28 | Transportation Management Services |
| 0488657-00 | 5/12/2009 | 2,800.00 | Transportation Management Services |
| 0486462-00 | 5/12/2009 | 2,819.92 | Transportation Management Services |
| 0486732-00 | 5/12/2009 | 2,819.92 | Transportation Management Services |
| 0486777-00 | 5/12/2009 | 2,819.92 | Transportation Management Services |
| 0487066-00 | 5/12/2009 | 2,819.92 | Transportation Management Services |
| 0489902-00 | 5/13/2009 | 1,640.11 | Transportation Management Services |
| 0489904-00 | 5/13/2009 | 1,640.11 | Transportation Management Services |
| 0489711-00 | 5/13/2009 | 2,027.90 | Transportation Management Services |
| 0489751-00 | 5/13/2009 | 2,027.90 | Transportation Management Services |
| 0488650-00 | 5/13/2009 | 2,031.10 | Transportation Management Services |
| 0488924-00 | 5/13/2009 | 2,173.29 | Transportation Management Services |
| 0488264-00 | 5/13/2009 | 2,223.29 | Transportation Management Services |
| 0488269-00 | 5/13/2009 | 2,223.29 | Transportation Management Services |
| 0490000-00 | 5/13/2009 | 2,762.41 | Transportation Management Services |
| 0487120-00 | 5/13/2009 | 2,819.92 | Transportation Management Services |
| 0489903-00 | 5/14/2009 | 1,640.11 | Transportation Management Services |
| 0488926-00 | 5/14/2009 | 2,027.90 | Transportation Management Services |
| 0489676-00 | 5/14/2009 | 2,031.10 | Transportation Management Services |
| 0489753-00 | 5/14/2009 | 2,031.10 | Transportation Management Services |
| 0488923-00 | 5/14/2009 | 2,173.29 | Transportation Management Services |
| 0489678-00 | 5/14/2009 | 2,743.75 | Transportation Management Services |
| 0488792-00 | 5/14/2009 | 2,800.00 | Transportation Management Services |
| 0488803-00 | 5/14/2009 | 2,800.00 | Transportation Management Services |
| 0489639-00 | 5/14/2009 | 2,800.00 | Transportation Management Services |
| 0488113-00 | 5/14/2009 | 2,819.92 | Transportation Management Services |
| 0487236-00 | 5/14/2009 | 2,822.14 | Transportation Management Services |
| 0487237-00 | 5/14/2009 | 2,822.14 | Transportation Management Services |
| 0488374-01 | 5/15/2009 | 25.00 | Transportation Management Services |
| 0489695-00 | 5/15/2009 | 2,743.75 | Transportation Management Services |
| 0488793-00 | 5/15/2009 | 2,800.00 | Transportation Management Services |
| 0489675-00 | 5/15/2009 | 2,800.00 | Transportation Management Services |
| 0488374-00 | 5/15/2009 | 2,819.92 | Transportation Management Services |

| | | | |
|---|---|---|---|
| 0489996-00 | 5/16/2009 | 2,454.92 | Transportation Management Services |
| 0490243-00 | 5/18/2009 | 75.00 | Transportation Management Services |
| 0490002-00 | 5/18/2009 | 2,027.90 | Transportation Management Services |
| 0488745-00 | 5/18/2009 | 2,036.81 | Transportation Management Services |
| 0488746-00 | 5/18/2009 | 2,036.81 | Transportation Management Services |
| 0489754-00 | 5/18/2009 | 2,743.75 | Transportation Management Services |
| 0488676-00 | 5/18/2009 | 2,800.00 | Transportation Management Services |
| 0488517-01 | 5/19/2009 | 25.00 | Transportation Management Services |
| 0489914-00 | 5/19/2009 | 2,027.90 | Transportation Management Services |
| 0491632-00 | 5/19/2009 | 2,031.10 | Transportation Management Services |
| 0488872-00 | 5/19/2009 | 2,800.00 | Transportation Management Services |
| 0489886-00 | 5/19/2009 | 2,800.00 | Transportation Management Services |
| 0488517-00 | 5/19/2009 | 2,801.20 | Transportation Management Services |
| 0488663-01 | 5/20/2009 | 50.00 | Transportation Management Services |
| 0490145-00 | 5/20/2009 | 2,031.10 | Transportation Management Services |
| 0488927-00 | 5/20/2009 | 2,036.81 | Transportation Management Services |
| 0490315-00 | 5/20/2009 | 2,650.00 | Transportation Management Services |
| 0488663-00 | 5/20/2009 | 2,800.00 | Transportation Management Services |
| 0489686-00 | 5/20/2009 | 2,800.00 | Transportation Management Services |
| 0488919-01 | 5/21/2009 | 25.00 | Transportation Management Services |
| 0490572-00 | 5/29/2009 | 2,867.15 | Transportation Management Services |
| 0486843-00 | 5/12/2009 | 2,361.38 | Transportation Management Services |
| 0486104-00 | 5/12/2009 | 2,178.76 | Transportation Management Services |
| 0486360-00 | 5/11/2009 | 3,006.28 | Transportation Management Services |
| 0486372-00 | 5/7/2009 | 2,743.33 | Transportation Management Services |
| 0476075-00 | 3/27/2009 | 6.21 | Transportation Management Services |
| 0470348-00 | 3/17/2009 | 2,813.60 | Transportation Management Services |
| 0470343-00 | 3/17/2009 | 2,813.60 | Transportation Management Services |
| 0461925-00 | 2/20/2009 | 14.59 | Transportation Management Services |
| 0461416-00 | 2/9/2009 | 171.05 | Transportation Management Services |
| 0457715-00 | 1/20/2009 | 250.00 | Transportation Management Services |
| 0457715-01 | 1/20/2009 | 175.00 | Transportation Management Services |
| 0453876-00 | 1/13/2009 | 3,267.70 | Transportation Management Services |
| 0443880-03 | 11/27/2008 | 100.00 | Transportation Management Services |
| 0443880-00 | 11/27/2008 | 17.71 | Transportation Management Services |
| 0421833-00 | 9/25/2008 | 143.39 | Transportation Management Services |
| 0412522-00 | 8/27/2008 | 118.99 | Transportation Management Services |
| 0403829-00 | 8/5/2008 | 148.09 | Transportation Management Services |
| 1935401-01 | 7/10/2008 | 345.45 | Transportation Management Services |
| 1934858-00 | 7/2/2008 | 21.00 | Transportation Management Services |
| 1932819-00 | 6/21/2008 | 260.53 | Transportation Management Services |
| 1929909-01 | 5/29/2008 | 306.44 | Transportation Management Services |
| 1926736-00 | 5/23/2008 | 23.92 | Transportation Management Services |
| 1926431-00 | 5/15/2008 | 58.67 | Transportation Management Services |
| 1897868-00 | 1/11/2008 | 200.00 | Transportation Management Services |
| **Total** | | **429,031.61** | |