# EXHIBIT C

## C. Curable Amount payable to Penske adjusted

| Invoice Number | Invoice Date | Invoice Amount | Services Rendered | | |
|---|---|---|---|---|---|
| 1936542-01 | 6/25/2008 | 300.00 | Transportation Management Services | | |
| 1838539-01 | 5/19/2007 | 50.00 | Transportation Management Services | | |
| 0486211-00 | 5/7/2009 | 5,422.43 | Transportation Management Services | | |
| 0486205-00 | 5/7/2009 | 2,072.49 | Transportation Management Services | | |
| 0486214-00 | 5/6/2009 | 5,422.43 | Transportation Management Services | | |
| 0486207-00 | 5/6/2009 | 2,072.49 | Transportation Management Services | | |
| 0486206-00 | 5/6/2009 | 2,007.79 | Transportation Management Services | | |
| 0486400-00 | 5/5/2009 | 5,422.43 | Transportation Management Services | | |
| 0486210-00 | 5/5/2009 | 2,072.49 | Transportation Management Services | | |
| 0486209-00 | 5/5/2009 | 2,007.79 | Transportation Management Services | | |
| 0486129-00 | 5/4/2009 | 5,422.43 | Transportation Management Services | | |
| 0484773-00 | 5/4/2009 | 5,422.43 | Transportation Management Services | | |
| 0486213-00 | 5/4/2009 | 2,072.49 | Transportation Management Services | | |
| 0486212-00 | 5/4/2009 | 2,007.79 | Transportation Management Services | | |
| 0484338-00 | 4/30/2009 | 2,035.96 | Transportation Management Services | | |
| 0484347-00 | 4/29/2009 | 5,330.85 | Transportation Management Services | | |
| 0485076-00 | 4/29/2009 | 2,035.96 | Transportation Management Services | | |
| 0484340-00 | 4/29/2009 | 2,035.96 | Transportation Management Services | | |
| 0484339-00 | 4/29/2009 | 1,971.95 | Transportation Management Services | | |
| 0482420-00 | 4/28/2009 | 5,330.85 | Transportation Management Services | | |
| 0484344-00 | 4/28/2009 | 2,035.96 | Transportation Management Services | | |
| 0484343-00 | 4/28/2009 | 1,971.95 | Transportation Management Services | | |
| 0484343-01 | 4/28/2009 | 25.00 | Transportation Management Services | | |
| 0482417-00 | 4/27/2009 | 5,330.85 | Transportation Management Services | | |
| 0484604-00 | 4/27/2009 | 2,035.96 | Transportation Management Services | | |
| 0484346-00 | 4/27/2009 | 2,035.96 | Transportation Management Services | | |
| 0484345-00 | 4/27/2009 | 1,971.95 | Transportation Management Services | | |
| 0484345-01 | 4/27/2009 | 75.00 | Transportation Management Services | | |
| 0484604-01 | 4/27/2009 | 50.00 | Transportation Management Services | | |
| 0484181-00 | 4/24/2009 | 60.00 | Transportation Management Services | | |
| 0482419-01 | 4/23/2009 | 25.00 | Transportation Management Services | | |
| 0482416-01 | 4/22/2009 | 25.00 | Transportation Management Services | | |
| 0482947-00 | 4/21/2009 | 60.00 | Transportation Management Services | | |
| 0482418-01 | 4/21/2009 | 50.00 | Transportation Management Services | | |
| 0480265-01 | 4/17/2009 | 25.00 | Transportation Management Services | | |
| 0478082-01 | 4/9/2009 | 25.00 | Transportation Management Services | | |
| 0478076-01 | 4/7/2009 | 50.00 | Transportation Management Services | | |
| 0478236-01 | 4/6/2009 | 50.00 | Transportation Management Services | | |
| 0472440-00 | 3/23/2009 | 1,971.38 | Transportation Management Services | | |
| 0472151-00 | 3/19/2009 | 1,950.91 | Transportation Management Services | | |
| 0471953-00 | 3/17/2009 | 2,014.51 | Transportation Management Services | | |
| 0469916-00 | 3/13/2009 | 1,958.76 | Transportation Management Services | | |
| 0471334-00 | 3/13/2009 | 25.00 | Transportation Management Services | | |
| 0470217-01 | 3/13/2009 | 25.00 | Transportation Management Services | | |
| 0469916-01 | 3/13/2009 | 25.00 | Transportation Management Services | | |
| 0469437-00 | 3/12/2009 | 5,297.15 | Transportation Management Services | | |

