# EXHIBIT D

**D. Cure Amount payable through Ryder adjusted**

| Invoice Number | Invoice Date | Invoice Amount | Services Rendered |
|---|---|---|---|
| 0467890-01 | 3/1/2009 | 25.26 | Transportation Management Services |
| 0465650-00 | 2/21/2009 | 24.75 | Transportation Management Services |
| 0464031-00 | 2/16/2009 | 24.75 | Transportation Management Services |
| 0461650-00 | 2/9/2009 | 24.75 | Transportation Management Services |
| 0461086-01 | 2/4/2009 | 295.33 | Transportation Management Services |
| 0459629-00 | 2/3/2009 | 24.75 | Transportation Management Services |
| 0401078-00 | 7/25/2008 | 66.72 | Transportation Management Services |
| 1840014-00 | 5/25/2007 | 3,316.84 | Transportation Management Services |
| 1840016-00 | 5/24/2007 | 3,676.96 | Transportation Management Services |
| 1893520-00 | 1/3/2008 | 2,594.02 | Transportation Management Services |
| 1893974-00 | 1/3/2008 | 2,410.40 | Transportation Management Services |
| 1849794-00 | 7/16/2007 | 138.69 | Transportation Management Services |
| 0490949-00 | 5/29/2009 | 2,658.83 | Transportation Management Services |
| 0491058-00 | 5/29/2009 | 2,503.34 | Transportation Management Services |
| 0490944-00 | 5/28/2009 | 4,983.61 | Transportation Management Services |
| 0491057-00 | 5/28/2009 | 2,503.34 | Transportation Management Services |
| 0490948-00 | 5/27/2009 | 2,658.83 | Transportation Management Services |
| 0491060-00 | 5/27/2009 | 2,503.34 | Transportation Management Services |
| 0491056-00 | 5/27/2009 | 2,503.34 | Transportation Management Services |
| 0490664-00 | 5/27/2009 | 1,580.27 | Transportation Management Services |
| 0490943-00 | 5/26/2009 | 4,983.61 | Transportation Management Services |
| 0489429-00 | 5/26/2009 | 2,503.34 | Transportation Management Services |
| 0489314-00 | 5/25/2009 | 4,983.61 | Transportation Management Services |
| 0489428-00 | 5/25/2009 | 2,503.34 | Transportation Management Services |
| 0489318-00 | 5/22/2009 | 2,473.88 | Transportation Management Services |
| 0489431-00 | 5/22/2009 | 2,329.21 | Transportation Management Services |
| 0489427-00 | 5/22/2009 | 2,329.21 | Transportation Management Services |
| 0489313-00 | 5/21/2009 | 4,636.94 | Transportation Management Services |
| 0489426-00 | 5/21/2009 | 2,329.21 | Transportation Management Services |
| 0489317-00 | 5/20/2009 | 2,473.88 | Transportation Management Services |
| 0487855-00 | 5/20/2009 | 2,329.21 | Transportation Management Services |
| 0487853-00 | 5/20/2009 | 2,329.21 | Transportation Management Services |
| 0487727-00 | 5/19/2009 | 2,473.88 | Transportation Management Services |
| 0487852-00 | 5/19/2009 | 2,329.21 | Transportation Management Services |
| 0488997-00 | 5/19/2009 | 1,470.33 | Transportation Management Services |
| 0487366-00 | 5/18/2009 | 1,470.33 | Transportation Management Services |
| 0487722-00 | 5/14/2009 | 4,636.94 | Transportation Management Services |
| 0487851-00 | 5/14/2009 | 2,329.21 | Transportation Management Services |
| 0487726-00 | 5/13/2009 | 2,473.88 | Transportation Management Services |
| 0487854-00 | 5/13/2009 | 2,329.21 | Transportation Management Services |
| 0487850-00 | 5/13/2009 | 2,329.21 | Transportation Management Services |
| 0487721-00 | 5/12/2009 | 4,636.94 | Transportation Management Services |
| 0487849-00 | 5/12/2009 | 2,329.21 | Transportation Management Services |
| 0487725-00 | 5/11/2009 | 2,473.88 | Transportation Management Services |
| 0485999-00 | 5/11/2009 | 2,329.21 | Transportation Management Services |
| 0485997-00 | 5/11/2009 | 2,329.21 | Transportation Management Services |

| | | | |
|---|---|---|---|
| 0487365-00 | 5/11/2009 | 1,470.33 | Transportation Management Services |
