# EXHIBIT E

**E. Cure Amount payable through Fedex**

| Invoice Number | Invoice Date | Invoice Amount | Services Rendered | | |
|---|---|---|---|---|---|
| 0490955-00 | 5/19/2009 | 75.00 | Transportation Management Services | | |
| 0487818-00 | 5/6/2009 | 75.00 | Transportation Management Services | | |
| 0485878-00 | 5/1/2009 | 75.00 | Transportation Management Services | | |
| 0481929-01 | 4/23/2009 | 30.00 | Transportation Management Services | | |
| 0481926-01 | 4/20/2009 | 45.00 | Transportation Management Services | | |
| 0479740-01 | 4/14/2009 | 150.00 | Transportation Management Services | | |
| 0480439-01 | 4/14/2009 | 25.00 | Transportation Management Services | | |
| 0473900-01 | 3/27/2009 | 25.00 | Transportation Management Services | | |
| 0469878-02 | 3/10/2009 | 825.00 | Transportation Management Services | | |
| 0452234-01 | 1/9/2009 | 1,752.75 | Transportation Management Services | | |
| 1926983-00 | 5/14/2008 | 75.00 | Transportation Management Services | | |
| 1860836-00 | 8/24/2007 | 75.00 | Transportation Management Services | | |
| 0492164-00 | 5/29/2009 | 2,240.45 | Transportation Management Services | | |
| 0492162-00 | 5/29/2009 | 2,240.45 | Transportation Management Services | | |
| 0492144-00 | 5/29/2009 | 2,240.45 | Transportation Management Services | | |
| 0492137-00 | 5/29/2009 | 2,240.45 | Transportation Management Services | | |
| 0492136-00 | 5/29/2009 | 2,240.45 | Transportation Management Services | | |
| 0492135-00 | 5/29/2009 | 2,240.45 | Transportation Management Services | | |
| 0492133-00 | 5/29/2009 | 2,240.45 | Transportation Management Services | | |
| 0491942-00 | 5/29/2009 | 1,737.99 | Transportation Management Services | | |
| 0491940-00 | 5/29/2009 | 1,737.99 | Transportation Management Services | | |
| 0491916-00 | 5/29/2009 | 1,737.99 | Transportation Management Services | | |
| 0491903-00 | 5/29/2009 | 1,737.99 | Transportation Management Services | | |
| 0491896-00 | 5/29/2009 | 1,737.99 | Transportation Management Services | | |
| 0491938-00 | 5/28/2009 | 2,240.45 | Transportation Management Services | | |
| 0491937-00 | 5/28/2009 | 2,240.45 | Transportation Management Services | | |
| 0491935-00 | 5/28/2009 | 2,240.45 | Transportation Management Services | | |
| 0491917-00 | 5/28/2009 | 2,240.45 | Transportation Management Services | | |
| 0491905-00 | 5/28/2009 | 2,240.45 | Transportation Management Services | | |
| 0491894-00 | 5/28/2009 | 2,240.45 | Transportation Management Services | | |
| 0491945-00 | 5/28/2009 | 1,737.99 | Transportation Management Services | | |
| 0491944-00 | 5/28/2009 | 1,737.99 | Transportation Management Services | | |
| 0491943-00 | 5/28/2009 | 1,737.99 | Transportation Management Services | | |
| 0491941-00 | 5/28/2009 | 1,737.99 | Transportation Management Services | | |
| 0491902-00 | 5/28/2009 | 1,737.99 | Transportation Management Services | | |
| 0491014-00 | 5/26/2009 | 2,533.03 | Transportation Management Services | | |
| 0491720-00 | 5/26/2009 | 2,240.45 | Transportation Management Services | | |
| 0489341-00 | 5/22/2009 | 2,602.06 | Transportation Management Services | | |
| 0489340-00 | 5/21/2009 | 2,602.06 | Transportation Management Services | | |
| 0489339-00 | 5/20/2009 | 2,602.06 | Transportation Management Services | | |
| 0489335-00 | 5/20/2009 | 2,576.70 | Transportation Management Services | | |
| 0489211-00 | 5/20/2009 | 1,953.26 | Transportation Management Services | | |
| 0490389-00 | 5/20/2009 | 1,737.99 | Transportation Management Services | | |
