# EXHIBIT F

F. Cure amount payable directly to APL logistics

| Invoice Number | Invoice Date | Invoice Amount | Services Rendered |
|---|---|---|---|
| HSNN013289 | 3/19/2007 | 827.45 | Transportation Management Services |
| HSNN012821 | 1/29/2007 | 701.57 | Transportation Management Services |
| HSNN012700 | 1/16/2007 | 584.40 | Transportation Management Services |
| HSNN012385 | 12/20/2006 | 1,531.31 | Transportation Management Services |
| NGON000523 | 3/20/2009 | 19,633.78 | Transportation Management Services |
| NGON000532 | 5/29/2009 | 75.00 | Transportation Management Services |
| NGON000524 | 3/23/2009 | 80,766.34 | Transportation Management Services |
| Total | | $ 104,119.85 | |