# EXHIBIT A

| Unico, Inc. - Cure Amount, In re General Motors Corp., Case No. 09-50026 | | | | |
|---|---|---|---|---|
| Cust No. | Inv. No. | Inv. Date | Cust PO No. | Amount Due |
| 6028 | 142561 | 2/4/2009 | INS25464 | 6,232.00 |
| 7450 | 143506 | 3/30/3009 | SPS03692 | 836.00 |
| 972 | 143687 | 4/7/2009 | PPR81671 | 1,149.80 |
| 1078 | 143762 | 4/14/2009 | CXS60456 | 2,867.00 |
| 8480 | 144182 | 5/8/2009 | TCS26809 | 2,210.00 |
| 8480 | 144184 | 5/8/2009 | TCS26803 | 12,996.00 |
| 8480 | 144185 | 5/8/2009 | TCS26809 | 5,520.00 |
| 8480 | 144188 | 5/8/2009 | TCS26803 | 5,152.00 |
| 8480 | 144332 | 5/15/2009 | CXS60572 | 2,349.00 |
| 7959 | 144500 | 5/27/2009 | Credit Card | 3,472.66 |
| 7450 | 144499 | 5/27/2009 | SPS03709 | 5,164.60 |
| 6028 | 144604 | 6/3/2009 | INS26580 | 1,454.56 |
| 6028 | 144605 | 6/3/2009 | INS26581 | 1,334.56 |
| 8480 | 144636 | 6/4/2009 | CXS60572 | 9,136.00 |
| 8480 | 144761 | 6/10/2009 | CXS60572 | 20,206.00 |
| 8480 | 144762 | 6/10/2009 | CXS60572 | 22,979.00 |
| | | | Total: | 103,059.18 |