IVEY, BARNUM & O'MARA, LLC
Melissa Zelen Neier (MZ 7510)
170 Mason Street
Greenwich, CT 06830
(203) 661-6000

*Attorneys for Sonic Automotive, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11
                                                            :
GENERAL MOTORS CORP., *et al.*,                             :   Case No. 09-50026 (REG)
                                                            :
                               Debtors.                     :   (Jointly Administered)
                                                            :
------------------------------------------------------------x

**OBJECTION OF SONIC AUTOMOTIVE, INC. AND CERTAIN OF ITS DIRECT AND INDIRECT SUBSIDIARIES TO PROPOSED CURE AMOUNTS IN CONNECTION WITH ASSUMPTION AND ASSIGNMENT OF DEALER AGREEMENTS**

Sonic Automotive, Inc. ("Sonic"), on behalf of itself and its direct and indirect subsidiaries listed in the chart below (collectively, the "Affected Sonic Dealerships"), hereby objects to the Debtors' proposed Cure Amounts[1] in connection with the assumption and assignment of the Assumable Executory Contracts for the Affected Sonic Dealerships (collectively, the "Assumable Sonic Dealership Contracts"), and requests that the Court enter an order requiring the Debtors to pay the Affected Sonic Dealerships the following amounts, plus any other amounts which may be due and owing under the agreements as of the effective date of the assumption, in connection with the proposed assumption and assignment:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Notice.

PPAB 1575104v2

| Dealership | Cure Amount[2] |
|---|---|
| Stevens Creek Cadillac, Inc., d/b/a St. Claire Cadillac | $68,184 |
| Sonic – Coast Cadillac, Inc., d/b/a Coast Cadillac | $115,345 |
| Arngar, Inc. (Pineville, NC location) d/b/a Arnold Palmer Cadillac - Pineville | $97,657 |
| Sonic – Newsome Chevrolet World, Inc., d/b/a Capitol Chevrolet | $228,229 |
| Sonic – Capitol Cadillac, Inc., d/b/a Capitol Cadillac | $100,590 |
| SAI Montgomery CH, LLC, d/b/a Capitol Chevrolet | $250,936 |
| Sonic – Las Vegas C West, LLC, d/b/a Cadillac of Las Vegas West | $234,775 |
| SAI Nashville CSH, LLC, d/b/a Crest Cadillac | $258,066 |
| Sonic – Lone Tree Cadillac, Inc., d/b/a Don Massey Cadillac – Lone Tree | $132,495 |
| Sonic – Plymouth Cadillac, Inc. d/b/a Don Massey Cadillac - Plymouth | $267,806 |
| Sonic – Frank Parra Autoplex, LP d/b/a Frank Parra Chevrolet | $273,616 |
| Sonic – LS Chevrolet, LP, d/b/a Lone Star Chevrolet | $1,161,098 |

---

[2] Effective as of June 9, 2009, the most recent figures available to Sonic.

PPAB 1575104v2

| | |
|---|---|
| Sonic – Cadillac D, LP, d/b/a Massey Cadillac – Dallas | $272,012 |
| SAI Orlando CS, LLC (4241 N. John Young Parkway), d/b/a Massey Cadillac of Orlando – North | $135,820 |
| SAI Orlando CS, LLC (8819 S. Orange Blossom Trail), d/b/a Massey Cadillac of Orlando – South | $63,442 |
| Sonic-Newsome of Florence, Inc., d/b/a Newsome Chevrolet | $80,171 |
| SAI Riverside C, LLC, d/b/a Riverside Chevrolet | $224,084 |
| Sonic Automotive – 3401 N. Main, TX, LP, d/b/a Ron Craft Chevrolet Cadillac | $572,237 |
| SAI Broken Arrow C, LLC, d/b/a Speedway Chevrolet | $376,261 |

In support of this objection, Sonic states as follows:

### Background

1.  The Affected Sonic Dealerships are all direct or indirect subsidiaries of Sonic, a Charlotte, North Carolina based company which (through its subsidiaries) owns car dealerships throughout the United States.

2.  Each of the Affected Sonic Dealerships is party to a Dealer Sales and Service Agreement and various other agreements with the Debtors related to the operation of their respective dealerships.

PPAB 1575104v2

## Assumption and Assignment of the Dealership Agreements

3. Each of the Affected Sonic Dealerships received, signed, and returned in a timely manner the "Participation Agreement" and the amendment thereto which were sent by the Debtors to those dealers whose agreements are to be assumed and assigned to the Purchaser. Therefore, each of the Affected Sonic Dealerships believes that its agreements with the Debtors are Assumable Executory Contracts.

4. Some of the Affected Sonic Dealerships have received a Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto (the "Notice"). The Affected Sonic Dealerships that have not received the Notice believe they are intended recipients of the Notice and have not received it due to administrative oversight or a delay in delivery.

5. For those Affected Sonic Dealerships that have received the Notice and the accompanying user ID and password, the Contract Website shows only the name of the dealer, and states that one contract will be assumed. However, the Contract Website does not show the Debtors' proposed cure amounts for such contracts.

