KELLEY DRYE & WARREN LLP
James S. Carr (JC 1603)
Jennifer A. Christian (JC 7305)
101 Park Avenue
New York, NY 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

- and –

REINHART BOERNER VAN DEUREN S.C.
Amanda M. Gibbs
1000 North Water Street, Suite 1700
P.O. Box 2965
Milwaukee, WI 53201-2965
Tel: (414) 298-1000
Fax: (414) 298-8097

*Attorneys for Jason Incorporated d/b/a Janesville Acoustics*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

## LIMITED OBJECTION OF
## JASON INCORPORATED D/B/A JANESVILLE ACOUSTICS
## TO THE DEBTOR'S PROPOSED CURE AMOUNT

Jason Incorporated d/b/a Janesville Acoustics ("Jason"), by its attorneys, hereby submits this limited objection (the "Objection") to the proposed cure amount of GM Corporation (the "Debtor") required to be paid to Jason in connection with the assumption and assignment of certain executory contracts between Jason and the Debtor. In support of this Objection, Jason states as follows:

## BACKGROUND

1. On June 1, 2009 (the "Commencement Date"), the Debtor and three affiliate debtors commenced these voluntary cases under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Court").

2. The Debtor and its debtor affiliates remain in possession of their property and continue to manage their businesses as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3. Prior to the Commencement Date, Jason and the Debtor were parties to contracts pursuant to which Jason sold certain automotive parts to the Debtor (the "Agreements").

4. On June 2, 2009, this Court entered an order (the "Sale Procedures Order") approving the procedures regarding the Debtor's assumption and assignment of executory contracts.

5. Pursuant to the Sale Procedures Order, on or about June 8, 2009, the Debtor delivered a notice (the "Assignment Notice") to Jason, indicating that the Debtor may assume and assign certain of the Debtor's Agreements with Jason (the "Assumed Contracts").

6. The Assignment Notice directed Jason to a website (the "Contract Website") containing a description of the Assumed Contracts and associated cure amounts representing prepetition defaults under the Assumed Contracts. On the Contract Website, the Debtor identifies $255,759.65 as the amount which it alleges to be owing to Jason for prepetition defaults under the Assumed Contracts (the "Debtor Cure Amount").

7. The Debtor Cure Amount is significantly less than what is actually owed under the Assumed Contracts for prepetition shipments. Jason contests the Debtor Cure Amount and reserves its rights to all amounts owing as of the date of assumption and assignment. Jason asserts that the Debtor's outstanding obligations for prepetition obligations under the Agreements was $1,051,036.15 as of the Commencement Date (the "Supplier Cure Amount"). A summary of the Supplier Cure Amount is attached hereto as Exhibit A.

8. Jason believes that the Debtor intends to make payments to Jason in the ordinary course of business. However, Jason files this limited objection to the Debtor Cure Amount to reserve its rights to payment for *all* outstanding prepetition and postpetition obligations upon the Debtor's assumption of the Assumed Contracts.

9. Pursuant to the Sale Procedures Order, Jason files this Objection to reserve its rights to the Supplier Cure Amount and any additional postpetition obligations outstanding as of the date of assumption and assignment of the Assumed Contracts.

10. Jason further reserves its rights to supplement this Objection.

WHEREFORE, Jason seeks an order sustaining its Objection and finding that the Supplier Cure Amount and any subsequent postpetition amounts due and owing to Jason is required to be paid to Jason upon assumption and assignment of any Assumed Contracts and reserving its rights in connection with the Sale Procedures Order.

