IVEY, BARNUM & O'MARA, LLC
Melissa Zelen Neier (MZ 7510)
170 Mason Street
Greenwich, CT 06830
(203) 661-6000

*Attorneys for Sonic Automotive, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11
                                          :
GENERAL MOTORS CORP., *et al.*,           :        Case No. 09-50026 (REG)
                                          :
                          Debtors.        :        (Jointly Administered)
                                          :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 15, 2009, a copy of the **Notice of Appearance and Request for Notice and Objection of Sonic Automotive, Inc. and Certain of Its Direct and Indirect Subsidiaries to Proposed Cure Amounts in Connection with Assumption and Assignment of Dealer Agreements** was filed electronically and served as follows: (a) by e-mail and by Federal Express overnight mail to all parties listed on "Schedule A" attached hereto for whom electronic mail addresses are listed thereon; (b) via facsimile transmission to the fax numbers indicated for the parties which do not have electronic mail addresses; and (c) via the Court's CM/ECF system upon the parties identified as receiving electronic notice. Parties may access this filing through the Court's CM/ECF System.

Dated this 15th day of June, 2009.

                                   BY:    /s/ Melissa Zelen Neier
                                          Melissa Zelen Neier, Esq. (MZ 7510)
                                          IVEY, BARNUM, AND O'MARA, LLC
                                          170 Mason Street
                                          Greenwich, CT  06830
                                          mneier@ibolaw.com
                                          Telephone: (203) 661-6000
                                          Fax: (203) 661-9462

                                          -and-

                                          Kiah T. Ford IV
                                          Parker Poe Adams & Bernstein LLP
                                          Three Wachovia Center
                                          401 S. Tryon Street, Suite 3000
                                          Charlotte, North Carolina 28202
                                          Phone (704) 372-9000
                                          chipford@parkerpoe.com

## Schedule A

General Motors Corporation
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114
**Email via Weil, Gotshal & Manges LLP**
*Debtors*

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
**harvey.miller@weil.com**
**stephen.karotkin@weil.com**
**joseph.smolinsky@weil.com**
*Attorneys for the Debtors*

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
**john.rapisardi@cwt.com**
*Counsel to the Purchaser*

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY 10019
**mjedelman@vedderprice.com**
**mschein@vedderprice.com**
*Counsel for Export Development Canada*

Robert D. Wolford
Miller, Johnson, Snell & Commiskey PLC
250 Monroe Avenue, N.W.
Suite 800
Grand Rapids, Michigan 49503
**ecfwolford@millerjohnson.com**
*Attorneys for the Creditors' Committee*

Thomas Moers Mayer, Esq.
Kenneth H. Eckstein, Esq.
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
**tmayer@kramerlevin.com**
**keckstein@kramerlevin.com**
**gnovod@kramerlevin.com**
*Counsel to the Official Committee of
Unsecured Creditors*

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220
**matthew.feldman@do.treas.gov**

Office of the United States Trustee
For the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004
**Facsimile Number: 212-668-2255**