# SCHEDULE 1

## Listing of Unpaid Invoices

**General Motors - Detailed invoice information and unapplied payments**
June 2, 2009

| Invoice # | PO# | Invoice Date | Original Invoice Amt | Amount Still Due | Packing Slip |
|---|---|---|---|---|---|
| 1060701 | CX45542 | 9/25/2008 | 4,107.75 | 3,447.75 | 1058412 |
| 1060858 | CX 45542 | 10/9/2008 | 1,188.00 | 1,188.00 | 1058346 |
| 1060999 | | 10/10/2008 | (1,188.00) | (1,078.00) | |
| 1060925 | CX44542 | 10/17/2008 | 660.00 | 660.00 | 1058639 |
| 1060928 | CX-46781 | 10/17/2008 | 9,371.95 | 1,835.95 | 1058640 |
| 1060947 | CX-46781 | 10/20/2008 | 5,908.50 | 3,210.00 | 1058652 |
| 1060948 | CX-46781 | 10/20/2008 | 2,869.50 | 2,869.50 | 1058668 |
| 1061336 | CX-46781 | 12/3/2008 | 138.60 | 138.60 | 1059038 |
| 1061355 | CX-46781 | 12/4/2008 | 313.50 | 313.50 | 1059048 |
| 1061473 | CX-46781 | 12/23/2008 | 4,012.50 | 4,012.50 | 1059149 |
| 1061517 | CX-46781 | 1/8/2009 | 4,279.05 | (1,252.67) | 1059185 |
| 1061538 | CX-46781 | 1/15/2009 | 2,891.25 | 2,891.25 | 1059171 |
| 1061623 | CX-46781 | 2/2/2009 | 783.87 | 783.87 | 1059292 |
| 1061750 | CX-46781 | 2/19/2009 | 5,782.50 | 5,782.50 | 1059405 |
| 1061751 | CX-46781 | 2/19/2009 | 5,782.50 | 5,782.50 | 1059406 |
| 1061763 | CX-46781 | 2/23/2009 | 238.50 | 93.50 | 1059421 |
| Payment | | 12/1/2008 | (23,112.17) | (6,472.93) | |
| Payment | | 4/29/2009 | (26,195.30) | (1,298.00) | |
| Payment | | 5/26/2009 | (18,624.05) | (2,675.00) | |
| Payment | | 5/29/2009 | (9,891.00) | 942.00 | |
| 102811 | 11543 | 4/13/2009 | 78.54 | 78.54 | 102648 |
| 102832 | CX-46781 | 4/15/2009 | 1,510.78 | 1,510.78 | 102681 |
| 102891 | CX-59530 | 4/20/2009 | 4,992.40 | 4,992.40 | 102743 |
| 102911 | CX-59530 | 4/21/2009 | 4,357.00 | 4,357.00 | 102756 |
| 102948 | CX-46781 | 4/23/2009 | 383.75 | 230.25 | 102793 |
| 102964 | CX-59530 | 4/24/2009 | 2,226.60 | 2,226.60 | 102817 |
| 103075 | CX-59530 | 5/1/2009 | 1,783.00 | 1,783.00 | 102927 |
| 103100 | CX-59530 | 5/4/2009 | 4,457.50 | 4,457.50 | 102956 |
| 103120 | CX45542 | 5/5/2009 | 1,075.80 | 1,075.80 | 102973 |
| 103121 | CX-59530 | 5/5/2009 | 4,457.50 | 4,457.50 | 102981 |
| 103174 | CX-59530 | 5/7/2009 | 4,186.80 | 4,186.80 | 103023 |
| 103193 | CX45542 | 5/8/2009 | 330.00 | 330.00 | 103033 |
| 103213 | CX-59530 | 5/11/2009 | 2,395.80 | 2,395.80 | 103059 |
| 103344 | CX45542 | 5/19/2009 | 1,056.00 | 1,056.00 | 103179 |
| 103329 | | 5/20/2009 | (3,469.50) | (260.10) | |
| 103462 | | 5/28/2009 | (22,020.75) | (5,522.90) | |
| | | | | 48,529.79 | |