**STRATTEC POWER ACCESS LLC**
**Total Outstanding Accounts Receivable Due From**
**General Motors and Saturn US as of 5/31/09**

| SSC Account # | Date | Type | Invoice # | Accounts Receivable as of 5/31/09 | Paid 6/2/09 per GM | To Pay 7/2/09 Per GM | In Cure per GM decor | Balance |
|---|---|---|---|---|---|---|---|---|
| 70000000 | 50209 | IN | 407 | 3,184.00 | | 3,096.32 | | 87.68 |
| 70000000 | 51109 | IN | 424 | 15,920.00 | | | 15,481.60 | 438.40 |
| GM SPO | | | | 19,104.00 | - | 3,096.32 | 15,481.60 | 526.08 |
| | | | | | | | | |
| 71000000 | 40909 | IN | 337 | 29,868.36 | 0 | | | 29,868.36 |
| 71000000 | 50609 | IN | 418 | 16,153.82 | | 16153.8 | | 0.02 |
| 71000000 | 51309 | IN | 428 | 14,275.60 | | 14,275.60 | | - |
| 71000000 | 51409 | IN | 431 | 30,225.90 | | 30,225.90 | | - |
| 71000000 | 52109 | IN | 451 | 17,578.46 | | 17578.5 | | (0.04) |
| 71000000 | 52809 | IN | 462 | 83,007.82 | | 83007.8 | | 0.02 |
| GM Production | | | | 191,109.96 | - | 161,241.60 | - | 29,868.36 |
| | | | | | | | | |
| **Total GM** | | | | 210,213.96 | - | 164,337.92 | 15,481.60 | 30,394.44 |
| | | | | | | | | |
| **Saturn Service** | | | | | | | | |
| 30000000 | 51109 | IN | 425 | 1,592.00 | | | 1,592.00 | - |
| | | | | 1,592.00 | - | - | 1,592.00 | - |
| | | | | | | | | |
| **Total GM and Saturn** | | | | 211,805.96 | - | 164,337.92 | 17,073.60 | 30,394.44 |

**Summary**
| | |
|---|---|
| AR Balance 5/31/09 | 211,805.96 |
| Payments | (181,411.52) |
| **Balance to reconcile** | 30,394.44 |