# EXHIBIT 1

**Cure Amount Payable directly to APL Liner**

| Invoice Number | Invoice Date | Invoice Amount | Services Rendered | |
|---|---|---|---|---|
| CHII021123 | 12/31/2008 | 1,755.00 | Ocean Transportation Services | |
| CHII021305 | 1/31/2009 | 1,831.00 | Ocean Transportation Services | |
| CHII021617 | 3/31/2009 | 13,780.00 | Ocean Transportation Services | |
| CHII021682 | 4/16/2009 | 1,950.00 | Ocean Transportation Services | |
| CHII021735 | 4/30/2009 | 260.00 | Ocean Transportation Services | |
| 5838129 | 3/13/2009 | 9,710.00 | Ocean Transportation Services | |
| 5863953 | 9/26/2008 | 260.00 | Ocean Transportation Services | |
| 5872329 | 4/29/2009 | 4,855.00 | Ocean Transportation Services | |
| 5924899 | 3/12/2009 | 4,855.00 | Ocean Transportation Services | |
| 5927032 | 4/16/2009 | 4,855.00 | Ocean Transportation Services | |
| 31823504 | 9/25/2008 | 360.00 | Ocean Transportation Services | |
| 31915964 | 4/8/2009 | 3,150.00 | Ocean Transportation Services | |
| 31915985 | 4/24/2009 | 3,150.00 | Ocean Transportation Services | |
| 51030399 | 3/16/2009 | 5,000.00 | Ocean Transportation Services | |
| 51030411 | 4/6/2009 | 2,673.75 | Ocean Transportation Services | |
| 51030427 | 4/21/2009 | 500.00 | Ocean Transportation Services | |
| 51030433 | 4/24/2009 | 1,000.00 | Ocean Transportation Services | |
| 51066744 | 9/4/2008 | 160.00 | Ocean Transportation Services | |
| 54502515 | 5/13/2009 | 2,100.00 | Ocean Transportation Services | |
| 54502527 | 5/13/2009 | 2,100.00 | Ocean Transportation Services | |
| 62142930 | 8/25/2008 | 190.00 | Ocean Transportation Services | |
| 62143026 | 9/23/2008 | 190.00 | Ocean Transportation Services | |
| 63123717 | 8/3/2008 | 640.00 | Ocean Transportation Services | |
| 63123749 | 8/3/2008 | 200.00 | Ocean Transportation Services | |
| 63123883 | 8/24/2008 | 200.00 | Ocean Transportation Services | |
| 63152014 | 9/8/2008 | 200.00 | Ocean Transportation Services | |
| 63152185 | 10/6/2008 | 200.00 | Ocean Transportation Services | |
| 63152316 | 11/3/2008 | 200.00 | Ocean Transportation Services | |
| 64643804 | 9/16/2008 | 270.00 | Ocean Transportation Services | |
| 64643895 | 10/28/2008 | 180.00 | Ocean Transportation Services | |
| 64734833 | 3/30/2009 | 4,450.00 | Ocean Transportation Services | |
| 66001513 | 4/16/2009 | 4,335.00 | Ocean Transportation Services | |
| 66001936 | 4/23/2009 | 4,335.00 | Ocean Transportation Services | |
| 98340892 | 10/3/2008 | 1,700.00 | Ocean Transportation Services | |
| 98370585 | 4/24/2009 | 8,850.00 | Ocean Transportation Services | |
| 98370823 | 3/16/2009 | 5,800.00 | Ocean Transportation Services | |
| 98370847 | 3/17/2009 | 5,800.00 | Ocean Transportation Services | |
| 98370892 | 3/17/2009 | 5,800.00 | Ocean Transportation Services | |
| CHII020923 | 11/16/2008 | 15,536.00 | Ocean Transportation Services | |
| CHII021205 | 1/17/2009 | 9,007.00 | Ocean Transportation Services | |
| CHII021306 | 1/31/2009 | 9,750.00 | Ocean Transportation Services | |
| CHII021384 | 2/16/2009 | 15,343.00 | Ocean Transportation Services | |
| CHII021475 | 2/28/2009 | 14,170.00 | Ocean Transportation Services | |
