Mark G. Ledwin, Esq. (ML-6873)
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, NY 10604
Tel:  (914) 872-7148
Fax:  (914) 323-7001
E-Mail:  mark.ledwin@wilsonelser.com

Attorneys for Creditor/Equipment Lessor
Relational Technology Solutions

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- x

In re:

GENERAL MOTORS CORP., et al.,

                                Debtors.

----------------------------------------------------------------------- x

Chapter 11

Case No. 09-50026-REG

Jointly Administered

## OBJECTION OF RELATIONAL TECHNOLOGY SOLUTIONS
## TO DEBTORS' NOTICE OF (I) INTENT TO ASSUME AND ASSIGN
## CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF
## PERSONAL PROPERTY, AND (II) CURE AMOUNTS RELATED THERETO

Relational, LLC, f/k/a Relational Funding Corporation, and d/b/a Relational Technology

Solutions ("RTS"), a creditor and party in interest herein, by and through its undersigned

attorneys, hereby Objects to the Debtors' Notice dated June 5, 2009, of (I) Debtors' Intent to

Assume and Assign Certain Executory Contracts and Unexpired Leases of Personal Property,

and (ii) Cure Amounts related thereto, and respectfully states as follows:

       1.      Prior to the commencement of these jointly administered bankruptcy cases, RTS

entered into several Master Lease Agreements and related Schedules with General Motors Corp.

("GMC" or "Debtors") with respect to the lease of various computer equipment, including servers, work stations, laptops and related accessories (collectively, the "Equipment Leases").

2.     The Equipment leases can be broken down into three categories:   (1) leases between GMC and RTS whereby GMC is billed by and pays RTS directly (the "Direct RTS Leases"); (2) leases between GMC and RTS whereby GMC is billed through and RTS is paid through an electronic billing and payment service managed by EDS (the "RTS/EDS Leases"); and (3) leases originally entered into between GMC and Pacific Rim Capital that were assigned to RTS and whereby GMC is billed through and RTS is paid through a trust established by Pacific Rim Capital (the "RTS/Pac Rim Leases").

3.     RTS received a Notice from the Debtors of their intent to assume and assign the Direct RTS Leases, and the proposed cure amounts for the Direct RTS Leases.  RTS does not necessarily object to the proposed assumption and assignment of the Direct/RTS Lease.  RTS does, however, object to the proposed cure amounts for these Leases.  Debtors assert through its website that the cure amounts for the Direct RTS Leases is $87,453.25.   RTS asserts that the correct cure amount (as of May 31, 2009) for all Schedules under the Direct RTS Leases is $1,483,239.08. A schedule of the amounts which RTS contends to be the correct cure amounts for the Direct RTS Leases is annexed hereto as Exhibit A.

4.     RTS has not received any notice from Debtors with respect to the RTS/EDS Leases or the RTS/Pac Rim Leases.  Thus, RTS hereby objects to any proposed assumption and assignment of the RTS/EDS Leases and the RTS/Pac Rim Leases without proper notice of such assumption and assignment, including notice of the proposed cure amounts to be paid for these Leases.  Also annexed hereto as Exhibit A are schedules of what RTS contends to be the correct

- 2 -

cure amounts (as of May 31, 2009) for all Schedules under the RTS/EDS Leases ($2,519,796.91) and the RTS/Pac Rim Leases ($764,452.85). The total combined cure amount for all of the RTS Equipment Leases is thus $4,767,488.84.

5.    Absent an agreement or order directing the payment to RTS of the correct past-due amounts (both pre- and post-petition) owed under all of the Equipment Leases, RTS hereby objects to the proposed assumption and assignment of the Equipment Leases.    RTS contends that the Debtors are not allowed to "cherry-pick" individual schedules or pieces of equipment for assumption and assignment.    Rather, each of the Master Equipment Leases and attendant Schedules which comprise the Direct RTS Leases, the RTS/EDS Leases and the RTS/Pac Rim Leases must be assumed and assigned as whole, integrated packages, *cum onere*.

