# STRATTEC SECURITY CORPORATION
## Total Outstanding Accounts Receivable Due From General Motors and Saturn US as of 5/31/09

| SSC Account # | Date | Type | Invoice # | Accounts Receivable as of 5/31/09 | In Cure per GM decor | Balance |
|---|---|---|---|---|---|---|
| **GENERAL MOTORS** | | | | | | |
| 1005309 | 32509 | IN | 757678 | 84.36 | | 84.36 |
| 1005309 | 32509 | IN | 757681 | 63.27 | | 63.27 |
| 1000010 | 40109 | IN | 757848 | 284.00 | $187.50 | 96.50 |
| 1005309 | 41409 | IN | 758239 | 253.08 | | 253.08 |
| 1005309 | 41409 | IN | 758245 | 9.38 | | 9.38 |
| 1000000 | 42409 | IN | 758578 | 2,158.00 | 2,158.00 | - |
| 1000000 | 42409 | IN | 758580 | 88.00 | | 88.00 |
| 1000000 | 42409 | IN | 758582 | 1,073.49 | 1,073.49 | - |
| 1000000 | 50109 | IN | 758857 | 2,485.16 | 2,485.16 | - |
| 1000002 | 50109 | IN | 758858 | 18,912.85 | 0 | 18,912.85 |
| 1000000 | 50209 | IN | 758822 | 17.23 | 17.23 | - |
| 1000000 | 50209 | IN | 758823 | 17.23 | 17.23 | - |
| 1005309 | 50209 | IN | 758906 | 84.36 | 84.36 | - |
| 1005309 | 50209 | IN | 758907 | 84.36 | 84.36 | - |
| 1005309 | 50209 | IN | 758908 | 9.38 | 9.38 | - |
| 1005309 | 50209 | IN | 758909 | 9.38 | 9.38 | - |
| 1000000 | 50209 | IN | 758911 | 15.02 | 15.02 | - |
| 1000000 | 50209 | | 758913 | 135.00 | 135.00 | - |
| 1005309 | 50609 | IN | 758921 | 506.16 | 506.16 | - |
| 1005309 | 50609 | IN | 758922 | 168.72 | 168.72 | - |
| 1005309 | 50609 | IN | 758923 | 84.36 | 84.36 | - |
| 1005309 | 50609 | IN | 758924 | 84.36 | 84.36 | - |
| 1005309 | 50609 | IN | 758925 | 9.38 | 9.38 | - |
| 1005309 | 50609 | IN | 758981 | 84.36 | 84.36 | - |
| 1005309 | 50609 | IN | 758982 | 168.72 | 168.72 | - |
| 1005309 | 50609 | IN | 758983 | 28.14 | 28.14 | - |
| 1000000 | 50609 | IN | 758984 | 14.92 | 14.92 | - |
| 1000000 | 50609 | IN | 758985 | 14.92 | 14.92 | - |
| 1005309 | 50709 | IN | 759017 | 168.72 | 84.36 | 84.36 |
| 1005309 | 50709 | IN | 759018 | 84.36 | 84.36 | - |
| 1005309 | 50709 | IN | 759019 | 84.36 | 84.36 | - |
| 1005309 | 50709 | IN | 759020 | 18.76 | 18.76 | - |
| 1000000 | 50709 | IN | 759021 | 15.02 | 15.02 | - |
| 1000000 | 50809 | IN | 759050 | 266.76 | 266.76 | - |
| 1000000 | 50809 | IN | 759051 | 1,146.60 | 1,036.60 | 110.00 |
| 1000000 | 50809 | IN | 759052 | 5,572.20 | 5572.2 | - |
| 1000000 | 50809 | IN | 759053 | 4,631.96 | 4,631.96 | - |
| 1000000 | 50809 | IN | 759054 | 1,761.09 | 1,761.09 | - |
| 1000002 | 50809 | IN | 759056 | 7,947.53 | 7949.09 | (1.56) |
| 1005309 | 50809 | IN | 759058 | 18.76 | 18.76 | - |
| 1005309 | 50809 | IN | 759059 | 168.72 | 168.72 | - |
| 1000000 | 50809 | IN | 759062 | 12,599.67 | 12599.7 | (0.03) |
| 1000000 | 50809 | IN | 759063 | 174,819.32 | 174529 | 290.32 |
| 1000002 | 50809 | IN | 759064 | 2,004.05 | 2004.05 | - |
| 1005309 | 51109 | IN | 759089 | 84.36 | 84.36 | - |
| 1005309 | 51109 | IN | 759090 | 84.36 | 84.36 | - |
| 1005309 | 51109 | IN | 759092 | 84.36 | 84.36 | - |
| 1005309 | 51109 | IN | 759093 | 84.36 | 84.36 | - |
| 1005309 | 51109 | IN | 759095 | 168.72 | 168.72 | - |
| 1005309 | 51109 | IN | 759096 | 84.36 | 84.36 | - |
| 1005309 | 51109 | IN | 759097 | 253.08 | 253.08 | - |
| 1000000 | 51109 | IN | 759100 | 15.02 | 15.02 | - |
