KELLEY DRYE & WARREN LLP
James S. Carr (JC 1603)
Jennifer A. Christian (JC 7305)
101 Park Avenue
New York, NY 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

- and –

REINHART BOERNER VAN DEUREN S.C.
Amanda M. Gibbs
1000 North Water Street, Suite 1700
P.O. Box 2965
Milwaukee, WI 53201-2965
Tel: (414) 298-1000
Fax: (414) 298-8097

*Attorneys for ADAC-STRATTEC LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
|  | (Jointly Administered) |
| Debtors. |  |

**LIMITED OBJECTION OF ADAC-STRATTEC LLC**
**TO THE DEBTOR'S PROPOSED CURE AMOUNT**

ADAC-STRATTEC LLC ("ADAC-STRATTEC"), by its attorneys, hereby submits this limited objection (the "Objection") to the proposed cure amount of the Debtors required to be paid to ADAC-STRATTEC in connection with the assumption and assignment of certain executory contracts between ADAC-STRATTEC and the Debtors. In support of this Objection, ADAC-STRATTEC states as follows:

BACKGROUND

1.  On June 1, 2009 (the "Commencement Date"), the Debtors commenced these voluntary cases under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Court").

2.  The Debtors remain in possession of their property and continue to manage their businesses as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3.  Prior to the Petition Date, ADAC-STRATTEC and the Debtors were parties to contracts pursuant to which ADAC-STRATTEC sold certain automotive parts to the Debtors (the "Agreements").

4.  On June 2, 2009, this Court entered an order (the "Sale Procedures Order") approving the procedures regarding the Debtors' assumption and assignment of executory contracts.

5.  Pursuant to the Sale Procedures Order, on or about June 8, 2009, the Debtors delivered a notice (the "Assignment Notice") to an affiliate of ADAC-STRATTEC, STRATTEC SECURITY CORPORATION ("STRATTEC SECURITY"), indicating that the Debtors may assume and assign certain of the Debtors' Agreements with STRATTEC SECURITY (the "Assumed Contracts"). ADAC-STRATTEC did not receive such a notice.

6.  The Assignment Notice directed STRATTEC SECURITY to a website (the "Contract Website") containing a description of the Assumed Contracts and associated cure amounts representing prepetition defaults under the Assumed Contracts. Certain of the Assumed Contracts are actually ADAC-STTATTEC's contracts with the

Debtors.  ADAC-STRATTEC believes the Debtors intend to assume contracts with ADAC-STRATTEC but has mislabled them as STRATTEC SECURITY contracts.  On the Contract Website, the Debtors identify $186,873.95 as the amount which they allege to be owing on ADAC-STRATTEC contracts, again, this amount is listed under STRATTEC SECURITY's cure amount, for prepetition defaults under the Assumed Contracts (the "Debtors' Cure Amount").

7.     The Debtors' Cure Amount is less than what is actually owed under the ADAC-Strattec Assumed Contracts for prepetition shipments.  ADAC-STRATTEC contests the Debtors' Cure Amount for the ADAC-Strattec Assumed Contracts and reserves its rights to all amounts owing as of the date of assumption and assignment.  ADAC-STRATTEC asserts that the Debtors' outstanding obligations for prepetition obligations under the Agreements was $205,613.66 (the "Supplier Cure Amount").  A summary of the Supplier Cure Amount is attached hereto as Exhibit A.

8.     ADAC-STRATTEC believes that the Debtors intend to make payments to ADAC-STRATTEC in the ordinary course of business.  However, ADAC-STRATTEC files this limited objection to the Debtors' Cure Amount to reserve its rights to payment for *all* outstanding prepetition and postpetition obligations upon the Debtors' assumption of the Assumed Contracts.

9.     Pursuant to the Sale Procedures Order, ADAC-STRATTEC files this Objection to reserve its rights to the Supplier Cure Amount and any additional postpetition obligations outstanding as of the date of assumption and assignment of the Assumed Contracts.

3

10. ADAC-STRATTEC further reserves its rights to supplement this Objection.

WHEREFORE, ADAC-STRATTEC seeks an order sustaining its Objection and finding that the Supplier Cure Amount and any subsequent postpetition amounts due and owing to ADAC-STRATTEC is required to be paid to ADAC-STRATTEC upon assumption and assignment of any ADAC-Strattec Assumed Contracts and reserving its rights in connection with the Sale Procedures Order.

Dated: June 15, 2009
      New York, New York

KELLEY DRYE & WARREN LLP

By: /s/ Jennifer A. Christian
    James S. Carr (JC 1603)
    Jennifer A. Christian (JC 7305)
101 Park Avenue
New York, NY 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

- and –

REINHART BOERNER VAN DEUREN S.C.
Amanda M. Gibbs
1000 North Water Street, Suite 1700
P.O. Box 2965
Milwaukee, WI 53201-2965
Tel: (414) 298-1000
Fax: (414) 298-8097

*Attorneys for ADAC-STRATTEC LLC*

## CERTIFICATE OF SERVICE

      I, Jennifer A. Christian hereby certify that on June 15, 2009, a true and correct copy of the Objection of ADAC-Strattec LLC to the Debtor's Proposed Cure Amount was filed via this Court's CM/ECF system and served on June 15, 2009 on those parties listed on the annexed schedule via overnight mail.

                                            */s/ Jennifer A. Christian*
                                            Jennifer A. Christian

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>Attn:  Warren Command Center<br>Mailcode 480-206-114 | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn:  Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq. |
| U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C. 20220<br>Attn: Matthew Feldman, Esq. | Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>Attn:  John J. Rapisardi, Esq. |
| Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>Attn:  Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>BY HAND | Office of United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004<br>Attn:  Diana G. Adams, Esq. |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Attn: Gordon Z. Novod, Esq. | |