# ADAC-STRATTEC LLC
## Total Outstanding Accounts Receivable Due From General Motors and Saturn US as of 5/31/09

| SSC Account # | Date | Type | Invoice # | Accounts Receivable as of 5/31/09 | To Pay 7/2/09 per GM | To Pay 8/2/09 Per GM | In Cure per GM decor | Balance |
|---|---|---|---|---|---|---|---|---|
| 01000000 | 20509 | IN | 501469 | 20.34 | | | | 20.34 |
| 01001111 | 20909 | IN | 501499 | 67.48 | | | | 67.48 |
| 01000000 | 21009 | IN | 501515 | 48.15 | | | | 48.15 |
| 01000000 | 21809 | IN | 501567 | 40.16 | | | | 40.16 |
| 01000000 | 22509 | IN | 501612 | 27.81 | | | | 27.81 |
| 01000000 | 30409 | IN | 501658 | 25.23 | | | | 25.23 |
| 01000000 | 31109 | IN | 501699 | 20.34 | | | | 20.34 |
| 01000000 | 31809 | IN | 501736 | 50.46 | | | | 50.46 |
| 01000000 | 32509 | IN | 501770 | 45.57 | | | | 45.57 |
| 01000000 | 40109 | IN | 501799 | 5.15 | | | | 5.15 |
| 01000000 | 40809 | IN | 501837 | 42.74 | | | | 42.74 |
| 01000000 | 41509 | IN | 501866 | 88.57 | | | 31.89 | 56.68 |
| 01000000 | 42309 | IN | 501909 | 22.66 | | | 22.66 | - |
| 01000000 | 42909 | IN | 501945 | 35.79 | | | 35.79 | - |
| 01000000 | 50809 | IN | 501988 | 19.90 | | | 33.04 | (13.14) |
| 01000000 | 51109 | IN | 501995 | 1,446.44 | | | 1,446.44 | - |
| 01000000 | 51109 | IN | 501996 | 15.45 | | | 15.45 | - |
| 01001111 | 51809 | IN | 502035 | 32.63 | 32.63 | | | - |
| 01000000 | 51809 | IN | 502036 | 189.87 | | | 189.87 | - |
| 01000000 | 51809 | IN | 502037 | 10.81 | | | 13.28 | (2.47) |
| 01000000 | 51809 | IN | 502038 | 33.22 | | | 33.22 | - |
| 01000000 | 52609 | IN | 502086 | 189.87 | | | 189.87 | - |
| 01000000 | 52609 | IN | 502087 | 7.61 | | | 10.08 | (2.47) |
| 01000000 | 52609 | IN | 502088 | 598.91 | | | 598.91 | - |
| 01001111 | 52609 | IN | 502089 | 32.63 | | | 32.63 | - |
| 01000000 | 52909 | IN | 502129 | 50.20 | | | 50.20 | - |
| 01000000 | 52909 | IN | 502134 | 21.80 | | | 21.80 | - |
| 01000000 | 52909 | IN | 502137 | 736.01 | | | 736.01 | - |
| Unallocated Payment | | | | | | | 770.58 | |
| Unallocated Deduction | | | | | | | (792.45) | - |
| GM SPO | | | | 3,925.80 | 32.63 | - | 3,439.27 | 432.03 |
| | | | | | | | | |
| 01010000 | 50109 | IN | 501960 | 1,642.80 | | | 1,642.80 | - |
| 01010000 | 50109 | IN | 501963 | 1,558.20 | 1,558.20 | | | - |
| 01010000 | 50609 | IN | 501971 | 2,649.00 | | | 2,649.00 | - |
| 01010000 | 50609 | IN | 501972 | 2,823.47 | | | 2,823.48 | (0.01) |
| 01010000 | 50609 | IN | 501973 | 1,705.00 | | | 1,705.00 | - |
| 01010000 | 50609 | IN | 501974 | 1,448.91 | | | 1,448.91 | - |
| 01010000 | 50609 | IN | 501976 | 1,506.90 | 1,506.90 | | | - |
| 01010000 | 50609 | IN | 501977 | 975.60 | 975.60 | | | - |
| 01010000 | 50609 | IN | 501979 | 4,675.96 | | | 4,675.96 | - |
