JANICE M. WOOLLEY, #15236
MCGILL, GOTSDINER, WORKMAN & LEPP, P.C., L.L.O.
11404 W. Dodge Road, Suite 500
Omaha, NE 68154
Telephone: (402) 492-9200
FAx: (402) 492-9222
Email: janwoolley@mgwl.com

*Attorneys for NS - 200 Cabot of PA, L.L.C., a Pennsylvania limited liability company*
*NS - 608 Caperton WV, L.L.C., a West Virginia limited liability company*
*NS - 1500 Marquette MS, L.L.C., a Mississippi limited liability company*
*NS - 2200 Willis Miller WI, L.L.C., a Wisconsin limited liability company*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (REG) (Jointly Administered) |
| Debtors. | Honorable Robert E. Gerber |

## CERTIFICATE OF SERVICE

I, Janice M. Woolley, herby certify that on June 15, 2009, a true and correct copy of the Objection of Cabot to (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases and (II) Cure Amounts Related Thereto, Exhibit A and this Certificate of Service with the Clerk of the Court using the CM/ECF system and served on June 15, 2009 on those parties listed herein via U.S. Mail.

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>Attn: Warren Command Center<br>Mailcode 480-206-114 | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq. |
| U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC 20220<br>Attn: Matthew Feldman, Esq. | Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>Attn: John J. Rapisardi, Esq. |
| Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>Attn: Michael J. Edelman, Esq.<br>Michael L. Schein, Esq. | Office of United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004<br>Attn: Diana G. Adams, Esq. |

| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Attn: Gordon Z. Novod, Esq. | <u>Chambers Copy</u><br>Hon. Robert E. Gerber<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green, Room 621<br>New York, New York 10004-1408 |
|---|---|

MCGILL, GOTSDINER, WORKMAN & LEPP, P.C., L.L.O.

By: *[signature]*
Janice M. Woolley, #15236
McGill, Gotsdiner, Workman & Lepp, P.C., L.L.O.
11404 West Dodge Road, Suite 500
Omaha, NE 68154-2584
Telephone: (402) 492-9200
Fax: (402) 492-9222
Email: janwoolley@mgwl.com
ATTORNEYS FOR CREDITORS

Dated: June 15, 2009

344600_1.DOC