Richard J. Bernard
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorney for Shiloh Industries, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
In re:                                                  :
                                                        : Chapter 11 Case No.
GENERAL MOTORS CORP., *et al.*,                         :
                                                        : 09-50026 (REG)
                                       Debtors.         :
                                                        : (Jointly Administered)
                                                        :
------------------------------------------------------- x

**LIMITED OBJECTION OF SHILOH**
**INDUSTRIES, INC. TO PROPOSED CURE AMOUNT**

Shiloh Industries, Inc. ("**Shiloh**"), by and through its undersigned attorney, objects to the proposed cure amount related to the above-captioned debtors' (collectively, the "**Debtors**") assumption and assignment of certain executory contracts by and between Shiloh and certain of the Debtors. Shiloh's books and records reflect a different amount owed to Shiloh than is set forth on the Debtors' contract website. Shiloh intends to resolve this objection with the Debtors pursuant to any applicable arbitration procedures in place between Shiloh and the Debtors.

- 2 -

Dated: June 15, 2009                              Respectfully submitted,

*/s/ Richard J. Bernard*
Richard J. Bernard
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
E-mail:  rbernard@bakerlaw.com

*Attorney for Shiloh Industries, Inc.*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on June 15, 2009 the foregoing *Limited Objection of Shiloh Industries, Inc. to Proposed Cure Amount* was served by regular U.S. mail, postage prepaid, on the persons listed below:

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan  48090-9025<br>Attn:  Warren Common Center<br>Mailcode 480-206-114<br><br>*The Debtors* | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York  10153<br>Attn:  Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br><br>*Counsel for the Debtors* |
| U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C.  20220<br>Attn:  Matthew Feldman, Esq.<br><br>*U.S. Treasury* | Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York  10281<br>Attn:  John J. Rapisardi, Esq.<br><br>*Counsel for the Purchaser* |
| Vedder Price, P.C.<br>1633 Broadway<br>47th Floor<br>New York, New York  10019<br>Attn:  Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br><br>*Counsel for Export Development Canada* | Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, New York  10004<br>Attn:  Diana G. Adams, Esq.<br><br>*United States Trustee* |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York  10036<br>Attn:  Thomas Moers Mayer, Esq.<br>Kenneth H. Eckstein, Esq.<br>Gordon Z. Novod, Esq.<br><br>*Counsel for the Official Committee of Unsecured Creditors* | |

                */s/ Richard J. Bernard*
                Richard J. Bernard
                BAKER & HOSTETLER LLP
                45 Rockefeller Plaza
                New York, New York  10111
                Telephone:  (212) 589-4200
                Facsimile:  (212) 589-4201