**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP, *et al.* | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

Ligee Gu, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in New York, New York.

On June 15, 2009, I served a copy of the document listed below by causing true and correct copies of the same to be sent by Overnight Mail, to the persons listed on Exhibit A hereto:

> OBJECTION TO PROPOSED CURE AMOUNT OF MACQUARIE EQUIPMENT FINANCE, LLC, with exhibits.

>                      */s/ Ligee Gu*
>                       Ligee Gu

Sworn to before me this 15th
day of June, 2009

   */s/ Carrie E. Mitchell*
NOTARY PUBLIC
Carrie E. Mitchell
Notary Public, State of New York
No. 02MI6136082
Qualified in New York County
Commission Expires October 31, 2009

{00080701.1 \ 0743-001}

# Exhibit A

| | | |
|---|---|---|
| Attn: Warren Command Center<br>Mailcode 480-206-114<br>General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI  48090-9025 | Harvey R. Miller, Esq.,<br>Stephen Karotkin, Esq.<br>& Joseph H. Smolinsky, Esq.<br>Weil Gotschal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Matthew Feldman, Esq.<br>U.S. Treasury<br>1500 Pennsylvania Avenue, NW<br>Room 2312<br>Washington, DC  20220 |
| John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281 | Michael Edelman, Esq.<br>& Michael Schein, Esq.<br>Vedder Price P.C.<br>1633 Broadway, 47th Floor<br>New York, NY  10019 | Diana G. Adams, Esq.<br>Office of the United States Trustee, SDNY<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 |
| Thomas Moers Mayer<br>Kenneth H. Eckstein<br>Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of Americas<br>New York, NY 10036 | | |