## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2009, a true and correct copy of the **LIMITED OBJECTION OF PRAXAIR, INC. AND PRAXAIR DISTRIBUTION INC. TO NOTICE OF DEBTORS' INTENT (I) TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO** [Docket # 1001], and the **LIMITED OBJECTION OF PRAXAIR, INC. AS AGENT FOR NIJECT SERVICES COMPANY TO NOTICE OF DEBTORS' INTENT (I) TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO** [Docket # 1164] were served via electronic mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system, and further, via Email to the following parties:

| **Attorney for Purchaser:**<br>John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>Telephone: (212) 504-6000<br>Facsimile: (212) 504-6666<br>*E-mail: john.rapisardi@cwt.com* | **Attorneys for Debtor:**<br>Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>*Email: Harvey.miller@weil.com*<br>*Stephen.karotkin@weil.com*<br>*Joseph.smolinsky@weil.com* |
|---|---|
| **Attorneys for Export Development Canada:**<br>Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor | **Attorneys for Creditors Committee:**<br>*Official Committee of Unsecured Creditors*<br>Gordon Z. Novod, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas |

DAL:0588637/00005:1866027v1

| | |
|---|---|
| New York, NY  10019<br>Telephone: (212) 407-6970<br>Facsimile: (212) 407-7799<br>*Email: mjedelman@vedderprice.com*<br>*mschein@vedderprice.com* | New York, NY  10036<br>Telephone: (212) 715-7753<br>Facsimile: (212) 715-8192<br>*Email: gnovod@kramerlevin.com* |

Via Email (for the first document) and Facsimile (for the second document) to the following party:

**U.S. Treasury:**
Matthew Feldman, Esq.
The U.S. Treasury
1500 Pennsylvania Ave., NW
Room 2312
Washington, DC  20220
Telephone: (202) 622-2000
Facsimile: (202) 622-6415
*'matthew.feldman@do.treas.gov'*

Via Facsimile to the following party:

**Office of the United States Trustee:**
Office of the United States Trustee, Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004
Telephone: (212) 510-0500 x331
Facsimile: (212) 668-2255

And via messenger service to the following party:

**Debtors:**
c/o General Motors Corp.
Cadillac Building
30009 Van Dyke Ave.
Warren, Michigan  48090-9025
Attn:  Warren Command Center
Mailcode 480-206-114

By: */s/ Sarah M. Chen*
Sarah M. Chen

DAL:0588637/00005:1866027v1