Richard J. Bernard
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201

*Attorney for Stoneridge, Inc. Stoneridge Pollak, Ltd., Hi-Stat Mfg. and Pollak Switch Products*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
In re:                                                  :
                                                        :  Chapter 11 Case No.
GENERAL MOTORS CORP., *et al.*,                         :
                                                        :  09-50026 (REG)
                                       Debtors.         :
                                                        :  (Jointly Administered)
                                                        :
------------------------------------------------------- x

### LIMITED OBJECTION OF STONERIDGE, INC. STONERIDGE POLLAK, LTD., HI-STAT MFG. AND <u>POLLAK SWITCH PRODUCTS TO PROPOSED CURE AMOUNT</u>

Stoneridge, Inc., Stoneridge Pollak, Ltd., Hi-Stat Mfg. and Pollak Switch Products (collectively, "**Stoneridge**"), by and through its undersigned attorney, objects to the proposed cure amount related to the above-captioned debtors' (collectively, the "**Debtors**") assumption and assignment of certain executory contracts by and between Stoneridge and certain of the Debtors.  Stoneridge's books and records reflect a different amount owed to Stoneridge than is set forth on the Debtors' contract website.  Stoneridge intends to resolve this objection with the Debtors pursuant to any applicable arbitration procedures in place between Stoneridge and the Debtors.

- 2 -

Dated: June 15, 2009    Respectfully submitted,

*/s/ Richard J. Bernard*
Richard J. Bernard
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
E-mail:  rbernard@bakerlaw.com

*Attorney for Stoneridge, Inc. Stoneridge Pollak, Ltd., Hi-Stat Mfg. and Pollak Switch Products*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 15, 2009 the foregoing *Limited Objection of Stoneridge, Inc., Stoneridge Pollak, Ltd., Hi-Stat Mfg. and Pollak Switch Products to Proposed Cure Amount* was served by regular U.S. mail, postage prepaid, on the persons listed below:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan  48090-9025
Attn:  Warren Common Center
Mailcode 480-206-114

*The Debtors*

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C.  20220
Attn:  Matthew Feldman, Esq.

*U.S. Treasury*

Vedder Price, P.C.
1633 Broadway
47th Floor
New York, New York  10019
Attn:  Michael J. Edelman, Esq.
Michael L. Schein, Esq.

*Counsel for Export Development Canada*

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York  10036
Attn: Thomas Moers Mayer, Esq.
Kenneth H. Eckstein, Esq.
Gordon Z. Novod, Esq.

*Counsel for the Official Committee of Unsecured Creditors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn:  Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.

*Counsel for the Debtors*

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York  10281
Attn:  John J. Rapisardi, Esq.

*Counsel for the Purchaser*

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York  10004
Attn:  Diana G. Adams, Esq.

*United States Trustee*

 

 

*/s/ Richard J. Bernard*
Richard J. Bernard
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201