Richard J. Bernard
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorney for Veyance Technologies, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
In re:                                                  :
                                                        : Chapter 11 Case No.
GENERAL MOTORS CORP., *et al.*,                         :
                                                        : 09-50026 (REG)
                                        Debtors.        :
                                                        : (Jointly Administered)
                                                        :
------------------------------------------------------- x

**LIMITED OBJECTION OF VEYANCE**
**TECHNOLOGIES, INC. TO PROPOSED CURE AMOUNT**

Veyance Technologies, Inc. ("**Veyance**"), by and through its undersigned attorney, objects to the proposed cure amount related to the above-captioned debtors' (collectively, the "**Debtors**") assumption and assignment of certain executory contracts by and between Veyance and certain of the Debtors. Veyance's books and records reflect a different amount owed to Veyance than is set forth on the Debtors' contract website. Veyance intends to resolve this objection with the Debtors pursuant to any applicable arbitration procedures in place between Veyance and the Debtors.

- 2 -

Dated:  June 15, 2009											Respectfully submitted,

												*/s/ Richard J. Bernard*
												Richard J. Bernard
												BAKER & HOSTETLER LLP
												45 Rockefeller Plaza
												New York, New York  10111
												Telephone:  (212) 589-4200
												Facsimile:  (212) 589-4201
												E-mail:  rbernard@bakerlaw.com

												*Attorney for Veyance Technologies, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 15, 2009 the foregoing *Limited Objection of Veyance Technologies, Inc. to Proposed Cure Amount* was served by regular U.S. mail, postage prepaid, on the persons listed below:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan  48090-9025
Attn:  Warren Common Center
Mailcode 480-206-114

*The Debtors*

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C.  20220
Attn:  Matthew Feldman, Esq.

*U.S. Treasury*

Vedder Price, P.C.
1633 Broadway
47th Floor
New York, New York  10019
Attn:  Michael J. Edelman, Esq.
Michael L. Schein, Esq.

*Counsel for Export Development Canada*

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York  10036
Attn:  Thomas Moers Mayer, Esq.
Kenneth H. Eckstein, Esq.
Gordon Z. Novod, Esq.

*Counsel for the Official Committee of Unsecured Creditors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn:  Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.

*Counsel for the Debtors*

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York  10281
Attn:  John J. Rapisardi, Esq.

*Counsel for the Purchaser*

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York  10004
Attn: Diana G. Adams, Esq.

*United States Trustee*

   */s/ Richard J. Bernard*
   Richard J. Bernard
   BAKER & HOSTETLER LLP
   45 Rockefeller Plaza
   New York, New York  10111
   Telephone:  (212) 589-4200
   Facsimile:  (212) 589-4201