**LATHAM & WATKINS LLP**

Mitchell Seider (MS-4321)
Jason Sanjana (JS-8695)
885 Third Avenue
New York, New York 10022-4802
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: mitchell.seider@lw.com

-and-

Paul Sheridan
555 Eleventh Street, N.W.
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-220
Facsimile: (202) 637-2201

*Attorneys for CHAMPION LABORATORIES, INC.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) | Case No. 09-50026 (REG) |
| ) | |
| GENERAL MOTORS CORP., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | |

**LIMITED OBJECTION TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE AMOUNTS RELATED THERETO**

Champion Laboratories, Inc. ("Champion"), a party in interest, files this limited objection and reservation of rights to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m) and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, to (I) Approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other

Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Hearing (Docket No. 92) (the "Sale Motion") and states as follows:

Champion is a party to certain executory contracts with General Motors Corporation. Champion has reviewed the cure amount set forth on the Contract Website with respect to its executory contracts. In addition to the amounts set forth on the Contract Website, an additional amount of $371,653.67 is also owed to Champion and should be added to such cure amount for a total cure amount of $2,511,798.45. A spreadsheet detailing the additional amounts owed is attached hereto as Exhibit "A" and by this reference made a part hereof.

Champion reserves its right to supplement this objection with additional legal or factual arguments.

Dated: June 15, 2009

**LATHAM & WATKINS LLP**

/s/ Mitchell Seider
Mitchell Seider (MS-4321)
Jason Sanjana (JS-8695)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
mitchell.seider@lw.com

-and-

Paul Sheridan
555 Eleventh Street, N.W.
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-220
Facsimile: (202) 637-2201

*Attorneys for:*
*CHAMPION LABORATORIES, INC.*

# EXHIBIT A

**GM Payment Cure Amount**

| | | |
|---|---|---|
| GM Main | $1,761,178.55 | |
| Saturn | $89,837.21 | |
| GM Canada | $289,129.02 | |
| **Total Payments** | **$2,140,144.78** | |

**Champ Unresolved Balances After Payment**
**Breakdown of Balance**

| | | |
|---|---|---|
| Unpaid Invoices | $249,581.35 | These are invoices that were skipped over and not paid. Some of these are invoices that are not showing on the stayed items in E-Dacor |
| Chargebacks | $3,310.68 | Invoices that have already gone through claims and have been charged back to GM |
| Pricing | $58,700.18 | Left over pricing from Retro payment not fixed and current pricing issues |
| Shortages | $24,627.94 | Invoices that were short paid |
| Misc Discrepancies | $6,611.55 | Deductions that were taken with no explanation attached |
| Freight | $3,766.50 | Deductions on freight charges |
| Unapplied Cash on Payment (Manual BOL's Created That I Am Unable To Match Up) | -$5,414.95 | Items that were paid using manual BOL's or invoice numbers that cannot be matched to what is in our system |
| Saturn Unpaid Invoices & Chargebacks | $16,642.46 | Invoices that were skipped over and deductions taken |
| GM Canada Unpaid Invoices & Pricing | $13,827.96 | Invoices that were skipped over and pricing issues not corrected |
| **Total** | **$371,653.67** | |

| | |
|---|---|
| **Grand Total** | **$2,511,798.45** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Champion Laboratories Inc.'s Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Amounts Related Thereto was served on June 15, 2009 automatically through the Court's ECF system to all parties having registered in these Chapter 11 cases under the Court's CM/ECF system, and via overnight Federal Express on the parties identified below:

Debtors:

> General Motors Corporation
> Cadillac Building
> 30009 Van Dyke Avenue
> Warren, MI 48090-9025
> Attn: Warren Command Center
> Mailcode 480-206-114

Attorneys for Debtors:

> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, NY 10153
> Attn: Harvey R. Miller, Esq.
> Stephen Karotkin, Esq.
> Joseph H. Smolinksy, Esq.

U.S. Treasury:

> U.S. Treasury
> 1500 Pennsylvania Avenue NW
> Room 2312
> Washington, DC 20220
> Attn: Matthew Feldman, Esq.

Attorneys for Purchaser:

> Cadwalader, Wickersham & Taft LLP
> One World Financial Center
> New York, NY 10281
> Attn: John J. Rapisardi, Esq.

Attorneys for Creditors Committee:

Miller, Johnson, Snell & Cummiskey, PLC
250 Monroe Avenue, N.W., Suite 800
Grand Rapids, MI 49503
Attn: Robert D. Wolford, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036
Attn: Gordon Z. Novod, Esq.

Attorneys for Export Development Canada:

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esq.
Michael L. Schein, Esq.

U.S. Trustee:

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.

DATED:    June 15, 2009

                                        **LATHAM & WATKINS LLP**

                                        /s/ Mitchell Seider
                                        Mitchell Seider (MS-4321)
                                        LATHAM & WATKINS LLP
                                        885 Third Avenue
                                        New York, New York
                                        Telephone: (212) 906-1200
                                        Facsimile: (212) 751-4864
                                        mitchell.seider@lw.com