**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                        )
                                        ) **Case No. 09-50026**
                                        )
                                        )
                                        )
**In re: GENERAL MOTORS CORP., et al.**  )
   **Debtors.**            ) **Chapter 11**
                                        )
_____)


## NOTICE OF APPEARANCE

**To the Clerk of this Court and all parties of record:**

  1. Enter my appearance as counsel in this case for Claimants Clarcor, Inc. and Total Filtration Services, Inc.

  2. I certify that I am admitted to practice in this Court.

**Dated: New York, New York**
   **June 15, 2009**

            **Respectfully submitted,**

            *MAZZEO SONG & BRADHAM LLP*

             By: /s/ David H. Hartheimer
             David H. Hartheimer (DH-3583)
             708 Third Avenue, 19th Floor
             New York, NY 10017
             Tel. No.: (212) 599-0700

             *Counsel for Clarcor, Inc. and Total Filtration Services, Inc.*

2891455.2          1