**LATHAM & WATKINS LLP**

Mitchell Seider (MS-4321)
Jason Sanjana (JS-8695)
885 Third Avenue
New York, New York 10022-4802
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: mitchell.seider@lw.com

-and-

Paul Sheridan
555 Eleventh Street, N.W.
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-220
Facsimile: (202) 637-2201

*Attorneys for AIRTEX PRODUCTS, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Case No. 09-50026 (REG) |
| | ) | |
| GENERAL MOTORS CORP., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**LIMITED OBJECTION TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE AMOUNTS RELATED THERETO**

Airtex Products, L.P. ("Airtex"), a party in interest, files this limited objection and reservation of rights to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m) and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, to (I) Approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other

Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Hearing (Docket No. 92) (the "Sale Motion") and states as follows:

Airtex is a party to certain executory contracts (the "Contracts") with General Motors Corporation. No cure amount has been listed for Airtex's Contracts on the Contract Website established by Debtors to provide dealers with contract information. However, $96,575.94 is owed to Airtex under the Contracts. A spreadsheet detailing the additional amounts owed is attached hereto as Exhibit "A" and by this reference made a part hereof. Before any of the Contracts are assumed or assigned by Debtors, the cure amount of $96,575.94 should be acknowledged by Debtors as due and owing to Airtex.

Airtex reserves its right to supplement this objection with additional legal or factual arguments.

Dated: June 15, 2009

**LATHAM & WATKINS LLP**

/s/ Mitchell Seider
Mitchell Seider (MS-4321)
Jason Sanjana (JS- 8695)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
mitchell.seider@lw.com

-and-

Paul Sheridan
555 Eleventh Street, N.W.
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-220
Facsimile: (202) 637-2201

