# Contract Notices

User: **bQrAR922**

**My Contracts**    **Documents & Links**

## Supplier Details

Vendor Master ID: **005162417**

|  |  |
|---|---|
| Supplier Name: | **CLARCOR INC** |
| Contract Cure Amount: | **$419,280.90** |
| # of Contracts: | **192** |

Click here to view Contracts

### Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount |
|---|---|---|---|---|---|
| RD611266503 | FXR52525 | 0664194 | 4/2/2009 | STAYED | $78.80 USD |
| RD611266503 | FXR52670 | 0681572 | 5/6/2009 | STAYED | $3,741.75 USD |
| RD611266503 | FXS17780 | 478837 | 3/20/2009 | STAYED | $226.80 USD |
| RD611266503 | FXS17781 | 478834 | 3/20/2009 | STAYED | $443.80 USD |
| RD611266503 | FXR52300 | 478628 | 3/20/2009 | STAYED | $2,356.20 USD |
| RD611266503 | FXS17779 | 478838 | 3/20/2009 | STAYED | $1,200.00 USD |
| RD611266503 | BGR66327 | 033109 | 3/31/2009 | STAYED | $9,290.89 USD |
| RD611266503 | GRR55132 | GRMAR2009 | 3/31/2009 | STAYED | $272.00 USD |
| RD611266503 | MRR23573 | 669913 | 4/3/2009 | STAYED | $217.50 USD |
| RD611266503 | MRR23526 | 3008622 | 4/9/2009 | STAYED | $998.58 USD |
| RD611266503 | MRR23526 | 3008622 | 4/27/2009 | STAYED | $352.44 USD |
| RD611266503 | MRR23110 | 0647361 | 5/4/2009 | STAYED | $3,637.36 USD |
| RD611266503 | MRS34598 | 681838 | 5/6/2009 | STAYED | $1,364.01 USD |
| RD611266503 | MRR23526 | 3008622 | 5/19/2009 | STAYED | $58.74 USD |
| RD611266503 | TAR21480 | S0667969 | 3/31/2009 | STAYED | $202.50 USD |
| RD611266503 | TAR21480 | S0667981 | 3/31/2009 | STAYED | $3,262.50 USD |
| RD611266503 | TAR21490 | S0668608 | 4/1/2009 | STAYED | $652.48 USD |
| RD611266503 | TAR21638 | S0672037 | 4/13/2009 | STAYED | $1,610.00 USD |
| RD611266503 | TAR21634 | S0672033 | 4/13/2009 | STAYED | $405.00 USD |
| RD611266503 | TAR21635 | 89531-000 | 4/10/2009 | STAYED | $1,303.36 USD |
| RD611266503 | TAR21696 | S0673364 | 4/15/2009 | STAYED | $409.30 USD |
| RD611266503 | TAR21691 | S0673365 | 4/15/2009 | STAYED | $419.75 USD |
| RD611266503 | TAR21695 | S0673354 | 4/15/2009 | STAYED | $805.00 USD |
| RD611266503 | TAR21696 | S0673364-1 | 4/15/2009 | STAYED | $481.00 USD |
| RD611266503 | TAR21692 | S0673343-1 | 4/15/2009 | STAYED | $962.00 USD |
| RD611266503 | TAR21692 | S0673343 | 4/15/2009 | STAYED | $237.00 USD |
| RD611266503 | TAR21808 | S0673343-1 | 4/15/2009 | STAYED | $578.28 USD |
| RD611266503 | TAR21813 | S0674960 | 4/20/2009 | STAYED | $480.99 USD |
| RD611266503 | TAR21693 | 89687-000 | 4/15/2009 | STAYED | $202.50 USD |
| RD611266503 | TAR21887 | S0675979 | 4/22/2009 | STAYED | $6,525.00 USD |
| RD611266503 | TAR21858 | S0675977 | 4/22/2009 | STAYED | $661.05 USD |
| RD611266503 | TAR21713 | S0675966 | 4/22/2009 | STAYED | $355.50 USD |
| RD611266503 | TAR21856 | S0675988 | 4/22/2009 | STAYED | $481.00 USD |
| RD611266503 | TAR21931 | S0677831 | 4/24/2009 | STAYED | $419.75 USD |
| RD611266503 | TAR21811 | 089901000 | 4/27/2009 | STAYED | $805.00 USD |
| RD611266503 | TAR21812 | 089898000 | 4/27/2009 | STAYED | $805.00 USD |
| RD611266503 | TAR21857 | 0090015000 | 4/29/2009 | STAYED | $805.00 USD |
| RD611266503 | TAR21951 | S0679365 | 4/29/2009 | STAYED | $288.00 USD |
| RD611266503 | TAR21952 | S0679357 | 4/29/2009 | STAYED | $237.00 USD |
| RD611266503 | TAR22021 | PSV41609 | 4/16/2009 | STAYED | $8,050.05 USD |
| RD611266503 | TAR21997 | S0680347 | 5/1/2009 | STAYED | $3,942.00 USD |
| RD611266503 | TAR21690 | 56217 | 4/22/2009 | STAYED | $570.00 USD |
| RD611266503 | TAR21865 | 221318 | 4/30/2009 | STAYED | $380.00 USD |
| RD611266503 | TAR22048 | S0682001 | 5/6/2009 | STAYED | $1,610.00 USD |
| RD611266503 | TAR22111 | S0681993 | 5/6/2009 | STAYED | $839.50 USD |
| RD611266503 | TAR22070 | S0681996 | 5/6/2009 | STAYED | $661.05 USD |
| RD611266503 | TAR21490 | S0682004 | 5/6/2009 | STAYED | $326.24 USD |
| RD611266503 | TAR22160 | S0683003 | 5/8/2009 | STAYED | $3,942.00 USD |
| RD611266503 | TAR22222 | S0683355 | 5/11/2009 | STAYED | $510.16 USD |
| RD611266503 | TAR22221 | S0683361 | 5/11/2009 | STAYED | $962.00 USD |
| RD611266503 | TAR22069 | 90676-000 | 5/7/2009 | STAYED | $202.50 USD |
| RD611266503 | TAR22224 | S0684158 | 5/13/2009 | STAYED | $4,350.00 USD |
| RD611266503 | TAR22225 | S0684160 | 5/13/2009 | STAYED | $4,350.00 USD |
| RD611266503 | TAR22293 | S0686408 | 5/19/2009 | STAYED | $1,303.36 USD |
| RD611266503 | TAR22337 | S0686416 | 5/19/2009 | STAYED | $531.82 USD |
| RD611266503 | TAR22294 | S0686413 | 5/19/2009 | STAYED | $661.05 USD |

