Total Filtration Services
Additional items owed by GM to Total Filtration Services

| Doc Date | Doc Number | Customer Name | Balance Due |
|---|---|---|---:|
| 02/05/08 | PSV311348 | GM Pontiac Metal Fab. Plt 23 | 157.50 |
| 10/30/08 | PSV426999 | GM Warren Tech Center | 209.67 |
| 10/30/08 | PSV427053 | GM Warren Tech Center | 190.66 |
| 12/31/08 | PSV450100 | GM NAO Disb.Ctr. Flint T&B | 1,340.56 |
| 01/15/09 | PSV455452 | GM Warren Tech Center | 297.96 |
| 02/27/09 | PSV472405 | GM NAO Disb.Ctr. Flint T&B | 1,666.67 |
| 03/10/09 | PSV476040 | GM Warren Tech Center | 62.01 |
| 03/10/09 | PSV476251 | GM Warren Tech Center | 332.16 |
| 03/24/09 | PSV481435 | GM PT Tonawanda Engine Plt 1 | 409.30 |
| 03/31/09 | PSV484974 | GM NAO Disb.Ctr. Flint T&B | 1,666.67 |
| 04/01/09 | PSV485850 | GM PT Romulus Engine | 12.30 |
| 04/01/09 | PSV485859 | GM Warren Tech Center | 807.12 |
| 04/02/09 | PSV486659 | GM PT Romulus Engine | 284.90 |
| 04/08/09 | PSV489403 | GM PT Romulus Engine | 2,130.00 |
| 04/08/09 | PSV489404 | GM PT Romulus Engine | 703.50 |
| 04/15/09 | PSV491489 | Chevrolet Corvette Assembly | 258.48 |
| 04/23/09 | PSV494642 | GM PT Romulus Engine | 9,900.00 |
| 04/23/09 | PSV494713 | Chevrolet Corvette Assembly | 2,414.00 |
| 04/23/09 | PSV494718 | GM St Catharines Eng. | 24.88 |
| 04/23/09 | PSV494720 | GM St Catharines Eng. | 24.88 |
| 04/23/09 | PSV494721 | GM St Catharines Eng. | 81.60 |
| 04/28/09 | PSV496511 | GM NAO Disb.Ctr. Flint T&B | 1,666.67 |
| 04/28/09 | PSV496515 | Chevrolet Corvette Assembly | 2,916.66 |
| 04/30/09 | PSV497104 | GM Warren Tech Center | 187.80 |
| 04/30/09 | PSV497736 | GM NAO Disb.Ctr. Flint T&B | 968.00 |
| 04/30/09 | PSV497813 | Chevrolet Corvette Assembly | 1,212.84 |
| 05/01/09 | PSV498278 | GM PT Ypsilanti | 5,185.69 |
| 05/01/09 | PSV498279 | GM PT Ypsilanti | 475.00 |
| 05/01/09 | PSV498375 | GM Warren Tech Center | 2,015.60 |
| 05/01/09 | PSV498379 | GM PT Flint 81 Components | 2,168.58 |
| 05/01/09 | PSV498384 | GM PT Flint 10 | 2,333.46 |
| 05/02/09 | PSV499235 | GM NAO Disb.Ctr. Flint T&B | 1,452.00 |
| 05/02/09 | PSV499523 | NAO DISBURSEMENT OPERATIONS | 4,974.20 |
| 05/02/09 | PSV499526 | GM PT Ypsilanti | 387.00 |
| 05/02/09 | PSV499527 | GM PT Ypsilanti | 2,314.64 |
| 05/05/09 | PSV499608 | GM PT Ypsilanti | 90.00 |
| 05/05/09 | PSV499754 | GM NAO Disb.Ctr. Flint T&B | 1,364.00 |
| 05/05/09 | PSV499806 | GM PT Ypsilanti | 584.80 |
| 05/06/09 | PSV499894 | GM PT Ypsilanti | 332.00 |
| 05/06/09 | PSV500020 | GM PT Ypsilanti | 4,783.20 |
| 05/06/09 | PSV500065 | GM NAO Disb.Ctr. Flint T&B | 573.60 |
| 05/06/09 | PSV500214 | GM PT Romulus Engine | 2,271.43 |
| 05/06/09 | PSV500216 | GM PT Flint 10 | 159.48 |
