UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: GENERAL MOTORS CORP., et al.<br>Debtors. | Case No. 09-50026<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

I, PETER B. KATZMAN, hereby certify as follows:

1. I am a member of the Bar of the State of New York as well as the United States District Court for the Southern District of New York (the "Court"). I am an attorney with Mazzeo Song and Bradham, LLP, counsel for Claimants Clarcor, Inc. and Total Filtration Services, Inc. (collectively, the "Claimants").

2. On June 15, 2009, I caused a true and correct copy of the Claimant's Objection to Proposed Cure Amounts (the "Objection") and the Notices of Appearance of David H. Hartheimer (collectively, the "Notices"), to be served by electronic mail on all counsel who have consented in these matters to receive electronic notice of filings through the Court's CM/ECF System.

3. On June 15, 2009, I caused a true and correct copy of the Objection and Notices, to be served by overnight mail to the following:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center, Mailcode 480-206-114

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.

United States Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

Attn: John J. Rapisardi, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Gordon Z. Novod, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Diana G. Adams, Esq.

**Dated: New York, New York
June 15, 2009**

                      **Respectfully submitted,**

                      *MAZZEO SONG & BRADHAM LLP*

                      By: /s/ Peter B. Katzman
                      Peter B. Katzman (PK-8030)
                      708 Third Avenue, 19th Floor
                      New York, NY  10017
                      Tel. No.: (212) 599-0700

                      *Counsel for Clarcor, Inc. and Total Filtration Services, Inc.*