BUTZEL LONG, a professional corporation
Robert Sidorsky
Eric B. Fisher
380 Madison Avenue
New York, New York 10017
Telephone: (212) 818-1110
Facsimile: (212) 818-0494
sidorsky@butzel.com
fishere@butzel.com

Thomas B. Radom (*pro hac vice admission pending*)
Max J. Newman (*pro hac vice admission pending*)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan 48304
Telephone: (248) 258-1616
Facsimile: (248) 258-1439
radom@butzel.com
newman@butzel.com

*Attorneys for JTEKT Automotive Tennessee-Vonore, Co., JTEKT Automotive Tennessee-Morristown, Inc., Toyoda Machinery USA, JTEKT North America, Inc., Koyo Corporation of USA, JTEKT Automotive Virginia Inc., and JTEKT Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP., *et al.*,<br><br>Debtors. | Case No. 09-50026 (REG)<br><br>Chapter 11<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**<u>SERVICE OF DOCUMENTS</u>**

PLEASE TAKE NOTICE that the law firm of Butzel Long, a professional corporation, by the undersigned, hereby appears as counsel for JTEKT Automotive Tennessee – Vonore, Co., JTEKT Automotive Tennessee-Morristown, Inc., Toyoda Machinery USA, JTEKT North America, Inc., Koyo Corporation of USA, JTEKT Automotive Virginia Inc., and JTEKT

Corporation (the "JTEKT Entities"), pursuant to section 1109 of title 11 of the United States Code, 11 U.S.C. § 101 *et* seq., and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, and requests service of all notices and documents herein upon:

> Robert Sidorsky, Esq.
> Eric B. Fisher, Esq.
> BUTZEL LONG, a professional corporation
> 380 Madison Avenue
> New York, New York 10017
> Telephone: (212) 818-1110
> Facsimile: (212) 818-0494
> sidorsky@butzel.com
> fishere@butzel.com
>
> Thomas B. Radom, Esq.
> Max J. Newman, Esq.
> BUTZEL LONG, a professional corporation
> 41000 Woodward Avenue
> Bloomfield Hills, Michigan 48304
> Telephone: (248) 258-1616
> Facsimile: (248) 258-1439
> radom@butzel.com
> newman@butzel.com

PLEASE TAKE FURTHER NOTICE that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned debtors, their property, or their estates. The undersigned requests that their names be added to the mailing matrix.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Documents (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or

2

discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York New York
       June 15, 2009

BUTZEL LONG, a professional corporation

By:    /s/   Robert Sidorsky
      Robert Sidorsky, Esq.
      Eric B. Fisher, Eq.
380 Madison Avenue
New York, NY 10017
Tel.: (212) 818-1110
Fax: (212) 818-0494
sidorsky@butzel.com
fishere@butzel.com

Thomas B. Radom, Esq.
Max J. Newman, Esq.
BUTZEL LONG, a professional corporation
41000 Woodward Avenue
Bloomfield Hills, Michigan 48304
Telephone: (248) 258-1616
Facsimile: (248) 258-1439
radom@butzel.com
newman@butzel.com

*Attorneys for Attorneys for JTEKT Automotive Tennessee-Vonore, Co., JTEKT Automotive Tennessee-Morristown, Inc., Toyoda Machinery USA, JTEKT North America, Inc., Koyo Corporation of USA, JTEKT Automotive Virginia Inc., and JTEKT Corporation.*

3