RACINE & ASSOCIATES
Marie T. Racine (P38184)
211 W. Fort St., Ste. 500
Detroit, Michigan 48226
Phone: (313) 961-8930
Fax: (313) 961-8945

Attorneys for Applied Handling, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: General Motors Corp., et al | Chapter 11 |
| Debtors. | Case No. 09-50026-reg |
| | Hon. : Robert E. Gerber |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Marie T. Racine, a member in good standing of the bar of the State of Michigan and the U.S. District Court for the Eastern District of Michigan, hereby request admission, *pro hac vice,* before the Honorable Robert E. Gerber, United States Bankruptcy Judge, to represent Applied Handling, Inc., in connection with the above-referenced Chapter 11 cases and related proceedings.

My address is:      Racine & Associates
                    211 W. Fort St., Ste. 500
                    Detroit, Michigan 48226
My email address:   mracine@racinelaw.us
Telephone number:   (313) 961-8930

I agree to pay the required filing fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: June 11, 2009                            /s/ Marie T. Racine
                                                Marie T. Racine (P38184)

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: General Motors Corp., et al | Chapter 11 |
| Debtors. | Case No. 09-50026-reg |
| | Hon. : Robert E. Gerber |

## ORDER ADMITTING
## MARIE T. RACINE, ESQ. TO PRACTICE, *PRO HAC VICE*

**ORDERED,** that Marie T. Racine, Esq., is admitted to practice, *pro hac vice,* in, and in connection with, the above-referenced Chapter 11 cases and any related adversary proceedings in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the required filing fee.

Dated: _____
HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE