**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————x

In re:  General Motors, Corp., *et al.*

                  Debtor.

Case No. 09-50026-reg
Chapter 11
Jointly Administered

————————————————————————x

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that the undersigned attorneys appear in this case as counsel for the International Association of Machinists and Aerospace Workers (IAMAW), its Local Unions and members, in the above-captioned action. Pursuant to § 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure, we request that all notices required to be given or required to be served in this case, including but not limited to notices, applications, motions, petitions, orders, pleadings, complaints or demands, whether transmitted or conveyed by mail delivery, telephone, telex, or conveyed by mail delivery, be given to and served upon the undersigned at the addresses set forth below.

        Dated: June 15, 2009 at Milwaukee, Wisconsin

                        /s/ Marianne G. Robbins _
                        Frederick Perillo
                        Marianne G. Robbins
                        Sara J. Geenen
                        PREVIANT, GOLDBERG, UELMEN,
                        GRATZ, MILLER & BRUEGGEMAN, s.c.
                        1555 N. RiverCenter Drive, Suite 202
                        P.O. Box 12993
                        Milwaukee, Wisconsin 53212
                        fp@previant.com
                        mgr@previant.com
                        sjg@previant.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2009, I filed the foregoing **NOTICE OF APPEARANCE OF FREDERICK PERILLO, MARIANNE G. ROBBINS and SARA J. GEENEN** with the Clerk of Court using the ECF system which will send notification of such filing to all ECF participants.

/s/ Sara J. Geenen