# EXHIBIT A

LIST OF ACTIVE CONTRACTS BETWEEN PIRELLI TIRES, LLC
AND GENERAL MOTORS CORPORATION

| Contract ID | Description | Vehicle | Cure List DUNS |
|---|---|---|---|
| 1G7V0003 | P245/50R19 104W XL  AS | Camaro | n/a |
| 1G7V0002 | 245/45ZR20 103Y XL  - FRONT | Camaro | n/a |
| 1G7V0001 | 275/40R20 106Y XL - REAR | Camaro | n/a |
| 1G330001 | P205/50R17 90H XL | Cobalt | 436854350 |
| 1G7V0000 | P225/60R16 97V  (2ply) | Impala Police | n/a |

8