Wendy J. Gibson
BAKER & HOSTETLER LLP
3200 National City Center
1900 E. 9th St.
Cleveland OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740

Richard J. Bernard
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorney for Scripps Networks, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
In re:                                              :
                                                    :  Chapter 11 Case No.
GENERAL MOTORS CORP., *et al.*,                     :
                                                    :  09-50026 (REG)
                                  Debtors.          :
                                                    :  (Jointly Administered)
                                                    :
---------------------------------------------------------- x

### LIMITED OBJECTION OF SCRIPPS NETWORKS, LLC
### TO PROPOSED CURE AMOUNT

Scripps Networks, LLC ("Scripps"), by and through its undersigned attorney, objects to the proposed cure amount related to the above-captioned debtors' (collectively, the "**Debtors**") assumption and assignment of certain executory contracts by and between Scripps and certain of the Debtors. Scripps is listed as "Scripps Communications" on the website, but on information and belief, Scripps Networks LLC is the intended entity. Because of the name issue and the way the notice was directed (i.e., not to a officer, director, or managing agent), the notice was not timely received by the Scripps legal department, leaving little opportunity to clarify which

- 2 -

particular contract or contracts are the intended subject of the notice or to respond. Scripps' books and records reflect significant amounts owed to Scripps, whereas the relevant amount section is apparently blank on the Debtors' contract website. Scripps intends to attempt to resolve this objection with the Debtors pursuant to the procedures set out in the notice.

Dated: June 15, 2009    Respectfully submitted,

/s/ Wendy J. Gibson
Wendy J. Gibson
BAKER & HOSTETLER LLP
3200 National City Center
1900 E. 9th St.
Cleveland OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
E-mail: wgibson@bakerlaw.com


Richard J. Bernard
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
E-mail: rbernard@bakerlaw.com

*Attorney for Scripps Networks, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 15, 2009 the foregoing *Limited Objection of Cloyes Gear and Products, Inc. to Proposed Cure Amount* was served by regular U.S. mail, postage prepaid, on the persons listed below:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan  48090-9025
Attn:  Warren Common Center
Mailcode 480-206-114

*The Debtors*

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C.  20220
Attn:  Matthew Feldman, Esq.

*U.S. Treasury*

Vedder Price, P.C.
1633 Broadway
47th Floor
New York, New York  10019
Attn:  Michael J. Edelman, Esq.
Michael L. Schein, Esq.

*Counsel for Export Development Canada*

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York  10036
Attn:  Thomas Moers Mayer, Esq.
Kenneth H. Eckstein, Esq.
Gordon Z. Novod, Esq.

*Counsel for the Official Committee of Unsecured Creditors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn:  Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.

*Counsel for the Debtors*

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York  10281
Attn:  John J. Rapisardi, Esq.

*Counsel for the Purchaser*

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York  10004
Attn:  Diana G. Adams, Esq.

*United States Trustee*


*/s/ Wendy J. Gibson*
Wendy J. Gibson
BAKER & HOSTETLER LLP
3200 National City Center
1900 E. 9th St.
Cleveland OH 44114
Telephone:  (216) 621-0200
Facsimile:  (216) 696-0740