Aaron L. Hammer, Esq. *(admitted pro hac vice)*
Thomas R. Fawkes, Esq. *(admitted pro hac vice)*
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone: 312.360.6000
Facsimile: 312.360.6995
ahammer@freebornpeters.com
tfawkes@freebornpeters.com

*Attorneys for Trico Products Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP, et al., | Case No.: 09-50026 |
| Debtors. | (*Jointly Administered*) |

-----------------------------------------------------------x

## NOTICE OF FILING

    To:    See Attached Certificate of Service

PLEASE TAKE NOTICE that on June 15, 2009, we caused to be filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York at the Dirksen Federal Building, One Bowling Green, New York, New York, 10004-1408, the **Objection of Trico Products Corporation to Notice of (I) Debtors' Intent To Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto**, a copy of which is attached hereto and hereby served upon you.

| | |
|---|---|
| Dated: June 15, 2009 | TRICO PRODUCTS CORPORATION |
| | By: /s/ Thomas R. Fawkes |
| | One of Its Attorneys |
| | |
| | Thomas R. Fawkes (IL Bar No. 6277451) |
| | FREEBORN & PETERS LLP |
| | 311 South Wacker Drive, Suite 3000 |
| | Chicago, Illinois 60606 |
| | Telephone: (312) 360-6000 |
| | Facsimile: (312) 360-6573 |

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on Monday, June 15, 2009, I served this *Objection of Trico Products Corporation to Notice of (I) Debtors' Intent To Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto* to those parties receiving electronic notice in the above-captioned case through the Court's ECF/CM system and upon the individuals listed on the following Service List by first-class United States mail, postage prepaid.

/s/ Thomas R. Fawkes

**Service List**

Electronic Mail Notice List

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case.

Philip D. Anker     philip.anker@wilmerhale.com
Joel D. Applebaum     japplebaum@clarkhill.com
Karin F. Avery     avery@silvermanmorris.com
Marc M. Bakst     mbakst@bodmanllp.com
David J. Baldwin     dbaldwin@potteranderson.com, bankruptcy@potteranderson.com
Elizabeth Banda     kwilliams@pbfcm.com
William M. Barron     wbarron@sgrlaw.com
Robert L. Barrows     rbarrows@wdblaw.com
Robert N. Bassel     ecfbbassel@gmail.com
Christopher Robert Belmonte     cbelmonte@ssbb.com, pbosswick@ssbb.com
Howard S. Beltzer     hbeltzer@morganlewis.com
Frederick A. Berg     fberg@kotzsangster.com
Wanda Borges     borgeslawfirm@aol.com
Jean Winborne Boyles     jboyles@jhvgmlaw.com, KCOLE@JHVGMLAW.COM
Lynn M. Brimer     lbrimer@stroblpc.com, sfraser@stroblpc.com
James L. Bromley     maofiling@cgsh.com
William J. Brown     wbrown@phillipslytle.com
Theresa V. Brown-Edwards     bankruptcy@potteranderson.com
Mark Edwin Browning     bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
Andrew P. Brozman     andrew.brozman@cliffordchance.com, sarah.campbell@cliffordchance.com
Adam D. Bruski     adbruski@lambertleser.com
James Christopher Caldwell     ccaldwell@starkreagan.com
John F. Carberry     jcarberry@cl-law.com, dsantos@cl-law.com
James C. Carignan     carignanj@pepperlaw.com
James S. Carr     KDWBankruptcyDepartment@kelleydrye.com
George B. Cauthen     george.cauthen@nelsonmullins.com, mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com
Babette A. Ceccotti     bceccotti@cwsny.com, ecf@cwsny.com
Teresa H. Chan     kkansa@sidley.com;emcdonnell@sidley.com
J Eric Charlton     echarlton@hiscockbarclay.com
Gloria M. Chon     gloria.chon@kkue.com

