DAVIS & GILBERT LLP
Miles Baum
1740 Broadway
New York, New York  10019
Telephone:  (212) 468-4800
Facsimile:  (212) 468-4888
E-Mail:  mbaum@dglaw.com

Attorneys for Medialink Worldwide

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| GENERAL MOTORS CORP., et al., | 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

### RESPONSES AND OBJECTIONS BY MEDIALINK WORLDWIDE TO DEBTOR'S CURE AMOUNT IN ASSUMING AND ASSIGNING THE EXECUTORY CONTRACT OF MEDIALINK WORLDWIDE

Medialink Worldwide ("Medialink"), by and through its undersigned legal counsel, submits its objections to the sum of $8,071.29 as the cure amount allegedly due to it for the assumption and assignment of its contract with the Debtor.

The correct amount due from Debtor to Medialink is the sum of $74,021.72. Attached as Exhibit "A" is a schedule detailing the amounts that are due to Medialink from Debtor.  Included in the amount due are Pro Forma invoices which total $46,795.35 as well as Invoices submitted to Debtor in the sum of $27,226.37.

The amounts set forth in the Pro Forma invoices of $46,795.35 are due to Medialink and must be paid as part of the assumption and assignment of the Medialink agreement. The Pro Forma invoices are for services rendered but which require the Debtor to provide paperwork "codes" so that Medialink can generate a final invoice for processing per Debtor's rules. Copies of all of the invoices detailing the monies due to Medialink are attached as Exhibit "B."

Based on the foregoing, Medialink respectfully requests that the Debtor be directed to pay Medialink the sum of $74,021.72 in order to assume Medialink's contract with the Debtor.

Dated:   New York, New York
         June 15, 2009

                                        DAVIS & GILBERT LLP

                                        By: _____
                                               Miles Baum
                                        Attorneys for Medialink Worldwide
                                        1740 Broadway
                                        New York, New York  10017
                                        Telephone:  (212) 468-4800
                                        Facsimile:  (212) 468-4888

TO:   General Motors Corporation
      Cadillac Building
      30009 Van Dyke Avenue
      Warren, Michigan  48090-9025
      (Attn:  Warren Command Center,
      Mailcode 480-206-114)
      Facsimile:  (866) 962-2868

Weil Gotshal & Manges LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York  10153
(Attn:  Harvey R. Miller, Esq.,
Stephen Karotkin, Esq., and
Joseph H. Smolinsky, Esq.)
Facsimile:  (212) 310-8007

The U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
(Attn:  Matthew Feldman, Esq.)
Facsimile:  (202) 622-6415

Cadwalader, Wickersham & Taft LLP
Attorneys for Purchaser
One World Financial Center
New York, New York  10281
(Attn:  John J. Rapisardi, Esq.)
Facsimile:  (212) 504-6666

Kramer Levin Naftalis & Frankel LLP
Attorneys for the Creditors Committee
1177 Avenue of the Americas
New York, New York  10036
Facsimile:  (212) 715-8000

Vedder Price, P.C.
Attorneys for Export Development Canada
1633 Broadway
47th Floor
New York, New York  10019
(Attn:  Michael J. Edelman, Esq. And
Michael L. Schein, Esq.)
Facsimile:  (212) 407-7799

Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York  10004
(Attn:  Diana G. Adams, Esq.)
Facsimile:  (212) 668-2255

