John R Burns III (IN Bar No. 3016-02)
BAKER & DANIELS LLP
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802
Telephone: (260) 424-8000
Fax: (260) 460-1700

*Attorney for Shambaugh & Son, L.P.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| GENERAL MOTORS CORP., *et al.*,  ) | Case No: 09-50026 (REG) |
| ) | (Jointly Administered) |
| Debtor.  ) |  |
| ) | Chapter 11 |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, John R Burns, a member in good standing of the bar in the State of Indiana and the bar of the U.S. District Court for the Northern District of Indiana, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Shambaugh & Son, L.P., a creditor in the above referenced case.

Mailing address: Baker & Daniels LLP, Attn: John R Burns, 111 East Wayne Street, Suite 800, Fort Wayne, Indiana 46802.

E-mail address: john.burns@bakerd.com; telephone number (260) 460-1630.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 15, 2009                                    Baker & Daniels LLP

Fort Wayne, Indiana                                       /s/*John R Burns*
                                                                        John R Burns (IN Bar No. 3016-02)
                                                                        111 East Wayne Street, Suite 800
                                                                        Fort Wayne, IN 46802
                                                                        Tel: (260) 460-1630
                                                                        Fax: (260) 460-1700
                                                                        john.burns@bakerd.com

                                                                        Attorney for Shambaugh & Son, L.P.

-1-

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion for Admission to Practice *Pro Hac Vice* has been served via electronic notification or via U.S. Mail, on this 15th day of June, 2009, upon the following:

Harvey R. Miller
Joseph H. Smolinsky
Stephen Karotkin
Weil, Gotshal & Manges, LLP
harvey.miller@weil.com
Joseph.Smolinsky@weil.com
stephen.karotkin@weil.com

Joseph R. Sgroi
Robert B. Weiss
Tricia A. Sherick
Honigman Miller Schwartz and Cohn LLP
Email: jsgroi@honigman.com
rweiss@honigman.com
tsherick@honigman.com

Patrick J. Trostle
Jenner & Block LLP
Email: ptrostle@jenner.com

Gordon Z. Novod
gnovod@kramerlevin.com

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

/s/*John R Burns*