John R Burns III (IN Bar No. 3016-02)
BAKER & DANIELS LLP
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802
Telephone: (260) 424-8000
Fax: (260) 460-1700

*Attorney for Shambaugh & Son, L.P.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |
|---|---|
| GENERAL MOTORS CORP., *et al.*, | ) Case No: 09-50026 (REG) |
|  | ) (Jointly Administered) |
| Debtor. | ) |
|  | ) Chapter 11 |

## **ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon consideration of the motion of John R Burns, for admission to practice *pro hac vice* in the above-referenced bankruptcy proceeding; and after due deliberation thereon, and good and sufficient cause appearing therefore; it is hereby

ORDERED that John R Burns is permitted to appear *pro hac vice* as counsel to Shambaugh & Son, L.P., in the above-referenced Chapter 11 case.

Dated: _____, 2009
New York, New York

_____
Robert E. Gerber
United States Bankruptcy Judge

-1-