Aaron L. Hammer, Esq. *(admitted pro hac vice)*
Thomas R. Fawkes, Esq. *(admitted pro hac vice)*
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone: 312.360.6000
Facsimile: 312.360.6995
ahammer@freebornpeters.com
tfawkes@freebornpeters.com

*Attorneys for PGW, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP, et al., | Case No.: 09-50026 |
| Debtors. | *(Jointly Administered)* |

-----------------------------------------------------------x

## NOTICE OF FILING

To:    See Attached Certificate of Service

PLEASE TAKE NOTICE that on June 15, 2009, we caused to be filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York at the Dirksen Federal Building, One Bowling Green, New York, New York, 10004-1408, the **Objection of PGW, LLC to Notice of (I) Debtors' Intent To Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto**, a copy of which is attached hereto and hereby served upon you.

Dated: June 15, 2009

                                                **PGW, LLC**

                                                By:    /s/ Thomas R. Fawkes
                                                        One of Its Attorneys

                                                Thomas R. Fawkes (IL Bar No. 6277451)
                                                FREEBORN & PETERS LLP
                                                311 South Wacker Drive, Suite 3000
                                                Chicago, Illinois 60606
                                                Telephone: (312) 360-6000
                                                Facsimile: (312) 360-6573

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on Monday, June 15, 2009, I served this **Objection of PGW, LLC to Notice of (I) Debtors' Intent To Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto** to those parties receiving electronic notice in the above-captioned case through the Court's ECF/CM system and upon the individuals listed on the following Service List by first-class United States mail, postage prepaid.

/s/ Thomas R. Fawkes

**Service List**

Electronic Mail Notice List

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case.

Philip D. Anker    philip.anker@wilmerhale.com
Joel D. Applebaum    japplebaum@clarkhill.com
Karin F. Avery    avery@silvermanmorris.com
Marc M. Bakst    mbakst@bodmanllp.com
David J. Baldwin    dbaldwin@potteranderson.com, bankruptcy@potteranderson.com
Elizabeth Banda    kwilliams@pbfcm.com
William M. Barron    wbarron@sgrlaw.com
Robert L. Barrows    rbarrows@wdblaw.com
Robert N. Bassel    ecfbbassel@gmail.com
Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com
Howard S. Beltzer    hbeltzer@morganlewis.com
Frederick A. Berg    fberg@kotzsangster.com
Wanda Borges    borgeslawfirm@aol.com
Jean Winborne Boyles    jboyles@jhvgmlaw.com, KCOLE@JHVGMLAW.COM
Lynn M. Brimer    lbrimer@stroblpc.com, sfraser@stroblpc.com
James L. Bromley    maofiling@cgsh.com
William J. Brown    wbrown@phillipslytle.com
Theresa V. Brown-Edwards    bankruptcy@potteranderson.com
Mark Edwin Browning    bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
Andrew P. Brozman    andrew.brozman@cliffordchance.com, sarah.campbell@cliffordchance.com
Adam D. Bruski    adbruski@lambertleser.com
James Christopher Caldwell    ccaldwell@starkreagan.com
John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com
James C. Carignan    carignanj@pepperlaw.com
James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
George B. Cauthen    george.cauthen@nelsonmullins.com, mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com
Babette A. Ceccotti    bceccotti@cwsny.com, ecf@cwsny.com
Teresa H. Chan    kkansa@sidley.com;emcdonnell@sidley.com
J Eric Charlton    echarlton@hiscockbarclay.com
Gloria M. Chon    gloria.chon@kkue.com

