FOLEY & LARDNER LLP
Thomas B. Spillane, Jr. *(Pro Hac Vice Pending)*
Ann Marie Uetz *(Pro Hac Vice Pending)*
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Attorneys for Ficosa North America Corporation
and Ficosa North America, SA de CV*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors | : | Jointly Administered |

------------------------------------------------------------------X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** the law firm of Foley & Lardner LLP, by the undersigned, hereby appears as counsel for Ficosa North America Corporation and Ficosa North America, SA de CV in the above-captioned action, and pursuant to § 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure, Ficosa North America Corporation and Ficosa North America, SA de CV request that all notices that are required to be given and all pleadings and orders that are required to be served in the above-captioned Chapter 11 matter, be served to the following address:

      Thomas B. Spillane, Jr.
      Ann Marie Uetz
      FOLEY & LARDNER LLP
      One Detroit Center
      500 Woodward Avenue, Suite 2700
      Detroit, MI 48226-3489
      Email: tspillane@foley.com
            auetz@foley.com

        Telephone: (313) 234-7100
        Facsimile: (313) 234-2800

**PLEASE TAKE FURTHER NOTICE** that the forgoing request includes not only the notices, pleadings, and orders referred to in the rules specified above, but also includes, without limitation, all other notices, papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which affects the above captioned Debtors', property in their possession, custody, or control or the administration of the Debtors' bankruptcy cases.

Dated: June 15, 2009

FOLEY & LARDNER LLP

/s/ Ann Marie Uetz
Ann Marie Uetz *(Pro Hac Vice Pending)*
Thomas B. Spillane, Jr. *(Pro Hac Vice Pending)*
FOLEY & LARDNER LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800
*Attorneys for Ficosa North America Corporation and Ficosa North America, SA de CV*

DETR_1206676.1