FOLEY & LARDNER LLP
Ann Marie Uetz
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Attorneys for Kyklos Bearing International*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                          :        Chapter 11
                                                :
GENERAL MOTORS CORP., *et al.,*                 :        Case No. 09-50026 (REG)
                                                :
                               Debtors          :        Jointly Administered
-------------------------------------------------------------X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** the law firm of Foley & Lardner LLP, by the undersigned,

hereby appears as counsel for Kyklos Bearing International in the above-captioned action, and

pursuant to § 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010

of the Federal Rules of Bankruptcy Procedure, Kyklos Bearing International requests that all

notices that are required to be given and all pleadings and orders that are required to be served in

the above-captioned Chapter 11 matter, be served to the following address:

> Ann Marie Uetz
> FOLEY & LARDNER LLP
> One Detroit Center
> 500 Woodward Avenue, Suite 2700
> Detroit, MI 48226-3489
> Email: auetz@foley.com
> Telephone: (313) 234-7100
> Facsimile: (313) 234-2800

DETR_1206589.1

**PLEASE TAKE FURTHER NOTICE** that the forgoing request includes not only the

notices, pleadings, and orders referred to in the rules specified above, but also includes, without

limitation, all other notices, papers, applications, motions, petitions, pleadings, requests,

complaints or demands, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or

otherwise, which affects the above captioned Debtors', property in their possession, custody, or

control or the administration of the Debtors' bankruptcy cases.


Dated: June 15, 2009                                     FOLEY & LARDNER LLP

                                                        /s/ Ann Marie Uetz
                                                        Ann Marie Uetz
                                                        FOLEY & LARDNER LLP
                                                        One Detroit Center
                                                        500 Woodward Avenue, Suite 2700
                                                        Detroit, MI 48226-3489
                                                        Telephone: (313) 234-7100
                                                        Facsimile: (313) 234-2800
                                                        *Attorneys for Kyklos Bearing International*

2