John R Burns III (IN Bar No. 3016-02)
BAKER & DANIELS LLP
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802
Telephone:  (260) 424-8000
Fax:  (260) 460-1700

*Attorney for Shambaugh & Son, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| | ) |
| GENERAL MOTORS CORP., *et al.,* | ) Case No: 09-50026 (REG) |
| | ) (Jointly Administered) |
| Debtor. | ) |
| | ) Chapter 11 |

**LIMITED OBJECTION TO NOTICE OF (I) DEBTORS'**
**INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY**
**CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY,**
**AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**
**AND (II) CURE AMOUNTS RELATED THERETO**

Shambaugh & Son, L.P. (hereinafter "Shambaugh"), by its counsel Baker &

Daniels LLP, for its limited objection to Debtors' Notice of (I) Debtors' Intent to Assume and

Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired

Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto (hereafter the

"Notice"), states that:

**Procedural Status**

1.       Debtors filed their Notice seeking to assume and assign certain executory

contracts and/or leases on June 5, 2009, and it was received by Shambaugh on or about June 8,

2009.  Objections to the motion are due on or about June 15, 2009.

BDDB01 5718270V1

**Nature of Objection**

2.      Shambaugh objects to the cure amount stated in the attached Exhibit 1 for

GM Contract I.D. TTS32028 for the reason that the combined cure amount provided for by

Debtor is $54,362.40, whereas the correct amount should be $59,937.00.  Thus, the stated cure

amount should be increased by $5,574.60.

3.      Shambaugh objects to the motion in that GM Contract I.D. GMS18977 is

omitted.  The counter-party name applicable to this claim is Shambaugh & Son, L.P., vendor I.D.

005552187, and the contract type is an "Agreement."  The cure amount should be $34,113.24.

**BASIS OF OBJECTION**

4.      With respect to GM Contract I.D. TTS32028, GM improperly withheld a

"retention" amount on the final payment of retention from this project and, therefore, improperly

withheld the sum of $5,074.60, that remains due to Shambaugh.

5.      GM Contract I.D. GMS18977 relates to the GM Toledo West Pump

House as do the other listed contracts, but GMS18977 was inadvertently omitted from the list of

agreements to be assumed and assigned and with respect to this agreement, a cure payment is

due Shambaugh in the sum of $34,113.24.

WHEREFORE, having submitted its limited objection Shambaugh requests that

the Debtor enter into negotiations to reach an "Assumption Resolution Stipulation" and failing

that, requests that the Court order Debtor to amend its Schedules of Assumed Contracts and

Leases to accurately reflect the contracts and amounts stated herein.

BDDB01 5718270V1

Dated:  June 15, 2009                    Baker & Daniels LLP

Fort Wayne, Indiana                      /s/*John R Burns*
                                         John R Burns (IN Bar No. 3016-02)
                                         (*Pro Hac Vice Motion* pending)
                                         111 East Wayne Street, Suite 800
                                         Fort Wayne, IN 46802
                                         Tel:  (260) 424-8000
                                         Fax:  (260) 460-1700
                                         john.burns@bakerd.com

                                         Attorney for Shambaugh & Son, L.P.

BDDB01 5718270V1

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been served via electronic

notification or via U.S. Mail, on this 15th day of June, 2009, upon the following:

Harvey R. Miller
Joseph H. Smolinsky
Stephen Karotkin
Weil, Gotshal & Manges, LLP
harvey.miller@weil.com
Joseph.Smolinsky@weil.com
stephen.karotkin@weil.com

Joseph R. Sgroi
Robert B. Weiss
Tricia A. Sherick
Honigman Miller Schwartz and Cohn LLP
Email: jsgroi@honigman.com
rweiss@honigman.com
tsherick@honigman.com

Patrick J. Trostle
Jenner & Block LLP
Email: ptrostle@jenner.com

Gordon Z. Novod
gnovod@kramerlevin.com

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

                    /s/*John R Burns*