Contract Notices

Page 1 of 1

User: 1duF953r

My Contracts    Documents & Links

## Supplier Details

**Supplier Name:** EMCOR GROUP INC    **Vendor Master ID: 01**
**Contract Cure Amount:** $62,884.40
**# of Contracts: 7**

Click here to view Contract Cure Amount Details

## Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type |
|---|---|---|---|---|
| 5716-00086985 | TTS32028 | 005552187 | SHAMBAUGH & SON LP | Agreement |
| 5716-00092756 | TCS26273 | 194908083 | PACE MECHANICAL SERVICES INC | Agreement |
| 5716-00105523 | GMB05753 | 005552187 | SHAMBAUGH & SON LP | Blanket Order |
| 5716-00105524 | GMB05753 | 005552187 | SHAMBAUGH & SON LP | Blanket Order |
| 5716-00105525 | GMB05753 | 005552187 | SHAMBAUGH & SON LP | Blanket Order |
| 5716-00105526 | GMB05753 | 005552187 | SHAMBAUGH & SON LP | Blanket Order |
| 5716-00125853 | N552229 | 249107616 | COMSTOCK CANADA LTD | Agreement |

Hover mouse cursor here for Contract Status Legend

**Important Notices:**  All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorpora referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as t or serve as an admission, for any purposes in the Debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the exec contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

June 15, 2009 @ 08:51:23 AM

EXHIBIT 1

Home    Logout

Copyright ©2009 AlixPartr

https://www.contractnotices.com/MyContracts.aspx

6/15/2009

Page 1 of 1

# Contract Notices

User: 1dUF953r

**My Contracts**  **Documents & Links**

## Supplier Details

Vendor Master ID: **01**

Supplier Name: **EMCOR GROUP INC**
Contract Cure Amount: **$62,884.40**
# of Contracts: **7**

Click here to view Contracts

## Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amo |
|---|---|---|---|---|---|
| RD005552187 | TTS32028 | 31040001 | 3/30/2009 | STAYED | $50,17?,?? |
| RD005552187 | TTS32028 | 21133003 | 5/14/2009 | STAYED | $4,191.?? |
| RD194908083 | TCS26273 | 14912495 | 4/16/2009 | STAYED | $8,52?.?? |

**Important Notices:** All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorpora referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as tl or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the exec contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

June 15, 2009 @ 08:43:21 AM

Home     Logout

Copyright ©2009 AlixPartr