BUTZEL LONG, a professional corporation
Robert Sidorsky
Eric B. Fisher
380 Madison Avenue
New York, New York 10017
Telephone: (212) 818-1110
Facsimile: (212) 818-0494
sidorsky@butzel.com
fishere@butzel.com

Thomas Radom (*pro hac vice* admission pending)
Max Jonathan Newman (*pro hac vice* admission pending)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 258-1616
Facsimile: (248) 258-1439
radom@butzel.com
newman@butzel.com

*Attorneys for Aisin World Corp. of America*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | |
|---|---|
| General Motors Corp., *et al.*, | Chapter 11 |
| Debtors. | Case No. 09-50026 (REG) |
| | (Jointly Administered) |

**OBJECTION OF AISIN WORLD CORP. OF AMERICA TO THE DEBTORS' NOTICE OF INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL PROPERTY**

Aisin World Corp. of America, ("Aisin"), by and through its undersigned counsel, and on behalf of itself and Aisin (Australia) Pty. Ltd.; Aisin AI Co., Ltd.; Aisin Automotive; Aisin Automotive Casting, LLC.; Aisin Automotive Casting Tenn.; Aisin Automotive Casting Tennessee, Inc.; Aisin AW Co., Ltd.; Aisin Electronics, Inc.; Aisin Electronics Illinois, LLC; Aisin Light Metals, LLC; Aisin Manufacturing Illinois; Aisin Mfg. Illinois LLC; Aisin Mexicana S.A, de C.V.; Aisin Seiki Co., Ltd.; Aisin U.S.A. Mfg., Inc; Aisin World Corp. of America; AW

BUTZEL LONG, A PROFESSIONAL CORPORATION, ATTORNEYS AND COUNSELORS

Transmission Engineering; Aisin Transmission Engineering USA, Inc.; and AW Transmission Engineering USA for its objection (the "Cure Objection") to the proposed cure amount (the "Cure Amount") listed on the Debtors' Contract Notices website (the "Website") pursuant to this Court's Sale Procedures Order and paragraph A of the Assumption and Assignment Notice respectfully represents:

1. On June 1, 2009 (the "Petition Date"), the Debtors filed their voluntary petition for relief in this Court under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

2. Prior to the Petition Date, Aisin entered into various contracts, purchase orders, and agreements whereby Aisin would provide goods and services in exchange for timely payments of same by the Debtors (collectively, the "Contracts").

3. Pursuant to the Sale Procedures Order, the Debtors delivered its Assumption and Assignment Notice dated June 5, 2009 which included instructions to access the Website on which Aisin could view a listing of those executory contracts the Debtors may seek to assume and assign in connection with the sale of substantially all of its assets (the "Executory Contracts"), and by its calculations the Cure Amount in connection with such contract or leases.

4. At the time this Cure Objection was filed, the Website identified the Executory Contracts and the Cure Amount of $3,822,773.88 due and owing to Aisin Seiki Co. Ltd.[1] under the Executory Contracts.

5. Aisin does not object to the assumption and assignment of the Executory Contracts *per se* and has begun, or is prepared to begin, its efforts to reach a consensual resolution of a dispute over the Cure Amount with the Debtors. However, as the dispute has not

BUTZEL LONG, A PROFESSIONAL CORPORATION, ATTORNEYS AND COUNSELORS

yet been resolved, Aisin, for purposes of preserving its objection rights as to the Cure Amount, makes this Cure Objection pursuant to paragraph 8 of the Assumption and Assignment Notice.

### Objection to the Cure Amount

6. Aisin objects to the identification of Aisin Seiki Co. Ltd. as the supplier to whom the Cure Amount is owed. In fact, the Cure Amount is owed to Aisin, and one or more of the following: Aisin (Australia) Pty. Ltd.; Aisin AI Co., Ltd.; Aisin Automotive; Aisin Automotive Casting, LLC.; Aisin Automotive Casting Tenn.; Aisin Automotive Casting Tennessee, Inc.; Aisin AW Co., Ltd.; Aisin Electronics, Inc.; Aisin Electronics Illinois, LLC; Aisin Light Metals, LLC; Aisin Manufacturing Illinois; Aisin Mfg. Illinois LLC; Aisin Mexicana S.A, de C.V.; Aisin Seiki Co., Ltd.; Aisin U.S.A. Mfg., Inc; Aisin World Corp. of America; AW Transmission Engineering; Aisin Transmission Engineering USA, Inc.; and AW Transmission Engineering USA.

7. Aisin objects to the Cure Amount listed on the Website at the time this Cure Objection was filed as it does not fully cure and compensate Aisin for the Debtors' default(s). According to Aisin's books and records, the correct Cure Amount for the Executory Contracts, is approximately $10,079,147.00.

8. Aisin reserves its right to amend or supplement this Cure Objection if, for example, the Debtors seek to assume and assign additional Contracts after the Objection Deadline or if there are additional cure amounts relating to defaults under Contracts that occur or continue to occur after the Petition Date. Further, by filing this Cure Objection, except to the extent governed by a Trade Agreement executed prior to the Objection Deadline if such an

---

[1] Aisin Seiki Co., Ltd. is not a supplier of GM's and is named in this objection solely to correlate it to GM's Website. By being named in this objection, Aisin Seiki Co., Ltd. does not consent to jurisdiction in this case, or in any other case and reserves the right to challenge any attempts to assert jurisdiction over it.

agreement was executed by the Debtors and Aisin, Aisin does not waive any other rights, claims, or interests it has or may have as provided by the Contracts or as a matter of non-bankruptcy law, all of which are expressly preserved.

WHEREFORE, Aisin respectfully requests that the Court (a) condition any assumption and assignment of the Executory Contracts and any other Contracts the Debtors later will decide to assume on (i) the payment in full for all of the outstanding amount(s) due to Aisin under those Contracts in compliance with section 365 of the Bankruptcy Code and (ii) compliance with any other applicable law, and (b) grant such other and further relief as the Court deems just and proper.

Dated: New York New York
       June 15, 2009

BUTZEL LONG, a professional corporation

By:    /s/   Robert Sidorsky
      Robert Sidorsky, Esq.
      Eric B. Fisher, Eq.
380 Madison Avenue
22nd Floor
New York, NY 10017
Tel.: (212) 818-1110
Fax: (212) 818-0494
sidorsky@butzel.com
fishere@butzel.com

Thomas Radom (*pro hac vice* admission pending)
Max Jonathan Newman (*pro hac vice* admission pending)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 258-1616
Facsimile: (248) 258-1439
radom@butzel.com
newman@butzel.com

*Attorneys for Aisin World Corp. of America*

BUTZEL LONG, A PROFESSIONAL CORPORATION, ATTORNEYS AND COUNSELORS