Wendy J. Gibson
BAKER & HOSTETLER LLP
3200 National City Center
1900 E. 9th St.
Cleveland OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740

Richard J. Bernard
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Bendix Commercial Vehicle Systems, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| | Chapter 11 Case No. |
| GENERAL MOTORS CORP., *et al.*, | |
| | 09-50026 (REG) |
| Debtors. | |
| | (Jointly Administered) |

# LIMITED OBJECTION OF BENDIX COMMERCIAL VEHICLE SYSTEMS, LLC
## TO PROPOSED CURE AMOUNT

Bendix Commercial Vehicle Systems, LLC and its affiliated entities (collectively "Bendix"), by and through its undersigned attorney, hereby files a limited objection to the proposed cure amount related to the above-captioned debtors' (collectively, the "**Debtors**") notice of intent to assume and assign certain executory contracts, etc. by and between Bendix and certain of the Debtors. Bendix is not objecting to the assumption and assignment. Moreover, Bendix believes it is in general agreement with Debtor's representatives as to the appropriate amount of its cure claim. However, the relevant cure amount section is still blank on

the Debtors' contract website, and this limited objection is thus being filed as a precaution. Bendix intends to complete the resolution of this issue with the Debtors informally or pursuant to the procedures set out in the notice.

Dated: June 15, 2009                                            Respectfully submitted,

*/s/ Wendy J. Gibson*
Wendy J. Gibson
BAKER & HOSTETLER LLP
3200 National City Center
1900 E. 9th St.
Cleveland OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
E-mail: wgibson@bakerlaw.com


Richard J. Bernard
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
E-mail: rbernard@bakerlaw.com

*Attorneys for Bendix Commercial Vehicle Systems, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 15, 2009 the foregoing *Limited Objection of Bendix Commercial Vehicle Systems to Proposed Cure Amount* was served by regular U.S. mail, postage prepaid, on the persons listed below:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan  48090-9025
Attn:  Warren Common Center
Mailcode 480-206-114

*The Debtors*

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C.  20220
Attn:  Matthew Feldman, Esq.

*U.S. Treasury*

Vedder Price, P.C.
1633 Broadway
47th Floor
New York, New York  10019
Attn:  Michael J. Edelman, Esq.
Michael L. Schein, Esq.

*Counsel for Export Development Canada*

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York  10036
Attn:  Thomas Moers Mayer, Esq.
Kenneth H. Eckstein, Esq.
Gordon Z. Novod, Esq.

*Counsel for the Official Committee of Unsecured Creditors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn:  Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.

*Counsel for the Debtors*

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York  10281
Attn:  John J. Rapisardi, Esq.

*Counsel for the Purchaser*

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York  10004
Attn:  Diana G. Adams, Esq.

*United States Trustee*


*/s/ Wendy J. Gibson*
Wendy J. Gibson
BAKER & HOSTETLER LLP
3200 National City Center
1900 E. 9th St.
Cleveland OH 44114
Telephone:  (216) 621-0200
Facsimile:  (216) 696-0740