**QUARLES & BRADY LLP**
300 North LaSalle Street
Suite 4000
Chicago, Illinois 60654
Telephone: (312) 715-5000
Facsimile: (312) 715-5155
Christopher Combest (IL ARDC No. 06224701) (CC-3529) (*pro hac vice* admission pending)

*Counsel for Modine Manufacturing Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP., *et al*., | |
| | Jointly Administered |
| Debtors. | |

---

**LIMITED OBJECTION OF MODINE MANUFACTURING COMPANY TO NOTICE OF**
**(I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE AMOUNTS RELATED THERETO**

Modine Manufacturing Company ("Modine"), by its undersigned counsel, objects on a limited basis ("Objection") to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto (the "Notice"), and respectfully states as follows:

**BACKGROUND**

1.  On June 1, 2009 ("Petition Date"), General Motors Corporation and its affiliated debtors (together, the "Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, jointly administered as Case No. 09-50026 (REG) (the "Case").

2. Also on the Petition Date, the Debtors filed the Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m), and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, to (I) Approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Hearing (Docket No. 92) ("Motion").

3. Pursuant to the Motion and orders of the Court relating to the same, the Debtors thereafter served the Notice on Modine.

4. The Notice itself did not identify the contracts proposed to be assumed and related cure amounts but instead referred Modine to an internet website which lists the contracts the Debtors propose to assume and cure amounts associated with the same. Reproductions of the relevant pages from the website are attached to this Objection as Exhibit A.

5. As set forth on Exhibit A, the Debtors propose a total net cure amount of $1,983,744.28 associated with the contracts proposed to be assumed by Debtors.

## OBJECTIONS

6. Modine does not object to the proposed assumption of the contracts and the cure amounts referred to in Exhibit A *except* to the extent that Debtors are not party to such contracts.

7. Modine's files regarding the contracts listed on Exhibit A are voluminous, and Modine is still reviewing them in an effort to confirm the information provided by Debtors. However, it appears from that review and discussions with the Debtors' business representatives that many of the contracts proposed to be assumed by Debtors are contracts for shipment of goods from Modine to a non-Debtor entity, including, for example and without limitation,

General Motors of Canada Limited ("GM Canada") and Allison Transmission Company ("Allison") (with whom a Netherlands affiliate of Modine, Modine Uden B.V., and not Modine itself, has a contractual relationship). Neither GM Canada nor Allison is a Debtor in the Case, and their contracts are not subject assumption or rejection in the Case.

8. The Bankruptcy Code and orders of the Court require the Debtors to cure defaults as a precondition to assuming executory contracts with Modine and compensate or provide adequate assurance that the Debtors will compensate Modine for monetary losses caused by the Debtors' defaults. *See* 11 U.S.C. §365(b).

9. Because of the lack of clarity about whether the contracts proposed to be assumed are contracts of Debtors, or of non-Debtor parties, Modine has not been able to verify with certainty whether the cure amounts proposed by Debtors are accurate.

10. Modine further objects to the sufficiency of the Notice, including as to the identities of the contracts proposed to be assumed and cure amounts, to the extent that the information on the website referenced in the Notice does not provide sufficient information to permit Modine at this time to confirm all contracts proposed to be assumed and related cure amounts.

## **RESERVATION OF RIGHTS**

11. Modine reserves all rights with respect to claims related to post-petition amounts owed to it by Debtors and does not, by the filing of this Objection or otherwise, waive any right to seek payment of the same or any remedy in connection with the same, including to the extent that the amounts it seeks as cure are determined to be properly recoverable as post-petition claims.

12. Modine further reserves the right to amend, supplement, or otherwise modify this Objection and reserves the right to assert additional objections to the proposed assumption and assignment by Debtors of agreements with Modine at any hearing on this Objection.

## CONCLUSION

WHEREFORE, based on the foregoing, Modine respectfully requests that the Court enter an Order sustaining this Objection, overruling the Motion and related Notice to the extent inconsistent with this Objection, and grant Modine such other and further relief as is appropriate.

