STROBL & SHARP, P.C.
Lynn M. Brimer (P43291)
Meredith E. McKinzie (P69698)
300 East Long Lake Road, Suite 200
Bloomfield Hills, Michigan 48304
(248) 540-2300

*COUNSEL FOR PYEONG HWA AUTOMOTIVE CO., LTD.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re                                                                    Chapter 11

GENERAL MOTORS CORP., et al.,              Case No. 09-50026 (REG)

                  Debtors.                   (Jointly Administered)

------------------------------------------------------------ x

### NOTICE OF PARTY IN INTEREST STATUS
### APPEARANCE OF AND REPRESENTATION BY COUNSEL
### AND REQUEST FOR SERVICE OF PAPER AND TO BE ADDED TO MATRIX

PLEASE TAKE NOTICE THAT:

Strobl & Sharp, P.C., as counsel for **Pyeong HWA Automotive Co., LTD.**, files this Notice of Appearance and Demand for Service of Pleadings and Other Papers, pursuant to 11 U.S.C. §1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure, and respectfully requests that the Clerk place counsel listed below in the matrix of listed creditors so as to receive all documents, pleadings and exhibits in this case, and that all notices given or required to be served in this case can be served upon the undersigned at the following address:

Lynn M. Brimer (P43291)
Meredith M. McKinzie (P69698)
300 E. Long Lake Rd., Ste. 200
Bloomfield Hills, MI 48304
(248) 540-2300 / Fax (248) 645-2690
Email: lbrimer@stroblpc.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the request for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan or reorganization in the captioned bankruptcy case, whether transmitted or conveyed by mail, telephone, telecopier or otherwise.

Dated: June 15, 2009
      Bloomfield Hills, Michigan

      Respectfully submitted,

      STROBL & SHARP, P.C.

      /s/ *LYNN M. BRIMER*
      By:   Lynn M. Brimer (P43291)
            Meredith M. McKinzie (P69698)
      300 E. Long Lake Rd., Ste. 200
      Bloomfield Hills, MI 48304
      (248) 540-2300 / Fax (248) 645-2690
      Email: lbrimer@stroblpc.com