| Cure Amounts GM US Henniges Automotive Holdings, Inc. | Ultimate DUNS | 809133775 | | |
|---|---|---|---|---|
| **Legal entity** | **Location** | **Remit DUNS** | **Ship from DUNS** | **Amount** |
| **Henniges Automotive Iowa, Inc.** | Iowa, Keokuk | 615319126 | 009971289 | **1,285,456.85** |
| **Henniges Automotive Oklahoma, Inc.** | Oklahoma, Frederick | 086746310 | 096141098 | **1,652,482.12** |
| **Henniges Automotive Mexico S.A. de C.v.** | Torreon, Mexico | 812452852 | 145390643 | **264,655.24** |
| **Henniges Automotive Schlegel Canada, Inc.** | Ontario / Oakville, Canada | 201345410 | 248752024 | **62,848.22** |
| **Henniges Automotive Sealing Systems, Inc.** | | | | **2,613,959.38** |
| | New Haven | 071247282 | 053495482 | |
| | New Haven | 185054889 | 053495482 | |
| | New Haven / PTI-Starboard | 185054889 | 000156737 | |
| **Henniges Automotive Sealing Systems Canada, Inc.** | Welland | 201812609 | 201657939 | **897,562.63** |
| **Henniges Automotive North America, Inc.** | Farmington Hills, Michigan | 086746310 | 086746310 | **17,960.18** |
| **Henniges Automotive Sealing Systems North America, Inc.** | Farmington Hills, Michigan | 176784585 | 176784585 | **203,603.47** |
| **Henniges Automotive Sealing Systems Mexico S.A. de C.V.** | Guadalajara, Mexico | 812554723 | 812554723 | **132,422.26** |
| **Total Cure Amount** | | | | **7,130,950.35** |