HAYNES AND BOONE, LLP
1221 Avenue of the Americas, 26th Floor
New York, New York 10020
Telephone: (212) 918-8983
Facsimile:  (212) 884-8221
Jonathan Hook (NY Bar#4187449)
Matthew E. Russell (NY Bar #4475935)

     -and-

One Houston Center
1221 McKinney, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile:  (713) 547-2600
Charles A. Beckham, Jr.
Brooks Hamilton

*Attorneys for Exxon Mobil Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | : | Case No. 09-50026 (REG) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF ALL PLEADINGS**

     **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Exxon Mobil Corporation and certain of its subsidiaries and related entities ("Exxon Mobil"), and pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the Unites States Code (the "Bankruptcy Code"), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure

statement(s) and plan(s) of reorganization, or other documents, filed or entered in these cases, be transmitted to:

Matthew E. Russell
Haynes and Boone, LLP
1221 Avenue of the Americas, 26th Floor
New York NY  10020-1007
Telephone No.:  : (212) 918-8983
Facsimile No.:  (212) 884-8221
e-mail:  matthew.russell@haynesboone.com

- and -

Charles A. Beckham, Jr.
Brooks Hamilton
Haynes and Boone LLP
1221 McKinney, Suite 2100
Houston TX  77010
Telephone No.:  (713) 547-2000
Facsimile No.:  (713) 547-2600
e-mail:  charles.beckham@haynesboone.com
e-mail:  brooks.hamilton@haynesboone.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that:  (1) affects or seeks to affect in any way the rights or interests of Exxon Mobil or any other party-in-interest in these cases, including (a) property of the estates of the above-captioned debtors and debtors in possession (the "Debtors"), or proceeds thereof, (b) claims against, or interests in, the Debtors, (d) other rights or interests of creditors of the Debtors or other parties-in-interest in the cases or (e) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2)

requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by Exxon Mobil or any other party-in-interest.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Exxon Mobil to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  June 15, 2009
       New York, New York

                    HAYNES AND BOONE LLP

                    *Attorneys for Exxon Mobil Corporation*

                    By:      /s/ Matthew E. Russell
                        Matthew E. Russell (NY Bar #4475935)
                        1221 Avenue of the Americas, 26th Floor
                        New York NY 10020-1007
                        Telephone No.: (212) 918-8939
                        Facsimile No.:  (212) 884-8221

                        - and –

                        Charles A. Beckham, Jr.
                        Brooks Hamilton
                        One Houston Center
                        1221 McKinney, Suite 2100
                        Houston, Texas 77010
                        Telephone: (713) 547-2000
                        Facsimile:  (713) 547-2600

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing instrument was duly served by United States first class mail, postage prepaid and properly addressed, to all parties listed on the attached Service List and by electronic transmission to all registered ECF users appearing in the case on June 15, 2009.

            */s/ Matthew E. Russell*
            Matthew E. Russell

## SERVICE LIST

**DEBTORS:**

General Motors Corporation
300 Renaissance Center
Detroit, MI  48265-3000

**COUNSEL FOR THE DEBTORS:**

Weil Gotshal & Manges LLP
Attn: Stephen Karotkin
767 Fifth Avenue
New York, NY 10153

**UNITED STATES TRUSTEE:**

Office of the United States Trustee
Southern District of New York
33 Whitehall Street
New York, NY 10004