# EXHIBIT 2

## ALLIANCE GATEWAY PHASE III ASSOCIATION
13600 Heritage Boulevard, Suite 200
Fort Worth, TX 76177

March 14, 2008

Diane L. Paletz
550 South Hope Street
Suite 2300
Los Angeles, CA 90071

Re:   Amended and Restated Declaration of Covenants, Restrictions and Easements
      for Alliance Gateway Phase III Association (the "Declaration");
      301 Freedom Drive, Roanoke, Texas
      Fort Worth, Tarrant County, Texas (the "Property")

Ladies and Gentlemen:

We hereby certify that:

1. As of the date hereof, all dues and assessments due and owing to Alliance Gateway Phase III Association (the "Association") with respect to the Property as required by the Declaration have been paid with the exception of the attached invoice sent on March 11, 2008 with a total amount due of $4,292.80.

2. Except for the following items, there are currently no known violations or defaults by the Property or the owner of the Property of any of the covenants, conditions, restrictions or obligations imposed on the Property or the owner of the Property by the Declaration. Please see attachments for further explanation.

   - Permanent storage must be screened from external (property) view.
   - Crosswalk ramps require repair and repainting.
   - Conduit, meters, and other building attached equipment shall be painted to match building.
   - Bollards require re-painting around the site.

Alliance Gateway Phase III Association
a Texas non-profit corporation

By _Loii Bowling_
    Robert Folzenlogen

**Alliance Gateway Phase III Association**
**13600 Heritage Parkway, Suite 200**
**Fort Worth, TX 76177**
**Fed. I.D. #75-2800583**

Date: March 11, 2008

Invoice No: 08-GW306

To: General Motors
301 Freedom Drive
Roanoke, TX 76262
Attn: Ed Driver

cc: Linda Richards

# INVOICE

Subject: **Alliance Gateway Phase III Association**

To invoice you for Association expenses as follows per the attached schedules:

| | |
|---|---:|
| 2007 Reconciliation | $ (507.14) |
| 2008 Annual Assessment | 4,799.94 |
| Total Amount Due This Invoice | 4,292.80 |

### INVOICE TERMS 30 DAYS—DUE APRIL 11, 2008

Remit to: Alliance Gateway Phase III Association
Attn: Accounts Receivable
13600 Heritage Parkway, Suite 200
Fort Worth, Texas 76177

## Alliance Gateway Phase III Association
### General Motors

| | | |
|---|---:|---:|
| Total Budgeted Expenses for 2008 | $ | 132,595.00 |
| Percentage share for 2008 (see calculation below) | | 3.62% |
| Share of expenses for 2008 | $ | 4,799.94 |
| 2007 Reconciliation Due/(Credit) | | (507.14) |
| 2008 Assessment due | $ | 4,292.80 |

### Percentage Calculation

**01/01/08 thru 12/31/08**

| | | | |
|---|---:|---:|---:|
| Acreage for tenant | 29.3350 | | |
| Total assessable acreage | 809.4820 | | |
| Percentage of total acres | 3.62% | | |
| Total number of days | | 366 | |
| (Days x Percentage) / 366 | | | 3.62% |
| Percentage of ownership for 2008-Weighted Average | | 366 | 3.62% |













UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                            :    Chapter 11
                                                 :
GENERAL MOTORS CORP., *et al.*,                  :    Case No. 09-50026 (REG)
                                                 :
        Debtors.                                 :    (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, James E. Farrah, hereby certify that on June 15, 2009, a true and correct copy of the Limited Objection of LBA Realty Fund III – Company IX, LLC to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto was filed via this Court's CM/ECF system and served on those parties listed on the annexed schedule via FedEx Standard Delivery.

By: /s/ *James E. Farrah*
    James E. Farrah

762774.01

| | |
|---|---|
| General Motors Corporation<br>Attn: Warren Command Center<br>Mailcode 480-206-114<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>**Via FedEx** | Weil, Gotshal & Manges LLP<br>Attn: Harvey R. Miller, Esq.,<br>Stephen Karotkin, Esq., and<br>Joseph H. Smolinsky, Esq.<br>767 Fifth Avenue<br>New York, NY 10153<br>**Via FedEx** |
| The U.S. Treasury<br>Attn: Matthew Feldman, Esq.<br>1500 Pennsylvania Avenue NW, RM 2312<br>Washington, DC 20220<br>**Via FedEx** | Cadwalader, Wickersham & Taft LLP<br>Attn: John J. Rapisardi, Esq.<br>One World Financial Center<br>New York, NY 10281<br>**Via FedEx** |
| Kramer Levin Naftalis & Frankel LLP<br>Attn: Gordon Z. Novod<br>1177 Avenue of the Americas<br>New York, NY 10036<br>**Via FedEx** | Vedder Price, P.C.<br>Attn: Michael J. Edelman, Esq., and<br>Michael L. Schein, Esq.<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>**Via FedEx** |
| The Office of the U.S. Trustee for the Southern District of New York<br>Attn: Diana G. Adams, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>**Via FedEx** | |

762774.01