WHITE AND WILLIAMS LLP
One Penn Plaza, Suite 4110
New York, NY  10119
Telephone:  (212) 631-4421
Karel S. Karpe, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| Debtors. | : | Jointly Administered |

**VERIFIED STATEMENT OF COUNSEL PURSUANT TO RULE 2019**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**PLEASE TAKE NOTICE** that pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, counsel White and Williams LLP files this statement of multiple representation and states as follows:

1. White and Williams LLP is a law firm organized under the laws of Pennsylvania, with its primary office for the practice of law located at 1650 Market Street, One Liberty Place, Suite 1800, Philadelphia, PA 19103-7395.  White and Williams LLP also maintains offices in Allentown, PA;  Berwyn, PA;  Boston, MA;  Cherry Hill, NJ;  Conshohocken, PA; New York, NY;  Paramus, NJ;  Pittsburgh, PA; and  Wilmington, DE.

2. Karel S. Karpe, the declarant herein, is of counsel to the firm, located in the New York office and licensed to practice in New York.

3. White and Williams is representing the following creditors and parties in interest named below in the Chapter 11 case of the above-captioned debtors (the "Debtors") identified above:

   a. Cisco Systems Capital Corp. care of Thomas Gaa, Esq., Bialson, Bergen & Schwab, 2600 El Camino Real, Suite 300, Palo Alto, CA 94306.

   b. Cisco Systems Inc. care of Thomas Gaa, Esq., Bialson, Bergen & Schwab, 2600 El Camino Real, Suite 300, Palo Alto, CA 94306.

   c. Flextronics International Ltd. care of Thomas Gaa, Esq., Bialson, Bergen & Schwab, 2600 El Camino Real, Suite 300, Palo Alto, CA 94306.

   d. Sun Microsystems Inc. and Sun Microsystems Global Financial Services LLC care of Thomas Gaa, Esq., Bialson, Bergen & Schwab, 2600 El Camino Real, Suite 300, Palo Alto, CA 94306

   e. Yahoo! Inc. care of Thomas Gaa, Esq., Bialson, Bergen & Schwab, 2600 El Camino Real, Suite 300, Palo Alto, CA 94306

   f. Siemens Product Lifecycle Management Software Inc., 2000 Eastman Drive, Milford, Ohio 45150.

   g. Siemens Enterprise Communications Inc., Boca Raton, Florida.

   h. NICOR Gas care of Mark D. Roth, Esq., Orum & Roth, LLC, 53 West Jackson Boulevard, Chicago, IL 60604.

  3. The claims of these creditors/parties in interest arise from, relate to, or are in connection with certain executory contracts for the provision of goods and/or services.

  4. White and Williams LLP reserves the right to supplement or amend this statement.

Dated: New York, New York
   June 15, 2009

         WHITE AND WILLIAMS LLP
       By: /s/Karel S. Karpe
          Karel S. Karpe
          One Penn Plaza, Suite 4110
          New York, New York 10119

  I, Karel S. Karpe, verify under penalty of perjury, that to the best of my knowledge, information and belief, the foregoing statement is true and correct.

          By: /s/Karel S. Karpe
           Karel S. Karpe

5373427v.1