HAYNES AND BOONE, LLP
1221 Avenue of the Americas, 26th Floor
New York, New York 10020
Telephone: (212) 918-8983
Facsimile:  (212) 884-8221
Jonathan Hook (NY Bar #4187449)
Matthew E. Russell (NY Bar #4475935)

     -and-

One Houston Center
1221 McKinney, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile:  (713) 547-2600
Charles A. Beckham, Jr.
Brooks Hamilton

*Attorneys for Exxon Mobil Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                              :

In re:                                                     :         Chapter 11

GENERAL MOTORS CORPORATION, *et al.*,    :         Case No. 09-50026 (REG)

                                      Debtors.      :         (Jointly Administered)
------------------------------------------------------------------------x

**MOTION OF MATTHEW E. RUSSELL FOR**
**ADMISSION PRO HAC VICE OF BROOKS HAMILTON**

Matthew E. Russell ("Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States District Court for the Southern District of New York, and associated with Haynes and Boone, LLP ("Haynes and Boone"), hereby moves (the "Motion") this Court for an order admitting Brooks Hamilton ("Ms. Hamilton") *pro hac vice* to represent Exxon Mobil Corporation and certain of its subsidiaries and related entities ("Exxon Mobil") in the above-captioned cases (the "Cases") pursuant to Rule 2090-1(b) of the Local Rules (the "Local Rules") of the United States Bankruptcy Court for the

Southern District of New York (the "Court"). In support of this Motion, Movant relies upon the certification of Ms. Hamilton which is annexed as Exhibit "A" hereto and respectfully represents as follows:

1. Ms. Hamilton is an associate at Haynes and Boone and is a member in good standing of the Bar of the State of Texas. Ms. Hamilton is also admitted to practice before the United States District Court for the Southern District of Texas and the United States Court of Appeals for the Fifth Circuit. There are no disciplinary proceedings or criminal proceedings pending against Ms. Hamilton in any jurisdiction and there has been no disclosure of any pending grievances against her.

2. Movant requests that this Court approve the Motion so that Ms. Hamilton may file pleadings, appear and be heard at hearings, and otherwise represent Exxon Mobil in these Cases.

WHEREFORE, Movant respectfully requests that the Court:

(a) enter an order admitting Ms. Hamilton *pro hac vice* to represent Exxon Mobil in these Cases; and

(b) grant such other and further relief as is just and proper.

Dated:  June 15, 2009
          New York, New York

> HAYNES AND BOONE LLP
>
> *Attorneys for Exxon Mobil Corporation*
>
> By:_____/s/ Matthew E. Russell_____
>     Matthew E. Russell (NY Bar #4475935)
>     Jonathan Hook (NY Bar #4187449)
>     1221 Avenue of the Americas, 26th Floor
>     New York NY 10020-1007
>     Telephone No.: (212) 918-8939
>     Facsimile No.: (212) 884-8221
>
> - and –

Charles A. Beckham, Jr.
Brooks Hamilton
One Houston Center
1221 McKinney, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile:  (713) 547-2600

HAYNES AND BOONE, LLP
1221 Avenue of the Americas, 26th Floor
New York, New York 10020
Telephone: (212) 918-8983
Facsimile:  (212) 884-8221
Jonathan Hook (NY Bar #4187449)
Matthew E. Russell (NY Bar #4475935)

      -and-

One Houston Center
1221 McKinney, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile:  (713) 547-2600
Charles A. Beckham, Jr.
Brooks Hamilton

*Attorneys for Exxon Mobil Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| GENERAL MOTORS CORPORATION, *et al.*, | : | Case No. 09-50026 (REG) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

**CERTIFICATION OF BROOKS HAMILTON**

I, Brooks Hamilton, do hereby certify under penalty of perjury as follows:

1.     I am eligible for admission *pro hac vice* to this Court.

2.     I am an associate at the law firm of Haynes and Boone, LLP and I maintain an office for the practice of law at One Houston Center, 1221 McKinney, Suite 2100, Houston, Texas 77010.

3.     I am a member in good standing of the Bar of the State of Texas, and have been admitted to practice before the United States Court of Appeals for the Fifth Circuit and the United States District Court for the Southern District of Texas.  There are no disciplinary

proceedings or criminal proceedings pending against me and there have been no disclosures of any pending formal grievances against me.

4. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which may occur in the course of this Chapter 11 case, pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules").

5. I have access to, or have acquired, a copy of the Local Rules, am generally familiar with such Local Rules, and will comply with such Local Rules.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2009.

> HAYNES AND BOONE, LLP
>
> *Attorneys for Exxon Mobil Corporation*
>
> /s/   Brooks Hamilton
> Brooks Hamilton
> One Houston Center
> 1221 McKinney, Suite 2100
> Houston, Texas  77010
> Telephone: (713) 547-2000
> Facsimile:  (713) 236-5449
>
> -and-
>
> Matthew E. Russell (NY Bar #4475935)
> 1221 Avenue of the Americas, 26th Floor
> New York NY 10020-1007
> Telephone No.: (212) 918-8939
> Facsimile No.:  (212) 884-8221

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                        :
In re:                                                  :         Chapter 11
                                                        :
GENERAL MOTORS CORPORATION, *et al.*,                   :         Case No. 09-50026 (REG)
                                                        :
                              Debtors.                  :         (Jointly Administered)
------------------------------------------------------------------------x

## ORDER GRANTING MOTION FOR ADMISSION
## *PRO HAC VICE* OF BROOKS HAMILTON

Upon the Motion (the "Motion") of Matthew E. Russell seeking the admission *pro hac vice* of Brooks Hamilton to represent Exxon Mobil Corporation and certain of its subsidiaries and related entities ("Exxon Mobil") in the above-captioned cases (the "Cases"); and upon consideration of the Motion and the Certification of Brooks Hamilton; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that Brooks Hamilton is admitted *pro hac vice* to represent Exxon Mobil in the Cases and he may appear in the Cases and any related proceedings *pro hac vice*.

Dated: June ___, 2009
       New York, New York

                                            _____
                                            THE HONORABLE ROBERT E. GERBER
                                            UNITED STATES BANKRUPTCY JUDGE

N-25239_1.DOC