UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| GENERAL MOTORS CORP., *et al.,* ) | Case No. 09-50026 (REG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the law firm of Foley & Lardner LLP, by the undersigned, hereby appears as counsel for Android Industries-Delta Township, LLC, Android Industries-Shreveport LLC, and Android Industries LLC in the above-captioned action, and pursuant to § 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure, request that all notices that are required to be given and all pleadings and orders that are required to be served in the above-captioned Chapter 11 matter, be served to the following address:

>   Salvatore A. Barbatano
>   Thomas B. Spillane
>   Mark A. Aiello
>   Foley & Lardner LLP
>   500 Woodward Avenue, Suite 2700
>   Detroit, Michigan  48226
>   Telephone: (313) 234-7100
>   Facsimile: (313) 234-2800
>   sbarbatano@foley.com; tspillane@foley.com; maiello@foley.com

**PLEASE TAKE FURTHER NOTICE** that the forgoing request includes not only the notices, pleadings, and orders referred to in the rules specified above, but also includes, without limitation, all other notices, papers, applications, motions, petitions, pleadings, requests,

DETR_1206856.1

complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which affects the above captioned Debtors', property in their possession, custody, or control or the administration of the Debtors' bankruptcy cases.

Dated:   June 15, 2009                    FOLEY & LARDNER LLP


By: /s/ Salvatore A. Barbatano
Salvatore A. Barbatano
Mark A. Aiello
Thomas B. Spillane
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Attorneys for Android Industries-Delta Township, LLC*

2

DETR_1206856.1