BUTZEL LONG, a professional corporation
Robert Sidorsky
Eric B. Fisher
380 Madison Avenue
New York, New York 10017
Telephone: (212) 818-1110
Facsimile: (212) 818-0494
sidorsky@butzel.com
fishere@butzel.com

Thomas B. Radom (pro hac vice admission pending)
Max J. Newman (pro hac vice admission pending)
41000 Woodward Avenue
Bloomfield Hills, Michigan  48304
Telephone: (248) 258-1616
Facsimile: (248) 258-1439
radom@butzel.com
newman@butzel.com

*Attorneys for Barry Wright Corp., Catesla Caceres S.A., Deutsche Hutchinson GMBH, Hutchinson Brasil Automotive LtdA, Hutchinson Argentina S.A., Hutchinson Autopartes Mexico, S.A. de C.V., Hutchinson Cestari S.A., Hutchinson FTS, Inc., Hutchinson GMBH, Hutchinson Industrias Del Caucho S.A., Hutchinson Palamos S.A., ES Hutchinson Poland SP. Z.O.O., Hutchinson Seal de Mexico S.A. de C.V., Hutchinson Sealing Systems, Inc., Hutchinson SNC, Hutchinson SRO, Hutchinson Transferencia de Fluidos, Industrias Technicas de La Espuma S.L., Le Joint Francais, Paulstra CRC Corp., Paulstra SNC, and Hutchinson Industrial Rubber Products Co. LD*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>    General Motors Corp., *et al.*,<br><br>                                Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

**LIMITED OBJECTION OF HUTCHINSON AND RELATED ENTITIES TO DEBTORS' NOTICE OF INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED <u>LEASES OF NONRESIDENTIAL PROPERTY</u>**

Barry Wright Corp., Catesla Caceres S.A., Deutsche Hutchinson GMBH, Hutchinson Brasil Automotive LtdA, Hutchinson Argentina S.A., Hutchinson Autopartes Mexico, S.A. de C.V., Hutchinson Cestari S.A., Hutchinson FTS, Inc., Hutchinson GMBH, Hutchinson Industrias Del Caucho S.A., Hutchinson Palamos S.A., ES Hutchinson Poland SP. Z.O.O., Hutchinson Seal de Mexico S.A. de C.V., Hutchinson Sealing Systems, Inc., Hutchinson SNC, Hutchinson SRO, Hutchinson Transferencia de Fluidos, Industrias Technicas de La Espuma S.L., Le Joint Francais, Paulstra CRC Corp., Paulstra SNC, and Hutchinson Industrial Rubber Products Co. LD and all other legal entities associated with ultimate DUNS number 275137164 (collectively, "Hutchinson"), by and through its undersigned counsel, for its objection (the "Cure Objection") to the proposed cure amount ("Cure Amount") listed on Debtors' Contract Notices website (the "Website") respectfully represents:

1.  On June 1, 2009 (the "Petition Date"), the Debtors filed their voluntary petition for relief in this Court under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

2.  Prior to the Petition Date, Hutchinson entered into various contracts, purchase orders, and agreements whereby Hutchinson would provide goods and services in exchange for timely payments of same by Debtors (collectively, the "Contracts").

3.  On or about June 5, 2009, Debtors' sent via regular mail its Notice of Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Property (the "Assignment Notice") which included instructions to access the Website on which Hutchinson could view a listing of those executory contracts Debtors may seek to assume and assign in connection with the sale of substantially all of its assets, and by its calculations, any corresponding proposed Cure Amount in connection with such contract or leases.

4. At the time this Cure Objection was filed, the Website identified 2,142 Contracts the Debtors may seek to assume and assign in connection with the sale of substantially all of its assets and a total Cure Amount of $6,371,748.25 due and owing to Hutchinson under the identified Contracts.

5. As evidenced by Hutchinson's execution of a Trade Agreement, Hutchinson does not object to the assumption and assignment of its Contracts *per se* and has begun its efforts to reach a consensual resolution of the Cure Amount with Debtors. However, as the Cure Amount has not yet been resolved, Hutchinson, for purposes of preserving its objection rights as to the proposed Cure Amount, makes this Cure Objection pending payment of the agreed-to Cure Amount.

## Limited Objection to Proposed Cure Amount

6. Hutchinson objects to the proposed Cure Amount listed on the Website at the time this Cure Objection was filed as it does not fully cure and compensate Hutchinson for Debtors' default(s). According to Hutchinson's books and records, the correct Cure Amount for those Contracts listed on the Website, is approximately $12,445,853.27.

7. The Cure Amounts on the Website have changed and Hutchinson has been informed that they will continue to change. Hutchinson reserves its right to amend or supplement this objection if, for example, Debtors seek to assume and assign additional Contracts after the Objection Deadline or if there are additional Cure Amounts relating to defaults under the Contracts that occur or continue to occur after the Petition Date. Further, by filing this Cure Objection Hutchinson does not waive any other rights, claims, or interests it has or may have under the Contracts as provided by the Contracts or as a matter of non-bankruptcy law, all of which are expressly preserved.

3

WHEREFORE, Hutchinson respectfully requests that the Court (a) condition any assumption and assignment of the Contracts on (i) the payment in full for all outstanding amount(s) due to Hutchinson under the Contracts in compliance with section 365 of the Bankruptcy Code and (ii) compliance with any other applicable law and (b) grant such other and further relief as the Court deems just and proper.

Dated: New York New York
       June 15, 2009

                BUTZEL LONG, a professional corporation

                By:     /s/   Robert Sidorsky
                        Robert Sidorsky, Esq.
                        Eric B. Fisher, Eq.
                380 Madison Avenue
                22nd Floor
                New York, NY 10017
                Tel.: (212) 818-1110
                Fax: (212) 818-0494
                sidorsky@butzel.com
                fishere@butzel.com

                Thomas B. Radom (pro hac vice admission pending)
                Max J. Newman (pro hac vice admission pending)
                41000 Woodward Avenue
                Bloomfield Hills, Michigan 48304
                Telephone: (248) 258-1616
                Facsimile: (248) 258-1439
                radom@butzel.com
                newman@butzel.com

*Attorneys for Barry Wright Corp., Catesla Caceres S.A., Deutsche Hutchinson GMBH, Hutchinson Brasil Automotive LtdA, Hutchinson Argentina S.A., Hutchinson Autopartes Mexico, S.A. de C.V., Hutchinson Cestari S.A., Hutchinson FTS, Inc., Hutchinson GMBH, Hutchinson Industrias Del Caucho S.A., Hutchinson Palamos S.A., ES Hutchinson Poland SP. Z.O.O., Hutchinson Seal de Mexico S.A. de C.V., Hutchinson Sealing Systems, Inc., Hutchinson SNC, Hutchinson SRO, Hutchinson Transferencia de Fluidos, Industrias Technicas de La Espuma S.L., Le Joint Francais, Paulstra CRC Corp., Paulstra SNC, and Hutchinson Industrial Rubber Products Co. LD*