**PERKINS COIE LLP**
1201 Third Avenue, 40th floor
Seattle, Washington 98101
(206) 359-8410
Alan D. Smith (*pro hac vice* admission pending)

Attorney to Isuzu Motors Limited,
Isuzu Motors America LLC,
and other Isuzu entities as described

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

| | |
|---|---|
| In re | Chapter 11 Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP., *et al.*, | Jointly Administered |
| Debtors | |

-------------------------------------------------------

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Alan D. Smith, a member in good standing of the bar in Washington, Bar number 24964, request admission, *pro hac vice*, in order to represent Isuzu Motors Limited, Isuzu System Service, Ltd., Isuzu Motors America LLC, Isuzu Commercial Truck of America, Inc., LCV Platform Engineering Corporation, Isuzu Manufacturing Services of America, Inc., and DMAX, Ltd., creditors and interested parties in the above-referenced case. My address, telephone number and e-mail address is as follows:

> **PERKINS COIE LLP**
> 1201 Third Avenue, 40th floor
> Seattle, Washington 98101
> (206) 359-8410
> E-mail: ADSmith@perkinscoie.com

I agree to pay the applicable $25.00 fee upon filing of this Motion.

Dated: June 15, 2009         /s/ Alan D. Smith
                              Alan D. Smith

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

| | |
|---|---|
| In re | Chapter 11 Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP., *et al.,* | Jointly Administered |
| Debtors | |

---------------------------------------------------------------

### ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

Alan D. Smith, a member in good standing of the bar in Washington, Bar number 24964, having requested admission, *pro hac vice*, to represent Isuzu Motors Limited, Isuzu System Service, Ltd., Isuzu Motors America LLC, Isuzu Commercial Truck of America, Inc., LCV Platform Engineering Corporation, Isuzu Manufacturing Services of America, Inc., and DMAX, Ltd., creditors and interested parties in the above-referenced case:

**ORDERED,**

That Alan D. Smith, is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____        _____
    New York, New York                UNITED STATES BANKRUPTCY JUDGE