UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| GENERAL MOTORS CORP., *et al.,* ) | Case No. 09-50026 (REG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the law firm of Foley & Lardner LLP, by the undersigned, hereby appears as counsel for Textron Inc. in the above-captioned action, and pursuant to § 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure, request that all notices that are required to be given and all pleadings and orders that are required to be served in the above-captioned Chapter 11 matter, be served to the following address:

| | |
|---|---|
| Scott T. Seabolt | Frank W. DiCastri |
| Foley & Lardner LLP | Foley & Lardner LLP |
| 500 Woodward Avenue, Suite 2700 | 777 East Wisconsin Avenue |
| Detroit, Michigan  48226 | Milwaukee, Wisconsin  53202 |
| Telephone: (313) 234-7100 | Telephone: (414) 271-2400 |
| Facsimile: (313) 234-2800 | Facsimile: (414) 297-4900 |

**PLEASE TAKE FURTHER NOTICE** that the forgoing request includes not only the notices, pleadings, and orders referred to in the rules specified above, but also includes, without limitation, all other notices, papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or

DETR_1206860.1

otherwise, which affects the above captioned Debtors', property in their possession, custody, or control or the administration of the Debtors' bankruptcy cases.

Dated:   June 15, 2009                          FOLEY & LARDNER LLP

/s/ Frank W. DiCastri
Frank W. DiCastri
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 271-2400
Facsimile: (414) 297-4900
*Attorneys for Textron Inc.*

2