UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Case Number 09-50026 (REG) |
| GENERAL MOTORS CORP., *et al.*, ) | Chapter 11 |
| ) | |
| Debtors. ) | |
| ) | |

**NEWPORT TELEVISION'S LIMITED OBJECTION TO (I) DEBTORS' INTENT
TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS,
UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED
LEASES OF NONRESIDENTIAL REAL PROPERTY AND
(II) CURE AMOUNTS RELATED THERETO**

COMES NOW Newport Television, by undersigned counsel, and for its objection states as follows:

1. General Motors Corporation ("GM") has entered into one or more executory contracts with Newport Television (the "Contracts").

2. GM listed the contracts as "Assumable Executory Contracts" in the Notice of Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and Cure Amounts Related Thereto.

3. Following the instructions provided by GM, Newport logged on to www.contractnotices.com with its unique user id and password. The information for the Contracts on www.contractnotices.com failed to list a cure amount. Newport checked www.contractnotices.com on several occasions.

4. Furthermore, Newport called the number provided on the notice and was never able to obtain a cure amount.

5. Upon information and belief, the correct cure amount is approximately $507,000.

SLD-1515499-1

6. Newport does not object to assumption of the Contracts. Instead, Newport files this objection solely to preserve its rights with respect to the cure amount.

HUSCH BLACKWELL SANDERS LLP

By:    /s/ Marshall Turner
Marshall Turner
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Phone: 314-480-1500
Fax: 314-480-1505
marshall.turner@huschblackwell.com

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served electronically this 15th day of June, 2009

   /s/ Marshall Turner