VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
Telephone:   (703) 760-1647
Facsimile:    (703) 821-8949
Lawrence A. Katz

 - and -

VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 983-3850
Facsimile:    (212) 307-5598
Edward A. Smith
Carollynn H.G. Callari

*Attorneys for Penske Auto Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| GENERAL MOTORS CORP., *et al.* | : | Case No. 09-50026 (REG) |
| | : | (Jointly Administered) |
| Debtors. | : | |

**PROTECTIVE OBJECTION OF PENSKE AUTO GROUP**
**TO DEBTORS' PROPOSED CURE AMOUNTS**

Penske Auto Group ("Penske") files this protective objection regarding cure amounts proposed by the Debtors with respect to executory contracts they propose to assume and assign.

In support of its protective objection, Penske states as follows:

1.      Penske is a party to an executory contract with one or more of the Debtors.

2.	By Notice dated June 5, 2009 (the "Assumption Notice"), the Debtors informed certain suppliers of goods and services of their intent to assume and assign executory contracts and of the cure amount, if any, that must be paid by the Debtors in connection therewith.

3.	Penske may or may not have received a copy of the Assumption Notice. Penske is filing this protective objection in an abundance of caution in the event that the Debtors intend to assume and assign Penske contracts but scheduled a cure amount with which Penske does not agree.

4.	Penske will work diligently with the Debtors to try to resolve any cure amount issues without Court intervention but reserves all rights in the event that an agreement cannot be reached.

Dated: June 15, 2009                                  Respectfully submitted,

                                                      VENABLE LLP

                                                      */s/ Carollynn H.G. Callari*
                                                      Carollynn H.G. Callari
                                                      Edward A. Smith
                                                      Rockefeller Center
                                                      1270 Avenue of the Americas
                                                      New York, New York 10020
                                                      Telephone:  (212) 983-3850
                                                      Facsimile:   (212) 307-5598

                                                              -and-

                                                      Lawrence A. Katz
                                                      8010 Towers Crescent Drive, Suite 300
                                                      Vienna, Virginia 22182-2707
                                                      Telephone:  (703) 760-1600
                                                      Facsimile:   (703) 821-8949
                                                      Email: lakatz@venable.com

                                                      *Counsel to Penske Auto Group*

#281000