VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
Telephone:   (703) 760-1647
Facsimile:    (703) 821-8949
Lawrence A. Katz

 - and -

VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 983-3850
Facsimile:    (212) 307-5598
Edward A. Smith
Carollynn H.G. Callari

*Attorneys for Raytheon Professional Services LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| GENERAL MOTORS CORP., *et al.* | : | Case No. 09-50026 (REG) |
| | : | (Jointly Administered) |
| Debtors. | : | |

**PROTECTIVE OBJECTION OF RAYTHEON PROFESSIONAL SERVICES LLC
TO DEBTORS' PROPOSED CURE AMOUNTS**

Raytheon Professional Services, LLC ("Raytheon") files this protective objection regarding cure amounts proposed by the Debtors with respect to executory contracts they propose to assume and assign. In support of its protective objection, Raytheon states as follows:

1. Raytheon is a party to an executory contract with one or more of the Debtors.

2. By Notice dated June 5, 2009 (the "Assumption Notice"), the Debtors informed certain suppliers of goods and services of their intent to assume and assign executory contracts and of the cure amount, if any, that must be paid by the Debtors in connection therewith.

3. Raytheon may or may not have received a copy of the Assumption Notice. Raytheon is filing this protective objection in an abundance of caution in the event that the Debtors intend to assume and assign Raytheon contracts but scheduled a cure amount with which Raytheon does not agree.

4. Raytheon will work diligently with the Debtors to try to resolve any cure amount issues without Court intervention but reserves all rights in the event that an agreement cannot be reached.

Dated: June 15, 2009

Respectfully submitted,

VENABLE LLP

*/s/ Carollynn H.G. Callari*
Carollynn H.G. Callari
Edward A. Smith
Rockefeller Center
1270 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 983-3850
Facsimile:    (212) 307-5598

-and-

Lawrence A. Katz
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
Telephone:  (703) 760-1600
Facsimile:    (703) 821-8949
Email: lakatz@venable.com

*Counsel to Raytheon Professional Services LLC*

#280999