# EXHIBIT A

## NOTICES OF INTENT AND GM CONTRACT WEBSITE
## (ISUZU NORTH AMERICA PARTIES)

See attached.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re                                                      Chapter 11 Case No.

GENERAL MOTORS CORP., *et al.*,                            09-50026 (REG)

                                        Debtors.           (Jointly Administered)

-----------------------------------------------------------x

Diesel Engine Manufacturing of America, Ltd.
VICE PRESIDENT, BUSINESS MANAGEMENT
16323 SHOEMAKER AVE
CERRITOS, CA 90703-2244

LEGAL DEPT

JUN - 9 2009

RECEIVED

1. Please carefully review the enclosed Notice of (I) Debtors' Intent to Assume and Assign
   Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired
   Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto.

2. In order to view the Cure Amount for the Assumable Executory Contracts to which you
   are a party, you must log onto: http://www.contractnotices.com.

3. To log on, please use the user name and password provided to you below.

4. If you have questions about the Assumable Executory Contracts or proposed Cure
   Amounts, you may call 1-888-409-2328 (in the United States) or 1-586-947-3000
   (outside the United States).

Vendor ID #:  5716-00018956

# Contract Notices



User: W4x4J4v0

My Contracts    Documents & Links

## Supplier Details

Vendor Master ID: **5716-00018956**

| | |
|---|---|
| Supplier Name: **Diesel Engine Manufacturing of America, Ltd.** | |
| Contract Cure Amount: | Click here to view Contract Cure Amount Details |
| # of Contracts: **1** | |

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
|---|---|---|---|---|---|
| 5716-00018956 | | | Diesel Engine Manufacturing of America, Ltd. | Real Property Leases | Noticed |

Hover mouse cursor here for Contract Status Legend

**Important Notices:**    All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout

Copyright ©2009 AlixPartners, LLP  I  (41)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

In re                                        Chapter 11 Case No.

GENERAL MOTORS CORP., *et al.*,              09-50026 (REG)

                            Debtors.         (Jointly Administered)

------------------------------------------------x

Isuzu Manufacturing Services of America, Inc.
13340 183RD ST
CERRITOS, CA 90703-8748

LEGAL DEPT
JUN - 9 2009
RECEIVED

1.  Please carefully review the enclosed Notice of (I) Debtors' Intent to Assume and Assign
    Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired
    Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto.

2.  In order to view the Cure Amount for the Assumable Executory Contracts to which you
    are a party, you must log onto: http://www.contractnotices.com.

3.  To log on, please use the user name and password provided to you below.

4.  If you have questions about the Assumable Executory Contracts or proposed Cure
    Amounts, you may call 1-888-409-2328 (in the United States) or 1-586-947-3000
    (outside the United States).

Vendor ID #:  5716-00003579

# Contract Notices



User: fVphuvTG

**My Contracts**    **Documents & Links**

## Supplier Details

Vendor Master ID: **5716-00003579**

| | |
|---|---|
| Supplier Name: **Isuzu Manufacturing Services of America, Inc.** | |
| Contract Cure Amount: | Click here to view Contract Cure Amount Details |
| # of Contracts: **1** | |

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
|---|---|---|---|---|---|
| 5716-00003579 | | | Isuzu Manufacturing Services of America, Inc. | Agreement | Noticed |

Hover mouse cursor here for Contract Status Legend

**Important Notices:**    All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout                    June 10, 2009 @ 11:28:18 PM                    Copyright ©2009 AlixPartners, LLP  |  (41)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

In re

GENERAL MOTORS CORP., *et al.*,

                                        Debtors.

---------------------------------------------------------X

Chapter 11 Case No.

09-50026 (REG)

(Jointly Administered)

JUN - 9 2009

Isuzu Manufacturing Services of America, Inc.
13340 183RD STREET, CERRITOS
CERRITOS, CA 90703

1.  Please carefully review the enclosed Notice of (I) Debtors' Intent to Assume and Assign
    Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired
    Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto.

2.  In order to view the Cure Amount for the Assumable Executory Contracts to which you
    are a party, you must log onto: http://www.contractnotices.com.

3.  To log on, please use the user name and password provided to you below.

4.  If you have questions about the Assumable Executory Contracts or proposed Cure
    Amounts, you may call 1-888-409-2328 (in the United States) or 1-586-947-3000
    (outside the United States).

