# EXHIBIT D

# GM CURE WEBSITE
# (ISUZU JAPAN – EVENING OF JUNE 10)

See attached.

# Contract Notices

User: EQsTDtPJ



My Contracts    Documents & Links

## Supplier Details

Vendor Master ID: **690542048**

| | |
|---|---|
| Supplier Name: **ISUZU MOTORS LTD** | |
| Contract Cure Amount: **$6,977,409.00** | |
| # of Contracts: **1454** | Click here to view Contracts |

### Cure Amount Details

| Remit DUNS | PO Number | Document | BOL | Document Date | Due Date | Amount |
|---|---|---|---|---|---|---|
| RD131944709 | GMS18335 | LAB0209EXP | | 3/31/2009 12:00:00 AM 03/31/2009 | STAYED | $128353 USD |
| RD131944709 | GMR89865 | LAB0509EXP | | 5/1/2009 12:00:00 AM 05/01/2009 | STAYED | $126798 USD |
| RD690542048 | 002RXHJT | 216372052 | | 5/26/2009 12:00:00 AM 05/26/2009 | STAYED | $1783.98 JPY |
| RD690542048 | PROKLN0000F | NAF6020012 | | 4/24/2009 12:00:00 AM 04/24/2009 | STAYED | $103891 JPY |
| RD690542048 | GM 41004 | 000088858 | | 4/28/2009 12:00:00 AM 04/28/2009 | STAYED | $103.03 JPY |
| RD690542048 | GM 41004 | 9205149M1 | | 5/14/2009 12:00:00 AM 05/14/2009 | STAYED | $24.9757 JPY |
| RD690542048 | GM 41004 | 000089082 | | 5/14/2009 12:00:00 AM 05/14/2009 | STAYED | $48.6922 JPY |
| RD690542048 | GM 41004 | 000090062 | | 5/30/2009 12:00:00 AM 05/30/2009 | 07/02/2009 | $10.494 JPY |
| RD690542048 | GM 41004 | 000090063 | | 5/30/2009 12:00:00 AM 05/30/2009 | 07/02/2009 | $32.7413 JPY |
| RD131944709 | PRO29RV0035 | H7855 | | 5/1/2009 12:00:00 AM 05/01/2009 | STAYED | $4221.99 JPY |
| RD131944709 | PRO29RV0035 | H7859 | | 5/4/2009 12:00:00 AM 05/04/2009 | STAYED | $938.22 JPY |
| RD131944709 | PRO29RV0035 | H7863 | | 5/5/2009 12:00:00 AM 05/05/2009 | STAYED | $3283.77 JPY |
| RD131944709 | PRO29RV0035 | H7869 | | 5/6/2009 12:00:00 AM 05/06/2009 | STAYED | $5160.21 JPY |
| RD131944709 | PRO29RV0035 | H7874 | | 5/7/2009 12:00:00 AM 05/07/2009 | STAYED | $5160.21 JPY |
| RD131944709 | PRO29RV0035 | H7878 | | 5/11/2009 12:00:00 AM 05/11/2009 | STAYED | $6567.54 JPY |
| RD131944709 | PRO29RV0035 | H7884 | | 5/12/2009 12:00:00 AM 05/12/2009 | STAYED | $2345.55 JPY |
| RD131944709 | PRO29RV0035 | H7888 | | 5/13/2009 12:00:00 AM 05/13/2009 | STAYED | $1876.44 JPY |
| RD131944709 | PRO29RV0035 | H7892 | | 5/14/2009 12:00:00 AM 05/14/2009 | STAYED | $4691.1 JPY |
| RD131944709 | PRO29RV0035 | H7896 | | 5/18/2009 12:00:00 AM 05/18/2009 | STAYED | $4221.99 JPY |
| RD131944709 | PRO29RV0035 | H7901 | | 5/19/2009 12:00:00 AM 05/19/2009 | STAYED | $3283.77 JPY |
| RD131944709 | PRO29RV0035 | H7907 | | 5/20/2009 12:00:00 AM 05/20/2009 | STAYED | $5160.21 JPY |
| RD131944709 | PRO29RV0035 | H7911 | | 5/21/2009 12:00:00 AM 05/21/2009 | STAYED | $3283.77 JPY |
| RD131944709 | PRO29RV0035 | H7914 | | 5/26/2009 12:00:00 AM 05/26/2009 | STAYED | $3752.88 JPY |
| RD131944709 | PRO29RV0035 | H7915 | | 5/27/2009 12:00:00 AM 05/27/2009 | STAYED | $4221.99 JPY |
| RD131944709 | PRO29RV0035 | H7916 | | 5/27/2009 12:00:00 AM | STAYED | $6098.43 JPY |

