UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 09-50026 (REG) |
| GENERAL MOTORS CORP., *et al.,* | Jointly Administered |
| Debtors | |

---------------------------------------------------------------

## CERTIFICATE OF SERVICE

     I hereby certify that I am not a party to the action, that I am over eighteen years of age, and that on June 15, 2009, I caused to be filed by electronic filing with the United States Bankruptcy Court for the Southern District of New York the Limited Objection of Isuzu Entities to Assumption and Assignment of Executory Contracts and to Cure Costs Related Thereto, using the ECF system which will send notification of such filing to registered users in the case; and to be served via E-Mail and U.S. Mail on the following at the addresses set forth below.

| | |
|---|---|
| General Motors Corp., et al<br>c/o General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>   Attn: Warren Command Center<br>        Mailcode 480-206-114 | Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153 |
| Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281 |
| Michael J. Eldman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019 | Diana G. Adams, Esq.<br>Office of the U.S. Trustee for the Southern<br>   District of New York<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 |
| | |

| | |
|---|---|
| U.S. Treasury<br>Attn: Matthew Feldman, Esq.<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C. 20220 | |

Dated:  June 15, 2009                                    By:__/s/ Betsy D. Sanders___
                                                                                   Betsy D. Sanders

2