Jennifer L. Saffer (JS8015)
**J.L. SAFFER, P.C.**
Attorneys for TMI Custom Air Systems, Inc.
20 Vesey Street, 7th Floor
New York, New York 10007
Tel.: 212-608-6968
Fax: 212-608-1878


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                      :

In re                                         :                Chapter 11

                                         :

GENERAL MOTORS CORP., *et al.,*        :                Case No. 09-50026 (REG)

                                         :

                         Debtors.      :                (Jointly Administered)

                                         :

------------------------------------------------------------x


## NOTICE OF APPEARANCE AND
## <u>DEMAND FOR NOTICES AND PAPERS</u>


      **PLEASE TAKE NOTICE** that J.L.Saffer, P.C., hereby appears as the attorneys

for TMI Custom Air Systems, Inc. in the above-captioned case and pursuant to 11 U.S.C. §1109

and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure demands that all

notices that are required to be given and all pleadings and orders that are required to be served in

these cases be served at the addresses listed below:

                          Jennifer L. Saffer, Esq.
                          J.L. Saffer, P.C.
                          20 Vesey Street, 7th Floor
                          New York, New York 10007
                          Tel.: 212-608-6968
                          Fax: 212-608-1878
                          Email: jlsaffer@jlsaffer.com

With a copy to:

Robert A. Novak, Esq.
Robert A. Novak, PLLC
30850 Telegraph Road
Bingham Farms, MI 48025
Tel.:248-593-0377
Fax: 248-593-0385
Email: robertanovak@yahoo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not

only the notices, pleadings and orders referred to in the Rules specified above, but also includes,

without limitation, all other notices and papers, applications, motions, petitions, pleadings,

requests, complaints or demands, whether formal or informal, whether written or oral, and

whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, electronic

means or otherwise.

This Notice of Appearance and Demand for Notices and Papers shall not be

deemed or construed to be a waiver of TMI Custom Air Systems, Inc.'s rights (1) to have final

orders in noncore matters entered only after *de novo* review by the District Court; (2) to trial by

jury in any proceeding relating to this case; (3) to have the District Court withdraw the reference

in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims,

actions, setoffs, or recoupments to which TMI Custom Air Systems, Inc. is or may be entitled to

in law or at equity, all of which rights, claims, actions, defenses, setoffs and recoupments are

expressly reserved.

Dated:  New York, New York
         June 15, 2009

**J.L. SAFFER, P.C.**
Attorneys for TMI Custom Air Systems, Inc.

By:    s/ *Jennifer L. Saffer*
       Jennifer L. Saffer (JS-8015)
       20 Vesey Street, 7th Floor
       New York, New York 10007
       (212) 608-6968