Robert T. Smith
1451 East Lincoln Avenue
Madison Heights, Michigan 48071
*Phone:* (248) 586-3320
*Fax:* (248) 586-9611
*E-mail:* rsmith@cniinc.cc
*Attorney for CNI Enterprises, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                                     :
:  **Chapter 11 Case No.**
**GENERAL MOTORS CORP.,** *et al.*,              :
:  **09-50026 (REG)**
**Debtors.**                           :
:  **(Jointly Administered)**
:
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I certify that on June 15, 2009 I filed *CNI Enterprises, Inc.'s Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* using the Court's ECF system which will serve that document on all ECF participants and served that document by first class mail upon the following at the following addresses:

| | |
|---|---|
| The Debtors c/o General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>(Attn: Warren Command Center,<br>Mailcode 480-206-114) | Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Attn: Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinski, Esq.) |

-2-

U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C.
(Attn: Matthew Feldman, Esq.)

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
(Attn: Thomas Moers Mayer, Esq.
Kenneth H. Eckstein, Esq.
Gordon C. Novad, Esq.)

The Office of the United States Trustee for
the Southern District of New York
33 Whitehall Street, 47th Floor
New York, New York 10004
(Attn: Diana G. Adams, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
(Attn: John J. Rapisardi, Esq.)

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
(Attn: Michael J. Edelman, Esq.
Michael L. Schein, Esq.)

Dated: June 15, 2009

s/ Robert T. Smith
Robert T. Smith
1451 East Lincoln Avenue
Madison Heights, Michigan 48071
*Phone:* (248) 586-3320
*Fax:* (248) 586-9611
*E-mail:* rsmith@cniinc.cc

*Attorney for CNI Enterprises, Inc.*