**DLA PIPER LLP (US)**
KAROL K. DENNISTON (*Pro hac vice* pending)
JENNIFER L. NASSIRI (Admitted *Pro hac vice*)
550 South Hope Street, Suite 2300
Los Angeles, CA  90071-2678
Tel:  (213) 330-7700
Fax:  (213)330-7701
karol.denniston@dlapiper.com
jennifer.nassiri@dlapiper.com

Attorneys for Hewlett-Packard Company and all
of its affiliates, domestic and international, including
but not limited to Electronic Data Systems Corporation,
an HP company and Hewlett-Packard Financial Services Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **GENERAL MOTORS CORP., <u>et</u> <u>al</u>.,** | : | |
| | : | **Case No. 09-50026 (REG)** |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-----------------------------------------------------------------x

**<u>AMENDED</u>**
**<u>CERTIFICATE OF SERVICE</u>**

I, Jennifer L. Nassiri, do hereby certify, that on June 15, 2009, I caused true and correct

copies of the:

1. Response Of Hewlett-Packard Company And Electronic Data Systems LLC To Notices Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts And Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Property And (II) Cure Amounts Related Thereto [Docket No. 1112]; and

2. Response Of Hewlett-Packard Financial Services Company To Notices Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts And Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Property And (II) Cure Amounts Related Thereto [Docket No. 1115]

to be served (i) electronically through the Court's ECF System on parties requesting electronic service and (ii) on the parties listed on the below service list by the means indicated.

By:   /s/ Jennifer L. Nassiri

**Via Personal Delivery**

*Counsel for Debtors*
Weil, Gothsal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq.,
and Joseph H. Smolinsky, Esq.)
harvey.miller@weil.com;
stephen.karotkin@weil.com
joseph.smolinsky@weil.com

**Via Personal Delivery**

*Counsel for Purchaser*
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
(Attn: John J. Rapisardi, Esq.)
john.rapisardi@cwt.com

**Via Personal Delivery**

*Counsel for Creditors Committee*
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Tel: (212) 715-3275
dcho@kramerlevin.com

**Via Personal Delivery**

*Counsel for Export Development Canada*
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
(Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.)
mjedelman@vedderprice.com
mschein@vedderprice.com

**Via Personal Delivery**

*Office of the United States Trustee*
Office of the United States Trustee
(Attn: Diana G. Adams, Esq.)
33 Whitehall Street, 21st Floor
New York, New York 10004.
diana.adams@usdoj.gov

**Via Personal Delivery**

*U.S. Treasury*
U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
(Attn: Matthew Feldman, Esq.)

**Via Personal Delivery**

The Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Greet, Room 621
New York, NY 10004-1408

**Via Attempted Personal Delivery and Overnight Mail**

*Debtors*
c/o General Motors Corporation
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
(Attn: Warren Command Center Mailcode 480-206-114)