UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                                :
In re                                           :         Chapter 11
                                                :
GENERAL MOTORS CORP., *et al.,*                 :         Case No. 09-50026 (REG)
                                                :
                               Debtors.         :         (Jointly Administered)
                                                :
---------------------------------------------------------x

                                                CERTIFICATE OF SERVICE


        JENNIFER L. SAFFER, the attorney for TMI Custom Air Systems, Inc., affirms
under penalty of perjury that the following is true and correct.

        I am not a party to the action.  I am over the age of eighteen years and reside in
Brooklyn, New York.

        On June 15, 2009, I caused that certain "Notice of Appearance and Demand for
Notices and Papers" and "Limited Objection of TMI Custom Air Systems, Inc., to Notice of (I)
Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of
Personal Property, and Unexpired Leases of Personal Property, and Unexpired Leases of
Nonresidential Real Property and (II) Cure Costs Related Thereto" be served on the parties on the
attached service list by causing copies of the same to be enclosed in properly addressed Express
Mail envelopes, stamped with sufficient postage, and deposited in a mail box for the U.S. Postal
Service, and by the Court's ECF system.


                                        s/ *Jennifer L. Saffer*
                                        JENNIFER L. SAFFER

1.      Diana G. Adams, Esq.
        Office of the US Trustee for the Southern District of New York
        33 Whitehall Street, 21st Floor
        New York, NY 10004

2.      Warren Command Center, Mailcode 480-206-114
        General Motors Corporation
        Cadillac Building
        30009 Van Dyke Avenue
        Warren, MI  48090-9025

3.      Harvey Miller, Esq.
        Stephen Karotkin, Esq.
        Joseph H. Smolinsky, Esq.
        Weil, Gotshal & Manges LLP
        767 Fifth Avenue
        New York, NY  10153

4.      John J. Rapisardi, Esq.
        Cadwalader, Wickersham & Taft, LLP
        One World Financial Center
        New York, NY  10281

5.      Matthew Feldman, Esq.
        U.S. Department of Treasury
        1500 Pennsylvania Avenue NW, Room 2312
        Washington, DC  20220

6.      Michael J. Edelman, Esq.
        Michael L. Schein, Esq.
        Vedder Price, PC
        1633 Broadway, 47th Floor
        New York, NY  10019

7.      Kenneth Eckstein, Esq.
        Thomas Moers Mayer, Esq.
        Kramer Levin Naftalis & Frankel LLP
        1177 Avenue of the Americas
        New York, NY  10036

8.      <u>Chambers Copy</u>
        Hon. Robert E. Gerber
        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green, Room 621
        New York, NY  10004-1408