Varnum LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
Mary Kay Shaver (P-60411)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

—————————————————————x

In re:                                                    Case No. 09-50026 (REG)
                                                          (Jointly Administered)

GENERAL MOTORS CORP., et al.,

            Debtors.                                      Chapter 11

—————————————————————x

### AFFIDAVIT/CERTIFICATE OF SERVICE

The undersigned certifies that she is an employee of Varnum LLP and that on June 15, 2009 copies of: (1) Limited Objection by ADAC Plastics, Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto; (2) Limited Objection by BHM Technologies Holdings, Inc., the Brown Company of Waverly, LLC, The Brown Company of Moberly, LLC, and the Brown Corporation de Saltillo, S. de R.L. de C.V. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto; (3) Limited Objection by Cinetic Automation Corp., Cinetic DyAG Corporation and Cinetic Landis Corp. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto; (4) Limited Objection by Coastal Container Corporation and Vericorr Packaging of Coastal, LLC to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto; (5) Limited Objection by Dakkota Integrated Systems, L.L.C. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts

Related Thereto; (6) Limited Objection by J.L. French Automotive Castings, Inc. and Nelson Metal Products LLC to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto; (7) Limited Objection by Mando Corporation to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto; (8) Limited Objection by Modineer Co. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto; (9) Limited Objection by Summit Polymers, Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto; (10) Limited Objection by WITTE-Velbert Gmbh & Co. KG. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto; (11) Verified Statement Pursuant to Rule 2019 of the Bankruptcy Code; and (12) this Affidavit/Certificate of Service were served via respective e-mail addresses upon the ECF participants contained in the attached list hereto ("LIST OF ECF PARTICIPANTS"); and upon the parties below via mail delivery by placing the same in duly-addressed envelopes and depositing them in the firm's internal office mail for pick-up and delivery via U.S. Mail, First Class, postage prepaid thereon from Grand Rapids, Michigan, and via email or facsimile delivery as shown below:

| | |
|---|---|
| Debtors<br>c/o General Motors Corporation<br>Attn: Warren Command Center<br>Mailcode 480-206-114<br>30009 Van Dyke Avenue<br>Warren, MI  48090-9025<br>FAX: 248/312-7191 | Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>harvey.miller@weil.com<br>stephen.karotkin@weil.com<br>joseph.smolinsky@weil.com |

| Matthew Feldman, Esq.<br>U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC  20220<br>FAX: 202/622-6415 | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281<br>john.rapisardi@cwt.com |
|---|---|
| Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway 57th Floor<br>New York, NY  10019<br>medelamn@vedderprice.com<br>mschein@vedderprice.com | Office of U.S. Trustee for the<br>Southern District of New York<br>Attn: Diana G. Adams, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004<br>FAX: 212/668-2256 |

I declare that the above statements are true to the best of my information, knowledge and belief.


June 15, 2009                                          /s/ Charlene A. Vondett
                                                              Charlene A. Vondett


#2706291

## LIST OF ECF PARTICIPANTS

David B. Aaronson on behalf of Creditor QEK Global Solutions (US) LP
david.aaronson@dbr.com

Philip D. Anker on behalf of Creditor Pension Benefit Guaranty Corporation
philip.anker@wilmerhale.com

Joel D. Applebaum on behalf of Creditor Rubber Enterprises Incorporated
japplebaum@clarkhill.com

W. David Arnold on behalf of Unknown Affinia Group, Inc./Wix Filtration Corp.
darnold@rcolaw.com

Karin F. Avery on behalf of Creditor Cassens Transport Company
avery@silvermanmorris.com

Marc M. Bakst on behalf of Creditor KUKA Systems Corp. North America f/k/a KUKA Flexible
Production Systems Corp., KUKA Robotics Corp., and KUKA Assembly & Test Corp. f/k/a
B&K Corp.
mbakst@bodmanllp.com

David J. Baldwin on behalf of Creditor Norfolk Southern Corporation and Norfolk Southern
Railway
dbaldwin@potteranderson.com, bankruptcy@potteranderson.com

Elizabeth Banda on behalf of Creditor Arlington ISD
kwilliams@pbfcm.com

William M. Barron on behalf of Creditor Duerr AG
wbarron@sgrlaw.com

Robert L. Barrows on behalf of Creditor Charles Clark Chevrolet Co.
rbarrows@wdblaw.com

Robert N. Bassel on behalf of Interested Party Eberspaecher North America, Inc.
ecfbbassel@gmail.com

Christopher Robert Belmonte on behalf of Interested Party Moody's Investors Service
cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer on behalf of Creditor FMR Corp.
hbeltzer@morganlewis.com

Frederick A. Berg on behalf of Creditor Applied Manufacturing Technologies
fberg@kotzsangster.com

