POLING, McGAW & POLING, P.C.
D. Douglas McGaw (P24166)
Kathryn E. Driscoll (P69727)
5455 Corporate Drive, Suite 104
Troy, MI 48098
(248) 641-0500

*Attorneys for Creditor DeMaria Building Company*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____/
In Re:

    GENERAL MOTORS CORPORATION,

    Debtor.

Chapter 11
Case No. 09-50026-reg
Hon. Robert E. Gerber

_____/

**INDEX OF EXHIBITS**

Exhibit A -    GM Warren Tech Center Condensate Line Construction Lien

Exhibit B -    OnStar Call Center Construction Lien

Exhibit C -    Creditor Mailing Matrix

Exhibit D -    Order Authorizing Payment of Certain Prepetition (I) Shipping and Delivery Charges for Goods in Transit, (II) Customs Duties, and (III) Tooling and Mechanics Lien Charges

Exhibit E -    Proposed Order Granting DeMaria Building Company's Objection to the Notice of Sale Hearing to Sell Substantially All of Debtors' Assets pursuant to Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser