8135502
LIBER 19588 PAGE 780

12/12/2008 12:02:30 P.M.
MACOMB COUNTY, MI                    SEAL
CARMELLA SABAUGH, REGISTER OF DEEDS

## CLAIM OF LIEN

State of Michigan
County of Macomb

December 12, 2008

     Notice is hereby given that on the 24th day of September, 2007, DEMARIA BUILDING COMPANY of 3031 West Grand Blvd., Suite 624, Detroit, MI 48202-3008, first provided labor or material for an improvement to certain real property located in the City of Warren, County of Macomb and State of Michigan more particularly described as:

**Parcel A:**

Part of the East ½ of Section 9, and Part of the Southeast 1/4 of Section 4, T1N, R12E, City of Warren, Macomb County, Michigan, including unvacated "Markland Subdivision No.1, being Part of the Northeast 1/4 of Section 9," T1N, R12E, City of Warren, Macomb County, Michigan as recorded in Liber 10 of Plats on Page 7, Macomb County Records, being more particularly described as follows: Commencing at the Southeast corner of Section 9, T1N, R12E, City of Warren, Macomb County, Michigan running thence North 88°36'00" West along the South line of said Section 9, 60.00 feet to a point; thence North 01°11'10" East, 60.00 feet to the Southeast corner of a triangular parcel deeded to the Michigan State Highway Commission for highway purposes, as recorded in Liber 2771 of Deeds on Page 797, Macomb County Records; thence North 88°36'00" West along Easterly extension of the Northerly line of 12 Mile Road (width varies), a distance of 27.65 feet to the point of beginning of the parcel of land herein being described; proceeding thence from said point of beginning North 88°36'00" West along the North line of said 12 Mile Road, said line being 60.00 feet North of, as measured at right angles to and parallel with the South line of said Section 9, a distance of 2341.18 feet to the point of intersection of said road line with the East line of the Conrail (Penn Central) Railroad Right-of-Way (50 feet wide); thence the following courses and distances along the East line of said Railroad Right-of-Way, North 03°41'00" East, 18.07 feet to a point of curve; thence along the arc of a curve, concave to the West, radius 10536.25 feet, an Arc distance of 501.11 feet (chord bears North 02°19'15" East, 501.06 feet) to a point of tangent; thence North 00°57'30" East , 3585.57 feet to a point of curve; thence along the arc of a curve concave to the East, Radius 21230.41 feet, an arc distance of 438.47 feet (chord bears North 01°33'00" East, 438.46 feet) to a point of tangent; thence North 02°08'30" East 1947.01 feet to the point of intersection of

-1-

the East line of said Railroad Right-of-Way with the South line of Chicago Road, as widened, (width varies); thence South 81°12'36" East along the South line of said Chicago Road, a distance of 220.73 feet to a jog in said road line; thence North 02°12'30" East, along said jog, a distance of 20.13 feet to a point; thence South 81°12'36" East, along the South line of said Chicago Road, a distance of 199.58 feet to a point; thence South 08°51'29" West, a distance of 677.5 feet to a Point; thence North 87°55'30" West, a distance of 168.26 feet to a point; thence South 02°08'30" West, a distance of 510.36 feet to a point on the line common to Section 9 and 4; thence South 87°55'30" East along said line common to said Sections 9 and 4, a distance of 580.00 feet to a point; thence North 02°08'30" East a distance of 510.36 feet to a point; thence North 10°42'06" East, a distance of 358.34 feet to a point; thence North 08°43'34" East, a distance of 251.25 feet to a point on the South line of said Chicago Road; thence South 81°12'36" East along the South line of said Chicago Road, a distance of 1559.69 feet to its point of intersection with the Westerly line of a triangular parcel of land acquired by the State Highway Department (L. 1553, Deeds, P. 6 M.C.R.) for the widening of Van Dyke Avenue (M-53); thence South 42°45'13" East along the Westerly line of said triangular parcel, a distance of 7.53 feet to a point on the West line of said Van Dyke Avenue (width varies); thence the following courses and distances along the West line of said Van Dyke Avenue, South 01°38'50" W along a line 53.00 feet West of as measured at right angles to and parallel with the East line of Said Section 4, 926.53 feet to a point on the line common to said Sections 9 and 4; thence North 87°55'30" West along said common section line, 7.00 feet to a point; thence South 01°49'20" West along a line 60.00 feet West of as measured at right angles to and parallel with the East line of said Section 9, 2028.02 feet to a point; thence South 87° 59'30" East, 7.00 feet to a point; thence South 01°49'20" West along a line 53.00 feet West of as measured at right angles to and parallel with the East line of said Section 9, 678.46 feet to a point; thence South 01°11'10" West along a line 53.00 feet west of as measured at right angles to and parallel with the East line of said Section, 1301.02 feet to a point; thence North 88°14'10" West, 7.00 feet to a point; thence South 01°11'10" West along a line 60.00 feet West of as measured at right angles to and parallel with the East line of said Section 9, 1212.61 feet to a point; thence South 44°23'00" West, a distance of 40.39 feet to the point of beginning.

