LIBER 40768 PAGE 424
LIBER  40768   PAGE   424
$13.00 MISC RECORDING
$4.00 REMONUMENTATION
12/12/2008 01:48:08 P.M.   RECEIPT# 101926

PAID   RECORDED - OAKLAND COUNTY
RUTH JOHNSON, CLERK/REGISTER OF DEEDS

RECEIVED
DEC 12 2008
Ruth Johnson Register of Deeds
Oakland County, MI

# CLAIM OF LIEN

State of Michigan
County of Oakland                                                                December 12, 2008

Notice is hereby given that on the 10th day of December, 2007, DEMARIA BUILDING COMPANY of 3031 West Grand Blvd., Suite 624, Detroit, MI 48202-3008, first provided labor or material for an improvement to certain real property located in the City of Pontiac, County of Oakland and State of Michigan more particularly described as:

T3N, R10E, Section 32, Assessor's Plat No. 130, Part of Lot 1, All of Lots 2 & 3, Part of Lots 4 to 8 inclusive & Part of Lots 14 & 15, Also Part of VAC Auburn Avenue, more particularly described as: Beg. At Pt. Dist. North 14°22'45" W, 79.00 feet from Northwest Corner of Lot 16; thence North 14°30'01" W, 144.67 feet; thence North 75°27'55" East, 128.00 feet; thence North 14°32'05" West, 2.42 feet; thence North 75°27'55" East, 64.00 feet; thence South 14°32'05" East, 2.42 feet; thence North 75°27'55" East, 124.91 Feet; thence South 14°32'05" East 181.79 feet; thence North 85°36'10" West 6.48 feet; thence along curve to the left, with radius 648.70 feet, chord bears South 84°54'44" West 213.77 feet for a distance of 214.75 feet; thence South 75°25'42" West 100.00 feet to Point of Beginning.     54A071    14-32-227-002

Commonly known as OnStar Call Center, 31 E. Judson Street, Pontiac MI 48342.

Owner: General Motors Corporation (Global Purchasing) of 300 Renaissance Center, MC: 482-C14-C66, Detroit, MI 48265.

Owner's Agent: The Corporation Company of 30600 Telegraph Road, Suite 2345, Bingham Farms, MI 48025

Lien Claimants performed the requested improvements pursuant to their contract with Owner General Motors Corporation. The Lien Claimant's last day providing labor or material was November 24, 2008.

The lien claimant's Contract amount, including extras is **$2,822,014.00** of which **$1,168,310.70** has been paid. Lien Claimant therefore claims a construction lien upon the above-described real property in the amount of **$1,653,703.30**. The foregoing information is true to the best of my knowledge.

O.K. - KB

09-50026-mg   Doc 1470-3   Filed 06/16/09   Entered 06/16/09 09:32:51   Exhibit
Exhibit B - OnStar Call Center Construction Lien   Pg 2 of 2

LIBER 40768 PG 25

POLING, McGAW & POLING, P.C.

By: _____
Kathryn E. Driscoll (P69727)

Its: Attorney_____


Subscribed to and sworn before me on
this 12th day in December, 2008 in
Oakland County, Michigan.


_____
Laura Petrucci, Notary Public
Oakland County, MI
My Commission expires: 1/31/2011
Acting in Oakland County


DRAFTED BY AND WHEN RECORDED RETURN TO:

Kathryn E. Driscoll (P69727)
Poling, McGaw & Poling, P.C.
5455 Corporate Dr., Suite 104
Troy, Michigan 48098