| | | |
|---|---|---|
| Label Matrix for local noticing<br>0208-1<br>Case 09-50026-reg<br>Southern District of New York<br>Manhattan<br>Fri Jun  5 14:50:41 EDT 2009 | ATC Drivetrain, Inc.<br>1400 Opus Place<br>Suite 600<br>Downers Grove, IL 60515-5707 | Advics North America, Inc.<br>c/o James A. Plemmons<br>Dickinson Wright PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226-5403 |
| Aisin Holdings of America, Inc.<br>c/o James A. Plemmons<br>Dickinson Wright PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226-5403 | Alpine Electronics of America, Inc.<br>19145 Gramercy Place<br>Torrance, CA 90501-1162 | Arlington ISD<br>c/o Perdue Brandon Fielder, et al.<br>PO Box 13430<br>Arlington, Tx 76094-0430 |
| BP Canada Energy Marketing Corp. and BP Ener | Barnes Group Inc.<br>Reid and Riege, P.C.<br>c/o Carol A. Felicetta, Esq.<br>195 Church St.<br>15th Floor<br>New Haven, CT 06510-2009 | Benteler Automotive Corp.<br>1780 Pond Run<br>Auburn Hills, MI 48326-2752 |
| Board of Regents of The University of Michig<br>c/o Debra A. Kowich<br>Office of the VP & Gen. Counsel<br>503 Thompson St., Rm. 5010<br>Ann Arbor, MI 48109-1340 U.S.A. | Bob Hastings Buick-GMC, Inc.<br>Attention: David P. Stoetze<br>800 Panorama Trail South<br>Rochester, NY 14625-2310 | Bowman & Brooke, LLP<br>c/o Timothy D. Moratzka<br>1400 AT&T Tower<br>901 Marquette Ave<br>Minneapolis, MN 55402-3205 |
| Brayton Purcell LLP<br>222 Rush Landing Road<br>Novato, CA 94945-2469 | CNI Enterprises, Inc.<br>1451 E. Lincoln<br>Madison Heights, MI 48071-4136 | Carrollton Farmers Branch Independent School<br>Law Office of Robert E. Luna, P.C.<br>c/o Andrea Sheehan<br>4411 North Central Expressway<br>Dallas, TX 75205-4210 |
| Charles Clark Chevrolet Co.<br>c/o Robert L. Barrows<br>Warren, Drugan & Barrows, P.C.<br>800 Broadway<br>San Antonio, TX 78215-1517 | City of Lansing<br>c/o G. Alan Wallace<br>124 West Allegan, Suite 1000<br>Lansing, MI 48933-1716 | Computer Sciences Corporation<br>c/o Raymond J. Urbanik<br>Munsch Hardt Kopf & Harr, P.C.<br>500 N. Akard Street, Suite 3800<br>Dallas, TX 75201-6659 |
| Continental Tire North America, Inc.<br>c/o John T. Gregg, Esq.<br>Barnes & Thornburg LLP<br>171 Monroe Avenue, NW<br>Suite 1000<br>Grand Rapids, MI 49503-2694 | D&J Automotive, LLC<br>c/o Johnson, Hearn, Vinegar, Gee & Glass<br>P.O. Box 1776<br>Raleigh, NC 27602-1776 | Dallas County<br>c/o Elizabeth Weller<br>Linebarger Goggan Blair & Sampson,LLP<br>2323 Bryan Street Suite 1600<br>Dallas, TX 75201-2644 |
| Dealer Services Group, a Division of ADP, In<br>c/o James A. Plemmons<br>Dickinson Wright PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226-5403 | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098-2815 | Deutsche Bank AG<br>c/o Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022-4614 |
| Dickinson Wright PLLC<br>c/o James A. Plemmons<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226-5403 | Electronic Data Systems<br>c/o Jennifer L. Nassiri<br>DLA PIPER LLP (US)<br>550 S. Hope Street, #2300<br>Los Angeles, CA 90071-2678 | Export Development Canada<br>151 O'Connor Street<br>OttawaK1A1K3 Canada |
| Factory Motor Parts Company<br>1380 Corporate Center Curve<br>Eagan, MN 55121-1200 | G-Tech Professional Staffing, Inc.<br>c/o David A. Lerner<br>38505 Woodward Avenue<br>Suite 2000<br>Bloomfield Hills, MI 48304-5096 | General Motors Corporation<br>300 Renaissance Center<br>Detroit, MI 48265-3000 |

