UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
                                                :
In re:                                          :    Chapter 11
                                                :
GENERAL MOTORS CORP. *et al.*,                  :    Case Nos. 09-50026 (REG)
                                                :
                                                :    (Jointly Administered)
                                Debtors.        :
------------------------------------------------X

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for AT&T Corp. ("AT&T"), and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and 11 U.S.C. § 1109(b), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in this case, be transmitted to:

> David A. Rosenzweig
> Jaclyn L. Rabin
> Fulbright & Jaworski L.L.P.
> 666 Fifth Avenue
> New York, New York  10103
> Telephone:  (212) 318-3000
> Telefax:  (212) 318-3400
> E-mail:  drosenzweig@fulbright.com
> E-mail:  jrabin@fulbright.com
>
> AT&T Services Inc.
> Law Group Counsel
> One AT&T Way, Room 3A218
> Bedminster, New Jersey 07921
> Attn:  James W. Grudus
> Telephone:  (908) 234-3318
> E-mail:  jg5786@att.com

75773296.1

-2-

PLEASE TAKE FURTHER NOTICE that, in accordance with Federal Rule of Bankruptcy Procedure 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these cases.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of AT&T (1) to have final orders in non-core matters entered only after de novo review by a District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
　　　　June 16, 2009

　　　　　　　　　　　　　　　　　　　　　FULBRIGHT & JAWORSKI L.L.P.

　　　　　　　　　　　　　　　　　　　　　By: /s/ David A. Rosenzweig
　　　　　　　　　　　　　　　　　　　　　　　David A. Rosenzweig
　　　　　　　　　　　　　　　　　　　　　　　Jaclyn L. Rabin
　　　　　　　　　　　　　　　　　　　　　666 Fifth Avenue
　　　　　　　　　　　　　　　　　　　　　New York, New York  10103
　　　　　　　　　　　　　　　　　　　　　(212) 318-3000

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing Notice Of Appearance and Demand for Notices and Papers, was filed electronically via the ECF system with copies also mailed by overnight Express Mail this 16th day of June 2009, to:

Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
*Counsel to the Debtors*

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004

/s/ David A. Rosenzweig
David A. Rosenzweig