**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GENERAL MOTORS CORPORATION | ) | Case No. 09-50026 |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) | Honorable Robert E. Gerber |

### ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

　　　　　**ORDERED,** that, Marvin E. Clements Jr. is admitted to practice, *pro hac vice,* in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: ***June 16, 2009***
　　　New York, New York

　　　　　　　　　　　*S/ Robert E. Gerber*
　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE