ROLAND HWANG (P32697)
ASSISTANT ATTORNEY GENERAL
Attorney for State of Michigan, DELEG, UIA
3030 W. Grand Blvd., Ste. 9-600
Detroit, Michigan  48202
telephone: (313) 456-2210
telefax:  (313) 456-2201
e-mail: hwangr@michigan.gov

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____/
In re:                                                                              Chapter 11

GENERAL MOTORS CORPORATION, et al               Case No. 09-50026 (REG)

              Debtor.                                                       (Jointly Administered)
_____/

## MOTION TO ADMISSION TO PRACTICE PRO HAC VICE

I , Roland Hwang, a member in good standing of the bars of the State of Michigan, and the United State Bankruptcy Courts for the Eastern and Western Districts of Michigan, request admission, pro hac vice, before the Honorable Robert E. Gerber, to represent the Michigan Department of Energy, Labor & Economic Growth, Unemployment Insurance Agency ("Agency") in the above-referenced Chapter 11 cases.

Mailing address:      Roland Hwang (P32697)
                      Assistant Attorney General
                      Michigan Department of Attorney General
                      Unemployment Unit
                      3030 W. Grand Blvd., Ste. 9-600
                      Detroit, Michigan  48202

e-mail:               hwangr@michigan.gov

telephone:            (313) 456-2210
telefax:              (313) 456-2201

I agree to pay the fee of $25 upon approval by this Court admitting me to practice pro hac vice.

Respectfully Submitted,

/S/    Roland Hwang
Roland Hwang (P32697)
Assistant Attorney General
Attorney for State of Michigan, DELEG, UIA
3030 W. Grand Blvd., Ste. 9-600
Detroit, Michigan  48202
(313) 456-2210
telefax:  (313) 456-2201
hwangr@michigan.gov

Dated:  June 16, 2009