UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____/

In re:                                                                  Chapter 11

GENERAL MOTORS CORPORATION, et al                                        Case No. 09-50026 (REG)

              Debtor.                                              (Jointly Administered)
_____/

**ORDER FOR ADMISSION TO PRACTICE**
*PRO HAC VICE*

     Roland Hwang, a member in good standing of the bars of the State of Michigan, and the United States Bankruptcy Courts for the Eastern and Western Districts of Michigan, requested admission pro hac vice, to represent Michigan Department of Energy, Labor & Economic Growth, Unemployment Insurance Agency (Agency).  Upon consideration of the Motion for Admission *Pro Hac Vice*,

     IT IS HEREBY ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and accordingly, that attorney Roland Hwang is hereby admitted to practice before this court *pro hac vice* for the Agency subject to payment of the filing fee.

                                                                                                   _____
                                                                                Hon. Robert E. Gerber
                                                                                United States Bankruptcy Judge

Date: _____, 2009
       New York, New York