## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**GENERAL MOTORS CORP., et. al.**<br><br>    Debtors. | Chapter 11<br>Case No. 09-50026 (REG)<br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Stephen B. Foley, request admission, ***pro hac vice***, before the Honorable Gerber, to represent T.V. Minority Company, Inc., and its wholly owned subsidiary, Innovative Logistics Group, Inc., and affiliates and subsidiaries, Michigan corporations, in the above referenced case.

*I certify that I am a member in good standing* of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $25.00 with this Motion for *pro hac vice* admission.

s/Stephen B. Foley
STEPHEN B. FOLEY, P.C.
9900 Pelham Road
Taylor, MI 48180
(313) 295-2590
sfoley@sbfpc.com
P-27274

Dated: June 11, 2009



JUN 1 2 2009

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **GENERAL MOTORS CORP., et. al.** | Case No. 09-50026 (REG) |
| | (Jointly Administered) |
| Debtors. | HONORABLE GERBER |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Stephen B. Foley to be admitted, ***pro hac vice*** to represent T.V. Minority Company, Inc., and its wholly owned subsidiary, Innovative Logistics Group, Inc., and affiliates and subsidiaries (the "Client"), Michigan corporations, in the above reference case proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan, it is hereby

**ORDERED**, that Stephen B. Foley, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE