Peter A. Zisser (PZ-9634)
SQUIRE, SANDERS & DEMPSEY L.L.P.
1095 Avenue of the Americas, 31st Floor
New York, New York 10036
Phone: (212) 872-9800
Fax: (212) 872-9815

and

SQUIRE, SANDERS & DEMPSEY L.L.P.
P. Casey Coston
221 E. Fourth St., Suite 2900
Cincinnati, Ohio 45202

Counsel to The Goodyear Tire & Rubber Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re:                                                       :    Chapter 11
                                                             :
GENERAL MOTORS CORP., *et al*.,                              :    Case No.: 09-50026 (REG)
                                                             :
                                        Debtors.             :    (Jointly Administered)
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

     I, Wilfred Lancaster, do hereby certify under penalty of perjury, that on this 16th day of June, 2009, caused a copy of the foregoing *Limited Objection of The Goodyear Tire & Rubber Company to the Notice of (I) Debtors' Intent to Assume and Assign Certain Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto,* to be served upon those parties on the Service List attached hereto.

                                       /s/Wilfred Lancaster
                                         Wilfred Lancaster

SWORN TO AND SUBSCRIBED before
me this 16th day of June, 2009.

/s/Peter A. Zisser        Notary Public, State of New York
  Notary Public           Qualified in NY County
                           No. 4997100
                           Commission expires 7/2/2010

NEWYORK/99367.1

## SERVICE LIST

Diana G. Adams, Esq.
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Warren Command Center
Mailcode 480-206-114
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

Harvey Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
harvey.miller@weil.com
stephen.karotkin@weil.com
joseph.smolinsky@weil.com

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
john.rapisardi@cwt.com

Matthew Feldman, Esq.
U.S. Department of Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
mjedelman@vedderprice.com
mschein@vedderprice.com

- 2 -

- 3 -

Kenneth Eckstein, Esq.
Thomas Moers Mayer, Esq.
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com
tmayer@kramerlevin.com

Chamber of the Hon. Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, NY 10004-1408