My 363

"Objection to Transaction"

John J Patros
8188 Kenyon Dr
Warren, Ohio
44484

Today is June 8-2009

Copy To:
1. Clerk if Bankruptcy Court
2. Weil, Gorshal & Manges
3. Harvey R Miller Esq
4. Stephen Karotkin Esq
5. Joseph H Smolinsky Esq
6. Cadwalader, Wickersham & Taft
7. John J Rapisardi Esq
8. Cleary Gottlieb Steen & Hamilton
9. James L Bromley Esq
10. Cohen, Weiss & Simon
11. Babette Ceccotti Esq
12. Michael J Edelman Esq
13. Michael L Schein Esq
14. Diana G Adams Esq - U.S. Trustee

I personally "object" to the aforementioned Relief sought by GM for approval of that Retiree Settlement Agreement Scheduled to be heard June-30-2009. You cannot in negotiate the past.

Sincerely
John J Patros