Jonathan L. Flaxer, Esq.
Douglas L. Furth, Esq.
GOLENBOCK EISEMAN ASSOR BELL
& PESKOE LLP
437 Madison Avenue
New York, New York 10022
(212) 907-7300

*Counsel for Panasonic Automotive Systems Company of America,
Division of Panasonic Corporation of North America, Formerly Known As
Matsushita Electric Corp. of America*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
In re                                                      :    Chapter 11
                                                           :    Case No. 09-50026 (REG)
GENERAL MOTORS CORP., *et al.*,                            :    Jointly Administered
                                                           :
                    Debtors.                               :
                                                           :
-----------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

**Elizabeth Neuman**, being duly sworn, deposes and says:

1.  I am over eighteen years of age, am not a party to this action and reside in New York, New York.

2.  On June 15, 2009, I caused to be served, true and correct copies of the *Limited Objection of Panasonic Automotive Systems Company of America Formerly Known as Matsushita Electric Corp. of America to Assumption and Assignment of Executory Contracts* upon the persons listed on the annexed Service List in the manner indicated to the addresses set forth therein.

*Elizabeth Neuman*
Elizabeth Neuman

Sworn to before me this
15th day of June, 2009.

*Anthony M. Vassallo*
Notary Public

ANTHONY M. VASSALLO
Notary Public, State of New York
No. 02VA6091296
Qualified in Kings County
Commission Expires 11/19/2011

*462402.1*

# SERVICE LIST

**Debtors (via overnight delivery):**
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn:   Warren Command Center
            Mailcode 480-206-114

**Counsel for Debtors (e-mail)**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Harvey R. Miller, Esq.
            Stephen Karotkin, Esq.
            Joseph H. Smolinsky, Esq.
harvey.miller@weil.com
stephen.karotkin@weil.com
joseph.smolinsky@weil.com

**The United States Trustee (facsimile)**
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004
Attn:   Diana G. Adams, Esq.
Fax No.: 212-668-2255

**Counsel for the Purchaser (e-mail)**
Cadwalader Wickersham & Taft LLP
Counsel to the U.S. Department of the Treasury and Purchaser
One World Financial Center
New York, New York 10281
Attn:   John J. Rapisardi, Esq.
john.rapisardi@cwt.com

**Counsel for the EDC (e-mail):**
Vedder Price, P.C.
1633 Broadway
47th Floor
New York, New York 10019
Attn:   Michael J. Edelman, Esq.
            Michael L. Schein, Esq.
mjedelman@vedderprice.com
mlschein@vedderprice.com

**Counsel for the Official Committee of Unsecured Creditors  (-email)**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn:   Thomas M. Mayer, Esq.
            Kenneth H. Eckstein, Esq.
tmayer@kramerlevin.com
keckstein@kramerlevin.com

462402.1