BINGHAM McCUTCHEN LLP
Jonathan B. Alter
One State Street
Hartford, CT  06103
Tel:  860.240.2700
Fax: 860.240.2800

*Counsel to Travelers Casualty and Surety Company of America*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.* | Case No. 09-50026 (REG) |
| **Debtors.** | Jointly Administered |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Travelers Casualty and Surety Company of America, a party in interest in the above-captioned case (the "Appearing Party"), hereby appears by its counsel, Bingham McCutchen LLP, and requests, pursuant to rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned attorneys, at the address set forth below:

>Jonathan B. Alter
>Bingham McCutchen LLP
>One State Street
>Hartford, Connecticut  06103
>Telephone No.:  860.240.2700
>Facsimile No.:   860.240.2800
>jonathan.alter@bingham.com

A/73065707.1

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, fax, email, or otherwise.

This appearance and demand for notice is neither intended as nor is it a consent of the Appearing Party to jurisdiction of the Bankruptcy Court nor, specifically but not limited to a waiver of: (i) the Appearing Party's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the Appearing Party's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) the Appearing Party's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Appearing Party is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Appearing Party expressly reserve.

Dated: Hartford, Connecticut
       June 16, 2009

Respectfully submitted,

By: /s/Jonathan B. Alter
    Jonathan B. Alter
    BINGHAM McCUTCHEN LLP
    One State Street
    Hartford, Connecticut 06103
    Tel: 860.240.2700
    Fax: 860.240.2800

*Counsel to Travelers Casualty and Surety Company of America*

# CERTIFICATE OF SERVICE

      I hereby certify that on the 16th day of June, 2009, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was filed electronically. Notice of the filing will be served electronically through the Court's ECF System on parties requesting electronic service. In addition, a true and correct copy was served by U.S. Mail, first-class, postage prepaid, upon the parties set forth below:

Harvey R. Miller
Stephen Karotkin
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY  10153

Joseph R. Sgroi, Esq.
Robert B. Weiss, Esq.
Tricia A. Sherick, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226

Andrew D. Velez-Rivera, Esq.
Brian Shoichi Masumoto, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Fl.
New York, NY  10004

Gordon Z. Novod, Es.q
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

      /s/Jonathan B. Alter
      Jonathan B. Alter

A/73065707.1