Michael C. Lambert, Esq.
GILMARTIN, POSTER & SHAFTO LLP
845 Third Avenue, 18th Floor
New York, New York  10022
(212) 425-3220
*Attorneys for Compania Sud Americana
  de Vapores S.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

In re                                                              :

GENERAL MOTORS CORP., et al.,           :

                                  Debtors.     :

------------------------------------------------------- x

Chapter 11

Case No. 09-50026 (REG)

Jointly Administered

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 15th day of June 2009 he caused the Limited Objection of Compania Sud Americana de Vapores S.A. to Debtors' Proposed Assumption and Assignment of Certain Executory Contracts and the Cure Amounts Related Thereto [Docket No. 1128] to be served (a) by its filing on June 15, 2009 to all parties receiving notice via the Court's ECF system and (b) in accordance with the attached service list.

Dated:  June 16, 2009

                                      /s/ Michael C. Lambert_____

{00023122.DOC}

## SERVICE LIST

Office of the U.S. Trustee for the
  Southern District of New York (By Hand)
33 Whitehall Street, 21st Floor
New York, New York  10004
<u>Attention</u>:   Diana G. Adams, Esq.

General Motors Corporation (By FedEx)
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan  48090-9025
<u>Attention</u>:   Warren Command Center
          Mailcode 480-206-114

Weil, Gotshal & Manges LLP (By Hand)
767 Fifth Avenue
New York, New York  10153
<u>Attention</u>:   Harvey Miller, Esq.
          Stephen Karotkin, Esq.
          Joseph H. Smolinsky, Esq.

Cadwalader, Wickersham & Taft, LLP (By Hand)
One World Financial Center
New York, New York  10281
<u>Attention</u>:   John J. Rapisardi, Esq.

U.S. Department of the Treasurery (By FedEx and Fax)
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC  20220
Fax No.: (202) 622-6415
<u>Attention</u>:   Matthew Feldman, Esq.

Vedder Price, P.C. (By Hand)
1633 Broadway, 47th Floor
New York, New York  10019
<u>Attention</u>:   Michael J. Edelman, Esq.
          Michael L. Schein, Esq.

Kramer Levin Naftalis & Frankel LLP (By Hand)
1177 Avenue of the Americas
New York, New York  10036
<u>Attention</u>:   Gordon Z. Novod, Esq.

{00023122.DOC}