**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORPORATION | ) | Case No. 09-50026 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Robert E. Gerber |

### ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

        **ORDERED,** that, Stephen B. Foley is admitted to practice, *pro hac vice*,

in the above referenced case, in the United States Bankruptcy Court, Southern District of

New York, provided that the filing fee has been paid.

Dated: *June 16, 2009*
        New York, New York

                        *S/ Robert E. Gerber*
                UNITED STATES BANKRUPTCY JUDGE