FOX ROTHSCHILD LLP
Fred Stevens
100 Park Avenue, 15th Floor
New York, New York 10017
(212) 878-7900

*Attorneys for StarSource Management Services*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
---------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

***PLEASE TAKE NOTICE*** that StarSource Management Services ("StarSource"), a creditor in the above-captioned bankruptcy case, pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules") 2002 and 9010, hereby appears through the law firm of Fox Rothschild LLP, its undersigned attorneys, and demands service of all notices and papers herein upon:

> Fox Rothschild LLP
> 100 Park Avenue, Suite 1500
> New York, New York 10017
> Attn: Fred Stevens
> Tel: (212) 878-7905
> Fax: (212) 692-0940
> Email: fstevens@foxrothschild.com

***PLEASE TAKE FURTHER NOTICE*** that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, and orders, whether written or oral, formal or informal, however transmitted, and any discovery sought from

StarSource of any kind, including, without limitation, all requests for admissions, interrogatories, requests for the production of documents, and notice of depositions.

***PLEASE TAKE FURTHER NOTICE*** that neither this Notice of Appearance and Demand for Service of Papers (the "Notice") nor any later appearance or pleading, shall constitute a waiver of StarSource's:

    a)   rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge;

    b)   rights to trial by jury in any proceedings as to any and all matters so triable, whether or not the same be designated legal or private rights, or in any case, controversy or pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

    c)   rights to seek abstention or remand of any matter or proceeding subject to mandatory discretionary abstention or remand, and to have the District Court withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal;

    d)   rights to receipt of service of process in all actions, causes, claims, or proceedings arising in, arising under or related to these proceedings to be served directly on StarSource;

    e)   rights to contest service of process and/or improper service of process; or

    f)   rights, remedies and claims against other entities or any objection that may be made to the jurisdiction and venue of the Court or venue of this case.

All of the above rights are expressly reserved and preserved by StarSource without exception.

[*Continued on next page*]

Dated: New York, New York
June 16, 2009

                                          FOX ROTHSCHILD LLP

                                      By: *s/ Fred Stevens*
                                              Fred Stevens
                                              100 Park Avenue, 15th Floor
                                              New York, NY 10017
                                              Telephone: (212) 878-7900
                                              Facsimile: (212) 692-0940
                                              Email: fstevens@foxrothschild.com

                                              *Counsel to StarSource Management*
                                                 *Services*

NY1 432664v1 06/16/09