## **CERTIFICATE OF SERVICE**

1.  I, Fred Stevens, hereby certify that I am a member of the bar of the State of New York, admitted to practice before this Court, and a partner of the firm of Fox Rothschild LLP, counsel to StarSource Management Services ("StarSource"), a creditor in the bankruptcy cases captioned In re General Motors Corp., *et al.*, Case No. 09-50026 (Bankr. S.D.N.Y. June 1, 2009) (Gerber, B. J.).

2.  I further certify that on **June 16, 2009**, a true copy of the prefixed notice of appearance and demand for service of papers by counsel to StarSource was served upon:

General Motors Corporation
300 Renaissance Center
Detroit, Michigan 48265-3000

Weil Gotshal & Manges LLP
Attn: Stephen Karotkin
767 Fifth Avenue
New York, New York 10153

Office of the United States Trustee
Southern District of New York
33 Whitehall Street
New York, New York 10004

at the above-listed address designated for that purpose by depositing a true copy of the same enclosed in a first class post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated:  New York, New York
        June 16, 2009

                                                *s/ Fred Stevens*
                                                Fred Stevens

NY1 432664v1 06/16/09