**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| General Motors Corp., *et al.*, Debtors. | Case No. 09-50026 (REG) |
| | (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, Ashley E. Davis, hereby request admission to practice *pro hac vice* before the Honorable Robert E. Gerber, to represent the Florida Attorney General, an objector, in the above referenced case. I certify that I am a member in good standing of the Florida Bar and the United States District Court for the Northern District of Florida. I have submitted the filing fee of twenty-five dollars ($25.00) with this motion.

Respectfully submitted, this 16th day of June 2009.

　　　　　　　　　　　　　　　　　　　　　　　　/s/Ashley E. Davis
　　　　　　　　　　　　　　　　　　　　　　　　ASHLEY E. DAVIS
　　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 48032
　　　　　　　　　　　　　　　　　　　　　　　　ashley.davis@myfloridalegal.com
　　　　　　　　　　　　　　　　　　　　　　　　Office of the Attorney General
　　　　　　　　　　　　　　　　　　　　　　　　PL-01, The Capitol
　　　　　　　　　　　　　　　　　　　　　　　　Tallahassee, Florida 32399-1050
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (850) 414-3852
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (850) 488-9134