To whom it Concerns, I'M grateful
for didn't effecty my Pay, But,
my medical Co pays, etc, were effected.
I worked for GM 29.3 years and had to
go to 6 plants to get my time in.
I think my medical Benefits should
not Be altered. I worked hard and Paid
my Dues to get what I have. Its
unfair and people like myself & wife
are on a lot on RX meds and can't
afford them high co pay. Also NO Vision
or dental is wrong the way I see it.
People shouldn't have to struggle at their
retirement life. I hope & pray that
this is reinstated some where along the
line.

Paul E. Thomas
UAW-GM Retired

814 W. Pearl St.
Batesville, IN 47006


JUN 1 2 2009