I object to the retiree reduction in benefits & pension for G.M. & employees.

Glen Schrader



Glen & Saundra Schrader
1909 County Road 5
Delta, OH 43515-9253

Office of Clerk Bankruptcy court
one Bowling Green, Room 621
new york, new york 10004