To Whom It May Concern, Sir I strongly object to the UAW Retiree Settlement Agreement and the 363 Transaction. The UAW cannot be the sole authorized represetive of retirees since retirees are given no voice in any agreement. These benefits that are being eliminated were paid for during our active years . In lieu of raises, money was diverted to support these plans. The union blocks retirees from voting since it's easier to stick it to them than getting support from active workers . Active workers could have given up a dollar or so an hour to support retiree benefits since they will soon be there also, but passage my have been harder. Ironically union officers will be able to receive retirement benefits on the backs of the same people they are sticking it to. Please restore all retiree benefits or at least refund all monies that we paid into these plans during our working years.

Stanley Janusz
*signature*
11995 Angus Cir.
Sterling Heights
Mich. 48312
586 268 1944
Janusz234@aol.com
UAW Local 160