DICONZA LAW, P.C.
630 Third Avenue, 7th Floor
New York, New York 10017
Gerard DiConza
Tel: (212) 682-4940
Fax: (212) 682-4942

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
In re:                                                  :        Chapter 11
                                                        :
GENERAL MOTORS CORP., et al.,                           :        Case No. 09-50026 (REG)
                                                        :        (Jointly Administered)
                                    Debtors.            :
----------------------------------------------------------------------x

VERIFIED STATEMENT OF DICONZA LAW, P.C.
PURSUANT TO BANKRUPTCY RULE 2019

            DiConza Law, P.C. ("DiConza Law") respectfully submits this statement pursuant

to Federal Rule of Bankruptcy Procedure 2019.

            1.      *Clients:*  DiConza Law appears in these cases as bankruptcy counsel for

each of the parties in interest and creditors identified below (collectively, the "DiConza Clients")

in connection with the bankruptcy cases filed by General Motors Corporation and its affiliates

and subsidiaries (collectively, the "Debtors"):

   •        ARCADIS U.S., INC. and its affiliate, Encore LLC ("ARCADIS");

   •        Analysts International Corporation ("Analysts");

   •        SCG Capital Corporation ("SCG"); and

   •        North American Acquisition Corporation d/b/a AMTEC Precision
            Products ("AMTEC").

            2.      *Nature and amount of claim and time of acquisition*:  The DiConza Clients

are each parties to contracts and/or leases with the Debtors.  Further information about the claims

and interests held by the DiConza Clients will be set forth in their respective proofs of claims

and/or administrative expense claim requests.

       3.    *Pertinent facts and circumstances in connection with the employment of DiConza Law*:  DiConza Law has filed a notice of appearance in the case on behalf of ARCADIS and is monitoring the case on its behalf.  DiConza Law is currently representing Analysts, SCG and AMTEC in connection with their respective objections to cure amounts proposed by the Debtors in connection with the Debtors' proposed sale and assignment of executory contracts and unexpired leases.  DiConza Law holds no ownership interest in the claims described above.

       4.    The undersigned has direct knowledge of the statements herein and verifies that these statements are true and correct to the best of his knowledge and belief.

Dated: June 15, 2009
      New York, New York

                        DICONZA LAW, P.C.


                By:    /s/ Gerard DiConza
                        Gerard DiConza
                        630 Third Avenue, 7th Floor
                        New York, NY 10017
                        Telephone: (212) 682-4940