**CONNELL FOLEY LLP**
888 Seventh Avenue
New York, New York 10106
(212) 262-2390
Stephen V. Falanga (SF 6414)
Christopher M. Hemrick (CH 3682)

*Attorneys for Panasonic Electric Works Corporation of America*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **GENERAL MOTORS CORPORATION,** *et al.*, | Bankr. Case No. 09-50026 (REG) |
| | **Jointly Administered** |
| **Debtors.** | |

## CERTIFICATION OF SERVICE

I, **CHRISTOPHER M. HEMRICK**, hereby certify and state that, pursuant to the Court's June 1, 2009 Interim Order (Docket No. 175), on June 15, 2009 before 4:00 p.m. Eastern Standard Time I caused to be electronically filed and served via the Court's electronic filing system the following document upon all parties registered to receive electronic filings:

1.  LIMITED OBJECTION OF PANASONIC ELECTRIC WORKS CORPORATION OF AMERICA TO THE ENTRY OF A FINAL ORDER GRANTING THE DEBTORS' MOTION FOR AN ORDER AUTHORIZING THE DEBTORS TO (I) PAY PREPETITION CLAIMS OF CERTAIN ESSENTIAL SUPPLIERS, VENDORS AND SERVICES PROVIDORS; (II) CONTINUE TROUBLED SUPPLIER ASSISTANCE PROGRAM; AND (III) CONTINUE PARTICIPATION IN THE UNITED STATES TREASURY AUTO SUPPLIER SUPPORT PROGRAM

On June 15, 2009 before 4:00 p.m., I further caused the foregoing document to be served, via electronic mail, upon the parties indicated on the attached service list.

The same day, I also caused the foregoing document to be served, via U.S. Mail, upon the parties indicated on the attached service list.

2164870-01

I certify under penalty of perjury that the foregoing is true and correct.

<u>*/s/ Christopher M. Hemrick*</u>
Christopher M. Hemrick

Executed: June 16, 2009

# SERVICE LIST

**VIA U.S. MAIL**

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
Fax : (212) 310-8007
Attn:   Harvey R. Miller
        Stephen Karotkin

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Attn:   Joseph R. Sgroi

Jenner & Block LLP
919 Third Avenue
37th Floor
New York, NY 10022
Attn:   Patrick J. Trostle

*Counsel for Debtors*

Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004
Attn:   Andrew D. Velez-Rivera
        Diana G. Adams

Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036
Attn:   Gordon Z. Novod

*Counsel for Official Committee of Unsecured Creditors*

Patton Boggs LLP
1185 Avenue of the Americas, 30th Floor
New York, New York 10036
Attn:   Michael P. Richman

*Counsel for Ad Hoc Bondholders' Committee*

**VIA ELECTRONIC MAIL**

Harvey R. Miller ('harvey.miller@weil.com')
Stephen Karotkin ('stephen.karotkin@weil.com')
Joseph R. Sgroi ('jsgroi@honigman.com')
Patrick J. Trostle ('ptrostle@jenner.com')

*Counsel for Debtors*

Gordon Z. Novod ('gnovod@kramerlevin.com')

*Counsel for the Official Committee of Unsecured Creditors*

Michael P. Richman  ('mrichman@pattonboggs.com')

*Counsel for Ad Hoc Bondholders' Committee*


Office of the U.S. Trustee ('USTP.Region02@usdoj.gov')
33 Whitehall Street
21st. Floor
New York, NY 10004

*U.S. Trustee*

'ecfwolfordr@millerjohnson.com'
*Counsel for Chairperson, Official Committee of Unsecured Creditors*

2164870-01                                4