6-9-2009

To all concerned

I prefer no warrants. Unless we receive some new stock/and/or compensation or a huge cash voucher from the new G.M. to buy a new G.M. car — we most likely will never buy another G.M. product. We are currently driving our 16th Buick. I expect to buy 2 or 3 possibly 4 new vehicles over the next few years.

I am not satisfied with the changes in the retiree benefits.

Disregard any possible offense to the Bankruptcy court that I may have made above.

Sincerely,

731-686-0504
5106 Wahl St.
Milan, Tn. 38358

Clifton R. Arrington
for Linda J. Arrington, who is visiting in Michigan through June 19, 2009.

If any answer made to me by this writing — please make short & clear.