Tonya A. Trumm
MICHAEL BEST & FRIEDRICH LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI  53202-4108
Telephone:  (414) 271-6560
Facsimile:   (414) 277-0656

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>General Motors Corp., *et al.*<br><br>            Debtors | Case No. 09-50026 (REG)<br>(Jointly Administered)<br><br>Chapter 11 |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Tonya A. Trumm, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Jefferson Wells International, Inc. in the above-referenced cases.

I certify that I am a member in good standing of the bar in the State of Wisconsin, and admitted to the United States District Court for the Eastern District of Wisconsin and the United States District Court for the Western District of Wisconsin.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

DATED:  June 16, 2009                    Respectfully submitted,

/s/ Tonya A. Trumm
Tonya A. Trumm (WI Bar #1034790)
MICHAEL BEST & FRIEDRICH LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI  53202-4108
(414) 271-6560
(414) 277-0656 (facsimile)
tatrumm@michaelbest.com

Attorneys for Jefferson Wells International, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Motion for Admission to Practice, *pro hac vice* was served on this 16th day of June, 2009, via the Court's ECF system on those parties registered to receive notice.

/s/ Tonya A. Trumm
Tonya A. Trumm

T:\CLIENTA\022471\0001\A3334821.1