UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
                                       :
In re                                     : Chapter 11
                                         :
                                         : Case No. 09-50026 (REG)
   GENERAL MOTORS CORPORATION, *et al.*, :
                                         : (Jointly Administered)
                      Debtors.         :
---------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

Brooke Filler, being duly sworn, deposes, and says:

       1.      I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

       2.      On June 15, 2009, I caused to be served copies of **Ryder's Objection to Debtors' Proposed Cure Amounts** on the parties listed on the attached service list.

3. I caused such service to be made by enclosing true copies of the aforementioned documents in properly addressed wrappers and caused them to be sent in the manner shown thereon.

/s/ Brooke Filler
Brooke Filler

Sworn to before me this
16th day of June, 2009

/s/ Maurice Tattnall
Notary Public
State of New York
No. 01TA6018000
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Dec. 21, 2010

## SERVICE LIST

**BY HAND**

Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
Attn: Diana G. Adams, Esq.

John J. Rapisardi, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**BY FEDERAL EXPRESS**

Matthew Feldman, Esq.
U.S. Department of Treasury
1500 Pennsylvania Avenue, N.W., Room 2312
Washington, DC 20220

the Debtors
c/o General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center, Mailcode 480-206-114