**Tranum Buick-Pontiac-GMC Truck**
"Our Customers are #1"
P. O. Box 1028
Temple, Texas 76503-1028

**CERTIFIED MAIL™**

7008 0150 0000 7317 0438

RETURN RECEIPT REQUESTED

Honorable Robert E. Gerber
United States Bankruptcy Judge Courtroom 601
US Bankruptcy Court for the Southern District of NY
One Bowling Green
New York, NY    10004-1408

1000481400 C038

     

| | | |
|---|---|---|
| 5620 S. General Bruce Drive | P.O. Box 1028 | (254) 773-4548 |
| I-35 at Midway Drive | Temple, Texas 76503 | 1-800-234-5133 |
| Temple, Texas 76502 | Email: sales@tranumauto.com | Fax (254) 773-0139 |
| Tranum Buick - Pontiac - GMC - Temple | www.tranumauto.com | Tranum Country Ford - Rockdale |
| Tranum Used Vehicles - Temple | | Tranum Volkswagen - Suzuki - Temple |

Honorable Robert E. Gerber
United States Bankruptcy Judge
Courtroom 621
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004-1408

Dear Honorable Robert E. Gerber,

Case No. 09-50026

Please accept this letter as a formal protest.

Tranum Buick Inc. is requesting to be included on the list to hold General Motors accountable to Texas state laws and to abide by General Motors sales and service agreement.

Tranum Buick Inc. is requesting General Motors to adhere to Article 15 in the General Motors Corporation's dealer's sales and service agreement. Article 15.2 states General Motors will purchase personal property from dealer. In particular Tranum Buick Inc. is asking for Article 15.2.1 B, C and D to be adhered to pertaining to signs, special tools, parts and accessories.

Sincerely,

*Anna Tranum-Kessler* 6/11/09
Anna Tranum-Kessler
Dealer Principal
Tranum Buick Inc.
5620 S. General Bruce Dr.
Temple, TX 76502


CC:

Vito Genna, Clerk of Court
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004-1408

Page 1 of 2

"WE TRADE WHILE OTHERS TALK"

Weil, Gotshal & Manges LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.

Cadwalader, Wickersham & Taft LLP,
Attorneys for the Purchaser
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi, Esq.

Kramer Levin Naftalis & Frankel LLP
Attorneys for the Creditors Committee
1177 Avenue of the Americas
New York, New York 10036
Attn: Kenneth H. Eckstein

Cleary Gottlieb Steen & Hamilton LLP
Attorneys for the UAW
One Liberty Plaza
New York, New York 10006
Attn: James L. Bromley, Esq.

Cohen, Weiss and Simon LLP
Attorneys for the UAW
330 W. 42nd Street
New York, New York 10036
Attn: Babette Ceccotti, Esq.

Vedder Price, P.C.
Attorneys for Export Development Canada
1633 Broadway - 47th Floor
New York, New York 10019
Attn: Michael J. Edelman, Esq., and Michael L. Schein, Esq.

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street - 21st Floor
New York, New York 10004
Attn: Diana G. Adams, Esq.

U.S. Attorney's General office, S.D.N.Y.
86 Chambers Street - Third Floor
New York, New York 10007
Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.