UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                      :    Chapter 11
                                                            :
GENERAL MOTORS CORPORATION, *et*                            :    Case No. 09-50026 (REG)
*al.*,                                                      :
                                                            :    (Jointly Administered)
                                    Debtors.                :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2009 and June 16, 2009, I caused to be served the Objection of Behr-Hella Thermocontrol GmbH Co. to Proposed Cure Amounts by causing copies of same to be delivered upon the parties as indicated on the annexed Exhibit A and electronically via the Court's CM/ECF system.

Dated:  June 16, 2009
        New York, New York          ORRICK, HERRINGTON & SUTCLIFFE LLP


                                    By: _____
                                        Alyssa D. Englund
                                        666 Fifth Avenue
                                        New York, New York  10103
                                        Telephone:  (212) 506-5000
                                        Facsimile:   (212) 506-5151

                                        *Counsel to Behr-Hella Thermocontrol GmbH Co.*

## **EXHIBIT A**

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Attn:  Warren Command Center
Mailcode 480-206-114
Warren, MI  48090-9025
*Via Federal Express on June 15, 2009*

U.S. Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW
Room 2313
Washington, DC  20220
*Via Email on June 15, 2009*

Office of the United States Trustee
Attn:  Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, NY  10004
*Via Facsimile on June 16, 2009*

Kramer Levin Naftalis & Frankel LLP
Attn:  Thomas Moers Mayer, Esq.
1177 Avenue of the Americas
New York, NY 10036
*Via Email on June 15, 2009*

Weil, Gotshal & Manges LLP
Attn:  Harvey R. Miller, Esq.
          Stephen Karotkin, Esq.
          Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY 10153
*Via Email on June 15, 2009*

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY  10281
*Via Email on June 15, 2009*

Vedder Price, P.C.
Attn:  Michael J. Edelman, Esq.
          Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY  10019
*Via Email on June 15, 2009*

OHS East:160572033.1