**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| GENERAL MOTORS CORP., *et al*. | : | 09-50026 (REG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors | : | |
| | : | Related Docket No. 1354 |

-----------------------------------------------------x

## CERTIFICATE OF SERVICE

I, James E. Van Horn, hereby certify that on June 15, 2009, true and correct copies of Sprint Nextel Corporation's Objection and Reservation of Rights to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property And (II) Cure Amounts Related Thereto (Doc. No. 1354) were served or caused to be served upon the parties listed on the attached Service List via electronic mail, facsimile or overnight delivery.

Dated: June 16, 2009

*/s/ James E. Van Horn*
James E. Van Horn
McGuireWoods LLP
7 Saint Paul Street
Suite 1000
Baltimore, MD 21202
Telephone: (410) 659-4400
Facsimile: (410) 659-4599
jvanhorn@mcguirewoods.com

## SERVICE LIST

**VIA E-MAIL (c/o Weil Gotshal & Manges, LLP)**
**AND VIA FEDERAL EXPRESS OVERNIGHT MAIL**

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan  48090-9025
Attn:  Warren Command Center, Mailcode 480-206-114

**VIA E-MAIL:**

Harvey R. Miller, Esq.                            harvey.miller@weil.com
Stephen Karotkin, Esq.                         stephen.kartokin@weil.com
Joseph H. Smolinsky, Esq.                    joseph.smolinsky@weil.com
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York  10153
*Attorneys for Debtors*

John J. Rapisardi, Esq.                          john.rapisardi@cwt.com
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York  10281
*Attorneys for Purchaser*

Kenneth H. Eckstein, Esq.                   keckstein@kramerlevin.com
Thomas Moers Mayer, Esq.                tmayer@kramerlevin.com
Gordon Z. Novod, Esq.                       gnovod@kramerlevin.com
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York  10036
*Attorneys for Creditors' Committee*

Michael J. Edelman, Esq.                    mjedelman@vedderprice.com
Michael L. Schein, Esq.                       mschein@vedderprice.com
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York  10019
*Attorneys for Export Development Canada*

**VIA FACSIMILE:**

| | |
|---|---|
| U.S. Treasury<br>Attn:  Matthew Feldman, Esq.<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC  20220 | Fax No. 202-622-6415 |
| Office of the United States Trustee<br>Attn: Diana G. Adams, Esq.<br>333 Whitehall Street, 21st Floor<br>New York, New York  10004 | Fax No. 212-668-2256 |

/9435425.1