**ORRICK, HERRINGTON & SUTCLIFFE LLP**

Richard H. Wyron (admitted *pro hac vice*)
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

    - and -

John Ansbro
Courtney M. Rogers
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

*Counsel to Hella KGaA Hueck & Co., Hella Corporate
Center USA, Inc., and Certain Affiliated Entities and
Behr-Hella Thermocontrol GmbH Co.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **GENERAL MOTORS CORPORATION,** *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

---------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND DOCUMENTS**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

      PLEASE TAKE NOTICE that the undersigned appears as counsel to Hella KGaA Hueck & Co., Hella Corporate Center USA, Inc., and certain affiliates (collectively, the "**Hella Entities**") and Behr-Hella Thermocontrol GmbH Co. ("**BHTC**") (the Hella Entities and BHTC together, the "**Entities**"), creditors and parties-in-interest herein and, pursuant to 11 U.S.C. §

1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), hereby request that all notices given or required to be given in this case be given and served upon:

> Richard H. Wyron
> Orrick, Herrington & Sutcliffe LLP
> Columbia Center
> 1152 15th Street, N.W.
> Washington, D.C. 20005-1706
> Telephone: (202) 339-8400
> Facsimile: (202) 339-8500
> Email: rwyron@orrick.com
>
> - and -
>
> John Ansbro
> Courtney M. Rogers
> Orrick, Herrington & Sutcliffe LLP
> 666 Fifth Avenue
> New York, New York 10103
> Telephone: (212) 506-5000
> Facsimile: (212) 506-5151
> Email: jansbro@orrick.com
>         crogers@orrick.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, formal or informal, and whether transmitted or conveyed by mail, hand delivery, facsimile transmission, e-mail, telephone, telegraph, telex or otherwise, which affects the above-captioned Debtors (the "**Debtors**") or the property of or in the possession, custody or control of the Debtors or which is otherwise filed or given with regard to the above-referenced case.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core

matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Notices and Documents is without prejudice to the Entities' rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtors and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved.

PLEASE TAKE FURTHER NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 3017(a), the Entities further request that all plans and disclosure statements filed herein by any party be duly served upon the Entities' undersigned counsel.

Dated: June 16, 2009
     New York, New York         **ORRICK, HERRINGTON & SUTCLIFFE LLP**

By:    */s/ Richard H. Wyron*
       Richard H. Wyron (admitted *pro hac vice*)
       Orrick, Herrington & Sutcliffe LLP
       Columbia Center
       1152 15th Street, N.W.
       Washington, D.C. 20005-1706
       Telephone: (202) 339-8400
       Facsimile: (202) 339-8500

- and –

John Ansbro
Courtney M. Rogers
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

*Counsel to Hella KGaA Hueck & Co., Hella Corporate Center USA, Inc., and Certain Affiliated Entities and Behr-Hella Thermocontrol GmbH Co.*