Houghton Lake 48629
June 11, 2009

Honorable Judge Robert E. Gerber
% Vito Genna, Clerk of Bankruptcy Court
United States Bankruptcy Court
One Bowling Green, New York, N.Y. 10004
Case # 09-50026 (REG)

DEAR JUDGE:

WE ARE RETIRED AND IN OUR EIGHTIES. HELEN WORKED UP TO 3 JOBS IN A DAY HELPING RAISE 5 CHILDREN. ED WORKED 2 JOBS IN A DAY, AT TIMES WORKING 18 HOURS. DIVORCED WHEN WE MET AND MARRIED, EACH OF OUR YOUNGEST WAS 15 YEARS OLD.

ED RETIRED FROM GM AND HELEN RETIRED A BANKRUPT AUTO SUPPLY COMPANY. THROUGH OUT OUR MARRIAGE AND RETIREMENT WE PURCHASED CLOSE TO $50,000.00 DOLLARS OF GM COMMON AND PREFERRED STOCK FOR THE DIVIDEND INCOME

WE ALSO BOUGHT K-MART AND FOR INCOME PURPOSSES TOO. THE JUDGES IN THE CASES CANCELLED OUR STOCK EVEN THOUGH K-MART IS A THRIVING COMPANY TODAY WE SINCERELY BELIEVE THE JUDGE SHOULD HAVE ORDERED THE PEOPLE

RUNNING K-MART TO PURCHASE FIFTY ONE PERCENT OF THE STOCK IN K-MART KEEPING ALL REMAINING STOCK AT SOME VALUE

THIS WE WOULD ASK THAT GM STOCK BE HANDLED IN THE SAME MANNER

WE KNOW THAT GM WANTS TO REDUCE THEIR COMMON STOCK 100 TO 1.

WE HAVE ALREADY ACCEPTED THEIR OFFER OF 225 COMMON SHARES OF STOCK FOR EACH $1000.00 OF PREFERRED STOCK WE OWN.

SINCE GM IS STILL IN BUSINESS, ALTHOUGH SMALLER, BY NOT CANCELLING THEIR STOCK THERE MAY BE SOME VALUE. POSSIBLY RECEIVING DIVIDENDS WITH VALUE RETURNING TO THE DOWNSIZE STOCK COMING BACK TO SOMEWHERE NEAR THE VALUE WE INVESTED, SOMETIME IN THE NEAR FUTURE THAT <u>WE MAY NOT SEE</u>.

THIS WAS ONCE A GREAT COMPANY, THE GM BOARD OF DIRECTORS DID NOT EXERCISE

③

THEIR POWERS IN KEEPING G.M. STRAIGHT AND SHOULD BE FIRED AND SUED FOR THEIR ILLGOTTON GAINS.

THE NEW PEOPLE RUNNING THE DOWNSIZE GM SHOULD NOT BE PAID IN TOTAL MORE THAN 100 TIMES THE LOWEST PAID WORKER AT GM. PLEASE CONSIDER THAT WE ARE NOT THE ONLY WORKING-RETIRED FAMILY THAT BOUGHT INTO THE FAITH AND CREDIT OF GM OLD OR NEW.

YOU KNOW THAT GM COULD HAVE ASKED ALL STOCKHOLDERS TO CONTRIBUTE $10.00, $20.00 OR EVEN $50.00 A MONTH AFTER GETTING RID OF THE OLD BOARD, ISSUING A SPECIAL CERTIFICATE TO HELP THEM DOWNSIZE AND TO AVOID OR COME OUT OF BANKRUPTCY.

YOUR HONOR, THANK YOU FOR READING OUR LETTER WITH OUR HOPES THAT YOU WILL CONSIDER OUR STATUS IN THIS CASE AND NOT CAST US ASIDE LIKE DIRTY RAGS.

MOST SINCERELY YOURS,
EDWIN O. AND HELEN P. DOTY
Edwin O. Doty    Helen P. Doty

  

Mr. & Mrs. Edwin Doty
150 Channel Ct.
Houghton Lake, MI 48629

HONORABLE JUDGE ROBERT E. GERBER
C/O VETO GENNA, CLERK OF BANKRUPTCY COURT
UNITED STATES BANKRUPTCY COURT
ONE BOWLING GREEN, NEW YORK, N.Y. 10004

**RETURN RECEIPT REQUESTED**