Mr Edward J Plantz
417 Wyomire Ave
Buffalo NY 14216
11 Jun 09

Dear Sir

I disagree with the terms for the retiree. No one spoke to me

Yours truly

Mr Edward J Plantz
UAW Member