Attention: Clerk of the Court:

I am writing to the conditions of Case #09-50026: GMC., et al., Debtors.

I object to the loss of salaried and hourly retiree benefits — pension, insurance and health coverage. We all worked many years and thru difficult times (including a 5 year wage freeze in the 90's) for our benefits. To lose them will cause an <u>extreme</u> <u>hardship</u> for us. I do not feel salaried retirees were properly represented in this matter, if at all.

I received bankruptcy papers — yesterday 6/12/09 from "The Garden City Group, Inc.", GM Claims Agent. To give me 6 business days to object or respond is unreasonable. I ask for more consideration, <u>time</u> <u>wise</u>, in the future.

Sincerely —
Marlye A Wassenaar
3034 Meadow St
Lynn Haven, Fl.
32444
GMC — Salaried Retiree





Marlye A Wassenaar
3034 Meadow St
Lynn Haven FL 32444-5671