June 11, 2009

To Whom It May Concern,

We just received our letter concerning our benefits and the changes negotiated by the UAW officials. I am deeply upset about the retiree's having to take the brunt of the changes. Being that we were the ones that set the cement for all the workers and retiree's for the GM benefits that we've earned over the years of employment, now you're slowly dropping us off the books with no mention as to what the active workers having to give up, if any at all

-2-

I am sick and tired of the retiree's having to be the ones who have to lose or give back all what we have earned through our sweat and hard hours of work.

If it were not for the retiree's, GM would have never made it as big as they are.

It's not our fault that the higher up's made lots of bad decisions, and the union to follow suit in making more bad decisions on the lives of their retiree's.

As for myself, we are forced to drop most of our medications, because we can't afford $20 and $50.00

-3-

per script when you're dealing with 12 meds for my wife alone plus my 4 meds. How in good conscience can the government give billions of dollars to a company that's raping the retiree's along with the UAW's help.

I have since dropped my UAW dues because of their decisions. I think the UAW should consider what the current workers will have to give up also to make things fair.

I also don't think the UAW should be able to open up our contract and renegotiate in 2011 and 2012, depending

-4-

on the market. An agreement is an agreement and it should be held to it's terms, and not when they feel like opening it. Needless to say when I retired, GM promised to take care of me through benefits for all the services I provided over 30 years of my life. They <u>broke</u> <u>that</u> <u>contract</u> and there's nothing I can do about it. I wanted my job back and they refused to give it to me. Please take all of this into consideration before you make up your mind.

Sincerely,
Robert A. McKenzie
1851 N. Coville Lincoln Mi. 48742

Robert A. McKenzie
1851 N. Cowles Rd.
Lincoln, ME. 04857

US Bankruptcy Court for the
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Room 621
New York, New York 10004