Stephen M. Gross, Esq.
McDonald Hopkins PLC
39533 Woodward Ave., Suite 318
Bloomfield Hills, MI 48304
Phone: 248.646.5070
Fax: 248.646.5075
E-mail: sgross@mcdonaldhopkins.com

**Counsel to Gonzalez Design Engineering, Gonzalez Production Systems and Gonzalez Manufacturing Technology**

United States Bankruptcy Court
Southern District of New York

_____

| | |
|---|---|
| In re: | Chapter 11 |
| General Motors Corp., *et al.,* | Case No. 09-50026 (REG) |
| | (Jointly Administered) |

_____

### CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2009 I filed **Amended Limited Combined Objection of Gonzalez Design Engineering, Gonzalez Production Systems and Gonzalez Manufacturing Technology to Notice of (1) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto** with the Clerk of the Court using the ECF system which then sent notification to all parties receiving notice via the Court's ECF system and (b) in accordance with the attached service list.

{1766198:}

## SERVICE LIST

John Rapisordi, Esq.   (By FedEx)
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

General Motors Corporation   (By FedEx)
Cadillac Building
30009 Van Dyke Avenue
Warren, MI  48090
Warren Command Center
Mail Code 480 206 114

Weil Gotshal & Manges LLP (By FedEx and Fax)
767 Fifth Avenue
New York, NY  10153
Attn:  Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Fax:  212.310.8007

Matthew Feldman, Esq.        (By FedEx)
U.S. Treasury Department
1500 Pennsylvania Aveune NW
Room 2312
Washington, DC  20220

Gordon Z. Novod, Esq.        (By FedEx and Fax)
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Fax:  212.715.8000

Vedder Price PC              (By FedEx and Fax)
1633 Broadway, 47th Floor
New York, NY  10019
Attn: Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Fax:  212.407.7799

{1766198:}

Office of the U.S. Trustee    (By FedEx and Fax)
Southern District of New York
33 Whitehall Street
21st Floor
New York, NY  10004
Attn:  Diana G. Adams, Esq.
Fax:  212.668.2256

Dated:  June 16, 2009.

                    Respectfully Submitted

                    MCDONALD HOPKINS PLC

By:    /s/  Stephen M. Gross
       Stephen M. Gross (P35410)
       39533 Woodward Ave., Suite 318
       Bloomfield Hills, MI  48304
       Phone:  248.646.5070
       Fax: 248.646.5075
       E-mail:  sgross@mcdonaldhopkins.com

**COUNSEL TO Gonzalez Design Engineering, Gonzalez Production Systems and Gonzalez Manufacturing Technology**

{1766198:}