BODMAN LLP
Marc M. Bakst (P41575)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
313-393-7530
mbakst@bodmanllp.com

ATTORNEYS FOR LEAR CORPORATION
AND ITS SUBSIDIARIES AND AFFILIATES
IN PRIVITY OF CONTRACT WITH
DEBTORS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2009, I electronically filed ***Limited Objection by Lear Corporation and Its Subsidiaries and Affiliates in Privity of Contract with Debtors to Debtors' Proposed Cure Amounts*** with the Clerk of the Court which will send notification of such filing to all ECF participants, and on June 15, 2009, I also mailed via Federal Express a copy of same to all the parties on the attached Service List.

Detroit_933056_1

Respectfully Submitted:

BODMAN LLP

By: /s/ Marc M. Bakst
    Marc M. Bakst (P41575)
    Attorneys for Lear Corporation and its
    subsidiaries and affiliates in privity of
    contract with Debtors
    6th Floor at Ford Field
    1901 St. Antoine Street
    Detroit, Michigan 48026
    mbakst@bodmanllp.com
    (313) 393-7530

June 16, 2009

2

**SERVICE LIST**

General Motors Corporation
Cadilac Building
Attn:  Warren Common Center
Mail Code 480-206-1114
30009 Van Dyke Avenue
Warren MI  48098-9025

Weil, Gotshal & Manges LLP
Attn:  Harvey R. Miller
          Stephen Karotkin
          Joseph H. Smolinsky
767 Fifth Avenue
New York, New York  10153

U.S. Treasury Department
Attn:  Matthew Feldman
1500 Pennsylvania Avenue, N.W.
Room 2312
Washington, D.C. 20220

Cadwalader, Wickersham & Taft LLP
Attn:  John J. Rapisardi
One World Financial Center
New York, New York  10281

Vedder Price, P.C.
Attn:  Michael J. Edelman
          Michael L. Schein
1633 Broadway, 47th Floor
New York, New York  10019

Office of the U.S Trustee for the Southern District of New York
Attn:  Diana G. Adams
33 Whitehall Street, 21st Floor
New York, New York 10004

Detroit_933056_1