UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Case No. 09-50026 |
| | : | |
| GENERAL MOTORS | : | Chapter 11 |
| CORPORATION, *et al.* | : | |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Richard L. Ferrell, am a member in good standing of the bars of the State of Ohio, since 1994 and the Commonwealth of Kentucky, since 2004, and the United States District Courts for the Northern and Southern Districts of Ohio and the Eastern and Western Districts of Kentucky. I have never been suspended, disbarred or otherwise disciplined by any court. I respectfully request admission ***pro hac vice*** before the Honorable Robert E. Gerber to represent Enovapremier of Michigan, LLC in the above-referenced cases. My contact information is as follows:

Richard L. Ferrell (OH Bar #0063176)
Taft Stettinius & Hollister LLP, 425 Walnut Street, Ste. 1800, Cincinnati, Ohio 45240
(513) 381-2838 (Telephone) email: ferrell@taftlaw.com

The filing fee of $25 has been submitted for pro hac vice admission.

Dated: June 16, 2009
Cincinnati, Ohio

        Respectfully submitted,

        s/Richard L. Ferrell
        Richard L. Ferrell (OH Bar #0063176)
        Taft Stettinius & Hollister LLP
        425 Walnut Street, Ste. 1800
        Cincinnati, Ohio 45240
        (513) 381-2838 (Telephone)
        (513) 381-0205 (Fax)
        Ferrell@taftlaw.com
        Attorneys for Enovapremier of Michigan, LLC

11436400.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Case No. 09-50026 |
| | : | |
| GENERAL MOTORS | : | Chapter 11 |
| CORPORATION, *et al.* | : | |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

**ORDER OF ADMISSION PRO HAC VICE**

It is hereby ORDERED that Richard L. Ferrell, Esq. is admitted to practice, pro hac vice, in the above-referenced cases, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.


Dated:_____                    _____
New York, New York                       United States Bankruptcy Judge


11436400.1