BODMAN LLP
Marc M. Bakst (P41575)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
313-393-7530
mbakst@bodmanllp.com

ATTORNEYS FOR KUKA SYSTEMS CORP. NORTH AMERICA F/K/A KUKA FLEXIBLE PRODUCTION SYSTEMS CORP., KUKA ROBOTICS CORP., AND KUKA ASSEMBLY & TEST CORP. F/K/A B&K CORP.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (Jointly Administered) |
| Debtors. x | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2009, I electronically filed ***Objection by Kuka Systems Corp. North America f/k/a Kuka Flexible Production Systems Corp., Kuka Robotics Corp., and Kuka Assembly & Test Corp. f/k/a B&K Corp. to Debtors' Proposed Cure Amounts*** with the Clerk of the Court which will send notification of such filing to all ECF participants, and on June 15, 2009, I also mailed via Federal Express a copy of same to all the parties on the attached Service List.

Detroit_933019_1

       Respectfully Submitted:

       BODMAN LLP

       By: /s/ Marc M. Bakst
         Marc M. Bakst (P41575)
       Attorneys for KUKA Systems Corp. North America f/k/a KUKA Flexible Production Systems Corp., KUKA Robotics Corp., and KUKA Assembly & Test Corp. f/k/a B&K Corp.
       6th Floor at Ford Field
       1901 St. Antoine Street
       Detroit, Michigan 48026
       mbakst@bodmanllp.com
       (313) 393-7530

June 16, 2009

2

## SERVICE LIST

General Motors Corporation
Cadilac Building
Attn: Warren Common Center
Mail Code 480-206-1114
30009 Van Dyke Avenue
Warren MI 48098-9025

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller
      Stephen Karotkin
      Joseph H. Smolinsky
767 Fifth Avenue
New York, New York 10153

U.S. Treasury Department
Attn: Matthew Feldman
1500 Pennsylvania Avenue, N.W.
Room 2312
Washington, D.C. 20220

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi
One World Financial Center
New York, New York 10281

Vedder Price, P.C.
Attn: Michael J. Edelman
      Michael L. Schein
1633 Broadway, 47th Floor
New York, New York 10019

Office of the U.S Trustee for the Southern District of New York
Attn: Diana G. Adams
33 Whitehall Street, 21st Floor
New York, New York 10004