**CONNELL FOLEY LLP**
888 Seventh Avenue
New York, New York 10106
(212) 262-2390
Stephen V. Falanga (SF 6414)
Christopher M. Hemrick (CH 3682)

*Attorneys for Panasonic Electric Works Corporation of America*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **GENERAL MOTORS CORPORATION,** *et al.*, | **Bankr. Case No. 09-50026 (REG)** |
| | **Jointly Administered** |
| **Debtors.** | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

  **PLEASE TAKE NOTICE** that Panasonic Electric Works Corporation of America ("PEWA"), hereby appears in the above-captioned case by its counsel, Connell Foley LLP; such counsel hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon:

    CONNELL FOLEY LLP
    888 Seventh Avenue
    New York, New York 10106
    Attn: Stephen V. Falanga
       Christopher M. Hemrick

    Telephone: (212) 262-2390
    Facsimile: (212) 262-0050
    Email: sfalanga@connellfoley.com
      chemrick@connellfoley.com

  **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rules and Sections specified above, but also includes,

2162891-01

without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telecopy, telegraph, telex, or otherwise filed with regard to the referenced case and proceedings therein.

By entering this appearance, PEWA does not waive any objections to jurisdiction, any rights to have final orders in non-core matters entered only after de novo review by a District Judge, the right to trial by jury, or any other rights, claims, or defenses to which PEWA may be entitled, all of which are expressly reserved.

RESPECTFULLY SUBMITTED,

CONNELL FOLEY LLP
888 Seventh Avenue
New York, New York 10106
(212) 262-2390
Stephen V. Falanga (SF 6414)
Christopher M. Hemrick (CH 3682)

*Attorneys for Panasonic Electric Works*
*Corporation of America*

By:    /s/ Stephen V. Falanga
       Stephen V. Falanga  (SF 6414)

Dated:  June 16, 2009

2