BODMAN LLP
Marc M. Bakst (P41575)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
313-393-7530
mbakst@bodmanllp.com

ATTORNEYS FOR KUKA SYSTEMS
CORPORATION NORTH AMERICA F/K/A
KUKA FLEXIBLE PRODUCTION
SYSTEMS CORPORATION, KUKA
ROBOTICS CORPORATION, AND KUKA
ASSEMBLY & TEST CORP. F/K/A B&K
CORP.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re | Chapter 11 |
|---|---|
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 |
| | (Jointly Administered) |
| Debtors.                    x | |

**NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND PAPERS**

Please take notice that KUKA Systems Corporation North America f/k/a KUKA Flexible Production Systems Corporation, KUKA Robotics Corporation, and KUKA Assembly & Test Corp. f/k/a B&K Corp., parties in interest in the above- captioned case, hereby appear in the above-captioned case by counsel, such counsel hereby enters his appearance in the above-captioned case under § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and hereby requests, under Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure and §1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the address, telephone, and facsimile numbers indicated:

Detroit_932901_1

>Marc M. Bakst
>
>Bodman LLP
>
>6th Floor at Ford Field
>1901 St. Antoine Street
>Detroit, Michigan 48226
>
>Telephone:  (313) 393-7530
>
>Facsimile:  (313) 393-7579
>
>Email:  mbakst@bodmanllp.com

Please take further notice that, under § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the above-named party-in-interest's rights (1) to have final orders in non-core matters entered only after <u>de novo</u> review by a District Court Judge, (2) to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named party-in-interest is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the above-named party-in-interest expressly reserves.

                                        Respectfully submitted,

                                        BODMAN LLP

                                        By:  /s/ Marc M. Bakst
Date:   June 16, 2009                      Marc M. Bakst (P41575)
                                        6th Floor at Ford Field
                                        1901 St. Antoine Street
                                        Detroit, Michigan 48226
                                        mbakst@bodmanllp.com
                                        (313) 393-7530

                                        Attorneys for KUKA Systems Corporation North America f/k/a KUKA Flexible Production Systems Corporation, KUKA Robotics Corporation, and KUKA Assembly & Test Corp. f/k/a B&K Corp.