**Objection Deadline: June 15, 2009**
**Hearing Date:       June 30, 2009**

FRASER TREBILCOCK DAVIS & DUNLAP, PC
G. ALAN WALLACE (P-69333)
Fraser Trebilcock Davis & Dunlap, P.C.
124 W. Allegan Street, Suite 1000
Lansing, MI 48933
Telephone: 517.482.5800
Fax:  517. 482.0887
Email: awallace@fraserlawfirm.com


**ATTORNEYS FOR THE CITY OF LANSING, MICHIGAN**

124 W. ALLEGAN STREET, SUITE 1000
LANSING, MI 48933
TELEPHONE 517.482.5800
FACSIMILE 517.482.0887
EMAIL GWALLACE@FRASERLAWFIRM.COM


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

| | |
|---|---|
| **GENERAL MOTORS CORPORATION,** *et al.,* | Chapter 11 |
| | Case No. 09-50026 (REG) |
| Debtors | Jointly Administered |

**CERTIFICATE OF SERVICE**

  G. Alan Wallace hereby certifies that on June 15, 2009, he caused true and correct copies of the Objection of the City of Lansing, Michigan to the Debtors' Identification of Certain Executory Contracts in Connection with the Assumption and Assignment of Executory Contracts and Reservation of Right to be served upon each of the persons listed on the attached *Exhibit A*, via the Court's ECF System, except as otherwise provided.

Dated: June 15, 2009                              By:   /s/ G. Alan Wallace

1

G. ALAN WALLACE (P-69333)
FRASER TREBILCOCK DAVIS & DUNLAP, PC
124 W. Allegan Street, Suite 1000
Lansing, MI 48933
Telephone: 517.482.5800
Fax:  517. 482.0887
Email: awallace@fraserlawfirm.com
**ATTORNEYS FOR
THE CITY OF LANSING, MICHIGAN**

**EXHIBIT A**
**Service List**

The Honorable Robert E. Gerber
Chambers
United States Bankruptcy Court
One Bowling Green
New York, NY  10004-1408

General Motors Corporation
Cadillac Building
Attention: Warren Command Center
Mailcode 480-206-114
3000 Van Dyke Avenue
Warren, MI  48090-9025

Weil Gotshal & Manges, LLP
Attention: Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY  10153

United States Treasury
Attention: Matthew Feldman, Esq.
1500 Pennsylvania Avenue, NW
Washington, DC  20220

John R. Rapisardi, Esq.
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY  10281

Vedder Price, PC
Attention: Michael J. Edelman, Esq.
Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY  10019

Diana G. Adams, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

Kenneth H. Eckstein, Esq.
Thomas Moers Mayer, Esq.
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY  10036