**Objection Deadline: June 15, 2009**
                    **Hearing Date:     June 25, 2009**

FRASER TREBILCOCK DAVIS & DUNLAP, PC
G. ALAN WALLACE (P-69333)
Fraser Trebilcock Davis & Dunlap, P.C.
124 W. Allegan Street, Suite 1000
Lansing, MI 48933
Telephone: 517.482.5800
Fax:  517. 482.0887
Email: awallace@fraserlawfirm.com


**ATTORNEYS FOR THE CITY OF LANSING, MICHIGAN**

124 W. ALLEGAN STREET, SUITE 1000
LANSING, MI 48933
TELEPHONE 517.482.5800
FACSIMILE 517.482.0887
EMAIL GWALLACE@FRASERLAWFIRM.COM


**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In re:

| | |
|---|---|
| **GENERAL MOTORS CORPORATION,** *et al.,* | Chapter 11 |
| | Case No. 09-50026 (REG) |
| Debtors | Jointly Administered |

**CERTIFICATE OF SERVICE**

      G. Alan Wallace hereby certifies that on June 15, 2009, he caused true and correct copies of the Limited Objection of the City of Lansing, Michigan to the Debtors' Motion for Entry of Orders Pursuant to 11 U.S.C. §§105, 361, 362, 363 and 364: (i) Authorizing the Debtor to Obtain Post-Petition Financing, Including on an Immediate, Interim Basis; (ii) Granting Super Priority Claims and Liens; (iii) Authorizing the Debtors to Use Cash Collateral; (iv) Granting Adequate Protection to Certain Pre-Petition Secured Parties; (v) Authorizing the Debtors to Prepay Certain

1

Secured Obligations in full Within 45 days; and (vi) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 to be served upon each of the persons listed on the attached *Exhibit A*, via the Court's ECF System, except as otherwise provided.

| | |
|---|---|
| Dated: June 15, 2009 | By:  /s/ G. Alan Wallace<br>G. ALAN WALLACE (P-69333)<br>FRASER TREBILCOCK DAVIS & DUNLAP, PC<br>124 W. Allegan Street, Suite 1000<br>Lansing, MI 48933<br>Telephone: 517.482.5800<br>Fax:  517. 482.0887<br>Email: awallace@fraserlawfirm.com<br>**ATTORNEYS FOR**<br>**THE CITY OF LANSING, MICHIGAN** |

**EXHIBIT A**
**Service List**

The Honorable Robert E. Gerber
Chambers
United States Bankruptcy Court
One Bowling Green
New York, NY  10004-1408

General Motors Corporation
Attention: Lawrence S. Buonomo, Esq.
300 Renaissance Center
Detroit, MI  48265

Weil Gotshal & Manges, LLP
Attention: Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY  10153

United States Treasury
Attention: Matthew Feldman, Esq.
1500 Pennsylvania Avenue, NW
Washington, DC  20220

Cadwalader, Wickersham & Taft, LLP
Attention: John R. Rapisardi, Esq.
One World Financial Center
New York, NY  10281

Vedder Price, PC
Attention: Michael J. Edelman, Esq.
Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY  10019

McMillan, LLP
Attention: Peter A. Willis, Esq.
Brookfield Place
Suite 4400
181 Bay Street
Toronto, Ontario
Canada
M5J2T3

Diana G. Adams, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

Kramer Levin Naftalis & Frankel, LLP
Attention: Kenneth H. Eckstein, Esq.
Thomas Moers Mayer, Esq.
Gordon Z. Novod, Esq.
1177 Avenue of the Americas
New York, NY  10036

Simpson Thacher & Bartlett, LLP
Attention: Peter V. Pantaleo, Esq.
David J. Mack, Esq.
425 Lexington Avenue
New York, NY  10017

Morgan Lewis & Bockius, LLP
Attention:  Richard S. Toder, Esq.
Andrew D. Gottfried, Esq.
Richard S. Petretti, Esq.
101 Park Avenue
New York, NY  10178

Cohen Weiss and Simon, LLP
Attention:  Babette A. Ceccotti, Esq.
330 West 42nd Street
New York, NY  10036

Daniel W. Sherrick, Esq.
Niraj. R. Ganatra, Esq.
Legal Department
International Union, UAW
8000 East Jefferson Avenue
Detroit, MI  48214

Cleary Gottlieb Steen & Hamilton, LLP
Attention:  James L. Bromley, Esq.
One Liberty Plaza
New York, NY  10006

3

Schnader Harrison Segal & Lewis, LLP
Attention:  Benjamin P. Deutsch
140 Broadway, Suite 3100
New York, NY  10005-1101

Patton Boggs, LLP
Attention:  Michael P. Richman, Esq.
Mark A. Salzberg, Esq.
Melisssa Iachan, Esq.
1185 Avenue of the Americas, 30th Floor
New York, NY  10036

Orrick Herrington & Sutcliffe, LLP
Attention:   Roger Frankel, Esq.
Richard H. Wyron, Esq.
Columbia Center
1152 15th Street, NW
Washington, DC  20005-1706

Orrick Herrington & Sutcliffe, LLP
Attention:  Lorraine S. McGowen, Esq.
Allyssa D. Englund, Esq.
Courtney M. Rogers, Esq.
666 Fifth Avenue
New York, NY  10103

Gorlick Kravitz & Listhaus, PC
Attention:  Barbara S. Mehlsack, Esq.
17 State Street, 4th Floor
New York, NY  10004

Richard Griffin, Esq.
General Counsel
International Union of Operating Engineers
1125 Seventeenth Street, NW
Washington, DC  20036

Meyer, Suozzi, English & Klein, PC
Attention:  Hanan B. Kolko, Esq.
1350 Broadway, Suite 501
P.O. Box 822
New York, NY  10018

Meyer, Suozzi, English & Klein, PC
Attention:  Edward J. LoBello, Esq.
Alan E. Marder, Esq.
Jil Mazer-Marino, Esq.
Jennifer Rando Cristiano, Esq.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY  11530

Assistant United States Attorneys
Southern District of New York
Attention: David S. Jones, Esq.
Jeffrey S. Oestericher, Esq.
Matthew L. Schwartz, Esq.
Joseph N. Cordaro, Esq.
86 Chambers Street, 3rd Floor
New York, NY  10007

Kennedy Jennik & Murray, PC
Attention:  Thomas M. Kennedy, Esq.
Susan M. Jennik, Esq.
113 University Place, 7th Floor
New York, NY  10003

VIA E-MAIL
National Automobile Dealers Association
Legal and Regulatory Affairs
regulatoryaffairs@nada.org

4