WHITE AND WILLIAMS LLP
One Penn Plaza, Suite 4110
New York, NY  10119
Telephone:  (212) 631-4421
Karel S. Karpe, Esq.
and
Orum &  Roth, LLC
53 West Jackson Boulevard
Chicago, IL 60604
Telephone: (312) 922-6262
Mark D. Roth, Esq. (*admitted in Illinois*)

*Counsel for Nicor Gas*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE OF**
**NICOR GAS' REQUEST FOR ADDITIONAL ADEQUATE ASSURANCE**

I, Karel S. Karpe, hereby certify that on the 15th day of June 2009, I caused the *Nicor Gas Request for Additional Adequate Assurance* to be served on the following parties as set forth below:

via Federal Express:
General Motors Corporation
30200 Mound R.
Engineering Bldg.
M/C 480-111-W65
Warren MI 48090
Attn.: Mike Demsky

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn.: Pablo Falabella

1

5373343v.1

<u>via ECF and regular mail:</u>
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Harvey R. Miller, Esq.
        Stephen Karotkin, Esq.
        Joseph H. Smolinsky, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn:   John J. Rapisardi, Esq.

The U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220
Attn:   Matthew Feldman, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attn:   Michael J. Edelman, Esq.
        Michael L. Schein, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:   Kenneth H. Eckstein, Esq.
        Thomas Moers Mayer, Esq.

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn:   James L. Bromley, Esq.

Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, NY 10036
Attn:   Babette Ceccotti, Esq.

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:   Diana G. Adams, Esq.

5373343v.1

U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, NY 10007
Attn:   David S. Jones, Esq.
        Matthew L. Schwartz, Esq.


Dated: New York, New York
       June 16, 2009

                                    By:     /s/Karel S. Karpe
                                            Karel S. Karpe