UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re:                                                            :    Chapter 11
                                                                  :
GENERAL MOTORS CORPORATION, *et al.*                              :    Case No. 09-50026 (REG)
                                                                  :
                    Debtors.                                      :
                                                                  :
------------------------------------------------------------------x

## AMENDED CERTIFICATE OF SERVICE

I, Melissa W. Rand, Esquire, do hereby certify, that on June 15, 2009, I caused the foregoing Objection of JAC Products, Inc. and Franklin Aluminum Company, Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto (the "Objection") and this Certificate of Service to be filed electronically with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants. I also caused a true and correct copy of the Objection to be served on the following parties on the dates and in the manner indicated below:

**June 15, 2009 by Telecopy and
confirmed June 16, 2009 by Hand Delivery**

The U.S. Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
Fax: (202) 622-0073

**June 15, 2009 by Federal Express**

General Motors Corporation
Attn: Warrant Command Center
Mailcode 480-206-114
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025

1166363.1 6/16/09

Hon. Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, NY 10004-1408

**June 15, 2009 by Federal Express and Email**

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller, Esq.
Stephen Karotkin, Esq., Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY 10153
Harvey.miller@weil.com
Joseph.smolinsky@weil.com
Stephen.karotkin@weil.com

Caldwalder, Wichersham & Taft LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY 10281
John.rapisardi@cwt.com

Vedder Price, P.C.
Attn: Michael J. Edelman, Esq., Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY 10019
mjedelman@vedderprice.com
mschein@vedderprice.com

Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth Eckstein, Esq.
Thomas Moers Mayer, Esq.
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com
tmayer@kramerlevin.com

**June 15, 2009 by Federal Express and Telecopy**

Office of the U.S. Trustee
Attn: Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004
Fax: (212) 668-2255

_____
Melissa W. Rand, Esquire