WHITE AND WILLIAMS LLP
One Penn Plaza, Suite 4110
New York, NY 10119
Telephone: (212) 631-4421
Karel S. Karpe, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

# CERTIFICATE OF SERVICE OF
# SIEMENS ENTERPRISE COMMUNICATIONS, INC.'S OBJECTION TO (I) NOTICE OF DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO, AND RESERVATION OF RIGHTS

I, Karel S. Karpe, hereby certify that I caused the *SIEMENS ENTERPRISE COMMUNICATIONS, INC.'S OBJECTION TO (I) NOTICE OF DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO, AND RESERVATION OF RIGHTS* to be served via ECF on June 15, 2009 and regular mail on June 16, 2009 upon the following parties:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center, New York, NY 10281
Attn: John J. Rapisardi, Esq.

5373992v.1

The U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220
Attn: Matthew Feldman, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein, Esq. and Thomas Moers Mayer, Esq.

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: James L. Bromley, Esq.

Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, NY 10036
Attn: Babette Ceccotti, Esq.

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.

U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, NY 10007
Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.

Dated: New York, New York
      June 16, 2009

      By: _____/s/Karel S. Karpe_____
          Karel S. Karpe

-2-

5373992v.1