BODMAN LLP
Colin T. Darke (P68294)
6th Floor at Ford Field
1901 St. Antoine
Detroit, Michigan 48226
313-393-7585

ATTORNEYS FOR WAHLER AUTOMOTIVE SYSTEMS, INC., WAHLER METALURGICA LTDA, AND GUSTAV WAHLER GMBH

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2009, I electronically filed *Limited Objection by Wahler Automotive Systems, Inc., Wahler Metalurgica Ltda, and Gustav Wahler Gmbh to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto* with the Clerk of the Court which will send notification of such filing to all ECF participants, and on June 15, 2009, I also mailed via Federal Express a copy of same to all the parties on the attached Service List.

Respectfully Submitted:

BODMAN LLP

By: / s / Colin T. Darke
    Colin T. Darke (P68294)
    Counsel for Wahler
    6th Floor at Ford Field
    1901 St. Antoine Street
    Detroit, Michigan 48026
    cdarke@bodmanllp.com

June 16, 2009

Detroit_933005_1

**SERVICE LIST**

General Motors Corporation
Cadilac Building
Attn: Warren Common Center
Mail Code 480-206-1114
30009 Van Dyke Avenue
Warren MI 48098-9025

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller
　　　Stephen Karotkin
　　　Joseph H. Smolinsky
767 Fifth Avenue
New York, New York 10153

U.S. Treasury Department
Attn: Matthew Feldman
1500 Pennsylvania Avenue, N.W.
Room 2312
Washington, D.C. 20220

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi
One World Financial Center
New York, New York 10281

Vedder Price, P.C.
Attn: Michael J. Edelman
　　　Michael L. Schein
1633 Broadway, 47th Floor
New York, New York 10019

Office of the U.S Trustee for the Southern District of New York
Attn: Diana G. Adams
33 Whitehall Street, 21st Floor
New York, New York 10004

Detroit_933005_1