**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION**

IN RE:                                                                                    CASE NO.  09-50026-reg

    GENERAL MOTORS CORPORATION,

    Debtor.

_____/

<u>MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*</u>

    I, JAMES E. SORENSON, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Florida Self-Insurers Guaranty Association, a creditor in the above-referenced case.

    ***I certify that I am a member in good standing*** of the bar in the State of Florida and, if applicable, the bar of the U.S. District Court for the Northern District of Florida.

    I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

    Dated this ____ day of June, 2009.

                                                               /s/ JAMES E. SORENSON
                                                               JAMES E. SORENSON (FL Bar #0086525), of
                                                                Williams, Gautier, Gwynn, DeLoach & Sorenson, P.A.
                                                                Post Office Box 4128
                                                                Tallahassee, Florida 32315-4128
                                                                Telephone (850) 386-3300
                                                                Facsimile (850) 205-4755
                                                                E-mail address: bk@wggdlaw.com

                                                                *Attorney for Creditor, Florida Self-Insurers*
                                                                    *Guaranty Association*