Cliff A. Katz
Platzer, Swergold, Karlin Levine,
Goldberg & Jaslow, LLP
1065 Avenue of the Americas
New York, New York 10018
Telephone: (212) 593-3000
Facsimilie: (212) 593-0353
ckatz@platzerlaw.com

Central Conveyor Company

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 09-50026 (REG) |
| | (Jointly Administered) |
| **GENERAL MOTORS CORPORATION** | |
| *et al.*, | Chapter 11 |
| Debtors. | |

## CERTIFICATE OF SERVICE

    I hereby certify that on June 15, 2009, I electronically filed **Limited Objection of Central Conveyor Company to the Debtors Proposed Assumption and Assignment of Certain Executory Contracts Based on the Cure Amounts Proposed in Connection Therewtih**, and this **Certificate of Service** with the Clerk of the Court using the ECF systems and I hereby certify that the Court's ECF System has served all registered users. Attached as Exhibit A to this Certificate of Service is the certificate of Stephen J. Pokoj regarding service.

Dated: June 15, 2009

/S/Cliff A. Katz
Cliff A. Katz
Platzer, Swergold, Karlin Levine,
Goldberg & Jaslow, LLP
1065 Avenue of the Americas
New York, New York 10018
Telephone: (212) 593-3000
Facsimilie: (212) 593-0353
ckatz@platzerlaw.com

## EXHIBIT A

The undersigned certifies under penalty of perjury that on June 15, 2009, he sent by UPS Overnight Service **Limited Objection of Central Conveyor Company to the Debtors Proposed Assumption and Assignment of Certain Executory Contracts Based on the Cure Amounts Proposed in Connection Therewtih** to the following:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center,
Mailcode 480-206-114

Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Gordon Z. Novod
Attorneys for Unsecured Creditors' Committee

Weil, Gotshal & Manges
767 Fifth Avenue
New York, New York 10153
Attn:   Harvey R. Miller
        Stephen Korotkin
        Joseph H. Smolinsky
Attorneys for Debtors

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attn:   Michael J. Edelman
        Michael L. Schein
Attorneys for Export Development Canada

U.S. Treasury
1500 Pennsylvania Avenue NW
Washington, DC 20220
Attn: Matthew Feldman

Office of the U.S. Trustee
13 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Diana G. Adams

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi
Attorneys for Purchaser

Dated: June 15, 2009

*/s/ Stephen J. Pokoj*
STEPHEN J. POKOJ
Fildew Hinks, PLLC
3600 Penobscot Building
645 Griswold Street
Detroit, MI 48226
(313) 961-9700
spokoj@fildewhinks.com