UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

In re:                                                          :
                                                                :
GENERAL MOTORS CORP., *et. al.*,              :         Chapter 11
                                                                :         Case No. 09-50026 (REG)
                                Debtors.                   :         Hon. Robert E. Gerber
                                                                :
_____x


### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

        I, Mark T. Vuono, Esq., request admission, ***pro hac vice,*** before the Honorable
Robert E. Gerber, to represent PJAX, Inc., a creditor and party-in-interest in the above-
referenced case.

        I certify that I am a member in good standing of the Bar in the Commonwealth of
Pennsylvania and the U.S. District Court for the Western District of Pennsylvania.

        I have submitted the filing fee of $25.00 with this motion for ***pro hac vice***
admission.

Dated: June 12, 2009                                   VUONO & GRAY, LLC


                                                               /s/ Mark T. Vuono
                                                               Mark T. Vuono, Esq.
                                                               310 Grant St., Suite 2310
                                                               Pittsburgh, PA 15219
                                                               Telephone: (412) 471-1800
                                                               Facsimile:  (412) 477- 4477
                                                               Email:  mvuono@vuonogray.com

                                                               *Attorneys for PJAX, Inc.*


/71130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

In re:                                                                     :
                                                                           :
GENERAL MOTORS CORP., *et. al.*,                          :          Chapter 11
                                                                           :          Case No. 09-50026 (REG)
                                          Debtors.                   :          Hon. Robert E. Gerber
                                                                           :

_____x

## ORDER

      Upon the motion of Mark T. Vuono, to be admitted, ***pro hac vice***, to represent PJAX, Inc., a creditor and party-in-interest in the above-referenced case, and upon movant's certification that movant is a member in good standing of the Bar in the Commonwealth of Pennsylvania and the U.S. District Court for the Western District of Pennsylvania, it is hereby

      **ORDERED**, That Mark T. Vuono, Esq. is admitted to practice, ***pro hac vice***, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2009
_____, New York

                                        _____
                                        United States Bankruptcy Judge