**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re : | |
| : | **Chapter 11** |
| **GENERAL MOTORS CORP., et al.,** : | **Case No. 09-50026 (REG)** |
| : | **Jointly Administered** |
| **Debtors.** : | |

**REVISED CERTIFICATE OF SERVICE**

   I hereby certify that on June 16, 2009, I electronically filed M-Tech Associates' REVISED Objection to Notice of Assumption of Executory Contract and Cure Amount [Docket No. 1597] with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants and via federal express to the following:

Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

The Debtors
c/o General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center, Mailcode 480-206-114

Attn: Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph M. Smolinsky, Esq.
Weil Gotshal & Manges, LLP
Attorneys for the Debtors
767 Fifth Avenue
New York NY 10153

Attn: Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220

839225 / 08600-0032

John J. Rapisardi, Esq.
Cadwalader Wickersham & Taft, LLP
Attorneys for the Purchaser
One World Financial Center
New York, NY 10281

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
Attorneys for the Expert Development Canada
1633 Broadway, 47th Floor
New York, NY 10019

Diana G. Adamas, Esq.
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

                MADDIN, HAUSER, WARTELL,
                  ROTH & HELLER, P.C.

                BY:   /s/ *Kathleen H. Klaus*
                KATHLEEN H. KLAUS (P67207)
                28400 Northwestern Hwy., 3rd Floor
                Southfield, MI  48034
                (248) 359-7520
                E-Mail:  khk@maddinhauser.com
DATED:  June 16, 2009        Attorney for Creditor M-Tech Associates

839225 / 08600-0032