BODMAN LLP
Ralph E. McDowell (P39235)
Colin T. Darke (P68294)
6th Floor at Ford Field
1901 St. Antoine
Detroit, Michigan 48226
313-393-7585

ATTORNEYS FOR FREUDENBERG-NOK
GENERAL PARTNERSHIP, *ET AL.*  and
KEY PLASTICS L.L.C.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**          x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 |
| Debtors. | (Jointly Administered) |

                                                                    x

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2009, I electronically filed *Limited Objection by Freudenberg-NOK General Partnership, et al., to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto* and *Limited Objection by Key Plastics L.L.C. to Debtors' Proposed Cure Amount* with the Clerk of the Court which will send notification of such filing to all ECF participants, and on June 16, 2009, I also mailed via Federal Express a copy of same to all the parties on the attached Service List.

BODMAN LLP

By:  / s / Colin T. Darke
        Ralph E. McDowell (P39235)
        Colin T. Darke (P68294)
        Counsel for Freudenberg-NOK General
        Partnership, *et al.* and  Key Plastics L.L.C.
        6th Floor at Ford Field
        1901 St. Antoine Street
        Detroit, Michigan 48026
        cdarke@bodmanllp.com

June 16, 2009

## SERVICE LIST

General Motors Corporation
Cadilac Building
Attn:  Warren Common Center
Mail Code 480-206-1114
30009 Van Dyke Avenue
Warren MI  48098-9025

Weil, Gotshal & Manges LLP
Attn:  Harvey R. Miller
           Stephen Karotkin
           Joseph H. Smolinsky
767 Fifth Avenue
New York, New York  10153

U.S. Treasury Department
Attn:  Matthew Feldman
1500 Pennsylvania Avenue, N.W.
Room 2312
Washington, D.C. 20220

Cadwalader, Wickersham & Taft LLP
Attn:  John J. Rapisardi
One World Financial Center
New York, New York  10281

Vedder Price, P.C.
Attn:  Michael J. Edelman
           Michael L. Schein
1633 Broadway, 47th Floor
New York, New York  10019

Office of the U.S Trustee for the Southern District of New York
Attn:  Diana G. Adams
33 Whitehall Street, 21st Floor
New York, New York 10004

---
1

Detroit_933012_1