**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | |
|---|---|
| In re | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP, *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, **Kenneth A. Nathan**, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent **Yarema Die & Engineering Co.**, a creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Michigan and the bar of the U.S. District Court for the Eastern and Western Districts of Michigan.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 16, 2009

                                                 Respectfully submitted,

                                               NATHAN ZOUSMER, P.C..

                                               /s/ Kenneth A. Nathan
                                               Kenneth A. Nathan (P39142 MI)
                                               Attorneys for Yarema Die & Engineering Co.
                                               29100 Northwestern Highway, Suite 260
                                               Southfield, Michigan 48034
                                               knathan@nathanzousmer.com
                                               Telephone:    (248) 351-0099
                                               Facsimile:    (248) 351-0487

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | |
|---|---|
| In re | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP, *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Kenneth A. Nathan, to be admitted, ***pro hac vice***, to represent Yarema Die & Engineering Co. (the "Client") a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan and the bar of the U.S. District Court for the Eastern and Western Districts of Michigan, it is hereby

**ORDERED**, that Kenneth A. Nathan, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

New York, New York                                       _____
                                                                           United States Bankruptcy Judge