UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORP., et al.,    Chapter 11
                                  Case No.: 09-50026 (REG)
Debtor.                           Jointly Administered

_____/

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Debra Beth Pevos, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Convention & Show Services, Inc., a creditor in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Michigan.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 6/16/09

_____
Debra Beth Pevos

Southfield, Michigan

Mailing address:

25800 Northwestern Hwy., Suite 1000
Southfield, Michigan  48075
E-mail address: dpevos@swappc.com
Telephone number: 248-746-0700

W0769978

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORP., et al.,          Chapter 11
                                        Case No.: 09-50026 (REG)
                Debtor.                 Jointly Administered

_____/

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Debra Beth Pevos, to be admitted, *pro hac vice*, to represent Convention & Show Services, Inc., a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan, it is hereby

**ORDERED**, that Debra Beth Pevos, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____

_____, New York       /s/ _____
                                    United States Bankruptcy Judge