**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., *et al.* | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |
| _____ / | |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Adina H. Rosenbaum, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Center for Auto Safety, Consumer Action, Consumers for Auto Reliability and Safety, National Association of Consumer Advocates, and Public Citizen in the above-referenced case.

I certify that I am a member in good standing of the bars in the State of New York, the Commonwealth of Massachusetts, and the District of Columbia, and of the bar of the U.S. District Court for the District of Columbia.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 16, 2009

/s/ Adina H. Rosenbaum
_____
Adina H. Rosenbaum
Public Citizen Litigation Group
1600 20th St., NW
Washington, DC 20009
E-mail address: arosenbaum@citizen.org
Telephone: (202) 588-1000