**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS COP, *et al.* | Case No. 09-50026 (REG) |
| Debtors | (Jointly Administered) |

_____/

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Adina H. Rosenbaum, to be admitted, *pro hac vice*, to represent Center for Auto Safety, Consumer Action, Consumers for Auto Reliability and Safety, National Association of Consumer Advocates, and Public Citizen in the above-referenced case, and upon the movant's certification that she is a member in good standing of the bars in the State of New York, the Commonwealth of Massachusetts, and the District of Columbia, and the bar of the U.S. District Court for the District of Columbia, it is hereby

**ORDERED**, that Adina H. Rosenbaum is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, NY

_____
Robert E. Gerber
United States Bankruptcy Judge