DONALD J. HUTCHINSON (MI P39545)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Fax: (313) 496-8450
Email: hutchinson@millercanfield.com

*Attorneys for the Regents of the University of Michigan*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |
| | Judge Robert E. Gerber |

_____

**THE REGENTS OF THE UNIVERSITY OF MICHIGAN'S OBJECTION
TO SUFFICIENCY OF CERTAIN OF DEBTOR'S NOTICES OF
PROPOSED CURE AMOUNT IN CONNECTION WITH
<u>ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS</u>**

The Regents of the University of Michigan ("University"), state as follows for the

University's Objection to Sufficiency of Certain of Debtor's Notices of Proposed Cure

Amount in Connection with Assumption and Assignment of Executory Contracts and to

Sufficiency of Notice:

**<u>Background</u>**

1.   General Motors Corporation ("GM") and its related debtors filed their voluntary petitions commencing this case on June 1, 2009.

2.   The University provides services to GM under a large number of different contracts, including sponsored research contracts.

### Objection to the Sufficiency of GM's Notice

3.   The University received from GM two additional Notices of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto (the "Notices") since the University filed objections on June 12, 2009 to the first notice it received.

6.   The Notices do not itself identify which of the agreements with the University GM proposes to assume and assign.  Instead, the Notice referred the University to a secure internet website where the University was supposed to be provided with additional information identifying which contracts were to be assumed and assigned and stating the Cure Amount associated with those particular contracts.  Copies of the screen prints from the secured website associated with the Notices are attached to this objection collectively as Exhibit A.

7.   As indicated on Exhibit A, the cumulative effect of the written Notices and the information contained in GM's secure website is insufficient to identify the contracts GM proposes to assume and assign or the associated Cure Amount.  The information provided does not even include GM"s purchase order number.

8. Consequently, the University objects to the sufficiency of the notice of Cure Amount provided to it because the essential information necessary to permit the University to identify the contracts being assumed and assigned by GM has not been provided. For this reason, the University cannot be justly bound to the (absent) Cure Amounts provided by GM's secure website associated with the Notices.

**Conclusion**

For the reasons stated above, the University objects to the sufficiency of GM's notice of the Cure Amount that GM provided to the University and requests that the Court not hold the University to any proposed Cure Amount based on this incomplete information.

                MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

                By /s/ Donald J. Hutchinson
                   Donald J. Hutchinson (MI P39545)
                Attorney for the Regents of the University of Michigan
                150 West Jefferson Avenue, Suite 2500
                Detroit, MI 48226
                Telephone: (313) 963-6420
                Fax: (313) 496-8450
                Email: hutchinson@millercanfield.com

Dated: June 15, 2009

## **CERTIFICATE OF SERVICE**

Donald J. Hutchinson hereby certifies that, on the 16th day of June, 2009, he served a copy of the foregoing document, ***The Regents of the University of Michigan's Objection to Sufficiency of Certain of Debtor's Notices of Proposed Cure Amount in Connection with Assumption and Assignment of Executory Contracts*** upon each of the persons listed on the attached Exhibit A, by Federal Express Priority Overnight Mail so as to be received by each of the persons listed on the attached Exhibit a before 4:00 p.m., June 17, 2009.

Dated: June 16, 2009        By /s/ Donald J. Hutchinson
                   Donald J. Hutchinson (MI P39545)
                   Miller, Canfield, Paddock and Stone, P.L.C.
                   150 West Jefferson Avenue, Suite 2500
                   Detroit, MI 48226
                   Telephone: (313) 963-6420
                   Fax: (313) 496-8450
                   Email: hutchinson@millercanfield.com

## EXHIBIT A

## SERVICE LIST

The Honorable Robert E. Gerber
Chambers
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

**Attention: Warren Command Center
Mailcode 480-206-114**

Weil, Gotshal & Manges LLP
Attention: Harvey R. Miller, Esq.
Stephen Karotkin, Esq. and
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY 10153

United States Treasury
Attention: Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Vedder Price, P.C.
Attention: Michael J. Edelman, Esq. and
Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY 10019


Diana G. Adams, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004


Kenneth H. Eckstein, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036