IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 09-50026 (REG) |
| | ) | |
| **GENERAL MOTORS CORP., *et al.*** | ) | Chapter 11 |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Timothy M. Reardon, a principal and vice-president of Nadler Nadler & Burdman Co., L.P.A., a member in good standing of the bar of the State of Ohio, the bar of the U.S. District Court for the Northern District of Ohio, the U.S. Court of Appeals for the Sixth Circuit, and the United States Supreme Court, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber to represent Falcon Transport Co. and Comprehensive Logistics Co., Inc. in the above referenced case and any successor cases.

My address is:

Timothy M. Reardon, Esq.
Nadler Nadler & Burdman Co., L.P.A.
20 West Federal Street, Suite 600
Youngstown, OH  44503-1423
Telephone No.:  (330) 744-0247
Fax No.:  (330) 744-8690
E-mail:  tmreardon@nnblaw.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

WHEREFORE, movant requests that the Court enter the Order Admitting Timothy M. Reardon to Practice, *Pro Hac Vice* attached hereto as Exhibit A.

DATED:  June 16, 2009

Respectfully submitted,

/s/ Timothy M. Reardon
Timothy M. Reardon, Esq.
Ohio Supreme Court No. 0059631
Nadler Nadler & Burdman Co., L.P.A.
20 West Federal Street, Suite 600
Youngstown, OH 44503-1423
Telephone No.:  (330) 744-0247
Fax No.:  (330) 744-8690
E-mail:  tmreardon@nnblaw.com
Counsel for Falcon Transport Co. and
Comprehensive Logistics Co., Inc.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Motion for Admission to Practice, Pro Hac Vice** was served by ordinary United States mail, postage prepaid, this 16th day of June, 2009, upon the following counsel of record:

General Motors Corporation
Attn: Warren Command Center
Mail Code 480-206-114
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Debtors

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Attorney for Debtors

U.S. Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue, NW
Room 2312
Washington, DC 20220

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281
Attorneys for the Purchaser

Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
Attorneys for the Creditors Committee

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attorneys for Export Development Canada

Office of the United States Trustee
Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

/s/ Timothy M. Reardon
Timothy M. Reardon, Esq.
Ohio Supreme Court No. 0059631
Nadler Nadler & Burdman Co., L.P.A.
Counsel for Falcon Transport Co. and
Comprehensive Logistics Co., Inc.

C:\Documents and Settings\Sharon\My Documents\TMR\general motors-pro hac vice motion.doc