Timothy M. Reardon, Esq.
Ohio Supreme Court No. 0059631
Nadler Nadler & Burdman Co., L.P.A.
20 West Federal Street, Suite 600
Youngstown, OH  44503-1423
Telephone No.:  (330) 744-0247
Fax No.:  (330) 744-8690
E-mail:  tmreardon@nnblaw.com
Counsel for Falcon Transport Co. and
Comprehensive Logistics Co., Inc.

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 09-50026 (REG) |
| | ) | |
| **GENERAL MOTORS CORP., *et al.*** | ) | Chapter 11 |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |

**ORDER ADMITTING TIMOTHY M. REARDON TO PRACTICE, *PRO HAC VICE***

**ORDERED**, that Timothy M. Reardon is admitted to practice, *pro hac vice*, in the above referenced case and any successor cases, in the United States Bankruptcy Court, Southern District of New York, on behalf of Falcon Transport Co. and Comprehensive Logistics Co., Inc.

Dated:  _____
         New York, New York

                                         _____
                                         United States Bankruptcy Judge

C:\Documents and Settings\Sharon\My Documents\TMR\general motors-pro hac vice order.doc