Patrick Warren Hunt (P69713) (Admitted Pro Hac Vice)
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Telephone: 313-961-0200
pwh@krwlaw.com

*Counsel for Mold Masters Co.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) CHAPTER 11 |
| GENERAL MOTORS CORPORATION | ) Case No: 09-50026 |
| Debtors. | ) (Jointly Administered) |
| | ) Honorable Robert E. Gerber |

## NOTICE OF APPEARANCE OF P. WARREN HUNT
## AND REQUEST FOR ELECTRONIC NOTICE

TO:    U.S. Bankruptcy Court

**PLEASE TAKE NOTICE** that P. Warren Hunt of KERR, RUSSELL AND WEBER, PLC, enters his appearance in the above proceeding on behalf of Mold Masters Co., as a creditor and party in interest and, pursuant to the Bankruptcy Rules and the Bankruptcy Code, hereby demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned to the office address and/or through e-filing using my e-mail address set forth below, and that the undersigned be added to the official address matrix maintained in this proceeding by the Clerk of the Court as follows:

> P. Warren Hunt (P69713)
> **KERR, RUSSELL AND WEBER, PLC**
> 500 Woodward Avenue, Suite 2500
> Detroit, MI 48226-3406
> 313-961-0200 (telephone)
> 313-961-0388 (facsimile)
> pwh@krwlaw.com

{90000\89\DT395573.DOC;1}

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bankruptcy Code, the foregoing demand includes not only the notices and appearances referred to in the Bankruptcy Rules, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by the Court's ECF-filing system, mail, delivery, facsimile or otherwise which seeks to affect in any way the rights or interests of Mold Masters Co.

Dated:  June 16, 2009                                    /s/ P. Warren Hunt
                                                          P. Warren Hunt (P69713)
                                                          **KERR, RUSSELL AND WEBER, PLC**
                                                          Attorneys for Mold Masters Co.
                                                          500 Woodward Avenue, Suite 2500
                                                          Detroit, MI  48226-3406
                                                          313-961-0200 (telephone)
                                                          313-961-0388 (facsimile)
                                                          pwh@krwlaw.com

P. Warren Hunt (P69713) (Admitted *Pro Hac Vice*)
Kerr, Russell and Weber, PLC
500 Woodward Ave, Suite 2500
Detroit, MI 48226
Telephone: (313) 961-0200
Facsimile: (313) 961-0388
pwh@krwlaw.com

*Counsel for Mold Masters Co.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) CHAPTER 11 |
| | ) |
| GENERAL MOTORS CORPORATION | ) Case No: 09-50026 |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Honorable Robert E. Gerber |

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2009, I electronically filed the foregoing Notice of Appearance of P. Warren Hunt and Request for Electronic Notice and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

/s/ P. Warren Hunt
P. Warren Hunt (P69713)
**KERR, RUSSELL AND WEBER, PLC**
Attorneys for Mold Masters
500 Woodward Avenue, Suite 2500
Detroit, MI 48226-3406
313-961-0200 (telephone)
313-961-0388 (facsimile)
pwh@krwlaw.com

Dated: June 16, 2009

{90000\89\DT395573.DOC;1}