UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re:                                                       :        Chapter 11
                                                             :
GENERAL MOTORS CORP., *et al.*,                              :        Case No. 09-50026 (REG)
                                                             :
          Debtors.                                           :        (Jointly Administered)
                                                             :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, Jil Mazer-Marino, Esq., hereby certify that on this 15th day of June 2009, I caused a true and correct copy of documents set forth on Exhibit "A" hereto to be served upon the parties listed below in the manner indicated:

**Debtors via FedEx or other overnight carrier and addressed as follows:**
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114

**Counsel for Debtors via FedEx or other overnight carrier and E-mail:**
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
E-mail: harvey.miller@weil.com; stephen.karotkin@weil.com; joseph.smolinsky@weil.com

**Counsel for the U.S. Treasury via FedEx and facsimile - (confirmation of fax transmission received on June 16, 2009):**
Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C.  20220
Facsimile:  (202) 622-6415

**Counsel for the Purchaser via FedEx and E-mail:**
John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York  10281
E-Mail:  john.rapisardi@cwt.com

**Counsel for the Official Committee of Unsecured Creditors via FedEx and E-mail:**
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036
E-mail: gnovod@kramerlevin.com

**Counsel for the EDC via FedEx and E-mail:**
Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York  10019
E-mail:  mjedelman@vedderprice.com; mschein@vedderprice.com

**The United States Trustee via FedEx and facsimile:**
Office of the United States Trustee for the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street
21st Floor
New York, New York  10004
Facsimile:  (212) 668-2255

/s/ Jil Mazer-Marino
Jil Mazer-Marino (JM-6470)

719756

## EXHIBIT A

1. OBJECTION OF VEOLIA WATER PARTNERS VI, LLC TO DEBTORS' NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORYCONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO [Docket No. 1061];

2. OBJECTION OF THE DETROIT EDISON COMPANY AND MICHIGAN CONSOLIDATED GAS COMPANY TO DEBTORS' NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO [Docket No. 1185];

3. OBJECTION OF SHREVEPORT RED RIVER UTILITIES, LLC TO DEBTORS' NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO [Docket No. 1051];

4. OBJECTION OF SUEZ/VWNA/DEGS OF LANSING, LLC TO DEBTORS' NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORYCONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY,  AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO [Docket No. 1044];

5. OBJECTION OF DELTA TOWNSHIP UTILITIES II, LLC TO DEBTORS' NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO [Docket No. 1024]; and

6. OBJECTION OF DELTA TOWNSHIP UTILITIES, LLC TO DEBTORS' NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO [Docket No. 1013].