# EXHIBIT A

**SUMMARY**

Delta Tooling Co.
Ultimate Duns Number: 005502471

| Description | | Amount |
|---|---|---|
| Cure Amount per Contract Notices Website(6/15/09) | | $118,520.47 |
| Additional amounts owed(not on website): | | |
| Unpaid Invoices - shipments made never paid for | $33,655.01 | |
| Smart invoices owed | 2,332.12 | |
| Partial paid invoices | 4,230.01 | |
| Tooling invoice | 11,250.00 | |
| Total additional amounts owed | | 51,467.14 |
| Total amount owed per Delta Tooling Co. | | $169,987.61 |

| | Invoice Number | Invoice Date | Due Date | Invoice Total | Balance Due | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| GM-CORP | 104505 | 2/27/2006 | 4/2/2006 | 5,500.42 | 5,500.42 | 0.00 | 0.00 | 0.00 | 5,500.42 |
| GM-CORP | 104506 | 2/27/2006 | 4/2/2006 | 435.90 | 435.90 | 0.00 | 0.00 | 0.00 | 435.90 |
| GM-CORP | 105159 | 4/13/2006 | 6/2/2006 | 220.58 | 220.58 | 0.00 | 0.00 | 0.00 | 220.58 |
| GM-CORP | 106150 | 7/24/2006 | 9/2/2006 | 2,155.85 | 2,155.85 | 0.00 | 0.00 | 0.00 | 2,155.85 |
| GM-CORP | 106650 | 9/6/2006 | 11/2/2006 | 495.14 | 495.14 | 0.00 | 0.00 | 0.00 | 495.14 |
| GM-CORP | 106644 | 9/6/2006 | 11/2/2006 | 1,725.00 | 1,725.00 | 0.00 | 0.00 | 0.00 | 1,725.00 |
| GM-CORP | 106808 | 9/20/2006 | 11/2/2006 | 2,027.52 | 2,027.52 | 0.00 | 0.00 | 0.00 | 2,027.52 |
| GM-CORP | 107311 | 10/30/2006 | 12/2/2006 | 1,027.36 | 1,027.36 | 0.00 | 0.00 | 0.00 | 1,027.36 |
| GM-CORP | 58-DEP1 | 3/30/2007 | 5/2/2007 | 38.81 | 38.81 | 0.00 | 0.00 | 0.00 | 38.81 |
| GM-CORP | 144-DEP1 | 4/27/2007 | 5/27/2007 | 77.63 | 77.63 | 0.00 | 0.00 | 0.00 | 77.63 |
| GM-CORP | 722-DEP2 | 3/5/2007 | 5/2/2007 | 1,272.24 | 1,272.24 | 0.00 | 0.00 | 0.00 | 1,272.24 |
| GM-CORP | 724-DEP2 | 3/5/2007 | 5/2/2007 | 1,349.28 | 1,349.28 | 0.00 | 0.00 | 0.00 | 1,349.28 |
| GM-CORP | 726-DEP2 | 3/5/2007 | 5/2/2007 | 176.40 | 176.40 | 0.00 | 0.00 | 0.00 | 176.40 |
| GM-CORP | 2030-DEP2 | 8/28/2007 | 10/2/2007 | 896.27 | 896.27 | 0.00 | 0.00 | 0.00 | 896.27 |
| GM-CORP | 1435-DEP1 | 9/12/2007 | 11/2/2007 | 1,488.29 | 1,488.29 | 0.00 | 0.00 | 0.00 | 1,488.29 |
| GM-CORP | 6209-DEP2 | 2/29/2008 | 4/2/2008 | 448.14 | 448.14 | 0.00 | 0.00 | 0.00 | 448.14 |
| GM-CORP | 8720-DEP2 | 7/15/2008 | 9/2/2008 | 1,712.49 | 88.20 | 0.00 | 0.00 | 0.00 | 88.20 |
| GM-CORP | 8944-DEP2 | 7/23/2008 | 9/2/2008 | 1,650.66 | 176.40 | 0.00 | 0.00 | 0.00 | 176.40 |
| GM-CORP | 9965-DEP2 | 8/27/2008 | 10/2/2008 | 757.97 | 757.97 | 0.00 | 0.00 | 0.00 | 757.97 |
| GM-CORP | 14087-DEP2 | 5/28/2009 | 7/2/2009 | 684.48 | 684.48 | 0.00 | 0.00 | 0.00 | 684.48 |
