IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 09-50026 (REG) |
| | ) | |
| **GENERAL MOTORS CORP., *et al.*** | ) | Chapter 11 |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Michael A. Gallo, a principal and vice-president of Nadler Nadler & Burdman Co., L.P.A., a member in good standing of the bar of the State of Ohio, the bar of the U.S. District Court for the Northern District of Ohio, and the U.S. Court of Appeals for the Sixth Circuit, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber to represent Falcon Transport Co. and Comprehensive Logistics Co., Inc. in the above referenced case and any successor cases.

My address is:

Michael A. Gallo, Esq.
Nadler Nadler & Burdman Co., L.P.A.
20 West Federal Street, Suite 600
Youngstown, OH  44503-1423
Telephone No.:  (330) 744-0247
Fax No.:  (330) 744-8690
E-mail:  gallo@nnblaw.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

WHEREFORE, movant requests that the Court enter the Order Admitting Michael A. Gallo to Practice, *Pro Hac Vice* attached hereto as Exhibit A.

DATED:  June 16, 2009

Respectfully submitted,

/s/ Michael A. Gallo
Michael A. Gallo, Esq.
Ohio Supreme Court No. 0000566
Nadler Nadler & Burdman Co., L.P.A.
20 West Federal Street, Suite 600
Youngstown, OH 44503-1423
Telephone No.:  (330) 744-0247
Fax No.:  (330) 744-8690
E-mail:  gallo@nnblaw.com
Counsel for Falcon Transport Co. and
Comprehensive Logistics Co., Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 16, 2009 a copy of the foregoing **Motion for Admission to Practice, Pro Hac Vice** was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

/s/ Michael A. Gallo
Michael A. Gallo, Esq.
Ohio Supreme Court No. 0000566
Nadler Nadler & Burdman Co., L.P.A.
Counsel for Falcon Transport Co. and
Comprehensive Logistics Co., Inc.

C:\Documents and Settings\Sharon\My Documents\TMR\general motors-pro hac vice motion-gallo.doc