CHELI & LYSHAK, P.L.C.
Counsel to L+A Architects, Inc.
26154 Woodward Avenue
P.O. Box 1257
Royal Oak, Michigan 48068-1257
248.545.1700
Steven R. Pohl, Esq.

and

SANFORD P. ROSEN & ASSOCIATES, P.C.
Local Counsel to L+A Architects, Inc.
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

| | |
|---|---|
| In re | : |
| | : Chapter 11 |
| General Motors Corp., *et al.*, | : |
| | : Case No. 09-50026 (REG) |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------ x

**CERTIFICATE OF SERVICE OF**
**LIMITED OBJECTION OF L+A ARCHITECTS, INC. TO**
**DEBTORS' NOTICE OF PROPOSED ASSUMPTION AND**
**ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

The undersigned, under penalty of perjury, hereby certifies as follows:

I am over 18 years of age, reside in Bronx, New York and am not a party to this proceeding.

On the 15th day of June 2009, I served the Limited Objection of L+A Architects, Inc. to Debtors' Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases, upon the parties whose names and addresses are set forth on the service list

annexed hereto as Exhibit "A" by overnight courier service by depositing true copies of same in pre-paid, properly addressed wrappers in an official depository under the exclusive care and custody of Fedex Corporation within the State of New York.

Additionally, on the 15th day of June 2009, I served the Limited Objection of L+A Architects, Inc. to Debtors' Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases, upon the parties whose names and addresses are set forth on the service list annexed hereto as Exhibit "B" by causing true copies of same to be hand delivered by a representative of Avant Business Services.

Dated: New York, New York
      June 15, 2009

                                            /s/ Carrie L. Manganiello
                                            Carrie L. Manganiello

Exhibit "A"

## Service List

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI  48090-9025
Attn: Warren Command Center
      Mailcode 480-206-114

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

Exhibit "B"

## Service List

Weil Gotshal & Manges LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, NY 10153
Attn: Harvey R. Miller, Esq.
  Stephen Karotkin, Esq.
  Joseph H. Smolinsky, Esq.

Cadwalader, Wickersham & Taft LLP
Attorneys for the Purchaser
One World Financial Center
New York NY 10281
Attn: John J. Rapisardi, Esq.

Vedder Price, P.C.
Attorneys for Export Development Canada
1633 Broadway
47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esq.
  Michael L. Schein, Esq.

Kramer Levin Naftalis & Frankel LLP
Attorneys for the Official Committee of
  Unsecured Creditors of General Motors Corporation
1177 Avenue of the Americas
New York, NY 10036
Attn: Gordon Z. Novod, Esq.

Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.