Contract Objections / Cure Amount Objection

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount | Falcon Invoice |
|---|---|---|---|---|---|---|
| RD030407050 | | TONU | 2/27/2009 | | $ 75.00 | 1072299 |
| RD030407050 | 40227 | | 5/12/2009 | | $ 225.00 | 1117047 |
| RD030407050 | 40227 | | 5/12/2009 | | $ 225.00 | 1117048 |
| RD030407050 | 40227 | | 5/12/2009 | | $ 225.00 | 1117049 |
| RD030407050 | 40227 | | 5/12/2009 | | $ 225.00 | 1117050 |
| RD030407050 | F210010 | | 5/15/2009 | | $ 387.12 | 1119256 |
| RD030407050 | F210100 | | 5/21/2009 | | $ 387.12 | 1120845 |
| RD030407050 | 70638 | | 5/16/2009 | | $ 232.88 | 1117428 |
| RD030407050 | F210035 | | 5/18/2009 | | $ 387.12 | 1117430 |
| RD030407050 | 70720 | | 5/19/2009 | | $ 232.88 | 1118067 |
| RD030407050 | 70812 | | 5/20/2009 | | $ 232.88 | 1118454 |
| RD030407050 | 70874 | | 5/21/2009 | | $ 232.88 | 1118836 |
| RD030407050 | 70591 | | 5/18/2009 | | $ 232.88 | 1119976 |
| RD030407050 | 70676 | | 5/19/2009 | | $ 232.88 | 1119977 |
| RD030407050 | 70782 | | 5/20/2009 | | $ 232.88 | 1119978 |
| RD030407050 | 70836 | | 5/21/2009 | | $ 232.88 | 1119979 |
| RD030407050 | F210099 | | 5/21/2009 | | $ 387.12 | 1120846 |
| RD030407050 | 881 | | 5/20/2009 | | $ 439.00 | 1123409 |
| RD030407050 | 884 | | 5/21/2009 | | $ 439.00 | 1123410 |
| RD030407050 | 885 | | 5/27/2009 | | $ 439.00 | 1124091 |
| RD030407050 | F210118 | | 5/26/2009 | | $ 387.12 | 1120847 |
| RD030407050 | 70959 | | 5/26/2009 | | $ 232.88 | 1121743 |
| RD030407050 | 71055 | | 5/27/2009 | | $ 232.88 | 1122166 |
| RD030407050 | 71116 | | 5/28/2009 | | $ 232.88 | 1122587 |
| RD030407050 | 71178 | | 5/29/2009 | | $ 232.88 | 1122997 |
| RD030407050 | 70997 | | 5/26/2009 | | $ 232.88 | 1123955 |
| RD030407050 | F210191 | | 5/29/2009 | | $ 387.12 | 1126177 |

TOTAL DUE:          $    7,642.16          #REF!

# EXHIBIT A

Falcon Transport Co