IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 09-50026 (REG) |
| | ) | |
| **GENERAL MOTORS CORP.,** *et al.* | ) | Chapter 11 |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |

## CURE AMOUNT OBJECTION OF
## COMPREHENSIVE LOGISTICS CO., INC.

NOW COMES Comprehensive Logistics Co., Inc. ("Comprehensive Logistics"), by and through its undersigned counsel, and hereby submits its Cure Amount Objection, and in support thereof states as follows:

1. On June 8, 2009, Comprehensive Logistics received the *Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* (the "Assumption and Assignment Notice"). The Assumption and Assignment Notice provided Comprehensive Logistics with a user ID and password in order to access the Cure Amount for the Assumable Executory Contracts to which Comprehensive Logistics is a party by reviewing information on the Debtors' website.

2. The Debtors list the Cure Amounts for the agreements between the Debtors and Comprehensive Logistics at $2,058,695.65.

LAW OFFICES OF NADLER NADLER & BURDMAN CO. LPA  YOUNGSTOWN, OHIO

3. According to the records of Comprehensive Logistics, the Cure Amounts for the Assumable Executory Contracts is actually $7,664,561.57. Evidence of the additional Cure Amounts as of the petition date is attached hereto as **Exhibit A**.

4. Comprehensive Logistics objects to the Cure Amounts asserted by the Debtors and submits that the correct amount is $7,664,561.57.

5. In addition, the Debtors should be required to cure any unpaid post-petition obligations through the Assumption Effective Date as defined in the Notice sent by the Debtors. To the extent that the Debtors satisfy all of the post-petition obligations to Comprehensive Logistics under the Assumed Contracts from and after the petition date through the Assumption Effective Date, then the Cure Amounts must include the additional pre-petition amounts identified in Exhibit A attached hereto.

WHEREFORE, based upon the foregoing, Comprehensive Logistics requests that the correct Cure Amount for the Assumable Executory Contracts be established in the amount of $7,664,561.57.

DATED: June 12, 2009

Respectfully submitted,

_____
Michael A. Gallo, Esq. (#0000566)
Timothy M. Reardon, Esq. (#0059631)
Nadler Nadler & Burdman Co., L.P.A.
20 Federal Plaza West, Suite 600
Youngstown, OH 44503-1423
Telephone No.: (330) 744-0247
Fax No.: (330) 744-8690
E-mail: tmreardon@nnblaw.com
Counsel for Comprehensive Logistics Co., Inc.

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Cure Amount Objection of Comprehensive Logistics Co., Inc.** was served by overnight mail, postage prepaid, this 12th day of June, 2009, upon the following counsel of record:

General Motors Corporation
Attn: Warren Command Center
Mail Code 480-206-114
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Debtors

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Attorney for Debtors

U.S. Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue, NW
Room 2312
Washington, DC 20220

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281
Attorneys for the Purchaser

Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
Attorneys for the Creditors Committee

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attorneys for Export Development Canada

Office of the United States Trustee
Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

_____
Timothy M. Reardon, Esq. (#0059631)
Nadler Nadler & Burdman Co., L.P.A.
Counsel for Comprehensive Logistics Co., Inc.

6/12/09 C:\Documents and Settings\Sharon\My Documents\TMR\general motors-CLI-pleading.wpd