| Remit Duns | BOL | Document Date | Due Date | Objected Amount | Funds |
|---|---|---|---|---|---|
| RD932523962 | ARI-157-90 | 2/16/2009 | Stayed | $ 2,727,732.00 | USD |
| RD932523962 | ARI-1-72 | 3/21/2009 | Stayed | $ 87,625.00 | USD |
| RD932523962 | ARI-2-72 | 3/21/2009 | Stayed | $ 87,625.00 | USD |
| RD932523962 | ARI-3-72 | 3/21/2009 | Stayed | $ 43,812.50 | USD |
| RD932523962 | ARI-925-40 | 4/30/2009 | Stayed | $ 30,897.12 | USD |
| RD932523962 | ARI-6-72 | 5/1/2009 | Stayed | $ 40,314.51 | USD |
| RD932523962 | ARI-926-40 | 5/30/2009 | Stayed | $ 36,516.00 | USD |
| RD932523962 | ARI-713-40 | 5/31/2009 | Stayed | $ 16,963.00 | USD |
| RD932523962 | ARI-722-40 | 6/7/2008 | Stayed | $ 19,361.99 | USD |
| RD932523962 | ARI-732-40 | 6/14/2008 | Stayed | $ 18,332.98 | USD |
| RD932523962 | ARI-747-40 | 6/21/2008 | Stayed | $ 17,274.58 | USD |
| RD932523962 | ARI-766-40 | 6/28/2008 | Stayed | $ 12,746.98 | USD |
| RD932523962 | ARI-782-40 | 7/26/2008 | Stayed | $ 6,936.78 | USD |
| RD932523962 | ARI-787-40 | 8/2/2008 | Stayed | $ 4,384.29 | USD |
| RD932523962 | ARI-7-72 | 5/1/2009 | Stayed | $ 52,567.99 | USD |
| RD932523962 | ARI-168-70 | 5/1/2009 | Stayed | $ 193,688.73 | USD |
| RD932523962 | ARI-169-70 | 5/1/2009 | Stayed | $ 4,883.24 | USD |
| RD932523962 | ARI-395-71 | 5/23/2009 | Stayed | $ 142,099.49 | USD |
| RD932523962 | ARI-396-71 | 5/30/2009 | Stayed | $ 125,631.07 | USD |
| RD932523962 | ARI-101-71A | 5/31/2009 | Stayed | $ 4,883.24 | USD |
| RD932523962 | ARI-102-71A | 5/31/2009 | Stayed | $ 10,542.50 | USD |
| RD932523962 | ARI-103-71A | 5/31/2009 | Stayed | $ 14,906.25 | USD |
| RD932523962 | ARI-104-71A | 5/31/2009 | Stayed | $ 33,993.42 | USD |
| RD932523962 | ARI-126-60 | 2/16/2009 | Stayed | $ 267,563.00 | USD |
| RD932523962 | ARI-128-60 | 5/22/2009 | Stayed | $ 101,259.24 | USD |
| RD932523962 | ARI-13-61 | 5/30/2009 | Stayed | $ 162,160.33 | USD |
| RD932523962 | ARI-227-23 | 4/18/2009 | Stayed | $ 5,616.00 | USD |
| RD932523962 | ARI-604-20 | 4/24/2009 | Stayed | $ 45.00 | USD |
| RD932523962 | ARI-605-20 | 4/24/2009 | Stayed | $ 45.00 | USD |
| RD932523962 | ARI-606-20 | 4/24/2009 | Stayed | $ 30.00 | USD |
| RD932523962 | ARI-607-20 | 4/24/2009 | Stayed | $ 15.00 | USD |
| RD932523962 | ARI-608-20 | 4/24/2009 | Stayed | $ 30.00 | USD |
| RD932523962 | ARI-609-20 | 4/24/2009 | Stayed | $ 60.00 | USD |
| RD932523962 | ARI-610-20 | 4/24/2009 | Stayed | $ 97.50 | USD |
| RD932523962 | ARI-236-23 | 4/25/2009 | Stayed | $ 6,856.48 | USD |
| RD932523962 | ARI-244-23 | 5/2/2009 | Stayed | $ 6,881.66 | USD |
| RD932523962 | ARI-619-20 | 5/7/2009 | Stayed | $ 22.50 | USD |
| RD932523962 | ARI-620-20 | 5/7/2009 | Stayed | $ 75.00 | USD |
| RD932523962 | ARI-253-23 | 5/9/2009 | Stayed | $ 6,843.89 | USD |
| RD932523962 | ARI-262-23 | 5/15/2009 | Stayed | $ 6,869.07 | USD |
| RD932523962 | ARI-271-23 | 5/23/2009 | Stayed | $ 3,896.95 | USD |
| RD932523962 | ARI-279-23 | 5/30/2009 | Stayed | $ 3,128.99 | USD |
| RD932523962 | ARI-263-23 | 5/16/2009 | Stayed | $ 821.55 | USD |
| RD932523962 | ARI-573-21 | 4/30/2009 | Stayed | $ 819.00 | USD |
| RD932523962 | ARI-578-21 | 5/30/2009 | Stayed | $ 504.00 | USD |
| RD932523962 | ARI-621-20 | 5/7/2009 | Stayed | $ 15.00 | USD |
| RD932523962 | ARI-264-23 | 5/16/2009 | Stayed | $ 5,270.22 | USD |
| RD932523962 | ARI-272-23 | 5/23/2009 | Stayed | $ 4,652.31 | USD |
| RD932523962 | ARI-280-23 | 5/30/2009 | Stayed | $ 4,753.02 | USD |
| RD932523962 | ARI-618-20 | 4/3/2009 | Stayed | $ 970.14 | USD |
| RD932523962 | ARI-247-23 | 5/2/2009 | Stayed | $ 9,189.13 | USD |

