CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Andrew P. Brozman, Esq.
Sarah Campbell, Esq.

Attorneys for The Royal Bank of Scotland plc,
ABN AMRO Bank N.V., and RBS Citizens N.A.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

| | |
|---|---|
| In re | : |
| | : Chapter 11 |
| GENERAL MOTORS CORPORATION., *et al.*, | : |
| | : Case No. 09-50026 (REG) |
| Debtors. | : |
| | : (Jointly Administered) |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DAMIEN A. MORRIS, being duly sworn, deposes and says:

I am not party to this action, am over 18 years of age and am employed by the law firm of CLIFFORD CHANCE US LLP, 31 West 52nd Street, New York, NY 10019.

On June 15, 2009, I caused true and correct copies of the Limited Objection of The Royal Bank of Scotland plc, ABN AMRO Bank N. V. and RBS Citizens N.A. to Debtors' Motion, *inter alia*, to Assume and Assign Certain Executory Contracts to served upon the parties identified in Exhibit A hereto in the manner indicated therein.

AMR #199396-v2

Additionally, I caused true and correct copies of the above-referenced Limited Objection to be served electronically on notice to parties via the Court's Case Management/Electronic Case Filing (CM/ECF) system.

Dated: New York, New York
June 16, 2009

_____
Damien A. Morris

SWORN TO AND SUBSCRIBED before
Me this 16th day of June, 2009

_____

TRISH KEATS
Notary Public, State of New York
No. 01KE5067157
Qualified in Nassau County
Commission Expires October 15, 20 _10_

# EXHIBIT A

## Federal Express

General Motors Corporation
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center
          Mailcode 480-2060114

U.S. Treasury
1500 Pennsylvania Avenue, NW
Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

## Hand Delivery

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Harvey R. Miller, Esq.

Cadwalder, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Diana G. Adams

AMR #199396-v2