UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

In re                                                                                                    :

General Motors Corporation, *et al.*,                                       :

                Debtors.                                        :

------------------------------------------------------------------------ X

Chapter 11
Case No. 09-50026 (REG)
(Jointly Administered)

CERTIFICATE OF
<u>SERVICE</u>

        I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        On the 15th day of June 2009, the Limited Objection of Amports, Inc. to Debtors' Proposed Cure Costs, dated June 15, 2009 was served by e-mail, by facsimile, by hand and by Federal Express, as indicated, upon:

**<u>Via Email:</u>**

Harvey.miller@weil.com
Stephen.karotkin@weil.com
Joseph.smolinsky@weil.com
John.rapisardi@cwt.com
keckstein@kramerlevin.com
tmayer@kramerlevin.com
gnovod@kramerlevin.com
mjedelman@vedderprice.com
mschein@vedderprice.com

**<u>Via Fax:</u>**

| | | | |
|---|---|---|---|
| Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq. | Weil, Gotshal & Manges LLP | 212-310-8007 | 212-310-8000 |
| John J. Rapisardi, Esq. | Cadwalader, Wickersham & Taft LLP | 212-504-6666 | 212-504-6000 |

| Kenneth H. Eckstein, Esq.<br>Thomas Moers Mayer, Esq.<br>Gordon Novod, Esq. | Kramer Levin Naftalis & Frankel LLP | 212-715-8000 | 212-715-9100 |
|---|---|---|---|
| Michael J. Edelman, Esq.<br>Michael L. Schein, Esq. | Vedder Price, P.C. | 212-407-7799 | 212-407-7700 |
| Diana G. Adams, Esq.<br>Brian Masumoto, Esq.<br>Andrew D. Velez-Rivera, Esq. | Office of the U.S. Trustee for the Southern District of New York | 212-668-2255 | 212-510-0500 |
| Matthew Feldman, Esq. | U.S. Treasury | 202-622-0073 | 202-622-2000 |

**By Hand:**

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Diana G. Adams, Esq.
Brian Masumoto, Esq.
Andrew D. Velez-Rivera, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein, Esq.
Thomas Moers Mayer, Esq.
Gordon Novod, Esq.

**Via Federal Express:**

The U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

09-50026-mg    Doc 1648    Filed 06/16/09    Entered 06/16/09 18:16:54    Main Document
Pg 2 of 3

General Motors Corporation
300 Renaissance Center
Detroit, Michigan 48265
Attn: Lawrence S. Buonomo, Esq.

General Motors Corporation
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attn: Michael J. Edelman, Esq.
Attn: Michael L. Schein, Esq.


Dated:  New York, New York
        June 16, 2009

                      s/Richard V. Conza
                      Richard V. Conza