# Exhibit A

**Ernie Green Industries, Inc.**
**GM Cure dispute**

**Ultimate Vendor Duns code:**    32313694

Invoices from: Prior to 5/31/09

| Manufacturing Duns Code | Invoice Date | Ship Date | Invoice Number | BOL Number | Contract Number | Total Amount | |
|---|---|---|---|---|---|---|---|
| **Ormond Beach, Fl.** | | | | | | | |
| 004057204 | 05/05/09 | 05/05/09 | 164928 | 164483 | 8F900BR /000CJ | 1,026.22 | FLINT |
| 004057204 | 05/05/09 | 05/05/09 | 164940 | 164487 | 8F9009W | 164.99 | FORT WAYNE |
| 004057204 | 05/06/09 | 05/06/09 | 164990 | 164504 | 8F9009W | 164.99 | FORT WAYNE |
| 004057204 | 05/26/09 | 05/26/09 | 165324 | 164857 | 8F900CP | 492.57 | FLINT |
| 004057204 | 05/29/09 | 05/29/09 | 165407 | 164949 | | 440.55 | WILLOW RUN |
| 004057204 | 05/08/09 | 05/08/09 | 165035 | 164573 | CN-49475 | 330.37 | MISSISSAUGA |
| 004057204 | 05/15/09 | 05/15/09 | 165268 | 164657 | GM-58037 | 680.10 | MISSISSAUGA |
| 004057204 | 05/19/09 | 05/19/09 | 165207 | 164762 | 8F900008 / 8F70004H | 14.69 | OSHAWA |
| 004057204 | 05/22/09 | 05/22/09 | 165305 | 164837 | CN-38199 / CN-49481 | 883.19 | MISSISSAUGA |
| 004057204 | 05/29/09 | 05/29/09 | 165406 | 164934 | CN-49458 | 556.73 | MISSISSAUGA |
| 004057204 | 03/13/09 | 03/13/09 | PRR421862 | 133393 | PROCOSTRECV | 13,617.45 | Cost recover amount should be $137.55; GM is debiting $13,755.00 |
| | | | **Ormond** | | | 17,345.63 | |
| **New Madison, Ohio** | | | | | | | |
| 112886544 | 01/24/08 | | 105213 | | GM-38551 | $4,000.00 | Minimum Order Charge |
| 112886544 | 02/12/08 | | 105552 | | GM-38551 | $9,500.00 | Set-up charge |
| 112886544 | 07/17/08 | | 108683 | | GM-38551 | $350.00 | Set-up charge |
| 112886544 | 07/17/08 | | 108685 | | GM-38551 | $5,500.00 | Set-up charge |
| 112886544 | 08/28/08 | | 109571 | 9897 | GM-52205 | $222.80 | J-Car Service |
| 112886544 | 08/18/08 | | 109306 | | GM ref 0711C0 | $9,020.40 | Expect credit from GM ref 0711C0 |
| 112886544 | 09/08/08 | | 109756 | | FKJ0002L | $36,418.09 | Exp Pkg cobalt |
| 112886544 | 10/15/08 | | 110467 | | FKJ0002K | $27,809.24 | Exp Pkg cobalt |
| 112886544 | 03/27/09 | | 112650 | | GM-38551 | $4,500.00 | Set-up charge |
| | | | **New Madison** | | | 97,320.53 | |
| | | | | | | 114,666.16 | |

| | |
|---|---|
| **Proposed Cure Amount** | **$411,172.71** |
| **Adjusted Cure Amount** | **$525,838.87** |