David M. Bennett
**THOMPSON & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: 214.969.1700
Facsimile: 214.969.1751
E-mail: david.bennett@tklaw.com

Demetra L. Liggins
**THOMPSON & KNIGHT LLP**
919 Third Ave., 39th Floor
New York, NY 10022-3095
Telephone: 212.751.3001
Facsimile: 212.751.3113
E-mail: demetra.liggins@tklaw.com

**COUNSEL FOR MITSUBISHI HEAVY INDUSTRIES, LTD.,
MITSUBISHI HEAVY INDUSTRIES CLIMATE CONTROL, INC.
AND MITSUBISHI ENGINE NORTH AMERICA, INC.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                              :
                                                    :   Chapter 11
                                                    :
GENERAL MOTORS CORP., et al.,                       :   Case No. 09-50026 (REG)
                                                    :
                                                    :   (Jointly Administered)
                                                    :
                    Debtor.                         :
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

On June 15, 2009, a copy of the Limited Objection to Proposed Assumption and Assignment of Assumable Executory Contracts (the "Objection") was served on all parties entitled to notice via the Court's Electronic Filing System ("CM/ECF").

On June 16, 2009, a copy of the Objection was served via e-mail on the parties on the attached service list.

DATED: June 16, 2009

/S/ Demetra L. Liggins
Demetra L. Liggins

## Schedule A

General Motors Corporation
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114
**e-mail via Weil, Gotshal & Manges LLP**
*Debtors*

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
**harvey.miller@weil.com**
**stephen.karotkin@weil.com**
**joseph.smolinsky@weil.com**
*Attorneys for the Debtors*

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
**john.rapisardi@cwt.com**
*Counsel to the Purchaser*

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY 10019
**mjedelman@vedderprice.com**
**mschein@vedderprice.com**
*Counsel for Export Development Canada*

Robert D. Wolford
Miller, Johnson, Snell & Commiskey
PLC 250 Monroe Avenue, N.W.
Suite 800
Grand Rapids, Michigan 49503
**ecfwolford@millerjohnson.com**
*Attorneys for the Creditors' Committee*

Thomas Moers Mayer, Esq.
Kenneth H. Eckstein, Esq.
Gordon L. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
**tmayer@kramerlevin.com**
**keckstein@kramerlevin.com**
**gnovod@kramerlevin.com**
*Counsel to the Official Committee of Unsecured Creditors*

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220
**matthew.feldman@do.treas.gov**

Office of the United States Trustee
For the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004
**Facsimile Number: 212-668-2255**