KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102
Tel: 402-346-6000 / Fax: 402-346-1148
John J. Jolley, Jr. (JJ 0253)
jay.jolley@kutakrock.com

Attorneys for Xerox Capital Services, LLC, as servicing agent for Xerox Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| GENERAL MOTORS CORP.., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

**WITHDRAWAL OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

COMES NOW, Kutak Rock LLP, by and through John J. Jolley, Jr., and hereby withdraws its Entry of Appearance and Request for Notice on behalf of Xerox Capital Services, LLC, as servicing agent for Xerox Corporation, previously filed on June 9, 2009 (Doc. No. 499).

Dated this 16th day of June, 2009.

                KUTAK ROCK LLP

                By /s/ *John J. Jolley, Jr.*
                   John J. Jolley, Jr. (*Pro Hac Vice*)
                   Kutak Rock LLP
                   1650 Farnam Street
                   Omaha, NE  68102
                   (402) 346-6000 – Phone
                   (402) 346-1148 – Facsimile
                   jay.jolley@kutakrock.com – E-Mail

4852-3161-5747.1

2

## CERTIFICATE OF SERVICE

    I, John J. Jolley, Jr., Esquire, certify that on this 16th day of June, 2009, the foregoing Withdrawal of Entry of Appearance and Request for Notice was filed electronically and is available for viewing via the Court's ECF system.

    /s/ *John J. Jolley, Jr.*
    John J. Jolley, Jr.