UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                                         :

In re                                :        Chapter 11

GENERAL MOTORS          :        Case No. 09-50026 (REG)
CORPORATION, et al.,

                                        :        (Jointly Administered)

        Debtors.

------------------------------ x

## ORDER AUTHORIZING ADMISSION
## *PRO HAC VICE* OF JOHN WM. BUTLER, JR.

UPON the application of Kayalyn A. Marafioti, dated June 16, 2009, for admission pro hac vice in the above-referenced chapter 11 cases; it is hereby

ORDERED that John Wm. Butler, Jr. is admitted to practice, pro hac vice, in the above-referenced bankruptcy cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of applicable filing fees.

Dated:   New York, New York
          June __, 2009

                                                            UNITED STATES BANKRUPTCY JUDGE