DECHERT LLP
Shmuel Vasser
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

    -and-

Juliet Sarkessian
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222

*Counsel for Shanghai Automotive Industry Corporation (Group) and their affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
|  |  |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------------------x

### CERTIFICATE OF SERVICE

I, Michelle Moezzi, hereby certify under penalty of perjury that:

    I am not a party to the action, am over the age of eighteen years of age, and reside in Westchester County, New York.

    On June 12, 2009, I electronically filed true and correct copies of (i) the Notice of Appearance and Demand for Service of Papers [Docket No. 877], and (ii) the Limited Objection

15118063

of Shanghai Automotive Industry Corporation (Group), Shanghai Tractor & Internal Combustion Engine Co., Ltd., Shanghai SIIC Transportation Electric Co., Ltd., Yanfeng Visteon Jinqiao Automotive Trims Systems Co., Ltd., Shanghai Koito Automotive Lamp Co., Ltd., China Spring Corporation Limited, Shanghai Huizhong Automotive Manufacturing Co., Ltd., and Affiliates to the Assignment and Assumption of Certain Executory Contracts [Docket No. 879], to all ECF participants by using the ECF system and upon the following entities via hand delivery or overnight courier, as indicated:

Diane G. Adams, Esquire
Office of the U.S. Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
(by overnight courier for Monday delivery)

Warren Command Center, Mailcode 480-206-114
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
(by overnight courier for Monday delivery)

Harvey Miller, Esquire
Stephen Karotkin, Esquire
Joseph H. Smolinsky, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(by hand delivery)

John J. Rapisardi, Esquire
Cadwalader, Wichersham & Taft LLP
One World Financial Center
New York, NY 10281
(by hand delivery)

Matthew Feldman, Esquire
U.S. Department of Treasury
1500 Pennsylvania Avenue NW, Room 2312

Washington, DC 20220
(by overnight courier for Monday delivery)

Michael J. Edelman, Esquire
Michael J. Schein, Esquire
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
(by hand delivery)

Kenneth Eckstein, Esquire
Thomas Moers Mayer, Esquire
Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(by hand delivery)

Chambers Copy
Honorable Robert E. Gerber
Unite States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, NY 10004-1408
(by overnight courier for Monday delivery)

Dated: June 16, 2009
New York, New York

                /s/ Michelle S. Moezzi
                Michelle S. Moezzi
                Dechert LLP