UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

**In Re:**

    **General Motors Corporation,** *et al*.             Chapter 11
                                                                        Case No. 09-50026-REG
                            **Debtor - in - Possession.**           Hon. Robert E. Gerber

_____

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES

**PLEASE TAKE NOTICE** that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the State of New York and the New York State Department of Environmental Conservation, by its attorney, Andrew M. Cuomo, Attorney General of the State of New York, hereby appears through the undersigned counsel for the purpose of appearing, participating and receiving papers in this proceeding, and that all notices given or required to be given in this proceeding, and all papers required to be filed and/or served pursuant to the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, 11 U.S.C. 101, et seq., or any other applicable bankruptcy statutes or rules, shall be served upon the undersigned by mailing electronically or by hard copy to:

        Maureen F. Leary
        Assistant Attorney General
        New York State Department of Law
        Environmental Protection Bureau
        The Capitol
        Albany, New York  12224
        Tel.(518) 474-7154
        Fax (518) 473-2534
        Email: Maureen.Leary@oag.state.ny.us

**PLEASE TAKE FURTHER NOTICE** that the undersigned should be added to the official mailing matrix and/or service list retained by the debtor and the Clerk of the United States Bankruptcy Court for the Southern District of New York in this proceeding.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request refers to all notices, statements, papers, pleadings, applications, motions, petitions, requests, complaints, adversary proceedings, or any other document filed in or otherwise brought before this Court.

**PLEASE TAKE FURTHER NOTICE** that in filing and serving this Notice of Appearance, the State of New York and its agencies do not intend to waive any rights as a sovereign in this or any other action or proceeding.

Dated: June 16, 2009

                                        ANDREW M. CUOMO
                                        Attorney General of the
                                         State of New York

BY: _____
          MAUREEN F. LEARY
          Assistant Attorney General
           of Counsel
          New York State Department of Law
          Environmental Protection Bureau
          The Capitol
          Albany, New York  12224
          (518) 474-7154

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of June, 2009, a true and correct copy of the foregoing Notice of Appearance was served on the parties listed below by electronic and/or mail in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

_____
Maureen F. Leary
Assistant Attorney General


Harvey R. Miller
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
harvey.miller@weil.com

Joseph H. Smolinsky
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Joseph.Smolinsky@weil.com

Robert B. Weiss
Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
Detroit, MI 48226
rweiss@honigman.com

Tricia A. Sherick
Honigman Miller Schwartz and Cohn, LLP
660 Woodward Avenue
Suite 2290
Detroit, MI 48226
Email: tsherick@honigman.com

Official Committee of Unsecured Creditor
Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036
gnovod@kramerlevin.com

Joseph R. Sgroi
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
jsgroi@honigman.com

Patrick J. Trostle
Jenner & Block LLP
919 Third Avenue
37th Floor
New York, NY 10022
ptrostle@jenner.com

Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Email: stephen.karotkin@weil.com

Andrew D. Velez-Rivera
Brian Shoichi Masumoto
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004