SCOTT A. WOLFSON (MI P53194)
BUSH SEYFERTH & PAIGE PLLC
3001 W. Big Beaver Rd., Suite 600
Troy, MI 48084
Telephone: (248) 822-7803
Facsimile: (248) 822-7853
E-Mail: wolfson@bsplaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: **Chapter 11**
**In re:** :
: **Case No. 09-50026 (REG)**
**GENERAL MOTORS CORPORATION**, *et al.*, :
: **(Jointly Administered)**
       **Debtors.** :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Rose M. Ojala, hereby certify that a copy of the:

1. Limited Objection of Len Industries, Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto;

2. Limited Objection of SRG Global, Inc., Guardian Automotive, Inc., Ionian Corporation, Guardian Automotive Corporation, Guardian Automotive Trim, Inc., Siegel-Robert Automotive, Siegel-Robert, Inc., S-R of Kentucky, Inc., and Siegel-Robert Automotive (SUZHOU) Co., Ltd. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto; and

3. Objection of Federal Broach and Machine Company, LLC to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto; and

4. Notice of Appearance and Demand for Service of Papers.

were electronically filed through the Court's ECF system and served the 15th day of June, 2009,

by operation of the Court's electronic filing system. Parties may access this filing through the

Court's system. The above documents were also served by Federal Express, Priority Overnight delivery on the following:

The Debtors
c/o General Motors Corporation
Attn: Warren Command Center
Mailcode 480-206-114
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

U.S. Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue, NW,
Room 2312
Washington, DC 20220

Kramer, Levin, Naftalis & Frankel LLP
Attorneys for the Creditors Committee
1177 Avenue of the Americas
New York, NY 10036

Office of the United States Trustee
Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Dated: June 17, 2009

By: /s/ Rose M. Ojala
Rose M. Ojala

W:\Docs\Bank\03000\00234\07127414.DOC