Gregory T. Casamento (GC 5273)
Sarah M. Chen (SC 7509)
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, New York 10022
Telephone: (212) 947-4700
Facsimile: (212) 947-1202

Thomas A. Connop (*Pro Hac Vice Pending*)
Thomas F. Loose (*Pro Hac Vice Pending*)
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             :   Chapter 11
In re:                                                       :
                                                             :   Case No.: 09-50026 (REG)
GENERAL MOTORS CORP., *et al.*,                              :
                                                             :   (Jointly Administered)
       Debtors.                                              :
                                                             :
------------------------------------------------------------ X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, THOMAS A. CONNOP, pursuant to the provisions of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Southern District of New York, request admission *pro hac vice*, before the Honorable Robert E. Gerber, to represent a creditor and party-in-interest in this case, and would show the Court as follows:

1. My name is Thomas A. Connop. I am a partner with the firm of Locke Lord Bissell & Liddell LLP. My business address is 2200 Ross Avenue, Suite 2200, Dallas, Texas 75201, office phone number is 214-740-8000 and my **email address is: tconnop@lockelord.com**. My Texas Bar Number is 04702500. I have been actively practicing law in the State of Texas since February 1986 and have never had my license to practice law

1

suspended or revoked. I am also admitted to practice before the United States District and Bankruptcy Courts for the Northern, Southern, Eastern, and Western Districts of Texas and the highest court in the State of Texas. I certify that I am a member in good standing of the State Bar of Texas.

2.   I have submitted the filing fee of $25.00 with this motion for pro hac vice admission. Attached is a proposed form of Order Granting Admission.

Dated: June 15, 2009

Respectfully submitted

/s/ Thomas A. Connop
Thomas A. Connop
Texas Bar Number is 04702500
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800
Email: tconnop@lockelord.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:     Chapter 11
In re: :
:     Case No.: 09-50026 (REG)
GENERAL MOTORS CORP., *et al.*, :
:     (Jointly Administered)
Debtors. :
:
------------------------------------------------------------ X

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of THOMAS A. CONNOP, to be admitted, *pro hac vice*, to represent a creditor and party-in-interest in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and the bar of the United States District and Bankruptcy Courts for the Northern, Southern, Eastern, and Western Districts of Texas and the highest court in the State of Texas, it is hereby

**ORDERED**, that THOMAS A. CONNOP, Esq., is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June ___, 2009

New York, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE