UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |
| | Judge Robert E. Gerber |

_____

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

The Court, having reviewed the Motion for Admission *Pro Hac Vice* of Timothy A. Fusco, of Miller, Canfield, Paddock and Stone, P.L.C. and being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Marc N. Swanson be granted, permitting the same to practice pursuant to this Order before the United States Bankruptcy Court, Southern District of New York for the purposes of the above-referenced bankruptcy cases only.

Dated: New York, New York
       June _____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

DELIB:3101334.1\142766-00001