BODMAN LLP
Colin T. Darke (P68294)
6th Floor at Ford Field
1901 St. Antoine
Detroit, Michigan 48226
313-393-7585

ATTORNEYS FOR KEY
PLASTICS, L.L.C.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (Jointly Administered) |
| Debtors. | |

-------------------------------------------------------------------- x

**NOTICE OF WITHDRAWAL BY KEY PLASTICS L.L.C. OF ITS LIMITED
OBJECTION TO DEBTORS' PROPOSED CURE AMOUNT**

Key Plastics, L.L.C. ("Key Plastics") withdraws its objection filed on June 15, 2009 [Docket # 1351] to Debtors' proposed cure amount related to its assumption and assignment of Key Plastics' contracts.

        Respectfully Submitted:

        BODMAN LLP

        By: /s/ Colin T. Darke
            Colin T. Darke (P68294)
            Counsel for Key Plastics
            6th Floor at Ford Field
            1901 St. Antoine Street
            Detroit, Michigan 48026
            cdarke@bodmanllp.com

June 17, 2009