**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| ——————————————— x | | |
| | : | |
| IN RE: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS | : | |
| CORPORATION, et al., | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ——————————————— x | : | **AFFIDAVIT OF SERVICE** |

STATE OF ILLINOIS     )
                  ) ss.
COUNTY OF C O O K   )

Rein F. Krammer, being duly sworn, deposes and says:

1.     I am an employee of the firm of Masuda, Funai, Eifert & Mitchell, Ltd., am over 18 years of age and am not a party to this action.

2.     On June 17, 2009, I personally served a true copy of the *Limited Objection of Enshu Ltd. and Enshu (USA) Corporation to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Non-Residential Real Property and (II) Cure Amounts Related Thereto* by Federal Express Mail - Overnight Delivery upon all parties listed on the attached service list.

_____
Rein F. Krammer

Subscribed and Sworn to
before me this 17th day of
June, 2009.

_____
Notary Public

OFFICIAL SEAL
CHRISTINA M PATTERSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/27/09

N:\SYS08\3563\Lit\0040 Affidavit of Service (Enshu).doc

## SERVICE LIST

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn.: Warren Command Center, Mailcode 480-206-114

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn.: Harvey R. Miller, Esq., Stephen Karotkin, Esq.
and Joseph H. Smolinsky, Esq.

The U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220
Attn.: Matthew Feldman, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn.: John J. Rapisardi, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn.: Kenneth H. Eckstein, Esq.
Thomas Moers Mayer, Esq., Kenneth P. Kopelman, Esq.
Thomas E. Molner, Esq., P. Bradley O'Neill, Esq.,
Robert T. Schmidt, Esq., Amy Caton, Esq., and
Adam C. Rogoff, Esq.

Vedder Price, P.C.
1633 Broadway
47th Floor
New York, New York 10019
Attn.: Michael J. Edelman, Esq. and Michael L. Schein, Esq.

The Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004
Attn.: Diana G. Adams, Esq.

N:\SYS08\107\Lit\0013 General Motors Corp. Service List.doc