**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** ) ) | **Chapter 11** |
| ) | **Case No. 09-50026 (REG)** |
| **GENERAL MOTORS CORP.,** *et al.,* ) ) | **Hon. Robert E. Gerber** |
| **Debtors.** ) ) | **(Jointly Administered)** |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Earle I. Erman, a member in good standing of the bar in the State of Michigan, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Etkin Management Services, Inc. and/or other creditors in the above-referenced case. My address is Erman, Teicher, Miller, Zucker & Freedman, P.C., 400 Galleria Officentre, Suite 444, Southfield, MI 48034; my e-mail address is eerman@ermanteicher.com; and my telephone number is (248) 827-4100.

I agree to pay the required $25.00 fee for *pro hac vice* admission upon approval of this Motion by the Court.

                                                  ERMAN, TEICHER, MILLER,
                                                ZUCKER & FREEDMAN, P.C.

                                                By:   /s/ Earle I. Erman
                                                     Earle I. Erman  (P24296)
                                                     400 Galleria Officentre, Ste. 444
                                                     Southfield, MI  48034
                                                     Tel:    248/827-4100
                                                     Fax:   248/827-4106
                                                     eerman@ermanteicher.com

DATED:       June 17, 2009

F:\CHAP11\GENERAL MOTORS\motion for admission pro hac vice - eie.doc