**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ) | **Chapter 11** |
| **In re:** ) |  |
| ) | **Case No. 09-50026 (REG)** |
| **GENERAL MOTORS CORP.,** *et al.,* ) |  |
| ) | **Hon. Robert E. Gerber** |
| **Debtors.** ) |  |
| ) | **(Jointly Administered)** |

# ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the Motion for Admission to Practice *Pro Hac Vice* of Earle I. Erman, a member in good standing of the bar in the State of Michigan, to represent Etkin Management Services, Inc. and/or other creditors in the above-styled proceeding, it is

**ORDERED**, that Earle I. Erman, is admitted to practice, *pro hac vice*, in the above-styled proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated: _____         _____
                                                                   UNITED STATES BANKRUPTCY JUDGE

F:\CHAP11\GENERAL MOTORS\order for admission pro hac vice - eie.doc