**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: ) ) | Chapter 11 |
| ) | Case No. 09-50026 (REG) |
| **GENERAL MOTORS CORP.**, *et al.*, ) ) | Hon. Robert E. Gerber |
| Debtors. ) ) | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Dianne S. Ruhlandt, a member in good standing of the bar in the State of Michigan, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Etkin Management Services, Inc. and/or other creditors in the above-referenced case.  My address is Erman, Teicher, Miller, Zucker & Freedman, P.C., 400 Galleria Officentre, Suite 444, Southfield, MI 48034; my e-mail address is druhlandt@ermanteicher.com; and my telephone number is (248) 827-4100.

I agree to pay the required $25.00 fee for *pro hac vice* admission upon approval of this Motion by the Court.

ERMAN, TEICHER, MILLER,
ZUCKER & FREEDMAN, P.C.

By:   /s/ Dianne S. Ruhlandt
Dianne S. Ruhlandt  (P60483)
400 Galleria Officentre, Ste. 444
Southfield, MI  48034
Tel:   248/827-4100
Fax:   248/827-4106
druhlandt@ermanteicher.com

DATED:     June 17, 2009

F:\CHAP11\GENERAL MOTORS\motion for admission pro hac vice - dsr.doc