**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 ) ) Case No. 09-50026 (REG) |
| **GENERAL MOTORS CORP.,** *et al.,* | ) ) Hon. Robert E. Gerber |
| Debtors. | ) ) **(Jointly Administered)** |

## ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the Motion for Admission to Practice *Pro Hac Vice* of Dianne S. Ruhlandt, a member in good standing of the bar in the State of Michigan, to represent Etkin Management Services, Inc. and/or other creditors in the above-styled proceeding, it is

**ORDERED**, that Dianne S. Ruhlandt, is admitted to practice, *pro hac vice*, in the above-styled proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated:_____          _____
                                                                    UNITED STATES BANKRUPTCY JUDGE

F:\CHAP11\GENERAL MOTORS\order for admission pro hac vice - dsr.doc