# SUPPLY AGREEMENT

**THIS AGREEMENT** is made and entered into this 26th day of May, 2009 ("Effective Date"), by and between **PROGRESSIVE STAMPING COMPANY,** a Delaware corporation (hereinafter "Progressive"), having a principal place of business located at 2807 Samoset, Royal Oak, Michigan 48073, and **GENERAL MOTORS CORPORATION,** a Delaware corporation, having a place of business located in Detroit, Michigan, ("GM").

## RECITALS:

Progressive is the sole supplier to GM of certain automotive components more specifically identified in Exhibit "A" ("Products"). Progressive is in the process of winding down its manufacturing operations, and GM desires to procure a final production run of Products so as to not disrupt its production line while it transitions to a new supplier. GM acknowledges that Progressive's continued manufacture of goods for GM provides substantial new value to GM (including money's worth in goods, services or new credit). Progressive (despite its wind down,) is willing to make and sell, and GM is willing to purchase the Products, subject to and upon the following mutually agreed terms and conditions.

**NOW, THEREFORE,** for good and valuable consideration, the adequacy, sufficiency, and receipt of which is hereby acknowledged, the parties agree as follows:

## AGREEMENT

1.    **Definitions.** As used herein, the following capitalized terms shall have the respective meanings:

(a)    "Material Release" is the written release sent by GM to Progressive providing necessary information for Progressive to ship Products to GM including, without limitation, the quantity, due date, and destination, for the Products.

(b)    "Products" shall have that meaning ascribed to it by the Recitals.

All other capitalized terms used herein shall have those meanings ascribed to them by the context or reference of the sentence in which such term is used.

2.    **Purchase and Sale of Products.** During the Term, Progressive shall manufacture and sell in accordance with the schedule attached as Exhibit A, and GM shall purchase, one hundred percent (100%) of the quantities of the Products as set forth in Exhibit "A" ("Final Build"). The purchase and sale of the Products shall be made at the prices set forth in Exhibit "A" and subject to GM's General Terms and Conditions of Purchase ("GTC") as set forth in Exhibit "B"; provided, however, GM waives its right under Paragraphs 5 and 13 of the GTC. All Products shall be shipped to a location designated by GM, as completed. Title and risk of loss shall transfer to GM, F.O.B., point of manufacture, and the cost of freight and insurance shall be for GM's account. Progressive shall invoice GM for the quantity of Products or services delivered which invoice shall accompany the bill of lading, and GM shall remit payment on "Net Immediate Terms." The parties intend that payments made on Net Immediate Terms are substantially contemporaneous with delivery of the Product. As used herein, the term, "Net Immediate Terms" means that GM shall pay Progressive not more than three (3) business days after receipt of Product.

3.    **Other Payments.** In the ordinary course of its business, GM shall make payment to Progressive in the amount of $316,899.91 on May 28, 2009 for Products delivered to GM prior to May 1, 2009 (the "Pre-May 1 Payable"). As of May 19, 2009, GM's accounts payable for shipment of Products reflected at least $185,866.45 of valid accounts payable to Progressive excluding the Pre-May 1 Payable (the "Recognized Payable"). GM paid the Recognized Payable to Progressive on May 22, 2009 in full and final satisfaction of the Recognized Payable and in exchange for Progressive's cooperation to make and sell the Final Build to GM upon the terms and conditions of this Agreement. For accounts relating to all other shipments of Products through the expiration of the Term (as defined below), GM will pay Progressive as provided in paragraphs 2 above.

4.    **Order for Additional Products.** In the event GM desires to increase the quantity of Products ordered in excess of the amounts set forth in Exhibit "A", GM shall issue a Material Release to Progressive requesting an increase in the quantity of Products ordered, identified by part specific number. If the Material Release is accepted by Progressive, Progressive shall manufacture, sell, and deliver such increased quantities to GM, and GM shall accept and purchase the Products in such amounts, of mutually agreeable prices, and subject to the terms and conditions of sale set forth in Exhibit "B". To the extent that Progressive is required to procure any additional raw materials to meet the increased quantity of Products ordered by GM pursuant to a Material Release, GM shall purchase the remaining usable and merchantable raw materials from Progressive at a mutually agreed upon price not to exceed Progressive's cost to procure such material.

