# CERTIFICATE OF MAILING

I, <u>GISELLE MENCIO</u>, being at all times over 18 years of age, hereby certify that on June 17, 2009, a true and correct copy of the Objection of Progressive Stamping Company, Inc. to Debtors' Proposed Assumption and Assignment of Executory Contracts and to Proposed Cure Amounts was caused to be served by email upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system, and by U.S. mail to the parties so indicated on the attached service list below:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn:  Warren Command Center
       Mailcode 480-206-114

Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Michael J. Edelman, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Robert D. Wolford, Esq.
Miller, Johnson, Snell & Cumminskey, PLC
250 Monroe Ave., N.W., Suite 800
Grand Rapids, MI 49503

Harvey R. Miller, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Ave., NW, Room 2312
Washington, DC 20220

Michael L. Schein, Esq.
Vedder Price, PC
1633 Broadway, 47th Floor
New York, NY 10019

{10514942:1}

Stephen Karotkin, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Diana G. Adams, Esq.
Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

John D. Logan, Esq.
Lisa S. Gretchko, Esq.
Howard & Howard Attorneys PLLC
450 West Fourth Street
Royal Oak, Michigan 48067

/s/ Giselle Mencío
GISELLE MENCIO

Sworn to before me this 17th day of June 2009

/s/ Maritza Segarra
Maritza Segarra
Notary Public, State of New York
No. 03-4652865
Qualified in Westchester County
Commission Expires December 31, 2009