SHAW GUSSIS FISHMAN GLANTZ
  WOLFSON & TOWBIN LLC
321 N. Clark St., Suite 800
Chicago, Illinois 60654
(312) 541-0151
Brian L. Shaw (IL ARDC 6216834)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORPORATION, | ) | Case No. 09-50026 (REG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtor. | ) | |

**VERIFIED STATEMENT OF SHAW GUSSIS FISHMAN GLANTZ**
**WOLFSON & TOWBIN LLC PURSUANT TO**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Pursuant to Fed. R. Bankr. P. 2019(a), Shaw Gussis Fishman Glantz Wolfson & Towbin LLC ("Shaw Gussis") is counsel to certain parties in interest in the above-captioned case (the "Case") of General Motors Corporation ("GMC") and its three debtor subsidiaries, as debtors and debtors in possession (collectively with GMC, the "Debtors") and states as follows:

1. Shaw Gussis represents ATC Drivetrain, Inc. ("ATC Drivetrain"), 1400 Opus Place, Suite 600, Downers Grove, IL 60515, in connection with the Case. ATC is a supplier of the Debtors and asserts claims against the Debtors in the approximate amount of $187,000.

2. Separately, Shaw Gussis represents ATC Logistics & Electronics, Inc. ("ATC L&E"), 1400 Opus Place, Suite 600, Downers Grove, IL 60515, in connection with the Case. ATC L&E is an electronics and logistics provider of the Debtors and asserts claims against the Debtors in an aggregate amount that ATC L&E believes is in excess of $2.35 million.

3. Separately, Shaw Gussis represents Rizza Chevrolet, Inc. ("Rizza Chevrolet") 8200 South Harlem Ave, Bridgeview, Illinois 60455. Rizza Chevrolet is a dealer of the Debtors.

{000 STA A0233999.DOC}

4. Separately, Shaw Gussis represents Rizza Caddilac-Buick-Hummer, Inc. ("Rizza CBH"), 8245 W. 59th Street, Orland Park, Illinois 60477, in connection with the Case. Rizza CBH is a dealer of the Debtors.

5. Separately, Shaw Gussis represents Elbar Industrial (Trading) Ltd ("Elbar") 1400 Opus Place, Suite 600, Downers Grove, IL 60515. Elbar is a supplier to certain non-Debtor subsidiaries of the Debtors.

6. Upon information and belief, Shaw Gussis does not presently own, nor has it previously owned, any claims against or interests in the Debtors.

The undersigned certifies that this verified statement is true and accurate to the best of his knowledge and belief.

SHAW GUSSIS FISHMAN GLANTZ<br>WOLFSON & TOWBIN LLC

Dated: June 17, 2009    By: */s/ Brian L. Shaw*
    One of its attorneys

Brian L. Shaw (IL ARDC 6216834)
  *Admitted Pro Hac Vice*
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 North Clark Street
Suite 800
Chicago, IL 60654

{000 STA A0233999.DOC}    -2-

## Certificate of Service

I, Brian L. Shaw, an attorney, certify that service of the foregoing VERIFIED STATEMENT OF SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019 was accomplished electronically to all ECF registrants via the Court's ECF system on June 17, 2009.

                                            */s/ Brian L. Shaw*
                                            Brian L. Shaw