EDWARDS ANGELL PALMER & DODGE LLP
Richard Hiersteiner (RH 4976)
Jeanne P. Darcey (JD 9800)
Amy A. Zuccarello (AZ 2284)
Judy A. Groves (JG 3928)
Charlotte P. Bodell (CB 1562)
111 Huntington Avenue
Boston, MA 02199
617.239.0100

*Attorneys for U.S. Bank National Association and
U.S. Bank Trust National Association*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **GENERAL MOTORS CORP.,** *et al.*, | Case No. 09-50026 (REG) |
| **Debtors.** | **Jointly Administered** |

## MOTION FOR ADMISSION OF AMY A. ZUCCARELLO TO PRACTICE *PRO HAC VICE*

I, Amy A. Zuccarello, Esq., an associate of the law firm of Edwards Angell Palmer & Dodge LLP and a member in good standing of the bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, respectfully request admission, *pro hac vice*, to represent U.S. Bank National Association and U.S. Bank Trust National Association in the above captioned proceedings and any related adversary proceedings that may be commenced. Concurrently with the filing of this application, I have submitted the fee of $25.00. My address is:

    Amy A. Zuccarello, Esq.
    Edwards Angell Palmer & Dodge LLP
    111 Huntington Ave.
    Boston, MA 02199
    Telephone: (617) 239-0100
    Fax: (617) 227-4420
    Email: azuccarello@eapdlaw.com

Dated: June 17, 2009            /s/ Amy A. Zuccarello

BOS111 12390649.1