EDWARDS ANGELL PALMER & DODGE LLP
Richard Hiersteiner (RH 4976)
Jeanne P. Darcey (JD 9800)
Amy A. Zuccarello (AZ 2284)
Judy A. Groves (JG 3928)
Charlotte P. Bodell (CB 1562)
111 Huntington Avenue
Boston, MA 02199
617.239.0100

*Attorneys for U.S. Bank National Association and
U.S. Bank Trust National Association*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**GENERAL MOTORS CORP.,** *et al.*,<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 09-50026 (REG)**<br><br>**Jointly Administered** |

### CERTIFICATE OF SERVICE

I, Charlotte P. Bodell, hereby certify that on the date written below I caused to be served to the persons listed on the attached Service List, via email or U.S. First Class Mail (all costs prepaid), a true copy of the *Motion for Admission of Charlotte P. Bodell to Practice Pro Hac Vice and the within Certificate of Service.*

Dated: Boston, Massachusetts
June 17, 2009

EDWARDS ANGELL PALMER & DODGE LLP

/s/ Charlotte P. Bodell
Charlotte P. Bodell (CB 1562)
111 Huntington Ave.
Boston, MA 02199
(617) 239-0100

BOS111 12390656.1

## SERVICE LIST

| | | |
|---|---|---|
| General Motors Corporation<br>Cadillac Building<br>3009 Van Dyke Avenue<br>Warren, MI 48090-9025<br>Attn: Warren Command Center<br>    Mailcode 480-206-114 | Harvey H. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Matthew Feldman, Esq.<br>U.S. Treasury<br>1500 Pennsylvania Ave., NW<br>Room 2312<br>Washington, DC 20220 |
| John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 | Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway<br>47th Floor<br>New York, NY 10019 | Diana G. Adams, Esq.<br>Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |