EDWARDS ANGELL PALMER & DODGE LLP
Richard Hiersteiner (RH 4976)
Jeanne P. Darcey (JD 9800)
Amy A. Zuccarello (AZ 2284)
Judy A. Groves (JG 3928)
Charlotte P. Bodell (CB 1562)
111 Huntington Avenue
Boston, MA 02199
617.239.0100

*Attorneys for U.S. Bank National Association and U.S. Bank Trust National Association*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **GENERAL MOTORS CORP., *et al.*,** | **Case No. 09-50026 (REG)** |
| **Debtors.** | **Jointly Administered** |

## CERTIFICATE OF SERVICE

I, Charlotte P. Bodell, hereby certify that on the date written below I caused to be served to the persons listed on the attached Service List, via email or U.S. First Class Mail (all costs prepaid), a true copy of the *Motion for Admission of Jeanne P. Darcey to Practice Pro Hac Vice and the within Certificate of Service.*

Dated: Boston, Massachusetts
June 17, 2009

EDWARDS ANGELL PALMER & DODGE LLP

/s/ Charlotte P. Bodell
Charlotte P. Bodell (CB 1562)
111 Huntington Ave.
Boston, MA 02199
(617) 239-0100

**SERVICE LIST**

General Motors Corporation
Cadillac Building
3009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114

Harvey H. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Ave., NW
Room 2312
Washington, DC 20220

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Michael J. Edelman, Esq.
Michael L.Schein, Esq.
Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY 10019

Diana G. Adams, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004