EDWARDS ANGELL PALMER & DODGE LLP
Richard Hiersteiner (RH 4976)
Jeanne P. Darcey (JD 9800)
Amy A. Zuccarello (AZ 2284)
Judy A. Groves (JG 3928)
Charlotte P. Bodell (CB 1562)
111 Huntington Avenue
Boston, MA 02199
617.239.0100

*Attorneys for U.S. Bank National Association and*
*U.S. Bank Trust National Association*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **GENERAL MOTORS CORP.,** *et al.*, | **Case No. 09-50026 (REG)** |
| Debtors. | **Jointly Administered** |

### ORDER

ORDERED, that Judy A. Groves is admitted to practice *pro hac vice* in the above captioned proceedings and any related adversary proceedings that may be commenced in the United States Bankruptcy Court, Southern District of New York.

Dated: _____, 2009    _____
New York, New York                                Honorable Robert E. Gerber