EDWARDS ANGELL PALMER & DODGE LLP
Richard Hiersteiner (RH 4976)
Jeanne P. Darcey (JD 9800)
Amy A. Zuccarello (AZ 2284)
Judy A. Groves (JG 3928)
Charlotte P. Bodell (CB 1562)
111 Huntington Avenue
Boston, MA 02199
617.239.0100

*Attorneys for U.S. Bank National Association and
U.S. Bank Trust National Association*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **GENERAL MOTORS CORP.,** *et al.*, | Case No. 09-50026 (REG) |
| **Debtors.** | Jointly Administered |

## MOTION FOR ADMISSION OF RICHARD HIERSTEINER TO PRACTICE *PRO HAC VICE*

I, Richard Hiersteiner, Esq., a partner of the law firm of Edwards Angell Palmer & Dodge LLP and a member in good standing of the bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, respectfully request admission, *pro hac vice*, to represent U.S. Bank National Association and U.S. Bank Trust National Association in the above captioned proceedings and any related adversary proceedings that may be commenced. Concurrently with the filing of this application, I have submitted the fee of $25.00. My address is:

>Richard Hiersteiner, Esq.
>Edwards Angell Palmer & Dodge LLP
>111 Huntington Ave.
>Boston, MA 02199
>Telephone: (617) 239-0100
>Fax: (617) 227-4420
>Email: rhiersteiner@eapdlaw.com

Dated: June 17, 2009                    /s/ Richard Hiersteiner

BOS111 12390503.1