PEPPER HAMILTON LLP
Linda J. Casey, Esq. (LC1891)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Telephone: (215) 981-4000
Facsimile:  (215) 981-4750
E-mail: caseyl@pepperlaw.com

Counsel for BNSF Railway Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                             :   Chapter 11
In re                                                        :
                                                             :   Case No. 09-50026 (REG)
GENERAL MOTORS CORP., *et al.,*                              :
                                                             :
          Debtors.                                           :
                                                             :
-------------------------------------------------------------x

**NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY
AND REQUEST FOR SERVICE OF NOTICE AND DOCUMENTS**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), the undersigned appears as counsel for BNSF Railway Company ("BNSF").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rule 2002 (i), the undersigned requests that Edward C. Toole, Jr., Esq., Linda J. Casey, Esq. and Peter M. Lee, Esq. be added to the official mailing matrix and service lists in this case.  In addition, said counsel requests that copies of all pleadings, motions, notices, and other papers, filed and/or served, in this case or any proceeding therein, be served upon them at the following addresses:

#11098857 v1 (999932.2002)

| | |
|---|---|
| Edward C. Toole, Jr., Esq. | Peter M. Lee, Esq. |
| Linda J. Casey, Esq. | Senior General Attorney |
| Pepper Hamilton LLP | Burlington Northern Sante Fe |
| 3000 Two Logan Square | Railway Company |
| Eighteenth and Arch Streets | 2500 Lew Menk Drive |
| Philadelphia, PA  19103-2799 | P.O. Box 961039 |
| Telephone: (215) 981-4000 | Ft. Worth, TX  76161-0039 |
| Facsimile:  (215) 981-4750 | Telephone: (817) 352-2364 |
| E-mail: toolee@pepperlaw.com | Facsimile: (817) 352-2392 |
| caseyl@pepperlaw.com | Email: Peter.Lee@bnsf.com |

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier, or otherwise.

This Notice of Appearance, Request For Matrix Entry and Request For Service of Notice and Documents on behalf of BNSF does not constitute, nor shall it be deemed to be, a

#11098857 v1 (999932.2002)

voluntary or involuntary submission to the jurisdiction of the Bankruptcy Court for any purpose.

Dated:  June 17, 2009

                                 PEPPER HAMILTON LLP

                                 /s/ Linda J. Casey.
                                 Linda J. Casey (LC 4781)
                                 PEPPER HAMILTON LLP
                                 3000 Two Logan Square
                                 Eighteenth & Arch Streets
                                 Philadelphia, PA 19103
                                 Tel: (215) 981-4000
                                 Fax: (215) 981-4750

                                 Attorneys for BNSF Railway Company

Of Counsel:

Edward C. Toole, Jr.
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 17, 2009, true and correct copies of the *Notice of Appearance, Request for Matrix Entry and Request for Service of Notice and Documents* were served by first class mail, postage prepaid on the following parties:

General Motors
300 Renaissance Center
Detroit, MI   48265-3000

Harvey R. Miller, Esquire
Stephen Karotkin, Esquire
Joseph H. Smolinsky, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY   10153

Joseph R. Sgroi, Esquire
Robert B. Weiss, Esquire
Tricia A. Sherick, Esquire
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI   48226

Andrew D. Velez-Rivera, Esquire
Brian Shoichi Masumoto, Esquire
United States Trustee
33 Whitehall Street
21st Floor
New York, NY   10004

Robert D. Wolford
Miller, Johnson, Snell & Cummiskey, PLC
250 Monroe Avenue, N.W.
Suite 800
Grand Rapids, MI   49503

PEPPER HAMILTON LLP

By:  /s/ Linda J. Casey
      Linda J. Casey

Date: June 17, 2009

-4-