Varnum LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI  49501-0352
(616) 336-6000
Mary Kay Shaver (P-60411)

*Modineer Co.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                :
**In Re:**                                      :         **Chapter 11 Case No.**
                                                :
**GENERAL MOTORS CORP.,** *et al.,*             :         **09-50026 (REG)**
                                                :
                          **Debtors.**          :         **(Jointly Administered)**
                                                :
                                                :         **Hon. Robert E. Gerber**
---------------------------------------------------------x

## WITHDRAWAL OF LIMITED OBJECTION BY MODINEER CO.

The Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto filed by Modineer Co. on June 15, 2009 at Docket #1039 is hereby withdrawn.

Respectfully submitted,

V<sub>ARNUM</sub>

Dated: June 17, 2009          By:     /s/ Mary Kay Shaver
                                      Mary Kay Shaver (P-60411)
                                      Business Address:
                                      Bridgewater Place
                                      P. O. Box 352
                                      Grand Rapids, MI  49501-0352
                                      (616) 336-6000
                                      **mkshaver@varnumlaw.com**

#2719392