VERCRUYSSE MURRAY & CALZONE PC
By:   Daniel J. Bernard (P34225)
31780 Telegraph Road, Suite 200
Bingham Farms, MI  48025
Tel:   248-540-8019
Fax:  248-540-8059
dbernard@vmclaw.com
Attorneys for Unique Fabricating, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| | (Jointly Administered) |
| Debtors. | |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Daniel J. Bernard, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Unique Fabricating, Inc. in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

My address is:   Daniel J. Bernard
Vercruysse Murray & Calzone PC
31780 Telegraph Road, Suite 200
Bingham Farms, MI  48025
Telephone: (313) 393-7530
Facsimile: (313) 393-7579
Email: dbernard@vmclaw.com

Date: June 11, 2009               Respectfully submitted,

                                  s/ Daniel J. Bernard
                                  Daniel J. Bernard (P34225)
                                  Vercruysse Murray & Calzone PC
                                  31780 Telegraph Road, Suite 200
                                  Bingham Farms, MI  48025
                                  Telephone: (313) 393-7530
                                  Facsimile: (313) 393-7579
                                  Email: dbernard@vmclaw.com