MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
Bradley K. Morton
525 W. Ottawa Street
PO Box 30754
Lansing, Michigan 48909
Telephone: 517-373-3203
Facsimile: 517-241-2741
Email: mortonbk@michigan.gov

Attorneys for the State of Michigan

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| GENERAL MOTORS ) | Case No. 09-50026 REG |
| CORPORATION, et al ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Honorable Robert E. Gerber |

**MOTION OF BRADLEY K. MORTON
FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Bradley K. Morton, a member of good standing of the bars of the State of Michigan, the United States Bankruptcy Court for the Western District of Michigan, request admission, *pro hac vice,* to represent the State of Michigan in the above-captioned chapter 11 cases.

| | |
|---|---|
| Mailing Address: | Bradley K. Morton |
| | Assistant Attorney General |
| | P.O. Box 30754 |
| | Lansing, MI 48909 |
| Telephone: | (517) 373-3203 |
| E-Mail: | mortonbk@michigan.gov |

I have submitted the filing fee of $25 with this motion for *pro hac vice* admission.

Respectfully Submitted,

Michael A. Cox
Attorney General

*/s/ Bradley K. Morton*
Bradley K. Morton (P55459)
Assistant Attorney General
Proposed Attorney For the State of Michigan
P.O. Box 30754
Lansing, MI 48909
(517) 373-3203

Dated: June 17, 2009
Lansing, Michigan