**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS | ) | Case No.  09-50026 REG |
| CORPORATION, et al | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Robert E. Gerber |

**ORDER ADMITTING**
**BRADLEY K. MORTON TO PRACTICE, *PRO HAC VICE***

Bradley K. Morton, a member in good standing of the bars of the State of Michigan and the United States Bankruptcy Court for the Western District of Michigan, having requested admission, *pro hac vice*, to represent the State of Michigan in the above-captioned chapter 11 cases;

    IT IS HEREBY ORDERED THAT:

    1.    The Motion is GRANTED.

    2.    Bradley K. Morton is admitted to practice, *pro hac vice*, in the above captioned chapter 11 cases, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2009
New York, New York

                                                                               UNITED STATES BANKRUPTCY JUDGE