**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS | ) | Case No. 09-50026 REG |
| CORPORATION, et al | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Robert E. Gerber |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of June 2009 he caused the Motion of Bradley K. Morton for Admission to Practice, *Pro Hac Vice* and Order Admitting Bradley K. Morton to Practice, *Pro Hac Vice*  to be served (a) by its filing on June 17, 2009 to all parties receiving notice via the Court's ECF system and (b) in accordance with the attached service list.

Dated:  June 17, 2009

*/s/ Bradley K. Morton*
Bradley K. Morton (P55459)

## SERVICE LIST

Office of the US Trustee for the
    Southern District of New York (via USPS)
33 Whitehall Street, 21st Floor
New York, New York  10004
Attention: Diana G. Adams, Esq.

General Motors Corporation (via USPS)
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan  48090
Attention:  Warren Command Center

Weil, Gotshal & Manges LLP (via USPS)
767 Fifth Avenue
New York, New York  10153
Attention:  Harvey Miller, Esq.
           Stephen Karotkin, Esq.
           Joseph H. Smolinsky, Esq.

Cadwalader, Wickersham & Taft, LLP (via USPS)
One World Financial Center
New York, New York  10281
Attention:  John J. Rapisardi, Esq.

US Department of the Treasurery (via USPS)
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC  20220
Attention:  Matthew Feldman, Esq.

Vedder Price, PC (via USPS)
1633 Broadway, 47th Floor
New York, New York  10019
Attention: Michael J. Edelman, Esq.
           Michael L. Schein, Esq.

Kramer Levin Naftalis & Frankel LLP (via USPS)
1177 Avenue of the Americas
New York, New York  10036
Attention:  Gordon Z. Novod, Esq.