VERCRUYSSE MURRAY & CALZONE PC
By:   Daniel J. Bernard (P34225)
31780 Telegraph Road, Suite 200
Bingham Farms, MI 48025
Tel:   248-540-8019
Fax:   248-540-8059
dbernard@vmclaw.com
Attorneys for Unique Fabricating, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br>(Jointly Administered) |

### LIMITED OBJECTION OF UNIQUE FABRICATING, INC. TO THE NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND <u>(II) CURE AMOUNTS RELATED THERETO</u>

Unique Fabricating, Inc. ("Unique"), by its undersigned counsel, hereby objects on a limited basis ("Objection") to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto dated June 6, 2009 ("Notice"). Unique objects to the Notice because it does not accurately state the Cure Amount[1] due to UNIQUE. In further support of its Objection, Unique respectfully states as follows:

---

[1] Capitalized terms not expressly defined herein have the meaning ascribed to them in the Notice.

***Background***

1.   On June 1, 2009 ("Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code ("Bankruptcy Code").

2.   On June 1, 2009, GM also filed a motion seeking an order approving bidding procedures to sell substantially all of its assets, which included a procedure for the Debtors' assumption and assignment of executory contracts (Docket No. 92) ("Procedures Motion").

3.   On June 2, 2009, the Court granted the Procedures Motion with respect to the sale procedures, including the procedure for assuming and assigning contracts to Vehicle Acquisition Holdings LLC ("VAH") or the ultimate purchaser of the Debtors' assets (Docket No. 274) ("Procedures Order"), which provided for sending a notice advising a contract counterparty that it is party to an Assumable Executory Contract and the Cure Amount related thereto.

4.   On June 8, 2009, Unique received the Notice dated June 5, 2009 provided for in the Procedures Order. Pursuant to the Notice, parties have ten days from the date of the Notice to object to the assumption and assignment of any Assumable Executory Contract proposed to be assumed and assigned or to the Cure Amount proposed to be paid with respect thereto.

5.   Attached to the Notice is a user identification number and password to be used by Unique on the designated website ("Web Site") to view which contract has been designated an Assumable Executory Contract by the Debtors and the Cure Amount with respect to each such contract.

6.     Pursuant to the Web Site, the Assumable Executory Contracts to which Unique is a counterparty ("Unique Contracts") are shown on Exhibit A attached hereto. The Debtors allege that the Cure Amount associated with the Unique Contracts is $58,370.96.

7.     Unique asserts it is owed $76,359.73 in Cure Amount, due to a difference of $17,988.77 in the Cure Amounts pertaining to certain of the Unique Contracts, as shown on the spreadsheet attached hereto as Exhibit B.

***Objections***

8.     Unique objects to the Notice on the following grounds:

A.     The Unique Contracts cannot be assumed without concurrent cure of all arrearages. "Section 365(b) of the executory contracts section of the [Bankruptcy] Code requires a debtor to cure pre-petition defaults as a precondition of assuming an executory contract." *In re Stoltz*, 315 F3d 80, 86 (2nd Cir. 2002). The pre-petition cure amount alleged by the Debtors to be owed to Unique pursuant to the Unique Contracts is understated by $17,988.77.

B.     The Unique Contracts cannot be assumed or assigned without an adequate showing of future performance. 11 USC § 365(b)(1); *In re Luce Industries, Inc.*, 14 BR 529 (SDNY 1981) (court erred in allowing debtor to assume agreement without assurance by debtor that arrearages would be paid and that debtor could perform). Although adequate assurance of future performance may have been established in the Procedures Motion and other pleadings filed in this case as it relates to VAH, the proposed assignee may not yet even be known, much less is its ability to perform established.

3

9.  Unique reserves its right to amend this Objection to include any additional facts as may be determined by its further investigation of the Notice and Unique Contracts.

10. Any reply to this Objection should be served upon:

Daniel J. Bernard
VERCRUYSSE MURRAY & CALZONE PC
31780 Telegraph Road, Suite 200
Bingham Farms, MI 48025
Tel: 248-540-8019
Fax: 248-540-8059
dbernard@vmclaw.com
Attorneys for Unique Fabricating, Inc.

