VERCRUYSSE MURRAY & CALZONE PC
By:    Daniel J. Bernard (P34225)
31780 Telegraph Road, Suite 200
Bingham Farms, MI  48025
Tel:    248-540-8019
Fax:    248-540-8059
dbernard@vmclaw.com
Attorneys for Unique Fabricating, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) (Jointly Administered) |
| Debtors. | |

### CERTIFICATE OF SERVICE

Jacki L. Barnes, being at all times over 18 years of age, hereby certifies that a true and correct copy of the Limited Objection Of Unique Fabricating, Inc. To The Notice Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property And (II) Cure Amounts Related Thereto was served by U.S. mail to the parties indicated on the attached service list.

Dated: June 12, 2009
Bingham Farms, Michigan

s/ Jacki L. Barnes
Jacki L. Barnes

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114

Harvey R. Miller, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220

Michael J. Edelman, Esq.
Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY 10019

Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY 10019

Robert D. Wolford, Esq.
Miller, Johnson, Snell & Cummiskey, PLC
250 Monroe Avenue, N.W.
Suite 800
Grand Rapids, MI 49503

Diana G. Adams, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Stephen Karotkin, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153