## Jacki L. Barnes

**From:** TrackingUpdates@fedex.com
**Sent:** Monday, June 15, 2009 8:41 AM
**To:** Jacki L. Barnes
**Subject:** FedEx Shipment 796691003532 Delivered

---

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Vercruysse Murray & Calzone |
| Name: | Jacki Barnes |
| E-mail: | jbarnes@vmclaw.com |

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 90657-001 |
| Ship (P/U) date: | Jun 12, 2009 |
| Delivery date: | Jun 15, 2009 8:31 AM |
| Sign for by: | M.PORTER |
| Delivered to: | Shipping/Receiving |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |
| Special handling/Services: | Deliver Weekday |

Tracking number:      796691003532

| Shipper Information | Recipient Information |
|---|---|
| Jacki Barnes | Clerk of the Court - Southern Distr |
| Vercruysse Murray & Calzone | U.S. Bankruptcy Court |
| 31780 Telegraph Rd. Ste. 200 | 1 BOWLING GRN |
| Bingham Farms | NEW YORK |
| MI | NY |
| US | US |
| 48025 | 10004 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 7:38 AM CDT on 06/15/2009.

Learn more about new ways to track with FedEx.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

6/15/2009