MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
Steven B. Flancher, Esquire
525 W. Ottawa Street
PO Box 30754
Lansing, Michigan 48909
Telephone: 517-373-3203
Facsimile: 517-241-2741
Email: flanchers@michigan.gov

Attorneys for the State of Michigan

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS | ) | Case No. 09-50026 REG |
| CORPORATION, et al | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Robert E. Gerber |

**MOTION OF STEVEN B. FLANCHER**
**FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Steven B. Flancher, a member of good standing of the bars of the State of Michigan, the United States Bankruptcy Court for the Western and Eastern Districts of Michigan, the 6th Circuit Court of Appeals, and the 5th Circuit Court of Appeals, request admission, *pro hac vice,* to represent the State of Michigan in the above-captioned chapter 11 cases.

| | |
|---|---|
| Mailing Address: | Steven B. Flancher |
| | Assistant Attorney General |
| | P.O. Box 30754 |
| | Lansing, MI 48909 |
| Telephone: | (517) 373-3203 |
| E-Mail: | flanchers@michigan.gov |

       I have submitted the filing fee of $25 with this motion for *pro hac vice* admission.

                                       Respectfully Submitted,

                                       Michael A. Cox
                                       Attorney General

                                       */s/ Steven B. Flancher*
                                       Steven B. Flancher (P47894)
                                       Assistant Attorney General
                                       Proposed Attorney For the State of Michigan
                                       P.O. Box 30754
                                       Lansing, MI 48909
Dated: June 17, 2009             (517) 373-3203
       Lansing, Michigan