June 15, 2009

CITIC Dicastal Wheel Mfg.
c/o Global Technologies
1100 N. Opdyke Road
Auburn Hills, MI  48326

United States Bankruptcy Court
Southern District of New York
One Bowling  Green
New York, NY  10004-1408

Attn: Hon. Robert E. Gerber

Reference:    **GENERAL MOTORS CORP.,** *et al.*, **Chapter 11 Case No. 09-50026 (REG)**

To whom it may concern;

We would like to notify the court that as of today we have not received the Assumption Letters which requesting review of outstanding debts to our affiliate companies under **DUNS numbers 653708479, 545284429 and 52856843**, all affiliates of CITIC Dicastal Wheel Mfg. Co. Ltd.  We have confirmed with GM Purchasing that these letters have been sent.  We have notified the debtor through their supplier help desk and a "resend request" has been initiated.

We believe that the original letters may have been sent to our operating locations, in some cases in China, as opposed to our administrative offices.  In order to assure timely responses, we request that future communications be sent to my attention at the address listed above.

By this letter, we wish to inform the court that we will review and respond to the Assumption Letters in a timely fashion upon receipt of the same.  We wish to ensure that our right to do so is not inhibited by the delay in delivery.

Sincerely,

Michael J. Tomkovicz
Senior Account Manager

RECEIVED

JUN 16 2009

U.S. BANKRUPTCY COURT, SDNY
REG