CARSON FISCHER, P.L.C.
Counsel for Behr America, Inc.,
Behr GMBH & Co. KG, Bing Metal
Group, Inc., J2 Management Corp. and its
subsidiaries, A.G. Simpson Automotive, Inc.,
A.G. Simpson (USA), Inc. and Tiercon Corp.,
Lapeer Metal Stamping Companies, Inc., RIMA
Manufacturing Company, and Rush Trucking
Corporation
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI 48302
(248) 644-4840
Patrick J. Kukla (P60465)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :    Chapter 11
                                                            :    Case No.: 09-50026 (REG)
GENERAL MOTORS CORPORATION, *et al.*,       :    (Jointly Administered)
                                                            :
         Debtors.                                           :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that papers were served as follows:

1.  Papers Served:

    a.  Behr America, Inc.'s Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Non-Residential Real Property and (II) Cure Costs Related Thereto [Docket # 916];

    b.  Behr GmbH & Co. KG's Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Non-Residential Real Property and (II) Cure Costs Related Thereto [Docket # 919];

    c.  Bing Metals Group, Inc.'s Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired

        Leases of Non-Residential Real Property and (II) Cure Costs Related Thereto [Docket # 912];

d.    Notice of Appearance, Request for Service of Papers and Request to be Added to the General Service List [J2 Management Corp. and its subsidiaries, A.G. Simpson Automotive, Inc., A.G. Simpson (USA), Inc. and Tiercon Corp.] [Docket # 882];

e.    J2 Management Corp.'s Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto [Docket # 894];

f.    Notice of Appearance, Request for Service of Papers and Request to be Added to the Matrix [Lapeer Metal Stamping Companies, Inc.] [Docket # 880];

g.    Lapeer Metal Stamping Companies, Inc.'s Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Non-Residential Real Property and (II) Cure Costs Related Thereto [Docket # 890];

h.    RIMA Manufacturing Company's Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto[Docket # 897];

i.    Notice of Appearance, Request for Service of Papers and Request to be Added to the Matrix [Rush Trucking Corporation] [Docket # 926]

j.    Rush Trucking Corporation's Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Non-Residential Real Property and (II) Cure Costs Related Thereto [Docket # 931].

2.    Served Upon:

        General Motors Corporation
        Attn:  Warren Command Center
        Mailcode: 480-206-114
        Cadillac Building
        30009 Van Dyke Avenue
        Warren, MI 48090-9025

        Weil, Gotshal & Manges, LLP
        Attn:  Harvey R. Miller, Esq.
              Stephen Karotkin, Esq.
              Joseph H. Smolinsky, Esq.
        767 Fifth Avenue
        New York, NY 10153

        U.S. Treasury
        Attn:  Matthew Feldman, Esq.
        1500 Pennsylvania Avenue, NW
        Room 2312
        Washington, DC 20220

        Cadwalader, Wickersham & Taft, LLP
        Attn:  John J. Rapisardi, Esq.
        One World Financial Center
        New York, NY 10281

        Vedder Price, P.C.
        Attn:  Michael J. Edelman, Esq.
              Michael L. Schein, Esq.
        1633 Broadway
        47th Floor
        New York, NY 10019

        Office of the United States Trustee
        for the Southern District of New York
        Attn:  Diana G. Adams, Esq.
        33 Whitehall Street
        21st Floor
        New York, NY 10004

3.    Date of Service:    June 12, 2009

4.    Method of Service:    Federal Express – Standard Overnight Delivery

                            CARSON FISCHER, P.L.C.

                          By:  */s/ Patrick J. Kukla*
                                Patrick J. Kukla (P60465)
                                4111 Andover Road, West-2nd Flr.
                                Bloomfield Hills, MI  48302
Dated: June 17, 2009               Tele:  (248) 644-4840