CARSON FISCHER, P.L.C.
Counsel for Behr America, Inc.,
Behr GmbH & Co. KG, Bing Metal
Group, Inc., J2 Management Corp. and its
subsidiaries, A.G. Simpson Automotive, Inc.,
A.G. Simpson (USA), Inc. and Tiercon Corp.,
Lapeer Metal Stamping Companies, Inc., RIMA
Manufacturing Company, and Rush Trucking
Corporation
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI  48302
(248) 644-4840
Patrick J. Kukla (P60465)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                       :
In re:                                                 :        Chapter 11
                                                       :        Case No.: 09-50026 (REG)
GENERAL MOTORS CORPORATION, *et al.*,   :        (Jointly Administered)
                                                       :
            Debtors.                                   :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Patrick J. Kukla, certify that on June 12, 2009, I electronically filed the following

papers with the Clerk of the Court using the ECF system which will send notification of

such filing to the attorneys of record listed on the Court's ECF system for the above-

captioned case:

a.    Behr America, Inc.'s Objection to Notice of (I) Debtors' Intent to Assume
      and Assign Certain Executory Contracts, Unexpired Leases of Personal
      Property and Unexpired Leases of Non-Residential Real Property and (II)
      Cure Costs Related Thereto [Docket # 916];

b.    Behr GmbH & Co. KG's Objection to Notice of (I) Debtors' Intent to
      Assume and Assign Certain Executory Contracts, Unexpired Leases of
      Personal Property and Unexpired Leases of Non-Residential Real
      Property and (II) Cure Costs Related Thereto [Docket # 919];

c.  Bing Metals Group, Inc.'s Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Non-Residential Real Property and (II) Cure Costs Related Thereto [Docket # 912];

d.  Notice of Appearance, Request for Service of Papers and Request to be Added to the General Service List [J2 Management Corp. and its subsidiaries, A.G. Simpson Automotive, Inc., A.G. Simpson (USA), Inc. and Tiercon Corp.] [Docket # 882];

e.  J2 Management Corp.'s Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto [Docket # 894];

f.  Notice of Appearance, Request for Service of Papers and Request to be Added to the Matrix [Lapeer Metal Stamping Companies, Inc.] [Docket # 880];

g.  Lapeer Metal Stamping Companies, Inc.'s Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Non-Residential Real Property and (II) Cure Costs Related Thereto [Docket # 890];

h.  RIMA Manufacturing Company's Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto[Docket # 897];

i.  Notice of Appearance, Request for Service of Papers and Request to be Added to the Matrix [Rush Trucking Corporation] [Docket # 926]

j.  Rush Trucking Corporation's Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Non-Residential Real Property and (II) Cure Costs Related Thereto [Docket # 931].

CARSON FISCHER, P.L.C.

By:  _/s/  Patrick J. Kukla_____
Patrick J. Kukla (P60465)
4111 Andover Road, West-2nd Flr.
Bloomfield Hills, MI  48302
Dated:  June 17, 2009                    Tele:  (248) 644-4840