# *Charles Benninghoff*

Post Office Box 2806
Rancho Cucamonga, California 91729
949-240-3000 | Cell : 949-510-1100 | GMG2@Gamewardens.US

June 11, 2009

Hon. Robert E. Gerber
Bankruptcy Court Chamber 621
Bankruptcy Court of New York
One Bowling Green
New York, NY 10004-1408


RECEIVED JUN 16 2009 U.S. BANKRUPTCY COURT, SDNY REG

Dear Judge Gerber:

I am a stockholder of General Motors and own 5,000 shares of its common stock.

I request permission to make detailed objections known to you to the bankruptcy plan filed by the United States in behalf of the United Auto Workers (UAW) which objections will be based *inter alia* upon the following known facts:

1. The socialist regime now in power in the United States, referred to as the "current administration" or "CA" unlawfully interfered in the private enterprise operations of General Motors (GM) by requiring GM to receive cash infusions instead of allowing GM to file for bankruptcy as was its right so to do.
2. The CA publicly argued that GM was too big to fail even while knowing that bankruptcy by GM on its own terms would have far better served GM's survivability, creditors and shareholders.
3. GM possessed at all times the unqualified right to file for bankruptcy and would have done so on its own save for the unlawful intervention by the CA.
4. The cash from the CA to GM was publicly stated by the CA to be a "saving GM" tactic while the truth of the matter is that the CA forced GM into taking cash so that the CA could take control of GM.
5. The reason why the CA wanted to take control of GM was to illegally reward the UAW for having donated 99% of all UAW political contributions, amounting to in excess of $25 million, to the CA. Beyond the cash contributions were tens of thousands of hours of unpaid campaign organizing efforts accomplished in behalf of the CA by the rank and file of the UAW. Thus, the 17% equity stake in GM afforded the UAW by the CA is an illegal kickback.
6. The lawyers representing GM have irresolvable conflicts of interest which prohibit them from representing GM in any capacity before this court.
7. The tactics of the CA are unlawful uses of executive and legislative powers.

With kindest regards

*Charles Benninghoff*
Charles Benninghoff

CC: United States Trustee

## PROOF OF SERVICE

I am a citizen of the United States; I am over 18 years of age; my business address is P. O. Box 2806, Rancho Cucamonga, CA 91729. I am employed in the County of San Bernardino where this mailing occurred.

On June 11, 2009, I served the following document:

Letter dated June 11, 2009, regarding General Motors, addressed to:

Hon. Robert E. Gerber
Bankruptcy Court Chamber 621
Bankruptcy Court of New York
One Bowling Green
New York, NY 10004-1408

By placing a true coy thereof enclosed in a sealed envelope and served in the manner described below to:

Diana G. Adams, U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

__X__ **BY MAIL**: I caused such envelope to be deposited in the mail at my business address, addressed to the addressee designated. It is deposited with the United States Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Rancho Cucamonga, California on June 11, 2009

Nancy L. Benninghoff