Varnum LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI  49501-0352
(616) 336-6000
Mary Kay Shaver (P-60411)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

─────────────────────────────────── x

In re:                                                      Case No. 09-50026 (REG)
                                                            (Jointly Administered)
GENERAL MOTORS CORP., et al.,

        Debtors.                                    Chapter 11

─────────────────────────────────── x

**CERTIFICATE OF SERVICE**

The undersigned certifies that she is an employee of Varnum LLP and that on June 15, 2009 a copy of Motion for Admission, Pro Hac Vice for the following entities: (1) ADAC Plastics, Inc.; (2) BHM Technologies Holdings, Inc., The Brown Company of Waverly, LLC, The Brown Company of Moberly, LLC, and The Brown Corporation de Saltillo, S. de R.L. de C.V.; (3) Cinetic Automation Corp., Cinetic DyAG Corporation and Cinetic Landis Corp.; (4) Coastal Container Corporation and Vericorr Packaging of Coastal LLC; (5) Dakkota Integrated Systems, L.L.C.; (6) J.L. French Automotive Castings, Inc. and Nelson Metal Products LLC; (7) Mando Corporation; (8) Modineer Co.; (9) Summit Polymers, Inc.; and (10) WITTE-Velbert GmbH & Co. KG. was served via respective e-mail addresses upon the ECF participants contained in the attached list hereto ("LIST OF ECF PARTICIPANTS"); and upon the parties below via mail delivery on June 17, 2009, by placing the same in duly-addressed envelopes and depositing them in the firm's internal office mail for pick-up and delivery via U.S. Mail, First Class, postage prepaid thereon from Grand Rapids, Michigan:

| Debtors | Harvey R. Miller, Esq. |
|---|---|
| c/o General Motors Corporation | Stephen Karotkin, Esq. |
| Attn: Warren Command Center | Joseph H. Smolinsky, Esq. |
| Mailcode 480-206-114 | Weil, Gotshal & Manges LLP |
| 30009 Van Dyke Avenue | 767 Fifth Avenue |
| Warren, MI  48090-9025 | New York, NY  10153 |
| FAX: 248/312-7191 | harvey.miller@weil.com |

|  | stephen.karotkin@weil.com<br>joseph.smolinsky@weil.com |
|---|---|
| Matthew Feldman, Esq.<br>U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC  20220<br>FAX: 202/622-6415 | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281<br>john.rapisardi@cwt.com |
| Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway 57th Floor<br>New York, NY  10019<br>mjedelamn@vedderprice.com<br>mschein@vedderprice.com | Office of U.S. Trustee for the<br>Southern District of New York<br>Attn: Diana G. Adams, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004<br>FAX: 212/668-2256 |

I declare that the above statements are true to the best of my information, knowledge and belief.

June 17, 2009                                                            /s/ Charlene A. Vondett
                                                                                    Charlene A. Vondett

#2719439