PEPPER HAMILTON LLP
Linda J. Casey, Esq. (LC1891)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
E-mail: caseyl@pepperlaw.com

Counsel for BNSF Railway Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                              :    Chapter 11
In re                                         :
                                              :    Case No. 09-50026 (REG)
GENERAL MOTORS CORP., *et al.*,               :
                                              :
        Debtors.                              :
                                              :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 17, 2009, copies of the Objection Of BNSF Railway Company To Notice Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property, And (II) Cure Amounts Related Thereto were caused to be served by overnight courier upon the entities on the attached service list.

/s/ Linda J. Casey
Linda J. Casey (LC 1891)
Edward C. Toole, Jr.
PEPPER HAMILTON LLP
3000 Two Logan Square,
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000
Counsel for BNSF Railway Company

Dated: June 17, 2009

#11137020 v1 (999932.2002)

The Debtors
c/o General Motors Corporation
Attn: Warren Command Center
Mailcode 480-206-114
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

General Motors Corporation
c/o Harvey R. Miller, Esquire
Stephen Karotkin, Esquire
Joseph H. Smolinsky, Esquire
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Matthew Feldman, Esquire
U. S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220

Purchaser
c/o John J. Rapisardi, Esquire
Cadwalader Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281

Creditors Committee
c/o Gordon Z. Novod, Esquire
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Export Development Canada
c/o Michael J. Edelman, Esquire
Michael L. Schein, Esquire
Vedder Price, PC
1633 Broadway
47th Floor
New York, NY 10019

Diana G. Adams, Esquire
Office of the U. S. Trustee
For the SDNY
33 Whitehall Street
21st Floor
New York, NY 10004

#11134937 v1