sUNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
::
In re : Chapter 11 Case No.
:
**GENERAL MOTORS CORP.**, *et al.*, : 09- 50026 (REG)
:
          Debtors. : (Jointly Administered)
:
------------------------------------------------------------x

### NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON JUNE 18, 2009 AT 11:00 A.M.

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.**  **UNCONTESTED MATTERS:**

    1.  Motion by Debtors for Entry of Order Pursuant to Section 365 of the Bankruptcy Code Authorizing the Rejection of Aircraft and Airport Lease Agreements and for Related Relief filed **[Docket No. 155]**

        Related Documents:  None to date.

        Objection Deadline:  June 12, 2009 at 5:00 p.m.

        Objections Received:  None to date.

Dated: June 17, 2009
      New York, New York

                                              /s/ Joseph H. Smolinsky
                                              Harvey R. Miller
                                              Stephen Karotkin
                                              Joseph H. Smolinsky

                                              WEIL, GOTSHAL & MANGES LLP
                                              767 Fifth Avenue
                                              New York, New York 10153
                                              Telephone: (212) 310-8000
                                              Facsimile: (212) 310-8007

                                              Attorneys for Debtors
                                              and Debtors in Possession