# EXHIBIT A

**ComEd Deposit Request**

General Motors Corporation

| Account Number | Premise Address | Pre-Petition Exposure | Pre-Petition Deposit | Monthly Average | 2 Month Request |
|---|---|---|---|---|---|
| 31310-27027 | 1355 Remington Blvd<br>Bolingbrook 60440 | $3,361.00 | $0.00 | $6,464.28 | $12,925.00 |
| 71796-22002 | 336 e Ogden Ave<br>Hinsdale 60521 | $430.00 | $0.00 | $1,410.11 | $2,820.00 |
| TOTAL | | $3,791.00 | $0.00 | $7,874.39 | $15,745.00 |

# EXHIBIT B

| | GENERAL MOTORS | | | |
|---|---|---|---|---|
| | 09-50002 | | | |
| | PECO ENERGY COMPANY | | | |
| Account No. | Address | Exposure | 1-Month Deposit | 2-Month Deposit |
| 58327-01209 (gas) | 200 Cabot Blvd., Fairless Hills, PA 19030 | $3,600.00 | $26,500.00 | $53,000.00 |
| 27398-01208 (electric) | 0 Cabot Blvd., Fairless Hills, PA 19030 | $64,000.00 | $46,500.00 | $93,000.00 |
| TOTAL | | $67,600.00 | $73,000.00 | $146,000.00 |

283332