UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| **GENERAL MOTORS CORP.**, *et al.*, | : | Case No. 09-50026 (REG) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

-----------------------------------------------------------------x

### CERTIFICATE OF SERVICE

I, Jil Mazer-Marino, Esq., hereby certify that on this 17th day of June 2009, I caused a true and correct copy of the *Joinder Of The Commonwealth Edison Company And PECO Energy Company To Objection Of Certain Utility Companies To Motion Of Debtors For Entry Of Order Pursuant To 11 U.S.C. §§ 105(a) And 366 (I) Approving Debtors' Proposed Form Of Adequate Assurance Of Payment, (II) Establishing Procedures For Resolving Objections By Utility Companies, And (III) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Service* to be served upon the parties listed below in the manner indicated:

**Debtors via overnight delivery by Federal Express:**
General Motors Corporation
Attn: Lawrence S. Buonomo, Esq.
300 Renaissance Center
Detroit, Michigan  48265

**Counsel for Debtors via E-mail through the Courts' ECF System:**
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
E-mail: harvey.miller@weil.com; stephen.karotkin@weil.com;
joseph.smolinsky@weil.com

1

**The United States Trustee via overnight delivery by Federal Express:**
Office of the United States Trustee for the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street
21st Floor
New York, New York  10004

**Counsel for the Purchaser via overnight delivery by Federal Express:**
John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York  10281

**Counsel for the U.S. Treasury via overnight delivery by Federal Express:**
Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C.  20220

**Counsel for the EDC via E-mail through the Courts' ECF System:**
Michael J. Edelman, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York  10019
E-mail: mjedelman@vedderprice.com

**Counsel for the EDC via overnight delivery by Federal Express:**
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York  10019

**Counsel for the Official Committee of Unsecured Creditors via overnight delivery by Federal Express:**
Kenneth H. Eckstein, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

**Counsel for the UAW via overnight delivery by Federal Express:**
UAW
Attn: Daniel W. Sherrick, Esq.
8000 East Jefferson Avenue
Detroit, Michigan  48214

**Counsel for the UAW via E-mail through the Courts' ECF System:**
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York  10006
E-mail: maofiling@cgsh.com

Babette Ceccotti, Esq.
Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, New York  10036
E-mail: bceccotti@cwsny.com

**Counsel for the U.S. Attorney's Office, S.D.N.Y., via E-mail through the Courts' ECF System:**
Matthew L. Schwartz, Esq.
The U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street
Third Floor
New York, New York  10007
E-mail: matthew.schwartz@usdoj.gov

**Counsel for the U.S. Attorney's Office, S.D.N.Y., via overnight delivery by Federal Express:**
David S. Jones, Esq.
The U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street
Third Floor
New York, New York  10007

**All Other Parties entitled to notice via E-mail through the Court's ECF System.**

/s/ Jil Mazer-Marino<br>Jil Mazer-Marino (JM-6470)