**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re:                                              :    Chapter 11
                                                    :
GENERAL MOTORS CORP., *et al.*,                     :    Case No. 09-50026 (REG)
                                                    :
                                   Debtors          :    Jointly Administered
                                                    :
---------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF OBJECTION OF FANUC ROBOTICS AMERICA, INC. TO NOTICE OF (I) DEBTOR'S INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO

Based on the receipt of a second Notice of Intent, FANUC Robotics America, Inc. ("FANUC"), by and through its attorneys, Foley & Lardner LLP, hereby withdraws the Objection of FANUC Robotics America, Inc. to Notice of (i) Debtor's Intent To Assume And Assign Certain Executory Contracts And (ii) Cure Costs Related Thereto (Docket No. 1391), filed on June 15, 2009.

Dated:   June 17, 2009              FOLEY & LARDNER LLP

                                    /s/ Ann Marie Uetz
                                    Ann Marie Uetz
                                    500 Woodward Avenue, Suite 2700
                                    Detroit, MI 48226-3489
                                    Telephone: (313) 234-7100
                                    Facsimile: (313) 234-2800

                                    *Attorneys for FANUC Robotics America, Inc.*

DETR_1211364.1