**DAY PITNEY LLP**
Amish R. Doshi (AD 5996)
7 Times Square
New York, New York 10036
Telephone:   (212) 297-5800
Facsimile:    (212) 916-2940
E-Mail:        adoshi@daypitney.com

*Attorneys for Oracle USA, Inc.*

Sale Hearing Date: June 30, 2009
Sale Hearing Time: 9:45 AM
Sale Objection Date: June 19, 2009
Contract Assumption/Assignment
Objection Date: June 15, 2009

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE REGARDING ORACLE USA, INC.'S LIMITED OBJECTION TO (A) NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NON RESIDENTIAL REAL PROPERTY AND (II) CURE COSTS RELATED THERETO AND (B) DEBTORS MOTION PURSUANT TO 11 U.S.C. §§ 105, 363(b), (f), (k), AND (m), AND 365 AND FED. R. BANKR. P. 2002, 6004, AND 6006, TO (I) APPROVE  (A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) OTHER RELIEF**

MARCIA L. STEEN, of full age, hereby certifies as follows:

1.     I am a paralegal employed by the firm of Day Pitney LLP and based out of its office located at 200 Campus Drive, Florham Park, New Jersey.  Day Pitney is counsel for Oracle USA, Inc. in connection with the above-referenced matter.

2. On June 15, 2009, I electronically filed Oracle USA, Inc.'s Limited Objection To (A) Notice Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Non Residential Real Property And (II) Cure Costs Related Thereto And (B) Debtors Motion Pursuant To 11 U.S.C. §§ 105, 363(b), (f), (k), And (m), And 365 And Fed. R. Bankr. P. 2002, 6004, And 6006, To (I) Approve (A) The Sale Pursuant To The Master Sale And Purchase Agreement With Vehicle Acquisition Holdings LLC, A U.S. Treasury Sponsored Purchaser, Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (B) The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; And (C) Other Relief (the "Objection") with the United States Bankruptcy Court for the Southern District of New York thereby causing the parties entitled to receive notice to be served via the Court's ECF system.

3. In addition, on June 15, 2009, I caused copies of the Objection to be served upon the parties identified on the attached service list as noted thereon.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Marcia L. Steen
MARCIA L. STEEN

Dated: June 17, 2009

**Service List**

| Party | Manner of Service |
|---|---|
| **The Debtors:**<br><br>c/o General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>Attn:  Warren Command Center, Mailcode  480-206-114 | Via Overnight Mail |
| **Counsel for the Debtors**:<br><br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>Attn:  Harvey R. Miller, Esq., Stephen Karotkin, Esq. and Joseph H. Smolinsky, Esq.<br>Emails: harvey.miller@weil.com; stephen.karotkin@weil.com; joseph.smolinsky@weil.com | Via Email and Regular Mail |
| United States Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC  20220<br>Attn: Matthew Feldman, Esq. | Via Overnight Mail |
| **Counsel for the Purchaser:**<br><br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York NY 10281<br>Attn:  John J. Rapisardi, Esq.<br>Email: john.rapisardi@cwt.com | Via Email and Regular Mail |
| **Counsel for Export Development Canada:**<br><br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY  10019<br>Attn:  Michael J. Edelman, Esq. and Michael L. Schein, Esq.<br>Emails: mjedelman@vedderprice.com; mschein@vedderprice.com | Via Email and Regular Mail |

| Party | Manner of Service |
|---|---|
| **Counsel for the Creditors' Committee:**<br><br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Attn:  Thomas Moers Mayer, Esq., Kenneth H. Eckstein, Esq. & Gordon Z. Novod, Esq.<br>Emails: tmayer@kramerlevin.com; keckstein@kramerlevin.com;  gnovod@kramerlevin.com | Via Email and Regular Mail |
| **The US Trustee:**<br><br>Office of the Unite States trustee<br>For the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004<br>Attn: Andrew D. Velez-Rivera, Esq. Brian S. Masumoto, Esq. | Via Overnight Mail |
| **The UAW:**<br><br>UAW<br>8000 East Jefferson Avenue<br>Detroit, Michigan 48214<br>Attn: Daniel W. Sherrick, Esq. | Via Overnight Mail |
| **Counsel for the UAW:**<br><br>Cleary Gottlieb Steen & Hamilton LLP,<br>One Liberty Plaza,<br>New York, New York 10006<br>Attn: James L. Bromley, Esq.<br>Email: jbromley@cgsh.com | Via Email and Regular Mail |
| **Counsel for the UAW:**<br><br>Cohen, Weiss and Simon LLP<br>330 W. 42nd Street<br>New York, New York 10036<br>Attn: Babette Ceccotti, Esq.<br>Email: bceccotti@cwsny.com | Via Email and Regular Mail |
| **The U.S. Attorney:**<br><br>Office of the U.S. Attorney for the S.D.N.Y.<br>86 Chambers Street<br>Third Floor<br>New York, New York 10007<br>Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq. | Via Overnight Mail |