KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York  10036
Telephone: (212) 715-3275
Facsimile: (212) 715-8000
Thomas Moers Mayer
Kenneth H. Eckstein
Robert T. Schmidt
Adam C. Rogoff

*Proposed Counsel for the Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                          :
In re:                                    :    Chapter 11 Case No.:
                                          :
GENERAL MOTORS CORP., *et al.*,           :    09-50026 (REG)
                                          :
                    Debtors.              :    (Jointly Administered)
                                          :
------------------------------------------------------------ X

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on June 30, 2009, at 9:45 a.m. (prevailing Eastern Time) to consider the (i) Application of the Official Committee of Unsecured Creditors of General Motors Corp., *et al*. for entry of an order authorizing and approving the employment and retention of Kramer Levin Naftalis & Frankel LLP as Counsel, *nunc pro tunc*, to June 3, 2009 (the "**Application**").

PLEASE TAKE FURTHER NOTICE that that objections, if any, to the Application must be made in writing, with a hard copy to Chambers; conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court Southern District of New

York; and be filed with the Bankruptcy Court so as to be actually received by the applicant not later than 4:00 p.m. (prevailing Eastern Time) on June 26, 2009.

Dated: New York, New York
June 17, 2009

          KRAMER LEVIN NAFTALIS & FRANKEL LLP

          By: /s/ Thomas Moers Mayer
             Thomas Moers Mayer
             Kenneth H. Eckstein
             Robert T. Schmidt
             1177 Avenue of the Americas
             New York, New York  10036
             Phone: (212) 715-3275
             Fax: (212) 715-8000

             Proposed Counsel for Official Committee of
             Unsecured Creditors of General Motors Corp., *et al.*