Lucas Ward
Assistant Attorney General
Collections Enforcement Section
150 E. Gay St., 21st Floor,
Columbus, Ohio 43215
(614) 752-9068
(614) 866-418-7625 (fax)
lucas.ward@ohioattorneygeneral.gov
ATTORNEY FOR THE STATE OF OHIO

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
**GENERAL MOTORS CORP.,** *et al.,*                            :    *09-50026-REG*
                                                               :
                        Debtors.                               :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

### NOTICE OF APPEARANCE OF CO-COUNSEL FOR THE STATE OF OHIO

PLEASE TAKE NOTICE that the State of Ohio appears herein by its counsel for the limited purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the proofs of claim(s) and also at the following address:

> State of Ohio
> c/o Lucas Ward
> Office of the Ohio Attorney General
> 150 East Gay Street, 21st Floor
> Columbus, OH  43215
> 614-752-9068
> 614-752-9070 (FAX)

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Fed. R. Bankr. P. 2002 but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which

affect or seek to affect in any way the procedural or equitable rights or interests of the State of Ohio.

        RICHARD CORDRAY
        Attorney General of Ohio

        /s/ Lucas Ward

        _____

        Lucas Ward (0076654)
        Assistant Attorney General
        150 East Gay Street, 21st Floor
        Columbus, OH  43215
        614-752-9068
        866-418-7625 (FAX)
        lucas.ward@ohioattorneygeneral.gov

        Co-counsel for State of Ohio

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing *Notice of Appearance of Co-Counsel for the State of Ohio* was served on or by June 18, 2009 via ECF/PACER on all parties that have entered their appearance herein so as to receive electronic service of pleadings.

/s/ Lucas Ward

_____

Lucas Ward