**MACHINE CO., INC.**

181 Circuit Drive, North Kingstown, RI 02852
Tel. (401) 294-6600 Fax (401) 294-6262
E-Mail: info@supfina-machine.com

June 15, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attention : Vito Genna

Subject:   General Motors Corp., Chapter 11 Case No. 09-50026
           Vendor ID# 341376697- Supfina Machine Company, Inc.
           Objection to Cure Amount

Dear Mr. Genna,

In response to the June 5, 2009 notice of debtors' intent regarding General Motors Chapter 11 case No. 09-50026, this letter is to object to the cure amount (-$95,898.29) offered to Grieshaber Verwaltungs GMBH (parent company of Supfina Machine Company, Inc.).

We respectfully present the following and attached supporting documents for your consideration.

1. Supplier
    1. Parent :        Grieshaber Verwaltungs GMBH (Germany)
    2. Parent ID #:    341376697
    3. Subsidiary:     Supfina Machine Company, Inc
    4. Address:        181 Circuit Drive, North Kingstown, RI 02852

2. Cure amount
    1. Offered by GM:                          ($95,898.29)
    2. Amount according to Supfina records:    ($77,981.68)*

*A copy of Supfina's open aging report is attached.

I appreciate your attention in this matter.

Sincerely,
Supfina Machine Company, Inc.

Andrew M. Corsini
President and CEO

(D) 401-294-1702
(C) 401-451-6230
Andrew.Corsini@Supfina.com



Supina Machine Co., Inc.
ACCOUNTS RECEIVABLE AGING REPORT

Aged As Of 06/11/2009
Printed In  Customer Number, Apply-To Number Order, Detail, Open Items Only
Minimum Balance Due: All
In Aging Period Or Older: All
Balance Forward Totals to Current Period Only
Document Types    I = Invoice    P = Payment    C = Cr Memo    D = Dr Memo    B = Balance Forward    F = Finance Charge
Notes:  Types I, B And F Are Aged By Their Due Date.  Types P, C And D Are Aged By Due Date Of The Document To Which They Apply.
        On Types I, B, C And D Amount-1 Is Sale Amt.  On Type P Amount-1 Is Cash Receipt Amt.  On Type F Amount-1 Is Fin Charge Amt.
        On Types I, C, and D Amount-2 Is Other Charges.  On Type P Amount-2 Is Discount And Allowance. (No Amount-2 For Types F & B).

```
Cust-No    Name
Bal-Mthd   Contact                                              **************** Aged Customer Balance ****************
Phone-No   Terms          Slsman  Cllectr  Terr Loc    Crdt-Lmt     NOT DUE      0-30 DAYS    31-60 DAYS    OVER 60 DAYS
==================================================================================================================================
    2677  GENERAL MOTORS MASTER ACCOUNT
Opn-Itm
           2nd Day, 2nd Mo   10


  Doc-No  Doc-Date     Tp Aply-To  Due-Date     Amount-1       Amount-2     Doc Total    Apply-To Balance     Reference
   70808  07/08/2008   P        0  07/08/08    95,898.29-          .00    95,898.29-      95,898.29-  overpaid 39652
   38942  10/15/2007   I    38942  12/14/07     3,121.80           .00     3,121.80        3,121.80   Po: WIR61188  Our Ord:53888400
  120307  12/03/2007   P    38942  12/03/07     1,460.80-          .00     1,460.80-       1,661.00   Cus:000000002677  Chk:  120307
   39100  11/16/2007   I    39100  01/15/08     2,661.12           .00     2,661.12        2,661.12   Po: WIR01454  Our Ord:53911900
   10708  01/07/2008   P    39100  01/07/08     1,529.50-          .00     1,529.50-       1,131.62   Cus:000000002677  Chk:   10708
   39253  12/07/2007   I    39253  02/05/08     4,563.00           .00     4,563.00        4,563.00   Po: WIR63657  Our Ord:53903600
   20108  02/01/2008   P    39253  02/01/08     3,201.50-          .00     3,201.50-       1,361.50   Cus:000000002677  Chk:   20108
   39858  02/29/2008   I    39858  04/29/08     6,889.20           .00     6,889.20        6,889.20   RCL FROM2680 39451/52/73/80/90
   30308  03/03/2008   P    39858  03/03/08     5,133.60-          .00     5,133.60-       1,755.60   INV 39451 RCL FROM 2680
   70808  07/08/2008   P    39858  07/08/08       762.00-          .00       762.00-         993.60   overpaid 39652
   40099  05/07/2008   I    40099  07/06/08     3,032.64           .00     3,032.64        3,032.64   Po: WIR70003  Our Ord:53934500
   40398  06/27/2008   I    40398  08/26/08       612.00           .00       612.00          612.00   Po: WIR68992  Our Ord:53934100
   70808  07/08/2008   P    40398  07/08/08       471.00-          .00       471.00-         141.00   overpaid 39652
   40535  07/31/2008   I    40535  09/29/08     2,661.12           .00     2,661.12        2,661.12   Po: WIR72159  Our Ord:53945900
   70808  07/08/2008   P    40535  07/08/08     1,529.50-          .00     1,529.50-       1,131.62   overpaid 39652
   40649  08/21/2008   I    40649  10/20/08     1,985.28           .00     1,985.28        1,985.28   Po: WIR72159  Our Ord:53945900
   70808  07/08/2008   P    40649  07/08/08     1,089.00-          .00     1,089.00-         896.28   overpaid 39652
   41148  12/18/2008   I    41148  02/16/09     7,200.00           .00     7,200.00        7,200.00   Po: PLS06460  Our Ord:53893903
   41153  12/22/2008   I    41153  02/20/09        67.35           .00        67.35           67.35   Po: WIS59100  Our Ord:53939901
   41572  06/08/2009   I    41572  08/07/09       300.00           .00       300.00          300.00   Po: WIR77797  Our Ord:53966500

                Customer Total:                77,981.68-        300.00                         .00
                                                                                   .00                       78,281.68-


      1 Cust Printed  Grand Totals:            77,981.68-        300.00                         .00
                                                                                   .00                       78,281.68-

                % Of Balance:                                      .38-                         .00
                                                                                   .00                          100.38


                Outstand B,D,I                 17,916.61         300.00                         .00
                                                                                   .00                       17,616.61

                Unapplied C,P                  95,898.29-           .00                         .00
                                                                                   .00                       95,898.29-

                Finance Charges                      .00            .00                         .00
                                                                                   .00                             .00
```

