# United States Bankruptcy Court
## Southern District Of New York
### Chapter 11-Case No. 09-50026 (REG)
### (Jointly Administered)

JUN 16 2009

In re: Debtor(s)(name(s) used by the debtor(s),trade, and address):
Esis/General Motors/ Central Claims Unit
P.O.Box300
MailCode 482C19B61
Detroit, Mi. 48265-3000

## MOTION OF OBJECTION/ and/ (or) RESPONSE

To any and or all relief sought in Bankruptcy Court of Chapter 11, Plan for General Motors corp., et al., Debtors. toward:
one, Sophia Bennett
  59 St. Geroge Terr.
  Bear, Del. 19701

  Date claim: 9-12-08
  File: 660559

RECALL#07035 and the fire it cost with exstended damages to my car.

WHEREFORTH; I(we) object to any or all relief soughted by these Debtors: For total-loss and damages cost by recall/fire to my GM Vehicle: 2000 Buick Regal-GS(-Vin#2g4wf5518y1334781) valued over $5,500.00, the cost to fire department if any, with towing and storage fees being paid. This case is still pending but have been frozen to date because of the June 2009 case opened by GM No-09-50026(reg) with this court.

Date: 6-11-09 ,          Name: Sophia Bennett
Mailed: 6-12-09 ,
                          Sophia Bennett

Clerk of The
cc: United States Bankruptcy Court,
Southern District of New York
One Bowling Green
New York, New, York ~~10004~~-1408
                     10004

Weil, Gotshal & Manges LLP
attn: Russell Brooks, Esq.
767 Fifth Ave.
New York, New York 10153

office of The United States Trustee
For The Southern District of New York
ATTN: Diana G. Adams Esq
33 Whitehall St. 21st Floor
New York, New York 10007

# United Dtates Bankruptcy Court
## Southern Distrist Of New York
## Chapter 11-Case No:<u>09-50026(reg)</u>

## OBJECTION//RESPONSE TOWARDS THE DEBTOR(S)

It appearing that Sophia Bennett is entitled to a Objection/Motion that relief not be granted to the Debtor(s)
for her claim 660559 file and was pending prior to June 2009 case No.09-50026(REG),

**IT IS ORDERED:**

The claimant have filed a timely motion/Objection and it is granted under title 11,United States code
(the Bankruptcy Code)

Dated:_____                                BY THE COURT


_____                              United states Bankruptcy
Judge