Mr. Russell Ellis
54 Norrell Dr.
Petal, MS 39465

UNITED STATES BANKRUPTCY COURT
ONE BOWLING GREEN
NEW YORK, NEW YORK 10004

JUN 16 2009

JUNE 13,2009

REFERRENCE, GENERAL MOTORS CORPORATION 09-50026-REG.

HONORABLE BANKRUPTCY JUDGE,

I HAVE ANALYZED MY POSITION CONCERNING GM, AND AFFILIATES,
I HAVE MADE A CLAIM CONCERNING CHRYSLER ALSO.
I NOW MAKE MY CLAIM TO ALL CASH AND ASSETS OF GM DUE TO
FACT OF DOCUMENTAION REQUIREMENTS HAD BEEN STOLEN FROM
BANKS IN MS. AND LA. 1963-1980 that PROPERTY OF MY LATE
FATHER'S ESTATE IN SAFES. HE FORMED IN MS., GULFPORT, GM
AROUND (1908), 27th street, BETWEEN 13 TH AND 14th street IN
THE ORIGINAL GM BUILDING ON THE EASTSIDE.
MY PROTEST AND CLAIM TO SALE OF ASSETS IS BASED ON JURISDICTIONA
-L LAW AND FDIC SECURITY INTEREST AND LACK OF PROPER
DOCUMENTATION BY LEGAL ENTITIES CITED IN BANKRUPTCY PROCEEDINGS.
ALSO, THE FACT I WAS A MINOR AT TIME FRAUD OCCURED AND HAD NO
CONTROLL OVER DISPOSITION OF ASSETS SINCE FALL 1953.
I MAKE MY CLAIM ALSO, FOR ALL CORPORATION STOCK OF GM AND
AFFILIATES AND DO NOT RELINQUISH ANY RIGHTS OR FUTURE CLAIMS
FOR SAID GOVERNMENT INTERVENTION AS MY FATHER'S ESTATE ALSO,
INCLUDED OIL AND GAS AND ELECTRIC COMPANIES ALL, WHICH COULD
ABSORB THE FINANCIAL RESPONSIBILITY FOR THE COMPANIES
PRIVATE ENTERPRISE STATUS WITHOUT CONTROLL BY GOVERNMENT AND
US TREASURY.
I HAVE ENCLOSED A PHOTCOPY OF IDENTIFICATION, YOU MAY CONTACT
FBI CONCERNING STOLEN DOCUMENTAION AND MY ID.
JOHN F. KENNEDY WAS MY ATTORNEY UNTIL DEATH.

SINCERELY,

RUSSELL W. ELLIS, SR.


Mr. Russell Ellis
54 Norrell Dr.
Petal, MS 39465

