# DANAHER CORPORATION
**2099 PENNSYLVANIA AVENUE, N.W.**
**12ᵀᴴ FLOOR**
**WASHINGTON, D.C. 20006**
**TELEPHONE (202)-828-0850  FAX (202)-828-0860**

June 15, 2009

## VIA OVERNIGHT DELIVERY & ELECTRONIC FILING

United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, New York 10004-1408



Re: *In re General Motors Corp. et al (Case #09-50026 REG)*

To Whom It May Concern:

      In connection with the Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) Cure Amounts Related Thereto (the "Notice"), received by Danaher Corporation in connection with the aforementioned bankruptcy proceeding, certain subsidiaries of Danaher Corporation hereby object to the proposed Cure Amounts that relate to certain of the Assumable Executory Contracts to which such subsidiaries are a party.  Set forth below is the name of the applicable Danaher subsidiary and the amount to be added to the proposed Cure Amount.  For the avoidance of doubt, neither Danaher nor any of the subsidiaries named herein object to the proposed assumption and assignment of any of the Assumable Executory Contracts:

| Name of Subsidiary | Additional Amount That Should be Added to the Cure Amount Proposed in the Notice |
|---|---|
| Hennessy Industries Inc. | Invoice No. 859705, dated 5/19/09 (GM Reference No. 102864): $1,051.05<br><br>Invoice No. 856057, dated 5/12/09 (GM Reference No. 102843): $15,737.33<br><br>Invoice No. 856059, dated 5/12/09 (GM Reference No. 102847): $1,175.26<br><br>Invoice No. 853791, dated 6/1/09 (GM Reference No. 102830): $4,407.50<br><br>Total: $22,371.14 |
| Videojet Technologies Inc. | The $51,877.39 balance due as set forth on Appendix A attached |

Please contact me at 202-419-7620 if you have any questions.  Thank you.

