ERNST RITOPER 8580 Koeflach Piber 3 Austria

Piber,am 5.JUNI.2009

UNITED STATES BANKRUPTCY CURT SOUTHERN DISTRICT OF NEW YORK
JUDGE ROBERT E. GERBER CURTROOM: 621

ONE BOWLING GREEN NEW YORK, NY 10004 - 1408

Subject matter: enter  BONDS GENERAL MOTORS

Dear Mr judge ROBERT GERBER!

I is  about ernst ritoper, am owner of the loans of general stated here engine.
000.-USD GMAC 7,75% 19.1.2000 – 19.1.2010 ISIN US370425RP71 000.-EUR GMAC
5,375% 6.6.2004 – 6.6.2011 ISIN XS0187751150.

These angefuerten loans become L-2953, 69, d`Esch, in my depot, might route 6-140/9508, at
the bank Dexia in Luxembourg to custody.

With this writing, I want to register these stated bonds of the announced Insolvens of general
Motors.
Should exist the possibility the stated ones securities in autos of General Motors change
explain I me to this ready.

Costs should result or should let necessarily a right representation be as you knowing that for
me. My E-Mail is ernstritoper@yahoo.com and telephone attainably under 0043/3144/3400.

Yours sincerely Ernst Ritoper

*[signature: Ernst Ritoper]*

**DEXIA**

Dexia Banque Internationale à Luxembourg
société anonyme
69, route d'Esch - L-2953 Luxembourg - Tél. : 4590-1
R.C. Luxembourg B-6307 - BIC Code : BILLLULL

| | | | |
|---|---|---|---|
| Depot | 6-140/9508 | Datum | 09.01.2009 |
| Bezeichnung | NORMALES WERTPAPIERKONTO | | |
| Basisvertrag | 00409508 | | |
| Bezeichnung | M.ERNST RITOPER | | |

Ihr Ansprechpartner STEMPER THIERRY - Tel.: 4590-2596

58356/00597

HERRN
ERNST RITOPER
PIBER 3

A - 8580 KOEFLACH

## WERTPAPIERDEPOT-INFORMATIONEN

Geehrter Kunde,

Wir freuen uns, Ihnen Ihre Aufstellung der Verwahrungsgebühren und den Auszug Ihres Wertpapierdepots zuzusenden.
Wir bitten die Aufstellung zu überprüfen. Diese gilt als genehmigt, soweit uns keine Einwendungen innerhalb von 30 Tagen nach Absendung vorliegen.

Mit freundlichen Grüssen

Dexia Banque Internationale à Luxembourg
société anonyme


### Aufstellung Verwahrungsgebühren- Jahr 2009

**als Rechnung geltendes Dokument :A200801110005516**

| Denomination | Währung | Betrag |
|---|---|---|
| Verwahrungsgebühren ohne MWST | USD | 541,47 |
| MWST (12,00%) | USD | 64,97 |
| Verwahrungsgebühren insgesamt | USD | 606,44 |

Abbuchung vom Konto IBAN LU37 0026 1409 5089 7700 von M.ERNST RITOPER


### Wertpapieraufstellung vom 31.12.2008

| Nennwert/ Anzahl | Bezeichnung Merkmale | Kurs/Bewertung am 31.12.2008 | Kapital aufgelaufene Zinsen | Gegenwert in EUR | in % |
|---|---|---|---|---|---|
| | **ANLEIHEN MIT FÄLLIGKEITEN UNTER 5 JAHREN** | | | 72.529,51 | 38,25 |
| 30.000 | GMAC 7,75% 00-19.1.2010   *19.6, 1162,-*<br>Fälligkeit: 19.01.2010 Periodizität: HALBJAEHRLICH<br>ISIN US370425RP71   *2325,-*<br>rating C | 72,75 % USD | 21.825,00<br>1.039,79 | 15.697,49 | 8,28 |
| 45.000 | PHILIPPINES 9,875% 00-16.3.10  *16.9, 2221,-*<br>Fälligkeit: 16.03.2010 Periodizität: HALBJAEHRLICH<br>ISIN US718286AN70   *4443,-*<br>rating B1 | 105,92 % USD | 47.664,00<br>1.283,75 | 34.282,02 | 18,08 |
| 50.000 | GMAC 5,375% 04-6.6.11 EMTN<br>Fälligkeit: 06.06.2011 Periodizität: JAEHRLICH<br>ISIN XS0187751150<br>rating C   *6.6, 2687,-* | 45,1 % EUR | 22.550,00<br>1.531,51 | 22.550,00 | 11,89 |

**ERNST RITOPER    8580  KOEFLACH    PIBER 3  AUSTRIA**

Piber,am 5.JUNI.2009

UNITED STATES BANKRUPTCY CURT SOUTHERN DISTRICT OF NEW YORK

JUDGE ROBERT E. GERBER

CURTROOM: 621

ONE BOWLING GREEN

NEW YORK , NY 10004 - 1408

Betreff: EINREICHUNG VON BONDS GENERAL MOTORS

Sehr geehrter Herr RICHTER ROBERT GERBER !

Ich Ernst Ritoper , bin Besitzer der hier angeführten Anleihen von General Motors.
30 000.-USD   GMAC  7,75 %  19.1.2000 – 19.1.2010   ISIN  US370425RP71
50 000.-EUR   GMAC  5,375% 6.6.2004 –  6.6.2011    ISIN   XS0187751150 .

Diese angefuerten Anleihen werden bei der Bank Dexia in Luxemburg  L-2953 , 69, route d`Esch , in meinem Depot , 6-140/9508 , zur Aufbewahrung .

Mit diesem Schreiben will ich diese angeführten Wertpapiere der angemeldeten Insolvens von General Motors eintragen.

Sollte die Möglichkeit bestehen die angeführten wertpapiere  in autos von general motor umzutauschen erkläre ich mich dazu bereit.

Sollten Kosten entstehen oder sollte eine Rechtsvertretung nötig sein so lassen Sie mir das wissen. Meine e-mail     ernstritoper@yahoo.com   und telefonisch erreichbar unter 0043/3144/3400  .

Hochachtungsvoll     Ernst  Ritoper

*Ernst Ritoper* (signature)