**United States Bankruptcy Court**
**Southern District of New York**
**One Bowling Green**
**New York, N.Y. 10004-1408**

Lead Case # 09-50026

| In Re: | ) | |
|---|---|---|
| | ) | **Chapter 11** |
| GENERAL MOTORS CORP., et. al,, | ) | Case # 09-0950026 |
| Debtors | ) | (Gerber) |
| | ) | Jointly Administered |

### OBJECTION TO PROPOSED "363 SALE" AS PER 6-2-2009 MOTION OF THE BANKRUPT, GENERAL MOTORS CORPORATION

My name is Radha Ramana Murty Narumanchi. I am a Creditor of General Motors Corporation. Proof of Claim has been mailed on 6-13-2009 and Notice of Appearance is being filed now separately.

I object to the proposed "363 Sale" as nothing short of fraud being perpetrated on various creditors, especially on the unsecured bondholders, of which I am a class member, at the behest of the federal government. Even otherwise, the sale is illegal and against all equities involved in this case.

A memorandum of law could not be filed as part of this objection, because **the notice of the motion was received by us on Saturday, 6-13-2009,** and there is not enough time to do any legal research within 96 hours. Such a memorandum of law will be filed in due course.

### PLEASE NOTE THAT I WILL ACTIVELY PARTICIPATE IN THE PROPOSED HEARING.

Dated at New Haven, Connecticut, this 15th day of June, 2009.

CREDITOR (*Pro se*)

*[signature] 6/15/2009*

(Radha R.M. Narumanchi)
657 Middletown Avenue
New Haven, Conn. 06513
Phone: (203) 562-0536
Email: rrm_narumanchi@hotmail.com

### Certificate of Service

I hereby certify that I have mailed the above mentioned Objection to the proposed "363 Sale" to the following addresses, by first class mail, postage duly paid, this 15th day of June 2009.

The Clerk, United States Bankruptcy Court, Southern District of New York, One Bowling Green
   New York, N.Y. 10004-1408.

Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, N.Y. 10153 (Attn: Harvey R. Miller,
   Stephen Karotkin, and Joseph H. Smolinsky).

Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, N.Y. 10281
   (Attn: John J. Rapisardi).

Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, N.Y. 10006
   (Attn: James L. Bromley).

Cohen, Weiss and Simon LLP, 330 W. 42nd Street, New york, N.Y. 10036 (Attn: Babette Ceccotti).

Vedder Price, P.C., 1633 Broadway, 47th floor, New York, N.Y. 10019 (Attn: Michael J. Edelman and
   Michael L. Schein).

Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st floor,
   New York, N.Y. 10004 (Attn: Diana G. Adams).

U.S. Attorney's Office, S.D. N.Y., 86 Chambers Street, 3rd floor, New York, N.Y. 10007 (Attn: David S.
   Jones and Matthew L. Schwartz).

Chambers of Honorable Robert E. Gerber, United States Bankruptcy Court, Southern District of New
   York, One Bowling Green, New York, N.Y. 10004-1408

*[signature] 6/15/2009*

(Radha R.M. Narumanchi)