**Carole R. Maddux**
3158 Winterberry Drive · West Bloomfield, Michigan 48324-2461

June 12, 2009

Clerk, Bankruptcy Court
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Re: United States Bankruptcy Court re General Motors Corp et al, Case 9-50026 (REG)

To Whom It May Concern:

I am in receipt of the Notice of Sale Hearing to Sell Substantially All of Debtors' Assets Pursuant to Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser, dated June 2, 2009.

I am writing to object to said sale hearing and purchase agreement.

The proposed settlement not only provides substantial cash to the VEBA retirement benefit fund without equivalent provision for the current stockholders, it gives the fund a priority position in holding preferred stock, common stock and stock warrants as well. It unfairly transfers equity from the current shareholders to the UAW retirees without compensation. Priority in preferred and common stock ownership for the new GM should be given to the current stockholders. As a General Motors stockholder (and former employee), I object to any proposed resolution that does not compensate current stockholders with a significant cash buy-out or with some form of stock in the New GM. Moreover, if the proposed buy-out compensation is in stock, it should be of significant value and grant the current shareholders priority positions in all classes of stock ownership.

This letter should be considered as my official objection and non-consent to the sale terms as currently proposed by the bankruptcy court.

I look forward to receiving your response.

Sincerely,

*Carole R. Maddux*
Carole R. Maddux
Shareholder, General Motors Common Stock

Cc: Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
ATTN: Harvey R. Miller, Esq, Stephen Karotkin, Esq and Joseph H. Smolinsky, Esq.

[Stamp: JUN 16 2009]

Cc: Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
ATTN: John J. Rapisardi, Esq.

Cc: Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
ATTN: James L. Bromley, Esq.

Cc: Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, NY 10036
ATTN: Babette Ceccotti, Esq.

Cc: Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
ATTN: Michael J. Edelman, Esq and Michael L. Schein, Esq.

Cc: The Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
ATTN: Diana G. Adams, Esq.

Cc: The U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, NY 10007
ATTN: David S. Jones, Esq. and Matthew L. Schwartz, Esq.