```
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------  X
                                          : Chapter 11
In Re:                                    :
                                          : Case No.: 09-50026(REG)
GENERAL MOTORS CORP., et al.,             :
                                          : (Jointly Administered)
        Debtors                           :
---------------------------------------  X
```

**MOTION FOR ADMISSION PRO HAC VICE**

I, Michael G. Gallacher, pursuant to the provisions of the Local Bankruptcy Rules of United States Bankruptcy Court for the Southern District of New York request admission Pro Hac Vice before the Honorable Robert E. Gerber, to represent a party-in-interest in this case, and move the court as follows:

1. My name is Michael G. Gallacher. I am an associate in the firm of Roth & Dempsey, P.C. located in Scranton, Pennsylvania. My business address is 436 Jefferson Avenue, Scranton, Pennsylvania 18510, office phone number is (570) 961-1064 and my email address is mgallacher@comcast.net. My Pennsylvania Bar Number is 82523. I have been actively practicing law in the Commonwealth of Pennsylvania since November 1998 and have never had my license to practice law suspended or revoked. I am admitted to practice before the United States District Court for the Middle District of Pennsylvania and all state courts within the Commonwealth of Pennsylvania. I certify

that I am member in good standing of the Commonwealth of Pennsylvania.

2.  I am submitting the filing fee of $25.00 with this motion for pro hac vice admission.  Attached is a proposed form of Order Granting Admission.

Dated: June 17, 2009

                                       Respectfully submitted,

                                       /s/ Michael G. Gallacher, Esquire
                                       MICHAEL G. GALLACHER, ESQUIRE
                                       Pennsylvania Bar No.: 82523
                                       ROTH & DEMPSEY, P.C.
                                       436 Jefferson Avenue
                                       Scranton, PA 18510
                                       Telephone: (570) 961-1064
                                       Facsimile: (570) 961-3242
                                       Email: mgallacher@comcast.net

```
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :  Chapter 11
In Re:                                  :
                                        :  Case No.: 09-50026(REG)
GENERAL MOTORS CORP., et al.,           :
                                        :  (Jointly Administered)
        Debtors                         :
--------------------------------------- X
```

**ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE**

Upon the motion of MICHAEL G. GALLACHER, to be admitted, pro hac vice, to represent a party-in-interest in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Pennsylvania and the bar of the United States District Court for the Middle District of Pennsylvania, it is hereby

**ORDERED**, that MICHAEL G. GALLACHER, Esquire, is admitted to practice, pro hac vice, in the above referenced case in the United Stats Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Date: June ____, 2009
New York, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE