*Platzer, Swergold, Karlin, Levine,*
  *Goldberg & Jaslow, LLP*
*Attorneys for Canon Financial Services, Inc.*
*1065 Avenue of the Americas*
*New York, New York 10018*
*(212) 593-300*
*Clifford A. Katz, Esq.*
*Teresa Sadutto-Carley, Esq.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

GENERAL MOTORS CORP., *et al.,*

                             Debtor.
---------------------------------------------------------x

Chapter 11

Case No.: 09-50026 (REG)
(Jointly Administered)

## **NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, that the undersigned hereby enters this Notice of Appearance as counsel for CANON FINANCIAL SERVICES, INC., and demands, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), that all notices given or required to be given in this bankruptcy case and all papers served or required to be served in this case be given to and served upon:

    Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP
    Counsel for Canon Financial Services, Inc.
    1065 Avenue of the Americas, 18th Floor
    New York, New York 10018
    Attn: Teresa Sadutto-Carley, Esq.
    Telephone: 212-593-3000
    Facsimile: 212-593-0353
    tsadutto@platzerlaw.com

    - and -

    Ruth E. Weinstein
    CANON U.S.A., Inc.
    One Canon Plaza
    Lake Success, NY  11042
    rweinstein@cusa.canon.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic mail or otherwise: (1) which affect or seek to affect in any way the rights or interests of CANON FINANCIAL SERVICES, INC., with respect to (a) the Debtor's bankruptcy estate; (b) property or proceeds thereof in which the Debtor's bankruptcy estate may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by the Debtor's bankruptcy estate.

Dated: June 17, 2009

                                          **Platzer, Swergold, Karlin, Levine,**
                                          **Goldberg & Jaslow, LLP**
                                          *Attorneys for Canon Financial Services, Inc.*

                                      By:   /s/ Clifford A. Katz
                                                Clifford A. Katz, Esq.
                                                Teresa Sadutto-Carley, Esq.
                                                1065 Avenue of the Americas, 18th Fl
                                                New York, New York 10018
                                                (212) 593-3000
                                                ckatz@platzerlaw.com
                                                tsadutto@platzerlaw.com