UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

GENERAL MOTORS CORP., *et al.,*

                         Debtor.
---------------------------------------------------------x

Chapter 11

Case No.: 09-50026 (REG)

(Jointly Administered)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                            )ss.:
COUNTY OF NEW YORK)

      Leah Walls**,** being duly sworn, deposes and says:

      1.    I am not a party to the action, am over 18 years of age and reside in Kings County, New York.

      2.    On June 18, 2009 I served a true copy of the **Notice of Appearance**, in properly addressed envelopes, via U.S. Mail, and deposited same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York upon the following parties:

        Harvey R. Miller, Esq.
        Weil, Gotshal & Manges, LLP
        767 Fifth Avenue
        New York, NY  10153

        Gordon Z. Novod, Esq.
        Kramer Levin Naftalis & Frankel LLP
        1177 Avenue of the Americas
        New York, NY  10036

                                          _/s/ Leah Walls_____
                                             LEAH WALLS

Sworn to before me this
18th day of June, 2009

__/s/ Teresa Sadutto-Carley___
Notary Public, State of NY
#02SA6204737
New York County
Expires:  April 20, 2013