BOLHOUSE, VANDER HULST, RISKO,
    BAAR & LEFERE, P.C.
David S. Lefere (P61790)
Mark D. Hofstee (P66001)
Grandville State Bank Building
3996 Chicago Drive, SW
Grandville, MI 49418
Telephone: (616) 531-7711
Facsimile: (616) 531-7757
E-mail:  davidl@bolhouselaw.com
            markh@bolhouselaw.com

Counsel for Eclipse Tool & Die, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re:                                                     :          Chapter 11
                                                           :
GENERAL MOTORS CORP., et al.,                              :          Case No. 09-50026 (REG)
                                                           :
                Debtors.                                   :          (Jointly Administered)
                                                           :
-----------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### DEMAND FOR NOTICES AND PAPERS

Please take notice that Eclipse Tool & Die, Inc., party-in-interest in the above-captioned

case, hereby appears in the above in the above-captioned case by their counsel, Bolhouse,

Vander Hulst, Risko, Baar & Lefere, P.C., such counsel hereby enters its appearance in the

above-captioned case pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule

9010(b); and hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of

Bankruptcy Procedure § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings

given or filed in this case be given and served upon the following persons at the address,

telephone and facsimile numbers indicated:

David S. Lefere
Mark D. Hofstee

Bolhouse, Vander Hulst, Risko, Baar & Lefere, P.C.
Grandville State Bank Building
3996 Chicago Drive SW
Grandville, MI 49418
Telephone: (616) 531-7711
Facsimile: (616) 531-7757
E-mail: davidl@bolhouselaw.com
markh@bolhouselaw.com

Please take further notice that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the above-named party-in-interest's rights (1) to have final orders in non-core matters entered only after _de novo_ review by a District Court Judge, (2) to a trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named party-in-interest is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the above-named party-in-interest expressly reserves.

Respectfully submitted,

Dated: June 17, 2009                          Bolhouse, Vander Hulst, Risko, Baar & Lefere, P.C.


By: ___/s/ David S. Lefere_____

David S. Lefere (P61790)
Mark D. Hofstee (P66001)

Grandville State Bank Building
3996 Chicago Drive, SW
Grandville, MI 49418
Phone: (616) 531-7711
davidl@bolhouselaw.com
markh@bolhouselaw.com