To Bankruptcy Court New York

Regarding: General Motors / Ford
Bankruptcy

Attn: Court officials / Judge

Britannia Stock #706

Sent to Ventura Court, 800 Victoria, Ventura, CA To
Universal Studios

25 Shars for General Motors
25 Shares for Ford
(As needed to stop bankruptcy.)

4-5-2009 Sent Express Mail
EB 951742956 US
4 Songs sent to Universal Studios, Mich.

AND UNDER EB CODE EXPRESS MAIL

EB 951742956 US.
BRITANNIA STOCK #706 TO
STOP BANKRUPTCY FOR UNIVERSAL-
STUDIOS & SISTER COMPANYS
GENERAL MOTORS / FORD

Also Story of STEAM ENGINS
(CANE AND THE CLOUD.)
- STEVE McQUEEN'S RANCH -

I'm NOT SURE IF BRITANNIA Stock
706 WAS DOCUMENTED. Also
SENT FILM (STOCK IN BETWEEN TWO
STORIES.

HOPE YOU FIND THIS.

ALSO SENT 4 SONGS FOR BAILOUT
TO UNIVERSAL STUDIOS / MCA,

SONGS

(1) HORSE POWER

(2) UNITED AUTO WORKERS

(3) THROUGH THE FOREST

(4) YOUNG AT HEART (OATH)

UNDER WAYNE/WEATHERWAX WRITING/PROJ.
WILL RETYPE - JUST WANTED TO LET
YOU ALL KNOW.


Sincerely yours

Vicky Lee Weatherwax Dawes
(Kinduck)

6/1/2009 1:59 PM

1.   HORSE POWER

HORSES RUNNING
ROUGH TERRIAN AHEAD
TWISTING TURNING
WHICH WAY TO GO.
A WRANGLER ON THE RANGE TRYING TO FIND THE RIGHT STAR.
A GUIDING LIGHT LEADING THE WAY.
NORTH, SOUTH, EAST WEST.
HORSE POWER NEED SOME WHEELS
NOT BEING STRANDED (NOT GETTING A GOV. BAILOUT)
NEED A HELPING (FROM A HIGHER ABOVE-GETTING A BAILOUT.
FINDING AWAY ......A GOOD SEMERITARN HELPING OUT.
NOT CRYING ......
BUT HAVING A HELPING STAR.
BLUE YELLOW GREEN WHITE COLORS
A GLEAM IN MY EYES.
AMBER ALERT........HAS A FRIEND
TRYING TO FIND A MAP.
WHICH WAY TO GO....
MAP-QUEST   GUIDEING THE WAY
ROUGHT TERRIAN
TREES, RIVERS FLOWING, SNOW CAPED MOUNTAINS LOVEING MY JEEP
A SMOTHER RIDE.. (HORSEPOWER)
A COWBOY'S DREAM.

WRITERS PORTION- LESS PERCENT UNIVERSAL STUDIOS / MICA.
1/3  WRITERS TO VICKY LEE (WAYNE) WEATHERWAX DAVES
(KENDRICK) BEING JOHN WAYNE BIO-LOGICAL DAUGHTER.
CAYLA HENDERSON
JOE DAN KENDRICK SENIOR
DOYLE HENDERSON
1/3 UNITED AUTO WORKERS
1/3 CHRYSLER/ CHRYSTAR / WRANGLER


MAP QUEST UNDER ROCKWELL PCS
GERALD LEE WEATHERWAX JUNIOS INVENTIONS
ROCKWELL / NASA
EDWARDS, CALIFORNIA
MY HAND HOLDING QRANGE BLOCK ON SCREEN OF METRO PCS/
VERISION UNDER DAVES FUSION –MY BIRTHCERTIFICATE DAD
TOOK A PICTURE OF ON SCREED UNDER SIMS. VICKY LEE (WAYNE)
WEATHERWAX. DAVES (KENDRICK) (PLEASE CHECK AT TELVISTA, ODESSA, TEXAS SITE
(.ON - TEMP LEAVE.)

