

**Advancement**
*Where Talent Meets Opportunity*

32200 Solon Road • Solon, Ohio 44139
(440) 248-8550 • Fax (440) 248-0740 • www.advancementllc.com

June 12, 2009

United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY 10004



Re: General Motors bankruptcy; **Objection as to the Cure Amount**
    GM Vendor No: 002456791

Please note that our Company is not represented by counsel in this matter and therefore, is unable to submit this correspondence electronically. Please accept this written submission.

We have received the Notice of Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and Cure Amounts Related Thereto for the Chapter 11 Case No. 09-50026 (REG); General Motors Corp, et al.

Advancement LLC, doing business as **Contract Professionals of Ohio LLC** is identified as a contract party on the list of Assumable Executory Contracts. The Contract Cure Amount per that list is stated at $249,323.14 as of June 12, 2009.

We object to that specific dollar amount.

The Assumable Executory Contract List includes nearly all unpaid invoices (contracts) except for the following:

| Invoice No | Date | Purchase Order | Amount |
|---|---|---|---|
| GM3068-02A | 05/24/2009 | TCR20753 | $235.00 |
| GM3055-09 | 05/24/2009 | TCR16792 | $8596.75 |
| GM3059-03 | 12/28/2008 | TCR17563 | $3929.50 |
| GM3052-07 | 12/28/2008 | TKR80028 | $1763.50 |
| GM2743-10-A | 10/26/2008 | TCR14354 | $2797.00 |
| Total missing from Assumed Executory Contract List | | | $17321.75 |



# Advancement
*Where Talent Meets Opportunity*

32200 Solon Road • Solon, Ohio 44139
(440) 248-8550 • Fax (440) 248-0740 • www.advancementllc.com

In total, our records indict a Contract Cure Amount of $266,644.89 for services rendered prior to the bankruptcy filing date. We have been in contact with the Call Center and with GM's Supplier Disbursements representatives to resolve these missing invoices (contracts). We make this timely objection in order to protect our interest in these outstanding invoices that have not yet been accepted by General Motors.

**Contract Professionals of Ohio LLC** continues to provide General Motors with required labor and consulting services after the bankruptcy filing per the Court's stay order and in anticipation that the Contract Cure Amount will be corrected and all future invoices will be honored.

Best Regards,

*Dave Beveridge* (signature)

Advancement LLC
dba: **Contract Professionals of Ohio LLC**
Dave Beveridge
Chief Financial Officer

Cc: General Motors Corp
    Weil, Gotshal & Manges LLP
    U.S. Treasury
    Cadwalader, Wickersham & Taft LLP
    Vedder Price, P.C.
    Office of the US Trustee, Southern District of NY