UNITED STATES BANKRUPTCY COURT
NEW YORK
SOUTHERN DIVISION

In Re:

IN RE GENERAL MOTORS CORPORATION,   Court No. 09-50026
                                     Chapter 11
Debtor(s).                           Hon. Robert E. Gerber
_____/     (Jointly Administered)


## APPEARANCE AND
## REQUEST FOR SERVICE OF ALL PLEADINGS
## AND NOTICES

PLEASE ENTER THE APPEARANCE of Michael A. Cox, Attorney General of the State of Michigan, and Susan Przekop-Shaw, Assistant Attorney General, as attorneys for the Michigan Workers' Compensation Agency.

The undersigned attorney also specifically requests that she be placed on the matrix for service of all pleadings and notices and that they be sent to her at the address below.

For purposes of placement on the matrix, it is respectfully requested that the name of the Assistant Attorney General, Susan Przekop-Shaw, and NOT the Attorney General be listed in order to differentiate the state agency that is represented herein.

Respectfully submitted,

MICHAEL A. COX
Attorney General

Dated: June 18, 2009

Susan Przekop-Shaw (P30495)
Assistant Attorney General

Labor Division
P.O. Box 30736
Lansing, Michigan 48909
Telephone: (517) 373-2560
E-Mail: przekopshaws@michigan.gov