

# *Rapids Tumble Finish*

**1607 HULTS • EATON RAPIDS, MICHIGAN 48827 • (517)663-8606 • FAX (517)663-6222**

June 11, 2009

Bankruptcy Clerk
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York  10004

Regarding:   General Motors Corp., *et al.*, Debtors
             Chapter 11 Case No. 09-50026 (REG)
             OBJECTION to the CURE AMOUNT

             Supplier Name: Rapids Tumble Finish, Inc
             Vender ID: 92944883
             GM Contract IDs: 0Z4G0000, 0Z4G0001, 0Z4G0005, 0Z4G0009

Dear Sir/Madam:

We are filing this objection to the Cure Amount as listed on the web site
http://www.contractnotices.com.  It shows an amount of 0, we believe this amount to be
$9937.18.

We have provided parts finishing services to GM since January 2003 up to June 2008. Over
this time period GM has short paid or not paid at all on some of these services.  We have been
in contact with various individuals at GM regarding these outstanding balances, have provided
on several different occasions documentation proving the work was performed, but have yet to
get the outstanding payment issues resolved.

General Motors owes us a total of $9937.18. A summary of the dates are attached along with a
copy of our Proof of Claim Form.

We did contact the Call Center and were given issue id # 2009.3681.  We received an email
from the Command Center stating that if GM identifies us as an essential supplier we would
receive a Trade Agreement to sign and could get paid.

**BARREL & VIBRATORY
DEBURRING**



**MICRO-IMPROVEMENT
POLISHING**

www.rapidstumblefinish.com

Since we have not provided any parts finishing services to GM since June 2008, we are pretty confident that GM will not consider us an 'essential' supplier. We do not feel that should mean they don't owe us the $9937.18.

Please advise if there is any additional information you need.

Respectfully Submitted,

LouAnn Loomis
Office Manager
Rapids Tumble Finish, Inc
louann.loomis@rapidstumblefinish.com

Enc (3)    Copy of Proof of Claim Form
           Copy of Command Center Email with response
           Summary of outstanding balances owed by General Motors
CERTIFIED MAIL

cc/enc:    Debtors c/o General Motors Corp.
           Weil, Gotshal & Manges LLP (Attn: Harvey R Miller, Esq., Stephen Karotkin, Esq., Joseph H
              Smolinsky, Esq.)
           U.S. Treasury (Attn: Matthew Feldman, Esq.)
           Cadwalder, Wickersham & Taft LLP (Attn: John J Rapisardi, Esq.)
           Attorneys for the Creditors Committee
           Vedder Price, PC (Attn: Michael J Edelman, Esq., and Michael L Schein, Esq.)
           Office of the Unites States Trustee for the Southern District of New York (Attn: Diana G
              Adams, Esq.)
           U.S. Attorney's Office (Attn: David S Jones, Esq., and Matthew L Schwartz, Esq.)