| | |
|---|---|
| **From:** | LouAnn Loomis |
| **To:** | "supplier_command_center@gm.com"; |
| **Subject:** | RE: Payment Issue 2009.3681 |
| **Date:** | Wednesday, June 10, 2009 6:25:01 PM |

I am replying to this email as I do not agree that issue id# 2009.3681 should be closed.

I'm sure that GM will not identify us, Rapids Tumble Finish, Inc., as an 'essential supplier'. Especially since the last work we preformed for them was in June 2008 of which they have yet to pay us.

GM has an outstanding balance of $9937.18, a far cry from 0 as listed on the web site. This outstanding balance is for services provided dating from October 2004 up through June 2008. They either would short paid us or not pay at all. Over the years I have been in contact with various individuals at GM and have provide documentation on several occasions to prove the work was performed, but still could not get the payment issues resolved, most of the time no one at GM would even respond to my inquires.

We are a small job shop and are struggling like everyone else in today's economic crisis. Unlike GM, we did not receive any 'loans' from the Government to help us get through these tough times. We have to rely on our customers (of which GM is one) actually paying their bills.

I don't accept the fact that because we are not an 'essential supplier' to GM, that we are not entitled to the balance they owe us. So, no, do not close issue id# 2009.3681.

Respectfully submitted,
LouAnn Loomis

*LouAnn Loomis*
*Office Manager*
*Rapids Tumble Finish, Inc.*
*1607 Hults Drive*
*Eaton Rapids, MI 48827*
*517-663-8606 - voice*
*517-663-6222 - fax*
*louann.loomis@rapidstumblefinish.com*
*www.rapidstumblefinish.com*

-----Original Message-----
**From:** supplier_command_center@gm.com [mailto: supplier_command_center@gm.com]
**Sent:** Wednesday, June 10, 2009 7:21 AM
**To:** LouAnn Loomis
**Subject:** Payment Issue 2009.3681

The Court has granted GM authority to pay the prepetition claims of its direct suppliers and certain of its indirect suppliers if those suppliers enter into a Trade Agreement with GM. If you have been idenetified by GM as an essential supplier, you will receive a Trade Agreement for execution.

This should close out issue id# 2009.3681, if you have additional questions please contact the GM Call Center (888) 409-2328 or (586) 947-3000.

Thank you,

GM Command Center