UNITED STATES BANKRUPTCY COURT
NEW YORK
SOUTHERN DIVISION

In Re:

| | |
|---|---|
| IN RE GENERAL MOTORS CORPORATION, | Court No. 09-50026 |
| | Chapter 11 |
| Debtor(s). | Hon. Robert E. Gerber |
| _____ / | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE
*Pro Hac Vice for*
**SUSAN PRZEKOP-SHAW**

I, Susan Przekop-Shaw, a member in good standing of the bars of the State of Michigan, and the 6th Circuit Court of Appeals requests admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent the Michigan Workers' Compensation Agency, in the above-referenced Chapter 11 cases.

Mailing address:   Susan Przekop-Shaw
Assistant Attorney General
P.O. Box 30736
Lansing, Michigan 48909

Email:   przekopshaws@michigan.gov

Telephone:   (517) 373-2560

I have submitted the filing fee of $25 with this motion for *pro hac vice* admission.

Respectfully submitted,

MICHAEL A. COX
Attorney General

Dated: June 18, 2009

*[signature]*
Susan Przekop-Shaw (P30495)
Assistant Attorney General

Labor Division
P.O. Box 30736
Lansing, Michigan 48909
Telephone: (517) 373-2560
E-Mail: przekopshaws@michigan.gov