UNITED STATES BANKRUPTCY COURT
NEW YORK
SOUTHERN DIVISION

In Re:

IN RE GENERAL MOTORS CORPORATION,   Court No. 09-50026
                                    Chapter 11
　　　Debtor(s).                     Hon. Robert E. Gerber
_____/    (Jointly Administered)


## ORDER FOR ADMISSION TO PRACTICE
*Pro Hac Vice for*
## SUSAN PRZEKOP-SHAW

Susan Przekop-Shaw, a member in good standing of the bars in the State of Michigan, and the 6th Circuit Court of Appeals, having requested admission, ***pro hac vice***, to represent the Michigan Workers' Compensation Agency in the above-captioned case;

IT IS HEREBY ORDERED THAT:

1.　　The Motion is GRANTED.

2.　　Susan Przekop-Shaw is admitted to practice in the above-captioned Chapter 11 cases, in the United States Bankruptcy Court for the Southern District of New York, subject to the payment of the filing fee.


Dated: _____, 2009
　　　New York, New York          _____
                                  UNITED STATES BANKRUPTCY JUDGE