UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE | Chapter 11 |
| GENERAL MOTORS CORPORATION, | Case No. 09-50026 (Jointly Administered) |
| Debtors. | Honorable Robert E. Gerber |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Janice M. Woolley, to be admitted, *pro hac vice*, to represent:

NS - 200 Cabot of PA, L.L.C., a Pennsylvania limited liability company,

NS - 608 Caperton WV, L.L.C., a West Virginia limited liability company,

NS - 1500 Marquette MS, L.L.C., a Mississippi limited liability company, and

NS - 2200 Willis Miller WI, L.L.C., a Wisconsin limited liability company,

parties in interest and creditors in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Nebraska and, if applicable, the bar of the U.S. District Court for the District of Nebraska and of the 8th U.S. Circuit Court of Appeals.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 7, 2009

Janice M. Woolley
McGill, Gotsdiner, Workman & Lepp, P.C., L.L.O.
11404 West Dodge Road, Suite 500
Omaha, NE 68154-2584
(402) 492-9200
*E-mail address:* janwoolley@mgwl.com
*Telephone number:* (402) 492-9200

344315_1.DOC