**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | |
|---|---|
| In re | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP, *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

### OBJECTION OF YAREMA DIE & ENGINEERING CO. TO THE PROPOSED CURE AMOUNT CONTAINED IN THE NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) CURE COSTS RELATED THERETO

Yarema Die & Engineering Co. ("Yarema"), by its attorneys, Nathan Zousmer, P.C., hereby submits this objection (the "Objection") to the proposed assumption and assignment of the Debtors' executory contracts with Yarema.

### INTRODUCTION

1.  On June 1, 2009, Debtors filed a Motion which included an intent to assume and assign certain executory contracts, unexpired leases of personal property, and unexpired leases of nonresidential real property, and cure amounts related thereto (the "Motion").

2.  Yarema received that Notice of June 8, 2009.

3.  As required in the Notice, Yarema obtained off the web site a listing of the proposed cure amount which totaled $38,529.80.

### OBJECTION

4.  Yarema does not object to the assumption and assignment of the contracts between one or more of the Debtors and Yarema. However, Yarema does object to the Proposed Cure Amount presented by the Debtors because it does not provide for full payment of all pre-petition amounts due and owing nor the assumption of all outstanding invoices.

5.      The Debtors allege that the amount necessary to cure all existing defaults under any and all agreements between one or more of the Debtors and Yarema, as of the Petition Date is $38,529.80 (the "Proposed Cure Amount").

6.      In fact, the correct cure cost amount due to Yarema is $66,388.52 (the "Correct Cure Amount"). This sum represents the total amount due and owing as of the Petition Date.

7.      A copy of the paperwork supporting the total amount due and owing to Yarema is attached hereto and incorporated herein as <u>Exhibit A</u>. It includes a correspondence to Tammy Benchbana at GM Powertrain Stampings, outlining the additional amounts alleged to be due and owing Yarema above those already agreed to by the Debtors.

8.      Pursuant to Section 365 of the Bankruptcy Code, as a condition of assumption of its contracts, Yarema is entitled to be paid all pre-petition amounts due and owing in full in order to restore the pre-default conditions and bring all contracts back into compliance with their terms. *See* 11 U.S.C. § 365(b); *In re Taddeo*, 685 F.2d 24 (2d Cir. 1982).

9.      Accordingly, Yarema objects to the approval of any cure amount that is less than the full amount due to Yarema. Moreover, Yarema respectfully requests that the assumption and assignment of executory contracts between Yarema and the Debtors be conditioned upon the payment to Yarema of the Correct Cure Amount.

10.      Yarema reserves the right to amend this Objection and further reserves the right to assert additional objections to the proposed assumption and assignment of the Debtors' executory contracts with Yarema prior to or at any hearing on this Objection.

WHEREFORE, Yarema respectfully requests that an order be entered directing the Debtors to pay pre-petition cure costs to Yarema in full, in the amount of $66,388.52, as a condition of the assumption and assignment of the Debtors' executory contracts with Yarema.

Dated: June 17, 2009

Respectfully submitted,

NATHAN ZOUSMER, P.C..

/s/ Kenneth A. Nathan
Kenneth A. Nathan (P39142 MI)
29100 Northwestern Highway, Suite 260
Southfield, Michigan 48034
knathan@nathanzousmer.com
Telephone:    (248) 351-0099
Facsimile:    (248) 351-0487

*Attorneys for Yarema Die & Engineering Co.*

EXHIBIT A



**YAREMA DIE
& ENGINEERING**

300 Minnesota
Troy, Michigan
48083-4610

Telephone
(248) 585-2830

Fax Numbers

Sales
(248) 616-1421

Engineering
(248) 585-8868

Administrative
(248) 616-1422

Manufacturing
(248) 585-3110

Tammy Benchbana
Strategic Buyer – GM Powertrain Stampings

GMPT Global Purchasing Supply Chain
Powertrain Global Headquarters
777 Joslyn Avenue
Pontiac, Michigan 48340

6/15/09

**Pre-Petition Monies Owed to Yarema by GM Powertrain for GM North America That Are Not Currently Showing In The E-DACOR System:**

| | |
|---|---:|
| 1. Obsolescence Parts out of Balance 15668719 & 15668720 | $18,714.22 |
| 2. Obsolescence Parts 15105261, 15105262 & 15767144 | 3,217.41 |
| 3. Obsolescence Parts out of Balance 15141417, 15141418, 22682216 & 22682217 | 5,927.09 |

Please feel free to call me with any questions you may have concerning this matter.

