UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF:

GENERAL MOTORS CORP, *et al.*,

Debtors.

Bankruptcy Case No. 09-50026 (REG)
Honorable Robert E. Gerber
Chapter 11
Jointly Administered

## MOTION OF ATTORNEYS MARK L. MCALPINE, DON W. BLEVINS AND DAVID M. ZACK FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Attorney Don W. Blevins respectfully requests admission, *pro hac vice*, before the Hon. Robert E. Gerber, for Attorney Mark L. McAlpine, a member in good standing of the Bar of the State of Michigan and the U.S. District Court for the Eastern District of Michigan, Don W. Blevins, a member in good standing of the bar of the State of Michigan and the U.S. District Court for the Eastern District of Michigan, and Attorney David M. Zack, a member in good standing of the bar of the State of Michigan and the U.S. District Court for the Western District of Michigan, to represent MCM Management Corp. and other clients in connection with the above-referenced Chapter 11 cases and related proceedings. The $25.00 filing fee for this motion has been submitted.

Mark L. McAlpine (P35583)
Don W. Blevins (P64146)
David M. Zack (P69944)
**MCALPINE & ASSOCIATES, P.C.**
3201 University Drive, Suite 100
Auburn Hills, MI 48326
(248) 373-3700
mlmcalpine@mcalpinelawfirm.com
dwblevins@mcalpinelawfirm.com
dmzack@mcalpinelawfirm.com

Dated: June 12, 2009

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF:

GENERAL MOTORS CORP, *et al.,*

Debtors.

Bankruptcy Case No. 09-50026 (REG)
Honorable Robert E. Gerber
Chapter 11
Jointly Administered

## PROOF OF SERVICE

Don W. Blevins of McAlpine & Associates, P.C., hereby certifies that on the 12th day of June, 2009, he mailed a copy of the **Motion of Attorneys Mark L. McAlpine, Don W. Blevins and David M. Zack for Admission to Practice,** *Pro Hac Vice*; **Proposed Order;** and **Proof of Service;** by placing same in an envelope via Federal Express on the following:

**Office of the United States Trustee**
Attn: Diana G. Adams, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004

**General Motors Corporation**
Attn: Warren Command Center,
Mailcode 480-206-114
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

**Weil, Gotshal & Manges, LLP**
Attn: Harvey Miller, Esq.
  Stephen Karotkin, Esq.
  Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY 10153
*Attorney for the Debtors*

**Cadwalader, Wickersham & Taft LLP**
Attn: John Rapisardi, Esq.
One World Financial Center
New York, NY 10281
*Attorney for Purchaser*

**Cleary Gottlieb Steen & Hamilton LLP**
Attn: James L. Bromley, Esq.
One Liberty Plaza
New York, New York 10006
*Attorney for UAW*

**Vedder Price, P.C.**
Attn: Michael J. Edelman, Esq.
  Michael L. Schein, Esq.
1633 Broadway
47th Floor
New York, NY 10019
*Attorneys for Export Development Canada*

**U.S. Treasury**
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220

**Cowen Weiss and Simon LLP**
Attn: Babette Ceccotti, Esq.
330 W. 42nd St
New York, NY
*Attorney for UAW*

**U.S. Attorney's Office**
S.D.N.Y.
Attn: David S. Jones, Esq.
      Matthew L. Schwartz, Esq.
86 Chambers Street, Third Floor
New York, NY 10007

**Gordon Z. Novod**
Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036
*Attorney for Creditors Committee*

_____
Mark L. McAlpine (P35583)
Don W. Blevins (P64146)
David M. Zack (P69944)
**MCALPINE & ASSOCIATES, P.C.**
3201 University Drive, Suite 100
Auburn Hills, MI 48326
(248) 373-3700
mlmcalpine@mcalpinelawfirm.com
dwblevins@mcalpinelawfirm.com
dmzack@mcalpinelawfirm.com

Dated: June 12, 2009