# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF:

GENERAL MOTORS CORP, *et al.,*

Debtors.

Bankruptcy Case No. 09-50026 (REG)
Honorable Robert E. Gerber
Chapter 11
Jointly Administered

## MOTION OF ATTORNEYS MARK L. McALPINE AND MATTHEW D. NOVELLO FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Attorney Matthew D. Novello respectfully requests admission, *pro hac vice*, before the Honorable Judge Robert E. Gerber, for Attorney Mark L. McAlpine, a member in good standing of the Bar of the State of Michigan and the U.S. District Court for the Eastern District of Michigan, and Attorney Matthew D. Novello, a member in good standing of the Bar of the State of Michigan and the U.S. District Court for the Eastern District of Michigan, to represent Brencal Contractors, Inc. and other clients in connection with the above-referenced Chapter 11 cases and related proceedings.

_____
Matthew D. Novello
**MCALPINE & ASSOCIATES, P.C.**
3201 University Drive, Suite 100
Auburn Hills, MI 48326
(248) 373-3700
mlmcalpine@mcalpinelawfirm.com
mdnovello@mcalpinelawfirm.com

Dated: June 12, 2009