**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────x

In re: General Motors, Corp., *et al*.

                 Debtor.

Case No. 09-50026-reg
Chapter 11
Jointly Administered

───────────────────────────────x

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned attorney appears in this case as counsel for the International Association of Machinists and Aerospace Workers (IAMAW), its Local Unions and members, in the above-captioned action. Pursuant to § 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure. We request that all notices required to be given or required to be served in this case, including but not limited to notices, applications, motions, petitions, orders, pleadings, complaints or demands, whether transmitted or conveyed by mail delivery, telephone, telex, or conveyed by mail delivery, be given to and served upon the undersigned at the address set forth below.

      Dated: June 18, 2009 at Milwaukee, Wisconsin

                                      /s/ Sara J. Geenen
                                      Sara J. Geenen
                                      PREVIANT, GOLDBERG, UELMEN,
                                      GRATZ, MILLER & BRUEGGEMAN, s.c.
                                      1555 N. RiverCenter Drive, Suite 202
                                      P.O. Box 12993
                                      Milwaukee, Wisconsin 53212
                                      sjg@previant.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2009, I filed the foregoing **NOTICE OF APPEARANCE OF SARA J. GEENEN** with the Clerk of Court using the ECF system which will send notification of such filing to all ECF participants.

/s/ Sara J. Geenen