**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **General Motors Corporation, et al.** | ) | **Case No. 09-50026 (REG)** |
| | ) | |
| **Debtors** | ) | |
| | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

     **COMES NOW**, Gene T. Moore, with the law firm Gene T. Moore Attorney at Law, P.C. counsel of record for Plaintiff Jacqueline Edwards, as Personal Representative and/or Administratrix of the Estate of Raymond Edwards, III, deceased, who is the Plaintiff in a lawsuit filed in the Circuit Court of Greene County County, Alabama, CV-2008-900022, in which General Motors Corporation is a named Defendant, and moves this Honorable Court to grant this Motion for Admission Pro Hac Vice. In support thereof, Gene T. Moore would show unto this Honorable Court the following, to wit:

1. The Movant has met all the requirements for admission to practice in the United States Bankruptcy Court for the Southern District of New York having been admitted earlier in IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK In re: Delphi Corporation, et al. Chapter 11 Case No. 05-44481.

2. A Pro Hac Vice Application for Admission has been submitted unto this Court.

3. Along with the above-referenced application, the Movant has submitted unto this Court a Certificate of Good Standing from the Alabama State Bar.

4. Additionally, the required twenty-five dollar fee for admission has been submitted.

5. This Motion, in-and-of itself, fulfills the final requirement for admission to practice within the confines of this Court.

     WHEREFORE, premises considered, the Movant, Gene T. Moore, moves this Honorable Court to grant this Motion for Admission Pro Hac Vice.

                                                                        /s/Gene T. Moore_____
                                                                       Gene T. Moore (MOO-068)

**OF COUNSEL:**
GENE T. MOORE, ATTORNEY AT LAW, P.C.
1802 Fifteenth Street East
Tuscaloosa, AL  35401
Phone: (205) 349-5413
Email: gtmlaw@bellsouth.net

**CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the foregoing either: (1) by hand-delivery, and/or (2) by mailing a copy of the foregoing document to the following attorney(s) of record for the parties:

    Franklin P. Brannen, Jr.
    King & Spalding, LLP
    1180 Peachtree Street, N.E.
    Atlanta, Georgia 30309-3521

    Silas G. Cross, Jr., Esquire
    Justin Smith, Esquire
    Cross, Poole and Smith
    1416 Greensboro Avenue
    Tuscaloosa, Alabama 35401

    Julie David Pearce, Esquire
    Gaines, Wolter & Kinney, P.C.
    3500 Blue Lake Drive, Suite 425
    Birmingham, AL 35243

    Keith Pflaum, Esquire
    Porterfield, Harper, Mills & Motlow, P.C.
    22 Inverness Center parkway
    Suite 600
    Birmingham, AL 35242

    S. Andrew Kelly, Esquire
    Wesley B. Gilchrist
    Lightfoot, Franklin & White, LLC
    The Clark Building
    400 north 20th Street
    Birmingham, AL 35203

  Dated this the 12th day of June, 2009.

                /s/Gene T. Moore_____
                **OF COUNSEL**