SHAW GUSSIS FISHMAN GLANTZ
  WOLFSON & TOWBIN LLC
321 N. Clark St., Suite 800
Chicago, Illinois 60654
(312) 541-0151
Mark L. Radtke (IL ARDC 6275738)

Attorneys for Illinois Tool Works Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORPORATION, | ) | Case No. 09-50026 (REG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**MOTION OF MARK L. RADTKE**
**FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Mark L. Radtke, a member in good standing of the bar of the State of Illinois, and the bar of the United States District Court for the Northern District of Illinois, request admission, *pro hac vice*, to represent Illinois Tool Works Inc. in the above-captioned chapter 11 cases.

| | |
|---|---|
| Mailing Address: | Mark L. Radtke<br>SHAW GUSSIS FISHMAN GLANTZ<br>WOLFSON & TOWBIN LLC<br>321 Clark St., Suite 800<br>Chicago, IL  60654 |
| Telephone: | (312) 541-0151 |
| E-mail: | mradtke@shawgussis.com |

Respectfully submitted,

Dated:  June 18, 2009       By:  */s/ Mark L. Radtke*
                                 Counsel for Illinois Tool Works Inc.

Mark L. Radtke (IL ARDC 6275738)
SHAW GUSSIS FISHMAN GLANTZ
  WOLFSON &TOWBIN LLC
321 N. Clark St., Suite 800
Chicago, IL  60654
Phone:  (312) 541-0151
Fax:  (312) 980-3888

{3985 MOT A0234200.DOC}

# **CERTIFICATE OF SERVICE**

I, Mark L. Radtke, an attorney, certify that service of the foregoing MOTION OF MARK L. RADTKE FOR ADMISSION TO PRACTICE, *PRO HAC VICE* was accomplished electronically to all ECF registrants via the Court's ECF system on June 18, 2009.

> */s/ Mark L. Radtke*
> Mark L. Radtke

{3985 MOT A0234200.DOC}