VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
Telephone:   (703) 760-1647
Facsimile:    (703) 821-8949
Lawrence A. Katz

 - and -

VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 983-3850
Facsimile:    (212) 307-5598
Edward A. Smith
Carollynn H.G. Callari

*Attorneys for Raytheon Professional Services LLC,*
*RK Chevrolet/RK Auto Group, and Penske Auto Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ X
                                                       :
In re                                                  :      Chapter 11
                                                       :
GENERAL MOTORS CORP., *et al.*                         :      Case No. 09-50026 (REG)
                                                       :
                                                       :      (Jointly Administered)
                         Debtors.                      :
                                                       :
------------------------------------------------------ X

**CERTIFICATE OF SERVICE**

     I hereby certify that I caused a copy of the Protective Objection of RK Chevrolet/RK Auto Group, the Protective Objection of the Penske Auto Group, and the Protective Objection of Raytheon Professional Services LLC to be served on the 16th day of June, 2009, via first class mail, postage prepaid, upon the following:

2

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI  48090-9025<br>Attn: Warren Command Center,<br>   Mailcode 408-206-114 | Weil, Gotshal &Manges LLP<br>767 Fifth Avenue<br>New York, NY   10153<br>Attn:  Harvey R. Miller, Esq.<br>   Stephen Karotkin, Esq.<br>   Joseph H. Smolinsky, Esq. |
| U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC  20220<br>Attn:  Matthew Feldman, Esq. | Cadwalader, Wickersham, & Taft LLP<br>One World Financial Center<br>New York, NY   10281<br>Attn: John J. Rapisardi, Esq. |
| Vedder Price, P.C.<br>1633 Broadway<br>47th Floor<br>New York, NY 10019<br>Attn: Michael J. Edelman, Esq.<br>   Michael L. Schein, Esq. | United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>Attn:   Diana G. Adams, Esq. |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn:   Gordon Z. Novod, Esq. | |

                                                    */s/ Lawrence A. Katz*
                                                    Lawrence A. Katz

#281001

2