**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
:
In re                                              :    Chapter 11
:
GENERAL MOTORS CORPORATION, *et al.*,              :    Case No. 09-50026 (REG)]
:
:    (Jointly Administered)
Debtors.                            :
:
----------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Limited Objection of Aspen Marketing Services, Inc. to Proposed Cure Amount by Federal Express, to those on Exhibit A.


This 12th day of June, 2009


/s/ Denise Cunsolo

# **<u>Exhibit A</u>**

**General Motors Corporation**
**30009 Van Dyke Avenue**
**Warren, MI 48090-9025**
**Attn: Warren Command Center,**
**Mailcode 480-206-114**

**Weil Gotshal & Manges LLP**
**767 Fifth Avenue**
**New York, NY 10153**
**Attn:        Harvey R. Miller, Esq.**
**               Stephen Karotkin, Esq.**
**               Joseph H. Smolinsky, Esq.**

**U.S. Treasury**
**1500 Pennsylvania Avenue NW**
**Room 2312**
**Washington, DC 20220**
**Attn:  Matthew Feldman, Esq.**

**Cadwalader, Wickersham & Taft**
**LLP**
**One World Financial Center**
**New York, NY 10281**
**Attn: John J. Rapisardi, Esq.**

**Vedder Price, P.C.**
**1633 Broadway, 47th Floor**
**New York, NY 10019**
**Attn:   Michael J. Edelman, Esq.**
**            Michael L. Schein, Esq.**

**Office of the United States Trustee**
**For the Southern District of New York**
**33 Whitehall Street, 21st Floor**
**New York, NY 10004**
**Attn: Diana G. Adams, Esq.**

**Kramer Levin Naftalis & Frankel LLP**
**1177 Avenue of the Americas**
**New York, NY 10036**
**Attn:   Thomas Moers Mayer**
**            Kenneth H. Eckstein**
**            Gordon Z. Novod**

NY:1243987.1