William F. Gray, Jr.
Alison D. Bauer
Torys LLP
237 Park Avenue
New York, New York 10017
Tel: (212) 880-6000
Fax: (212) 682-0200
*Counsel to Hydrogenics Corporation and Joseph Cargnelli*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
In re:                                                :     Chapter 11
                                                      :
GENERAL MOTORS CORP., *et al.*,                       :     Case No. 09-50026 (REG)
                                                      :
                     Debtors.                         :     Jointly Administered
                                                      :
                                                      :
---------------------------------------------------------------------- x

# NOTICE OF APPEARANCE AND REQUEST FOR
# SERVICE OF NOTICES AND OTHER DOCUMENTS

PLEASE TAKE NOTICE that Hydrogenics Corporation and Joseph Cargnelli, each a party in interest in the above captioned bankruptcy case, pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, and of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, hereby appear though their undersigned counsel and request that an entry be made on the Clerk's Matrix in this case and that all notices given or required to be given in this case and all documents served or required to be served in this case be given to and served upon:

> Alison D. Bauer, Esq.
> Timothy B. Martin, Esq.
> Torys LLP
> 237 Park Avenue
> New York, New York  10017
> Telephone:  (212) 880-6000
> Fax:  (212) 682-0200
> E-mail: abauer@torys.com
> E-mail: tmartin@torys.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Request for Service of Notices and Other Documents nor any later appearance, pleading, claim or suit shall waive (1) its right to trail by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
       June 18, 2009

                                    TORYS LLP

                                    By:   /s/ William F. Gray, Jr.
                                         William F. Gray, Jr.
                                         Alison D. Bauer
                                         237 Park Avenue
                                         New York, New York 10017
                                         Tel: (212) 880-6000
                                         Fax: (212) 682-0200

                                    Counsel to Hydrogenics Corporation and
                                    Joseph Cargnelli