ROBINSON BROG LEINWAND
  GREENE GENOVESE & GLUCK, P.C.
1345 Avenue of the Americas
New York, New York 10105
(212) 603-6300
*Russell P. McRory*
*Fred B. Ringel*
*A. Mitchell Greene*
*Robert R. Leinwand*

MYERS & FULLER P.A.
2822 Remington Green Circle
Tallahassee, Florida 32308
(850) 878-6404
*Richard Sox (admission pro hac vice pending)*
*Shawn Mercer (admission pro hac vice pending)*
*Robert Byerts (admission pro hac vice pending)*

*Attorneys for the Greater New York Automobile Dealers Association*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| General Motors, et. al., | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------x

## JOINT NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Robinson Brog Leinwand Greene Genovese & Gluck P.C. and Myers & Fuller P.A. hereby appear as counsel for Amicus Curiae the Greater New York Automobile Dealers Association in this action and request that all papers served or required to be served in connection therewith, be given and served upon:

{00438839.DOC;1}        1

Russell P. McRory, Esq.
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, New York  10105
Telephone:  (212) 603-6300
Facsimile:  (212) 956-2164
Email:     rpm@robinsonbrog.com

Richard Sox, Esq.
Myers & Fuller P.A.
2822 Remington Green Circle
Tallahassee, Florida  32308
Telephone:  (850) 878-6404
Facsimile:  (850) 972-4869
Email:     rsox@dealerlawyer.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in this case whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

Dated: June 18, 2009
       New York, New York

                                    /s/ Russell P. McRory
                                    ROBINSON BROG LEINWAND GREENE
                                        GENOVESE & GLUCK P.C.
                                    *Russell P. McRory, Esq.*
                                    *Fred B. Ringel, Esq.*
                                    *A. Mitchell Greene, Esq.*
                                    *Robert R. Leinwand, Esq.*
                                    1345 Avenue of the Americas
                                    New York, New York  10105
                                    Telephone:  (212) 603-6328
                                    Facsimile:  (212) 956-2164

MYERS & FULLER P.A.
*Richard Sox, Esq.*
*Shawn Mercer, Esq.*
*Robert Byerts, Esq.*
2822 Remington Green Circle
Tallahassee, Florida  32308
Telephone:  (850) 878-6404
Facsimile:   (850) 972-4869

*Attorneys for the Greater New York
Automobile Dealers Association*