Michael P. Richman (MR 2224)
Mark A. Salzberg (*pro hac vice*)
James Chadwick (*pro hac vice*)
Melissa Iachan (MI 1270)
PATTON BOGGS LLP
1185 Avenue of the Americas, 30th Floor
New York, NY 10036
(646) 557-5100 (Telephone)
(646) 557-5101 (Facsimile)

*Counsel For Unofficial Committee*
*Of Family & Dissident GM Bondholders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            )
In re                                                       )    Chapter 11
                                                            )
GENERAL MOTORS CORP., *et al.*,                             )    Case No. 09-50026 (REG)
                                                            )
                                    Debtors.                )    Jointly Administered
------------------------------------------------------------X

## NOTICE OF HEARING

PLEASE TAKE NOTICE that, as set forth in Judge Gerber's endorsed Order of June 9, 2009, denying the Unofficial Committee of Family & Dissident GM Bondholders' Motion to Shorten Time, and scheduling Motion Directing the United States Trustee to Appoint an Official Committee of Family & Dissident GM Bondholders (the "Committee Recognition Motion") to be heard on June 23, 2009, [Docket No. 576] the Court will hold a hearing to consider entry of an order granting the relief requested in respect of the Committee Recognition Motion [Docket No. 553], which hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York

5811

10004, on June 23 at 2:00 p.m. (Eastern Standard Time).

PLEASE TAKE FURTHER NOTICE that objections to the Motion, if any, must be made in writing, filed with the Court, and served upon all parties in interest so as to be actually received no later than 12:00 p.m. (Eastern Standard Time) on Monday, June 22, 2009 (the "Objection Deadline"). Registered users of the Bankruptcy Court's case filing system must electronically file their objections and responses. All other parties in interest must file their objections and responses on a 3.5 inch floppy disk or flash drive, preferably in Portable Document Format (PDF), Microsoft Word or any other Windows-based word processing format (with a hard copy delivered directly to the chambers of the Hon. Robert E. Gerber), in accordance with General Order M-182.

|  |  |
|---|---|
| Dated: June 18, 2009 | PATTON BOGGS LLP<br><br>/s/ Michael P. Richman<br>Michael P. Richman (MR 2224)<br>Mark A. Salzberg (*pro hac vice*)<br>James Chadwick (*pro hac vice*)<br>Melissa Iachan (MI 1270)<br>1185 Avenue of the Americas, 30th Floor<br>New York, NY 10036<br>(646) 557-5100 (Telephone)<br>(646) 557-5101 (Facsimile)<br>mrichman@pattonboggs.com<br><br>*Counsel For Unofficial Committee*<br>*Of Family & Dissident GM Bondholders* |

5811