09-50026-mg   Doc 1801-2   Filed 06/18/09   Entered 06/18/09 12:32:58   Exhibit B -
Order to Show Cause   Pg 1 of 2
Case 2:07-cv-13888-DML-PJK   Document 42   Filed 05/21/2009   Page 1 of 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD A. HAYNOR,

        Plaintiff,                      Case Number 07-13888
                                                          Honorable David M. Lawson

v.

GENERAL MOTORS CORPORATION,

        Defendant.
_____/

## ORDER TO SHOW CAUSE

On March 30, 2009, the Court entered an opinion and order denying the defendant's motion to affirm the plan administrator's decision and granting in part the plaintiff's motion for summary judgment. In that order, the Court directed the defendant to determine the amount of past due and current monthly benefits owed to the plaintiff under GM's Hourly-Rate Employees Pension Plan and to file a corresponding statement with the Court on or before May 15, 2009. Because the defendant has not complied with that order, the Court will require the defendant's counsel to show cause why he should not be held in contempt of the Court for failure to comply with the Court's order.

Accordingly, it is **ORDERED** that the defendant's counsel must show cause in person on **Monday, June 22, 2009, at 9:00 a.m.**, why he should not be found in contempt of court and punished accordingly. The hearing shall take place in **Courtroom 860** at **The Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226**.

                                          s/David M. Lawson
                                          DAVID M. LAWSON
                                          United States District Judge

Dated: May 21, 2009



**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 21, 2009.

s/Susan K. Pinkowski
SUSAN K. PINKOWSKI