Contract Notices

# Contract Notices

User: **wT7573Lk**

- **My Contracts**
- **Documents & Links**

## Supplier Details

Vendor Master ID: **5716-00000168**

| | |
|---|---|
| Supplier Name: **Joseph Cargnelli** | |
| Contract Cure Amount: | Click here to view Contract Cure Amount Details |
| # of Contracts: **1** | |

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
|---|---|---|---|---|---|
| 5716-00000168 | | | Joseph Cargnelli | Agreement | Noticed |

Contract Notices

[Hover mouse cursor here for Contract Status Legend](#)

- 
- 
- 
- 
- 

| | |
|---|---|
| **Important Notices**: | All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that certain Order Pursuant To 11 U.S.C. §§ 105, 363, And 365 And Fed. R. Bankr. P. 2002, 6004, And 6006(I) Approving Procedures For Sale Of Debtors' Assets Pursuant To Master Sale And Purchase Agreement With Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline And Sale Hearing Date; (III) Establishing Assumption And Assignment Procedures; And (IV) Fixing Notice Procedures And Approviing Form Of Notice. |
| | Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order. |
| | All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment. |
| | The proposed cure amounts set forth herein are subject to adjustment to reflect additional invoices processed in GM's accounts payable system that relate to the period before the Commencement Date.<br>Additionally, the proposed cure amounts set forth herein may not reflect certain debits, chargebacks, claims or other deductions to which GM may be entitled and, in each case, all rights with respect thereto are reserved.<br>GM is updating this website on a daily basis so please check back if you believe that a discrepancy exists in the invoices processed that relate to the period before the Commencement Date. |

Home    Logout                                    June 18, 2009 @ 09:52:59 AM                                    Copyright ©2009 AlixPartners, LLP   |  (61)