Torys LLP
237 Park Avenue
New York, New York 10017
Tel: (212) 880-6000
Fax: (212) 682-0200

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
In re:                                                                 :    Chapter 11
                                                                       :
GENERAL MOTORS CORP., *et al.*,                                        :    Case No. 09-50026 (REG)
                                                                       :
                                            Debtors.                   :    Jointly Administered
                                                                       :
                                                                       :
---------------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Limited Objection of Joseph Cargnelli and Hydrogenics Corporation to Debtors' Proposed Assumption and Assignment of Executory Contract was electronically filed with the Clerk of the Bankruptcy Court for the Southern District of New York using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to all persons listed on the attached Service List.

Dated: New York, New York
       June 18, 2009

                                                                /s/ Darrell Williams

9688815.2
00650-2431

<u>Service List</u>

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attn: Michael J. Edelman, Esq.
Michael L. Schein, Esq.

Office of United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004
Attn: Diana G. Adams, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Gordon Z. Novod, Esq.