Matthew F. Fitzsimmons, Esq.
STATE OF CONNECTICUT
OFFICE OF THE ATTORNEY GENERAL
110 Sherman Street
Hartford, CT 06105
Phone: (860) 808-5400
Fax: (860) 808-5593

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
GENERAL MOTORS CORPORATION, *et al.,*           :    Case No. 09-50026 (REG)
                                                :
                                                :
          Debtors.                              :    (Jointly Administered)
----------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Matthew F. Fitzsimmons, a member in good standing of the bar of the State of Connecticut, and the bar of the U.S. District Court for the District of Connecticut, request admission, *pro hac vice*, pursuant to the Rule 2090-1(b) of the Local Bankruptcy Rules of the Southern District of New York to represent the State of Connecticut before the Honorable Robert E. Gerber in the above referenced cases. My address is Office of the Attorney General, 110 Sherman Street, Hartford, Connecticut 06105; my email Matthew.Fitzsimmons@po.state.ct.us; my telephone number is (860) 808-5400.

The filing fee of $25.00 has been submitted with the filing of this motion for *pro hac vice* admission.

Dated: June 18, 2009          Respectfully submitted,

　　　　　　　　　　　　　　　STATE OF CONNECTICUT

　　　　　　　　　　　　　　　RICHARD BLUMENTHAL,
　　　　　　　　　　　　　　　ATTORNEY GENERAL

　　　　　　　　　　　　By:   */s/ Matthew F. Fitzsimmons*
　　　　　　　　　　　　　　　Matthew F. Fitzsimmons
　　　　　　　　　　　　　　　Assistant Attorneys General
　　　　　　　　　　　　　　　Office of the Attorney General
　　　　　　　　　　　　　　　110 Sherman Street
　　　　　　　　　　　　　　　Hartford, CT 06105
　　　　　　　　　　　　　　　Phone: (860) 808-5400
　　　　　　　　　　　　　　　Fax: (860) 808-5593
　　　　　　　　　　　　　　　Matthew.Fitzsimmons@po.state.ct.us

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
**In re**                                                                : Chapter 11
: 
**GENERAL MOTORS CORPORATION,** *et al.,*   : Case No. 09-50026 (REG)
: 
: 
**Debtors.**                                          : (Jointly Administered)
---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Matthew F. Fitzsimmons, a member in good standing of the bar in the state of Connecticut and the bar of the U.S. District Court for the District of Connecticut, having requested admission, *pro hac vice*, to represent the State of Connecticut, an interested party in the above referenced cases, it is hereby **ORDERED,**

that Matthew F. Fitzsimmons, Esq. is admitted to practice, *pro hac vice*, in the above referenced cases, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

DATED:_____        _____
      New York, New York                           Robert E. Gerber
                                                                    United States Bankruptcy Judge