**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------
In re:                                            :         CHAPTER 11
                                                  :
**GENERAL MOTORS CORP.**, *et al.*,               :         Case No. 09-50026 (REG)
                                                  :
                                                  :         **(Jointly Administered)**
              **Debtors.**                        :
-----------------------------------------------------------------

## MOTION FOR ADMISSION TO PRACTICE
### *PRO HAC VICE*

I, Lucas Ward, a member in good standing of the bars of the State of Ohio, the United States Bankruptcy courts for the Northern and Southern Districts of Ohio requests admission, *pro hac vice*, before the Honorable Arthur J. Gonzales, to represent the State of Ohio, in the above-referenced Chapter 11 cases.

| | |
|---|---|
| Mailing address: | Lucas Ward |
| | Assistant Attorney General |
| | Attorney General's Office |
| | Collections Enforcement Section |
| | 150 East Gay Street, 21st Floor |
| | Columbus, Ohio 43215 |
| Email: | lucas.ward@ohioattorneygeneral.gov |
| Telephone: | 614.752.9068 |
| Fax: | 866.418.7625 |

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: 6/18/09

RICHARD CORDRAY
Ohio Attorney General

/s/ Lucas Ward
LUCAS WARD
(OH Bar Reg. No. 0076654 )
Assistant Attorney General
Attorney General's Office
Collections Enforcement Section
150 East Gay Street, 21st Floor
Columbus, Ohio 43215
614.752.9068
866.418.7625
lucas.ward@ohioattorneygeneral.gov

Attorney for the State of Ohio

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Motion For Admission To Practice Pro Hac Vice* was served on or by June 18, 2009 via electronic service on all parties that have entered their appearance herein so as to receive electronic service of pleadings.

/s/ Lucas Ward

Lucas Ward