# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| **GENERAL MOTORS CORP.,** *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |

---

## ORDER FOR ADMISSION TO PRACTICE
## *PRO HAC VICE*
## FOR LUCAS WARD

Lucas Ward, a member in good standing of the bars of the State of Ohio, the United States Bankruptcy courts for the Northern and Southern Districts of Ohio having admission, *pro hac vice*, to represent the State of Ohio, in the above-captioned case;

IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED.

2.  Lucas Ward is admitted to practice in the above-captioned Chapter 11 cases, in the United States Bankruptcy Court for the Southern District of New York, subject to the payment of the filing fee.

Dated: _____, 2009
   New York, New York      _____
                           UNTIED STATES BANKRUPTCY JUDGE