Victoria D. Garry
Assistant Attorney General
Attorney General's Office
Collections Enforcement Section
1600 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
victoria.garry@ohioattorneygeneral.gov
513.852.3497 telephone
513.852.3484 (FAX)
ATTORNEY FOR THE STATE OF OHIO

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **GENERAL MOTORS CORP.**, *et al.*, | : | **Case No. 09-50026 (REG)** |
| | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |

---

## MOTION FOR ADMISSION TO PRACTICE
### *PRO HAC VICE*

I, Victoria D. Garry, a member in good standing of the bars of the State of Ohio, the United States Bankruptcy courts for the Northern and Southern Districts of Ohio, and the Sixth Circuit Court of Appeals requests admission, *pro hac vice*, before the Honorable Arthur J. Gonzales, to represent the State of Ohio, in the above-referenced Chapter 11 cases.

Mailing address:    Victoria D. Garry
Assistant Attorney General
Attorney General's Office
Collections Enforcement Section
1600 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202

Email: victoria.garry@ohioattorneygeneral.gov

Telephone: 513.852.3497
513.852.3484 (FAX)

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: 6/18/09

RICHARD CORDRAY
Ohio Attorney General

/s/ Victoria D. Garry
VICTORIA D. GARRY
(OH Bar Reg. No. 0037014)
Assistant Attorney General
Collections Enforcement Section
Attorney General's Office
1600 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
513.852.3497
513.852.3484 (FAX)
victoria.garry@ohioattorneygeneral.gov

Attorney for the State of Ohio

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion *for Admission For Admission To Practice Pro Hac Vice* was served on or by June 18, 2009 via electronic service on all parties that have entered their appearance herein so as to receive electronic service of pleadings.

/s/ Victoria D. Garry
Victoria D. Garry