# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| **GENERAL MOTORS CORP.,** *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |

---

## ORDER FOR ADMISSION TO PRACTICE
## *PRO HAC VICE*
## FOR VICTORIA GARRY

Victoria Garry, a member in good standing of the bars of the State of Ohio, the United States Bankruptcy courts for the Northern and Southern Districts, and the Sixth Circuit Court of Appeals having admission, *pro hac vice*, to represent the State of Ohio, in the above-captioned case;

IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED.

2.  Victoria Garry is admitted to practice in the above-captioned Chapter 11 cases, in the United States Bankruptcy Court for the Southern District of New York, subject to the payment of the filing fee.

Dated: _____, 2009
New York, New York

_____
UNTIED STATES BANKRUPTCY JUDGE