Donn D. Rosenblum
Assistant Attorney General
Collections Enforcement Section
150 East Gay Street, 21st Floor
Columbus, Ohio 43215
614-728-5754 (phone)
877-591-5768 (fax)
donn.rosenblum@attorneygeneral.gov
ATTORNEY FOR THE STATE OF OHIO

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------
| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **GENERAL MOTORS CORP.,** *et al.*, | : | **Case No. 09-50026 (REG)** |
| | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |

---------------------------------------------------------------

### MOTION FOR ADMISSION TO PRACTICE
### *PRO HAC VICE*

I, Donn Rosenblum, a member in good standing of the bars of the State of Ohio, Commonwealth of Pennsylvania, the United States Bankruptcy Courts for the Northern and Southern Districts of Ohio and the United States Court of Appeals for the Sixth Circuit requests admission, *pro hac vice*, before the Honorable Arthur J. Gonzales, to represent the State of Ohio, in the above-referenced Chapter 11 cases.

Mailing address:    Donn D. Rosenblum
                    Assistant Attorney General
                    Attorney General's Office
                    Collections Enforcement Section
                    150 East Gay Street, 21st Floor
                    Columbus, Ohio 43215

Email: donn.rosenblum@ohioattorneygeneral.gov

Telephone: 614.728.5754
877.591.5768 (FAX)

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice.*

Dated: 6/18/09

RICHARD CORDRAY
Ohio Attorney General

/s/ Donn D. Rosenblum
DONN D. ROSEBLUM
(OH Bar Reg. No. 0016552)
Assistant Attorney General
Attorney General's Office
Collections Enforcement Section
150 East Gay Street, 21st Floor
Columbus, Ohio 43215
614.728.5754
877.591.5768 (FAX)
donn.rosenblum@ohioattorneygeneral.gov

Co-counsel for State of Ohio

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing *Motion For Admission To Practice Pro Hac Vice* was served on or by June 18, 2009 via electronic service on all parties that have entered their appearance herein so as to receive electronic service of pleadings.

/s/ Donn D. Rosenblum
Donn D. Rosenblum

2