**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **GENERAL MOTORS CORP.,** *et al.*, | : | **Case No. 09-50026 (REG)** |
| | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |

------------------------------------------------------------

## ORDER FOR ADMISSION TO PRACTICE
### *PRO HAC VICE*
### FOR DONN D. ROSENBLUM

Donn D. Rosenblum, a member in good standing of the bars of the State of Ohio, Commonwealth of Pennsylvania, the United States Bankruptcy Courts for the Northern and Southern Districts of Ohio, and the United States Court of Appeals for the Sixth Circuit having admission, *pro hac vice*, to represent the State of Ohio, in the above-captioned case;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      Donn D. Rosenblum is admitted to practice in the above-captioned Chapter 11 cases, in the United States Bankruptcy Court for the Southern District of New York, subject to the payment of the filing fee.

Dated: _____, 2009
      New York, New York                    _____

                                                    UNTIED STATES BANKRUPTCY JUDGE