```
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :  Chapter 11
In Re:                                  :
                                        :  Case No.: 09-50026(REG)
GENERAL MOTORS CORP., et al.,           :
                                        :  (Jointly Administered)
        Debtors                         :
--------------------------------------- X
```

**OBJECTION OF BURTON TAFT, ADMINISTRATOR OF THE ESTATE
OF BRIAN TAFT TO THE DEBTORS' MOTION PURSUANT TO
11 U.S.C. §105, 363(b), (f), (k), AND (m), AND 365
AND FED.R.BANKR.P. 2002, 6004, AND 6006, TO (I) APPROVE
(A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE
AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS, LLC,
A U.S. TREASURY-SPONSORED PURCHASER, FREE AND CLEAR OF
LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS;
(B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY
CONTRACTS AND UNEXPIRED LEASES; AND (C) OTHER RELIEF;
AND (II) SCHEDULE SALE APPROVAL HEARING**

Burton Taft, Administrator of the Estate of Brian Taft, by and through his counsel, Roth & Dempsey, P.C., hereby objects to the Motion of Debtors described above as follows:

1. On June 1, 2009, General Motors Corporation ("GM") filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (Bankruptcy Code).

2. On June 1, 2009, GM filed a Motion to approve the sale of substantially all of its assets to Vehicle Acquisition Holdings, LLC free and clear of liens, claims, encumbrances, and other interests.

3. Your Objector, Burton Taft, Administrator of the Estate of Brian Taft, has an action pending in the United States District Court for the Middle District of Pennsylvania at 3:08-

CV-2142. The aforementioned action seeks recovery from GM for the wrongful death of Brian Taft which was caused by GM.

4. Brian Taft died when the GM vehicle which he was driving was broadsided by another vehicle and exploded causing Brian Taft to suffer severe fire related injuries and death. He is survived by a wife and two (2) young children.

5. Allowing the intended sale of substantially all of GM's assets free and clear of all liens, claims, encumbrances and other interests, including the interests of Burton Taft as the Administrator for the Estate of Brian Taft, would deprive Burton Taft of his ability to pursue and recover sufficient damages from GM on behalf of the Estate of Brian Taft.

6. Allowing such a sale is contrary to Pennsylvania law which provides for successor liability.

7. Accordingly, Burton Taft, Administrator of the Estate of Brian Taft objects to the Debtors' proposed sale of substantially all of its assess free and clear of all liens, claims, encumbrances and other interests.

**WHEREFORE**, Burton Taft, Administrator of the Estate of Brian Taft respectfully requests that this Honorable Court sustain its objection in its entirety and overrule the Debtors' Motion to the extent the relief requested is inconsistent with this objection

and provide such other relief as this Honorable Court deems just and appropriate.

                                              Respectfully submitted,

/s/ Michael G. Gallacher, Esquire
MICHAEL G. GALLACHER, ESQUIRE
Pennsylvania Bar No.: 82523
ROTH & DEMPSEY, P.C.
436 Jefferson Avenue
Scranton, PA 18510
Telephone: (570) 961-1064
Facsimile: (570) 961-3242
Email: mgallacher@comcast.net

```
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :  Chapter 11
In Re:                                  :
                                        :  Case No.: 09-50026(REG)
GENERAL MOTORS CORP., et al.,           :
                                        :  (Jointly Administered)
        Debtors                         :
--------------------------------------- X
```

**CERTIFICATE OF SERVICE**

I, Michael G. Gallacher, Esquire, hereby certify that a true and correct copy of the Objection of Burton Taft, Administrator of the Estate of Brian Taft to the Debtors' Motion Pursuant to 11 U.S.C. §105, 363(b), (f), (k), and (m), and 365 and Fed.R.BankR.P. 2002, 6004, and 6006, to (I) Approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings, LLC, a U.S. Treasury-sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Hearing was caused to be served by electronic mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF Filing System and by overnight mail to the following:

```
    Harvey R. Miller, Esquire
    Stephen Karotkin, Esquire
    Joseph H. Smolinsky, Esquire
    Weil, Gotshal & Manges, LLP
    767 Fifth Avenue
    New York, NY 10153
```

```
John R. Rapisardi, Esquire
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281

James L. Bromley, Esquire
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006

Babette Ceccotti, Esquire
Cohen, Weiss and Simon, LLP
330 W. 42nd Street
New York, NY 10036


Michael J. Edelman, Esquire
Michael L. Schein, Esquire
Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY 10019

Diana G. Adams, Esquire
Office of the United States Trustee for the Southern
     District of New York
33 Whitehall Street
21st Floor
New York, NY 10004

David S. Jones, Esquire
Matthew L. Schwartz, Esquire
U.S. Attorney's Office S.D.N.Y.
86 Chambers Street
Third Floor
New York, NY 10007

Gordon Z. Novod, Esquire
Thomas Moers Mayer
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
```

                                      Respectfully submitted,

                                      /s/ Michael G. Gallacher, Esquire
                                      MICHAEL G. GALLACHER, ESQUIRE
                                      Pennsylvania Bar No.: 82523
                                      ROTH & DEMPSEY, P.C.
                                      436 Jefferson Avenue
                                      Scranton, PA 18510
                                      Telephone: (570) 961-1064
                                      Facsimile: (570) 961-3242
                                      Email: mgallacher@comcast.net