BOLHOUSE, VANDER HULST, RISKO,
  BAAR & LEFERE, P.C.
David S. Lefere (P61790)
Mark D. Hofstee (P66001)
Grandville State Bank Building
3996 Chicago Drive, SW
Grandville, MI 49418
Telephone: (616) 531-7711
Facsimile: (616) 531-7757
E-mail:  davidl@bolhouselaw.com
        markh@bolhouselaw.com

Counsel for Lansing Tool & Engineering, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                   :
In re:                                          :          Chapter 11
                                           :
GENERAL MOTORS CORP., et al.,    :          Case No. 09-50026 (REG)
                                           :
            Debtors.                   :          (Jointly Administered)
                                           :
-----------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**<u>DEMAND FOR NOTICES AND PAPERS</u>**

      Please take notice that Lansing Tool & Engineering, Inc., party-in-interest in the above-captioned case, hereby appears in the above in the above-captioned case by their counsel, Bolhouse, Vander Hulst, Risko, Baar & Lefere, P.C., such counsel hereby enters its appearance in the above-captioned case pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the address, telephone and facsimile numbers indicated:

>David S. Lefere
>Mark D. Hofstee
>Bolhouse, Vander Hulst, Risko, Baar & Lefere, P.C.
>Grandville State Bank Building
>3996 Chicago Drive SW
>Grandville, MI 49418
>Telephone: (616) 531-7711
>Facsimile: (616) 531-7757
>E-mail: davidl@bolhouselaw.com
>         markh@bolhouselaw.com

Please take further notice that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the above-named party-in-interest's rights (1) to have final orders in non-core matters entered only after <u>de novo</u> review by a District Court Judge, (2) to a trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named party-in-interest is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the above-named party-in-interest expressly reserves.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: <u>June 18, 2009</u> | Bolhouse, Vander Hulst, Risko, Baar & Lefere, P.C. |

By:   <u>/s/ David S. Lefere</u>
    David S. Lefere (P61790)
    Mark D. Hofstee (P66001)

Grandville State Bank Building
3996 Chicago Drive, SW
Grandville, MI 49418
Phone: (616) 531-7711
davidl@bolhouselaw.com
markh@bolhouselaw.com