UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
GENERAL MOTORS CORP., et al.,               :    09-50026 (REG)
                                            :
         Debtors.                           :    (Jointly Administered)
---------------------------------------------------------------x

**FIRST AMENDMENT TO OBJECTIONS OF INTERNATIONAL
INDUSTRIAL CONTRACTING CO. TO DEBTORS' NOTICE OF INTENT TO
ASSUME AND ASSIGN EXECUTORY CONTRACTS**

International Industrial Contracting Co. ("IICC") states as follows for its objection to the Debtors' Notice of (I) Debtors' Intent to Assume and Assign Certain Executory, Unexpired Leases of Personal Property and Unexpired Leases of Non-Residential Property and (II) Cure Amounts thereto (the "Notice"):

1.  Within a few days before filing its initial Objections, IICC received the Debtors' Notice.

2.  The Objections of IICC are limited to the cure amounts recited in the Debtors' Notice.

3.  IICC submits the present amendment to recite the correct cure amount for GM Contract ID GMS33299 and GM Contract ID TCS25905. The correct cure amounts are $121,510.84 for GM Contract ID GMS33299 and $404,467.52 for GM Contract ID TCS25905.

4.  The amount recited in IICC's original objection is correct for GM Contract ID WFS06528 (i.e, $12,915.50).

WHEREFORE, IICC requests that this Court determine the appropriate and proper cure amount due to it pursuant to Section 365 of the Bankruptcy Code and provide that any

2

assignment of the contract of IICC be conditioned upon an assumption by the assignee of all amounts due to IICC under the terms of such contract including payment of the appropriate cure amounts; and that the Court grant IICC such other relief as is just and appropriate.

/s/**John A. Ruemenapp**
Weisman, Young & Ruemenapp, P.C.
30100 Telegraph Road, Suite 428
Bingham Farms, MI  48025
(248) 258-2700
**jruemenapp@wyrpc.com**
**P34796**

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2009, I electronically filed **First Amendment to Objections of International Industrial Contracting Co. to Debtors' Notice of Intent to Assume and Assign Executory Contracts** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- David B. Aaronson    david.aaronson@dbr.com
- Jonathan Bradley Alter    jonathan.alter@bingham.com
- Philip D. Anker    philip.anker@wilmerhale.com
- Joel D. Applebaum    japplebaum@clarkhill.com
- W. David Arnold    darnold@rcolaw.com
- Karin F. Avery    avery@silvermanmorris.com
- Marc M. Bakst    mbakst@bodmanllp.com
- David J. Baldwin    dbaldwin@potteranderson.com, bankruptcy@potteranderson.com
- Elizabeth Banda    kwilliams@pbfcm.com
- Salvatore A. Barbatano    sbarbatano@foley.com
- William M. Barron    wbarron@sgrlaw.com
- Robert L. Barrows    rbarrows@wdblaw.com
- Robert N. Bassel    ecfbbassel@gmail.com
- Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com
- Howard S. Beltzer    hbeltzer@morganlewis.com
- Frederick A. Berg    fberg@kotzsangster.com
- Daniel J. Bernard    dbernard@vmclaw.com
- Richard J. Bernard    rbernard@bakerlaw.com
- Phillip W. Bohl    phillip.bohl@gpmlaw.com
- Wanda Borges    borgeslawfirm@aol.com
- Jean Winborne Boyles    jboyles@jhvgmlaw.com, KCOLE@JHVGMLAW.COM
- Kimberly A. Brennan    kab@mccarthylebit.com
- Lynn M. Brimer    lbrimer@stroblpc.com, sfraser@stroblpc.com
- James L. Bromley    maofiling@cgsh.com
- William J. Brown    wbrown@phillipslytle.com
- Theresa V. Brown-Edwards    bankruptcy@potteranderson.com
- Mark Edwin Browning    BK-MBROWNING@OAG.STATE.TX.US, sherri.simpson@oag.state.tx.us
- Robert H. Brownlee    rbrownlee@thompsoncoburn.com
- Andrew P. Brozman    andrew.brozman@cliffordchance.com, sarah.campbell@cliffordchance.com
- Adam D. Bruski    adbruski@lambertleser.com
- Charles D. Bullock    cbullock@sbplclaw.com

