UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | CASE NO. 09-50026(REG) |
| | (JOINTLY ADMINISTERED) |
| GENERAL MOTORS CORPORATION, *et al.* | CHAPTER 11 |
| Debtors | VOLUNTARY PETITION |

APPLICATION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE COURT:

COMES NOW, Charles A. Cuprill, Esq. applicant herein and respectfully states:

1. Applicant is an attorney and the principal member of the law firm of Charles A. Cuprill, P.S.C. Law Offices and practices under the name of Charles A. Cuprill-Hernández with offices at:

> Charles A. Cuprill-Hernández, Esq.
> Charles A. Cuprill, P.S.C. Law Offices
> 356 Fortaleza Street
> Second Floor
> San Juan, P.R. 00901
> Tel.:(787) 977-0515
> Fax.:(787) 977-0518
> E-Mail:ccuprill@cuprill.com

2. Applicant will sign all pleadings with the name of Charles A. Cuprill-Hernández.

3. Applicant has been retained personally or as a member of the above-named firm by creditors-General Motors Corporation's dealers or former dealers in Puerto Rico, Alberic Colón Auto Sales, Inc., Barranquitas Auto Corp., C.R. Rondinelli, Inc., Cabrera Hermanos, Inc., Losada Auto Trucks, Inc., Lugo Auto Sales, Inc. and Royal Motors Corporation to provide them

with legal representation in connection with the above-captioned case pending before this Court.

4. Applicant was admitted to practice before the Supreme Court for the Commonwealth of Puerto Rico in 1968, the U. S. Court of Military Appeals, the United States Court of Appeals for the First Circuit and the U. S. District Court for the District of Puerto Rico in 1969, the United States Supreme Court and the United States Court of Claims in 1976, the District of Columbia Court of Appeals in 1983, and the United States Tax Court in 1997, and the Fourth Circuit Court of Appeals in 2004.

5. Applicant is eligible to practice in this Court pursuant to Rule 2090-1 of its Local Rules.

6. Applicant hereby certifies that he is a member in good standing of the bar of the U.S. District Court for the District of Puerto Rico.

7. Applicant is not currently suspended from the practice of law before any courts or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Applicant has not previously filed for pro hac vice admission in this Court.

10. Applicant has read the local rules of this Court and will comply with the same.

11. According to the filing fees chart of this Court, contemporaneously herewith, applicant is attaching a check payable to the Clerk, US Bankruptcy Court in the amount of $25.00 for the appearance.

**WHEREFORE**, applicant respectfully requests to be admitted to practice in this Court in the above captioned case.

San Juan, Puerto Rico, this 12th day of June, 2009.

                                              **CHARLES A. CUPRILL-HERNANDEZ**
                                              **USDC-PR 114312**
                                              Charles A. Cuprill, P.S.C. Law Offices
                                              356 Fortaleza Street, Second Floor
                                              San Juan, PR 00901
                                              Tel: 787-977-0515
                                              Fax: 787-977-0518
                                              E-mail:  ccuprill@cuprill.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>GENERAL MOTORS CORPORATION, *et al.*<br>    Debtors | CASE NO. 09-50026(REG)<br><br>(JOINTLY ADMINISTERED)<br><br>CHAPTER 11<br><br>VOLUNTARY PETITION |

**ORDER FOR ADMISSION PRO HAC VICE**

The Court, having reviewed the Application For Admission *Pro Hac Vice* of Charles A. Cuprill-Hernández, and being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that the *Pro Hac Vice* admission of Charles A. Cuprill-Hernández be granted, permitting him to practice before the United States Bankruptcy Court, Southern District of New York for purposes of the above referenced bankruptcy proceeding, only.

Dated: _____, 2009

 

                                        **Hon. Judge Robert E. Gerber**
                                        **UNITED STATES BANKRUPTCY JUDGE**