## Bakst, Marc

**From:** Rob Mauro [RobM@Techform.com]
**Sent:** Thursday, June 18, 2009 1:11 PM
**To:** Bakst, Marc
**Subject:** FW: GM Command Center Issue ID: 2009.4474

Per our phone call.

Rob

-----Original Message-----
**From:** Yourchock, Kimberly A. [mailto:KYourchock@honigman.com]
**Sent:** Tuesday, June 16, 2009 1:04 PM
**To:** Vicky; supplier_command_center@gm.com
**Cc:** cindy.cordoba-koziol@gm.com; Patrick ; robh@techform.com; Rob Mauro; johnc@techform.com; gayleb@techform.com; Dana
**Subject:** RE: GM Command Center Issue ID: 2009.4474

Dana,

Given the circumstances and Techform's request for an extension. GM agrees to grant Techform an extension of the deadline to object to the assumption notice. The new deadline is Friday, June 19, 2009 at 5:00 p.m.

Please let me know if you have any questions or concerns.

Thank you,

Kim

Kimberly A. Yourchock
Honigman Miller Schwartz and Cohn LLP
(248) 506-9458

---

**From:** Vicky [mailto:vicky@connellyco.com]
**Sent:** Tuesday, June 16, 2009 1:00 PM
**To:** Yourchock, Kimberly A.; supplier_command_center@gm.com
**Cc:** cindy.cordoba-koziol@gm.com; Patrick ; robh@techform.com; Rob Mauro; johnc@techform.com; gayleb@techform.com; Dana
**Subject:** GM Command Center Issue ID: 2009.4474
**Importance:** High

Good afternoon.
Per the e-mail below, Techform is requesting an extension to the due date of the cure objection based on receiving the cover letter information yesterday, June 15, 2009. Please confirm what is the new due date.
Thank you for your support.
Regards,
Dana Church
Commercial Project Mgr.
Techform Products Ltd.
(586) 977-0700, ext. 1014

---

**From:** summer.putnam@gm.com [mailto:summer.putnam@gm.com] **On Behalf Of** supplier_command_center@gm.com

6/18/2009

**Sent:** Tuesday, June 16, 2009 11:25 AM
**To:** Vicky
**Subject:** GM Command Center Issue ID: 2009.4474

You submitted a question to the GM Call Center,

*Issue:* Requesting an extension to the due date of the cure objection.

Response: Please email a request to Kimberley Yourchock @ kyourchock@honigman.com and the supplier_command_center@gm.com requesting an extension.

    If you have additional questions or do need to receive an additional copy of the Trade Agreement, please contact the GM Call Center (888)409-2328 or (586) 947-3000.


Thank you,

GM Command Center

*****************************************************************
IRS Circular 230 Disclosure:  To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding tax-related penalties or (ii) promoting, marketing or recommending to another person any transaction or matter addressed in this communication.
*****************************************************************
Confidential: This electronic message and all contents contain information from the law firm of Honigman Miller Schwartz and Cohn LLP which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately (313.465.7000) and destroy the original message and all copies.
*****************************************************************

6/18/2009