UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>General Motors Corp., *et al.*,<br><br>　　　　　Debtors. | Case No. 09-50026 (REG)<br><br>Chapter 11<br><br>(Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, Inez M. Markovich, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent CoActiv Capital Partners, Inc. ("Coactiv"), a creditor in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the Commonwealth of Pennsylvania, the State of New Jersey, the State of New York, and the bar of the United States District Court for the Eastern District of Pennsylvania and the Northern District of New York.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 06/10/2009　　　　　　　　　　　　　　DEEB, PETRAKIS, BLUM & MURPHY, P.C.
Philadelphia, PA

　　　　　　　　　　　　　　　　　　By:　*/s/ Inez M. Markovich*
　　　　　　　　　　　　　　　　　　　　Inez M. Markovich (CASBN: 4475091)
　　　　　　　　　　　　　　　　　　　　Deeb, Petrakis, Blum & Murphy, P.C.
　　　　　　　　　　　　　　　　　　　　1601 Market Street, Suite 2600
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　Email: imarkovich@dpattorneys.com
　　　　　　　　　　　　　　　　　　　　Telephone:　(215)-563-0500
　　　　　　　　　　　　　　　　　　　　Facsimile:　(215)-563-5532

1