UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>General Motors Corp., *et al.*,<br><br>           Debtors. | Case No. 09-50026 (REG)<br><br>**Chapter 11**<br><br>**(Jointly Administered)** |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Inez M. Markovich, to be admitted, *pro hac vice*, to represent CoActiv Capital Partners, Inc., ("CoActiv"), a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Pennsylvania, the State of New Jersey, the State of New York, and the bar of the United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the Northern District of New York.

**ORDERED**, that Inez M. Markovich, Esquire, is admitted to practice, *pro hac vice*, in the above-referenced case to represent CoActiv, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Date: _____

_____, New York            /s/_____

                                                                         UNITED STATES BANKRUPTCY JUDGE