BODMAN LLP
Marc M. Bakst (P41575)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
313-393-7530
mbakst@bodmanllp.com

ATTORNEYS FOR TECHFORM
PRODUCTS LIMITED

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (Jointly Administered) |
| Debtors.                            x | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2009, I electronically filed ***Objection by Techform Products Limited to Debtors' Proposed Cure Amounts*** with the Clerk of the Court which will send notification of such filing to all ECF participants, and on June 18, 2009, I also mailed via Federal Express a copy of same to all the parties on the attached Service List.

           Respectfully Submitted:

           BODMAN LLP

           By: / s / Marc M. Bakst
                Marc M. Bakst (P41575)
           Attorneys for Techform Products Limited
           6th Floor at Ford Field
           1901 St. Antoine Street
           Detroit, Michigan 48026
           mbakst@bodmanllp.com
           (313) 393-7530

June 18, 2009

# SERVICE LIST

| | |
|---|---|
| General Motors Corporation<br>Cadilac Building<br>Attn: Warren Common Center<br>Mail Code 480-206-1114<br>30009 Van Dyke Avenue<br>Warren MI  48098-9025 | Weil, Gotshal & Manges LLP<br>Attn:  Harvey R. Miller<br>         Stephen Karotkin<br>         Joseph H. Smolinsky<br>767 Fifth Avenue<br>New York, New York  10153 |
| U.S. Treasury Department<br>Attn:  Matthew Feldman<br>1500 Pennsylvania Avenue, N.W.<br>Room 2312<br>Washington, D.C. 20220 | Cadwalader, Wickersham & Taft LLP<br>Attn:  John J. Rapisardi<br>One World Financial Center<br>New York, New York  10281 |
| Vedder Price, P.C.<br>Attn:  Michael J. Edelman<br>         Michael L. Schein<br>1633 Broadway, 47th Floor<br>New York, New York  10019 | Office of the U.S Trustee for the Southern District of New York<br>Attn:  Diana G. Adams<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 |

Detroit_933928_1