BARNES & THORNBURG LLP
Attorneys for Continental AG and Affiliates
One North Wacker Drive, Suite 4400
Chicago, IL  60606-2833
Telephone: (312) 357-1313
Facsimile: (312) 759-5646

Peter A. Clark
Telephone: (312) 214-5668
Email: pclark@btlaw.com

John T. Gregg, Admitted Pro Hac Vice
Telephone: (616) 742-3945
Email: jgregg@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | No. 09-50026 |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

Document Served:   -   **OBJECTION OF CONTINENTAL AG AND AFFILIATES TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

The undersigned certifies that a copy of the document(s) listed above was served upon the parties listed on the attached Exhibit A at their respective addresses by overnight courier on the date indicated below.

Dates:  June 18, 2009             I declare that the statement above is true to the best
                                  of my information, knowledge and belief.

                                  /s/John T. Gregg
                                  John T. Gregg, Admitted Pro Hac Vice
                                  Barnes & Thornburg LLP

# EXHIBIT A

General Motors Corporation
Attn:  Warren Command Center, Mailcode 480-206-114
Cadillac Building
30009 Van Dyke Avenue
Warren, MI  48090-9025

Weil, Gotshal & Manges, LLP
Attn:  Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY  10153

United States Treasury
Attn:  Matthew Feldman, Esq.
1500 Pennsylvania Avenue, NW, Rm. 2312
Washington, DC  20220

Cadwalader, Wickersham & Taft LLP
Attn:  John J. Rapisardi, Esq.
One World Financial Center
New York, NY  10281

Kramer Levin Naftalis & Frankel LLP
Attn:  Thomas M. Mayer, Esq., Kenneth H. Eckstein, Esq., Robert T. Schmidt, Esq., and Adam C. Rogoff, Esq.
1177 Avenue of the Americas
New York, NY  10036

Vedder Price P.C.
Attn:  Michael J. Edelman, Esq. and Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY  10019

Office of the United States Trustee
For the Southern District of New York
Attn:  Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, NY  10004