# Exhibit C

Billing Date: 06/09/09
Account Number: 3759585
Invoice Number: 3669435

# National Fuel Resources, Inc.

165 Lawrence Bell Dr., Suite 120 • P.O. Box 9072 • Williamsville, New York 14231 • (716) 630-6778 or (800) 839-9993 • (716) 630-6798 Fax

Service Address: TONAWANDA ENGINE PLANT

Thank you for choosing National Fuel Resources for all your energy needs. Visit our web page at www.nfrinc.com

GENERAL MOTORS CORP
FTAO Lesley Horne
C/O ENTECH UTILITY SVC BUREAU
PO BOX 319002
CHICAGO, IL 60631-9002

## Revised
### PRE-PETITION DEBT
### FOR INFORMATIONAL PURPOSES ONLY
### NOT A BILL FOR COLLECTION

**ACCOUNT SUMMARY**

| | |
|---|---|
| Previous Balance | $69,895.25 |
| Payment 05/27/09 | $69,895.25 |
| Balance Forward | $0.00 |

**CURRENT CHARGES**

| | |
|---|---|
| Natural Gas - May 2009 - 3759585 (5,073.2 at $3.8844) | $19,706.34 |
| Natural Gas - May 2009 - 3759585 (9,792.8 at $-0.1871) | $-1,832.23 |
| Natural Gas - May 2009 - 5783415 (87.9 at $3.8844) | $341.44 |
| Natural Gas - May 2009 - 5783415 (1,815.1 at $-0.1871) | $-339.61 |
| Total Current Charges due National Fuel Resources, Inc. | **$17,875.94** |

---

**Please detach and enclose this portion with your payment.**

| ACCOUNT NUMBER: 3759585 | MUST BE RECEIVED BY: 06/24/09 | AMOUNT DUE: |
| INVOICE NUMBER: 3669435 | Overdue balances subject to 1.5% late fee | $17,875.94 |

National Fuel Resources, Inc.
PO Box 9072
Williamsville, NY 14231

GENERAL MOTORS CORP
FTAO Lesley Horne
C/O ENTECH UTILITY SVC BUREAU
PO BOX 319002
CHICAGO, IL 60631-9002

4000003669435    8000003759585    9000001787594

# POWERTRAIN GROUP

For Billing Questions Please Call Andrea Vasbinder @ 716-630-6797

| Utility Account Number | May-09 | | Contract: | 12643 | Effective: | 11/1/08 - 10/31/09 |
|---|---|---|---|---|---|---|
| 3759585 | | | Type: | NIAGARA | Basis: | $0.0800 /Dth |
| 5783415 | | | Sales Rep: | DLB | | |

| | |
|---|---|
| Nymex Close | $3.3210 |
| Nymex 3 Day | $3.2900 |
| Niagara | $3.7500 |
| Niagara Midpoint | $4.1510 |
| Niagara 5 Day | $3.7910 |
| Btu Conversion | 1.0270 |
| Shrink/Line Loss | 1.90% |
| Fuel | 1.40% |

## Commodity Calculation

| | Dth at Citygate | Index | Basis | Fuel | Rate | Total |
|---|---|---|---|---|---|---|
| Triggered / Lock In Gas | 0.0 | $0.0000 | $0.0800 | $0.0011 | $0.0000 | $0.00 |
| Variable Gas Used | 5161.1 | $3.7500 | $0.0800 | $0.0544 | $3.8844 | $20,047.78 |
| Total Contracted Gas | 5161.1 | | | | $3.8844 | $20,047.78 |
| Excess Gas Used | 0.0 | | | | $0.0000 | $0.00 |
| Total Gas Used | 5161.1 | | | | $3.8844 | $20,047.78 |
| Fixed Gas Unused | 0.0 | | | | $0.0000 | $0.00 |
| Variable Gas Unused | 11607.9 | | | | ($0.1871) | ($2,171.84) |
| Total Gas Unused | 11607.9 | | | | ($0.1871) | ($2,171.84) |
| Commodity Charges | 5161.1 | | | | $3.4636 | $17,875.94 |

## Coverage Charges

| | | |
|---|---|---|
| Cost to Cover Under Use | Contracted Rate | Variable $3.8844 |
| | less | |
| | Niagara Midpoint | $4.1510 |
| | plus ft-1 | $0.0748 |
| | plus fuel | $0.0600 |
| | sub-total | $4.2858 |
| | @95% | $4.0715 |
| | Cost to Cover Rate | ($0.1871) |

## Commodity Allocation

| Account Number | Contracted Volume | | Tolerance | | Current Usage | | Volume Variance | | Contracted Gas Used | | | Excess Gas Used | | | Total Gas Unused | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mcf Burnertip | Dth Citygate | | 0% | Mcf Burnertip | Dth Citygate | Under | Excess | Volume | Rate | $ | Volume | Rate | $ | Volume | Rate | $ | |
| 3759585 | 14200.1 | 14866.0 | 14866.0 | 0% | 4846.0 | 5073.2 | | | 5073.2 | $3.8844 | $19,706.34 | 0.0 | $0.0000 | $0.00 | 9792.8 | ($0.1871) | ($1,832.23) | $17,874.11 |
| 5783415 | 1817.8 | 1903.0 | 1903.0 | 0% | 84.0 | 87.9 | | | 87.9 | $3.8844 | $341.44 | 0.0 | $0.0000 | $0.00 | 1815.1 | ($0.1871) | ($339.61) | $1.83 |
| Total | 16017.9 | 16769.0 | 16769.0 | | 4930.0 | 5161.1 | | | 5161.1 | | $20,047.78 | | | | 11607.9 | | ($2,171.84) | $17,875.94 |

