Angela Z. Miller, Esq.
Phillips Lytle LLP
437 Madison Avenue, 34th Floor
New York, New York  10022
Tel. 212-759-4888
Fax. 212-308-9079

-and-

3400 HSBC Center
Buffalo, New York 14203
Tel. 716-847-8400
Fax. 716-852-6100

Attorneys for National Fuel Resources, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────────────

| | |
|---|---|
| In re | Chapter 11 |
| General Motors Corp., et al., | Case No. 09-50026 (REG) |
| | (Jointly Administered) |
| Debtors. | |

───────────────────────────────────────

## CERTIFICATE OF SERVICE

      I, Karen M. Hatch, being at all times over 18 years of age, hereby certify that a true and correct copy of the Objection of National Fuel Resources, Inc. to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Non-Residential Real Property and (II) Cure Amounts Related Thereto was caused to be served by e-mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system, and by overnight mail to the parties so indicated on the attached service list.

Dated: Buffalo, New York
       June 18, 2009                                                           s/ Karen M. Hatch
                                                                                    Karen M. Hatch

Doc # 01-2299696.1

| | | |
|---|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI  48090-9025<br>Attn:  Warren Command Center<br>         Mailcode 480-206-114 | Harvey R. Miller, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY   10153 | Stephen Karotkin, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY   10153 |
| Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY   10153 | Matthew Feldman, Esq.<br>U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC  20220 | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY   10281 |
| Michael J. Edelman, Esq.<br>Vedder Price, P.C.<br>1633 Broadway<br>47th Floor<br>New York, NY   10019 | Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway<br>47th Floor<br>New York, NY   10019 | Diana G. Adams, Esq.<br>Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY   10004 |
| Robert D. Wolford, Esq.<br>Miller, Johnson, Snell & Cumminskey, PLC<br>250 Monroe Avenue, N.W.<br>Suite 800<br>Grand Rapids, MI   49503 | | |