Honorable Robert E. Gerber:

    I'm writing you to let you know what ("the motion") of GM in Bankruptcy Court means for us retirees. Their action (c) the UAW Retiree Settlement Agreement in which we had no vote. The reason given by GM, "it doesn't concern you, only the workers here." I beg your pardon but we are retired workers & it does concern us. We are the ones who walked the picket lines in the past in order to get our benefits. You may not know this but in the past history, when Chrysler was failing us GM workers bailed them out. We took a cut in pay & holidays in order to keep Chrysler afloat. GM promised us if we would do this, that our retirement benefits & pension would be secure. I guess promises made then don't mean anything to them today. I feel GM & Chrysler has been looking for away to get rid of their retirees benefits for long time. Retirees were a liability to the company now & they needed away to shaft them! The government & maybe the courts have given them the way to get out from under their debts & responsibilities. GM promised to take care of its retired workers, but this agreement takes away. Retirees are getting raped, that's how I feel.

    Here is a copy of the UAW Agreement please read it! You will see what they have done. Other retirees are in the same boat as I am. Their wives aren't old enough to get S.S. My wife is 60 yrs. old & in bad health she takes 7 different meds & I take 5 different meds myself. As you can see this agreement is going to cost me a lot just for meds. That's not counting all the others benefits they eliminated.

    My pension isn't much but it's my living.

                                    Thank You for Your Time

                                    Elton Hollingsworth

I have highlighted changes that affect the retirees. As I said the company blames the gov, the gov. blames the company & the crisis, UAW blames both. Their sure is a lot of passing the buck going around. Still promises are promises to keep.

I can't reveal to you how I got this agreement copy. The retirees aren't suppose to have it. GM doesn't want us to know what they did.

It hasn't been on the news media what they have done to us!