**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re:

GENERAL MOTORS CORP., et al.,　　　　　　　　　Case No. 09-50026-REG
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　　　Debtor(s).　　　　　　　　　　　　　　Jointly Administered
_____/

**PROOF OF SERVICE**

　　　　The undersigned certifies that on June 18, 2009, a copy of the *Limited Objection of the State of Michigan, Department of Treasury to Debtors' Proposed Master Sale and Purchase Agreement* was served upon the following parties either electronically or by depositing said copies in the U.S. Mail, postage prepaid:

Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq. and Joseph H. Smolinsky, Esq.)

Cleary Gottlieb Steen & Hamilton LLP, attorneys for the UAW, One Liberty Plaza, New York, New York 10006 (Attn: A. Richard Susko, James L. Bromley, Esq.)

Cohen, Weiss and Simon LLP, the attorneys for the UAW, 330 W. 42nd Street, New York, New York 10036 (Attn: Babette Ceccotti, Esq.)

Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.)

Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.);

Cadwalader, Wickersham & Taft, LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281, Attn: John J. Rapisardi, Esq.; and

Kramer Levin Naftalis & Frankel LLP, counsel to the Official Committee of Unsecured Creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Gordon Z. Novod, Esq.).

                          Respectfully submitted,

                          Michael A. Cox
                          Attorney General

                          /s/Julius O. Curling
                          Julius O. Curling ( P58248)
                          /s/Kathleen A. Gardiner
                          Kathleen A. Gardiner (P45245)
                          Assistant Attorneys General
                          Revenue Division
                          3030 W. Grand Blvd Ste 10-220
                          Detroit, MI 48202
                          Telephone: (313) 456-0140
                          curlingj@michigan.gov
                          gardinerk@michigan.gov

Dated: June 18, 2009