GEOFFREY S. WAY, Chief Counsel
TODD M. BAILEY, Tax Counsel IV
CALIFORNIA FRANCHISE TAX BOARD
P.O. Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720
Telephone (916) 845-6340
Facsimile:  (916) 855-5607

Attorneys for California Franchise Tax Board

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
| | |
|---|---|
| **In re:** : | **CHAPTER 11** |
| : | |
| **GENERAL MOTORS CORPORATION** : | Case No. 09-50026 -REG |
| : | |
| : | |
| **Debtor** : | |

-------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Todd M. Bailey, a member in good standing of the bar in the State of California and the bar of the United States District Courts for the Eastern, Northern, Central and Southern Districts of California, request admission, *pro hac* vice, before the Honorable Judge Robert E. Gerber, to represent the California Franchise Tax Board, a potential creditor in the above-referenced case.

| | |
|---|---|
| Mailing address: | California Franchise Tax Board<br>Legal Division – MS A260<br>Attention:  Todd M. Bailey<br>PO Box 1720<br>Rancho Cordova, CA  95741-1720 |
| E-mail address: | Todd.Bailey@ftb.ca.gov |
| Telephone No.: | (916) 845-6340 |

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated:  Sacramento, California
          June 18, 2009

                CALIFORNIA FRANCHISE TAX BOARD
                GEOFFREY S. WAY, Chief Counsel

                /s/ Todd M. Bailey
                TODD M. BAILEY, Tax Counsel IV

                CALIFORNIA FRANCHISE TAX BOARD
                P.O. Box 1720, MS: A-260
                Rancho Cordova, CA 95741-1720
                Telephone (916) 845-6340
                Facsimile:  (916) 845-3648

                Attorneys for California Franchise Tax Board

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **GENERAL MOTORS CORPORATION** | : | **Case No. 09-50026 –REG** |
| | : | **(Jointly Administered)** |
| | : | |
| **Debtor** | : | **Honorable Robert E. Gerber** |

-------------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Todd M. Bailey dated June 18, 2009, to be admitted *pro hac vice* in this bankruptcy case; it is hereby

**ORDERED**, that Todd M. Bailey is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE