# UNITED STATES BANKRUTPCY COURT
## SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF:

GENERAL MOTORS CORP, *et al.*,

Debtors.

Bankruptcy Case No. 09-50026 (REG)
Honorable Robert E. Gerber
Chapter 11
Jointly Administered

JUN 15 2009

_____ /

## OBJECTION TO THE NOTICE OF (I) INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO

**NOW COMES** Brencal Contractors, Inc. ("Creditor") by and through its counsel, McAlpine & Associates, P.C., who hereby files this Objection to the Notice of Intent to Assume and Assign Certain Contracts and Cure Costs Related Thereto ("Notice") states as follows:

1.  On June 1, 2009 ("Petition Date") General Motors Corp, *et. al.* ("Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2.  On June 5, 2009 Debtors filed a motion pursuant to 11 U.S.C. §§ 365 for an order authorizing the assumption and assignment of certain executory contracts and unexpired leases ("Motion").

3.  In the Motion, the Debtors asked this Honorable Court to approve their proposed sale of substantially all of their assets to Vehicle Acquisition Holdings LLC ("Purchaser"). They also asked the Court to approve procedures for assuming and assigning contracts to Purchaser, including Creditor's contracts.

4.  On information and belief, Debtors served a Notice upon Creditor, indicating that they intended to assume and assign the executory contracts ("Creditor's Designated Agreement") which exists between Creditor and the Debtors.

5.  The Debtors believe the sum of $9,705.34 is required to be paid to cure obligations in order to assume and assign the Creditor's Designated Agreement. The Notice of this cure amount was listed on Debtors' website, and is attached hereto as **Exhibit A.**

6.  The cure payment required is $447,021.01. Creditor had two separate contracts for the construction and renovation of the General Motors Tech. Center, located in Warren,

Michigan. The support for this amount is attached as **Exhibit B**, and **Exhibit C**, respectively.

7.      Creditor's Designated Agreement cannot be assumed without the concurrent cure of all arrearages.  11 U.S.C. § 365(b) requires a debt to cure pre-petition defaults as a precondition of assuming an executory contract *In re Stoltz*, 315 F.3d 80, 86 (2nd Cir. 2002).

8.      Before Debtors can assume and assign the Creditor's Designated Agreement, Debtors' must cure the entire arrearage owed to Creditor.

9.      The amount set forth in paragraph 6 is the pre-petition amount owed on the Creditor's Designated Agreement; however, there may be additional cure obligations, arising from any post-petition defaults, pending the actual assumption and assignment of the Creditor's Designated Agreement.  As such, Creditor hereby preserved the right to assert additional cures or other amounts against the Debtors, their estates or the Purchaser, in the event of any post-petition (but pre-assumption) defaults.

**WHEREFORE,** Creditor, Brencal Contractors, Inc., respectfully requests this Honorable Court require the amount of cure payment be increased as set forth herein, prior to the assumption and assignment of the Creditor's Designated Agreement.

Respectfully submitted,

MARK L. MCALPINE
MATTHEW D. NOVELLO
**MCALPINE & ASSOCIATES, P.C.**
3201 University Drive, Suite 100
Auburn Hills, MI 48326
(248) 373-3700
mdnovello@mcalpinelawfirm.com

Dated: June 12, 2009

# Contract Notices

User: BW14a87Z

**My Contracts**      **Documents & Links**

## Supplier Details

| | |
|---:|---|
| Supplier Name: | **B E C INC** |
| Contract Cure Amount: | **$9,705.35** |
| # of Contracts: | **3** |

Click here to

## Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name |
|---|---|---|---|
| 5716-00053033 | GMS22986 | 006543342 | BRENCAL CONTRACTORS IN |
| 5716-00086592 | GMS22987 | 006543342 | BRENCAL CONTRACTORS IN |
| 5716-00115975 | TCS17262 | 006543342 | BRENCAL CONTRACTORS IN |

Hover mouse cursor here for Contract Status Legend

**Important Notices:**      All capitalized terms used, but not defined expressly on this website, have the meaning ascri

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substar contract or establishing the Debtors' proposed treatment of the contract for purposes of

Home      Logout                    June 11, 2009 @ 08:38:10 AM



P.O. No. GMS22986

## JOB NO. 3805 – G.M. TECH CENTER – MANUFACTURING "B" BUILDING

Original Contract Amount                     $ 1,007,043.00

Approved Change Orders:
F.O. No. 1                                          2,223.28
F.O. No. 2                                         10,742.02
F.O. No. 3                                         20,888.84
F.O. No. 4                                         33,608.90
F.O. No. 5                                          6,882.27

Revised Contract Amount To Date              $ 1,081,388.31

Total Payments To Date                       ($   973,249.48)

Retention Balance Unpaid                     $   108,138.83
Total Unapproved Extras (see below)          $   ~~109,654.38~~  *109,654.38*
FO#9+10                                           *+10,000.00*
**TOTAL BALANCE DUE**                        $   ~~217,793.21~~
                                                 *227,793.21*

UNAPPROVED EXTRAS.


EXHIBIT
B

(3805)



# AIA® Document G702™ – 1992

## Application and Certificate for Payment

| | | |
|---|---|---|
| TO OWNER: GENERAL MOTORS CORPORATION<br>CHEVROLET BLDG. #480-205-118<br>30007 VAN DYKE ROAD<br>WARREN, MI 48090 | PROJECT: GMTC-MANUFACT B BLDG-RENO<br>CHEVROLET BLDG. #480-205-118<br>30007 VAN DYKE ROAD<br>WARREN, MI 48090 | APPLICATION NO: 10<br>PERIOD TO: 5/31/2009<br>CONTRACT FOR:<br>CONTRACT DATE:<br>PROJECT NOS: GMS22986 |
| FROM CONTRACTOR: Brencal Contractors, Inc.<br>6686 East McNichols Rd.<br>Detroit, MI 48212 | VIA ARCHITECT: | |

Distribution to:
OWNER ☐
ARCHITECT ☐
CONTRACTOR ☐
FIELD ☐
OTHER ☐

CONTRACT FOR: Brencal Contractors, Inc.

Received 6/4/09

Date: 5-29-09

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 1,007,043.00 |
| 2. Net change by Change Orders | $ | 156,612.13 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 1,163,655.13 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 1,163,655.13 |
| 5. RETAINAGE: | | |
| a. 10.00 % of Completed Work<br>(Column D + E on G703) | $ 116,365.51 | |
| b. 0.00 % of Stored Material<br>(Column F on G703) | $ 0.00 | |
| Total Retainage (Lines 5a + 5b or Total in Column I of G703) | $ | 116,365.51 |
| 6. TOTAL EARNED LESS RETAINAGE<br>(Line 4 Less Line 5 Total) | $ | 1,047,289.62 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT<br>(Line 6 from prior Certificate) | $ | 973,249.48 |
| 8. CURRENT PAYMENT DUE | $ | 74,040.14 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE<br>(Line 3 less Line 6) | $ | 116,365.51 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ 74,345.31 | 0.00 |
| Total approved this Month | $ 82,266.82 | 0.00 |
| TOTALS | $156,612.13 | |
| NET CHANGES by Change Order | $156,612.13 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:  Brencal Contractors, Inc.

By:  _____  Date:  _____

State of: MI
County of: Macomb/Acting in Wayne
Subscribed and sworn to before
me this  _____  day of  _____

Notary Public:
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED  $ _____

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)

ARCHITECT:

By:  _____  Date:  _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

CAUTION: You should sign an original AIA Contract Document, on which this text appears in RED. An original assures that changes will not be obscured.

AIA Document G702™ – 1992. Copyright © 1953, 1963, 1965, 1971, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations of AIA Contract Documents, e-mail The American Institute of Architects' legal counsel, copyright@aia.org.

# AIA Document G703™ – 1992

## Continuation Sheet

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT,
containing Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column 1 on Contracts where variable retainage for line items may apply.

APPLICATION NO: 10
APPLICATION DATE: 5/29/2009
PERIOD TO: 5/31/2009
ARCHITECT'S PROJECT NO: GMS22986

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| 1 | PROX8645 001 | .00 | .00 | .00 | .00 | .00 | 0.00 | .00 | .00 |
| 2 | General Conditions | 45,000.00 | 45,000.00 | .00 | .00 | 45,000.00 | 100.00 | .00 | 4,500.00 |
| 3 | Abatement | 35,000.00 | 35,000.00 | .00 | .00 | 35,000.00 | 100.00 | .00 | 3,500.00 |
| 4 | Demolition | 45,000.00 | 45,000.00 | .00 | .00 | 45,000.00 | 100.00 | .00 | 4,500.00 |
| 5 | Concrete | 47,295.00 | 47,295.00 | .00 | .00 | 47,295.00 | 100.00 | .00 | 4,729.50 |
| 6 | Carpentry | 60,885.00 | 60,885.00 | .00 | .00 | 60,885.00 | 100.00 | .00 | 6,088.50 |
| 7 | Steel Doors | 25,000.00 | 25,000.00 | .00 | .00 | 25,000.00 | 100.00 | .00 | 2,500.00 |
| 8 | Mechanical | 180,000.00 | 180,000.00 | .00 | .00 | 180,000.00 | 100.00 | .00 | 18,000.00 |
| 9 | Fabric Wrapped Track Panel | 50,158.00 | 50,158.00 | .00 | .00 | 50,158.00 | 100.00 | .00 | 5,015.80 |
| 10 | Fire Protection | 32,000.00 | 32,000.00 | .00 | .00 | 32,000.00 | 100.00 | .00 | 3,200.00 |
| 11 | Electrical | 380,000.00 | 380,000.00 | .00 | .00 | 380,000.00 | 100.00 | .00 | 38,000.00 |
| 12 | Steel Frame Roof | 6,000.00 | 6,000.00 | .00 | .00 | 6,000.00 | 100.00 | .00 | 600.00 |
| 13 | PROX8645 002 | .00 | .00 | .00 | .00 | .00 | 0.00 | .00 | .00 |
| 14 | Concrete | 3,705.00 | 3,705.00 | .00 | .00 | 3,705.00 | 100.00 | .00 | 370.50 |
| 15 | Carpeting | 36,000.00 | 36,000.00 | .00 | .00 | 36,000.00 | 100.00 | .00 | 3,600.00 |
| 16 | Rear Screen Projection System | 61,000.00 | 61,000.00 | .00 | .00 | 61,000.00 | 100.00 | .00 | 6,100.00 |
| 17 | PRTX5183-001/F.O. #1 | 2,223.28 | 2,223.28 | .00 | .00 | 2,223.28 | 100.00 | .00 | 222.33 |
| 18 | PRTX5183-002/F.O. #2 | 10,742.02 | 10,742.02 | .00 | .00 | 10,742.02 | 100.00 | .00 | 1,074.20 |
| 19 | PRTX5183-003/F.O. #3 | 20,888.84 | 20,888.84 | .00 | .00 | 20,888.84 | 100.00 | .00 | 2,088.88 |
| 20 | PRUX1085-001/F.O. #4 | 33,608.90 | 33,608.90 | .00 | .00 | 33,608.90 | 100.00 | .00 | 3,360.89 |
| 21 | PRUX1085-002/F.O. #5 | 6,882.27 | 6,882.27 | .00 | .00 | 6,882.27 | 100.00 | .00 | 688.23 |

CAUTION: You should sign an original AIA Contract Document, on which this text appears in RED. An original assures that changes will not be obscured.

AIA Document G703™ –1992. Copyright © 1963, 1965, 1966, 1967, 1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations of AIA Contract Documents, e-mail The American Institute of Architects' legal counsel, copyright@aia.org.

# AIA® Document G703™ – 1992

## Continuation Sheet

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT,
containing Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO:         10
APPLICATION DATE:    5/29/2009
PERIOD TO:                  5/31/2009
ARCHITECT'S PROJECT NO: GMS22986

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| 22 | PRZX5445 001/F.O. #6 | 25,351.64 | .00 | 25,351.64 | .00 | 25,351.64 | 100.00 | .00 | 2,535.16 |
| 23 | PRZX5445 002/F.O. #7 | 36,024.81 | .00 | 36,024.81 | .00 | 36,024.81 | 100.00 | .00 | 3,602.48 |
| 24 | PRZX5445 003/F.O. #8 | 20,890.37 | .00 | 20,890.37 | .00 | 20,890.37 | 100.00 | .00 | 2,089.04 |
| | | $1,163,655.13 | $1,081,388.31 | $82,266.82 | $0.00 | $1,163,655.13 | 100.00 | $0.00 | $116,365.51 |

CAUTION: You should sign an original AIA Contract Document, on which this text appears in RED. An original assures that changes will not be obscured.

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967, 1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations of AIA Contract Documents, e-mail The American Institute of Architects' legal counsel, copyright@aia.org.

Vendor Name: Brencal Contractors, Inc
Address: 6686 E. McNichols Road
Detroit, MI 48212

Contact: Shirley Rhein

Remit Vend No: 00-654-3342

Telephone No: 313-365-4300
Extension: 239
Fax No: 313-365-4739

## APPLICATION FOR PAYMENT

**PURCHASE ORDER / CONTRACT NUMBER:**  <u>GMS22986</u>

| | |
|---|---|
| **SOLD TO:** **General Motors Corporation** | **Application Number:** 10 |
| Address: 6250 Chicago Road | **Invoice Date** |
| Warren, MI 48090 | **(Walk Through Date):** 5/29/2009 |

**WORK DESCRIPTION:**   G.M.T.C.-Global Command Center Manufacturing "B"

**PROJECT SITE LOCATION:**   6250 Chicago Road, Warren, MI  48090

**PURCHASE ORDER / CONTRACT INFORMATION:**

| | |
|---|---:|
| ORIGINAL PURCHASE ORDER: | $   1,007,043.00 |
| ALTERATION # 0001: | $74,345.31 |
| ALTERATION # 0002: | $82,266.82 |
| ALTERATION # 0003: | |
| ALTERATION # 0004: | |
| ALTERATION # 0005: | |
| ALTERATION # 0006: | |
| ALTERATION # 0007: | |
| ALTERATION # 0008: | |
| ALTERATION # 0009: | |
| **TOTAL PURCHASE ORDER** | $   1,163,655.13 |
| **TOTAL COMPLETED TO DATE** | $   1,163,655.13 |
| **LESS PREVIOUS NET PAYMENTS** | $   973,249.48 |
| **LESS PREVIOUS RETENTION** | $   108,138.83 |
| **CURRENT GROSS PAYMENT AMOUNT** ( Note: Amount to be receipted) | $   82,266.82 |
| **LESS CURRENT RETENTION** | $   8,226.68 |
| **TOTAL NET PAYMENT DUE** | $   74,040.14 |

**Notorized Sworn Statement, Waivers of Lien and Purchase Order Detail Summary Sheet supporting this Application For Payment are attached.**

GM 1638 Tool Kit (08/02)

**PURCHASE ORDER DETAIL SUMMARY SHEET**
(To be used with Progress Payment Construction Contracts)

Contractor Name: BRENCAL CONTRACTORS, INC.

