UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al*. | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF RECLAMATION DEMAND BY HIRATA CORPORATION OF AMERICA**

Hirata Corporation of America ("Hirata"), by and through its undersigned counsel, hereby gives notice that on June 18, 2009, Hirata served its written demand for reclamation (the "Demand") upon (i) the Debtors, c/o General Motors Corporation, Cadillac Building, 30009 Van Dyke Avenue, Warren, MI 48090-9025, Attn: Warren Command Center, Mailcode 480-206-114; and (ii) the attorneys for Debtors at Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Nathan M. Pierce, Esq.  A true and correct copy of the Demand is attached hereto as <u>Exhibit 1</u>.

Dated:  June 18, 2009
       Indianapolis, Indiana

**BARNES & THORNBURG LLP**

/s/ Mark R. Owens
Mark R. Owens
11 South Meridian Street
Indianapolis, Indiana  46204
Telephone:  (317) 236-1313
Facsimile:  (317) 231-7433

*Counsel for reclamation-creditor*
*Hirata Corporation of America*

**CERTIFICATE OF SERVICE**

    I, Mark R. Owens, hereby certify that I caused a true and correct copy of the Notice of Reclamation Demand by Hirata Corporation of America to be filed via the Court's ECF System and served this 18th day of June, 2009. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

                                             /s/ Mark R. Owens
                                             Mark R. Owens

1131580v1