# EXHIBIT 1

## BARNES & THORNBURG LLP

11 South Meridian Street
Indianapolis, IN 46204-3535 U.S.A.
(317) 236-1313
Fax (317) 231-7433

Michael K. McCrory
(317) 231-7267
Email: mmccrory@btlaw.com

www.btlaw.com

June 18, 2009

VIA FEDERAL EXPRESS

The Debtors
c/o General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center
    Mailcode 480-206-114

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Nathan M. Pierce, Esq.

RE:   In re: General Motors Corporation, Cause No. 09-50026-reg
      Reclamation Claim Demand of Hirata Corporation of America

To Whom it May Concern:

Our law firm represents Hirata Corporation of America ("Hirata") and it has come to the attention of Hirata that on June 1, 2009 (the "Petition Date") General Motors Corporation ("Debtor") filed a voluntary petition commencing a case under Chapter 11 of Title 11 of the United States Code ("the Bankruptcy Code") before the United States Bankruptcy Court for the Southern District of New York at Cause No. 09-50026-reg.

Demand is hereby made by Hirata pursuant to (i) the Order Pursuant to 11 U.S.C. §§ 105(a) and 546(c) Establishing and Implementing Exclusive and Global Procedures for Treatment of Reclamation Claims; (ii) 11 U.S.C. § 546(c); (iii) Section 2-702 of the Uniform Commercial Code and/or (iv) other applicable law, for the return of goods, consisting primarily of production equipment within the time period permitted for such reclamation. A true and correct copy of the invoice for the goods subject to this demand is attached hereto as Exhibit A and incorporated herein as if fully set forth at length.

This amount represents the goods Hirata shipped to and received by Debtor within the forty-five (45) days preceding the Petition Date, at a time when Debtor was insolvent, and

Chicago    Elkhart    Fort Wayne    Grand Rapids    Indianapolis    South Bend    Washington, D.C.

General Motors Corporation
Reclamation Claim Demand
of Hirata Corporation of America
June 18, 2009
Page 2 of 2

twenty (20) days have not elapsed since the Petition Date. True and correct copies of the documents evidencing delivery of such goods are attached hereto collectively as <u>Exhibit B</u> and incorporated herein as if fully set forth at length. As of this date, Debtor has not remitted any payment to Hirata for these goods.

Please note this letter does not represent the total claim value of Hirata's business accounts. Nothing contained in this letter shall be a waiver of any rights, remedies and interests of Hirata. This demand for reclamation is without prejudice to all other rights, remedies and interests of and available to Hirata, at law or in equity, including but not limited to Hirata's right to an allowed administrative expense claim under section 503(b)(9) of the Bankruptcy Code for all goods received by the Debtor within twenty (20) days before the commencement of the Debtor's bankruptcy case. Should you have any questions regarding this request, please do not hesitate to contact me.

Sincerely,

Michael K. McCrory

cc:    Steven Sherman (via e-mail)

INDS01 EBADAWI 1131575v1

BARNES & THORNBURG LLP

# EXHIBIT A

# PACKING LIST/COMMERCIAL INVOICE

**HIRATA CORPORATION OF AMERICA**
47295 Cartier Drive
Wixom, MI 48393
TEL: (248) 624-5300
FAX: (248) 624-3300

SHIPPING DATE: 4/20/2009
HCA REF #: 7235.11
PURCHASE ORDER NO. RAS90676 022
SUPPLIER# 03-376-4283
COUNTRY OF ORIGIN: U.S.A.
PACKLING LIST / INVOICE #: 14

## SHIPPING INSTRUCTIONS

FCA Hirata Wixom (INVOICE TO)

**CONSIGNEE:**
General Motors De Mexico S. DE
RL DE CV Complejo Ramos Arizpe
Atn. Cuentas Por Pagar
Sucursal C De Correos
Saltillo, Coahuila CZ 25000

**Deliver to:**
Tim Wilson @ GM Warren Phone: 248-343-7514
PSMI GMPT Warren Ship to:
PSMI GMPT Ramos, General Motors Complejo Automotriz Ramos Arizpe
Carretera Saltillo - Monterrey km 7.5
Ramos Arizpe, Coahuila, Mexico, CP25900

ATENCION: Hermilo Carrillo, 6T70/75 - 6 Speed Transmission Assembly

**Terms**

**CONSIGNOR:**
HIRATA CORPORATION OF AMERICA
47295 Cartier Drive
Wixom, MI 48393
Attn: Tim Hileman
TEL: (248) 624-5300 ext. 14
Federal ID Number 35-1485108

**REQUESTER**
Tim Wilson / Hermilo Carrillo

| ITEM | ORD | SHIP | B/O | DESCRIPTION | PART NUMBER | UNIT COST | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 1 | 0 | GM Ramos 4/5 pin carrier detect unit | | $7,688.00 | $7,688.00 |
| 2 | 2 | 1 | 0 | GM Ramos 3/4 pin reaction carrier detect unit | | $8,188.00 | $8,188.00 |

Federal ID Number 35-1485108

REC BY:

NON-PRODUCTION MATERIAL

| | | |
|---|---|---|
| Invoice Total (USD) | | $15,876.00 |
| NUMBER OF PIECES | WT. IN LBS. | 2 |
| NUMBER OF CARTONS | WT. IN KILOS | 1 |

Total wt. 20 lbs.

Total price as sold is 1,825,740 JPY
Converted dollar amounts above are for shipping purposes

These commodities, technology, or software were exported for the United States in accordance with its Export Administration Regulations. Diversion contrary to U.S. Law is prohibited."
QUESTIONS CONCERNING THIS SHIPMENT SHOULD BE REFERRED TO: Mr. Tim Hileman

# EXHIBIT B



## Delivery Notification

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z 456 497 03 9186 886 2 |
| **Reference Number(s):** | J7678, J7679 |
| **Service:** | GROUND |
| **Weight:** | 26.00 Lbs |
| **Shipped/Billed On:** | 04/30/2009 |
| **Delivered On:** | 05/01/2009 9:48 A.M. |
| **Delivered To:** | 1255 BEACH CT |
| | SALINE, MI, US  48176 |
| **Signed By:** | BURBANK |
| **Location:** | DOCK |

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:  05/04/2009 12:01 P.M.  ET

# PROOF OF DELIVERY FOR J-7678



World leader in production technology

## Certificate of Acceptance

This certifies and confirms our satisfactory completion of the:

Hirata project #7235.02, GM PO #RAS90676 016, MECR# 7482

Hirata project #7235.03, GM PO #RAS90676 013, MECR# 7308

Hirata project #7235.10, GM PO #RAS90676 023, MECR# 7575

Hirata project #7235.11, GM PO #RAS90676 022, MECR# 7540

This certification constitutes the acceptance of the equipment by
**Hirata Corporation of America and GM Ramos** and verifies that the equipment conforms to the agreed specification.

For and on behalf of
**Hirata Corporation of America. (HCA)**

*Timothy W. Hileman*                                3/23/09

For and on behalf of
**GM Ramos**

*Timothy M. Wilson*                                4/17/09

                Signature              date