## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK (Manhattan)

| | |
|---|---|
| IN RE: ) | |
| ) | |
| General Motors Corporation, ) | Case no. 09-50026 |
| ) | Chapter 11 |
| Debtor. ) | |

### NOTICE OF CREDITOR CHANGE OF ADDRESS

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Haldex Credit Services Corp. respectfully requests that the Clerk of the Bankruptcy Court change the mailing address listing on the matrix for Haldex Credit Services Corp. to the following:

> Haldex Credit Services Corp.
> Attn: Peggy A. Heike, CCE
> 10930 N. Pomona Ave.
> Kansas City, MO 64153

Haldex Credit Services Corp requests that all notices, as well as all distributions to creditors be made to the above address.

Dated: June 18, 2009

STINSON MORRISON HECKER LLP

/s/ Sharon L. Stolte
Sharon L. Stolte, KS #14312
12 Corporate Woods
10975 Benson, Ste. 550
Overland Park, KS 66210
Tel.: (913) 344-8009
Fax: (913) 344-6779
sstolte@stinson.com
ATTORNEY FOR HALDEX CREDIT SERVICES CORP.

DB02/766827.0001_0001/8384274.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2009, the above was served electronically filing it with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system and a copy was placed in the U.S. mail, postage prepaid, addressed to the individuals on the attached service list.

/s/ Sharon L. Stolte
Sharon L. Stolte

Service List

| Party |
|---|
| **The Debtors:**<br><br>c/o General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>Attn: Warren Command Center, Mailcode 480-206-114 |
| **Counsel for the Debtors:**<br><br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq. and Joseph H. Smolinsky, Esq.<br>Emails: harvey.miller@weil.com; stephen.karotkin@weil.com; joseph.smolinsky@weil.com |
| United States Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC 20220<br>Attn: Matthew Feldman, Esq. |
| **Counsel for the Purchaser:**<br><br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York NY 10281<br>Attn: John J. Rapisardi, Esq.<br>Email: john.rapisardi@cwt.com |
| **Counsel for Export Development Canada:**<br><br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.<br>Emails: mjedelman@vedderprice.com; mschein@vedderprice.com |

| Party |
|---|
| **Counsel for the Creditors' Committee:**<br><br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Attn: Thomas Moers Mayer, Esq., Kenneth H. Eckstein, Esq. & Gordon Z. Novod, Esq.<br>Emails: tmayer@kramerlevin.com; keckstein@kramerlevin.com; gnovod@kramerlevin.com |
| **The US Trustee:**<br><br>Office of the Unite States trustee<br>For the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Attn: Andrew D. Velez-Rivera, Esq. Brian S. Masumoto, Esq. |
| **The UAW:**<br><br>UAW<br>8000 East Jefferson Avenue<br>Detroit, Michigan 48214<br>Attn: Daniel W. Sherrick, Esq. |
| **Counsel for the UAW:**<br><br>Cleary Gottlieb Steen & Hamilton LLP,<br>One Liberty Plaza,<br>New York, New York 10006<br>Attn: James L. Bromley, Esq.<br>Email: jbromley@cgsh.com |
| **Counsel for the UAW:**<br><br>Cohen, Weiss and Simon LLP<br>330 W. 42nd Street<br>New York, New York 10036<br>Attn: Babette Ceccotti, Esq.<br>Email: bceccotti@cwsny.com |
| **The U.S. Attorney:**<br><br>Office of the U.S. Attorney for the S.D.N.Y.<br>86 Chambers Street<br>Third Floor<br>New York, New York 10007<br>Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq. |