| | |
|---|---|
| GEOFFREY S. WAY, Chief Counsel | Sale Approval Hearing Date: June 30, 2009 at 9:45 a.m. |
| TODD M. BAILEY, Tax Counsel IV | Sale Motion Objection Deadline: June 19, 2009, 5:00 p.m. |

CALIFORNIA FRANCHISE TAX BOARD
P.O. Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720
Telephone (916) 845-6340
Facsimile: (916) 855-5607

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re:                                          :         CHAPTER 11
                                                :
**GENERAL MOTORS CORP.,** *et al.*,             :         Case No. 09-50026 (REG)
                                                :
                                                :         **(Jointly Administered)**
                     Debtors.                   :
-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I certify that on June 18, 2009, I caused to be electronically filed the California Franchise Tax Board's Limited Objection to Debtors' § 363 Sale Motion, which will result in notification of such filing being sent to all ECF participants in these cases. In addition, on June 18, 2009, I caused to be sent by overnight mail a copy of such limited objection to the following parties **so as to be received no later than June 19, 2009 at 5:00 p.m. (Eastern time)**:

(a)    Weil, Gotshal & Manges LLP
       Attn:   Harvey R. Miller, Esq.,
              Stephen Karotkin, Esq. and
              Joseph H. Smolinsky, Esq.
   767 Fifth Avenue
   New York, NY 10153
   *(Attorneys for Debtors)*

(b)    Cadwalader, Wickersham & Taft LLP
       Attn:   John J. Rapisardi, Esq.
   One World Financial Center
   New York, NY 10281
   *(Attorneys for the Purchaser)*

(c)    Miller, Johnson, Snell
       & Commiskey PLC
       Attn:   Robert D. Wolford, Esq.
   250 Munroe Avenue, N.W., Ste. 800
   Grand Rapids, MI 49503
   *(Attorneys for the Creditors Committee)*

(d)    Cleary Gottlieb Steen & Hamilton LLP
       Attn:   James L. Bromley, Esq.
   One Liberty Plaza
   New York, NY 10006
   *(Attorneys for the UAW)*

(e)  Cohen, Weiss and Simon, LLP
     Attn:  Babette Ceccotti, Esq.
     330 W. 42nd Street
     New York, NY  10036
     *(Attorneys for UAW)*

(f)  Vedder Price, P.C.
     Attn:  Michael J. Edelmann, Esq.
           and Michael L. Schein, Esq.
     1633 Broadway, 47th Floor
     New York, NY 10019
     *(Attorneys for Export Development Canada)*

(g)  Office of the United States Trustee
     for the Southern District of New York
     Attn:  Diana G. Adams, Esq.
     33 Whitehall Street, 21st Floor
     New York, NY 10004

(h)  U.S. Attorney's Office, S.D.N.Y.
     Attn:  David S. Jones, Esq.
           and Matthew L. Schwartz, Esq.
     86 Chambers Street, Third Floor
     New York, NY 10007

(i)  U.S. Treasury
     Attn:  Matthews Feldman, Esq.
     Room 2312
     1500 Pennsylvania Ave., N.W.
     Washington, DC  20220

Dated:  Sacramento, California
         June 18, 2009

CALIFORNIA FRANCHISE TAX BOARD
GEOFFREY S. WAY, Chief Counsel


/s/ Todd M. Bailey
TODD M. BAILEY, Tax Counsel IV

CALIFORNIA FRANCHISE TAX BOARD
P.O. Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720
Telephone (916) 845-6340
Facsimile:  (916) 855-5607

Attorneys for California Franchise Tax Board