UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
GENERAL MOTORS CORP., et al.,                       :    Case No. 09-50026 (REG)
                                                    :
              Debtors.                              :    (Jointly Administered)
                                                    :
                                                    x
---------------------------------------------------

### NOTICE OF APPEARANCE AND
### DEMAND FOR NOTICES AND PAPERS

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, Norman W. Bernstein of the firm N.W. Bernstein & Associates, LLC, whose office address and telephone number appear herein below, does hereby enter an appearance as counsel for the Environmental Conservation and Chemical Corporation Site Trust Fund in the above-styled Chapter 11 Case.

Pursuant to the Federal Rules of Bankruptcy Procedure, the Environmental Conservation and Chemical Corporation Site Trust Fund requests copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and telephone number:

> Norman W. Bernstein
> N.W. Bernstein & Associates, LLC
> 800 Westchester Avenue, Suite 319 North
> Rye Brook, NY 10573
> Telephone: (914) 358-3500
> Fax: (914) 701-0707
> Email: nwbernstein@nwbllc.com

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any other notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to these cases and any proceedings therein.

This 18th day of June, 2009.

Respectfully submitted,

N.W. BERNSTEIN & ASSOCIATES, LLC

*/s/ Norman W. Bernstein*
Norman W. Bernstein (NB5123)
800 Westchester Avenue, Suite 319 North
Rye Brook, NY 10573
Attorneys for the Environmental
Conservation and Chemical Corporation
Site Trust Fund