SILVERMAN & MORRIS, P.L.L.C.
7115 Orchard Lake Road, Suite 500
West Bloomfield, Michigan 48322
Telephone (248) 539-1330; Fax (248) 539-1355
Geoffrey L. Silverman (P34011)
Karin F. Avery (P45364)
avery@silvermanmorris.com
Counsel for Feuer Powertrain GmbH & Co. KG

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION, *et al*.,

    Debtors.
_____/

Chapter 11
Case No. 09-50026 (REG)
(Jointly Administered)

Hon. Robert E. Gerber

**WITHDRAWAL OF LIMITED OBJECTION OF FEUER POWERTRAIN GMBH & CO. KG TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

Feuer Powertrain GmbH & Co. KG (the "Creditor"), by and through its counsel, Silverman & Morris, P.L.L.C., files this WITHDRAWAL of its limited objection (the "Limited Objection") to the assumption and assignment of the Creditor's executory contracts by the above-captioned debtors and debtors in possession (collectively, the "Debtors"). The Creditor respectfully states as follows:

**BACKGROUND**

1.    On June 1, 2009, the Debtors filed voluntary petitions under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York.

2. The Creditor and the Debtors have a long-standing relationship. Pursuant to numerous contracts and other related agreements (collectively, the "Creditor Agreements"), the Creditor provides goods and/or services to the Debtors.

3. On June 1, 2009, the Debtors filed a motion with the Court [Docket No. 92] (the "Sale Motion") seeking, among other things, authority to consummate a sale of substantially all of their assets (the "Sale Transactions"). The Court granted the Sale Motion on or about June 2, 2009.

4. In connection with the Sale Transactions, the Debtors are seeking authority to assume the Creditor Agreements and to assign them to the Purchaser. The Debtors served a notice ("Notice") upon the Creditor, indicating their intent to assume and assign the Creditor Agreements. The Debtors proposed a cure amount (the "Cure Amount") on account of the Creditor Agreements.

5. On June 16, 2009, prior to the receipt of the Notice, the Creditor filed the Limited Objection [Docket No. 1584], as a precautionary measure. The Creditor has now received the Notice.

6. The Creditor and the Debtors have agreed upon the Cure Amount necessary to assume and assign the Creditor Agreements.

7. The Creditor has agreed to withdraw its Limited Objection.

SILVERMAN & MORRIS, P.L.L.C.

By:   /s/ Karin F. Avery
GEOFFREY L. SILVERMAN (P34011)
KARIN F. AVERY (P45364)
Attorneys for Creditor, Feuer Powertrain GmbH & Co. KG
7115 Orchard Lake Road, Suite 500
West Bloomfield, Michigan 48322
avery@silvermanmorris.com
telephone (248) 539-1330; fax (248) 539-1355

Dated:   June 18, 2009
X:\Clients\General Motors Bankruptcy\Assumption or Rejection of Contracts or Leases\withdrawal of ltd obj of feuer powertrain to gm not of cure costs.doc