Celeste R. Gill
Assistant Attorney General
Environment, Natural Resources and Agriculture Division
525 W. Ottawa, 6th Floor, G. Mennen Williams Bldg.
P.O. Box 30755
Lansing, MI  48909
Telephone:  517-373-7540
Facsimile:  517-373-1610
E-mail:  gillcr@michigan.gov

Attorney for the Michigan Department of Environmental Quality

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                            :
IN RE:                                                      :
                                                            :       Chapter 11
       GENERAL MOTORS, CORP., *et al*,    :       Case No. 09-50026 (REG)
                                                            :       (Jointly Administered)
              Debtors.                              :
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY'S LIMITED OBJECTION TO THE DEBTORS' MOTION PURSUANT TO 11 USC SECTIONS 105, 363(b), (f), (k), AND (m), AND 365 AND FED. R. BANKR. P. 2002, 6004 AND 6006, TO (I) APPROVE (A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) OTHER RELIEF; AND (II) SCHEDULE SALE APPROVAL HEARING has been served by electronic or overnight mail on the parties listed below on this 18th day of June, 2009.

Cadwalader, Wickersham & Taft, LLP          Cleary, Gottlieb, Steen & Hamilton, LLP
Attn:  John J. Rapisardi, Esq.                        Attn:  James L. Bromley, Esq.
One World Financial Center                           One Liberty Plaza
New York, NY  10281                                   New York, NY  10006

1

Weil, Gotshal & Manges LLP
Attn:   Harvey R. Miller
            Stephen Karotkin
            Joseph Smolinsky
767 Fifth Avenue
New York, NY  10153

Office of the US Trustee for the
Southern District of NY
Attn: Diana G. Adams
33 Whitehall St, 21st Floor
New York, NY  10004

Vedder Price P.C.
Attn:   Michael J. Edelman
            Michael L. Schein
1663 Broadway, 47th Floor
New York, NY 10019

Cohen, Weiss & Simon, LLP
Attn:  Babette Ceccotti, Esq.
330 West 42nd Street
New York, NY  10036

US Attorneys Office, SDNY
Attn:   David S. Jones
            Matthew L. Schwartz
86 Chambers Street, 3rd Floor
New York, NY  10007


/s/__Celeste R. Gill
Celeste R. Gill (P52484)
(admitted Pro Hac Vice)
Assistant Attorney General
Environment, Natural Resources
and Agriculture Division
6th Floor, Williams Building
525 West Ottawa Street
P.O. Box 30755
Lansing, MI  48909
(517) 373-7540
E-mail:  gillcr@michigan.gov