SILVERMAN & MORRIS, P.L.L.C.
7115 Orchard Lake Road, Suite 500
West Bloomfield, Michigan 48322
Telephone (248) 539-1330; Fax (248) 539-1355
Geoffrey L. Silverman (P34011)
Karin F. Avery (P45364)
avery@silvermanmorris.com
Counsel for Feuer Powertrain GmbH & Co. KG

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,
*et al.*,

    Debtors.
_____/

Chapter 11
Case No. 09-50026 (REG)
(Jointly Administered)

Hon. Robert E. Gerber

### CERTIFICATE OF SERVICE

    I, Janice C. Zielinski, being at all times over 18 years of age, hereby certify that on **June 18, 2009**, a true and correct copy of the **Withdrawal of Limited Objection of Feuer Powertrain GmbH & Co. KG to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto** was caused to be served by e-mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF system.

    /s/ Janice C. Zielinski
Janice C. Zielinski
Silverman & Morris, P.L.L.C.
7115 Orchard Lake Road, Suite 500
West Bloomfield, Michigan 48322
jan@silvermanmorris.com
telephone (248) 539-1330; fax (248) 539-1355

X:\Clients\General Motors Bankruptcy\Assumption or Rejection of Contracts or Leases\withdrawal of ltd obj of feuer powertrain to gm not of cure costs-certificate of service.doc