UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP., et al, | Chapter 11 |
| Debtors. | (Jointly Administered) |

## PROOF OF SERVICE

**Documents Served:**

Protective Contract Objection of Ridgeview Industries, Inc.

**Persons Served:**

See Attached Service List

The undersigned certifies that the documents listed above were served upon the persons listed at their respective addresses by regular first class mail, postage prepaid, by placing the envelopes in the mail on the date indicated below.

Dated: June 18, 2009

I declare that the statement above is true to the best of my information, knowledge and belief.

Beverly A. Leestma
DUNN, SCHOUTEN & SNOAP
2745 DeHoop Avenue SW
Wyoming, MI 49509
(616) 538-6380

General Motors Corporation
Cadillac Building
30009 Van Dyke Ave.
Warren MI 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114

Weil, Gotshal & Manges, LLP
Attn: Harvey R. Miller
767 Fifth Ave.
New York NY 10153

Weil, Gotshal & Manges, LLP
Attn: Stephen Karotkin
767 Fifth Ave.
New York NY 10153

Weil, Gotshal & Manges, LLP
Attn: Joseph H. Smolinsky
767 Fifth Ave.
New York NY 10153

U.S. Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Ave. NW
Room 2312
Washington, D.C.  20220

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY 10281

Vedder price, P.C.
Attn: Michael J. Edelman
1633 Broadway, 47th Floor
New York, NY 10019

Vedder price, P.C.
Attn: Michael L. Schein
1633 Broadway, 47th Floor
New York, NY 10019

Office of the U.S. Trustee
Attn: Diana G. Adams
33 Whitehall Street, 21st Floor
New York, NY 10004