**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**In re**

    **General Motors Corporation et al**        **In Proceedings For A Reorganization Under**

    **Debtor.**      **Chapter 11**
         **Case No: 09-50026 (REG)**
         **(Jointly Administered)**

-----------------------------------------------------------X


**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**


THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED, **June 1, 2009**, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.