UNITED STATES BANKRUPTCY COURT
NEW YORK
SOUTHERN DIVISION

In Re:

IN RE GENERAL MOTORS CORPORATION,

    Debtor(s).
_____/

Court No. 09-50026
Chapter 11
Hon. Robert E. Gerber
(Jointly Administered)

STATE OF MICHIGAN)ss
COUNTY OF INGHAM)

## PROOF OF SERVICE

    The undersigned certifies that on June 18, 2009 a copy of State of Michigan Workers' Compensation Agency's and Funds Administration's Limited Objection to Debtors' Sale Motion was served upon the following parties either electronically, or by depositing said copies in the U. S. Mail, postage prepaid:

Weil, Gotshal & Manges LLPA
Attorneys for the Debtors
767 Fifth Avenue
New York, New York 10153
ATTN: Harvey R. Miller, Esq.
Stephen Karotkin, Esq., and
Joseph H. Smolinsky, Esq.

The Debtors c/o General Motors
Corporation
300 Renaissance Center
Detroit, Michigan 48265
ATTN: Lawrence S. Buonomo, Esq.

Cadwalader, Wickersham & Taft LLP
Attorneys for the Purchaser
One World Financial Center
New York, New York 10281
ATTN: John J. Rapisardi, Esq.

The U.S. Treasury
1500 Pennsylvania Ave NW, Room 2312
Washington, D.C. 20220
ATTN: Matthew Feldman, Esq.

Vedder Price, P.C.
Attorneys for EDC
1633 Broadway, 47th Floor
New York, New York 10019
ATTN: Michael J. Edelman, Esq. and
Michael L. Schein, Esq.

The attorneys for the Creditors Committee:
1) Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036

2) Thomas Moers Mayer
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

The UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214
ATTN: Daniel W. Sherrick, Esq.

1

Cleary Gottlieb Steen & Hamilton LLP
Attorneys for the UAW
One Liberty Plaza
New York, New York 10006
ATTN: James L. Bromley, Esq.

Cohen, Weiss and Simon LLP
Attorneys for the UAW
330 W. 42nd Street
New York, New York 10036
ATTN: Babette Ceccotti, Esq.

Office of the United States Trustee for the Southern District of New York
ATTN: Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

The U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, New York 10007
ATTN: David S. Jones, Esq. and Matthew L. Schwartz, Esq.

*/s/ Dennis J. Raterink*
Dennis J. Raterink
Assistant Attorney General

Michigan Department of Attorney General
Counsel for Funds Administration
P.O. Box 30736
Lansing, Michigan, 48909
Telephone: (517) 373-1176