EDWARDS ANGELL PALMER & DODGE LLP
Richard Hiersteiner (RH 4976)
Jeanne P. Darcey (JD 9800)
Amy A. Zuccarello (AZ 2284)
Judy A. Groves (JG 3928)
Charlotte P. Bodell (CB 1562)
111 Huntington Avenue
Boston, MA  02199
617.239.0100

*Attorneys for U.S. Bank Trust National Association
and U.S. Bank National Association*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **GENERAL MOTORS CORP.,** *et al.*, | 09-50026 (REG) |
| Debtors. | Jointly Administered |

**TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:**

**NOTICE OF WITHDRAWAL OF LIMITED CONTRACT OBJECTION OF
U.S. BANK NATIONAL ASSOCIATION OR U.S. BANK TRUST NATIONAL
ASSOCIATION, AS OWNER TRUSTEE**

U.S. Bank National Association or U.S. Bank Trust National Association, as the case may be, as successor in interest to State Street Bank and Trust Company of Connecticut, National Association, as owner trustee and lessor (the "Trustee"), previously filed a *Limited Contract Objection of U.S. Bank National Association or U.S. Bank Trust National Association, as Owner Trustee*, with respect to the financing transaction set forth on Exhibit A hereto (the "Limited Objection").  The Limited Objection was filed on June 15, 2009 and docketed as docket number 1240.

The Trustee hereby withdraws the Limited Objection.

        U.S. Bank National Association or U.S. Bank Trust National Association, as Owner Trustee
By its attorneys,

/s/ Richard Hiersteiner
Richard Hiersteiner (RH 4976)
Jeanne P. Darcey (JD 9800)
Amy A. Zuccarello (AZ 2284)
Judy A. Groves (JG 3928)
Charlotte P. Bodell (CB 1562)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
617.239.0100

Dated: June 18, 2009

**EXHIBIT A**

1. Master Lease Agreement dated May 16, 2000, between Defiance Energy LLC and PNC Leasing, LLC

2. Amendment to Lease dated October 1, 2002, between Defiance Energy LLC and PNC Leasing, LLC

3. Schedule of Leased Equipment No. 2290-001 dated May 16, 2000, between Defiance Energy LLC and PNC Leasing, LLC

4. Schedule of Leased Equipment No. 2290-002 dated January 31, 2002 between Defiance Energy LLC and PNC Leasing, LLC

5. Supplement No. 2290-001 (dated September 1, 2001) to Schedule of Leased Equipment No. 22909-001, between Defiance Energy LLC and PNC Leasing, LLC

6. Supplement No. 2290-002 (dated January 31, 2002) to Schedule of Leased Equipment No. 22909-002, between Defiance Energy LLC and PNC Leasing, LLC

7. Utility Services Agreement dated May 16, 2000, between Defiance Energy, LLC and General Motors Corporation

8. First Amendment to Utility Services Agreement, Dated February 7, 2002 between Defiance Energy, LLC and General Motors Corporation

9. Enterprise Zone Agreement dated May 8, 2000, among Defiance County, Richland Township, Ayersville Local School District, Four County Joint Vocational School District, Defiance Energy LLC and PNC Leasing, LLC

10. Participation Agreement dated as of May 16, 2000, between Defiance Energy LLC and PNC Leasing, LLC

11. Agency Agreement dated as of May 16, 2000, between Defiance Energy LLC and PNC Leasing, LLC

12. Contract Assignment dated as of May 16, 2000, between Defiance Energy, LLC and General Motors Corporation

13. Project Sit License Agreement dated as of May 16, 2000, between Defiance Energy LLC and PNC Leasing, LLC

14. Three Party Agreement dated as of May 16, 2000, among PNC Leasing, LLC, Defiance Energy, LLC and General Motors Corporation

15. Environmental Addendum to Lease dated May 16, 2000 between PNC Leasing, LLC and Defiance Energy LLC

16. Bill of Sale to PNC Leasing LLC from Defiance Energy LLC

17. UCC Financing Statements (precautionary) filed by PNC against Defiance Energy LLC

18. Letter Agreement from PNC Leasing, LLC dated December 4, 2001, acknowledged and agreed to by Defiance Energy LLC on December 14, 2001 (acknowledging the Stipulated Loss Value table)