BODMAN LLP
Ralph E. McDowell (P39235)
Colin T. Darke (P68294)
6th Floor at Ford Field
1901 St. Antoine
Detroit, Michigan 48226
313-393-7585

ATTORNEYS FOR FREUDENBERG-NOK
GENERAL PARTNERSHIP, *ET AL.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**       x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (Jointly Administered) |
| Debtors.    x | |

**AMENDMENT TO LIMITED OBJECTION BY FREUDENBERG-NOK GENERAL PARTNERSHIP, *ET AL.*, TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE COSTS RELATED THERETO**

(i) Freudenberg-NOK General Partnership; (ii) Freudenberg-NOK, Inc.; (iii) Freudenberg-NOK de Mexico, S.A. de C.V.; (iv) Vibracoustic De Mexico S.A. de C.V.; (v) Vibracoustic GMBH & Co. KG; (vi) Vibracoustic Polska Sp. z.o.o.; (vii) Sigma Vibracoustic (India) Private Limited; (viii) Beltan Vibracoustic A.S.; (ix) Freudenberg Nonwovens L.P.; (x) Freudenberg FCCT KG; (xi) Freudenberg Filtration Technologies, L.P. (xii) Freudenberg SAS; and (xiii) Freudenberg & Co. KG (collectively, "Objecting Parties") amend their limited objection ("Objection") [Docket # 1287] to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto, as follows:

1. In their Objection, Objecting Parties listed the following entities as the correct counterparties to contracts with Debtors, and they listed the corresponding cure amounts:

   (i) Freudenberg-NOK General Partnership, - - $2,825,938.16;

   (ii) Freudenberg-NOK, Inc., - - $42,703.47;

   (iii) Freudenberg-NOK de Mexico, S.A. de C.V., - - $17,981.36;

   (iv) Vibracoustic GMBH & Co. KG, - - €81,849;

   (v) Vibracoustic Polska Sp. z.o.o., - - PLN 467,759.61;

   (vi) Sigma Vibracoustic (India) Private Limited, - - €896,602.70 [*not listed on website*];

   (vii) Beltan Vibracoustic A.S., - - €218,000 [*not listed on website*];

   (viii) Freudenberg Nonwovens LP, as reseller of goods produced by Freudenberg FCCT KG, - - $8,400.00; and

   (ix) Freudenberg Filtration Technologies, L.P., - - $87,158.74 [*not listed on website*].

2. Based on payments that (a) Sigma Vibracoustic (India) Private Limited received since the cure objection was filed, and (b) Freudenberg-NOK General Partnership expects to receive from GM Supplier Receivables LLC on July 2, 2009 under authority of the United States Treasury Auto Supplier Support Program ("GM Supplier Support Program"), Objecting Parties amend their list of correct counterparties to contracts with Debtors and corresponding cure amount as follows (with the revised cure amount in bold):

   (i) Freudenberg-NOK General Partnership, - - $1,756,159.47 **(reduced from $2,825,938.16 to reflect payment to be received on July 2, 2009 from the GM Supplier Support Program)**;

   (ii) Freudenberg-NOK, Inc., - - $42,703.47;

   (iii) Freudenberg-NOK de Mexico, S.A. de C.V., - - $17,981.36;

2

(iv) Vibracoustic GMBH & Co. KG, - - €81,849;

(v) Vibracoustic Polska Sp. z.o.o., - - PLN 467,759.61;

(vi) Sigma Vibracoustic (India) Private Limited, - - **€337,822.70 (reduced from €896,602.70)** [*not listed on website*];

(vii) Beltan Vibracoustic A.S., - - €218,000 [*not listed on website*];

(viii) Freudenberg Nonwovens LP, as reseller of goods produced by Freudenberg FCCT KG, - - $8,400.00; and

(ix) Freudenberg Filtration Technologies, L.P., - - $87,158.74 [*not listed on website*].

Objecting Parties, therefore, request that Debtors properly identify all executory contracts and correct counterparties and pay the cure amounts stated above in connection with the assumption and assignment of any agreements.

BODMAN LLP

By: / s / Colin T. Darke
Ralph E. McDowell (P39235)
Colin T. Darke (P68294)
Counsel for Freudenberg-NOK
General Partnership, *et al.*
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48026
cdarke@bodmanllp.com

June 18, 2009

3

Detroit_933433_1