ROBINSON BROG LEINWAND  
GREENE, GENOVESE & GLUCK, P.C.  
1345 Avenue of the Americas  
New York, New York 10105  
(212) 603-6300  
Russell P. McRory  
Fred B. Ringel  
A. Mitchell Greene  
Robert R. Leinwand  

MYERS & FULLER P.A.  
2822 Remington Green Circle  
Tallahassee, Florida 32308  
(850) 878-6404  
Richard Sox (admission pro hac vice pending)  
Shawn Mercer (admission pro hac vice pending)  
Robert Byerts (admission pro hac vice pending)  

Attorneys for Greater New York Automobile Dealers  

Sale Approval Hearing Date: June 30, 2009 at 9:45 a.m  
Sale Motion Objection Deadline: June 19, 2009 5:00 p.m.  

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**  
-------------------------------------------------------------X  
In re:                                              :    CHAPTER 11  
                                                    :
**GENERAL MOTORS CORP.,** *et al.*,                 :    Case No. 09-50026 (REG)  
                                                    :
                                                    :    **(Jointly Administered)**  
**Debtors.**                                        :
-------------------------------------------------------------X  

## MOTION FOR ADMISSION OF
## ROBERT C. BYERTS TO PRACTICE, *PRO HAC VICE*

I, Russell P. McRory, a member in good standing of the bar of the State of New York and admitted to practice in the United States District Court for the Southern District of New York, hereby moves for the admission, *pro hac vice,* of **ROBERT C. BYERTS**, a member in good standing of the bar of the State of Florida and admitted to practice in the United States District Courts for the Southern, Middle and Northern Districts of Florida, and admitted in the Southern and Northern Districts of Indiana, the District of Wyoming, the District of Connecticut, the District of North Carolina, the Eastern and Southern Districts of New York, the District of Maine, the District of Minnesota, and the

1

District of Missouri, among others, *pro hac vice*, to represent the Greater New York Automobile Dealers Association in the above-captioned chapter 11 case.

| | |
|---|---|
| Mailing Address: | Robert C. Byerts<br>Myers & Fuller P.A.<br>2822 Remington Green Circle<br>Tallahassee, Florida  32308 |
| Street Address: | Myers & Fuller P.A.<br>2822 Remington Green Circle<br>Tallahassee, Florida  32308 |
| Telephone: | (850) 878-6404 |
| E-mail: | rbyerts@dealerlawyers.com |

The fee of $25 has been paid with the filing of this motion.

Dated: June, 19, 2009
New York, New York

>ROBINSON BROG LEINWAND GREENE
>GENOVESE & GLUCK P.C.
>By: /s/ Russell P. McRory
>Russell P. McRory, Esq.
>Fred B. Ringel, Esq.
>A. Mitchell Greene, Esq.
>Robert R. Leinwand, Esq.
>1345 Avenue of the Americas
>New York, New York 10105
>Telephone: (212) 603-6300
>Facsimile: (212) 956-2164
>
>and
>MYERS & FULLER P.A.
>Richard Sox, Esq.
>Shawn Mercer, Esq.
>Robert Byerts, Esq.
>2822 Remington Green Circle
>Tallahassee, Florida 32308
>
>*Attorneys for Greater New York*
>*Automobile Dealers Association*

2

# EXHIBIT A

| | |
|---|---|
| ROBINSON BROG LEINWAND<br>GREENE, GENOVESE & GLUCK, P.C.<br>1345 Avenue of the Americas<br>New York, New York 10105<br>(212) 603-6300<br>Russell P. McRory<br>Fred B. Ringel<br>A. Mitchell Greene<br>Robert R. Leinwand | Sale Approval Hearing Date: June 30, 2009 at 9:45 a.m<br>Sale Motion Objection Deadline: June 19, 2009 5:00 p.m. |

MYERS & FULLER P.A.
2822 Remington Green Circle
Tallahassee, Florida 32308
(850) 878-6404
Richard Sox (admission pro hac vice pending)
Shawn Mercer (admission pro hac vice pending)
Robert Byerts (admission pro hac vice pending)

Attorneys for  Greater New York Automobile Dealers

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
| | | |
|---|---|---|
| **In re:** | : | CHAPTER 11 |
| | : | |
| **GENERAL MOTORS CORP.,** *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |

-----------------------------------------------------------------X

## ORDER ADMITTING ROBERT C. BYERTS
## FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

On motion of Russell P. McRory to admit **ROBERT C. BYERTS,** a member in good standing of the bar of the State of Florida, *pro hac vice*, to represent the Greater New York Automobile Dealers Association in the above-captioned chapter 11 case, and the filing fee having been paid,

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

4

2. **ROBERT B. BYERTS** is admitted to practice, *pro hac vice*, in the above-captioned chapter 11 case, in the United States Bankruptcy Court for the Southern District of New York.

Dated:  New York, New York
          June ____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE