ROBINSON BROG LEINWAND  **Sale Approval Hearing Date:** June 30, 2009 at 9:45 a.m
GREENE, GENOVESE & GLUCK, P.C.  **Sale Motion Objection Deadline:** June 19, 2009 5:00 p.m.
1345 Avenue of the Americas
New York, New York 10105
(212) 603-6300
Russell P. McRory
Fred B. Ringel
A. Mitchell Greene
Robert R. Leinwand

MYERS & FULLER P.A.
2822 Remington Green Circle
Tallahassee, Florida 32308
(850) 878-6404
Richard Sox (admission pro hac vice pending)
Shawn Mercer (admission pro hac vice pending)
Robert Byerts (admission pro hac vice pending)

Attorneys for Greater New York Automobile Dealers

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
| | |
|---|---|
| **In re:** | **CHAPTER 11** |
| **GENERAL MOTORS CORP.,** *et al.*, | Case No. 09-50026 (REG) |
| | **(Jointly Administered)** |
| **Debtors.** | |

---------------------------------------------------------------X

**MOTION FOR ADMISSION OF**
**SHAWN D. MERCER TO PRACTICE, *PRO HAC VICE***

I, Russell P. McRory, a member in good standing of the bar of the State of New York and admitted to practice in the United States District Court for the Southern District of New York, hereby moves for the admission, *pro hac vice,* of **SHAWN D. MERCER**, a member in good standing of the bar of the State of North Carolina and admitted to practice in the United States District Courts for the United States Supreme Court, Fourth Circuit Court of Appeals for the United States District Court, Eastern, Middle and Western Districts of North Carolina and the Eastern District of Michigan, among others,

1

*pro hac vice,* to represent the Greater New York Automobile Dealers Association in the above-captioned chapter 11 case.

| | |
|---|---|
| Mailing Address: | Shawn D. Mercer<br>Myers & Fuller P.A.<br>9104 Falls of Neuse Road, Ste 200<br>Raleigh NC  27615 |
| Street Address: | Myers & Fuller P.A.<br>9104 Falls of Neuse Road, Ste 200<br>Raleigh NC  27615 |
| Telephone: | (919) 847.8632 |
| E-mail: | smercer@dealerlawyers.com |

The fee of $25 has been paid with the filing of this motion.

Dated: June, 19, 2009
New York, New York

            ROBINSON BROG LEINWAND GREENE
            GENOVESE & GLUCK P.C.
            By: /s/ Russell P. McRory
            Russell P. McRory, Esq.
            Fred B. Ringel, Esq.
            A. Mitchell Greene, Esq.
            Robert R. Leinwand, Esq.
            1345 Avenue of the Americas
            New York, New York 10105
            Telephone: (212) 603-6300
            Facsimile: (212) 956-2164

            and
            MYERS & FULLER P.A.
            Richard Sox, Esq.
            Shawn Mercer, Esq.
            Robert Byerts, Esq.
            2822 Remington Green Circle
            Tallahassee, Florida 32308

            *Attorneys for Greater New York*
            *Automobile Dealers Association*

# EXHIBIT A

| | |
|---|---|
| ROBINSON BROG LEINWAND<br>GREENE, GENOVESE & GLUCK, P.C.<br>1345 Avenue of the Americas<br>New York, New York 10105<br>(212) 603-6300<br>Russell P. McRory<br>Fred B. Ringel<br>A. Mitchell Greene<br>Robert R. Leinwand | Sale Approval Hearing Date: June 30, 2009 at 9:45 a.m<br>Sale Motion Objection Deadline: June 19, 2009 5:00 p.m. |

MYERS & FULLER P.A.
2822 Remington Green Circle
Tallahassee, Florida 32308
(850) 878-6404
Richard Sox (admission pro hac vice pending)
Shawn Mercer (admission pro hac vice pending)
Robert Byerts (admission pro hac vice pending)

Attorneys for Greater New York Automobile Dealers

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| **GENERAL MOTORS CORP.,** *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |

-------------------------------------------------------------X

### ORDER ADMITTING SHAWN D. MERCER
### FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

On motion of Russell P. McRory to admit **SHAWN D. MERCER,** a member in good standing of the bar of the State of North Carolina, *pro hac vice*, to represent the Greater New York Automobile Dealers Association in the above-captioned chapter 11 case, and the filing fee having been paid,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

4

2. **SHAWN D. MERCER** is admitted to practice, *pro hac vice*, in the above-captioned chapter 11 case, in the United States Bankruptcy Court for the Southern District of New York.

Dated: New York, New York
 June ____, 2009

 _____
 UNITED STATES BANKRUPTCY JUDGE