CARSON FISCHER, P.L.C.
Counsel for Lapeer Metal Stamping Companies, Inc.
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI 48302
(248) 644-4840
Patrick J. Kukla (P60465)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                                :
In re:                                          :    Chapter 11
                                                :    Case No.: 09-50026 (REG)
GENERAL MOTORS CORPORATION, *et al.*,           :    (Jointly Administered)
                                                :
            Debtors.                            :
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Patrick J. Kukla, certify that on June 17, 2009, I electronically filed the following papers with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record listed on the Court's ECF system for the above-captioned case:

a.  Lapeer Metal Stamping Companies, Inc.'s Amended Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Non-Residential Real Property and (II) Cure Costs Related Thereto [Docket # 1664].

                                    CARSON FISCHER, P.L.C.

                                    By: _/s/ Patrick J. Kukla_
                                        Patrick J. Kukla (P60465)
                                        4111 Andover Road, West-2nd Flr.
                                        Bloomfield Hills, MI 48302
Dated: June 18, 2009                    Tele: (248) 644-4840