CARSON FISCHER, P.L.C.
Counsel for Lapeer Metal Stamping Companies, Inc.
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI 48302
(248) 644-4840
Patrick J. Kukla (P60465)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                    :
In re:                                              :      Chapter 11
                                                    :      Case No.: 09-50026 (REG)
GENERAL MOTORS CORPORATION, *et al.*,   :      (Jointly Administered)
                                                    :
         Debtors.                                   :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that papers were served as follows:

1. Papers Served:

    a. Lapeer Metal Stamping Companies, Inc.'s Amended Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Non-Residential Real Property and (II) Cure Costs Related Thereto [Docket # 1664].

2. Served Upon:

    General Motors Corporation
    Attn: Warren Command Center
    Mailcode: 480-206-114
    Cadillac Building
    30009 Van Dyke Avenue
    Warren, MI 48090-9025

    Weil, Gotshal & Manges, LLP
    Attn: Harvey R. Miller, Esq.
            Stephen Karotkin, Esq.
            Joseph H. Smolinsky, Esq.
    767 Fifth Avenue
    New York, NY 10153

U.S. Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue, NW
Room 2312
Washington, DC 20220

Cadwalader, Wickersham & Taft, LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY 10281

Vedder Price, P.C.
Attn: Michael J. Edelman, Esq.
      Michael L. Schein, Esq.
1633 Broadway
47th Floor
New York, NY 10019

Office of the United States Trustee
for the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004

3.  Date of Service:    June 18, 2009

4.  Method of Service:  First Class U.S. Mail

CARSON FISCHER, P.L.C.

By: /s/ Patrick J. Kukla
    Patrick J. Kukla (P60465)
    4111 Andover Road, West-2nd Flr.
    Bloomfield Hills, MI  48302
Dated: June 18, 2009                Tele: (248) 644-4840