UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :    Chapter 11
                                                               :
In re:                                                         :    Case No. 09-50026 (REG)
                                                               :
GENERAL MOTORS CORPORATION, *et al.*                           :    (Jointly Administered)
                                                               :
         Debtors.                                              :
---------------------------------------------------------------x

### **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that LA Productions, LLC., hereby enters its appearance by and through its counsel, Kupelian Ormond & Magy, P.C., pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. § 342 and 1109(b), that copies of all notices and pleadings given or filed in these cases be given and served upon the party listed below at the following address and telephone number:

> Terrance A. Hiller, Jr., Esq.
> David M. Blau, Esq.
> Paul Magy, Esq.
> Matthew W. Schlegel, Esq.
> KUPELIAN ORMOND & MAGY, P.C.
> 25800 Northwestern Highway, Suite 950
> Southfield, Michigan 48075
> Telephone: 248.357.0000
> Facsimile: 248.357.7488
> tah@kompc.com
> dmb@kompc.com
> psm@kompc.com
> mws@kompc.com

Please take further notice that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to I n the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written, or oral, and whether transmitter or

2239-1002/160284

conveyed by mail, delivery, telephone, telegraph, telex, e-mail or otherwise filed or made with regard to the referenced cases and proceedings herein.

Dated:   June 18, 2009

Respectfully submitted,

KUPELIAN ORMOND & MAGY, P.C.

/s/ Terrance A. Hiller, Jr.
Terrance A. Hiller, Jr. (P55699)
David M. Blau (P52542)
Paul S. Magy (P34423)
Matthew W. Schlegel (P36963)
25800 Northwestern Highway, Suite 950
Southfield, Michigan  48075
Tel. 248.357.0000; Fax. 248.357.7488
Attorneys for LA Productions, LLC
tah@kompc.com
dmb@kompc.com
psm@kompc.com
mws@kompc.com

## CERTIFICATE OF SERVICE

I do hereby certify that I caused to be served a true copy of the ***Notice of Appearance and Request for Service of Papers*** to be served electronically on those parties requesting electronic service via the Court's ECF system and on the parties listed below via U.S. first class mail, postage prepaid:

Joseph R. Sgroi , Esq.
Robert B. Weiss, Esq.
Honigman Miller Schwartz & Cohn LLP
2290 First National Building
Detroit, MI 48226

Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153

United States Trustee
33 Whitehall St., 21st Floor
New York, NY 10004

2239-1002/160284

Dated: June 18, 2009

Respectfully submitted,

KUPELIAN ORMOND & MAGY, P.C.

/s/ Terrance A. Hiller, Jr.
Terrance A. Hiller, Jr. (P55699)
David M. Blau (P52542)
Paul S. Magy (P34423)
Matthew W. Schlegel (P36963)
25800 Northwestern Highway, Suite 950
Southfield, Michigan  48075
Tel. 248.357.0000; Fax. 248.357.7488
Attorneys for LA Productions, LLC
tah@kompc.com
dmb@kompc.com
psm@kompc.com
mws@kompc.com

2239-1002/160284