**EXHIBIT A TO THE AFFIRMATION OF NORMAN W. BERNSTEIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. |
| ) | IP 83 1419-C |
| ENVIRONMENTAL CONSERVATION AND ) | |
| CHEMICAL CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ———————————————————) | |

## ORDER

This matter comes before the Court on the Motion filed
June 28, 1991 of the United States to enter the Consent Decree,
including the exhibits, lodged March 22, 1991; the response
thereto filed by the Environmental Conservation and Chemical
Corporation ("ECC") Steering Committee; and various subsequent
filings made by the Parties, including amendments to the Consent
Decree and certain of the exhibits agreed to by the parties.

The Court, after hearing counsel and being duly advised,
hereby ORDERS:

1.   That the Consent Decree lodged on March 20, 1991 by
plaintiff as amended is hereby entered as an order of this Court;
and

2.    The standard of liability of the Trustees that serve under the trust agreements established pursuant to Article V of said Consent Decree (Exhibits C and D thereto) shall be as set forth in Sections 3.08 and 3.07 of Exhibits C and D respectively.

Dated:    Indianapolis, Indiana
          September 10, 1991

James E. Noland, Judge

Judge, United States District Court

Notice to:

Charles Goodloe, Jr., Esq.
United States Attorney's Office
274 United States Courthouse
46 East Ohio Street
Indianapolis, IN  46204

John T. Hume III, Esq.
Hume, Smith, Geddes & Green
54 Monument Circle, Suite 400
Indianapolis, IN  46204

Douglas J. Hill, Esq.
Hill, Fulwider, McDowell, Funk
   & Matthews
One Indiana Square, Suite 2335
Indianapolis, IN  46204

Stephen F. Schuster, Esq.
Ogden, Robertson & Marshall
1200 One Riverfront Plaza
Louisville, KY  40202

James E. Markle, President
Wastex Research, Inc.
2000 Broadway
East St. Louis, IL  62205

Steven M. Helm, Esq.
Dukes, Martin, Helm & Ryan
146 North Vermillion
Post Office Box 158
Danville, IL  61832-4794

George W. Rooney, Jr., Esq.
Roetzel & Associates
75 E. Market Street
Akron, Ohio  44308

Halbert W. Kunz, Esq.
Kunz & Kunz
320 North Meridian Street
Indianapolis, IN  46204

James W. Riley, Jr., Esq.
Mary K. Reeder, Esq.
Callahan & Riley
One American Square
Box 82035
Indianapolis, IN  46282

Leroy M. Lacey, Esq.
Edward S. Mahoney, Esq.
Lacey, O'Mahoney, Mahoney &
Sager
P. O. Box 805
208 East Mulberry Street
Kokomo, IN  46903-0805

09-50026-mg    Doc 1865-1    Filed 06/18/09    Entered 06/18/09 16:54:08    Exhibit A to
the Affirmation of Norman W. Bernstein    Pg 4 of 5
Jan-09-02    03:01pm    From-ICE MILLER 41    +3172362218    T-404   P.004/005   F-378

Joseph M. Scodro, Esq.
Martha S. Hollingsworth, Esq.
Bingham, Summers, Welsh
    & Spilman
2700 Market Tower Building
Ten West Market Street
Indianapolis, Indiana   46204

Stephen R. Lewis, Esq.
151 N. Delaware, Suite 730
Indianapolis, IN   46204

David A. Ullrich, Esq.
Acting Deputy Regional Counsel
U.S. Environ. Protection Agency
230 South Dearborn Street
Chicago, Illinois   60604

Warren D. Krebs, Esq.
Parr, Richey, Obremskey & Morton
225 West Main Street
P.O. Box 666
Lebanon, IN   46052

Michael E. Walter, Esq.
407 Main Street
Post Office Box 95
Port Jefferson, New York   11777

Robert E. Leininger, Esq.
Assistant Regional Counsel
U.S. Environ. Protection Agency
Region V, 5CS-TUB-3
230 South Dearborn Street
Chicago, Illinois   60604

