**EXHIBIT D TO THE AFFIRMATION OF NORMAN W. BERNSTEIN**

**AND**

**CERTIFICATE OF SERVICE OF OBJECTION AND AFFIRMATION IN
SUPPORT OF OBJECTION**

## Notice of Assessment

Please take notice that on this 16th day of April 2009, pursuant to Sections 1.02, 2.03 and
2.04 of the Environmental Conservation and Chemical Corporation Trust Fund Agreement,
the Trustees of the Environmental Conservation and Chemical Corporation Trust Fund (the
"Trust"), hereby request payment to the Trust by each Trust Settlor of the amount set forth
in Attachment 1.

Each payment may be made by check or by wire transfer. Wire transfer instructions are set
forth below.

| | |
|---|---|
| Name of Bank: | Citibank N.A. |
| Bank Address: | 1101 Pennsylvania Avenue, N.W.<br>Suite 900<br>Washington, D.C. 20004 |
| ABA Routing: | #254070116 |
| Account Number: | 15183841 |
| Account Name: | Environmental Conservation Chemical<br>Corporation Trust Fund |
| Attention: | Marilyn McKinnon |

In order to insure proper credit of a wire transfer, please ask your bank to obtain and
provide to you a "Fed. Reference Number" for your wire transfer.

As provided in the Trust, each payment must be accompanied by a completed
"Contribution Form". A copy of the form is attached as Attachment 2 to this Notice.

In the event payment is made by wire transfer, the Contribution Form should be sent to the
offices of N.W. Bernstein & Associates LLC, 800 Westchester Avenue, Suite N319, Rye
Brook, New York, 10573 accompanied by a copy of the wire transfer instruction that you
sent to your bank and the Fed. Reference Number that you received from your bank. In
that way, we can be sure that you receive credit for the wire transfer that you have sent.

In the event payment is made by check, the check should be made payable to the
"Environmental Conservation and Chemical Corporation Trust Fund". The Contribution
Form should physically accompany the check and both the check and contribution form
should be sent to N.W. Bernstein & Associates, LLC at 800 Westchester Avenue, Suite
N319, Rye Brook, New York, 10573.

The payment is due within thirty (30) days of your receipt of this notice.

Thank you.

_____
W.C. Blanton, Trustee

_____
Norman W. Bernstein, Trustee

2

# ATTACHMENT 1

Privileged and Confidential
April 2009 Assessment

| Company Name | Percentage | $500,000 |
|---|---|---|
| A.O. Smith Corporation | 0.8191 | $4,096 |
| Ahlstrom Filtration, Inc. (Southern Specialties) | 1.7482 | $8,741 |
| ALCOA (Aluminum Co. of America Warrick Operations and Rea Magnet Wire Company) | 5.7128 | $28,564 |
| American Telephone & Telegraph Co. (& its subsidiaries, including Western Electric Co., Inc.) | 2.4562 | $12,281 |
| Arvin Industries, Inc. | 5.4002 | $27,001 |
| Batesville Casket Company, Inc. | 2.2612 | $11,306 |
| Beamis Company, Inc. (Beamis Bag) | 2.7596 | $13,798 |
| Beazer Materials and Services, Inc. (Koppers Company, Inc.) | 2.6633 | $13,317 |
| Bridgestone/Firestone, Inc. (Firestone Industrial Products) | 2.8902 | $14,451 |
| Chase Packaging Corporation (Chase Bag Company) (Union Camp) | 0.5086 | $2,543 |
| Cintech Idustrial Coatings, Inc. (Cincinnati Varnish)(Foy-Johnston, Inc.) | 1.1832 | $5,916 |
| Daimler Trucks North America LLC (formerly Freightliner, LLC) | 3.6244 | $18,122 |
| Emhart Industries, Inc. (USM and Bailey) | 2.0830 | $10,415 |
| Exxon Mobil (Mobil Oil Corporation) | 3.9752 | $19,876 |
| Ford Motor Company | 3.8200 | $19,100 |
| General Electric Company including RCA | 5.2913 | $26,456 |
| General Motors Corporation (GKC-Delco Electronics/Delco) | 12.5182 | $62,591 |
| H C Industries, Inc. | 0.4933 | $2,467 |
| Honeywell, Inc. | 3.2667 | $16,333 |
| Jones Chemical, Inc. | 4.1302 | $20,651 |
| Kimberly-Clark Corporation (Brown-Bridge Division) | 2.2626 | $11,313 |
| Kurfees Coatings, Inc. (Louisville Varnish Company) | 0.9019 | $4,509 |
| Ludlow Corporation (Tyco International Ltd.) | 4.6120 | $23,060 |
| Marathon Ashland Petroleum, LLC (Marathon Oil/Marathon Pipe Line Co.) | 2.3581 | $11,790 |
| Pratt & Lambert, Inc. | 2.7288 | $13,644 |
| RCA with GE | 2.4771 | $12,385 |
| S.C. Johnson, Inc. (Drackett-Lenk) | 4.1761 | $20,880 |
| Solvents Recovery Srv NJ (SRS & C.R. Bard) | 1.5050 | $7,525 |
| Standard Paints, Inc. | 0.3841 | $1,921 |
| Stolle Corporation | 0.6254 | $3,127 |
| The Kendall Company | 3.4460 | $17,230 |
| Union Carbide Chemicals and Plastics Company, Inc. (Union Carbide Corporation) | 3.5473 | $17,736 |
| Waste Research & Reclamation Company, Inc. | 2.3471 | $11,736 |
| Whittier Corporation (Dayton Coatings and Chemicals) | 1.0241 | $5,120 |
| | 100.0005 | $500,000 |

