**Exhibit "A"**

## SKF USA Inc.
### General Motors - SKF VSM

6/12/2009

| Date of Shipping | Invoice No. | | Amount Shipped | Purchase Order No. |
|---|---|---|---|---|
| 5/21/2009 | 1769070 | | $137.21 | 1102408 |
| | | Total Invoices for P.O. No. 1102408 | $137.21 | |
| 4/28/2009 | 1766108 | | $16,472.00 | 6000072346 |
| 4/29/2009 | 1766393 | | $1,867.50 | 6000072346 |
| | | Total Invoices for P.O. No. 6000072346 | $18,339.50 | |
| 5/29/2009 | 1770045 | | $1,120.50 | 6000072760 |
| | | Total Invoices for P.O. No. 6000072760 | $1,120.50 | |
| 5/29/2009 | 1770046 | | $4,118.00 | 6000073359 |
| | | Total Invoices for P.O. No. 6000073359 | $4,118.00 | |
| 5/7/2009 | 1767435 | | $538.65 | CN-39308 |
| 5/14/2009 | 1768269 | | $198.00 | CN-39308 |
| 5/14/2009 | 1768270 | | $22.00 | CN-39308 |
| 5/14/2009 | 1768271 | | $16.50 | CN-39308 |
| 5/14/2009 | 1768272 | | $388.30 | CN-39308 |
| 5/14/2009 | 1768273 | | $24.60 | CN-39308 |
| 5/14/2009 | 1768274 | | $9.78 | CN-39308 |
| 5/21/2009 | 1769102 | | $244.50 | CN-39308 |
| 5/7/2009 | 1767368 | | $78.30 | GM-39308 |
| 5/7/2009 | 1767442 | | $236.25 | GM-39308 |
| 5/7/2009 | 1767443 | | $299.92 | GM-39308 |
| 5/11/2009 | 1767762 | | $256.62 | GM-39308 |
| 5/14/2009 | 1768188 | | $327.80 | GM-39308 |
| 5/14/2009 | 1768189 | | $59.40 | GM-39308 |
| 5/14/2009 | 1768256 | | $275.00 | GM-39308 |
| 5/14/2009 | 1768257 | | $2,331.60 | GM-39308 |
| 5/14/2009 | 1768258 | | $38.50 | GM-39308 |
| 5/14/2009 | 1768259 | | $5.40 | GM-39308 |
| 5/14/2009 | 1768260 | | $218.42 | GM-39308 |
| 5/18/2009 | 1768559 | | $245.70 | GM-39308 |
| 5/21/2009 | 1769094 | | $3,256.00 | GM-39308 |
| 5/21/2009 | 1769101 | | $3,297.60 | GM-39308 |
| 5/28/2009 | 1769751 | | $3,060.00 | GM-39308 |
| 5/28/2009 | 1769753 | | $1,148.40 | GM-39308 |
| 5/28/2009 | 1769754 | | $276.75 | GM-39308 |
| 5/28/2009 | 1769755 | | $55.42 | GM-39308 |

Page 1

11099889_4

**SKF USA Inc.**
**General Motors - SKF VSM**

| Date of Shipping | Invoice No. | | Amount Shipped | Purchase Order No. |
|---|---|---|---|---|
| | | Total Invoices for P.O. No. GM-39308 | $16,909.41 | |
| 5/15/2009 | 1768326 | | $11.46 | CN-40207 |
| | | Total Invoices for P.O. No. GM-40207 | $11.46 | |
| 5/14/2009 | 1768275 | | $21.46 | CN-52004 |
| 5/14/2009 | 1768276 | | $1,422.09 | CN-52004 |
| 5/21/2009 | 1769103 | | $214.60 | CN-52004 |
| 5/21/2009 | 1769104 | | $6,615.81 | CN-52004 |
| 5/28/2009 | 1769858 | | $418.47 | CN-52004 |
| | | Total Invoices for P.O. No. GM-52004 | $8,692.43 | |
| 5/7/2009 | 1767436 | | $146.58 | CN-54103 |
| 5/28/2009 | 1769857 | | $258.26 | CN-54103 |
| | | Total Invoices for P.O. No. GM-54103 | $404.84 | |
| 5/8/2009 | 0656574 | | $2,848.32 | CR-078799 |
| 5/15/2009 | 0660519 | | $79.45 | CR-078799 |
| 5/15/2009 | 0660520 | | $192.95 | CR-078799 |
| 5/15/2009 | 0660521 | | $320.68 | CR-078799 |
| 5/15/2009 | 0660752 | | $3,083.82 | CR-078799 |
| | | Total Invoices for P.O. No. CR-078799 | $6,525.22 | |
| 5/28/2009 | 1769851 | | $137.21 | GM-1132218 |
| | | Total Invoices for P.O. No. GM-1132218 | $137.21 | |
| 5/4/2009 | 1766767 | | $248.30 | GM-40207 |
| 5/11/2009 | 1767639 | | $38.20 | GM-40207 |
| 5/18/2009 | 1768497 | | $91.68 | GM-40207 |
| | | Total Invoices for P.O. No. GM-40207 | $378.18 | |
| 5/1/2009 | 1766666 | | $1,505.35 | GM-40757 |
| 5/1/2009 | 1766681 | | $0.70 | GM-40757 |
| 5/22/2009 | 1769175 | | $1,493.45 | GM-40757 |
| 5/22/2009 | 1769176 | | $624.75 | GM-40757 |
| 5/22/2009 | 1769177 | | $1,796.90 | GM-40757 |

