**KUPELIAN ORMOND & MAGY, P.C.**
25800 Northwestern Hwy., Suite 950
Southfield, Michigan 48075
Telephone:    (248) 357-0000
Facsimile:    (248) 357-7488
Terrance A. Hiller, Jr. (P55699)
David M. Blau (P52542)
Paul S. Magy (P34423)
Matthew W. Schlegel (P36963)

Attorneys for LA Productions, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                            :    Chapter 11
                                            :
In re:                                      :    Case No. 09-50026 (REG)
                                            :
GENERAL MOTORS CORPORATION, *et al.*        :    (Jointly Administered)
                                            :
           Debtors.                         :
-----------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE

I, **Terrance A. Hiller, Jr.,** a member in good standing of the bar in the State of Michigan, and, if applicable, the bar of the U.S. District Court for the Eastern and Western District of Michigan, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent LA Productions, LLC, creditor/landlords in the above referenced case.

Mailing address:    Kupelian Ormond & Magy, P.C.
25800 Northwestern Hwy., Suite 950,
Southfield, Michigan 48075

E-mail address is tah@kompc.com; telephone number is 248-357-0000.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated:  June 18, 2009       /s/ Terrance A. Hiller, Jr.
                            TERRANCE A. HILLER, JR.


**ORDER**

**ORDERED,** that Terrance A. Hiller, Jr., Esq., is admitted to practice, ***pro hac vice***, in the above-reference case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:  _____


/s/_____
UNITED STATES BANKRUPTCY JUDGE