Kim Martin Lewis (OH #0043533)
Dinsmore & Shohl LLP
1900 Chemed Center
255 E. 5th Street
Cincinnati, OH 45202
T: 513-977-8200
F: 513-977-8141
kim.lewis@dinslaw.com

ATTORNEYS FOR
CONVERGYS CORPORATION

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**  **GENERAL MOTORS CORPORATION, et al.,**  **Debtors** | **Chapter 11**  **Case No. 09-50026**  **(Jointly Administered)** |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Kim Martin Lewis, a member in good standing of the bar of the State of Ohio, hereby request admission, *pro hac vice*, before the honorable Robert E. Gerber, U.S.B.J., to represent Convergys Corporation, and to otherwise appear in connection with the above-referenced Chapter 11 cases and any related proceedings.

My address is:   DINSMORE AND SHOHL LLP
                 1900 Chemed Center
                 255 East Fifth Street
                 Cincinnati, OH 45202
Email address:   kim.lewis@dinslaw.com
Telephone number: (513) 977-8200

1664049_1

2

I agree to pay the required filing fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Respectfully submitted,

DINSMORE AND SHOHL LLP

*/s/ Kim Martin Lewis*
Kim Martin Lewis (OH #0043533)
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
Telephone: 513-977-8200
Facsimile: 513-977-8141
kim.lewis@dinslaw.com

Attorneys for Convergys Corporation

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 19, 2009, a true and accurate copy of the Motion for Admission to Practice, *Pro Hac Vice* was served upon the following via regular electronic court noticing at the email address registered with the Court, electronic mail **or** regular U.S. Mail:

- General Motors Corporation
  Cadillac Building
  30009 Van Dyke Avenue
  Warren, MI 48090-9025
  Attn: Warren Command Center Mailcode 480-206-114

- Weil, Gotshal & Manges LLP
  767 Fifth Ave.
  New York, NY 10153
  Harvey R. Miller, Esq.
  Stephen Karotkin, Esq.
  Joseph H. Smolinsky, Esq.

- U.S. Treasury
  1500 Pennsylvania Ave. NW
  Room 2312
  Washington, DC 20220
  Matthew Feldman, Esq.

- Cadwalader, Wickersham & Taft LLP
  One World Financial Center
  New York, NY 10281
  John J. Rapisardi, Esq.

- Kramer Levin Naftalis & Frankel LLP
  1177 Avenue of the Americas
  New York, NY 10036
  Thomas Moers Mayer, Esq.
  Kenneth H. Eckstein, Esq.
  Gordon Z. Novod, Esq.

- Vedder Price, P.C.
  1633 Broadway, 47th Floor
  New York, NY 10019
  Michael J. Edelman, Esq.
  Michael L. Schein, Esq.

- Office of the United States Trustee for
  the Southern District of New York
  33 Whitehall St., 21st Floor
  New York, NY 10004
  Diana G. Adams, Esq.

                                      */s/ Kim Martin Lewis*

**EXHIBIT A**

Kim Martin Lewis (OH #0043533)
Dinsmore & Shohl LLP
1900 Chemed Center
255 E. 5th Street
Cincinnati, OH 45202
T: 513-977-8200
F: 513-977-8141
kim.lewis@dinslaw.com

ATTORNEYS FOR
CONVERGYS CORPORATION

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** <br><br> **GENERAL MOTORS CORPORATION, et al.,** <br><br> **Debtors** | **Chapter 11** <br><br> **Case No. 09-50026** <br> **(Jointly Administered)** |

**ORDER ADMITTING KIM MARTIN LEWIS TO PRACTICE,** *PRO HAC VICE*

**ORDERED,** that Kim Martin Lewis, Esq. is admitted to practice, *pro hac vice*, in, and in connection with, the above-referenced Chapter 11 cases and any related adversary proceedings in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the required filing fee.

Dated: _____
       New York, New York

                                      _____
                                      HONORABLE ROBERT E. GERBER
                                      UNITED STATES BANKRUPTCY JUDGE