UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re:                                                      :    Chapter 11
                                                            :
GENERAL MOTORS CORPORATION, et al.,                         :    Case No. 09-50026-reg
                                                            :
Debtors.                                                    :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

## ORDER

**ORDERED**, that **John C. Phillips, Jr.**, Esquire, is admitted to practice, *pro hac vice*, in the above-reference case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2009    _____
       New York, New York          UNITED STATES BANKRUPTCY JUDGE