Stephen W. Spence (pro hac vice pending)
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200 Telephone
(302) 655-4210 Facsimile
Attorneys for Angela Urquhart and Glen Urquart,
individually and as trustee of certain trusts for the benefit of their children

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| In re: | : | Chapter 11 |
|---|---|---|
|  | : |  |
| GENERAL MOTORS CORPORATION, et al., | : | Case No. 09-50026-reg |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, **Stephen W. Spence**, Esquire, a member in good standing of the bar in the State of Delaware, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent the **Angela Urquhart and Glen Urquart, individually and as trustee of certain trusts for the benefit of their children**, a creditor in the above-reference case.

My address is: Phillips, Goldman & Spence, P.A.,1200 North Broom Street, Wilmington, Delaware 19806.
My email address is: sws@pgslaw.com; my telephone number is (302) 655-4200.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

PHILLIPS, GOLDMAN & SPENCE, P.A.

Dated:  June 19, 2009         /s/ Stephen W. Spence, Esquire
        Wilmington, Delaware   STEPHEN W. SPENCE, ESQUIRE(DE No. 2033)
                              1200 N. Broom Street
                              Wilmington, DE  19806
                              (302) 655-4200