UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                               :

In re:                                        :        Chapter 11

                                               :

GENERAL MOTORS CORPORATION, et al.,     :        Case No. 09-50026-reg

                                             :

Debtors.                                :        (Jointly Administered)

                                             :

------------------------------------------------------------x

## ORDER

**ORDERED**, that **Stephen W. Spence**, Esquire, is admitted to practice, *pro hac vice*, in the above-reference case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2009      _____
       New York, New York                  UNITED STATES BANKRUPTCY JUDGE