BINGHAM McCUTCHEN LLP
Anna M. Boelitz
One State Street
Hartford, CT  06103
Tel:  860.240.2700
Fax: 860.240.2800

*Counsel to Wells Fargo Bank Northwest, National Association, as Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **GENERAL MOTORS CORPORATION,** *et al.* | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Wells Fargo Bank Northwest, National Association, a party in interest in the above-captioned case (the "Appearing Party"), not in its individual capacity but solely as Indenture Trustee with respect to certain Notes secured by certain equipment, other property and leases under which the Debtors are the lessees,[1] hereby appears by its counsel, Bingham McCutchen LLP, and requests, pursuant to rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned attorneys, at the address set forth below:

---

[1] The equipment, property and leases securing the Equipment Notes are as follows: : (1) GM 2003-A Lease (Stamping Presses and Try-Out Cell) for which the Lessor is SMBC Leasing Investment LLC; (2) 2004A-1 Lease (Engine Line) for which PNC Equipment Finance, LLC is the Lessor; and (3) 2004A-2 Lease (Engine Line) for which Textron Financial Corp. is the Lessor.

        Anna M. Boelitz
        Bingham McCutchen LLP
        One State Street
        Hartford, Connecticut  06103
        Telephone No.:  860.240.2700
        Facsimile No.:    860.240.2800
        anna.boelitz@bingham.com

    PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, fax, email, or otherwise.

    This appearance and demand for notice is neither intended as nor is it a consent of the Appearing Party to jurisdiction of the Bankruptcy Court nor, specifically but not limited to a waiver of:  (i) the Appearing Party's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the Appearing Party's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) the Appearing Party's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Appearing Party is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Appearing Party expressly reserves.

Dated: Hartford, Connecticut
       June 18, 2009

Respectfully submitted,

By: /s/Anna M. Boelitz
    Anna M. Boelitz
    BINGHAM McCUTCHEN LLP
    One State Street
    Hartford, Connecticut  06103
    Tel:  860.240.2700
    Fax: 860.240.2800

*Counsel to Wells Fargo Bank Northwest, National Association, as Indenture Trustee*