**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHER DISTRICT OF NEW YORK**

---------------------------------------------------------------X
| | | |
|---|---|---|
| **In re**: | : | Chapter 11 |
| | : | |
| **GENERAL MOTORS CORP.**, *et al*., | : | Case No. 09-50026 (REG) |
| | : | Jointly administered |
| **Debtors**. | : | |
| | : | |

---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                            ) : ss.:
COUNTY OF NASSAU     )

Florence Jean-Joseph, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and resides in Queens County, New York;

That on June 18, 2009 deponent served a true and correct copy of **SUPERVALU'S RESPONSE AND RESERVATION OF RIGHTS REGARDING DEBTORS' ASSUMPTION NOTICE AND PROPOSED CURE AMOUNT ("Supervalu's Response")** by electronic mail for delivery upon:

Joseph H. Smolinsky, Esq.
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Email: stephen.karotkin@weil.com
           Joseph.Smolinsky@weil.com
           harvey.miller@weil.com

Michael James Edelman, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Email: mjedelman@vedderprice.com

Joseph R. Sgroi, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Email: jsgroi@honigman.com

Gordon Z. Novod, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue Of The Americas
New York, NY 10036
Email: gnovod@kramerlevin.com
tmayer@kramerlevin.com

On June 18, 2009, deponent also served a true and correct copy of Supervalu's Response via Federal Express for overnight delivery upon the following:

Debtors
c/o General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn.: Warren Command Center, Mailcode 480-206-114

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

Diana G. Adams, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

                                                  */s/ Florence Jean-Joseph*
                                                    Florence Jean-Joseph

Sworn to before me this
18th day of June, 2009

*/s/ Phyllis Halpern*
Notary Public, State of New York
No. 4847763
Qualified in Nassau County
Commission Expires March 30, 2011

210723

2