UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,          Chapter 11
*et al.*,          Case No. 09-50026-reg

         Debtors.          Jointly Administered

_____

## **NOTICE OF RECLAMATION DEMAND OF VISTEON CORPORATION**

PLEASE TAKE NOTICE that on June 18, 2009, Visteon Corporation served a reclamation demand (attached) pursuant to 11 U.S.C. § 546(c), M.C.L. 440.2702 and the Reclamation Procedures Order entered by the Court, via overnight courier on General Motors Corporation on behalf of itself and its affiliates, debtors-in-possession in the above referenced jointly administered bankruptcy case, on the following persons:

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI  48090-9025<br>Attn:  Warren Command Center<br>Mailcode 480-206-114 | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>Attn: Nathan M. Pierce, Esq. |

Dated:  June 19, 2009

         DICKINSON WRIGHT PLLC

         By: /s/ Dawn R. Copley
              Dawn R. Copley (P53343)
         Attorneys for Visteon Corporation
         500 Woodward Avenue, Suite 4000
         Detroit, MI  48226
         (313) 223-3500

DETROIT  26381-286  1117230



DICKINSON
WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
FACSIMILE: (313) 223-3598
http://www.dickinsonwright.com

DAWN R. COPLEY
DCopley@dickinsonwright.com
(313) 223-3108

June 18, 2009

**Via Federal Express**

| General Motors Corporation | Weil, Gotshal & Manges LLP |
| Cadillac Building | 767 Fifth Avenue |
| 30009 Van Dyke Avenue | New York, NY 10153 |
| Warren, MI 48090-9025 | Attn: Nathan M. Pierce, Esq. |
| Attn: Warren Command Center | |
| Mailcode 480-206-114 | |

Re: In re General Motors Corporation, *et al.*, Case No. 09-50026 (Jointly Administered), United States Bankruptcy Court, Southern District of New York

We represent Visteon Corporation ("Visteon").

Please be advised that Visteon demands reclamation of the goods identified on the attached Exhibit A pursuant to 11 U.S.C. § 546(c) and M.C.L. 440.2702 (UCC 2-702) which were sold to General Motors Corporation and/or its affiliates, debtors-in-possession in the above referenced jointly administered bankruptcy case (collectively, the "Debtors"), and delivered within the Reclamation Period.

The documentation supporting Visteon's reclamation claim, including invoices and delivery documentation, is voluminous and therefore, is not attached to this reclamation demand but is available upon request.

In addition to the reclamation demand, Visteon asserts an administrative expense claim pursuant to 11 U.S.C. § 503(b)(9) in the amount of $4,636,512.26 for those goods that Visteon shipped to the Debtors within 20 days prior to the petition date.

Very truly yours,

Dawn R. Copley

Enclosure

Counselors At Law

DETROIT   NASHVILLE   WASHINGTON, D.C.   TORONTO   PHOENIX
BLOOMFIELD HILLS   ANN ARBOR   LANSING   GRAND RAPIDS