BINGHAM McCUTCHEN LLP
Anna M. Boelitz
One State Street
Hartford, CT 06103
Tel: 860.240.2700
Fax: 860.240.2800

*Counsel to Wells Fargo Bank Northwest, National Association, as Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **GENERAL MOTORS CORPORATION,** *et al.* | Case No. 09-50026 (REG) |
| **Debtors.** | Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2009, a true and correct copy of (i) the Notice of Appearance and Request for Service of Papers and (ii) Reservation of Rights of Wells Fargo Bank Northwest, National Association, as Indentures Trustee, to Debtors' Motion to Approve Sale of Assets to Vehicle Acquisition Holdings LLC was served by Federal Express upon the parties set forth on the attached Service List.

Dated: Hartford, Connecticut
June 19, 2009

Respectfully submitted,

By: /s/Anna M. Boelitz
Anna M. Boelitz
BINGHAM McCUTCHEN LLP
One State Street
Hartford, Connecticut 06103
Tel: 860.240.2700
Fax: 860.240.2800

*Counsel to Wells Fargo Bank Northwest, National Association, as Indenture Trustee*

A/73069492.1

**SERVICE LIST**

Attorneys for the Debtors
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.)

The Debtors
General Motors Corporation
300 Renaissance Center
Detroit, Michigan 48265
(Attn: Lawrence S. Buonomo, Esq.)

Attorneys for the Purchaser
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
(Attn: John J. Rapisardi, Esq.)

U.S. Treasury
U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
(Attn: Matthew Feldman, Esq.)

Attorneys for EDC
Vedder Price, P.C.,
1633 Broadway, 47th Floor
New York, New York 10019
(Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.)

Proposed Attorneys for the Creditors' Committee
Gordon Z. Novod, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

UAW
UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214
(Attn: Daniel W. Sherrick, Esq.)

Attorneys for the UAW
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(Attn: James L. Bromley, Esq.)

Attorneys for the UAW
Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, New York 10036
(Attn: Babette Ceccotti, Esq.)

United States Trustee
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
(Attn: Diana G. Adams, Esq.)

U.S. Attorney
Office of the U.S. Attorney
86 Chambers Street, Third Floor
New York, New York 10007
(Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.)

A/73069492.1