UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,   Chapter 11
*et al.*,   Case No. 09-50026-reg

                Debtors.   Jointly Administered

_____

## NOTICE OF RECLAMATION DEMAND OF YAZAKI NORTH AMERICA, INC.

PLEASE TAKE NOTICE that on June 4, 2009, Yazaki North America, Inc. served a reclamation demand (attached) pursuant to 11 U.S.C. § 546(c), M.C.L. 440.2702 and the Reclamation Procedures Order entered by the Court, via overnight courier on General Motors Corporation on behalf of itself and its affiliates, debtors-in-possession in the above referenced jointly administered bankruptcy case, on the following persons:

| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI  48090-9025<br>Attn:  Warren Command Center<br>Mailcode 480-206-114 | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>Attn: Nathan M. Pierce, Esq. |
|---|---|

Dated:  June 19, 2009

                DICKINSON WRIGHT PLLC

                By: /s/ Dawn R. Copley
                   Dawn R. Copley (P53343)
                Attorneys for Yazaki North America, Inc.
                500 Woodward Avenue, Suite 4000
                Detroit, MI  48226
                (313) 223-3500



# YAZAKI NORTH AMERICA, INC.

Legal Department
6801 Haggerty Road, #4624E
Canton, Michigan 48187
Main Number: (734) 983-1000
Direct Number: (734) 983-5052
Direct Fax: (734) 983-5053
E-Mail: dawn.reamer@us.yazaki.com

Dawn A. Reamer
Corporate Counsel

June 4, 2009

**VIA FIRST CLASS MAIL**

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center,
Mailcode 480-206-114

Re: Amended Reclamation – General Motors Corporation

To Whom it May Concern:

This letter Amends Yazaki North America, Inc.'s ("Yazaki") claim reclamation of goods pursuant to §2-702 of the Uniform Commercial Code and §546(c) of the Bankruptcy Code. Yazaki hereby reclaims the shipments of preproduction parts delivered to General Motors Corporation set forth in Attachment A.

Should you have any questions, please contact me at (734) 983-5052.

Sincerely,

Yazaki North America Inc.

Dawn A. Reamer
Corporate Counsel

cc: Nathan M. Pierce, Esq.