UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

| | |
|---|---|
| GENERAL MOTORS CORPORATION, *et al.*,                                 Debtors. | Chapter 11<br>Case No. 09-50026-reg<br>Jointly Administered |

_____

## CERTIFICATE OF SERVICE

      I hereby certify that on June 19, 2009, I electronically filed **a Notice of Reclamation Demand of Yazaki North America, Inc.** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- David B. Aaronson    david.aaronson@dbr.com
- Jonathan Bradley Alter    jonathan.alter@bingham.com
- Philip D. Anker    philip.anker@wilmerhale.com
- Joel D. Applebaum    japplebaum@clarkhill.com
- W. David Arnold    darnold@rcolaw.com
- Karin F. Avery    avery@silvermanmorris.com
- Todd Murray Bailey    todd.bailey@ftb.ca.gov
- Marc M. Bakst    mbakst@bodmanllp.com
- David J. Baldwin    dbaldwin@potteranderson.com, bankruptcy@potteranderson.com
- Elizabeth Banda    kwilliams@pbfcm.com
- Salvatore A. Barbatano    sbarbatano@foley.com
- William M. Barron    wbarron@sgrlaw.com
- Robert L. Barrows    rbarrows@wdblaw.com
- Robert N. Bassel    ecfbbassel@gmail.com
- Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com
- Howard S. Beltzer    hbeltzer@morganlewis.com
- Frederick A. Berg    fberg@kotzsangster.com

- Daniel J. Bernard    dbernard@vmclaw.com
- Richard J. Bernard    rbernard@bakerlaw.com
- Don W. Blevins    dwblevins@mcalpinelawfirm.com
- Phillip W. Bohl    phillip.bohl@gpmlaw.com
- Wanda Borges    borgeslawfirm@aol.com
- Jean Winborne Boyles    jboyles@jhvgmlaw.com, KCOLE@JHVGMLAW.COM
- Kimberly A. Brennan    kab@mccarthylebit.com
- Lynn M. Brimer    lbrimer@stroblpc.com, sfraser@stroblpc.com
- James L. Bromley    maofiling@cgsh.com
- William J. Brown    wbrown@phillipslytle.com
- Theresa V. Brown-Edwards    bankruptcy@potteranderson.com
- Mark Edwin Browning    BK-MBROWNING@OAG.STATE.TX.US, sherri.simpson@oag.state.tx.us
- Robert H. Brownlee    rbrownlee@thompsoncoburn.com
- Andrew P. Brozman    andrew.brozman@cliffordchance.com, sarah.campbell@cliffordchance.com
- Adam D. Bruski    adbruski@lambertleser.com
- Charles D. Bullock    cbullock@sbplclaw.com
- John R. Burns    john.burns@bakerd.com, skrhoads@bakerd.com;oliana.nansen@bakerd.com
- James Christopher Caldwell    ccaldwell@starkreagan.com
- Carollynn H.G. Callari    ccallari@venable.com
- John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com
- James C. Carignan    carignanj@pepperlaw.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
- Linda J. Casey    caseyl@pepperlaw.com, hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com

- George B. Cauthen    george.cauthen@nelsonmullins.com, mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com
- Babette A. Ceccotti    bceccotti@cwsny.com, ecf@cwsny.com
- Joseph M. Cerra    jcerra@formanlaw.com
- Teresa H. Chan    kkansa@sidley.com;emcdonnell@sidley.com
- J Eric Charlton    echarlton@hiscockbarclay.com
- Sarah M. Chen    schen@lockelord.com
- Gloria M. Chon    gloria.chon@kkue.com
- Jennifer Anne Christian    jchristian@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Marvin E. Clements    agbanknewyork@ag.tn.gov
- Tiffany Strelow Cobb    tscobb@vorys.com, cdfricke@vorys.com
- Dennis J. Connolly    dconnolly@alston.com
- Michael T. Conway    michael.conway@leclairryan.com
- Susan M. Cook    smcook@lambertleser.com
- Trent P. Cornell    tcornell@stahlcowen.com
- Jeffrey L. Coxon    rellis@warrenyoung.com
- David N. Crapo    dcrapo@gibbonslaw.com
- Randall D. Crocker    rcrocker@vonbriesen.com
- Michael G. Cruse    mcruse@wnj.com, hziegler@wnj.com
- Julius O. Curling    curlingj@michigan.gov
- Thomas H. Curran    tcurran@haslaw.com, calirm@haslaw.com
- Teresa K.D. Currier    tcurrier@saul.com, mflores@saul.com
- Vincent D'Agostino    vdagostino@lowenstein.com
- Peter D'Apice    dapice@sbep-law.com
- Renee M. Dailey    renee.dailey@bgllp.com, meghan.olsen@bgllp.com

