UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

### AMENDED CERTIFICATE OF SERVICE[1]

I, Kathryn Whisenhunt, hereby certify that on the 18th day of June 2009 and this 19th day of June 2009, I caused a true copy of the Limited Objection of the Environmental Conservation and Chemical Corporation Site Trust Fund ("The Trust") to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-sponsored purchaser dated June 18, 2009, and the accompanying Affirmation in support thereof to be served on all registered parties through the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York and to the following via e-mail (where applicable) or by facsimile (where no e-mail address was available) and by Federal Express two-day service as follows:

---

[1] A Certificate of Service dated June 18, 2009 was attached to the Limited Objection of the Environmental Conservation and Chemical Corporation Site Trust Fund ("The Trust") to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-sponsored purchaser and the accompanying Affirmation in support thereof. The June 18, 2009 Certificate of Service stated that the Limited Objection and Affirmation in support thereof would be sent to the service list electronically (which it was) or via facsimile and first class mail. However, the document exceeded post office weight restrictions for first class mail and the back up service was therefore sent via Federal Express two-day service. For the recipients where no e-mail address was available, one facsimile did not go through on June 18, 2009 and so the Limited Objection and accompanying Affirmation were faxed the morning of June 19, 2009.

| | |
|---|---|
| Weil, Gotshal & Manges LLP<br>Attn: Harvey R. Miller, Esq.,<br>Stephen Karotkin, Esq.,<br>Joseph H. Smolinsky, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 | Cohen, Weiss and Simon, LLP<br>Attn: Babette Ceccotti, Esq.<br>330 W. 42nd Street<br>New York, NY 10036 |
| Cadwalader, Wickersham & Taft, LLP<br>Presidential Task Force<br>Attn: John J. Rapisardi, Esq.<br>One World Financial Center<br>New York, NY 10281 | Vedder Price, P.C.<br>Attn: Michael J. Edelman, Esq.,<br>Michael L. Schein, Esq.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 |
| Kramer Levin Naftalis & Frankel LLP<br>Attn: Gordon Z. Novod, Esq.,<br>Thomas Moers Mayer, Esq.<br>1177 Avenue of the Americas<br>New York, NY 10036 | Office of the United States Trustee for the<br>Southern District of New York<br>Attn: Diana G. Adams, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| Cleary Gottlieb Steen & Hamilton, LLP<br>Attn: James L. Bromley, Esq.<br>One Liberty Plaza<br>New York, NY 10281 | U.S. Attorney's Office<br>S.D.N.Y.<br>Attn: David S. Jones, Esq.,<br>Matthew L. Schwartz, Esq.<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007 |

*/s/ Kathryn Whisenhunt*

_____

Kathryn Whisenhunt
An Employee of N.W. Bernstein & Associates, LLC