SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

- and -

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| GENERAL MOTORS | : | Case No. 09-50026 (REG) |
| CORPORATION, et al., | : | Jointly Administered |
| | : | Chapter 11 |
| Debtors. | : | |
| | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                            ) ss:
COUNTY OF NEW YORK  )

       John C. Murphy, being duly sworn, deposes and says:

       1.     I am not a party to this action, am over 18 years of age and reside in Nassau County, New York.

       2.     On the 15th day of June, 2009 I caused true and correct copies of the document listed below to be served upon the parties listed on Exhibit A hereto via Federal Express overnight courier:

- Limited Objection Of Delphi Corporation, et al., To General Motor Corporations' Notice Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property And (II) Cure Amounts Related Thereto (Docket no. 1371).

Dated: June 18, 2009

   /s/ John C. Murphy

Sworn to before me this
18th day of June, 2009

/s/ Jessica Buffman
Notary Public, State of New York
No. 01BU6194621
Qualified in New York County
Commission Expires October 6, 2012

Exhibit A

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>Attn:   Warren Command Center<br>Mail Code 480-206-114 | U.S. Department of Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C. 20220<br>Attn: Matthew Feldman, Esq. |
| Weil, Gotschal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn:   Harvey R. Miller, Esq.<br>          Stephen Karotkin, Esq.<br>          Joseph H. Smolinsky, Esq. | Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York  10281<br>Attn: John J. Rapisardi, Esq. |
| Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Attn: Diana G. Adams, Esq | Vedder Price, P.C.,<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>Attn:   Michael J. Edelman, Esq.<br>          Michael L. Schein, Esq. |