## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above document was sent via regular U.S. first class mail or the Court's electronic case filing system to the following parties on this 18th day of June, 2009:

/s/ Elizabeth Banda
ELIZABETH BANDA

Weil, Gotshal, & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Attn: Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.

General Motors Corp.
300 Renaissance Center
Detroit, Michigan 48265
Attn: Lawrence S. Buonomo, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi, Esq.

The U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220
Attn: Matthew Feldman, Esq.

Vedder Price, P.C.
EDC
1633 Broadway, 47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esq.
Michael L. Schein, Esq.

UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214
Attn: Daniel W. Sherrick, Esq.

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: James L. Bromley, Esq.

Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, NY 10036
Attn: Babette Ceccotti, Esq.

Office of the U.S. Trustee for the
Southern District of New York
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Thomas Moers Mayer, Esq.
Kenneth H. Eckstein, Esq.