MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson Ave., Suite 2500
Detroit, MI 48226
Timothy A. Fusco
Marc N. Swanson
(313) 496-8435

Attorneys for County of Wayne, Michigan

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - x
                                              :
In re:                                        :    Chapter 11
                                              :
General Motors Corporation,                   :    Case No. 09-50026 (REG)
                                              :
            Debtor.                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - x

## CERTIFICATE OF SERVICE

Timothy A. Fusco hereby certifies that, on the 18th day of June, 2009, he served a copy of the foregoing document, **Objection Of County Of Wayne, Michigan To Debtors' Motion To Approve (A) The Sale Pursuant To The Master Sale And Purchase Agreement With Vehicle Acquisition Holdings, A U.S. Treasury-Sponsored Purchaser, Free And Clear Of Liens, Claims, Encumbrances And Other Interests; (B) The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases And (C) Other Relief ("The Objection")** upon each of the persons listed on the attached Exhibit A, by Federal Express Priority Overnight Mail so as to be received by each of the persons listed on the attached Exhibit A before 5:00 p.m., June 19, 2009.

The Objection was hand delivered on the 19th day of June, 2009 so as to be received before 5:00 p.m. on that date by the U.S. Attorney's Office S.D.N.Y., 86 Chambers St., Third Floor, New York, NY 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.).

The Objection was filed with the Court on the 19th day of June, 2009 via the Court's ECF system which will also serve a copy of the document electronically upon all registered participants in this matter.

Dated: June 19, 2009      By:   /s/ Timothy A. Fusco
                                          Timothy A. Fusco (P13768)
                                          150 West Jefferson, Suite 2500
                                          Detroit, MI  48226
                                          Phone: (313) 496-8435
                                          Fax: (313) 496-8452
                                          fusco@millercanfield.com

# EXHIBIT A

## FEDERAL EXPRESS SERVICE LIST

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY 10153

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY 10281

Cleary Gottlieb Steen & Hamilton LLP
Attn: James L. Bromley, Esq.
One Liberty Plaza
New York, NY 10006

Cohen, Weiss and Simon LLP
Attn: Babette Ceccotti, Esq.
330 W. 42nd Street
New York, NY 10036

Vedder Price, P.C.
Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY 10019

Office of the United States Trustee
 for the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall St., 21st Floor
New York, NY 10004

Kramer Levin Naftalis & Frankel, LLP
Attn: Thomas Moers Mayer, Kenneth H. Eckstein, Gordon Z. Novod
1177 Avenue of the Americas
New York, NY 10036

DELIB:3102286.1\142766-00001