GM 1973 > 34 yrs as UAW Member
Ret'd 2007

Multiple Contracts
in adding bargained benefits
& concessions

I am not only a former employee
I am a GM customer
I have always owned a UAW
CAR FOR 29 years I have
driven a GM vehicle.

I took care of my job with
GM as an employee, I expected
GM would take care of me in
retirement.

I made my retirement plans
based on the reasonable
expectation of the benefits
agreed upon by contract.

What contribution is
Management making to the
new Company?

Now that we the Retiree has giving up all of these concessions, what will the new GM do for the Retiree? Will we get the same benefits that the new Retiree get from the new General Motors or will our stay as it?

Retiree

Ernestin [signature]