UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

GENERAL MOTORS CORP., et al.,

　　　　　　　　　　Debtors.

RESPONDENT BOND HOLDER:

FRANCES H. CATERINA and All
Others Similarly Situated, et Al
　　　　　　　　　Objector/s

Chapter 11 Case No:
09-50026 (REG)
(Jointly Administered)

7.20% Due 15 Jan 2011 ($ 20,000)
Cusip/isin 370442BB0   Claim # 1
7.70% Due 15 Apr 2016 ($ 6,000)
Cusip/isin 370442AU9   Claim # 2
(Frances H. Caterina)

OBJECTION / RESPONSE TO NOTICE TO SELL SUBSTANTIALLY
ALL OF DEBTOR'S ASSETS PURSUANT TO MASTER SALE AND PURCHASE AGREEMENT WITH VEHICILE ACQUISITION HOLDINGS LLC, <u>A U.S. TREASURY-SPONSORED PURCHASER</u>

　　　Frances H. Caterina, Bond Holder; and All others Similarly Situated, et al; do object and oppose the Motion and the Terms of Sale Procedure Order (MPA) now before the Court as being violative of all Rights herein reserved under U.C.C. 1-207.7; Anderson U.C.C. 1-207.7, page 437, 3rd Edition.

　　　The Objectors herein further reserve rights under U.C.C 1-103 et sequel and U.C.C. 1-103.6; page 69 Andersons 3rd Edition.

　　　Also! further reservations of rights under U.C.C. 2-721 et sequel are made (Uniform Commerical Code  2-721 Remedies for Fraud and for non-fraudulent breach), page 54 Anderson 3rd Edition.

　　　The Objectors contend that they are being denied Trial By Jury on these matters as is protected them under the Uniform Commerical Code and F.R.C.P. Rule 38(a); the just relief sought herein.

　　　With the Rights reserved and placed on record any furtherence of this matter with out regard to the Notice will render constitutional doubt upon the Court's jurisdition until the bond holders of Record recover their entire Bond moneys with full interest to date.

　　　NOTICE to the Court is hereby respectfully submitted :

Respondent Bond Holder Frances H. Caterina and All,
Others Similarly Situated

Date: 13th June 2009
202 Kenyon Dr.
Peckville, PA. 18452
(570) 489-8741

*Frances H. Caterina*
Frances H. Caterina, et al
"All Rights Reserved UCC 1-207
Explicit., In Pro Se;
without prejudice"

(1)

ORIGINAL

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 11 Case No. |
| GENERAL MOTORS CORP., et al. | 09-50026 (REG) |
| Debtors. | (Jointly Administered) |
| RESPONDENT BOND HOLDER: | |
| FRANCES H. CATERINA and All | |
| Others Similarly Situated, et al Objector/s | |

### CERTIFICATE OF SERVICE

OFFICE OF THE CLERK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NEW YORK 10004-1408

CLEARY GOTTLIEB STEEN & HAMILTON LLP, FOR UAW
ONE LIBERTY PLAZA
NEW YORK, NEW YORK 10006

EXPORT DEVELOPMENT CANADA
1633 BROADWAY
47th FLOOR
NEW YORK, NEW YORK 10019

U.S. ATTORNEY'S OFFICE SDNY
86 Chambers Street, THIRD FLOOR
NEW YORK, NEW YORK 10007

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
NEW YORK, NEW YORK 10153

CADWALADER, WICKERSHAM & TAFT LLP
FINANCIAL CENTER
NEW YORK, NEW YORK 10281

COHEN, WEISS AND SIMON LLP, ATTYS UAW
330 W. 42nd STREET
NEW YORK, NEW YORK 10036

OFFICE OF THE UNITED STATES TRUSTEE
FOR THE SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET
21st FLOOR
NEW YORK, NEW YORK 10004

ATTORNEYS FOR CREDITORS COMMITTEE


Parties Served:

OBJECTION/RESPONSE TO NOTICE TO SELL SUBSTANTIALLY ALL
OF DEBTOR'S ASSETS PURSUANT TO MASTER SALE AND PURCHASE
AGREEMENT WITH VEHICILE ACQUISITION HOLDING LLC,
<u>A U.S. TREASURY SPONSORED PURCHASER.</u>

I, FRANCES H. CATERINA, so certify that all of the above listed parties were served the hereinabove indicated documents thru the United States Postal Service, First Class Mail, and the postage was prepaid on ___15th June___ 2009 with exception Attorneys of Creditors Committee as no address was listed:

SO CERTIFIED: *Frances H. Caterina*

Dated: 15th June 2009

Frances H. Caterina, Pro Se
202 Kenyon Dr, Peckville, PA 18452
(570) 489-8741

(2)

ORIGINAL

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
. . . . . . . . . . . . . . .
In Re:                                    Chapter 11 Case No.
                                          09-50026 (REG)
GENERAL MORORS CORP., et al.,
                                          (Jointly Administered)
                    Debtors,
. . . . . . . . . . . . . . .
RESPONDENT BOND HOLDER:
FRANCES H. CATERINA and All
Others Similarly Situated, et al
                    Objector/s
. . . . . . . . . . . . . . . . . . . . . . . . . .

## AFFIDAVID OF INABILITY TO COMPLY
## TO ELECTRONICALLY FILING

    I, FRANCES H. CATERINA, BOND HOLDER; Pro Se, do hereby state by this Affidavit that I do not possess the necessary skill or have in my possession the necessary equipment to comply with the Courts Notice that any paper that you file in this bankruptcy should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compack disk (CD) in PDF format.

    As I am unable to do so I state such incorporated in this Affidavit so-as to comply with the Court recent Notice and I am with no immediate knowledge of charges of the Court's filing fee for acting as a Respondent to the Court's Notice and deadline to file an Objection to the Motion now before the Court regarding the above captioned matter.

    I, Frances H. Caterina, being duly sworn, deposes and says that the above statement is true for the purposes of complying with the Rules related to Respondent's filing with regard to the notice received by the Court.

C/O 202 Kenyon Dr.
Peckville, PA 18452
(570) 489-8741

*Frances H. Caterina*
Frances H. Caterina, Respondent
Bond Holder of Record

SWORN TO BEFORE ME THIS
15th Day of June 2009

*Kathleen O'Hara*
(NOTARY PUBLIC)
My Commission Expires

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Kathleen O'Hara, Notary Public
Jefferson Twp., Lackawanna County
My Commission Expires Jan. 24, 2012
Member, Pennsylvania Association of Notaries

(3)