**Sandra Stevens Goodale**
**69 Hilltop Drive**
**Chappaqua, New York 10514**

June 15, 2009

Re:  General Motors Global Notes
Security Number 6330-889
CUSIP 370442-BT-1

Vito Genna
Clerk of the Bankruptcy Court
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Dear Sir:

I do not accept this bankruptcy solution. This is not the generally accepted distribution of assets in bankruptcy and I consider it illegal and criminal. As a preferred creditor my holdings should come before those of the US government and the unions.

Attached is the confirmation of my purchase of the 5,000 shares of GM Global Notes held in Account No. 3771-1318 held by Wachovia Securities.

Very truly yours,

*Sandra Stevens Goodale*

Sandra Stevens Goodale

JUN 17 2009

## WACHOVIA SECURITIES

CONFIRMATION

DATED 09/07/04

**Account Number** 3771-1318
DDA Number    1010048875639
YOUR FINANCIAL ADVISOR
PAOLO BAGNATO

866-544-1230
800-359-9297

007004



SANDRA STEVENS GOODALE
69 HILLTOP DRIVE
CHAPPAQUA NY 10514-1919

| BOUGHT | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|
| GENERAL MOTORS | 5,000.00000 | 109.21700 | 5,460.85 |

GLOBAL NOTES
CALLABLE
CPN 8.375% DUE 07/15/33
DTD 07/03/03 FC 01/15/04

| SECURITY NUMBER | 6330-889 | ACCOUNT TYPE | CASH | CHARGE/COMMISSION | 6.00 |
|---|---|---|---|---|---|
| CUSIP | 370442-BT-1 | TRADE DATE | 09/03/04 | ACCRUED INTEREST | 62.81 |
| SOLICITED | | SETTLEMENT DATE | 09/09/04 | NET AMOUNT | $5,529.66 |

**MARKET** PRINCIPAL
**SECURITY INFORMATION:** BASIS YIELD 07.58200. INTEREST ACCRUED FROM 07/15/04. YIELD TO MATURITY DATE. MOODY BAA1, S&P BBB.

| BOUGHT | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|
| GENERAL MOTORS | 5,000.00000 | 109.21700 | 5,460.85 |

GLOBAL NOTES
CALLABLE
CPN 8.375% DUE 07/15/33
DTD 07/03/03 FC 01/15/04

| SECURITY NUMBER | 6330-889 | ACCOUNT TYPE | CASH | CHARGE/COMMISSION | 6.00 |
|---|---|---|---|---|---|
| CUSIP | 370442-BT-1 | TRADE DATE | 09/07/04 | ACCRUED INTEREST | 63.98 |
| SOLICITED | | SETTLEMENT DATE | 09/10/04 | NET AMOUNT | $5,530.83 |

**MARKET** PRINCIPAL
**SECURITY INFORMATION:** BASIS YIELD 07.58200. INTEREST ACCRUED FROM 07/15/04. YIELD TO MATURITY DATE. MOODY BAA1, S&P BBB.

Account carried by First Clearing, LLC, member New York Stock Exchange, SIPC. Securities and insurance products:

| Not Insured by FDIC or Any Federal Government Agency | May Lose Value | Not a Deposit of or Guaranteed by a Bank or Any Bank Affiliate |

FOR ADDRESS CORRECTION AND PAYMENT DUE INSTRUCTIONS PLEASE REFER TO CONTACT INFORMATION ON PAGE 2 OF THIS CONFIRMATION

020 Y1 Y125