June 15, 1909

United States Bankruptcy Court
One Bowling Green
New York, N.Y. 10004

Clerk: Vito Genna

    I would like to object to these bankruptcy proceedings because I am a GM retiree and was not allowed to vote on the concessions that have been forced upon me. GM retirees number around 384,000 UAW members. Only the active workers numbering around 60,000 UAW members were allowed to vote. Consequently the ratification of the concessions to the 2007 GM-UAW Contract is not a true indication of the members it affects.

                Sincerely yours,
                Kenneth M. Wood
                UAW-GM retiree

Kenneth M. Wood
3869 E. 1250 N.
Alexandria, In. 46001-8999
Ph. 765-724-7523


RECD
JUN 17 2009