SAUL EWING LLP
Adam H. Isenberg, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-8662
Facsimile: (215) 972-1853
Email: aisenberg@saul.com

Attorneys for JAC Products, Inc.,
Franklin Aluminum Company, Inc.,
CVS Pharmacy, Inc, Schneider National, Inc.,
Schneider National Carriers, Inc. and
Schneider Logistics, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re:                                                           :   Chapter 11
                                                                 :
GENERAL MOTORS CORPORATION, et al.                               :   Case No. 09-50026 (REG)
                                                                 :
                    Debtors.                                     :
                                                                 :
-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE

I, Adam H. Isenberg, a member in good standing of the Bar of the Commonwealth of Pennsylvania request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent JAC Products, Inc., Franklin Aluminum Company, Inc., CVS Pharmacy, Inc., Schneider National, Inc., Schneider National Carriers, Inc., and Schneider Logistics, Inc. in the above referenced case.

| Mailing Address: | Adam H. Isenberg, Esquire<br>SAUL EWING LLP<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Telephone: (215) 972-8662<br>Email: aisenberg@saul.com |
|---|---|

1162450.1 6/19/09

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated:  June 19, 2009

>/s/ Adam H. Isenberg
> Adam H. Isenberg, Esquire
> **SAUL EWING LLP**
> Centre Square West
> 1500 Market Street, 38th Floor
> Philadelphia, PA  19102
> Telephone:  (215) 972-8662
> Email:  aisenberg@saul.com
>
> Attorneys for JAC Products, Inc.,
> Franklin Aluminum Company, Inc.,
> CVS Pharmacy, Inc, Schneider National, Inc.,
> Schneider National Carriers, Inc. and
> Schneider Logistics, Inc.