UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:                                                           :    Chapter 11
                                                                 :
GENERAL MOTORS CORPORATION, *et al.*                             :    Case No. 09-50026 (REG)
                                                                 :
Debtors.                                                         :
                                                                 :
-----------------------------------------------------------------x

## ORDER ADMITTING ADAM H. ISENBERG
## TO PRACTICE *PRO HAC VICE*

ORDERED, that Adam H. Isenberg, Esquire, is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____            _____
                                        ROBERT E. GERBER
                                        UNITED STATES BANKRUPTCY JUDGE

1162450.1 6/19/09