June 16, 2009

To: United States Bankruptcy Court
Southern District of New York
One Bowling Green, New York, New York

Re: **Responses to the relief sought in the Motion of GM Chapter 11 Case no. 09-50026 (REG)**

I, the undersigned have bought 200 shares (total $262.95) of GM stock on May 28, 2009 and resold them (total $207.24) on May 29, 2009, long before the motion date of June 1, 2009. Therefore, I have nothing to do with any GM stock transactions thereafter. It should also be noted that I do not own any stock of GM nor GM owes me any king of value at present.

This is, therefore, to request the concerned parties to correct the information and exempt me from any notices and hearings related to GM stocks or any other kind of value. If, for any reason unknown to me, I should be obliged to be part of this case, I request the court to render me the rightful justice.

Hailu Legesse Aichehi

cc: C/o General Motors Corporation,
300 Renaissance Center, Detroit, Michigan 48265
Att: Lawrence S. Buonomo, Esq.

Weil Gotshal & Manges LLP, attorneys for the debtors
767 fith Aveneuen New York, New York 10153
Att: Harvey R. Miller, Esq., Stephen Karotkin, Joseph H. Smolinsky

The U.S treasury, 1500 Pennsylvania Avenue,
NW Room 2312, Washington D.C 20220
Att: Matthew Feldman

Cadwalader, Wickersham & Taft LLp, Attorneys for the purchaser,
One World Financial Center, New York, New York 10281
Att: John J. Rapisardi

The Attorneys for the Creditors Committee

Vedder Price, P.C., Attorneys for export Development Canada
1633 Broadway, 47th floor, New York, New York 10019
Att: Michael J. Edelman, and Michael L. Schein

The office of the United States Trustee for the southern District of New York
Att: Diana G. Adams
33 Whitehall Street, 21st floor, New York, New York 10004

The Garden City Group, Inc., GM claims Agent
P.O.Box 9386, Dublin, Ohio 43017-4286