June 15, 2009

Charles & Mary Reckard
801 Sunshine Run
Arnolds Park, IA 51331

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

**Re: Objection to settlement
Case No. 09-50026 (reg)**

Dear Sirs;

We, Charles and Mary Reckard, hereby state my objection to this settlement. Historically, bondholders have received privileged status. I object to a settlement that nullifies these establishments' principles. Investors will have no reason to trust bonds if the settlement passes.

Sincerely,

*Charles Reckard*
Charles Reckard

*Mary Reckard*
Mary Reckard