TX.

15 JUN 2009

United States Bankruptcy Court.-
Southern district of New York.

I strongly oppose the U.A.W. Retirement Settlement Persuant to Section 1114 of the United States Bankruptcy Code.

I havent been offered any options for a Vision and dental Plan.

I Think that G.M.A.C. and U.A.W are Looking out for there own interest and have abandoned the Retired employee's and there benefits.

*Luis Escalona*

LUIS ESCALONA
Retired Since 2006.