BODMAN LLP
Marc M. Bakst (P41575)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
313-393-7530
mbakst@bodmanllp.com

ATTORNEYS FOR WASHTENAW
COUNTY, A MICHIGAN MUNICIPAL
CORPORTION

**UNITED STATES BANKRUPTCY COURT**   x
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (Jointly Administered) |
| Debtors.     x | |

**CONCURRENCE AND JOINDER OF WASHTENAW COUNTY, A MICHIGAN MUNICIPAL CORPORATION, IN OBJECTION OF COUNTY OF WAYNE, MICHIGAN TO DEBTORS' MOTION TO APPROVE (A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS, A U.S. TREASURY-SPONSORED PURCHASER, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTEREST; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (C) OTHER RELIEF**

Washtenaw County, a Michigan municipal corporation, concurs and joins in the Objection of County of Wayne, Michigan to Debtors' Motion to Approve (a) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances and Other Interest; (b) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (c) Other Relief.

For the reasons stated in the Objection, Washtenaw County respectfully requests entry of an order denying the Debtors' Sale Motion unless Debtors include the YTO Six Speed facility as a Purchased Asset in the MPA.

                BODMAN LLP

                By: / s / Marc M. Bakst
                    Marc M. Bakst (P41575)
                    Attorneys for Washtenaw County, a Michigan municipal corporation

                    6th Floor at Ford Field
                    1901 St. Antoine Street
                    Detroit, Michigan 48226
                    mbakst@bodmanllp.com
                    (313) 393-7530

June 19, 2009