BODMAN LLP
Marc M. Bakst (P41575)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
313-393-7530
mbakst@bodmanllp.com

ATTORNEYS FOR WASHTENAW COUNTY, A MICHIGAN MUNICIPAL CORPORTION

**UNITED STATES BANKRUPTCY COURT    x**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (Jointly Administered) |
| Debtors.    x | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2009, I electronically filed *Concurrence and Joinder of Washtenaw County, a Michigan Municipal Corporation, in Objection of County of Wayne, Michigan to Debtors' Motion to Approve (a) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances and Other Interest; (b) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (c) Other Relief* with the Clerk of the Court which will send notification of such filing to all ECF participants, and on June 18, 2009, I also mailed via Federal Express overnight mail, a copy of same to all the parties on the attached Service List.

Detroit_933983_1

Detroit_933983_1

Respectfully submitted

BODMAN LLP


By: /s/ Marc M. Bakst
    Marc M. Bakst (P41575)
    Attorneys for Washtenaw County, a Michigan municipal corporation
    6th Floor at Ford Field
    1901 St. Antoine Street
    Detroit, Michigan 48226
    mbakst@bodmanllp.com
    (313) 393-7530

June 19, 2009

2

## SERVICE LIST

Weil, Gotshal & Manges LLP
Attn:  Harvey R. Miller, Esq.
       Stephen Karotkin, Esq.
       Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY 10153

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY 10281

Cleary Gottlieb Steen & Hamilton LLP
Attn: James L. Bromley, Esq.
One Liberty Plaza
New York, NY 10006

Cohen, Weiss and Simon LLP
Attn: Babette Ceccotti, Esq.
330 W. 42nd Street
New York, NY 10036

Vedder Price, P.C.
Attn:  Michael J. Edelman, Esq.
       Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY 10019

Office of the United States Trustee
 for the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall St., 21st Floor
New York, NY 10004

Kramer Levin Naftalis & Frankel LLP
Attn:  Thomas Moers Mayer
       Kenneth H. Eckstein
       Gordon Z. Novod
1177 avenue of the Americas
New York, NY  10036

3