Notice of objection to the Bankruptcy proceedings of
General Motors Corp., et al,

Chapter 11 case No. 09-50026 (REG)

I object to any corporation, company, or individual that uses or moves assets to another location or country and then has the nerve to say, "We're bankrupt in north America only".

I submit that all GM assets outside of the USA be retrieved or included as assets towards the finding of bankruptcy in these proceedings.

Another option would be to allow all citizens to move all their assets to a Swiss bank account and then be permitted to claim they're "bankrupt in North America only".

Submitted June 9, 2009

Michael Potter
N. 38 W 26876 Glacier Rd.
Pewaukee, WI.
53072

