5306 HORNBEAM ROAD
FAYETTEVILLE NC 28304-5820

10 JUNE 2009

U.S BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YOIR
ONE BOWLING GREEN
NEW YORK, NY

TO WHOM IT MAY CONCERN    CASE NO. 09-50026 (REG)

I object to the proposed distribution of common stock in the new General Motors (GM).

I am a small stockholder who purchased GM common stock as a long term investment and for additional income in my retirement years. I also invested for both my children for their future retirement. As a small investor I had little influence on decisions made by the Executives and Board of Directors. Public statements from various sources all indicated that GM would not go bankrupt and had enough cash to survive. By the time it became evident that this was not the case, the stock price was so low that a loss could not be avoided.

In other bankruptcies, such as the airlines, pensions were turned over to Federal Government activity, debts were wiped out, health plans were either eliminated or modified, and wages and salaries were modified greatly. This has not been done in the current case.

In this case, the GM proposal provides common stock in a new GM for unsecured debtors along with rights to buy additional common stock, so they have a reasonable change to recover their losses. This opportunity is not being given to the current common stock holders.

I request that the current common stock holders be treated the same as the unsecured debt holders and be provided 5 to 10% of the common stock of the new GM. This can be accomplished by adjusting the percentages of the other participants. An alternative, is for the current common stock holders be the common stock holders in the new GM and the other participants receive preferred stock. The preferred would be paid first from profits generated by the new GM and as they continued to operate profitably, the new GM could repurchase the preferred stock, permitting the debtors to recover their losses and as the value of the common stock increase, current common stock holders would be able to recover some of their losses.

I am only requesting that current common stock holders be treated fairly, which is very important to those of us that are small stock holders.

Your favorable consideration of this object will be greatly appreciated.

*Lewis S. Weingarten*
LEWIS S. WEINGARTEN
910-424-3716
E-MAIL: bigwein@aol.com

COPY TO:

GENERAL MOTORS CORP
ATTN: HARVEY R. MILLER, ESQ
300 RENAISSANCE CENTER
DETROIT, MI 48265

U.S TREASURY
ROOM 2312, ATTN: MATTHEW FELDMAN, ESQ.
1500 PENNSYLVANIA AVE NW
WASHINGTON D.C. 20220

WEIL, GOTSHAL, & MANGES LLP
ATTN: LAWRENCE S. BUONOMO, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: JOHN J. RAPISARDI, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

WEIL, GOTSHAL, & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
300 RENAISSANCE CENTER
DETROIT, MI 48265

VEDDER PRICE, P.C.
47TH FLOOR, ATTN: MICHAEL J. FELDMAN, ESQ.
1633 BROADWAY
NEW YORK, NY 10019

WEIL, GOTSHAL, & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ
767 FIFTH AVE
NEW YORK, NY 10153

VEDDER PRICE, P.C.
47TH FLOOR, ATTN: MICHAEL L. SCHEIN, ESQ.
1633 BROADWAY
NEW YORK, NY 10019

OFFICE OF THE UNITED STATES
TRUSTEE FOR THE SOUTHERN
DISTRICT OF NEW YORK
21ST FLOOR, ATTN: DIANA G. ADAMS, ESQ.
33 WHITEHALL ST
NEW YORK, NY 10004