Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-x
:
**In re**                                             :       **Chapter 11 Case No.**
:
**GENERAL MOTORS CORP.,** *et al.*,     :       **09-50026 (REG)**
:
Debtors.                             :       **(Jointly Administered)**
:
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-x

**CERTIFICATE OF NO OBJECTION**

Pursuant to section 1746 of title 28, the undersigned hereby certifies that no objection or response has been received as of the objection deadline with respect to the following:

- Stipulation and Agreed Order Between the Debtors and Travelers Casualty and Surety Company Providing for Limited Modification of the Automatic Stay [Docket No. 933] (the "**Stipulated Order**")

    Objection Deadline: **Friday, June 19, 2009 at 11:00 a.m.** (prevailing Eastern Time).

Accordingly, we hereby respectfully request the Court to approve and enter the Stipulated Order.

Dated: New York, New York
June 19, 2009

*/s/ Joseph H. Smolinsky*
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession