LEONARD, STREET AND DEINARD
 *Professional Association*
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
Morris Sherman
Matthew A. Swanson (admitted *pro hac vice*)

*Counsel for Quadion Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                        :
In re:                                  :    Chapter 11
                                        :
General Motors Corp., *et al.*,         :    Case No. 09-50026 (REG)
                                        :
                                        :    (Jointly Administered)
                    Debtors.            :
---------------------------------------------------------x

**OBJECTION OF QUADION CORP. TO THE DEBTORS' SALE MOTION [DOCKET NO. 92] WITH RESPECT TO THE PROPOSED ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND CURE AMOUNTS RELATED THERETO**

Quadion Corp. ("Quadion")[1], by and through its undersigned counsel, hereby submits its Contract Objection (as defined in that certain Sale Procedures Order entered on June 2, 2009 [Docket No. 274])[2] to the Debtors' proposed assumption and assignment of any Assumable Executory Contracts between Quadion and the Debtors (the "Quadion Contract"), and in support

---

[1] The Debtors have identified Quadion as having a Vendor ID of 006477244.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in this Court's June 2, 2009 Order Pursuant Order Pursuant to 11 U.S.C. §§ 105, 363, and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006 (I) Approving Procedures For Sale Of Debtors' Assets Pursuant to Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline and Sale Hearing Date; (III) Establishing Assumption and Assignment Procedures; and (IV) Fixing Notice Procedures and Approving Form of Notice(the "Sale Procedures Order") [Docket No. 274].

thereof, respectfully states as follows:

## Background

1.  On June 1, 2009, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York.

2.  The Debtors and Vehicle Acquisition Holdings LLC (the "Purchaser"), a Delaware limited liability company sponsored by the United States Department of Treasury, have entered into a Master Sale and Purchase Agreement which contemplates a set of related transactions for the sale of substantially all of the Debtors' tangible, intangible and operating assets.

3.  On June 1, 2009, the Debtors filed a Motion seeking (a) authority to sell substantially all of the Debtors' assets free and clear of liens, claims, interests and encumbrances to Purchaser, (b) approval of Sale Procedures governing the sale process, (c) authority to assume and assign certain executory contracts and unexpired leases to Purchaser, (d) approval of a certain settlement between the Debtors and their labor unions, and (e) a schedule for a final hearing on the Motion and the relief requested therein.

4.  On June 2, 2009, the Court entered the Sale Procedures Order approving the Assumption and Assignment Procedures which, in summary, set forth procedures with respect to the Debtors' proposed assumption of Assumable Executory Contracts and the assignment of those contracts to Purchaser as well as a process by which disputes regarding amounts necessary to cure defaults under the Assumable Executory Contracts (each a "Cure Amount" and collectively, the "Cure Amounts") are to be resolved.

5.      The Sale Procedure Order did not include, as an exhibit, a schedule of executory contracts and unexpired leases but rather directs non-debtor parties to Assumable Executory Contracts, upon receiving an Assumption and Assignment Notice, to visit a secure website maintained by the Debtors (the "Contract Website") with information regarding the Debtors' proposed Cure Amounts.

### The Assumption and Assignment Notice

6.      Pursuant to the Sale Procedures, the Debtors were to serve the Assumption and Assignment Notice upon non-debtor parties to Assumable Executory Contracts no later than June 5, 2009, and Contract Objections were to be filed within ten days thereof, or June 15, 2009.  That being said, **Quadion did not receive its Assumption and Assignment Notice until June 16, 2009**.  Indeed, when Quadion called the Supplier Information Call Center (the "Call Center") established by the Debtors and asked how Quadion was supposed to timely object to a notice that it had just received, the Call Center acknowledged that the Assumption and Assignment Notice was sent to Quadion on June 15, 2009 (recorded by the Call Center as Issue No. 2009-5671).  In this case, Quadion did not receive the Assumption and Assignment Notice until June 16, 2009 – after the expiry of the Debtors' proposed objection deadline and, accordingly, justice requires that such deadline be extended with respect to the instant Objection and that this Objection be deemed timely filed.

