LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, New York 10022
Telephone: (212) 812-8303
Facsimile: (212) 812-8363
Sarah M. Chen, Esq.
*Attorneys for Praxair, Inc. and Praxair Distribution Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
                                                          :
In re:                                                    :    Chapter 11 Case No.
                                                          :
GENERAL MOTORS CORP., *et al*,                            :    09-50026 (REG)
                                                          :
                     Debtors.                             :    (Jointly Administered)
                                                          :
----------------------------------------------------------x

## NOTICE OF RECLAMATION

PLEASE TAKE NOTICE that, by and through counsel, Praxair, Inc. ("**Praxair**") and Praxair Distribution Inc. ("**PDI**"; together with Praxair, the "**Praxair Vendors**", hereby files this notice of the delivery of a written demand, pursuant to § 546 of title 11 of the United States Code, and applicable non-bankruptcy law, on General Motors Corp., *et al.* ("**Debtors**") to reclaim certain assets (the "**Goods**") that are subject to reclamation. The Goods were sold in the ordinary course of Debtors' business and delivered on credit terms to, and received by, Debtors during the 45 days prior to the filing date (the "**Commencement Date**") of Debtors' bankruptcy petition. Attached as Exhibit A is a list of invoices for all Goods delivered to Debtors by Praxair in the forty-five days prior to the Commencement Date. Attached as Exhibit B is a list of invoices for all Goods delivered to Debtors by PDI in the forty-five days prior to the Commencement Date. The related invoices are voluminous and will be made available upon reasonable demand. In making this demand, the Praxair Vendors do not waive its right to seek

an administrative claim for the value of the Goods that were received by the Debtor prior to the filing of the petition pursuant to 11 U.S.C. § 503(b)(9), 546(c), or state law. The Praxair Vendors hereby reserve all other rights and interests with respect to the Goods.

DATED: June 18, 2009.

Respectfully Submitted,

*/s/ Sarah M. Chen*
Gregory T. Casamento
  New York Bar No. GC 5273
  gcasamento@lockelord.com
Sarah M. Chen
  New York Bar No. SC 7509
  schen@lockelord.com
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, New York 10022
Telephone: (212) 947-4700
Facsimile: (212) 947-1202

**COUNSEL FOR PRAXAIR, INC. AND PRAXAIR DISTRIBUTION INC.**