## Honeoye Falls, NY

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# |
|---|---|---|---|---|---|---|
| 13099158 | 85770951 | 4/27/2009 | 6/2/2009 | 4,175.42 | 9,509.68 | |
| 13111792 | 85747565 | 4/30/2009 | 6/2/2009 | 9,509.68 | 7,904.39 | |
| 13111899 | 85770076 | 4/30/2009 | 6/2/2009 | 7,904.39 | 4,187.60 | |
| 13112387 | 85783784 | 4/30/2009 | 6/2/2009 | 4,187.60 | 2,935.19 | |
| 13112716 | 85789378 | 4/30/2009 | 6/2/2009 | 2,935.19 | 2,500.00 | |
| 13108413 | 12108071 | 5/1/2009 | 7/2/2009 | 2,500.00 | 6,623.60 | |
| 13129726 | 85796584 | 5/12/2009 | 7/2/2009 | 6,623.60 | 5,914.25 | |
| 13129727 | 85802638 | 5/12/2009 | 7/2/2009 | 5,914.25 | 2,214.50 | |
| 13129729 | 85802429 | 5/12/2009 | 7/2/2009 | 2,214.50 | 1,750.70 | |
| 13129755 | 85815511 | 5/12/2009 | 7/2/2009 | 1,750.70 | 5,349.92 | |
| 13134993 | 85834917 | 5/18/2009 | 7/2/2009 | 5,349.92 | 2,196.78 | |
| 13135250 | 85828472 | 5/18/2009 | 7/2/2009 | 2,196.78 | 7,279.00 | |
| 13135574 | 85834918 | 5/18/2009 | 7/2/2009 | 7,279.00 | 1,107.00 | |
| 13136819 | 85841947 | 5/18/2009 | 7/2/2009 | 1,107.00 | 1,847.05 | |
| 13136821 | 85841952 | 5/18/2009 | 7/2/2009 | 1,847.05 | 2,482.40 | |
| 13137800 | 858843113 | 5/19/2009 | 7/2/2009 | 2,482.40 | 2,027.86 | |
| 13143283 | 858849390 | 5/25/2009 | 7/2/2009 | 2,027.86 | 3,190.00 | |
| 13143353 | 85852095 | 5/25/2009 | 7/2/2009 | 3,190.00 | 1,045.50 | |
| 13144467 | 858861378 | 5/25/2009 | 7/2/2009 | 1,045.50 | 4,098.77 | |
| 13148901 | 85866829 | 5/28/2009 | 7/2/2009 | 4,098.77 | 4,475.28 | |
| 13161474 | 85861603 | 5/31/2009 | 7/2/2009 | 4,475.28 | 5,817.40 | |
| 13161555 | 85862895 | 5/31/2009 | 7/2/2009 | 5,817.40 | 1,990.14 | |
| 13161718 | 858869941 | 5/31/2009 | 7/2/2009 | 1,990.14 | | |

## Defiance, OH

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# |
|---|---|---|---|---|---|---|
| 13111231 | 121108391 | 5/1/2009 | 7/2/2009 | $ 800.00 | $ 800.00 | TCB06321 |
| 13159229 | 85879307 | 5/31/2009 | 7/2/2009 | $ 18,359.79 | $ 18,359.79 | TCB06321 |

## Burbank, CA

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# |
|---|---|---|---|---|---|---|
| 13087996 | 85753263 | 4/17/2009 | 6/2/2009 | $ 4,191.49 | $ 354.89 | FAR01663 |
| 13100920 | 85779330 | 4/28/2009 | 6/2/2009 | $ 4,233.67 | $ 358.45 | FAR01663 |
| 13101044 | 85783467 | 4/28/2009 | 6/2/2009 | $ 4,391.00 | $ 371.77 | FAR01663 |
| 13106451 | 12107934 | 5/1/2009 | 7/2/2009 | $ 2,731.25 | $ 2,731.25 | FAR01663 |
| 13106524 | 12108247 | 5/1/2009 | 7/2/2009 | $ 655.50 | $ 655.50 | FAR01663 |
| 13106526 | 12108248 | 5/1/2009 | 7/2/2009 | $ 2,731.25 | $ 2,731.25 | FAR01663 |
| 13118715 | 85799735 | 5/4/2009 | 7/2/2009 | $ 4,129.25 | $ 4,129.25 | FAR01663 |

