U.S. List of Accounts

BD616
BW118
CV557
CW309
CW310
CW395
CY892
DF098
DH984
DL631
DL632
DM012
DN358
DP023
DP024
DP928
DQ185
DR847
FL022
FL670
FL697
FM204
FN092
FN326
FN421
FP516
FR111
FR112
FR244
FR505
FR758
FR759
FS684
FT502
FT928
FX455
GJ012
GX918
GX920
GZ645
H4F06
HE237
HV896
HX634
JB707
ME988
WN409
WN413
WN414
WN417
WN426
WN428

WN430
WN431
WN439
WN451
WN453
WN455
WN458
WN459
WN462
WN463
WN465
WN466
WN473
WN474
WN476
WN478
WN480
WN482
WN484
WN488
WN489
WN491
WN493
WN494
WN495
WN496
WN499
WN503
WN506
WN510
WN515
WN516
WN519
WN520
Z4893

U.S. Delivery Dates

| CUST_ID | INVOICE_DATE | INVOICE_NO | DELIVERY_DATE | LINE_NO | TRX_TYPE | SALES_AMOUNT_US |
|---|---|---|---|---|---|---|
| CV557 | 04/20/09 | 32933746 | 01/01/00 | 0 | | 873.89 |
| CV557 | 05/05/09 | 33085945 | 05/04/09 | 2 | 1 | 147.12 |
| CV557 | 05/20/09 | 33230396 | 01/01/00 | 0 | | 868.02 |
| CV557 | 05/29/09 | 33299649 | 05/28/09 | 2 | 1 | 45.00 |
| CV557 | 05/29/09 | 33299649 | 05/28/09 | 4 | 1 | 72.50 |
| CV557 | 05/29/09 | 33299649 | 05/28/09 | 6 | 1 | 52.43 |
| **CV557 Total** | | | | | | **2,058.96** |
| CW309 | 04/20/09 | 32933747 | 01/01/00 | 0 | | 10.08 |
| **CW309 Total** | | | | | | **10.08** |
| CW310 | 04/20/09 | 32933748 | 01/01/00 | 0 | | 44.64 |
| CW310 | 05/20/09 | 33230397 | 01/01/00 | 0 | | 43.20 |
| **CW310 Total** | | | | | | **87.84** |
| CY892 | 04/20/09 | 32933749 | 01/01/00 | 0 | | 75.33 |
| CY892 | 05/20/09 | 33230398 | 01/01/00 | 0 | | 72.90 |
| **CY892 Total** | | | | | | **148.23** |
| DF098 | 04/20/09 | 32933754 | 01/01/00 | 0 | | 695.95 |
| DF098 | 05/20/09 | 33230405 | 01/01/00 | 0 | | 673.50 |
| **DF098 Total** | | | | | | **1,369.45** |
| DH984 | 04/20/09 | 32933759 | 01/01/00 | 0 | | 371.13 |
| DH984 | 05/20/09 | 33230411 | 01/01/00 | 0 | | 359.70 |
| **DH984 Total** | | | | | | **730.83** |
| DL631 | 04/20/09 | 32933762 | 01/01/00 | 0 | | 259.13 |
| DL631 | 05/20/09 | 33230414 | 01/01/00 | 0 | | 250.77 |
| **DL631 Total** | | | | | | **509.90** |
| DM012 | 04/20/09 | 32933763 | 01/01/00 | 0 | | 78.42 |
| DM012 | 05/20/09 | 33230417 | 01/01/00 | 0 | | 79.20 |
| **DM012 Total** | | | | | | **157.62** |
| DP023 | 04/20/09 | 32933766 | 01/01/00 | 0 | | 181.17 |
| DP023 | 04/24/09 | 32987137 | 04/22/09 | 1 | 1 | 330.71 |
| DP023 | 04/24/09 | 32987137 | 04/22/09 | 6 | 1 | 330.71 |
| DP023 | 04/27/09 | 33042450 | 04/24/09 | 1 | 1 | (134.92) |
| DP023 | 04/27/09 | 33042450 | 04/24/09 | 1 | 1 | 134.92 |
| DP023 | 04/27/09 | 33042450 | 04/24/09 | 1 | 1 | 134.92 |
| DP023 | 05/20/09 | 33230421 | 01/01/00 | 0 | | 205.80 |
| **DP023 Total** | | | | | | **1,183.31** |
| DP024 | 04/20/09 | 32933767 | 01/01/00 | 0 | | 239.95 |

