**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>**GENERAL MOTORS CORP.,** *et al.*,<br><br>      Debtors. | Chapter 11<br><br>Case No.  **09-50026(REG)**<br><br>(Jointly Administered)<br><br>Hon. Robert E. Gerber |

**NOTICE OF RECLAMATION CLAIM OF SUN MICROSYSTEMS, INC.
AND SUN MICROSYSTEMS GLOBAL FINANCIAL SERVICES LLC**

   Please be advised that a written reclamation demand on behalf of Sun Microsystems, Inc. and Sun Microsystems Global Financial Services, LLC was served, through counsel, on June 17, 2009 via FedEx delivery, on General Motors and its attorneys of record.  A true and correct copy of the written reclamation demand is attached hereto as Exhibit "A" and incorporated herein by reference for all purposes.

Dated:  New York, New York
    June 17, 2009

               WHITE AND WILLIAMS, LLP

               By: /s/ Karel S. Karpe
                  Karel S. Karpe
               One Penn Plaza, Suite 4110
               New York, NY  10119
               Telephone:  (212) 631-4421

               And

               BIALSON, BERGEN & SCHWAB
               Patrick M. Costello (*admitted in California*)
               2600 El Camino Real, Suite 300
               Palo Alto, California 94306
               Telephone: (650) 857-9500

               *Attorneys for Sun Microsystems, Inc. and Sun Microsystems Global Financial Services, LLC*