BIALSON, BERGEN & SCHWAB
ATTORNEYS AT LAW
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CALIFORNIA 94306

TELEPHONE
(650) 857-9500

FACSIMILE
(650) 494-2738

E-MAIL: atty@bbslaw.com

June 17, 2009

SEYMOUR BERGEN
(1923-2003)

ANNETTE G. BIALSON
RETIRED

**Via FedEx Standard Overnight**

General Motors
Attn. Legal Department
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attention: Warren Command Center
Mailcode 480-206-114

**Via FedEx Standard Overnight**

Joseph E. Sgroi
Robert B. Weiss
Tricia A. Sherick
Honigman, Miller, Schwartz & Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

**Via FedEx Standard Overnight**

Nathan M. Pierce
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Re:    **In re General Motors Corporation et.al., Case No. 09-50026 (REG)**

Dear Gentlemen:

This firm is counsel to Sun Microsystems Global Financial Services, LLC and Sun Microsystems, Inc. (collectively "Sun Microsystems"). Pursuant to Section 2-702 of the Uniform Commercial Code as codified under applicable state law and 11 U.S.C. Section 546(c), and without waiving any other rights, remedies or claims, Sun Microsystems hereby demands the return of all goods ("Goods") of any kind or character received by General Motors Corporation, also doing business as GM; the GM Corporation; General Motors Corporation; Saturn, LLC; Saturn Distribution Corporation; and Chevrolet-Saturn of Harlem, Inc. and/or any of their subsidiary, affiliated and other related entities (collectively "GM") from Sun Microsystems, including, without limitation, those Goods shipped, delivered, received by GM as set forth below.

| GM PO# | GM Ref # | Equipment Address | Sun SO # | Shipment Date | Equipment | Equipment Cost | Quote # |
|---|---|---|---|---|---|---|---|
| RMD0004791 | 1004-6052 | 767 5th Ave New York, NY 10153 | 4342662 | 04/20/09 | SL500 | $24,374.77 | T-US-1405837-B |
| RMD0004792 | 1004-6052 | 767 5th Ave New York, NY 10153 | 4342728 | 04/20/09 | SL500 | $17,895.47 | T-US-1405853-B |
| | | | | | TOTAL: | $42,270.24 | |

General Motors
Honigman, Miller, Schwartz & Cohn LLP
Weil, Gotshal & Manges LLP
June 17, 2009
Page 2

    By this letter you are instructed to immediately inventory the Goods and keep the Goods segregated from all other inventory, machinery and equipment. Further, you are not permitted to use, sell, encumber or transfer the Goods to any other party.

    Please contact the undersigned to arrange for the immediate return of the Goods.

Very truly yours,

BIALSON, BERGEN & SCHWAB

Patrick M. Costello