To   Clerk of Bankruptcy Court   US Bankruptcy court,
US Bankruptcy ct. Southern District of N.Y.
one Bowling Green New York, N.Y. 10004-1408

I am bitterly opposed to my formerly greatest
Co. in the world being taken over by the union
& Fed. Gov. I gave 10% of my salary for 25 years, not
permitted to first 5 years for G.M. stock which was
suppose to give me a comfortable retirement. Stock was
valued at 30 dollars 'till polls showed new pres.
winning. The U.A.W. gave him many millions &
continue to do so. He has now rewarded union
to put them & Federal gov in charge & control
of G.M. a sure panacea for for disaster.
It has had been a great company but if these
two get control there is no way for G.M.
to remain sovereant. Our gov is also headed
for similar fate unless people who made
this country what it is rise up & save it.

John W. Wilson
Jean P Wilson
By John W. Wilson
P.O.A.