# MICHAEL TOTH

10200 Torrey Road
Willis, Michigan 48191
Phone (734) 587-3351
Wilmi123@comcast..net

June 13, 2009

United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green , Room 621
New York ,New York   10004

To Whom it may concern:

As a Retiree of General Motors having 5 Dependents to care for I hearby officially state my objection to the proposed agreement to the 363 Transaction,and the UAW Retiree Settlement Agreement.

Sincerely,

*[signature: Michael Toth]*
Signature

JUN 17 2009

MICHAEL TOTH