**Steve Jakubowski**
**Elizabeth Richert**
**THE COLEMAN LAW FIRM**
**77 West Wacker Dr., Suite 4800**
**Chicago, Illinois 60601**
**Telephone: (312) 606-8641**
**Facsimile: (312) 444-1028**
sjakubowski@colemanlawfirm.com

**Attorneys for Callin Campbell, Kevin Junso,** *et al.,* **Joseph Berlingieri, Edwin Agosto, and Kevin Chadwick,** *et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **GENERAL MOTORS CORP.,** *et al.* | **Case No.: 09-50026 (REG)** |
| | **(Jointly Administered)** |
| **Debtors.** | |

----------------------------------------------------------x

### MOTION FOR ADMISSION OF STEVE JAKUBOWSKI
### TO PRACTICE *PRO HAC VICE*

I, Steve Jakubowski, a member in good standing of the bar in the State of Illinois, the United States District Court for the Northern District of Illinois, and the U.S. Court of Appeals for the Seventh Circuit request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Callin Campbell, Kevin Junso, individually, the Estate of Tyler Junso, by and through the Personal Representative Kevin Junso, Nikki Junso, Matt Junso, Cole Junso, Joseph Berlingieri, Edwin Agosto, and Kevin Chadwick, individually and through his court-appointed curator, James H. Chadwick, and James H. Chadwick and Judith Strode Chadwick, individually, personal injury/product liability claimants, in above-referenced case.

My mailing address is:         Coleman Law Firm
                                77 W. Wacker Drive, Suite 4800
                                Chicago, IL 60601
My email address is:           sjakubowski@colemanlawfirm.com

My telephone and facsimile numbers are 312-444-1000 and 312-444-1028 respectively.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.


Dated: June 19, 2009
       Chicago, Illinois


                                                ___/s/ Steve Jakubowski_____

                                                Steve Jakubowski (to be admitted *pro hac vice*)
                                                Elizabeth E. Richert (to be admitted *pro hac vice*)
                                                COLEMAN LAW FIRM
                                                77 W. Wacker Drive, Suite 4800
                                                Chicago, IL 60601
                                                Telephone: (312) 444-1000
                                                Facsimile: (312) 444-1028


                                                **Attorneys for Callin Campbell, Kevin Junso,**
                                                ***et al.*, Joseph Berlingieri, Edwin Agosto, and**
                                                **Kevin Chadwick, *et al.***