WHITE AND WILLIAMS LLP
One Penn Plaza, Suite 4110
New York, NY  10119
Telephone:  (212) 631-4421
Karel S. Karpe, Esq.

and

BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 657-9500
Lawrence M. Schwab, Esq. (*Admitted in Calif.*)
Patrick M. Costello, Esq. (*Admitted in Calif.*)
Thomas M. Gaa, Esq.  (*Admitted in Calif.*)
Kenneth T. Law, Esq. (*Admitted in Calif.*)

*Counsel for Sun Microsystems, Inc. and*
*Sun Microsystems Global Financial Services LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | : | Chapter 11 |
|---|---|---|
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| Debtors. | : | Jointly Administered |

**CERTIFICATE OF SERVICE OF NOTICE OF RECLAMATION CLAIM**
**OF SUN MICROSYSTEMS, INC. AND SUN MICROSYSTEMS**
**GLOBAL FINANCIAL SERVICES LLC**

I, Karel S. Karpe, hereby certify that I caused the *Notice of Reclamation Claim of Sun Microsystems, Inc. and Sun Microsystems, Inc. Global Financial Services LLC* to be served on the following parties via ECF and regular mail on June 19, 2009:

**By Regular Mail Only**
The Debtors c/o General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

5382704v.1

**By ECF and Regular Mail**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Nathan Pierce, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein, Esq. and Thomas Moers Mayer, Esq.

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.

Dated: New York, New York
       June 19, 2009

                                By:     /s/Karel S. Karpe
                                      Karel S. Karpe

5382704v.1