**Steve Jakubowski**
**Elizabeth Richert**
**THE COLEMAN LAW FIRM**
**77 West Wacker Dr., Suite 4800**
**Chicago, Illinois 60601**
**Telephone:  (312) 606-8641**
**Facsimile:  (312) 444-1028**
sjakubowski@colemanlawfirm.com

**Attorneys for Callin Campbell, Kevin Junso,** *et al.,* **Joseph Berlingieri, Edwin Agosto, and Kevin Chadwick,** *et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **GENERAL MOTORS CORP.,** *et al.* | **Case No.: 09-50026 (REG)** |
| | **(Jointly Administered)** |
| **Debtors.** | |

-----------------------------------------------------------x

### MOTION FOR ADMISSION OF ELIZABETH E. RICHERT
### TO PRACTICE *PRO HAC VICE*

I, Elizabeth E. Richert, a member in good standing of the bar in the State of Illinois, the United States District Court for the Northern District of Illinois, and the State of California request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Callin Campbell, Kevin Junso, individually, the Estate of Tyler Junso, by and through the Personal Representative Kevin Junso, Nikki Junso, Matt Junso, Cole Junso, Joseph Berlingieri, Edwin Agosto, and Kevin Chadwick, individually and through his court-appointed curator, James H. Chadwick, and James H. Chadwick and Judith Strode Chadwick, individually, personal injury/product liability claimants, in the above-referenced case.

My mailing address is:    Coleman Law Firm
77 W. Wacker Drive, Suite 4800
Chicago, IL 60601

My email address is:    erichert@colemanlawfirm.com

My telephone and facsimile numbers are 312-444-1000 and 312-444-1028 respectively.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 19, 2009
Chicago, Illinois

___/s/ Elizabeth E. Richert_____

Steve Jakubowski (to be admitted *pro hac vice*)
Elizabeth E. Richert (to be admitted *pro hac vice*)
COLEMAN LAW FIRM
77 W. Wacker Drive, Suite 4800
Chicago, IL 60601
Telephone: (312) 444-1000
Facsimile: (312) 444-1028

**Attorneys for Callin Campbell, Kevin Junso, *et al.*, Joseph Berlingieri, Edwin Agosto, and Kevin Chadwick, *et al.***

2