**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **GENERAL MOTORS CORP.,** *et al.* | **Case No.: 09-50026 (REG)** |
| | **(Jointly Administered)** |
| **Debtors.** | |

---------------------------------------------------------x

## ORDER GRANTING ADMISSION OF
## ELIZABETH E. RICHERT TO PRACTICE *PRO HAC VICE*

IT IS HEREBY ORDERED that Elizabeth E. Richert, Esq. is admitted to practice, *pro hac vice*, in the above-captioned case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____          _____
       New York, New York                                    UNITED STATES BANKRUPTCY JUDGE