UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re** : | |
| : | **Chapter 11** |
| **GENERAL MOTORS CORP., et al.,** : | **Case No. 09-50026 (REG)** |
| : | **Jointly Administered** |
| **Debtors.** : | |

## WITHDRAWAL OF OBJECTION BY NAGEL PRECISION, INC.

Nagel Precision, Inc.'s Objection to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto filed by Nagel Precision, Inc. on June 15, 2009 at Docket No. 1064 is hereby withdrawn.

Respectfully submitted,

Date: June 19, 2009

RJ Landau Partners, PLLC

/s/ Christopher A. Merritt
Christopher A. Merritt (P70924)
5340 Plymouth Rd., Suite 200
Ann Arbor, MI 48105
(734) 865-1580
cmerritt@rjlps.com