UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

**In re**                                                      :
                                                               :     **Chapter 11**
**GENERAL MOTORS CORP., et al.,**            :     **Case No. 09-50026 (REG)**
                                                               :     **Jointly Administered**
                        **Debtors.**                 :
_____

## CERTIFICATE OF SERVICE

On June 19, 2009, I electronically filed a WITHDRAWAL OF OBJECTION BY NAGEL PRECISION, INC.

Copies will be sent via e-mail to:

Erika L. Tobias at ETobias@honigman.com

/s/ Christopher A. Merritt
Christopher A. Merritt (P70924)
5340 Plymouth Rd., Suite 200
Ann Arbor, MI 48105
(734) 865-1580
cmerritt@rjlps.com