LATHAM & WATKINS LLP
George Royle
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: george.royle@lw.com

and

Douglas Bacon
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: douglas.bacon@lw.com

Attorneys for GE Capital Corporation and its affiliates

EDWARDS ANGELL PALMER & DODGE LLP
Richard Hiersteiner
Jeanne P. Darcey
111 Huntington Avenue
Boston, MA 02199
Telephone: (617) 239-0100
Facsimile: (617) 227-4420

Attorneys for U.S. Bank National Association and U.S. Bank Trust National Association, as Owner Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **GENERAL MOTORS CORP., et al.** ) | **Case No. 09-50026 (REG)** |
| ) | |
| **Debtors.** ) | **Jointly Administered** |
| ) | |
| ) | |

**LIMITED OBJECTION OF GE CAPITAL CORPORATION, AND CERTAIN OF ITS AFFILIATES, AND U.S. BANK, AS OWNER TRUSTEE ON ITS BEHALF, TO DEBTORS' MOTION TO APPROVE THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT**

GE Capital Corporation and certain of its affiliates (collectively, "GECC"), and U.S. Bank National Association and U.S. Bank Trust National Association (together, "US Bank"), as Owner Trustee on its behalf (in such capacity, the "Owner Trustee"), by and through their undersigned counsel, submit this limited objection (the "Objection") to the *Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), And (m), And 365 And Fed. R. Bankr. P. 2002,*

*6004, And 6006, To Approve (A) The Sale Pursuant To The Master Sale And Purchase Agreement With Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser, Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (B) The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; And (C) Other Relief*, dated June 1, 2009 (Docket No. 92) (the "Sale Motion"). In support of this limited Objection, GECC and the Owner Trustee respectfully represent as follows:

## OBJECTION

1. GECC and US Bank, as Owner Trustee on its behalf, lease more than four hundred million dollars worth of manufacturing equipment and other property to the Debtors (the "GECC Property"). Some of the GECC Property is extremely heavy, large and difficult to move. GECC is also a party to several other executory contracts with the Debtors (collectively, the "Agreements").

2. On June 15, 2009, GECC and the Owner Trustee filed the *Objection of GE Capital Corporation and Certain of its Affiliates and U.S. Bank, as Owner Trustee on its Behalf, to (I) Debtors' Motion to Assume and Assign Certain Executory Contracts and (II) to Notice of (A) Debtors' Intent to Assume and Assign Certain Executory Contacts, Unexpired Leases of Personal Property and Unexpired Leases of NonResidential Real Property and (B) Cure Amounts Related Thereto* (the "GECC Assumption Objection") (Docket No. 1143), which sets forth their objections to the proposed procedures for dealing with the GECC Property in connection with the proposed sale. The GECC Assumption Objection is hereby incorporated by reference.

3. In the GECC Assumption Objection, GECC and the Owner Trustee objected to "New GM" obtaining possession and control of the GECC Property without, at least, providing

2

CH\1105394.3

adequate protection. It is not clear from the Sale Motion and related procedures whether a failure to object separately to the Sale Motion may prejudice GECC's and the Owner Trustee's rights in this regard, so this limited Objection is being filed to preserve the rights of GECC and the Owner Trustee.

CH\1105394.3

WHEREFORE, GECC and the Owner Trustee on its behalf and at its direction, respectfully request that this Court make appropriate provisions in any order entered with respect to the Sale Motion for adequate protection of GECC's and the Owner Trustee's interests, and to award such other and further relief as is just and equitable.

Dated:  June 19, 2009
New York, NY

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: /s/ George Royle
      George Royle
885 Third Avenue, Suite 1000
New York, New York 10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864

-and-

Douglas Bacon
233 S. Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767

Attorneys for GE Capital Corporation and its affiliates

-and-

**Edwards Angell Palmer & Dodge LLP**

By: /s/ Richard Hiersteiner
      Richard Hiersteiner
      Jeanne P. Darcey
111 Huntington Avenue
Boston, MA 02199
Telephone:  (617) 239-0100
Facsimile:  (617) 227-4420

Attorneys for U.S. Bank National Association (and U.S. Bank Trust National Association), as Owner Trustee, with respect to the Lease Transactions

4