Date: 6-13-09

To: Clerk of the Bankruptcy Court
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Room 621
New York, New York 10004

From: Ron Tanner
2184 Briar Lane
Burton, MI 48509

Subject:  Case No. 09-50026 (REG)
"G.M. UAW Retiree Settlement Agreement" objection (Prescription Drugs)

To All
I would like to submit a formal "Objection" to Transaction 363 and I would like to enter the reasons for my objections below –
- ➢ Some of the drug coverage that is listed as "no longer offered" is sometimes referred to as "Maintenance Drugs".
- ➢ We and our families were the ones that suffered through the hardships (strikes, etc) for these benefits.
- ➢ We often gave concessions to obtain these benefits.
- ➢ Many of us have achieved the age of 65 years, on Medicare and no longer a burden on the G.M. Health Plan except for the Medicare Part B Special Benefit.
- ➢ We are already losing the Dental and Vision portion of the Agreement.
- ➢ We cannot now join Medicare Part D without paying a penalty, and even if we pay the penalty our coverage would not begin until January 2010.

Summary:
As a 65 year old General Motors Retiree which has lost a large percentage of his investments (stocks, 401K) then to lose Vision, Dental, and have an increase in co-pays, etc. places a <u>huge</u> financial burden on all G.M. retirees.
Four things to consider-
1. Many retirees are on Medicare and no longer a burden to G.M. Healthcare except for the Medicare Part B Special Benefit of $76.20 per month.
2. We cannot join Medicare Part D until January 2010.
3. When and if we can afford to join Medicare Part D we will have to pay penalties.
4. The prescription plan is the only thing we have left.

We are at a stage of our lives where we are no longer employable and are unable to re-join the work force so we can supplement the cost of our Prescription Drugs and other benefits lost.

Thank you, Ron Tanner, G.M. Retiree after 38 years of service.

CC: Weil, Glottal & Mangos LLP
Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.
Cadwalader, Wickersham & Taft LLP
Cleary Gottlieb Steen & Hamilton LLP
Cohen, Weiss and Simon LLP
Vedder Price, P.C.
Garden City Group, Inc.
Office of the United States Trustee for the Southern District of New York