June 15, 2009

Lucile E Cochran
206 Lakeshore Dr.
Storm Lake, IA  50588

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004-1408

**Re:  Objection to settlement**
**Case No. 09-50026 (reg)**

Dear Sirs;

I, Lucile Cochran, hereby state my objection to this settlement.  Historically, bondholders have received privileged status.  I object to a settlement that nullifies these establishments' principles. Investors will have no reason to trust bonds if the settlement passes.

Sincerely,

Lucile Cochran