# CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2009, a true and correct copy of the **TEXAS AUTOMOBILE DEALERS ASSOCIATION'S MEMORANDUM OF LAW IN SUPPORT OF OBJECTION OF THE STATE OF TEXAS TO DEBTORS' 363 SALE MOTION** [Docket # 1880] was served via electronic mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system, and further, via Email to the following parties:

| | |
|---|---|
| John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>Telephone: (212) 504-6000<br>Facsimile: (212) 504-6666<br>*E-mail: john.rapisardi@cwt.com* | Nathan M. Pierce, Esq.<br>Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>*Email: nathan.pierce@weil.com*<br>*Harvey.miller@weil.com*<br>*Stephen.karotkin@weil.com*<br>*Joseph.smolinsky@weil.com* |
| Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>Telephone: (212) 407-6970<br>Facsimile: (212) 407-7799<br>*Email: mjedelman@vedderprice.com*<br>mschein@vedderprice.com | *Official Committee of Unsecured Creditors*<br>Gordon Z. Novod, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-7753<br>Facsimile: (212) 715-8192<br>*Email: gnovod@kramerlevin.com* |

Via Facsimile to the following parties:

| | |
|---|---|
| **U.S. Treasury:**<br>Matthew Feldman, Esq.<br>The U.S. Treasury<br>1500 Pennsylvania Ave., NW<br>Room 2312<br>Washington, DC 20220 | **Office of the United States Trustee:**<br>Office of the United States Trustee, Southern District of New York<br>Attn: Diana G. Adams, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 |

| Telephone: (202) 622-2000<br>Facsimile: (202) 622-6415<br>*'matthew.feldman@do.treas.gov'* | Telephone: (212) 510-0500 x331<br>Facsimile: (212) 668-2256 |

And via messenger on the following party:

**Debtors:**
c/o General Motors Corp.
Cadillac Building
30009 Van Dyke Ave.
Warren, Michigan 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114

By: */s/ Sarah M. Chen*
Sarah M. Chen