Victoria Garry (Pro Hac Vice Pending)
Assistant Attorney General
Collections Enforcement Section
1600 Carew Tower,
441 Vine Street
Cincinnati, Ohio 45202
(513) 852-1536 telephone
(513) 852-3484 facsimile

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | |
|---|---|
| In re | **Chapter 11 Case No.** |
| **GENERAL MOTORS CORP.,** *et al.,* | *09-50026-REG* |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

This is to certify that on June 19, 2009, a true and correct copy of the *Ohio Attorney General's Limited Response and Objection to Debtors' Sale Motion* (Doc No. 1920 was served via the Court's electronic filing system on all parties that have entered their appearance herein so as to receive electronic service of pleadings and via. first-class U.S. mail upon the attached service list

Dated: 6/19/09         RICHARD CORDRAY
                                     Ohio Attorney General

                                     /s/ Victoria D. Garry
                                     VICTORIA D. GARRY (Pro Hac Vice Pending)
                                     OH Bar Reg. No. 0037014)
                                     Assistant Attorney General
                                     1600 Carew Tower
                                     441 Vine Street
                                     Cincinnati, Ohio 45202
                                     Telephone:  513.852.3497
                                     Facsimile:  513.852.3484
                                     victoria.garry@ohioattorneygeneral.gov

                                     Attorney for State of Ohio

# SERVICE LIST

| | | |
|---|---|---|
| Diana G. Adams, Esquire<br>Office of the U.S. Trustee for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Warren Command Center, Mailcode 480-206-114<br>General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025 | Harvey Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Legal Counsel for General Motors |
| Al Koch<br>AP Services, LLC, an affiliate of AlixPartners, LLP<br>2000 Town Center<br>Suite 2400<br>Southfield, Michigan 48075<br>Chief Restructing Officer | Matthew Feldman, Esq.<br>U.S. Department of Treasury<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, DC 20220 | Michael J. Edelman, Esq.<br>Michael J. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 |
| Kenneth Eckstein, Esq.<br>Thomas Moers Mayer, Esq.<br>Gordon J. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>Attn: John J. Rapisardi, Esq. | Chambers Copy<br>Honorable Robert E. Gerber<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green, Room 621<br>New York, NY 10004-1408 |