Matthew F. Fitzsimmons, Esq.
STATE OF CONNECTICUT
OFFICE OF THE ATTORNEY GENERAL
110 Sherman Street
Hartford, CT 06105
Phone: (860) 808-5400
Fax: (860) 808-5593

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| **GENERAL MOTORS CORP.**, *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

-----------------------------------------------------------------X

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 19th day of June, 2009, I filed a ***Joinder and Limited Objection of the States of Connecticut, Kentucky, Maryland, Minnesota, Missouri, Nebraska, North Dakota and Vermont*** [doc. no. 1926] and that a true and correct copy of the foregoing was served on all those parties receiving notice via the Court's Electronic Case Filing System (through ECF) and on the following parties via fax and Federal Express:

| | |
|---|---|
| General Motors Corporation | Weil, Gotshal & Manges LLP |
| Cadillac Building | Attn: Harvey R. Miller |
| Attn: Warren Common Center | Stephen Karotkin |
| Mail Code 480-206-1114 | Joseph H. Smolinsky |
| 30009 Van Dyke Avenue | 767 Fifth Avenue |
| Warren MI 48098-9025 | New York, New York 10153 |
| Fax: (815) 282-6156 | Fax : (212) 310-8007 |

1

U.S. Treasury Department
Attn: Matthew Feldman
1500 Pennsylvania Avenue, N.W.
Room 2312
Washington, D.C. 20220
Fax: Fax: (202) 622-6415

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi
One World Financial Center
New York, New York 10281
Fax: (212) 504-6666

Cleary Gottlieb Steen & Hamilton LLP
Attn: James L. Bromley, Esq.
One Liberty Plaza
New York, NY 10006
Fax: (212) 225-3999

Kramer Levin Naftalis & Frankel LLP
Gordon Z. Novod
1177 Avenue of the Americas
New York, NY 10036
Fax : (212) 715-8000

Vedder Price, P.C.
Attn: Michael J. Edelman
Michael L. Schein
1633 Broadway, 47th Floor
New York, New York 10019
Fax: (212) 407-7799

Office of the U.S Trustee for the Southern
District of New York
Attn: Diana G. Adams
33 Whitehall Street, 21st Floor
New York, New York 10004
Fax : (212) 668-2255

Cohen, Weiss and Simon LLP
Attn: Babette Ceccotti, Esq
330 W. 42nd Street
New York, NY 10036
Fax: (646) 473-8227

U.S. Attorney's Office, S.D.N.Y.,
Attn: David S. Jones, Esq.
Matthew L. Schwartz, Esq.
86 Chambers Street, Third Floor
New York, NY 10007
Fax: (212)637-2684

*/s/ Matthew F. Fitzsimmons*
Matthew F. Fitzsimmons
Assistant Attorney General
State of Connecticut
110 Sherman Street
Hartford, CT 06105
Phone: (860) 808-5400; Fax: (860) 808-5593
Matthew.Fitzsimmons@po.state.ct.us