| | |
|---|---|
| LATHAM & WATKINS LLP<br>George Royle<br>885 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: george.royle@lw.com<br><br>and<br><br>Douglas Bacon<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>Email: douglas.bacon@lw.com<br><br>Attorneys for GE Capital Corporation and its affiliates | EDWARDS ANGELL PALMER & DODGE LLP<br>Richard Hiersteiner<br>Jeanne P. Darcey<br>111 Huntington Avenue<br>Boston, MA 02199<br>Telephone: (617) 239-0100<br>Facsimile: (617) 227-4420<br><br>Attorneys for U.S. Bank National Association and U.S. Bank Trust National Association, as Owner Trustee |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**                           ) | **Chapter 11** |
|                                      ) | |
| **GENERAL MOTORS CORP., et al.**     ) | **Case No. 09-50026 (REG)** |
|                                      ) | |
|                        **Debtors.**  ) | **Jointly Administered** |
|                                      ) | |
|                                      ) | |

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS     )
                      )  ss.:
COUNTY OF COOK        )

      Elizabeth Arnold, being duly sworn, deposes and says:

CH\1106097.1

1. I am not a party to this action, am over 18 years of age and am employed by the law firm of LATHAM & WATKINS LLP, 233 South Wacker Dr., Ste. 5800, Chicago, IL 60606.

2. On June 19, 2009, I caused true and correct copies of the Limited Objection of GE Capital Corporation, and Certain of its Affiliates, and U.S. Bank, as Owner Trustee on its Behalf, to Debtors' Motion to Approve the Sale Pursuant to the Master Sale and Purchase Agreement [Docket No.1921] to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

3. Additionally, I caused true and correct copies of the above-referenced Objection to be served electronically on notice parties via the Court's Case Management/Electronic Case Filing (CM/ECF) system.

/s/ *Elizabeth Arnold*
Elizabeth Arnold

Sworn to before me this 19th
Day of June 2009.

/s/ *Krystyna Godzinski*
Notary Public

My commission expires: 07/24/2011

CH\1106097.1

## **EXHIBIT A**

**VIA FED-EX**

Honorable Robert E. Gerber
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY  10004

Diana G. Adams, Esq.
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004

**VIA FIRST CLASS MAIL**

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan   48090-9025
Attn: Warren Command Center
          Mailcode 480-206-114

Harvey R. Miller, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

Stephen Karotkin, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

Joseph H. Smolinksy, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

CH\1106097.1

John J. Rapisardi, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281

Michael J. Edelman, Esq.
VEDDER PRICE, P.C.
1633 Broadway
47th Floor
New York, NY  10019

Michael L. Schein, Esq.
VEDDER PRICE, P.C.
1633 Broadway
47th Floor
New York, NY  10019

Gordon Z. Novod, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214
Attn: Daniel W. Sherrick, Esq.

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Attn: James L. Bromley, Esq.

Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, New York 10036
Attn: Babette Ceccotti, Esq.

Office of the U.S. Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.