U.S. Bankruptcy Ct.
Southern Dist.

6/14/09

Charlotte Kirk
427 Norwood Av
Avon-by-the-Sea
N.J. 07714

Dear Sirs:

Yes, of course I want to place my claim to ~~_____~~ the Gen. Motors Preferred Stock, I purchased for $34,608.00 on 1/4/02 —

You suggest a lawyer — to keep with this claim — Do you have any idea of that cost per hour?

I am an 85 yr. old widow, who last worked till 70 yrs of age — 24 years at Jersey Shore Med. Center — Neptune N.J. — and currently receiving $330.06 per month, pension! You do the math!!

Pres. Obama, has changed U.S. Bankruptcy laws to suit his own agenda. I used, scraped, frugal, recycled life style, To invest in an American Company with hard earned Amer. dollars! Sincerely

Charlotte Kirk  6/14/09