Lucas Ward (Pro Hac Vice Pending)
Collections Enforcement Section
150 E. Gay St., 21st Floor
Columbus, Ohio 43215
(614) 752-9068 / Fax: (614) 752-9070
lucas.ward@ohioattorneygeneral.gov
ATTORNEY FOR OHIO DEPARTMENT
OF TAXATION

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | |
|---|---|
| In re | **Chapter 11 Case No.** |
| **GENERAL MOTORS CORP.,** *et al.,* | *09-50026-REG* |
| Debtors. | **(Jointly Administered)** |

-------------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

This is to certify that on June 19, 2009, a true and correct copy of the *Ohio Department of Taxation's Limited Objection to Debtors' Sale Motion* [Doc No. 1937] was served via the Court's electronic filing system on all parties that have entered their appearance herein so as to receive electronic service of pleadings and via. first-class U.S. mail upon the attached service list

Dated: 6/19/09

Respectfully submitted,

RICHARD CORDRAY
Attorney General of Ohio

/s/ Lucas Ward

_____
Lucas Ward (Pro Hac Vice Pending)
Ohio Bar # 0076654
Assistant Attorney General
150 East Gay Street, 21st Floor
Columbus, OH  43215
614-752-9068
614-752-9070 (FAX)
lucas.ward@ohioattorneygeneral.gov

Counsel for Ohio Department of Taxation

**SERVICE LIST**

| | | |
|---|---|---|
| Diana G. Adams, Esquire<br>Office of the U.S. Trustee for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Warren Command Center, Mailcode 480-206-114<br>General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025 | Harvey Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Legal Counsel for General Motors |
| Al Koch<br>AP Services, LLC, an affiliate of AlixPartners, LLP<br>2000 Town Center<br>Suite 2400<br>Southfield, Michigan 48075<br>Chief Restructing Officer | Matthew Feldman, Esq.<br>U.S. Department of Treasury<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, DC 20220 | Michael J. Edelman, Esq.<br>Michael J. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 |
| Kenneth Eckstein, Esq.<br>Thomas Moers Mayer, Esq.<br>Gordon J. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>Attn: John J. Rapisardi, Esq. | Chambers Copy<br>Honorable Robert E. Gerber<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green, Room 621<br>New York, NY 10004-1408 |