Leslie C. Levy
Assistant Attorney General
Nebraska State Bar No. 20673
The Nebraska Attorney General's Office
2115 State Capitol Building
Lincoln, Nebraska 68509-8920
Telephone: (402)471-2811
Fax: (402) 471-4725
leslie.levy@nebraska.gov

**Sale Approval Hearing Date: June 30, 2009 at 9:45 a.m.**
**Sale Motion to Objection Deadlines: June 19, 2009 5:00 p.m.**

ATTORNEY FOR THE STATE OF NEBRASKA on behalf of
THE STATE OF NEBRASKA AND THE OTHER STATES
SIGNING THE LIMITED OBJECTION MOTION

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| **GENERAL MOTORS CORP.**, *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| | : | (Jointly Administered) |
| **Debtors.** | : | |

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Leslie C. Levy, a member in good standing of the bar of the Sate of Nebraska, and the bar of the U.S. District Court for the District of Nebraska, request admission, *pro hac vice*, pursuant to the Rule 2090-1(b) of the Local Bankruptcy Rules of the Southern District of New York to represent the State of Nebraska before the Honorable Robert E. Gerber in the above referenced cases.  My address is Attorney General's Office, 2115 State Capitol, Lincoln, NE 68509; my e-mail leslie.levy@nebraska.gov; my telephone number is (402) 471-2811.

   The filing fee of $25.00 has been submitted with the filing of this motion for *pro hac vice* admission.

Dated: June 19, 2009

                  Respectfully submitted,

                  STATE OF NEBRASKA

                  JON BRUNING,
                  ATTORNEY GENERAL

                  */s/Leslie C. Levy*
                  Leslie C. Levy, # 20673
                  Assistant Attorney General
                  2115 State Capitol Building
                  Lincoln, NE 68509-8920
                  Tel.: (402) 471-2811
                  Fax: (402) 471-4725
                  leslie.levy@nebraska.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **GENERAL MOTORS CORP.,** *et al.*, | : | **Case No. 09-50026 (REG)** |
| | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |

---------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Leslie C. Levy, a member in good standing of the bar in the state of Nebraska and the bar of the U.S. District Court for the District of Nebraska, having requested admission, *pro hac vice*, to represent the State of Nebraska, an interested party in the above referenced cases, it is hereby **ORDERED**,

that Leslie C. Levy, Esq. is admitted to practice, *pro hac vice*, in the above referenced cases, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

DATED: _____          _____
       New York, New York                Robert E. Gerber
                                         United States Bankruptcy Judge