Thomas M. Kennedy
Susan M. Jennik
KENNEDY, JENNIK & MURRAY, P.C.
113 University Place, 7th Floor
New York, New York 10003
Tel: (212) 358-1500
Attorneys for IUE-CWA

Suzanne Hepner
LEVY RATNER, P.C.
80 Eighth Avenue, Eighth Floor
New York, New York 10011
Tel: (212) 627-5297
Attorneys for United Steelworkers

Barbara Mehlsack
GORLICK KRAVITZ & LISTHAUS P.C.
17 State Street
New York, N.Y. 10004
Tel: (212) 269-2500
Attorneys for International Union of Operating Engineers
Locals 18S, 101S and 832S

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re                                                              :    Chapter 11
                                                                   :
General Motors Corporation, *et al.*                               :    Case No. 09-50026 (REG)
                                                                   :
                                        Debtors.                   :    (Jointly Administered)
-------------------------------------------------------------------X

### CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2009 I caused a copy of the Objection to Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), k), and (m), and 365 and Fed.R.Bankr.P. 2002, 6004, and 6006, to (I) Approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Hearing, the Declaration of James Clark in Support of Objection to Motion to Approve Sale with Exhibits A through M, and the Declaration of Debra Turner in Opposition to Motion to Approve Sale Under 11 U.S.C. § 363(b), by email and personal delivery, upon the following:

Weil, Gotshal & Manges LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, NY 10153
Att'n: Harvey R. Miller, Esq.
       Stephen Karotkin, Esq.
       Joseph H. Smolinsky, Esq.

The General Motors Corporation
Debtor
300 Renaissance Center
Detroit, MI 48265
Att'n: Lawrence S. Buonomo, Esq.

Cadwalader, Wickersham & Taft LLP
Attorneys for the Purchaser
One World Financial Center
New York, NY 10281
Att'n: John J. Rapisardi, Esq.

The United States Treasury
1500 Pennsylvania Avenue, NW
Room 2312
Washington, DC 20220
Att'n: Matthew Feldman, Esq.

Vedder Price, PC
Attorneys for EDC
1633 Broadway, 47th Floor
New York, NY 10019
Att'n: Michael J. Edelman, Esq.
       Michael L. Schein, Esq.

Kramer Levin Naftalis & Frankel LLP
Attorneys for the Creditors Committee
1177 Avenue of the Americas
New York, NY 10036
Att'n: Gordon Z. Novod, Esq.

United Auto Workers
8000 East Jefferson Avenue
Detroit, MI 48214
Att'n: Daniel W. Sherrick, Esq.

Cleary Gottlieb Steen & Hamilton LLP
Attorneys for the UAW
One Liberty Plaza
New York, NY 10006
Att'n: James L. Bromley, Esq.

Cohen, Weiss and Simon LLP
Attorneys for the UAW
330 West 42nd Street
New York, NY 10036
Att'n: Babette Ceccotti, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Att'n: Diana G. Adams, Esq.

United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
Att'n: David S. Jones, Esq.
Matthew L. Schwartz, Esq.

Susan M. Jennik
SUSAN M. JENNIK (SJ-4607)