Leslie C. Levy
Assistant Attorney General
Nebraska State Bar No. 20673
The Nebraska Attorney General's Office
2115 State Capitol Building
Lincoln, Nebraska 68509-8920
Telephone: (402)471-2811
Fax: (402) 471-4725
leslie.levy@nebraska.gov

Sale Approval Hearing Date: June 30, 2009 at 9:45 a.m.
Sale Motion to Objection Deadlines: June 19, 2009 5:00 p.m.

ATTORNEY FOR THE STATE OF NEBRASKA on behalf of
THE STATE OF NEBRASKA AND THE OTHER STATES
SIGNING THE LIMITED OBJECTION MOTION

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| **GENERAL MOTORS CORP.,** *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

------------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICE**

TO:   U.S. Bankruptcy Court

**PLEASE TAKE NOTICE** that Leslie C. Levy hereby appears as counsel for the State of Nebraska on behalf of the Attorney General's Office and the other States signing the Limited Objection Motion, pursuant to 11 U.S.C. § 1109(b) and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  The undersigned hereby demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned to the office address and/or through e-filing using my e-mail address set forth below, and that the undersigned be added to the mailing list maintained by the Clerk in this case as follows:

Leslie C. Levy, # 20673
Assistant Attorney General
2115 State Capitol Building
Lincoln, NE 68509-8920
Tel.: (402) 471-2811
Fax: (402) 471-4725
leslie.levy@nebraska.gov

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bankruptcy Code, the foregoing demand includes not only the notices and appearances referred to in the Bankruptcy Rules, but also includes, without limitation, notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by the Court's ECF-filing system, mail, delivery, facsimile or otherwise which seeks to affect in any way the rights or interests of the State of Nebraska Attorney General's Office.

Dated: June 19, 2009

    Respectfully submitted,

    STATE OF NEBRASKA

    JON BRUNING,
    ATTORNEY GENERAL

    */s/Leslie C. Levy*
    Leslie C. Levy, # 20673
    Assistant Attorney General
    2115 State Capitol Building
    Lincoln, NE 68509-8920
    Tel.: (402) 471-2811
    Fax: (402) 471-4725
    leslie.levy@nebraska.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June, 2009, a true and correct copy of the foregoing was served on all those parties receiving notice through the Court's ECF system and those parties below via U.S. Mail First Class, postage prepaid.

| | |
|---|---|
| Harvey Miller<br>Stephen Karotkin<br>Joseph H. Smolinsky<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | John J. Rapisardi<br>Cadwalader Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281 |
| James L. Bromley<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY  10006 | Babette Ceccotti<br>Cohen Weiss and Simon LLP<br>330 W. 42nd Street<br>New York, NY  10036 |
| Michael J. Edelman<br>Michael L. Schein<br>Vedder Price PC<br>1633 Broadway  47th Fl.<br>New York, NY  10019 | Diana G. Adams<br>Office of U. S. Trustee<br>33 Whitehall Street, 21st Fl.<br>New York, NY  10004 |
| David S. Jones<br>Matthew L. Schwartz<br>U. S. Attorney's Office<br>86 Chambers Street, 3rd Fl.<br>New York, NY  10007 | Warren Command Center,<br>Mailcode 480-206-114<br>General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025 |
| Matthew Feldman, Esq.<br>U.S. Department of Treasury<br>1500 Pennsylvania Ave. NW, Room 2312<br>Washington, DC 20220 | Kenneth Eckstien, Esq.<br>Thomas Moers Mayer, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |

Lawrence S. Buonomo, Esq.  
General Motors Corporation  
300 Renaissance Center  
Detroit, MI 48265  

Daniel W. Sherrick  
UAW  
8000 E. Jefferson Ave.  
Detroit, MI 48214  

Chambers Copy  
Hon. Robert E. Gerber  
United States Bankruptcy Court  
Southern District of New York  
One Bowling Green, Room 621  
New York, NY 10004-1408  

Dated: June 19, 2009  

*/s/   Leslie C. Levy*  
Leslie C. Levy  
Assistant Attorney General