*The Law Office*
*of*
# STEVEN M. MELLEY
*Attorney & Counsellor At Law*
24 Closs Drive
Rhinebeck, New York 12572

Tel.:  (845) 876-4057
Fax:   (845) 876-5745

*Practice Limited To*
*Injury Law Since 1983*

Laura S. Espie, R.N.
Phoebe K. Melley, Accounting/Financial
Diane McCaig, Paralegal

Jade H. Platania, Esq.
**Managing Associate Attorney**
Kevin J. Rumsey, Esq.
Associate Attorney

**VIA UPS OVERNIGHT DELIVERY**

June 16, 2009

Att: Clerk of the U.S. Bankruptcy Court
United States Bankruptcy Court
One Bowling Green
New York, NY  10004

RE:   In re GENERAL MOTORS CORP., *ET AL.*
      Case No.  09-50026 (REG)
      Creditors: Sandra Caccoma & Frank Caccoma

Dear Clerk of the Court:

Please find enclosed for filing the Affidavit/Objections of Creditors, Sandra Caccoma and Frank Caccoma.

The affidavit is made by them in lieu of electronic filing at this time per the Notice of Sale Explanations annexed to said affidavit/objections.

Thank you.

Sincerely,

STEVEN M. MELLEY
SMM/kjr
Enclosure

*The Law Office of*
**STEVEN M. MELLEY**
*Attorney & Counsellor At Law*
24 Closs Drive
Rhinebeck, New York 12572

Tel.: (845) 876-4057
Fax: (845) 876-5745

*Practice Limited To*
*Injury Law Since 1983*

Laura S. Espie, R.N.
Phoebe K. Melley, Accounting/Financial
Diane McCaig, Paralegal

Jade H. Platania, Esq.
Managing Associate Attorney
Kevin J. Rumsey, Esq.
Associate Attorney

**VIA UPS OVERNIGHT DELIVERY**

June 16, 2009

Att: Clerk of the U.S. Bankruptcy Court
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

RE: In re GENERAL MOTORS CORP., *ET AL.*
Case No. 09-50026 (REG)
Creditors: Sandra Caccoma & Frank Caccoma

Dear Clerk of the Court:

Please find enclosed for filing the Affidavit/Objections of Creditors, Sandra Caccoma and Frank Caccoma.

The affidavit is made by them in lieu of electronic filing at this time per the Notice of Sale Explanations annexed to said affidavit/objections.

Thank you.

Sincerely,

STEVEN M. MELLEY
SMM/kjr
Enclosure

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

In re

GENERAL MOTORS CORP., *et al.*

                        Debtors.
-----------------------------------------------------------------

AFFIDAVIT/OBJECTIONS

Chapter 11 Case No.
09-50026 (REG)

(Jointly Administered)

STATE OF NEW YORK   )
                           )ss.:
COUNTY OF DUTCHESS )

SANDRA CACCOMA and FRANK CACCOMA, being duly sworn, depose and say:

1. We reside at 4676 Albany Post Road, Hyde Park, New York 12538, Unit 6C-2.

2. We are claimants/creditors of Debtor, GM aka General Motors aka General Motors Corp., et al. in this proceeding.

3. We make this affidavit pursuant to the "Explanations" appended to and part of the Notice of Sale Hearing dated June 2, 2009, annexed hereto and made a part hereof.

4. We make this affidavit in lieu of filing our objections to the Sale of Assets and bankruptcy petition of Debtors herein, because we are, at this time, unable to file objections or any paper electronically at this time due to the deadline by which objections/response must be filed, i.e., on or before 5PM on June 19, 2009.

5. We object to the bankruptcy relief requested by Debtors herein and to the Sale of Assets of Debtors as proposed by reason of the fact that we are bona fide creditors of Debtor, General Motors Corp., the manufacturer, seller, distributor and marketer of a certain motor vehicle which we own, to wit: a 1997 Pontiac Grand Am motor vehicle, equipped with a defective, unsafe and otherwise faulty driver's air bag/air bag system/restrain which, on July 12, 2008 malfunctioned

while the said Sandra Caccoma, was then operating the said motor vehicle on New York State Route 9G in the Town of Rhinebeck, New York, which airbag spontaneously deployed causing a loss of control of said motor vehicle and an ensuing off-highway collision with a tree. As a consequence, said Sandra Caccoma, sustained massive and multiple bodily injuries and other damages and has thereby been rendered totally and permanently disabled. The said Frank Caccoma, her lawful husband, also a creditor of said Debtors, has sustained a loss of consortium and services of the said Sandra Caccoma as a consequence of the foregoing.

6.  The claimants have claims heretofore asserted against Debtors arising from said motor vehicle incident under General Motors Claim No. 71645174128.

7.  The filing of the said bankruptcy petition, the relief requested, the proposed sale of assets, and other relief which may be granted, severely prejudices said affiants/creditors in that they may receive inadequate compensation for the said bodily injuries, economic and other damages sustained as a consequence of the defective product(s) designed, assembled, manufactured, sold and distributed by Debtor prior to the filing of the Petition herein.

Wherefore, said affiants/creditors respectfully request that the relief be denied, that the Petition herein be dismissed and that the undersigned be granted 1) the right to sue and compensation for their said damages in full by the debtor or its insurers, if any, and/or 2) the right to file and provide Proof of Claim in this proceeding and to receive due and timely notice thereof in writing, by conventional U.S. mail delivered to the above address and to the address listed below:

>  Sandra Caccoma and Frank Caccoma
>  c/o Steven M. Melley, Attorney at Law
>  24 Closs Drive
>  Rhinebeck, New York 12572
>  (845) 876-4057

_____
SANDRA CACCOMA

_____
FRANK CACCOMA

Sworn to before me this
16th day of June, 2009

_____
Notary Public Qualified in New York State
Rensselaer County
Commission Expires May 4, 2013