UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

IN RE:                                  :    Chapter 11
                                        :
GENERAL MOTORS                          :
CORPORATION, *et al.*,                  :    Case No. 09-50026 (REG)
                                        :
            Debtors.                    :    (Jointly Administered)
                                        :
----------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Rein F. Krammer, Esquire, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Foster Electric (U.S.A.), Inc., MBL (USA) Corp., MBL (USA) Corporation, Mitsuboshi Belting Ltd., Enshu Ltd. and Enshu (U.S.A.) Corporation in the above-referenced case.

I certify that I am a member in good standing of the bar of the state of Illinois and the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated:  June 16, 2009
        Chicago, Illinois

                                    MASUDA, FUNAI, EIFERT &
                                    MITCHELL, LTD.

                                    By: /s/ Rein F. Krammer
                                    Rein F. Krammer, Esq. (06216386)
                                    203 N. LaSalle Street, Suite 2500
                                    Chicago, Illinois 60601-1262
                                    Tel.: (312) 245-7500
                                    Fax: (312) 245-7467
                                    rkrammer@masudafunai.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
IN RE:                                 :    Chapter 11
                                       :
     GENERAL MOTORS                    :
     CORPORATION, et al.,              :    Case No. 09-50026 (REG)
                                       :
                    Debtors.           :    (Jointly Administered)
                                       :
---------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Rein F. Krammer, Esquire, to be admitted, *pro hac vice*, to represent Foster Electric (U.S.A.) Inc., MBL (USA) Corp., MBL (USA) Corporation and Mitsuboshi Belting Ltd., Enshu Ltd. and Enshu (U.S.A.) Corporation (the "Clients") in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Illinois and the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Rein F. Krammer, Esquire, is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2009
       New York, New York

/s/ _____
The Honorable Robert E. Gerber
United States Bankruptcy Judge