CERTIFICATE OF SERVICE

   I hereby certify that I have forwarded a copy of the above Objection to Debtors' Motion to (I) Approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement With Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens…, to the following parties as well as to all other parties receiving service through the Court's CM/ECF system on via electronic notification and/or facsimile, on June 19, 2009:

| | |
|---|---|
| Attorneys for the Debtors:<br><br>Weil, Gotshal & Manges, LLLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Fax: (212) 310-8007<br><br>Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky | Debtors:<br><br>General Motors Corporation<br>300 Renaissance Center<br>Detroit, MI 48265<br><br>Attn: Lawrence S. Buonomo, Esq. |
| Attorneys for the Purchaser:<br><br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>Fax: (212) 504-6666<br><br>Attn: John J. Rapisardi, Esq. | The U.S. Treasury:<br><br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C. 20220<br>Fax: (202) 622-6415<br><br>Attn: Matthew Feldman, Esq. |
| Attorneys for EDC:<br><br>Vedder Price, P.C.<br>1633 Broadway<br>47th Floor<br>New York, NY 10019<br>Fax: (212) 407-7799<br><br>Attn: Michael K. Edelman, Esq. and Michael L. Schein, Esq. | The Attorneys for the Creditors Committee:<br><br>The UAW<br>8000 East Jefferson Avenue<br>Detroit, MI 48214<br>Fax: (313) 823-6016<br><br>Attn: Daniel W. Sherrick, Esq. |
| Attorneys for the UAW:<br><br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Fax: (212) 225-3999<br><br>Attn: James L Bromley, Esq.<br><br>and<br><br>Cohen, Weiss and Simon LLP<br>330 W. 42nd St.<br>New York, NY 10036<br>Fax: (626) 473-8227<br><br>Attn: Babette Ceccotti, Esq. | The Office of the United States Trustee for the Southern District of New York<br><br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>Fax: (212) 668-2255<br><br>Attn: Diana G. Adams, Esq. |
| The U.S. Attorney's Office, Southern District of New York:<br><br>86 Chambers Street<br>Third Floor<br>New York, NY 10007<br>Fax: (212) 637-2750<br><br>Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq. | |

                                          /s/ Michael Reed
                                          Michael Reed