| | | | |
|---|---|---|---|
| 0461641-00 | 2/10/2009 | 35.00 | Transportation Management Services |
| 0461641-02 | 2/10/2009 | 25.00 | Transportation Management Services |
| 0450354-01 | 1/6/2009 | 25.00 | Transportation Management Services |
| 0451378-00 | 1/5/2009 | 33.04 | Transportation Management Services |
| 0446103-00 | 12/6/2008 | 25.00 | Transportation Management Services |
| 0420967-00 | 10/3/2008 | 23.48 | Transportation Management Services |
| 0416454-01 | 9/18/2008 | 25.00 | Transportation Management Services |
| 0416453-02 | 9/17/2008 | 60.00 | Transportation Management Services |
| 0416453-01 | 9/17/2008 | 25.00 | Transportation Management Services |
| 0416451-01 | 9/15/2008 | 25.00 | Transportation Management Services |
| 0412351-01 | 9/5/2008 | 25.00 | Transportation Management Services |
| 0410381-01 | 8/27/2008 | 25.00 | Transportation Management Services |
| 0408793-02 | 8/22/2008 | 25.00 | Transportation Management Services |
| 0408793-00 | 8/22/2008 | 24.92 | Transportation Management Services |
| 0408792-00 | 8/21/2008 | 25.00 | Transportation Management Services |
| 0408791-00 | 8/20/2008 | 25.00 | Transportation Management Services |
| 0408790-00 | 8/19/2008 | 25.00 | Transportation Management Services |
| 0408789-00 | 8/18/2008 | 25.00 | Transportation Management Services |
| 0406761-01 | 8/13/2008 | 25.00 | Transportation Management Services |
| 0406877-01 | 8/12/2008 | 15.00 | Transportation Management Services |
| 0401623-00 | 7/30/2008 | 2,731.88 | Transportation Management Services |
| 0401875-01 | 7/30/2008 | 50.00 | Transportation Management Services |
| 0401875-02 | 7/30/2008 | 30.00 | Transportation Management Services |
| 1942414-00 | 7/25/2008 | 50.00 | Transportation Management Services |
| 1942413-00 | 7/23/2008 | 62.92 | Transportation Management Services |
| 1941170-00 | 7/22/2008 | 62.82 | Transportation Management Services |
| 1941169-00 | 7/21/2008 | 50.00 | Transportation Management Services |
| 1936950-00 | 6/27/2008 | 25.00 | Transportation Management Services |
| 1936948-00 | 6/25/2008 | 25.00 | Transportation Management Services |
| 1936947-00 | 6/24/2008 | 25.00 | Transportation Management Services |
| 1936946-00 | 6/23/2008 | 25.00 | Transportation Management Services |
| 1881255-00 | 12/5/2007 | 90.18 | Transportation Management Services |
| 1871272-00 | 10/4/2007 | 5,754.72 | Transportation Management Services |
| 1861148-00 | 8/29/2007 | 5,672.33 | Transportation Management Services |
| 1909909-00 | 2/25/2008 | 6,859.12 | Transportation Management Services |
| 1909198-00 | 2/29/2008 | 16.10 | Transportation Management Services |
| 0466753-00 | 2/23/2009 | 150.00 | Transportation Management Services |
| 0466023-00 | 2/22/2009 | 75.00 | Transportation Management Services |
| 0466025-00 | 2/22/2009 | 50.00 | Transportation Management Services |
| 0459201-00 | 1/27/2009 | 1,814.85 | Transportation Management Services |
| 0451148-00 | 1/13/2009 | 104.57 | Transportation Management Services |
| 0452773-00 | 1/2/2009 | 2,262.51 | Transportation Management Services |
| 0452049-00 | 12/27/2008 | 2,526.51 | Transportation Management Services |
| 0451991-00 | 12/24/2008 | 2,531.20 | Transportation Management Services |
| 0452338-00 | 12/24/2008 | 2,141.20 | Transportation Management Services |
| 0452041-00 | 12/23/2008 | 2,531.20 | Transportation Management Services |
| 0449205-00 | 12/13/2008 | 9.01 | Transportation Management Services |
| 0446743-00 | 12/5/2008 | 2,344.58 | Transportation Management Services |
| 0424671-00 | 10/5/2008 | 2,279.65 | Transportation Management Services |
| 0422485-00 | 9/28/2008 | 2,794.56 | Transportation Management Services |
| 0422490-00 | 9/28/2008 | 2,455.56 | Transportation Management Services |
| 0422168-00 | 9/27/2008 | 2,719.56 | Transportation Management Services |

| 0408697-00 | 8/13/2008 | 7.73 | Transportation Management Services |
|---|---|---|---|
| 0442582-01 | 12/2/2008 | 175.00 | Transportation Management Services |
| Total | | **$ 138,731.55** | |