| 0485499-00 | 5/11/2009 | 1,470.33 | Transportation Management Services |
| 0485871-00 | 5/8/2009 | 2,473.88 | Transportation Management Services |
| 0485996-00 | 5/8/2009 | 2,329.21 | Transportation Management Services |
| 0485866-00 | 5/7/2009 | 4,636.94 | Transportation Management Services |
| 0485995-00 | 5/7/2009 | 2,329.21 | Transportation Management Services |
| 0485870-00 | 5/6/2009 | 2,473.88 | Transportation Management Services |
| 0485998-00 | 5/6/2009 | 2,329.21 | Transportation Management Services |
| 0485994-00 | 5/6/2009 | 2,329.21 | Transportation Management Services |
| 0485865-00 | 5/5/2009 | 4,636.94 | Transportation Management Services |
| 0485993-00 | 5/5/2009 | 2,329.21 | Transportation Management Services |
| 0485498-00 | 5/5/2009 | 1,470.33 | Transportation Management Services |
| 0485869-00 | 5/4/2009 | 2,473.88 | Transportation Management Services |
| 0483800-00 | 5/4/2009 | 2,329.21 | Transportation Management Services |
| 0483498-00 | 5/4/2009 | 1,470.33 | Transportation Management Services |
| 0483924-00 | 5/1/2009 | 2,405.29 | Transportation Management Services |
| 0483799-00 | 5/1/2009 | 2,295.70 | Transportation Management Services |
| 0483798-00 | 4/30/2009 | 2,295.70 | Transportation Management Services |
| 0483923-00 | 4/29/2009 | 2,405.29 | Transportation Management Services |
| 0483797-00 | 4/29/2009 | 2,295.70 | Transportation Management Services |
| 0483920-00 | 4/28/2009 | 4,563.45 | Transportation Management Services |
| 0483796-00 | 4/28/2009 | 2,295.70 | Transportation Management Services |
| 0483922-00 | 4/27/2009 | 2,405.29 | Transportation Management Services |
| 0482011-00 | 4/27/2009 | 2,295.70 | Transportation Management Services |
| 0483497-00 | 4/27/2009 | 1,437.14 | Transportation Management Services |
| 0481634-00 | 4/24/2009 | 1,437.14 | Transportation Management Services |
| 0471143-01 | 3/20/2009 | 43.08 | Transportation Management Services |
| 0465168-01 | 2/27/2009 | 101.91 | Transportation Management Services |
| 0467188-00 | 2/25/2009 | 1,391.52 | Transportation Management Services |
| 0450271-00 | 1/7/2009 | 20.41 | Transportation Management Services |
| 0450270-00 | 1/5/2009 | 20.46 | Transportation Management Services |
| 0450272-00 | 1/5/2009 | 20.41 | Transportation Management Services |
| 0448242-00 | 12/17/2008 | 20.63 | Transportation Management Services |
| 0448241-00 | 12/15/2008 | 20.62 | Transportation Management Services |
| 0448240-00 | 12/15/2008 | 20.62 | Transportation Management Services |
| 0416520-00 | 9/10/2008 | 2,816.00 | Transportation Management Services |
| 1938662-01 | 7/18/2008 | 59.35 | Transportation Management Services |
| 1885868-00 | 12/16/2007 | 2,457.55 | Transportation Management Services |
| 1885872-00 | 11/21/2007 | 98.91 | Transportation Management Services |
| 1935197-00 | 6/17/2008 | 3,155.06 | Transportation Management Services |
| 1902102-00 | 2/10/2008 | 81.22 | Transportation Management Services |
| 1900239-00 | 2/2/2008 | 2,031.31 | Transportation Management Services |
| 1900238-00 | 1/30/2008 | 2,031.31 | Transportation Management Services |
| 1890367-00 | 12/20/2007 | 6.66 | Transportation Management Services |
| 1893447-00 | 12/20/2007 | 5.84 | Transportation Management Services |
| 1890650-00 | 12/15/2007 | 37.98 | Transportation Management Services |
| 1855743-02 | 7/27/07 | 52.71 | Transportation Management Services |
| 1845416-00 | 6/8/2007 | 4,747.31 | Transportation Management Services |
| 1828157-01 | 4/11/2007 | 1.05 | Transportation Management Services |
| 0488912-00 | 5/19/2009 | 2,415.50 | Transportation Management Services |
| 0486718-00 | 5/8/2009 | 2,371.87 | Transportation Management Services |