| 0490373-00 | 5/20/2009 | 1,737.99 | Transportation Management Services | | |
| 0490362-00 | 5/20/2009 | 1,737.99 | Transportation Management Services | | |
| 0490347-00 | 5/20/2009 | 1,737.99 | Transportation Management Services | | |

| | | | |
|---|---|---|---|
| 0490319-00 | 5/20/2009 | 1,737.99 | Transportation Management Services |
| 0490172-00 | 5/20/2009 | 1,737.99 | Transportation Management Services |
| 0490171-00 | 5/20/2009 | 1,737.99 | Transportation Management Services |
| 0489338-00 | 5/19/2009 | 2,602.06 | Transportation Management Services |
| 0489337-00 | 5/19/2009 | 2,602.06 | Transportation Management Services |
| 0490099-00 | 5/19/2009 | 2,576.70 | Transportation Management Services |
| 0490098-00 | 5/19/2009 | 2,576.70 | Transportation Management Services |
| 0489329-00 | 5/19/2009 | 2,576.70 | Transportation Management Services |
| 0489393-00 | 5/19/2009 | 2,533.03 | Transportation Management Services |
| 0490212-00 | 5/19/2009 | 1,737.99 | Transportation Management Services |
| 0490211-00 | 5/19/2009 | 1,737.99 | Transportation Management Services |
| 0490210-00 | 5/19/2009 | 1,737.99 | Transportation Management Services |
| 0490208-00 | 5/19/2009 | 1,737.99 | Transportation Management Services |
| 0490177-00 | 5/19/2009 | 1,737.99 | Transportation Management Services |
| 0490169-00 | 5/19/2009 | 1,737.99 | Transportation Management Services |
| 0490168-00 | 5/19/2009 | 1,737.99 | Transportation Management Services |
| 0490167-00 | 5/19/2009 | 1,737.99 | Transportation Management Services |
| 0489405-00 | 5/18/2009 | 2,577.08 | Transportation Management Services |
| 0490097-00 | 5/18/2009 | 2,576.70 | Transportation Management Services |
| 0489334-00 | 5/18/2009 | 2,576.70 | Transportation Management Services |
| 0489392-00 | 5/18/2009 | 2,533.03 | Transportation Management Services |
| 0489997-00 | 5/18/2009 | 2,470.77 | Transportation Management Services |
| 0489209-00 | 5/18/2009 | 1,953.26 | Transportation Management Services |
| 0489404-00 | 5/16/2009 | 2,577.08 | Transportation Management Services |
| 0488641-00 | 5/14/2009 | 2,576.70 | Transportation Management Services |
| 0488297-00 | 5/14/2009 | 2,240.45 | Transportation Management Services |
| 0487731-00 | 5/13/2009 | 2,576.81 | Transportation Management Services |
| 0488640-00 | 5/13/2009 | 2,576.70 | Transportation Management Services |
| 0487742-00 | 5/13/2009 | 2,576.70 | Transportation Management Services |
| 0488187-00 | 5/13/2009 | 2,240.45 | Transportation Management Services |
| 0487819-00 | 5/12/2009 | 2,577.08 | Transportation Management Services |
| 0487730-00 | 5/12/2009 | 2,576.81 | Transportation Management Services |
| 0488639-00 | 5/12/2009 | 2,576.70 | Transportation Management Services |
| 0488638-00 | 5/12/2009 | 2,576.70 | Transportation Management Services |
| 0487736-00 | 5/12/2009 | 2,576.70 | Transportation Management Services |
| 0487802-00 | 5/12/2009 | 2,533.03 | Transportation Management Services |
| 0488177-00 | 5/12/2009 | 2,240.45 | Transportation Management Services |
| 0487608-00 | 5/12/2009 | 1,953.26 | Transportation Management Services |
| 0487817-00 | 5/11/2009 | 2,577.08 | Transportation Management Services |
| 0488636-00 | 5/11/2009 | 2,576.70 | Transportation Management Services |
| 0488635-00 | 5/11/2009 | 2,576.70 | Transportation Management Services |
| 0487741-00 | 5/11/2009 | 2,576.70 | Transportation Management Services |
| 0487799-00 | 5/11/2009 | 2,533.03 | Transportation Management Services |
| 0487701-00 | 5/11/2009 | 2,240.45 | Transportation Management Services |