6. The Affected Sonic Dealerships that have not received the Notice are unable to determine the proposed Cure Amount for their contracts, because they do not have the user ID and password required to access the Contract Website.

7. As of June 9, 2009, the amounts due and owing to the Affected Sonic Dealerships under the Assumable Sonic Dealership Contracts were as follows:

| Dealership | Warranty | Incentive | Holdback | Other | Total |
|---|---|---|---|---|---|
| Stevens Creek Cadillac, Inc., d/b/a St. Claire Cadillac | 11,077 | 48,002 | 8,825 | 280 | **$68,184** |
| Sonic – Coast Cadillac, Inc., d/b/a Coast Cadillac | 3,239 | 65,911 | 23,225 | 22,970 | **$115,345** |
| Arngar, Inc. d/b/a Arnold Palmer Cadillac - Pineville | 12,844 | 72,537 | 2,195 | 10,081 | **$97,657** |
| Sonic – Newsome Chevrolet World, Inc., d/b/a Capitol Chevrolet | 8,798 | 116,644 | 48,208 | 54,579 | **$228,229** |
| Sonic – Capitol Cadillac, Inc., d/b/a Capitol Cadillac | 35,828 | 32,897 | 5,857 | 26,008 | **$100,590** |
| SAI Montgomery CH, LLC, d/b/a Capitol Chevrolet | 52,513 | 73,452 | 72,795 | 52,176 | **$250,936** |
| Sonic – Las Vegas C West, LLC, d/b/a Cadillac of Las Vegas West | 68,419 | 35,577 | 39,378 | 91,401 | **$234,775** |
| SAI Nashville CSH, LLC, d/b/a Crest Cadillac | 32,913 | 86,354 | 81,930 | 56,869 | **$258,066** |
| Sonic – Lone Tree Cadillac, Inc., d/b/a Don Massey Cadillac – Lone Tree | 20,104 | 22,486 | 48,533 | 41,372 | **$132,495** |
| Sonic – Plymouth Cadillac, Inc. d/b/a Don Massey Cadillac – Plymouth | 23,019 | 105,379 | 66,899 | 72,509 | **$267,806** |
| Sonic – Frank Parra Autoplex, LP d/b/a Frank Parra Chevrolet | 23,532 | 129,147 | 63,767 | 57,170 | **$273,616** |
| Sonic – LS Chevrolet, LP, d/b/a Lone Star Chevrolet | 71,690 | 557,224 | 186,216 | 345,968 | **$1,161,098** |

PPAB 1575104v2

| | | | | | |
|---|---|---|---|---|---|
| Sonic – Cadillac D, LP, d/b/a Massey Cadillac – Dallas | 70,373 | 92,916 | 5,413 | 103,310 | **$272,012** |
| SAI Orlando CS, LLC d/b/a Massey Cadillac of Orlando – North | 50,178 | 55,465 | 14,306 | 15,871 | **$135,820** |
| SAI Orlando CS, LLC, d/b/a Massey Cadillac of Orlando – South | 19,561 | 12,785 | 17,413 | 13,683 | **$63,442** |
| Sonic-Newsome of Florence, Inc., d/b/a Newsome Chevrolet | 15,312 | 32,582 | 876 | 31,401 | **$80,171** |
| SAI Riverside C, LLC, d/b/a Riverside Chevrolet | 7,124 | 108,082 | 41,416 | 67,462 | **$224,084** |
| Sonic Automotive – 3401 N. Main, TX, LP, d/b/a Ron Craft Chevrolet Cadillac | 24,605 | 229,944 | 179,513 | 138,175 | **$572,237** |
| SAI Broken Arrow C, LLC, d/b/a Speedway Chevrolet | 19,503 | 168,091 | 73,447 | 115,220 | **$376,261** |

8. In accordance with 11 U.S.C. § 365(b)(1), the Debtors must pay the amounts specified in paragraph 7 (plus any other amounts which may be due and owing under the Assumable Sonic Dealership Contracts as of the effective date of the assumption) in connection with any assumption and assignment of the Assumable Sonic Dealership Contracts.

WHEREFORE, the Affected Sonic Dealerships respectfully request that the Court enter an Order:

A.  requiring the Debtors to pay the Cure Amounts specified in paragraph 7 above, plus any other amounts which may be due and owing under the Assumable Sonic Dealership

Contracts as of the effective date of the assumption, in connection with the assumption and assignment of the Assumable Sonic Dealership Contracts; and

B.      granting such other and further relief as the Court deems just and proper.

DATED this 15th day of June, 2009.

                            **FOR SONIC AUTOMOTIVE, INC.**

BY:     /s/ Melissa Zelen Neier
        Melissa Zelen Neier, Esq.
        IVEY, BARNUM, AND O'MARA, LLC
        170 Mason Street
        Greenwich, CT  06830
        mneier@ibolaw.com
        Telephone: (203) 661-6000
        Fax: (203) 661-9462

        -and-

        Kiah T. Ford IV
        Parker Poe Adams & Bernstein LLP
        Three Wachovia Center
        401 S. Tryon Street, Suite 3000
        Charlotte, North Carolina 28202
        Telephone (704) 372-9000
        chipford@parkerpoe.com