Dated: June 15, 2009
      New York, New York

KELLEY DRYE & WARREN LLP

By: */s/ Jennifer A. Christian*
    James S. Carr (JC 1603)
    Jennifer A. Christian (JC 7305)
101 Park Avenue
New York, NY 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

- and –

REINHART BOERNER VAN DEUREN S.C.
Amanda M. Gibbs
1000 North Water Street, Suite 1700
P.O. Box 2965
Milwaukee, WI 53201-2965
Tel: (414) 298-1000
Fax: (414) 298-8097

*Attorneys for Jason Incorporated d/b/a Janesville Acoustics*

EXHIBIT A

**GENERAL MOTORS**
STATEMENT OF ACCOUNT AS OF JUNE 1, 2009

| INVOICE # | PACKING SLIP # | INVOICE DATE | INVOICE TOTAL | BALANCE DUE | CURRENT | 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 |
|---|---|---|---|---|---|---|---|---|---|---|
| **GM SERVICE** | | | | | | | | | | |
| 603079 | SLS | 10/14/2008 | $1,000.00 | $1,000.00 | | | | | | $1,000.00 |
| 607139 | SLS | 5/22/2009 | $61.64 | $61.64 | $61.64 | | | | | |
| 607140 | SLS | 5/22/2009 | $61.64 | $61.64 | $61.64 | | | | | |
| 607141 | SLS | 5/22/2009 | $61.64 | $61.64 | $61.64 | | | | | |
| **GM - SERVICE TOTAL** | | | | $1,184.92 | $184.92 | $0.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| **GM - WARREN** | | | | | | | | | | |
| 606732 | SLS | 5/1/2009 | $2,201.64 | $2,201.64 | $2,201.64 | | | | | |
| 606760 | SLS | 5/4/2009 | $1,572.60 | $1,572.60 | $1,572.60 | | | | | |
| 606808 | SLS | 5/5/2009 | $1,258.08 | $1,258.08 | $1,258.08 | | | | | |
| 606824 | SLS | 5/6/2009 | $377.42 | $377.42 | $377.42 | | | | | |
| 606843 | SLS | 5/7/2009 | $62.90 | $62.90 | $62.90 | | | | | |
| 606846 | SLS | 5/8/2009 | $408.87 | $408.87 | $408.87 | | | | | |
| 606918 | SLS | 5/11/2009 | $440.32 | $440.32 | $440.32 | | | | | |
| 606964 | SLS | 5/12/2009 | $408.87 | $408.87 | $408.87 | | | | | |
| 606978 | SLS | 5/13/2009 | $440.32 | $440.32 | $440.32 | | | | | |
| 606999 | SLS | 5/14/2009 | $440.32 | $440.32 | $440.32 | | | | | |
| 607017 | SLS | 5/15/2009 | $377.42 | $377.42 | $377.42 | | | | | |
| 607049 | SLS | 5/15/2009 | $201.60 | $201.60 | $201.60 | | | | | |
| 607035 | SLS | 5/18/2009 | $440.32 | $440.32 | $440.32 | | | | | |
| 607095 | SLS | 5/19/2009 | $377.42 | $377.42 | $377.42 | | | | | |
| 607111 | SLS | 5/20/2009 | $503.24 | $503.24 | $503.24 | | | | | |
| 607130 | SLS | 5/21/2009 | $408.87 | $408.87 | $408.87 | | | | | |
| 607188 | SLS | 5/26/2009 | $408.87 | $408.87 | $408.87 | | | | | |
| 607214 | SLS | 5/27/2009 | $62.90 | $62.90 | $62.90 | | | | | |
| **GM - WARREN LOCATION TOTAL** | | | | $10,391.98 | $10,391.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **GM WENTZVILLE** | | | | | | | | | | |
| 606736 | SLS | 5/1/2009 | $14,582.82 | $14,582.82 | $14,582.82 | | | | | |
| 606762 | SLS | 5/1/2009 | $12,287.51 | $12,287.51 | $12,287.51 | | | | | |
| 606781 | SLS | 5/1/2009 | $18,563.48 | $18,563.48 | $18,563.48 | | | | | |
| 801872 | SLS | 5/1/2009 | $1,032.19 | $1,032.19 | $1,032.19 | | | | | |
| 606782 | SLS | 5/4/2009 | $15,611.16 | $15,611.16 | $15,611.16 | | | | | |
| 606794 | SLS | 5/4/2009 | $10,005.98 | $10,005.98 | $10,005.98 | | | | | |
| 606806 | SLS | 5/4/2009 | $16,104.23 | $16,104.23 | $16,104.23 | | | | | |
| 801874 | SLS | 5/4/2009 | $2,016.00 | $2,016.00 | $2,016.00 | | | | | |
| 606807 | SLS | 5/5/2009 | $7,970.98 | $7,970.98 | $7,970.98 | | | | | |
| 606820 | SLS | 5/5/2009 | $11,035.12 | $11,035.12 | $11,035.12 | | | | | |
| 606830 | SLS | 5/5/2009 | $16,664.13 | $16,664.13 | $16,664.13 | | | | | |
| 801917 | SLS | 5/5/2009 | $1,886.98 | $1,886.98 | $1,886.98 | | | | | |
| 606831 | SLS | 5/6/2009 | $8,857.21 | $8,857.21 | $8,857.21 | | | | | |
| 606850 | SLS | 5/6/2009 | $13,308.43 | $13,308.43 | $13,308.43 | | | | | |