| CHII021557 | 3/16/2009 | 2,860.00 | Ocean Transportation Services | |
| CHII021618 | 3/31/2009 | 29,729.00 | Ocean Transportation Services | |
| CHII021683 | 4/16/2009 | 10,660.00 | Ocean Transportation Services | |

| | | | |
|---|---|---|---|
| CHII021736 | 4/30/2009 | 5,200.00 | Ocean Transportation Services |
| CHII021794 | 5/16/2009 | 585.00 | Ocean Transportation Services |
| CHII021845 | 5/31/2009 | 650.00 | Ocean Transportation Services |
| CHIY001441 | 5/15/2009 | 220.00 | Ocean Transportation Services |
| ESPU026868 | 3/4/2009 | 100.00 | Ocean Transportation Services |
| 58412336 | 2/23/2009 | 2,727.97 | Ocean Transportation Services |
| ATLY001924 | 2/19/2009 | 175.00 | Ocean Transportation Services |
| ATLY001933 | 2/25/2009 | 25.00 | Ocean Transportation Services |
| ATLY001968 | 3/4/2009 | 180.00 | Ocean Transportation Services |
| ATLY002053 | 3/25/2009 | 30.00 | Ocean Transportation Services |
| ATLY002086 | 4/1/2009 | 265.00 | Ocean Transportation Services |
| ATLY002170 | 4/22/2009 | 60.00 | Ocean Transportation Services |
| HOUI017913 | 4/16/2009 | 780.00 | Ocean Transportation Services |
| 5838128 | 3/4/2009 | 2,774.00 | Ocean Transportation Services |
| 5870268 | 3/10/2009 | 300.78 | Ocean Transportation Services |
| 5870288 | 3/10/2009 | 300.78 | Ocean Transportation Services |
| 5870420 | 3/27/2009 | 2,460.00 | Ocean Transportation Services |
| 5870421 | 3/27/2009 | 2,970.00 | Ocean Transportation Services |
| 5870435 | 4/3/2009 | 3,610.00 | Ocean Transportation Services |
| 5870436 | 4/3/2009 | 3,610.00 | Ocean Transportation Services |
| 5870437 | 4/3/2009 | 3,610.00 | Ocean Transportation Services |
| 5871439 | 4/8/2009 | 2,920.00 | Ocean Transportation Services |
| 5871440 | 4/3/2009 | 2,965.00 | Ocean Transportation Services |
| 5871441 | 4/3/2009 | 2,965.00 | Ocean Transportation Services |
| 5871442 | 4/3/2009 | 2,965.00 | Ocean Transportation Services |
| 5871444 | 4/3/2009 | 2,475.00 | Ocean Transportation Services |
| 5871445 | 4/3/2009 | 3,060.00 | Ocean Transportation Services |
| 5871446 | 4/3/2009 | 2,760.00 | Ocean Transportation Services |
| 5871447 | 4/3/2009 | 2,760.00 | Ocean Transportation Services |
| 5871448 | 4/3/2009 | 2,760.00 | Ocean Transportation Services |
| 5871449 | 4/3/2009 | 2,760.00 | Ocean Transportation Services |
| 5871450 | 4/3/2009 | 2,760.00 | Ocean Transportation Services |
| 5871451 | 4/3/2009 | 2,760.00 | Ocean Transportation Services |
| 5871452 | 4/3/2009 | 2,760.00 | Ocean Transportation Services |
| 5871453 | 4/3/2009 | 2,965.00 | Ocean Transportation Services |
| 5871454 | 4/3/2009 | 2,965.00 | Ocean Transportation Services |
| 5871455 | 4/3/2009 | 3,110.00 | Ocean Transportation Services |
| 5871458 | 4/3/2009 | 3,260.00 | Ocean Transportation Services |
| 5871459 | 4/3/2009 | 3,610.39 | Ocean Transportation Services |
| 5871460 | 4/3/2009 | 2,760.00 | Ocean Transportation Services |
| 5871461 | 4/3/2009 | 2,760.00 | Ocean Transportation Services |
| 5871462 | 4/3/2009 | 2,920.00 | Ocean Transportation Services |
| 5871463 | 4/3/2009 | 2,965.00 | Ocean Transportation Services |