6.    Accordingly, RTS hereby reserves all of its rights, claims and objections to the proposed assumption and assignment of any of the Equipment Leases, including, without limitation: (i) the right to adequate notice identifying with reasonable specificity all of the Equipment Leases that are proposed to be assumed and assigned; and (ii) the right to insist that all past-due monetary defaults (both pre- and post-petition) under such Equipment Leases will be immediately cured, or adequate assurances will be provided that they will be promptly cured.

**WHEREFORE**, RTS respectfully requests that the Court enter an Order denying the

Debtors' request to assume and assign the Equipment Leases absent the satisfaction of the

various objections of RTS set forth above, together with such other and further relief in favor of

RTS as the Court deems just and proper.


Dated:  White Plains, New York
        June 15, 2009

                                    **WILSON, ELSER, MOSKOWITZ,**
                                    **EDELMAN & DICKER  LLP**

                            By:   */s/ Mark G. Ledwin*
                                  Mark G. Ledwin, Esq. (ML-6873)
                                  3 Gannett Drive
                                  White Plains, NY  10604
                                  Tel:  (914) 872-7148
                                  Fax:  (914) 323-7001
                                  E-Mail:  mark.ledwin@wilsonelser.com

                                  Attorneys for Creditor/Equipment Lessor
                                  Relational Technology Solutions

2420988.1

## CERTIFICATE OF SERVICE

Mark G. Ledwin, an attorney duly admitted to practice before this Court, hereby certifies that on the 15th day of June, 2009, I caused true and correct copies of the foregoing Objection to be served via Fed Ex overnight delivery service on each of the parties listed on the annexed Service List.

Dated:  White Plains, New York
       June 15, 2009

                                          */s/ Mark G. Ledwin*
                                          Mark G. Ledwin, Esq. (ML-6873)

2420988.1

## SERVICE LIST

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn:   Warren Command Center
        Mailcode 480-206-114

Weil, Gotshal & Manges LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York 10153
Attn:   Harvey R. Miller, Esq.
        Stephen Karotkin, Esq.
        Joseph H. Smolinsky, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220
Attn:   Matthew Feldman, Esq.

Cadwalader, Wickerham & Taft LLP
Attorneys for the Purchaser
One World Financial Center
New York, New York 10281
Attn:   John J. Rapisardi, Esq.

Kramer Levin Naftalis & Frankel LLP
Attorneys for the Creditors Committee
1177 Avenue of the Americas
New York, New York 10036
Attn:   Thomas Moers Mayer, Esq.
        Kenneth H. Eckstein, Esq.
        Gordon Z. Novod, Esq.

Vedder Price, P.C.
Attorneys for Export Development Canada
1633 Broadway, 47th Floor
New York, New York 10019
Attn:   Michael J. Edelman, Esq.
        Michael L. Schein, Esq.

Office of the U.S. Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Diana G. Adams, Esq.

- 7 -

# EXHIBIT A

## General Motors Summary as of 5/31/09

| Category | Direct (Listed on GM Web Site) | Direct (Not Listed on GM Web Site) | EDS | Pacific Rim | Total |
|---|---|---|---|---|---|
| Rents Due | $1,181,360.35 | $170,112.62 | $1,946,389.27 | $412,218.41 | $3,710,080.65 |
| Property taxes | $50,216.35 | $40,013.71 | $63,169.33 | $255,277.38 | $408,676.77 |
| Sales taxes | $7,327.53 | $32.72 | $219,678.39 | $490.45 | $227,529.09 |
| Chargebacks | $14,269.00 | | $183,773.72 | $91,125.00 | $289,167.72 |
| Equipment Sales | $1,010.00 | | $92,980.00 | | $93,990.00 |
| Upfront taxes | $5,948.80 | $12,948.00 | $10,440.12 | | $29,336.92 |
| Lender Advances | | | | $5,341.61 | $5,341.61 |
| Freight | | | $3,366.08 | | $3,366.08 |
| **Grand Total** | **$1,260,132.03** | **$223,107.05** | **$2,519,796.91** | **$764,452.85** | **$4,767,488.84** |