| 1000000 | 51109 | IN | 759103 | 15.02 | 15.02 | - |
| 1005309 | 51209 | IN | 759129 | 84.36 | 84.36 | - |
| 1005309 | 51209 | IN | 759130 | 84.36 | 84.36 | - |
| 1005309 | 51209 | IN | 759131 | 84.36 | 84.36 | - |
| 1005309 | 51209 | IN | 759132 | 84.36 | 84.36 | - |

| SSC Account # | Date | Type | Invoice # | Accounts Receivable as of 5/31/09 | In Cure per GM decor | Balance |
|---|---|---|---|---|---|---|
| 1005309 | 51209 | IN | 759133 | 84.36 | 84.36 | - |
| 1005309 | 51209 | IN | 759134 | 253.08 | 253.08 | - |
| 1000000 | 51209 | IN | 759135 | 15.02 | 15.02 | - |
| 1000000 | 51209 | IN | 759136 | 15.02 | 15.02 | - |
| 1000000 | 51209 | IN | 759137 | 15.02 | 15.02 | - |
| 1005309 | 51309 | IN | 759168 | 84.36 | 84.36 | - |
| 1005309 | 51309 | IN | 759169 | 168.72 | 168.72 | - |
| 1005309 | 51309 | IN | 759170 | 84.36 | 84.36 | - |
| 1005309 | 51309 | IN | 759171 | 84.36 | 84.36 | - |
| 1005309 | 51309 | IN | 759172 | 506.16 | 506.16 | - |
| 1005309 | 51309 | IN | 759173 | 84.36 | 84.36 | - |
| 1005309 | 51309 | IN | 759174 | 84.36 | 84.36 | - |
| 1005309 | 51309 | IN | 759175 | 84.36 | 84.36 | - |
| 1000000 | 51309 | IN | 759176 | 15.02 | 15.02 | - |
| 1000000 | 51409 | IN | 759205 | 15.02 | 15.02 | - |
| 1005309 | 51409 | IN | 759206 | 84.36 | 84.36 | - |
| 1005309 | 51409 | IN | 759207 | 84.36 | 84.36 | - |
| 1005309 | 51409 | IN | 759208 | 84.36 | 84.36 | - |
| 1005309 | 51409 | IN | 759209 | 168.72 | 168.72 | - |
| 1005309 | 51409 | IN | 759210 | 84.36 | 84.36 | - |
| 1005309 | 51409 | IN | 759212 | 9.38 | 9.38 | - |
| 1000000 | 51509 | IN | 759234 | 443.80 | | 443.80 |
| 1000000 | 51509 | IN | 759236 | 594.00 | 704.00 | (110.00) |
| 1000000 | 51509 | IN | 759237 | 1,827.00 | 1,827.00 | - |
| 1000000 | 51509 | IN | 759239 | 4,437.12 | 4,437.12 | - |
| 1000000 | 51509 | IN | 759242 | 20,748.65 | 20748.7 | (0.05) |
| 1000002 | 51509 | IN | 759243 | 10,853.42 | | 10,853.42 |
| 1000002 | 51509 | IN | 759244 | 673.66 | 674.32 | (0.66) |
| 1000000 | 51509 | IN | 759247 | 248.07 | 248.07 | - |
| 1000000 | 51509 | IN | 759248 | 756.05 | 757.55 | (1.50) |
| 1000000 | 51509 | IN | 759253 | 115,221.75 | 114263 | 958.75 |
| 1005309 | 51509 | IN | 759254 | 84.36 | 84.36 | - |
| 1005309 | 51509 | IN | 759255 | 84.36 | 84.36 | - |
| 1005309 | 51509 | IN | 759256 | 84.36 | 84.36 | - |
| 1005309 | 51509 | IN | 759257 | 84.36 | 84.36 | - |
| 1005309 | 51509 | IN | 759258 | 84.36 | 84.36 | - |
| 1005309 | 51509 | IN | 759259 | 84.36 | 84.36 | - |
| 1005309 | 51509 | IN | 759260 | 84.36 | | 84.36 |
| 1005309 | 51509 | IN | 759261 | 84.36 | 84.36 | - |
| 1005309 | 51509 | IN | 759262 | 18.76 | 18.76 | - |
| 1005309 | 51509 | IN | 759263 | 9.38 | 9.38 | - |
| 1000000 | 51509 | IN | 759264 | 14.92 | 14.92 | - |
| 1000000 | 51509 | IN | 759265 | 15.02 | 15.02 | - |
| 1000000 | 51509 | IN | 759266 | 15.02 | 15.02 | - |
| 1000000 | 51509 | IN | 759267 | 15.02 | 15.02 | - |
| 1005309 | 51809 | IN | 759305 | 84.36 | 84.36 | - |
| 1005309 | 51809 | IN | 759306 | 84.36 | 84.36 | - |
| 1000000 | 51809 | IN | 759307 | 15.02 | 15.02 | - |
| 1000000 | 51809 | IN | 759308 | 15.02 | 15.02 | - |
| 1000000 | 51809 | IN | 759309 | 15.02 | 15.02 | - |
| 1000000 | 51809 | IN | 759310 | 15.02 | 15.02 | - |