| 01010000 | 50609 | IN | 501980 | 1,262.29 | | | 1,262.29 | - |
| 01010000 | 50609 | IN | 501981 | 1,695.60 | 1,695.60 | | | - |
| 01010000 | 50809 | IN | 501984 | 2,649.00 | | | 2,649.00 | - |
| 01010000 | 50809 | IN | 501985 | 1,452.55 | | | 1,452.55 | - |
| 01010000 | 50809 | IN | 501986 | 1,669.50 | 1,669.50 | | | - |
| 01010000 | 51109 | IN | 501989 | 2,652.63 | | | 2,652.64 | (0.01) |
| 01010000 | 51109 | IN | 501990 | 1,335.60 | 1,335.60 | | | - |
| 01010000 | 51109 | IN | 501993 | 3,091.72 | | | 3,091.72 | - |
| 01010000 | 51109 | IN | 501994 | 410.40 | | | 410.40 | - |
| 01010000 | 51209 | IN | 501998 | 3,157.55 | | | 3,157.56 | (0.01) |
| 01010000 | 51209 | IN | 501999 | 1,829.41 | | | 1,829.41 | - |
| 01010000 | 51209 | IN | 502001 | 1,224.30 | 1,224.30 | | | - |
| 01010000 | 51309 | IN | 502005 | 2,963.67 | | | 2,963.67 | - |
| 01010000 | 51309 | IN | 502006 | 1,009.84 | | | 1,009.84 | - |
| 01010000 | 51309 | IN | 502007 | 1,275.60 | 1,275.60 | | | - |
| 01010000 | 51409 | IN | 502012 | 1,639.16 | | | 1,639.16 | - |
| 01010000 | 51409 | IN | 502016 | 1,729.50 | 1,729.50 | | | - |
| 01010000 | 51409 | IN | 502018 | 3,219.76 | | | 3,219.76 | - |
| 01010000 | 51409 | IN | 502020 | 1,041.60 | | | 1,041.60 | - |
| 01010000 | 51509 | IN | 502025 | 1,200.09 | | | 1,200.09 | - |
| 01010000 | 51509 | IN | 502026 | 4,291.81 | | | 4,291.80 | 0.01 |
| 01010000 | 51509 | IN | 502027 | 1,032.90 | | | 1,032.90 | - |
| 01010000 | 51509 | IN | 502028 | 1,275.60 | 1,275.60 | | | - |
| 01010000 | 51509 | IN | 502032 | 2,019.68 | | | 2,019.68 | - |

09-50026-mg  Doc 1344-1  Filed 06/15/09  Entered 06/15/09 18:00:38  Exhibit
Pg 2 of 2

| SSC Account # | Date | Type | Invoice # | Accounts Receivable as of 5/31/09 | To Pay 7/2/09 per GM | To Pay 8/2/09 Per GM | In Cure per GM decor | Balance |
|---|---|---|---|---|---|---|---|---|
| 01010000 | 51509 | IN | 502033 | 1,009.84 | | | 1,009.84 | - |
| 01010000 | 51509 | IN | 502034 | 1,712.40 | | | 1,712.40 | - |
| 01010000 | 51909 | IN | 502041 | 2,462.39 | | | 2,462.39 | - |
| 01010000 | 51909 | IN | 502042 | 1,639.16 | | | 1,639.16 | - |
| 01010000 | 52009 | IN | 502048 | 1,446.90 | 1,446.90 | | | - |
| 01010000 | 52009 | IN | 502049 | 1,767.21 | | | 1,767.21 | - |
| 01010000 | 52009 | IN | 502051 | 2,586.78 | | | 2,586.80 | (0.02) |
| 01010000 | 52009 | IN | 502052 | 741.60 | | | 741.60 | - |
| 01010000 | 52109 | IN | 502058 | 3,589.73 | | | 3,589.73 | - |
| 01010000 | 52109 | IN | 502059 | 1,642.80 | | | 1,642.80 | - |
| 01010000 | 52109 | IN | 502060 | 702.60 | 702.60 | | | - |
| 01010000 | 52109 | IN | 502065 | 792.90 | | | 792.90 | - |
| 01010000 | 52209 | IN | 502073 | 2,209.92 | | | 2,209.92 | - |
| 01010000 | 52209 | IN | 502074 | 1,483.20 | | | 1,483.20 | - |