*Attorneys for AIRTEX PRODUCTS, L.P.*

# EXHIBIT A

| Customer Number | Customer Location | PO Number | Invoice Number | Transaction Date | Due Date | Balance Due | Comments | Class | Days Late |
|---|---|---|---|---|---|---|---|---|---|
| 2130 | GM North America - A18415 | GM 47998 | 16362660 | 1/2/2009 | 3/2/2009 | 233.04 | E-MAILED I | Invoice | 105 |
| 2130 | GM North America - A18415 | GM 47998 | 16388059 | 4/23/2009 | 6/2/2009 | 134.40 | INV COPY / | Invoice | 13 |
| 2130 | General Motors Service Parts OperaA67181 | 4202916 | 16390548 | 5/5/2009 | 7/2/2009 | 83.74 | | Invoice | -17 |
| 2130 | General Motors Service Parts OperaA67181 | 4218089 | 16390554 | 5/5/2009 | 7/2/2009 | 92.55 | | Invoice | -17 |
| 2130 | General Motors Service Parts OperaA67181 | 4234350 | 16390564 | 5/5/2009 | 7/2/2009 | 83.74 | | Invoice | -17 |
| 2130 | General Motors Service Parts OperaA67181 | 4272797 | 16391342 | 5/7/2009 | 7/2/2009 | 78.38 | | Invoice | -17 |
| 2130 | General Motors Service Parts OperaA67181 | 4218089 | 16391406 | 5/8/2009 | 7/2/2009 | 49.50 | | Invoice | -17 |
| 2130 | General Motors Service Parts OperaA67181 | 4326847 | 16392117 | 5/12/2009 | 7/2/2009 | 167.48 | | Invoice | -17 |
| 2130 | General Motors Service Parts OperaA67181 | 4354052 | 16392850 | 5/14/2009 | 7/2/2009 | 168.22 | | Invoice | -17 |
| 2130 | General Motors Service Parts OperaA67181 | 4445114 | 16394318 | 5/21/2009 | 7/2/2009 | 57.59 | | Invoice | -17 |
| 2130 | General Motors Service Parts OperaA67181 | 4473563 | 16394578 | 5/22/2009 | 7/2/2009 | 83.74 | | Invoice | -17 |
| 2130 | General Motors Service Parts OperaA67181 | 4474034 | 16394584 | 5/22/2009 | 7/2/2009 | 68.08 | | Invoice | -17 |
| 2130 | General Motors Service Parts OperaA67181 | 4458412 | 16394600 | 5/22/2009 | 7/2/2009 | 45.68 | | Invoice | -17 |
| 2130 | General Motors Service Parts OperaA67181 | 4459408 | 16395022 | 5/26/2009 | 7/2/2009 | 57.59 | | Invoice | -17 |
| 2130 | General Motors Service Parts OperaA67181 | 4544975 | 16396074 | 5/29/2009 | 7/2/2009 | 167.48 | | Invoice | -17 |
| 2130 | GM North America - A18415 | CN 47998 | 16389782 | 5/1/2009 | 7/2/2009 | 116.52 | | Invoice | -17 |
| 2130 | GM North America - A18415 | GM 47998 | 16389785 | 5/1/2009 | 7/2/2009 | 343.03 | | Invoice | -17 |
| 2130 | GM North America - A18415 | GM 47998 | 16391350 | 5/7/2009 | 7/2/2009 | 6,564.00 | | Invoice | -17 |
| 2130 | GM North America - A18415 | CN 47998 | 16391354 | 5/7/2009 | 7/2/2009 | 93.70 | | Invoice | -17 |
| 2130 | GM North America - A18415 | GM 47998 | 16391356 | 5/7/2009 | 7/2/2009 | 7,239.61 | | Invoice | -17 |
| 2130 | GM North America - A18415 | GM 47998 | 16391357 | 5/7/2009 | 7/2/2009 | 268.80 | | Invoice | -17 |
| 2130 | GM North America - A18415 | GM 47998 | 16391358 | 5/7/2009 | 7/2/2009 | 75.26 | | Invoice | -17 |
| 2130 | GM North America - A18415 | GM 47998 | 16392663 | 5/14/2009 | 7/2/2009 | 114.81 | | Invoice | -17 |
| 2130 | GM North America - A18415 | GM 47998 | 16392841 | 5/14/2009 | 7/2/2009 | 41,608.33 | | Invoice | -17 |
| 2130 | GM North America - A18415 | CN 47998 | 16392844 | 5/14/2009 | 7/2/2009 | 116.52 | | Invoice | -17 |
| 2130 | GM North America - A18415 | GM 47998 | 16392846 | 5/14/2009 | 7/2/2009 | 294.48 | | Invoice | -17 |
| 2130 | GM North America - A18415 | GM 47998 | 16392936 | 5/15/2009 | 7/2/2009 | 1,353.56 | | Invoice | -17 |
| 2130 | GM North America - A18415 | GM 47998 | 16392939 | 5/15/2009 | 7/2/2009 | 3,469.80 | | Invoice | -17 |
| 2130 | GM North America - A18415 | GM 47998 | 16394314 | 5/21/2009 | 7/2/2009 | 14,314.72 | | Invoice | -17 |
| 2130 | GM North America - A18415 | GM 47998 | 16394315 | 5/21/2009 | 7/2/2009 | 4,555.32 | | Invoice | -17 |
| 2130 | GM North America - A18415 | GM 47998 | 16394327 | 5/21/2009 | 7/2/2009 | 116.52 | | Invoice | -17 |
| 2130 | GM North America - A18415 | CN 47998 | 16394595 | 5/22/2009 | 7/2/2009 | 64.23 | | Invoice | -17 |
| 2130 | GM North America - A18415 | GM 47998 | 16395700 | 5/28/2009 | 7/2/2009 | 6,429.75 | | Invoice | -17 |
| 2130 | GM North America - A18415 | CN 47998 | 16395712 | 5/28/2009 | 7/2/2009 | 2,124.79 | | Invoice | -17 |
| 2130 | GM North America - A18415 | GM 47998 | 16395718 | 5/28/2009 | 7/2/2009 | 5,624.46 | | Invoice | -17 |
| 2130 | GM North America - A18415 | GM 47998 | 16395723 | 5/28/2009 | 7/2/2009 | 116.52 | | Invoice | -17 |
| | | | | Cure Amount | | 96,575.94 | | | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of Airtex Products, L.P.'s Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Amounts Related Thereto was served on June 15, 2009 automatically through the Court's ECF system to all parties having registered in these Chapter 11 cases under the Court's CM/ECF system, and via overnight Federal Express on the parties identified below:

Debtors:

    General Motors Corporation
    Cadillac Building
    30009 Van Dyke Avenue
    Warren, MI 48090-9025
    Attn: Warren Command Center
    Mailcode 480-206-114

Attorneys for Debtors:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, NY 10153
    Attn: Harvey R. Miller, Esq.
    Stephen Karotkin, Esq.
    Joseph H. Smolinksy, Esq.

U.S. Treasury:

    U.S. Treasury
    1500 Pennsylvania Avenue NW
    Room 2312
    Washington, DC 20220
    Attn: Matthew Feldman, Esq.

Attorneys for Purchaser:

    Cadwalader, Wickersham & Taft LLP
    One World Financial Center
    New York, NY 10281
    Attn: John J. Rapisardi, Esq.

Attorneys for Creditors Committee:

    Miller, Johnson, Snell & Cummiskey, PLC

250 Monroe Avenue, N.W., Suite 800
Grand Rapids, MI 49503
Attn: Robert D. Wolford, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036
Attn: Gordon Z. Novod, Esq.

Attorneys for Export Development Canada:

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esq.
Michael L. Schein, Esq.

U.S. Trustee:

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.

DATED:    June 15, 2009

**LATHAM & WATKINS LLP**

/s/ Mitchell Seider
Mitchell Seider (MS-4321)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
mitchell.seider@lw.com