| | | | | | |
|---|---|---|---|---|---|
| RD611266503 | TAR22390 | S0687353 | 5/20/2009 | STAYED | $1,610.00 USD |
| RD611266503 | TAR22392 | S0687283 | 5/26/2009 | STAYED | $265.91 USD |
| RD611266503 | TAR22421 | PSV51809 | 5/18/2009 | STAYED | $8,050.05 USD |
| RD611266503 | TAR22426 | S0690053 | 5/27/2009 | STAYED | $839.50 USD |
| RD611266503 | TAR22513 | 88761-000 | 3/31/2009 | STAYED | $480.99 USD |
| RD611266503 | TAR21692 | S0673343-1 | 4/15/2009 | STAYED | ($962.00) USD |
| RD611266503 | ORS95083 | 0205383 | 4/21/2009 | STAYED | $978.48 USD |
| RD611266503 | DTR36517 | 578589 | 4/2/2009 | STAYED | $105.00 USD |
| RD611266503 | DTS04068 | S0670900 | 4/7/2009 | STAYED | $910.08 USD |
| RD611266503 | DTS04068 | 705385 | 4/8/2009 | STAYED | $3,840.48 USD |
| RD611266503 | DTS04068 | 281601-1 | 4/8/2009 | STAYED | $223.20 USD |
| RD611266503 | DTS04094 | S0675968 | 4/22/2009 | STAYED | $310.50 USD |
| RD611266503 | DTR37068 | 286723 | 5/15/2009 | STAYED | $348.48 USD |
| RD611266503 | DTS04240 | PO210641 | 5/27/2009 | STAYED | $1,760.00 USD |
| RD611266503 | DTR37086 | S0685313 | 5/28/2009 | STAYED | $316.50 USD |
| RD611266503 | WZR43135 | S0667919 | 3/31/2009 | STAYED | $307.00 USD |
| RD611266503 | WZR43093 | 404697 | 4/2/2009 | STAYED | $1,090.50 USD |
| RD611266503 | WZR43223 | S0681570 | 5/5/2009 | STAYED | $1,152.00 USD |
| RD611266503 | WZR43280 | S0684793 | 5/14/2009 | STAYED | $1,728.00 USD |
| RD611266503 | WZS61270 | P0209301 | 5/12/2009 | STAYED | $131.50 USD |
| RD611266503 | FHS16199 | 681459 | 5/5/2009 | STAYED | $412.35 USD |
| RD611266503 | FHR50883 | 1APRIL2009 | 4/17/2009 | STAYED | $4,363.49 USD |
| RD611266503 | FHR50880 | 5APRIL2009 | 4/30/2009 | STAYED | $2,380.56 USD |
| RD611266503 | FHR50881 | APRIL2009 | 4/30/2009 | STAYED | $879.00 USD |
| RD611266503 | FHR50879 | 5APRIL2009 | 4/17/2009 | STAYED | $3,243.70 USD |
| RD611266503 | FHR50854 | 5MARCH2009 | 3/31/2009 | STAYED | $536.45 USD |
| RD611266503 | FHR50882 | 1MARCH2009 | 3/31/2009 | STAYED | $3,905.96 USD |
| RD611266503 | FHR50884 | 1APRIL2009 | 4/30/2009 | STAYED | $7,082.89 USD |
| RD611266503 | FHR50878 | APRIL2009 | 4/17/2009 | STAYED | $2,564.35 USD |
| RD611266503 | FHR50877 | FLINT10MAR | 3/31/2009 | STAYED | $205.75 USD |
| RD611266503 | PBR90605 | 711472345 | 4/23/2009 | STAYED | $197.68 USD |
| RD611266503 | PBR90544 | 131118 | 4/24/2009 | STAYED | $27.81 USD |
| RD611266503 | PBR89859 | 130712 | 4/28/2009 | STAYED | $119.76 USD |
| RD611266503 | PBR91030 | 629840 | 5/14/2009 | STAYED | $483.84 USD |
| RD611266503 | PBR90524 | 763342001 | 4/23/2009 | STAYED | $30.00 USD |