| 05/07/09 | PSV500659 | GM NAO Disb.Ctr. Flint T&B | 2,264.40 |
| 05/08/09 | PSV501088 | GM PT Flint 81 Components | 277.60 |
| 05/11/09 | PSV501246 | GM PT Flint 10 | 87.25 |

| Date | Reference | Description | Amount |
|---|---|---|---:|
| 05/11/09 | PSV501254 | GM PT Romulus Engine | 1,200.00 |
| 05/11/09 | PSV501498 | GMPT Flint 5 | 42.63 |
| 05/11/09 | PSV501500 | GM PT Flint 10 | 24.84 |
| 05/11/09 | PSV501501 | GM PT Flint 81 Components | 155.08 |
| 05/11/09 | PSV501524 | GM PT Ypsilanti | 2,316.40 |
| 05/11/09 | PSV501527 | GM PT Ypsilanti | 588.00 |
| 05/12/09 | PSV502028 | GM PT Ypsilanti | 24.24 |
| 05/13/09 | PSV502309 | GM PT Ypsilanti | 24.30 |
| 05/14/09 | PSV503018 | GM PT Ypsilanti | 4,008.10 |
| 05/14/09 | PSV503083 | GM NAO Disb.Ctr. Flint T&B | 90.72 |
| 05/14/09 | PSV503086 | GM PT Ypsilanti | 270.50 |
| 05/14/09 | PSV503087 | GM PT Ypsilanti | 10,389.58 |
| 05/14/09 | PSV503177 | GM PT Saginaw Metal Castings | 336.00 |
| 05/15/09 | PSV503269 | GM NAO Disb.Ctr. Flint T&B | 16,042.50 |
| 05/15/09 | PSV503334 | GM PT Ypsilanti | 38.00 |
| 05/15/09 | PSV503458 | GM PT Ypsilanti | 548.00 |
| 05/18/09 | PSV503901 | GM PT Ypsilanti | 187.12 |
| 05/18/09 | PSV503902 | GM PT Ypsilanti | 4,183.70 |
| 05/18/09 | PSV504155 | GM PT Warren Transmission | 287.20 |
| 05/20/09 | PSV504881 | GM PT Ypsilanti | 1,184.00 |
| 05/20/09 | PSV505018 | GMPT Flint 5 | 450.40 |
| 05/20/09 | PSV505021 | GM PT Warren Transmission | 903.00 |
| 05/20/09 | PSV505025 | GM PT Flint 10 | 646.29 |
| 05/20/09 | PSV505028 | GM PT Flint 81 Components | 641.01 |
| 05/21/09 | PSV505369 | GM PT Ypsilanti | 466.20 |
| 05/21/09 | PSV505370 | GM PT Romulus Engine | 402.00 |
| 05/21/09 | PSV505447 | GM PT Ypsilanti | 3,736.92 |
| 05/22/09 | PSV505604 | GM PT Romulus Engine | 2,271.43 |
| 05/22/09 | PSV505605 | GM Warren Tech Center | 444.64 |
| 05/26/09 | PSV506041 | GM PT Ypsilanti | 66.67 |
| 05/26/09 | PSV506168 | GMPT Flint 5 | 174.50 |
| 05/26/09 | PSV506169 | GM PT Romulus Engine | 1,200.00 |
| 05/26/09 | PSV506432 | GM Warren Tech Center | 57.36 |
| 05/26/09 | PSV506434 | GM Warren Tech Center | 1,584.96 |
| 05/28/09 | PSV507672 | GMPT Flint 5 | 1,012.35 |
| 05/28/09 | PSV507812 | GM PT Flint 10 | 552.59 |
| 05/28/09 | PSV507814 | GM PT Flint 81 Components | 2,717.13 |
| 05/28/09 | PSV507886 | GM PT Warren Transmission | 75.00 |
| 05/28/09 | PSV507888 | GM PT Romulus Engine | 603.00 |
| 05/29/09 | PSV508264 | GM PT Warren Transmission | 725.94 |
| 05/29/09 | PSV508524 | GM St Catharines Eng. | 8,341.17 |
| 05/29/09 | PSV508525 | GM PT Warren Transmission | 3,333.72 |
| 05/30/09 | PSV509532 | GM PT Ypsilanti | 1,334.35 |
| 05/30/09 | PSV509823 | GM PT Warren Transmission | 1,267.86 |
| | | **Total Owed:** | **138,970.12** |