Jennifer Anne Christian     jchristian@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
Marvin E. Clements     agbanknewyork@ag.tn.gov
Tiffany Strelow Cobb     tscobb@vorys.com, cdfricke@vorys.com
Dennis J. Connolly     dconnolly@alston.com
Susan M. Cook     smcook@lambertleser.com
Dawn R. Copley     dcopley@dickinsonwright.com,dnavin@dickinsonwright.com
Trent P. Cornell     tcornell@stahlcowen.com
David N. Crapo     dcrapo@gibbonslaw.com
Michael G. Cruse     mcruse@wnj.com, hziegler@wnj.com
Thomas H. Curran     tcurran@haslaw.com, calirm@haslaw.com
Teresa K.D. Currier     tcurrier@saul.com, mflores@saul.com
Vincent D'Agostino     vdagostino@lowenstein.com
Peter D'Apice     dapice@sbep-law.com
Renee M. Dailey     renee.dailey@bgllp.com, meghan.olsen@bgllp.com
Colin Thomas Darke     cdarke@bodmanllp.com
James E. DeLine     jed@krwlaw.com, pal@krwlaw.com
Gabriel Del Virginia, Esq.     gabriel.delvirginia@verizon.net
Sam Della Fera     sdellafera@trenklawfirm.com
Benjamin P. Deutsch     bdeutsch@schnader.com
Frank W. DiCastri     fdicastri@foley.com
Gerard DiConza     gdiconza@dlawpc.com, las@dlawpc.com
Mary Joanne Dowd     dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com
Kathryn E. Driscoll     kdriscoll@pmppc.com
Michael James Edelman     mjedelman@vedderprice.com, ecfnydocket@vedderprice.com
Martin Eisenberg     me@martineisenberglaw.com
Judith Elkin     judith.elkin@haynesboone.com
Alyssa Englund     aenglund@orrick.com
Richard L. Epling     richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com
Belkys Escobar     belkys.escobar@loudoun.gov
Amy Evans     aevans@crosslaw.com
Kerry M Ewald     kewald@dickinsonwright.com
Robert Michael Farquhar     mfarquhar@winstead.com, whsu@winstead.com
Thomas R. Fawkes     tfawkes@freebornpeters.com
Carol A. Felicetta     cfelicetta@reidandreige.com
Alyson M. Fiedler     afiedler@schiffhardin.com
Robert J. Figa     rfiga@comlawone.com
Deborah L. Fish     dfish@allardfishpc.com
Elizabeth K. Flaagan     eflaagan@faegre.com
Daniel J. Flanigan     dflanigan@polsinelli.com, tbackus@polsinelli.com
Kenneth A. Flaska     gm@dmms.com
Jonathan L. Flaxer     jflaxer@golenbock.com, ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com;mlu@golenbock.com
Shawn Randall Fox     sfox@mcguirewoods.com
Mark S. Frankel     mfrankel@couzens.com
Scott J. Freedman     sfreedman@dilworthlaw.com
Mark J. Friedman     mark.friedman@dlapiper.com
Victoria D. Garry     vgarry@ag.state.oh.us
Wendy J. Gibson     wgibson@bakerlaw.com
Jeanette M. Gilbert     jgilbert@motleyrice.com