# EXHIBIT A

| Invoices not included on GM List | | | | | |
|---|---|---|---|---|---|
| Invoice # | Invoice Date | Invoice Amount | Back Up Reference # | | |
| INV0389389 | 5/18/09 | 1,100.00 | 1 | | |
| | Total: | 1,100.00 | | | |
| | | | | | |
| | | | | | |
| Services provided to GM prior to 6/1/2009.  Paper work requested from GM to enable Medialink to invoice | | | | | |
| Invoice # | Invoice Date | Invoice Amount | Back Up Reference # | | |
| 04FF09-0059 | 6/9/2009 | 307.91 | 2 | | |
| 04FF09-0098 | 6/9/2009 | 707.65 | 3 | | |
| 03FF09-0053 | 6/9/2009 | 227.32 | 4 | | |
| 04FF09-0068 | 6/9/2009 | 264.79 | 5 | | |
| 05FF09-0094 | 6/9/2009 | 88.68 | 6 | | |
| INV0389436 | 6/10/2009 | 245.62 | 7 | | |
| 04NY09-0029 | 6/15/2009 | 1,295.35 | A | | |
| 04NY09-0028 | 6/15/2009 | 9,000.00 | B | | |
| 04NY09-0029 | 6/15/2009 | 22,500.00 | C | | |
| 04NY09-0030 | 6/15/2009 | 14,000.00 | D | | |
| | Total: | 48,637.32 | E | | |
| | | | | | |
| | | | | | |
| Services provided to GM subsequent to 6/1/2009.  Paper work requested from GM to enable Medialink to invoice | | | | | |
| Invoice # | Invoice Date | Invoice Amount | Back Up Reference # | | |
| 06NY09-0064 | 6/4/09 | 18,000.00 | 8 | | |
| 06NY09-0068 | 6/4/09 | 5,900.00 | 9 | | |
| 04FF09-0086 | 6/12/09 | 20.58 | 10 | | |
| 06FF09-0076 | 6/12/09 | 121.27 | 11 | | |
| 04FF09-0125 | 6/12/09 | 121.27 | 12 | | |
| 06NY09-0068 | 6/12/09 | 121.28 | 13 | | |
| | Total: | 24,284.40 | | | |

# **EXHIBIT B**

#1

T 212 682 8300
800 843 0677
F 212 682 2370



# INVOICE

General Motors Corporation
300 Renaissance Ctr- Tracking Center
Mail Code 482-C30-C76
Detroit, MI 48265-3000
Att: Stephanie Marsh

Mike Meyerand
313-665-3187Ext

| | | |
|---|---|---|
| DATE | | 5/29/2009 |
| | INVOICE # | INV0389389 |

Reference Project
05NY09-0096PRO

Invoice Date:    5/29/2009

Purchase Order:

Project Month:    May 2009

Client Solutions
Representative:    Sannicandro

Project Reference:    05NY09-0096PRO

Reference Description:    GM BRoll Compilation

**DESCRIPTION**

**AMOUNT**

Broll Edit

EA# 2009  A0618-08  Seq# 0011  Item ID# 1294-09 TM

GMR 88260                                                                         1,100.00

TOTAL CHARGES                                    1,100.00

BALANCE DUE                                    1,100.00

*PLEASE REMIT ALL PAYMENTS TO:*
*Medialink Worldwide Incorporated: 708 Third Avenue, 8th Fl., New York, NY 10017 - Attn: Accounts Receivable*
*ALL PAYMENTS ARE DUE UPON RECEIPT OF INVOICE. IF YOU HAVE ANY QUESTIONS*
*REGARDING THIS INVOICE, PLEASE CONTACT RAYMOND FOX AT (212) 812-7083.*
*THANK YOU FOR USING MEDIALINK AND FOR YOUR PROMPT PAYMENT.*

Chicago
London

Los Angeles
New York
Norwalk, CT

San Francisco
Washington, DC

(#2)

T 212 682 8300    www.medj        a
  800 843 0677
F 212 681 1098



## Pro Forma Invoice

DATE

INVOICE#

6/09/2009

04FF09-0059

General Motors Corp.
300 Renaissance Center- Tracking Center
MC 482-C30-C76
Detroit, MI 48265
Attn: Stephanie Marsh

**Reference Project**
04FF09-0059

Gary Smith
313-665-9910

**Invoice Date:**              6/09/2009

**Purchase Order:**

**Transmission Date:**        April 2009
**Client Solutions**          Rick Sannicandro
**Representative:**

Project Reference:        04FF09-0059

Reference Description    Camaro Delivery

**DESCRIPTION**                                                          **AMOUNT**

Project related costs

Travel related cost                                                      306.72

EA#2009-A0618-08 Seq# 0002 Item ID 1413-003J                              1.19

TOTAL CHARGES                    307.91

*PLEASE REMIT ALL PAYMENTS TO:*
Medialink Worldwide Incorporated  *708 Third Avenue, 8th Fl., New York, NY 10017 - Attn: Accounts Receivable*
*ALL PAYMENTS ARE DUE UPON RECEIPT OF INVOICE. IF YOU HAVE ANY QUESTIONS REGARDING THIS*
*INVOICE, PLEASE CONTACT RAYMOND FOX 212-812-7083. THANK YOU FOR USING MEDIALINK AND FOR*
*YOUR PROMPT PAYMENT.*