Jennifer Anne Christian    jchristian@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
Marvin E. Clements    agbanknewyork@ag.tn.gov
Tiffany Strelow Cobb    tscobb@vorys.com, cdfricke@vorys.com
Dennis J. Connolly    dconnolly@alston.com
Susan M. Cook    smcook@lambertleser.com
Dawn R. Copley    dcopley@dickinsonwright.com,dnavin@dickinsonwright.com
Trent P. Cornell    tcornell@stahlcowen.com
David N. Crapo    dcrapo@gibbonslaw.com
Michael G. Cruse    mcruse@wnj.com, hziegler@wnj.com
Thomas H. Curran    tcurran@haslaw.com, calirm@haslaw.com
Teresa K.D. Currier    tcurrier@saul.com, mflores@saul.com
Vincent D'Agostino    vdagostino@lowenstein.com
Peter D'Apice    dapice@sbep-law.com
Renee M. Dailey    renee.dailey@bgllp.com, meghan.olsen@bgllp.com
Colin Thomas Darke    cdarke@bodmanllp.com
James E. DeLine    jed@krwlaw.com, pal@krwlaw.com
Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net
Sam Della Fera    sdellafera@trenklawfirm.com
Benjamin P. Deutsch    bdeutsch@schnader.com
Frank W. DiCastri    fdicastri@foley.com
Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com
Mary Joanne Dowd    dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com
Kathryn E. Driscoll    kdriscoll@pmppc.com
Michael James Edelman    mjedelman@vedderprice.com, ecfnydocket@vedderprice.com
Martin Eisenberg    me@martineisenberglaw.com
Judith Elkin    judith.elkin@haynesboone.com
Alyssa Englund    aenglund@orrick.com
Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com
Belkys Escobar    belkys.escobar@loudoun.gov
Amy Evans    aevans@crosslaw.com
Kerry M Ewald    kewald@dickinsonwright.com
Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com
Thomas R. Fawkes    tfawkes@freebornpeters.com
Carol A. Felicetta    cfelicetta@reidandreige.com
Alyson M. Fiedler    afiedler@schiffhardin.com
Robert J. Figa    rfiga@comlawone.com
Deborah L. Fish    dfish@allardfishpc.com
Elizabeth K. Flaagan    eflaagan@faegre.com
Daniel J. Flanigan    dflanigan@polsinelli.com, tbackus@polsinelli.com
Kenneth A. Flaska    gm@dmms.com
Jonathan L. Flaxer    jflaxer@golenbock.com, ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com;mlu@golenbock.com
Shawn Randall Fox    sfox@mcguirewoods.com
Mark S. Frankel    mfrankel@couzens.com
Scott J. Freedman    sfreedman@dilworthlaw.com
Mark J. Friedman    mark.friedman@dlapiper.com
Victoria D. Garry    vgarry@ag.state.oh.us
Wendy J. Gibson    wgibson@bakerlaw.com
Jeanette M. Gilbert    jgilbert@motleyrice.com

Steven A. Ginther    sdnyecf@dor.mo.gov
Andrew C. Gold    agold@herrick.com
Brett D. Goodman    brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com
Robert D. Gordon    rgordon@clarkhill.com
Neil Andrew Goteiner    ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com
Brian M. Graham    bgraham@salawus.com, bmgrahampack@sbcglobal.net
Christopher F. Graham    cgraham@mckennalong.com, jvargas@mckennalong.com;rgee@mckennalong.com;jmayes@mckennalong.com;ehall@mckennalong.com
William T. Green    uncbill@msn.com
John T. Gregg    jgregg@btlaw.com
Stephen M. Gross    sgross@mcdonaldhopkins.com
Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com
Paul R. Hage    phage@jaffelaw.com
Richard F. Hahn    rfhahn@debevoise.com;jchung@debevoise.com;mao-ecf@debevoise.com
Paula A. Hall    hall@bwst-law.com, marbury@bwst-law.com
Alan D. Halperin    ahalperin@halperinlaw.net, cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net
Michael C. Hammer    mchammer3@dickinsonwright.com
Adam Craig Harris    adam.harris@srz.com
Ryan D. Heilman    rheilman@schaferandweiner.com
Suzanne Hepner    shepner@lrbpc.com, ecarder@lrbpc.com;jcahn@lrbpc.com;rbarbur@lrbpc.com;scameron@lrbpc.com;psherer@lrbpc.com
Mark D. Hofstee    markh@bolhouselaw.com
Michael S. Holmes    , mshatty@yahoo.com
Jonathan Hook    jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com
P. Warren Hunt    pwh@krwlaw.com
John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com
Donald J. Hutchinson    hutchinson@millercanfield.com
Elihu Inselbuch    eb@capdale.com
Adam H. Isenberg    aisenberg@saul.com
Peter F. Jazayeri    pjazayeri@ecjlaw.com
Nan E. Joesten    njoesten@fbm.com
John J. Jolley    jay.jolley@kutakrock.com
Gregory O. Kaden    gkaden@goulstonstorrs.com
Stephen Karotkin    theodore.tsekerides@weil.com;Shai.Waisman@weil.com;Rachel.albanese@weil.com;michele.meises@weil.com;ilusion.rodriguez@weil.com;nathan.pierce@weil.com;lacey.laken@weil.com
Karel S. Karpe    karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com
Andrew C. Kassner    andrew.kassner@dbr.com
Susan R. Katzoff    skatzoff@hiscockbarclay.com, lmcrobbie@hiscockbarclay.com
Thomas M. Kennedy    tkennedy@kjmlabor.com
Richardo I. Kilpatrick    ecf@kaalaw.com, lrobertson@kaalaw.com
Jennifer B. Kimble    jkimble@burr.com, mstinson@burr.com;mivey@burr.com
Kathleen H. Klaus    khk@maddinhauser.com
Jeff Klusmeier    jeff.klusmeier@ago.mo.gov
Thomas F. Koegel    tkoegel@flk.com