Dated: June 15, 2009

QUARLES & BRADY LLP

By:  /s/ Christopher Combest
Christopher Combest (CC-3529)
(*pro hac vice* admission pending)

300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654
Telephone: (312) 715-5000
Facsimile: (312) 715-5155
E-mail: Christopher.Combest@quarles.com

*Counsel for Modine Manufacturing Company*

**EXHIBIT A**

**Website Pages Regarding Contracts and Cure**

# Contract Notices

User: **DN34pevZ**



**My Contracts**  **Documents & Links**

## Supplier Details

Vendor Master ID: **006092...**

| | |
|---|---|
| Supplier Name: | **MODINE MANUFACTURING COMPANY INC** |
| Contract Cure Amount: | **$1,983,744.28** |
| # of Contracts: | **89** |

Click **here** to view Contract Cure Amount Details

## Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Sta... |
|---|---|---|---|---|---|
| 5716-00322999 | 0WRN0001 | 6092555 | MODINE MANUFACTURING CO | Blanket Order | Noticed |
| 5716-00323006 | 1XXG0001 | 6092555 | MODINE MANUFACTURING CO | Blanket Order | Noticed |
| 5716-00323007 | 1XXG0002 | 6092555 | MODINE MANUFACTURING CO | Blanket Order | Noticed |
| 5716-00323008 | 1XXG0003 | 6092555 | MODINE MANUFACTURING CO | Blanket Order | Noticed |
| 5716-00323009 | 1XXG0004 | 6092555 | MODINE MANUFACTURING CO | Blanket Order | Noticed |
| 5716-00323010 | 1XXG0005 | 6092555 | MODINE MANUFACTURING CO | Blanket Order | Noticed |
| 5716-00323011 | 1XXG0007 | 6092555 | MODINE MANUFACTURING CO | Blanket Order | Noticed |
| 5716-00323012 | 1XXG000H | 6092555 | MODINE MANUFACTURING CO | Blanket Order | Noticed |
| 5716-00323013 | 1XXG000P | 6092555 | MODINE MANUFACTURING CO | Blanket Order | Noticed |
| 5716-00560767 | GM56716 | N/A | MODINE MFG. COMPANY | Agreement | Noticed |
| 5716-00565992 | GM38033 | N/A | MODINE CLIMATE SYSTEMS | Agreement | Noticed |
| 5716-00567202 | GM39003 | N/A | MODINE MFG. CO. | Agreement | Noticed |
| 5716-00567203 | GM49031 | N/A | MODINE MFG. CO. | Agreement | Noticed |
| 5716-00569508 | GM59281 | N/A | MODINE MANUFACTURING CO | Agreement | Noticed |
| 5716-00569939 | GM59336 | N/A | MODINE MANUFACTURING COMPANY | Agreement | Noticed |
| 5716-00570274 | GM40809 | N/A | MODINE MFG. CO. | Agreement | Noticed |
| 5716-00572827 | N1ECD000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00586721 | PX7GF002 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00586851 | PXQIZ003 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |

| | | | | | |
|---|---|---|---|---|---|
| 5716-00589980 | PX77L000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00590276 | PX7GF000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00594502 | N1ECD001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00597090 | PX28G001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00597898 | N1QB9000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00599109 | N1ET5001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00600324 | PXQIZ001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00603162 | RXA0K000 | 418476453 | MODINE UDEN BV | Agreement | Noticed |
| 5716-00607856 | PX2WP000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00610836 | N1ET5000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00611657 | PXZ2M000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00612273 | PXKDQ002 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00616115 | PX7IB000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00618640 | PXY3T000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00625906 | PXT9M001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00627013 | RXC0M001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00633630 | PX9M0000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00635425 | PXRC0000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00640411 | RXAVE001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00643587 | PXTBN000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00644415 | PX77L001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00656015 | PXT9M002 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00656790 | N1QB9001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00657079 | RXC0M002 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00658063 | PXQIZ002 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00660451 | PX7GF003 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00666570 | PX2WP001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00670999 | RXC0M000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00672636 | PXKDQ000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00674905 | PX28G000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00678490 | PXYX6000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00678535 | PX9EI002 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00684151 | PXKDQ001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00686484 | PX9EI001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00688220 | PX7GF001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00691629 | PX7IB001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00694922 | PXQIZ000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |

| | | | | | |
|---|---|---|---|---|---|
| 5716-00698513 | PX9EI000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00703233 | PX9E1001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00704629 | PXT9M000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00708034 | RXAVE000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00709145 | PX9E1000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00839582 | 0WRN0002 | 6092555 | MODINE MANUFACTURING COMPANY INC | Blanket Order | Noticed |
| 5716-00839583 | 0WRN0003 | 6092555 | MODINE MANUFACTURING COMPANY INC | Blanket Order | Noticed |
| 5716-00839584 | 0WRN0004 | 6092555 | MODINE MANUFACTURING COMPANY INC | Blanket Order | Noticed |
| 5716-00922643 | 1R850006 | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00922644 | 1R85000B | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00931166 | 1XXG0000 | 6092555 | MODINE MANUFACTURING COMPANY INC | Blanket Order | Noticed |
| 5716-00931167 | 1XXG0006 | 6092555 | MODINE MANUFACTURING COMPANY INC | Blanket Order | Noticed |
| 5716-00931168 | 1XXG0008 | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00931169 | 1XXG0009 | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00931170 | 1XXG000B | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00931171 | 1XXG000C | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00931172 | 1XXG000D | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00931173 | 1XXG000F | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00931174 | 1XXG000G | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00931175 | 1XXG000N | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00931176 | 1XXG000R | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00933486 | 1ZDP0001 | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00933487 | 1ZDP0002 | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00933488 | 1ZDP0003 | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00933489 | 1ZDP0004 | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00933490 | 1ZDP0005 | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00933491 | 1ZDP0006 | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00984151 | F5K0000R | 6092555 | MODINE MANUFACTURING COMPANY INC | Blanket Order | Noticed |
| 5716-00984152 | F5K0000T | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00984153 | F5K0000X | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00984154 | F5K0000Z | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00984155 | F5K00010 | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |
| 5716-00984156 | F5K00011 | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement | Noticed |

Hover mouse cursor here for Contract Status Legend

**Important Notices**:

All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into an

referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout                    June 09, 2009 @ 05:19:49 PM                    Copyright ©2009 AlixPartners, LLP

# Contract Notices

User: **DN34pevZ**

**My Contracts**  Documents & Links

## Supplier Details

Vendor Master ID: **00609Z**

| | |
|---|---|
| Supplier Name: | **MODINE MANUFACTURING COMPANY INC** |
| Contract Cure Amount: | **$1,983,744.28** |
| # of Contracts: | **89** |

Click here to view Contracts

### Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount | |
|---|---|---|---|---|---:|---|
| RD043942291 | PRO1XXG000H | 72513 | 5/1/2009 | STAYED | $3,226.61 | U |
| RD043942291 | PRO1XXG0005 | 72600 | 5/4/2009 | STAYED | $363.60 | U |
| RD043942291 | PRO1XXG0002 | 72596 | 5/4/2009 | STAYED | $3,740.21 | U |
| RD043942291 | PRO1XXG0007 | 72599 | 5/4/2009 | STAYED | $4,054.79 | U |
| RD043942291 | PRO1XXG0001 | 72710 | 5/5/2009 | STAYED | $4,088.84 | U |
| RD043942291 | PRO1XXG000H | 72875 | 5/6/2009 | STAYED | $3,226.61 | U |
| RD043942291 | PRO1XXG0001 | 72876 | 5/6/2009 | STAYED | $2,061.44 | U |
| RD043942291 | PRO1XXG0002 | 73000 | 5/7/2009 | STAYED | $2,126.90 | U |
| RD043942291 | PRO1XXG0007 | 73001 | 5/7/2009 | STAYED | $2,027.40 | U |
| RD043942291 | PRO1XXG000H | 73160 | 5/8/2009 | STAYED | $1,613.30 | U |
| RD043942291 | PRO1XXG000H | 73289 | 5/11/2009 | STAYED | $3,226.61 | U |
| RD043942291 | PRO1XXG0007 | 73290 | 5/11/2009 | STAYED | $2,027.40 | U |
| RD043942291 | PRO1XXG0004 | 73709 | 5/14/2009 | STAYED | $363.60 | U |
| RD043942291 | PRO1XXG0007 | 73418 | 5/12/2009 | STAYED | $2,027.40 | U |
| RD043942291 | PRO1XXG0002 | 73568 | 5/13/2009 | STAYED | $3,740.21 | U |
| RD043942291 | PRO1XXG0007 | 73569 | 5/13/2009 | STAYED | $2,027.40 | U |
| RD043942291 | PRO1XXG000H | 73866 | 5/15/2009 | STAYED | $3,226.61 | U |
| RD043942291 | PRO1XXG0005 | 74408 | 5/21/2009 | STAYED | $363.60 | U |
| RD043942291 | PRO1XXG0002 | 74407 | 5/21/2009 | STAYED | $513.60 | U |