Vendor ID #:  5716-00303843

# Contract Notices

User: wLtfxTGd



**My Contracts**      **Documents & Links**

## Supplier Details

Vendor Master ID: **5716-00303843**

| Supplier Name: **Isuzu Manufacturing Services of America, Inc.** | |
| Contract Cure Amount: | Click here to view Contract Cure Amount Details |
| # of Contracts: **1** | |

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
|--------|----------------|-----------|--------------------|--------------|-----------------|
| 5716-00303843 | N/A | N/A | Isuzu Manufacturing Services of America, Inc. | Agreement | Noticed |

Hover mouse cursor here for Contract Status Legend

**Important Notice:**

All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home     Logout

June 10, 2009 @ 11:29:43 PM

Copyright ©2009 AlixPartners, LLP  |  (41)

https://contractnotices.com/MyContracts.aspx                    6/10/2009

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

In re                                                      Chapter 11 Case No.

GENERAL MOTORS CORP., *et al.*,                            09-50026 (REG)

                                    Debtors.               (Jointly Administered)

-------------------------------------------------------x



16323 SHOEMAKER AVE
CERRITOS, CA 90702

1.  Please carefully review the enclosed Notice of (I) Debtors' Intent to Assume and Assign
    Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired
    Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto.

2.  In order to view the Cure Amount for the Assumable Executory Contracts to which you
    are a party, you must log onto: http://www.contractnotices.com.

3.  To log on, please use the user name and password provided to you below.

4.  If you have questions about the Assumable Executory Contracts or proposed Cure
    Amounts, you may call 1-888-409-2328 (in the United States) or 1-586-947-3000
    (outside the United States).



# Contract Notices



User: 6g30q0uV

**My Contracts**    **Documents & Links**

## Supplier Details

Vendor Master ID: **5716-00766126**

| Supplier Name: **AIPDN (aka Isuzu)** | |
|---|---|
| Contract Cure Amount: | Click here to view Contract Cure Amount Details |
| # of Contracts: 1 | |

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
|---|---|---|---|---|---|
| 5716-00766126 | N/A | N/A | AIPDN (aka Isuzu) | MIS Customer Agreement | Noticed |

Hover mouse cursor here for Contract Status Legend

**Important Notices:**    All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout                June 10, 2009 @ 11:27:10 PM                Copyright ©2009 AlixPartners, LLP  | (41)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x

In re                                                  Chapter 11 Case No.

GENERAL MOTORS CORP., *et al.*,                        09-50026 (REG)

                                    Debtors.           (Jointly Administered)

------------------------------------------------------x

Isuzu Commercial Truck of America, Inc.
ATTN: PRESIDENT
13340 183RD ST
CERRITOS, CA 90703-8748



1. Please carefully review the enclosed Notice of (I) Debtors' Intent to Assume and Assign
   Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired
   Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto.

2. In order to view the Cure Amount for the Assumable Executory Contracts to which you
   are a party, you must log onto: http://www.contractnotices.com.

3. To log on, please use the user name and password provided to you below.

4. If you have questions about the Assumable Executory Contracts or proposed Cure
   Amounts, you may call 1-888-409-2328 (in the United States) or 1-586-947-3000
   (outside the United States).

Vendor ID #:  5716-00000710

# Contract Notices



User: Xm7fR8fV

**My Contracts**      **Documents & Links**

## Supplier Details

Vendor Master ID: **5716-00000710**

| | |
|---|---|
| Supplier Name: **Isuzu Commercial Truck of America, Inc.** | |
| Contract Cure Amount: | Click here to view Contract Cure Amount Details |
| # of Contracts: **1** | |

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
|---|---|---|---|---|---|
| 5716-00000710 | | | Isuzu Commercial Truck of America, Inc. | Agreement | Noticed |

Hover mouse cursor here for Contract Status Legend

**Important Notices:**     All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home      Logout                    June 10, 2009 @ 11:17:55 PM                    Copyright ©2009 AlixPartners, LLP  |  (41)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                          Chapter 11 Case No.

GENERAL MOTORS CORP., et al.,                  09-50026 (REG)

                          Debtors.             (Jointly Administered)

------------------------------------------------------------x

Isuzu Commercial Truck of America, Inc.
CANDANCE WATSON
13340 183RD ST
CERRITOS, CA 90703-8748

LEGAL DEPT

JUN - 8 2009

RECEIVED

1. Please carefully review the enclosed Notice of (I) Debtors' Intent to Assume and Assign
   Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired
   Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto.