| | | | | | |
|---|---|---|---|---|---|
| RD131944709 | PRO29RV004F | POP090501 | 05/27/2009 5/1/2009 12:00:00 AM 05/01/2009 | STAYED | $26041.6 JPY |
| RD131944709 | PRO29RV004F | POP090504 | 5/4/2009 12:00:00 AM 05/04/2009 | STAYED | $60871.3 JPY |
| RD131944709 | PRO29RV004F | POP090505 | 5/5/2009 12:00:00 AM 05/05/2009 | STAYED | $69475.4 JPY |
| RD131944709 | PRO29RV004F | POP090506 | 5/6/2009 12:00:00 AM 05/06/2009 | STAYED | $61000.8 JPY |
| RD131944709 | PRO29RV004F | POP090507 | 5/7/2009 12:00:00 AM 05/07/2009 | STAYED | $17429.4 JPY |
| RD131944709 | PRO29RV004F | POP090511 | 5/11/2009 12:00:00 AM 05/11/2009 | STAYED | $43386.3 JPY |
| RD131944709 | PRO29RV004F | POP090512 | 5/12/2009 12:00:00 AM 05/12/2009 | STAYED | $34911.9 JPY |
| RD131944709 | PRO29RV004F | POP090513 | 5/13/2009 12:00:00 AM 05/13/2009 | STAYED | $35056.2 JPY |
| RD131944709 | PRO29RV004F | POP090514 | 5/14/2009 12:00:00 AM 05/14/2009 | STAYED | $43644.8 JPY |
| RD131944709 | PRO29RV004F | POP090518 | 5/18/2009 12:00:00 AM 05/18/2009 | STAYED | $69899.2 JPY |
| RD131944709 | PRO29RV004F | POP090519 | 5/19/2009 12:00:00 AM 05/19/2009 | STAYED | $87155.3 JPY |
| RD131944709 | PRO0PD501GD | POP090519 | 5/19/2009 12:00:00 AM 05/19/2009 | STAYED | $7.7026 JPY |
| RD131944709 | PRO29RV004F | POP090520 | 5/20/2009 12:00:00 AM 05/20/2009 | STAYED | $69525.1 JPY |
| RD131944709 | PRO29RV0006 | POP090520 | 5/20/2009 12:00:00 AM 05/20/2009 | STAYED | $5053.07 USD |
| RD131944709 | PRO29RV004F | POP090526 | 5/26/2009 12:00:00 AM 05/26/2009 | STAYED | $87173 JPY |
| RD131944709 | PRO29RV0006 | POP090526 | 5/26/2009 12:00:00 AM 05/26/2009 | STAYED | $6340.49 USD |
| RD131944709 | PRO29RV004F | POP090527 | 5/27/2009 12:00:00 AM 05/27/2009 | STAYED | $95808.5 JPY |
| RD131944709 | PRO29RV0006 | POP090527 | 5/27/2009 12:00:00 AM 05/27/2009 | STAYED | $6917.35 USD |
| RD131944709 | PRO29RV004F | POP090528 | 5/28/2009 12:00:00 AM 05/28/2009 | STAYED | $95749.2 JPY |
| RD131944709 | PRO29RV0006 | POP090528 | 5/28/2009 12:00:00 AM 05/28/2009 | STAYED | $6062.8 USD |
| RD131944709 | PRO29RV000G | H7854 | 5/1/2009 12:00:00 AM 05/01/2009 | STAYED | $154471 JPY |
| RD131944709 | PRO29RV00DW | H7856 | 5/1/2009 12:00:00 AM 05/01/2009 | STAYED | $7388.74 JPY |
| RD131944709 | PRO29RV000C | H7858 | 5/4/2009 12:00:00 AM 05/04/2009 | STAYED | $245402 JPY |
| RD131944709 | PRO29RV000J | H7860 | 5/4/2009 12:00:00 AM 05/04/2009 | STAYED | $250883 JPY |
| RD131944709 | PRO29RV000B | H7862 | 5/5/2009 12:00:00 AM 05/05/2009 | STAYED | $210458 JPY |
| RD131944709 | PRO29RV001D | H7866 | 5/5/2009 12:00:00 AM 05/05/2009 | STAYED | $27175.3 JPY |
| RD131944709 | PRO29RV000D | H7867 | 5/5/2009 12:00:00 AM 05/05/2009 | STAYED | $188603 JPY |
| RD131944709 | PRO29RV00DN | H7864 | 5/5/2009 12:00:00 AM 05/05/2009 | STAYED | $30820.2 JPY |
| RD131944709 | PRO29RV000B | H7868 | 5/6/2009 12:00:00 AM 05/06/2009 | STAYED | $181425 JPY |
| RD131944709 | PRO29RV000B | H7871 | 5/6/2009 12:00:00 AM 05/06/2009 | STAYED | $210142 JPY |
| RD131944709 | PRO29RV000B | H7872 | 5/7/2009 12:00:00 AM 05/07/2009 | STAYED | $107873 JPY |
| RD131944709 | PRO29RV000F | H7875 | 5/7/2009 12:00:00 AM 05/07/2009 | STAYED | $144008 JPY |
| RD131944709 | PRO29RV00DB | H7873 | 5/7/2009 12:00:00 AM 05/07/2009 | STAYED | $54043.4 JPY |
| RD131944709 | PRO29RV000K | H7877 | 5/11/2009 12:00:00 AM | STAYED | $113964 JPY |