Wanda Borges on behalf of Unknown Raycom Media, Inc.
borgeslawfirm@aol.com

Jean Winborne Boyles on behalf of Unknown D&J Automotive, LLC
jboyles@jhvgmlaw.com, KCOLE@JHVGMLAW.COM

Kimberly A. Brennan on behalf of Creditor Dealer Tire, LLC.
kab@mccarthylebit.com

Lynn M. Brimer on behalf of Creditor Pioneer Steel Corporation
lbrimer@stroblpc.com, sfraser@stroblpc.com

James L. Bromley on behalf of Interested Party International Business Machines Corporation
(IBM)
maofiling@cgsh.com

William J. Brown on behalf of Creditor E.I. Du Pont De Nemours and Company
wbrown@phillipslytle.com

Theresa V. Brown-Edwards on behalf of Creditor Norfolk Southern Corporation and Norfolk
Southern Railway
bankruptcy@potteranderson.com

Mark Edwin Browning on behalf of Creditor Texas Comptroller of Public Accounts
BK-MBROWNING@OAG.STATE.TX.US, sherri.simpson@oag.state.tx.us

Andrew P. Brozman on behalf of Creditor ABN AMRO BANK N.V.
andrew.brozman@cliffordchance.com, sarah.campbell@cliffordchance.com

Adam D. Bruski on behalf of Creditor Mahar Tool Supply Co.
adbruski@lambertleser.com

Charles D. Bullock on behalf of Unknown FATA Automation, Inc.
cbullock@sbplclaw.com

James Christopher Caldwell on behalf of Creditor Satterlund Supply Company
ccaldwell@starkreagan.com

John F. Carberry on behalf of Creditor Emigrant Business Credit Corp.
jcarberry@cl-law.com, dsantos@cl-law.com

James C. Carignan on behalf of Creditor SKF USA Inc.
carignanj@pepperlaw.com

James S. Carr on behalf of Creditor BP Canada Energy Marketing Corp. and BP Energy

Company
KDWBankruptcyDepartment@kelleydrye.com

George B. Cauthen on behalf of Creditor Michelin Tire Corp.
george.cauthen@nelsonmullins.com,
mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com

Babette A. Ceccotti on behalf of Creditor International Union, United Automobile, Aerospace
and Agricultural Implement Workers of America (UAW)
bceccotti@cwsny.com, ecf@cwsny.com

Joseph M. Cerra on behalf of Creditor Affiliated Computer Services of Spain SL
jcerra@formanlaw.com

Teresa H. Chan on behalf of Interested Party The Lender Group
kkansa@sidley.com;emcdonnell@sidley.com

J Eric Charlton on behalf of Creditor Autoport Limited
echarlton@hiscockbarclay.com

Sarah M. Chen on behalf of Unknown Praxair Distribution Inc.
schen@lockelord.com

Gloria M. Chon on behalf of Creditor Custom Automotive Services, Inc.
gloria.chon@kkue.com

Jennifer Anne Christian on behalf of Creditor LEM U.S.A., Inc.
jchristian@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Marvin E. Clements on behalf of Creditor Tennessee Board of Regents-Columbia State
Community College
agbanknewyork@ag.tn.gov

Tiffany Strelow Cobb on behalf of Creditor AOL LLC
tscobb@vorys.com, cdfricke@vorys.com

Dennis J. Connolly on behalf of Interested Party Autoliv ASP, Inc.
dconnolly@alston.com

Michael T. Conway on behalf of Creditor Honeywell International Inc.
michael.conway@leclairryan.com

Susan M. Cook on behalf of Creditor Knight Facilities Management, Inc.
smcook@lambertleser.com

Dawn R. Copley on behalf of Creditor Johnson Controls, Inc.

dcopley@dickinsonwright.com,dnavin@dickinsonwright.com

Trent P. Cornell on behalf of Interested Party General Motors National Retiree Association, Over The Hill Car People, LLC
tcornell@stahlcowen.com

Jeffrey L. Coxon on behalf of Creditor Molded Fiber Glass Companies
rellis@warrenyoung.com

David N. Crapo on behalf of Interested Party J.D. Power and Associates
dcrapo@gibbonslaw.com

Randall D. Crocker on behalf of Unknown Emerson Electric, Inc.
rcrocker@vonbriesen.com

Michael G. Cruse on behalf of Creditor Auma S.A. de C.V.
mcruse@wnj.com, hziegler@wnj.com

Thomas H. Curran on behalf of Creditor Dave Delaney's Columbia Buick-Pontiac-GMC Company, LLC
tcurran@haslaw.com, calirm@haslaw.com

Teresa K.D. Currier on behalf of Creditor Johnson Matthey Testing and Development and Johnson Matthey Incorporated
tcurrier@saul.com, mflores@saul.com

Vincent D'Agostino on behalf of Creditor AT&T
vdagostino@lowenstein.com

Peter D'Apice on behalf of Creditor Ad Hoc Committee of Asbestos Personal Injury Claimants
dapice@sbep-law.com