### Parcel B:

Part of the "Plat of Assessor's Addition to the Village of Warren, E ½ of Section 5 and Part of West ½ Section 3, T1N, R12E", City of Warren, Macomb County, Michigan, as recorded in Liber 4 of Plats on Page 62, Macomb County Records, and part of the West ½ of Section 9, T1N, R12E, City of Warren, Macomb County, Michigan, being more particularly described as follows:
Beginning at the Northeast Corner of 12 Mile Road (width varies) and Mound Road (204 feet wide), said point being distant South 88°27'00" East, a distance of 102.00 feet, as measured along the south line of said Section 9, and North 02°00'00" East, a distance of 60.00 feet from the Southwest corner of said Section

9; proceeding thence from said point of beginning the following courses and
distances along the East line of said Mound Road, North 02°00'00" East, 2606.08
Feet to a point; thence North 01°26'40" East, 1760.82 feet to a point; thence North
89°02'50" West, 13.10 feet to a point; thence along the arc of a curve, not tangent
to the forgoing line, concave to the West, Radius 5831.65 feet, an arc distance of
216.68 feet (chord bears North 03°27'58" West, 216.66 feet) to a point of tangent;
thence North 04°31'26" West, 66.22 feet to a point of curve; thence along the arc
of a curve concave to the East, radius 5627.65 feet, an arc distance of 581.39 feet
(chord bears North 01°33'51" West, 581.13 feet) to the point of intersection of the
East line of said Mound Road with the South line of relocated Chicago Road;
thence the following courses and distances along the Southerly line of relocated
Chicago Road (width varies), along the arc of a curve, concave to the northwest,
radius 823.94 feet, an arc distance of 694.14 feet (chord bears North 53°48'00"
East, 673.79 feet) to a point of tangent; thence North 29°39'54" East, 655.94 feet
to a point of curve; thence along the arc of a curve concave to the Southeast,
radius 703.94 feet, an arc distance of 330.81 feet, (chord bears North 43°07'40"
East, 327.78 feet) to a point of compound curve; thence along the arc of a curve,
concave to the South, radius 778.29 feet, an arc distance of 449.53 feet, (chord
bears North 73°04'39" East, 443.31 feet) to a point; thence South 81°31'41" East,
along a line not tangent to the foregoing curve, a distance of 908.44 feet to the
point of intersection of said Southerly line of Chicago Road with the West line of
the Conrail (Penn Central) Railroad Right-of-way (50 feet wide); thence the
following courses and distances along the West line of said Railroad Right-of-
Way line, South 02°08'30" West, 1952.48 feet to a point of curve; thence along
the arc of a curve, concave to the East, Radius 21280.41 feet, an arc distance of
439.51 feet (chord bears South 01°33'00" West, 439.50 feet) to a point of tangent;
thence South 00°57'30" West, 3585.57 feet to a point of curve; thence along the
arc of a curve, concave to the West, Radius 10486.25 feet, an arc distance of
498.73 feet (chord bears South 02°19'15" West, 498.68 feet) to a point of tangent;
thence South 03°41'00" West, 20.00 Feet to the point of intersection of the West
line of said Railroad Right-of-Way with the North line of 12 Mile Road (width
varies); thence North 88°27'00" west along the North line of said 12 Mile Road,
said line being 60.00 feet North of, as measured at right angles to and parallel with
the South line of said Section 9, a distance of 2337.61 feet to the Point of
Beginning.

Commonly known as: General Motors Warren Tech Center of 6250 Chicago
Road, Warren, MI 48090.

Owner: General Motors Corporation (Global Purchasing) of 300 Renaissance
Center, MC: 482-C14-C66, Detroit, MI 48265.

Owner's Agent: The Corporation Company of 30600 Telegraph Road, Suite 2345,
Bingham Farms, MI 48025

Lien Claimants performed the requested improvements pursuant to their contract with

General Motors Corporation. The Lien Claimant's last day providing labor or material was October 16, 2008.

The lien claimant's Contract amount, including extras is **$1,391,942.80** of which **$1,025,948.59** has been paid. Lien Claimant therefore claims a construction lien upon the above-described real property in the amount of **$365,994.30**. The foregoing information is true to the best of my knowledge.

POLING, McGAW & POLING, P.C.

By: _____
Kathryn E. Driscoll (P69727)

Its: _Attorney_____

Subscribed to and sworn before me on this 12th day in December, 2008 in Oakland County, Michigan.

_____
Laura Petrucci, Notary Public
Oakland County, MI
My Commission expires: 1/31/2011
Acting in Oakland County

DRAFTED BY AND WHEN RECORDED RETURN TO:

Kathryn E. Driscoll (P69727)
Poling, McGaw & Poling, P.C.
5455 Corporate Dr., Suite 104
Troy, Michigan 48098