| | | |
|---|---|---|
| General Motors National Retiree Association,<br>c/o Stahl Cowen<br>55 West Monroe St., Suite 1200<br>Chicago, IL 60603-5127 | General Motors Retiree Association<br>Farella Braun & Martel LLP<br>235 Montgomery Street<br>San Francisco, CA 94104-3159 | George P. Johnson Company<br>3600 Giddings Road<br>Auburn Hills, MI 48326-1515 |
| Gestamp Alabama, LLC<br>c/o Burr & Forman LLP<br>420 N 20th Street<br>Ste 3400<br>Birmingham, AL 35203-5210 | Gestamp Mason, LLC<br>c/o Burr & Forman LLP<br>420 N 20th Street<br>Ste 3400<br>Birmingham, AL 35203-5210 | Gestamp Mexico<br>c/o Burr & Forman LLP<br>420 N 20th Street<br>Ste 3400<br>Birmingham, AL 35203-5210 |
| Harco Manufacturing Group LLC<br>3535 Kettering Boulevard<br>Moraine, OH 45439-2014 | Harman Becker Automotive Systems, Inc.<br>39001 West Twelve Mile Road<br>Farmington Hills, MI 48331-2912 | Hewlett-Packard Company<br>c/o Jennifer L. Nassiri<br>DLA Piper LLP (US)<br>550 S. Hope Street #2300<br>Los Angeles, CA 90071-2678 |
| Hewlett-Packard Financial Services Company<br>c/o Jennifer L. Nassiri<br>DLA Piper LLP (US)<br>550 S. Hope Street, #2300<br>Los Angeles, CA 90071-2678 | Hirotec America<br>c/o Schafer and Weiner, PLLC<br>40650 Woodward Ave.<br>Suite 100<br>Bloomfield Hills, MI 48304 | IUE-CWA, AFL-CIO<br>IUE-CWA<br>2701 Dryden Road<br>Dayton, OH 45439-1684 |
| Industry Canada<br>c/o Mckenna Long & Aldridge<br>230 Park Avenue<br>Suite 1700<br>New York, NY 10169-0005 | International Union of Operating Engineers (<br>c/o Barbara S. Mehlsack, Esq.<br>Gorlick, Kravitz & Listhaus, P.C.<br>17 State Street<br>4th Floor<br>New York, NY 10004-1519 | International Union, United Automobile, Aero<br>8000 E. Jefferson Avenue<br>Detroit, MI 48214-3963 |
| Iron Mountain Information Management, Inc.<br>c/o Frank F. McGinn, Esq.<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA 02110-1610 | JAC Products, Inc.<br>c/o Jeffrey C. Hampton, Esq.<br>Saul Ewing LLP<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102-2128 | Jim Barnard Chevrolet, Inc<br>Attention: Allyn Barnard, President<br>7107 Buffalo Road<br>Churchville, NY 14428 |
| Johnson Controls, Inc.<br>c/o James A. Plemmons<br>Dickinson Wright PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226-5403 | Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022-3598 | Kelley & Ferraro LLP<br>2200 Key Tower<br>127 Public Square<br>Cleveland, OH 44114-1217 |
| Knapp Chevrolet<br>c/o Robert L. Barrows<br>Warren, Drugan & Barrows, P.C.<br>800 Broadway<br>San Antonio, TX 78215-1517 | L&W Engineering Co.<br>c/o Sean M. Walsh, Esq.<br>Giarmarco, Mullins & Horton, P.C.<br>101 W. Big Beaver Road<br>10th Floor<br>Troy, MI 48084-5280 | Lansing Board of Water & Light<br>730 E. Hazel Street<br>P.O. Box 13007<br>Lansing, MI 48901-3007 |
| Lawrence Marshall Chevrolet II, LLC<br>c/o William T. Green, III<br>11 Greenway Plaza, Suite 2820<br>Houston, Tx 77046-1114 | Lewisville Independent School District<br>Law Office of Robert. E. Luna, P.C.<br>c/o Andrea Sheehan<br>4411 North Central Expressway<br>Dallas, TX 75205-4210 | Local Texas Taxing Authorities<br>c/o Michael Reed<br>PO Box 1269<br>Round Rock, TX 78680-1269 |
| MAGNETI MARELLI POWERTRAIN USA LLC, MAGNETI<br>c/o Kenneth A. Flaska<br>Dawda, Mann, Mulcahy & Sadler, PLC<br>39533 Woodward Avenue<br>Suite 200<br>Bloomfield Hills, MI 48304-5103 | Magna International Inc.<br>c/o Dawn R. Copley<br>Dickinson Wright PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226-5403 | Michelin Tire Corp.<br>c/o George B. Cauthen<br>Nelson Mullins Riley & Scarborough, LLP<br>PO Box 11070<br>Columbia, SC 29211-1070 |

Microsoft Corporation and Microsoft Licensin
c/o Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1065

Mike Barnard Chevrolet-Cadillac-Buick-Pontia
Attention: Michael E. Barnard, Presiden
616 Thayer Road
Fairport, NY 14450-9519

Missouri Department of Revenue
Steven A. Ginther
PO Box 475
301 W. High Street, Room 670
Jefferson City, MO 65105-0475

Moody's Investors Service
c/o Satterlee Stephens Burke & Burke LLP
230 Park Avenue
Suite 1130
New York, NY 10169-1199

Motley Rice LLC
28 Bridgeside Blvd
P.O. Box 1792
Mt. Pleasant, SC 29465-1792

New York State Department of Taxation And Fi

Niles America Wintech
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-5403

Ohio Attorney General
Environmental Enforcement
30 E. Broad Street
25th Floor
Columbus, OH 43215-3414

Osram Sylvania Products, Inc.
c/o Pepper Hamilton LLP
Attn: Deborah Kovsky-Apap, Esq.
100 Renaissance Center
Suite 3600
Detroit, MI 48243-1157

Paddock Chevrolet, Inc.
Attn: Duane R. Paddock, President
3232 Delaware Avenue
Kenmore, NY 14217-1798

Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, DC 20005-4025

Phillip Morris Capital Corporation
c/o Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3506

Pilkington North America, Inc.
c/o Pepper Hamilton LLP
Attn: Deborah Kovsky-Apap, Esq.
3600 Renaissance Center
Detroit, MI 48243

Raufoss Automotive Components Canada
Porzio Bromberg & Newman PC
100 Southgate Parkway
Morristown, NJ 07960-6465