| GM-CORP | 14104-DEP2 | 5/29/2009 | 7/2/2009 | 729.28 | 729.28 | 0.00 | 0.00 | 0.00 | 729.28 |
| | | | | **$24,869.71** | **$21,771.16** | **$0.00** | **$0.00** | **$0.00** | **$21,771.16** |
| GM-SPO | 3223-DEP1 | 11/16/2007 | 1/2/2008 | 295.20 | 295.20 | 0.00 | 0.00 | 0.00 | 295.20 |
| GM-SPO | 3801-DEP1 | 12/14/2007 | 2/2/2008 | 590.40 | 590.40 | 0.00 | 0.00 | 0.00 | 590.40 |
| GM-SPO | 3959-DEP1 | 12/21/2007 | 2/2/2008 | 295.20 | 295.20 | 0.00 | 0.00 | 0.00 | 295.20 |
| GM-SPO | 4015-DEP1 | 1/4/2008 | 3/2/2008 | 885.60 | 885.60 | 0.00 | 0.00 | 0.00 | 885.60 |
| GM-SPO | 4994-DEP1 | 2/15/2008 | 4/2/2008 | 852.80 | 852.80 | 0.00 | 0.00 | 0.00 | 852.80 |
| GM-SPO | 7769-DEP2 | 5/7/2008 | 7/2/2008 | 2,355.00 | 31.40 | 0.00 | 0.00 | 0.00 | 31.40 |
| GM-SPO | 8294-DEP2 | 6/17/2008 | 8/2/2008 | 2,355.00 | 31.40 | 0.00 | 0.00 | 0.00 | 31.40 |
| GM-SPO | 14051-DEP2 | 5/26/2009 | 7/2/2009 | 187.78 | 187.78 | 0.00 | 0.00 | 0.00 | 187.78 |
| | | | | **$7,816.98** | **$3,169.78** | **$0.00** | **$0.00** | **$0.00** | **$3,169.78** |
| GM-PWRTRN | 103247 | 10/28/2005 | 12/2/2005 | 3,636.51 | 3,636.51 | 0.00 | 0.00 | 0.00 | 3,636.51 |
| GM-PWRTRN | 233-DEP2 | 4/12/2007 | 6/2/2007 | 2,852.64 | 2,852.64 | 0.00 | 0.00 | 0.00 | 2,852.64 |
| GM-PWRTRN | 279-DEP2 | 4/19/2007 | 6/2/2007 | 1,400.00 | 1,400.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| GM-PWRTRN | 1607-CORP | 4/16/2008 | 6/2/2008 | 360.00 | 45.00 | 0.00 | 0.00 | 0.00 | 45.00 |
| GM-PWRTRN | 8653-DEP2 | 7/11/2008 | 9/2/2008 | 108.72 | 108.72 | 0.00 | 0.00 | 0.00 | 108.72 |
| | | | | **$8,357.87** | **$8,042.87** | **$0.00** | **$0.00** | **$0.00** | **$8,042.87** |
| SATURN-SPO | 47-DEP2 | 3/9/2007 | 5/2/2007 | 613.98 | 613.98 | 0.00 | 0.00 | 0.00 | 613.98 |
| SATURN-SPO | 4409-DEP2 | 12/14/2007 | 2/2/2008 | 12.27 | 12.27 | 0.00 | 0.00 | 0.00 | 12.27 |
| SATURN-SPO | 4410-DEP2 | 12/14/2007 | 2/2/2008 | 12.27 | 12.27 | 0.00 | 0.00 | 0.00 | 12.27 |
| SATURN-SPO | 9659-DEP2 | 8/14/2008 | 10/2/2008 | 32.68 | 32.68 | 0.00 | 0.00 | 0.00 | 32.68 |
| SATURN-SPO | 11915-DEP1 | 4/17/2009 | 6/2/2009 | 154.20 | 113.08 | 0.00 | 113.08 | 0.00 | 0.00 |
| SATURN-SPO | 13983-DEP2 | 5/19/2009 | 7/2/2009 | 155.10 | 155.10 | 155.10 | 0.00 | 0.00 | 0.00 |
| SATURN-SPO | 14198-DEP2 | 6/3/2009 | 8/2/2009 | 143.28 | 143.28 | 143.28 | 0.00 | 0.00 | 0.00 |
| SATURN-SPO | 12313-DEP1 | 6/5/2009 | 8/2/2009 | 1,449.44 | 1,449.44 | 1,449.44 | 0.00 | 0.00 | 0.00 |
| | | | | **$2,573.22** | **$2,532.10** | **$1,747.82** | **$113.08** | **$0.00** | **$671.20** |
| | | | **GRAND TOTAL DUE:** | **$43,617.78** | **$35,515.91** | **$1,747.82** | **$113.08** | **$0.00** | **$33,655.01** |