**EXHIBIT A**

# Comprehensive Logistics Co. INC
## Cure Objection Report
**Comprehensive Logistic Co Inc**

Duns: 932523962
SCAC: CLOS

| Remit Duns | BOL | Document Date | Due Date | Objected Amount | Funds |
|---|---|---|---|---|---|
| RD932523962 | ARI-623-20 | 5/7/2009 | Stayed | $ 210.00 | USD |
| RD932523962 | ARI-256-23 | 5/9/2009 | Stayed | $ 9,029.74 | USD |
| RD932523962 | ARI-265-23 | 5/16/2009 | Stayed | $ 6,907.93 | USD |
| RD932523962 | ARI-273-23 | 5/23/2009 | Stayed | $ 5,900.29 | USD |
| RD932523962 | ARI-281-23 | 5/30/2009 | Stayed | $ 5,789.94 | USD |
| RD932523962 | ARI-248-23 | 5/2/2009 | Stayed | $ 2,281.38 | USD |
| RD932523962 | ARI-257-23 | 5/9/2009 | Stayed | $ 2,281.38 | USD |
| RD932523962 | ARI-266-23 | 5/16/2009 | Stayed | $ 2,079.95 | USD |
| RD932523962 | ARI-274-23 | 5/23/2009 | Stayed | $ 1,878.52 | USD |
| RD932523962 | ARI-282-23 | 5/30/2009 | Stayed | $ 1,878.52 | USD |
| RD932523962 | ARI-622-20 | 5/7/2009 | Stayed | $ 75.00 | USD |
| RD932523962 | ARI-267-23 | 5/16/2009 | Stayed | $ 4,867.36 | USD |
| RD932523962 | ARI-275-23 | 5/23/2009 | Stayed | $ 3,983.10 | USD |
| RD932523962 | ARI-283-23 | 5/30/2009 | Stayed | $ 3,846.59 | USD |
| RD932523962 | ARI-250-23 | 5/2/2009 | Stayed | $ 9,782.01 | USD |
| RD932523962 | ARI-624-20 | 5/15/2009 | Stayed | $ 75.00 | USD |
| RD932523962 | ARI-625-20 | 5/15/2009 | Stayed | $ 75.00 | USD |
| RD932523962 | ARI-626-20 | 5/15/2009 | Stayed | $ 75.00 | USD |
| RD932523962 | ARI-268-23 | 5/16/2009 | Stayed | $ 6,768.01 | USD |
| RD932523962 | ARI-276-23 | 5/23/2009 | Stayed | $ 4,546.27 | USD |
| RD932523962 | ARI-284-23 | 5/30/2009 | Stayed | $ 5,161.69 | USD |
| RD932523962 | ARI-612-20 | 4/3/2009 | Stayed | $ 86.50 | USD |
| RD932523962 | ARI-613.20 | 4/3/2009 | Stayed | $ 132.99 | USD |
| RD932523962 | ARI-614-20 | 4/3/2009 | Stayed | $ 155.20 | USD |
| RD932523962 | ARI-615-20 | 4/3/2009 | Stayed | $ 141.28 | USD |
| RD932523962 | ARI-616-20 | 4/3/2009 | Stayed | $ 32.00 | USD |
| RD932523962 | ARI-617-20 | 4/3/2009 | Stayed | $ 137.47 | USD |
| RD932523962 | ARI-599-20 | 4/10/2009 | Stayed | $ 60.00 | USD |
| RD932523962 | ARI-251-23 | 5/2/2009 | Stayed | $ 8,383.11 | USD |
| RD932523962 | ARI-260-23 | 5/9/2009 | Stayed | $ 8,055.88 | USD |
| RD932523962 | ARI-269-23 | 5/16/2009 | Stayed | $ 9,008.24 | USD |
| RD932523962 | ARI-277-23 | 5/23/2009 | Stayed | $ 6,691.38 | USD |
| RD932523962 | ARI-285-23 | 5/30/2009 | Stayed | $ 5,986.37 | USD |
| RD932523962 | ARI-235-23 | 4/18/2009 | Stayed | $ 6,821.81 | USD |
| RD932523962 | ARI-270-23 | 5/16/2009 | Stayed | $ 6,446.19 | USD |
| RD932523962 | ARI-278-23 | 5/23/2009 | Stayed | $ 5,210.37 | USD |
| RD932523962 | ARI-286-23 | 5/30/2009 | Stayed | $ 5,210.37 | USD |
| RD932523962 | ARI-649-22 | 5/7/2009 | Stayed | $ 67,220.90 | USD |
| RD932523962 | MFD050209 | 5/2/2009 | Stayed | $ 215,844.52 | USD |
| RD932523962 | MFD050909 | 5/9/2009 | Stayed | $ 216,101.26 | USD |
| RD932523962 | MFD051609 | 5/16/2009 | Stayed | $ 188,523.83 | USD |
| RD932523962 | MFD051609CF | 5/16/2009 | Stayed | $ 25,521.16 | USD |
| RD932523962 | MFD052309 | 5/23/2009 | Stayed | $ 179,115.53 | USD |
| RD932523962 | MFD052309CF | 5/23/2009 | Stayed | $ 23,033.61 | USD |
| RD932523962 | MFD053009 | 5/30/2009 | Stayed | $ 187,352.84 | USD |
| RD932523962 | MFD053009CF | 5/30/2009 | Stayed | $ 30,891.79 | USD |
| | | Total Objected | | $ 5,605,865.92 | |