5.    **Resourcing Cooperation.** Progressive acknowledges and agrees that GM has the right to resource production of any one or more Products at any time to an alternative source and Progressive will cooperate with such resourcing, including without limitation, providing GM bills of material, and respective supplier contact information, PPAP packages, and providing GM and its officers, agents, designees, independent contract employees and its employees, reasonable access to Progressive's manufacturing facilities, viewing Progressive's production process, and preparing for resourcing; provided, however, GM shall exercise reasonable efforts to minimize the impact of such cooperation on ongoing production. GM will reimburse Supplier for incremental, out of pocket expenses incurred by Supplier in providing such cooperation to the extent the cost is incurred solely in support of GM's resourcing and the cost is disclosed to and approved to GM in writing prior to being incurred.

6.    **Term.** The "Term" of this Agreement shall begin on the Effective Date, and shall continue until the earlier of either: (a) the date upon which the last shipment of Products is made, or (b) August 31, 2009.

7.    **Order of Precedence.** This Supply Agreement, together with Exhibits "A" and "B" constitute the terms upon which Progressive agrees to sell the Products to GM, and no other terms or conditions set forth on any purchase order, Material Release, supply instructions, or other documents shall apply unless expressly agreed to in writing and signed by a Progressive representative. In the event of a conflict between the terms contained in this Supply Agreement and Exhibit "B", the terms of this Supply Agreement shall take precedence, followed by Exhibit "B", in that order.

8.    **Entire Agreement.** This Agreement constitutes the complete agreement between the parties concerning the subject matter herein and supersedes and replaces all prior agreements

2

between the parties, whether written or oral. No amendment, change or variance from this Agreement shall be binding on either party unless executed in writing by a principal officer or authorized executive of both parties.

9.    **Assignment.** This Agreement shall not be assigned by either party without the prior written consent of the other party. Subject thereto, this Agreement is binding upon and shall inure to the benefit of the parties and their respective successors and permitted assigns.

10.    **Notices.** Any notices required to be given hereunder to either party shall be given in writing by (a) personal delivery, certified mail, return receipt requested, or (b) facsimile transmission with a copy by first class mail directed to the other party at the respective addresses set forth above or at such other address as the parties shall have previously designated by notice given in accordance with this Section. All written notices shall be deemed delivered on the date of personal delivery, three days after having been placed in the U.S. mails or the next business day if given by facsimile transmission.

11.    **Waiver.** The failure of either party to enforce at any time any of the provisions of this Agreement, or to exercise any option which is herein provided or to require at any time performance by the other party of any of the provisions hereof, shall in no way be construed to be a waiver of such provisions, nor in any way to affect the validity of the Agreement or any part thereof, or the right of the party thereafter to enforce each and every such provision.

12.    **Applicable Law.** The Agreement shall be interpreted and construed under the laws of the State of Michigan, United States of America, without regard to its conflict of law principles. This Agreement may be enforced only in courts within Michigan. The parties agree that such courts shall have venue and exclusive subject matter and personal jurisdiction, and consent to service of process by registered mail, return receipt requested, or by any other manner provided by law.

**IN WITNESS WHEREOF,** the parties have duly executed and delivered this Agreement as of the date set forth hereinbelow.

PROGRESSIVE STAMPING CO. (DE)          GENERAL MOTORS CORPORATION
("Progressive")                                            ("GM")

By: _Douglas D. Shantz, President_      By: _[signature]_

Its: _Douglas D. Shantz_                       Its: _Ralf Huenerfeld_
        May 26, 2009