### Memorandum of Law

11. Because the legal points and authorities upon which Unique relies for purposes of this Objection are incorporated into the Objection, Unique respectfully requests that the Court deem satisfied or, alternatively, waive any requirement of the filing of a separate memorandum of law.

### Reservation of Rights

12. Unique reserves the right (a) to amend, supplement, or otherwise modify this Objection and all attachments and exhibits hereto as necessary or proper; and (b) to raise such other and further objections to any proposed assumption and assignment, and/or the Cure Amount with respect to the proposed assumption and assignment of the Unique Contracts.

## Conclusion

WHEREFORE, Unique Fabricating, Inc. respectfully requests that the Court enter an Order (a) sustaining this Objection in its entirety and overruling the Notice to the extent it requests relief inconsistent with this Objection, and (b) providing UNIQUE with such other and further relief as is appropriate.

Dated: June 12, 2009
Bingham Farms, Michigan

                                   VERCRUYSSE MURRAY & CALZONE PC

                                   By:   s/Daniel J. Bernard
                                         Daniel J. Bernard (P34225)
                                31780 Telegraph Road, Suite 200
                                Bingham Farms, MI  48025
                                Tel:   248-540-8019
                                Fax:  248-540-8059
                                dbernard@vmclaw.com
                                Attorneys for Unique Fabricating, Inc.

# EXHIBIT A

# Contract Notices

User: J2Q1Kuyp

**My Contracts**   **Documents & Links**

## Supplier Details

Vendor Master ID: **040584963**

| | |
|---|---|
| Supplier Name: **UNIQUE FABRICATING INC - PLT 1** | |
| Contract Cure Amount: **$58,370.96** | Click here to view Contract Cure Amount Details |
| # of Contracts: **147** | |

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
|---|---|---|---|---|---|
| 5716-00126396 | V024264 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Removed |
| 5716-00337096 | 06KK0001 | 40584963 | UNIQUE FABRICATING INC | Blanket Order | Noticed |
| 5716-00337097 | 06KK0002 | 40584963 | UNIQUE FABRICATING INC | Blanket Order | Noticed |
| 5716-00337098 | 06KK001J | 40584963 | UNIQUE FABRICATING INC | Blanket Order | Noticed |
| 5716-00337099 | 06KK001K | 40584963 | UNIQUE FABRICATING INC | Blanket Order | Noticed |
| 5716-00337102 | 0FZT0006 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337103 | 0FZT0007 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337104 | 0FZT0008 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337105 | 0FZT0009 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337106 | 0FZT000B | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337107 | 0FZT000C | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337108 | 0FZT000D | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337109 | 0FZT000F | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337110 | 0FZT000G | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337111 | 0FZT000H | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337112 | 0FZT000J | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337113 | 0FZT000K | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337114 | 0FZT000L | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337115 | 0FZT000R | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337116 | 0FZT000V | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337117 | 0FZT000Z | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337118 | 0FZT0010 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337119 | 0FZT0011 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337126 | BVZ0000J | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337127 | BVZ0001J | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337128 | BVZ0001N | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337129 | BVZ0001P | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337130 | BVZ00023 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337131 | BVZ00026 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337132 | BVZ0002B | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337133 | BVZ0002C | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337134 | BVZ0002L | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337135 | BVZ0002P | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337136 | BVZ0002V | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337137 | BVZ0002W | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337138 | BVZ0002Z | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337139 | BVZ00032 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337140 | BVZ0003F | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337141 | BVZ00043 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337142 | BVZ0004F | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337143 | BVZ0004G | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337144 | BVZ0004W | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00337145 | BVZ00050 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00560143 | GM41908 | N/A | UNIQUE FABRICATING, INC. | Agreement | Noticed |
| 5716-00560144 | GM51384 | N/A | UNIQUE FABRICATING, INC. | Agreement | Noticed |
| 5716-00560145 | GM51385 | N/A | UNIQUE FABRICATING, INC. | Agreement | Noticed |
| 5716-00560146 | GM51386 | N/A | UNIQUE FABRICATING, INC. | Agreement | Noticed |
| 5716-00560147 | GM51387 | N/A | UNIQUE FABRICATING, INC. | Agreement | Noticed |
| 5716-00560148 | GM51389 | N/A | UNIQUE FABRICATING, INC. | Agreement | Noticed |
| 5716-00560149 | GM51390 | N/A | UNIQUE FABRICATING, INC. | Agreement | Noticed |
| 5716-00560150 | GM51391 | N/A | UNIQUE FABRICATING, INC. | Agreement | Noticed |
| 5716-00560151 | GM51392 | N/A | UNIQUE FABRICATING, INC. | Agreement | Noticed |
| 5716-00560152 | GM51393 | N/A | UNIQUE FABRICATING, INC. | Agreement | Noticed |
| 5716-00560153 | GM54285 | N/A | UNIQUE FABRICATING, INC. | Agreement | Noticed |