# supfina

**Supfina Machine Company, Inc.**
181 Circuit Drive • N. Kingstown, RI 02852
Tel: 401.294.6600 • Fax: 401.294.6262
info@supfina-usa.com

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 10/15/07 | 38942 | 1 |

**REMITTANCE ADDRESS**
SUPFINA MACHINE CO., INC.
181 CIRCUIT DR. • NORTH KINGSTOWN, RI 02852

**SOLD TO**
GENERAL MOTORS MASTER ACCOUNT
P.O. BOX 2000
FLINT, MI 48501-2000
USA

**SHIP TO**
GM OF CANADA - WINDSOR TRANSM
WALKER & SEMINOLE
MAIN STORES - NORTH DOCK
WINDSOR, ON  N8W 5M1
CANADA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES REP. | PURCHASE ORDER NO. | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|---|
| 53888400 | 06/20/07 | 000000002677 | | WIR61188 | 10/15/07 | FEDEX OVERNIGHT |

| QUANTITY ORDER / QUANTITY SHIPPED | UNIT | ITEM NO. / QUANTITY BACK ORDERED | ITEM DESCRIPTION | PRICE UNIT / ITEM DISC. | UNIT PRICE / EXTENDED PRICE |
|---|---|---|---|---|---|
| 1.00 / 1.00 | EA | 350-100.4:05-2 | HOUSING<br>ITEM ID: 0423-52JM<br>COUNTRY OF ORIGIN: GERMANY<br>8466.20.8035 | | 3,121.800 / 3,121.80 |

*File Copy*

*Paid
1460.80*

*Balance
Dg 166?*

2nd Day, 2nd Mo

| | |
|---|---|
| SALES AMOUNT | 3,121.80 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 3,121.80 |
| PAYMENT RECEIVED | .00 |
| BALANCE DUE | 3,121.80 |

FP709 MODIFIED    2393391



| | | |
|---|---|---|
| FedEx Express<br>Customer Support Trace<br>3875 Airways Boulevard<br>Module H, 4th Floor<br>Memphis, TN 38116 | U.S. Mail: PO Box 727<br>Memphis, TN 38194-4643<br><br>Telephone: 901-369-3600 | |

April 8, 2009

Dear Customer:

The following is the proof-of-delivery for tracking number **856747598369**.