Regards,

Robert S. Lutz

Enclosures

APPENDIX A

## GM Balance as of 6-11-09

| Due Date | Due Date | Transaction | Number | PO Number | Balance Due |
|---|---|---|---|---|---|
| 18-May-06 | 18-May-06 | AUTOCAS | 99999 | | ($53.34) |
| 1-Sep-06 | 1-Sep-06 | AUTOCAS | 99999 | | ($61.10) |
| 24-Oct-06 | 24-Oct-06 | CREDIT C | 72111585 | | ($32.95) |
| 5-Jan-07 | 5-Jan-07 | AUTOCAS | 99999 | | ($33.40) |
| 27-Mar-07 | 27-Mar-07 | InvoiceOK | 57867 | TTR03854 | ($1,461.00) |
| 18-Jul-07 | 18-Jun-07 | InvoiceOK | 61518 | TTR03854 | $1,146.52 |
| 7-Aug-07 | 7-Aug-07 | CREDIT N | 794331 | WARRANTY | ($600.00) |
| 17-Aug-07 | 7-Aug-07 | InvoiceOK | 62904 | TTR03854 | $1,146.52 |
| 24-Aug-07 | 18-Jul-07 | InvoiceOK | 63161 | TTR03853 | $275.00 |
| 27-Mar-07 | 25-Jul-07 | InvoiceOK | 72149645 | | ($413.20) |
| 5-Sep-07 | 18-Aug-07 | CREDIT C | 64184 | TTR03854 | $1,146.52 |
| 17-Sep-07 | 25-Aug-07 | InvoiceOK | 64461 | TTR03853 | $275.00 |
| 24-Sep-07 | 5-Sep-07 | InvoiceOK | 64971 | TTS27846 | $6,300.00 |
| 6-Oct-07 | 5-Sep-07 | InvoiceOK | 65389 | TTR03854 | $1,146.52 |
| 18-Oct-07 | 18-Sep-07 | InvoiceOK | 156144 | TTR03854 | ($800.00) |
| 1-Nov-07 | 18-Oct-07 | CREDIT C | 66682 | TTR03854 | $1,146.52 |
| 17-Nov-07 | 25-Oct-07 | InvoiceOK | 66919 | TTR03853 | $275.00 |
| 24-Nov-07 | 25-Oct-07 | InvoiceOK | 67961 | TTR03854 | $1,146.52 |
| 25-Nov-07 | 18-Nov-07 | InvoiceOK | 68248 | TTR03853 | $275.00 |
| 25-Dec-07 | 25-Nov-07 | InvoiceOK | 69329 | TTR03854 | $1,146.28 |
| 17-Jan-08 | 18-Dec-07 | INVOICE | 72165131 | 1063425 | $1,976.05 |
| 1-Feb-08 | 2-Jan-08 | INVOICE | 79080 | 1081610 | $1,991.00 |
| 22-Feb-08 | 22-Feb-08 | InvoiceOK | 72226 | CC7147 | ($467.23) |
| 13-Apr-08 | 14-Mar-08 | InvoiceOK | 73311 | TAS36217 | $1,991.00 |
| 14-Apr-08 | 15-Mar-08 | InvoiceOK | 73339 | TTS28309 | $275.00 |
| 21-Apr-08 | 21-Apr-08 | CREDIT C | 4761500 | | ($600.00) |
| 15-May-08 | 15-Apr-08 | InvoiceOK | 74741 | TTS28309 | $275.00 |
| 4-Jun-08 | 4-Jun-08 | AUTOCAS | 99999 | | $275.00 |
| 25-Jul-08 | 25-Jun-08 | INVOICE | 79080 | V72015 | $3,223.03 |
| 14-Aug-08 | 15-Jul-08 | InvoiceOK | 79036 | TTS28309 | $275.00 |
| 14-Aug-08 | 15-Jul-08 | InvoiceOK | 79181 | TTS30479 | $1,192.36 |
| 17-Aug-08 | 18-Jul-08 | InvoiceOK | 80178 | TTS30479 | $1,716.00 |
| 7-Sep-08 | 7-Sep-08 | InvoiceOK | 80640 | TTS30409 | $1,950.00 |
| 3-Sep-08 | 3-Sep-08 | InvoiceOK | 72191353 | TTS31526 | $1,192.36 |
| 18-Aug-08 | 18-Aug-08 | INVOICE | 99999 | TTS30479 | ($3.14) |
| 4-Jun-08 | 5-Aug-08 | AUTOCAS | 99999 | | ($1,095.64) |
| 5-Aug-08 | 5-Aug-08 | INVOICE | 72190128 | LVS23606 | $731.24 |
| 4-Oct-08 | 2-Oct-08 | INVOICE | 72190126 | PR VX4608 | $1,474.61 |
| 2-Oct-08 | 5-Aug-08 | AUTOCAS | 99999 | | ($262.51) |
| 10-Oct-08 | 10-Oct-08 | AUTOCAS | 82182 | TTS30479 | $1,192.36 |
| 18-Oct-08 | 18-Sep-08 | InvoiceOK | 99999 | | $1,192.36 |
| 4-Nov-08 | 4-Nov-08 | AUTOCAS | 83218 | TTS31615 | $5,008.68 |
| 6-Nov-08 | 7-Oct-08 | InvoiceOK | 83797 | PRVX4696 | ($4,900.00) |
| 17-Nov-08 | 25-Sep-08 | InvoiceOK | 72197058 | PRVX4696 | $286.00 |
| 24-Nov-08 | 25-Oct-08 | INVOICE | 84145 | TTS30409 | $286.00 |
| 7-Dec-08 | 8-Oct-08 | InvoiceOK | 72198921 | PR VX8186 | $3,900.00 |
| 12-Dec-08 | 12-Nov-08 | InvoiceOK | 85137 | WAS96171 | $917.23 |
| 12-Dec-08 | 12-Nov-08 | InvoiceOK | 85120 | WAS96171 | $1,534.63 |
| 13-Dec-08 | 14-Oct-08 | INVOICE | 7200069 | WAS96069 | $413.80 |
| 25-Dec-08 | 25-Nov-08 | InvoiceOK | 85786 | TTS30409 | $286.00 |
| 24-Jan-09 | 25-Dec-08 | InvoiceOK | 87381 | TTS30409 | $57.27 |
| 11-Apr-09 | 10-Feb-09 | INVOICE | 2505075 | QUOTE | ($6,352.08) |
| 20-Apr-09 | 20-Apr-09 | AUTOCAS | 99999 | | $627.75 |
| 22-Apr-09 | 23-Mar-09 | INVOICE | 2516846 | 4062805FL | $1,044.06 |
| 9-May-09 | 9-Apr-09 | INVOICE | 2520996 | 4062860FL | $460.60 |
| 22-May-09 | 23-Mar-09 | INVOICE | 2516127 | 89691 | $460.60 |
| 31-May-09 | 25-Mar-09 | INVOICE | 2516609 | 89691 | $270.14 |
| 16-Jun-09 | 1-Apr-09 | INVOICE | 2518632 | 90061 | $829.08 |
| 16-Jun-09 | 17-Apr-09 | INVOICE | 2523110 | 90562 | $460.60 |
| 19-Jun-09 | 17-Apr-09 | INVOICE | 2523088 | 9057'9 | $270.09 |
| 19-Jun-09 | 20-Apr-09 | INVOICE | 2523564 | 90666 | $276.36 |
| 3-Jul-09 | 4-May-09 | INVOICE | 2523407 | 90626 | $1,611.14 |
| 17-Jul-09 | 3-Jul-09 | INVOICE | 2527228 | 91136 | $368.48 |
| 18-Jul-09 | 18-May-09 | INVOICE | 2531112 | 91491 | $562.72 |
| 26-Jul-09 | 19-May-09 | INVOICE | 2531489 | 91568 | $92.12 |
| 2-Aug-09 | 27-May-09 | INVOICE | 2533307 | 10513389 | $2,094.29 |
| | 3-Jun-09 | INVOICE | 2535339 | 91874 | |
| | | | | | $51,877.39 |