SONG #1

6/1/2009 2:30:28 PM
(REQUEST BRUCE SPRING STEEEN)

2. . UNITED AUTO WORKERS

HORSEBACK RIDING – HORSE POWER

HEE   HEE   HEE   (SOUND OF A HORSE HEEING)
A HORSE DRAWN VECHICLES
GITTY- UP- GO
TO HOT TO TROT
TO STEAM ENGINES
HOT – TO – THE – TOUCH
DEVELOPMENT OF RAILWAY LOCOMOTIVES
CARRING A RED FLAG BY DAY
AND A LATERN BY NIGHT.
BUMPY ROADS,
ROUGH TERRIANS
SOON WELL BE THERE
HONK    HONK    HONK
THE MODEL T FORD PUT AMERICA ON WHEELS
NOT HAVING TO WALK
FROM: STEAMPOWER, ELECTRIC POWER, GASOLINE POWER
ARE AUTO MAKERS BEING IMPORTANT
THEM NOT LETTING US WALK
HAULING OUR YOUNG AND OUR OLD
THE AVERAGE AMERICAN AUTO
CONTAINS ABOUT 3,000 POUNDS OF IRON AND STEAL
31 POUNDS OF ALUMINUM
37 PUNDS OF ZINK
28 POUNDS OF COPPER
HOPE I CAN SAVE MY PENNY'S
24 POUNDS OF LEAD AND OTHER MEADELS
HOPE I DON'T GET SHOT FOR WANTING TO  STEAL ONE..
434 POUNDS OF RUBBER, GLASS, PLASTIC.
OUR AUTO MANUFACTURES WORKERS BEING IMPORTANT
MAKING A DIFFERENCE
OUR FUTURE OF A PAST
PRODUCEING HORSE POWER-A MODERN DAY COWBOY
RIDEING THE RANGE
A ROAD WELL TRAVELED
SEEING OUR LOVED ONES
NOT HOFFING-A –RIDE
AMERICAN TRADEDITION.
BEING GUIDED BY THE BRIGHT LIGHT
A SAFE WELL DRIVEN PATH

cont... next pg

SONG #2a

PAGE 2 OF SONG 2

OF MANY COLORS AND STYLES
UNITED AUTO WORKERS BEING AUTOMOBILE, AEROSPACE AND
AGRUCULTURAL IMPLEMOT WORKERS
OF AMERICA TO BE SECURITY PROTECTED
*AMERICA STRONG* OUR HOME LAND COUNTRY BUILT ON.
RED WHITE BLUE                                    JESUS
UNDER WRITERS PORTION
LESS% PERCENT UNIVERSAL STUDIOS / MICA

1/3 TO VICKY LEE (WAYNE) WEATHERWAX DAVES (KENDRICK)
JOE DAN KENDRICK SENIOR
DOYLE HENDERSON
CAYLA HENDERSON
1/3 AUTO MANUFACTUREING
1/3 TO UNITED AUTO WORKERS


VICKY LEE (WAYNE) WEATHERWAX DAVES (KENDRICK)

*Song 2B*

6/1/2009 3:12 PM
( REQUEST GEORGE STRAIT)

3. SONG FOR WRANGLER BAIL OUT / FOREST DEPT L.A.

THROUGH THE FOREST

A WELL TRAVELED DIRT ROAD, ROCKS AND STONES
HOPE MY TIRES HOLD UP
SHIMMY AND SHAKE
HOPE I DON'T GET STUCK
THROUGH THE MOUNTAIN TERRIAN
LOVEING MY FOUR WHEEL DRIVE
HAVING TIME ON THE RANGE
SEEING THE AGE IN THE TREES
THE CIRCLES TRAVELED A ROUGH ROAD AHEAD.
UP AND DOWN ALL AROUND BUCKLED IN
HOPE I MAKE IT IN
LOVEING THE TREES SEEING THROUGHT THE FOREST
THERE'S A LIGHT AHEAD
SPLASHING THROUGHT RIVER-CREEKS
WITH MUD WHEELS TRYING TO MAKE IT FAST.
I HEAR THE BIRDS SINGING THE DEER RUNNING ACROSS MY PATH
MISSING IT BY A INCH
THE CROSSING NEAR OPEN WIDE OPEN SPACE
I MADE IT WITH A INCH OF MY LIFE
LOVEING THE FOREST THE TREES AND GRASS

COMING HOME SNOW MELTING HAPPY TO HAVE MUDDERS
AND 4 WHEEL DRIVE.. A LIFE SAVED, A LIFE ENJOYED
A BUMPY ROAD SMOOTH THANKING THE LORD ABOVE
FOR EACH AND EVERY DAY.