Sincerely,

David Yarema
Yarema Die & Engineering

**Summary:**

Total Pre-Petition Monies Owed by GM                    $27,858.72

## Contract Notices

User: BinkBird

**My Contracts**   **Documents & Links**

## Supplier Details

Vendor Master ID: **005392550**

| Supplier Name: | YAREMA DIE & ENGINEERING CO INC |
|---|---|
| Contract Cure Amount: | $38,529.80 |
| # of Contracts: | 163 |

Click here to view Contracts

### Cure Amount Details

| Remit DUNS | PO Number | DOL | Document Date | Due Date | Amount | |
|---|---|---|---|---|---|---|
| RD005392550 | PRO9JH00091 | 133951 | 5/28/2009 | 07/02/2009 | $477.90 | USD |
| RD005392550 | PRO9JH0009M | 133645 | 5/4/2009 | 07/02/2009 | $411.23 | USD |
| RD005392550 | PRO9JH0009M | 133675 | 5/5/2009 | 07/02/2009 | $448.62 | USD |
| RD005392550 | PRO9JH0009M | 133692 | 5/6/2009 | 07/02/2009 | $710.31 | USD |
| RD005392550 | PRO9JH0009M | 133712 | 5/7/2009 | 07/02/2009 | $523.39 | USD |
| RD005392550 | PRO9JH0009M | 133735 | 5/8/2009 | 07/02/2009 | $486.00 | USD |
| RD005392550 | PRO9JH0009M | 133754 | 5/11/2009 | 07/02/2009 | $523.39 | USD |
| RD005392550 | PRO9JH0009M | 133773 | 5/12/2009 | 07/02/2009 | $373.85 | USD |
| RD005392550 | PRO9JH0009M | 133793 | 5/13/2009 | 07/02/2009 | $523.39 | USD |
| RD005392550 | PRO9JH0009M | 133801 | 5/14/2009 | 07/02/2009 | $859.85 | USD |
| RD005392550 | PRO9JH0009M | 133823 | 5/15/2009 | 07/02/2009 | $635.54 | USD |
| RD005392550 | PRO9JH0009M | 133835 | 5/18/2009 | 07/02/2009 | $373.85 | USD |
| RD005392550 | PRO9JH0009M | 133868 | 5/20/2009 | 07/02/2009 | $1,196.31 | USD |
| RD005392550 | PRO9JH0009M | 133883 | 5/21/2009 | 07/02/2009 | $486.00 | USD |
| RD005392550 | PRO9JH0009M | 133900 | 5/26/2009 | 07/02/2009 | $710.31 | USD |
| RD005392550 | PRO9JH0009M | 133920 | 5/27/2009 | 07/02/2009 | $598.16 | USD |
| RD005392550 | PRO9JH0009M | 133936 | 5/28/2009 | 07/02/2009 | $598.16 | USD |
| RD005392550 | PRO9JH0009M | 133958 | 5/29/2009 | 07/02/2009 | $523.39 | USD |
| RD005392550 | PRO9JH0009M | 133645 | 5/4/2009 | 07/02/2009 | ($411.23) | USD |
| RD005392550 | PRO9JH0009M | 133675 | 5/5/2009 | 07/02/2009 | ($448.62) | USD |
| RD005392550 | PRO9JH0009M | 133692 | 5/6/2009 | 07/02/2009 | ($710.31) | USD |
| RD005392550 | PRO9JH0009M | 133712 | 5/7/2009 | 07/02/2009 | ($523.39) | USD |
| RD005392550 | PRO9JH0009M | 133735 | 5/8/2009 | 07/02/2009 | ($486.00) | USD |
| RD005392550 | PRO9JH0009M | 133754 | 5/11/2009 | 07/02/2009 | ($523.39) | USD |
| RD005392550 | PRO9JH0009M | 133773 | 5/12/2009 | 07/02/2009 | ($373.85) | USD |