- John R. Burns    john.burns@bakerd.com, skrhoads@bakerd.com;oliana.nansen@bakerd.com
- James Christopher Caldwell    ccaldwell@starkreagan.com
- Carollynn H.G. Callari    ccallari@venable.com
- John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com
- James C. Carignan    carignanj@pepperlaw.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
- Linda J. Casey    caseyl@pepperlaw.com, hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com
- George B. Cauthen    george.cauthen@nelsonmullins.com, mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com
- Babette A. Ceccotti    bceccotti@cwsny.com, ecf@cwsny.com
- Joseph M. Cerra    jcerra@formanlaw.com
- Teresa H. Chan    kkansa@sidley.com;emcdonnell@sidley.com
- J Eric Charlton    echarlton@hiscockbarclay.com
- Sarah M. Chen    schen@lockelord.com
- Gloria M. Chon    gloria.chon@kkue.com
- Jennifer Anne Christian    jchristian@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
- Marvin E. Clements    agbanknewyork@ag.tn.gov
- Tiffany Strelow Cobb    tscobb@vorys.com, cdfricke@vorys.com
- Dennis J. Connolly    dconnolly@alston.com
- Michael T. Conway    michael.conway@leclairryan.com
- Susan M. Cook    smcook@lambertleser.com
- Dawn R. Copley    dcopley@dickinsonwright.com,dnavin@dickinsonwright.com
- Trent P. Cornell    tcornell@stahlcowen.com
- Jeffrey L. Coxon    rellis@warrenyoung.com
- David N. Crapo    dcrapo@gibbonslaw.com
- Randall D. Crocker    rcrocker@vonbriesen.com
- Michael G. Cruse    mcruse@wnj.com, hziegler@wnj.com
- Thomas H. Curran    tcurran@haslaw.com, calirm@haslaw.com
- Teresa K.D. Currier    tcurrier@saul.com, mflores@saul.com
- Vincent D'Agostino    vdagostino@lowenstein.com
- Peter D'Apice    dapice@sbep-law.com
- Renee M. Dailey    renee.dailey@bgllp.com, meghan.olsen@bgllp.com
- Colin Thomas Darke    cdarke@bodmanllp.com
- Ashley Davis    ashley.davis@myfloridalegal.com
- James E. DeLine    jed@krwlaw.com, pal@krwlaw.com
- Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net
- Sam Della Fera    sdellafera@trenklawfirm.com
- Melissa Detrick    detrick@marshall-melhorn.com
- Benjamin P. Deutsch    bdeutsch@schnader.com
- Frank W. DiCastri    fdicastri@foley.com
- Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com

4

- J. Ted Donovan    TDonovan@Finkgold.com, David@Finkgold.com;CClarke@Gwfglaw.com
- Amish R. Doshi    adoshi@daypitney.com
- Mary Joanne Dowd    dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com
- Kathryn E. Driscoll    kdriscoll@pmppc.com
- Michael James Edelman    mjedelman@vedderprice.com, ecfnydocket@vedderprice.com
- Dan Elias    delias@eliasgroup.com
- Erin L. Eliasen    eeliasen@stoel.com, basargent@stoel.com
- Judith Elkin    judith.elkin@haynesboone.com
- Alyssa Englund    aenglund@orrick.com
- Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com
- Earle I. Erman    eerman@ermanteicher.com
- Belkys Escobar    belkys.escobar@loudoun.gov
- Amy Evans    aevans@crosslaw.com
- Kerry M Ewald    kewald@dickinsonwright.com
- Stephen Vincent Falanga    sfalanga@connellfoley.com
- Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com
- William L. Farris    farrisw@sullcrom.com
- Thomas R. Fawkes    tfawkes@freebornpeters.com
- Carol A. Felicetta    cfelicetta@reidandreige.com
- Richard L. Ferrell    Ferrell@taftlaw.com
- Alyson M. Fiedler    afiedler@schiffhardin.com
- Robert J. Figa    rfiga@comlawone.com
- Andrea Fischer    afischer@olshanlaw.com, ssallie@olshanlaw.com;mmarck@olshanlaw.com
- Deborah L. Fish    dfish@allardfishpc.com
- Elizabeth K. Flaagan    eflaagan@faegre.com
- Steven B. Flancher    flanchers@michigan.gov
- Daniel J. Flanigan    dflanigan@polsinelli.com, tbackus@polsinelli.com
- Kenneth A. Flaska    gm@dmms.com
- Jonathan L. Flaxer    jflaxer@golenbock.com, ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com;mlu@golenbock.com
- Stephen B. Foley    sfoley@sbfpc.com, kkish@sbfpc.com
- Shawn Randall Fox    sfox@mcguirewoods.com
- Mark S. Frankel    mfrankel@couzens.com
- Scott J. Freedman    sfreedman@dilworthlaw.com
- Mark J. Friedman    mark.friedman@dlapiper.com
- Timothy A. Fusco    fusco@millercanfield.com, skoczylas@millercanfield.com
- Michael G. Gallacher    mgallacher@comcast.net
- Victoria D. Garry    vgarry@ag.state.oh.us
- Sara J. Geenen    sjg@previant.com
- Wendy J. Gibson    wgibson@bakerlaw.com
- Jeanette M. Gilbert    jgilbert@motleyrice.com
- Celeste R. Gill    gillcr@michigan.gov, sherwoodj@michigan.com