**Billing Date:** 06/05/09
**Customer No.:** 16007
**Invoice No.:** 3668491

# National Fuel Resources, Inc.

165 Lawrence Bell Dr., Suite 120 • P.O. Box 9072 • Williamsville, New York 14231 • (716) 630-6778 or (800) 839-9993 • (716) 630-6798 Fax
Thank you for choosing National Fuel Resources for all your energy needs. Visit our web page at www.nfrinc.com

GENERAL MOTORS CORP.
ATTN. MR. PAUL MACKEY
C/O PYRAMID BROKERAGE CO INC
PO BOX 3
SYRACUSE, NY 13214-0003

**Revised**

**PRE-PETITION DEBT**

**FOR INFORMATIONAL PURPOSES ONLY**
**NOT A BILL FOR COLLECTION**

**Important Phone Numbers:**
Always report any safety problems, such as noticeable gas odor or a suspected gas leak, immediately to:
**National Grid 24 Hour Emergency Line: 1-800-892-2345**    NFR Billing Questions: 716-630-6799

| | |
|---|---:|
| Previous balance on 05/05/09 | $ 70,587.80 |
| Payment on 05/08/09 | $ -53,379.62 |
| Payment on 05/15/09 | $ -17,208.18 |
| 2675196113: 1000 TOWN LINE RD, E SYRACUSE | |
| Consumption for Meter: 16007 | |
| **Commodity Charges** | |
| Natural Gas: Total quantity of 89.5 DTHs at $4.98 per DTH | $ 445.95 |
| Meter Read Dates (05/01/09 to 06/01/09) | |
| Sales Tax | $ 35.68 |
| **Total for Account No.: 2675196113** | **481.63** |

**Total Current Charges:** ................................................. $ 481.63

---

**Please detach and enclose this portion with your payment.**

| ACCOUNT NUMBER: 16007 | MUST BE RECEIVED BY: 06/20/09 | AMOUNT DUE: |
|---|---|---:|
| INVOICE NUMBER: 3668491 | | **$481.63** |

**National Fuel Resources, Inc.**
PO Box 9072
Williamsville, NY 14231

GENERAL MOTORS CORP.
ATTN. MR. PAUL MACKEY
C/O PYRAMID BROKERAGE CO INC
PO BOX 3
SYRACUSE, NY 13214-0003

3000003668491    6000000016007    8000000048163



# National Fuel Resources, Inc.
A National Fuel Gas System Company

National Fuel Resources
165 Lawrence Bell Drive
Suite 120
Williamsville, NY 14221    Phone: 800-839-9993

**Invoice No. PRO063009**

### Customer
| | |
|---|---|
| Name | General Motors Corp |
| Address | C/O Entech Utility Service Bureau |
| City | PO Box 319002   Chicago IL   ZIP 60631-9002 |
| Attn: | FTAO Lesley Horne |

| | |
|---|---|
| Date | 6/10/2009 |
| Due Date | 6/25/2009 |
| Rep | DLB |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 6354 | Contracted Deliveries 6/1/2009 to 6/30/2009 | $3.9960 | $25,390.58 |

### Payment Details
○ Wire
○ Check

| | |
|---|---|
| SubTotal | $25,390.58 |
| Shipping & Handling | |
| Taxes     State | |
| **TOTAL** | **$25,390.58** |

*Thank You*

*Please note - The above estimate is based on market sensitive pricing. If market price or anticipted usage increase, additional prepay invoice will follow.*



# National Fuel Resources, Inc.
A National Fuel Gas System Company

National Fuel Resources
165 Lawrence Bell Drive
Suite 120
Williamsville, NY 14221    Phone: 800-839-9993

**Invoice No. PRO061209**

**Customer**

| | | |
|---|---|---|
| Name | General Motors Corp | |
| Address | C/O Entech Utility Service Bureau | |
| City | PO Box 319002    Chicago IL    ZIP 60631-9002 | |
| Attn: | FTAO Lesley Horne | |

| | |
|---|---|
| Date | 6/10/2009 |
| Due Date | 6/25/2009 |
| Rep | DLB |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 2541.6 | Contracted Deliveries 6/1/2009 to 6/12/2009 | $3.9960 | $10,156.23 |

**Payment Details**
○ Wire
○ Check

|  |  |
|---|---|
| SubTotal | $10,156.23 |
| Shipping & Handling | |
| Taxes    State | |
| **TOTAL** | $10,156.23 |

*Thank You*

*Please note - The above estimate is based on market sensitive pricing. If market
price or anticipated usage increase, additional prepay invoice will follow.*