Purchase Order Number: GMS22986

Description of Work: GMTC-Global Command Center Maufacturing "B"

Application Date: 05/29/09

Application No.: 10

NOTE: APA IS TO RECEIPT COLUMN H

NOTE: Separate Invoices and Detail Sheets are required for Retention Requests

| A P.O. SEQ | B ITEM I.D. | C ITEM DESCRIPTION | D CURRENT P.O. ITEM VALUE ($$) | E TOTAL % COMP. TO DATE | F (D x E) TOTAL $ COMPLETE TO-DATE | G LESS PREVIOUS GROSS APPLICATIONS | H (F-G) CURRENT GROSS PROGRESS PAYMENT REQUEST | I (H x .10) LESS CURRENT RETENTION | J (H-I) CURRENT NET PROGRESS PAYMENT | L (G x .10 ÷ I) TOTAL RETENTION | M *LESS PREVIOUS RETENTION PAYMENTS | N RETENTION REQUEST AMOUNT | O L+M+N BALANCE HELD IN RETENTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PROX8645 001 | "B" Command Center | $906,338.00 | 100% | $906,338.00 | $906,338.00 | | | | $90,633.80 | | | $90,633.80 |
| 2 | PROX8645 002 | "B" Command Center | $100,705.00 | 100% | $100,705.00 | $100,705.00 | | | | $10,070.50 | | | $10,070.50 |
| 3 | PRTX5183-001 | Alteration No.001-F.O. #1 | $2,223.28 | 100% | $2,223.28 | $2,223.28 | | | | $222.33 | | | $222.33 |
| 4 | PRTX5183-002 | Alteration No.000-F.O. #2 | $10,742.02 | 100% | $10,742.02 | $10,742.02 | | | | $1,074.20 | | | $1,074.20 |
| 5 | PRTX5183-003 | Alteration No.000-F.O. #3 | $20,888.84 | 100% | $20,888.84 | $20,888.84 | | | | $2,088.88 | | | $2,088.88 |
| 6 | PRUX1085-001 | Alteration No.001-F.O. #4 | $33,608.90 | 100% | $33,608.90 | $33,608.90 | | | | $3,360.89 | | | $3,360.89 |
| 7 | PRUX1085-002 | Alteration No.001-F.O. #5 | $6,882.27 | 100% | $6,882.27 | $6,882.27 | | | | $688.23 | | | $688.23 |
| 8 | PRZX5445-001 | Alteration No.002-F.O. #6 | $25,351.64 | 100% | $25,351.64 | | $25,351.64 | $2,535.16 | $22,816.48 | $2,535.16 | | | $2,535.16 |
| 9 | PRZX5445-002 | Alteration No.002-F.O. #7 | $36,024.81 | 100% | $36,024.81 | | $36,024.81 | $3,602.48 | $32,422.33 | $3,602.48 | | | $3,602.48 |
| 10 | PRZX5445-003 | Alteration No.002-F.O. #8 | $20,890.37 | 100% | $20,890.37 | | $20,890.37 | $2,089.04 | $18,801.33 | $2,089.04 | | | $2,089.04 |
| 11 | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | |
| 41 | | | | | | | | | | | | | |
| 42 | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | |
| 46 | | | | | | | | | | | | | |
| 47 | | | | | | | | | | | | | |
| TOTALS | | | $1,163,655.13 | | $1,163,655.13 | $1,073,988.31 | $82,266.82 | $8,226.68 | $74,040.14 | $116,365.51 | | $0.00 | $116,365.51 |

TOTAL PAID INCLUDING THIS REQUEST (EQUALS G+H+O): $1,047,289.62



# CONTRACTOR'S NOTARIZED SWORN STATEMENT
## SUBCONTRACTOR/SUPPLIER PAYMENT SUMMARY

Contractor Name:  Brencal Contractors, Inc.

Address:  6686 East McNichols

City:  Detroit                                                                State: MI 48212

GM Facility:  GM Technical Center

GM Contract / Purchase Order No:  GMS22986          Owner's Representative: Mike Quinlan

Description of Work:  GMTC-Global Command Center Manufacturing "B"

Invoice No:    10                                                            Invoice Date: 05-29-09

The undersigned company (Contractor) is requesting payment of the Invoice described above for work performed under its contract (the Contract) with the Owner or Owner's Agent (GM) to make physical improvements (Improvements) to the real property (GM Facility) described above and declares that all funds received from the Owner will be applied to the Contractor's obligations to its subcontractors, suppliers, and laborers in connection with such Improvements, as set forth in the column entitled "Pay This Request" in the Subcontractor/Supplier Payment Summary attached hereto and incorporated herein by reference.

(Deponent's Name)    Charles J. Brickel                        , being duly sworn, deposes and says:  That he/she being duly authorized makes this statement on behalf of the Contractor; That the attached Subcontractor/Supplier Payment Summary is a complete and accurate statement by the Contractor of all subcontractors, suppliers or laborers with whom the Contractor has contracted or committed for furnishing of labor and/or materials or equipment in connection with the Improvements or the Contract and a complete and accurate statement by the Contractor of the amount due to each of them as set forth opposite their names; That the amounts set forth in the Subcontractor/Supplier Payment Summary are directly related to the above stated GM Contract/Purchase Order Number and do not contain amounts for any other Improvements and/or any other GM Contract/Purchase Order Number and/or any other GM facility at a different location; That the Contractor has not procured material from or subcontracted with any person other than those set forth on the attached Subcontractor/Supplier Payment Summary, and owes no money for work for the Improvements other than the sums opposite the names indicated on the Subcontractor/Supplier Payment Summary; That the Contractor acknowledges that the Owner will be relying on the Contractor's representations and statements in this Contractor's Notarized Sworn Statement and the attached Subcontractor/Supplier Payment Summary in making any payment of the Invoice to the Contractor; and That the Contractor agrees to indemnify, defend and hold General Motors Corporation harmless from and against all costs, liabilities, expenses and damages, including court costs and attorney's fees, arising out of or resulting from any incorrect, incomplete or false statements of the Contractor in this Contractor's Notarized Sworn Statement or the attached Subcontractor/Supplier Payment Summary.

**WARNING TO DEPONENT: A PERSON WHO, WITH INTENT TO DEFRAUD, GIVES A FALSE SWORN STATEMENT IS SUBJECT TO CRIMINAL PENALTIES AS PROVIDED FOR AND GOVERNED BY THE LAWS IN THE STATE WHERE THE PHYSICAL IMPROVEMENT IS TAKING PLACE.**

Contractor Name:      Brencal Contractors, Inc.

By:  _____            Charles J Brickel, Vice President
                (Deponent's Signature)                      (Print / Type Name and Title of Deponent)

Subscribed, Sworn to and Acknowledged before me this    3rd        day of  June      ,    2009

Notary Public Name:    Linda A. Ramsey                    _____
                              Print or Type                              Signature

County of:    Macomb/Acting in Wayne County          State of:    Michigan

My Commission Expires:    August 2              ,    2011

5/29/2009
5/29/2009

# CONTRACTOR'S NOTARIZED SWORN STATEMENT
## SUBCONTRACTOR/SUPPLIER PAYMENT SUMMARY
### (ATTACHMENT)

Contractor Name: Brencal Contractors, Inc.

GM Purchase Order No.: GMS22986

Invoice No. _____
Invoice Date: _____
Date: _____

DEPONENT DECLARES THAT ALL LABORER WAGES, FRINGE BENEFIT CONTRIBUTIONS AND WITHHOLDINGS, AS REQUIRED BY LAW, HAVE BEEN PAID.
SUPPLEMENTARY SCHEDULE IS ATTACHED IF (DUE AND UNPAID)   ☒ YES   ☐ NO

| 1 | 2 | % COMPLETE | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| Name of Subcontractor, Supplier, Laborer | Type of Improvement or Material Provided | | Original Contract Amount | Total Amount of Contract Alterations To-Date | (Col. 3 + 4) Total Contract Value | Previously Paid Amount | Pay This Request | Total Retention Withheld | (5-6-7) Contract Balance (Includes Column 8) |
| Superior Electric Great Lakes Co. | Electrical | 100% | $375,000.00 | $81,390.36 | $456,390.36 | $374,771.85 | $35,979.47 | $45,639.04 | $45,639.04 |
| PCI Industries | | 100% | $50,285.00 | | $50,285.00 | $45,256.50 | | $5,028.50 | $5,028.50 |
| Pontiac Ceiling & Partition Co. | Drywall & Metal Stud Framing | 100% | $60,886.00 | $8,587.97 | $69,473.97 | $59,820.56 | $2,706.01 | $6,947.40 | $6,947.40 |
| NuVision Technologies | Projection Screen | 100% | $60,220.00 | | $60,220.00 | $54,198.00 | | $6,022.00 | $6,022.00 |
| Rand Environmental Services | Abatement | 100% | $35,000.00 | $960.36 | $35,960.36 | $31,769.82 | $594.50 | $3,596.04 | $3,596.04 |
| North Star Refridgeration,Heating | HVAC & Air Units | 100% | $175,000.00 | $15,150.91 | $190,150.91 | $159,320.68 | $11,815.14 | $19,015.09 | $19,015.09 |
| Vertex Steel, Inc. | RTU Support Steel | 100% | $5,154.00 | | $5,154.00 | $4,638.60 | | $515.40 | $515.40 |
| Facility Matrix Group | Furniture | 100% | $29,853.00 | $551.20 | $30,404.20 | $25,831.87 | $1,531.91 | $3,040.42 | $3,040.42 |
| MPS Group | Flooring | 100% | $34,345.00 | $1,049.11 | $35,394.11 | $30,910.50 | $944.20 | $3,539.41 | $3,539.41 |
| Russell Hardware Co. | Doors, Frames & Hardware | 100% | $21,162.00 | $1,007.00 | $22,169.00 | $21,207.00 | $962.00 | | |
| Wm. Crook Fire Protection | Fire Protection | 100% | $29,450.00 | | $29,450.00 | $26,505.00 | | $2,945.00 | $2,945.00 |
| LaDuke Roofing | Flashing of Curb | 100% | $5,185.74 | $1,104.12 | $6,289.86 | $5,266.10 | $394.78 | $628.98 | $628.98 |
| Brencal Contractors | General Trades | 100% | $125,502.26 | $46,811.10 | $172,313.36 | $133,753.00 | $19,112.13 | $19,448.23 | $19,448.23 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTALS** | | | **$1,007,043.00** | **$156,612.13** | **$1,163,655.13** | **$973,249.48** | **$74,040.14** | **$116,365.51** | **$116,365.51** |



# PARTIAL UNCONDITIONAL WAIVER OF LIEN

**Prime Contractor's Name:**  BRENCAL CONTRACTORS, INC.

**Prime Contractor's GM Contract / Purchase Order No:**  GMS22986

**Owner's / Lessee's Business Unit - Name:**  GENERAL MOTORS CORPORATION

**Premises (Project) Location Name:**  GENERAL MOTORS TECH CENTER

**Address:**  30007 Van Dyke Road

**City / County / State:**  Warren, Macomb, Michigan  48090

**Party Waiving Lien:**
**Name:**  Brencal Contractors, Inc,
**Address:**  6686 E. McNicholas, Detroit, MI  48212
**Phone No:**  313-365-4300

**Role:** (Check One)

☒ Prime Contractor   ☐ Construction Manager   ☐ Subcontractor
☐ Materialman        ☐ Laborer                ☐ Consultant
☐ Architect / Engineer ☐ Other

**Description of Work / Services Provided:**  General Trades

**I / We have a contract with:**  **General Motors Corporation**

| | |
|---|---|
| Original Contract Amount: | $ 1,007,043.00 |
| Current Contract Amount: | $ 1,163,655.13 |
| Estimated Value of Changes not included: | $ .00 |
| Amount of this Partial Payment: | $ 74,040.14 |
| Total Amount Previously Paid (Excluding this Partial Payment) | $ 973,249.48 |
| Total Retention Withheld: | $ 116,365.51 |

The undersigned, being duly authorized by the Party Waiving Lien identified above, acknowledges receipt of the Partial Payment stated above and the Total Amount Previously Paid stated above as full consideration and satisfaction for furnishing material, labor or services for construction of the Project identified above; and, by signing this Partial Waiver of Lien, does hereby waive, surrender and release any and all liens, claims or right of lien (asserted or unasserted) to the date of this partial waiver.

The undersigned covenants that any and all documents, requested by the Owner/Lessee to effectuate this Partial Unconditional Waiver of Lien shall be executed on behalf of the Party Waiving Lien identified above.

**AUTHORIZED PERSON**

**Signature:** *Chrl g B Ri*

**Name(Print/Type):**  Charles J Brickel

**Capacity (Print/Type):**  Vice President        **Date:**  06/03/09

#1 Original    Records of Owner / Lessee
#2 Copy        Records of _____
#3 Copy        Records of _____

*Job 3805*

# General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                              US

VENDOR NUMBER 00-654-3342
BRENCAL CONTRACTORS INC
TO: 6686 E MC NICHOLS RD
DETROIT MI
48212-2030

## PURCHASE

PAGE   1

ORDER: GMS22986 002

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-0779 |
|---|---|
| 02/19/08 | N. BENJAMIN          Buyer |
| ALTERATION ISSUE DATE | NF |
| 05/28/09 | |
| ALTERATION EFFECTIVE | |
| 05/28/09 | PURCHASING AGENT |

REFER TO WWW.GMSHIPPING.COM

SHIP TO:
.....................  US
00000

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490                       US

SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

| PAYMENT TERMS | | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | | |
|---|---|---|---|---|---|
| NET   2ND DAY/2ND MTH-10% HLDBK | | SHIPPING POINT, FREIGHT COLLECT | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ### SPOT BUY GMS22986 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | | ALTERATION ISSUED TO PROCESS FIELD ORDERS# 6,7,8 | | | | | | |
| | | | | PRZXX5445 APPROVED PER MEGA 2800624357 | | | | | | |
| 00008 | 25351.64 | *3805-9R3* PRZX5445 001 | | ### THIS ITEM HAS BEEN ADDED ### | | 05/13/09  C | 0.00% | 1.0000 | | UNIT |
| | | | | POA GMS22986 -- CAP. / FIELD ORDER #6 MATERIAL & LABOR RELATED TO PURCHASE ORDER GMS22986, PER BRENCAL CONTRACTORS INC. QUOTE DATED 08APR09. MICHAEL QUINLAN      586-986-8633 DELIVER TO: MIKE QUINLAN WHO ORDERED: QUINLAN 586-986-8633 | | | | | | |
| 00009 | 36024.81 | *3805-10R2* PRZX5445 002 | | ### THIS ITEM HAS BEEN ADDED ### | | 05/13/09  C | 0.00% | 1.0000 | | UNIT |
| | | | | POA GMS22986 -- CAP. / FIELD ORDER #7 MATERIAL & LABOR RELATED TO PURCHASE ORDER GMS22986, PER BRENCAL CONTRACTORS INC. QUOTE DATED 30APR09. MICHAEL QUINLAN      586-986-8633 WHO ORDERED: QUINLAN 586-986-8633 | | | | | | |

CONTINUE PAGE   2

ORIGINAL

0005684   USER NANCY B BENJAMIN

CHMM08  4/93



**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                              US

VENDOR NUMBER 00-654-3342
TO: BRENCAL CONTRACTORS INC
6686 E MC NICHOLS RD
DETROIT MI
48212-2030

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

. . . . . . . . . . . . . . . . . . . . . US
00000
INVOICE FOR SERVICE,MACHINERY
& EQUIP ONLY.QUESTIONS TO:
INVOICE TO: CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490                         US

# PURCHASE
## ORDER: GMS22986 002
### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PAGE 2

PHONE: 586-575-0779
N. BENJAMIN         Buyer
NF

| ORDER DATE | |
|---|---|
| 02/19/08 | |
| ALTERATION ISSUE DATE | |
| 05/28/09 | |
| ALTERATION EFFECTIVE | |
| 05/28/09 | |

PURCHASING AGENT

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

PAYMENT TERMS
NET   2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT, FREIGHT COLLECT | R.F.Q NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 13805-1181 | | ### THIS ITEM HAS BEEN ADDED ### | | | | | | | |
| 00010 | 20890.37 | PRZK5445 003 | | ### GMS22986 -- CAP. / FIELD ORDER #8 MATERIAL & | | | 05/13/09 C | 0.00% | 1.0000 | | UNI |
| | | | | LABOR RELATED TO PURCHASE ORDER GMS22986, PER | | | | | | | |
| | | | | BRENCAL CONTRACTORS INC. QUOTE DATED 01MAY09. | | | | | | | |
| | | | | MICHAEL QUINLAN  586-986-8633 | | | | | | | |
| | | | | WHO ORDERED: QUINLAN 586-986-8633 | | | | | | | |

RECEIVED
JUN 0 1 2009
Brencal Contractors,
Inc.