Helen B. Keplinger, Esq.
Office of Enforcement Counsel
U.S. Environ. Protection Agency
401 M Street, S.W.
Washington, D.C.   20460

Thomas M. Moorehead, Esq.
Maclyn T. Parker, Esq.
2400 Fort Wayne Bank Bldg.
Fort Wayne, Indiana   46854

William D. Kimme, Esq.
Kimme, Lanke & O'Connor
P.O. Box 128
Washington, MO   63090

Steven K. Robinson, Esq.
Attorney for Farmers'
    Production Credit
Association of Scottsburg
308 West Second Street
P.O. Box 647
Seymour, IN   47274

Barbara A. Rogers, Esq.
Environmental Enforcement
Section
Land & Natural Resources Div.
U.S. Department of Justice
Box 7611; Ben Franklin Sta.
Washington, D.C.   20044

Jerald I. Ancel, Esq.
Frank J. DeVeau, Esq.
Donald C. Biggs, Esq.
4000 Bank One Tower
111 Monument Circle
P. O. Box 44363
Indianapolis, IN   46244-0363

George M. Strekfus, Esq.
Robert C. Ewald, Esq.
P.O. Box 649
New Albany, IN   47150

Michael S. Walsh, Esq.
Johnson, Smith, Densborn,
    Wright & Heats
One Indiana Sq., #1800
Indianapolis, IN   46204

-3-

09-50026-mg   Doc 1865-1   Filed 06/18/09   Entered 06/18/09 16:54:08   Exhibit A to
the Affirmation of Norman W. Bernstein   Pg 5 of 5   T-404   P.005/005   F-378
Jan-09-02   03:01pm   From-the-Matter   4132210

F. Henry Habicht, II, Esq.
Assistant Attorney General
U.S. Department of Justice
Land & Natural Resources Div.
Washington, D.C.   20530

Charleyne L. Gabriel, Esq.
Dean T. Barnhard, Esq.
Steven E. Plopper, Esq.
Klineman, Rose, Wolf & Wallack
First Indiana Plaza, Suite 2100
135 North Pennsylvania Street
Indianapolis, IN   46204-2456

Robert L. Logan, Esq.
H.H. Robertson Company
Two Gateway Center
Pittsburgh, PA   15222

.t & Witzig Engineering, Inc.
3-05 W. 96th Street
Indianapolis, Indiana   46268

Charles C. MacGregor, Esq.
Richard T. Mullineaux, Esq.
Wyatt Tarrant Combs & Orbison
100 East Spring Street
Box 649
New Albany, IN   47150

John L. Ropiquet, Esq.
Arnstein, Gluck, Lehr, Barron
   & Milligan
120 South Riverside Plaza
Suite 1200
Chicago, IL   60606-3913

Robert F. Wagner, Esq.
R. Robert Stomnel, Esq.
Lewis, Bowman, St. Clair
   & Wagner
5101 Madison Avenue
Indianapolis, IN   46227

C. Rex Henthorn, Esq.
Harding & Henthorn
500 Ben Hur Building
P.O. Box 645
Crawfordsville, IN   47933

Louis M. Rundio, Esq.
McDermott Will & Emery
227 West Monroe Street
31st Floor
Chicago, IL   60606-5096

William H. Hawkins, III, Esq.
2500 Central Trust Center
Cincinnati, OH   45202

Dixie L. Laswell, Esq.
Coffield, Ungaretti, Harris
   & Slavin
3500 Three First
   National Plaza
Chicago, IL   60602

John C. Duffey, Esq.
Stuart & Branigan
8th Floor, The Life Building
P.O. Box 1010
Lafayette, IN   47902

Leonard Opperman, Esq.
Bose, McKinney & Evans
135 N. Pennsylvania Street
Suite 2700
Indianapolis, Indiana   46204

Linley E. Pearson, Esq.
Attorney General of Indiana
219 State House
Indianapolis, Indiana   46204

JMK00374

-4-