# ATTACHMENT 2

ATTACHMENT 2

ENVIRONMENTAL CONSERVATION AND CHEMICAL CORPORATION SITE
TRUST FUND

CONTRIBUTION FORM

TO:   <u>Environmental Conservation and Chemical Corporation Site Trust Fund Trustees</u>

      1.      The undersigned hereby contributes $_____ to the
Environmental Conservation and Chemical Corporation Site Trust Fund (by certified
check or wire transfer).

      2.      For purposes of receiving any notices pursuant to Section 5.04 of the Trust
Agreement, the address of the undersigned or its authorized agent to receive said notices
shall be as follows until written notice to the contrary is delivered to the Trustees:

_____

_____

_____

      The undersigned does not hereby admit, accept, or intend to acknowledge any
liability or fault with respect to any matter arising out of or relating to the Environmental
Conservation and Chemical Corporation Site.

_____
Company

_____
Signatory

_____
Title of Signatory

_____
Date

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS<br>CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathryn Whisenhunt, hereby certify that on this 18th day of June 2009, I caused a true copy of the Limited Objection of the Environmental Conservation and Chemical Corporation Site Trust Fund ("The Trust") to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-sponsored purchaser dated June 18, 2009, and the accompanying Affirmation in support thereof to be served on all registered parties through the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York and to the following via e-mail (where applicable) or by facsimile (where no e-mail address was available) and by first class mail as follows:

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller, Esq.,
Stephen Karotkin, Esq.,
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY 10153

Cadwalader, Wickersham & Taft, LLP
Presidential Task Force
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY 10281

Kramer Levin Naftalis & Frankel LLP
Attn: Gordon Z. Novod, Esq.,
Thomas Moers Mayer, Esq.
1177 Avenue of the Americas
New York, NY 10036

Cleary Gottleib Steen & Hamilton, LLP
Attn: James L. Bromley, Esq.
One Liberty Plaza
New York, NY 10281

Cohen, Weiss and Simon, LLP
Attn: Babette Ceccotti, Esq.
330 W. 42nd Street
New York, NY 10036

Vedder Price, P.C.
Attn: Michael J. Edelman, Esq.,
Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY 10019

Office of the United States Trustee for the
Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

U.S. Attorney's Office
S.D.N.Y.
Attn: David S. Jones, Esq.,
Matthew L. Schwartz, Esq.
86 Chambers Street, 3rd Floor
New York, NY 10007

*/s/ Kathryn Whisenhunt*

Kathryn Whisenhunt
An Employee of N.W. Bernstein & Associates, LLC