6/12/2009

Page 2

11099889_4

6/12/2009

## SKF USA Inc.
## General Motors - SKF VSM

| Date of Shipping | Invoice No. | | Amount Shipped | Purchase Order No. |
|---|---|---|---|---|
| 5/28/2009 | 1769841 | | $109.06 | GM-40757 |
| 5/14/2009 | 1768208 | | $201.32 | GM-40207 |
| | | Total Invoices for P.O. No. GM-40757 | $5,731.53 | |
| 2/12/2009 | 1756914 | | $1,635.20 | GM-52004 |
| 5/7/2009 | 1767445 | | $525.77 | GM-52004 |
| 5/7/2009 | 1767446 | | $8,099.73 | GM-52004 |
| 5/7/2009 | 1767447 | | $274.42 | GM-52004 |
| 5/7/2009 | 1767448 | | $87,648.00 | GM-52004 |
| 5/14/2009 | 1768262 | | $47,808.00 | GM-52004 |
| 5/14/2009 | 1768263 | | $32.19 | GM-52004 |
| 5/14/2009 | 1768264 | | $21,084.03 | GM-52004 |
| 5/14/2009 | 1768265 | | $1,097.68 | GM-52004 |
| 5/14/2009 | 1768266 | | $782.80 | GM-52004 |
| 5/21/2009 | 1769096 | | $572.32 | GM-52004 |
| 5/21/2009 | 1769097 | | $410.20 | GM-52004 |
| 5/21/2009 | 1769098 | | $23,406.00 | GM-52004 |
| 5/21/2009 | 1769099 | | $536.50 | GM-52004 |
| 5/21/2009 | 1769100 | | $2,606.99 | GM-52004 |
| 5/21/2009 | 1769757 | | $656.32 | GM-52004 |
| 5/28/2009 | 1769758 | | $1,351.98 | GM-52004 |
| 5/28/2009 | 1769759 | | $309.15 | GM-52004 |
| | | Total Invoices for P.O. No. GM-52004 | $198,837.28 | |
| 5/7/2009 | 1767444 | | $12,354.00 | GM-54050 |
| 5/14/2009 | 1768261 | | $12,354.00 | GM-54050 |
| 5/21/2009 | 1769095 | | $4,118.00 | GM-54050 |
| 5/28/2009 | 1769756 | | $12,354.00 | GM-54050 |
| | | Total Invoices for P.O. No. GM-54050 | $41,180.00 | |
| 5/7/2009 | 1767441 | | $265.24 | GM-54103 |
| 5/28/2009 | 1769752 | | $202.42 | GM-54103 |
| | | Total Invoices for P.O. No. GM-54103 | $467.66 | |
| 5/28/2009 | 1769850 | | $94.00 | GM-54108 |
| | | Total Invoices for P.O. No. GM-54108 | $94.00 | |
| 5/7/2009 | 1767367 | | $30.36 | GM-59369 |
| 5/7/2009 | 1767440 | | $92.40 | GM-59369 |