- Colin Thomas Darke    cdarke@bodmanllp.com
- Ashley Davis    ashley.davis@myfloridalegal.com
- James E. DeLine    jed@krwlaw.com, pal@krwlaw.com
- Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net
- Sam Della Fera    sdellafera@trenklawfirm.com
- Melissa Detrick    detrick@marshall-melhorn.com
- Benjamin P. Deutsch    bdeutsch@schnader.com
- Frank W. DiCastri    fdicastri@foley.com
- Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com
- J. Ted Donovan    TDonovan@Finkgold.com, David@Finkgold.com;CClarke@Gwfglaw.com
- Amish R. Doshi    adoshi@daypitney.com
- Mary Joanne Dowd    dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com
- Kathryn E. Driscoll    kdriscoll@pmppc.com
- Lawrence P. Eagel    eagel@bragarwexler.com
- Michael James Edelman    mjedelman@vedderprice.com, ecfnydocket@vedderprice.com
- Dan Elias    delias@eliasgroup.com
- Erin L. Eliasen    eleliasen@stoel.com, basargent@stoel.com
- Judith Elkin    judith.elkin@haynesboone.com
- Alyssa Englund    aenglund@orrick.com
- Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com
- Earle I. Erman    eerman@ermanteicher.com
- Belkys Escobar    belkys.escobar@loudoun.gov
- Amy Evans    aevans@crosslaw.com
- Kerry M Ewald    kewald@dickinsonwright.com
- Stephen Vincent Falanga    sfalanga@connellfoley.com
- Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com

- William L. Farris    farrisw@sullcrom.com
- Thomas R. Fawkes    tfawkes@freebornpeters.com
- Carol A. Felicetta    cfelicetta@reidandreige.com
- Richard L. Ferrell    Ferrell@taftlaw.com
- Alyson M. Fiedler    afiedler@schiffhardin.com
- Robert J. Figa    rfiga@comlawone.com
- Andrea Fischer    afischer@olshanlaw.com, ssallie@olshanlaw.com;mmarck@olshanlaw.com
- Deborah L. Fish    dfish@allardfishpc.com
- Matthew F. Fitzsimmons    matthew.fitzsimmons@po.state.ct.us
- Elizabeth K. Flaagan    eflaagan@faegre.com
- Steven B. Flancher    flanchers@michigan.gov
- Daniel J. Flanigan    dflanigan@polsinelli.com, tbackus@polsinelli.com
- Kenneth A. Flaska    gm@dmms.com
- Jonathan L. Flaxer    jflaxer@golenbock.com, ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com;mlu@golenbock.com
- Stephen B. Foley    sfoley@sbfpc.com, kkish@sbfpc.com
- Shawn Randall Fox    sfox@mcguirewoods.com
- Mark S. Frankel    mfrankel@couzens.com
- Scott J. Freedman    sfreedman@dilworthlaw.com
- Mark J. Friedman    mark.friedman@dlapiper.com
- Timothy A. Fusco    fusco@millercanfield.com, skoczylas@millercanfield.com
- Michael G. Gallacher    mgallacher@comcast.net
- Victoria D. Garry    vgarry@ag.state.oh.us
- Sara J. Geenen    sjg@previant.com
- Wendy J. Gibson    wgibson@bakerlaw.com
- Jeanette M. Gilbert    jgilbert@motleyrice.com