### Objection

7.      According to the Contract Website, the Cure Amount with respect to the Quadion Contract is scheduled as $134,817.77.  Quadion hereby objects to the Motion and the assumption and assignment of the Quadion Contract on the basis that the actual amount that must be paid by the Debtors to cure all prepetition defaults under the Quadion Contract as of the Commencement

Date in accordance with section 365(b) of the Bankruptcy Code is **$272,918.55** (the "Actual Cure Costs").[3]  A spreadsheet identifying unpaid invoices in addition to those already identified by the Debtors on the Contract Website is attached hereto as <u>Exhibit A</u>.  While Quadion does not object to the assumption of the Quadion Contract, the contract cannot be assumed and assigned without a complete cure of all arrearages.  "Section 365(b) of the executory contracts section of the [Bankruptcy] Code requires a debtor to cure prepetition defaults as a precondition of assuming an executory contract."  <u>In re Stolz</u>, 315 F.3d 80, 86 (2nd Cir. 2002).

8. Quadion reserves the right (i) to amend, supplement, or otherwise modify this Objection and all attachments hereto as necessary or proper, and (ii) to raise such other and further objections to any proposed assumption and assignment, and/or the Cure Costs, with respect to the proposed assumption and assignment of the Quadion Contract.

WHEREFORE, Quadion respectfully requests that the Court require the Debtors to pay Quadion the Actual Cure Costs in full as a condition to the assumption and assignment of the Quadion Contract and grant such other and further relief as the Court may deem proper.

Respectfully submitted,

Dated: June 19, 2009                               Quadion Corp.

Morris Sherman                                     By: __/s/ Matthew A. Swanson__
Matthew A. Swanson (admitted *pro hac vice*)          One of its attorneys
LEONARD, STREET AND DEINARD
 *Professional Association*
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
*Attorneys for Quadion Corp.*

---

[3] Since receiving the Assumption and Assignment Notice, Quadion has communicated with the Debtors in an effort to reconcile the cure claims due under the Quadion Contract and Quadion fully intends to work with the Debtors to consensually resolve any discrepancies in accordance with the procedures set forth in the Sale Procedures Order.