Tonawanda, NY

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# |
|---|---|---|---|---|---|---|
| 13130858 | 12121613 | 5/13/2009 | 7/2/2009 | $ 2,731.25 | $ 2,731.25 | FAR01663 |
| 13132206 | 85826599 | 5/14/2009 | 7/2/2009 | 3,081.81 | 3,081.81 | FAR01663 |
| 13139750 | 85845716 | 5/20/2009 | 7/2/2009 | 4,239.38 | 4,239.38 | FAR01663 |
| 13143983 | 85858736 | 5/25/2009 | 7/2/2009 | 3,323.27 | 3,323.27 | FAR01663 |
| 13150091 | 85864753 | 5/29/2009 | 7/2/2009 | 1,186.29 | 1,186.29 | FAR01663 |

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# |
|---|---|---|---|---|---|---|
| 13086960 | 85750410 | 4/16/2009 | 6/2/2009 | $ 2,096.74 | $ 2,096.74 | TAR19851 |
| 13088227 | 85754832 | 4/17/2009 | 6/2/2009 | 2,381.28 | 2,381.28 | TAR21498 |
| 13093987 | 85767235 | 4/22/2009 | 6/2/2009 | 1,939.71 | 1,939.71 | TAR19851 |
| 13096952 | 85775778 | 4/24/2009 | 6/2/2009 | 1,667.88 | 1,667.88 | TAR19851 |
| 13096953 | 85775779 | 4/24/2009 | 6/2/2009 | 631.40 | 631.40 | TAR21498 |
| 13105392 | 85791070 | 4/30/2009 | 6/2/2009 | 1,532.17 | 1,532.17 | TAR22020 |
| 13114388 | 85794061 | 5/1/2009 | 7/2/2009 | 912.25 | 912.25 | TAR21498 |
| 13114445 | 85796108 | 5/1/2009 | 7/2/2009 | 1,025.00 | 1,025.00 | TAR22020 |
| 13122476 | 85807475 | 5/6/2009 | 7/2/2009 | 2,006.95 | 2,006.95 | TAR21498 |
| 13123970 | 85807256 | 5/7/2009 | 7/2/2009 | 2,366.52 | 2,366.52 | TAR21498 |
| 13128147 | 85821692 | 5/11/2009 | 7/2/2009 | 1,931.10 | 1,931.10 | TAR22020 |
| 13132504 | 85831702 | 5/14/2009 | 7/2/2009 | 1,662.96 | 1,662.96 | TAR21498 |
| 13132505 | 85831703 | 5/14/2009 | 7/2/2009 | 434.19 | 434.19 | TAR21498 |
| 13136911 | 85842832 | 5/18/2009 | 7/2/2009 | 2,373.08 | 2,373.08 | TAR22020 |
| 13139669 | 85847062 | 5/20/2009 | 7/2/2009 | 2,189.40 | 2,189.40 | TAR22020 |
| 13146118 | 85857087 | 5/26/2009 | 7/2/2009 | 2,083.21 | 2,083.21 | TAR22020 |
| 13150594 | 85873136 | 5/29/2009 | 7/2/2009 | 2,103.30 | 2,103.30 | TAR22020 |
| 13150595 | 85873137 | 5/29/2009 | 7/2/2009 | 222.22 | 222.22 | TAR21498 |