| Code | Date 1 | Ref | Date 2 | Qty | Amount |
|---|---|---|---|---|---|
| DP024 | 05/20/09 | 33230422 | 01/01/00 | 0 | 231.69 |
| **DP024 Total** | | | | | **471.64** |
| DQ185 | 04/20/09 | 329933768 | 01/01/00 | 0 | 22.32 |
| DQ185 | 05/20/09 | 33230424 | 01/01/00 | 0 | 21.60 |
| **DQ185 Total** | | | | | **43.92** |
| DR847 | 04/23/09 | 9749764 | 04/29/09 | 2 | (825.00) |
| DR847 | 04/23/09 | 9749764 | 04/29/09 | 2 | 825.00 |
| DR847 | 04/24/09 | 33035906 | 04/23/09 | 2 | 347.25 |
| DR847 | 04/24/09 | 33035906 | 04/22/09 | 2 | 825.00 |
| DR847 | 05/29/09 | 33347155 | 04/29/09 | 2 | 825.00 |
| DR847 | 05/29/09 | 33347155 | 05/08/09 | 2 | 825.00 |
| DR847 | 05/29/09 | 33347155 | 05/13/09 | 2 | 825.00 |
| DR847 | 05/29/09 | 33347155 | 05/20/09 | 2 | 2,475.00 |
| DR847 | 05/29/09 | 33347155 | 05/27/09 | 2 | 825.00 |
| DR847 | 05/29/09 | 33347155 | 05/27/09 | 2 | 825.00 |
| DR847 | 05/29/09 | 33347155 | 04/29/09 | 2 | 825.00 |
| DR847 | 05/29/09 | 33347155 | 04/29/09 | 9 | 26.10 |
| DR847 | 05/29/09 | 33347155 | 04/29/09 | 10 | 559.70 |
| DR847 | 05/29/09 | 33347155 | 04/29/09 | 11 | 3.90 |
| DR847 | 05/29/09 | 33347155 | 04/29/09 | 12 | 40.02 |
| **DR847 Total** | | | | | **8,401.97** |
| FL022 | 04/20/09 | 32933837 | 01/01/00 | 0 | 77.50 |
| FL022 | 05/20/09 | 33230504 | 01/01/00 | 0 | 75.00 |
| **FL022 Total** | | | | | **152.50** |
| FL697 | 04/20/09 | 32933840 | 01/01/00 | 0 | 36.27 |
| FL697 | 05/20/09 | 33230508 | 01/01/00 | 0 | 35.10 |
| **FL697 Total** | | | | | **71.37** |
| FM203 | 05/18/09 | 9982052 | 05/19/09 | 1 | 38.94 |
| FM203 | 04/20/09 | 32933844 | 01/01/00 | 0 | 41.85 |
| FM203 | 05/20/09 | 33230512 | 01/01/00 | 0 | 40.41 |
| **FM203 Total** | | | | | **121.20** |
| FM204 | 04/15/09 | 9654225 | 04/23/09 | 4 | 294.50 |
| FM204 | 04/15/09 | 9654225 | 04/23/09 | 4 | (294.50) |
| FM204 | 04/15/09 | 9654225 | 04/23/09 | 4 | 294.50 |
| FM204 | 04/17/09 | 9679031 | 04/30/09 | 4 | 380.00 |
| FM204 | 04/17/09 | 9679031 | 04/30/09 | 5 | 442.00 |
| FM204 | 04/17/09 | 9679031 | 04/30/09 | 8 | 63.86 |
| FM204 | 04/17/09 | 9679031 | 05/21/09 | 11 | 420.00 |

| Code | Date 1 | Ref | Date 2 | Qty | Amount |
|---|---|---|---|---|---|
| FM204 | 04/30/09 | 9815445 | 04/30/09 | 2 | 645.00 |
| FM204 | 04/30/09 | 9815445 | 04/30/09 | 2 | (645.00) |
| FM204 | 04/30/09 | 9815445 | 04/30/09 | 2 | 645.00 |
| FM204 | 04/20/09 | 32933845 | 01/01/00 | 0 | 447.01 |
| FM204 | 04/21/09 | 32964302 | 04/20/09 | 3 | 38.71 |
| FM204 | 05/12/09 | 33119043 | 05/11/09 | 4 | 127.72 |
| FM204 | 05/12/09 | 33119043 | 05/11/09 | 7 | 442.00 |
| FM204 | 05/12/09 | 33119043 | 05/11/09 | 8 | 420.00 |
| FM204 | 05/20/09 | 33230513 | 01/01/00 | 0 | 450.37 |
| FM204 | 05/22/09 | 33268080 | 05/21/09 | 7 | 442.00 |
| FM204 | 05/22/09 | 33268080 | 05/21/09 | 8 | 420.00 |
| FM204 | 05/22/09 | 33268080 | 05/21/09 | 12 | 760.00 |
| FM204 | 05/22/09 | 33268080 | 05/21/09 | 13 | 663.00 |
| **FM204 Total** | | | | | **6,456.17** |
| FN092 | 04/20/09 | 32933847 | 01/01/00 | 0 | 124.50 |
| FN092 | 05/20/09 | 33230515 | 01/01/00 | 0 | 120.48 |
| **FN092 Total** | | | | | **244.98** |
| FN326 | 04/20/09 | 32933848 | 01/01/00 | 0 | 5.58 |
| FN326 | 05/20/09 | 33230516 | 01/01/00 | 0 | 5.40 |
| **FN326 Total** | | | | | **10.98** |
| FN421 | 04/20/09 | 32933849 | 01/01/00 | 0 | 662.97 |
| FN421 | 05/20/09 | 33230517 | 01/01/00 | 0 | 641.58 |
| **FN421 Total** | | | | | **1,304.55** |
| FP516 | 04/20/09 | 32933851 | 01/01/00 | 0 | 66.43 |
| FP516 | 05/20/09 | 33230519 | 01/01/00 | 0 | 64.29 |
| **FP516 Total** | | | | | **130.72** |
| FR111 | 04/20/09 | 32933854 | 01/01/00 | 0 | 8.37 |
| FR111 | 05/20/09 | 33230522 | 01/01/00 | 0 | 8.10 |
| **FR111 Total** | | | | | **16.47** |
| FR112 | 04/20/09 | 32933855 | 01/01/00 | 0 | 434.31 |
| FR112 | 04/21/09 | 32965793 | 04/20/09 | 2 | 131.18 |
| FR112 | 04/21/09 | 32965793 | 04/20/09 | 4 | 38.94 |
| FR112 | 05/13/09 | 33127614 | 05/12/09 | 2 | 186.84 |
| FR112 | 05/13/09 | 33127615 | 05/12/09 | 2 | 150.04 |
| FR112 | 05/13/09 | 33127615 | 05/12/09 | 3 | 12.76 |
| FR112 | 05/13/09 | 33127615 | 05/12/09 | 4 | 93.42 |
| FR112 | 05/13/09 | 33127615 | 05/12/09 | 5 | 18.74 |