| 0480717-01 | 4/16/2009 | 300.00 | Transportation Management Services |

| | | | |
|---|---|---:|---|
| 0478948-02 | 4/9/2009 | 400.00 | Transportation Management Services |
| 0478945-01 | 4/8/2009 | 325.00 | Transportation Management Services |
| 0478919-01 | 4/8/2009 | 325.00 | Transportation Management Services |
| 0467691-00 | 3/2/2009 | 2,052.17 | Transportation Management Services |
| 0457984-00 | 1/27/2009 | 1,897.29 | Transportation Management Services |
| 0491366-00 | 5/28/2009 | 3,536.14 | Transportation Management Services |
| 0483450-00 | 4/29/2009 | 3,459.52 | Transportation Management Services |
| 0483449-00 | 4/28/2009 | 3,459.52 | Transportation Management Services |
| 0483448-00 | 4/27/2009 | 3,459.52 | Transportation Management Services |
| 0445973-01 | 12/8/2008 | 75.00 | Transportation Management Services |
| 0438602-01 | 11/18/2008 | 25.00 | Transportation Management Services |
| 0430769-01 | 10/29/2008 | 30.00 | Transportation Management Services |
| 0430768-01 | 10/28/2008 | 45.00 | Transportation Management Services |
| 0430771-02 | 10/27/2008 | 50.00 | Transportation Management Services |
| 0425782-01 | 10/14/2008 | 37.50 | Transportation Management Services |
| 0418115-01 | 9/18/2008 | 30.00 | Transportation Management Services |
| 0414805-01 | 9/10/2008 | 45.00 | Transportation Management Services |
| 1938933-00 | 7/16/2008 | 3,177.00 | Transportation Management Services |
| 1938138-00 | 6/25/2008 | 1,670.00 | Transportation Management Services |
| 1932081-01 | 6/11/2008 | 60.00 | Transportation Management Services |
| 1928090-01 | 5/27/2008 | 75.00 | Transportation Management Services |
| 1919817-00 | 4/17/2008 | 20.52 | Transportation Management Services |
| 0483471-00 | 4/30/2009 | 1,866.86 | Transportation Management Services |
| 0485462-00 | 4/30/2009 | 1,866.86 | Transportation Management Services |
| 0483481-00 | 4/30/2009 | 1,866.86 | Transportation Management Services |
| 0483476-00 | 4/30/2009 | 1,866.86 | Transportation Management Services |
| 0483485-00 | 4/29/2009 | 3,345.61 | Transportation Management Services |
| 0483470-00 | 4/29/2009 | 1,866.86 | Transportation Management Services |
| 0483466-00 | 4/29/2009 | 1,866.86 | Transportation Management Services |
| 0483480-00 | 4/29/2009 | 1,866.86 | Transportation Management Services |
| 0483475-00 | 4/29/2009 | 1,866.86 | Transportation Management Services |
| 0483469-00 | 4/28/2009 | 1,866.86 | Transportation Management Services |
| 0483465-00 | 4/28/2009 | 1,866.86 | Transportation Management Services |
| 0483479-00 | 4/28/2009 | 1,866.86 | Transportation Management Services |
| 0483474-00 | 4/28/2009 | 1,866.86 | Transportation Management Services |
| 0483484-00 | 4/27/2009 | 3,345.61 | Transportation Management Services |
| 0484517-00 | 4/27/2009 | 2,250.63 | Transportation Management Services |
| 0483468-00 | 4/27/2009 | 1,866.86 | Transportation Management Services |
| 0483464-00 | 4/27/2009 | 1,866.86 | Transportation Management Services |
| 0483478-00 | 4/27/2009 | 1,866.86 | Transportation Management Services |
| 0483473-00 | 4/27/2009 | 1,866.86 | Transportation Management Services |
| 0483463-00 | 4/25/2009 | 1,866.86 | Transportation Management Services |
| 0470704-00 | 3/11/2009 | 75.00 | Transportation Management Services |
| 0449076-00 | 12/12/2008 | 1,926.07 | Transportation Management Services |
| 0445929-01 | 12/5/2008 | 2,007.00 | Transportation Management Services |
| 0442429-00 | 11/22/2008 | 38.58 | Transportation Management Services |
| 1940447-01 | 7/14/2008 | 30.00 | Transportation Management Services |
| 1934997-00 | 6/14/2008 | 1,203.39 | Transportation Management Services |