| 0487607-00 | 5/11/2009 | 1,953.26 | Transportation Management Services |
| 0488300-00 | 5/11/2009 | 1,737.99 | Transportation Management Services |
| 0488299-00 | 5/11/2009 | 1,737.99 | Transportation Management Services |
| 0488298-00 | 5/11/2009 | 1,737.99 | Transportation Management Services |
| 0488292-00 | 5/11/2009 | 1,737.99 | Transportation Management Services |
| 0488291-00 | 5/11/2009 | 1,737.99 | Transportation Management Services |
| 0488290-00 | 5/11/2009 | 1,737.99 | Transportation Management Services |
| 0488284-00 | 5/11/2009 | 1,737.99 | Transportation Management Services |

| | | | |
|---|---|---|---|
| 0488282-00 | 5/11/2009 | 1,737.99 | Transportation Management Services |
| 0488281-00 | 5/11/2009 | 1,737.99 | Transportation Management Services |
| 0488280-00 | 5/11/2009 | 1,737.99 | Transportation Management Services |
| 0488137-00 | 5/8/2009 | 2,629.06 | Transportation Management Services |
| 0485891-00 | 5/8/2009 | 2,602.06 | Transportation Management Services |
| 0487914-00 | 5/8/2009 | 2,240.45 | Transportation Management Services |
| 0487259-00 | 5/8/2009 | 2,240.45 | Transportation Management Services |
| 0487257-00 | 5/8/2009 | 2,240.45 | Transportation Management Services |
| 0487256-00 | 5/8/2009 | 2,240.45 | Transportation Management Services |
| 0487058-00 | 5/8/2009 | 2,240.45 | Transportation Management Services |
| 0487028-00 | 5/8/2009 | 2,240.45 | Transportation Management Services |
| 0487606-00 | 5/8/2009 | 1,953.26 | Transportation Management Services |
| 0485890-00 | 5/7/2009 | 2,602.06 | Transportation Management Services |
| 0487068-00 | 5/7/2009 | 2,240.45 | Transportation Management Services |
| 0487027-00 | 5/7/2009 | 2,240.45 | Transportation Management Services |
| 0487025-00 | 5/7/2009 | 2,240.45 | Transportation Management Services |
| 0485751-00 | 5/7/2009 | 1,953.26 | Transportation Management Services |
| 0486738-00 | 5/6/2009 | 2,240.45 | Transportation Management Services |
| 0486730-00 | 5/6/2009 | 2,240.45 | Transportation Management Services |
| 0486729-00 | 5/6/2009 | 2,240.45 | Transportation Management Services |
| 0486728-00 | 5/6/2009 | 2,240.45 | Transportation Management Services |
| 0485750-00 | 5/6/2009 | 1,953.26 | Transportation Management Services |
| 0485889-00 | 5/5/2009 | 2,602.06 | Transportation Management Services |
| 0485885-00 | 5/5/2009 | 2,576.70 | Transportation Management Services |
| 0487110-00 | 5/5/2009 | 2,533.03 | Transportation Management Services |
| 0486737-00 | 5/5/2009 | 2,240.45 | Transportation Management Services |
| 0485749-00 | 5/5/2009 | 1,953.26 | Transportation Management Services |
| 0486779-00 | 5/5/2009 | 1,737.99 | Transportation Management Services |
| 0486776-00 | 5/5/2009 | 1,737.99 | Transportation Management Services |
| 0486772-00 | 5/5/2009 | 1,737.99 | Transportation Management Services |
| 0485888-00 | 5/4/2009 | 2,602.06 | Transportation Management Services |
| 0486899-00 | 5/4/2009 | 2,577.08 | Transportation Management Services |
| 0485959-00 | 5/4/2009 | 2,577.08 | Transportation Management Services |
| 0485884-00 | 5/4/2009 | 2,576.70 | Transportation Management Services |
| 0483936-00 | 5/4/2009 | 2,576.70 | Transportation Management Services |
| 0485748-00 | 5/4/2009 | 1,953.26 | Transportation Management Services |
| 0486774-00 | 5/4/2009 | 1,737.99 | Transportation Management Services |
| 0485887-00 | 5/1/2009 | 2,563.97 | Transportation Management Services |
| 0485886-00 | 5/1/2009 | 2,538.66 | Transportation Management Services |