| INVOICE # | PACKING SLIP # | INVOICE DATE | INVOICE TOTAL | BALANCE DUE | CURRENT | 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 |
|---|---|---|---|---|---|---|---|---|---|---|
| 606857 | SLS | 5/6/2009 | $17,099.80 | $17,099.80 | $17,099.80 | | | | | |
| 801924 | SLS | 5/6/2009 | $2,386.94 | $2,386.94 | $2,386.94 | | | | | |
| 606858 | SLS | 5/7/2009 | $16,721.47 | $16,721.47 | $16,721.47 | | | | | |
| 606901 | SLS | 5/7/2009 | $8,448.61 | $8,448.61 | $8,448.61 | | | | | |
| 606913 | SLS | 5/7/2009 | $15,715.59 | $15,715.59 | $15,715.59 | | | | | |
| 801940 | SLS | 5/7/2009 | $1,564.42 | $1,564.42 | $1,564.42 | | | | | |
| 606914 | SLS | 5/8/2009 | $9,411.01 | $9,411.01 | $9,411.01 | | | | | |
| 606923 | SLS | 5/8/2009 | $11,888.57 | $11,888.57 | $11,888.57 | | | | | |
| 606924 | SLS | 5/8/2009 | $2,733.00 | $2,733.00 | $2,733.00 | | | | | |
| 606945 | SLS | 5/8/2009 | $16,344.28 | $16,344.28 | $16,344.28 | | | | | |
| 606946 | SLS | 5/8/2009 | $14,578.32 | $14,578.32 | $14,578.32 | | | | | |
| 606947 | SLS | 5/11/2009 | $7,063.20 | $7,063.20 | $7,063.20 | | | | | |
| 606954 | SLS | 5/11/2009 | $7,415.26 | $7,415.26 | $7,415.26 | | | | | |
| 606969 | SLS | 5/11/2009 | $13,673.40 | $13,673.40 | $13,673.40 | | | | | |
| 801966 | SLS | 5/11/2009 | $1,032.19 | $1,032.19 | $1,032.19 | | | | | |
| 801970 | SLS | 5/11/2009 | $1,112.83 | $1,112.83 | $1,112.83 | | | | | |
| 606965 | SLS | 5/12/2009 | $9,056.55 | $9,056.55 | $9,056.55 | | | | | |
| 606972 | SLS | 5/12/2009 | $16,540.70 | $16,540.70 | $16,540.70 | | | | | |
| 606982 | SLS | 5/12/2009 | $18,167.23 | $18,167.23 | $18,167.23 | | | | | |
| 801985 | SLS | 5/12/2009 | $1,032.19 | $1,032.19 | $1,032.19 | | | | | |
| 606984 | SLS | 5/13/2009 | $4,860.53 | $4,860.53 | $4,860.53 | | | | | |
| 606985 | SLS | 5/13/2009 | $5,153.41 | $5,153.41 | $5,153.41 | | | | | |
| 606991 | SLS | 5/13/2009 | $14,904.20 | $14,904.20 | $14,904.20 | | | | | |
| 607003 | SLS | 5/13/2009 | $4,502.25 | $4,502.25 | $4,502.25 | | | | | |
| 607004 | SLS | 5/13/2009 | $18,101.25 | $18,101.25 | $18,101.25 | | | | | |
| 607005 | SLS | 5/13/2009 | $14,317.99 | $14,317.99 | $14,317.99 | | | | | |
| 802008 | SLS | 5/13/2009 | $1,032.19 | $1,032.19 | $1,032.19 | | | | | |
| 607006 | SLS | 5/14/2009 | $12,115.32 | $12,115.32 | $12,115.32 | | | | | |
| 607012 | SLS | 5/14/2009 | $12,493.93 | $12,493.93 | $12,493.93 | | | | | |
| 607021 | SLS | 5/14/2009 | $17,893.72 | $17,893.72 | $17,893.72 | | | | | |
| 802022 | SLS | 5/14/2009 | $1,032.19 | $1,032.19 | $1,032.19 | | | | | |
| 607022 | SLS | 5/15/2009 | $15,412.53 | $15,412.53 | $15,412.53 | | | | | |
| 607033 | SLS | 5/15/2009 | $18,709.80 | $18,709.80 | $18,709.80 | | | | | |
| 607051 | SLS | 5/15/2009 | $17,112.50 | $17,112.50 | $17,112.50 | | | | | |
| 607055 | SLS | 5/15/2009 | $11,863.95 | $11,863.95 | $11,863.95 | | | | | |
| 802040 | SLS | 5/15/2009 | $1,032.19 | $1,032.19 | $1,032.19 | | | | | |
| 607058 | SLS | 5/18/2009 | $1,366.50 | $1,366.50 | $1,366.50 | | | | | |
| 607093 | SLS | 5/18/2009 | $9,767.34 | $9,767.34 | $9,767.34 | | | | | |
| 607103 | SLS | 5/18/2009 | $18,813.31 | $18,813.31 | $18,813.31 | | | | | |
| 802050 | SLS | 5/18/2009 | $1,032.19 | $1,032.19 | $1,032.19 | | | | | |
| 607104 | SLS | 5/19/2009 | $14,292.18 | $14,292.18 | $14,292.18 | | | | | |
| 607109 | SLS | 5/19/2009 | $14,389.39 | $14,389.39 | $14,389.39 | | | | | |
| 607119 | SLS | 5/19/2009 | $18,077.85 | $18,077.85 | $18,077.85 | | | | | |
| 607120 | SLS | 5/19/2009 | $9,876.64 | $9,876.64 | $9,876.64 | | | | | |
| 802062 | SLS | 5/19/2009 | $1,112.83 | $1,112.83 | $1,112.83 | | | | | |
| 607121 | SLS | 5/20/2009 | $1,366.50 | $1,366.50 | $1,366.50 | | | | | |
| 607126 | SLS | 5/20/2009 | $13,900.90 | $13,900.90 | $13,900.90 | | | | | |
| 607142 | SLS | 5/20/2009 | $18,097.04 | $18,097.04 | $18,097.04 | | | | | |
| 802087 | SLS | 5/20/2009 | $1,032.19 | $1,032.19 | $1,032.19 | | | | | |
| 607143 | SLS | 5/21/2009 | $9,074.18 | $9,074.18 | $9,074.18 | | | | | |
| 607180 | SLS | 5/21/2009 | $12,875.18 | $12,875.18 | $12,875.18 | | | | | |
| 607184 | SLS | 5/21/2009 | $19,452.07 | $19,452.07 | $19,452.07 | | | | | |
| 802096 | SLS | 5/21/2009 | $1,032.19 | $1,032.19 | $1,032.19 | | | | | |