| 5871464 | 4/3/2009 | 2,760.00 | Ocean Transportation Services |
| 5871465 | 4/3/2009 | 2,760.00 | Ocean Transportation Services |
| 5871466 | 4/3/2009 | 2,760.00 | Ocean Transportation Services |
| 5871467 | 4/3/2009 | 2,760.00 | Ocean Transportation Services |
| 5871468 | 4/3/2009 | 2,760.00 | Ocean Transportation Services |
| 5871469 | 4/3/2009 | 2,760.00 | Ocean Transportation Services |
| 5871470 | 4/3/2009 | 2,760.00 | Ocean Transportation Services |
| 5871471 | 4/3/2009 | 2,760.00 | Ocean Transportation Services |
| 5871473 | 4/3/2009 | 3,505.00 | Ocean Transportation Services |

| | | | |
|---|---|---|---|
| 5871474 | 4/3/2009 | 3,610.00 | Ocean Transportation Services |
| 5871475 | 4/3/2009 | 2,760.00 | Ocean Transportation Services |
| 5871476 | 4/3/2009 | 2,620.00 | Ocean Transportation Services |
| 5871477 | 4/3/2009 | 3,610.39 | Ocean Transportation Services |
| 5871478 | 4/3/2009 | 3,835.00 | Ocean Transportation Services |
| 5871479 | 4/3/2009 | 3,135.00 | Ocean Transportation Services |
| 5871480 | 4/3/2009 | 2,860.00 | Ocean Transportation Services |
| 5871481 | 4/3/2009 | 2,960.00 | Ocean Transportation Services |
| 5871482 | 4/3/2009 | 3,305.00 | Ocean Transportation Services |
| 5871483 | 4/3/2009 | 3,335.00 | Ocean Transportation Services |
| 5871484 | 4/3/2009 | 2,760.00 | Ocean Transportation Services |
| 5871485 | 4/3/2009 | 3,860.00 | Ocean Transportation Services |
| 5871486 | 4/3/2009 | 2,920.00 | Ocean Transportation Services |
| 5871487 | 4/3/2009 | 2,920.00 | Ocean Transportation Services |
| 5871488 | 4/3/2009 | 2,760.00 | Ocean Transportation Services |
| 5871489 | 4/3/2009 | 2,760.00 | Ocean Transportation Services |
| 5871490 | 4/3/2009 | 2,760.00 | Ocean Transportation Services |
| 5871491 | 4/3/2009 | 2,760.00 | Ocean Transportation Services |
| 5871492 | 4/3/2009 | 2,760.00 | Ocean Transportation Services |
| 5871493 | 4/3/2009 | 2,760.00 | Ocean Transportation Services |
| 5871508 | 4/6/2009 | 3,305.00 | Ocean Transportation Services |
| 5871509 | 4/7/2009 | 2,920.00 | Ocean Transportation Services |
| 5871510 | 4/7/2009 | 2,965.00 | Ocean Transportation Services |
| 5871511 | 4/7/2009 | 3,810.00 | Ocean Transportation Services |
| 5871513 | 4/7/2009 | 2,910.00 | Ocean Transportation Services |
| 5871514 | 4/6/2009 | 2,275.00 | Ocean Transportation Services |
| 5871515 | 4/6/2009 | 2,745.00 | Ocean Transportation Services |
| 5871516 | 4/7/2009 | 2,920.00 | Ocean Transportation Services |
| 5871518 | 4/7/2009 | 2,965.00 | Ocean Transportation Services |
| 5871519 | 4/7/2009 | 2,965.00 | Ocean Transportation Services |
| 5871520 | 4/10/2009 | 3,105.00 | Ocean Transportation Services |
| 5871521 | 4/10/2009 | 3,115.00 | Ocean Transportation Services |
| 5871522 | 4/10/2009 | 2,880.00 | Ocean Transportation Services |
| 5871523 | 4/10/2009 | 3,020.00 | Ocean Transportation Services |
| 5871524 | 4/10/2009 | 3,210.00 | Ocean Transportation Services |
| 5871525 | 4/10/2009 | 3,560.00 | Ocean Transportation Services |
| 5871526 | 4/7/2009 | 1,810.00 | Ocean Transportation Services |
| 5871527 | 4/10/2009 | 2,810.00 | Ocean Transportation Services |