GMC Direct Leases (Assumed)
Outstanding A/R
as of 5/31/09

| Lease Number | Total |
|---|---|
| GMC-279-I Total | $6,460.34 |
| GMC-325-I Total | $44,987.54 |
| GMC-326-I Total | $7,361.28 |
| GMC-327-I-D Total | $30,764.07 |
| GMC-378-I-D Total | $4,557.80 |
| GMC-382-I Total | $14,526.00 |
| GMC-383-I Total | $21,612.00 |
| GMC-389-I-D Total | $22,606.00 |
| GMC-390-I-D Total | $13,601.07 |
| GMC-391-I-D Total | $15,006.00 |
| GMC-422-I-D Total | $152.23 |
| GMC-465-I Total | $1,912.72 |
| GMC-466-I Total | $3,142.05 |
| GMC-467-I Total | $5,782.42 |
| GMC-474-I Total | $1,510.06 |
| GMC-476-I Total | $5,292.10 |
| GMC-477-I Total | $528.10 |
| GMC-490-I Total | $1,488.67 |
| GMC-513-I Total | $22,179.96 |
| GMC-514-I Total | $22,295.43 |
| GMC-515-I Total | $20,628.00 |
| GMC-519-I Total | $432.84 |
| GMC-523-I Total | $4,287.30 |
| GMC-527-I Total | $705.33 |
| GMC-528-I-D Total | $288,603.81 |
| GMC-529-I Total | $1,294.11 |
| GMC-530-I-D Total | $210,963.12 |
| GMC-531-I-D Total | $152,832.10 |
| GMC-533-I-D Total | $153.90 |
| GMC-534-I-D Total | $2,428.08 |
| GMC-535-I-D Total | $1,545.24 |
| GMC-536-I-D Total | $4,856.16 |
| GMC-538-I-D Total | $4,926.44 |
| GMC-539-I-D Total | $1,214.04 |
| GMC-540-I-D Total | $1,683.24 |
| GMC-541-I-D Total | $2,772.88 |
| GMC-542-I-D Total | $2,817.85 |
| GMC-543-I-D Total | $7,981.83 |
| GMC-544-I-D Total | $6,831.82 |
| GMC-545-I-D Total | $6,148.64 |
| GMC-546-I-D Total | $513.42 |
| GMC-548-I-D Total | $2,944.73 |
| GMC-549-I Total | $1,472.52 |
| GMC-553-I-D Total | $1,765.34 |
| GMC-554-I-D Total | $988.22 |
| GMC-560-I-D Total | $13,408.43 |
| GMC-561-I-D Total | $9,140.05 |
| GMC-564-I-D Total | $4,872.99 |
| GMC-565-I-D Total | $32,809.62 |
| GMC-566-I-D Total | $25,762.12 |
| GMC-568-I-D Total | $2,326.92 |
| GMC-569-I-D Total | $2,878.22 |
| GMC-570-I-D Total | $5,022.07 |
| GMC-571-I-D Total | $11,692.68 |

GMC I-D Leases (Assumed)
Outstanding A/R
as of 5/31/09

| Lease Number | Total |
|---|---|
| GMC-572-I-D Total | $41,849.01 |
| GMC-573-I-D Total | $12,322.44 |
| GMC-574-I-D Total | $4,694.26 |
| GMC-575-I-D Total | $7,537.25 |
| GMC-576-I-D Total | $13,143.94 |
| GMC-577-I-D Total | $18,777.04 |
| GMC-578-I-D Total | $1,760.34 |
| GMC-579-I-D Total | $34,502.82 |
| GMC-580-I-D Total | $28,165.55 |
| GMC-581-I-D Total | $9,154.08 |
| GMC-582-I-D Total | $3,755.40 |
| Grand Total | $1,260,132.03 |

**GM Direct Leases (Not Assumed)**
**Outstanding A/R**
**as of 5/31/09**

| Lease Number | Total |
|---|---|
| GMC-259-I Total | $5,313.53 |
| GMC-286-I Total | $279.24 |
| GMC-303-I Total | $3,741.85 |
| GMC-326.1-I Total | $1,377.48 |
| GMC-331-I Total | $3,366.60 |
| GMC-333-I Total | $1,569.52 |
| GMC-336-I Total | $712.56 |
| GMC-377-I-D Total | $5,916.06 |
| GMC-380-I-D Total | $358.74 |
| GMC-381-I-D Total | $13,828.47 |
| GMC-392-I-D Total | $14,460.95 |
| GMC-419-I-D Total | $924.70 |
| GMC-427-I Total | $3,338.71 |
| GMC-447-I Total | $18,643.59 |
| GMC-478-I Total | $1,642.00 |
| GMC-532-I-D Total | $116,689.84 |
| GMC-537-I-D Total | $29,029.82 |
| GMC-552-I-D Total | $1,913.39 |
| **Grand Total** | **$223,107.05** |