| 1005309 | 51909 | IN | 759344 | 84.36 | 84.36 | - |
| 1005309 | 51909 | IN | 759345 | 506.16 | 506.16 | - |
| 1005309 | 51909 | IN | 759346 | 84.36 | 84.36 | - |
| 1000000 | 51909 | IN | 759348 | 15.02 | 15.02 | - |
| 1005309 | 52009 | IN | 759370 | 84.36 | 84.36 | - |
| 1005309 | 52009 | IN | 759371 | 84.36 | 84.36 | - |
| 1005309 | 52009 | IN | 759372 | 84.36 | 84.36 | - |
| 1005309 | 52009 | IN | 759373 | 168.72 | 168.72 | - |
| 1005309 | 52009 | IN | 759375 | 9.38 | 9.38 | - |
| 1000000 | 52009 | IN | 759376 | 15.02 | 15.02 | - |
| 1000000 | 52009 | IN | 759377 | 14.92 | 14.92 | - |
| 1000000 | 52009 | IN | 759378 | 14.92 | 14.92 | - |
| 1000000 | 52009 | IN | 759379 | 15.02 | 15.02 | - |
| 1005309 | 52109 | IN | 759403 | 84.36 | 84.36 | - |

| SSC Account # | Date | Type | Invoice # | Accounts Receivable as of 5/31/09 | In Cure per GM decor | Balance |
|---|---|---|---|---|---|---|
| 1005309 | 52109 | IN | 759404 | 84.36 | 84.36 | - |
| 1005309 | 52109 | IN | 759405 | 84.36 | 84.36 | - |
| 1005309 | 52109 | IN | 759406 | 9.38 | 9.38 | - |
| 1005309 | 52109 | IN | 759407 | 9.38 | 9.38 | - |
| 1000000 | 52109 | IN | 759408 | 14.92 | 14.92 | - |
| 1000000 | 52109 | IN | 759409 | 14.92 | 14.92 | - |
| 1000000 | 52109 | IN | 759410 | 15.02 | 15.02 | - |
| 1000000 | 52209 | IN | 759436 | 47.31 | 47.31 | - |
| 1000002 | 52209 | IN | 759437 | 527.94 | 527.94 | - |
| 1000000 | 52209 | IN | 759439 | 2,246.99 | 2,246.99 | - |
| 1000000 | 52209 | IN | 759440 | 30,040.98 | 30041 | (0.02) |
| 1000000 | 52209 | IN | 759441 | 1,801.60 | 1,801.60 | - |
| 1000000 | 52209 | IN | 759442 | 127.39 | 127.39 | - |
| 1000000 | 52209 | IN | 759443 | 5,730.40 | 5,730.40 | - |
| 1000000 | 52209 | IN | 759444 | 6,841.11 | $6,763.41 | 77.70 |
| 1005309 | 52209 | IN | 759457 | 84.36 | 84.36 | - |
| 1005309 | 52209 | IN | 759458 | 168.72 | 168.72 | - |
| 1005309 | 52209 | IN | 759459 | 9.38 | 9.38 | - |
| 1005309 | 52209 | IN | 759460 | 9.38 | 9.38 | - |
| 1005309 | 52209 | IN | 759461 | 84.42 | 84.42 | - |
| 1000002 | 52209 | IN | 759463 | 20,411.92 |  | 20,411.92 |
| 1000000 | 52209 | IN | 759464 | 164,682.09 | 163,969.00 | 713.09 |
| 1000000 | 52209 | IN | 759473 | 15.02 | 15.02 | - |
| 1000000 | 52209 | IN | 759474 | 14.92 | 14.92 | - |
| 1000000 | 52609 | IN | 759475 | 14.92 | 14.92 | - |
| 1000000 | 52609 | IN | 759476 | 29.84 | 29.84 | - |
| 1000000 | 52609 | IN | 759516 | 15.02 | 15.02 | - |
| 1000000 | 52609 | IN | 759517 | 14.92 | 14.92 | - |
| 1005309 | 52709 | IN | 759547 | 84.36 | 84.36 | - |
| 1005309 | 52709 | IN | 759548 | 84.36 | 84.36 | - |
| 1005309 | 52709 | IN | 759549 | 84.36 | 84.36 | - |
| 1000000 | 52809 | IN | 759578 | 15.02 | 15.02 | - |
| 1000000 | 52809 | IN | 759579 | 15.02 | 15.02 | - |
| 1000000 | 52909 | IN | 759575 | 6.70 |  | 6.70 |
| 1000000 | 52909 | IN | 759576 | 6.70 |  | 6.70 |
| 1000000 | 52909 | IN | 759577 | 6.70 |  | 6.70 |
| 1000000 | 52909 | IN | 759603 | 1,085.20 | $1,085.20 | - |
| 1000000 | 52909 | IN | 759604 | 3,801.00 | 3,801.00 | - |
| 1000000 | 52909 | IN | 759605 | 1,430.65 |  | 1,430.65 |
| 1000000 | 52909 | IN | 759606 | 18,149.04 | 18149 | 0.04 |
| 1000000 | 52909 | IN | 759608 | 352.00 | $352 | - |
| 1000000 | 52909 | IN | 759616 | 2,036.34 | $2,036.34 | - |