| 01010000 | 52209 | IN | 502075 | 1,857.30 | 1,857.30 | | | - |
| 01010000 | 52209 | IN | 502076 | 2,016.03 | | | 2,016.03 | - |
| 01010000 | 52209 | IN | 502080 | 1,801.68 | | | 1,801.68 | - |
| 01010000 | 52209 | IN | 502081 | 2,103.34 | | | 2,103.34 | - |
| 01010000 | 52709 | IN | 502097 | 7,068.85 | | | 7068.85 | - |
| 01010000 | 52709 | IN | 502098 | 2,213.57 | | | 2,213.57 | - |
| 01010000 | 52709 | IN | 502100 | 4,563.30 | | | 4563.3 | - |
| 01010000 | 52709 | IN | 502101 | 3,922.11 | | | 3922.11 | - |
| 01010000 | 52709 | IN | 502102 | 3,527.72 | | | 3527.72 | - |
| 01010000 | 52809 | IN | 502107 | 2,554.03 | | | 2,554.03 | - |
| 01010000 | 52809 | IN | 502108 | 1,057.48 | | | 1057.48 | - |
| 01010000 | 52809 | IN | 502110 | 1,612.80 | | | 1612.8 | - |
| 01010000 | 52809 | IN | 502111 | 1,335.60 | | | 1335.6 | - |
| 01010000 | 52809 | IN | 502112 | 2,051.97 | | | 2051.97 | - |
| 01010000 | 52909 | IN | 502116 | 3,757.45 | | | $3,757.45 | - |
| 01010000 | 52909 | IN | 502117 | 2,286.69 | | | 2,286.69 | - |
| 01010000 | 52909 | IN | 502121 | 1,618.20 | | | 1,618.20 | - |
| 01010000 | 52909 | IN | 502122 | 2,239.84 | | | 2,239.84 | - |
| 01010000 | 52909 | IN | 502124 | 2,050.19 | | | 2,050.19 | - |
| 01010000 | 53009 | IN | 502142 | 2,524.60 | | | $2,524.60 | - |
| 01010000 | 53009 | IN | 502143 | 1,705.01 | | | $1,705.01 | - |
| 01010000 | 53009 | IN | 502144 | 1,639.16 | | | $1,639.16 | - |
| 01010000 | 53009 | IN | 502145 | 1,918.83 | | | $1,918.83 | - |
| 01010000 | 53009 | IN | 502147 | 2,045.34 | | | $2,045.34 | - |
| 01010000 | 53009 | IN | 502148 | 2,054.70 | | | 2,054.70 | - |
| Unallocated Deductions | | | | | -74.18 | | | |
| GM Production | | | | 149,428.82 | 18,179.02 | - | 131,175.66 | (0.04) |
| **TOTAL GM SPO and Production** | | | | 153,354.62 | 18,211.65 | - | 134,614.93 | 431.99 |
| | | | | | | | | |
| **Saturn** | | | | | | | | |
| 09010000 | 50109 | IN | 501962 | 4,796.72 | | | 4,796.72 | - |
| 09010000 | 50609 | IN | 501975 | 4,796.72 | | | 4,796.72 | - |
| 09010000 | 50609 | IN | 501982 | 4,544.27 | | | 4,544.27 | - |
| 09010000 | 51109 | IN | 501991 | 7,006.64 | | | 7,006.64 | - |
| 09010000 | 51209 | IN | 502002 | 6,878.60 | | | 6,878.60 | - |
| 09010000 | 51409 | IN | 502017 | 4,354.01 | | | 4,354.01 | - |
| 09010000 | 51909 | IN | 502043 | 4,229.60 | | | 4,229.60 | - |
| 09010000 | 52109 | IN | 502066 | 10,464.32 | | | 10464.3 | 0.02 |
| 09010000 | 52709 | IN | 502103 | 5,188.16 | | | 5188.16 | - |
| Saturn Production | | | | 52,259.04 | - | - | 52,259.02 | 0.02 |
| | | | | | | | | |
| **Total Saturn and GM** | | | | 205,613.66 | 18,211.65 | - | 186,873.95 | 432.01 |

| | |
|---|---|
| AR Balance 5/31/09 | 205,613.66 |
| Payments | (205,085.60) |
| Unallocated Deductions | (866.63) |
| SSC Balance | (338.57) |