| RD611266503 | PBR90522 | S0676605 | 4/28/2009 | STAYED | $71.62 USD |
| RD611266503 | PSR49770 | S0669402 | 4/2/2009 | STAYED | $21.03 USD |
| RD611266503 | PSR49911 | S0688073 | 5/21/2009 | STAYED | $21.03 USD |
| RD611266503 | PSR49939 | S0688061 | 5/21/2009 | STAYED | $65.94 USD |
| RD611266503 | GMS32620 | PSV497873 | 4/30/2009 | STAYED | $3,242.00 USD |
| RD611266503 | WAR79129 | 042409 | 3/31/2009 | STAYED | $19,856.93 USD |
| RD611266503 | WAR79190 | TFS2090430 | 4/30/2009 | STAYED | $5,423.64 USD |
| RD611266503 | WAR79189 | TFS2090417 | 4/17/2009 | STAYED | $8,385.72 USD |
| RD611266503 | WAR79205 | TFS2090424 | 4/24/2009 | STAYED | $4,967.50 USD |
| RD611266503 | WAS96576 | S0669367 | 5/4/2009 | STAYED | $13.26 USD |
| RD611266503 | WAR79261 | TFS2090508 | 5/8/2009 | STAYED | $9,105.26 USD |
| RD611266503 | WAR79309 | TFS2090515 | 5/15/2009 | STAYED | $4,166.80 USD |
| RD611266503 | HWR81534 | 033109 | 3/31/2009 | STAYED | $74,191.22 USD |
| RD611266503 | HWR81690 | 43009 | 4/30/2009 | STAYED | $58,093.71 USD |
| RD611266503 | FWR85627 | 74743 | 4/22/2009 | STAYED | $2,420.00 USD |
| RD611266503 | FWR85814 | MARCH09 | 3/31/2009 | STAYED | $44,231.40 USD |
| RD611266503 | FWR85860 | APRIL09 | 4/30/2009 | STAYED | $18,641.13 USD |
| RD611266503 | CAR72196 | 00060862 | 4/3/2009 | STAYED | $254.32 USD |
| RD611266503 | CAR72395 | S0669910 | 4/6/2009 | STAYED | $194.10 USD |
| RD611266503 | CAR72012 | S0669389 | 4/6/2009 | STAYED | $232.92 USD |
| RD611266503 | CAR72039 | 00060948 | 4/7/2009 | STAYED | $127.16 USD |
| RD611266503 | CAS48967 | 61346 | 4/30/2009 | STAYED | $317.90 USD |
| RD611266503 | UKR80621 | 31970 | 4/14/2009 | 06/19/2009 | $37.40 USD |
| RD611266503 | UKR80834 | 0111090 | 4/14/2009 | 06/19/2009 | $3,369.35 USD |
| RD611266503 | UKR80967 | 0111090 | 4/15/2009 | 06/19/2009 | $434.18 USD |
| RD611266503 | UKR80733 | 32020 | 4/21/2009 | 06/26/2009 | $1,216.00 USD |
| RD611266503 | UKR81065 | 89865-000 | 4/22/2009 | 06/26/2009 | $4,101.82 USD |
| RD611266503 | UKR81081 | 89839 | 4/22/2009 | 06/26/2009 | $1,928.64 USD |
| RD611266503 | UKR81037 | 89777 | 4/22/2009 | 06/26/2009 | $964.32 USD |
| RD611266503 | UKR80929 | S0676006 | 4/24/2009 | 06/26/2009 | $81.60 USD |
| RD611266503 | UKR80582 | S0665107 | 4/24/2009 | 06/26/2009 | $25.20 USD |
| RD611266503 | UKR81037 | 32239 | 4/29/2009 | 07/03/2009 | $608.00 USD |
| RD611266503 | UKR81220 | 90349-000 | 5/4/2009 | 07/03/2009 | $1,891.30 USD |
| RD611266503 | UKR81296 | PSV496513 | 4/28/2009 | 07/03/2009 | $8,341.17 USD |
| RD611266503 | UKR81511 | 90923-000 | 5/19/2009 | 07/24/2009 | $7,243.51 USD |