Steven A. Ginther    sdnyecf@dor.mo.gov
Andrew C. Gold    agold@herrick.com
Brett D. Goodman    brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com
Robert D. Gordon    rgordon@clarkhill.com
Neil Andrew Goteiner    ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com
Brian M. Graham    bgraham@salawus.com, bmgrahampack@sbcglobal.net
Christopher F. Graham    cgraham@mckennalong.com, jvargas@mckennalong.com;rgee@mckennalong.com;jmayes@mckennalong.com;ehall@mckennalong.com
William T. Green    uncbill@msn.com
John T. Gregg    jgregg@btlaw.com
Stephen M. Gross    sgross@mcdonaldhopkins.com
Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com
Paul R. Hage    phage@jaffelaw.com
Richard F. Hahn    rfhahn@debevoise.com;jchung@debevoise.com;mao-ecf@debevoise.com
Paula A. Hall    hall@bwst-law.com, marbury@bwst-law.com
Alan D. Halperin    ahalperin@halperinlaw.net, cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net
Michael C. Hammer    mchammer3@dickinsonwright.com
Adam Craig Harris    adam.harris@srz.com
Ryan D. Heilman    rheilman@schaferandweiner.com
Suzanne Hepner    shepner@lrbpc.com, ecarder@lrbpc.com;jcahn@lrbpc.com;rbarbur@lrbpc.com;scameron@lrbpc.com;psherer@lrbpc.com
Mark D. Hofstee    markh@bolhouselaw.com
Michael S. Holmes    , mshatty@yahoo.com
Jonathan Hook    jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com
P. Warren Hunt    pwh@krwlaw.com
John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com
Donald J. Hutchinson    hutchinson@millercanfield.com
Elihu Inselbuch    eb@capdale.com
Adam H. Isenberg    aisenberg@saul.com
Peter F. Jazayeri    pjazayeri@ecjlaw.com
Nan E. Joesten    njoesten@fbm.com
John J. Jolley    jay.jolley@kutakrock.com
Gregory O. Kaden    gkaden@goulstonstorrs.com
Stephen Karotkin    theodore.tsekerides@weil.com;Shai.Waisman@weil.com;Rachel.albanese@weil.com;michele.meises@weil.com;ilusion.rodriguez@weil.com;nathan.pierce@weil.com;lacey.laken@weil.com
Karel S. Karpe    karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com
Andrew C. Kassner    andrew.kassner@dbr.com
Susan R. Katzoff    skatzoff@hiscockbarclay.com, lmcrobbie@hiscockbarclay.com
Thomas M. Kennedy    tkennedy@kjmlabor.com
Richardo I. Kilpatrick    ecf@kaalaw.com, lrobertson@kaalaw.com
Jennifer B. Kimble    jkimble@burr.com, mstinson@burr.com;mivey@burr.com
Kathleen H. Klaus    khk@maddinhauser.com
Jeff Klusmeier    jeff.klusmeier@ago.mo.gov
Thomas F. Koegel    tkoegel@flk.com

Deborah Kovsky-Apap    kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com
Debra A. Kowich    dkowich@umich.edu, schmitzr@umich.edu
Robert R. Kracht    rrk@mccarthylebit.com
Stuart A. Krause    skrause@zeklaw.com
J. Alex Kress    akress@riker.com
Patrick J. Kukla    pkukla@carsonfischer.com
Darryl S. Laddin    bkrfilings@agg.com
Stuart A. Laven    slaven@bfca.com
David S. Lefere    davidl@bolhouselaw.com
Michael S. Leib    msl@maddinhauser.com, bac@maddinhauser.com
David A. Lerner    dlerner@plunkettcooney.com
Larry A. Levick    levick@singerlevick.com, croote@singerlevick.com;ckirkland@singerlevick.com
David T. Lin    dlin@seyburn.com
Thomas K. Lindahl    tlindahl@mcdonaldhopkins.com
Edward J. LoBello    elobello@msek.com
Eric Lopez Schnabel    schnabel.eric@dorsey.com
Cynthia Jordan Lowery    cynthialowery@mvalaw.com
Kayalyn A. Marafioti    kmarafio@skadden.com
Michael A. Maricco    maricco.michael@pbgc.gov, efile@pbgc.gov
Richard W. Martinez    Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com
Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com
Frank McGinn    ffm@bostonbusinesslaw.com
Barbara S Mehlsack    bmehlsack@gkllaw.com
Brian H. Meldrum    bmeldrum@stites.com
Marc B. Merklin    mmerklin@brouse.com
Angela Z. Miller    amiller@phillipslytle.com, jhahn@phillipslytle.com
Harvey R. Miller    harvey.miller@weil.com, garrett.fail@weil.com
Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com
James P. Moloy    jmoloy@dannpecar.com
Timothy D. Moratzka    tdm@mcmlaw.com
Max Anderson Moseley    mam@jbpp.com, mkd@jbpp.com
Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com
Jill L. Murch    jmurch@foley.com, lapeterson@foley.com;khall@foley.com
Jennifer L. Nassiri    jennifer.nassiri@dlapiper.com
Michael A. Nedelman    mnedelman@nglegal.com, mwatler@nglegal.com;egloetzner@nglegal.com
Michael E. Norton    mnorton@nortonlawassociates.com
Gordon Z. Novod    , dcho@kramerlevin.com
Sean A. O'Neal    soneal@cgsh.com, maofiling@cgsh.com;jcroft@cgsh.com;skleinman@cgsh.com;ashajnfeld@cgsh.com;crodriguez@cgsh.com;sarobinson@cgsh.com
Norman D. Orr    norman.orr@kkue.com
Mark Russell Owens    mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com
Ingrid S. Palermo    ipalermo@hselaw.com
Paul J. Pascuzzi    ppascuzzi@ffwplaw.com
Robert W. Phillips    rphillips@simmonscooper.com
James A. Plemmons    jplemmons2@dickinsonwright.com
Susan Power-Johnston    sjohnston@cov.com, jmcneil@cov.com