T 212 682 8300    www.med.alink.com
800 843 0677
F 212 681 1098



## Pro Forma Invoice

| DATE | INVOICE# |
|---|---|
| 6/09/2009 | 04FF09-0098 |

General Motors Corp.
300 Renaissance Center- Tracking Center
MC 482-C30-C76
Detroit, MI 48265
Attn: Stephanie Marsh

**Reference Project**
04FF09-0098

Gary Smith
313-665-9910

| | |
|---|---|
| **Invoice Date:** | 6/09/2009 |
| **Purchase Order:** | |
| **Transmission Date:** | April 2009 |
| **Client Solutions** | Rick Sannicandro |
| **Representative:** | |

Project Reference:      04FF09-0098

Reference Description    Quieter Cars (Buick LaCrosse)

| DESCRIPTION | AMOUNT |
|---|---|
| Travel at cost | 629.37 |
| Project related cost | 78.28 |
| EA#2009-A0618-08 Seq# 0002 Item ID 1413-003J | |
| | |
| TOTAL CHARGES | 707.65 |

*PLEASE REMIT ALL PAYMENTS TO:*
*Medialink Worldwide Incorporated 708 Third Avenue, 8th Fl., New York, NY 10017 - Attn: Accounts Receivable*
*ALL PAYMENTS ARE DUE UPON RECEIPT OF INVOICE. IF YOU HAVE ANY QUESTIONS REGARDING THIS*
*INVOICE, PLEASE CONTACT RAYMOND FOX 212-812-7083. THANK YOU FOR USING MEDIALINK AND FOR*
*YOUR PROMPT PAYMENT.*



T 212 682 8300   www.medialink.com
800 843 0677
F 212 681 1098



## Pro Forma Invoice

DATE               INVOICE#

6/09/2009          03FF09-0053

General Motors Corp.
300 Renaissance Center- Tracking Center
MC 482-C30-C76
Detroit, MI 48265
Attn: Stephanie Marsh

**Reference Project**
03FF09-0053

Gary Smith
313-665-9910

**Invoice Date:**         6/09/2009

**Purchase Order:**

**Transmission Date:**      March 2009

**Client Solutions**        Rick Sannicandro

**Representative:**

Project Reference:      03FF09-0053

Reference Description     JD Power- Service Awards

| DESCRIPTION | AMOUNT |
|---|---|
| Travel at cost | 214.97 |
| Project related cost | 12.35 |
| EA#2009-A0618-08 Seq# 0002 Item ID 1413-003J | |
| TOTAL CHARGES | 227.32 |

*PLEASE REMIT ALL PAYMENTS TO:*
*Medialink Worldwide Incorporated 708 Third Ave., 8th Fl., New York, NY 10017 - Attn: Accounts Receivable*
*ALL PAYMENTS ARE DUE UPON RECEIPT OF INVOICE. IF YOU HAVE ANY QUESTIONS REGARDING THIS*
*INVOICE, PLEASE CONTACT RAYMOND FOX 212-812-7083. THANK YOU FOR USING MEDIALINK AND FOR*
*YOUR PROMPT PAYMENT.*



T 212 682 8300   www.medialink.com
800 843 0677
F 212 681 1098



## Pro Forma Invoice

|  | DATE | INVOICE# |
|---|---|---|
|  | 6/09/2009 | 04FF09-0068 |

General Motors Corp.
300 Renaissance Center- Tracking Center
MC 482-C30-C76
Detroit, MI 48265
Attn: Stephanie Marsh

**Reference Project**
04FF09-0068

|  |  |  |
|---|---|---|
| **Invoice Date:** | 6/09/2009 |
| Gary Smith |  |
| 313-665-9910 | **Purchase Order:** |
|  | **Transmission Date:** | April 2009 |
|  | **Client Solutions** | Rick Sannicandro |
|  | **Representative:** |  |