Deborah Kovsky-Apap    kovskyd@pepperlaw.com,
kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com
Debra A. Kowich    dkowich@umich.edu, schmitzr@umich.edu
Robert R. Kracht    rrk@mccarthylebit.com
Stuart A. Krause    skrause@zeklaw.com
J. Alex Kress    akress@riker.com
Patrick J. Kukla    pkukla@carsonfischer.com
Darryl S. Laddin    bkrfilings@agg.com
Stuart A. Laven    slaven@bfca.com
David S. Lefere    davidl@bolhouselaw.com
Michael S. Leib    msl@maddinhauser.com, bac@maddinhauser.com
David A. Lerner    dlerner@plunkettcooney.com
Larry A. Levick    levick@singerlevick.com,
croote@singerlevick.com;ckirkland@singerlevick.com
David T. Lin    dlin@seyburn.com
Thomas K. Lindahl    tlindahl@mcdonaldhopkins.com
Edward J. LoBello    elobello@msek.com
Eric Lopez Schnabel    schnabel.eric@dorsey.com
Cynthia Jordan Lowery    cynthialowery@mvalaw.com
Kayalyn A. Marafioti    kmarafio@skadden.com
Michael A. Maricco    maricco.michael@pbgc.gov, efile@pbgc.gov
Richard W. Martinez    Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com
Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com
Frank McGinn    ffm@bostonbusinesslaw.com
Barbara S Mehlsack    bmehlsack@gkllaw.com
Brian H. Meldrum    bmeldrum@stites.com
Marc B. Merklin    mmerklin@brouse.com
Angela Z. Miller    amiller@phillipslytle.com, jhahn@phillipslytle.com
Harvey R. Miller    harvey.miller@weil.com, garrett.fail@weil.com
Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com,
moldovanlb@morrisoncohen.com
James P. Moloy    jmoloy@dannpecar.com
Timothy D. Moratzka    tdm@mcmlaw.com
Max Anderson Moseley    mam@jbpp.com, mkd@jbpp.com
Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com
Jill L. Murch    jmurch@foley.com, lapeterson@foley.com;khall@foley.com
Jennifer L. Nassiri    jennifer.nassiri@dlapiper.com
Michael A. Nedelman    mnedelman@nglegal.com,
mwatler@nglegal.com;egloetzner@nglegal.com
Michael E. Norton    mnorton@nortonlawassociates.com
Gordon Z. Novod    , dcho@kramerlevin.com
Sean A. O'Neal    soneal@cgsh.com,
maofiling@cgsh.com;jcroft@cgsh.com;skleinman@cgsh.com;ashajnfeld@cgsh.com;crodriguez
@cgsh.com;sarobinson@cgsh.com
Norman D. Orr    norman.orr@kkue.com
Mark Russell Owens    mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com
Ingrid S. Palermo    ipalermo@hselaw.com
Paul J. Pascuzzi    ppascuzzi@ffwplaw.com
Robert W. Phillips    rphillips@simmonscooper.com
James A. Plemmons    jplemmons2@dickinsonwright.com
Susan Power-Johnston    sjohnston@cov.com, jmcneil@cov.com