| | | | | | | |
|---|---|---|---|---|---|---|
| RD043942291 | PRO1XXG0007 | 74263 | 5/20/2009 | STAYED | $2,027.40 | U |
| RD043942291 | PRO1XXG000H | 74700 | 5/26/2009 | STAYED | $2,688.84 | U |
| RD043942291 | PRO1XXG000H | 72513 | 5/1/2009 | STAYED | ($3,226.61) | U |
| RD043942291 | PRO1XXG0002 | 72596 | 5/4/2009 | STAYED | ($3,740.21) | U |
| RD043942291 | PRO1XXG0007 | 72599 | 5/4/2009 | STAYED | ($4,054.79) | U |
| RD043942291 | PRO1XXG0005 | 72600 | 5/4/2009 | STAYED | ($363.60) | U |
| RD043942291 | PRO1XXG0001 | 72710 | 5/5/2009 | STAYED | ($4,088.84) | U |
| RD043942291 | PRO1XXG000H | 72875 | 5/6/2009 | STAYED | ($3,226.61) | U |
| RD043942291 | PRO1XXG0001 | 72876 | 5/6/2009 | STAYED | ($2,061.44) | U |
| RD043942291 | PRO1XXG0002 | 73000 | 5/7/2009 | STAYED | ($2,126.90) | U |
| RD043942291 | PRO1XXG0007 | 73001 | 5/7/2009 | STAYED | ($2,027.40) | U |
| RD043942291 | PRO1XXG000H | 73160 | 5/8/2009 | STAYED | ($1,613.30) | U |
| RD043942291 | PRO1XXG000H | 73289 | 5/11/2009 | STAYED | ($3,226.61) | U |
| RD043942291 | PRO1XXG0007 | 73290 | 5/11/2009 | STAYED | ($2,027.40) | U |
| RD043942291 | PRO1XXG0007 | 73418 | 5/12/2009 | STAYED | ($2,027.40) | U |
| RD043942291 | PRO1XXG0002 | 73568 | 5/13/2009 | STAYED | ($3,740.21) | U |
| RD043942291 | PRO1XXG0007 | 73569 | 5/13/2009 | STAYED | ($2,027.40) | U |
| RD043942291 | PRO1XXG0004 | 73709 | 5/14/2009 | STAYED | ($363.60) | U |
| RD043942291 | PRO1XXG000H | 73866 | 5/15/2009 | STAYED | ($3,226.61) | U |
| RD006092555 | PRO1XG10009 | 72568 | 5/1/2009 | 07/02/2009 | $51,044.04 | U |
| RD006092555 | PRO1XG10009 | 72567 | 5/1/2009 | 07/02/2009 | $49,265.28 | U |
| RD006092555 | PRO1XG10009 | 72664 | 5/4/2009 | 07/02/2009 | $49,555.80 | U |
| RD006092555 | PRO1XG10009 | 72729 | 5/5/2009 | 07/02/2009 | $49,608.18 | U |
| RD006092555 | PRO1XG10009 | 72730 | 5/5/2009 | 07/02/2009 | $49,539.60 | U |
| RD006092555 | PRO1XG10009 | 72884 | 5/6/2009 | 07/02/2009 | $68,493.06 | U |
| RD006092555 | PRO1XG10009 | 73004 | 5/7/2009 | 07/02/2009 | $68,561.64 | U |
| RD006092555 | PRO1XG10009 | 73172 | 5/8/2009 | 07/02/2009 | $68,287.32 | U |
| RD006092555 | PRO1XG10009 | 73359 | 5/11/2009 | 07/02/2009 | $68,198.76 | U |
| RD006092555 | PRO1XG10009 | 73360 | 5/11/2009 | 07/02/2009 | $68,424.48 | U |
| RD006092555 | PRO1XG10009 | 73432 | 5/12/2009 | 07/02/2009 | $68,081.58 | U |
| RD006092555 | PRO1XG10009 | 73563 | 5/13/2009 | 07/02/2009 | $68,424.48 | U |
| RD006092555 | PRO1XG10009 | 73703 | 5/14/2009 | 07/02/2009 | $68,013.00 | U |
| RD006092555 | PRO1XG10009 | 74044 | 5/18/2009 | 07/02/2009 | $68,767.38 | U |
| RD006092555 | PRO1XG10009 | 74259 | 5/20/2009 | 07/02/2009 | $68,048.01 | U |
| RD006092555 | PRO1XG10009 | 74413 | 5/21/2009 | 07/02/2009 | $68,355.90 | U |
| RD006092555 | PRO1XG10009 | 74622 | 5/22/2009 | 07/02/2009 | $67,055.76 | U |
| RD006092555 | PRO1XG10009 | 74623 | 5/22/2009 | 07/02/2009 | $67,500.81 | U |