2. In order to view the Cure Amount for the Assumable Executory Contracts to which you
   are a party, you must log onto: http://www.contractnotices.com.

3. To log on, please use the user name and password provided to you below.

4. If you have questions about the Assumable Executory Contracts or proposed Cure
   Amounts, you may call 1-888-409-2328 (in the United States) or 1-586-947-3000
   (outside the United States).

Vendor ID #:  5716-00000711

# Contract Notices



User: 4952X8r3

**My Contracts**    **Documents & Links**

## Supplier Details

Vendor Master ID: **5716-00000711**

| | |
|---|---|
| Supplier Name: **Isuzu Commercial Truck of America, Inc.** | |
| Contract Cure Amount: | Click here to view Contract Cure Amount Details |
| # of Contracts: **1** | |

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
|---|---|---|---|---|---|
| 5716-00000711 | | | Isuzu Commercial Truck of America, Inc. | Service Agreement | Noticed |

Hover mouse cursor here for Contract Status Legend

**Important Notice:**    All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purpose in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout                    June 10, 2009 @ 11:19:08 PM                    Copyright ©2009 AlixPartners, LLP  | (41)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x

In re                                                    Chapter 11 Case No.

GENERAL MOTORS CORP., *et al.*,                          09-50026 (REG)

                                    Debtors.             (Jointly Administered)
---------------------------------------------------------x

Isuzu Commercial Truck of America, Inc.
ATTN: PRESIDENT
13340 183RD ST
CERRITOS, CA 90703-8748

LEGAL DEPT.

JUN - 8 2009

RECEIVED

1. Please carefully review the enclosed Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto.

2. In order to view the Cure Amount for the Assumable Executory Contracts to which you are a party, you must log onto: http://www.contractnotices.com.

3. To log on, please use the user name and password provided to you below.

4. If you have questions about the Assumable Executory Contracts or proposed Cure Amounts, you may call 1-888-409-2328 (in the United States) or 1-586-947-3000 (outside the United States).

Vendor ID #:  5716-00000712

## Contract Notices



User: LSw7wCyp

**My Contracts**    **Documents & Links**

## Supplier Details

Vendor Master ID: **5716-00000712**

| Supplier Name: **Isuzu Commercial Truck of America, Inc.** | |
|---|---|
| Contract Cure Amount: | Click here to view Contract Cure Amount Details |
| # of Contracts: 1 | |

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
|---|---|---|---|---|---|
| 5716-00000712 | | | Isuzu Commercial Truck of America, Inc. | Agreement | Noticed |

Hover mouse cursor here for Contract Status Legend

**Important Notice:**    All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout                          June 10, 2009 @ 11:21:21 PM                          Copyright ©2009 AlixPartners, LLP  |  (41)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

In re                                                    Chapter 11 Case No.

GENERAL MOTORS CORP., *et al.*,                          09-50026 (REG)

                                        Debtors.         (Jointly Administered)

---------------------------------------------------------x


Isuzu Commercial Truck of America, Inc.
ATTN: PRESIDENT
13340 183RD ST
CERRITOS, CA 90703-8748


LEGAL OFFICE

JUN - 8 2009

RECEIVED


1. Please carefully review the enclosed Notice of (I) Debtors' Intent to Assume and Assign
   Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired
   Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto.

2. In order to view the Cure Amount for the Assumable Executory Contracts to which you
   are a party, you must log onto: http://www.contractnotices.com.

3. To log on, please use the user name and password provided to you below.

4. If you have questions about the Assumable Executory Contracts or proposed Cure
   Amounts, you may call 1-888-409-2328 (in the United States) or 1-586-947-3000
   (outside the United States).


Vendor ID #: 5716-00000713

# Contract Notices



User: QysEfLAj

**My Contracts**     **Documents & Links**

## Supplier Details

Vendor Master ID: **5716-00000713**

| | |
|---|---|
| Supplier Name: **Isuzu Commercial Truck of America, Inc.** | |
| Contract Cure Amount: | Click here to view Contract Cure Amount Details |
| # of Contracts: **1** | |

**Contracts**

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
|---|---|---|---|---|---|
| 5716-00000713 | | | Isuzu Commercial Truck of America, Inc. | Service Agreement | Noticed |

Hover mouse cursor here for Contract Status Legend

**Important Notices:**     All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home     Logout                    June 10, 2009 @ 11:22:05 PM                    Copyright ©2009 AlixPartners, LLP | (41)