| Contract | Part | Ref | Date1 | Date2 | Status | Amount |
|---|---|---|---|---|---|---|
| RD131944709 | PRO29RV000F | H7880 | 05/11/2009 5/11/2009 12:00:00 AM | 05/11/2009 | STAYED | $56856.5 JPY |
| RD131944709 | PRO29RV000F | H7881 | 5/12/2009 12:00:00 AM | 05/12/2009 | STAYED | $193693 JPY |
| RD131944709 | PRO29RV001D | H7882 | 5/12/2009 12:00:00 AM | 05/12/2009 | STAYED | $32412.3 JPY |
| RD131944709 | PRO29RV00F7 | H7883 | 5/12/2009 12:00:00 AM | 05/12/2009 | STAYED | $4581.01 JPY |
| RD131944709 | PRO29RV000K | H7886 | 5/13/2009 12:00:00 AM | 05/13/2009 | STAYED | $248783 JPY |
| RD131944709 | PRO29RV00DR | H7887 | 5/13/2009 12:00:00 AM | 05/13/2009 | STAYED | $83981.7 JPY |
| RD131944709 | PRO29RV000C | H7890 | 5/14/2009 12:00:00 AM | 05/14/2009 | STAYED | $216239 JPY |
| RD131944709 | PRO29RV00DW | H7891 | 5/14/2009 12:00:00 AM | 05/14/2009 | STAYED | $56973.7 JPY |
| RD131944709 | PRO29RV00DB | H7893 | 5/14/2009 12:00:00 AM | 05/14/2009 | STAYED | $21581.7 JPY |
| RD131944709 | PRO29RV0003 | H7895 | 5/18/2009 12:00:00 AM | 05/18/2009 | STAYED | $237767 JPY |
| RD131944709 | PRO29RV000C | H7898 | 5/18/2009 12:00:00 AM | 05/18/2009 | STAYED | $173860 JPY |
| RD131944709 | PRO29RV000F | H7899 | 5/18/2009 12:00:00 AM | 05/18/2009 | STAYED | $192512 JPY |
| RD131944709 | PRO29RV000N | H7900 | 5/19/2009 12:00:00 AM | 05/19/2009 | STAYED | $151971 JPY |
| RD131944709 | PRO29RV00DD | H7902 | 5/19/2009 12:00:00 AM | 05/19/2009 | STAYED | $26977.2 JPY |
| RD131944709 | PRO29RV000B | H7903 | 5/19/2009 12:00:00 AM | 05/19/2009 | STAYED | $148349 JPY |
| RD131944709 | PRO29RV000B | H7905 | 5/19/2009 12:00:00 AM | 05/19/2009 | STAYED | $184091 JPY |
| RD131944709 | PRO29RV000C | H7906 | 5/20/2009 12:00:00 AM | 05/20/2009 | STAYED | $180188 JPY |
| RD131944709 | PRO29RV00DN | H7908 | 5/20/2009 12:00:00 AM | 05/20/2009 | STAYED | $26619.5 JPY |
| RD131944709 | PRO29RV00D0 | H7908 | 5/20/2009 12:00:00 AM | 05/20/2009 | STAYED | $607.39 USD |
| RD131944709 | PRO29RV000G | H7909 | 5/20/2009 12:00:00 AM | 05/20/2009 | STAYED | $209892 JPY |
| RD131944709 | PRO29RV000K | H7913 | 5/26/2009 12:00:00 AM | 05/26/2009 | STAYED | $215210 JPY |
| RD131944709 | PRO29RV00GL | H7919 | 5/26/2009 12:00:00 AM | 05/26/2009 | STAYED | $71515.5 JPY |
| RD131944709 | PRO29RV00DB | H7917 | 5/26/2009 12:00:00 AM | 05/26/2009 | STAYED | $53406.1 JPY |
| RD131944709 | PRO29RV00CZ | H7917 | 5/26/2009 12:00:00 AM | 05/26/2009 | STAYED | $462.4 USD |
| RD131944709 | PRO29RV001M | H7920 | 5/27/2009 12:00:00 AM | 05/27/2009 | STAYED | $225590 JPY |
| RD131944709 | PRO29RV00DR | H7921 | 5/27/2009 12:00:00 AM | 05/27/2009 | STAYED | $61589.6 JPY |
| RD131944709 | PRO29RV000X | H7924 | 5/28/2009 12:00:00 AM | 05/28/2009 | STAYED | $242233 JPY |
| RD131944709 | PRO29RV0086 | 5282009 | 5/28/2009 12:00:00 AM | 05/28/2009 | STAYED | $5.79269 JPY |
| RD131944709 | PRO29RV0007 | H7926 | 5/28/2009 12:00:00 AM | 05/28/2009 | STAYED | $236330 JPY |
| RD131944709 | PRO29RV00D5 | H7925 | 5/28/2009 12:00:00 AM | 05/28/2009 | STAYED | $50170.7 JPY |
| RD131944709 | PRO29RV00CX | H7925 | 5/28/2009 12:00:00 AM | 05/28/2009 | STAYED | $1669.79 USD |
| RD131944709 | PRO29RV0007 | H7927 | 5/28/2009 12:00:00 AM | 05/28/2009 | STAYED | $95423.6 JPY |
| RD131944709 | PRO29RV00DR | 04-24-09 | 5/5/2009 12:00:00 AM | 05/05/2009 | STAYED | $-30.0269 JPY |
| RD131944709 | PRO29RV00FM | 05-05-09 | 5/6/2009 12:00:00 AM | | STAYED | $-367.878 JPY |