Renee M. Dailey on behalf of Creditor Georg Fischer Automotive AG
renee.dailey@bgllp.com, meghan.olsen@bgllp.com

Colin Thomas Darke on behalf of Creditor Citation Corporation
cdarke@bodmanllp.com

James E. DeLine on behalf of Creditor AVL Instrumentation & Test Systems, Inc.
jed@krwlaw.com, pal@krwlaw.com

Gabriel Del Virginia, Esq. on behalf of Creditor Hess Corporation
gabriel.delvirginia@verizon.net

Sam Della Fera on behalf of Creditor Sika Corporation
sdellafera@trenklawfirm.com

Melissa Detrick on behalf of Creditor Fluid Routing Solutions, Inc.
detrick@marshall-melhorn.com

Benjamin P. Deutsch on behalf of Creditor Ad Hoc Committee of Consumer Victims of General
Motors
bdeutsch@schnader.com

Frank W. DiCastri on behalf of Creditor Webasto Roof Systems Inc.
fdicastri@foley.com

Gerard DiConza on behalf of Creditor Analysts International Corporation
gdiconza@dlawpc.com, las@dlawpc.com

Amish R. Doshi on behalf of Creditor IDB Leasing, Inc.
adoshi@daypitney.com

Mary Joanne Dowd on behalf of Unknown Toyota Boshoku America, Inc.
dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com

Kathryn E. Driscoll on behalf of Creditor DeMaria Building Company
kdriscoll@pmppc.com

Michael James Edelman on behalf of Creditor Export Development Canada
mjedelman@vedderprice.com, ecfnydocket@vedderprice.com

Dan Elias on behalf of Unknown Severn Trent Del., Inc.
delias@eliasgroup.com

Erin L. Eliasen on behalf of Creditor The Cobalt Group, Inc.
eleliasen@stoel.com, basargent@stoel.com

Judith Elkin on behalf of Creditor CEVA Logistics
judith.elkin@haynesboone.com

Alyssa Englund on behalf of Creditor Unofficial GM Dealers Committee
aenglund@orrick.com

Richard L. Epling on behalf of Creditor LMC Resources Capital Limited Partnership
richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Belkys Escobar on behalf of Creditor County of Loudoun, Virginia
belkys.escobar@loudoun.gov

Amy Evans on behalf of Creditor Foster Electric (U.S.A.) Inc. a/k/a Foster Electric America
aevans@crosslaw.com

Kerry M Ewald on behalf of Creditor Johnson Controls, Inc.
kewald@dickinsonwright.com

Stephen Vincent Falanga on behalf of Creditor Panasonic Electric Works Corporation of
America
sfalanga@connellfoley.com

Robert Michael Farquhar on behalf of Creditor Det Norkse Veritas (USA), Inc.
mfarquhar@winstead.com, whsu@winstead.com

William L. Farris on behalf of Creditor Fiat S.P.A.
farrisw@sullcrom.com

Thomas R. Fawkes on behalf of Creditor PGW, LLC
tfawkes@freebornpeters.com

Carol A. Felicetta on behalf of Creditor Barnes Group Inc.
cfelicetta@reidandreige.com

Alyson M. Fiedler on behalf of Creditor Columbia Gas Transmission Corporation
afiedler@schiffhardin.com

Robert J. Figa on behalf of Creditor George P. Johnson Company
rfiga@comlawone.com

Andrea Fischer on behalf of Creditor The Gerstenslager Company
afischer@olshanlaw.com, ssallie@olshanlaw.com;mmarck@olshanlaw.com

Deborah L. Fish on behalf of Creditor Overhead Conveyor Company
dfish@allardfishpc.com

Elizabeth K. Flaagan on behalf of Creditor Oxbow Carbon & Minerals LLC
eflaagan@faegre.com

Daniel J. Flanigan on behalf of Interested Party Convergys Corporation
dflanigan@polsinelli.com, tbackus@polsinelli.com

Kenneth A. Flaska on behalf of Creditor John E. Green Company
gm@dmms.com

Jonathan L. Flaxer on behalf of Interested Party Panasonic Automotive Systems Company of
America, Division of Panasonic Corporation of North America
jflaxer@golenbock.com,
ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com;mlu@golenbock.
com

Stephen B. Foley on behalf of Creditor T.V. Minority Company, Inc.
sfoley@sbfpc.com, kkish@sbfpc.com

Shawn Randall Fox on behalf of Creditor Affinion Loyalty Group, Inc.
sfox@mcguirewoods.com

Mark S. Frankel on behalf of Creditor Commercial Contracting Corporation
mfrankel@couzens.com

Scott J. Freedman on behalf of Creditor Dow Chemical Canada ULC
sfreedman@dilworthlaw.com

Mark J. Friedman on behalf of Creditor GP Strategies Corporation
mark.friedman@dlapiper.com