Rhythm North America
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-5403

River Oaks L-M, Inc. dba Westpoint
11666 Old Katy Rd
Houston, TX 77043-4507

Royal Bank of Scotland plc

Rudolph Chevrolet, LLC
c/o H. Christopher Mott
4695 N. Mesa St.
El Paso, TX 79912-6150

SCI, Ltd
c/o Arthur J. Spector
Berger Singerman, P.A.
350 East Las Olas Boulevard
10th Floor
Fort Lauderdale, FL 33301-4211

Sap America, Inc.
Brown and Connery, LLP
Att: Kenneth J. Schweiker, Jr., Esquire
6 N. Broad Street, Suite 100
Woodbury, NJ 08096-4635

Saturn of Hempstead, Inc.
c/o Robinson Brog et. al
1345 Avenue of the Americas
31st floor
New York, NY 10105-0302

Saturn of Rochester, Inc
Attention: David P. Stoetzel
770 Panorama Trail South
PO Box 25427
Rochester, NY 14625-0427

Serrra Chevrolet of Birmingham, Inc.
Post Office Box 59120
Birmingham, Al 35259-9120

Sharp Model, Inc.

Sierra Mountain Express, Inc.
c/o Pinnacle Law Group LLP
425 California Street, #1800
San Francisco, CA 94104-2203

Sika Corporation
201 Polito Avenue
Lyndhurst, NJ 07071-3601

Specialty Engine Components, LLC
c/o Richard W. Martinez, APLC
228 St. Charles Ave., Suite 1310
New Orleans, LA 70130-2644

State of Missouri
Missouri Attorney General's Office
Jeff Klusmeier
PO Box 899
Jefferson City, MO 65102-0899

Sumitomo Electric Wiring Systems, Inc.
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-5403

Superior Acquisition, Inc. d/b/a Superior El
Seyburn, Kahn, Ginn et al
2000 Town Center
Suite 1500
Southfield, MI 48075-1148

Tarrant County
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2644

Texas Comptroller of Public Accounts
Mark Browning
c/o Sherri K. Simpson, Paralegal
P.O. Box 12548
Austin, TX 78711-2548

The McClatchy Company
Felderstein Fitzgerald et al
400 Capitol Mall, Suite 1450
Sacramento, CA 95814-4434

Toyota Tsusho Canada, Inc.

Valeo Sylvania, L.L.C.
c/o Pepper Hamilton LLP
Attn: Deborah Kovsky-Apap
3600 Renaissance Center
Detroit, MI 48243

Visteon Corporation
c/o Michael C. Hammer
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, MI 48104-2283

Yorozu America Corporation
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-5403

767 Fifth Partners LLC
c/o Douglas B. Rosner, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

Affiliated Computer Services, Inc.
c/o Singer & Levick, P.C.
Attn: Larry A. Levick, Esq
16200 Addison Rd. #140
Addison, TX 75001-5376

Andrew Brozman, Esq.
Sarah Campbell, Esq.
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019-6118

Team Chevrolet, Inc.
attn: Thomas Steigerwald
Route 16
Olean, NY 14760

The Garden City Group, Inc.
Attn: Karen Shaer
105 Maxess Road
Melville, NY 11747-3827

The Valley Cadillac Corporation
attn: Edward T. Meagher, Jr.
3100 Winton Road South
Rochester, NY 14623-2986

United Steelworkers

Verizon Communications Inc.
Arnall Golden Gregory LLP
c/o Darryl S. Laddin
171 17th Street, NW
Suite 2100
Atlanta, GA 30363-1031

W A Thomas Company
c/o Richard W. Martinez, APLC
228 St. Charles Ave., Suite 1310
New Orleans, LA 70130-2644

ZF Friedrichshafen AG
15811 Centennial Drive
Northville, MI 48168-9629

Advics North America, Inc.
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-5403

Aisin Holdings of America, Inc.
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-5403

Andrew M. Cuomo
Attorney General of NYS
Neal S. Mann
120 Broadway - 24th Floor
New York, NY 10271-0002

Tennessee Department of Revenue
c/o Tennessee Attorney General
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-4015

The Interpublic Group Of Companies, Inc. and

Tipotex Chevrolet, Inc.
c/o Robert L. Barrows
Warren, Drugan & Barrows, P.C.
800 Broadway
San Antonio, TX 78215-1517

Urban Science Applications, Inc.
c/o Pepper Hamilton LLP
Attn: Deborah Kovsky-Apap, Esq.
3600 Renaissance Center
Detroit, MI 48243

Visscher-Caravelle NA, Inc.
4136 TELEGRAPH RD
Bloomfield, MI 48302-2001

Yazaki North America, Inc.
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-5403

Manhattan Division
One Bowling Green
New York, NY 10004-1415

Advics North America, Inc.
c/o Michael C. Hammer
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, Michigan 48104-2283

Aisin Holdings of America, Inc.
c/o Michael C. Hammer
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, Michigan 48104-2283