**SMART NUMBER UNPAID INVOICES**

| Number | Date | Date | Date | Total | Balance Due | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| 6613-DEP1 | 5/9/2008 | 5/9/2008 | 6/8/2008 | 2,332.12 | 2,332.12 | 0.00 | 0.00 | 0.00 | 2,332.12 |
| | | | | | | | | | **$2,332.12** |

| Date | Date | Date | Total | Balance Due | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|
| 8/6/2008 | 8/6/2008 | 10/2/2008 | 254.07 | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 |
| 8/27/2008 | 8/27/2008 | 10/2/2008 | 2,032.54 | 240.00 | 0.00 | 0.00 | 0.00 | 240.00 |
| 9/2/2008 | 9/2/2008 | 11/2/2008 | 1,778.48 | 210.01 | 0.00 | 0.00 | 0.00 | 210.01 |
| 9/2/2008 | 9/2/2008 | 11/2/2008 | 762.20 | 90.00 | 0.00 | 0.00 | 0.00 | 90.00 |
| 9/3/2008 | 9/3/2008 | 11/2/2008 | 1,016.27 | 120.00 | 0.00 | 0.00 | 0.00 | 120.00 |
| 9/4/2008 | 9/4/2008 | 11/2/2008 | 2,032.54 | 240.00 | 0.00 | 0.00 | 0.00 | 240.00 |
| 9/8/2008 | 9/8/2008 | 11/2/2008 | 1,778.47 | 210.00 | 0.00 | 0.00 | 0.00 | 210.00 |
| 9/9/2008 | 9/9/2008 | 11/2/2008 | 254.07 | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 |
| 9/10/2008 | 9/10/2008 | 11/2/2008 | 2,286.61 | 270.00 | 0.00 | 0.00 | 0.00 | 270.00 |
| 9/11/2008 | 9/11/2008 | 11/2/2008 | 1,270.34 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| 9/15/2008 | 9/15/2008 | 11/2/2008 | 1,270.34 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| 9/16/2008 | 9/16/2008 | 11/2/2008 | 1,016.27 | 120.00 | 0.00 | 0.00 | 0.00 | 120.00 |
| 9/17/2008 | 9/17/2008 | 11/2/2008 | 1,524.41 | 180.00 | 0.00 | 0.00 | 0.00 | 180.00 |
| 9/18/2008 | 9/18/2008 | 11/2/2008 | 508.14 | 60.00 | 0.00 | 0.00 | 0.00 | 60.00 |
| 9/19/2008 | 9/19/2008 | 11/2/2008 | 1,270.34 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| 9/22/2008 | 9/22/2008 | 11/2/2008 | 1,270.34 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| 9/23/2008 | 9/23/2008 | 11/2/2008 | 2,286.61 | 270.00 | 0.00 | 0.00 | 0.00 | 270.00 |
| 9/24/2008 | 9/24/2008 | 11/2/2008 | 508.14 | 60.00 | 0.00 | 0.00 | 0.00 | 60.00 |
| 9/29/2008 | 9/29/2008 | 11/2/2008 | 2,540.68 | 300.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| 10/6/2008 | 10/6/2008 | 12/2/2008 | 1,016.27 | 120.00 | 0.00 | 0.00 | 0.00 | 120.00 |
| 10/8/2008 | 10/8/2008 | 12/2/2008 | 1,524.41 | 180.00 | 0.00 | 0.00 | 0.00 | 180.00 |
| 10/14/2008 | 10/14/2008 | 12/2/2008 | 2,540.68 | 300.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| 10/21/2008 | 10/21/2008 | 12/2/2008 | 2,540.68 | 300.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| 10/23/2008 | 10/23/2008 | 12/2/2008 | 2,540.68 | 300.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| | | | **$35,823.58** | **$4,230.01** | **$0.00** | **$0.00** | **$0.00** | **$4,230.01** |

| | **Number** | **Date** | **Date** | **Date** | **Total** | **Balance Due** | **1-30** | **31-60** | **61-90** | **Over 90** |
|---|---|---|---|---|---|---|---|---|---|---|
| GM-AZ | 382-CORP | 8/31/2007 | 8/31/2007 | 10/2/2007 | 11,250.00 | 11,250.00 | 0.00 | 0.00 | 0.00 | 11,250.00 |
| | | | | | **$11,250.00** | **$11,250.00** | **$0.00** | **$0.00** | **$0.00** | **$11,250.00** |