| Part # | Production Price | 3/30 | 4/6 | 4/13 | 4/20 | 4/27 | 5/4 | 5/11 | 5/18 | 5/25 |
|---|---|---|---|---|---|---|---|---|---|---|
| 11561663 | 0.0329 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11609961 | 0.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11610367 | 0.0383 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11610233 | 0.0421 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9436819 | 0.06481 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 94671357 | 0.0979 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11561211 | 0.0557 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25925995 | 0.2714 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11561216 | 0.147 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11570757 | 0.0769 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11562282 | 0.254 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7814115 | 0.0815 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15567042 | 0.5078 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11609719 | 0.044 | 0 | 0 | 0 | 109 | 0 | 0 | 0 | 0 | 0 |
| 11505329 | 0.023 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11518854 | 0.2359 | 330 | 660 | 660 | 0 | 330 | 330 | 990 | 660 | 0 |
| 11609642 | 0.0685 | 0 | 0 | 0 | 1100 | 1100 | 877 | 0 | 0 | 0 |
| 24230924 | 0.069 | 3400 | 0 | 0 | 0 | 0 | 1700 | 1700 | 1700 | 1700 |
| 11516753 | 0.0592 | 0 | 1200 | 0 | 1200 | 0 | 1200 | 1200 | 0 | 1200 |
| 11609637 | 0.1176 | 0 | 0 | 0 | 1200 | 555 | 0 | 0 | 0 | 0 |
| 11609684 | 0.066 | 0 | 0 | 0 | 2300 | 0 | 0 | 0 | 2300 | 0 |
| 11609776 | 0.0855 | 0 | 0 | 1556 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11588475 | 0.4835 | 180 | 450 | 450 | 270 | 360 | 450 | 540 | 270 | 270 |
| 15595041 | 0.0697 | 2400 | 1600 | 800 | 0 | 1600 | 1600 | 2400 | 1600 | 0 |
| 11610634 | 0.2931 | 500 | 0 | 500 | 0 | 0 | 500 | 500 | 500 | 500 |
| 10282253 | 0.206 | 0 | 400 | 1200 | 1600 | 800 | 0 | 800 | 1200 | 400 |
| 11588560 | 0.1896 | 0 | 0 | 0 | 650 | 650 | 650 | 1300 | 0 | 650 |
| 10289125 | 0.0941 | 0 | 0 | 4000 | 4000 | 2000 | 0 | 4000 | 2000 | 2000 |
| 11609845 | 0.0278 | 0 | 4000 | 4000 | 4000 | 4000 | 8000 | 0 | 4000 | 0 |
| 11071812 | 0.12008 | 0 | 0 | 0 | 1110 | 0 | 0 | 555 | 555 | 555 |
| 15291981 | 0.3987 | 0 | 150 | 150 | 0 | 150 | 150 | 150 | 150 | 150 |
| 11509592 | 0.0612 | 1710 | 2090 | 2280 | 2090 | 1520 | 2090 | 2280 | 2280 | 1140 |
| 11588412 | 0.0661 | 0 | 0 | 0 | 3600 | 4800 | 3600 | 3600 | 3600 | 2400 |
| 25525493 | 0.1171 | 0 | 0 | 4500 | 0 | 4500 | 0 | 0 | 4500 | 0 |
| 11503647 | 0.0255 | 0 | 8000 | 8000 | 4000 | 8000 | 4000 | 0 | 8000 | 0 |
| 11610175 | 0.1789 | 6300 | 4800 | 5100 | 6600 | 6300 | 6300 | 6300 | 5100 | 5100 |
| 11609622 | 0.3563 | 2900 | 4200 | 7200 | 7100 | 7200 | 7200 | 4300 | 7200 | 7100 |
| 11609553 | 0.4639 | 3325 | 2800 | 2975 | 3850 | 3850 | 4025 | 4025 | 2975 | 2975 |
| 10257765 | 0.0822 | 1700 | 850 | 1700 | 0 | 850 | 1700 | 2550 | 1700 | 0 |
| 15609256 | 0.0893 | 0 | 0 | 2850 | 3800 | 4750 | 3800 | 4750 | 1900 | 4750 |
| 410230 | 0.0405 | 3000 | 0 | 0 | 0 | 0 | 3000 | 0 | 0 | 0 |
| 11516202 | 0.2545 | 0 | 0 | 225 | 7875 | 11025 | 9675 | 10350 | 8325 | 8550 |
| 11609636 | 0.047 | 1200 | 2400 | 6000 | 16800 | 16800 | 14400 | 18000 | 10291 | 1200 |
| 11561074 | 0.066 | 0 | 6000 | 6000 | 6000 | 4000 | 8000 | 0 | 8000 | 0 |
| 11569570 | 0.061 | 2250 | 4500 | 6750 | 9000 | 11250 | 6750 | 4500 | 11250 | 2250 |
| 10293337 | 0.1397 | 12000 | 11200 | 10800 | 7200 | 10800 | 10800 | 6800 | 9600 | 10000 |
| 10171148 | 0.1238 | 1800 | 1200 | 1200 | 0 | 1200 | 1800 | 2400 | 1800 | 0 |
| 11588689 | 0.0291 | 2000 | 6000 | 6000 | 6000 | 2000 | 8000 | 8000 | 4000 | 8000 |
| 11502635 | 0.0632 | 3200 | 1600 | 2400 | 2400 | 3200 | 3200 | 2400 | 2400 | 2400 |
| 25683151 | 4.1751 | 0 | 120 | 0 | 120 | 120 | 0 | 120 | 0 | 120 |
| 11561645 | 0.0307 | 48000 | 92000 | 60000 | 80000 | 104000 | 80000 | 104000 | 56000 | 64000 |
| 24012386 | 0.04185 | 85000 | 110500 | 136000 | 69500 | 85000 | 110500 | 110500 | 76500 | 93500 |