| | | | | | |
|---|---|---|---|---|---|
| 5716-00560154 | GM57263 | N/A | UNIQUE FABRICATING, INC. | Agreement | Noticed |
| 5716-00565102 | GM47190 | N/A | UNIQUE FABRICATING INC | Agreement | Noticed |
| 5716-00573761 | K16IK001 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00574100 | K19ZC001 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00574516 | N1MSX000 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00579808 | K12LN003 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00579881 | K16IK003 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00583284 | N1FU7001 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00596426 | K1474000 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00604184 | K1UMQ000 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00608611 | K12LN000 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00612049 | N1PGI000 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00623278 | K1S8A000 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00625285 | K12LN001 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00629953 | K1XL1004 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00631105 | K14S2000 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00637994 | K12LQ000 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00652868 | K1XL1002 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00656129 | K192F000 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00658117 | N1FU7000 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00659624 | K16IK000 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00674162 | K17N0000 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00679435 | K1XL1003 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00680273 | K1S8A001 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00687078 | K12LN002 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00691442 | K19ZC000 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00692071 | K16IK002 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00697086 | K1XL1000 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00697395 | K1474001 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00704539 | K1XL1001 | 040584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00797128 | 0KRL000F | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00797129 | 0KRL001F | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00797130 | 0KRL002L | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00813312 | 0FZT0003 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00813313 | 0FZT000T | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00813314 | 0FZT000W | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00813315 | 0FZT000X | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00818344 | 06KK0010 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00818345 | 06KK001K | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-50818346 | 06KK001N | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968630 | BVZ00014 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00968631 | BVZ00015 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00968632 | BVZ00024 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00968633 | BVZ0002M | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968634 | BVZ0002N | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968635 | BVZ0002R | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968636 | BVZ0002T | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968637 | BVZ0002X | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968638 | BVZ00031 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968639 | BVZ00033 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968640 | BVZ00035 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968641 | BVZ00037 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968642 | BVZ00038 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968643 | BVZ00039 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00968644 | BVZ0003C | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968645 | BVZ0003D | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968646 | BVZ0003G | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968647 | BVZ0003J | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00968648 | BVZ0003K | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00968649 | BVZ0003L | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00968650 | BVZ0003M | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00968651 | BVZ0003N | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00968652 | BVZ0003P | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00968653 | BVZ0003R | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00968654 | BVZ0003T | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00968655 | BVZ0003V | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-50968656 | BVZ0003W | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00968657 | BVZ0003X | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00968658 | BVZ0003Z | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00968659 | BVZ00040 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |