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 1550 KILDARE |
| Signed for by: | B.LEMIRE | Delivery date: | Oct 16, 2007 10:06 |
| Service type: | International Priority Service | | |

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 856747598369 | Ship date: | Oct 15, 2007 |

**Recipient:**
GM OF CANADA
WALKE Y SEMIMOLE
MAIN STORES-NORTH DOCK
WINDSOR, ON N8W5M1 CA

Reference

**Shipper:**
I. MOORE
SUPFINA MACHINE CO INC
181 CIRCUIT DR
NORTH KINGSTOWN, RI 028527439 US

538.883 X 538.884

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# supfina

**Supfina Machine Company, Inc.**
181 Circuit Drive • N. Kingstown, RI 02852
Tel: 401.294.6600 • Fax: 401.294.6262
info@supfina-usa.com

**INVOICE**

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 11/16/07 | 39100 | 1 |

**REMITTANCE ADDRESS**
SUPFINA MACHINE CO., INC.
181 CIRCUIT DR. • NORTH KINGSTOWN, RI 02852

**SOLD TO**
GENERAL MOTORS MASTER ACCOUNT
P.O. BOX 2000
FLINT, MI 48501-2000
USA

**SHIP TO**
GM OF CANADA - WINDSOR TRANSM
WALKER & SEMINOLE
MAIN STORES - NORTH DOCK
WINDSOR, ON N8W5M1
CANADA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES REP. | PURCHASE ORDER NO. | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|---|
| 53911900 | 11/16/07 | 000000002677 | 10 | WIR01454 | 11/16/07 | FEDEXGROUND COL |

| QUANTITY ORDER / QUANTITY SHIPPED | UNIT | ITEM NO. / QUANTITY BACK ORDERED | ITEM DESCRIPTION | PRICE UNIT / ITEM DISC. | UNIT PRICE / EXTENDED PRICE |
|---|---|---|---|---|---|
| 2.00 / 2.00 | EA | 43324.20 | ECCENTRIC BUSHING OSC  REPLACES 43321.20  ITEM ID # : 0116-03X4  THIS PART NUMBER REPLACES P/N: 43321.20  COUNTRY OF ORIGIN: GERMANY  9463.60.4000 | | 1,330.560 / 2,661.12 |

*Handwritten notes:*
PARTIAL PYM ?? 1/7/08 Pym from GM references this WO (539119) & PO WIR 65145(??) PD $1529.50
2nd Day, 2nd Mo    Bal. Due $1131.62

| | |
|---|---|
| SALES AMOUNT | 2,661.12 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 2,661.12 |
| PAYMENT RECEIVED | .00 |
| BALANCE DUE | 2,661.12 |



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

April 8, 2009

Dear Customer:

The following is the proof-of-delivery for tracking number **420624310000347**.

---

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 1550 KILDARE ROAD<br>Windsor, ON N8Y4S1 |
| **Signed for by:** | LLEMIR | **Delivery date:** | Nov 27, 2007 10:57 |
| **Service type:** | Ground-Direct Signature Required-International | | |

*[signature]*

L.LEMIR
#13, 10:57, 3 Del, 0 NonDel

---

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 420624310000347 | **Ship date:**<br>**Weight:** | Nov 20, 2007<br>2.2 lbs. |

**Recipient:**
GM of Canada- Windsor Transmission
GM of Canada-Windsor Trans PWT
Walker and Seminole
Main Stores - North Dock
WINDSOR, ON N8W5M1 CA
**Reference**

**Shipper:**
Jay Moon
Supfina Machine Co.
181 Circuit Drive
North Kingstown, RI 02852 US

539119

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# supfina

**Supfina Machine Company, Inc.**
181 Circuit Drive • N. Kingstown, RI 02852
Tel: 401.294.6600 • Fax: 401.294.6262
info@supfina-usa.com

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 12/07/07 | 39253 | 1 |

**REMITTANCE ADDRESS**
SUPFINA MACHINE CO., INC.
181 CIRCUIT DR. • NORTH KINGSTOWN, RI 02852

**SOLD TO**
GENERAL MOTORS MASTER ACCOUNT

P.O. BOX 2000
FLINT, MI 48501-2000
USA

**SHIP TO**
GM OF CANADA - WINDSOR
WALKER & SEMINOLE
MAIN STORES - NORTH DOCK
WINDSOR, ONTARIO   N8W 5M1
CANADA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES REP. | PURCHASE ORDER NO. | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|---|
| 53903600 | 09/20/07 | 000000002677 | | WIR63657 | 12/07/07 | FED EX GROUND |

| QUANTITY ORDER / QUANTITY SHIPPED | UNIT | ITEM NO. / QUANTITY BACK ORDERED | ITEM DESCRIPTION | PRICE UNIT / ITEM DISC. | UNIT PRICE / EXTENDED PRICE |
|---|---|---|---|---|---|
| 5.00 / 5.00 | EA | 350-100.3:11-4 | CYLINDER GEAR | | 912.600 / 4,563.00 |
| | | | ITEM ID: 0372-G5C4 | | |
| | | | COUNTRY OF ORIGIN: GERMANY | | |
| | | | 8483.40.90000 | | |

*Balance Due $1361.50*

2nd Day, 2nd Mo

| | |
|---|---|
| SALES AMOUNT | 4,563.00 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 4,563.00 |
| PAYMENT RECEIVED | .00 |
| BALANCE DUE | 4,563.00 |