                                                    JESUS
WRITERS PORTION

1/3 TAMMY WEATHERWAX HENDERSON
(WAYNE) / CAYLA HENDERSON). (DOYLE HENDERSON)
VICKY LEE WAYNE WEATHERWAX DAVES
1/3 TO FOREST DEPT L.A./ 1/3 TO: WRANGLER JEEP
TAMMY WEATHERWAX HENDERSON HAVING A FORESTRY CERTIFICATE
ICS DEGREE
VICKY LEE WAYNE WEATHERWAX DAVES
(KENDRICK HAVING TAKEN FORESTRY /AG FAA IN ANTELOPE VALLEY H.S.
1970.

SONG 3

6/1/2009 3:47 PM
SONG # 4            YOUNG AT HEART
                    OATH

MOTOR CARES AND RACE CARS
RUNNING REAL FAST
WATCHING OUT  BEING CAREFUL
LOVEING NASCAR AND INDIANAPOLIS INDI 500
DIRT BIKES AND FOUR WHEEL TRACTOR PULLS
BIG MUD TIRES LOVEING TO CLIMB,
THROWING MUD
PATTY CAKE , CAN'T WAIT TILL I'M SIXTEEN
LOVEING THE SAVANNA ALL TERRIAN
ENJOYING THE TREES LOKEING OUT FOR THEE
DIRTBIKEING AND DIRT CLIMBING
WINDING ROADS
TRUCKS LOOKING OUT FOR THE  OTHER GUY.
TEARING UP THE ROAD STOPPING AT THE RED LIGHT
LOVEING THE GREEN AND ALWAYS BEING A  CAUSION.
TAKEING A BREATH, HEART BEATING FAST , FASTER THAN
THAN THE OTHER, SAFE THAN EVER, LIVES BEING SAVED
KEEPING THE RULES
FROM NURSERY SCHOOL TO HIGH SCHOOL PLAY THE RULES
SLING MUD. MOTOR CROSS , WINNING WITH ONLY BEING
SAFE. NOT LOOSEING THE RACE.  LIFE IS IMPORTANT.
SO IS MY FACE + TO BE ABLE TO LOOK IN THE MIRROR
PLAYING A FAIR GAME WINNING WITH DIGNITY .
BEING AROUND MOM NOT HUNTING US DOWN.
REMEMBERING THE AMBER ALERT. LOVEING TODAY
SEEING A TOMARROW. SLOWING DOWN,
TAKEING TO THE  TRACKS.

VAROOM    VAROOOM    VAROOOOOM VAROOOOOM

CARS, TRUCKS AND JEEPS, MOTORCYCLES
ROAD CLIMBERS, 4 WHEELING  LOVEING MY JEEPS
KEEPING MY EYES ON THE ROAD SAFER THAN EVER
 LOVEING OUR COUNTRY SEEING THE SAVANNA AND
HUNTING FOR THE  RIGHT TRACK, BEING FREE. WITH
A PRIVILAGE  RIGHT-A-WAY OBAYING THE LAW.
+WRITERS PORTION+
1/3 TO DOROTHY AZEL DAVES QUALLIE CHUCK DAVES
BOBBY QUALLIE, HUNTER JOSEPH QUALLIE
SAVANNIA LEI QUALLIE, DEEDRA AMBER DAVES
VICKY LEE WEATHERWAX DAVES (KENDRICK).
2/3 CHRYSLER / CHRYSTAR / WRANGLER / JEEPS

SONG 4