| RD005392550 | PRO9JH0009M | 133793 | 5/13/2009 | 07/02/2009 | ($523.39) | USD |
| RD005392550 | PRO9JH0009M | 133801 | 5/14/2009 | 07/02/2009 | ($859.85) | USD |
| RD005392550 | PRO9JH0009M | 133823 | 5/15/2009 | 07/02/2009 | ($635.54) | USD |
| RD005392550 | PRO9JH0009M | 133835 | 5/18/2009 | 07/02/2009 | ($373.85) | USD |
| RD005392550 | PRO9JH000D2 | 133618 | 5/1/2009 | 07/02/2009 | $874.47 | USD |
| RD005392550 | PRO9JH000D2 | 133779 | 5/12/2009 | 07/02/2009 | $787.02 | USD |
| RD005392550 | PRO9JH000D2 | 133827 | 5/15/2009 | 07/02/2009 | $787.02 | USD |
| RD005392550 | PRO9JH000D2 | 133618 | 5/1/2009 | 07/02/2009 | ($874.47) | USD |
| RD005392550 | PRO9JH000D2 | 133779 | 5/12/2009 | 07/02/2009 | ($787.02) | USD |
| RD005392550 | PRO9JH000D2 | 133827 | 5/15/2009 | 07/02/2009 | ($787.02) | USD |
| RD005392550 | PRO9JH000CN | 133573 | 5/1/2009 | 07/02/2009 | $576.46 | USD |
| RD005392550 | PRO9JH000CN | 133644 | 5/5/2009 | 07/02/2009 | $576.46 | USD |
| RD005392550 | PRO9JH000CN | 133733 | 5/11/2009 | 07/02/2009 | $576.46 | USD |
| RD005392550 | PRO9JH000CN | 133822 | 5/18/2009 | 07/02/2009 | $576.46 | USD |
| RD005392550 | PRO9JH000CN | 133899 | 5/27/2009 | 07/02/2009 | $576.46 | USD |
| RD005392550 | PRO9JH000CN | 133927 | 5/28/2009 | 07/02/2009 | $576.46 | USD |
| RD005392550 | PRO9JH000CN | 133934 | 5/29/2009 | 07/02/2009 | $576.46 | USD |
| RD005392550 | PRO9JH000CN | 133573 | 5/1/2009 | 07/02/2009 | ($576.46) | USD |
| RD005392550 | PRO9JH000CN | 133644 | 5/5/2009 | 07/02/2009 | ($576.46) | USD |
| RD005392550 | PRO9JH000CN | 133733 | 5/11/2009 | 07/02/2009 | ($576.46) | USD |
| RD005392550 | PRO9JH000CN | 133822 | 5/18/2009 | 07/02/2009 | ($576.46) | USD |
| RD005392550 | PRO9JH0009M | 133731 | 5/8/2009 | 07/02/2009 | $149.54 | USD |
| RD005392550 | PRO9JH0009M | 133769 | 5/12/2009 | 07/02/2009 | $112.15 | USD |
| RD005392550 | PRO9JH0009V | 133770 | 5/12/2009 | 07/02/2009 | $393.06 | USD |
| RD005392550 | PRO9JH000GH | 133771 | 5/12/2009 | 07/02/2009 | $52.81 | USD |
| RD005392550 | PRO9JH0009M | 133916 | 5/27/2009 | 07/02/2009 | $112.15 | USD |
| RD005392550 | PRO9JH000GH | 133917 | 5/27/2009 | 07/02/2009 | $158.43 | USD |
| RD005392550 | PRO9JH0009M | 133930 | 5/28/2009 | 07/02/2009 | $560.77 | USD |
| RD005392550 | PRO9JH0009V | 133931 | 5/28/2009 | 07/02/2009 | $393.06 | USD |
| RD005392550 | PRO9JH000GH | 133932 | 5/28/2009 | 07/02/2009 | $422.48 | USD |
| RD005392550 | PRO9JH0009V | 133953 | 5/29/2009 | 07/02/2009 | $393.06 | USD |