- Steven A. Ginther    sdnyecf@dor.mo.gov
- Andrew C. Gold    agold@herrick.com
- Michelle Goldis    michelle.goldis@wilmerhale.com
- Sonya N. Goll    sgoll@sbplclaw.com
- Brett D. Goodman    brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com
- Robert D. Gordon    rgordon@clarkhill.com
- Neil Andrew Goteiner    ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com
- Brian M. Graham    bgraham@salawus.com, bmgrahampack@sbcglobal.net
- Christopher F. Graham    cgraham@mckennalong.com, jvargas@mckennalong.com;rgee@mckennalong.com;jmayes@mckennalong.com;ehall@mckennalong.com
- William T. Green    uncbill@msn.com
- John T. Gregg    jgregg@btlaw.com
- Stephen M. Gross    sgross@mcdonaldhopkins.com
- Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com
- Elizabeth A. Haas    info@thehaaslawfirm.com
- Paul R. Hage    phage@jaffelaw.com
- Richard F. Hahn    rfhahn@debevoise.com;jchung@debevoise.com;mao-ecf@debevoise.com
- Paula A. Hall    hall@bwst-law.com, marbury@bwst-law.com
- Alan D. Halperin    ahalperin@halperinlaw.net, cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net
- Michael C. Hammer    mchammer3@dickinsonwright.com
- David Henry Hartheimer    dharthei@bellatlantic.net
- Ryan D. Heilman    rheilman@schaferandweiner.com
- Christopher M. Hemrick    chemrick@connellfoley.com
- Suzanne Hepner    shepner@lrbpc.com, ecarder@lrbpc.com;jcahn@lrbpc.com;rbarbur@lrbpc.com;psherer@lrbpc.com
- Mark D. Hofstee    markh@bolhouselaw.com
- Michael S. Holmes    , mshatty@yahoo.com
- Jonathan Hook    jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com
- P. Warren Hunt    pwh@krwlaw.com
- John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com
- Donald J. Hutchinson    hutchinson@millercanfield.com
- Roland Hwang    hwangr@michigan.gov
- Elihu Inselbuch    eb@capdale.com
- Adam H. Isenberg    aisenberg@saul.com
- Peter F. Jazayeri    pjazayeri@ecjlaw.com
- Nan E. Joesten    njoesten@fbm.com
- John J. Jolley    jay.jolley@kutakrock.com
- Gregory O. Kaden    gkaden@goulstonstorrs.com
- Stephen Karotkin    theodore.tsekerides@weil.com;Shai.Waisman@weil.com;Rachel.albanese@weil.com;mi