0005684   USER NANCY E BENJAMIN                         ORIGINAL                         LAST PAGE

CHMM08 4/93

GM    General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090
US

VENDOR NUMBER 00-654-3342
BRENCAL CONTRACTORS INC
6686 E MC NICHOLS RD
DETROIT MI
48212-2030

## PURCHASE ORDER: GMS22986 001

PAGE 1

### ### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) Copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-0779
N. BENJAMIN    Buyer
NF

PURCHASING AGENT

| ORDER DATE | | |
|---|---|---|
| 02/19/08 | | |

| ALTERATION ISSUE DATE |
|---|
| 07/28/08 |

| ALTERATION EFFECTIVE |
|---|
| 07/28/08 |

SHIP VIA

REFER TO WWW.GMSUPPLYPOWER.COM

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
00000    US

INVOICE TO:
INVOICE FOR SERVICE,MACHINERY
& EQUIP ONLY.QUESTIONS TO:
CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490
US

This page is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to buyer. On the reverse side hereof are the terms and conditions to which seller agrees by acceptance of this order. This order, including any terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | | | | | | | |
|---|---|---|---|---|---|---|---|
| NET    2ND DAY/2ND MTH-10% HLDBK | | | | | DESTINATION UNLESS OTHERWISE INDICATED | | |
| | | | | | SHIPPING POINT, FREIGHT COLLECT | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RTD NUMBER | DATE REQUIRED | TAX CODE/% | F.O.B | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | ### | SPOT BUY GMS22986 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | | |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

THIS ALTERATION IS ISSUED TO AMEND GMS22986
ISSUED FOR THE MFG B GLOBAL COMMAND CENTER
AT THE WARREN TECHNICAL CENTER
THIS ALTERATION IS FOR THE ADDITIONAL WORK
AS DESCRIBED IN FIELD ORDER NUMBER 4, DATED, 04/23/08
FOR THE APPROVED AMOUNT OF $33,608.90
AS DESCRIBED IN FIELD ORDER NUMBER 5, DATED, 06/05/08
FOR THE APPROVED AMOUNT OF $6,882.27

GENERAL MOTORS CORPORATION "CONSTRUCTION GENERAL
CONDITIONS GM 1638 (05/2005)," SUPERSEDE THE
PRINTED TERMS AND CONDITIONS FOUND ON THE REVERSE
SIDE OF THIS PURCHASE ORDER. (X4 06/2005)

"DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO
ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED
BELOW." GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE
STATES. AS A RESULT, IN ALL OF THE IDENTIFIED STATES
BELOW LISTED GM CORPORATE ENTITIES WILL REMIT
DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX
LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE
PERSONAL PROPERTY AND SERVICES (1). THEREFORE,

CONTINUE PAGE    2

0005482    USER KATHLEEN C SCHOOLEY    ORIGINAL    CHMM08 4/93

**GM General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                    US

VENDOR NUMBER 00-654-3342
BRENCAL CONTRACTORS INC
TO:  6686 E MC NICHOLS RD
DETROIT MI
48212-2030

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

:
:
:
.00000 . . . . . . . . . . . . . . . . . . . US

INVOICE TO:
INVOICE FOR SERVICE,MACHINERY
& EQUIP ONLY.QUESTIONS TO:
CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490                           US

## PURCHASE
## ORDER: GMS22986 001

PAGE 2

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-0779 |
|---|---|
| 02/19/08 | N. BENJAMIN          Buyer |
| ALTERATION ISSUE DATE | NF |
| 07/28/08 | |
| ALTERATION EFFECTIVE | |
| 07/28/08 | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

| PAYMENT TERMS | | | F.O.B | DESTINATION UNLESS OTHERWISE INDICATED | | |
|---|---|---|---|---|---|---|
| NET | 2ND DAY/2ND MTH-10% HLDBK | | SHIPPING POINT, FREIGHT COLLECT | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL | | | | | | |
| | | | | TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR | | | | | | |
| | | | | THOSE STATES NOT IDENTIFIED BELOW. FOR THOSE STATES | | | | | | |
| | | | | NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE | | | | | | |
| | | | | SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER | | | | | | |
| | | | | LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX | | | | | | |
| | | | | LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS | | | | | | |
| | | | | WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY. | | | | | | |
| | | | | * * * * * * * * * * * * * * * * * * * * * * * * | | | | | | |
| | | | | GENERAL MOTORS CORPORATION PERMITS: | | | | | | |
| | | | | GEORGIA #044-38-00894-3 | | | | | | |
| | | | | INDIANA #003-2804890001 | | | | | | |
| | | | | KENTUCKY #0000-10 | | | | | | |
| | | | | KANSAS #98-0003B (FAIRFAX ONLY) | | | | | | |
| | | | | LOUISIANA #6009013-008DP (SHREVEPORT ONLY) | | | | | | |
| | | | | MARYLAND #20 | | | | | | |
| | | | | MICHIGAN #ME-0900440 | | | | | | |
| | | | | MISSISSIPPI #4277 (SPO ONLY) | | | | | | |
| | | | | MISSOURI #11731559 | | | | | | |
| | | | | NEW JERSEY #N29-001-683/000 | | | | | | |
| | | | | NEW YORK #DP-003445 | | | | | | |
| | | | | OHIO #98-000613 | | | | | | |
| | | | | OKLAHOMA #137479 | | | | | | |
| | | | | PENNSYLVANIA #02-93450/DP246 | | | | | | |
| | | | | TEXAS #1-38-0572515-0 | | | | | | |
| | | | | VIRGINIA #998000793 | | | | | | |
| | | | | WISCONSIN #WDP95-01-01012 | | | | | | |

0005482   USER KATHLEEN C SCHOOLEY                     ORIGINAL                                    CONTINUE PAGE        3

CHMM08 4/93

GM General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                    US

VENDOR NUMBER 00-654-3342
BRENCAL CONTRACTORS INC
6686 E MC NICHOLS RD
TO: DETROIT MI
48212-2030

**PURCHASE ORDER: GMS22986 001**
PAGE 3

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-0779 |
| 02/19/08 | N. BENJAMIN          Buyer |
| ALTERATION ISSUE DATE | NF |
| 07/28/08 | |
| ALTERATION EFFECTIVE | |
| 07/28/08 | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

. . . . . . . . . . .
00000                         US

INVOICE TO:
INVOICE FOR SERVICE,MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490              US

F.O.B  DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT, FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAXCODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | | | |
| | | | ONSTAR CORPORATION PERMIT: | | | | | | |
| | | | MICHIGAN #38-3506814 | | | | | | |
| | | | * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | | | |
| | | | SATURN CORPORATION PERMITS: | | | | | | |
| | | | MICHIGAN #38-2577506 | | | | | | |
| | | | TENNESSEE #100315259 | | | | | | |
| | | | * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | | | |

FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION
CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND
USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR
(WITH THE EXCEPTION OF TEXAS), AND SHOULD BE INCLUDED
IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO
SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05), OR
SECTION 6 OF THE GM1638A (08/02), UNLESS THE
RESPONSIBILITY FOR PAYMENT OF SALES & USE TAXES ARE
OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT WITH
REFERENCE TO TEXAS: IF THE ORDER RELATES TO A
CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE
CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED
CONTRACTS AND AS SUCH SHOULD NOT INCLUDE SALES TAX
IN THE COST OF INCORPORATED MATERIALS OR EQUIPMENT.
IN ADDITION, THE CONTRACTOR SHOULD NOT BILL GM
(GENERAL MOTORS CORPORATION ONLY) FOR SALES TAX ON
THE SEPARATED COSTS OF MATERIAL OR LABOR.  GM WILL
ACCRUE AND REMIT THE APPROPRIATE SALES TAX
DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT

PAYMENT TERMS
NET    2ND DAY/2ND MTH-10% HLDBK

0005482   USER KATHLEEN C SCHOOLEY        ORIGINAL        CONTINUE PAGE 4

CHMM08 4/93

**GM** General Motors Corporation

# PURCHASE ORDER: GMS22986 001

PAGE 4

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-0779 |
|---|---|
| 02/19/08 | N. BENJAMIN |
| ALTERATION ISSUE DATE | NF                Buyer |
| 07/28/08 | |
| ALTERATION EFFECTIVE | |
| 07/28/08 | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090
US

VENDOR NUMBER 00-654-3342
TO: BRENCAL CONTRACTORS INC
6686 E MC NICHOLS RD
DETROIT MI
48212-2030

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
00000                          US

INVOICE TO:
INVOICE FOR SERVICE,MACHINERY
& EQUIP ONLY.QUESTIONS TO:
CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490                     US

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by its acceptance of this order.
The order, including the terms and conditions on the face and reverse side hereof, contains the complete and final
agreement between buyer and seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon the buyer unless made in writing and signed by buyer's authorized representatives.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

| PAYMENT TERMS | | | F.O.B | DESTINATION UNLESS OTHERWISE INDICATED | | |
|---|---|---|---|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | | | | SHIPPING POINT, FREIGHT COLLECT | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PAY PERMIT. | | | | | | |

* * * * * * * * * * * * * * * * * * * * * * * * *
ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO
THE FOLLOWING:
*
DISBURSEMENT SERVICES -
  CUSTOMER COMMUNICATION CENTER
  PHONE: (248) 874-4636
* * * * * * * * * * * * * * * * * * * * * * * * *
(1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES,
HOTELS, AND MEAL PURCHASES.  TAX IS TO BE PAID
DIRECTLY TO THE SUPPLIER OF THESE ITEMS.

CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT)
  CONTRACT CLAUSE

SPECIAL TERM (U.S.) - C-TPAT

FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED
STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE
RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED
STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP
AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR
INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/
ENFORCEM/TPAT.HTM).  AT BUYER'S OR THE CUSTOMS
SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING
ITS COMPLIANCE WITH THE FOREGOING.  SELLER SHALL

0005482    USER KATHLEEN C SCHOOLEY

ORIGINAL

CONTINUE PAGE    5

CHRMM08 4/93

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                          US

VENDOR NUMBER 00-654-3342
BRENCAL CONTRACTORS INC
TO: 6686 E MC NICHOLS RD
DETROIT MI
48212-2030

**PURCHASE ORDER:** PAGE 5

GMS22986 001

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-0779 |
|---|---|
| 02/19/08 | N. BENJAMIN      Buyer |

| ALTERATION ISSUE DATE | |
|---|---|
| 07/28/08 | NF |

| ALTERATION EFFECTIVE | |
|---|---|
| 07/28/08 | PURCHASING AGENT |

SHIP VIA

REFER TO WWW.GMSUPPLYPOWER.COM

SHIP TO:

SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

INVOICE TO:
00000 ................................ US
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY.QUESTIONS TO:
CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490                        US

PAYMENT TERMS
NET 2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

F.O.B    DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT, FREIGHT COLLECT

INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST
ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES
(INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES)
ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE.
(AT 6/20/02)

SPECIAL TERM (US) - GOVERNMENT CONTRACTS
*****
BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR
THE UNITED STATES GOVERNMENT.  IF SELLER IS A U.S.
ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS,
RULES, AND REGULATIONS THAT ARE APPLICABLE TO SELLER
AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS,
INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO
(1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1)
THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246,
AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5);
(2) UTILIZATION OF SMALL AND DISADVANTAGED BUSINESS
CONCERNS; FAR SUBPARTS 52.219-8 AND 52.219.9);
(3) CONTRACTING WITH BUSINESS CONCERNS OPERATING
IN AREAS OF SURPLUS LABOR (41 CFR 1-1.805); AND
(4) CONTRACTING WITH WOMEN-OWNED BUSINESS CONCERNS
(EXECUTIVE ORDER 12138). (42) 10-29-03

EXPORT ADMINISTRATION REGULATIONS (EAR) CONTROLLED
PURCHASES
*****************************************************

ORIGINAL                    CONTINUE PAGE    6

0005482    USER KATHLEEN C SCHOOLEY                    CHMM08 4/93

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                          US

VENDOR NUMBER 00-654-3342
BRENCAL CONTRACTORS INC
TO: 6686 E MC NICHOLS RD
DETROIT MI
48212-2030

# PURCHASE
PAGE    6

## ORDER: GMS22986 001
### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-0779
N. BENJAMIN                    Buyer
NF

PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE |
|---|---|---|
| 02/19/08 | 07/28/08 | 07/28/08 |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

00000                                          US
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
INVOICE TO: CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490                                     US

F.O.B    DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT, FREIGHT COLLECT

| PAYMENT TERMS | | | | | |
|---|---|---|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

THE TECHNICAL DATA ASSOCIATED WITH THIS EQUIPMENT,
SERVICE OR PART IS CONTROLLED UNDER U.S. EXPORT LAWS.
YOU MAY NOT EXPORT OR RE-EXPORT THE TECHNICAL DATA,
INCLUDING BUT NOT LIMITED TO PRINTS, ROUTINGS AND
SPECIFICATIONS ASSOCIATED WITH THIS REQUEST FOR
QUOTATION OR PURCHASE CONTRACT WITHOUT THE PROPER
GOVERNMENTAL AUTHORIZATIONS.

SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND
EQUIPMENT PURCHASING AVAILABLE DURING DETROIT
BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT
IMEHELPDESK@GM.COM
QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT
DISBURSEMENTS AT 248-874-4636.