Page 3

11099889_4

## SKF USA Inc.
### General Motors - SKF VSM

| Date of Shipping | Invoice No. | | Amount Shipped | Purchase Order No. |
|---|---|---|---|---|
| | | Total Invoices for P.O. No. GM-59369 | $122.76 | |
| 5/11/2009 | 1767762 | | $256.62 | 02913961 |
| | | Total Invoices for P.O. No. 02913961 | $256.62 | |
| | | **TOTAL ALL VSM INVOICES** | **$303,463.81** | |
| | | **MISCELLANEOUS CLAIMS FOR UNDERPAYMENTS UNDER VARIOUS ASSUMED CONTRACTS** | | |
| 3/18/2009 | M0000087114 | | $186.86 | |
| 5/28/2009 | M 0000087934 | | 2,016.56 | |
| 4/28/2009 | Q 0000087630 | | $75.00 | |
| | | Total Miscellaneous Claims | $2,278.42 | |

6/12/2009

Page 4

11099889_4

**SKF USA Inc.**
**General Motors - SKF Seals**

| Date of Shipping | Invoice No. | Amount Shipped | Purchase Order No. |
|---|---|---|---|
| 5/22/2009 | 1769140 | $870.00 | 4500264236 |
| | Total Invoices for P.O. No. 4500264236 | $870.00 | |
| 5/19/2009 | 1768645 | $6,644.00 | 1CFW0001 |
| 5/26/2009 | 1769376 | $5,436.00 | 1CFW0001 |
| 5/27/2009 | 1769564 | $4,228.00 | 1CFW0001 |
| 5/28/2009 | 1769774 | $4,228.00 | 1CFW0001 |
| 5/29/2009 | 1769938 | $4,228.00 | 1CFW0001 |
| | Total Invoices for P.O. No. 1CFW0001 | $24,764.00 | |
| 5/19/2009 | 1768644 | $4,562.80 | 1CFW0002 |
| 5/26/2009 | 1769377 | $4,562.80 | 1CFW0002 |
| 5/27/2009 | 1769963 | $4,562.80 | 1CFW0002 |
| 5/28/2009 | 1769773 | $4,562.80 | 1CFW0002 |
| 5/29/2009 | 1769939 | $4,562.80 | 1CFW0002 |
| | Total Invoices for P.O. No. 1CFW0002 | $22,814.00 | |
| 5/14/2009 | 1768171 | $689.70 | 1CFW0003 |
| 5/18/2009 | 1768434 | $2,241.53 | 1CFW0003 |
| 5/19/2009 | 1768650 | $1,551.83 | 1CFW0003 |
| 5/21/2009 | 1768989 | $1,034.55 | 1CFW0003 |
| 5/11/2009 | 1767607 | $344.85 | 1CFW0003 |
| 5/4/2009 | 1766756 | $344.85 | 1CFW0003 |
| | Total Invoices for P.O. No. 1CFW0003 | $6,207.31 | |
| 5/20/2009 | 1768842 | $1,177.34 | 1CFW0004 |
| | Total Invoices for P.O. No. 1CFW0004 | $1,177.34 | |
| 5/21/2009 | 1768984 | $2,174.40 | 1CFX0001 |
| 5/4/2009 | 1766755 | $1,630.80 | 1CFX0001 |
| 5/11/2009 | 1767605 | $5,436.00 | 1CFX0001 |
| 5/18/2009 | 1768432 | $8,697.60 | 1CFX0001 |
| | Total Invoices for P.O. No. 1CFX0001 | $17,938.80 | |