- Celeste R. Gill    gillcr@michigan.gov, sherwoodj@michigan.com
- Steven A. Ginther    sdnyecf@dor.mo.gov
- Andrew C. Gold    agold@herrick.com
- Michelle Goldis    michelle.goldis@wilmerhale.com
- Sonya N. Goll    sgoll@sbplclaw.com
- Brett D. Goodman    brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com
- Robert D. Gordon    rgordon@clarkhill.com
- Neil Andrew Goteiner    ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com
- Brian M. Graham    bgraham@salawus.com, bmgrahampack@sbcglobal.net
- Christopher F. Graham    cgraham@mckennalong.com, jvargas@mckennalong.com;rgee@mckennalong.com;jmayes@mckennalong.com;ehall@mckennalong.com
- William F. Gray    wgray@torys.com, dwilliams@torys.com;sjensen@torys.com;abauer@torys.com;tmartin@torys.com
- William T. Green    uncbill@msn.com
- John T. Gregg    jgregg@btlaw.com
- Stephen M. Gross    sgross@mcdonaldhopkins.com
- Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com
- Elizabeth A. Haas    info@thehaaslawfirm.com
- Paul R. Hage    phage@jaffelaw.com
- Richard F. Hahn    rfhahn@debevoise.com;jchung@debevoise.com;mao-ecf@debevoise.com
- Paula A. Hall    hall@bwst-law.com, marbury@bwst-law.com
- Alan D. Halperin    ahalperin@halperinlaw.net, cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net
- Michael C. Hammer    mchammer3@dickinsonwright.com
- David Henry Hartheimer    dharthei@bellatlantic.net
- Ryan D. Heilman    rheilman@schaferandweiner.com

- Christopher M. Hemrick     chemrick@connellfoley.com
- Suzanne Hepner     shepner@lrbpc.com, ecarder@lrbpc.com;jcahn@lrbpc.com;rbarbur@lrbpc.com;psherer@lrbpc.com
- Terrance A. Hiller     tah@kompc.com, met@kompc.com;tlj@kompc.com
- Mark D. Hofstee     markh@bolhouselaw.com
- Michael S. Holmes     , mshatty@yahoo.com
- Jonathan Hook     jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com
- P. Warren Hunt     pwh@krwlaw.com
- John J. Hunter     jrhunter@hunterschank.com, sharonaldrich@hunterschank.com
- Donald J. Hutchinson     hutchinson@millercanfield.com
- Roland Hwang     hwangr@michigan.gov
- Elihu Inselbuch     eb@capdale.com
- Adam H. Isenberg     aisenberg@saul.com
- Peter F. Jazayeri     pjazayeri@ecjlaw.com, mkogan@ecjlaw.com
- Nan E. Joesten     njoesten@fbm.com
- John J. Jolley     jay.jolley@kutakrock.com
- Gregory O. Kaden     gkaden@goulstonstorrs.com
- Stephen Karotkin     theodore.tsekerides@weil.com;Shai.Waisman@weil.com;Rachel.albanese@weil.com;michele.meises@weil.com;ilusion.rodriguez@weil.com;nathan.pierce@weil.com;lacey.laken@weil.com;pablo.falabella@weil.com
- Karel S. Karpe     karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com
- Andrew C. Kassner     andrew.kassner@dbr.com
- Clifford A. Katz     ckatz@platzerlaw.com
- Susan R. Katzoff     skatzoff@hiscockbarclay.com, lmcrobbie@hiscockbarclay.com
- Thomas M. Kennedy     tkennedy@kjmlabor.com
- Thomas L. Kent     tomkent@paulhastings.com
- Richardo I. Kilpatrick     ecf@kaalaw.com, lrobertson@kaalaw.com