# EXHIBIT A

6176459v1

# GM EXCEPTION TO CONTRACT
## PRE-FILING INVOICES NOT ON CONTRACT LIST

| Acct# | Invoice Date | Invoice Number | Pack Slip Number | SID Number | PO # | quantity | part number | our DM/CM | notes |
|---|---|---|---|---|---|---|---|---|---|
| 21896 | 2009.02.11 | 1297404 | 599135 | | 700378 - 00010 | 130.40 | | | 5/26/09 POD emailed to Karthik/Nagesh; they forwarded it to Jennifer Maisel |
| 21896 | 2009.04.28 | 1304465 | 606225 | | 700380 - 00010 | 547.69 | | | |
| 21896 | 2009.04.28 | 1304466 | 606226 | | 700378 - 00040 | 349.44 | | | |
| 21896 | 2009.04.29 | 1304628 | 606369 | | 700380 - 00010 | 547.69 | | | |
| 21896 | 2009.04.30 | 1304792 | 606511 | | 700380 - 00010 | 547.69 | | | |
| 21896 | 2009.05.01 | 1304966 | 606684 | | 700380 - 00010 | 547.69 | | | |
| 21896 | 2009.05.04 | 1305092 | 606890 | | 700380 - 00010 | 547.69 | | | |
| 21896 | 2009.04.06 | 1302570 | | | | 138.00 | | 61302570 | 5/26/09 only one line of shipment paid |
| 16524 | 2007.02.26 | 169085 | 99783 | | PX3TY 000 | 750.00 | | | samples |
| 16524 | 2007.04.23 | 170622 | 101333 | | N2M00 0024 | 2,100.00 | | | tool 10%  3/18/09 remailed copy; 4/10/09 rejected, forward to Thad/Mary |
| 16524 | 2007.05.21 | 171415 | 102160 | | PX5PL | 131.20 | | | samples |
| 16524 | 2007.05.21 | 171416 | 102163 | | PX5PH | 512.46 | | | samples |
| 16524 | 2007.05.21 | 171417 | 102141 | | PX5PD 000 | 4,240.00 | | | tool  2/16/09 remailed copy |
| 16524 | 2007.05.07 | 171458 | 102214 | | PX5PH | 1,450.00 | | | samples |
| 16524 | | 171025 | | | | 798.00 | | 61171025 | samples |
| 16524 | 2008.11.04 | | | | | 96.90 | | 61008252 | unknown |
| 16524 | 2008.11.04 | | | | | (98.43) | | 61308253 | unknown |
| 16524 | 2008.11.04 | | | | | (96.90) | | 61475040 | unknown |
| 16524 | 2008.11.04 | | | | | (96.90) | | 61475138 | unknown |
| 16524 | 2008.12.05 | 1291652 | 593419 | | N2M00027 | 80,622.00 | | | tooling - MX:  6/15/09 remailed w/approvals |
| 16524 | 2009.02.11 | 1297381 | 599212 | | N2M00027 | 11,944.00 | | | tooling - MX:  6/15/09 remailed w/approvals |
| 16524 | 2008.11.13 | 1289382 | | | | 824.20 | | 61289382 | samples  4/13/09 to Arali Lopez |
| 16586 | 2008.08.29 | 1280633 | 582222 | | GM 43757 | 193.80 | | | 3/16/09 to Sherri Pritt @ Landaal |
| 21476 | | | | | | | | 70023059 | 1/7/09 reject deduction for RMA 23059 |
| 25538 | 2007.12.05 | 1249116 | 550421 | | 0004W0004 | 1,676.25 | | | 3/26/09 to Steve Paule |
| 25538 | | 1257257 | | | | 2,129.00 | | 21257257 | 4/2/08 freight deduction in error  6/5/09 Arali |
| 25538 | | 1266949 | | | | (91.00) | | 61266949 | |
| 25538 | | 1269414 | | | | 1,676.25 | | 61269414 | quantity not paid  6/26/09 to Steve Paule |
| 25538 | 2008.08.08 | 1278031 | 579555 | | N2M0002F | 112.90 | | | 4/22/09 to Kerrie Szymanski - scheduled to pay |
| 25538 | 2008.08.08 | 1278032 | 579558 | | N2M0002F | 112.90 | | | 4/22/09 to Kerrie Szymanski - scheduled to pay |
| 25538 | 2008.08.08 | 1278033 | 579561 | | N2M0002F | 112.90 | | | 4/22/09 to Kerrie Szymanski - scheduled to pay |
| 25538 | 2008.08.12 | 1278347 | 579938 | | N2K0000J | 396.00 | | | 6/5/09 to Arali Lopez |
| 25538 | 2008.08.13 | 1278504 | 580045 | | N2K0000H | 291.60 | | | 6/5/09 to Arali Lopez |
| 25538 | | 1377792 | | | | 570.00 | | 71377792 | 9/2/08 reject deduction |
| 25538 | | | | | | 18,806.98 | | 70023395 | 10/2/08 reject deduction for RMA 23395 |
| 25538 | 2008.11.07 | 1288871 | 590478 | | N2M0002C | 1,960.00 | | | 3/3/09 to Crystal Fowler |
| 25538 | | 1286253 | | | | (72.58) | | 61286253 | overpaid by 156pc |
| 25538 | | 1286254 | | | | 137.09 | | 61286254 | short by 156pc |
| 25538 | | | | | | 1,860.53 | | 70023627 | 12/1/08 reject deduction for RMA 23627 |
| 25538 | | 1285041 | | | | 348.85 | | 71285041 | 12/1/08 reject deduction |
| 25538 | 2009.01.09 | 1294386 | 596003 | | N2K0000L | 2,376.00 | | | 6/5/09 Arali Lopez - will be paid on receipt 143112 |
| 25538 | | 1297430 | | | | (2,296.00) | | 61097430 | 4/2/09 quantity discrepancy to Kerrie Szymanski |
| 25538 | | 1297430 | | | | 280.00 | | 61297430 | 4/2/09 quantity discrepancy to Kerrie Szymanski |
| 25538 | 2009.05.28 | 1307341 | 609047 | | N2M0000N | 108.86 | | | not on e-dacor or contract list |
| 25538 | 2009.05.28 | 1307345 | 609051 | | N2M00013 | 205.63 | | | not on e-dacor or contract list |
| 25538 | 2009.05.28 | 1307346 | 609052 | | N2M0002C | 672.00 | | | not on e-dacor or contract list |
| 21896 | GMPT Baltimore | | | | | 138,100.78 | | | |
| 16524 | G M P T Tooling | | | | | | | | |
| 16586 | G M Disbursements (Burton MI) | | | | | | | | |
| 21476 | GM Canada | | | | Shipment to Mexico | | | | |
| 25538 | GM Powertrain | | | | | | | | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------