Willow Run, Ypsilanti, MI

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# |
|---|---|---|---|---|---|---|
| 13110669 | 12102654 | 4/30/2009 | 6/2/2009 | $ 2,100.00 | $ 2,100.00 | HWR78039 |
| 13118892 | 85797925 | 5/4/2009 | 7/2/2009 | 2,570.63 | 2,570.63 | TCB06321 |
| 13123695 | 85810549 | 5/7/2009 | 7/2/2009 | 7,586.62 | 7,586.62 | TCB06321 |
| 13127027 | 85810547 | 5/11/2009 | 7/2/2009 | 1,981.94 | 1,981.94 | TCB06321 |
| 13157517 | 12143092 | 5/31/2009 | 7/2/2009 | 2,100.00 | 2,100.00 | HWR78039 |
| 13161278 | 85868264 | 5/31/2009 | 7/2/2009 | 2,542.31 | 2,542.31 | TCB06321 |

Torrance, CA

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# |
|---|---|---|---|---|---|---|
| 13096084 | 85774536 | 4/24/2009 | 6/1/2009 | $ 190.36 | $ 190.36 | TCR20563 |
| 13098664 | 85781999 | 4/27/2009 | 6/1/2009 | 378.49 | 378.49 | TCR20563 |

**Ardsley, NY**

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | | Open Amount | PO# |
|---|---|---|---|---|---|---|---|
| 13113345 | 85796651 | 5/1/2009 | 7/1/2009 | | $ | 1,272.56 | TCR20563 |
| 13129133 | 85826571 | 5/12/2009 | 7/1/2009 | | $ | 684.42 | TCR20563 |
| 13154037 | 85878374 | 5/31/2009 | 7/1/2009 | | $ | 788.80 | TCR20563 |

**Milford, MI**

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | | Open Amount | PO# |
|---|---|---|---|---|---|---|---|
| 13090574 | 85699791 | 4/20/2009 | 6/2/2009 | 4,385.80 | | | FAR01751 |
| 13096644 | 85699792 | 4/24/2009 | 6/2/2009 | 4,689.33 | | | FAR01751 |
| 13101341 | 85785997 | 4/28/2009 | 6/2/2009 | 4,397.22 | | | FAR01751 |
| 13107719 | 12108035 | 5/1/2009 | 7/2/2009 | 600 | | 600 | FAR01663 |
| 13108383 | 12107976 | 5/1/2009 | 7/2/2009 | 2,500.00 | | 2,500.00 | FAR01663 |
| 13122321 | 85699793 | 5/6/2009 | 7/2/2009 | 4,352.30 | | 4,352.30 | FAR01751 |
| 13131099 | 85827160 | 5/13/2009 | 7/2/2009 | 917.1 | | 917.1 | FAR01663 |
| 13132406 | 85699796 | 5/14/2009 | 7/2/2009 | 3,891.79 | | 3,891.79 | FAR01751 |
| 13136627 | 85699798 | 5/18/2009 | 7/2/2009 | 4,456.78 | | 4,456.78 | FAR01751 |
| 13145998 | 85699799 | 5/26/2009 | 7/2/2009 | 4,597.59 | | 4,597.59 | FAR01751 |
| **13165384** | **85855632** | **6/2/2009** | **8/2/2009** | **4,713.26** | **$** | **4,713.26** | **FAR01751** |

**Saginaw, MI**

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | | Open Amount | PO# |
|---|---|---|---|---|---|---|---|
| 13100774 | 85774258 | 4/28/2009 | 6/2/2009 | 324.72 | $ | 324.72 | TCB06321 RLS TCR19079 |
| 13100775 | 85774263 | 4/28/2009 | 6/2/2009 | 1,208.27 | | 1,208.27 | TCB06321 RLS TCR19074 |
| 13134453 | 85827666 | 5/18/2009 | 7/2/2009 | 1,108.23 | | 1,108.23 | TCB06321 RLS TCR19074 |
| 13143008 | 85835353 | 5/25/2009 | 7/2/2009 | 689.62 | | 689.62 | TCB06321 RLS TCR19079 |
| 13143009 | 85835355 | 5/25/2009 | 7/2/2009 | 530.13 | | 530.13 | TCB06321 RLS TCR19074 |
| 13161230 | 85867296 | 5/31/2009 | 7/2/2009 | 791.30 | | 791.30 | TCB06321 RLS TCR19074 |