| Code | Date1 | Number | Date2 | Qty1 | Qty2 | Amount |
|---|---|---|---|---|---|---|
| FR112 | 05/20/09 | 33230523 | 01/01/00 | 0 | | 455.02 |
| **FR112 Total** | | | | | | **1,521.25** |
| FR244 | 04/20/09 | 329933856 | 01/01/00 | 0 | | 27.90 |
| FR244 | 05/20/09 | 33230524 | 01/01/00 | 0 | | 27.00 |
| **FR244 Total** | | | | | | **54.90** |
| FR505 | 05/06/09 | 9878990 | 05/12/09 | 2 | 2 | 38.94 |
| FR505 | 05/06/09 | 9878990 | 05/12/09 | 3 | 2 | 156.60 |
| FR505 | 04/20/09 | 32933858 | 01/01/00 | 0 | | 19.62 |
| FR505 | 05/20/09 | 33230526 | 01/01/00 | 0 | | 19.26 |
| **FR505 Total** | | | | | | **234.42** |
| FS684 | 04/20/09 | 329933860 | 01/01/00 | 0 | | 33.48 |
| FS684 | 05/20/09 | 33230529 | 01/01/00 | 0 | | 32.40 |
| **FS684 Total** | | | | | | **65.88** |
| FW483 | 04/20/09 | 32933875 | 01/01/00 | 0 | | 8.37 |
| FW483 | 05/20/09 | 33230544 | 01/01/00 | 0 | | 8.10 |
| **FW483 Total** | | | | | | **16.47** |
| GJ012 | 04/20/09 | 32886441 | 01/01/00 | 0 | | 228.99 |
| GJ012 | 05/20/09 | 33182618 | 01/01/00 | 0 | | 222.15 |
| **GJ012 Total** | | | | | | **451.14** |
| GX918 | 04/20/09 | 329933903 | 01/01/00 | 0 | | 50.22 |
| GX918 | 05/20/09 | 33230572 | 01/01/00 | 0 | | 48.60 |
| **GX918 Total** | | | | | | **98.82** |
| GX920 | 04/20/09 | 329933904 | 01/01/00 | 0 | | 47.12 |
| GX920 | 05/20/09 | 33230573 | 01/01/00 | 0 | | 45.60 |
| **GX920 Total** | | | | | | **92.72** |
| GZ645 | 04/29/09 | 33058239 | 04/29/09 | 1 | 1 | 12.60 |
| GZ645 | 04/29/09 | 33058239 | 04/29/09 | 1 | 1 | 12.60 |
| GZ645 | 04/29/09 | 33058239 | 04/29/09 | 1 | 1 | (12.60) |
| GZ645 | 05/20/09 | 33230576 | 01/01/00 | 0 | | 11.70 |
| **GZ645 Total** | | | | | | **24.30** |
| HX634 | 04/20/09 | 329957371 | 01/01/00 | 0 | | 160.00 |
| HX634 | 04/28/09 | 33050302 | 04/27/09 | 2 | 1 | (52.38) |
| HX634 | 04/28/09 | 33050302 | 04/27/09 | 2 | 1 | 52.38 |
| HX634 | 04/28/09 | 33050302 | 04/27/09 | 2 | 1 | 52.38 |
| HX634 | 04/28/09 | 33050302 | 04/27/09 | 3 | 1 | (4.50) |
| HX634 | 04/28/09 | 33050302 | 04/27/09 | 3 | 1 | 4.50 |
| HX634 | 04/28/09 | 33050302 | 04/27/09 | 3 | 1 | 4.50 |