| 0441160-01 | 12/1/2008 | 15.00 | Transportation Management Services |
| 0430760-01 | 10/29/2008 | 15.00 | Transportation Management Services |
| 0463148-00 | 2/7/2009 | 75.00 | Transportation Management Services |
| 1937393-01 | 7/8/2008 | 45.00 | Transportation Management Services |

| | | | |
|---|---|---|---|
| 1908610-01 | 2/28/2008 | 979.76 | Transportation Management Services |
| 0490661-00 | 5/26/2009 | 3,536.70 | Transportation Management Services |
| 0490670-00 | 5/26/2009 | 1,873.54 | Transportation Management Services |
| 0490666-00 | 5/26/2009 | 1,848.37 | Transportation Management Services |
| 0488995-00 | 5/20/2009 | 3,536.70 | Transportation Management Services |
| 0489004-00 | 5/20/2009 | 1,873.54 | Transportation Management Services |
| 0489000-00 | 5/19/2009 | 1,848.37 | Transportation Management Services |
| 0488994-00 | 5/18/2009 | 3,536.70 | Transportation Management Services |
| 0489003-00 | 5/18/2009 | 1,848.54 | Transportation Management Services |
| 0488999-00 | 5/18/2009 | 1,848.37 | Transportation Management Services |
| 0487359-00 | 5/15/2009 | 3,536.70 | Transportation Management Services |
| 0487373-00 | 5/15/2009 | 1,873.54 | Transportation Management Services |
| 0487370-00 | 5/14/2009 | 1,848.37 | Transportation Management Services |
| 0487358-00 | 5/13/2009 | 3,536.70 | Transportation Management Services |
| 0487372-00 | 5/13/2009 | 1,848.54 | Transportation Management Services |
| 0487369-00 | 5/13/2009 | 1,848.37 | Transportation Management Services |
| 0487368-00 | 5/12/2009 | 1,848.37 | Transportation Management Services |
| 0487357-00 | 5/11/2009 | 3,536.70 | Transportation Management Services |
| 0487371-00 | 5/11/2009 | 1,848.54 | Transportation Management Services |
| 0487367-00 | 5/11/2009 | 1,848.37 | Transportation Management Services |
| 0485492-00 | 5/7/2009 | 3,536.70 | Transportation Management Services |
| 0485507-00 | 5/7/2009 | 1,873.54 | Transportation Management Services |
| 0485503-00 | 5/7/2009 | 1,848.37 | Transportation Management Services |
| 0485506-00 | 5/6/2009 | 1,848.54 | Transportation Management Services |
| 0485505-00 | 5/5/2009 | 1,848.54 | Transportation Management Services |
| 0485502-00 | 5/5/2009 | 1,848.37 | Transportation Management Services |
| 0485501-00 | 5/5/2009 | 1,848.37 | Transportation Management Services |
| 0485489-00 | 5/4/2009 | 3,536.70 | Transportation Management Services |
| 0485504-00 | 5/4/2009 | 1,848.54 | Transportation Management Services |
| 0485500-00 | 5/4/2009 | 1,848.37 | Transportation Management Services |
| 0483491-00 | 5/1/2009 | 3,460.43 | Transportation Management Services |
| 0483505-00 | 5/1/2009 | 1,835.38 | Transportation Management Services |
| 0483505-01 | 5/1/2009 | 25.00 | Transportation Management Services |
| 0483502-00 | 4/30/2009 | 1,810.23 | Transportation Management Services |
| 0483490-00 | 4/29/2009 | 3,460.43 | Transportation Management Services |
| 0483504-00 | 4/29/2009 | 1,810.38 | Transportation Management Services |
| 0483501-00 | 4/29/2009 | 1,810.23 | Transportation Management Services |
| 0483500-00 | 4/28/2009 | 1,810.23 | Transportation Management Services |
| 0483489-00 | 4/27/2009 | 3,460.43 | Transportation Management Services |
| 0483503-00 | 4/27/2009 | 1,810.38 | Transportation Management Services |
| 0483499-00 | 4/27/2009 | 1,810.23 | Transportation Management Services |
| 0483486-00 | 4/27/2009 | 1,658.01 | Transportation Management Services |
| 0481641-00 | 4/24/2009 | 25.00 | Transportation Management Services |
| 0479440-01 | 4/15/2009 | 25.00 | Transportation Management Services |
| 0404118-00 | 8/4/2008 | 1,975.76 | Transportation Management Services |
| Total | | **$ 359,017.55** | |