| 0485747-00 | 5/1/2009 | 1,914.70 | Transportation Management Services |
| 0483935-00 | 4/30/2009 | 2,538.66 | Transportation Management Services |
| 0485107-00 | 4/30/2009 | 2,422.69 | Transportation Management Services |
| 0483779-00 | 4/30/2009 | 1,914.70 | Transportation Management Services |
| 0484017-00 | 4/29/2009 | 2,538.98 | Transportation Management Services |
| 0483937-00 | 4/29/2009 | 2,538.66 | Transportation Management Services |
| 0483778-00 | 4/29/2009 | 1,914.70 | Transportation Management Services |
| 0484016-00 | 4/28/2009 | 2,538.98 | Transportation Management Services |
| 0483934-00 | 4/28/2009 | 2,538.66 | Transportation Management Services |
| 0484000-00 | 4/28/2009 | 2,495.00 | Transportation Management Services |
| 0483999-00 | 4/28/2009 | 2,495.00 | Transportation Management Services |
| 0483998-00 | 4/28/2009 | 2,495.00 | Transportation Management Services |
| 0484713-00 | 4/28/2009 | 2,202.45 | Transportation Management Services |

| | | | |
|---|---|---|---|
| 0484711-00 | 4/28/2009 | 2,202.45 | Transportation Management Services |
| 0484708-00 | 4/28/2009 | 2,202.45 | Transportation Management Services |
| 0484707-00 | 4/28/2009 | 2,202.45 | Transportation Management Services |
| 0484706-00 | 4/28/2009 | 2,202.45 | Transportation Management Services |
| 0484373-00 | 4/28/2009 | 2,202.45 | Transportation Management Services |
| 0483777-00 | 4/28/2009 | 1,914.70 | Transportation Management Services |
| 0484705-00 | 4/28/2009 | 1,704.49 | Transportation Management Services |
| 0484704-00 | 4/28/2009 | 1,704.49 | Transportation Management Services |
| 0484374-00 | 4/28/2009 | 1,704.49 | Transportation Management Services |
| 0484015-00 | 4/27/2009 | 2,538.98 | Transportation Management Services |
| 0481997-00 | 4/27/2009 | 2,538.98 | Transportation Management Services |
| 0482163-00 | 4/27/2009 | 2,538.76 | Transportation Management Services |
| 0483933-00 | 4/27/2009 | 2,538.66 | Transportation Management Services |
| 0484712-00 | 4/27/2009 | 2,202.45 | Transportation Management Services |
| 0484710-00 | 4/27/2009 | 2,202.45 | Transportation Management Services |
| 0484709-00 | 4/27/2009 | 2,202.45 | Transportation Management Services |
| 0484426-00 | 4/27/2009 | 2,202.45 | Transportation Management Services |
| 0484425-00 | 4/27/2009 | 2,202.45 | Transportation Management Services |
| 0484380-00 | 4/27/2009 | 2,202.45 | Transportation Management Services |
| 0483776-00 | 4/27/2009 | 1,914.70 | Transportation Management Services |
| 0484703-00 | 4/27/2009 | 1,704.49 | Transportation Management Services |
| 0483030-00 | 4/27/2009 | 1,704.49 | Transportation Management Services |
| 0483029-00 | 4/27/2009 | 1,704.49 | Transportation Management Services |
| 0483028-00 | 4/27/2009 | 1,704.49 | Transportation Management Services |
| 0483027-00 | 4/27/2009 | 1,704.49 | Transportation Management Services |
| 0483026-00 | 4/27/2009 | 1,704.49 | Transportation Management Services |
| 0483025-00 | 4/27/2009 | 1,704.49 | Transportation Management Services |
| 0483997-00 | 4/25/2009 | 2,495.00 | Transportation Management Services |
| 0482142-00 | 4/21/2009 | 2,495.00 | Transportation Management Services |
| 0482839-00 | 4/21/2009 | 2,202.45 | Transportation Management Services |
| 0482083-00 | 4/20/2009 | 2,495.00 | Transportation Management Services |
| 0476806-00 | 4/3/2009 | 81.10 | Transportation Management Services |
| 0477453-00 | 4/3/2009 | 38.33 | Transportation Management Services |
| 0477874-00 | 4/2/2009 | 33.79 | Transportation Management Services |