| INVOICE # | PACKING SLIP # | INVOICE DATE | INVOICE TOTAL | BALANCE DUE | CURRENT | 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 |
|---|---|---|---|---|---|---|---|---|---|---|
| 607197 | SLS | 5/22/2009 | $17,393.05 | $17,393.05 | $17,393.05 | | | | | |
| 607198 | SLS | 5/26/2009 | $16,525.11 | $16,525.11 | $16,525.11 | | | | | |
| 607215 | SLS | 5/26/2009 | $16,825.61 | $16,825.61 | $16,825.61 | | | | | |
| 607222 | SLS | 5/26/2009 | $19,130.46 | $19,130.46 | $19,130.46 | | | | | |
| 802112 | SLS | 5/26/2009 | $1,032.19 | $1,032.19 | $1,032.19 | | | | | |
| 607223 | SLS | 5/27/2009 | $16,520.30 | $16,520.30 | $16,520.30 | | | | | |
| 607227 | SLS | 5/27/2009 | $16,934.70 | $16,934.70 | $16,934.70 | | | | | |
| 607236 | SLS | 5/27/2009 | $17,075.07 | $17,075.07 | $17,075.07 | | | | | |
| 802124 | SLS | 5/27/2009 | $1,112.83 | $1,112.83 | $1,112.83 | | | | | |
| 607237 | SLS | 5/28/2009 | $17,641.42 | $17,641.42 | $17,641.42 | | | | | |
| 607245 | SLS | 5/28/2009 | $17,359.04 | $17,359.04 | $17,359.04 | | | | | |
| 607249 | SLS | 5/28/2009 | $16,779.72 | $16,779.72 | $16,779.72 | | | | | |
| 802145 | SLS | 5/28/2009 | $1,112.83 | $1,112.83 | $1,112.83 | | | | | |
| 607250 | SLS | 5/29/2009 | $18,561.60 | $18,561.60 | $18,561.60 | | | | | |
| 607278 | SLS | 5/29/2009 | $16,142.91 | $16,142.91 | $16,142.91 | | | | | |
| 607283 | SLS | 5/29/2009 | $17,035.47 | $17,035.47 | $17,035.47 | | | | | |
| 607284 | SLS | 5/29/2009 | $9,667.96 | $9,667.96 | $9,667.96 | | | | | |
| 802154 | SLS | 5/29/2009 | $387.07 | $387.07 | $387.07 | | | | | |
| **GM - WENTZVILLE TOTAL** | | | | **$915,245.55** | **$915,245.55** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**GM - FLINT**