| 5871528 | 4/10/2009 | 3,305.00 | Ocean Transportation Services |
| 5871529 | 4/10/2009 | 2,760.00 | Ocean Transportation Services |
| 5871530 | 4/7/2009 | 2,920.00 | Ocean Transportation Services |
| 5871531 | 4/7/2009 | 2,965.00 | Ocean Transportation Services |
| 5871533 | 4/10/2009 | 3,280.00 | Ocean Transportation Services |
| 5871534 | 4/10/2009 | 3,110.00 | Ocean Transportation Services |
| 5871535 | 4/10/2009 | 1,910.00 | Ocean Transportation Services |
| 5871536 | 4/10/2009 | 2,955.00 | Ocean Transportation Services |
| 5871537 | 4/10/2009 | 1,960.00 | Ocean Transportation Services |
| 5871538 | 4/10/2009 | 2,960.00 | Ocean Transportation Services |
| 5871539 | 4/10/2009 | 2,960.00 | Ocean Transportation Services |
| 5871540 | 4/10/2009 | 2,960.00 | Ocean Transportation Services |
| 5871541 | 4/10/2009 | 3,380.00 | Ocean Transportation Services |
| 5871542 | 4/10/2009 | 2,110.00 | Ocean Transportation Services |

| | | | |
|---|---|---|---|
| 5871545 | 4/10/2009 | 3,340.00 | Ocean Transportation Services |
| 5871546 | 4/10/2009 | 2,275.00 | Ocean Transportation Services |
| 5871547 | 4/10/2009 | 2,760.00 | Ocean Transportation Services |
| 5871557 | 4/15/2009 | 3,460.00 | Ocean Transportation Services |
| 5871575 | 4/17/2009 | 3,495.00 | Ocean Transportation Services |
| 5871576 | 4/17/2009 | 2,460.00 | Ocean Transportation Services |
| 5871577 | 4/17/2009 | 2,760.00 | Ocean Transportation Services |
| 5871578 | 4/17/2009 | 3,610.00 | Ocean Transportation Services |
| 5871587 | 4/24/2009 | 3,610.00 | Ocean Transportation Services |
| 5872611 | 5/11/2009 | 2,593.00 | Ocean Transportation Services |
| 5872612 | 5/11/2009 | 2,593.00 | Ocean Transportation Services |
| 5872613 | 5/11/2009 | 2,593.00 | Ocean Transportation Services |
| 5872614 | 5/11/2009 | 2,593.00 | Ocean Transportation Services |
| 5872615 | 5/11/2009 | 2,593.00 | Ocean Transportation Services |
| 5872616 | 5/11/2009 | 2,593.00 | Ocean Transportation Services |
| 5872617 | 5/11/2009 | 2,593.00 | Ocean Transportation Services |
| 5872618 | 5/13/2009 | 2,593.00 | Ocean Transportation Services |
| 5872619 | 5/11/2009 | 2,593.00 | Ocean Transportation Services |
| 5872620 | 5/11/2009 | 2,892.00 | Ocean Transportation Services |
| 5872623 | 5/7/2009 | 2,322.00 | Ocean Transportation Services |
| 5872624 | 5/7/2009 | 2,322.00 | Ocean Transportation Services |
| 5872625 | 5/7/2009 | 2,322.00 | Ocean Transportation Services |
| 5872626 | 5/7/2009 | 2,900.00 | Ocean Transportation Services |
| 5872635 | 5/11/2009 | 2,593.00 | Ocean Transportation Services |
| 5872636 | 5/11/2009 | 2,322.00 | Ocean Transportation Services |
| 5872637 | 5/11/2009 | 2,541.00 | Ocean Transportation Services |
| 5872638 | 5/11/2009 | 2,541.00 | Ocean Transportation Services |
| 5872639 | 5/11/2009 | 2,055.00 | Ocean Transportation Services |
| 5872640 | 5/11/2009 | 2,541.00 | Ocean Transportation Services |
| 5872642 | 5/18/2009 | 3,975.00 | Ocean Transportation Services |
| 5872643 | 5/18/2009 | 3,555.00 | Ocean Transportation Services |
| 5872644 | 5/18/2009 | 3,418.00 | Ocean Transportation Services |