**GMC Leas - serviced by EDS**
**Outstanding A/R**
**as of 5/31/09**

| Lease Number | Total |
|---|---|
| GMC-200 Total | $920.97 |
| GMC-201 Total | $9,356.47 |
| GMC-202 Total | $500.70 |
| GMC-203 Total | $18,261.72 |
| GMC-204 Total | $5,859.38 |
| GMC-205 Total | $3,141.67 |
| GMC-206 Total | $13,477.21 |
| GMC-207 Total | $2,000.72 |
| GMC-208 Total | $1,010.40 |
| GMC-209 Total | $102.90 |
| GMC-210 Total | $13,751.81 |
| GMC-211 Total | $32,272.68 |
| GMC-213 Total | $522.85 |
| GMC-214 Total | $2,189.96 |
| GMC-215 Total | $10,714.68 |
| GMC-216 Total | $16,522.41 |
| GMC-216-1 Total | $297.38 |
| GMC-219 Total | $38,220.39 |
| GMC-220 Total | $1,014.36 |
| GMC-221 Total | $7,308.68 |
| GMC-222-D Total | $848.00 |
| GMC-223 Total | $239.24 |
| GMC-224 Total | $10.71 |
| GMC-225 Total | $1,961.24 |
| GMC-227 Total | $12.50 |
| GMC-229 Total | $11.52 |
| GMC-231 Total | $69.83 |
| GMC-232 Total | $23,159.10 |
| GMC-233 Total | $1,617.78 |
| GMC-234 Total | $73,903.76 |
| GMC-235-D Total | $67,202.02 |
| GMC-236-D Total | $10,398.35 |
| GMC-238 Total | $7,646.76 |
| GMC-239 Total | $4,861.28 |
| GMC-240 Total | $37.20 |
| GMC-241 Total | $1,378.00 |
| GMC-241-1 Total | $58.35 |
| GMC-242-D Total | $1,805.72 |
| GMC-243 Total | $5,439.83 |
| GMC-247 Total | $23,540.16 |
| GMC-247-1 Total | $1,150.05 |
| GMC-248 Total | $121,015.31 |
| GMC-250 Total | $34,463.23 |
| GMC-251-D Total | $11,418.12 |
| GMC-252 Total | $762.72 |
| GMC-253-D Total | $2,569.15 |
| GMC-255 Total | $11,204.05 |
| GMC-256 Total | $18,063.78 |
| GMC-257 Total | $475.00 |
| GMC-258-D Total | $2,822.24 |
| GMC-260-D Total | $37,199.03 |
| GMC-261 Total | $6,697.92 |
| GMC-262-D Total | $690.37 |
| GMC-263-D Total | $3,466.19 |