| 1000000 | 52909 | IN | 759617 | 327.04 | 327.04 | - |
| 1000000 | 52909 | IN | 759618 | 187,803.51 | $187,161 | 642.51 |
| 1000002 | 53009 | IN | 759656 | 554.61 | 420.42 | 134.19 |
| 1000002 | 53009 | IN | 759657 | 28,314.91 |  | 28,314.91 |
| Unallocated Payments |  |  |  |  | 4,218.76 |  |
| Unallocated Deductions |  |  |  |  | (1,600.00) |  |
| Unallocated Deductions |  |  |  |  | (10,298.00) |  |
| GM SPO |  |  |  | 876,944.80 | 785,301.82 | 83,963.74 |
|  |  |  |  |  |  |  |
| 1401120 | 111808 | IN | 316221 | 552.35 |  | 552.35 |
| 1401120 | 111808 | IN | 316222 | 5,744.44 |  | 5,744.44 |
| 1401120 | 120408 | IN | 316308 | 3,093.16 |  | 3,093.16 |
| 1401120 | 11609 | IN | 316465 | 19.59 |  | 19.59 |
| 1401120 | 12009 | IN | 316482 | 21.98 |  | 21.98 |
| 1401120 | 20509 | IN | 316553 | 22.93 |  | 22.93 |
| 1100000 | 42409 | IN | 758574 | 948.96 | 948.96 | - |
| 1401120 | 42709 | IN | 317027 | 14.16 |  | 14.16 |
| 1100000 | 42909 | IN | 758748 | 474.48 | 474.48 | - |
| 1100000 | 43009 | IN | 758842 | 944.96 | 944.96 | - |
| 1401120 | 50109 | IN | 317087 | 510.00 | 510 | - |
| 1100000 | 50109 | IN | 758874 | 8,629.49 | 8629.51 | (0.02) |
| 1100000 | 50109 | IN | 758889 | 4,033.27 | 4033.27 | - |
| 1100000 | 50109 | IN | 758890 | 239.81 | 239.81 | - |

| SSC Account # | Date | Type | Invoice # | Accounts Receivable as of 5/31/09 | In Cure per GM decor | Balance |
|---|---|---|---|---|---|---|
| 1100000 | 50109 | IN | 758891 | 1,699.83 | 2266.44 | (566.61) |
| 1100000 | 50109 | IN | 758892 | 3,423.72 | 3423.72 | - |
| 1100000 | 50109 | IN | 758893 | 540.00 | 540 | - |
| 1100000 | 50109 | IN | 758894 | 5,678.16 | 5678.16 | - |
| 1100000 | 50109 | IN | 758895 | 10,906.02 | 10906.02 | - |
| 1100000 | 50109 | IN | 758900 | 7,696.57 | 7696.57 | - |
| 1100000 | 50109 | IN | 758901 | 4,161.41 | 4161.41 | - |
| 1100000 | 50209 | IN | 758886 | 6,231.58 | 6231.58 | - |
| 1100000 | 50209 | IN | 758905 | 11.81 | 11.81 | - |
| 1100000 | 50609 | IN | 758926 | 18,088.09 | 18088.1 | (0.01) |
| 1100000 | 50609 | IN | 758931 | 6,251.21 | 6251.21 | - |
| 1100000 | 50609 | IN | 758933 | 479.62 | 479.62 | - |
| 1100000 | 50609 | IN | 758934 | 8,188.92 | 8188.92 | - |
| 1100000 | 50609 | IN | 758935 | 6,159.55 | 6159.55 | - |
| 1100000 | 50609 | IN | 758939 | 9,720.00 | 9720 | - |
| 1100000 | 50609 | IN | 758940 | 5,940.00 | 5940 | - |
| 1100000 | 50609 | IN | 758941 | 6,086.64 | 6086.64 | - |
| 1100000 | 50609 | IN | 758942 | 5,740.56 | 5740.56 | - |
| 1100000 | 50609 | IN | 758943 | 3,804.13 | 3804.14 | (0.01) |
| 1100000 | 50609 | IN | 758944 | 380.41 | 380.41 | - |
| 1100000 | 50609 | IN | 758945 | 948.96 | 948.96 | - |
| 1100000 | 50609 | IN | 758948 | 9,228.73 | 9228.73 | - |
| 1100000 | 50609 | IN | 758949 | 3,339.87 | 3339.87 | - |
| 1100000 | 50609 | IN | 758950 | 3,072.84 | 3072.84 | - |
| 1100000 | 50609 | IN | 758951 | 1,699.83 | 1699.83 | - |
| 1100000 | 50609 | IN | 758953 | 1,931.07 | 1931.07 | - |
| 1100000 | 50609 | IN | 758954 | 1,945.49 | 1945.49 | - |
| 1100000 | 50609 | IN | 758955 | 472.48 | 472.48 | - |
| 1100000 | 50609 | IN | 758972 | 7,099.64 | 7099.64 | - |
| 1100000 | 50609 | IN | 758987 | 2,419.20 | 1922.2 | 497.00 |
| 1100000 | 50609 | IN | 758990 | 14,487.87 | 14487.9 | (0.03) |