| | | | | | |
|---|---|---|---|---|---|
| RD611266503 | USR02837 | 10973 | 4/16/2009 | 06/19/2009 | $180.58 USD |
| RD611266503 | TCR19719 | S0667173 | 3/31/2009 | STAYED | $292.32 USD |
| RD611266503 | TCR19719 | S0674500 | 4/23/2009 | STAYED | $297.16 USD |
| RD611266503 | TCR19719 | S0675857 | 4/24/2009 | STAYED | $764.45 USD |
| RD611266503 | TCR19719 | S0669917 | 4/30/2009 | STAYED | $191.04 USD |
| RD611266503 | TCR19719 | PSV488895 | 4/7/2009 | STAYED | $286.56 USD |
| RD611266503 | TCR19719 | 0682687 | 5/7/2009 | STAYED | $618.80 USD |
| RD611266503 | TCR19719 | S0687771 | 5/26/2009 | STAYED | $267.12 USD |
| RD611266503 | TCR19719 | S0688519 | 5/22/2009 | STAYED | $248.08 USD |
| RD611266503 | TCR19719 | PSV497939 | 5/1/2009 | STAYED | $82.07 USD |
| RD611266503 | TCR19719 | PSV484248 | 3/30/2009 | STAYED | $87.48 USD |
| RD611266503 | TCR19719 | PSV485849 | 4/1/2009 | STAYED | $576.24 USD |
| RD611266503 | TCR18266 | PSV494584 | 4/22/2009 | STAYED | $11.16 USD |
| RD611266503 | TCR19719 | PSV484074 | 3/26/2009 | STAYED | $27.00 USD |
| RD611266503 | TCR19719 | S0687775 | 5/29/2009 | STAYED | $60.00 USD |
| RD611266503 | TCR19719 | 501371 | 5/7/2009 | STAYED | $229.20 USD |
| RD611266503 | TCR19719 | 477196 | 3/12/2009 | STAYED | $30.24 USD |

**Important Notices**:   All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout                              June 15, 2009 @ 01:41:07 PM                              Copyright ©2009 AlixPartners, LLP   |   (51)