Ronald S. Pretekin    pretekin@coollaw.com, piatt@coollaw.com
Jessica E. Price    jprice@brouse.com
Dennis Jay Raterink    raterinkd@michigan.gov
Michael Reed    nycourts@mvbalaw.com
Marc E. Richards    mrichards@blankrome.com
Michael P. Richman    mrichman@pattonboggs.com
Paul J. Ricotta    pricotta@mintz.com
David D. Ritter    ecf@krcl.com, dritter@krcl.com
Marianne Goldstein Robbins    MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM
Courtney Rogers    crogers@orrick.com
Adam L. Rosen    filings@spallp.com, arosen@silvermanacampora.com
Sanford Philip Rosen    rpc@rosenpc.com, srosen@rosenpc.com
Andrew Neil Rosenberg    mtattnall@paulweiss.com
Robert J. Rosenberg    adam.goldberg@lw.com
David A. Rosenzweig    DRosenzweig@Fulbright.com
Douglas B. Rosner    drosner@goulstonstorrs.com
Robert R. Ross    rrross@fedex.com
Scott K. Rutsky    srutsky@proskauer.com
Chester B. Salomon    csalomon@beckerglynn.com, aranade@beckerglynn.com;jholdridge@beckerglynn.com
Diane W. Sanders    austin.bankruptcy@publicans.com
Thomas P. Sarb    ecfsarbt@millerjohnson.com
Thomas J. Schank    tomschank@hunterschank.com, mcraig@hunterschank.com
Kenneth M. Schneider    smpcecf@gmail.com
Matthew L. Schwartz    matthew.schwartz@usdoj.gov
Kenneth J. Schweiker    kschweiker@brownconnery.com
Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com
Jacob B. Sellers    jacob.sellers@leonard.com
Joseph R. Sgroi    jsgroi@honigman.com
Brian L. Shaw    bshaw100@shawgussis.com
Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com
Tricia A. Sherick    tsherick@honigman.com
Joseph E. Shickich    jshickich@riddellwilliams.com
Matthew J. Shier    mshier@pinnaclelawgroup.com, mterry@pinnaclelawgroup.com
Robert Sidorsky    sidorsky@butzel.com
Christina C. Skubic    bankruptcy@braytonlaw.com
Edward Smith    easmith@venable.com
Robert T. Smith    rsmith@cniinc.cc
Richard G. Smolev    rsmolev@kayescholer.com, rrotman@kayescholer.com;maosbny@kayescholer.com;rcappiello@kayescholer.com
Joseph H. Smolinsky    Joseph.Smolinsky@weil.com
Fredric Sosnick    karen.park@shearman.com,randy.martin@shearman.com,jennifer.lin@shearman.com,kerri.silver@shearman.com
Arthur J. Spector    aspector@bergersingerman.com, jdiaz@bergersingerman.com;byglesia@bergersingerman.com;efile@bergersingerman.com
Jeffrey S. Stein    Jeff_Stein@gardencitygroup.com, Kenneth_Freda@gardencitygroup.com;jennifer.keough@gardencitygroup.com
Leslie Stein    lstein@seyburn.com, seccles@seyburn.com