Project Reference:      04FF09-0068

Reference Description    GM Total Confidence Announcement

| DESCRIPTION | AMOUNT |
|---|---|
| Travel at cost | 264.79 |
| EA#2009-A0618-08 Seq# 0002 Item ID 1413-003J |  |
| | |
| TOTAL CHARGES | 264.79 |

*PLEASE REMIT ALL PAYMENTS TO:*
Medialink Worldwide Incorporated *708 Third Avenue, 8th Fl., New York, NY 10017 - Attn: Accounts Receivable*
*ALL PAYMENTS ARE DUE UPON RECEIPT OF INVOICE. IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE, PLEASE CONTACT RAYMOND FOX 212-812-7083. THANK YOU FOR USING MEDIALINK AND FOR YOUR PROMPT PAYMENT.*



T 212 682 8300   www.medialink.com
800 843 0677
F 212 681 1098



## Pro Forma Invoice

| DATE | INVOICE# |
|---|---|
| 6/09/2009 | 05FF09-0094 |

General Motors Corp.
300 Renaissance Center- Tracking Center
MC 482-C30-C76
Detroit, MI 48265
Attn: Stephanie Marsh

**Reference Project**
05FF09-0094

Gary Smith
313-665-9910

| | |
|---|---|
| **Invoice Date:** | 6/09/2009 |
| **Purchase Order:** | |
| **Transmission Date:** | May 2009 |
| **Client Solutions Representative:** | Rick Sannicandro |

| Project Reference: | 05FF09-0094 |
|---|---|
| Reference Description | Indy 500 Camaro Pace Car |

| DESCRIPTION | AMOUNT |
|---|---|
| Travel at cost | 88.68 |
| EA#2009-A0618-08 Seq# 0002 Item ID 1413-003J | |
| | |
| TOTAL CHARGES | 88.68 |

*PLEASE REMIT ALL PAYMENTS TO:*
*Medialink Worldwide Incorporated 708 Third Avenue, 8th Fl., New York, NY 10017 - Attn: Accounts Receivable*
*ALL PAYMENTS ARE DUE UPON RECEIPT OF INVOICE. IF YOU HAVE ANY QUESTIONS REGARDING THIS*
*INVOICE, PLEASE CONTACT RAYMOND FOX 212-812-7083. THANK YOU FOR USING MEDIALINK AND FOR*
*YOUR PROMPT PAYMENT.*



T 212 682 8300
800 843 0677
F 212 682 2370



www.medialink.com

# INVOICE

| DATE | INVOICE # |
|---|---|
| 6/10/2009 | INV0389436 |

General Motors Corporation
300 Renaissance Ctr- Tracking Center
Mail Code 482-C30-C76
Detroit, MI 48265-3000
Att: Stephanie Marsh

Gary Smith
313-665-9910Ext

**Reference Project**
03FF09-0064DIS

Invoice Date:      6/10/2009

Purchase Order:

Project Month:     March 2009

Client Solutions
Representative:      Sannicandro

Project Reference:      03FF09-0064DIS
Reference Description:   Hybrid Trucks

| DESCRIPTION | AMOUNT |
|---|---|
| Project related cost | 245.62 |
| EA# 2009-A0618-08  Seq# 11  Item ID# 1294-09 TM | |
| GMR 88260 | |

| | |
|---|---|
| TOTAL CHARGES | 245.62 |
| BALANCE DUE | 245.62 |

*PLEASE REMIT ALL PAYMENTS TO:*
*Medialink Worldwide Incorporated: 708 Third Avenue, 8th Fl., New York, NY 10017 - Attn: Accounts Receivable*
*ALL PAYMENTS ARE DUE UPON RECEIPT OF INVOICE. IF YOU HAVE ANY QUESTIONS*
*REGARDING THIS INVOICE, PLEASE CONTACT RAYMOND FOX AT (212) 812-7083.*
*THANK YOU FOR USING MEDIALINK AND FOR YOUR PROMPT PAYMENT.*

| Chicago | Los Angeles | San Francisco |
|---|---|---|
| London | New York | Washington, DC |
| | Norwalk, CT | |



T 212 682 8300    www.medialink.com
800 843 0677
F 212 681 1098



# Pro Forma Invoice

| DATE | INVOICE# |
|---|---|
| 6/04/2009 | 06NY09-0064 |

General Motors Corp.
300 Renaissance Center- Tracking Center
MC 482-C30-C76
Detroit, MI 48265
Attn: Stephanie Marsh