Ronald S. Pretekin    pretekin@coollaw.com, piatt@coollaw.com
Jessica E. Price    jprice@brouse.com
Dennis Jay Raterink    raterinkd@michigan.gov
Michael Reed    nycourts@mvbalaw.com
Marc E. Richards    mrichards@blankrome.com
Michael P. Richman    mrichman@pattonboggs.com
Paul J. Ricotta    pricotta@mintz.com
David D. Ritter    ecf@krcl.com, dritter@krcl.com
Marianne Goldstein Robbins    MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM
Courtney Rogers    crogers@orrick.com
Adam L. Rosen    filings@spallp.com, arosen@silvermanacampora.com
Sanford Philip Rosen    rpc@rosenpc.com, srosen@rosenpc.com
Andrew Neil Rosenberg    mtattnall@paulweiss.com
Robert J. Rosenberg    adam.goldberg@lw.com
David A. Rosenzweig    DRosenzweig@Fulbright.com
Douglas B. Rosner    drosner@goulstonstorrs.com
Robert R. Ross    rrross@fedex.com
Scott K. Rutsky    srutsky@proskauer.com
Chester B. Salomon    csalomon@beckerglynn.com, aranade@beckerglynn.com;jholdridge@beckerglynn.com
Diane W. Sanders    austin.bankruptcy@publicans.com
Thomas P. Sarb    ecfsarbt@millerjohnson.com
Thomas J. Schank    tomschank@hunterschank.com, mcraig@hunterschank.com
Kenneth M. Schneider    smpcecf@gmail.com
Matthew L. Schwartz    matthew.schwartz@usdoj.gov
Kenneth J. Schweiker    kschweiker@brownconnery.com
Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com
Jacob B. Sellers    jacob.sellers@leonard.com
Joseph R. Sgroi    jsgroi@honigman.com
Brian L. Shaw    bshaw100@shawgussis.com
Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com
Tricia A. Sherick    tsherick@honigman.com
Joseph E. Shickich    jshickich@riddellwilliams.com
Matthew J. Shier    mshier@pinnaclelawgroup.com, mterry@pinnaclelawgroup.com
Robert Sidorsky    sidorsky@butzel.com
Christina C. Skubic    bankruptcy@braytonlaw.com
Edward Smith    easmith@venable.com
Robert T. Smith    rsmith@cniinc.cc
Richard G. Smolev    rsmolev@kayescholer.com, rrotman@kayescholer.com;maosbny@kayescholer.com;rcappiello@kayescholer.com
Joseph H. Smolinsky    Joseph.Smolinsky@weil.com
Fredric Sosnick    karen.park@shearman.com,randy.martin@shearman.com,jennifer.lin@shearman.com,kerri.silver@shearman.com
Arthur J. Spector    aspector@bergersingerman.com, jdiaz@bergersingerman.com;byglesia@bergersingerman.com;efile@bergersingerman.com
Jeffrey S. Stein    Jeff_Stein@gardencitygroup.com, Kenneth_Freda@gardencitygroup.com;jennifer.keough@gardencitygroup.com
Leslie Stein    lstein@seyburn.com, seccles@seyburn.com

Fred Stevens     fstevens@foxrothschild.com
Jason V. Stitt   jstitt@kmklaw.com
Harvey A. Strickon    harveystrickon@paulhastings.com
James M. Sullivan     sullivan.james@arentfox.com, constantino.nova@arentfox.com
Michelle T. Sutter    msutter@ag.state.oh.us
Marc N. Swanson    swansonm@millercanfield.com
Matthew A. Swanson    matthew.swanson@leonard.com
Colleen M. Sweeney    csweeney@dickinsonwright.com
Stanley B. Tarr    tarr@blankrome.com
Gordon J. Toering    gtoering@wnj.com
Jason M. Torf    jtorf@schiffhardin.com, egeekie@schiffhardin.com
Patrick J. Trostle    ptrostle@jenner.com
Raymond J. Urbanik    rurbanik@munsch.com
Shmuel Vasser    shmuel.vasser@dechert.com
Wendy S. Walker    wwalker@morganlewis.com
G. Alan Wallace    gwall@fraserlawfirm.com
Kimberly A. Walsh    bk-kwalsh@oag.state.tx.us
Sean M. Walsh    swalsh@gmhlaw.com, jmahar@gmhlaw.com
Robert B. Weiss    rweiss@honigman.com
Elizabeth Weller    dallas.bankruptcy@publicans.com
Michael R. Wernette    mwernette@schaferandweiner.com
David B. Wheeler    davidwheeler@mvalaw.com
Blanka K. Wolfe    bwolfe@sheppardmullin.com
Robert D. Wolford    ecfwolfordr@millerjohnson.com
Scott A. Wolfson    wolfson@bsplaw.com, recchia@bsplaw.com;stepp@bsplaw.com;ojala@bsplaw.com;bolton@bsplaw.com;kochis@bsplaw.com
Cynthia Woodruff-Neer    cwoodruff-neer@alpine-usa.com
Doron Yitzchaki    dyitzchaki@dickinsonwright.com
Terry L. Zabel    ecf-tlz@rhoadesmckee.com