| | | | | | | |
|---|---|---|---|---|---|---|
| RD006092555 | PRO1XG10009 | 74624 | 5/25/2009 | 07/02/2009 | $67,432.23 | U |
| RD006092555 | PRO1XG10009 | 74625 | 5/25/2009 | 07/02/2009 | $67,432.23 | U |
| RD006092555 | PRO1XG10009 | 74717 | 5/26/2009 | 07/02/2009 | $67,500.81 | U |
| RD006092555 | PRO1XG10009 | 74831 | 5/27/2009 | 07/02/2009 | $67,500.81 | U |
| RD006092555 | PRO1XG10009 | 74832 | 5/27/2009 | 07/02/2009 | $63,600.39 | U |
| RD006092555 | PRO1XG10009 | 75004 | 5/28/2009 | 07/02/2009 | $39,344.22 | U |
| RD006092555 | PRO1XG10009 | 75174 | 5/29/2009 | 07/02/2009 | $67,500.81 | U |
| RD006092555 | PRO1XG10009 | 75175 | 5/30/2009 | 07/02/2009 | $52,104.87 | U |
| RD006092555 | PRO1XG1000C | 0196352 | 5/20/2009 | 07/02/2009 | ($219.27) | U |
| RD006092555 | PRO1XG10009 | FIZT | 5/11/2009 | 07/02/2009 | ($211.42) | U |
| RD006092555 | PRO1XG10009 | MOD | 5/11/2009 | 07/02/2009 | ($211.42) | U |
| RD006092555 | PRO1R850006 | 19885579 | 4/6/2009 | STAYED | $220,000.00 | U |
| RD006092555 | PRO1R85000B | 19885580 | 4/6/2009 | STAYED | $88,114.00 | U |
| RD043942291 | GM 56716 | 000072745 | 5/6/2009 | STAYED | $5,384.44 | U |
| RD043942291 | GM 56716 | 000074724 | 5/27/2009 | STAYED | $122.37 | U |
| RD043942291 | GM 49031 | G05725928 | 5/6/2009 | STAYED | $65.84 | U |
| RD043942291 | GM 49031 | G05732086 | 5/14/2009 | STAYED | $65.84 | U |
| RD043942291 | GM 49031 | G05745239 | 5/14/2009 | STAYED | $65.84 | U |
| RD043942291 | GM 56716 | 000000260 | 5/7/2009 | STAYED | $133.65 | U |
| RD006092555 | GM 59281 | 000073102 | 5/8/2009 | STAYED | $1,121.76 | U |
| RD006092555 | GM 59281 | 000073099 | 5/13/2009 | STAYED | $423.23 | U |
| RD006092555 | GM 59281 | 000073100 | 5/13/2009 | STAYED | $6.40 | U |
| RD006092555 | GM 59281 | 000073091 | 5/13/2009 | STAYED | $47.70 | U |
| RD043942291 | GM 49031 | 000072693 | 5/5/2009 | STAYED | $14,221.44 | U |
| RD006092555 | GM 59281 | 000073095 | 5/8/2009 | STAYED | $1,874.92 | U |
| RD006092555 | GM 59281 | 000073097 | 5/8/2009 | STAYED | $2,882.84 | U |
| RD043942291 | GM 49031 | 000073574 | 5/13/2009 | STAYED | $15,274.88 | U |
| RD043942291 | GM 49031 | 000074849 | 5/28/2009 | STAYED | $1,101.60 | U |
| RD043942291 | PRON56716 | 000072744 | 5/6/2009 | 07/02/2009 | $244.75 | U |

**Important Notices**: All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into an referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case ma or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory natur contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.