| | | | | | |
|---|---|---|---|---|---|
| RD690542048 | PRON41004 | 000088409 | 05/06/2009 4/26/2009 12:00:00 AM 04/26/2009 | 06/08/2009 | $199.386 JPY |
| RD690542048 | PRON41004 | 000088409 | 4/26/2009 12:00:00 AM 04/26/2009 | 06/08/2009 | $167.484 JPY |
| RD690542048 | PRON41004 | 000088409 | 4/26/2009 12:00:00 AM 04/26/2009 | 06/08/2009 | $499.903 JPY |
| RD690542048 | PRON41004 | 000088409 | 4/26/2009 12:00:00 AM 04/26/2009 | 06/08/2009 | $20.988 JPY |
| RD690542048 | PRON41004 | 000088409 | 4/26/2009 12:00:00 AM 04/26/2009 | 06/08/2009 | $3.77784 JPY |
| RD690542048 | PRON41004 | 000088409 | 4/26/2009 12:00:00 AM 04/26/2009 | 06/08/2009 | $6.04454 JPY |
| RD690542048 | PRON41004 | 000088409 | 4/26/2009 12:00:00 AM 04/26/2009 | 06/08/2009 | $130.577 JPY |

Records per page: 100

Records: 1 - 100 of 134 - Pages: 1|2

Important Notices:    All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout                                June 15, 2009 @ 10:22:11 AM                                Copyright ©2009 AlixPartners, LLP   | (41)

# Contract Notices

User: EQsTDtPJ



**My Contracts**    **Documents & Links**

## Supplier Details

Vendor Master ID: **690542048**

| | |
|---|---|
| Supplier Name: **ISUZU MOTORS LTD** | |
| Contract Cure Amount: **$6,977,409.00** | |
| # of Contracts: **1454** | Click here to view Contracts |

### Cure Amount Details

| Remit DUNS | PO Number | Document | BOL | Document Date | Due Date | Amount |
|---|---|---|---|---|---|---|
| RD690542048 | PRON41004 | 000088409 | 4/26/2009 12:00:00 AM 04/26/2009 | | 06/08/2009 | $285.794 JPY |
| RD690542048 | PRON41004 | 000088409 | 4/26/2009 12:00:00 AM 04/26/2009 | | 06/08/2009 | $38.7229 JPY |
| RD690542048 | PRON41004 | 000088409 | 4/26/2009 12:00:00 AM 04/26/2009 | | 06/08/2009 | $39.7408 JPY |
| RD690542048 | PRON41004 | 000088409 | 4/26/2009 12:00:00 AM 04/26/2009 | | 06/08/2009 | $39.7408 JPY |
| RD690542048 | PRON41004 | 000088409 | 4/26/2009 12:00:00 AM 04/26/2009 | | 06/08/2009 | $19.5188 JPY |