Victoria D. Garry on behalf of Unknown Ohio Attorney General
vgarry@ag.state.oh.us

Wendy J. Gibson on behalf of Creditor Scripps Networks, LLC
wgibson@bakerlaw.com

Jeanette M. Gilbert on behalf of Unknown Motley Rice LLC
jgilbert@motleyrice.com

Celeste R. Gill on behalf of Attorney Michigan Department of Environmental Quality
gillcr@michigan.gov, sherwoodj@michigan.com

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue
sdnyecf@dor.mo.gov

Andrew C. Gold on behalf of Unknown Branson Ultrasonics Corporation
agold@herrick.com

Sonya N. Goll on behalf of Unknown FATA Automation, Inc.
sgoll@sbplclaw.com

Brett D. Goodman on behalf of Interested Party Allied Automotive Group, Inc., Allied Systems,
Ltd. (L.P.), and Transport Support LLC
brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com

Robert D. Gordon on behalf of Creditor ATS Automation Tooling Systems, Inc.
rgordon@clarkhill.com

Neil Andrew Goteiner on behalf of Interested Party General Motors Retiree Association
ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com

Brian M. Graham on behalf of Creditor Grubb & Ellis Management Services, Inc.
bgraham@salawus.com, bmgrahampack@sbcglobal.net

Christopher F. Graham on behalf of Interested Party Industry Canada
cgraham@mckennalong.com,
jvargas@mckennalong.com;rgee@mckennalong.com;jmayes@mckennalong.com;ehall@mckennalong.com

William T. Green on behalf of Creditor Lawrence Marshall Chevrolet II, LLC
uncbill@msn.com

John T. Gregg on behalf of Creditor Continental Tire North America, Inc.
jgregg@btlaw.com

Stephen M. Gross on behalf of Creditor Swagelok Company
sgross@mcdonaldhopkins.com

Stephen B. Grow on behalf of Creditor GHSP, Inc.
sgrow@wnj.com, kfrantz@wnj.com

Elizabeth A. Haas on behalf of Creditor Compagnie De Saint-Gobain
info@thehaaslawfirm.com

Paul R. Hage on behalf of Creditor Ideal Contracting, L.L.C.
phage@jaffelaw.com

Richard F. Hahn on behalf of Creditor Hertz Corporation
rfhahn@debevoise.com;jchung@debevoise.com;mao-ecf@debevoise.com

Paula A. Hall on behalf of Creditor TechTeam Global, Inc.
hall@bwst-law.com, marbury@bwst-law.com

Alan D. Halperin on behalf of Unknown Brandenburg Industrial Service Company
ahalperin@halperinlaw.net,
cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net

Michael C. Hammer on behalf of Creditor Advics North America, Inc.
mchammer3@dickinsonwright.com

Ryan D. Heilman on behalf of Attorney BASF Corporation
rheilman@schaferandweiner.com

Suzanne Hepner on behalf of Creditor United Steelworkers
shepner@lrbpc.com,
ecarder@lrbpc.com;jcahn@lrbpc.com;rbarbur@lrbpc.com;psherer@lrbpc.com

Mark D. Hofstee on behalf of Attorney Mark Hofstee
markh@bolhouselaw.com

Michael S. Holmes on behalf of Creditor River Oaks L-M, Inc. dba Westpoint
, mshatty@yahoo.com

Jonathan Hook on behalf of Creditor Airgas, Inc.
jonathan.hook@haynesboone.com,
lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com

P. Warren Hunt on behalf of Creditor AVL Instrumentation & Test Systems, Inc.
pwh@krwlaw.com

John J. Hunter on behalf of Creditor ZF Friedrichshafen AG
jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Donald J. Hutchinson on behalf of Creditor Charter Township of Delta, Michigan
hutchinson@millercanfield.com

Roland Hwang on behalf of Unknown Michigan Department of Energy, Labor & Economic
Growth, Unemployment Insurance Agency
hwangr@michigan.gov

Elihu Inselbuch on behalf of Attorney Caplin & Drysdale, Chartered
eb@capdale.com

Adam H. Isenberg on behalf of Creditor CVS Pharmacy, Inc.
aisenberg@saul.com

Peter F. Jazayeri on behalf of Creditor Salas Automotive Group, Inc.
pjazayeri@ecjlaw.com

Nan E. Joesten on behalf of Interested Party General Motors Retiree Association
njoesten@fbm.com

John J. Jolley on behalf of Creditor Xerox Capital Services, LLC
jay.jolley@kutakrock.com

Gregory O. Kaden on behalf of Creditor 767 Fifth Partners LLC
gkaden@goulstonstorrs.com

Stephen Karotkin on behalf of Debtor Chevrolet-Saturn of Harlem, Inc.
theodore.tsekerides@weil.com;Shai.Waisman@weil.com;Rachel.albanese@weil.com;michele.m
eises@weil.com;ilusion.rodriguez@weil.com;nathan.pierce@weil.com;lacey.laken@weil.com