Arcadis US, Inc.
630 Plaza Drive, Suite 100
Highlands Ranch, CO 80129-2379
Attn: Liesl Spangeler, Associate Counsel

| | | |
|---|---|---|
| Arlington ISD<br>c/o PerdueBrandonFielderCollins&Mott<br>P.O. Box 13430<br>Arlington, Texas 76094-0430 | Ayala Hassell<br>EDS, an HP company<br>H3-3A-05<br>5400 Legacy Drive<br>Plano, TX 75024-3105 | BP Canada Energy Marketing Corp.<br>BP Energy Company |
| BP/CGCenter I LLC<br>c/o Douglas B. Rosner, Esq.<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333 | Blanka K. Wolfe<br>Sheppard Mullin Richter & Hampton LLP<br>30 Rockefeller Plaza Suite 2400<br>New York, New York 10112-2201 | Board of Regents of The University of Michig<br>c/o Debra A. Kowich, Esq.<br>Office of the Vice President & General C<br>503 Thompson St., Rm. 5010<br>Ann Arbor, MI 48109-1340 |
| Bob Hastings Buick-GMC, Inc.<br>Attention: David P. Stoetzel<br>800 Panorama Trail South<br>Rochester, New York 14625-2310 | Borah Goldstein Altschuler<br>Nahins & Goidel, P.C.<br>Jeffrey C. Chancas<br>377 Broadway<br>New York, NY 10013-3907 | BorgWarner, Inc.<br>c/o Michael G. Cruse<br>Warner Norcross & Judd LLP<br>2000 Town Center, Suite 2700<br>Southfield, MI 48075-1318 |
| Brayton Purcell LLP<br>222 Rush Landing Road<br>Novato, California 94945-2469 | Brian H. Meldrum<br>400 W. Market St. Ste. 1800<br>Louisville, KY 40202-3362 | Carrollton-Farmers Branch Independent School<br>Law Office Of Robert E. Luna, P.C.<br>c/o Andrea Sheehan<br>4411 North Central Expressway<br>Dallas, Texas 75205-4210 |
| Charles Clark Chevrolet Co.<br>c/o Robert L. Barrows<br>800 Broadway<br>San Antonio, Texas 78215-1517 | Christopher F. Graham, Esq.<br>Counsel for Industry Canada<br>McKenna Long & Aldridge LLP<br>230 Park Avenue, Suite 1700<br>New York, New York 10169-0005 | Class Representatives of (1) Intl Union, UAW<br>c/o Hanan B. Kolko, Esq.<br>MEYER SUOZZI ENGLISH & KLEIN, P.C.<br>1350 Broadway, Suite 501<br>P.O. Box 822<br>New York, NY 10018-0026 |
| Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006-1470<br>Attention: James L. Bromley | Cynthia Woodruff-Neer, Esq.<br>19145 Gramercy Place<br>Torrance, CA 90501-1128 | Dana Holding Corporation<br>4500 Dorr Street<br>Toledo, OH 43615-4040<br>Attn: Lisa Wurster |
| Dave Delaney's Columbia Buick-Pontiac-G<br>Thomas H. Curran<br>Hinckley, Allen & Snyder<br>28 State Street<br>Boston, MA 02109-1776 | David R. Jury, Esq.<br>Five Gateway Center Suite 807<br>Pittsburgh, PA 15222 | Dealer Services Group, a division of ADP, In<br>c/o James A. Plemmons<br>Dickinson Wright PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, Michigan 48226-5403 |
| Dealer Services Group, a division of ADP, In<br>c/o Michael C. Hammer<br>Dickinson Wright PLLC<br>301 E. Liberty, Suite 500<br>Ann Arbor, Michigan 48104-2283 | Deborah L. Fish, Esq.<br>Allard & Fish, P.C.<br>2600 Buhl Building<br>535 Griswold<br>Detroit, MI 48226-3604 | DiConza Law, P.C.<br>630 Third Avenue, 7th Floor<br>New York, NY 10017-6705<br>Attn: Gerard DiConza, Esq. |
| Donald S. Bernstein<br>Marshall S. Huebner<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017-3982 | Eric A. Schaffer, Esquire<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219-1808 | G-Tech Professional Staffing, Inc.<br>c/o David A. Lerner, Esq.<br>38505 Woodward Avenue - Suite 2000<br>Bloomfield Hills, MI 48304-5096 |
| Gestamp Alabama, LLC<br>c/o Burr & Forman LLP<br>Jennifer Kimble<br>420 N 20th St., Ste 3400<br>Birmingham, AL 35203-5210 | Gestamp Mason, LLC<br>c/o Burr & Forman LLP<br>Jennifer Kimble<br>420 N 20th St., Ste 3400<br>Birmingham, AL 35203-5210 | Gestamp Mexico<br>c/o Burr & Forman LLP<br>Jennifer Kimble<br>420 N 20th St., Ste 3400<br>Birmingham, AL 35203-5210 |