| ID | Value | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 11515552 | 0.1113 | 2000 | 7000 | 6500 | 7000 | 3000 | 7500 | 9000 | 7000 | 7000 |
| 11516650 | 0.0595 | 8800 | 16800 | 15200 | 13600 | 6400 | 20000 | 18400 | 16000 | 16000 |
| 11561076 | 0.1236 | 0 | 1000 | 2000 | 3000 | 3000 | 3500 | 3000 | 2000 | 3000 |
| 11609639 | 0.1386 | 0 | 0 | 0 | 1750 | 3150 | 3150 | 2800 | 2100 | 2100 |
| 11561357 | 3.284 | 0 | 170 | 340 | 510 | 340 | 0 | 340 | 510 | 170 |
| 11588481 | 0.4984 | 90 | 540 | 540 | 270 | 270 | 540 | 360 | 360 | 360 |
| 11517553 | 0.0694 | 10509 | 8400 | 9800 | 11200 | 11900 | 11200 | 11200 | 8400 | 9100 |
| 25602225 | 0.1698 | 0 | 1200 | 400 | 400 | 800 | 400 | 800 | 400 | 400 |
| 2216916 | 0.0667 | 0 | 0 | 0 | 2200 | 2200 | 2200 | 2200 | 2200 | 0 |
| 11562303 | 0.0473 | 0 | 0 | 4000 | 4000 | 2000 | 0 | 2000 | 4000 | 2000 |
| 11569701 | 0.45 | 0 | 0 | 134 | 158 | 0 | 402 | 0 | 4 | 0 |
| 15531209 | 0.0815 | 0 | 0 | 0 | 2100 | 3500 | 2800 | 2800 | 2100 | 2800 |
| 15651251 | 0.2484 | 0 | 0 | 0 | 2100 | 2660 | 2380 | 2660 | 2100 | 2100 |
| 11570672 | 0.3292 | 1820 | 1680 | 1960 | 2240 | 2240 | 2240 | 2380 | 1960 | 1960 |
| 12594364 | 0.2093 | 2310 | 2100 | 1680 | 3012 | 1470 | 1470 | 2940 | 1050 | 1470 |
| 15609220 | 0.0893 | 0 | 0 | 0 | 2400 | 2400 | 2400 | 3000 | 2400 | 2400 |
| 15609120 | 0.2238 | 0 | 0 | 0 | 1960 | 2660 | 2380 | 2660 | 2240 | 2100 |
| 11570502 | 0.9353 | 2380 | 840 | 2520 | 2520 | 2380 | 1120 | 2380 | 2240 | 2240 |
| 15735328 | 0.0403 | 3400 | 1700 | 0 | 1700 | 1700 | 1700 | 1700 | 0 | 1700 |
| 15251008 | 0.3862 | 2760 | 2040 | 2220 | 2760 | 2820 | 3060 | 3120 | 2040 | 2220 |
| 11610090 | 0.0393 | 0 | 0 | 0 | 7000 | 7000 | 7000 | 7000 | 7000 | 3500 |
| 11610374 | 0.0881 | 1200 | 3600 | 4200 | 5400 | 1200 | 1200 | 3600 | 2400 | 3600 |
| 25671631 | 0.1617 | 3000 | 1800 | 2400 | 2700 | 3000 | 3000 | 3000 | 2100 | 2100 |
| 11588431 | 0.0926 | 4800 | 0 | 0 | 4800 | 2400 | 0 | 0 | 3600 | 1200 |
| 14047726 | 0.0742 | 2700 | 5400 | 4500 | 4500 | 4500 | 5400 | 13500 | 3600 | 4500 |
| 11516754 | 0.0811 | 61340 | 33150 | 32500 | 46800 | 41600 | 46150 | 39000 | 46800 | 48750 |
| 11610376 | 0.0964 | 3600 | 9900 | 9900 | 13500 | 6300 | 8100 | 13500 | 11700 | 10800 |
| 11609638 | 0.1501 | 0 | 1000 | 0 | 13000 | 17000 | 14500 | 16500 | 14000 | 13500 |
| 11519005 | 0.139 | 9000 | 6800 | 7300 | 13300 | 12100 | 11000 | 9400 | 11800 | 12300 |
| 15017238 | 0.186 | 14800 | 19200 | 15200 | 16683 | 18100 | 17600 | 18100 | 15600 | 16100 |
| 15522089 | 0.1284 | 22050 | 22940 | 20840 | 23480 | 24690 | 28771 | 25040 | 21380 | 21890 |
| 15742787 | 0.0502 | 15312 | 13600 | 13600 | 18700 | 17000 | 17000 | 17000 | 13600 | 13600 |
| 10293972 | 0.0914 | 18000 | 15000 | 16200 | 23400 | 18000 | 18000 | 23400 | 15600 | 21000 |
| 15995408 | 0.1226 | 10800 | 25800 | 24000 | 35400 | 18000 | 19800 | 39000 | 30000 | 21000 |
| 14074908 | 0.0685 | 34100 | 33000 | 35200 | 35399 | 35200 | 37400 | 37400 | 29700 | 34100 |
| 11562546 | 0.0908 | 39950 | 38250 | 39525 | 38250 | 39950 | 44077 | 39950 | 34425 | 36125 |
| 15032694 | 0.09 | 186154 | 164720 | 146495 | 207486 | 176870 | 236275 | 186960 | 209014 | 173784 |
| 15262336 | 0.0605 | 80000 | 68800 | 64800 | 91600 | 76077 | 78400 | 84800 | 72000 | 76800 |
| 11609411 | 0.0209 | 246000 | 240000 | 252000 | 291000 | 282000 | 314024 | 303000 | 249000 | 291000 |