| | | | | | |
|---|---|---|---|---|---|
| 5716-00968660 | BVZ00042 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968661 | BVZ00046 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968662 | BVZ00048 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968663 | BVZ00049 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968664 | BVZ0004B | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968665 | BVZ0004C | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968666 | BVZ0004D | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968667 | BVZ0004H | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00968668 | BVZ0004J | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968669 | BVZ0004K | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00968670 | BVZ0004L | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968671 | BVZ0004M | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968672 | BVZ0004N | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968673 | BVZ0004P | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968674 | BVZ0004T | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00968675 | BVZ0004V | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00968676 | BVZ0004X | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968677 | BVZ0004Z | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968678 | BVZ00051 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968679 | BVZ00052 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00968680 | BVZ00054 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Blanket Order | Noticed |
| 5716-00968681 | BVZ00055 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |
| 5716-00968682 | BVZ00056 | 40584963 | UNIQUE FABRICATING INC - PLT 1 | Agreement | Noticed |

Hover mouse cursor here for Contract Status Legend

**Important Notices:**         All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

# Contract Notices

User: J2Q1Kuyp

**GM**

My Contracts    Documents & Links

## Supplier Details

Vendor Master ID: **040584963**

|  |  |
|---|---|
| Supplier Name: | **UNIQUE FABRICATING INC - PLT 1** |
| Contract Cure Amount: | **$58,370.96** |
| # of Contracts: | **147**    Click here to view Contracts |

### Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount | |
|---|---|---|---|---|---|---|
| RD040584963 | PROBVZ0004F | 440738 | 5/5/2009 | STAYED | $468.44 | USD |
| RD040584963 | PROBVZ0004H | 440739 | 5/5/2009 | STAYED | $81.48 | USD |
| RD040584963 | PROBVZ0004F | 440738 | 5/5/2009 | STAYED | ($468.44) | USD |
| RD040584963 | PROBVZ0004H | 440739 | 5/5/2009 | STAYED | ($81.48) | USD |
| RD040584963 | PROBVZ0004H | 999999999 | 5/28/2009 | STAYED | $91.42 | USD |
| RD040584963 | PROBVZ0002C | 440634 | 5/1/2009 | STAYED | $45.12 | USD |
| RD040584963 | PROBVZ0002C | 440848 | 5/6/2009 | STAYED | $45.12 | USD |
| RD040584963 | PROBVZ0002C | 441645 | 5/21/2009 | STAYED | $45.12 | USD |
| RD040584963 | PROBVZ0002L | 441878 | 5/29/2009 | STAYED | $31.98 | USD |
| RD040584963 | PROBVZ0002C | 441935 | 5/28/2009 | STAYED | $45.12 | USD |
| RD040584963 | PROBVZ0002C | 440634 | 5/1/2009 | STAYED | ($45.12) | USD |
| RD040584963 | PROBVZ0002C | 440848 | 5/6/2009 | STAYED | ($45.12) | USD |
| RD040584963 | PRO0FZT000K | 440678 | 5/1/2009 | STAYED | $103.92 | USD |
| RD040584963 | PRO0FZT0006 | 440678 | 5/1/2009 | STAYED | $8,907.55 | USD |
| RD040584963 | PRO0FZT000K | 440742 | 5/4/2009 | STAYED | $207.84 | USD |
| RD040584963 | PRO0FZT0006 | 440742 | 5/4/2009 | STAYED | $8,346.92 | USD |
| RD040584963 | PRO0FZT000K | 440798 | 5/5/2009 | STAYED | $103.92 | USD |
| RD040584963 | PRO0FZT0006 | 440798 | 5/5/2009 | STAYED | $7,964.72 | USD |
| RD040584963 | PRO0FZT000K | 440851 | 5/6/2009 | STAYED | $207.84 | USD |
| RD040584963 | PRO0FZT0006 | 440851 | 5/6/2009 | STAYED | $8,462.06 | USD |
| RD040584963 | PRO0FZT000K | 440927 | 5/7/2009 | STAYED | $103.92 | USD |
| RD040584963 | PRO0FZT0006 | 440927 | 5/7/2009 | STAYED | $7,448.74 | USD |
| RD040584963 | PRO0FZT000K | 441010 | 5/8/2009 | STAYED | $207.84 | USD |
| RD040584963 | PRO0FZT0006 | 441010 | 5/8/2009 | STAYED | $9,317.64 | USD |
| RD040584963 | PRO0FZT000K | 441804 | 5/26/2009 | STAYED | $207.84 | USD |
| RD040584963 | PRO0FZT0006 | 441804 | 5/26/2009 | STAYED | $13,061.37 | USD |
| RD040584963 | PRO0FZT000K | 441881 | 5/27/2009 | STAYED | $103.92 | USD |
| RD040584963 | PRO0FZT0006 | 441881 | 5/27/2009 | STAYED | $5,266.78 | USD |
| RD040584963 | PRO0FZT000K | 441937 | 5/28/2009 | STAYED | $207.84 | USD |
| RD040584963 | PRO0FZT0006 | 441937 | 5/28/2009 | STAYED | $10,958.85 | USD |
| RD040584963 | PRO0FZT000K | 442009 | 5/29/2009 | STAYED | $103.92 | USD |
| RD040584963 | PRO0FZT0006 | 442009 | 5/29/2009 | STAYED | $10,208.69 | USD |
| RD040584963 | PRO0FZT000K | 440678 | 5/1/2009 | STAYED | ($103.92) | USD |
| RD040584963 | PRO0FZT0006 | 440678 | 5/1/2009 | STAYED | ($8,907.55) | USD |
| RD040584963 | PRO0FZT000K | 440742 | 5/4/2009 | STAYED | ($207.84) | USD |
| RD040584963 | PRO0FZT0006 | 440742 | 5/4/2009 | STAYED | ($8,346.92) | USD |
| RD040584963 | PRO0FZT000K | 440798 | 5/5/2009 | STAYED | ($103.92) | USD |
| RD040584963 | PRO0FZT0006 | 440798 | 5/5/2009 | STAYED | ($7,964.72) | USD |
| RD040584963 | PRO0FZT000K | 440851 | 5/6/2009 | STAYED | ($207.84) | USD |
| RD040584963 | PRO0FZT0006 | 440851 | 5/6/2009 | STAYED | ($8,462.06) | USD |
| RD040584963 | PRO0FZT000K | 440927 | 5/7/2009 | STAYED | ($103.92) | USD |
| RD040584963 | PRO0FZT0006 | 440927 | 5/7/2009 | STAYED | ($7,448.74) | USD |
| RD040584963 | PRO0FZT000K | 441010 | 5/8/2009 | STAYED | ($207.84) | USD |
| RD040584963 | PRO0FZT0006 | 441010 | 5/8/2009 | STAYED | ($9,317.64) | USD |
| RD040584963 | PROCOSTRECV | 133895 | 3/24/2009 | STAYED | ($110.00) | USD |
| RD040584963 | PROCOSTRECV | 134564 | 4/3/2009 | STAYED | ($110.00) | USD |
| RD040584963 | PROBVZ0002B | 440639 | 5/1/2009 | STAYED | $42.13 | USD |
| RD040584963 | PROBVZ0001J | 440741 | 5/4/2009 | STAYED | $168.73 | USD |
| RD040584963 | PROBVZ0002B | 440796 | 5/5/2009 | STAYED | $42.13 | USD |
| RD040584963 | PROBVZ0002B | 440850 | 5/6/2009 | STAYED | $32.67 | USD |
| RD040584963 | PROBVZ0002B | 440925 | 5/7/2009 | STAYED | $55.87 | USD |
| RD040584963 | PROBVZ0002B | 441008 | 5/8/2009 | STAYED | $42.13 | USD |
| RD040584963 | PROBVZ0001J | 441802 | 5/26/2009 | STAYED | $47.28 | USD |
| RD040584963 | PROBVZ0002W | 441880 | 5/27/2009 | STAYED | $13.74 | USD |