Paperware® by Exact Forms™ • To Reorder Forms (800) 468-0834 ext. 2602 • www.exactamerica.com/exactforms     FP709 MODIFIED     2393391



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

April 8, 2009

Dear Customer:

The following is the proof-of-delivery for tracking number **420624310000439**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 1550 KILDARE ROAD<br>Windsor, ON N8Y4S1 |
| Signed for by: | LLMRE | Delivery date: | Dec 19, 2007 10:16 |
| Service type: | Ground-International | | |

L.LMRE
#20, 10:16, 7 Del, 0 NonDel

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 420624310000439 | Ship date: | Dec 12, 2007 |
| | | Weight: | 4.0 lbs. |

**Recipient:**
GM of Canada- Windsor Transmission
GM of Canada-Windsor Trans PWT
Walker and Seminole
Main Stores - North Dock
WINDSOR, ON N8W5M1 CA
Reference

**Shipper:**
Jay Moon
Supfina Machine Co.
181 Circuit Drive
North Kingstown, RI 02852 US

539036

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# supfina

**Supfina Machine Company, Inc.**
181 Circuit Drive • N. Kingstown, RI 02852
Tel: 401.294.6600 • Fax: 401.294.6262
info@supfina-usa.com

**INVOICE**

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 01/21/08 | 39473 | 1 |

**REMITTANCE ADDRESS**
SUPFINA MACHINE CO., INC.
181 CIRCUIT DR. • NORTH KINGSTOWN, RI 02852

| SOLD TO | SHIP TO |
|---|---|
| GENERAL MOTORS MASTER ACCOUNT<br>P.O. BOX 2000<br><br>FLINT, MI 48501-2000<br>USA | GENERAL MOTORS OF CANADA - WI<br>WALKER & SEMINOLE MAIN STORES<br>FEDEX A/C: 131116829<br>WINDSOR, ONTARIO, N8W 5M1<br>CANADA |

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES REP. | PURCHASE ORDER NO. | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|---|
| 53919400 | 01/18/08 | 000000002680 | 10 | WIR66431 | 01/21/08 | FEDEX OVERNIGHT |

| QUANTITY ORDER<br>QUANTITY SHIPPED | UNIT | ITEM NO.<br>QUANTITY BACK ORDERED | ITEM DESCRIPTION | PRICE UNIT<br>ITEM DISC. | UNIT PRICE<br>EXTENDED PRICE |
|---|---|---|---|---|---|
| 6.00<br>6.00 | EA | C-01086-1 | SHIPPED WITH 539204<br>FEDERAL EXPRESS TRACKING # 799258446487<br>SHOE POLYURETHANE<br>PREV P/N: C-01086<br>COUNTRY OF ORIGIN: USA<br>8466.20.8035 | | 165.600<br>993.60 |

2nd Day, 2nd Mo

| | |
|---|---|
| SALES AMOUNT | 993.60 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 993.60 |
| PAYMENT RECEIVED | .00 |
| BALANCE DUE | 993.60 |

perware® by Exact Forms™ • To Reorder Forms (800) 468-0834 ext. 2602 • www.exactamerica.com/exactforms    FP709 MODIFIED    2393391

Detailed Results



# INVOICE

## supfina

**Supfina Machine Company, Inc.**
181 Circuit Drive • N. Kingstown, RI 02852
Tel: 401.294.6600 • Fax: 401.294.6262
info@supfina-usa.com

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 05/07/08 | 40099 | 1 |

**REMITTANCE ADDRESS**
SUPFINA MACHINE CO., INC.
181 CIRCUIT DR. • NORTH KINGSTOWN, RI 02852

| SOLD TO | SHIP TO |
|---|---|
| GENERAL MOTORS MASTER ACCOUNT<br><br>P.O. BOX 2000<br>FLINT, MI 48501-2000<br>USA | GM OF CANADA - WINDSOR TRANSM<br>WALKER & SEMINOLE<br>MAIN STORES - NORTH DOCK<br>WINDSOR, ON N8W5M1<br>CANADA |

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES REP. | PURCHASE ORDER NO. | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|---|
| 53934500 | 04/30/08 | 000000002677 | 10 | WIR70003 | 05/07/08 | FEDEXGROUND COL |

| QUANTITY ORDER / QUANTITY SHIPPED | UNIT | ITEM NO. / QUANTITY BACK ORDERED | ITEM DESCRIPTION | PRICE UNIT / ITEM DISC. | UNIT PRICE / EXTENDED PRICE |
|---|---|---|---|---|---|
| 4.00<br>4.00 | EA | 43313.20 | M-RAIL | | 758.160<br>3,032.64 |