| | | | | | | |
|---|---|---|---|---|---|---|
| RD005392550 | PRO9JH0009M | 133954 | 5/29/2009 | 07/02/2009 | $523.39 | USD |
| RD005392550 | PRO9JH000GH | 133955 | 5/29/2009 | 07/02/2009 | $422.48 | USD |
| RD005392550 | PRO9JH0009M | 133731 | 5/8/2009 | 07/02/2009 | ($149.54) | USD |
| RD005392550 | PRO9JH0009M | 133769 | 5/12/2009 | 07/02/2009 | ($112.15) | USD |
| RD005392550 | PRO9JH000GH | 133771 | 5/12/2009 | 07/02/2009 | ($52.81) | USD |
| RD005392550 | PRO9JH000HN | 133611 | 5/1/2009 | 07/02/2009 | $733.00 | USD |
| RD005392550 | PRO9JH000HN | 133688 | 5/6/2009 | 07/02/2009 | $733.00 | USD |
| RD005392550 | PRO9JH000HN | 133751 | 5/11/2009 | 07/02/2009 | $733.00 | USD |
| RD005392550 | PRO9JH000HN | 133798 | 5/14/2009 | 07/02/2009 | $733.00 | USD |
| RD005392550 | PRO9JH000HN | 133832 | 5/18/2009 | 07/02/2009 | $733.00 | USD |
| RD005392550 | PRO9JH000HN | 133611 | 5/1/2009 | 07/02/2009 | ($733.00) | USD |
| RD005392550 | PRO9JH000HN | 133688 | 5/6/2009 | 07/02/2009 | ($733.00) | USD |
| RD005392550 | PRO9JH000HN | 133751 | 5/11/2009 | 07/02/2009 | ($733.00) | USD |
| RD005392550 | PRO9JH000HN | 133798 | 5/14/2009 | 07/02/2009 | ($733.00) | USD |
| RD005392550 | PRO9JH000HN | 133832 | 5/18/2009 | 07/02/2009 | ($733.00) | USD |
| RD005392550 | PRO9JH0003G | 133613 | 5/1/2009 | 07/02/2009 | $136.96 | USD |
| RD005392550 | PRO9JH0003G | 133643 | 5/4/2009 | 07/02/2009 | $205.42 | USD |
| RD005392550 | PRO9JH0003G | 133673 | 5/5/2009 | 07/02/2009 | $136.96 | USD |
| RD005392550 | PRO9JH0003G | 133690 | 5/6/2009 | 07/02/2009 | $136.96 | USD |
| RD005392550 | PRO9JH0003G | 133711 | 5/7/2009 | 07/02/2009 | $68.48 | USD |
| RD005392550 | PRO9JH0003G | 133732 | 5/8/2009 | 07/02/2009 | $68.48 | USD |
| RD005392550 | PRO9JH0003G | 133753 | 5/11/2009 | 07/02/2009 | $68.48 | USD |
| RD005392550 | PRO9JH0003G | 133772 | 5/12/2009 | 07/02/2009 | $68.48 | USD |
| RD005392550 | PRO9JH0003G | 133792 | 5/13/2009 | 07/02/2009 | $68.48 | USD |
| RD005392550 | PRO9JH0003G | 133800 | 5/14/2009 | 07/02/2009 | $136.96 | USD |
| RD005392550 | PRO9JH0003G | 133821 | 5/15/2009 | 07/02/2009 | $273.90 | USD |
| RD005392550 | PRO9JH0003G | 133834 | 5/18/2009 | 07/02/2009 | $136.96 | USD |
| RD005392550 | PRO9JH0003G | 133882 | 5/21/2009 | 07/02/2009 | $136.96 | USD |
| RD005392550 | PRO9JH0003G | 133898 | 5/26/2009 | 07/02/2009 | $205.42 | USD |
| RD005392550 | PRO9JH0003G | 133918 | 5/27/2009 | 07/02/2009 | $205.42 | USD |
| RD005392550 | PRO9JH0003G | 133933 | 5/28/2009 | 07/02/2009 | $136.96 | USD |
| RD005392550 | PRO9JH0003G | 133956 | 5/29/2009 | 07/02/2009 | $410.86 | USD |
| RD005392550 | PRO9JH0003G | 133613 | 5/1/2009 | 07/02/2009 | ($136.96) | USD |
| RD005392550 | PRO9JH0003G | 133643 | 5/4/2009 | 07/02/2009 | ($205.42) | USD |
| RD005392550 | PRO9JH0003G | 133673 | 5/5/2009 | 07/02/2009 | ($136.96) | USD |
| RD005392550 | PRO9JH0003G | 133690 | 5/6/2009 | 07/02/2009 | ($136.96) | USD |