6

chele.meises@weil.com;ilusion.rodriguez@weil.com;nathan.pierce@weil.com;lacey.laken@weil.com
- Karel S. Karpe   karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com
- Andrew C. Kassner   andrew.kassner@dbr.com
- Clifford A. Katz   ckatz@platzerlaw.com
- Susan R. Katzoff   skatzoff@hiscockbarclay.com, lmcrobbie@hiscockbarclay.com
- Thomas M. Kennedy   tkennedy@kjmlabor.com
- Thomas L. Kent   tomkent@paulhastings.com
- Richardo I. Kilpatrick   ecf@kaalaw.com, lrobertson@kaalaw.com
- Jennifer B. Kimble   jkimble@burr.com, mstinson@burr.com;mivey@burr.com
- Kathleen H. Klaus   khk@maddinhauser.com
- Jeff Klusmeier   jeff.klusmeier@ago.mo.gov
- Thomas F. Koegel   tkoegel@flk.com
- Deborah Kovsky-Apap   kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com
- Debra A. Kowich   dkowich@umich.edu, schmitzr@umich.edu
- Robert R. Kracht   rrk@mccarthylebit.com
- Stuart A. Krause   skrause@zeklaw.com
- J. Alex Kress   akress@riker.com
- Patrick J. Kukla   pkukla@carsonfischer.com
- Darryl S. Laddin   bkrfilings@agg.com
- Michael C. Lambert   mclambert@lawpost-nyc.com
- Stuart A. Laven   slaven@bfca.com
- James N. Lawlor   jlawlor@wmd-law.com, gbenaur@wmd-law.com
- Robert L. LeHane   KDWBankruptcyDepartment@Kelleydrye.com
- Maureen F. Leary   maureen.leary@oag.state.ny.us
- Mark G. Ledwin   mark.ledwin@wilsonelser.com
- David S. Lefere   davidl@bolhouselaw.com
- Michael S. Leib   msl@maddinhauser.com, bac@maddinhauser.com
- David A. Lerner   dlerner@plunkettcooney.com
- Larry A. Levick   levick@singerlevick.com, croote@singerlevick.com;ckirkland@singerlevick.com
- Barry E. Lichtenberg   barryster@att.net
- Demetra Liggins   demetra.liggins@tklaw.com
- David T. Lin   dlin@seyburn.com
- Thomas K. Lindahl   tlindahl@mcdonaldhopkins.com
- Edward J. LoBello   elobello@msek.com
- Eric Lopez Schnabel   schnabel.eric@dorsey.com
- Cynthia Jordan Lowery   cynthialowery@mvalaw.com
- Tristan Manthey   tmanthey@hellerdraper.com
- Kayalyn A. Marafioti   kmarafio@skadden.com
- Michael A. Maricco   maricco.michael@pbgc.gov, efile@pbgc.gov
- Richard W. Martinez   Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com
- Jil Mazer-Marino   jmazermarino@msek.com, kgiddens@msek.com
- Frank McGinn   ffm@bostonbusinesslaw.com
- Barbara S Mehlsack   bmehlsack@gkllaw.com