### THIS ITEM HAS BEEN ADDED ###

| 00003 | 2223.28 | PRTX5183 001 | | POA GMS22986 -- CAP. / FIELD ORDER #1 MATERIAL & | | 06/30/08  C | 0.00% | 1.0000 | | UNIT |

3805-12

LABOR RELATED TO PURCHASE ORDER-GMS22986. PER
BRENCAL CONTRACTORS INC. QUOTE DATED 16JUN08.
MICHAEL QUINLAN      586-986-8633
DELIVER TO: MIKE QUINLAN

WHO ORDERED: QUINLAN 586-986-8633

0005482  USER KATHLEEN C SCHOOLEY

ORIGINAL

CONTINUE PAGE    7

CMMM08 4/93

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                    US

VENDOR NUMBER 00-654-3342
BRENCAL CONTRACTORS INC
TO: 6686 E MC NICHOLS RD
DETROIT MI
48212-2030

# PURCHASE ORDER: GMS22986 001
PAGE 7

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slips must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Value of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-0779 |
| 02/19/08 | N. BENJAMIN                Buyer |
| ALTERATION ISSUE DATE | NF |
| 07/28/08 | Purchasing Agent |
| ALTERATION EFFECTIVE |
| 07/28/08 |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

SHIP TO: | SEE BODY OF PURCHASE ORDER
         | FOR SHIPPING ADDRESS

: : : : : : : : : : : : : : : : : : US
| 00000 |

INVOICE TO: INVOICE FOR SERVICE,MACHINERY
& EQUIP ONLY.QUESTIONS TO:
CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490                   US

PAYMENT TERMS
NET   2ND DAY/2ND MTH-10% HLDBK

F.O.B        DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT, FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 00004 | √10742.02  3805-3 | PRTX5183 002 | ### THIS ITEM HAS BEEN ADDED ### | POA GMS22986 -- CAP. / FIELD ORDER #2 MATERIAL & LABOR RELATED TO PURCHASE ORDER GMS22986, PER BRENCAL CONTRACTORS INC. QUOTE DATED 29MAY08. MICHAEL QUINLAN  586-986-8633 WHO ORDERED: QUINLAN 586-986-8633 | | 06/30/08  C | 0.00% | 1.0000 | | UNIT |
| 00005 | √20888.84  3805-4 | PRTX5183 003 | ### THIS ITEM HAS BEEN ADDED ### | POA GMS22986 -- CAP. / FIELD ORDER #3 MATERIAL & LABOR RELATED TO PURCHASE ORDER GMS22986, PER BRENCAL CONTRACTORS INC. QUOTE DATED 02JUN08. MICHAEL QUINLAN  586-986-8633 WHO ORDERED: QUINLAN 586-986-8633 | | 06/30/08  C | 0.00% | 1.0000 | | UNIT |
| 00006 | √33608.90  3805-2R1 | PRUX1085 001 | ### THIS ITEM HAS BEEN ADDED ### | POA GMS22986 -- CAP. / FIELD ORDER #4 MATERIAL & LABOR RELATED TO PURCHASE ORDER GMS22986, PER BRENCAL CONTRACTORS INC. QUOTE DATED 02MAY08. MICHAEL QUINLAN  586-986-8633 DELIVER TO: MIKE QUINLAN WHO ORDERED: QUINLAN 586-986-8633 | | 07/31/08  C | 0.00% | 1.0000 | | UNIT |

ORIGINAL                                    CONTINUE PAGE      8

0005482 USER KATHLEEN C SCHOOLEY                          CMMM08 4/93

**GM General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
FAX 602-797-6053
48090                                   US

TO:
VENDOR NUMBER 00-654-3342
BRENCAL CONTRACTORS INC
6686 E MC NICHOLS RD
DETROIT MI
48212-2030

# PURCHASE
## ORDER: GMS22986 001
### A L T E R A T I O N ###

PAGE   8

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-0779 |
|---|---|
| 02/19/08 | N. BENJAMIN |
| ALTERATION ISSUE DATE | NF            Buyer |
| 07/28/08 | |
| ALTERATION EFFECTIVE | |
| 07/28/08 | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

00000                                     US

INVOICE FOR SERVICE,MACHINERY
& EQUIP ONLY.QUESTIONS TO:
CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490                                US

INVOICE TO:

| PAYMENT TERMS | 2ND DAY/2ND MTH-10% HLDBK | | | | | |
|---|---|---|---|---|---|---|
| NET | | | | | | |
| ITEM SEQUENCE | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% |

F.O.B   DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT, FREIGHT COLLECT

### THIS ITEM HAS BEEN ADDED ###

POA GMS22986 -- CAP. / FIELD ORDER #5 MATERIAL &
LABOR RELATED TO PURCHASE ORDER GMS22986, PER
BRENCAL CONTRACTORS INC. QUOTE DATED 17JUL08.
MICHAEL QUINLAN  586-986-8633
WHO ORDERED: QUINLAN 586-986-8633

| ITEM | QUANTITY ORDERED | | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|
| 00007 | 6882.27 | 07/31/08  C   0.00% | | 1.0000 | UNIT |

*(handwritten: 3805-TR  9671862.3)*

LAST PAGE

ORIGINAL

0005482  USER KATHLEEN C SCHOOLEY

CHMM08 4/93



**BRENCAL CONTRACTORS INC.**

6686 EAST McNICHOLS ROAD
DETROIT, MICHIGAN 48212
PHONE (313) 365-4300
FAX NO. (313) 365-4739
E-MAIL: BRENCAL@COMCAST.NET

GENERAL
  CONTRACTORS

Nancy E. Benjamin
GM Global Purchasing & Supply Chain
Cadillac Building
30009 Van Dyke
Mail Code: 480-206-180
Warren, MI  48090

May 20, 2009
Job No. 3805-13

Attention:  Ms. Nancy E. Benjamin c/o Mr. Mike Quinlan

Re:  GMTC – Global Command Center Manufacturing B; P.O. GMS22986; BCI Job #3805
     Quotation for Brencal's Supervision/Safety Removed from Field Orders #6, #7, and #8 and new Hours for
     Revision #9 drawings.  W.O. 09-004

Dear Mr. Quinlan,
Brencal Contractors, Inc. is pleased to provide the following quotation to provide all labor, material, equipment and
supervision necessary to provide the work described as a quotation for Brencal's Supervision and Safety Removed
from Field Orders #6, #7, and #8 and new Hours for Revision #9 drawings.

**FOR THE SUM OF ................... $22,621.87**
**Twenty Two Thousand, Six Hundred, Twenty One Dollars and 87 Cents**

*Brencal Contractors, Inc.: (see attached GM 1784, GM 1784A, GM 1783 forms and calendar pages for*
*breakdown/back-up)*

| | |
|---|---|
| Supervision/Safety Removed from Field Order #6: | |
| General Foreman 112.5 Hrs. x $72.39 = | $8,143.87 |
| Supervision/Safety Removed from Field Order #7: | |
| General Foreman 80 Hrs. x $72.39 = | $5,791.20 |
| Supervision/Safety Removed from Field Order #8: | |
| General Foreman 80 Hrs. x $72.39 = | $5,791.20 |
| Supervision/Safety for Revision #9 Drawings: | |
| General Foreman 40 Hrs. (5/11/09 – 5/15/09) x $72.39 = | $2,895.60 |
| **Total** | **$22,621.87** |

We hope the above meets the requirements of all concerned and a change order will be issued to our contract. If
you should have any questions or require additional information, please feel free to contact us at your convenience.

Very truly yours,
BRENCAL CONTRACTORS, INC.

*Brian Brickel*

Brian Brickel
BB/jb

Page 1

**GM**

**General Motors Corporation**

# Field Order

| Location: | | Page: 1 | of: 2 | Number: 10 |
|---|---|---|---|---|
| Warren Tech Center   Global Command Man B | | Original Purchase Order No.: | | GMS22986 |
| Contractor's Name: | Brencal Contractors | Project Number: | See Field Order Items | |
| City, State, Zip: | Detroit, MI. 48212 | Date: | 4/7/2009 | |

The Contractor is hereby authorized and directed to proceed with the work described below in accordance with the terms and conditions of the contract.

The Contractor shall promptly submit its statement of all impacts, including price and schedule impacts, for all work described below to GM Worldwide Purchasing no later than:

4/17/2009

Price impacts shall be submitted using Form GM 1784, accompanied by supporting breakdowns and documentation as required by the Construction General Conditions.

This Field Order authorizes part or all of the work described in Bulletin No.:

| Item | Project No. | DCR No. | Pricing Method | Description |
|---|---|---|---|---|
| 1 | EO64 | | 3 | Furnish the necessary material and labor to install and wire the gas vent valve & pressure switches for the external gas train on the generator described on Ghafari Drawing MP1-002 & EB6-002 Rev. #8 dated 0Apr09 . |
| 2 | | | | *Revision 8, 9, 10* |
| 3 | | | | *there are 2 revisions 8''* |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |

*We have a $10000⁰⁰ ± allowance for F.O.'s #9 & #10*

## Pricing Methods
1 - Unit Prices
2 - Estimated Cost Plus Percentage Fees
3 - Cost Plus Percentage Fees

### Distribution
Nancy Benjamin

| Requested by: | *mq* |
|---|---|
| Mike Quinlan | |
| Title: Project Manager | |
| Date: 4/7/2009 | |
| Approved by: *N. Schwyhet* | |
| Title: | |
| Date: 4/7/09 | Date: 4-7-09 |

**Notice to Contractor:** This Field Order does not authorize you to invoice for this work. Billing must be withheld until a Purchase Order Alteration is received incorporating this work in the Purchase Order.

Form GM 1655, Rev 4/04

 **General Motors Corporation**

# Field Order

| | Page: 1 | of: 2 | Number: 9 |
|---|---|---|---|
| Location: | | | |
| Warren Tech Center    Global Command Man B | Original Purchase Order No.: | | GMS22986 |
| Contractor's Name:   Brencal Contractors | Project Number: | | See Field Order Items |
| City, State, Zip:    Detroit, Mi. 48212 | Date: | | 3/24/2009 |

The Contractor is hereby authorized and directed to proceed with the work described below in accordance with the terms and conditions of the contract.

The Contractor shall promptly submit its statement of all impacts, including price and schedule impacts, for all work described below to

GM Worldwide Purchasing no later than:

| 4/4/2009 |
|---|

Price impacts shall be submitted using Form GM 1784, accompanied by supporting breakdowns and documentation as required by the

Construction General Conditions.

This Field Order authorizes part or all of the work described in Bulletin No.:

| |
|---|

| Item | Project No. | DCR No. | Pricing Method | Description |
|---|---|---|---|---|
| 1 | EO64 | | 3 | Furnish the necessary equipment, material and labor to unload the new generator, without disrupting the operation of the temporary generator. *Brencal - Supreme - Werth/sloe* |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |

### Pricing Methods

1 - Unit Prices
2 - Estimated Cost Plus
    Percentage Fees
3 - Cost Plus Percentage Fees

### Distribution

Nancy Benjamin

### Authorization

| Requested by:  Mike Quinlan | Approved by: |
|---|---|
| Title:  Project Manager | Title: |
| Date:           9/24/2009 | Date: |
| Approved by:  *N. Sweykat* | Authorized by:  *Nancy Benjamin* |
| Title: | GM Worldwide Purchasing |
| Date:  *3/24/2009* | Date:  *3/24/09* |

**Notice to Contractor:** This Field Order does not authorize you to invoice for this work. Billing must be withheld until a Purchase Order Alteration is
received incorporating this work in the Purchase Order.

Form GM 1655, Rev 4/04



**BRENCAL CONTRACTORS INC.**

6686 EAST McNICHOLS ROAD
DETROIT, MICHIGAN 48212
PHONE (313) 365-4300
FAX NO. (313) 365-4739
E-MAIL: BRENCAL@COMCAST.NET

**GENERAL CONTRACTORS**

Nancy E. Benjamin
GM Global Purchasing & Supply Chain
Cadillac Building
30009 Van Dyke
Mail Code: 480-206-180
Warren, MI 48090

December 17, 2008
Job No. 3805-12R
Revised May 20, 2009

Attention: Ms. Nancy E. Benjamin c/o Mr. Mike Quinlan

Re:    GMTC – Global Command Center Manufacturing B; P.O. GMS22986; BCI Job #3805
Revised Quotation for Field Order #9

Dear Mr. Quinlan,

Brencal Contractors, Inc. is pleased to provide the following quotation to provide all labor, material,
equipment and supervision necessary to provide the work described as a quotation for Field Order #9.

B - 334.21
S - 3342.12

**FOR THE SUM OF ................... $3,676.33**
**Three Thousand, Six Hundred, Seventy Six Dollars, and 33 Cents**

*Superior Electric Great Lakes Company, Inc.: (see attached quote dated 3/24/09, GM 1784, GM 1784A
forms, Proposal from Barton Malow Rigging Services for breakdown/back-up)*

| | |
|---|---|
| Quote Amount | $3,342.12 |
| Subcontractor Handling Fee 10% | $334.21 |
| **Total** | **$3,676.33** |

We hope the above meets the requirements of all concerned and a change order will be issued to our
contract. If you should have any questions or require additional information, please feel free to contact
us at your convenience.

Very truly yours,
BRENCAL CONTRACTORS, INC.

*Brian Brickel*

Brian Brickel

BB/jb

Page 1



**BRENCAL**
**CONTRACTORS**
**INC.**

6686 EAST McNICHOLS ROAD
DETROIT, MICHIGAN 48212
PHONE (313) 365-4300
FAX NO. (313) 365-4739
E-MAIL: BRENCAL@COMCAST.NET

**GENERAL**
**CONTRACTORS**

July 8, 2008
Job No. 3805-6

Larry Bowles
General Motors Corporation
Global Purchasing
30009 Van Dyke
Warren, MI 48090

Attention: Mr. Larry Bowles c/o Mr. Art Peterson of Washington Group Int'l.

Re:    GMTC – Global Command Center Manufacturing B; P.O. GMS22986; BCI Job #3805
       Quotation for W.O. 08-084

Dear Mr. Peterson,
Please provide a Field Order to cover work to cut off bolts left in floor from previous machinery which
was not called out on the demolition drawings.

### FOR THE SUM OF ................... $1,089.36
### One Thousand, Eighty Nine Dollars and 36 Cents

**Item #1**
*Brencal Contractors, Inc.: (see attached time sheet #14612 and GM 1783 forms for breakdown/back-up)*

| | |
|---|---|
| Carpenter Foreman 8 Hrs. x $63.30 = | $506.40 |
| Labor 8 Hrs. x $49.38 = | $395.04 |
| Butki Saw and Tool Invoice #D73521 | $162.00 |
| State Sales Tax | $9.72 |
| O and P 10% | $16.20 |
| **Total for Item #1** | **$1,089.36** |

| | |
|---|---|
| **Total** | **$1,089.36** |

We hope the above meets the requirements of all concerned and a field order will be issued to our
contract. If you should have any questions or require additional information, please feel free to contact
us at your convenience.

Very truly yours,
BRENCAL CONTRACTORS, INC.

Brian Brickel
BB/bjb

Page 1

P.O. No. GMS22987

## JOB NO. 3804 – G.M. TECH CENTER – MANUFACTURING "C" BUILDING

| | |
|---|---|
| Original Contract Amount | $ 1,250.818.00 |

Approved Change Orders:

| | |
|---|---|
| F.O. No. 1 | 24,284.83 |
| F.O. No. 2 & 4 | 69,651.27 |
| F.O. No. 5 | 5,923.49 |
| F.O. No. 8 | 23,051.53 |
| F.O. No. 6 | 34,376.54 |
| F.O. No. 9 | 14,091.42 |
| F.O. No. 11 | 17,965.64 |
| F.O. No. 3 | 171,858.70 |
| F.O. No. 12 | 28,629.31 |
| F.O. No. 14 | 26,323.72 |
| F.O. No. 2 | 11,114.79 |
| F.O. No. 7 | 206,449.24 |
| F.O. No. 10 | 10,783.72 |

| | |
|---|---|
| Revised Contract Amount To Date | $ 1,895,322.20 |
| Total Payments To Date | ($ 1,833,457.55) |
| Contract Balance Unpaid | $     9,507.35 |
| Retention Balance Unpaid | $   52,159.30 |
| Total Unapproved Extras (see below) | $   157,363.15 |
| **TOTAL BALANCE DUE** | $     **219,227.80** |



| | |
|---|---|
| Vendor Name: Brencal Contractors, Inc | Remit Vend No: 00-654-3342 |
| Address: 6686 E. McNichols Road | |
| Detroit, MI 48212 | Telephone No: 313-365-4300 |
| | Extension: 239 |
| Contact: Shirley Rhein | Fax No: 313-365-4739 |

## APPLICATION FOR PAYMENT

**PURCHASE ORDER / CONTRACT NUMBER:**    **GMS22987**

| | | |
|---|---|---|
| **SOLD TO:** | **General Motors Corporation** | **Application Number:** 10 |
| Address: | 6250 Chicago Road | **Invoice Date** |
| | Warren, MI 48090 | **(Walk Through Date):** 5/31/2009 |

**WORK DESCRIPTION:**    WTC - Manufacturing "C" Renovation Project #0701970

**PROJECT SITE LOCATION:**    6250 Chicago Road, Warren, MI 48090

**PURCHASE ORDER / CONTRACT INFORMATION:**

| | |
|---|---|
| ORIGINAL PURCHASE ORDER: | $ 1,250,818.00 |
| ALTERATION # 0001: | $93,936.10 |
| ALTERATION # 0002: | $28,975.02 |
| ALTERATION # 0003: | $304,029.05 |
| ALTERATION # 0004: | $217,564.03 |
| ALTERATION # 0005: | $146,359.87 |
| ALTERATION # 0006: | |
| ALTERATION # 0007: | |
| ALTERATION # 0008: | |
| ALTERATION # 0009: | |
| TOTAL PURCHASE ORDER | $2,041,682.07 |
| TOTAL COMPLETED TO DATE | $ 2,041,682.07 |
| LESS PREVIOUS NET PAYMENTS | $ 1,705,789.98 |
| LESS PREVIOUS RETENTION | $ 189,532.22 |
| CURRENT GROSS PAYMENT AMOUNT ( Note: Amount to be receipted) | $ 146,359.87 |
| LESS CURRENT RETENTION | $ 14,635.99 |
| TOTAL NET PAYMENT DUE | $ 131,723.88 |

Notorized Sworn Statement, Waivers of Lien and Purchase Order Detail Summary Sheet
supporting this Application For Payment are attached.