6/12/2009

**SKF USA Inc.**
**General Motors - SKF Seals**

| Date of Shipping | Invoice No. | | Amount Shipped | Purchase Order No. |
|---|---|---|---|---|
| 5/21/2009 | 1768987 | | $4,575.00 | 1CFX0002 |
| 5/18/2009 | 1768433 | | $13,725.00 | 1CFX0002 |
| | | Total Invoices for P.O. No. 1CFX0002 | $18,300.00 | |
| 5/21/2009 | 1768986 | | $1,355.00 | 1CFX0003 |
| | | Total Invoices for P.O. No. 1CFX0003 | $1,355.00 | |
| 5/20/2009 | 1768839 | | $517.28 | 1CFX0006 |
| 5/21/2009 | 1768988 | | $517.28 | 1CFX0006 |
| 5/28/2009 | 1769856 | | $1,034.55 | 1CFX0006 |
| 5/29/2009 | 1770049 | | $689.70 | 1CFX0006 |
| 5/29/2009 | 1770050 | | $517.28 | 1CFX0006 |
| 5/29/2009 | 1770051 | | $517.28 | 1CFX0006 |
| 5/1/2009 | 1766648 | | $689.70 | 1CFX0006 |
| 5/4/2009 | 1766754 | | $517.28 | 1CFX0006 |
| 5/5/2009 | 1766987 | | $517.28 | 1CFX0006 |
| 5/6/2009 | 1767189 | | $689.70 | 1CFX0006 |
| 5/7/2009 | 1767341 | | $517.28 | 1CFX0006 |
| 5/8/2009 | 1767481 | | $517.28 | 1CFX0006 |
| 5/11/2009 | 1767606 | | $517.28 | 1CFX0006 |
| 5/12/2009 | 1767817 | | $344.85 | 1CFX0006 |
| 5/13/2009 | 1768007 | | $517.28 | 1CFX0006 |
| 5/14/2009 | 1768169 | | $517.28 | 1CFX0006 |
| 5/15/2009 | 1768289 | | $517.28 | 1CFX0006 |
| 5/18/2009 | 1768430 | | $689.70 | 1CFX0006 |
| 5/19/2009 | 1768646 | | $517.28 | 1CFX0006 |
| 5/19/2009 | 1768648 | | $208.73 | 1CFX0006 |
| | | Total Invoices for P.O. No. 1CFX0006 | $11,071.57 | |
| 5/19/2009 | 1768722 | | $153.00 | 1CFX0007 |
| 5/21/2009 | 1768985 | | $229.50 | 1CFX0007 |
| 5/4/2009 | 1766994 | | $271.50 | 1CFX0007 |
| 5/19/2009 | 1768649 | | $76.50 | 1CFX0007 |
| | | Total Invoices for P.O. No. 1CFX0007 | $730.50 | |
| 5/28/2009 | 1769855 | | $154.50 | 1CFX000W |
| | | Total Invoices for P.O. No. 1CFX000W | $154.50 | |
| 5/1/2009 | 1766649 | | $604.44 | 1CFX000C |

Page 2

11099889_4

**SKF USA Inc.**
**General Motors - SKF Seals**

| Date of Shipping | Invoice No. | Amount Shipped | Purchase Order No. |
|---|---|---|---|
| 5/4/2009 | 1766753 | $890.89 | 1CFX000C |
| 5/5/2009 | 1766988 | $588.67 | 1CFX000C |
| 5/6/2009 | 1767190 | $883.01 | 1CFX000C |
| 5/7/2009 | 1767342 | $588.67 | 1CFX000C |
| 5/8/2009 | 1767482 | $883.01 | 1CFX000C |
| 5/12/2009 | 1767818 | $588.67 | 1CFX000C |
| 5/13/2009 | 1768008 | $588.67 | 1CFX000C |
| 5/14/2009 | 1768170 | $588.67 | 1CFX000C |
| 5/15/2009 | 1768290 | $588.67 | 1CFX000C |
| Total Invoices for P.O. No. 1CFX000C | | $6,793.37 | |
| 5/20/2009 | 1768840 | $588.67 | 1CFX0010 |
| 5/20/2009 | 1768841 | $588.67 | 1CFX0010 |
| 5/26/2009 | 1769375 | $588.67 | 1CFX0010 |
| 5/27/2009 | 1769565 | $588.67 | 1CFX0010 |
| 5/28/2009 | 1769772 | $588.67 | 1CFX0010 |
| 5/29/2009 | 1769937 | $588.67 | 1CFX0010 |
| 5/18/2009 | 1768431 | $588.67 | 1CFX0010 |
| 5/19/2009 | 1768647 | $588.67 | 1CFX0010 |
| Total Invoices for P.O. No. 1CFX0010 | | $4,709.36 | |
| 5/20/2009 | 1768834 | $5,544.00 | F3G00000 |
| 5/28/2009 | 1769740 | $3,696.00 | F3G00000 |
| 5/6/2009 | 1767149 | $5,544.00 | F3G00000 |
| 5/11/2009 | 1767586 | $5,544.00 | F3G00000 |
| 5/15/2009 | 1768279 | $5,544.00 | F3G00000 |
| 5/20/2009 | 1768834 | $5,544.00 | F3G00000 |
| Total Invoices for P.O. No. F3G00000 | | $31,416.00 | |
| 5/20/2009 | 1768835 | $2,688.00 | OLD40000 |