- Jennifer B. Kimble    jkimble@burr.com, mstinson@burr.com;mivey@burr.com
- Kathleen H. Klaus    khk@maddinhauser.com
- Jeff Klusmeier    jeff.klusmeier@ago.mo.gov
- Thomas F. Koegel    tkoegel@flk.com
- Deborah Kovsky-Apap    kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com
- Debra A. Kowich    dkowich@umich.edu, schmitzr@umich.edu
- Robert R. Kracht    rrk@mccarthylebit.com
- Stuart A. Krause    skrause@zeklaw.com
- J. Alex Kress    akress@riker.com
- Patrick J. Kukla    pkukla@carsonfischer.com
- Darryl S. Laddin    bkrfilings@agg.com
- Michael C. Lambert    mclambert@lawpost-nyc.com
- Stuart A. Laven    slaven@bfca.com
- James N. Lawlor    jlawlor@wmd-law.com, gbenaur@wmd-law.com
- Robert L. LeHane    KDWBankruptcyDepartment@Kelleydrye.com
- Maureen F. Leary    maureen.leary@oag.state.ny.us
- Mark G. Ledwin    mark.ledwin@wilsonelser.com
- David S. Lefere    davidl@bolhouselaw.com
- Michael S. Leib    msl@maddinhauser.com, bac@maddinhauser.com
- David A. Lerner    dlerner@plunkettcooney.com
- Larry A. Levick    levick@singerlevick.com, croote@singerlevick.com;ckirkland@singerlevick.com
- Barry E. Lichtenberg    barryster@att.net
- Demetra Liggins    demetra.liggins@tklaw.com
- David T. Lin    dlin@seyburn.com
- Thomas K. Lindahl    tlindahl@mcdonaldhopkins.com

- Edward J. LoBello   elobello@msek.com
- Eric Lopez Schnabel   schnabel.eric@dorsey.com
- Cynthia Jordan Lowery   cynthialowery@mvalaw.com
- Tristan Manthey   tmanthey@hellerdraper.com
- Kayalyn A. Marafioti   kmarafio@skadden.com
- Michael A. Maricco   maricco.michael@pbgc.gov, efile@pbgc.gov
- Richard W. Martinez   Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com
- Victor J. Mastromarco   vmastromar@aol.com
- Jil Mazer-Marino   jmazermarino@msek.com, kgiddens@msek.com
- Mark L. McAlpine   mlmcalpine@mcalpinelawfirm.com
- Frank McGinn   ffm@bostonbusinesslaw.com
- Barbara S Mehlsack   bmehlsack@gkllaw.com
- Brian H. Meldrum   bmeldrum@stites.com
- Marc B. Merklin   mmerklin@brouse.com
- Christopher A. Merritt   cmerritt@rjlps.com
- Richard M. Meth   msteen@daypitney.com
- G. Christopher Meyer   cmeyer@ssd.com
- Angela Z. Miller   amiller@phillipslytle.com, jhahn@phillipslytle.com
- Harvey R. Miller   harvey.miller@weil.com, garrett.fail@weil.com
- Joseph Thomas Moldovan   bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com
- James P. Moloy   jmoloy@dannpecar.com
- Carol E. Momjian   cmomjian@attorneygeneral.gov
- Timothy D. Moratzka   tdm@mcmlaw.com
- Max Anderson Moseley   mam@jbpp.com, mkd@jbpp.com
- Eric T. Moser   eric.moser@klgates.com, kristen.serrao@klgates.com
- Jill L. Murch   jmurch@foley.com, lapeterson@foley.com;khall@foley.com