In re:

| | |
|---|---|
| General Motors Corporation, | Chapter 11 |
| | Case No. 09-50026-reg |
| Debtor. | Hon. Robert E. Gerber |

---------------------------------------------------------

### CERTIFICATE OF SERVICE

I, Callie Sanford, declare, under penalty of perjury, that on June 19, 2009, I filed an **Objection of Quadion Corp. to the Debtors' Sale Motion [Docket No. 92] with Respect to the Proposed Assumption and Assignment of Certain Executory Contracts and Cure Amounts Related Thereto** with the Clerk of Bankruptcy Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

**Adam Craig Harris**; adam.harris@srz.com
**Adam D. B**ruski; adbruski@lambertleser.com
**Adam H. Isenberg**; aisenberg@saul.com
**Adam L. Rosen**; filings@spallp.com
**Alan W. Kornberg**; akornberg@paulweiss.com
**Alyssa Englund**; aenglund@orrick.com
**Andrea Shee**han; sheehan@txschoollaw.com
**Andrew Neil Rosenberg**; arosenberg@paulweiss.com
**Andrew P. Brozman**; andrew.brozman@cliffordchance.com
**Arthur J. Spector**; aspector@bergersingerman.com
**Babette A. Ceccotti**; Assigned: 06/02/09
**Barbara S Mehlsack**; bmehlsack@gkllaw.com
**Benjamin P. Deutsch**; bdeutsch@schnader.com
**Blanka K. Wolfe**; bwolfe@sheppardmullin.com
**Brett D. Goodman**; brett.goodman@troutmansanders.com
**Brian H. Meldrum**; bmeldrum@stites.com
**Brian L. Shaw**; bshaw100@shawgussis.com
**Carol A. Felicetta**; cfelicetta@reidandreige.com
**Chester B. Salomon**; csalomon@beckerglynn.com
**Christina C. Skubic**; bankruptcy@braytonlaw.com
**Christopher F. Graham**; cgraham@mckennalong.com
**Christopher J. Giaimo, Jr**.; giaimoc@arentfox.com
**Christopher Robert Belmonte**; cbelmonte@ssbb.com
**Colin Thomas Darke**; cdarke@bodmanllp.com