**Hamtramck, MI**

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | | Open Amount | PO# |
|---|---|---|---|---|---|---|---|
| 13090835 | 85762320 | 4/20/2009 | 6/2/2009 | 1,950.39 | $ | 1,950.39 | |
| 13097233 | 85775378 | 4/25/2009 | 6/2/2009 | 6,255.00 | | 6,255.00 | TCB06321 |
| 13100898 | 85783214 | 4/28/2009 | 6/2/2009 | 1,165.71 | | 1,165.71 | |
| 13117860 | 85798424 | 5/4/2009 | 7/1/2009 | 5,878.18 | | 5,878.18 | S701293 |
| 13107795 | 12108253 | 5/1/2009 | 7/2/2009 | 900.00 | | 900.00 | |
| 13135531 | 85841697 | 5/18/2009 | 7/2/2009 | 2,242.50 | | 2,242.50 | |
| 13147198 | 85851992 | 5/27/2009 | 7/2/2009 | 9,799.50 | | 9,799.50 | TCB06321 |

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | | Open Amount | PO# |
|---|---|---|---|---|---|---|---|
| 13089032 | 85744955 | 4/20/2009 | 6/2/2009 | 2,026.62 | $ | 2,026.62 | RD810803 |
| 13143011 | 85838447 | 5/25/2009 | 7/2/2009 | 1,829.24 | | 1,829.24 | RD810803 |

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# | |
|---|---|---|---|---|---|---|---|
| 13089473 | 85759259 | 4/20/2009 | 6/2/2009 | $ 777.62 | $ 777.62 | TCR01069 | Warren, MI |
| 13097543 | 85767325 | 4/27/2009 | 6/2/2009 | $ 461.66 | $ 461.66 | TCR12791 | |
| 13117840 | 85798109 | 5/4/2009 | 7/2/2009 | $ 593.54 | $ 593.54 | TCR01069 | |
| 13140534 | 85848916 | 5/21/2009 | 7/2/2009 | $ 652.54 | $ 652.54 | TCR01069 | |

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# | |
|---|---|---|---|---|---|---|---|
| 13097480 | 85765576 | 4/27/2009 | 6/2/2009 | $ 818.36 | $ 818.36 | TCR19004 | Warren, MI |
| 13134456 | 85827669 | 5/18/2009 | 7/2/2009 | $ 673.22 | $ 673.22 | TCR19004 | |
| 13161150 | 85865240 | 5/31/2009 | 7/2/2009 | $ 751.94 | $ 751.94 | TCR19004 | |

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# | |
|---|---|---|---|---|---|---|---|
| 13145864 | 85765582 | 5/26/2009 | 7/2/2009 | $ 1,209.50 | $ 1,209.50 | TBD | Romulus, MI |

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# | |
|---|---|---|---|---|---|---|---|
| 13108398 | 12108036 | 5/1/2009 | 7/2/2009 | $ 2,500.00 | $ 2,500.00 | FAR01663 | Fort Belvoir, VA |
| 13133837 | 85833507 | 5/15/2009 | 7/2/2009 | $ 4,141.63 | $ 4,141.63 | FAR01751 | |

| Invoice# | S/O # | Invoice Date | Due Date | Gross Amount | Open Amount | PO# | |
|---|---|---|---|---|---|---|---|
| 13126978 | 85807561 | 5/11/2009 | 7/2/2009 | $ 2,666.64 | $ 2,666.64 | TCR19560 | Warren, MI |
| 13136536 | 85838795 | 5/18/2009 | 7/2/2009 | $ 834.35 | $ 834.35 | TCR19560 | |

Total $ 291,444.70