| | | | | | |
|---|---|---|---|---|---|
| HX634 | 04/28/09 | 33050302 | 04/27/09 | 4 | (8.00) |
| HX634 | 04/28/09 | 33050302 | 04/27/09 | 4 | 8.00 |
| HX634 | 04/28/09 | 33050302 | 04/27/09 | 4 | 8.00 |
| HX634 | 05/13/09 | 33127317 | 05/12/09 | 2 | 60.80 |
| HX634 | 05/13/09 | 33127317 | 05/12/09 | 3 | 4.50 |
| HX634 | 05/13/09 | 33127317 | 05/12/09 | 4 | 8.00 |
| HX634 | 05/20/09 | 33254388 | 01/01/00 | 0 | 160.00 |
| HX634 | 05/29/09 | 33299346 | 05/28/09 | 2 | 76.03 |
| HX634 | 05/29/09 | 33299346 | 05/28/09 | 3 | 4.50 |
| HX634 | 05/29/09 | 33299346 | 05/28/09 | 4 | 8.00 |
| **HX634 Total** | | | | | **546.71** |
| JB707 | 04/20/09 | 32956256 | 01/01/00 | 0 | 500.00 |
| JB707 | 04/21/09 | 32965511 | 04/21/09 | 1 | 12,140.00 |
| JB707 | 04/21/09 | 32965512 | 04/21/09 | 4 | (13,549.00) |
| JB707 | 05/15/09 | 33141266 | 05/14/09 | 1 | 473.60 |
| JB707 | 05/15/09 | 33141266 | 05/14/09 | 1 | 20.00 |
| JB707 | 05/20/09 | 33253270 | 01/01/00 | 0 | 500.00 |
| **JB707 Total** | | | | | **84.60** |
| ME988 | 04/20/09 | 32925742 | 01/01/00 | 0 | 20.69 |
| ME988 | 05/20/09 | 33222440 | 01/01/00 | 0 | 72.66 |
| **ME988 Total** | | | | | **93.35** |
| WN411 | 05/18/09 | 33148430 | 05/11/09 | 1 | 8,910.00 |
| WN411 | 05/20/09 | 33162612 | 05/19/09 | 1 | 89.40 |
| WN411 | 05/21/09 | 33263656 | 05/20/09 | 1 | 225.64 |
| **WN411 Total** | | | | | **9,225.04** |
| WN413 | 04/20/09 | 32957645 | 01/01/00 | 0 | 2.79 |
| WN413 | 05/20/09 | 33254668 | 01/01/00 | 0 | 2.70 |
| **WN413 Total** | | | | | **5.49** |
| WN417 | 04/28/09 | 33050263 | 04/24/09 | 1 | (31.68) |
| WN417 | 04/28/09 | 33050263 | 04/24/09 | 1 | 31.68 |
| WN417 | 04/28/09 | 33050263 | 04/24/09 | 1 | 31.68 |
| WN417 | 05/07/09 | 33100045 | 05/06/09 | 1 | 37.90 |
| WN417 | 05/15/09 | 33141243 | 05/14/09 | 1 | 9.70 |
| WN417 | 05/15/09 | 33141243 | 05/14/09 | 3 | 19.40 |
| WN417 | 05/19/09 | 33154204 | 05/18/09 | 1 | 15.40 |
| WN417 | 05/20/09 | 33161502 | 05/15/09 | 1 | 43.42 |
| WN417 | 05/21/09 | 33262535 | 05/21/09 | 3 | 11.80 |