| 0477573-00 | 4/2/2009 | 33.79 | Transportation Management Services |
| 0477473-00 | 4/2/2009 | 33.79 | Transportation Management Services |
| 0475525-00 | 4/1/2009 | 38.45 | Transportation Management Services |
| 0475519-00 | 4/1/2009 | 38.45 | Transportation Management Services |
| 0475518-00 | 3/31/2009 | 38.45 | Transportation Management Services |
| 0477558-00 | 3/30/2009 | 75.00 | Transportation Management Services |
| 0469032-00 | 3/10/2009 | 8.39 | Transportation Management Services |
| 0470275-00 | 3/10/2009 | 8.38 | Transportation Management Services |
| 0469138-00 | 3/9/2009 | 8.38 | Transportation Management Services |
| 0468170-00 | 3/6/2009 | 54.48 | Transportation Management Services |
| 0468167-00 | 3/6/2009 | 54.47 | Transportation Management Services |
| 0468153-00 | 3/5/2009 | 54.48 | Transportation Management Services |
| 0467835-00 | 3/5/2009 | 54.48 | Transportation Management Services |
| 0467384-00 | 3/3/2009 | 54.47 | Transportation Management Services |
| 0467371-00 | 3/3/2009 | 54.47 | Transportation Management Services |
| 0465782-00 | 2/25/2009 | 678.00 | Transportation Management Services |
| 0466176-00 | 2/24/2009 | 12.86 | Transportation Management Services |
| 0465121-00 | 2/20/2009 | 16.73 | Transportation Management Services |

| 0463953-00 | 2/20/2009 | 16.63 | Transportation Management Services |
|---|---|---|---|
| 0463746-00 | 2/18/2009 | 16.73 | Transportation Management Services |
| 0463901-00 | 2/16/2009 | 16.73 | Transportation Management Services |
| 0460950-00 | 2/12/2009 | 9.88 | Transportation Management Services |
| 0459993-00 | 2/6/2009 | 2,248.24 | Transportation Management Services |
| 0458968-00 | 2/6/2009 | 8.09 | Transportation Management Services |
| 0459969-00 | 2/6/2009 | 8.00 | Transportation Management Services |
| 0459968-00 | 2/6/2009 | 8.00 | Transportation Management Services |
| 0459966-00 | 2/6/2009 | 8.00 | Transportation Management Services |
| 0459965-00 | 2/6/2009 | 8.00 | Transportation Management Services |
| 0459961-00 | 2/6/2009 | 8.00 | Transportation Management Services |
| 0459959-00 | 2/6/2009 | 8.00 | Transportation Management Services |
| 0459958-00 | 2/6/2009 | 8.00 | Transportation Management Services |
| 0455440-00 | 1/21/2009 | 280.11 | Transportation Management Services |
| 0454098-03 | 1/8/2009 | 714.13 | Transportation Management Services |
| 0454097-00 | 1/8/2009 | 714.13 | Transportation Management Services |
| 0454096-00 | 1/8/2009 | 714.13 | Transportation Management Services |
| 0452021-00 | 1/7/2009 | 278.62 | Transportation Management Services |
| 0438951-01 | 11/19/2008 | 125.00 | Transportation Management Services |
| 0434527-00 | 11/3/2008 | 2,606.46 | Transportation Management Services |
| 0430122-00 | 10/16/2008 | 264.00 | Transportation Management Services |
| 0419927-00 | 10/9/2008 | 3,260.44 | Transportation Management Services |
| 0418696-00 | 9/26/2008 | 75.00 | Transportation Management Services |
| 0418708-00 | 9/22/2008 | 75.00 | Transportation Management Services |
| 0410219-00 | 8/18/2008 | 75.00 | Transportation Management Services |
| 0407823-00 | 8/11/2008 | 75.00 | Transportation Management Services |
| 0406282-00 | 8/4/2008 | 75.00 | Transportation Management Services |
| 0405501-00 | 8/4/2008 | 75.00 | Transportation Management Services |
| 0402846-00 | 8/1/2008 | 75.00 | Transportation Management Services |
| 1938678-01 | 6/30/2008 | 30.00 | Transportation Management Services |
| 1927446-01 | 5/22/2008 | 334.05 | Transportation Management Services |
| Total | | **$ 385,280.35** | |