| INVOICE # | PACKING SLIP # | INVOICE DATE | INVOICE TOTAL | BALANCE DUE | CURRENT | 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 |
|---|---|---|---|---|---|---|---|---|---|---|
| 601819 | SLS | 8/7/2008 | $3,800.00 | $3,800.00 | | | | | | $3,800.00 |
| 606635 | SLS | 5/1/2009 | $8,886.56 | $8,886.56 | $8,886.56 | | | | | |
| 606639 | SLS | 5/1/2009 | $8,271.50 | $8,271.50 | $8,271.50 | | | | | |
| 606674 | SLS | 5/1/2009 | $1,307.23 | $1,307.23 | $1,307.23 | | | | | |
| 606733 | SLS | 5/1/2009 | $310.07 | $310.07 | $310.07 | | | | | |
| 606761 | SLS | 5/4/2009 | $478.36 | $478.36 | $478.36 | | | | | |
| 606763 | SLS | 5/4/2009 | $8,973.98 | $8,973.98 | $8,973.98 | | | | | |
| 606764 | SLS | 5/4/2009 | $6,836.01 | $6,836.01 | $6,836.01 | | | | | |
| 606801 | SLS | 5/5/2009 | $9,038.92 | $9,038.92 | $9,038.92 | | | | | |
| 606802 | SLS | 5/5/2009 | $8,251.00 | $8,251.00 | $8,251.00 | | | | | |
| 606803 | SLS | 5/5/2009 | $8,251.00 | $8,251.00 | $8,251.00 | | | | | |
| 606809 | SLS | 5/5/2009 | $572.11 | $572.11 | $572.11 | | | | | |
| 606825 | SLS | 5/6/2009 | $562.50 | $562.50 | $562.50 | | | | | |
| 606828 | SLS | 5/6/2009 | $8,886.56 | $8,886.56 | $8,886.56 | | | | | |
| 606829 | SLS | 5/6/2009 | $8,271.50 | $8,271.50 | $8,271.50 | | | | | |
| 606839 | SLS | 5/7/2009 | $8,973.99 | $8,973.99 | $8,973.99 | | | | | |
| 606840 | SLS | 5/7/2009 | $8,210.00 | $8,210.00 | $8,210.00 | | | | | |
| 606844 | SLS | 5/7/2009 | $384.61 | $384.61 | $384.61 | | | | | |
| 606841 | SLS | 5/8/2009 | $8,930.28 | $8,930.28 | $8,930.28 | | | | | |
| 606842 | SLS | 5/8/2009 | $8,251.00 | $8,251.00 | $8,251.00 | | | | | |
| 606845 | SLS | 5/8/2009 | $394.22 | $394.22 | $394.22 | | | | | |
| 606903 | SLS | 5/8/2009 | $42.80 | $42.80 | $42.80 | | | | | |
| 606904 | SLS | 5/8/2009 | $199.92 | $199.92 | $199.92 | | | | | |
| 606906 | SLS | 5/8/2009 | $198.43 | $198.43 | $198.43 | | | | | |
| 606919 | SLS | 5/11/2009 | $1,040.86 | $1,040.86 | $1,040.86 | | | | | |
| 606963 | SLS | 5/12/2009 | $290.86 | $290.86 | $290.86 | | | | | |
| 606977 | SLS | 5/13/2009 | $384.61 | $384.61 | $384.61 | | | | | |
| 607000 | SLS | 5/14/2009 | $384.61 | $384.61 | $384.61 | | | | | |
| 607002 | SLS | 5/15/2009 | $53.51 | $53.51 | $53.51 | | | | | |