| 5872645 | 5/18/2009 | 3,418.00 | Ocean Transportation Services |
| 5872646 | 5/18/2009 | 2,725.00 | Ocean Transportation Services |
| 5872647 | 5/18/2009 | 2,725.00 | Ocean Transportation Services |
| 5872648 | 5/18/2009 | 2,860.00 | Ocean Transportation Services |
| 5872649 | 5/18/2009 | 2,585.00 | Ocean Transportation Services |
| 5872650 | 5/18/2009 | 3,420.00 | Ocean Transportation Services |
| 5872651 | 5/18/2009 | 2,055.00 | Ocean Transportation Services |
| 5872652 | 5/18/2009 | 2,774.00 | Ocean Transportation Services |
| 5872654 | 5/18/2009 | 1,826.00 | Ocean Transportation Services |
| 5872655 | 5/18/2009 | 3,874.00 | Ocean Transportation Services |
| 5872656 | 5/18/2009 | 3,883.00 | Ocean Transportation Services |
| 5872657 | 5/18/2009 | 3,892.00 | Ocean Transportation Services |
| 5872658 | 5/18/2009 | 2,974.00 | Ocean Transportation Services |
| 5872659 | 5/18/2009 | 1,750.00 | Ocean Transportation Services |
| 5872660 | 5/18/2009 | 3,004.00 | Ocean Transportation Services |
| 5872661 | 5/18/2009 | 1,000.00 | Ocean Transportation Services |
| 5872662 | 5/18/2009 | 2,610.00 | Ocean Transportation Services |
| 5872663 | 5/18/2009 | 1,826.00 | Ocean Transportation Services |
| 5872664 | 5/18/2009 | 1,826.00 | Ocean Transportation Services |
| 5872665 | 5/18/2009 | 3,004.00 | Ocean Transportation Services |

| | | | |
|---|---|---|---|
| 5872666 | 5/18/2009 | 2,990.00 | Ocean Transportation Services |
| 5872667 | 5/18/2009 | 1,844.00 | Ocean Transportation Services |
| 5872668 | 5/18/2009 | 2,974.00 | Ocean Transportation Services |
| 5872669 | 5/18/2009 | 2,974.00 | Ocean Transportation Services |
| 5872670 | 5/18/2009 | 2,974.00 | Ocean Transportation Services |
| 5872671 | 5/18/2009 | 2,096.00 | Ocean Transportation Services |
| 5872672 | 5/18/2009 | 2,585.00 | Ocean Transportation Services |
| 5872673 | 5/18/2009 | 1,844.00 | Ocean Transportation Services |
| 5872674 | 5/18/2009 | 1,844.00 | Ocean Transportation Services |
| 5872675 | 5/18/2009 | 2,702.00 | Ocean Transportation Services |
| 5872689 | 5/18/2009 | 2,475.00 | Ocean Transportation Services |
| 5872707 | 5/22/2009 | 2,593.00 | Ocean Transportation Services |
| 5872708 | 5/22/2009 | 2,593.00 | Ocean Transportation Services |
| 5872709 | 5/22/2009 | 2,593.00 | Ocean Transportation Services |
| 5872710 | 5/22/2009 | 2,593.00 | Ocean Transportation Services |
| 84272822 | 3/31/2009 | 5,607.00 | Ocean Transportation Services |
| 98370891 | 3/24/2009 | 5,607.00 | Ocean Transportation Services |
| 98370912 | 3/24/2009 | 5,607.00 | Ocean Transportation Services |
| 98370913 | 3/23/2009 | 3,050.00 | Ocean Transportation Services |
| 98375350 | 3/31/2009 | 5,607.00 | Ocean Transportation Services |
| 98375361 | 4/7/2009 | 3,450.00 | Ocean Transportation Services |
| 98375392 | 4/6/2009 | 5,607.00 | Ocean Transportation Services |
| 98375402 | 4/6/2009 | 2,420.00 | Ocean Transportation Services |
| 98375406 | 4/6/2009 | 2,900.00 | Ocean Transportation Services |
| 98375414 | 4/30/2009 | 2,875.00 | Ocean Transportation Services |
| 98375427 | 4/9/2009 | 5,607.00 | Ocean Transportation Services |