| Lease Number | Total |
|---|---|
| GMC-264 Total | $556.47 |
| GMC-265-D Total | $5,807.90 |
| GMC-266-D Total | $17,934.43 |
| GMC-267-D Total | $22.20 |
| GMC-268 Total | $731.97 |
| GMC-269 Total | $1,308.54 |
| GMC-271-D Total | $7,931.06 |
| GMC-272 Total | $5,611.13 |
| GMC-273 Total | $18,659.04 |
| GMC-274 Total | $333.76 |
| GMC-276-D Total | $26.50 |
| GMC-277 Total | $1,707.95 |
| GMC-278 Total | $35,496.23 |
| GMC-280 Total | $639.76 |
| GMC-281 Total | $1,069.11 |
| GMC-282-D Total | $112,615.38 |
| GMC-284 Total | $25,823.26 |
| GMC-285 Total | $52,827.50 |
| GMC-285-1 Total | $1,680.47 |
| GMC-287-D Total | $13,611.42 |
| GMC-288-D Total | $17,673.30 |
| GMC-290-D Total | $1,133.87 |
| GMC-291-D Total | $33,481.00 |
| GMC-292 Total | $11,249.40 |
| GMC-293-D Total | $559.81 |
| GMC-294 Total | $170.00 |
| GMC-295 Total | $20,459.90 |
| GMC-296 Total | $15,341.30 |
| GMC-297-D Total | $871.82 |
| GMC-298 Total | $12,086.20 |
| GMC-300-D Total | $16,381.54 |
| GMC-304-D Total | $54,544.44 |
| GMC-305 Total | $17,558.17 |
| GMC-305-1 Total | $7,582.05 |
| GMC-306 Total | $4,406.92 |
| GMC-307-D Total | $118,541.26 |
| GMC-309 Total | $5,886.72 |
| GMC-310-D Total | $208.31 |
| GMC-312-C-D Total | $17,865.58 |
| GMC-313-C-D Total | $11,766.05 |
| GMC-314-C-D Total | $5,520.46 |
| GMC-315-C-D Total | $5,027.76 |
| GMC-316-C-D Total | $19,242.99 |
| GMC-317-C-D Total | $25,393.63 |
| GMC-318-C-D Total | $11,031.34 |
| GMC-319-C-D Total | $10,039.66 |
| GMC-320-C-D Total | $10,185.87 |
| GMC-321-C-D Total | $2,175.48 |
| GMC-323-E Total | $501.34 |
| GMC-324-1-E Total | $588.50 |
| GMC-324-E Total | $157.38 |
| GMC-328-D Total | $30,993.97 |
| GMC-330-D Total | $1,349.68 |
| GMC-337-D Total | $409.84 |

GMAC Lease - serviced by GMAC
Outstanding A/R
as of 5/31/09

| Lease Number | Total |
|---|---|
| GMC-338-1-C-D Total | $4,448.98 |
| GMC-338-C-D Total | $77.93 |
| GMC-339-C-D Total | $9,538.93 |
| GMC-340-C-D Total | $16,479.97 |
| GMC-341-C-D Total | $4,482.62 |
| GMC-342-C-D Total | $404.01 |
| GMC-343-E-D Total | $1.59 |
| GMC-344-E-D Total | $5,348.40 |
| GMC-346-C-D Total | $2,248.96 |
| GMC-347-C-D Total | $4,235.21 |
| GMC-349-C-D Total | $1,064.22 |
| GMC-350-C-D Total | $2,300.00 |
| GMC-352-C-D Total | $669.38 |
| GMC-354-D Total | $53.00 |
| GMC-355-E-D Total | $12,151.50 |
| GMC-358-E-D Total | $14,483.06 |
| GMC-359-E-D Total | $9,278.43 |
| GMC-360-E-D Total | $16,110.91 |
| GMC-362-E-D Total | $54.19 |
| GMC-363-E-D Total | $19,919.00 |
| GMC-364-E-D Total | $4,731.26 |
| GMC-367-E-D Total | $93,762.43 |
| GMC-368-E-D Total | $53,991.53 |
| GMC-369-E-D Total | $532.28 |
| GMC-370-E-D Total | $5,175.18 |
| GMC-371-E-D Total | $16,890.82 |
| GMC-372-E-D Total | $2,106.34 |
| GMC-373-E-D Total | $585.51 |
| GMC-374-D Total | $91.41 |
| GMC-375-E-D Total | $13,136.81 |
| GMC-376-D Total | $13,825.28 |
| GMC-384-D Total | $244.68 |
| GMC-385-E-D Total | $495.15 |
| GMC-386-E-D Total | $3,228.15 |
| GMC-387 Total | $2,417.47 |
| GMC-388-C-D Total | $20,152.65 |
| GMC-395-D Total | $1,526.26 |
| GMC-396-E-D Total | $13.72 |
| GMC-397-E-D Total | $10,207.22 |
| GMC-398-E-D Total | $251.68 |
| GMC-399-E-D Total | $6,794.88 |
| GMC-400-E-D Total | $2,384.20 |
| GMC-401-E-D Total | $303.84 |
| GMC-402-C.1 Total | $19,511.19 |
| GMC-402-C-D Total | $3,100.42 |
| GMC-403-C-D Total | $8,804.39 |
| GMC-404-2 Total | $1,852.35 |
| GMC-404-3 Total | $237.65 |
| GMC-404-D Total | $2,484.03 |
| GMC-405-C-D Total | $86.30 |
| GMC-406-E-D Total | $16,992.61 |
| GMC-407-E-D Total | $2,389.19 |
| GMC-408-E-D Total | $263.45 |
| GMC-409-D Total | $3,360.06 |