| 1100000 | 50609 | IN | 758997 | 1,895.92 | 1895.92 | - |
| 1100000 | 50609 | IN | 758998 | 1,209.75 | 1209.75 | - |
| 1100000 | 50609 | IN | 758999 | 12,420.00 | 12420 | - |
| 1100000 | 50609 | IN | 759000 | 239.81 | 239.81 | - |
| 1100000 | 50609 | IN | 759001 | 3,552.42 | 3552.42 | - |
| 1100000 | 50609 | IN | 759002 | 5,706.20 | 5706.2 | - |
| 1100000 | 50609 | IN | 759003 | 6,147.04 | 6147.04 | - |
| 1100000 | 50609 | IN | 759004 | 540.00 | 540 | - |
| 1100000 | 50609 | IN | 759005 | 13,425.62 | 13425.6 | 0.02 |
| 1100000 | 50609 | IN | 759008 | 2,904.97 | 2904.97 | - |
| 1100000 | 50609 | IN | 759009 | 8,188.92 | 8188.92 | - |
| 1100000 | 50609 | IN | 759013 | 7,203.58 | 7203.58 | - |
| 1100000 | 50809 | IN | 759029 | 4,349.86 | 4349.86 | - |
| 1100000 | 50809 | IN | 759030 | 7,560.00 | 7560 | - |
| 1100000 | 50809 | IN | 759031 | 239.81 | 239.81 | - |
| 1100000 | 50809 | IN | 759032 | 3,879.24 | 3879.24 | - |
| 1100000 | 50809 | IN | 759033 | 2,282.48 | 2282.48 | - |
| 1100000 | 50809 | IN | 759034 | 468.88 | 468.88 | - |
| 1100000 | 50809 | IN | 759035 | 907.52 | 907.52 | - |
| 1100000 | 50809 | IN | 759036 | 1,893.92 | 1893.92 | - |
| 1100000 | 50809 | IN | 759038 | 6,635.90 | 6635.9 | - |
| 1100000 | 50809 | IN | 759039 | 10,056.35 | 10056.4 | (0.05) |
| 1100000 | 51109 | IN | 759073 | 8,331.79 | 8331.79 | - |
| 1100000 | 51109 | IN | 759081 | 4,119.03 | 4119.03 | - |
| 1100000 | 51109 | IN | 759082 | 9,221.38 | 9221.38 | - |
| 1100000 | 51109 | IN | 759083 | 472.48 | 472.48 | - |
| 1100000 | 51109 | IN | 759084 | 9,720.00 | 9720 | - |
| 1100000 | 51109 | IN | 759085 | 5,325.78 | 5325.79 | (0.01) |
| 1100000 | 51109 | IN | 759091 | 1,301.35 | 1301.35 | - |
| 1100000 | 51109 | IN | 759094 | 12,617.70 | 12617.7 | - |
| 1100000 | 51109 | IN | 759099 | 5,682.56 | 5682.56 | - |
| 1100000 | 51109 | IN | 759101 | 7,696.57 | 7696.57 | - |
| 1100000 | 51109 | IN | 759102 | 4,161.82 | 4161.82 | - |
| 1100000 | 51209 | IN | 759108 | 18,581.30 | 18581.3 | - |

| SSC Account # | Date | Type | Invoice # | Accounts Receivable as of 5/31/09 | In Cure per GM decor | Balance |
|---|---|---|---|---|---|---|
| 1100000 | 51209 | IN | 759113 | 3,879.24 | 3879.24 | - |
| 1100000 | 51209 | IN | 759115 | 4,184.55 | 4184.55 | - |
| 1100000 | 51209 | IN | 759116 | 9,214.04 | 9214.04 | - |
| 1100000 | 51209 | IN | 759117 | 6,635.90 | 6635.9 | - |
| 1100000 | 51209 | IN | 759118 | 540.00 | 540 | - |
| 1100000 | 51209 | IN | 759119 | 5,286.48 | 5286.48 | - |
| 1100000 | 51209 | IN | 759120 | 1,247.28 | 1247.28 | - |
| 1100000 | 51209 | IN | 759123 | 9,720.00 | 9720 | - |
| 1100000 | 51209 | IN | 759125 | 5,539.14 | 5539.14 | - |
| 1100000 | 51309 | IN | 759150 | 7,445.86 | 7445.86 | - |
| 1100000 | 51309 | IN | 759152 | 9,180.00 | 9180 | - |
| 1100000 | 51309 | IN | 759153 | 2,282.48 | 2282.48 | - |
| 1100000 | 51309 | IN | 759154 | 4,807.20 | 4807.2 | - |
| 1100000 | 51309 | IN | 759155 | 9,191.99 | 9191.99 | - |
| 1100000 | 51309 | IN | 759156 | 7,128.25 | 7128.25 | - |
| 1100000 | 51309 | IN | 759157 | 333.70 | 333.7 | - |
| 1100000 | 51309 | IN | 759161 | 3,312.63 | 3312.63 | - |
| 1100000 | 51309 | IN | 759162 | 719.43 | 719.43 | - |
| 1401120 | 51409 | IN | 317167 | 1,549.54 | 1020 | 529.54 |