Fred Stevens     fstevens@foxrothschild.com
Jason V. Stitt     jstitt@kmklaw.com
Harvey A. Strickon     harveystrickon@paulhastings.com
James M. Sullivan     sullivan.james@arentfox.com, constantino.nova@arentfox.com
Michelle T. Sutter     msutter@ag.state.oh.us
Marc N. Swanson     swansonm@millercanfield.com
Matthew A. Swanson     matthew.swanson@leonard.com
Colleen M. Sweeney     csweeney@dickinsonwright.com
Stanley B. Tarr     tarr@blankrome.com
Gordon J. Toering     gtoering@wnj.com
Jason M. Torf     jtorf@schiffhardin.com, egeekie@schiffhardin.com
Patrick J. Trostle     ptrostle@jenner.com
Raymond J. Urbanik     rurbanik@munsch.com
Shmuel Vasser     shmuel.vasser@dechert.com
Wendy S. Walker     wwalker@morganlewis.com
G. Alan Wallace     gwall@fraserlawfirm.com
Kimberly A. Walsh     bk-kwalsh@oag.state.tx.us
Sean M. Walsh     swalsh@gmhlaw.com, jmahar@gmhlaw.com
Robert B. Weiss     rweiss@honigman.com
Elizabeth Weller     dallas.bankruptcy@publicans.com
Michael R. Wernette     mwernette@schaferandweiner.com
David B. Wheeler     davidwheeler@mvalaw.com
Blanka K. Wolfe     bwolfe@sheppardmullin.com
Robert D. Wolford     ecfwolfordr@millerjohnson.com
Scott A. Wolfson     wolfson@bsplaw.com, recchia@bsplaw.com;stepp@bsplaw.com;ojala@bsplaw.com;bolton@bsplaw.com;kochis@bsplaw.com
Cynthia Woodruff-Neer     cwoodruff-neer@alpine-usa.com
Doron Yitzchaki     dyitzchaki@dickinsonwright.com
Terry L. Zabel     ecf-tlz@rhoadesmckee.com

**U.S. Mail**

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 480990-9025
Attn: Warren Command Center, Mailcode 480-206-114

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Harvey Miller, Esq.,
Stephen Kaotkin, Esq.,
Joseph Smolinsky, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Gordon Z. Novod

Vedder Price, P.C.
Export Development Canada
1633 Broadway, 47th Floor
New York, New York 10019
Attn: Michael J. Edelman, Esq.,
Michael L. Schein, Esq.

The Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.

Aspen Marketing Services, Inc.
c/o Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Peter Backus
15609 Allnutt Lane
Burtonsville, MD 20866

John A. Bicks
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

Robert H. Brownlee
Thompson Coburn LLP
One U.S. Bank Plaza
Suite 2600
St. Louis, MO 63101

Todd A. Burgess
Greenberg Traurig LLP
2375 East Camelback Road
Suite 700
Phoenix, AZ 85016

William H. Chambers
501 Cumberland Rd
Tyler, TX 75703

Christopher Combest
Quarles & Brady
500 W. Madison Street
Suite 3700
Chicago, IL 60661

DW Griffith Inc
100 Phila Pike
Suite B
Wilmington, DE 19809

Deutsche Bank AG
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Robert H. Garretson
Palmieri Tyler Wiener Wilhelm & Waldron
2603 Main St.
Suite 1300
Irvine, CA 92603

Christopher J. Giaimo
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

Adrienne Goldner
2847 Lexington Lane
Highland Park, IL 60035

Howard Goldner
2847 Lexington Lane
Highland Park, IL 60035

Joseph P. Gromacki
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611

Stephen H. Gross
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, NY 10165

Adam Craig Harris
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022

Marshall Scott Huebner
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Alan W. Kornberg
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

LG Electronics USA, Inc.
c/o Winston & Strawn
200 Park Avenue
New York, NY 10166

Bruce Linhart
89 Beatrice Ave
West Islip, NY 11795

Neal S. Mann
New York State Attorney General's O
120 Broadway
24th Floor
New York, NY 10271

Brian Shoichi Masumoto
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Maxxis International USA
545 Old Peachtree Road
Suwanee, GA 30024-2944