**Reference Project**
06NY09-0064

Mike Meyerand
313-665-3187

| | |
|---|---|
| **Invoice Date:** | 6/04/2009 |
| **Purchase Order:** | |
| **Transmission Date:** | June 2009 |
| **Client Solutions** | Rick Sannicandro |
| **Representative:** | |

Project Reference:       06NY09-0064

Reference Description    GM Restructuring Announcement

| DESCRIPTION | AMOUNT |
|---|---|
| Los Angeles SMT | 15,000.00 |
| NY Coordination | 3,000.00 |
| EA# 2009 A0618 09  Seq# 00011  Item ID# 1294-09TM | |
| TOTAL CHARGES | 18,000.00 |

*PLEASE REMIT ALL PAYMENTS TO:*
*Medialink Worldwide Incorporated 708 Third Avenue, 8th Fl., New York, NY 10017 - Attn: Accounts Receivable*
*ALL PAYMENTS ARE DUE UPON RECEIPT OF INVOICE. IF YOU HAVE ANY QUESTIONS REGARDING THIS*
*INVOICE, PLEASE CONTACT RAYMOND FOX 212-812-7083.  THANK YOU FOR USING MEDIALINK AND FOR*
*YOUR PROMPT PAYMENT.*



T 212 682 8300   www.medialink.com
800 843 0677
F 212 681 1098



## Pro Forma Invoice

| DATE | INVOICE# |
|---|---|
| 6/04/2009 | 06NY09-0068 |

General Motors Corp.
300 Renaissance Center- Tracking Center
MC 482-C30-C76
Detroit, MI 48265
Attn: Stephanie Marsh

**Reference Project**
06NY09-0068

Gary Smith
313-665-9910

| | |
|---|---|
| **Invoice Date:** | 6/04/2009 |
| **Purchase Order:** | |
| **Transmission Date:** | June 2009 |
| **Client Solutions** | Rick Sannicandro |
| **Representative:** | |

Project Reference:    06NY09-0068

Reference Description    Battery Lab BRoll

| DESCRIPTION | AMOUNT |
|---|---|
| BRoll Edit and Producer | 4,500.00 |
| Battery Lab Politicians BRoll Edit and Dubs | 1,400.00 |
| | |
| TOTAL CHARGES | 5.900.00 |

*PLEASE REMIT ALL PAYMENTS TO:*
*Medialink Worldwide Incorporated | 708 Third Avenue, 8th Fl., New York, NY 10017 - Attn: Accounts Receivable*
*ALL PAYMENTS ARE DUE UPON RECEIPT OF INVOICE. IF YOU HAVE ANY QUESTIONS REGARDING THIS*
*INVOICE, PLEASE CONTACT RAYMOND FOX 212-812-7083. THANK YOU FOR USING MEDIALINK AND FOR*
*YOUR PROMPT PAYMENT.*



T 212 682 8300   www.medialink.com
800 843 0677
F 212 681 1098



## Pro Forma Invoice

| DATE | INVOICE# |
|------|----------|
| 6/12/2009 | 04FF09-0086 |

General Motors Corp.
300 Renaissance Center- Tracking Center
MC 482-C30-C76
Detroit, MI 48265
Attn: Stephanie Marsh

**Reference Project**
04FF09-0086

Gary Smith
313-665-9910

| | |
|---|---|
| **Invoice Date:** | 6/12/2009 |
| **Purchase Order:** | |
| **Transmission Date:** | April 2009 |
| **Client Solutions Representative:** | Rick Sannicandro |

Project Reference:    04FF09-0086

Reference Description    New York Auto Show 2009

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Travel at cost | 20.58 |
| EA#2009-A0618-08 Seq# 11 Item ID 1294-09 TM | |
| | |
| TOTAL CHARGES | 20.58 |