**U.S. Mail**

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 480990-9025
Attn: Warren Command Center, Mailcode 480-206-114

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Harvey Miller, Esq.,
Stephen Kaotkin, Esq.,
Joseph Smolinsky, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Gordon Z. Novod

Vedder Price, P.C.
Export Development Canada
1633 Broadway, 47th Floor
New York, New York 10019
Attn: Michael J. Edelman, Esq.,
Michael L. Schein, Esq.

The Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.

Aspen Marketing Services, Inc.
c/o Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Peter Backus
15609 Allnutt Lane
Burtonsville, MD 20866

John A. Bicks
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

Robert H. Brownlee
Thompson Coburn LLP
One U.S. Bank Plaza
Suite 2600
St. Louis, MO 63101

Todd A. Burgess
Greenberg Traurig LLP
2375 East Camelback Road
Suite 700
Phoenix, AZ 85016

William H. Chambers
501 Cumberland Rd
Tyler, TX 75703

Christopher Combest
Quarles & Brady
500 W. Madison Street
Suite 3700
Chicago, IL 60661

DW Griffith Inc
100 Phila Pike
Suite B
Wilmington, DE 19809

Deutsche Bank AG
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Robert H. Garretson
Palmieri Tyler Wiener Wilhelm & Waldron
2603 Main St.
Suite 1300
Irvine, CA 92603

Christopher J. Giaimo
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

Adrienne Goldner
2847 Lexington Lane
Highland Park, IL 60035

Howard Goldner
2847 Lexington Lane
Highland Park, IL 60035

Joseph P. Gromacki
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611

Stephen H. Gross
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, NY 10165

Adam Craig Harris
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022

Marshall Scott Huebner
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Alan W. Kornberg
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

LG Electronics USA, Inc.
c/o Winston & Strawn
200 Park Avenue
New York, NY 10166

Bruce Linhart
89 Beatrice Ave
West Islip, NY 11795

Neal S. Mann
New York State Attorney General's O
120 Broadway
24th Floor
New York, NY 10271

Brian Shoichi Masumoto
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Maxxis International USA
545 Old Peachtree Road
Suwanee, GA 30024-2944

Doris McGill
3733 Camry Ct
Sebring, FL 33872-1443

Gerald L. Mills
Kroncke, D'arcangelo, Sutter & Furey
Aquarius West Building
2255 West Laskey Road
P.O. Box 5760
Toledo, OH 43613-5760

Steven R. Montgomery
Rawle & Henderson, LLP
14 Wall Street
27th Floor
New York, NY 10005

H. Christopher Mott
Gordon & Mott, P.C.
4695 N. Mesa Street
El Paso, TX 79912

Joseph O'Neil
Smith Reed LLP
1201 N. Market Street
Suite 1500
Wilmington, DE 19801

Christian M. Oelke
Scarborough McNeese O'Brien Kilkenny, PC
5410 SW Macadam Ave.
Suite # 100
Portland, OR 97239-3824

Don V. Ploeger
P.O. Box 96
Austin, TX 78767-0096

Raufoss Automotive Components Canada
Porzio Bromberg & Newman PC
100 Southgate Parkway
Morristown, NJ 07962

J. Casey Roy
Texas Attorney General Office
Bankruptcy & Collections Division
P.O. Box 12548, MC-008
Austin, TX 78711-2548