| RD690542048 | PRON41004 | 000088409 | 4/26/2009 12:00:00 AM 04/26/2009 | | 06/08/2009 | $19.5188 JPY |
| RD690542048 | PRON41004 | 000088409 | 4/26/2009 12:00:00 AM 04/26/2009 | | 06/08/2009 | $31.6394 JPY |
| RD690542048 | PRON41004 | 000088409 | 4/26/2009 12:00:00 AM 04/26/2009 | | 06/08/2009 | $11.7113 JPY |
| RD690542048 | PRON41004 | 000088409 | 4/26/2009 12:00:00 AM 04/26/2009 | | 06/08/2009 | $17.6299 JPY |
| RD690542048 | PRON41004 | 000088409 | 4/26/2009 12:00:00 AM 04/26/2009 | | 06/08/2009 | $3.06425 JPY |
| RD690542048 | PRON41004 | 000088409 | 4/26/2009 12:00:00 AM 04/26/2009 | | 06/08/2009 | $12.7817 JPY |
| RD690542048 | PRON41004 | 000088409 | 4/26/2009 12:00:00 AM 04/26/2009 | | 06/08/2009 | $103.324 JPY |
| RD690542048 | PRON41004 | 000088409 | 4/26/2009 12:00:00 AM 04/26/2009 | | 06/08/2009 | $79.9958 JPY |
| RD690542048 | PRON41004 | 000088409 | 4/26/2009 12:00:00 AM 04/26/2009 | | 06/08/2009 | $79.9958 JPY |
| RD690542048 | PRON41004 | 000088409 | 4/26/2009 12:00:00 AM 04/26/2009 | | 06/08/2009 | $4.62785 JPY |
| RD690542048 | PRON41004 | 000088409 | 4/26/2009 12:00:00 AM 04/26/2009 | | 06/08/2009 | $1.46916 JPY |
| RD690542048 | PRON41004 | 000*17960 | 5/9/2009 12:00:00 AM 05/09/2009 | | 07/02/2009 | $316.247 JPY |
| RD690542048 | PRON41004 | 000*17960 | 5/9/2009 12:00:00 AM 05/09/2009 | | 07/02/2009 | $103.324 JPY |
| RD690542048 | PRON41004 | 89219 | 5/8/2009 12:00:00 AM 05/08/2009 | | 07/02/2009 | $0.41976 JPY |
| RD690542048 | PRON41004 | 89219 | 5/8/2009 12:00:00 AM 05/08/2009 | | 07/02/2009 | $4.78526 JPY |
| RD690542048 | PRON41004 | 89289 | 5/9/2009 12:00:00 AM 05/09/2009 | | 07/02/2009 | $10.8508 JPY |
| RD690542048 | PRON41004 | 89289 | 5/9/2009 12:00:00 AM 05/09/2009 | | 07/02/2009 | $10.8508 JPY |
| RD690542048 | PRON41004 | 89289 | 5/9/2009 12:00:00 AM 05/09/2009 | | 07/02/2009 | $41.2309 JPY |
| RD690542048 | PRON41004 | 89430 | 5/13/2009 12:00:00 AM 05/13/2009 | | 07/02/2009 | $77.6241 JPY |
| RD690542048 | PRON41004 | 89430 | 5/13/2009 12:00:00 AM | | 07/02/2009 | $77.6241 JPY |