Karel S. Karpe on behalf of Creditor Cisco Systems Capital Corporation
karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com

Andrew C. Kassner on behalf of Creditor Automotive Component Carriers LLC
andrew.kassner@dbr.com

Susan R. Katzoff on behalf of Interested Party The Schaefer Group, Inc.
skatzoff@hiscockbarclay.com, lmcrobbie@hiscockbarclay.com

Thomas M. Kennedy on behalf of Creditor IUE-CWA, AFL-CIO
tkennedy@kjmlabor.com

Thomas L. Kent on behalf of Unknown DTE Lordstown, LLC
tomkent@paulhastings.com

Richardo I. Kilpatrick on behalf of Creditor City of Detroit
ecf@kaalaw.com, lrobertson@kaalaw.com

Jennifer B. Kimble on behalf of Creditor Gestamp Alabama, LLC
jkimble@burr.com, mstinson@burr.com;mivey@burr.com

Kathleen H. Klaus on behalf of Creditor M-Tech Associates
khk@maddinhauser.com

Jeff Klusmeier on behalf of Creditor State of Missouri
jeff.klusmeier@ago.mo.gov

Thomas F. Koegel on behalf of Creditor Enterprise Rent-A-Car Company
tkoegel@flk.com

Deborah Kovsky-Apap on behalf of Creditor SKF USA Inc.
kovskyd@pepperlaw.com,
kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

Debra A. Kowich on behalf of Creditor Board of Regents of The University of Michigan
dkowich@umich.edu, schmitzr@umich.edu

Robert R. Kracht on behalf of Creditor Dealer Tire, LLC.
rrk@mccarthylebit.com

Stuart A. Krause on behalf of Interested Party Toyota Tsusho America, Inc.
skrause@zeklaw.com

J. Alex Kress on behalf of Creditor KONE, Inc. and KONE Elevators
akress@riker.com

Patrick J. Kukla on behalf of Creditor Behr America, Inc.
pkukla@carsonfischer.com

Darryl S. Laddin on behalf of Creditor Verizon Communications Inc.
bkrfilings@agg.com

Michael C. Lambert on behalf of Creditor Compania Sud Americana de Vapores S.A.
mclambert@lawpost-nyc.com

Stuart A. Laven on behalf of Creditor Hilite Industries, Inc.
slaven@bfca.com

James N. Lawlor on behalf of Unknown Brazing Concepts LLC
jlawlor@wmd-law.com, gbenaur@wmd-law.com

David S. Lefere on behalf of Attorney David Lefere
davidl@bolhouselaw.com

Michael S. Leib on behalf of Creditor South Troy Tech, LLC
msl@maddinhauser.com, bac@maddinhauser.com

David A. Lerner on behalf of Creditor G-Tech Professional Staffing, Inc.
dlerner@plunkettcooney.com

Larry A. Levick on behalf of Creditor Affiliated Computer Services, Inc.
levick@singerlevick.com, croote@singerlevick.com;ckirkland@singerlevick.com

Barry E. Lichtenberg on behalf of Creditor Albar Industries, Inc.
barryster@att.net

Demetra Liggins on behalf of Creditor Mitsubishi Engine North America, Inc.
demetra.liggins@tklaw.com

David T. Lin on behalf of Creditor Superior Acquisition, Inc. d/b/a Superior Electric Great Lakes
Company
dlin@seyburn.com

Thomas K. Lindahl on behalf of Creditor Chemico Mays, LLC
tlindahl@mcdonaldhopkins.com

Edward J. LoBello on behalf of Unknown Class Representatives of Int'l Union, UAW, et. al. v.
General Motors Corp., Civil Action No. 07-14074 (E.D. Mich.)
elobello@msek.com

Eric Lopez Schnabel on behalf of Interested Party Entergy Mississippi, Inc.
schnabel.eric@dorsey.com

Cynthia Jordan Lowery on behalf of Creditor Hagemeyer, N.A.
cynthialowery@mvalaw.com

Tristan Manthey on behalf of Creditor Pratt & Miller Engineering & Fabrication, Inc.
tmanthey@hellerdraper.com

Kayalyn A. Marafioti on behalf of Creditor Delphi Corporation
kmarafio@skadden.com

Michael A. Maricco on behalf of Creditor Pension Benefit Guaranty Corporation
maricco.michael@pbgc.gov, efile@pbgc.gov

Richard W. Martinez on behalf of Creditor Specialty Engine Components, LLC
Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com

Jil Mazer-Marino on behalf of Creditor American Electric Power
jmazermarino@msek.com, kgiddens@msek.com

Frank McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Barbara S Mehlsack on behalf of Creditor International Union of Operating Engineers ("IUOE")
and IUOE Locals 101, 18s, 832s
bmehlsack@gkllaw.com