| | | |
|---|---|---|
| Gordon J. Toering<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, MI 49503-2495 | HOEGH Autoliners, AS<br>c/o Kilpatrick & Associates, PC<br>903 North Opdyke Road, Ste. C<br>Auburn Hills, MI 48326-2693 | Harman Becker Automotive Systems, Inc.<br>39001 West 12 Mile Road<br>Farmington Hills, Michigan 48331-2912 |
| Harter Secrest & Emery LLP<br>John R. Weider, Esq.<br>Ingrid S. Palermo, Esq.<br>1600 Bausch & Lomb Place<br>Rochester, NY 14604-2711 | Harter Secrest & Emery LLP<br>Kenneth W. Aficano, Esq.<br>Raymond L. Fink, Esq.<br>Twelve Fountain Plaza, Suite 400<br>Buffalo, NY 14202-2226 | Heidtman Steel Products, Inc.<br>c/o Kilpatrick & Associates, PC<br>903 North Opdyke Road, St. C<br>Auburn Hills, MI 48326 |
| Hirotec America<br>c/o Schafer and Weiner, PLLC<br>40950 Woodward Ave., Suite 100<br>Bloomfield Hills, MI 48304-5124 | IUE-CWA<br>2701 Dryden Road<br>Dayton, OH 45439-1684 | James M. Sullivan, Esq.<br>Arent Fox LLP<br>1675 Broadway<br>New York, NY 10019-5820 |
| Jeffrey C. Hampton, Esquire<br>Adam H. Isenberg, Esquire<br>Saul Ewing LLP<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102-2128 | Jim Barnard Chevrolet, Inc.<br>Attention: Allyn Barnard, President<br>7107 Buffalo Road<br>Churchville, New York 14428 | John Wm. Butler, Jr., Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive Suite 2100<br>Chicago, IL 60606-1226 |
| Johnson Controls, Inc.<br>c/o Colleen M. Sweeney<br>Dickinson Wright PLLC<br>424 Church Street, Suite 1401<br>Nashville, Tennessee 37219-2392 | Johnson Controls, Inc.<br>c/o Dawn R. Copley<br>Dickinson Wright PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, Michigan 48226-5403 | Johnson Controls, Inc.<br>c/o Doron Yitzchaki<br>Dickinson Wright PLLC<br>301 E. Liberty, Suite 500<br>Ann Arbor, Michigan 48104-2283 |
| Johnson Controls, Inc.<br>c/o James A. Plemmons<br>Dickinson Wright PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, Michigan 48226-5403 | Johnson Controls, Inc.<br>c/o Kerry Masters Ewald<br>Dickinson Wright PLLC<br>424 Church Street, Suite 1401<br>Nashville, Tennessee 37219-2392 | Johnson Controls, Inc.<br>c/o Michael C. Hammer<br>Dickinson Wright PLLC<br>301 E. Liberty, Suite 500<br>Ann Arbor, Michigan 48104-2283 |
| Joseph E. Shickich, Jr.<br>Riddell Williams P.S.<br>1001 - 4th Avenue, Suite 4500<br>Seattle, WA 98154-1065<br>jshickich@riddellwilliams.com | Joseph R. Sgroi, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3516 | Karol K. Dennistion, Esq.<br>Jennifer L. Nassiri, Esq.<br>DLA Piper LLP (US)<br>550 S. Hope Street, Suite 2300<br>Los Angeles, CA 90071-2678 |
| Karol K. Denniston<br>Jennifer L. Nassiri<br>DLA Piper LLP (US)<br>550 S. Hope Street, Suite 2300<br>Los Angeles, CA 90071-2678 | Kayalyn A. Marafioti, Esq.<br>Gregory W. Fox, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Time Square<br>New York, NY 10036-6522 | Knapp Chevrolet<br>c/o Robert L. Barrows<br>800 Broadway<br>San Antonio, Texas 78215-1517 |
| Kurt G. Gwynne, Esquire<br>Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801-1163 | Law Offices of Robert E. Luna, P.C.<br>Andrea Sheehan<br>4411 N. Central Expressway<br>Dallas, TX 75205-4210 | Lawrence Marshall Chevrolet II, LLC<br>c/o William T. Green, III<br>11 Greenway Plaza #2820<br>Houston, Texas 77046-1114 |
| Lee D. Powar, Esq.<br>Daniel A. DeMarco, Esq.<br>Rocco Loeser & Parks LLP<br>200 Public Square, Suite 2800<br>Cleveland, OH 44114-2303 | Leslie Stein<br>Seyburn Kahn Ginn Bess & Serlin, P.C.<br>2000 Town Center, Suite 1500<br>Southfield, MI 48075-1148 | Leslie Stein<br>Seyburn, Kahn, Ginn et al<br>2000 Town Center, Suite 1500<br>Southfield, MI 48075-1148 |