| 10139097 | 0.0698 | 8500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11500046 | 0.0244 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11561221 | 0.38326 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11569741 | 0.06956 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11609233 | 0.0671 | 31500 | 36400 | 37100 | 48300 | 40600 | 39900 | 48300 | 39900 | 39900 |
| 11609640 | 0.3081 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11609779 | 0.115 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11609898 | 0.044 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15213468 | 0.0713 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15531205 | 0.0362 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15956455 | 0.1197 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15997322 | 0.3353 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22597741 | 0.0642 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22597742 | 0.07654 | 0 | 2948 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24230724 | 0.0485 | 3417 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 94671358 | 0.1163 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| 6/1 | 6/8 | 6/15 | 6/22 | 6/29 | 7/6 | 7/13 | 7/20 | 7/27 | 8/3 |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 5000 | 7500 | 5000 | 5000 | 5000 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 |
| 0 | 0 | 4000 | 0 | 0 | 0 | 4000 | 0 | 4000 | 0 |
| 990 | 330 | 660 | 660 | 0 | 0 | 330 | 990 | 330 | 330 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1700 | 1700 | 1700 | 466 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 2300 | 0 | 0 | 0 | 2300 | 0 | 0 | 2300 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 450 | 360 | 450 | 360 | 0 | 0 | 270 | 90 | 180 | 90 |
| 2400 | 2400 | 1600 | 2400 | 0 | 0 | 1600 | 1600 | 800 | 1600 |
| 0 | 500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 800 | 1600 | 1600 | 0 | 0 | 2000 | 1600 | 1600 | 400 |
| 650 | 650 | 602 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 2000 | 6000 | 4000 | 0 | 0 | 4000 | 6000 | 4000 | 0 |
| 4000 | 4000 | 4000 | 0 | 4000 | 4000 | 0 | 4000 | 0 | 4000 |
| 1110 | 1665 | 2220 | 1665 | 0 | 0 | 1665 | 2220 | 2775 | 3330 |
| 150 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2090 | 1710 | 2280 | 2280 | 2090 | 2090 | 2280 | 1710 | 2090 | 2090 |
| 4800 | 3600 | 2392 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 4500 | 4500 | 0 | 0 | 0 | 4500 | 4500 | 0 |
| 8000 | 4000 | 8000 | 4000 | 4000 | 12000 | 8000 | 8000 | 8000 | 12000 |
| 6300 | 6600 | 5700 | 3300 | 0 | 3000 | 6300 | 6300 | 6600 | 6300 |
| 7200 | 7200 | 7200 | 2800 | 0 | 2900 | 7200 | 7100 | 7200 | 7200 |
| 3850 | 3500 | 2800 | 1400 | 0 | 875 | 4375 | 4025 | 4200 | 4200 |
| 2550 | 1700 | 2550 | 2550 | 0 | 0 | 1700 | 850 | 850 | 1700 |
| 3800 | 3773 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3000 | 0 | 0 | 3000 | 0 | 0 | 0 | 0 | 3000 | 0 |
| 10575 | 10575 | 10350 | 10800 | 0 | 0 | 1478 | 0 | 0 | 0 |
| 1200 | 1200 | 1200 | 1200 | 0 | 0 | 1200 | 0 | 0 | 0 |
| 4000 | 4000 | 6000 | 4000 | 2000 | 4000 | 2000 | 4000 | 2000 | 4000 |
| 9000 | 6750 | 9000 | 2250 | 2250 | 4500 | 6750 | 6750 | 9000 | 8930 |
| 10000 | 8800 | 9200 | 5600 | 0 | 2800 | 7200 | 7200 | 7200 | 7200 |
| 2400 | 1800 | 2400 | 2400 | 0 | 0 | 1200 | 1800 | 1200 | 1200 |
| 6000 | 10000 | 8000 | 8000 | 0 | 0 | 8000 | 2000 | 6000 | 2000 |