| | | | | | | |
|---|---|---|---|---|---|---|
| RD040584963 | PROBVZ0002B | 440639 | 5/1/2009 | STAYED | ($42.13) | USD |
| RD040584963 | PROBVZ0001J | 440741 | 5/4/2009 | STAYED | ($168.73) | USD |
| RD040584963 | PROBVZ0002B | 440796 | 5/5/2009 | STAYED | ($42.13) | USD |
| RD040584963 | PROBVZ0002B | 440850 | 5/6/2009 | STAYED | ($32.67) | USD |
| RD040584963 | PROBVZ0002B | 440925 | 5/7/2009 | STAYED | ($55.87) | USD |
| RD040584963 | PROBVZ0002B | 441008 | 5/8/2009 | STAYED | ($42.13) | USD |
| RD040584963 | PROBVZ0002Z | 440636 | 5/1/2009 | STAYED | $1,079.06 | USD |
| RD040584963 | PROBVZ0002Z | 440740 | 5/4/2009 | STAYED | $1,079.06 | USD |
| RD040584963 | PROBVZ0002Z | 440795 | 5/5/2009 | STAYED | $1,079.06 | USD |
| RD040584963 | PROBVZ0002Z | 440849 | 5/6/2009 | STAYED | $1,348.83 | USD |
| RD040584963 | PROBVZ0002Z | 441569 | 5/20/2009 | STAYED | $1,348.83 | USD |
| RD040584963 | PROBVZ0002Z | 441646 | 5/21/2009 | STAYED | $1,079.06 | USD |
| RD040584963 | PROBVZ0002Z | 441801 | 5/26/2009 | STAYED | $3,506.96 | USD |
| RD040584963 | PROBVZ0002Z | 441879 | 5/27/2009 | STAYED | $1,348.83 | USD |
| RD040584963 | PROBVZ0002Z | 441936 | 5/28/2009 | STAYED | $809.30 | USD |
| RD040584963 | PROBVZ0002Z | 442008 | 5/29/2009 | STAYED | $1,079.06 | USD |
| RD040584963 | PROBVZ0002Z | 440636 | 5/1/2009 | STAYED | ($1,079.06) | USD |
| RD040584963 | PROBVZ0002Z | 440740 | 5/4/2009 | STAYED | ($1,079.06) | USD |
| RD040584963 | PROBVZ0002Z | 440795 | 5/5/2009 | STAYED | ($1,079.06) | USD |
| RD040584963 | PROBVZ0002Z | 440849 | 5/6/2009 | STAYED | ($1,348.83) | USD |
| RD040584963 | PROBVZ0002Z | 051809 | 5/28/2009 | STAYED | ($2.20) | USD |
| RD040584963 | PROBVZ0002Z | 052709 | 5/29/2009 | STAYED | ($2.20) | USD |
| RD040584963 | PROBVZ0001J | 440797 | 5/5/2009 | STAYED | $19.80 | USD |
| RD040584963 | PROBVZ0001J | 441009 | 5/8/2009 | STAYED | $19.80 | USD |
| RD040584963 | PROBVZ0001J | 441803 | 5/26/2009 | STAYED | $19.80 | USD |
| RD040584963 | PRO06KK001K | 441648 | 5/21/2009 | STAYED | $344.16 | USD |
| RD040584963 | PROBVZ0001J | 440797 | 5/5/2009 | STAYED | ($19.80) | USD |
| RD040584963 | PROBVZ0001J | 441009 | 5/8/2009 | STAYED | ($19.80) | USD |
| RD040584963 | PROBVX0000H | 440633 | 5/1/2009 | 07/02/2009 | $263.65 | USD |
| RD040584963 | PROBVX0000H | 440737 | 5/4/2009 | 07/02/2009 | $131.82 | USD |
| RD040584963 | PROBVX0000H | 440791 | 5/5/2009 | 07/02/2009 | $197.74 | USD |
| RD040584963 | PROBVX0000H | 440847 | 5/6/2009 | 07/02/2009 | $131.82 | USD |
| RD040584963 | PROBVX0000H | 440922 | 5/7/2009 | 07/02/2009 | $197.74 | USD |