2nd Day, 2nd Mo

| | |
|---|---|
| SALES AMOUNT | 3,032.64 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 3,032.64 |
| PAYMENT RECEIVED | .00 |
| BALANCE DUE | 3,032.64 |

## Detailed Results

| Detailed Results | Notifications |
|---|---|

Enter tracking number [ Track ]

Tracking no.: 420624310001313

✉ E-mail notifications

### Delivered

Initiated — Picked up — In transit — Delivered

**Delivered**
Signed for by: LLEMIRE

**Shipment Dates**

Ship date: May 8, 2008
Delivery date: May 13, 2008 11:17 AM

**Destination**

Windsor, ON
Signature Proof of Delivery

### Shipment Facts                                                                 Help

| Service type | Ground-International | Reference | 539345 |
|---|---|---|---|
| Weight | 14.0 lbs/6.4 kg | | |

### Shipment Travel History                                                        Help

Select time zone: Select                      Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| May 13, 2008 11:17 AM | **Delivered** | Windsor, ON | |
| May 13, 2008 7:29 AM | On FedEx vehicle for delivery | WINDSOR, ON | |
| May 12, 2008 5:44 PM | Arrived at FedEx location | MISSISSAUGA, ON | |
| May 12, 2008 5:39 PM | Clearance delay | MISSISSAUGA, ON | |
| May 9, 2008 11:05 PM | Departed FedEx location | SYRACUSE, NY | |
| May 9, 2008 3:05 PM | Arrived at FedEx location | SYRACUSE, NY | |
| May 9, 2008 7:41 AM | Departed FedEx location | WILLINGTON, CT | |
| May 8, 2008 11:23 PM | Arrived at FedEx location | WILLINGTON, CT | |
| May 8, 2008 9:07 PM | Left FedEx origin facility | WARREN, RI | |
| May 8, 2008 7:57 PM | Arrived at FedEx location | WARREN, RI | |
| May 8, 2008 12:12 PM | Picked up | WARREN, RI | |
| May 7, 2008 9:24 AM | Shipment information sent to FedEx | | |

The new FedEx® Tracking is here. Register for a chance to win big!

FedEx Tracking: Learn about the new features. View demo

# supfina

**Supfina Machine Company, Inc.**
181 Circuit Drive • N. Kingstown, RI 02852
Tel: 401.294.6600 • Fax: 401.294.6262
info@supfina-usa.com

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 06/27/08 | 40398 | 1 |

**REMITTANCE ADDRESS**
SUPFINA MACHINE CO., INC.
181 CIRCUIT DR. • NORTH KINGSTOWN, RI 02852

**SOLD TO**
GENERAL MOTORS MASTER ACCOUNT

P.O. BOX 2000
FLINT, MI 48501-2000
USA

**SHIP TO**
GM OF CANADA - WINDSOR TRANSM
WALKER & SEMINOLE
NORTH DOCK MAIN RECEIVING
WINDSOR, ON N8W5M1
CANADA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES REP. | PURCHASE ORDER NO. | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|---|
| 53934100 | 04/28/08 | 000000002677 | 10 | WIR68992 | 06/27/08 | FEDEXGROUND COL |

| QUANTITY ORDER / QUANTITY SHIPPED | UNIT | ITEM NO. / QUANTITY BACK ORDERED | ITEM DESCRIPTION | PRICE UNIT / ITEM DISC. | UNIT PRICE / EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | SHIPPING TRACKING # 420624310001849 | | |
| 3.00 | EA | 350-100.3:19-4C | PIN | | 204.000 |
| 3.00 | | | | | 612.00 |
| | | | COUNTRY OF ORIGIN: USA | | |
| | | | 8466.20.8035 | | |

*Handwritten:* PARTIAL PAYMENT $471 by GM
GM Applied partial $471 Against overpay
Balance Due $141

2nd Day, 2nd Mo

| | |
|---|---|
| SALES AMOUNT | 612.00 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 612.00 |
| PAYMENT RECEIVED | .00 |
| BALANCE DUE | 612.00 |

Paperware® by Exact Forms™ • To Reorder Forms (800) 468-0834 ext. 2602 • www.exactamerica.com/exactforms    FP709 MODIFIED    2393391



Detailed Results

Tracking no.: 420624310001849

**Delivered**

Initiated   Picked up   In transit   Delivered

Delivered
Signed for by: LLEMIRE

**Shipment Dates**
Ship date: Jun 30, 2008
Delivery date: Jul 14, 2008 10:49 AM

**Destination**
Windsor, ON
Signature Proof of Delivery

**Shipment Facts**

| Service type | Ground-International | Reference | 539341 |
|---|---|---|---|
| Weight | 2.0 lbs/0.9 kg | Purchase order number | WIR68992 |