| RD005392550 | PRO9JH0003G | 133711 | 5/7/2009 | 07/02/2009 | ($68.48) | USD |
| RD005392550 | PRO9JH0003G | 133732 | 5/8/2009 | 07/02/2009 | ($68.48) | USD |
| RD005392550 | PRO9JH0003G | 133753 | 5/11/2009 | 07/02/2009 | ($68.48) | USD |
| RD005392550 | PRO9JH0003G | 133772 | 5/12/2009 | 07/02/2009 | ($68.48) | USD |
| RD005392550 | PRO9JH0003G | 133792 | 5/13/2009 | 07/02/2009 | ($68.48) | USD |
| RD005392550 | PRO9JH0003G | 133800 | 5/14/2009 | 07/02/2009 | ($136.96) | USD |
| RD005392550 | PRO9JH0003G | 133821 | 5/15/2009 | 07/02/2009 | ($273.90) | USD |
| RD005392550 | PRO9JH0003G | 133834 | 5/18/2009 | 07/02/2009 | ($136.96) | USD |
| RD005392550 | PRO0PZL0016 | 133797 | 5/13/2009 | 07/02/2009 | $304.66 | USD |
| RD005392550 | PRO0PZL0016 | 133804 | 5/14/2009 | 07/02/2009 | $304.66 | USD |
| RD005392550 | PRO0PZL0016 | 133829 | 5/15/2009 | 07/02/2009 | $304.66 | USD |
| RD005392550 | PRO0PZL0016 | 133838 | 5/18/2009 | 07/02/2009 | $456.99 | USD |
| RD005392550 | PRO0PZL0016 | 133886 | 5/21/2009 | 07/02/2009 | $152.33 | USD |
| RD005392550 | PRO0PZL0016 | 133908 | 5/26/2009 | 07/02/2009 | $432.16 | USD |
| RD005392550 | PRO0PZL0016 | 133925 | 5/27/2009 | 07/02/2009 | $456.99 | USD |
| RD005392550 | PRO0PZL0016 | 133963 | 5/29/2009 | 07/02/2009 | $609.32 | USD |
| RD005392550 | PRO0PZL0016 | 133797 | 5/13/2009 | 07/02/2009 | ($304.66) | USD |
| RD005392550 | PRO0PZL0016 | 133804 | 5/14/2009 | 07/02/2009 | ($304.66) | USD |
| RD005392550 | PRO0PZL0016 | 133829 | 5/15/2009 | 07/02/2009 | ($304.66) | USD |
| RD005392550 | PRO0PZL0016 | 133838 | 5/18/2009 | 07/02/2009 | ($456.99) | USD |
| RD005392550 | PRO11TT0002 | 133615 | 5/1/2009 | 07/02/2009 | $226.28 | USD |
| RD005392550 | PRO11TT0002 | 133651 | 5/4/2009 | 07/02/2009 | $226.28 | USD |
| RD005392550 | PRO11TT0002 | 133678 | 5/5/2009 | 07/02/2009 | $226.28 | USD |
| RD005392550 | PRO11TT0002 | 133717 | 5/7/2009 | 07/02/2009 | $452.56 | USD |
| RD005392550 | PRO11TT0002 | 133739 | 5/8/2009 | 07/02/2009 | $226.28 | USD |
| RD005392550 | PRO11TT0002 | 133759 | 5/11/2009 | 07/02/2009 | $226.28 | USD |
| RD005392550 | PRO11TT0002 | 133796 | 5/13/2009 | 07/02/2009 | $452.56 | USD |
| RD005392550 | PRO11TT0002 | 133803 | 5/14/2009 | 07/02/2009 | $226.28 | USD |
| RD005392550 | PRO11TT0002 | 133851 | 5/19/2009 | 07/02/2009 | $226.28 | USD |
| RD005392550 | PRO11TT0002 | 133877 | 5/25/2009 | 07/02/2009 | $226.28 | USD |
| RD005392550 | PRO11TT0002 | 133895 | 5/21/2009 | 07/02/2009 | $609.89 | USD |
| RD005392550 | PRO11TT0002 | 133858 | 5/22/2009 | 07/02/2009 | $452.56 | USD |
| RD005392550 | PRO11TT0002 | 133906 | 5/26/2009 | 07/02/2009 | $295.23 | USD |
| RD005392550 | PRO11TT0002 | 133924 | 5/27/2009 | 07/02/2009 | $226.28 | USD |
| RD005392550 | PRO11TT0002 | 133942 | 5/28/2009 | 07/02/2009 | $226.28 | USD |
| RD005392550 | PRO11TT0002 | 133962 | 5/29/2009 | 07/02/2009 | $452.56 | USD |