- Brian H. Meldrum     bmeldrum@stites.com
- Marc B. Merklin     mmerklin@brouse.com
- Christopher A. Merritt     cmerritt@rjlps.com
- Richard M. Meth     msteen@daypitney.com
- G. Christopher Meyer     cmeyer@ssd.com
- Angela Z. Miller     amiller@phillipslytle.com, jhahn@phillipslytle.com
- Harvey R. Miller     harvey.miller@weil.com, garrett.fail@weil.com
- Joseph Thomas Moldovan     bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com
- James P. Moloy     jmoloy@dannpecar.com
- Carol E. Momjian     cmomjian@attorneygeneral.gov
- Timothy D. Moratzka     tdm@mcmlaw.com
- Max Anderson Moseley     mam@jbpp.com, mkd@jbpp.com
- Eric T. Moser     eric.moser@klgates.com, kristen.serrao@klgates.com
- Jill L. Murch     jmurch@foley.com, lapeterson@foley.com;khall@foley.com
- Jennifer L. Nassiri     jennifer.nassiri@dlapiper.com
- Kenneth A. Nathan     knathan@nathanzousmer.com
- Michael A. Nedelman     mnedelman@nglegal.com, mwatler@nglegal.com;egloetzner@nglegal.com
- Melissa Z. Neier     mneier@ibolaw.com
- Michael E. Norton     mnorton@nortonlawassociates.com
- Gordon Z. Novod     gnovod@kramerlevin.com, dcho@kramerlevin.com
- Sean A. O'Neal     soneal@cgsh.com, maofiling@cgsh.com;jcroft@cgsh.com;skleinman@cgsh.com;ashajnfeld@cgsh.com;crodriguez@cgsh.com;sarobinson@cgsh.com
- Norman D. Orr     norman.orr@kkue.com
- Mark Russell Owens     mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com
- Ingrid S. Palermo     ipalermo@hselaw.com
- Paul J. Pascuzzi     ppascuzzi@ffwplaw.com
- Frederick Perillo     fp@previant.com
- Debra Beth Pevos     dpevos@swappc.com
- Robert W. Phillips     rphillips@simmonscooper.com
- James A. Plemmons     jplemmons2@dickinsonwright.com
- Robert C. Pottinger     rcpottinger@bslbv.com
- Susan Power-Johnston     sjohnston@cov.com, jmcneil@cov.com
- Ronald S. Pretekin     pretekin@coollaw.com, piatt@coollaw.com
- Jessica E. Price     jprice@brouse.com
- Susan Przekop-Shaw     przekopshaws@michigan.gov
- Jonathan I. Rabinowitz     jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Marie T. Racine     mracine@racinelaw.us
- Mark L. Radtke     mradtke@shawgussis.com
- Dennis Jay Raterink     raterinkd@michigan.gov
- Eric T. Ray     eray@balch.com
- Timothy M. Reardon     tmreardon@nnblaw.com
- Michael Reed     nycourts@mvbalaw.com

- Marc E. Richards    mrichards@blankrome.com
- Michael P. Richman    mrichman@pattonboggs.com
- Paul J. Ricotta    pricotta@mintz.com
- David D. Ritter    ecf@krcl.com, dritter@krcl.com
- Marianne Goldstein Robbins    MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM
- Courtney Rogers    crogers@orrick.com
- Adam L. Rosen    filings@spallp.com, arosen@silvermanacampora.com
- Sanford Philip Rosen    rpc@rosenpc.com, srosen@rosenpc.com
- Adina H. Rosenbaum    arosenbaum@citizen.org
- Andrew Neil Rosenberg    mtattnall@paulweiss.com
- Robert J. Rosenberg    adam.goldberg@lw.com
- David A. Rosenzweig    DRosenzweig@Fulbright.com
- Douglas B. Rosner    drosner@goulstonstorrs.com
- Robert R. Ross    rrross@fedex.com
- George V. Royle    george.royle@lw.com
- John A. Ruemenapp    jruemenapp@wyrpc.com
- Scott K. Rutsky    srutsky@proskauer.com
- Jennifer Lauren Saffer    jlsaffer@jlsaffer.com, vjohnson@jlsaffer.com
- Chester B. Salomon    csalomon@beckerglynn.com, aranade@beckerglynn.com;jholdridge@beckerglynn.com
- Diane W. Sanders    austin.bankruptcy@publicans.com
- Thomas P. Sarb    ecfsarbt@millerjohnson.com
- Thomas J. Schank    tomschank@hunterschank.com, mcraig@hunterschank.com
- Kenneth M. Schneider    smpcecf@gmail.com
- Carey D. Schreiber    cschreiber@winston.com
- Matthew L. Schwartz    matthew.schwartz@usdoj.gov
- Steven Schwartz    sschwart@winston.com
- Kenneth J. Schweiker    kschweiker@brownconnery.com
- Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com
- Jacob B. Sellers    jacob.sellers@leonard.com
- David J. Selwocki    brogers@swappc.com
- Joseph R. Sgroi    jsgroi@honigman.com
- Mark H. Shapiro    shapiro@steinbergshapiro.com
- Mary Kay Shaver    mkshaver@varnumlaw.com
- Brian L. Shaw    bshaw100@shawgussis.com
- Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com
- Tricia A. Sherick    tsherick@honigman.com
- Joseph E. Shickich    jshickich@riddellwilliams.com
- Matthew J. Shier    mshier@pinnaclelawgroup.com, mterry@pinnaclelawgroup.com
- Michael P. Shuster    mpshuster@hahnlaw.com
- Robert Sidorsky    sidorsky@butzel.com
- John A. Simon    jsimon@foley.com
- Rebecca H. Simoni    rsimoni@vonbriesen.com, jpurpora@vonbriesen.com
- Scott Michael Singer    ssinger@dglaw.com, mbaum@dglaw.com;llittle@dglaw.com