GM 1638 Tool Kit (08/02)

Contractor Name: BRENCAL CONTRACTORS, INC.

Purchase Order Number: GMS22987

Description of Work: WTC - Manufacturing "C" Renovation Project #0701970

Application Date: 05/31/09

Application No: 10

## PURCHASE ORDER DETAIL SUMMARY SHEET
(To be used with Progress Payment Construction Contracts)

NOTE: APA IS TO RECEIPT COLUMN H

NOTE: Separate Invoices and Detail Sheets are required for Retention Requests

| P.O. SEQ | ITEM I.D. | ITEM DESCRIPTION | CURRENT P.O. ITEM VALUE ($$) | TOTAL % COMP. TO DATE | TOTAL $ COMPLETE TO-DATE (D x E) | LESS PREVIOUS GROSS APPLICATIONS | CURRENT GROSS PROGRESS PAYMENT REQUEST (F-G) H | LESS CURRENT RETENTION (H x .10) | CURRENT NET PROGRESS PAYMENT (H-I) | TOTAL RETENTION (G x .10 + I) | *LESS PREVIOUS RETENTION PAYMENTS | RETENTION REQUEST AMOUNT | BALANCE HELD IN RETENTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PRPX1808 001 | "C" Building Renov. | $1,025,671.00 | 100% | $1,025,671.00 | $1,025,671.00 | | | | $102,567.10 | | | $102,567.10 |
| 2 | PROX8645 001 | "C" Building Renov. | $225,147.00 | 100% | $225,147.00 | $225,147.00 | | | | $22,514.70 | | | $22,514.70 |
| 3 | PRTX4456 001 | Alteration No. 001 | $24,284.83 | 100% | $24,284.83 | $24,284.83 | | | | $2,428.48 | | | $2,428.48 |
| 4 | PRTX4456 002 | Alteration No. 001 | $69,651.27 | 100% | $69,651.27 | $69,651.27 | | | | $6,965.13 | | | $6,965.13 |
| 5 | PRTX6572 001 | Alteration No. 002 | $5,923.49 | 100% | $5,923.49 | $5,923.49 | | | | $592.35 | | | $592.35 |
| 6 | PRTX6572 002 | Alteration No. 002 | $23,051.53 | 100% | $23,051.53 | $23,051.53 | | | | $2,305.15 | | | $2,305.15 |
| 7 | PRUX1044 002 | Alteration No. 003 | $34,376.54 | 100% | $34,376.54 | $34,376.54 | | | | $3,437.65 | | | $3,437.65 |
| 8 | PRUX1044 003 | Alteration No. 003 | $14,091.42 | 100% | $14,091.42 | $14,091.42 | | | | $1,409.14 | | | $1,409.14 |
| 9 | PRUX1044 004 | Alteration No. 003 | $17,965.64 | 100% | $17,965.64 | $17,965.64 | | | | $1,796.56 | | | $1,796.56 |
| 10 | PRUX1044 001 | Alteration No. 003 | $171,858.70 | 100% | $171,858.70 | $171,858.70 | | | | $17,185.87 | | | $17,185.87 |
| 11 | PRUX7483 001 | Alteration No. 003 | $10,783.72 | 100% | $10,783.72 | $10,783.72 | | | | $1,078.37 | | | $1,078.37 |
| 12 | PRUX7483 002 | Alteration No. 003 | $28,629.31 | 100% | $28,629.31 | $28,629.31 | | | | $2,862.93 | | | $2,862.93 |
| 13 | PRUX7483 003 | Alteration No. 003 | $26,323.72 | 100% | $26,323.72 | $26,323.72 | | | | $2,632.37 | | | $2,632.37 |
| 14 | PRYX1676 002 | Alteration No. 004 | $11,114.79 | 100% | $11,114.79 | $11,114.79 | | | | $1,111.48 | | | $1,111.48 |
| 15 | PRYX1676 001 | Alteration No. 004 | $206,449.24 | 100% | $206,449.24 | $206,449.24 | | | | $20,644.92 | | | $20,644.92 |
| 16 | PRZX7322 002 | Alteration No. 005 | $7,120.06 | 100% | $7,120.06 | | $7,120.06 | $712.00 | $6,408.06 | $712.00 | | | $712.00 |
| 17 | PRZX7322 003 | Alteration No. 005 | $28,689.96 | 100% | $28,689.96 | | $28,689.96 | $2,869.00 | $25,820.96 | $2,869.00 | | | $2,869.00 |
| 18 | PRZX7322 004 | Alteration No. 005 | $37,862.99 | 100% | $37,862.99 | | $37,862.99 | $3,786.30 | $34,076.69 | $3,786.30 | | | $3,786.30 |
| 19 | PRZX7322 001 | Alteration No. 005 | $72,686.86 | 100% | $72,686.86 | | $72,686.86 | $7,268.69 | $65,418.17 | $7,268.69 | | | $7,268.69 |
| **TOTALS** | | | $2,041,682.07 | | $2,041,682.07 | $1,895,322.20 | $146,359.87 | $14,635.99 | $131,723.88 | $204,168.21 | $0.00 | | $204,168.21 |
| TOTAL PAID INCLUDING THIS REQUEST (EQUALS G+H+O) | | | $1,837,513.86 | | | | | | | | $0.00 | | $204,168.21 |

## CONTRACTOR'S NOTARIZED SWORN STATEMENT
## SUBCONTRACTOR/SUPPLIER PAYMENT SUMMARY (ATTACHMENT)

Contractor Name: Brencal Contractors, Inc.

GM Purchase Order No.: GMS22987

Invoice No.: _____
Invoice Date: _____
Date: _____

DEPONENT DECLARES THAT ALL LABORER WAGES, FRINGE BENEFIT CONTRIBUTIONS AND WITHHOLDINGS, AS REQUIRED BY LAW, HAVE BEEN PAID.
SUPPLEMENTARY SCHEDULE IS ATTACHED IF (DUE AND UNPAID)    ☑ YES    ☐ NO

| 1 Name of Subcontractor, Supplier, Laborer | 2 Type of Improvement or Material Provided | % COMPLETE | 3 Original Contract Amount | 4 Total Amount of Contract Alterations To-Date | 5 (Col. 3 + 4) Total Contract Value | 6 Previously Paid Amount | 7 Pay This Request | 8 Total Retention Withheld | 9 (5-6-7) Contract Balance (includes Column 8) |
|---|---|---|---|---|---|---|---|---|---|
| Superior Electric Great Lakes Co. | Electrical | 100% | $225,000.00 | $382,170.12 | $607,170.12 | $448,717.73 | $110,115.98 | $48,336.41 | $48,336.41 |
| PCI Industries | Acoustical/Tackable Wall Panel | 100% | $161,715.00 | $37,208.11 | $198,923.11 | $187,074.86 | $248.44 | $11,599.81 | $11,599.81 |
| Pontiac Ceiling & Partition Co. | Drywall & Metal Stud Framing | 101% | $104,114.00 | $97,240.48 | $201,354.48 | $174,366.63 | $9,439.90 | $20,422.95 | $17,547.95 |
| John E. Green Co. | Plumbing | 100% | $79,800.00 | $54,464.50 | $134,264.50 | $113,809.05 | $7,029.00 | $13,426.45 | $13,426.45 |
| Rand Environmental Services | Abatement | 100% | $24,000.00 | $1,305.67 | $25,305.67 | $22,775.10 | | $2,530.57 | $2,530.57 |
| North Star Refrideration,Heating | HVAC & Air Units | 100% | $80,000.00 | $37,475.85 | $117,475.85 | $104,065.75 | $6,810.61 | $6,599.49 | $6,599.49 |
| Vertex Steel, Inc. | RTU Support Steel | 100% | $13,895.00 | | $13,895.00 | $12,505.50 | | $1,389.50 | $1,389.50 |
| Facility Matrix Group | Furniture | 100% | $101,000.00 | $8,957.00 | $109,957.00 | $98,961.30 | | $10,995.70 | $10,995.70 |
| MPS Group | Flooring | 100% | $71,210.00 | $865.00 | $72,075.00 | $64,597.50 | $3,830.50 | $3,647.00 | $3,647.00 |
| Russell Hardware Co. | Doors, Frames & Hardware | 100% | $34,838.00 | $5,694.00 | $40,532.00 | $38,826.00 | $1,706.00 | | |
| Wm. Crook Fire Protection | Fire Protection | 100% | $20,550.00 | $2,400.00 | $22,950.00 | $20,655.00 | | $2,295.00 | $2,295.00 |
| Musante Tile, Inc. | Ceramic Tile | 100% | $111,000.00 | $13,169.59 | $124,169.59 | $111,752.63 | | $12,416.96 | $12,416.96 |
| Building Accessories Corp | Toilet Partitions & Access. | 100% | $30,240.00 | ($1,290.00) | $28,950.00 | $26,055.00 | | $2,895.00 | $2,895.00 |
| Brencal Contractors | General Trades | 99% | $193,456.00 | $151,203.75 | $344,659.75 | $281,627.93 | ($7,456.55) | $67,613.37 | $70,488.37 |
| **TOTALS** | | | $1,250,818.00 | $790,864.07 | $2,041,682.07 | $1,705,789.98 | $131,723.88 | $204,168.21 | $204,168.21 |



## CONTRACTOR'S NOTARIZED SWORN STATEMENT
## SUBCONTRACTOR/SUPPLIER PAYMENT SUMMARY

Contractor Name:  Brencal Contractors, Inc.

Address:  6686 E. McNichols Road

City:  Detroit                                                          State: MI  48212

GM Facility:  GM Technical Center

GM Contract / Purchase Order No:  GMS22987                Owner's Representative: Mike Quinlan

Description of Work:  GMTC - Manufacturing "C" Building Renovations

Invoice No:  10                                                     Invoice Date: 05/31/09

The undersigned company (Contractor) is requesting payment of the Invoice described above for work performed under its contract (the Contract) with the Owner or Owner's Agent (GM) to make physical improvements (Improvements) to the real property (GM Facility) described above and declares that all funds received from the Owner will be applied to the Contractor's obligations to its subcontractors, suppliers, and laborers in connection with such Improvements, as set forth in the column entitled "Pay This Request" in the Subcontractor/Supplier Payment Summary attached hereto and incorporated herein by reference.

(Deponent's Name)   Charles J Brickel                   , being duly sworn, deposes and says:  That he/she being duly authorized makes this statement on behalf of the Contractor; That the attached Subcontractor/Supplier Payment Summary is a complete and accurate statement by the Contractor of all subcontractors, suppliers or laborers with whom the Contractor has contracted or committed for furnishing of labor and/or materials or equipment in connection with the Improvements or the Contract and a complete and accurate statement by the Contractor of the amount due to each of them as set forth opposite their names; That the amounts set forth in the Subcontractor/Supplier Payment Summary are directly related to the above stated GM Contract/Purchase Order Number and do not contain amounts for any other Improvements and/or any other GM Contract/Purchase Order Number and/or any other GM facility at a different location; That the Contractor has not procured material from or subcontracted with any person other than those set forth on the attached Subcontractor/Supplier Payment Summary, and owes no money for work for the Improvements other than the sums opposite the names indicated on the Subcontractor/Supplier Payment Summary; That the Contractor acknowledges that the Owner will be relying on the Contractor's representations and statements in this Contractor's Notarized Sworn Statement and the attached Subcontractor/Supplier Payment Summary in making any payment of the Invoice to the Contractor; and That the Contractor agrees to indemnify, defend and hold General Motors Corporation harmless from and against all costs, liabilities, expenses and damages, including court costs and attorney's fees, arising out of or resulting from any incorrect, incomplete or false statements of the Contractor in this Contractor's Notarized Sworn Statement or the attached Subcontractor/Supplier Payment Summary.

WARNING TO DEPONENT: A PERSON WHO, WITH INTENT TO DEFRAUD, GIVES A FALSE SWORN STATEMENT IS SUBJECT TO CRIMINAL PENALTIES AS PROVIDED FOR AND GOVERNED BY THE LAWS IN THE STATE WHERE THE PHYSICAL IMPROVEMENT IS TAKING PLACE.

Contractor Name:      Brencal Contractors, Inc.

By:  _____          Charles J Brickel, Vice President
              (Deponent's Signature)                          (Print / Type Name and Title of Deponent)

Subscribed, Sworn to and Acknowledged before me this    9th        day of   June      ,   2009

Notary Public Name:    Linda A Ramsey                        _____
                                    Print or Type                                        Signature

County of:    Macomb/Acting in Wayne                State of:   Michigan

My Commission Expires:     August 2             ,   2011



# PARTIAL UNCONDITIONAL WAIVER OF LIEN

Prime Contractor's Name:    BRENCAL CONTRACTORS, INC.

Prime Contractor's GM Contract / Purchase Order No:    GMS22987

Owner's / Lessee's Business Unit – Name:    GENERAL MOTORS CORPORATION

Premises (Project) Location Name:    GENERAL MOTORS TECH CENTER

Address:    30007 Van Dyke Road

City / County / State:    Warren, Macomb, Michigan  48090

Party Waiving Lien:    Name:    Brencal Contractors, Inc.

Address:    6686 E. McNichols Road, Detroit, MI  48212

Phone No:    313-365-4300

| Role:<br>(Check One) | ☒ | Prime Contractor | ☐ | Construction Manager | ☐ | Subcontractor |
|---|---|---|---|---|---|---|
| | ☐ | Materialman | ☐ | Laborer | ☐ | Consultant |
| | ☐ | Architect / Engineer | ☐ | Other | | |

Description of Work / Services Provided:    General Trades

I / We have a contract with:    General Motors Corporation

| | | |
|---|---|---|
| Original Contract Amount: | $ | 1,250,818.00 |
| Current Contract Amount: | $ | 2,041,682.07 |
| Estimated Value of Changes not included: | $ | .00 |
| Amount of this Partial Payment: | $ | 131,723.88 |
| Total Amount Previously Paid (Excluding this Partial Payment) | $ | 1,705,789.98 |
| Total Retention Withheld: | $ | 204,168.21 |

The undersigned, being duly authorized by the Party Waiving Lien identified above, acknowledges receipt of the Partial Payment stated above and the Total Amount Previously Paid stated above as full consideration and satisfaction for furnishing material, labor or services for construction of the Project identified above; and, by signing this Partial Waiver of Lien, does hereby waive, surrender and release any and all liens, claims or right of lien (asserted or unasserted) to the date of this partial waiver.

The undersigned covenants that any and all documents, requested by the Owner/Lessee to effectuate this Partial Unconditional Waiver of Lien shall be executed on behalf of the Party Waiving Lien identified above.

## AUTHORIZED PERSON

Signature:    _Chrl J Bke_

Name(Print/Type):    Charles J Brickel

Capacity (Print/Type):    Vice President        Date:    06/09/09

#1 Original    Records of Owner / Lessee
#2 Copy    Records of
#3 Copy    Records of

Jdu 3804

**GM** General Motors Corporation

## PURCHASE    PAGE  1

## ORDER: GMS22987 005

### ### A L T E R A T I O N ###

N. BENJAMIN    Buyer

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Issue Parcel
Post.