6/12/2009

Page 3

11099889_4

6/12/2009

**SKF USA Inc.**
**General Motors - SKF Seals**

| Date of Shipping | Invoice No. | Amount Shipped | Purchase Order No. |
|---|---|---|---|
| 5/26/2009 | 1769341 | $2,688.00 | OLD40000 |
| 5/27/2009 | 1769543 | $2,688.00 | OLD40000 |
| 5/28/2009 | 1769739 | $2,688.00 | OLD40000 |
| 5/29/2009 | 1769906 | $2,688.00 | OLD40000 |
| 5/1/2009 | 1766643 | $2,688.00 | OLD40000 |
| 5/5/2009 | 1766981 | $2,688.00 | OLD40000 |
| 5/7/2009 | 1767343 | $5,376.00 | OLD40000 |
| 5/8/2009 | 1767459 | $2,688.00 | OLD40000 |
| 5/8/2009 | 1767460 | $2,688.00 | OLD40000 |
| 5/11/2009 | 1767587 | $5,376.00 | OLD40000 |
| 5/12/2009 | 1767793 | $2,688.00 | OLD40000 |
| 5/14/2009 | 1768152 | $2,688.00 | OLD40000 |
| 5/18/2009 | 1768410 | $2,688.00 | OLD40000 |
| 5/19/2009 | 1768642 | $2,688.00 | OLD40000 |
| 5/20/2009 | 1768835 | $2,688.00 | OLD40000 |
| | Total Invoices for P.O. No. OLD40000 | $48,384.00 | |
| 5/7/2009 | 1767340 | $8,624.00 | T3C00002 |
| 5/13/2009 | 1768004 | $7,392.00 | T3C00002 |
| 5/20/2009 | 1768843 | $8,932.00 | T3C00002 |
| 5/21/2009 | 1768983 | $4,928.00 | T3C00002 |
| 5/27/2009 | 1769551 | $2,464.00 | T3C00002 |
| | Total Invoices for P.O. No. T3C00002 | $32,340.00 | |
| 5/27/2009 | 1769629 | $294.34 | V024483 |
| | Total Invoices for P.O. No. V024483 | $294.34 | |
| | TOTAL ALL SEALS INVOICES | $229,320.09 | |
| MISCELLANEOUS CLAIMS FOR UNDER PAYMENTS ARISING UNDER VARIOUS ASSUMED CONTRACTS | | | |
| 5/28/2009 | E 0000087925 | $4,046.73 | |
| 5/28/2009 | F 0000087928 | $636.39 | |
| 5/28/2009 | F 0000087929 | $563.75 | |

Page 4

11099889_4

6/12/2009

**SKF USA Inc.**
**General Motors - SKF Seals**

| Date of Shipping | Invoice No. | Amount Shipped | Purchase Order No. |
|---|---|---|---|
| 5/28/2009 | F 0000087930 | $573.17 | |
| 5/28/2009 | F 0000087931 | $571.39 | |
| 5/28/2009 | F 0000087932 | $609.80 | |
| 5/28/2009 | F 0000087933 | $784.98 | |
| 5/28/2009 | M 0000087927 | $606.33 | |
| 5/28/2009 | Q 0000087926 | $3,928.86 | |
| | Total Miscellaneous Claims | $12,321.40 | |