- Jennifer L. Nassiri    jennifer.nassiri@dlapiper.com
- Kenneth A. Nathan    knathan@nathanzousmer.com
- Michael A. Nedelman    mnedelman@nglegal.com, mwatler@nglegal.com;egloetzner@nglegal.com
- Melissa Z. Neier    mneier@ibolaw.com
- Michael E. Norton    mnorton@nortonlawassociates.com
- Gordon Z. Novod    gnovod@kramerlevin.com, dcho@kramerlevin.com
- Sean A. O'Neal    soneal@cgsh.com, maofiling@cgsh.com;jcroft@cgsh.com;skleinman@cgsh.com;ashajnfeld@cgsh.com;crodriguez@cgsh.com;sarobinson@cgsh.com
- Norman D. Orr    norman.orr@kkue.com
- Mark Russell Owens    mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com
- Ingrid S. Palermo    ipalermo@hselaw.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com
- Frederick Perillo    fp@previant.com
- Debra Beth Pevos    dpevos@swappc.com
- Robert W. Phillips    rphillips@simmonscooper.com
- James A. Plemmons    jplemmons2@dickinsonwright.com
- Robert C. Pottinger    rcpottinger@bslbv.com
- Susan Power-Johnston    sjohnston@cov.com, jmcneil@cov.com
- Ronald S. Pretekin    pretekin@coollaw.com, piatt@coollaw.com
- Jessica E. Price    jprice@brouse.com
- Susan Przekop-Shaw    przekopshaws@michigan.gov
- Jonathan I. Rabinowitz    jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Marie T. Racine    mracine@racinelaw.us
- Mark L. Radtke    mradtke@shawgussis.com
- Dennis Jay Raterink    raterinkd@michigan.gov

- Eric T. Ray     eray@balch.com
- Timothy M. Reardon     tmreardon@nnblaw.com
- Michael Reed     nycourts@mvbalaw.com
- Marc E. Richards     mrichards@blankrome.com
- Michael P. Richman     mrichman@pattonboggs.com
- Paul J. Ricotta     pricotta@mintz.com
- David D. Ritter     ecf@krcl.com, dritter@krcl.com
- Marianne Goldstein Robbins     MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM
- Courtney Rogers     crogers@orrick.com
- Adam L. Rosen     filings@spallp.com, arosen@silvermanacampora.com
- Sanford Philip Rosen     rpc@rosenpc.com, srosen@rosenpc.com
- Adina H. Rosenbaum     arosenbaum@citizen.org
- Andrew Neil Rosenberg     mtattnall@paulweiss.com
- Robert J. Rosenberg     adam.goldberg@lw.com
- Donn Rosenblum     donn.rosenblum@ohioattorneygeneral.gov
- David A. Rosenzweig     DRosenzweig@Fulbright.com
- Douglas B. Rosner     drosner@goulstonstorrs.com
- Robert R. Ross     rrross@fedex.com
- George V. Royle     george.royle@lw.com
- John A. Ruemenapp     jruemenapp@wyrpc.com
- John A. Ruemenapp     jruemenapp@wysr-law.com
- Scott K. Rutsky     srutsky@proskauer.com
- Jennifer Lauren Saffer     jlsaffer@jlsaffer.com, vjohnson@jlsaffer.com
- Chester B. Salomon     csalomon@beckerglynn.com, aranade@beckerglynn.com;jholdridge@beckerglynn.com
- Diane W. Sanders     austin.bankruptcy@publicans.com

- Thomas P. Sarb    ecfsarbt@millerjohnson.com
- Thomas J. Schank    tomschank@hunterschank.com, mcraig@hunterschank.com
- Kenneth M. Schneider    smpcecf@gmail.com
- Thomas W. Schouten    tschouten@dunnsslaw.com
- Carey D. Schreiber    cschreiber@winston.com
- Matthew L. Schwartz    matthew.schwartz@usdoj.gov
- Steven Schwartz    sschwart@winston.com
- Kenneth J. Schweiker    kschweiker@brownconnery.com
- Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com
- Jacob B. Sellers    jacob.sellers@leonard.com
- David J. Selwocki    brogers@swappc.com
- Joseph R. Sgroi    jsgroi@honigman.com
- Mark H. Shapiro    shapiro@steinbergshapiro.com
- Mary Kay Shaver    mkshaver@varnumlaw.com
- Brian L. Shaw    bshaw100@shawgussis.com
- Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com
- Tricia A. Sherick    tsherick@honigman.com
- Joseph E. Shickich    jshickich@riddellwilliams.com
- Matthew J. Shier    mshier@pinnaclelawgroup.com, mterry@pinnaclelawgroup.com
- Michael P. Shuster    mpshuster@hahnlaw.com
- Robert Sidorsky    sidorsky@butzel.com
- John A. Simon    jsimon@foley.com
- Rebecca H. Simoni    rsimoni@vonbriesen.com, jpurpora@vonbriesen.com
- Scott Michael Singer    ssinger@dglaw.com, mbaum@dglaw.com;llittle@dglaw.com
- Christina C. Skubic    bankruptcy@braytonlaw.com
- Edward Smith    easmith@venable.com