**Colleen M. Sweeney**; csweeney@dickinsonwright.com
**Cynthia Jordan Lowery**; cynthialowery@mvalaw.com
**Cynthia Woodruff-Neer**; cwoodruff-neer@alpine-usa.com
**Darryl S. Laddin**; bkrfilings@agg.com
**David A. Lerner**; dlerner@plunkettcooney.com
**David B. Wheeler**; davidwheeler@mvalaw.com
**David D. Ritter**; ecf@krcl.com
**David J. Baldwin**; dbaldwin@potteranderson.com
**David N. Crapo**; dcrapo@gibbonslaw.com
**David T. Lin**; dlin@seyburn.com
**Dawn R. Copley**; dcopley@dickinsonwright.com,dnavin@dickinsonwright.com
**Deborah Kovsky-Apap**; kovskyd@pepperlaw.com
**Deborah L. Fish**; dfish@allardfishpc.com
**Debra A. Kowich**; dkowich@umich.edu
**Dennis Jay Raterink**; raterinkd@michigan.gov
**Donald J. Hutchinson**; hutchinson@millercanfield.com
**Doron Yitzchaki**; dyitzchaki@dickinsonwright.com
**Douglas B. Rosner**; drosner@goulstonstorrs.com
**Edward J. LoBello**; elobello@msek.com
**Elizabeth Banda**; arlbank@pbfcm.com
**Elizabeth Weller**; dallas.bankruptcy@publicans.com
**Eric A Schaffer**; eschaffer@reedsmith.com
**Eric Lopez Schnabel**; schnabel.eric@dorsey.com
**Eric T. Moser**; eric.moser@klgates.com
**Frank McGinn**; ffm@bostonbusinesslaw.com
**G. Alan Wallace**; gwall@fraserlawfirm.com
**Gabriel Del Virginia, Esq.**; gabriel.delvirginia@verizon.net
**George B. Cauthen**; george.cauthen@nelsonmullins.com
**Gloria M. Chon**; gloria.chon@kkue.com
**Gordon J. Toering**; gtoering@wnj.com
**Gregory O. Kaden**; gkaden@goulstonstorrs.com
**H. Christopher Mott**; cmott@gordonmottpc.com
**Harvey A. Strickon**; harveystrickon@paulhastings.com
**Harvey R. Miller**; harvey.miller@weil.com
**Howard S. Beltzer**; hbeltzer@morganlewis.com
**Ingrid S. Palermo**; ipalermo@hselaw.com
**J. Casey Roy**; casey.roy@oag.state.tx.us
**James A. Plemmons**; jplemmons2@dickinsonwright.com
**James Christopher Caldwell**; ccaldwell@starkreagan.com
**James L. Bromley**; maofiling@cgsh.com
**James M. Sullivan**; sullivan.james@arentfox.com
**James S. Carr**; jcarr@kelleydrye.com
**Jean Winborne Bo**yles; jboyles@jhvgmlaw.com
**Jeanette M. Gilbert**; jgilbert@motleyrice.com
**Jeff Klusmeier**; jeff.klusmeier@ago.mo.gov
**Jeffrey S. Stein**; Jeff_Stein@gardencitygroup.com
**Jennifer Anne Christian**; jchristian@kelleydrye.com
**Jennifer B. Kimble**; jkimble@burr.com
**Jennifer L. Nassiri**; jennifer.nassiri@dlapiper.com
**Joel D. Applebaum**; japplebaum@clarkhill.com
**John F. Carberry**; jcarberry@cl-law.com