| | | | | | |
|---|---|---|---|---|---|
| WN417 | 05/28/09 | 33290797 | 05/27/09 | 1 | 5.90 |
| WN417 | 06/01/09 | 33354976 | 05/28/09 | 5 | 11.80 |
| **WN417 Total** | | | | | **187.00** |
| WN426 | 04/28/09 | 33050264 | 04/24/09 | 1 | (222.00) |
| WN426 | 04/28/09 | 33050264 | 04/24/09 | 1 | 222.00 |
| WN426 | 04/28/09 | 33050264 | 04/24/09 | 1 | 222.00 |
| WN426 | 04/28/09 | 33050265 | 04/24/09 | 1 | (92.70) |
| WN426 | 04/28/09 | 33050265 | 04/24/09 | 1 | 92.70 |
| WN426 | 04/28/09 | 33050265 | 04/24/09 | 1 | 92.70 |
| **WN426 Total** | | | | | **314.70** |
| WN428 | 04/28/09 | 33050266 | 04/24/09 | 1 | (11.00) |
| WN428 | 04/28/09 | 33050266 | 04/24/09 | 1 | 11.00 |
| WN428 | 04/28/09 | 33050266 | 04/24/09 | 1 | 11.00 |
| **WN428 Total** | | | | | **11.00** |
| WN430 | 04/30/09 | 33065502 | 04/30/09 | 1 | (3.42) |
| WN430 | 04/30/09 | 33065502 | 04/30/09 | 1 | 3.42 |
| WN430 | 04/30/09 | 33065502 | 04/30/09 | 1 | 3.42 |
| **WN430 Total** | | | | | **3.42** |
| WN436 | 04/20/09 | 32958385 | 01/01/00 | 0 | 10.30 |
| WN436 | 05/20/09 | 33255390 | 01/01/00 | 0 | 10.30 |
| **WN436 Total** | | | | | **20.60** |
| WN439 | 04/24/09 | 32988520 | 04/17/09 | 1 | 35.82 |
| WN439 | 04/28/09 | 33050267 | 04/27/09 | 1 | (35.82) |
| WN439 | 04/28/09 | 33050267 | 04/27/09 | 1 | 35.82 |
| WN439 | 04/28/09 | 33050267 | 04/27/09 | 1 | 35.82 |
| WN439 | 04/30/09 | 33065503 | 04/29/09 | 1 | (16.88) |
| WN439 | 04/30/09 | 33065503 | 04/29/09 | 1 | 16.88 |
| WN439 | 04/30/09 | 33065503 | 04/29/09 | 1 | 16.88 |
| **WN439 Total** | | | | | **88.52** |
| WN453 | 04/28/09 | 33050268 | 04/24/09 | 1 | (56.13) |
| WN453 | 04/28/09 | 33050268 | 04/24/09 | 1 | 56.13 |
| WN453 | 04/28/09 | 33050268 | 04/24/09 | 1 | 56.13 |
| WN453 | 05/14/09 | 33134368 | 05/11/09 | 1 | 168.39 |
| **WN453 Total** | | | | | **224.52** |
| WN458 | 04/24/09 | 32988521 | 04/22/09 | 1 | 27.50 |
| WN458 | 04/28/09 | 33050269 | 04/24/09 | 1 | (22.50) |
| WN458 | 04/28/09 | 33050269 | 04/24/09 | 1 | 22.50 |

| | | | | | |
|---|---|---|---|---|---|
| WN458 | 04/28/09 | 33050269 | | 1 | 22.50 |
| **WN458 Total** | | | | | **50.00** |
| WN459 | 04/28/09 | 33050270 | | 1 | (47.40) |
| WN459 | 04/28/09 | 33050270 | | 1 | 47.40 |
| WN459 | 04/28/09 | 33050270 | | 1 | 47.40 |
| WN459 | 04/30/09 | 33065504 | | 1 | (219.28) |
| WN459 | 04/30/09 | 33065504 | | 1 | 219.28 |
| WN459 | 04/30/09 | 33065504 | | 1 | 219.28 |
| WN459 | 05/06/09 | 33092930 | | 1 | 4.85 |
| WN459 | 05/07/09 | 33100046 | | 1 | 34.58 |
| WN459 | 05/14/09 | 33134369 | | 1 | 6.16 |
| WN459 | 05/14/09 | 33134370 | | 1 | 178.80 |
| **WN459 Total** | | | | | **491.07** |
| WN465 | 04/28/09 | 33050271 | | 1 | (53.18) |
| WN465 | 04/28/09 | 33050271 | | 1 | 53.18 |
| WN465 | 04/28/09 | 33050271 | | 1 | 53.18 |
| WN465 | 05/06/09 | 33092931 | | 1 | 79.77 |
| **WN465 Total** | | | | | **132.95** |
| WN466 | 04/24/09 | 32988522 | | 1 | 115.62 |
| WN466 | 05/14/09 | 33134371 | | 1 | 867.30 |
| **WN466 Total** | | | | | **982.92** |
| WN473 | 05/26/09 | 33275468 | | 1 | 22.80 |
| **WN473 Total** | | | | | **22.80** |
| WN478 | 04/28/09 | 33050272 | | 1 | (410.42) |
| WN478 | 04/28/09 | 33050272 | | 1 | 410.42 |
| WN478 | 04/28/09 | 33050272 | | 1 | 410.42 |
| WN478 | 05/14/09 | 33134372 | | 1 | 410.42 |
| WN478 | 05/14/09 | 33134373 | | 1 | 19.40 |
| WN478 | 05/14/09 | 33134374 | | 1 | 410.42 |
| WN478 | 06/01/09 | 33354977 | | 1 | 410.42 |
| **WN478 Total** | | | | | **1,661.08** |
| WN485 | 05/13/09 | 9938150 | | 2 | 20.18 |
| **WN485 Total** | | | | | **20.18** |
| WN488 | 05/14/09 | 33134375 | | 1 | 49.60 |
| **WN488 Total** | | | | | **49.60** |
| WN494 | 04/28/09 | 33050273 | | 1 | (224.52) |
| WN494 | 04/28/09 | 33050273 | | 1 | 224.52 |