09-50026-mg    Doc 1334    Filed 06/15/09    Entered 06/15/09 17:49:15    Main Document
                                      Pg 9 of 11

| INVOICE # | PACKING SLIP # | INVOICE DATE | INVOICE TOTAL | BALANCE DUE | CURRENT | 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 |
|---|---|---|---|---|---|---|---|---|---|---|
| 607016 | SLS | 5/15/2009 | $290.86 | $290.86 | $290.86 | | | | | |
| 607034 | SLS | 5/18/2009 | $290.86 | $290.86 | $290.86 | | | | | |
| 607096 | SLS | 5/19/2009 | $384.61 | $384.61 | $384.61 | | | | | |
| 607110 | SLS | 5/20/2009 | $281.25 | $281.25 | $281.25 | | | | | |
| 607129 | SLS | 5/21/2009 | $384.61 | $384.61 | $384.61 | | | | | |
| 607105 | SLS | 5/22/2009 | $520.85 | $520.85 | $520.85 | | | | | |
| 607187 | SLS | 5/26/2009 | $290.86 | $290.86 | $290.86 | | | | | |
| 607195 | SLS | 5/29/2009 | $1,332.80 | $1,332.80 | $1,332.80 | | | | | |
| **GM - FLINT TOTAL** | | | | $124,213.70 | $120,413.70 | $0.00 | $0.00 | $0.00 | $0.00 | $3,800.00 |
| | | | | | | | | | | |
| **TOTAL - ALL LOCATIONS** | | | | $1,051,036.15 | $1,046,236.15 | $0.00 | $0.00 | $0.00 | $0.00 | $4,800.00 |

## CERTIFICATE OF SERVICE

I, Jennifer A. Christian hereby certify that on June 15, 2009, a true and correct copy of the Objection of Jason Incorporated d/b/a Janesville Acoustics to the Debtor's Proposed Cure Amount was filed via this Court's CM/ECF system and served on June 15, 2009 on those parties listed on the annexed schedule via overnight mail.

*/s/ Jennifer A. Christian*
Jennifer A. Christian

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>Attn: Warren Command Center<br>Mailcode 480-206-114 | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq. |
| U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C. 20220<br>Attn: Matthew Feldman, Esq. | Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>Attn: John J. Rapisardi, Esq. |
| Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>Attn: Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>BY HAND | Office of United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004<br>Attn: Diana G. Adams, Esq. |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Attn: Gordon Z. Novod, Esq. | |