| 98375441 | 4/13/2009 | 5,607.00 | Ocean Transportation Services |
| 98375455 | 4/21/2009 | 2,600.00 | Ocean Transportation Services |
| 98375457 | 4/20/2009 | 5,607.00 | Ocean Transportation Services |
| 98375466 | 4/20/2009 | 2,900.00 | Ocean Transportation Services |
| 98375480 | 4/23/2009 | 5,607.00 | Ocean Transportation Services |
| 98375524 | 4/23/2009 | 2,950.00 | Ocean Transportation Services |
| 98382874 | 5/3/2009 | 2,875.00 | Ocean Transportation Services |
| 98382875 | 5/3/2009 | 2,875.00 | Ocean Transportation Services |
| 98382882 | 5/13/2009 | 2,700.26 | Ocean Transportation Services |
| 98382885 | 5/4/2009 | 5,817.00 | Ocean Transportation Services |
| 98382888 | 5/13/2009 | 2,420.00 | Ocean Transportation Services |
| 98385349 | 5/13/2009 | 1,850.00 | Ocean Transportation Services |
| 98385366 | 5/27/2009 | 11,395.32 | Ocean Transportation Services |
| 98385371 | 5/25/2009 | 5,607.00 | Ocean Transportation Services |
| 98385385 | 5/18/2009 | 2,354.00 | Ocean Transportation Services |
| 98385412 | 5/22/2009 | 5,607.00 | Ocean Transportation Services |
| 98385435 | 5/26/2009 | 1,586.00 | Ocean Transportation Services |
| CHII020924 | 11/16/2008 | 471.00 | Ocean Transportation Services |
| CHII020998 | 11/30/2008 | 1,307.00 | Ocean Transportation Services |
| CHII021125 | 12/31/2008 | 912.00 | Ocean Transportation Services |
| CHII021206 | 1/17/2009 | 319.00 | Ocean Transportation Services |
| CHII021558 | 3/16/2009 | 17,433.00 | Ocean Transportation Services |
| CHII021737 | 4/30/2009 | 390.00 | Ocean Transportation Services |
| SPEI027110 | 3/11/2009 | 189.75 | Ocean Transportation Services |
| 21787164 | 2/7/2008 | 1,090.00 | Ocean Transportation Services |
| 51062639 | 10/23/2008 | 18.00 | Ocean Transportation Services |

| | | | |
|---|---|---:|---|
| 51062640 | 10/23/2008 | 36.00 | Ocean Transportation Services |
| 51062641 | 10/24/2008 | 36.00 | Ocean Transportation Services |
| 51074641 | 10/24/2008 | 36.00 | Ocean Transportation Services |
| 64370375 | 10/9/2007 | 260.88 | Ocean Transportation Services |
| 700964727 | 8/26/2008 | 75.00 | Ocean Transportation Services |
| 700964785 | 8/26/2008 | 75.00 | Ocean Transportation Services |
| 700971743 | 5/28/2009 | 1,536.00 | Ocean Transportation Services |
| ATLI022834 | 12/19/2008 | 451.00 | Ocean Transportation Services |
| ATLY001587 | 11/6/2008 | 258.00 | Ocean Transportation Services |
| SEAU005608 | 12/9/2004 | 300.00 | Ocean Transportation Services |
| ATLI010936 | 9/17/2004 | 275.00 | Ocean Transportation Services |
| 51030440 | 4/30/2009 | 5,000.00 | Ocean Transportation Services |
| 51030447 | 5/20/2009 | 1,152.60 | Ocean Transportation Services |
| 51030448 | 5/20/2009 | 384.20 | Ocean Transportation Services |
| 51030449 | 5/20/2009 | 384.20 | Ocean Transportation Services |
| CHII020963 | 11/16/2008 | 68.00 | Ocean Transportation Services |
| CHII021738 | 4/30/2009 | 1,820.00 | Ocean Transportation Services |
| 706022701 | 4/22/2007 | 3,468.00 | Ocean Transportation Services |
| 805622373 | 11/18/2008 | 75.00 | Ocean Transportation Services |
| **Total** | | **$ 826,605.27** | |