Outstanding A/R
as of 5/31/09

| Lease Number | Total |
|---|---|
| GMC-410-D Total | $13,691.71 |
| GMC-411-E-D Total | $416.73 |
| GMC-412-E-D Total | $458.50 |
| GMC-413-E-D Total | $331.37 |
| GMC-414-D Total | $3,175.40 |
| GMC-414-D.1 Total | $265.46 |
| GMC-415-E-D Total | $9,139.98 |
| GMC-416-E-D Total | $1,760.49 |
| GMC-418-C-D Total | $3,926.46 |
| GMC-424-E-D Total | $1,189.71 |
| GMC-425-E-D Total | $2,844.07 |
| GMC-426-S Total | $363.04 |
| GMC-428-E-D Total | $59.23 |
| GMC-429-E-S Total | $428.61 |
| GMC-430-C-D Total | $70,220.11 |
| GMC-431-S Total | $798.72 |
| GMC-432-E-D Total | $200.13 |
| GMC-433-1-C Total | $6,295.71 |
| GMC-433-C Total | $593.16 |
| GMC-435-E-D Total | $156.90 |
| GMC-436 Total | $53.60 |
| GMC-437-E Total | $3,063.64 |
| GMC-439-E-D Total | $53.27 |
| GMC-440-E Total | $118.13 |
| GMC-441-E Total | $4,490.20 |
| GMC-443 Total | $6,770.12 |
| GMC-444-E Total | $2,292.90 |
| GMC-446-C Total | $12,958.08 |
| GMC-448-E Total | $3,911.64 |
| GMC-449 Total | $2,379.02 |
| GMC-450-E Total | $1,021.05 |
| GMC-452-C Total | $26,686.98 |
| GMC-453 Total | $552.76 |
| GMC-454-E Total | $45.85 |
| GMC-455-E Total | $145.08 |
| GMC-456-E Total | $391.54 |
| GMC-458-E Total | $7,295.74 |
| GMC-459-E Total | $1,168.75 |
| GMC-462 Total | $393.12 |
| GMC-463 Total | $40,334.26 |
| GMC-464 Total | $30,643.00 |
| GMC-468-C Total | $20,090.50 |
| GMC-470 Total | $4,057.16 |
| GMC-471 Total | $1,292.91 |
| GMC-472-E Total | $380.46 |
| GMC-473-E Total | $696.35 |
| GMC-475-E Total | $295.54 |
| GMC-479-C Total | $483.05 |
| GMC-480-C Total | $6,549.40 |
| GMC-481-E Total | $3,239.03 |
| GMC-482-E Total | $1,370.67 |
| GMC-483-E Total | $3,646.15 |
| GMC-484 Total | $86.14 |
| GMC-485 Total | $980.50 |