| 1100000 | 51409 | IN | 759080 | 7,470.85 | 7470.85 | - |
| 1100000 | 51409 | IN | 759151 | 2,633.89 | 2633.89 | - |
| 1100000 | 51409 | IN | 759160 | 1,423.44 | 1423.44 | - |
| 1100000 | 51409 | IN | 759180 | 7,177.68 | 7177.67 | 0.01 |
| 1100000 | 51409 | IN | 759182 | 7,259.51 | 7259.51 | - |
| 1100000 | 51409 | IN | 759183 | 1,209.75 | 1209.75 | - |
| 1100000 | 51409 | IN | 759184 | 9,180.00 | 9180 | - |
| 1100000 | 51409 | IN | 759185 | 907.20 | 907.2 | - |
| 1100000 | 51409 | IN | 759186 | 3,423.73 | 3423.73 | - |
| 1100000 | 51409 | IN | 759187 | 5,867.36 | 5867.36 | - |
| 1100000 | 51409 | IN | 759188 | 10,063.70 | 10063.7 | - |
| 1100000 | 51409 | IN | 759189 | 7,204.22 | 7204.22 | - |
| 1100000 | 51409 | IN | 759190 | 2,858.18 | 2858.18 | - |
| 1100000 | 51409 | IN | 759193 | 479.62 | 479.62 | - |
| 1100000 | 51409 | IN | 759201 | 4,825.45 | 4825.45 | - |
| 1100000 | 51409 | IN | 759204 | 4,685.64 | 4685.64 | - |
| 1100000 | 51509 | IN | 759218 | 7,227.01 | 7227.01 | - |
| 1100000 | 51509 | IN | 759219 | 12,960.00 | 12960 | - |
| 1100000 | 51509 | IN | 759220 | 2,506.23 | 2506.23 | - |
| 1100000 | 51509 | IN | 759221 | 1,871.40 | 1871.4 | - |
| 1100000 | 51509 | IN | 759222 | 7,128.25 | 7128.25 | - |
| 1100000 | 51509 | IN | 759224 | 2,662.89 | 2662.89 | - |
| 1100000 | 51509 | IN | 759226 | 8,364.37 | 8364.36 | 0.01 |
| 1100000 | 51509 | IN | 759227 | 3,469.05 | 3469.05 | - |
| 1100000 | 51509 | IN | 759233 | 760.08 | 760.09 | (0.01) |
| 1100000 | 51509 | IN | 759238 | 6,460.64 | 6460.64 | - |
| 1100000 | 51509 | IN | 759240 | 540.00 | 540 | - |
| 1100000 | 51509 | IN | 759287 | 349.85 | 349.85 | - |
| 1100000 | 51509 | IN | 759289 | 3,879.24 | 3879.24 | - |
| 1100000 | 51509 | IN | 759290 | 650.68 | 650.68 | - |
| 1100000 | 51509 | IN | 759291 | 1,871.40 | 1871.4 | - |
| 1100000 | 51509 | IN | 759292 | 2,282.48 | 2282.48 | - |
| 1100000 | 51509 | IN | 759293 | 1,995.92 | 1995.92 | - |
| 1100000 | 51509 | IN | 759294 | 1,870.13 | 1870.13 | - |
| 1100000 | 51509 | IN | 759295 | 948.96 | | 948.96 |
| 1100000 | 51509 | IN | 759296 | 6,480.00 | 6480 | - |
| 1100000 | 51809 | IN | 759274 | 6,391.44 | 6391.44 | - |
| 1100000 | 51909 | IN | 759314 | 3,827.17 | 3827.17 | - |
| 1100000 | 51909 | IN | 759315 | 493.17 | 493.17 | - |
| 1100000 | 51909 | IN | 759316 | 2,506.23 | 2506.23 | - |
| 1100000 | 51909 | IN | 759317 | 433.78 | 433.78 | - |
| 1100000 | 51909 | IN | 759318 | 3,983.85 | 3983.85 | - |
| 1100000 | 51909 | IN | 759319 | 3,804.14 | 3804.14 | - |
| 1100000 | 51909 | IN | 759320 | 3,811.56 | 3811.56 | - |
| 1100000 | 51909 | IN | 759328 | 7,020.00 | 7020 | - |
| 1100000 | 51909 | IN | 759330 | 2,273.28 | 2273.28 | - |

| SSC Account # | Date | Type | Invoice # | Accounts Receivable as of 5/31/09 | | In Cure per GM decor | Balance |
|---|---|---|---|---|---|---|---|
| 1100000 | 51909 | IN | 759331 | 6,635.90 | | 6635.9 | - |
| 1100000 | 51909 | IN | 759332 | 3,347.22 | | 3347.22 | - |
| 1100000 | 51909 | IN | 759333 | 6,694.43 | | 6694.43 | - |
| 1100000 | 51909 | IN | 759349 | 4,189.53 | ($898.40) | 3291.13 | 898.40 |
| 1100000 | 51909 | IN | 759351 | 4,454.59 | ($895) | 3559.59 | 895.00 |
| 1100000 | 52009 | IN | 759353 | 7,274.11 | | 7274.11 | - |