Doris McGill
3733 Camry Ct
Sebring, FL 33872-1443

Gerald L. Mills
Kroncke, D'arcangelo, Sutter & Furey
Aquarius West Building
2255 West Laskey Road
P.O. Box 5760
Toledo, OH 43613-5760

Steven R. Montgomery
Rawle & Henderson, LLP
14 Wall Street
27th Floor
New York, NY 10005

H. Christopher Mott
Gordon & Mott, P.C.
4695 N. Mesa Street
El Paso, TX 79912

Joseph O'Neil
Smith Reed LLP
1201 N. Market Street
Suite 1500
Wilmington, DE 19801

Christian M. Oelke
Scarborough McNeese O'Brien Kilkenny, PC
5410 SW Macadam Ave.
Suite # 100
Portland, OR 97239-3824

Don V. Ploeger
P.O. Box 96
Austin, TX 78767-0096

Raufoss Automotive Components Canada
Porzio Bromberg & Newman PC
100 Southgate Parkway
Morristown, NJ 07962

J. Casey Roy
Texas Attorney General Office
Bankruptcy & Collections Division
P.O. Box 12548, MC-008
Austin, TX 78711-2548

SAS Institute Inc.
100 SAS Campus Drive
Cary, NC 27513

Yoshihiro Saito
2000 M Street
N.W. 7th Floor
Washington, DC 20036

Saturn of Hempstead, Inc.
c/o Robinson Brog et. al
1345 Avenue of the Americas
31st floor
New York, NY 10105

Eric A Schaffer
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Stephen J. Shimshak
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Stanley D. Smith
608 North 13th St
Middletown, IN 47356

Leo St. Amour
1874 Burning Bush
Rochester Hills, MI 48309

Standard Electric Company
Corporate Office
2650 Trauntner Drive
P.O. Box 5289
Saginaw, MI 48603-0289


Matthew A. Swanson
Leonard Street and Deinard
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402

Timco, LLC
2000 Town Center
Suite 2100
Southfield, MI 48075

Paul Traub
Epstein Becker & Green, P.C.
250 Park Avenue
11th Floor
New York, NY 10177-1211

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

Annie Wells
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Thomas M. Wilson
Kelley & Ferraro, LLP
1300 E. Ninth Street
Suite 1901
Cleveland, OH 44114

Aaron L. Hammer, Esq. *(admitted pro hac vice)*
Thomas R. Fawkes, Esq. *(admitted pro hac vice)*
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone:  312.360.6000
Facsimile:   312.360.6995
ahammer@freebornpeters.com
tfawkes@freebornpeters.com

*Attorneys for Trico Products Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP, et al., | Case No.: 09-50026 |
| Debtors. | (*Jointly Administered*) |

---------------------------------------------------------x

**OBJECTION OF TRICO PRODUCTS CORPORATION TO NOTICE OF**
**(I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY**
**CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND**
**UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**
**AND (II)  CURE COSTS RELATED THERETO**

Trico Products Corporation ("*Trico*"), creditor and party-in-interest in the above-captioned bankruptcy cases of General Motors Corp. and its affiliated debtors (collectively, the "*Debtors*"), by and through its undersigned counsel, hereby submits its objection (the "*Objection*") to the cure amount and statement of cure claim set forth in the *Notice of (I) Debtors' Intent To Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto* (the "*Cure Notice*").  In support of its Objection, Trico states as follows:

## BACKGROUND

A. **Trico's Relationship With the Debtors**

1. Trico is a manufacturer of wiper blades and wiper systems, supplying its products to both OEM and aftermarket customers. In the period leading up to the Debtors' chapter 11 filings, Trico supplied wiper blades and wiper systems to the Debtors for installation in several models of new GM vehicles – and indeed, is the sole supplier of wiper blades and systems with respect to those models.

2. Trico supplies products to the Debtors pursuant to numerous purchase orders (collectively, the "*Purchase Orders*"),[1] as well as terms and conditions which apply to each of the Purchase Orders.