*PLEASE REMIT ALL PAYMENTS TO:*
*Medialink Worldwide Incorporated 708 Third Avenue, 8th Fl., New York, NY 10017 - Attn: Accounts Receivable*
*ALL PAYMENTS ARE DUE UPON RECEIPT OF INVOICE. IF YOU HAVE ANY QUESTIONS REGARDING THIS*
*INVOICE, PLEASE CONTACT RAYMOND FOX 212-812-7083. THANK YOU FOR USING MEDIALINK AND FOR*
*YOUR PROMPT PAYMENT.*

# 11

T 212 682 8300   www.medialink.com
800 843 0677
F 212 681 1098



## Pro Forma Invoice

| DATE | INVOICE# |
|---|---|
| 6/12/2009 | 06FF09-0076 |

General Motors Corp.
300 Renaissance Center- Tracking Center
MC 482-C30-C76
Detroit, MI 48265
Attn: Stephanie Marsh

**Reference Project**
06FF09-0076

Gary Smith
313-665-9910

| | |
|---|---|
| **Invoice Date:** | 6/12/2009 |
| **Purchase Order:** | |
| **Transmission Date:** | June 2009 |
| **Client Solutions Representative:** | Rick Sannicandro |

Project Reference:        06FF09-0076

Reference Description    Battery Lab Announcement

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| Travel at cost | 110.52 |
| Project related cost | 10.75 |
| EA#2009-A0618-08 Seq# 11 Item ID 1294-09 TM | |
| | |
| TOTAL CHARGES | 121.27 |

**PLEASE REMIT ALL PAYMENTS TO:**
Medialink Worldwide Incorporated 708 Third Avenue, 8th Fl., New York, NY 10017 - Attn: Accounts Receivable
*ALL PAYMENTS ARE DUE UPON RECEIPT OF INVOICE. IF YOU HAVE ANY QUESTIONS REGARDING THIS
INVOICE, PLEASE CONTACT RAYMOND FOX 212-812-7083. THANK YOU FOR USING MEDIALINK AND FOR
YOUR PROMPT PAYMENT.*



T 212 682 8300    www.medialink.com
800 843 0677
F 212 681 1098



# Pro Forma Invoice

| DATE | INVOICE# |
|------|----------|
| 6/12/2009 | 04FF09-0125 |

General Motors Corp.
300 Renaissance Center- Tracking Center
MC 482-C30-C76
Detroit, MI 48265
Attn: Stephanie Marsh

**Reference Project**
04FF09-0125

Gary Smith
313-665-9910

| | |
|------|------|
| **Invoice Date:** | 6/12/2009 |
| **Purchase Order:** | |
| **Transmission Date:** | April 2009 |
| **Client Solutions Representative:** | Rick Sannicandro |

Project Reference:    04FF09-0125

Reference Description    Volt Ride and Drive

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Travel at cost | 110.52 |
| Project related cost | 10.75 |
| EA#2009-A0618-08 Seq# 11 Item ID 1294-09 TM | |
| | |
| TOTAL CHARGES | 121.27 |

*PLEASE REMIT ALL PAYMENTS TO:*
Medialink Worldwide Incorporated *708 Third Avenue, 8th Fl., New York, NY 10017 - Attn: Accounts Receivable*
*ALL PAYMENTS ARE DUE UPON RECEIPT OF INVOICE. IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE, PLEASE CONTACT RAYMOND FOX 212-812-7083. THANK YOU FOR USING MEDIALINK AND FOR YOUR PROMPT PAYMENT.*



T 212 682 8300   www.medialink.com
800 843 0677
F 212 681 1098



## Pro Forma Invoice

DATE | INVOICE#

6/12/2009 | 06NY09-0068

General Motors Corp.
300 Renaissance Center- Tracking Center
MC 482-C30-C76
Detroit, MI 48265
Attn: Stephanie Marsh

**Reference Project**
06NY09-0068

Gary Smith
313-665-9910

| | |
|---|---|
| **Invoice Date:** | 6/12/2009 |
| **Purchase Order:** | |
| **Transmission Date:** | June 2009 |
| **Client Solutions** | Rick Sannicandro |
| **Representative:** | |