SAS Institute Inc.
100 SAS Campus Drive
Cary, NC 27513

Yoshihiro Saito
2000 M Street
N.W. 7th Floor
Washington, DC 20036

Saturn of Hempstead, Inc.
c/o Robinson Brog et. al
1345 Avenue of the Americas
31st floor
New York, NY 10105

Eric A Schaffer
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Stephen J. Shimshak
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Stanley D. Smith
608 North 13th St
Middletown, IN 47356

Leo St. Amour
1874 Burning Bush
Rochester Hills, MI 48309

Standard Electric Company
Corporate Office
2650 Trauntner Drive
P.O. Box 5289
Saginaw, MI 48603-0289

Matthew A. Swanson
Leonard Street and Deinard
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402

Timco, LLC
2000 Town Center
Suite 2100
Southfield, MI 48075

Paul Traub
Epstein Becker & Green, P.C.
250 Park Avenue
11th Floor
New York, NY 10177-1211

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

Annie Wells
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Thomas M. Wilson
Kelley & Ferraro, LLP
1300 E. Ninth Street
Suite 1901
Cleveland, OH 44114

Aaron L. Hammer, Esq. *(admitted pro hac vice)*
Thomas R. Fawkes, Esq. *(admitted pro hac vice)*
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone: 312.360.6000
Facsimile: 312.360.6995
ahammer@freebornpeters.com
tfawkes@freebornpeters.com

*Attorneys for PGW, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP, et al., | Case No.: 09-50026 |
| Debtors. | *(Jointly Administered)* |

------------------------------------------------------x

**OBJECTION OF PGW, LLC TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE COSTS RELATED THERETO**

PGW, LLC ("*PGW*"), creditor and party-in-interest in the above-captioned bankruptcy cases of General Motors Corp. and its affiliated debtors (collectively, the "*Debtors*"), by and through its undersigned counsel, hereby submits its objection (the "*Objection*") to the cure amount and statement of cure claim set forth in the *Notice of (I) Debtors' Intent To Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto* (the "*Cure Notice*"). In support of its Objection, PGW states as follows:

## **BACKGROUND**

A.   **PGW's Relationship With the Debtors**

1.   PGW is a leading manufacturer of automotive glass, supplying its products to both OEM and aftermarket customers. In the period leading up to the Debtors' chapter 11 filings, PGW supplied automotive glass to the Debtors for installation in several models of GM vehicles – and indeed, is the sole supplier of automotive glass with respect to those models.

2.   PGW supplies products to the Debtors pursuant to numerous purchase orders (collectively, the "*Purchase Orders*"),[1] as well as terms and conditions which apply to each of the Purchase Orders.

B.   **The Cure Notice**

3.   On June 5, 2009, the Debtors served the Cure Notice pursuant to the *Order Pursuant to 11 U.S.C. §§ 105, 363, and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006 (I) Approving Procedures for Sale of Debtors' Assets Pursuant to Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline and Sale Hearing Date; (III) Establishing Assumption and Assignment Procedures; and (IV) Fixing Notice Procedures and Approving Form of Notice* (Docket No. 274), approving, among other things, procedures establishing a process for the: (a) assumption of certain supplier agreements by the Debtors (as defined in the Cure Notice, the "*Assumable Executory Contracts*") and assignment of these agreements to the proposed purchaser of substantially all of the Debtors' assets, Vehicle Acquisition Holding LLC, a purchaser sponsored by the U.S. Treasury (the "*Purchaser*"); (b) determination of the amounts necessary to cure defaults under the Assumable Executory Contracts (as defined in the Cure Notice, the "*Cure Amounts*") occurring prior to the commencement of the chapter 11 cases (the

---

[1]   Because the Purchase Orders are voluminous, they have not been attached to this Objection. However, PGW will provide the Debtors or any other party-in-interest with copies of the Purchase Orders promptly upon request.

"*Petition Date*"); and (c) resolution of other disputes in connection with the assumption and assignment of the Assumable Executory Contracts.

4.  The Cure Notice directed PGW to a website maintained by the Debtors (the "*Contract Website*") identifying certain production supplier agreements that the Debtors have identified as Assumable Executory Contracts that they intend to assume and assign to the Purchaser, as well as the proposed "Cure Amount" associated with each Assumable Executory Contract.

5.  On the Contract Website, the Debtors have scheduled their production supplier agreements with PGW among those intended to be assumed and assigned to the Purchaser, and have determined that the "Cure Amount" needed to cure all pre-Petition Date defaults thereunder is $1,595,874.71.