| | | | | | |
|---|---|---|---|---|---|
| RD690542048 | PRON41004 | 89430 | 05/13/2009<br>5/13/2009 12:00:00 AM<br>05/13/2009 | 07/02/2009 | $56.7411 JPY |
| RD690542048 | PRON41004 | 89548 | 5/15/2009 12:00:00 AM<br>05/15/2009 | 07/02/2009 | $1.46916 JPY |
| RD690542048 | PRON41004 | 89548 | 5/15/2009 12:00:00 AM<br>05/15/2009 | 07/02/2009 | $30.6845 JPY |
| RD690542048 | PRON41004 | 89548 | 5/15/2009 12:00:00 AM<br>05/15/2009 | 07/02/2009 | $10.8508 JPY |
| RD690542048 | PRON41004 | 89927 | 5/22/2009 12:00:00 AM<br>05/22/2009 | 07/02/2009 | $0.724086 JPY |
| RD690542048 | PRON41004 | 89927 | 5/22/2009 12:00:00 AM<br>05/22/2009 | 07/02/2009 | $69.6382 JPY |
| RD690542048 | PRON41004 | 89927 | 5/22/2009 12:00:00 AM<br>05/22/2009 | 07/02/2009 | $65.9653 JPY |
| RD690542048 | PRON41004 | 90067 | 5/26/2009 12:00:00 AM<br>05/26/2009 | 07/02/2009 | $11.1971 JPY |
| RD690542048 | PRON41004 | 90145 | 5/27/2009 12:00:00 AM<br>05/27/2009 | 07/02/2009 | $77.8655 JPY |

Records per page: 100

Records: 101 - 134 of 134 - Pages: 1|2

**Important Notices:**

All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

Home    Logout

June 15, 2009 @ 10:22:11 AM

Copyright ©2009 AlixPartners, LLP | (41)

https://contractnotices.com/MyContractDetails_og.aspx

6/15/2009