Brian H. Meldrum on behalf of Creditor Akebono Corporation (North America)
bmeldrum@stites.com

Marc B. Merklin on behalf of Creditor FirstEnergy Corporation
mmerklin@brouse.com

Christopher A. Merritt on behalf of Unknown Nagel Precision, Inc.
cmerritt@rjlps.com

Richard M. Meth on behalf of Creditor Spartan Light Metal Products, Inc.
msteen@daypitney.com

G. Christopher Meyer on behalf of Creditor Eaton Corporation
cmeyer@ssd.com

Angela Z. Miller on behalf of Creditor A.W. Farrell & Son Inc.
amiller@phillipslytle.com, jhahn@phillipslytle.com

Harvey R. Miller on behalf of Debtor General Motors Corporation
harvey.miller@weil.com, garrett.fail@weil.com

Joseph Thomas Moldovan on behalf of Creditor Blue Cross Blue Shield of Michigan
bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com

James P. Moloy on behalf of Creditor United REMC
jmoloy@dannpecar.com

Timothy D. Moratzka on behalf of Creditor Bowman & Brooke, LLP
tdm@mcmlaw.com

Max Anderson Moseley on behalf of Creditor Serrra Chevrolet of Birmingham, Inc.
mam@jbpp.com, mkd@jbpp.com

Eric T. Moser on behalf of Interested Party PPG Industries, Inc.
eric.moser@klgates.com, kristen.serrao@klgates.com

Jill L. Murch on behalf of Creditor Cummins Inc., et al.
jmurch@foley.com, lapeterson@foley.com;khall@foley.com

Jennifer L. Nassiri on behalf of Creditor Electronic Data Systems
jennifer.nassiri@dlapiper.com

Michael A. Nedelman on behalf of Creditor Logistics Insight Corp. (LINC)
mnedelman@nglegal.com, mwatler@nglegal.com;egloetzner@nglegal.com

Melissa Z. Neier on behalf of Interested Party Sonic Automotive, Inc.
mneier@ibolaw.com

Michael E. Norton on behalf of Creditor SSDC Services Corp.
mnorton@nortonlawassociates.com

Gordon Z. Novod on behalf of Creditor Committee Official Committee of Unsecured Creditors
of General Motors Corporation
gnovod@kramerlevin.com, dcho@kramerlevin.com

Sean A. O'Neal on behalf of Creditor The Interpublic Group Of Companies, Inc. and its
subsidiaries
soneal@cgsh.com,
maofiling@cgsh.com;jcroft@cgsh.com;skleinman@cgsh.com;ashajnfeld@cgsh.com;crodriguez
@cgsh.com;sarobinson@cgsh.com

Norman D. Orr on behalf of Creditor Custom Automotive Services, Inc.
norman.orr@kkue.com

Mark Russell Owens on behalf of Creditor Hirata Corporation of America
mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com

Ingrid S. Palermo on behalf of Creditor Bob Hastings Buick-GMC, Inc.
ipalermo@hselaw.com

Paul J. Pascuzzi on behalf of Creditor The McClatchy Company
ppascuzzi@ffwplaw.com

Robert W. Phillips on behalf of Unknown SimmonsCooper Cancer Claimants
rphillips@simmonscooper.com

James A. Plemmons on behalf of Creditor Advics North America, Inc.
jplemmons2@dickinsonwright.com

Robert C. Pottinger on behalf of Attorney Robert Pottinger
rcpottinger@bslbv.com

Susan Power-Johnston on behalf of Creditor Union Pacific Distribution Services
sjohnston@cov.com, jmcneil@cov.com

Ronald S. Pretekin on behalf of Creditor Harco Manufacturing Group LLC
pretekin@coollaw.com, piatt@coollaw.com

Jessica E. Price on behalf of Creditor FirstEnergy Corporation
jprice@brouse.com

Jonathan I. Rabinowitz on behalf of Attorney Jonathan Rabinowitz
jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com

Dennis Jay Raterink on behalf of Creditor Michigan Funds Administration
raterinkd@michigan.gov

Eric T. Ray on behalf of Creditor Sierra Pacific Power Company
eray@balch.com

Michael Reed on behalf of Creditor Local Texas Taxing Authorities
nycourts@mvbalaw.com

Marc E. Richards on behalf of Attorney Co-Counsel for DENSO International America, Inc.
mrichards@blankrome.com

Michael P. Richman on behalf of Creditor Unofficial Committee of Family & Dissident GM
Bondholders
mrichman@pattonboggs.com

Paul J. Ricotta on behalf of Creditor Hitachi Automotive Products (USA), Inc.
pricotta@mintz.com

David D. Ritter on behalf of Creditor DeMontrond Buick Company
ecf@krcl.com, dritter@krcl.com