| | | |
|---|---|---|
| Levy Ratner, P.C.<br>80 Eighth Avenue, 8th Floor<br>New York, NY 10011-5126<br>Attn: Suzanne Hepner<br>Attn: Ryan J. Barbur | Linamar Corporation<br>c/o Susan M. Cook<br>916 Washington Avenue<br>Suite 309<br>Bay City, MI 48708-5723 | Linda D'Amico<br>Hewlett-Packard Financial Services Compa<br>420 Mountain Avenue<br>Murry Hill, NJ 07974-2736 |
| Lorraine S. McGowen<br>Alyssa D. Englund<br>Orrick Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, NY 10103-1798 | MAGNETI MARELLI POWERTRAIN USA LLC, MAGNETI<br>c/o Kenneth A. Flaska<br>Dawda, Mann, Mulcahy & Sadler, PLC<br>39533 Woodward Avenue, Suite 200<br>Bloomfield Hills, Michigan 48304-5103 | MAHLE Industries, Inc.<br>c/o Gordon J. Toering<br>Warner Norcross & Judd LLP<br>111 Lyon Street, Suite 900<br>Grand Rapids, MI 49503-2487 |
| Magna International Inc.<br>c/o Colleen M. Sweeney<br>Dickinson Wright PLLC<br>424 Church Street, Suite 1401<br>Nashville, Tennessee 37219-2392 | Magna International Inc.<br>c/o Dawn R. Copley<br>Dickinson Wright PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, Michigan 48226-5403 | Magna International Inc.<br>c/o Doron Yitzchaki<br>Dickinson Wright PLLC<br>301 E. Liberty, Suite 500<br>Ann Arbor, Michigan 48104-2283 |
| Magna International Inc.<br>c/o James A. Plemmons<br>Dickinson Wright PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, Michigan 48226-5403 | Magna International Inc.<br>c/o Kerry Masters Ewald<br>Dickinson Wright PLLC<br>424 Church Street, Suite 1401<br>Nashville, Tennessee 37219-2392 | Magna International Inc.<br>c/o Michael C. Hammer<br>Dickinson Wright PLLC<br>301 E. Liberty, Suite 500<br>Ann Arbor, Michigan 48104-2283 |
| Mahar Tool Supply Co.<br>c/o Adam D. Bruski<br>916 Washington Avenue<br>Suite 309<br>Bay City, MI 48708-5723 | Mark Bronwning<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 | Mark Browning<br>Assistant Attorney General<br>Bankruptcy & Collection Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Mark Browning<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, Texas 78711-2548 | Mark Browning<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>PO box 12548<br>Austin, TX 78711 2548 | Michael Reed<br>McCreary Veselka Bragg and Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 |
| Michigan Funds Administration<br>7201 W Saginaw Hwy Ste 110<br>Lansing, MI 48917-1127 | Michigan Workers' Compensation Agency<br>7150 Harris Dr<br>Dimondale, MI 48821-5002 | Mike Barnard Chevrolet-Cadillac-Buick-Pontia<br>Attention: Michael E. Barnard, Presiden<br>616 Thayer Road<br>Fairport, New York 14450-9519 |
| Missouri Department of Revenue<br>Bankruptcy Unit<br>Attn: Steven A. Ginther<br>P.O. 475<br>Jefferson City, MO 65105-0475 | Missouri Department of Revenue<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 | Niles America Wintech<br>c/o James A. Plemmons<br>Dickinson Wright PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, Michigan 48226-5403 |
| Niles America Wintech<br>c/o Michael C. Hammer<br>Dickinson Wright PLLC<br>301 E. Liberty, Suite 500<br>Ann Arbor, Michigan 48104-2283 | Norfolk Southern Corp. and Norfolk Southern<br>c/o David J. Baldwin, Esquire<br>   Potter Anderson & Corroon LLP<br>   1313 North Market Street, 6th Fl.<br>   Wilmington, DE 19801-6101 | Oakland County Treasurer<br>c/o Kilpatrick & Associates, PC<br>903 North Opdyke Road, St. C<br>Auburn Hills, MI 48326 |
| Office of the Wayne County Treasurer<br>400 Monroe<br>Suite 520<br>Detroit MI 48226-2942 | Ohio Attorney General<br>c/o Victoria D. Garry, Assistant Attorne<br>441 Vine Street, 1600 Carew Tower<br>Cincinnati, OH 45202-2821 | Ohio Environmental Protection Agency<br>c/o Ohio Attorney General Richard Cordra<br>Environmnetal Enforcement Agency<br>30 W. Broad Street, 25th Floor<br>Columbus, Ohio 43215-3414 |

Otterbourg Steindler Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169-2898
Attn: Daniel Wallen, Esq.

Otterbourg Steindler Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169-2898
Attention: Daniel Wallen, Esq.
Melanie L. Cyganowski, Esq.

PPG Industries, Inc.
c/o K&L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030

Paddock Chevrolet, Inc.
Attention: Duane R. Paddock, President
3232 Delaware Avenue
Kenmore, NY 14217

Paul J. Ricotta, Esq.
Mintz Levin Cohn Ferris
Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111-2621

Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6031
Attn: Alan W. Kornberg
Rebecca R. Zubaty

Pepper Hamilton LLP
Dennis S. Kayes
Deborah Kovsky-Apap
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1101

Peter V. Pantaleo, Esq.
David J. Mack, Esq.
Simpson Thacher & Barlett LLP
425 Lexington Avenue
New York, NY 10017-3954

Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Ramona Neal
Hewlett-Packard Company, LP
11311 Chinden Boulevard, Mail Stop 314
Boise, ID 83714-1021

Raufoss Automotive Components Canada
c/o Porzio Bromberg & Newman PC
100 Southgate Parkway
Morristown, NJ 07960-6465
Attn: John Mairo and Robert Schechter

Rhythm North America
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-5403

Rhythm North America
c/o Michael C. Hammer
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, Michigan 48104-2283

River Oaks L-M, Inc.
dba Westpoint
11666 Old Katy Rd.
Houston TX 77043-4507

Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3516

Robert M. Dombroff
Jeffrey S. Sabin
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Rodney A. Brown, Esq.
Brown & Whalen, P.C.
700 Third Avenue
20th Floor
New York, NY 10017-4054

Roger Frankel
Richard H Wyron
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1723

SAP America, Inc.
c/o Brown and Connery, LLP
6 N. Broad Street, Suite 100
Woodbury, NJ 08096-4635

Saner L. Esserman
Peter C. D'Apice
Stutzman Bromberg Esserman & Plifka
2323 Bryan Street
Suite 2200
Dallas, TX 75201-2689

Saturn of Rochester, Inc..
Attention: David P. Stoetzel
770 Panorama Trail South
P.O. Box 25427
Rochester, New York 14625-0427

Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7212

Scott A. Wolfson
Bush Seyferth & Paige PLLC
3001 W. Big Beaver Rd., Suite 600
Troy, MI 48084-3107

Seneca Insurance Company, Inc.
c/o Eric Goldberg, Esq.
Kahn & Goldberg, LLP
708 Third Avenue, 19th Floor
New York, NY 10017-4201