| 2400 | 2400 | 3200 | 2400 | 0 | 0 | 4000 | 3200 | 3200 | 0 |
| 120 | 0 | 120 | 120 | 0 | 0 | 120 | 0 | 0 | 0 |
| 116000 | 84000 | 76000 | 76000 | 0 | 24000 | 80000 | 76000 | 76000 | 72000 |
| 110500 | 136000 | 127500 | 86000 | 0 | 17000 | 136000 | 136000 | 110500 | 93500 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10500 | 8500 | 9500 | 7500 | 0 | 0 | 6000 | 9000 | 10000 | 5500 |
| 20800 | 20000 | 20800 | 20000 | 0 | 0 | 20000 | 24800 | 20000 | 800 |
| 3000 | 3000 | 3000 | 1000 | 0 | 2000 | 3000 | 3500 | 3000 | 3000 |
| 2450 | 2198 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 340 | 680 | 340 | 0 | 0 | 510 | 340 | 510 | 0 |
| 360 | 450 | 360 | 450 | 0 | 0 | 360 | 90 | 90 | 180 |
| 14700 | 11900 | 13300 | 12600 | 0 | 13300 | 12615 | 11900 | 13300 | 12600 |
| 800 | 800 | 400 | 400 | 0 | 0 | 400 | 0 | 400 | 0 |
| 2200 | 2200 | 384 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 2000 | 4000 | 4000 | 0 | 0 | 4000 | 4000 | 4000 | 0 |
| 0 | 78 | 50 | 846 | 1198 | 1946 | 1998 | 2222 | 2220 | 2306 |
| 2800 | 3500 | 2800 | 3198 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2660 | 2660 | 2660 | 2660 | 0 | 0 | 1078 | 0 | 0 | 0 |
| 2240 | 1680 | 1820 | 1400 | 560 | 1400 | 1960 | 1960 | 1960 | 1680 |
| 1680 | 1890 | 1680 | 1680 | 0 | 1470 | 1680 | 2940 | 1470 | 1470 |
| 3000 | 3000 | 2400 | 486 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2660 | 2660 | 2660 | 2660 | 0 | 0 | 1045 | 0 | 0 | 0 |
| 2520 | 1120 | 2380 | 700 | 1260 | 700 | 2520 | 1260 | 2520 | 1400 |
| 1700 | 1700 | 1700 | 0 | 0 | 1700 | 1700 | 1633 | 0 | 0 |
| 2760 | 2580 | 2820 | 2880 | 0 | 0 | 3660 | 3120 | 3720 | 3660 |
| 10500 | 7000 | 2710 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4200 | 3600 | 4800 | 2400 | 0 | 0 | 0 | 3000 | 4800 | 5400 |
| 2700 | 2700 | 3000 | 2700 | 0 | 0 | 3600 | 3300 | 3600 | 1800 |
| 2400 | 2400 | 3600 | 2400 | 1200 | 2400 | 2400 | 3600 | 2400 | 3600 |
| 5838 | 6300 | 5400 | 4500 | 8100 | 1800 | 6300 | 4500 | 4500 | 3600 |
| 52650 | 38069 | 33800 | 24050 | 33800 | 40950 | 45500 | 47640 | 59128 | 59150 |
| 14400 | 13500 | 14400 | 6300 | 0 | 0 | 0 | 7200 | 13500 | 14400 |
| 17500 | 17500 | 17000 | 10976 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14400 | 16600 | 14400 | 12400 | 1500 | 2500 | 16500 | 16000 | 13100 | 13500 |
| 20400 | 19300 | 17200 | 14100 | 4400 | 3200 | 23200 | 21028 | 20800 | 22400 |
| 27680 | 26090 | 23990 | 18930 | 5630 | 26790 | 31880 | 27466 | 28730 | 29940 |
| 20400 | 20400 | 20400 | 18700 | 0 | 20400 | 18700 | 20400 | 20400 | 18700 |
| 18000 | 18600 | 22200 | 12000 | 5400 | 11400 | 23400 | 18000 | 18600 | 23400 |
| 22800 | 24000 | 18600 | 7800 | 0 | 0 | 0 | 9000 | 16200 | 16800 |
| 41800 | 39600 | 36676 | 27500 | 8800 | 39600 | 49500 | 39600 | 42906 | 44000 |
| 45475 | 41650 | 39100 | 31875 | 8925 | 45050 | 51425 | 44485 | 48025 | 48450 |
| 232812 | 220743 | 213295 | 163630 | 66340 | 148148 | 264239 | 241884 | 250177 | 235987 |
| 198000 | 191200 | 181600 | 62400 | 17600 | 84800 | 196000 | 191200 | 199392 | 100800 |
| 336000 | 339000 | 291000 | 219000 | 54000 | 309021 | 336000 | 294000 | 306423 | 303000 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 55300 | 53900 | 51800 | 42000 | 8 | 34300 | 32900 | 43400 | 53900 | 51800 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 4500 | 6000 | 4500 | 6000 | 4500 |

| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| 8/10 | Total Progressive Inventory | Difference | Over/Under | Avg. p/week | Overage in Weeks |
|---|---|---|---|---|---|
| 0 | 250397 | 0 | -250397 | 0 | 999 |
| 0 | 68430 | 0 | -68430 | 0 | 999 |
| 0 | 63000 | 0 | -63000 | 0 | 999 |
| 0 | 56255 | 0 | -56255 | 0 | 999 |
| 0 | 39054 | 0 | -39054 | 0 | 999 |
| 3070 | 56765 | 30570 | -26195 | 0 | 5 |
| 0 | 8197 | 0 | -8197 | 0 | 999 |
| 0 | 3723 | 0 | -3723 | 0 | 999 |
| 0 | 2145 | 0 | -2145 | 0 | 999 |
| 0 | 2089 | 0 | -2089 | 0 | 999 |
| 0 | 1372 | 0 | -1372 | 0 | 999 |
| 0 | 1100 | | -1100 | 0 | 999 |
| 0 | 440 | 0 | -440 | 0 | 999 |
| 0 | 7468 | 113 | -7355 | 8.384615 | 877 |
| 4000 | 219708 | 16000 | -203708 | 307.6923 | 662 |
| 0 | 111601 | 8580 | -103021 | 507.6923 | 203 |
| 0 | 47396 | 3077 | -44319 | 236.6923 | 187 |
| 0 | 232095 | 15766 | -216329 | 1212.769 | 178 |
| 0 | 89980 | 7200 | -82780 | 553.8462 | 149 |
| 0 | 16099 | 1755 | -14344 | 135 | 106 |
| 2300 | 68624 | 13800 | -54824 | 530.7692 | 103 |
| 0 | 11992 | 1556 | -10436 | 119.6923 | 87 |
| 0 | 33025 | 5490 | -27535 | 373.8462 | 74 |
| 0 | 131263 | 26400 | -104863 | 1600 | 66 |
| 0 | 19271 | 3500 | -15771 | 269.2308 | 59 |
| 0 | 59556 | 16000 | -43556 | 800 | 54 |
| 0 | 29571 | 5802 | -23769 | 446.3077 | 53 |
| 0 | 145340 | 44000 | -101340 | 2307.692 | 44 |
| 351 | 177746 | 56351 | -121395 | 3076.923 | 39 |
| 3330 | 51125 | 22755 | -28370 | 725.7692 | 39 |
| 0 | 4395 | 1200 | -3195 | 92.30769 | 35 |
| 2090 | 102902 | 40280 | -62622 | 1987.692 | 32 |
| 0 | 101641 | 32392 | -69249 | 2491.692 | 28 |
| 0 | 78670 | 31500 | -47170 | 1730.769 | 27 |
| 4849 | 252769 | 120849 | -131920 | 4923.077 | 27 |
| 1804 | 250731 | 104104 | -146627 | 5676.923 | 26 |
| 7200 | 237186 | 117600 | -119586 | 6061.538 | 20 |
| 1575 | 123840 | 61600 | -62240 | 3257.692 | 19 |
| 0 | 55422 | 25500 | -29922 | 1569.231 | 19 |
| 0 | 82988 | 34173 | -48815 | 2628.692 | 19 |
| 0 | 31950 | 15000 | -16950 | 923.0769 | 18 |
| 0 | 220815 | 99803 | -121012 | 7563.462 | 16 |
| 0 | 190422 | 93091 | -97331 | 7068.538 | 14 |
| 2548 | 128945 | 76548 | -52397 | 4307.692 | 12 |
| 2250 | 198089 | 125930 | -72159 | 6576.923 | 11 |
| 6800 | 241014 | 161200 | -79814 | 9446.154 | 8 |
| 0 | 38365 | 25800 | -12565 | 1569.231 | 8 |
| 0 | 140464 | 100000 | -40464 | 6307.692 | 6 |
| 0 | 60389 | 44000 | -16389 | 2584.615 | 6 |
| 0 | 1381 | 1080 | -301 | 73.84615 | 4 |
| 48000 | 1692527 | 1416000 | -276527 | 80000 | 3 |
| 86000 | 2236271 | 1904000 | -332271 | 102000 | 3 |