| RD040584963 | PROBVX0000H | 441006 | 5/8/2009 | 07/02/2009 | $263.65 | USD |
| RD040584963 | PROBVX0000H | 441070 | 5/11/2009 | 07/02/2009 | $197.74 | USD |
| RD040584963 | PROBVX0000H | 441128 | 5/12/2009 | 07/02/2009 | $197.74 | USD |
| RD040584963 | PROBVX0000H | 441191 | 5/13/2009 | 07/02/2009 | $263.65 | USD |
| RD040584963 | PROBVX0000H | 441261 | 5/14/2009 | 07/02/2009 | $197.74 | USD |
| RD040584963 | PROBVX0000H | 441502 | 5/22/2009 | 07/02/2009 | $197.74 | USD |
| RD040584963 | PROBVX0000H | 441492 | 5/19/2009 | 07/02/2009 | $197.74 | USD |
| RD040584963 | PROBVX0000H | 441583 | 5/20/2009 | 07/02/2009 | $197.74 | USD |
| RD040584963 | PROBVX0000H | 441584 | 5/25/2009 | 07/02/2009 | $197.74 | USD |
| RD040584963 | PROBVX0000H | 441643 | 5/21/2009 | 07/02/2009 | $263.65 | USD |
| RD040584963 | PROBVX0000H | 441799 | 5/26/2009 | 07/02/2009 | $461.38 | USD |
| RD040584963 | PROBVX0000H | 441877 | 5/27/2009 | 07/02/2009 | $197.74 | USD |
| RD040584963 | PROBVX0000H | 441933 | 5/28/2009 | 07/02/2009 | $527.30 | USD |
| RD040584963 | PROBVX0000H | 442007 | 5/29/2009 | 07/02/2009 | $65.91 | USD |
| RD040584963 | PROBVX0000M | 440792 | 5/5/2009 | 07/02/2009 | $65.86 | USD |
| RD040584963 | PRO0FJ50000 | 440923 | 5/7/2009 | 07/02/2009 | $396.97 | USD |
| RD040584963 | PRO0FJ50000 | 441262 | 5/14/2009 | 07/02/2009 | $1,571.26 | USD |
| RD040584963 | PROBVX0000M | 441493 | 5/19/2009 | 07/02/2009 | $197.58 | USD |
| RD040584963 | PROBVX0000M | 441800 | 5/26/2009 | 07/02/2009 | $263.44 | USD |
| RD040584963 | PRO0FJ50000 | 441644 | 5/21/2009 | 07/02/2009 | $1,743.26 | USD |
| RD040584963 | GM 41908 | 000441899 | 5/27/2009 | STAYED | $6.09 | USD |
| 040584963 | 000123712 | 15921601S0 | 5/22/2009 | STAYED | $17.70 | USD |
| 040584963 | 000123712 | 15921602S0 | 5/11/2009 | STAYED | $17.70 | USD |
| 040584963 | 000123712 | 15921601S0 | 5/15/2009 | STAYED | $17.70 | USD |
| 040584963 | 000123712 | 15921601S0 | 5/29/2009 | STAYED | $17.70 | USD |

**Important Notices:** All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

# EXHIBIT B

**GM Contract Cure Amount Objections**     **Unique Fabricating**

| Contract ID | Disputed Cure Amount | Correct Cure Amount |
| --- | ---: | ---: |
| 0FZT000R | 0.00 | 554.40 |
| 0FJ50000 | 3,711.49 | 4,060.76 |
| 0FJ50001 | 0.00 | 575.10 |
| BVZ0004M | 0.00 | 1,350.00 |
| BVZ0004P | 0.00 | 1,500.00 |
| BVZ0004Z | 0.00 | 450.00 |
| BVZ0004X | 0.00 | 2,100.00 |
| BVZ0004C | 0.00 | 1,850.00 |
| BVZ0004N | 0.00 | 1,350.00 |
| BVZ00051 | 0.00 | 400.00 |
| BVZ0004D | 0.00 | 3,610.00 |
| BVZ0004J | 0.00 | 1,000.00 |
| BVZ0004L | 0.00 | 2,100.00 |
| BVZ00048 | 0.00 | 800.00 |