**Shipment Travel History**

Select time zone: Select
Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Jul 14, 2008 10:49 AM | Delivered | Windsor, ON | |
| Jul 14, 2008 8:07 AM | On FedEx vehicle for delivery | WINDSOR, ON | |
| Jul 3, 2008 7:59 AM | Delivery exception | WINDSOR, ON | Future delivery requested |
| Jul 3, 2008 6:53 AM | At local FedEx facility | WINDSOR, ON | |
| Jul 3, 2008 2:51 AM | Departed FedEx location | MISSISSAUGA, ON | |
| Jul 2, 2008 7:29 PM | Arrived at FedEx location | MISSISSAUGA, ON | |
| Jul 2, 2008 6:07 AM | In transit | BUFFALO, NY | |
| Jul 2, 2008 2:42 AM | Departed FedEx location | SYRACUSE, NY | |
| Jul 1, 2008 5:24 PM | Arrived at FedEx location | SYRACUSE, NY | |
| Jul 1, 2008 7:24 AM | Departed FedEx location | WILLINGTON, CT | |
| Jul 1, 2008 1:12 AM | Arrived at FedEx location | WILLINGTON, CT | |
| Jun 30, 2008 9:39 PM | Left FedEx origin facility | JOHNSTON, RI | |
| Jun 30, 2008 7:50 PM | Arrived at FedEx location | JOHNSTON, RI | |
| Jun 30, 2008 9:52 AM | Picked up | JOHNSTON, RI | |
| Jun 27, 2008 3:26 PM | Shipment information sent to FedEx | | |

# supfina

**Supfina Machine Company, Inc.**
181 Circuit Drive • N. Kingstown, RI 02852
Tel: 401.294.6600 • Fax: 401.294.6262
info@supfina-usa.com

**INVOICE**

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 07/31/08 | 40535 | 1 |

**REMITTANCE ADDRESS**
SUPFINA MACHINE CO., INC.
181 CIRCUIT DR. • NORTH KINGSTOWN, RI 02852

**SOLD TO**
GENERAL MOTORS MASTER ACCOUNT

P.O. BOX 2000
FLINT, MI 48501-2000
USA

**SHIP TO**
GM OF CANADA - WINDSOR TRANSM
WALKER & SEMINOLE    (FEDEX 13
MAIN STORES - NORTH DOCK
WINDSOR, ON N8W5M1
CANADA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES REP. | PURCHASE ORDER NO. | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|---|
| 53945900 | 07/30/08 | 000000002677 | 10 | WIR72159 | 07/31/08 | FEDEXGROUND COL |

| QUANTITY ORDER / QUANTITY SHIPPED | UNIT | ITEM NO. / QUANTITY BACK ORDERED | ITEM DESCRIPTION | PRICE UNIT / ITEM DISC. | UNIT PRICE / EXTENDED PRICE |
|---|---|---|---|---|---|
| 2.00 / 2.00 | EA | 43324.20 | ECCENTRIC BUSHING OSC REPLACES 43321.20 CUSTOMER PN: 0116-03X4 REMACHINED ON 53935701 & 53935801 COUNTRY OF ORIGIN: USA 8466.20.8035 | | 1,330.560 / 2,661.12 |

*Handwritten:* $1529.50 offset by GM against GM overpay
Balance Due $1131.62

2nd Day, 2nd Mo

| | |
|---|---|
| SALES AMOUNT | 2,661.12 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 2,661.12 |
| PAYMENT RECEIVED | .00 |
| BALANCE DUE | 2,661.12 |

Paperware® by Exact Forms™ • To Reorder Forms (800) 468-0834 ext. 2602 • www.exactamerica.com/exactforms    FP709 MODIFIED    2393391



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

April 8, 2009

Dear Customer:

The following is the proof-of-delivery for tracking number **420624310002143**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 1550 KILDARE ROAD Windsor, ON N8W5M1 |
| Signed for by: | LLEMIRE | Delivery date: | Aug 11, 2008 11:14 |
| Service type: | Ground-International | | |

L.LEMIRE
#12, 11:14, 6 Del, 0 NonDel

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 420624310002143 | Ship date: | Aug 4, 2008 |
| | | Weight: | 4.0 lbs. |

**Recipient:**
GM of Canada- Windsor Transmission
GM of Canada-Windsor Trans PWT
WALKER AND SEMINOLE
MAIN STORES - NORTH DOCK
WINDSOR, ON N8W5M1 CA
**Reference**
**Purchase order number**

**Shipper:**
Brian Osberg
Supfina Machine Co.
181 Circuit Drive
North Kingstown, RI 02852 US

539459
wir72159

Thank you for choosing FedEx Ground.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# supfina

**Supfina Machine Company, Inc.**
181 Circuit Drive • N. Kingstown, RI 02852
Tel: 401.294.6600 • Fax: 401.294.6262
info@supfina-usa.com