| | | | | | | |
|---|---|---|---|---|---|---|
| RD005392550 | PRO9JG0001X | 133614 | 5/1/2009 | 07/02/2009 | $670.76 | USD |
| RD005392550 | PRO9JG0001X | 133649 | 5/4/2009 | 07/02/2009 | $1,341.52 | USD |
| RD005392550 | PRO9JG0001X | 133677 | 5/5/2009 | 07/02/2009 | $670.76 | USD |
| RD005392550 | PRO9JG0001X | 133695 | 5/6/2009 | 07/02/2009 | $670.76 | USD |
| RD005392550 | PRO9JG0001X | 133716 | 5/7/2009 | 07/02/2009 | $670.76 | USD |
| RD005392550 | PRO9JG0001X | 133738 | 5/8/2009 | 07/02/2009 | $670.76 | USD |
| RD005392550 | PRO9JG0001X | 133758 | 5/11/2009 | 07/02/2009 | $670.76 | USD |
| RD005392550 | PRO9JG0001X | 133777 | 5/12/2009 | 07/02/2009 | $670.76 | USD |
| RD005392550 | PRO9JG0001X | 133795 | 5/13/2009 | 07/02/2009 | $670.76 | USD |
| RD005392550 | PRO9JG0001X | 133802 | 5/14/2009 | 07/02/2009 | $670.76 | USD |
| RD005392550 | PRO9JG0001X | 133850 | 5/19/2009 | 07/02/2009 | $670.76 | USD |
| RD005392550 | PRO9JG0001X | 133873 | 5/20/2009 | 07/02/2009 | $670.76 | USD |
| RD005392550 | PRO9JG0001X | 133876 | 5/25/2009 | 07/02/2009 | $670.76 | USD |
| RD005392550 | PRO9JG0001X | 133885 | 5/21/2009 | 07/02/2009 | $1,341.52 | USD |
| RD005392550 | PRO9JG0001X | 133857 | 5/22/2009 | 07/02/2009 | $670.76 | USD |
| RD005392550 | PRO9JG0001X | 133905 | 5/26/2009 | 07/02/2009 | $1,341.52 | USD |
| RD005392550 | PRO9JG0001X | 133941 | 5/28/2009 | 07/02/2009 | $670.76 | USD |
| RD005392550 | PRO9JG0001X | 133961 | 5/29/2009 | 07/02/2009 | $670.76 | USD |
| RD005392550 | PRO9JG00028 | 133653 | 5/4/2009 | 07/02/2009 | $576.32 | USD |
| RD005392550 | PRO11TT0002 | 133839 | 5/18/2009 | 07/02/2009 | $712.00 | USD |
| RD005392550 | PRO9JG00021 | 133853 | 5/19/2009 | 07/02/2009 | $539.45 | USD |
| RD005392550 | PRO9JG00018 | 133912 | 5/26/2009 | 07/02/2009 | $123.98 | USD |
| RD005392550 | | 133453 | 4/27/2009 | 06/02/2009 | ($767.03) | USD |
| RD005392550 | PRO9JH000FK | 133919 | 5/27/2009 | 07/02/2009 | $62.52 | USD |
| RD005392550 | PRO9JH000FK | 133935 | 5/28/2009 | 07/02/2009 | $62.52 | USD |
| RD005392550 | PRO9JH000BK | 133617 | 5/1/2009 | 07/02/2009 | $123.98 | USD |
| RD005392550 | PRO9JH000BK | 133648 | 5/4/2009 | 07/02/2009 | $247.97 | USD |
| RD005392550 | PRO9JH000BL | 133676 | 5/6/2009 | 07/02/2009 | $294.48 | USD |
| RD005392550 | PRO9JH000BK | 133694 | 5/6/2009 | 07/02/2009 | $247.97 | USD |
| RD005392550 | PRO9JH000BK | 133715 | 5/7/2009 | 07/02/2009 | $123.98 | USD |
| RD005392550 | PRO9JH000BK | 133737 | 5/8/2009 | 07/02/2009 | $123.98 | USD |
| RD005392550 | PRO9JH000BK | 133757 | 5/11/2009 | 07/02/2009 | $123.98 | USD |
| RD005392550 | PRO9JH000BK | 133776 | 5/12/2009 | 07/02/2009 | $123.98 | USD |
| RD005392550 | PRO9JH000BL | 133794 | 5/14/2009 | 07/02/2009 | $294.48 | USD |
| RD005392550 | PRO9JH000BK | 133806 | 5/14/2009 | 07/02/2009 | $123.98 | USD |
| RD005392550 | PRO9JH000BK | 133826 | 5/15/2009 | 07/02/2009 | $123.98 | USD |