9

- Christina C. Skubic    bankruptcy@braytonlaw.com
- Edward Smith    easmith@venable.com
- Robert T. Smith    rsmith@cniinc.cc
- Richard G. Smolev    rsmolev@kayescholer.com, rrotman@kayescholer.com;maosbny@kayescholer.com;rcappiello@kayescholer.com
- Joseph H. Smolinsky    Joseph.Smolinsky@weil.com
- Fredric Sosnick    karen.park@shearman.com,randy.martin@shearman.com,jennifer.lin@shearman.com,kerri.silver@shearman.com
- Arthur J. Spector    aspector@bergersingerman.com, jdiaz@bergersingerman.com;byglesia@bergersingerman.com;efile@bergersingerman.com
- Jeffrey S. Stein    Jeff_Stein@gardencitygroup.com, Kenneth_Freda@gardencitygroup.com;jennifer.keough@gardencitygroup.com
- Leslie Stein    lstein@seyburn.com, seccles@seyburn.com
- Fred Stevens    fstevens@foxrothschild.com
- Jason V. Stitt    jstitt@kmklaw.com
- Harvey A. Strickon    harveystrickon@paulhastings.com
- James M. Sullivan    sullivan.james@arentfox.com, constantino.nova@arentfox.com
- Michelle T. Sutter    msutter@ag.state.oh.us
- Marc N. Swanson    swansonm@millercanfield.com
- Matthew A. Swanson    matthew.swanson@leonard.com
- Colleen M. Sweeney    csweeney@dickinsonwright.com
- Stanley B. Tarr    tarr@blankrome.com
- Gordon J. Toering    gtoering@wnj.com
- Jason M. Torf    jtorf@schiffhardin.com, egeekie@schiffhardin.com
- Patrick J. Trostle    ptrostle@jenner.com
- Tonya A. Trumm    tatrumm@michaelbest.com, safonte@michaelbest.com
- Marshall C. Turner    marshall.turner@husch.com
- Raymond J. Urbanik    rurbanik@munsch.com
- Shmuel Vasser    shmuel.vasser@dechert.com
- Wendy S. Walker    wwalker@morganlewis.com
- G. Alan Wallace    gwall@fraserlawfirm.com
- Kimberly A. Walsh    bk-kwalsh@oag.state.tx.us
- Sean M. Walsh    swalsh@gmhlaw.com, jmahar@gmhlaw.com
- Lucas Ward    lucasward@ohioattorneygeneral.gov
- Robert B. Weiss    rweiss@honigman.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Michael R. Wernette    mwernette@schaferandweiner.com
- David B. Wheeler    davidwheeler@mvalaw.com
- Jeffrey C. Wisler    jcw@cblhlaw.com
- Blanka K. Wolfe    bwolfe@sheppardmullin.com
- Robert D. Wolford    ecfwolfordr@millerjohnson.com
- Scott A. Wolfson    wolfson@bsplaw.com, recchia@bsplaw.com;stepp@bsplaw.com;ojala@bsplaw.com;bolton@bsplaw.com;kochis@bsplaw.com

- Cynthia Woodruff-Neer    cwoodruff-neer@alpine-usa.com
- Janice M. Woolley    janwoolley@mgwl.com
- Doron Yitzchaki    dyitzchaki@dickinsonwright.com
- Terry L. Zabel    ecf-tlz@rhoadesmckee.com

and I hereby certify that I have served the paper to the following non-ECF participants via regular mail:

Debtors
c/o General Motors Corporation
Attn: Warren Command Center, Mailcode 480-206-114
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

Attn: Harvey R. Miller, Esq
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Attn: Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220

Attn: John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Attn: Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Attn: Diana G. Adams, Esq.
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

F:\CLIENTS\I\International Industrial 4380-\General Motors -7430\First Amendment to Objections - (IICC).doc