PHONE: 586-575-0779
NF

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE |
|---|---|---|
| 02/19/08 | 05/29/09 | 05/29/09 |

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

PURCHASING AGENT

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                    US

VENDOR NUMBER 00-654-3342
BRENCAL CONTRACTORS INC
TO: 6686 E MC NICHOLS RD
DETROIT MI
48212-2030

SHIP TO:
:
:
:
:
:
:
:
:
:
:                                    US
:
00000
INVOICE FOR SERVICE,MACHINERY
& EQUIP ONLY.QUESTIONS TO:
INVOICE TO: CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490                           US

SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be
returned at once.
On the reverse side hereof are the terms and condition to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions
Attached Hereto Apply.

| PAYMENT TERMS | | | F.O.B | DESTINATION UNLESS OTHERWISE INDICATED | |
|---|---|---|---|---|---|
| NET    2ND DAY/2ND MTH-10% HLDBK | | | SHIPPING POINT, FREIGHT COLLECT | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ### SPOT BUY GMS22987 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | | ADDITIONAL REQUIREMENTS PER FIELD ORDER 13, 15, 16, 17. PRZX7322 APPROVED PER MEGA 2900624562 | | | | | | |
| | | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | | |
| 00016 | 7120.06 3804-1183 | PRZX7322 002 | | POA GMS22987 -- CAP. / FO #15 CONSTRUCTION SERVICES FOR THE MFG. "C" RENOVATION PROJECT RELATED TO PURCHASE ORDER GMS22987, PER BRENCAL CONTRACTORS R3 QUOTE DATED 28OCT08. MICHAEL QUINLAN   586-986-8633 WHO ORDERED: QUINLAN 586-986-8633 | | 05/22/09 | C    0.00% | | 1.0000 | UNIT |
| | | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | | |
| 00017 | 28689.96 3804-2083 | PRZX7322 003 | | POA GMS22987 -- CAP. / FO #16 CONSTRUCTION SERVICES FOR THE MFG. "C" RENOVATION PROJECT RELATED TO PURCHASE ORDER GMS22987, PER BRENCAL CONTRACTORS QUOTE DATED 07MAY09. MICHAEL QUINLAN   586-986-8633 WHO ORDERED: QUINLAN 586-986-8633 | | 05/22/09 | C    0.00% | | 1.0000 | UNIT |

0005685   USER NANCY E BENJAMIN                        ORIGINAL                              CONTINUE PAGE    2      CHMM08 4/93

**GM** General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
US
48090

VENDOR NUMBER 00-654-3342
BRENCAL CONTRACTORS INC
6686 E MC NICHOLS RD
TO:  DETROIT MI
48212-2030

SHIP TO:
```
SEE  BODY OF  PURCHASE ORDER
FOR  SHIPPING ADDRESS
00000                              US
```

INVOICE FOR SERVICE,MACHINERY
& EQUIP ONLY.QUESTIONS TO:
INVOICE TO: CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490                         US

## PURCHASE

PAGE    2

ORDER: GMS22987 005

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Account Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-0779 |
| 02/19/08 | N. BENJAMIN          Buyer |
| ALTERATION ISSUE DATE | NF |
| 05/29/09 | |
| ALTERATION EFFECTIVE | |
| 05/29/09 | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

PAYMENT TERMS
NET    2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | | | |
| 00018 | 37862.99 3604-21R2 | PRZX7322 004 | POA GMS22987 -- CAP. / FO #17 CONSTRUCTION SERVICES FOR THE MFG. "C" RENOVATION PROJECT RELATED TO PURCHASE ORDER GMS22987, PER BRENCAL CONTRACTORS QUOTE DATED 07MAY09. MICHAEL QUINLAN 586-986-8633 WHO ORDERED: QUINLAN 586-986-8633 | | 05/22/09 | C 0.00% | 1.0000 | | UNIT |
| | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | | | |
| 00019 | 72686.86 3604-18RI | PRZX7322 001 | POA GMS22987 -- CAP. / FO #13 CONSTRUCTION SERVICES FOR THE MFG. "C" RENOVATION PROJECT RELATED TO PURCHASE ORDER GMS22987, PER BRENCAL CONTRACTORS QUOTE DATED 06MAY09. MICHAEL QUINLAN 586-986-8633 DELIVER TO: MIKE QUINLAN WHO ORDERED: QUINLAN 586-986-8633 | | 05/22/09 | C 0.00% | 1.0000 | | UNIT |

```
F.O.B          DESTINATION UNLESS OTHERWISE INDICATED
               SHIPPING POINT, FREIGHT COLLECT
```

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions
Attached Hereto Apply.

0005685    USER NANCY E BENJAMIN

ORIGINAL                    LAST PAGE

CHMM08 4/93

GM  **General Motors Corporation**

**PURCHASE ORDER:** GMS22987 004    PAGE 1

### ### A L T E R A T I O N  ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 02/19/08 |
| ALTERATION ISSUE DATE | 03/10/09 |
| ALTERATION EFFECTIVE | 03/10/09 |

PHONE: 586-575-0779
N. BENJAMIN    Buyer
NF

SHIP VIA
REFER TO WWW.GMSHIPPING.COM

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090    US

VENDOR NUMBER 00-654-3342
BRENCAL CONTRACTORS INC
6686 E MC NICHOLS RD
DETROIT MI
48212-2030

SHIP TO:
............................
............................
00000    US
INVOICE FOR SERVICE,MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490    US

SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

PAYMENT TERMS
NET    2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | UNIT OF MEASURE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|

### SPOT BUY GMS22987 HAS BEEN ALTERED AS FOLLOWS ###

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

ADDITIONAL REQUIREMENTS PER FIELD ORDER #2 AND #7
PRYXI1676
APPROVED PER MEGA 900614481

### THIS ITEM HAS BEEN ADDED ###

00014    4114.79    PRYXI1676 002

02/26/09  C    0.00%

POA GMS22987 -- CAP. / FO #2  ADD LINE#3
CONSTRUCTION SERVICES FOR THE MFG. "C" RENOVATION
PROJECT FO #2, PER BRENCAL CONTRACTORS R2 QUOTE
DATED 24OCT08.
MICHAEL QUINLAN  586-986-8633
WHO ORDERED: QUINLAN 586-986-8633

1.0000  UNIT

### THIS ITEM HAS BEEN ADDED ###

00015    206449.24    PRYXI1676 001

02/26/09  C    0.00%

POA GMS22987 -- CAP. / FO #7. CONSTRUCTION SERVICES
FOR THE MFG. "C" RENOVATION PROJECT FO #7, PER
BRENCAL CONTRACTORS R2 QUOTE DATED 24JUN08.
MICHAEL QUINLAN  586-986-8633
DELIVER TO: MIKE QUINLAN
WHO ORDERED: QUINLAN 586-986-8633

1.0000  UNIT

0005630    N. BENJAMIN, NANCY E BENJAMIN

ORIGINAL    LAST PAGE

CHMM08 4/93

904-3804

**GM** General Motors Corporation

(GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                          US

VENDOR NUMBER 00-654-3342
BRENCAL CONTRACTORS INC
6686 E MC NICHOLS RD
DETROIT MI
48212-2030

SHIP TO:

SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

INVOICE TO:

INVOICE FOR SERVICE,MACHINERY
& EQUIP ONLY.QUESTIONS TO:
CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490                        US

## PURCHASE ORDER: GMS22987 003        PAGE 1

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-0779
N. BENJAMIN                    Buyer
NF

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE |
|---|---|---|
| 02/19/08 | 08/12/08 | 08/12/08 |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

PURCHASING AGENT

PAYMENT TERMS
NET     2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | R/Q NUMBER | DATE REQUIRED | TAXCODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ### | SPOT BUY GMS22987 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | | THIS ALTERATION IS BEING ISSUED TO AMEND THE ORIGINAL PURCHASE ORDER TO INCLUDE FIELD ORDER NUMBER(S)3:$171,858.70, #6:$3,376.54, #9:14,091.42 #11: 17,965.44, PER THE APPROVED MEGA PLAN 1100587964 PRUX1044                    (3C 1/07) | | | | | | |
| | | | | THIS ALTERATION IS BEING ISSUED TO AMEND THE ORIGINAL PURCHASE ORDER TO INCLUDE FIELD ORDER NUMBER(S) 10,12,14, PRUX7483 PER THE APPROVED MEGA PLAN 2800590504 TOTAL APPROVED 65,736.75              (3C 1/07) | | | | | | |
| | | | ### | THIS ITEM HAS BEEN ADDED ### | | | | | | |
| 00007 | 34376.54 | PRUX1044 002 | | POA GMS22987 -- CAP. / FO #6 CONSTRUCTION SERVICES FOR THE MFG. "C" RENOVATION PROJECT UNDER GM PO GMS22987, PER BRENCAL CONTRACTORS QUOTE DATED 09JUL08, MICHAEL QUINLAN 586-986-8633 WHO ORDERED: QUINLAN 586-986-8633 | | 07/31/08 | C  0.00% | | 1.0000 | UNIT |

3804·5R

F.O.B                    DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT, FREIGHT COLLECT

0005505    USER NANCY E BENJAMIN                    ORIGINAL                    CONTINUE PAGE    2

CHMM08 4/93

GM  **General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090
US

VENDOR NUMBER 00-654-3342
BRENCAL CONTRACTORS INC.
TO: 6686 E MC NICHOLS RD
DETROIT MI
48212-2030

# PURCHASE

PAGE    2

## ORDER: GMS22987 003

### ### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-0779 |
|---|---|
| 02/19/08 | N. BENJAMIN          Buyer |
| ALTERATION ISSUE DATE | NF |
| 08/12/08 | |
| ALTERATION EFFECTIVE | |
| 08/12/08 | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

SHIP TO:

```
                            US
            ::::::::::::::::::::::::::::
00000       ::
            INVOICE FOR SERVICE,MACHINERY
            & EQUIP ONLY.QUESTIONS TO:
INVOICE TO: CUSTOMER SERVICE 248/874/4636
            MAIL INVOICE TO:GM FSS ABP
            P.O.BOX 63490, PHOENIX AZ
            85082-3490
                                    US
```

SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

This order is not binding until accepted. Acceptance should be executed or acknowledgement copy which should be returned to buyer.
On the reverse side hereof are the terms and conditions in which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contain the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said term and conditions will be binding upon the buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number in Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| | | F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED | | |
|---|---|---|---|---|

| PAYMENT TERMS: | | SHIPPING POINT, FREIGHT COLLECT | |
|---|---|---|---|
| NET | 2ND DAY/2ND MTH-10% HLDBK | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RTG NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 00008 | 14091.42 | PRUX1044 003 | ### | THIS ITEM HAS BEEN ADDED ### | | 07/31/08 | C  0.00% | | 1.0000 | UNIT |
| | 3804-11 | | | POA GMS22987 -- CAP. / FO #9 CONSTRUCTION SERVICES FOR THE MFG. "C" RENOVATION PROJECT UNDER GM PO GMS22987, PER BRENCAL CONTRACTORS QUOTE DATED 20JUN08. MICHAEL QUINLAN  586-986-8633 WHO ORDERED: QUINLAN 586-986-8633 | | | | | | |
| 00009 | 17965.64 | PRUX1044 004 | ### | THIS ITEM HAS BEEN ADDED ### | | 07/31/08 | C  0.00% | | 1.0000 | UNIT |
| | 3804-14 | | | POA GMS22987 -- CAP. / FO #11 CONSTRUCTION SERVICES FOR THE MFG. "C" RENOVATION PROJECT UNDER GM PO GMS22987, PER BRENCAL CONTRACTORS QUOTE DATED 09JUL08. MICHAEL QUINLAN  586-986-8633 WHO ORDERED: QUINLAN 586-986-8633 | | | | | | |
| 00010 | 171858.70 | PRUX1044 001 | ### | THIS ITEM HAS BEEN ADDED ### | | 07/31/08 | C  0.00% | | 1.0000 | UNIT |
| | 3804-2A | | | POA GMS22987 -- CAP. / FO #3 CONSTRUCTION SERVICES FOR THE MFG. "C" RENOVATION PROJECT UNDER GM PO GMS22987, PER BRENCAL CONTRACTORS QUOTE DATED 02MAY08. MICHAEL QUINLAN  586-986-8633 DELIVER TO: MIKE QUINLAN WHO ORDERED: QUINLAN 586-986-8633 | | | | | | |

0005505  USER NANCY E BENJAMIN

ORIGINAL

CONTINUE PAGE    3

CHMM08 4/93

**GM General Motors Corporation**

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090
US

VENDOR NUMBER 00-654-3342
BRENCAL CONTRACTORS INC
TO: 6686 E MC NICHOLS RD
DETROIT MI
48212-2030

**PURCHASE**                    PAGE   3

**ORDER:** GMS22987  003

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 586-575-0779 |
|---|---|
| 02/19/08 | N. BENJAMIN    Buyer |
| ALTERATION ISSUE DATE | NF |
| 08/12/08 | |
| ALTERATION EFFECTIVE | |
| 08/12/08 | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

SHIP TO:
00000

INVOICE FOR SERVICE,MACHINERY
& EQUIP ONLY.QUESTIONS TO:
CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490
US

SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

INVOICE TO:

This order is non-binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and Conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown hereon, additional Terms and Conditions Attached Hereto Apply.

PAYMENT TERMS   NET   2ND DAY/2ND MTH-10% HLDBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 00011 | 10783.72 | PRUX7483 001 | ### THIS ITEM HAS BEEN ADDED ### | | | | | | | UNIT |
| | 3804-12 | | POA GMS22987 -- CAP. / FO #10 CONSTRUCTION SERVICES FOR THE MFG. "C" RENOVATION PROJECT UNDER GM PO GMS22987, PER BRENCAL CONTRACTORS QUOTE DATED 30JUN08. | | | 08/25/08 | C 0.00% | 1.0000 | | |
| | | | | MICHAEL QUINLAN 586-986-8633 | | | | | | |
| | | | | DELIVER TO: MIKE QUINLAN | | | | | | |
| | | | | WHO ORDERED: QUINLAN 586-986-8633 | | | | | | |
| 00012 | 28629.31 | PRUX7483 002 | ### THIS ITEM HAS BEEN ADDED ### | | | | | | | UNIT |
| | 3804-15 | | POA GMS22987 -- CAP. / FO #12 CONSTRUCTION SERVICES FOR THE MFG. "C" RENOVATION PROJECT UNDER GM PO GMS22987, PER BRENCAL CONTRACTORS QUOTE DATED 06AUG08. | | | 08/25/08 | C 0.00% | 1.0000 | | |
| | | | | MICHAEL QUINLAN 586-986-8633 | | | | | | |
| | | | | WHO ORDERED: QUINLAN 586-986-8633 | | | | | | |
| 00013 | 26323.72 | PRUX7483 003 | ### THIS ITEM HAS BEEN ADDED ### | | | | | | | UNIT |
| | 3804-16 | | POA GMS22987 -- CAP. / FO #14 CONSTRUCTION SERVICES FOR THE MFG. "C" RENOVATION PROJECT UNDER GM PO GMS22987, PER BRENCAL CONTRACTORS QUOTE DATED 07AUG08. | | | 08/25/08 | C 0.00% | 1.0000 | | |
| | | | | MICHAEL QUINLAN 586-986-8633 | | | | | | |
| | | | | WHO ORDERED: QUINLAN 586-986-8633 | | | | | | |

F.O.B   DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT, FREIGHT COLLECT

0005505  USER NANCY E BENJAMIN

ORIGINAL                    LAST PAGE

CHMM08 4/93

**GM** General Motors Corporation

**PURCHASE** PAGE 1

**ORDER:** GMS22987 001

### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-0779
N. BENJAMIN          Buyer
NF
PURCHASING AGENT

| ORDER DATE | 02/19/08 |
| ALTERATION ISSUE DATE | 06/24/08 |
| ALTERATION EFFECTIVE | 06/24/08 |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

RECEIVED JUN 30 2008
Brencal Contractors, Inc.