Page 5

11099889_4

6/12/2009

### SKF USA Inc.
### General Motors - SKF Bearings

| Date of Shipping | Invoice No. | Amount Shipped | Purchase Order No. |
|---|---|---|---|
| 12/16/2008 | 7263413 | $3,327.84 | 144X0001 |
| 5/18/209 | 7419209 | $16,214.40 | 144X0001 |
| 5/26/2009 | 7426114 | $8,107.20 | 144X0001 |
| 5/27/2009 | 7427428 | $6,485.76 | 144X0001 |
| 5/28/2009 | 7429088 | $6,485.76 | 144X0001 |
| 5/29/2009 | 7430469 | $6,485.76 | 144X0001 |
| 5/12/2009 | 7413450 | 8,107.20 | 144X0001 |
| 5/14/2009 | 7416470 | 6,485.10 | 144X0001 |
| 5/15/2009 | 7418104 | 9,729.62 | 144X0001 |
| 5/18/2009 | 7419209 | 16,216.04 | 144X0001 |
| **Total Invoices for P.O. No. 144X0001** | | **$87,644.68** | |
| 5/19/2009 | 7420630 | $29,185.92 | 144X0002 |
| 5/20/2009 | 7422176 | $22,700.16 | 144X0002 |
| 5/21/2009 | 7423187 | $16,214.40 | 144X0002 |
| 5/26/2009 | 7426113 | $6,485.76 | 144X0002 |
| 5/27/2009 | 7427429 | $11,350.08 | 144X0002 |
| 5/28/2009 | 7429089 | $8,107.20 | 144X0002 |
| 5/29/2009 | 7430470 | $16,214.40 | 144X0002 |
| 5/4/2009 | 7404823 | 12,972.83 | 144X0002 |
| 5/5/2009 | 7406394 | 29,188.87 | 144X0002 |
| 5/6/2009 | 7407805 | 21,080.85 | 144X0002 |
| 5/7/2009 | 7408999 | 21,080.85 | 144X0002 |
| 5/8/2009 | 7410318 | 16,216.04 | 144X0002 |
| 5/11/2009 | 7411782 | 19,459.25 | 144X0002 |
| 5/12/2009 | 7413451 | 22,700.16 | 144X0002 |
| 5/13/2009 | 7414838 | 9,729.62 | 144X0002 |
| 5/14/2009 | 7416471 | 6,485.10 | 144X0002 |
| 5/19/2009 | 7420630 | 29,188.87 | 144X0002 |
| **Total Invoices for P.O. No. 144X0002** | | **$298,360.36** | |
| 5/15/2009 | 7417523 | $151,000.00 | 144X0005 |
| **Total Invoices for P.O. No. 144X0005** | | **$151,000.00** | |
| 5/8/2009 | 7409931 | $6,485.76 | 1LD10000 |
| 5/11/2009 | 7411292 | $6,485.76 | 1LD10000 |
| 5/20/2009 | 7421857 | $3,242.88 | 1LD10000 |
| 5/28/2009 | 7428636 | $30,807.36 | 1LD10000 |
| 5/29/2009 | 7430049 | $8,107.20 | 1LD10000 |
| **Total Invoices for P.O. No. 1LD10000** | | **$55,128.96** | |

Page 1

11099889_4

6/12/2009

## SKF USA Inc.
### General Motors - SKF Bearings

| Date of Shipping | Invoice No. | Amount Shipped | Purchase Order No. |
|---|---|---|---|
| 5/6/2009 | 7407473 | $8,107.20 | 1LD10001 |
| 5/7/2009 | 7408519 | $8,107.20 | 1LD10001 |
| 5/8/2009 | 7409932 | $9,728.64 | 1LD10001 |
| 5/13/2009 | 7411499 | $16,214.40 | 1LD10001 |
| 5/14/2009 | 7415788 | $9,728.64 | 1LD10001 |
| 5/15/2009 | 7417722 | $16,214.40 | 1LD10001 |
| 5/18/2009 | 7418979 | $6,485.76 | 1LD10001 |
| 5/21/2009 | 7422899 | $16,214.40 | 1LD10001 |
| 5/26/2009 | 7425897 | $6,485.76 | 1LD10001 |
| 5/27/2009 | 7426838 | $9,728.64 | 1LD10001 |
| 5/29/2009 | 7430050 | $8,107.20 | 1LD10001 |
| | Total Invoices for P.O. No. 1LD10001 | $115,122.24 | |
| 7/31/2008 | 7104714 | $24,000.00 | E3T7X |
| | Total Invoices for P.O. No. E3T7X | $24,000.00 | |
| 2/16/2009 | 7324648 | $1,125.12 | E3U85 |
| 2/16/2009 | 7324649 | $3,094.08 | E3U85 |
| | Total Invoices for P.O. No. E3U85 | $4,219.20 | |
| | **TOTAL FOR BEARINGS** | **$735,475.44** | |

### MISCELLANEOUS CLAIMS ARISING UNDER ASSUMED CONTRACT

| Date | Invoice No. | Amount | |
|---|---|---|---|
| 2/2/2009 | DE0000378440 | 509.40 | |
| 1/7/2009 | DE0000382546 | 904.42 | |
| 7/2/2008 | DI0000357066 | 661.16 | |
| 1/7/2009 | DS0000382544 | 10,497.34 | |
| 1/7/2009 | DS0000382545 | 2,571.80 | |
| 7/2/2008 | DI0000357065 | 1,778.07 | |
| 12/1/2008 | DI0000372486 | 1,576.25 | |
| 12/1/2008 | DI0000372487 | 1,621.25 | |
| 1/2/2009 | DI0000375282 | 2,469.70 | |
| | **Total Miscellaneous Claims** | **$22,499.39** | |

Page 2

1109989_4