- Robert T. Smith    rsmith@cniinc.cc
- Richard G. Smolev    rsmolev@kayescholer.com, rrotman@kayescholer.com;maosbny@kayescholer.com;rcappiello@kayescholer.com
- Joseph H. Smolinsky    Joseph.Smolinsky@weil.com
- Fredric Sosnick    karen.park@shearman.com,randy.martin@shearman.com,jennifer.lin@shearman.com,kerri.silver@shearman.com
- Arthur J. Spector    aspector@bergersingerman.com, jdiaz@bergersingerman.com;byglesia@bergersingerman.com;efile@bergersingerman.com
- Jeffrey S. Stein    Jeff_Stein@gardencitygroup.com, Kenneth_Freda@gardencitygroup.com;jennifer.keough@gardencitygroup.com
- Leslie Stein    lstein@seyburn.com, seccles@seyburn.com
- Fred Stevens    fstevens@foxrothschild.com
- Jason V. Stitt    jstitt@kmklaw.com
- Sharon L. Stolte    sstolte@stinsonmoheck.com
- Harvey A. Strickon    harveystrickon@paulhastings.com
- James M. Sullivan    sullivan.james@arentfox.com, constantino.nova@arentfox.com
- Michelle T. Sutter    msutter@ag.state.oh.us
- Marc N. Swanson    swansonm@millercanfield.com
- Matthew A. Swanson    matthew.swanson@leonard.com
- Colleen M. Sweeney    csweeney@dickinsonwright.com
- Stanley B. Tarr    tarr@blankrome.com
- Samuel Jason Teele    jteele@lowenstein.com, gbuccellato@lowenstein.com;klafiura@lowenstein.com
- Gordon J. Toering    gtoering@wnj.com
- Jason M. Torf    jtorf@schiffhardin.com, egeekie@schiffhardin.com
- Patrick J. Trostle    ptrostle@jenner.com
- Tonya A. Trumm    tatrumm@michaelbest.com, safonte@michaelbest.com
- Marshall C. Turner    marshall.turner@husch.com

- Raymond J. Urbanik    rurbanik@munsch.com
- Shmuel Vasser    shmuel.vasser@dechert.com
- Wendy S. Walker    wwalker@morganlewis.com
- G. Alan Wallace    gwall@fraserlawfirm.com
- Kimberly A. Walsh    bk-kwalsh@oag.state.tx.us
- Sean M. Walsh    swalsh@gmhlaw.com, jmahar@gmhlaw.com
- Lucas Ward    lucasward@ohioattorneygeneral.gov
- Eric G. Waxman    ewaxman@westermanllp.com
- Robert B. Weiss    rweiss@honigman.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Michael R. Wernette    mwernette@schaferandweiner.com
- David B. Wheeler    davidwheeler@mvalaw.com
- Jeffrey C. Wisler    jcw@cblhlaw.com
- Blanka K. Wolfe    bwolfe@sheppardmullin.com
- Robert D. Wolford    ecfwolfordr@millerjohnson.com
- Scott A. Wolfson    wolfson@bsplaw.com, recchia@bsplaw.com;stepp@bsplaw.com;ojala@bsplaw.com;bolton@bsplaw.com;kochis@bsplaw.com
- Cynthia Woodruff-Neer    cwoodruff-neer@alpine-usa.com
- Janice M. Woolley    janwoolley@mgwl.com
- Doron Yitzchaki    dyitzchaki@dickinsonwright.com
- Terry L. Zabel    ecf-tlz@rhoadesmckee.com

/s/ Dawn R. Copley  
Dawn R. Copley (DRC-4234)  
Dickinson Wright PLLC  
500 Woodward Avenue, Suite 4000  
Detroit, Michigan  48226  
Phone: (313) 223-3500  
dcopley@dickinsonwright.com