**John J. Hunter, Jr**.; jrhunter@hunterschank.com
**John J. Jolley, Jr**.; jay.jolley@kutakrock.com
**John T. Gregg**; jgregg@btlaw.com
**Jonathan Hook**; jonathan.hook@haynesboone.com
**Jonathan L. Flaxer**; jflaxer@golenbock.com
**Joseph E. Shickich, Jr**.; jshickich@riddellwilliams.com
**Joseph R. Sgroi**; jsgroi@honigman.com
**Joseph Thomas Moldovan**; bankruptcy@morrisoncohen.com
**Judith Elkin**; judith.elkin@haynesboone.com
**Karel S. Karpe**; karpek@whiteandwilliams.com
**Kathleen H. Klaus**; khk@maddinhauser.com
**Kayalyn A. Marafioti**; kmarafio@skadden.com
**Kenneth A. Flaska**; gm@dmms.com
**Kenneth J. Schweiker, Jr**.; kschweiker@brownconnery.com
**Kenneth M. Schneider**; smpcecf@gmail.com
**Kerry M Ewald**; kewald@dickinsonwright.com
**Kimberly A. Walsh**; bk-kwalsh@oag.state.tx.us
**Larry A. Levick**; levick@singerlevick.com
**Leslie Stein**; lstein@seyburn.com
**Marc E. Richards**; mrichards@blankrome.com
**Mark Edwin Browning**; BK-MBROWNING@OAG.STATE.TX.US
**Mark S. Frankel**; mfrankel@couzens.com
**Marshall Scott Huebner**; marshall.huebner@dpw.com
**Marvin E. Clements, Jr**.; agbanknewyork@ag.tn.gov
**Mary Joanne Dowd**; dowd.mary@arentfox.com
**Matthew J. Shier**; mshier@pinnaclelawgroup.com
**Matthew L. Schwartz**; matthew.schwartz@usdoj.gov
**Max Anderson Moseley**; mam@jbpp.com
**Michael A. Maricco**; maricco.michael@pbgc.gov
**Michael C. Hammer**; mchammer3@dickinsonwright.com
**Michael G. Cruse**; mcruse@wnj.com
**Michael James Edelman**; mjedelman@vedderprice.com
**Michael P. Richman**; mrichman@pattonboggs.com
**Michael R. Wernette**; mwernette@schaferandweiner.com
**Michael Reed**; nycourts@mvbalaw.com
**Michael S. Leib**; msl@maddinhauser.com
**Michelle T. Sutter**; msutter@ag.state.oh.us
**Nan E. Joesten**; njoesten@fbm.com
**Neal S. Mann**; neal.mann@oag.state.ny.us
**Neil Andrew Goteiner**; ngoteiner@fbm.com
**Norman D. Orr**; norman.orr@kkue.com
**Patrick J. Kukla**; pkukla@carsonfischer.com
**Paul J. Pascuzzi**; ppascuzzi@ffwplaw.com
**Paul J. Ricotta**; pricotta@mintz.com
**Paul R. Hage**; phage@jaffelaw.com
**Peter D'Apice**; dapice@sbep-law.com
**Philip D. Anker**; philip.anker@wilmerhale.com
**Raymond J. Urbanik**; rurbanik@munsch.com
**Richard F. Hahn**; rfhahn@debevoise.com
**Richard G. Smolev**; rsmolev@kayescholer.com
**Richard L. Epling**; richard.epling@pillsburylaw.com