| Account | Date | Ref | Date2 | Qty | Qty2 | Amount |
|---|---|---|---|---|---|---|
| WN494 | 04/28/09 | 33050273 | 04/24/09 | 1 | 1 | 224.52 |
| **WN494 Total** | | | | | | **224.52** |
| WN499 | 05/21/09 | 33262536 | 05/20/09 | 1 | 1 | 17.10 |
| **WN499 Total** | | | | | | **17.10** |
| WN503 | 04/22/09 | 32972908 | 04/22/09 | 1 | 1 | 376.00 |
| WN503 | 04/22/09 | 32972909 | 04/22/09 | 1 | 3 | (796.00) |
| WN503 | 04/23/09 | 32980394 | 04/23/09 | 1 | 1 | 420.00 |
| WN503 | 04/23/09 | 32980395 | 04/23/09 | 1 | 3 | (376.00) |
| **WN503 Total** | | | | | | **(376.00)** |
| WN506 | 04/20/09 | 32957646 | 01/01/00 | 0 | | 11.16 |
| WN506 | 05/20/09 | 33254669 | 01/01/00 | 0 | | 10.80 |
| **WN506 Total** | | | | | | **21.96** |
| WN509 | 05/04/09 | 9846571 | 05/08/09 | 2 | 2 | 1,190.50 |
| WN509 | 05/06/09 | 9876642 | 05/08/09 | 1 | 2 | 52.00 |
| WN509 | 05/06/09 | 9876642 | 05/07/09 | 2 | 2 | 31.00 |
| WN509 | 05/06/09 | 9876642 | 05/07/09 | 3 | 2 | 78.00 |
| **WN509 Total** | | | | | | **1,351.50** |
| WN515 | 04/29/09 | 33057423 | 04/28/09 | 1 | 1 | (616.00) |
| WN515 | 04/29/09 | 33057423 | 04/28/09 | 1 | 1 | 616.00 |
| WN515 | 04/29/09 | 33057423 | 04/28/09 | 1 | 1 | 616.00 |
| WN515 | 05/06/09 | 33092932 | 05/05/09 | 1 | 1 | 136.64 |
| WN515 | 05/15/09 | 33141244 | 05/14/09 | 1 | 1 | 717.36 |
| **WN515 Total** | | | | | | **1,470.00** |
| WN520 | 04/21/09 | 32965531 | 04/20/09 | 1 | 1 | 113.94 |
| WN520 | 04/29/09 | 33057424 | 04/28/09 | 1 | 1 | (606.52) |
| WN520 | 04/29/09 | 33057424 | 04/28/09 | 1 | 1 | 606.52 |
| WN520 | 04/29/09 | 33057424 | 04/28/09 | 1 | 1 | 606.52 |
| WN520 | 04/29/09 | 33057425 | 04/28/09 | 1 | 1 | (341.82) |
| WN520 | 04/29/09 | 33057425 | 04/28/09 | 1 | 1 | 341.82 |
| WN520 | 04/29/09 | 33057425 | 04/28/09 | 1 | 1 | 341.82 |
| WN520 | 04/30/09 | 33065505 | 04/30/09 | 1 | 1 | (6.00) |
| WN520 | 04/30/09 | 33065505 | 04/30/09 | 1 | 1 | 6.00 |
| WN520 | 04/30/09 | 33065505 | 04/30/09 | 1 | 1 | 6.00 |
| WN520 | 05/06/09 | 33092933 | 05/04/09 | 1 | 1 | 47.20 |
| WN520 | 05/06/09 | 33092934 | 05/04/09 | 1 | 1 | 113.94 |
| WN520 | 05/06/09 | 33092935 | 05/05/09 | 1 | 1 | 307.92 |
| WN520 | 05/06/09 | 33092936 | 05/05/09 | 1 | 1 | 5.90 |

| | | | | | |
|---|---|---|---|---|---|
| WN520 | 05/14/09 | 33134376 | 05/11/09 | 1 | 307.92 |
| WN520 | 05/14/09 | 33134377 | 05/11/09 | 1 | 11.80 |
| WN520 | 05/14/09 | 33134378 | 05/12/09 | 1 | 11.80 |
| WN520 | 05/19/09 | 33154205 | 05/18/09 | 1 | 227.88 |
| WN520 | 06/01/09 | 33354978 | 05/29/09 | 1 | 7.14 |
| **WN520 Total** | | | | | **2,109.78** |
| **Grand Total** | | | | | **45,277.00** |

| | |
|---|---|
| 06884 | Canada List of Accounts |
| 07718 | |
| 08923 | |
| 22231 | |
| 23492 | |
| 44723 | |
| CJ305 | |
| PM829 | |