GMC Leasing - Serviced by HSBC
Outstanding A/R
as of 5/31/09

| Lease Number | Total |
|---|---|
| GMC-486-C Total | $16,884.13 |
| GMC-488 Total | $31,485.68 |
| GMC-492 Total | $1,426.76 |
| GMC-493 Total | $1,211.22 |
| GMC-494-E Total | $1,296.87 |
| GMC-495-E Total | $196.89 |
| GMC-496 Total | $38,332.66 |
| GMC-497-E Total | $71.67 |
| GMC-498-E Total | $1,674.86 |
| GMC-499-E Total | $1,661.28 |
| GMC-500-E Total | $1,396.66 |
| GMC-501-E Total | $2,824.07 |
| GMC-502-E Total | $1,173.53 |
| GMC-503 Total | $8,761.09 |
| GMC-504 Total | $1,999.48 |
| GMC-505-E Total | $130.70 |
| GMC-506 Total | $1,668.15 |
| GMC-507-E Total | $177.16 |
| GMC-508-E Total | $1,842.95 |
| GMC-510-E Total | $23.31 |
| GMC-511 Total | $5,883.64 |
| GMC-512-E Total | $4,102.92 |
| GMC-516-E Total | $2.50 |
| GMC-518 Total | $25,286.17 |
| GMC-520 Total | $12,019.19 |
| GMC-521 Total | $2,421.12 |
| GMC-522-D Total | $49,376.18 |
| GMC-524 Total | $22.98 |
| GMC-525-E-D Total | $231.19 |
| GMC-526-D Total | $6,950.85 |
| GMC-547-D Total | $13,962.95 |
| GMC-550 Total | $710.63 |
| GMC-551 Total | $50,417.65 |
| GMC-555 Total | $10,553.58 |
| GMC-556-D Total | $12,502.52 |
| GMC-557-D Total | $1,128.32 |
| GMC-558 Total | $31.51 |
| GMC-559-D Total | $3,735.04 |
| GMC-562 Total | $1,252.00 |
| GMC-563 Total | $410.28 |
| GMC-567 Total | $1,348.75 |
| GMC-583 Total | $388.72 |
| GMC-584 Total | $3,451.20 |
| GMC-585 Total | $780.76 |
| GMC-586 Total | $3,949.23 |
| GMC-587 Total | $1,416.36 |
| GMC-588 Total | $136.64 |
| GMC-607 Total | $2,682.41 |
| GMC-608 Total | $1,750.33 |
| GMC-609 Total | $22.24 |
| GMC-610 Total | $64.74 |
| GMC-611 Total | $433.22 |
| GMC-612 Total | $173.74 |

**GMC Leases - serviced by ELS**

**Outstanding A/R**

**as of 5/31/09**

| Lease Number | Total |
|--------------|-------|
| Grand Total | $2,519,796.91 |

## GMC Leases/Service Center Old/Rtn
Outstanding A/R
as of 5/31/09

| Lease Number | Total |
|---|---|
| GMC-011 Total | $13,967.55 |
| GMC-026 Total | $8,123.43 |
| GMC-031 Total | $2.84 |
| GMC-039 Total | $17,152.48 |
| GMC-040 Total | $8,362.93 |
| GMC-042 Total | $1,894.30 |
| GMC-044 Total | $18,922.01 |
| GMC-046 Total | $26,050.71 |
| GMC-047 Total | $1,631.68 |
| GMC-049 Total | $23,646.44 |
| GMC-052 Total | $4,982.19 |
| GMC-053 Total | $11,088.78 |
| GMC-054 Total | $4,691.15 |
| GMC-057 Total | $4,562.76 |
| GMC-061 Total | $5,189.21 |
| GMC-063 Total | $31,085.35 |
| GMC-072 Total | $28,667.83 |
| GMC-087 Total | $17,362.84 |
| GMC-088 Total | $22,511.38 |
| GMC-089 Total | $107,890.52 |
| GMC-100 Total | $7,268.33 |
| GMC-103 Total | $36,156.56 |
| GMC-104 Total | $41,029.87 |
| GMC-108 Total | $11,220.82 |
| GMC-109 Total | $7,805.73 |
| GMC-112 Total | $157.91 |
| GMC-118 Total | $30,858.42 |
| GMC-120 Total | $68,325.54 |
| GMC-127 Total | $62,729.99 |
| GMC-129 Total | $1,409.79 |
| GMC-145 Total | $25,637.15 |
| GMC-147 Total | $24,224.05 |
| GMC-149 Total | $4,531.97 |
| GMC-154 Total | $10,273.20 |
| GMC-158 Total | $15,296.70 |
| GMC-159 Total | $8,815.29 |
| GMC-165 Total | $1,246.64 |
| GMC-179 Total | $2,850.56 |
| GMC-180 Total | $13,187.41 |
| GMC-199 Total | $24,202.24 |
| GMC-2 Total | $2,259.00 |
| GMC-28 Total | $1,116.55 |
| GMC-60 Total | $6,062.75 |
| Grand Total | $764,452.85 |