| 1100000 | 52009 | IN | 759354 | 8,100.00 | | 8100 | - |
| 1100000 | 52009 | IN | 759356 | 3,043.30 | | 3043.3 | - |
| 1100000 | 52009 | IN | 759357 | 253.36 | | 253.36 | - |
| 1100000 | 52009 | IN | 759358 | 7,763.40 | | 7763.4 | - |
| 1100000 | 52009 | IN | 759359 | 1,315.30 | | 1315.3 | - |
| 1100000 | 52009 | IN | 759360 | 1,421.44 | | | 1,421.44 |
| 1100000 | 52009 | IN | 759361 | 433.78 | | 433.78 | - |
| 1100000 | 52009 | IN | 759362 | 4,650.00 | | 4650 | - |
| 1100000 | 52009 | IN | 759365 | 9,214.04 | | 9214.04 | - |
| 1100000 | 52009 | IN | 759366 | 6,727.87 | | 6727.87 | - |
| 1100000 | 52109 | IN | 759384 | 6,210.47 | | 6210.47 | - |
| 1100000 | 52109 | IN | 759387 | 511.20 | | 511.2 | - |
| 1100000 | 52109 | IN | 759388 | 3,423.72 | | 3423.72 | - |
| 1100000 | 52109 | IN | 759389 | 650.68 | | 650.68 | - |
| 1100000 | 52109 | IN | 759390 | 3,983.85 | | 3983.85 | - |
| 1100000 | 52109 | IN | 759391 | 396.09 | | 396.09 | - |
| 1100000 | 52109 | IN | 759392 | 7,020.00 | | 7020 | - |
| 1100000 | 52109 | IN | 759394 | 566.61 | | 566.61 | - |
| 1100000 | 52109 | IN | 759395 | 1,900.94 | | 1900.94 | - |
| 1100000 | 52109 | IN | 759400 | 7,204.22 | | 7204.22 | - |
| 1100000 | 52109 | IN | 759402 | 11,740.98 | | 11741 | (0.02) |
| 1100000 | 52209 | IN | 759428 | 6,480.00 | | 6480 | - |
| 1100000 | 52209 | IN | 759429 | 806.40 | | 806.4 | - |
| 1100000 | 52209 | IN | 759430 | 964.20 | | 964.2 | - |
| 1100000 | 52209 | IN | 759431 | 5,325.79 | | 5325.79 | - |
| 1100000 | 52209 | IN | 759433 | 3,202.41 | | 3202.41 | - |
| 1100000 | 52209 | IN | 759434 | 23,560.20 | | 23560.2 | - |
| 1100000 | 52209 | IN | 759449 | 8,393.77 | | 8393.77 | - |
| 1100000 | 52209 | IN | 759451 | 3,978.24 | | 3978.24 | - |
| 1100000 | 52209 | IN | 759452 | 4,546.56 | | 4546.56 | - |
| 1100000 | 52209 | IN | 759471 | 7,743.83 | | 7743.83 | - |
| 1100000 | 52209 | IN | 759472 | 242.60 | | | 242.60 |
| 1100000 | 52709 | IN | 759529 | 216.89 | | $216.89 | - |
| 1100000 | 52709 | IN | 759532 | 3,804.14 | | 3804.14 | - |
| 1100000 | 52709 | IN | 759533 | 20,098.00 | | 20098 | - |
| 1100000 | 52709 | IN | 759534 | 474.48 | | | 474.48 |
| 1100000 | 52709 | IN | 759535 | 732.98 | | 732.98 | - |
| 1100000 | 52709 | IN | 759536 | 1,912.85 | | 1912.85 | - |
| 1100000 | 52709 | IN | 759537 | 6,819.84 | | 6819.84 | - |
| 1100000 | 52709 | IN | 759539 | 13,782.60 | | 13782.6 | - |
| 1100000 | 52709 | IN | 759540 | 21,060.00 | | 21060 | - |
| 1100000 | 52709 | IN | 759545 | 11,154.84 | | 11154.8 | 0.04 |
| 1100000 | 52809 | IN | 759531 | 522.30 | | 522.30 | - |
| 1100000 | 52809 | IN | 759556 | 6,896.29 | | 6,896.29 | - |
| 1100000 | 52809 | IN | 759558 | 3,043.30 | | 3,043.30 | - |
| 1100000 | 52809 | IN | 759559 | 8,371.72 | | 8,371.72 | - |
| 1100000 | 52809 | IN | 759563 | 7,560.00 | | 7,560.00 | - |
| 1100000 | 52809 | IN | 759564 | 3,204.45 | | 3204.45 | - |
| 1100000 | 52809 | IN | 759565 | 13,406.40 | | 13406.4 | - |
| 1100000 | 52809 | IN | 759566 | 3,409.92 | | 3409.92 | - |
| 1100000 | 52809 | IN | 759569 | 1,429.04 | | 1429.04 | - |
| 1100000 | 52909 | IN | 759589 | 2,191.56 | | | 2,191.56 |
| 1100000 | 52909 | IN | 759590 | 11,340.00 | | $11,340 | - |