B. **The Cure Notice**

3. On June 5, 2009, the Debtors served the Cure Notice pursuant to the *Order Pursuant to 11 U.S.C. §§ 105, 363, and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006 (I) Approving Procedures for Sale of Debtors' Assets Pursuant to Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline and Sale Hearing Date; (III) Establishing Assumption and Assignment Procedures; and (IV) Fixing Notice Procedures and Approving Form of Notice* (Docket No. 274), approving, among other things, procedures establishing a process for the: (a) assumption of certain supplier agreements by the Debtors (as defined in the Cure Notice, the "*Assumable Executory Contracts*") and assignment of these agreements to the proposed purchaser of substantially all of the Debtors' assets, Vehicle Acquisition Holding LLC, a

---

[1] Because the Purchase Orders are voluminous, they have not been attached to this Objection. However, Trico will provide the Debtors or any other party-in-interest with copies of the Purchase Orders promptly upon request.

2

purchaser sponsored by the U.S. Treasury (the "*Purchaser*"); (b) determination of the amounts necessary to cure defaults under the Assumable Executory Contracts (as defined in the Cure Notice, the "*Cure Amounts*"); and (c) resolution of other disputes in connection with the assumption and assignment of the Assumable Executory Contracts.

4.      The Cure Notice directed Trico to a website maintained by the Debtors (the "*Contract Website*") identifying certain production supplier agreements that the Debtors have identified as Assumable Executory Contracts that they intend to assume and assign to the Purchaser, as well as the proposed "Cure Amount" associated with each Assumable Executory Contract.

5.      On the Contract Website, the Debtors have scheduled their production supplier agreements with Trico among those intended to be assumed and assigned to the Purchaser, and have determined that the "Cure Amount" needed to cure all pre-Petition Date defaults thereunder is $356,832.29.

## OBJECTIONS TO CURE NOTICE

6.      Section 365(b)(1)(A) of the Bankruptcy Code requires that "[i]f there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee cures, or provides adequate assurance that the trustee will promptly cure, such default." 11 U.S.C. § 365(b)(1)(A).

7.      Trico understands that the Debtors are continuously updating the Cure Amounts posted on the Contract Website. In fact, the Cure Amounts listed on the Contract Website are even changing today, the deadline for Trico to file its Objection. Because the Cure Amounts on the Contract Website remain in a state of flux, Trico has thus far been unable to fully reconcile

3

the Debtors' Cure Amounts to its own records. Trico therefore reserves its rights to supplement this objection once it is fully able to reconcile the Debtors' Cure Amounts to its own records. Additionally, Trico reserves all rights to file additional objections or other pleadings as necessary in response to future revisions to the Contract Website as it pertains to the Purchase Orders or the Cure Amounts.

8. Notwithstanding the protective objection set forth above, based on the Cure Amounts set forth on the Contract Website as it stands today, Trico has been able to identify several discrepancies and submits that as of the date the Debtors' commenced their chapter 11 cases (the "*Petition Date*"), the Debtors are indebted to Trico on account of pre-Petition Date obligations under the Purchase Orders in an amount not less than $502,211.51 (the "*Actual Cure*"). Pending resolution of the below disputes, the Debtors should not be authorized to assume or assign any of the Purchase Orders to the Purchaser (or any other purchaser determined to be the prevailing bidder for the Debtors' assets at auction).

- Trico shipped approximately $63,366.86 worth of product to the Debtors in the week prior to the Petition Date (the "*Prior Shipments*").[2] Based on Trico's attempted reconciliation of the Cure Amount with its books and records, it appears that the invoices evidencing the Prior Shipments were not included in the Debtors' calculation of the Cure Amount. Accordingly, Trico seeks confirmation from the Debtors: (1) that the Prior Shipments are not included in the Cure Amount; and (2) that the invoices evidencing the Prior Shipments constitute post-Petition Date obligations of the Debtors' estates that will be satisfied in full either

---

[2] Trico has not attached the invoices forming the basis for the Actual Cure, as (1) they are voluminous; and (2) they should be in the possession of the Debtors. However, upon the reasonable request of a party-in-interest, Trico will provide copies of the invoices.