Project Reference:    06NY09-0068

Reference Description   Battery Lab BRoll

**DESCRIPTION** | **AMOUNT**

Travel at cost | 110.52

Project related cost | 10.76

EA#2009-A0618-08 Seq# 11 Item ID 1294-09 TM

TOTAL CHARGES | 121.28

*PLEASE REMIT ALL PAYMENTS TO:*
*Medialink Worldwide Incorporated* *708 Third Avenue, 8th Fl., New York, NY  10017 - Attn: Accounts Receivable*
*ALL PAYMENTS ARE DUE UPON RECEIPT OF INVOICE. IF YOU HAVE ANY QUESTIONS REGARDING THIS*
*INVOICE, PLEASE CONTACT RAYMOND FOX 212-812-7083.  THANK YOU FOR USING MEDIALINK AND FOR*
*YOUR PROMPT PAYMENT.*

T 212 682 8300    www.medialink.com
800 843 0677
F 212 681 1098



## Pro Forma Invoice

| DATE | INVOICE# |
|---|---|
| 6/15/2009 | 04NY09-0029 |

General Motors Corp.
300 Renaissance Center- Tracking Center
MC 482-C30-C76
Detroit, MI 48265
Attn: Stephanie Marsh

**Reference Project**
04NY09-0029

John McDonald
313-665-3128

| | |
|---|---|
| **Invoice Date:** | 6/15/2009 |
| **Purchase Order:** | |
| **Transmission Date:** | April 2009 |
| **Client Solutions Representative:** | Rick Sannicandro |

Project Reference:        04NY09-0029

Reference Description    GM Total Confidence Announcement

| DESCRIPTION | AMOUNT |
|---|---|
| Travel at cost | 1,204.15 |
| Project related cost | 91.20 |
| **TOTAL CHARGES** | 1,295.35 |

*PLEASE REMIT ALL PAYMENTS TO:*
*Medialink Worldwide Incorporated* | *708 Third Avenue, 8th Fl., New York, NY 10017 - Attn: Accounts Receivable*
*ALL PAYMENTS ARE DUE UPON RECEIPT OF INVOICE. IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE, PLEASE CONTACT RAYMOND FOX 212-812-7083. THANK YOU FOR USING MEDIALINK AND FOR YOUR PROMPT PAYMENT.*



T 212 682 8300   www.medialink.com
800 843 0677
F 212 681 1098



## Pro Forma Invoice

| DATE | INVOICE# |
|------|----------|
| 6/15/2009 | 04NY09-0028 |

General Motors Corp.
300 Renaissance Center- Tracking Center
MC 482-C30-C76
Detroit, MI 48265
Attn: Stephanie Marsh

**Reference Project**
04NY09-0028

John McDonald
313-665-3128

| | |
|---|---|
| **Invoice Date:** | 6/15/2009 |
| **Purchase Order:** | |
| **Transmission Date:** | April 2009 |
| **Client Solutions Representative:** | Rick Sannicandro |

| Project Reference: | 04NY09-0028 |
|---|---|
| Reference Description | GM Total Confidence Announcement |

| DESCRIPTION | AMOUNT |
|---|---|
| ANRs in English and Spanish | 10,000.00 |
| Less GM discount | (1,000.00) |
| | |
| TOTAL CHARGES | 9,000.00 |

*PLEASE REMIT ALL PAYMENTS TO:*
*Medialink Worldwide Incorporated | 708 Third Avenue, 8th Fl., New York, NY 10017 - Attn: Accounts Receivable*
*ALL PAYMENTS ARE DUE UPON RECEIPT OF INVOICE. IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE, PLEASE CONTACT RAYMOND FOX 212-812-7083. THANK YOU FOR USING MEDIALINK AND FOR YOUR PROMPT PAYMENT.*

T 212 682 8300   www.medialink.com
800 843 0677
F 212 681 1098



## Pro Forma Invoice

| DATE | INVOICE# |
|---|---|
| 6/15/2009 | 04NY09-0029 |

General Motors Corp.
300 Renaissance Center- Tracking Center
MC 482-C30-C76
Detroit, MI 48265
Attn: Stephanie Marsh

**Reference Project**
04NY09-0029

John McDonald
313-665-3128

| | |
|---|---|
| **Invoice Date:** | 6/15/2009 |
| **Purchase Order:** | |
| **Transmission Date:** | April 2009 |
| **Client Solutions Representative:** | Rick Sannicandro |