## OBJECTIONS TO CURE NOTICE

6.  Section 365(b)(1)(A) of the Bankruptcy Code requires that "[i]f there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee cures, or provides adequate assurance that the trustee will promptly cure, such default." 11 U.S.C. § 365(b)(1)(A).

7.  PGW understands that the Debtors are continuously updating the Cure Amounts posted on the Contract Website. In fact, the Cure Amounts listed on the Contract Website are even changing today, the deadline for PGW to file its Objection. Because the Cure Amounts on the Contract Website remain in a state of flux, PGW has thus far been unable to fully reconcile the Debtors' Cure Amounts to its own records. PGW, therefore, reserves its rights to supplement this objection once it is fully able to reconcile the Debtors' Cure Amount to its own records. Additionally, PGW reserves all rights to file additional objections or other pleadings as necessary in response to future revisions to the Contract Website as it pertains to the Purchase Orders.

8.      Moreover, PGW continues to reconcile its books and records in an effort to determine what – if any – discrepancy exists between the pre-Petition Date amounts owed by the Debtors to PGW under the Purchase Orders (the "*Actual Cure*")[2] and the Cure Amount. As of the date of this Objection, PGW believes that the Actual Cure may be as high as $2,225,135.06 (a discrepancy of $629,260.35).[3] However, upon further review of its books, records, and open invoices issued to the Debtors, as well as further discussions with the Debtors, it is possible that the gap between the Actual Cure and the Cure Amount may be narrowed. At this time, PGW reserves its right to amend this Objection upon the completion of this review and reconciliation process.

9.      In addition, PGW shipped products to the Debtors in the week prior to the Petition Date (the "*Prior Shipments*"). It appears that certain of the invoices evidencing the Prior Shipments may not have been included in the Debtors' calculation of the Cure Amount. Accordingly, PGW seeks confirmation from the Debtors: (1) that any such Prior Shipments are not included in the Cure Amount; and (2) that the invoices evidencing the Prior Shipments constitute post-Petition Date obligations of the Debtors' estates that will be satisfied in full either (a) in the ordinary course of business (and will be accorded administrative expense priority); or (b) are eligible to be paid to PGW based upon its designation as an Essential Vendor (as defined in the *Interim Order Pursuant to 11 U.S.C. §§ 105, 363, and 364 Authorizing Debtors To (I) Pay Prepetition Claims of Certain Essential Suppliers, Vendors, and Service Providers, (II) Continue Troubled Supplier Assistance Program, and (III) Continue Participation in the United States Treasury Auto Supplier Support Program*).

---

[2]     PGW has not attached the invoices forming the basis for the Actual Cure, as (1) they are voluminous; and (2) they should be in the possession of the Debtors. However, upon the reasonable request of a party-in-interest, PGW will provide copies of the invoices.

[3]     For instance, this discrepancy may arise in part from the fact that the Debtors included approximately $281,000 of unpaid pre-Petition Date invoices on a cure notice issued to PPG (an entity related to PGW), when such amounts are actually owed to PGW. The reconciliation of such amounts will substantially reduce the current discrepancy between PGW's books and records and the Cure Amount.

10. Until the Cure Amount is revised to match the Actual Cure (subject to further reconciliation by PGW and/or the Debtors), or until the parties reach agreement as to the Debtors' cure obligations to PGW, PGW objects to the assumption and assignment to the Purchaser (or any other purchaser of the Debtors' assets) of any of the Purchase Orders.

## CONCLUSION

For the foregoing reasons, PGW objects to the Cure Notice, and requests: (1) allowance of the Cure Amount needed to cure all pre-Petition Date defaults under the Purchase Orders in the amount of the Actual Cure (whether as stated herein or based upon further reconciliation by PGW and/or the Debtors); (2) clarification or confirmation concerning the issues set forth in this Objection; and (3) such other and further relief as is just and proper.

Dated: June 15, 2009

**PGW, LLC**

By: __/s/ Thomas R. Fawkes__
One of Its Attorneys

Aaron L. Hammer, Esq.
Thomas R. Fawkes, Esq.
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: 312.360.6000
Facsimile: 312.360.6571