Marianne Goldstein Robbins on behalf of Creditor International Ass'n of Machinists &
Aerospace Workers (IAMAW)
MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM

Courtney Rogers on behalf of Creditor APL Co. Pte. Ltd.
crogers@orrick.com

Sanford Philip Rosen on behalf of Creditor L + A Architects, Inc.
rpc@rosenpc.com, srosen@rosenpc.com

Adam L. Rosen on behalf of Creditor Publicis Groupe Operating Divisions, LLC
filings@spallp.com, arosen@silvermanacampora.com

Robert J. Rosenberg on behalf of Interested Party Allison Transmission, Inc., f/k/a Clutch
Operating Company, Inc.
adam.goldberg@lw.com

Andrew Neil Rosenberg on behalf of Unknown Informal Group of Holders of General Motors
Unsecured Notes
mtattnall@paulweiss.com

David A. Rosenzweig on behalf of Creditor AT&T
DRosenzweig@Fulbright.com

Douglas B. Rosner on behalf of Creditor 767 Fifth Partners LLC
drosner@goulstonstorrs.com

Robert R. Ross on behalf of Creditor Federal Express Corporation
rrross@fedex.com

George V. Royle on behalf of Unknown GE Capital Corporation
george.royle@lw.com

John A. Ruemenapp on behalf of Creditor Burns International Industrial Contracting
jruemenapp@wysr-law.com, yhenderson@wysr-law.com

Scott K. Rutsky on behalf of Interested Party State Street Bank and Trust Company
srutsky@proskauer.com

Chester B. Salomon on behalf of Creditor Factory Motor Parts Company
csalomon@beckerglynn.com, aranade@beckerglynn.com;jholdridge@beckerglynn.com

Diane W. Sanders on behalf of Creditor Cameron County
austin.bankruptcy@publicans.com

Thomas P. Sarb on behalf of Creditor Benteler Automotive Corp.
ecfsarbt@millerjohnson.com

Thomas J. Schank on behalf of Creditor ZF Friedrichshafen AG
tomschank@hunterschank.com, mcraig@hunterschank.com

Kenneth M. Schneider on behalf of Creditor Visscher-Caravelle NA, Inc.
smpcecf@gmail.com

Carey D. Schreiber on behalf of Creditor International Automotive Component Group North
America Inc.
cschreiber@winston.com

Steven Schwartz on behalf of Creditor Capgemini America, Inc.
sschwart@winston.com

Matthew L. Schwartz on behalf of Unknown United States Of America
matthew.schwartz@usdoj.gov

Kenneth J. Schweiker on behalf of Creditor Sap America, Inc.
kschweiker@brownconnery.com

Stephen B. Selbst on behalf of Interested Party Bridgestone Americas Tire Operations, LLC
sselbst@herrick.com, courtnotices@herrick.com

Jacob B. Sellers on behalf of Creditor Canadian Pacific Railway Company
jacob.sellers@leonard.com

David J. Selwocki on behalf of Creditor Convention & Show Services, Inc.
brogers@swappc.com

Joseph R. Sgroi on behalf of Debtor General Motors Corporation
jsgroi@honigman.com

Mark H. Shapiro on behalf of Creditor ICM Systems, LLC
shapiro@steinbergshapiro.com

Mary Kay Shaver on behalf of Creditor ADAC Plastics, Inc.
mkshaver@varnumlaw.com

Brian L. Shaw on behalf of Creditor ATC Drivetrain, Inc.
bshaw100@shawgussis.com

Andrea Sheehan on behalf of Creditor Carrollton Farmers Branch Independent School District
sheehan@txschoollaw.com,
coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Tricia A. Sherick on behalf of Debtor General Motors Corporation
tsherick@honigman.com

Joseph E. Shickich on behalf of Creditor Microsoft Corporation and Microsoft Licensing, GP
jshickich@riddellwilliams.com

Matthew J. Shier on behalf of Creditor Sierra Mountain Express, Inc.
mshier@pinnaclelawgroup.com, mterry@pinnaclelawgroup.com

Michael P. Shuster on behalf of Creditor Enprotech Mechanical Services, Inc.
mpshuster@hahnlaw.com

Robert Sidorsky on behalf of Creditor Jackson-Dawson Communications, Inc.
sidorsky@butzel.com

John A. Simon on behalf of Creditor Cooper-Standard Automotive, Inc.
jsimon@foley.com

Rebecca H. Simoni on behalf of Unknown Emerson Electric, Inc.
rsimoni@vonbriesen.com, jpurpora@vonbriesen.com

Christina C. Skubic on behalf of Attorney Brayton Purcell LLP
bankruptcy@braytonlaw.com

Robert T. Smith on behalf of Creditor CNI Enterprises, Inc.
rsmith@cniinc.cc

Edward Smith on behalf of Creditor Penske Auto Group, Inc.
easmith@venable.com

Richard G. Smolev on behalf of Attorney Kaye Scholer LLP
rsmolev@kayescholer.com,
rrotman@kayescholer.com;maosbny@kayescholer.com;rcappiello@kayescholer.com