Serra Chevrolet of Birmingham, Inc.
Post Office Box 59120
Birmingham Alabama 35259-9120

Severstal North America, Inc.
c/o Deborah L. Fish, Esq.
Allard & Fish, P.C.
535 Griswold, Suite 2600
Detroit, MI 48226-3687

Sumitomo Electric Wiring Systems, Inc.
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-5403

Sumitomo Electric Wiring Systems, Inc.
c/o Michael C. Hammer
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, Michigan 48104-2283

Superior Acquisition, Inc.
c/o David T. Lin, Esq.
Seyburn, Kahn, Ginn et al
2000 Town Center, Suite 1500
Southfield, MI 48075-1148

Superior Industries International, Inc.
c/o James M. Sullivan, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820

Tarrant County
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644

Team Chevrolet, Inc.
Attention: Thomas Steigerwald, Vice-Pre
Route 16
Olean, New York 14760

Tenibac-Graphion, Inc.
c/o Michael S. Leib
Maddin Hauser, et al
24800 Northwestern Hwy, 3rd Fl
Southfield, MI 48075-2319

Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

Texas Comptroller of Public Accounts
c/o Mark Browning
PO Box 12548
Austin, TX 78711 2548

The Timken Company
c/o James M. Sullivan, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820

The Valley Cadillac Corporation
Attention: Edward T. Meaghar, Jr., Pres
3100 Winton Road South
Rochester, New York 14623-2966

Thomas M. Kennedy, Esq.
Susan M. Jennik, Esq.
Kennedy Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY 10003-4578

Thomas M. Wilson, Esq.
Kelley & Ferraro, LLP
2200 Key Tower
127 Public Square
Cleveland, OH 44114-1217

Tipotex Chevrolet, Inc.
c/o Robert L. Barrows
800 Broadway
San Antonio, Texas 78215-1517

Toyota Boshoku America, Inc.
28000 West Park Drive
Novi, Michigan 48377-1386

Trent P. Cornell, Esq.
Stahl Cowen Crowley Addis LLC
55 West Monroe Street, Suite 1200
Chicago, IL 60603-5127

Tricia A. Sherick, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3516

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004-2122

Valeo Sylvania L.L.C.
c/o Pepper Hamilton LLP
Attn: Deborah Kovsky-Apap, Esq.
3600 Renaissance Center
Detroit, MI 48243

Verizon Communications Inc.
Arnall Golden Gregory LLP
c/o Darryl S. Laddin, Esq.
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031

Visteon Corporation
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-5403

Visteon Corporation
c/o Michael C. Hammer
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, Michigan 48104-2283

Wayne County Treasurer
c/o Kilpatrick & Associates, PC
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326-2693

Worthington Industries, Inc.
c/o Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215-3161

Yazaki North America, Inc.
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-5403

Yazaki North America, Inc.
c/o Michael C. Hammer
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, Michigan 48104-2283

Yorozu America Corporation
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-5403

Yorozu America Corporation
c/o Michael C. Hammer
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, Michigan 48104-2283

Dean M. Gloster

Harvey R. Miller
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153-0119

John A Baden IV

Joseph R. Sgroi
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3516

Matthew A. Swanson
Leonard Street and Deinard
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402-4238

Robert B. Weiss
Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
Detroit, MI 48226-3583

Scott Andrews

Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Tricia A. Sherick
Honigman Miller Schwartz and Cohn, LLP
660 Woodward Avenue
Suite 2290
Detroit, MI 48226-3583

c/o Robert Brownlee Maritz Holdings Inc.
Thompson Coburn LLP
One US Bank Plaza
St. Louis, Mo 63101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)767 Fifth Partners LLC

(u)ABN AMRO BANK N.V.

(u)ARCADIS U.S., INC.

(u)ATC Logistics & Electronics, Inc. d/b/a Au

(u)Ad Hoc Committee of Asbestos Personal Inju

(u)Ad Hoc Committee of Consumer Victims of Ge

(u)Affiliated Computer Services, Inc.

(u)Airgas, Inc.

(u)Akebono Corporation (North America)

(u)Allied Automotive Group, Inc., Allied Syst

(u)BP/CGCenter I LLC

(u)Behr America, Inc.

(u)Bing Metals Group, Inc.

(u)Blue Cross Blue Shield of Michigan

(u)BorgWarner, Inc.

(u)Bridgestone Americas Tire Operations, LLC

(u)Citicorp USA, Inc.

(u)Class Representatives of Int'l Union, U

(u)Class Representatives of UAW et. al. v. Ge

(u)Cobasys LLC

(u)DENSO International America, Inc and DENSO

| | | |
|---|---|---|
| (u)Dana Holding Corporation | (u)Dave Delaney's Columbia Buick-Pontiac-G | (u)Elbar Industrial (Trading) Ltd., d/b/a Aut |
| (u)Emigrant Business Credit Corp. | (u)Entergy Mississippi, Inc. | (u)Enterprise Rent-A-Car Company |
| (u)Findlay Industries, Inc. | (u)Ford Motor Company | (u)GMAC LLC |
| (u)Guardian Industries Corp. | (u)HOEGH Autoliners, AS | (u)Hagemeyer, N.A. |
| (u)Hankook Tire America Corporation | (u)Hankook Tire Co., Ltd. | (u)Heidtman Steel Products, Inc. |
| (u)Hertz Corporation | (u)Hess Corporation | (u)Hitachi Automotive Products (USA), Inc. |
| (u)Hitachi Cable Indiana, Inc. | (u)Hitachi, Ltd. | (u)Informal Group of Holders of General Motor |
| (u)Inland Industrial Services Group | (u)J.D. Power and Associates | (u)Karmann U.S.A., Inc |
| (u)Len Industries, Inc. | (u)Linamar Corporation | (u)M-Tech Associates |
| (u)MAHLE Industries, Inc. | (u)Mahar Tool Supply Co. | (u)Mitsubishi Electric Automotive America, In |