| | | | | | |
|---|---|---|---|---|---|
| 1500 | 143839 | 124000 | 19839 | 7076.923 | 3 |
| 0 | 323104 | 278400 | 44704 | 16369.23 | 3 |
| 1000 | 46618 | 46000 | 618 | 2346.154 | 0 |
| 0 | 19684 | 19698 | 14 | | |
| 0 | 4760 | 5100 | 340 | | |
| 0 | 3846 | 5670 | 1824 | | |
| 13315 | 219387 | 221239 | 1852 | | |
| 0 | 2754 | 8000 | 5246 | | |
| 0 | 6857 | 15784 | 8927 | | |
| 0 | 29095 | 40000 | 10905 | | |
| 2010 | 4028 | 15572 | 11544 | | |
| 0 | 16500 | 28398 | 11898 | | |
| 0 | 11751 | 25718 | 13967 | | |
| 420 | 21454 | 35560 | 14106 | | |
| 1465 | 20712 | 34927 | 14215 | | |
| 0 | 8476 | 23886 | 15410 | | |
| 0 | 8509 | 25685 | 17176 | | |
| 420 | 16283 | 35420 | 19137 | | |
| 0 | 4017 | 23733 | 19716 | | |
| 0 | 25618 | 48240 | 22622 | | |
| 0 | 32691 | 58710 | 26019 | | |
| 2400 | 27293 | 57000 | 29707 | | |
| 0 | 14694 | 46500 | 31806 | | |
| 3600 | 10914 | 46800 | 35886 | | |
| 1800 | 45131 | 101238 | 56107 | | |
| 47408 | 791883 | 878235 | 86352 | | |
| 6300 | 77682 | 177300 | 99618 | | |
| 0 | 51899 | 152476 | 100577 | | |
| 13000 | 66378 | 226900 | 160522 | | |
| 20604 | 192350 | 355615 | 163265 | | |
| 27700 | 305069 | 485907 | 180838 | | |
| 18434 | 115842 | 336346 | 220504 | | |
| 4800 | 103489 | 344400 | 240911 | | |
| 8400 | 78610 | 347400 | 268790 | | |
| 40838 | 308209 | 722319 | 414110 | | |
| 46830 | 371871 | 801792 | 429921 | | |
| 180060 | 2784037 | 3906841 | 1122804 | | |
| 90342 | 432407 | 1619307 | 1186900 | | |
| 268832 | 2129558 | 5524300 | 3394742 | | |
| 0 | #N/A | 8500 | #N/A | | |
| 0 | #N/A | 0 | #N/A | | |
| 0 | #N/A | 0 | #N/A | | |
| 0 | #N/A | 0 | #N/A | | |
| 46024 | #N/A | 827232 | #N/A | | |
| 0 | #N/A | 0 | #N/A | | |
| 0 | #N/A | 0 | #N/A | | |
| 0 | #N/A | 0 | #N/A | | |
| 0 | #N/A | 0 | #N/A | | |
| 0 | #N/A | 0 | #N/A | | |
| 0 | #N/A | 0 | #N/A | | |
| 0 | #N/A | 0 | #N/A | | |
| 0 | #N/A | 2948 | #N/A | | |
| 0 | #N/A | 3417 | #N/A | | |
| 4570 | #N/A | 30070 | #N/A | | |

0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0

0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0