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 08/21/08 | 40649 | 1 |

**REMITTANCE ADDRESS**
SUPFINA MACHINE CO., INC.
181 CIRCUIT DR. • NORTH KINGSTOWN, RI 02852

| SOLD TO | SHIP TO |
|---|---|
| GENERAL MOTORS MASTER ACCOUNT<br><br>P.O. BOX 2000<br>FLINT, MI 48501-2000<br>USA | GM OF CANADA - WINDSOR TRANSM<br>WALKER & SEMINOLE    (FEDEX 13<br>MAIN STORES - NORTH DOCK<br>WINDSOR, ON N8W5M1<br>CANADA |

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES REP. | PURCHASE ORDER NO. | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|---|
| 53945900 | 07/30/08 | 000000002677 | 10 | WIR72159 | 08/21/08 | FEDEXGROUND COL |

| QUANTITY ORDER / QUANTITY SHIPPED | UNIT | ITEM NO. / QUANTITY BACK ORDERED | ITEM DESCRIPTION | PRICE UNIT / ITEM DISC. | UNIT PRICE / EXTENDED PRICE |
|---|---|---|---|---|---|
| 2.00<br>2.00 | EA | 41280.20 | SHIP DATE 08/21/08 FED EX GROUND INTL<br>COLLECT    TRACKING #420624310002297<br>P48-8M-20 TYPE 6F PULLEY<br><br>CUSTOMER PN:   0632-31W4<br>COUNTRY OF ORIGIN: GERMANY<br>8466.20.8035 | | 992.640<br>1,985.28 |

*Gm offset $1089 against overpay*
*Balance Due $896.28*

2nd Day, 2nd Mo

| | |
|---|---|
| SALES AMOUNT | 1,985.28 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 1,985.28 |
| PAYMENT RECEIVED | .00 |
| BALANCE DUE | 1,985.28 |



Detailed Results

| Detailed Results | Notifications |

Tracking no.: 420624310002297                                        E-mail notifications

**Delivered**

Initiated   Picked up   In transit   Delivered
Delivered
Signed for by: MLEMIERE

**Shipment Dates**                          **Destination**

Ship date  Aug 22, 2008                    Windsor, ON
Delivery date  Sep 8, 2008 11:10 AM        Signature Proof of Delivery

**Shipment Facts**                                                                        Help

| Service type | Ground-International | Reference | 539.459 |
| Weight | 10.0 lbs/4.5 kg | Purchase order number | WIR72159 |

**Shipment Travel History**                                                               Help

Select time zone: Select                                    Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Sep 8, 2008 11:10 AM | Delivered | Windsor, ON | |
| Sep 8, 2008 7:44 AM | On FedEx vehicle for delivery | WINDSOR, ON | |
| Sep 6, 2008 7:33 AM | At local FedEx facility | WINDSOR, ON | |
| Sep 6, 2008 3:15 AM | Departed FedEx location | MISSISSAUGA, ON | |
| Sep 5, 2008 3:49 PM | Int'l shipment release | MISSISSAUGA, ON | |
| Aug 28, 2008 5:49 PM | Arrived at FedEx location | MISSISSAUGA, ON | |
| Aug 28, 2008 5:49 PM | Clearance delay | MISSISSAUGA, ON | |
| Aug 28, 2008 5:20 AM | In transit | WEST HENRIETTA, NY | |
| Aug 28, 2008 2:59 AM | Departed FedEx location | SYRACUSE, NY | |
| Aug 27, 2008 2:36 PM | Arrived at FedEx location | SYRACUSE, NY | |
| Aug 27, 2008 7:19 AM | Departed FedEx location | WILLINGTON, CT | |
| Aug 26, 2008 11:11 PM | Arrived at FedEx location | WILLINGTON, CT | |
| Aug 26, 2008 7:24 PM | Left FedEx origin facility | JOHNSTON, RI | |
| Aug 26, 2008 7:12 PM | Arrived at FedEx location | JOHNSTON, RI | |
| Aug 22, 2008 9:06 AM | Picked up | JOHNSTON, RI | |
| Aug 21, 2008 12:25 PM | Shipment information sent to FedEx | | |

The new FedEx® Tracking is here. Register for a chance to win big!