| RD005392550 | PRO9JH000BK | 133837 | 5/18/2009 | 07/02/2009 | $123.98 | USD |
| RD005392550 | PRO9JH000BK | 133849 | 5/19/2009 | 07/02/2009 | $123.98 | USD |
| RD005392550 | PRO9JH000BK | 133904 | 5/26/2009 | 07/02/2009 | $247.97 | USD |
| RD005392550 | PRO9JH000BK | 133923 | 5/27/2009 | 07/02/2009 | $123.98 | USD |
| RD005392550 | PRO9JH000BK | 133940 | 5/28/2009 | 07/02/2009 | $123.98 | USD |
| RD005392550 | PRO9JH000BK | 133617 | 5/1/2009 | 07/02/2009 | ($123.98) | USD |
| RD005392550 | PRO9JH000BK | 133648 | 5/4/2009 | 07/02/2009 | ($247.97) | USD |
| RD005392550 | PRO9JH000BL | 133676 | 5/6/2009 | 07/02/2009 | ($294.48) | USD |
| RD005392550 | PRO9JH000BK | 133694 | 5/6/2009 | 07/02/2009 | ($247.97) | USD |
| RD005392550 | PRO9JH000BK | 133715 | 5/7/2009 | 07/02/2009 | ($123.98) | USD |
| RD005392550 | PRO9JH000BK | 133737 | 5/8/2009 | 07/02/2009 | ($123.98) | USD |
| RD005392550 | PRO9JH000BK | 133757 | 5/11/2009 | 07/02/2009 | ($123.98) | USD |
| RD005392550 | PRO9JH000BK | 133776 | 5/12/2009 | 07/02/2009 | ($123.98) | USD |
| RD005392550 | PRO9JH000BL | 133794 | 5/14/2009 | 07/02/2009 | ($294.48) | USD |
| RD005392550 | PRO9JH000BK | 133806 | 5/14/2009 | 07/02/2009 | ($123.98) | USD |
| RD005392550 | PRO9JH000BK | 133826 | 5/15/2009 | 07/02/2009 | ($123.98) | USD |
| RD005392550 | PRO9JH000BK | 133837 | 5/18/2009 | 07/02/2009 | ($123.98) | USD |
| RD005392550 | PRO9JH000BK | 133849 | 5/19/2009 | 07/02/2009 | ($123.98) | USD |
| RD005392550 | PRO9JH000BM | 133616 | 5/1/2009 | 07/02/2009 | $281.41 | USD |
| RD005392550 | PRO9JH000BN | 133647 | 5/4/2009 | 07/02/2009 | $72.41 | USD |
| RD005392550 | PRO9JH000FK | 133646 | 5/4/2009 | 07/02/2009 | $62.52 | USD |
| RD005392550 | PRO9JH000BP | 133679 | 5/5/2009 | 07/02/2009 | $17.67 | USD |
| RD005392550 | PRO9JH000BN | 133693 | 5/6/2009 | 07/02/2009 | $72.41 | USD |
| RD005392550 | PRO9JH000BN | 133714 | 5/7/2009 | 07/02/2009 | $72.41 | USD |
| RD005392550 | PRO9JH000FK | 133713 | 5/7/2009 | 07/02/2009 | $62.52 | USD |
| RD005392550 | PRO9JH000BN | 133736 | 5/8/2009 | 07/02/2009 | $72.41 | USD |
| RD005392550 | PRO9JH000HB | 133756 | 5/11/2009 | 07/02/2009 | $1,290.84 | USD |
| RD005392550 | PRO9JH000BM | 133755 | 5/11/2009 | 07/02/2009 | $281.41 | USD |
| RD005392550 | PRO9JH000BP | 133774 | 5/12/2009 | 07/02/2009 | $36.36 | USD |
| RD005392550 | PRO9JH000BN | 133775 | 5/12/2009 | 07/02/2009 | $72.41 | USD |
| RD005392550 | PRO9JH000FK | 133790 | 5/13/2009 | 07/02/2009 | $62.52 | USD |
| RD005392550 | PRO9JH000BN | 133791 | 5/13/2009 | 07/02/2009 | $72.41 | USD |
| RD005392550 | PRO9JH000FK | 133824 | 5/15/2009 | 07/02/2009 | $62.52 | USD |
| RD005392550 | PRO9JH000BN | 133805 | 5/14/2009 | 07/02/2009 | $72.41 | USD |
| RD005392550 | PRO9JH000BN | 133825 | 5/15/2009 | 07/02/2009 | $72.41 | USD |
| RD005392550 | PRO9JH000BN | 133836 | 5/18/2009 | 07/02/2009 | $72.41 | USD |