SHIP TO:

SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

00000                                    US

INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY.QUESTIONS TO:

INVOICE TO: CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO: GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490                               US

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                                    US

VENDOR NUMBER 00-654-3342
TO: BRENCAL CONTRACTORS INC
6686 E MC NICHOLS RD
DETROIT MI
48212-2030

PAYMENT TERMS
NET    2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B SHIPPING POINT, FREIGHT COLLECT | R.P.O NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|

DESTINATION UNLESS OTHERWISE INDICATED

### SPOT BUY GMS22987 HAS BEEN ALTERED AS FOLLOWS ###

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD: DOLLAR (UNITED STATES)

THIS ALTERATION IS ISSUED TO AMEND GMS22987
ISSUED FOR MANUFACTURING (CM BUILDING RENOVATIONS
AT THE WARREN TECHNICAL CENTER
* THIS ALTERATION IS FOR THE ADDITIONAL WORK
AS DESCRIBED IN FIELD ORDER NUMBER 1, DATED,
04/04/08, FOR THE APPROVED AMOUNT OF $24,284.83   3804-4
* THIS ALTERATION IS FOR THE ADDITIONAL WORK
AS DESCRIBED IN FIELD ORDER NUMBER 2, DATED,
04/15/08 FOR THE APPROVED AMOUNT OF $70,495.52   3804-6R1
* THIS ALTERATION IS FOR THE REDUCTION IN SCOPE
AS DESCRIBED IN FIELD ORDER NUMBER 4, DATED,
05/07/08 FOR THE APPROVED CREDIT OF ($844.25)   3804-7

GENERAL MOTORS CORPORATION "CONSTRUCTION GENERAL
CONDITIONS FOR CONTRACTS LESS THAN $100,000
GM 1638A (08/02)," SUPERSEDES THE PRINTED TERMS
AND CONDITIONS FOUND ON THE REVERSE SIDE OF THIS
PURCHASE ORDER.                        (8X - 08/02)

"DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO
ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED
BELOW." GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE

ORIGINAL                    CONTINUE PAGE  2

0005461  USER KATHLEEN C SCHOOLEY

CHMM08 4/93

**GM** General Motors Corporation

## PURCHASE ORDER:

PAGE 2

GMS22987 001

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 586-575-0779

| ORDER DATE | 02/19/08 |
| ALTERATION ISSUE DATE | 06/24/08 |
| ALTERATION EFFECTIVE | 06/24/08 |

N. BENJAMIN   Buyer
NF

PURCHASING AGENT

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090
US

VENDOR NUMBER 00-654-3342
BRENCAL CONTRACTORS INC
6686 E MC NICHOLS RD
DETROIT MI
48212-2030

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

00000    US

INVOICE FOR SERVICE,MACHINERY
& EQUIP ONLY.QUESTIONS TO:
CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490    US

INVOICE TO:

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to buyer.
...

PAYMENT TERMS
NET    2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | R.F.Q. NUMBER | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT, FREIGHT COLLECT DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | STATES. AS A RESULT, IN ALL OF THE IDENTIFIED STATES BELOW LISTED GM CORPORATE ENTITIES WILL REMIT DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE PERSONAL PROPERTY AND SERVICES (1). THEREFORE, EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR THOSE STATES NOT IDENTIFIED BELOW. FOR THOSE STATES NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER. LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY: * * * * * * * * * * * * * * * * * * * * * * * GENERAL MOTORS CORPORATION PERMITS: GEORGIA #044-38-00894-3 INDIANA #003-2804890001 KENTUCKY #0000-10 KANSAS #98-0003B (FAIRFAX ONLY) LOUISIANA #6009013-008DP (SHREVEPORT ONLY) MARYLAND #20 MICHIGAN #ME-0900440 MISSISSIPPI #4277 (SPO ONLY) MISSOURI #11731559 NEW JERSEY #NJ9-001-683/000 NEW YORK #DP-003445 OHIO #98-000613 | | | | | | |

CONTINUE PAGE   3

0005461   USER KATHLEEN C SCHOOLEY    ORIGINAL    CHMM08 4/93

**GM** General Motors Corporation

```
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                    US
```

```
VENDOR NUMBER 00-654-3342
BRENCAL CONTRACTORS INC
TO:  6686 E MC NICHOLS RD
     DETROIT MI
     48212-2030
```

SHIP TO:
```
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
.......................
.......................
00000              US
INVOICE FOR SERVICE,MACHINERY
& EQUIP ONLY. QUESTIONS TO:
```

INVOICE TO:
```
CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490           US
```

# PURCHASE ORDER
**PAGE 3**

### GMS22987 001
### ### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips.
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-0779
N. BENJAMIN        Buyer
NF

| ORDER DATE | |
|---|---|
| 02/19/08 | |
| ALTERATION ISSUE DATE | |
| 06/24/08 | |
| ALTERATION EFFECTIVE | |
| 06/24/08 | |

PURCHASING AGENT

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be
returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, constitutes the complete and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | F.O.B. DESTINATION POINT, FREIGHT COLLECT — SHIPPING POINT | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|

```
OKLAHOMA #137479
PENNSYLVANIA #02-93450/DP246
TEXAS #1-38-0572515-0
VIRGINIA #9980000793
WISCONSIN #WDP95-01-01012
* * * * * * * * * * * * * * * * * *
ONSTAR CORPORATION PERMIT;
MICHIGAN #38-3506814
* * * * * * * * * * * * * * * * * *
SATURN CORPORATION PERMITS;
MICHIGAN #38-2577506
TENNESSEE #100315259
* * * * * * * * * * * * * * * * * *
FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION
CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND
USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR
(WITH THE EXCEPTION OF TEXAS), AND SHOULD BE INCLUDED
IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO
SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05) OR
SECTION 6 OF THE GM1638A (08/02). UNLESS THE
RESPONSIBILITY FOR PAYMENT OF SALES & USE TAXES ARE
OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. WITH
REFERENCE TO TEXAS: IF THE ORDER RELATES TO A
CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE
CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED
CONTRACTS AND AS SUCH SHOULD NOT INCLUDE SALES TAX
IN THE COST OF INCORPORATED MATERIALS OR EQUIPMENT.
```

ORIGINAL
CONTINUE PAGE 4

0005461    USER KATHLEEN C SCHOOLEY

CHMM08 4/93

GM General Motors Corporation

## PURCHASE
## ORDER: GMS22987 001
### PAGE 4

### ##ALTERATION###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Decide Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 586-575-0779

| ORDER DATE | N. BENJAMIN | Buyer |
|---|---|---|
| 02/19/08 | NF | PURCHASING AGENT |

ORDER ISSUE DATE
06/24/08

ALTERATION EFFECTIVE
06/24/08

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

TO:
GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090    US

VENDOR NUMBER 00-654-3342
BRENCAL CONTRACTORS INC
6686 E MC NICHOLS RD
DETROIT MI
49212-2030

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

00000    US

INVOICE FOR SERVICE,MACHINERY
& EQUIP ONLY.QUESTIONS TO:
CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490.    US

INVOICE TO:

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is shown hereon, additional Terms and Conditions Attached Hereto Apply.

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME    DESCRIPTION | F.O.B DESTINATION UNLESS OTHERWISE INDICATED |  |  | |
|---|---|---|---|---|---|---|---|
|  |  |  |  | SHIPPING POINT, FREIGHT COLLECT |  |  | |
|  |  |  |  | R.S.O NUMBER | DATE REQUIRED | TAXCODE/% | BASE UNIT PRICE |

IN ADDITION, THE CONTRACTOR SHOULD NOT BILL GM
(GENERAL MOTORS CORPORATION ONLY) FOR SALES TAX ON
THE SEPARATED COSTS OF MATERIAL OR LABOR. GM WILL
ACCRUE AND REMIT THE APPROPRIATE SALES TAX
DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT
PAY PERMIT.
* * * * * * * * * * * * * * * * * * * * * * * *
ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO
THE FOLLOWING:
*
DISBURSEMENT SERVICES -
CUSTOMER COMMUNICATION CENTER
PHONE: (248) 874-4636.
* * * * * * * * * * * * * * * * * * * * * * * *
(1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES,
HOTELS, AND MEAL PURCHASES.  TAX IS TO BE PAID
DIRECTLY TO THE SUPPLIER OF THESE ITEMS.

CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT)
CONTRACT CLAUSE

SPECIAL TERM (U.S.) - C-TPAT

FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED
STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE
RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED
STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP

CONTINUE PAGE 5

ORIGINAL

0005461  USER KATHLEEN C SCHOOLEY

CHMA08 4/93

GM General Motors Corporation

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
FAX 602-797-6053
48090

US

VENDOR NUMBER 00-654-3342
BRENCAL CONTRACTORS INC
TO: 6686 E MC NICHOLS RD
DETROIT MI
48212-2030

SHIP TO:

```
SEE  BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
```

. . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . US
00000
INVOICE FOR SERVICE,MACHINERY
& EQUIP ONLY.QUESTIONS TO:

INVOICE TO:  CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490                    US

This order is not binding until accepted. Acceptance should be executed on Acknowledgment copy which should be returned to buyer.
On the reverse side hereof are the terms and conditions to which seller agrees by acceptance of this order.
(1) the order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

# PURCHASE

PAGE    5

ORDER: GMS22987 001

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-0779 |
| 02/19/08 | N. BENJAMIN    Buyer |
| ALTERATION ISSUE DATE | |
| 06/24/08 | NF |
| ALTERATION EFFECTIVE | |
| 06/24/08 | |

SHIP VIA

REFER TO WWW.GMSUPPLYPOWER.COM

PURCHASING AGENT

| PAYMENT TERMS | | |
| NET    2ND DAY OF 2ND MONTH | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F&Q NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

F.O.B    DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT, FREIGHT COLLECT

AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR
INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/
ENFORCEM/TPAT.HTM). AT BUYER'S OR THE CUSTOMS
SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING
ITS COMPLIANCE WITH THE FOREGOING. SELLER SHALL
INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST
ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES
(INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES)
ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE.
(AT 6/20/02)

SPECIAL TERM (US) - GOVERNMENT CONTRACTS
******

BUYER SERVES FROM TIME TO TIME AS A CONTRACTOR FOR
THE UNITED STATES GOVERNMENT. IF SELLER IS A U.S.
ENTITY, SELLER SHALL COMPLY WITH ALL FEDERAL LAWS,
RULES, AND REGULATIONS THAT ARE APPLICABLE TO SELLER
AS A SUBCONTRACTOR OF GOVERNMENT CONTRACTORS,
INCLUDING, WITHOUT LIMITATION THOSE RELATING TO
(1) EQUAL EMPLOYMENT OPPORTUNITY (PARAGRAPHS (1)
THROUGH (7) OF SECTION 202 OF EXECUTIVE ORDER 11246,
AS AMENDED, 41 CFR 60-741.5, 41 CFR 60-250.5);
(2) UTILIZATION OF SMALL AND DISADVANTAGED BUSINESS
CONCERNS; FAR SUBPARTS 52.219-8 AND 52.219.9);
(3) CONTRACTING WITH BUSINESS CONCERNS OPERATING
IN AREAS OF SURPLUS LABOR (41 CFR 1-1.805); AND
(4) CONTRACTING WITH WOMEN-OWNED BUSINESS CONCERNS

0005461  USER KATHLEEN C SCHOOLEY          ORIGINAL          CONTINUE PAGE    6

CHMM08 4/93

**GM** General Motors Corporation

# PURCHASE
PAGE    6

## ORDER: GMS22987 001

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 586-575-0779 |
|---|---|
| 02/19/08 | N. BENJAMIN    Buyer |
| ALTERATION ISSUE DATE | NF |
| 06/24/08 | |
| ALTERATION EFFECTIVE | |
| 06/24/08 | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                        US

VENDOR NUMBER 00-654-3342
BRENCAL CONTRACTORS INC
TO: 6686 E MC NICHOLS RD
DETROIT MI
48212-2030

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

............................
............................
............................  US
.00000

INVOICE TO:
INVOICE FOR SERVICE,MACHINERY
& EQUIP ONLY QUESTIONS TO:
CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490                   US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be
returned to Buyer.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final
agreement between Buyer and Seller, and no other agreement in any way modifying any of said terms and conditions
will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is shown herein, additional Terms and Conditions
Attached Hereto Apply.

| | | F.O.B. | | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|---|---|---|
| | | SHIPPING POINT, FREIGHT COLLECT | | |

| PAYMENT TERMS | | | | | | | |
|---|---|---|---|---|---|---|---|
| NET    2ND DAY OF 2ND MONTH | | | | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | R/Q NUMBER | DATE REQUIRED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (EXECUTIVE ORDER 12138). (42) 10-29-03 | | | | | | |
| | | | | | | | | | | |
| | | | | EXPORT ADMINISTRATION REGULATIONS (EAR) CONTROLLED PURCHASES | | | | | | |
| | | | | ********************************************* | | | | | | |
| | | | | THE TECHNICAL DATA ASSOCIATED WITH THIS EQUIPMENT, SERVICE OR PART IS CONTROLLED UNDER U.S. EXPORT LAWS. YOU MAY NOT EXPORT OR RE-EXPORT THE TECHNICAL DATA, INCLUDING BUT NOT LIMITED TO PRINTS, ROUTINGS AND SPECIFICATIONS ASSOCIATED WITH THIS REQUEST FOR QUOTATION OR PURCHASE CONTRACT WITHOUT THE PROPER GOVERNMENTAL AUTHORIZATIONS. | | | | | | |
| | | | | | | | | | | |
| | | | | SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND EQUIPMENT PURCHASING AVAILABLE DURING DETROIT BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT IMEHELPDESK@GM.COM | | | | | | |
| | | | | QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT DISBURSEMENTS AT 248-874-4636. | | | | | | |
| | | | | | | | | | | |
| | | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | | |
| 00003 | 24284.83 | PRTX4456 001 | | POA GMS22987 -- CAP. / CONSTRUCTION SERVICES FOR THE MFG. "C" RENOVATION PROJ. PO #1, PER BRENCAL CONTRACTORS INC. QUOTE DATED 29MAY08. MICHAEL QUINLAN   586-986-8633 DELIVER TO: MIKE QUINLAN | 06/23/08 | C | 0.00% | 1.0000 | | UNIT |

ORIGINAL                                            CONTINUE PAGE    7

0005461  USER KATHLEEN C SCHOOLEY                                  CHMM08 4/93

**GM** General Motors Corporation

# PURCHASE
PAGE 7

## ORDER: GMS22987 001

### ### A L T E R A T I O N ###

SHIP TO:
```
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
```

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

```
. . . . . . . . . . . . . . . :
. . . . . . . . . . . . . . . :  US
|00000           :
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
```

INVOICE TO:
```
CUSTOMER SERVICE 248/874/4636
MAIL INVOICE TO:GM FSS ABP
P.O.BOX 63490, PHOENIX AZ
85082-3490               US
```

| ORDER DATE | PHONE: 586-575-0779 |
|---|---|
| 02/19/08 | N. BENJAMIN          Buyer |
| ALTERATION ISSUE DATE | NF |
| 06/24/08 | |
| ALTERATION EFFECTIVE | |
| 06/24/08 | PURCHASING AGENT |

SHIP VIA
REFER TO WWW.GMSUPPLYPOWER.COM

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090                     US

VENDOR NUMBER 00-654-3342
BRENCAL CONTRACTORS INC
TO:   6686 E MC NICHOLS RD
DETROIT MI
48212-2030

PAYMENT TERMS
NET    2ND DAY OF 2ND MONTH

F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT, FREIGHT COLLECT

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer. On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, constitutes the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is shown hereon, additional Terms and Conditions Attached Hereto Apply.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | WHO ORDERED: QUINLAN 586-986-8633 | | | | | | UNIT |
| | | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | 1.0000 | |
| 00004 | 69651.27 | PRTX4456 002 | | POA GMS22987 -- CAP. / CONSTRUCTION SERVICES FOR THE MFG. "C" RENOVATION PROJ FO #2 & FO #4 PER BRENCAL CONTRACTORS INC. QUOTE FO #2 DATED 12JUN08 AND FO #4 DATED 05JUN08. MICHAEL QUINLAN  586-986-8633 WHO ORDERED: QUINLAN 586-986-8633 | 06/23/08 | C  0.00% | | | | |

0005461    USER KATHLEEN C SCHOOLEY

ORIGINAL

LAST PAGE

CHMM08 4/93

# GM General Motors Corporation

**Field Order**

| Location: | | | Page: 1 | of: 2 | Number: 13 |
|---|---|---|---|---|---|
| Warren Tech Center    Man "C" Renovations | | | Original Purchase Order No.: | | GMS22987 |
| Contractor's Name:    Brencal Contractors | | | Project Number: | | See Field Order Items |
| City, State, Zip:    Warren MI. | | | Date: | | 7/23/2008 |

The Contractor is hereby authorized and directed to proceed with the work described below in accordance with the terms and conditions of the contract.