**Richard W. Martinez**; Richardnotice@rwmaplc.com
**Richardo I. Kilpatrick**; ecf@kaalaw.com
**Robert B. Weiss**; rweiss@honigman.com
**Robert D. Gordon**; rgordon@clarkhill.com
**Robert D. Wolford**; ecfwolfordr@millerjohnson.com
**Robert H. Brownlee**; rbrownlee@thompsoncoburn.com
**Robert J. Figa**; rfiga@comlawone.com
**Robert L. Barrows**; rbarrows@wdblaw.com
**Robert T. Smith**; rsmith@cniinc.cc
**Robert W. Phillips**; rphillips@simmonscooper.com
**Ronald S. Pretekin**; pretekin@coollaw.com
**Ryan D. Heilman**; rheilman@schaferandweiner.com
**Sam Della Fera, Jr**.; sdellafera@trenklawfirm.com
**Scott A. Wolfson**; wolfson@bsplaw.com
**Scott K. Rutsky**; srutsky@proskauer.com
**Sean A. O'Neal**; soneal@cgsh.com
**Sean M. Walsh**; swalsh@gmhlaw.com
**Stanley B. Tarr**; tarr@blankrome.com
**Stephen B. Grow**; sgrow@wnj.com
**Stephen B. Selbst**; sselbst@herrick.com
**Stephen H. Gross**; sgross@hodgsonruss.com
**Stephen Karotkin**; stephen.karotkin@weil.com
**Steven A. Ginther**; sdnyecf@dor.mo.gov
**Stuart A. Krause**; skrause@zeklaw.com
**Susan M. Cook**; smcook@lambertleser.com
**Susan Power-Johnston**; sjohnston@cov.com
**Susan R. Katzoff**; skatzoff@hiscockbarclay.com
**Suzanne Hepner**; shepner@lrbpc.com
**Teresa H. Chan**; tchan@sidley.com
**Theresa V. Brown-Edwards**; bankruptcy@potteranderson.com
**Thomas F. Koegel**; tkoegel@flk.com
**Thomas H. Curran**; tcurran@haslaw.com
**Thomas J. Schank**; tomschank@hunterschank.com
**Thomas M. Kennedy**; tkennedy@kjmlabor.com
**Thomas M. Wilson**; ddipenti@kelley-ferraro.com
**Thomas P. Sarb**; ecfsarbt@millerjohnson.com
**Thomas R. Fawkes**; tfawkes@freebornpeters.com
**Tiffany Strelow Cobb**; tscobb@vorys.com
**Timothy D. Moratzka**; tdm@mcmlaw.com
**Trent P. Cornell**; tcornell@stahlcowen.com
**Tricia A. Sherick**; tsherick@honigman.com
**Victoria D. Garry**; vgarry@ag.state.oh.us
**Vincent D'Agostino**; vdagostino@lowenstein.com
**Wendy J. Gibson**; wgibson@bakerlaw.com
**William T. Green, III**; uncbill@msn.com

I further certify that I caused a copy of the foregoing document and the Notice of Electronic Filing to be served by First Class Mail on the following parties:

**Saturn of Hempstead, Inc.**
c/o Robinson Brog et. al
1345 Avenue of the Americas
31st floor
New York, NY 10105

**Raufoss Automotive Components Canada**
Porzio Bromberg & Newman PC
100 Southgate Parkway
Morristown, NJ 07962

**Deutsche Bank AG**
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

**Diana G. Adams**
Office of the United States Trustee
33 Whitehall Street, 21st floor
New York, NY 10004

**Cadillac Products Automotive Company**
c/o Mark A. Aiello and
Salvatore A. Barbatano
Foley & Lardner LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489

**Citicorp USA, Inc.**
c/o Peter V. Pantaleo, Esq. and
David J. Mack, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

**Continental Plastics Company**
c/o c/o Mark A. Aiello and
Salvatore A. Barbatano
Foley & Lardner LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489

**GMAC LLC**
c/o Otterbourg, Steindler, Houston & Rosen, P.C.
Counsel for GMAC LLC and its affiliates
230 Park Avenue
New York, NY 10169
    Attention:  Daniel Wallen, Esq.
                    Melanie L. Cyganowski, Esq.
                    Jonathan N. Helfat, Esq.
                    Steven B. Soll, Esq.

**Inergy Automotive Systems (USA), LLC**
c/o Mark A. Aiello and
Salvatore A. Barbatano
Foley & Lardner LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489

**Visiocorp USA, Inc.**
c/o Mark A. Aiello and
Salvatore A. Barbatano
Foley & Lardner LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489

**Wilmington Trust Company**
c/o David M. Feldman, Esq. and
Matthew J. Williams, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

**Brian Shoichi Masumoto**
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

**Andrew D. Velez-Rivera**
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

| | |
|---|---|
| **Joseph O'Neil, Jr.**<br>Smith Reed LLP<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801 | **Michael S. Holmes**<br>8100 Washington Avenue, Suite 120<br>Houston, TX 77007 |
| Dated:  June 19, 2009 | /e/ Callie M. Sanford<br>Callie M. Sanford |