Canada Delivery Dates

| CUST_ID | INVOICE_DATE | INVOICE_NO | DELIVERY_DATE | LINE_NO | TRX_TYPE | SALES_AMOUNT_CDN |
|---|---|---|---|---|---|---|
| 06884 | 4/17/2009 | 6624001 | 4/16/2009 | 2 | 1 | 35.49 |
| 06884 | 4/17/2009 | 6624002 | 4/16/2009 | 1 | 1 | 35.23 |
| 06884 | 04/24/09 | 6691173 | 01/01/00 | 0 | | 394.08 |
| 06884 | 5/15/2009 | 6810354 | 5/14/2009 | 3 | 1 | 176.65 |
| 06884 | 5/15/2009 | 6810354 | 5/14/2009 | 4 | 1 | 23.27 |
| 06884 | 05/29/09 | 6904109 | 01/01/00 | 0 | | 495.60 |
| **06884 Total** | | | | | | **1,160.32** |
| 07718 | 4/20/2009 | 6642108 | 4/16/2009 | 4 | 1 | 11.83 |
| 07718 | 4/20/2009 | 6642108 | 4/16/2009 | 5 | 1 | 73.28 |
| 07718 | 4/21/2009 | 6648598 | 4/21/2009 | 3 | 1 | 339.90 |
| 07718 | 4/21/2009 | 6648599 | 4/21/2009 | 3 | 4 | (812.53) |
| 07718 | 4/21/2009 | 6648600 | 4/21/2009 | 2 | 1 | 169.95 |
| 07718 | 4/21/2009 | 6648601 | 4/21/2009 | 3 | 4 | (406.27) |
| 07718 | 4/21/2009 | 6648602 | 4/21/2009 | 2 | 1 | 226.60 |
| 07718 | 4/21/2009 | 6648603 | 4/21/2009 | 2 | 4 | (541.69) |
| 07718 | 4/24/2009 | 6668432 | 4/23/2009 | 3 | 1 | 283.28 |
| 07718 | 4/24/2009 | 6668433 | 4/23/2009 | 3 | 4 | (677.11) |
| 07718 | 4/24/2009 | 6668434 | 4/23/2009 | 3 | 1 | 226.63 |
| 07718 | 4/24/2009 | 6668435 | 4/23/2009 | 4 | 1 | 23.66 |
| 07718 | 4/24/2009 | 6668435 | 4/23/2009 | 5 | 1 | 95.10 |
| 07718 | 4/24/2009 | 6668435 | 4/23/2009 | 7 | 1 | 23.27 |
| 07718 | 04/24/09 | 6691210 | 01/01/00 | 0 | | 706.16 |
| 07718 | 5/4/2009 | 6755647 | 4/30/2009 | 3 | 1 | 113.31 |
| 07718 | 5/4/2009 | 6755647 | 4/30/2009 | 3 | 1 | 113.31 |
| 07718 | 5/4/2009 | 6755647 | 4/30/2009 | 3 | 4 | (113.31) |
| 07718 | 5/4/2009 | 6755648 | 4/30/2009 | 4 | 1 | 11.83 |
| 07718 | 5/4/2009 | 6755648 | 4/30/2009 | 4 | 1 | 11.83 |
| 07718 | 5/4/2009 | 6755648 | 4/30/2009 | 4 | 4 | (11.83) |
| 07718 | 5/4/2009 | 6755648 | 4/30/2009 | 5 | 1 | 92.46 |
| 07718 | 5/4/2009 | 6755648 | 4/30/2009 | 5 | 1 | 92.46 |
| 07718 | 5/4/2009 | 6755648 | 4/30/2009 | 5 | 4 | (92.46) |
| 07718 | 5/4/2009 | 6755648 | 4/30/2009 | 6 | 1 | 7.81 |
| 07718 | 5/4/2009 | 6755648 | 4/30/2009 | 6 | 1 | 7.81 |
| 07718 | 5/4/2009 | 6755648 | 4/30/2009 | 6 | 4 | (7.81) |
| 07718 | 5/11/2009 | 6785564 | 5/7/2009 | 3 | 1 | 226.63 |
| 07718 | 5/11/2009 | 6785565 | 5/7/2009 | 5 | 1 | 95.10 |