| 1100000 | 52909 | IN | 759591 | 12,866.40 | | 12,866.40 | - |
| 1100000 | 52909 | IN | 759592 | 10,063.70 | | 10,063.70 | - |
| 1100000 | 52909 | IN | 759593 | 1,875.39 | | 1,875.39 | - |
| 1100000 | 52909 | IN | 759594 | 239.81 | | $239.81 | - |
| 1100000 | 52909 | IN | 759600 | 10,606.74 | | 10606.7 | 0.04 |
| 1100000 | 52909 | IN | 759601 | 4,184.55 | | 4,184.55 | - |

| SSC Account # | Date | Type | Invoice # | Accounts Receivable as of 5/31/09 | In Cure per GM decor | Balance |
|---|---|---|---|---|---|---|
| 1100000 | 52909 | IN | 759602 | 8,296.89 | 8,296.89 | - |
| 1100000 | 52909 | IN | 759642 | 7,560.00 | $7,560 | - |
| 1100000 | 52909 | IN | 759643 | 489.20 | $468.92 | 20.28 |
| 1100000 | 52909 | IN | 759645 | 3,043.31 | $3,043.31 | - |
| 1100000 | 52909 | IN | 759646 | 4,184.54 | $4,184.55 | (0.01) |
| 1100000 | 52909 | IN | 759647 | 12,866.40 | $12,866.40 | - |
| 1100000 | 52909 | IN | 759648 | 12,583.31 | 12,583.30 | 0.01 |
| 1100000 | 52909 | IN | 759649 | 6,819.84 | 6,819.84 | - |
| 1100000 | 52909 | IN | 759650 | 3,512.64 | 3,512.64 | - |
| 1100000 | 52909 | IN | 759651 | 3,036.49 | $3,036.49 | - |
| 1100000 | 52909 | IN | 759652 | 18,345.90 | 18,345.90 | - |
| 1100000 | 52909 | IN | 759653 | 4,079.52 | | 4,079.52 |
| 1100000 | 53009 | IN | 759639 | 2,385.98 | 2385.98 | - |
| GM Production | | | | 1,102,558.11 | 1,081,457.37 | 21,100.74 |
| **Total GM and SPO** | | | | 1,979,502.91 | 1,866,759.19 | 105,064.48 |
| | | | | | | |
| **SATURN** | | | | | | |
| 1002500 | 32709 | IN | 757761 | 62.48 | | 62.48 |
| 1002500 | 40609 | IN | 758044 | 1,073.52 | | 1,073.52 |
| 1002500 | 50809 | IN | 759065 | 1,136.00 | | 1,136.00 |
| 1002500 | 52109 | IN | 759411 | 1,136.00 | | 1,136.00 |
| 1002500 | 50609 | IN | 758936 | 5,918.40 | 5,918.40 | - |
| 1002500 | 51309 | IN | 759126 | 10,788.39 | 10,788.39 | - |
| 1002500 | 52009 | IN | 759347 | 10,247.26 | 10,247.26 | - |
| 1002500 | 52709 | IN | 759543 | 12,801.18 | 12,821.18 | (20.00) |
| Unauthorized Deductions | | | | | (668.00) | |
| Saturn Service | | | | 43,163.23 | 39,107.23 | 3,388.00 |
| | | | | | | |
| 1102500 | 50109 | IN | 758902 | 10,699.50 | 10699.5 | - |
| 1102500 | 50609 | IN | 758952 | 8,661.50 | 8661.5 | - |
| 1102500 | 50609 | IN | 759010 | 12,228.00 | 12228 | - |
| 1102500 | 51109 | IN | 759086 | 15,794.50 | 15794.5 | - |
| 1102500 | 51209 | IN | 759122 | 6,114.00 | 6114 | - |
| 1102500 | 51309 | IN | 759159 | 9,680.50 | 9680.5 | - |
| 1102500 | 51409 | IN | 759191 | 10,190.00 | 10190 | - |
| 1102500 | 51909 | IN | 759321 | 9,680.50 | 9680.5 | - |
| 1102500 | 52109 | IN | 759393 | 17,323.00 | 17323 | - |
| 1102500 | 52209 | IN | 759432 | 5,604.50 | 5604.5 | - |
| 1102500 | 52709 | IN | 759541 | 11,209.00 | 11209 | - |
| Saturn Production | | | | 117,185.00 | 117,185.00 | - |
| **Total Saturn** | | | | 160,348.23 | 156,292.23 | 3,388.00 |
| | | | | | | |
| **Inventory obsoleence Claim** | 42409 | | SP000044 Audit Log 6347 | 565,090.22 | | 565,090.22 |
| | | | | | | |
| **Total GM and Saturn** | | | | 2,704,941.36 | 2,023,051.42 | 673,542.70 |

| | |
|---|---|
| AR Balance 5/31/09 | 2,704,941.36 |
| Payments | (2,023,051.42) |
| Unallocated Deductions | (12,566.00) |
| Unallocated Payments | 4,218.76 |
| SSC Balance | 673,542.70 |