4

(a) in the ordinary course of business (and will be accorded administrative expense priority); or (b) are eligible to be paid to Trico as its designation as an Essential Vendor (as defined in the *Interim Order Pursuant to 11 U.S.C. §§ 105, 363, and 364 Authorizing Debtors To (I) Pay Prepetition Claims of Certain Essential Suppliers, Vendors, and Service Providers, (II) Continue Troubled Supplier Assistance Program, and (III) Continue Participation in the United States Treasury Auto Supplier Support Program*).  Until the Debtors provide such confirmation, Trico has included the Prior Shipments in the calculation of the Actual Cure.

- The Contract Website listed most, but not all of the Purchase Orders.  Trico believes that the Debtors inadvertently excluded Purchase Orders 000119450, SC03303569 and 000122785 (the "*Excluded Contracts*").  Trico requests confirmation from the Debtors that the Debtors intend to assume and assign the Excluded Contracts to the Purchaser and that they are Assumable Executory Contracts.  To the extent that the Debtors do not intend to assume and assign the Excluded Contracts, Trico objects to such designation and the Court should deem the Excluded Contracts to be Assumable Executory Contracts.

- The Contract Website listed two Purchase Orders that are not active and that have been replaced by new Purchase Orders prior to the Petition Date.  Therefore, Purchase Orders 07DD004X and 07DD004Z should be replaced by Purchase Orders OMP5001P and OMP5001V, respectively.

- Trico asserts Pre-Petition Date pricing disputes with the Debtors in the aggregate amount of $51,590.87 (the "*Disputed Charges*") with respect to the following:

5

- $6,154.78 with respect to unapproved chargebacks.

- $2,060.43 with respect to freight disputes.

- $8,019.16 with respect to the Debtors' failure to pay the correct prices as listed in Trico's invoices.

- $35,356.50 with respect to a pricing issue with respect to the Debtors' Saturn Division with Service – Part Number B91625-440. The Purchase Order between the parties provides that the price per unit is $48.58. However, prior to the Petition Date, an apparent accounting error made by the Debtors led to the Debtors paying Trico only $8.755 per unit – a difference of almost $40.00 per unit from the agreed-upon price. The Debtors purchased 900 units of this part based on this incorrect pricing. Therefore, a default in the amount of $35,356.50 exists which must be cured in order for this Purchase Order to be assumed.

- $6,800.00 with respect to a pre-Petition Date invoice issued with respect to tooling provided to the Debtors (the "*Tooling Charges*").

- Unpaid pre-Petition Date invoices for product shipped to the Debtors pursuant to the Purchase Orders, in an amount not less than $23,621.49.[3]

9. As to each of the above disputed amounts, Trico will provide further details, as well as copies of relevant documents, to the Debtors upon request.

---

[3] Additionally, Trico and the Debtors are parties to several agreements and purchase orders concerning the Hummer H2 platform. In previous correspondence, Trico has requested that, among other things, the Debtors make a lump sum payment to Trico for obsolescence recovery in the amount of $175,699 under the Hummer H2 Purchase Orders. The parties are engaged in discussions regarding outstanding Hummer H2 issues. While at this time, Trico does not believe that the requested obsolescence recovery payment constitutes a pre-petition default of the Debtors, Trico reserves all rights to assert an objection to the assumption of the Hummer H2 Purchase Orders if such payment is later determined to be a pre-petition default.

6

10.     Until the Cure Amount is revised to match the Actual Cure, or until the parties reach agreement as to the Debtors' cure obligations to Trico, Trico objects to the assumption and assignment to the Purchaser (or any other purchaser of the Debtors' assets) of any of the Purchase Orders.

## CONCLUSION

For the foregoing reasons, Trico objects to the Cure Notice, and requests: (1) allowance of the Cure Amount needed to cure all pre-Petition Date defaults under the Purchase Orders in the aggregate amount of $502,211.51; (2) clarification or confirmation concerning the issues set forth in this Objection; and (3) such other and further relief that may be just and proper.

Dated: June 15, 2009                                             **TRICO PRODUCTS CORPORATION**

By:   /s/ Thomas R. Fawkes
　　　　One of Its Attorneys

Aaron L. Hammer, Esq.
Thomas R. Fawkes, Esq.
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: 312.360.6000
Facsimile: 312.360.6571