Project Reference:       04NY09-0029

Reference Description    GM Total Confidence Announcement

| DESCRIPTION | AMOUNT |
|---|---|
| Satellite Media Tour | 20,000.00 |
| Project Management | 3,000.00 |
| Web Video Editing | 1,700.00 |
| Less GM discount | (2,200.00) |
| | |
| TOTAL CHARGES | 22,500.00 |

*PLEASE REMIT ALL PAYMENTS TO:*
*Medialink Worldwide Incorporated 708 Third Avenue, 8th Fl., New York, NY 10017 - Attn: Accounts Receivable*
*ALL PAYMENTS ARE DUE UPON RECEIPT OF INVOICE. IF YOU HAVE ANY QUESTIONS REGARDING THIS*
*INVOICE, PLEASE CONTACT RAYMOND FOX 212-812-7083. THANK YOU FOR USING MEDIALINK AND FOR*
*YOUR PROMPT PAYMENT.*



T 212 682 8300    www.medialink.com
800 843 0677
F 212 681 1098



## Pro Forma Invoice

| DATE | INVOICE# |
|------|----------|
| 6/15/2009 | 04NY09-0030 |

General Motors Corp.
300 Renaissance Center- Tracking Center
MC 482-C30-C76
Detroit, MI 48265
Attn: Stephanie Marsh

**Reference Project**
04NY09-0030

John McDonald
313-665-3128

| | |
|---|---|
| **Invoice Date:** | 6/15/2009 |
| **Purchase Order:** | |
| **Transmission Date:** | April 2009 |
| **Client Solutions Representative:** | Rick Sannicandro |

Project Reference:    04NY09-0030

Reference Description    GM Total Confidence Announcement

| DESCRIPTION | AMOUNT |
|-------------|--------|
| 2 x Radio Media Tour | 15,500.00 |
| Less GM discount | (1,500.00) |
| TOTAL CHARGES | 14,000.00 |

*PLEASE REMIT ALL PAYMENTS TO:*
*Medialink Worldwide Incorporated | 708 Third Avenue, 8th Fl., New York, NY 10017 - Attn: Accounts Receivable*
*ALL PAYMENTS ARE DUE UPON RECEIPT OF INVOICE. IF YOU HAVE ANY QUESTIONS REGARDING THIS*
*INVOICE, PLEASE CONTACT RAYMOND FOX 212-812-7083. THANK YOU FOR USING MEDIALINK AND FOR*
*YOUR PROMPT PAYMENT.*

DAVIS & GILBERT LLP
Miles Baum
1740 Broadway
New York, New York  10019
Telephone:  (212) 468-4800
Facsimile:  (212) 468-4888
E-Mail:  mbaum@dglaw.com

Attorneys for Medialink Worldwide

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| GENERAL MOTORS CORP., et al., | 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 15, 2009, copies of Medialink Worldwide's Responses and Objections to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto, was filed electronically with the Clerk of the Courts using the ECF system which will send notification of such filing to all ECF participants.  A copy of this document was also served upon the following parties by facsimile:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan  48090-9025
(Attn:  Warren Command Center,
Mailcode 480-206-114)
Facsimile:  (866) 962-2868

Weil Gotshal & Manges LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York  10153
(Attn:  Harvey R. Miller, Esq.,
Stephen Karotkin, Esq., and
Joseph H. Smolinsky, Esq.)
Facsimile:  (212) 310-8007

The U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
(Attn:  Matthew Feldman, Esq.)
Facsimile:  (202) 622-6415

Cadwalader, Wickersham & Taft LLP
Attorneys for Purchaser
One World Financial Center
New York, New York  10281
(Attn:  John J. Rapisardi, Esq.)
Facsimile:  (212) 504-6666

Kramer Levin Naftalis & Frankel LLP
Attorneys for the Creditors Committee
1177 Avenue of the Americas
New York, New York  10036
Facsimile:  (212) 715-8000

Vedder Price, P.C.
Attorneys for Export Development Canada
1633 Broadway
47th Floor
New York, New York  10019
(Attn:  Michael J. Edelman, Esq. And
Michael L. Schein, Esq.)
Facsimile:  (212) 407-7799

Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York  10004
(Attn:  Diana G. Adams, Esq.)
Facsimile:  (212) 668-2255


_____
            Miles Baum
    Attorney for Medialink Worldwide