Joseph H. Smolinsky on behalf of Debtor General Motors Corporation
Joseph.Smolinsky@weil.com

Fredric Sosnick on behalf of Creditor American Axle Manufacturing Holdings, Inc. and its
Affiliates
karen.park@shearman.com,randy.martin@shearman.com,jennifer.lin@shearman.com,kerri.silve
r@shearman.com

Arthur J. Spector on behalf of Creditor SCI, Ltd
aspector@bergersingerman.com,
jdiaz@bergersingerman.com;byglesia@bergersingerman.com;efile@bergersingerman.com

Leslie Stein on behalf of Creditor Superior Acquisition, Inc. d/b/a Superior Electric Great Lakes
Company
lstein@seyburn.com, seccles@seyburn.com

Jeffrey S. Stein on behalf of Unknown The Garden City Group, Inc.
Jeff_Stein@gardencitygroup.com,
Kenneth_Freda@gardencitygroup.com;jennifer.keough@gardencitygroup.com

Fred Stevens on behalf of Creditor StarSource Management Services
fstevens@foxrothschild.com

Jason V. Stitt on behalf of Creditor Cintas Corporation
jstitt@kmklaw.com

Harvey A. Strickon on behalf of Unknown Rolls-Royce plc and Rolls-Royce Corporation
harveystrickon@paulhastings.com

James M. Sullivan on behalf of Creditor Discovery Communications, LLC
sullivan.james@arentfox.com, constantino.nova@arentfox.com

Michelle T. Sutter on behalf of Creditor Ohio Attorney General
msutter@ag.state.oh.us

Matthew A. Swanson on behalf of Creditor Canadian Pacific Railway Company
matthew.swanson@leonard.com

Marc N. Swanson on behalf of Creditor Kongsberg Automotive S de RL de CV
swansonm@millercanfield.com

Colleen M. Sweeney on behalf of Creditor Johnson Controls, Inc.
csweeney@dickinsonwright.com

Stanley B. Tarr on behalf of Interested Party Cellco Partnership d/b/a Verizon Wireless on behalf
of itself and its controlled affiliates
tarr@blankrome.com

Gordon J. Toering on behalf of Creditor AVK Division of Avibank Mfg., Inc.
gtoering@wnj.com

Jason M. Torf on behalf of Creditor Columbia Gas of Ohio, Inc.
jtorf@schiffhardin.com, egeekie@schiffhardin.com

Patrick J. Trostle on behalf of Debtor General Motors Corporation
ptrostle@jenner.com

Raymond J. Urbanik on behalf of Interested Party Computer Sciences Corporation
rurbanik@munsch.com

Shmuel Vasser on behalf of Creditor Shanghai Automotive Industry Corporation (Group) and
their affiliates
shmuel.vasser@dechert.com

Wendy S. Walker on behalf of Creditor A.P. Moller-Maersk A/S
wwalker@morganlewis.com

G. Alan Wallace on behalf of Creditor City of Lansing
gwall@fraserlawfirm.com

Sean M. Walsh on behalf of Creditor L&W Engineering Co.
swalsh@gmhlaw.com, jmahar@gmhlaw.com

Kimberly A. Walsh on behalf of Creditor Texas Comptroller of Public Accounts
bk-kwalsh@oag.state.tx.us

Robert B. Weiss on behalf of Debtor General Motors Corporation
rweiss@honigman.com

Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com

Michael R. Wernette on behalf of Attorney CIE Celaya, S.A. de C.V.
mwernette@schaferandweiner.com

David B. Wheeler on behalf of Creditor Hagemeyer, N.A.
davidwheeler@mvalaw.com

Blanka K. Wolfe on behalf of Creditor Hankook Tire America Corporation
bwolfe@sheppardmullin.com

Robert D. Wolford on behalf of Creditor Benteler Automotive Corp.
ecfwolfordr@millerjohnson.com

Scott A. Wolfson on behalf of Creditor Federal Broach & Machine Company, LLC
wolfson@bsplaw.com,
recchia@bsplaw.com;stepp@bsplaw.com;ojala@bsplaw.com;bolton@bsplaw.com;kochis@bspl
aw.com

Cynthia Woodruff-Neer on behalf of Creditor Alpine Electronics of America, Inc.

cwoodruff-neer@alpine-usa.com

Janice M. Woolley on behalf of Creditor NS - 1500 Marquette MS, L.L.C.
janwoolley@mgwl.com

Doron Yitzchaki on behalf of Creditor Johnson Controls, Inc.
dyitzchaki@dickinsonwright.com

Terry L. Zabel on behalf of Unknown Terry Zabel
ecf-tlz@rhoadesmckee.com