| | | |
|---|---|---|
| (u)Norfolk Southern Corporation and Norfolk S | (u)Oakland County Treasurer | (u)Oakley Industries, Inc. |
| (u)Ohio Attorney General | (u)PGW, LLC | (u)PPG Industries, Inc. |
| (u)PSEG Resources LLP | (u)Panasonic Automotive Systems Company of Am | (u)Parnassus Holdings II, LLC |
| (u)Platinum Equity Partners II, L.P. | (u)Publicis Groupe Operating Divisions, LLC | (u)RBS Citizens N.A. |
| (u)Rizza Cadillac-Buick-Hummer, Inc. | (u)Rizza Chevrolet, Inc. | (u)Robert Bosch LLC |
| (u)Rolls-Royce plc and Rolls-Royce Corporatio | (u)SKF USA Inc. | (u)Severstal North America, Inc. |
| (u)Siemens Product Lifecycle Mangement System | (u)SimmonsCooper Cancer Claimants | (u)State Street Bank and Trust Company |
| (u)Superior Industries International, Inc. | (u)TWB Company, LLC | (u)Tenibac-Graphion, Inc. |
| (u)Texas Comptroller of Public Accounts and T | (u)The Gerstenslager Company | (u)The Timken Company |
| (u)The Worthington Steel Company | (u)Tokico (USA), Inc. | (u)Toyota Boshoku America, Inc. |

| | | |
|---|---|---|
| (u)Toyota Tsusho America, Inc. | (u)Trico Products Corporation | (u)United States Of America |
| (u)United States Steel Corporation | (u)Unofficial GM Dealers Committee | (u)Vitec, LLC |
| (u)Vitro Automotriz A.S. de C.V. | (u)Wayne County Treasurer | (u)Wilmington Trust Company |
| (u)Worthington Industries, Inc. | (u)Worthington Specialty Processing | (u)Xerox Capital Services, LLC |
| (du)Ad Hoc Committee of Asbestos Personal Inj | (d)Alpine Electronics of America, Inc.<br>19145 Gramercy Place<br>Torrance, CA 90501-1162 | (u)Attn: Barry E. Bressler |
| (d)Computer Sciences Corporation<br>c/o Raymond J. Urbanik<br>Munsch Hardt Kopf & Harr, P.C.<br>500 N. Akard Street, Suite 3800<br>Dallas, TX 75201-6659 | (d)Continental Tire North America, Inc.<br>c/o John T. Gregg, Esq.<br>Barnes & Thornburg LLP<br>171 Monroe Avenue, NW, Suite 1000<br>Grand Rapids, MI 49503-2694 | (u)Donald J. Hutchinson, Esq. and Susan I Rob |
| (du)Emigrant Business Credit Corp. | (u)Export Development Canada<br>151 O'Connor Street<br>Ottawa | (d)Factory Motor Parts Company<br>1380 Corporate Center Curve<br>Eagan, MN 55121-1200 |
| (u)General Motors National Retiree Associatio | (d)Iron Mountain Information Management, Inc.<br>c/o Frank F. McGinn, Esq.<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA 02110-1610 | (u)Kimberly A. Walsh |
| (d)Local Texas Taxing Authorities<br>c/o Michael Reed<br>PO Box 1269<br>Round Rock, TX 78680-1269 | (d)Michelin Tire Corp.<br>c/o George B. Cauthen<br>Nelson Mullins Riley & Scarborough, LLP<br>PO Box 11070<br>Columbia, SC 29211-1070 | (d)Osram Sylvania Products, Inc.<br>c/o Pepper Hamilton LLP<br>Attn: Deborah Kovsky-Apap, Esq.<br>100 Renaissance Center, Suite 3600<br>Detroit, MI 48243-1157 |
| (u)Pension Benefit Guaranty Corporation | (d)Pilkington North America, Inc.<br>c/o Pepper Hamilton LLP<br>Attn: Deborah Kovsky-Apap, Esq.<br>3600 Renaissance Center<br>Detroit, MI 48243 | (du)Rolls-Royce plc and Rolls-Royce Corporati |

(d)Specialty Engine Components, LLC
c/o Richard W. Martinez, APLC
228 St. Charles Ave., Suite 1310
New Orleans, LA 70130-2644

(d)United Steelworkers

(d)Urban Science Applications, Inc.
c/o Pepper Hamilton LLP
Attn: Deborah Kovsky-Apap, Esq.
3600 Renaissance Center
Detroit, MI 48243

(d)W A Thomas Company
c/o Richard W. Martinez, APLC
228 St. Charles Ave., Suite 1310
New Orleans, LA 70130-2644

(u)Jacob B. Sellers

(u)James W. Ehrman

(u)Joseph F. Rice

(u)Kenneth A. Flaska

(u)Robert T. Gibson

End of Label Matrix
Mailable recipients    273
Bypassed recipients    120
Total                  393