FedEx Tracking: Learn about the new features. View demo

# supfina

**INVOICE**

**Supfina Machine Company, Inc.**
181 Circuit Drive • N. Kingstown, RI 02852
Tel: 401.294.6600 • Fax: 401.294.6262
info@supfina-usa.com

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 12/18/08 | 41148 | 1 |

**REMITTANCE ADDRESS**
SUPFINA MACHINE CO., INC.
181 CIRCUIT DR. • NORTH KINGSTOWN, RI 02852

**SOLD TO**
GENERAL MOTORS MASTER ACCOUNT

P.O. BOX 2000
FLINT, MI 48501-2000
USA

**SHIP TO**
GMPT SPRING HILL MANUFACTURIN
100 SATURN PARKWAY-DOCK #464
ATTN BILL NACHMAN
SPRING HILL, TN 37171

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES REP. | PURCHASE ORDER NO. | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|---|
| 53893903 | 07/01/08 | 000000002677 | 10 | PLS06460 | 07/14/08 | FEDEXGROUND COL |

| QUANTITY ORDER / QUANTITY SHIPPED | UNIT | ITEM NO. / QUANTITY BACK ORDERED | ITEM DESCRIPTION | PRICE UNIT / ITEM DISC. | UNIT PRICE / EXTENDED PRICE |
|---|---|---|---|---|---|
| 1.00 / 1.00 | EA | SERVICE | SERVICE CALL | | 7,200.000 / 7,200.00 |

SERVICE CALL FOR (1) SUPFINA TECHNICIAN
TO FINALIZE INSTALLATION OF UPGRADE
MACHINERY AT GMPT SPRING HILL. FIRST
TRIP ONE OF MACHINES TO BE UPGRADED
WAS NOT ABLE TO BE SHUT DOWN DUE TO
PRODUCTION SCHEDULE.
SERVICE FOR 5 WORKING DAYS STARTING
JULY 14 THRU JULY 18. INCLUDED IS
AIRFARE, LODGING, CAR RENTAL AND PER DIEM
CHARGES.
APPROVED BY WILLIAM NACHMAN ON JULY 1
2008

2nd Day, 2nd Mo

| | |
|---|---|
| SALES AMOUNT | 7,200.00 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 7,200.00 |
| PAYMENT RECEIVED | .00 |
| BALANCE DUE | 7,200.00 |

aperware® by Exact Forms™ • To Reorder Forms (800) 468-0834 ext. 2602 • www.exactamerica.com/exactforms    FP709 MODIFIED    2393391

# supfina

**Supfina Machine Company, Inc.**
181 Circuit Drive • N. Kingstown, RI 02852
Tel: 401.294.6600 • Fax: 401.294.6262
info@supfina-usa.com

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 12/22/08 | 41153 | 1 |

**REMITTANCE ADDRESS**
SUPFINA MACHINE CO., INC.
181 CIRCUIT DR. • NORTH KINGSTOWN, RI 02852

**SOLD TO**
GENERAL MOTORS MASTER ACCOUNT

P.O. BOX 2000
FLINT, MI 48501-2000
USA

**SHIP TO**
GM OF CANADA - WINDSOR TRANSM
WALKER & SEMINOLE    (FEDEX 13
MAIN STORES - NORTH DOCK
WINDSOR, ON N8W5M1
CANADA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES REP. | PURCHASE ORDER NO. | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|---|
| 53939901 | 12/22/08 | 000000002677 | 10 | WIS59100 | 12/22/08 | FEDEXGROUND COL |

| QUANTITY ORDER / QUANTITY SHIPPED | UNIT | ITEM NO. / QUANTITY BACK ORDERED | ITEM DESCRIPTION | PRICE UNIT / ITEM DISC. | UNIT PRICE / EXTENDED PRICE |
|---|---|---|---|---|---|
| 1.00 / 1.00 | EA | *NON-INVENTORY | CANADIAN DUTY, CUSTOMS & BROKERAGE FEES  FED EX ATTEMPTED TO COLLECT FROM GM DUTY, CUSTOMER AND BROKERAGE FEES FOR THIS PO AND WIS59099. ALL ATTEMPTS WERE UNSUCCESSFUL. ACCORDING TO FED EX GROUND'S AGREEMENT, SHIPPER IS RESPONSIBLE FOR THESE ITEMS IF CONSIGNEE DOES NOT PAY THEM. COPY OF LETTER ENCLOSED FROM FED EX ALONG WITH COPIES OF INVOICES SHOWING TRACKING # FOR THIS SHIPMENT.  BRIAN PREVIOUSLY CONTACTED GM ABOUT THESE CHARGES, WAS ADVISED THEY WOULD LOOK AT AND HANDLE. NOT HANDLED AND SMC BILLED FOR CHARGES. REBILLED TO GM TO PAY. | | 67.350 / 67.35 |

2nd Day, 2nd Mo

| | |
|---|---|
| SALES AMOUNT | 67.35 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 67.35 |
| PAYMENT RECEIVED | .00 |
| BALANCE DUE | 67.35 |

Paperware® by Exact Forms™ • To Reorder Forms (800) 468-0834 ext. 2602 • www.exactamerica.com/exactforms    FP709 MODIFIED    2393391