| | | | | | | |
|---|---|---|---|---|---|---|
| RD005392550 | PRO9JH000FK | 133847 | 5/19/2009 | 07/02/2009 | $62.52 | USD |
| RD005392550 | PRO9JH000BN | 133848 | 5/19/2009 | 07/02/2009 | $72.41 | USD |
| RD005392550 | PRO9JH000BN | 133902 | 5/26/2009 | 07/02/2009 | $72.41 | USD |
| RD005392550 | PRO9JH000FK | 133901 | 5/26/2009 | 07/02/2009 | $62.52 | USD |
| RD005392550 | PRO9JH000BM | 133921 | 5/27/2009 | 07/02/2009 | $281.41 | USD |
| RD005392550 | PRO9JH000FK | 133937 | 5/28/2009 | 07/02/2009 | $62.52 | USD |
| RD005392550 | PRO9JH000BN | 133938 | 5/28/2009 | 07/02/2009 | $72.41 | USD |
| RD005392550 | PRO9JH000BN | 133967 | 5/29/2009 | 07/02/2009 | $34.31 | USD |
| RD005392550 | PRO9JH000BM | 133616 | 5/1/2009 | 07/02/2009 | ($281.41) | USD |
| RD005392550 | PRO9JH000FK | 133646 | 5/4/2009 | 07/02/2009 | ($62.52) | USD |
| RD005392550 | PRO9JH000BN | 133647 | 5/4/2009 | 07/02/2009 | ($72.41) | USD |
| RD005392550 | PRO9JH000BP | 133679 | 5/5/2009 | 07/02/2009 | ($17.67) | USD |
| RD005392550 | PRO9JH000BN | 133693 | 5/6/2009 | 07/02/2009 | ($72.41) | USD |
| RD005392550 | PRO9JH000FK | 133713 | 5/7/2009 | 07/02/2009 | ($62.52) | USD |
| RD005392550 | PRO9JH000BN | 133714 | 5/7/2009 | 07/02/2009 | ($72.41) | USD |
| RD005392550 | PRO9JH000BN | 133736 | 5/8/2009 | 07/02/2009 | ($72.41) | USD |
| RD005392550 | PRO9JH000BM | 133755 | 5/11/2009 | 07/02/2009 | ($281.41) | USD |
| RD005392550 | PRO9JH000HB | 133756 | 5/11/2009 | 07/02/2009 | ($1,290.84) | USD |
| RD005392550 | PRO9JH000BP | 133774 | 5/12/2009 | 07/02/2009 | ($36.36) | USD |
| RD005392550 | PRO9JH000BN | 133775 | 5/12/2009 | 07/02/2009 | ($72.41) | USD |
| RD005392550 | PRO9JH000FK | 133790 | 5/13/2009 | 07/02/2009 | ($62.52) | USD |
| RD005392550 | PRO9JH000BN | 133791 | 5/13/2009 | 07/02/2009 | ($72.41) | USD |
| RD005392550 | PRO9JH000BN | 133805 | 5/14/2009 | 07/02/2009 | ($72.41) | USD |
| RD005392550 | PRO9JH000FK | 133824 | 5/15/2009 | 07/02/2009 | ($62.52) | USD |
| RD005392550 | PRO9JH000BN | 133825 | 5/15/2009 | 07/02/2009 | ($72.41) | USD |
| RD005392550 | PRO9JH000BN | 133836 | 5/18/2009 | 07/02/2009 | ($72.41) | USD |
| RD005392550 | PRO9JH000FK | 133847 | 5/19/2009 | 07/02/2009 | ($62.52) | USD |
| RD005392550 | PRO9JH000BN | 133848 | 5/19/2009 | 07/02/2009 | ($72.41) | USD |
| RD005392550 | PRO9JH000D3 | 133650 | 5/5/2009 | 07/02/2009 | $75.36 | USD |
| RD005392550 | PRO9JH000D3 | 133650 | 5/5/2009 | 07/02/2009 | ($75.36) | USD |
| RD005392550 | GM 39589 | 000133944 | 5/28/2009 | 07/02/2009 | $21.38 | USD |
| RD005392550 | GM 39588 | 000133808 | 5/14/2009 | 07/02/2009 | $2,931.38 | USD |
| RD005392550 | GM 39588 | 000133891 | 5/21/2009 | 07/02/2009 | $4.74 | USD |
| RD005392550 | PRO9JH0003F | 133674 | 5/5/2009 | 07/02/2009 | $180.50 | USD |
| RD005392550 | PRO9JH0003F | 133691 | 5/6/2009 | 07/02/2009 | $240.67 | USD |
| RD005392550 | PRO9JH0003F | 133674 | 5/5/2009 | 07/02/2009 | ($180.50) | USD |
| RD005392550 | PRO9JH0003F | 133691 | 5/6/2009 | 07/02/2009 | ($240.67) | USD |
| RD005392550 | PRO9JG00016 | 133893 | 5/21/2009 | 07/02/2009 | $250.80 | USD |
| RD005392550 | PRO9JG00016 | 133903 | 5/26/2009 | 07/02/2009 | $334.40 | USD |
| RD005392550 | PRO9JG00016 | 133922 | 5/27/2009 | 07/02/2009 | $167.20 | USD |
| RD005392550 | PRO9JG00016 | 133939 | 5/28/2009 | 07/02/2009 | $167.20 | USD |
| RD005392550 | PRO9JG00016 | 133959 | 5/29/2009 | 07/02/2009 | $752.40 | USD |

**Important Notices:** All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that in the sale motion.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.