The Contractor shall promptly submit its statement of all impacts, including price and schedule impacts, for all work described below to GM Worldwide Purchasing no later than:

8-8-08
7/30/2008

Price impacts shall be submitted using Form GM 1784, accompanied by supporting breakdowns and documentation as required by the Construction General Conditions.

This Field Order authorizes part of all of the work described in Bulletin No.:

| Item | Project No. | DCR No. | Pricing Method | Description |
|---|---|---|---|---|
| 1 | EO64 | | 2 | To sort out and hook up all power and monitors, phones and data lines for temp security desk in Man C main lobby and install 2nd thermostats in 1st and 3rd floor crisis rooms *Superior, Northstar* |
| 2 | EO64 | | 2 | To supply and install a 8' counter top to temp security desk color size and deminsions to be supplied by Kelly Slowen *Dowt. Ceiling* |
| 3 | EO64 | | 2 | Purchase 40 door cores 1C7M1-626 combinated core keyed 1MFC-1 through 1MFC-40 and 40B54200 Throw members *Brencal, Russell* |
| 4 | EO64 | | 2 | Recore floor power and data per room reconfigure deminsions provided by Kelly slowen 7-23-08 for 3 conference rooms and 1 office *Superior, FMG, MPS* |
| 5 | EO64 | | 2 | To provide labor and material to install splice boxs core holes and conduit runs and wire across basement to install ATS in basement instead of 1st floor Electrical closet because of size requirements. *Brencal, Superior* |
| 6 | EO64 | | 2 | provide labor and material to remove finn tube cover and finn tube and reconnect system to full operation in office #130 1st floor NE corner. *John E. Green, Dowt. Ceiling* |
| 7 | EO64 | | 2 | To provide labor and material to install 3/8 wall plus electrical removal and reinstall on wall in 1st floor entry area by elevators to cover existing wall covering and 3rd floor coffee closet by VP suite. *Superior, Dowt. Ceiling* |

### Pricing Methods

1 - Unit Prices
2 - Estimated Cost Plus
    Percentage Fees
3 - Cost Plus Percentage Fees

### Distribution
Larry Bowls

| | |
|---|---|
| Requested by: | Approved by: |
| Art Peterson | |
| Title: Project Manager | Title: |
| Date: 7/23/2008 | Date: 7/24/08 |
| Approved by: Ken Reese | Authorized by: |
| Title: Supr. Fac. Eng. | GM Worldwide Purchasing |
| Date: 7/23/08 | Date: 7-25-08 |

**Notice to Contractor:** This Field Order does not authorize you to invoice for this work. Billing must be withheld until a Purchase Order Alteration is received incorporating this work in the Purchase Order.

Field Order 13 Man C Renovations 7-23-08

Form GM 1855, Rev 4/04



**General Motors Corporation**

**Field Order**

| Location: Warren Tech Center   Man "C" Renovations | Page: 1 | of: 2 | Number: 15 |
|---|---|---|---|
| Contractor's Name: **Brencal Contractors** | Original Purchase Order No.: | | GMS22987 |
| City, State, Zip: Warren MI. | Project Number: See Field Order Items | | |
| | Date: | 8/6/2008 | |

The Contractor is hereby authorized and directed to proceed with the work described below in accordance with the terms and conditions of the contract.

The Contractor shall promptly submit its statement of all impacts, including price and schedule impacts, for all work described below to GM Worldwide Purchasing no later than:    8/22/2008

Price impacts shall be submitted using Form GM 1784, accompanied by supporting breakdowns and documentation as required by the Construction General Conditions.

This Field Order authorizes part or all of the work described in Bulletin No.:

| Item | Project No. | DCR No. | Pricing Method | Description |
|---|---|---|---|---|
| 1 | EO64 | Comp. | 3 | Furnish the necessary material and labor to install a new light switch for the overhead lighting inside the South door of the 3rd floor executive office area.   *Superior* |
| 2 | EO64 | Comp. | 3 | Furnish the necessary material and labor to replace the existing motorized overhead projection screen switch and cover in conference room 3S-79.   *PCI / Superior* |
| 3 | | Comp | | (4) E-mails to ADD to Identity |
| 4 | Email 15-1 | Comp | | Emails: NEED DDV Jack @ 2AP80   (Superior) |
| 5 | Email 15-2 | | | Power Strips Room #313   (Superior) |
| 6 | Email 15-3 | | | Power & Data ADD to Room #112   (Superior) |
| 7 | Email 15-4 | | | BAD-Station wire   N/C → EDS Issue? |

Line Item #1

**Pricing Methods**
1 - Unit Prices
2 - Estimated Cost Plus Percentage Fees
3 - Cost Plus Percentage Fees

**Distribution**
Nancy Benjanin

**Authorization**

| Requested by: Mike Quinlan | Approved by: |
|---|---|
| Title: Project Manager | Title: |
| Date: 8/6/2008 | Date: 8/6/08 |
| Approved by: | Authorized by: |
| Title: Sup. Proj Mgr | Title: GM Worldwide Purchasing |
| Date: 8/6/08 | Date: 8.6.08 |

**Notice to Contractor:** This Field Order does not authorize you to invoice for this work. Billing must be withheld until a Purchase Order Alteration is received incorporating this work in the Purchase Order.

Field Order 15  Man C Renovations 8-6-08

Form GM 1655, Rev 4/04

**GM** General Motors Corporation                    Field Order

*[handwritten top right: J3 ✓ Binder ✓ Russell ✓ Pontiac Superior]*

| Location: | | | Page: | of: | Number: |
|---|---|---|---|---|---|
| Warren Tech Center   Man "C" Renovations | | | 1 | 2 | GMS22987 |
| Contractor's Name: | Brencal Contractors | | Original Purchase Order No.: | | GMS22987 |
| City, State, Zip: | Warren MI. | | Project Number: | | See Field Order Items |
| | | | Date: | | 8/15/2008 |

The Contractor is hereby authorized and directed to proceed with the work described below in accordance with the terms and conditions of the contract.

The Contractor shall promptly submit its statement of all impacts, including price and schedule impacts, for all work described below to

GM Worldwide Purchasing no later than:                    | 8/30/2008 |

Price impacts shall be submitted using Form GM 1784, accompanied by supporting breakdowns and documentation as required by the
Construction General Conditions.

This Field Order authorizes part or all of the work described in Bulletin No.:

| Item | Project No. | DCR No. | Pricing Method | Description |
|---|---|---|---|---|
| 1 | EO64 | 83 | 3 | Furnish the necessary material and labor to change door closers for the executive offices. *Russell, Pontiac, Superior* |
| 2 | EO64 | 87 | 3 | Furnish the necessary material and labor to revise security controls for the exterior doors. *Superior   DOOR CORDS. - Russel* |
| 3 | EO64 | *Done* | 3 | Furnish the necessary material and labor for Russell Hardware changes excluded from Field Order #2. *Brencal* |
| 4 | EO64 | | 3 | Furnish the necessary material and labor to revise workstations to facilitate owner changes. *Superior* |
| 5 | | | | |
| 6 | | | | *OPEN AS OF* |
| 7 | | | | *10-1* |

*[handwritten right margin: OPEN Fixes]*

**Pricing Methods**
1 - Unit Prices
2 - Estimated Cost Plus Percentage Fees
3 - Cost Plus Percentage Fees

**Distribution**
Nancy Benjamin

| Requested by: | Authorization |
|---|---|
| Mike Quinlan | Approved by: *[signature]* |
| Title: Project Manager | Title: |
| Date: 8/15/2008 | Date: 8/15/08 |
| Approved by: | Authorized by: *[signature]* |
| Title: | GM Worldwide Purchasing |
| Date: | Date: 8-15-08 |

**Notice to Contractor:** This Field Order does not authorize you to invoice for this work. Billing must be withheld until a Purchase Order Alteration is
received incorporating this work in the Purchase Order.

Field Order 16  Man C Renovations 8-15-08                    Form GM 1655, Rev 4/04

*Interior ✓*
*PXI ✓*
Field Order *Binder*

 **General Motors Corporation**

| Location: | | | | Page: | of: | Number: |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 17 |
| Warren Tech Center    Man "C" Renovation | | | | Original Purchase Order No.: | | GMS22987 |
| Contractor's Name: | Brencal Contractors | | | Project Number: | | See Field Order Items |
| City, State, Zip: | Warren MI. | | | Date: | | 9/4/2008 |

The Contractor is hereby authorized and directed to proceed with the work described below in accordance with the terms and conditions of the contract.

The Contractor shall promptly submit its statement of all impacts, including price and schedule impacts, for all work described below to

GM Worldwide Purchasing no later than:    **10/3/2008**

Price impacts shall be submitted using Form GM 1784, accompanied by supporting breakdowns and documentation as required by the

Construction General Conditions.

This Field Order authorizes part or all of the work described in Bulletin No.:

| Item | Project No. | DCR No. | Pricing Method | Description | |
|---|---|---|---|---|---|
| 1 | EO64 | W70 08-182 | 3 | Furnish the necessary material and labor to install new lighting and switches in conference room 3P79 to match existing fixtures and switching in adjacent conference room 3F79. SUPERIOR / PCI | Conf Room 314 |
| 2 | EO64 | | 3 | Furnish the necessary material and labor to revise workstation utilities to facilitate owner changes. | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Pricing Methods**

1 – Unit Prices
2 – Estimated Cost Plus
    Percentage Fees
3 – Cost Plus Percentage Fees

**Distribution**
Nancy Benjamin

| | |
|---|---|
| | |
| | |
| | |
| | |

**Authorization**

| Requested by: | Approved by: |
|---|---|
| Mike Quinlan | |
| Title: | Title: |
| Project Manager | |
| Date: | Date: |
| 9/4/2008 | 9/4/08 |
| Approved by: | Authorized by: |
| | Nancy Benjamin |
| Title: | GM Worldwide Purchasing |
| Date: | Date: |
| | 9-4-08 |

**Notice to Contractor:** This Field Order does not authorize you to invoice for this work. Billing must be withheld until a Purchase Order Alteration is received incorporating this work in the Purchase Order.



**BRENCAL CONTRACTORS INC.**

6686 EAST McNICHOLS ROAD
DETROIT, MICHIGAN 48212
PHONE (313) 365-4300
FAX NO. (313) 365-4739
E-MAIL: BRENCAL@COMCAST.NET

GENERAL
  CONTRACTORS

Nancy E. Benjamin                                        May 20, 2009
GM Global Purchasing & Supply Chain                      Job No. 3804-22
Cadillac Building
30009 Van Dyke
Mail Code: 480-206-180
Warren, MI  48090

Attention:  Ms. Nancy E. Benjamin c/o Mr. Mike Quinlan

Re:   GMTC –Manufacturing C; P.O. GMS22987; BCI Job #3804
      Quotation for Brencal's Supervision/Safety Removed from Field Orders #13, #15, #16 and #17

Dear Mr. Quinlan,

Brencal Contractors, Inc. is pleased to provide the following quotation to provide all labor, material,
equipment and supervision necessary to provide the work described as a quotation for Brencal's
Supervision and Safety Removed from Field Orders #13, #15, #16 and #17.

              **FOR THE SUM OF .................... $11,003.28**
              **Eleven Thousand, Three Dollars and 28 Cents**

*Brencal Contractors, Inc.: (see attached GM 1784, GM 1784A, GM 1783 forms for breakdown/back-up)*

| | |
|---|---|
| Supervision/Safety Removed from Field Order #13: | |
| General Foreman 40 Hrs. x $72.39 = | $2,895.60 |
| Supervision/Safety Removed from Field Order #15: | |
| General Foreman 16 Hrs. x $72.39 = | $1,158.24 |
| Supervision/Safety Removed from Field Order #16: | |
| General Foreman 40 Hrs. x $72.39 = | $2,895.60 |
| Supervision/Safety Removed from Field Order #17: | |
| General Foreman 56 Hrs. x $72.39 = | $4,053.84 |
| **Total** | **$11,003.28** |

We hope the above meets the requirements of all concerned and a change order will be issued to our
contract.  If you should have any questions or require additional information, please feel free to contact
us at your convenience.

Very truly yours,
BRENCAL CONTRACTORS, INC.

Brian Brickel
BB/jb

Page 1

# UNITED STATES BANKRUTPCY COURT
## SOUTHERN DISTRICT OF NEW YORK

**IN THE MATTER OF:**

GENERAL MOTORS CORP, *et al.*,

    Debtors.

Bankruptcy Case No. 09-50026 (REG)
Honorable Robert E. Gerber
Chapter 11
Jointly Administered

_____/

## PROOF OF SERVICE

Matthew D. Novello certifies that on the 12th day of June, 2009 that a copy of the **Objection of Brencal Contractors, Inc. to the Notice of Debtors' Intent to Assume and Assign Certain Executory Contracts and Cure Costs Related Thereto** and this **Proof of Service** via Federal Express on the following:

| | |
|---|---|
| **Office of the United States Trustee**<br>Attn: Diana G. Adams, Esq.<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 | **General Motors Corporation**<br>Attn: Warren Command Center,<br>Mailcode 480-206-114<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren Michigan 48090-9025 |
| **Weil, Gotshal & Manges, LLP**<br>Attn: Harvey Miller, Esq.<br>    Stephen Karotkin, Esq.<br>    Joseph H. Smolinsky, Esq.<br>767 Fifth Avenue<br>New York, NY 10153<br>*Attorney for the Debtors* | **Cadwalader, Wickersham & Taft LLP**<br>Attn: John Rapisardi, Esq.<br>One World Financial Center<br>New York, New York 10281<br>*Attorney for Purchaser* |
| **Cleary Gottlieb Steen & Hamilton LLP**<br>Attn: James L. Bromley, Esq.<br>One Liberty Plaza<br>New York, New York 10006<br>*Attorney for UAW* | **Vedder Price, P.C.**<br>Attn: Michael J. Edelman, Esq.<br>    Michael L. Schein, Esq.<br>1633 Broadway<br>47th Floor<br>New York, New York 10019<br>*Attorneys for Export Development Canada* |
| **U.S. Treasury**<br>Attn: Matthew Feldman, Esq.<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C. 20220 | **Cowen Weiss and Simon LLP**<br>Attn: Babette Ceccotti, Esq.<br>330 W. 42nd St<br>New York, New York<br>*Attorney for UAW* |

**U.S. Attorney's Office**
S.D.N.Y.
Attn: David S. Jones, Esq.
       Matthew L. Schwartz, Esq.
86 Chambers Street, Third Floor
New York, New York 10007

**Gordon Z. Novod**
Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036
*Attorney for Creditors Committee*

Matthew D. Novello
**MCALPINE & ASSOCIATES, P.C.**
3201 University Drive, Suite 100
Auburn Hills, MI 48326
(248) 373-3700
mdnovello@mcalpinelawfirm.com

Dated:  June 12, 2009