| | | | | | |
|---|---|---|---|---|---|
| 07718 | 5/11/2009 | 6785565 | 5/7/2009 | 7 | 23.27 |
| 07718 | 5/11/2009 | 6785565 | 5/7/2009 | 8 | 35.23 |
| 07718 | 5/19/2009 | 6816760 | 5/14/2009 | 3 | 226.63 |
| 07718 | 5/19/2009 | 6816761 | 5/14/2009 | 7 | 23.27 |
| 07718 | 5/22/2009 | 6836138 | 5/21/2009 | 3 | 56.66 |
| 07718 | 5/22/2009 | 6836139 | 5/21/2009 | 4 | 23.66 |
| 07718 | 5/22/2009 | 6836139 | 5/21/2009 | 5 | 95.10 |
| 07718 | 5/29/2009 | 6881103 | 5/29/2009 | 1 | 128.55 |
| 07718 | 5/29/2009 | 6881104 | 5/28/2009 | 4 | 35.49 |
| 07718 | 5/29/2009 | 6881105 | 5/28/2009 | 3 | 226.63 |
| 07718 | 5/29/2009 | 6881106 | 5/28/2009 | 1 | 388.21 |
| 07718 | 05/29/09 | 6904139 | 01/01/00 | 0 | 882.70 |
| **07718 Total** | | | | | **2,434.60** |
| 08923 | 4/23/2009 | 6660708 | 4/22/2009 | 1 | 63.00 |
| 08923 | 4/23/2009 | 6660708 | 4/22/2009 | 2 | 105.00 |
| 08923 | 4/23/2009 | 6660709 | 4/22/2009 | 1 | 245.84 |
| 08923 | 4/23/2009 | 6660710 | 4/22/2009 | 1 | 169.66 |
| 08923 | 4/23/2009 | 6660711 | 4/22/2009 | 1 | 917.60 |
| 08923 | 4/30/2009 | 6737038 | 4/29/2009 | 1 | 870.00 |
| 08923 | 4/30/2009 | 6737038 | 4/29/2009 | 1 | 870.00 |
| 08923 | 4/30/2009 | 6737038 | 4/29/2009 | 1 | (870.00) |
| 08923 | 4/30/2009 | 6737039 | 4/29/2009 | 1 | (126.00) |
| 08923 | 4/30/2009 | 6737039 | 4/29/2009 | 1 | 126.00 |
| 08923 | 4/30/2009 | 6737039 | 4/29/2009 | 1 | 126.00 |
| **08923 Total** | | | | | **2,497.10** |
| 22231 | 5/5/2009 | 6762545 | 5/4/2009 | 1 | 62.36 |
| 22231 | 5/21/2009 | 8241505 | 5/21/2009 | 2 | 240.00 |
| **22231 Total** | | | | | **302.36** |
| 23492 | 4/30/2009 | 6737560 | 4/30/2009 | 1 | 55.32 |
| 23492 | 4/30/2009 | 6737560 | 4/30/2009 | 1 | (55.32) |
| 23492 | 4/30/2009 | 6737560 | 4/30/2009 | 1 | 55.32 |
| 23492 | 4/30/2009 | 6737560 | 4/30/2009 | 2 | 220.00 |
| 23492 | 4/30/2009 | 6737560 | 4/30/2009 | 2 | (220.00) |
| 23492 | 4/30/2009 | 6737560 | 4/30/2009 | 2 | 220.00 |
| 23492 | 4/30/2009 | 6737560 | 4/30/2009 | 3 | 137.22 |
| 23492 | 4/30/2009 | 6737560 | 4/30/2009 | 3 | (137.22) |
| 23492 | 4/30/2009 | 6737560 | 4/30/2009 | 3 | 137.22 |

| | | | | | |
|---|---|---|---|---|---|
| 23492 | 4/30/2009 | 6737560 | 4/30/2009 | 4 | 63.02 |
| 23492 | 4/30/2009 | 6737560 | 4/30/2009 | 4 | (63.02) |
| 23492 | 4/30/2009 | 6737560 | 4/30/2009 | 4 | 63.02 |
| **23492 Total** | | | | | **475.56** |
| CJ305 | 04/17/09 | 6629989 | 01/01/00 | 0 | 90.00 |
| CJ305 | 5/4/2009 | 6756358 | 5/4/2009 | 1 | 400.00 |
| CJ305 | 05/22/09 | 6841934 | 01/01/00 | 0 | 96.30 |
| **CJ305 Total** | | | | | **586.30** |
| PM829 | 04/24/09 | 6694138 | 01/01/00 | 0 | 115.00 |
| PM829 | 05/29/09 | 6907086 | 01/01/00 | 0 | 115.00 |
| PM829 | 4/15/2009 | 7990700 | 4/16/2009 | 1 | 18.50 |
| PM829 | 4/15/2009 | 7990700 | 4/16/2009 | 1 | 10.00 |
| PM829 | 4/29/2009 | 8091906 | 4/30/2009 | 1 | (10.00) |
| PM829 | 4/29/2009 | 8091906 | 4/30/2009 | 1 | 10.00 |
| PM829 | 4/29/2009 | 8091906 | 4/30/2009 | 1 | 10.00 |
| PM829 | 4/29/2009 | 8091906 | 4/30/2009 | 2 | (18.50) |
| PM829 | 4/29/2009 | 8091906 | 4/30/2009 | 2 | 18.50 |
| PM829 | 4/29/2009 | 8091906 | 4/30/2009 | 2 | 18.50 |
| PM829 | 5/6/2009 | 8154866 | 5/7/2009 | 1 | 18.50 |
| PM829 | 5/6/2009 | 8154866 | 5/7/2009 | 1 | 10.00 |
| **PM829 Total** | | | | | **315.50** |
| **Grand Total** | | | | | **7,771.74** |