ANTHONY J. KOCHIS (MI P72020)
BUSH SEYFERTH & PAIGE PLLC
3001 W. Big Beaver Rd., Suite 600
Troy, MI 48084
Telephone: (248) 822-7832
Facsimile: (248) 822-7882
E-Mail: kochis@bsplaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :    **Chapter 11**
**In re:**                                                  :
                                                            :    **Case No. 09-50026 (REG)**
**GENERAL MOTORS CORPORATION,** *et al.*,                   :
                                                            :    **(Jointly Administered)**
     **Debtors.**                                           :
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Anthony J. Kochis, a member in good standing of the bar of the State of Michigan and the bar of the U.S. District Courts for the Eastern and Western Districts of Michigan, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent: 1) Guardian Industries Corp.; (2) SRG Global, Inc.; (3) Guardian Automotive, Inc.; (4) Ionian Corporation; (5) Guardian Automotive Corporation; (6) Guardian Automotive Trim, Inc.; (7) Siegel-Robert Automotive; (8) Siegel-Robert, Inc.; (9) S-R of Kentucky, Inc.; (10) Siegel-Robert Automotive (Suzhou) Co., Ltd. (collectively, the "Guardian Parties"); (11) Len Industries, Inc. ("Len"); (12) Federal Broach & Machine Company, LLC ("Federal Broach"); and (13) Mitsubishi Electric Automotive America, Inc. ("Mitsubishi"), in the above referenced case and any successor cases.

My address is:    Anthony J. Kochis (MI P72020)
                  Bush Seyferth & Paige PLLC
                  3001 W. Big Beaver Rd., Suite 600
                  Troy, MI 48084
                  Telephone: (248) 822-7832
                  Facsimile: (248) 822-7882
                  E-Mail: kochis@bsplaw.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

WHEREFORE, movant requests that the Court enter the Order Admitting Anthony J. Kochis to Practice, *Pro Hac Vice* attached as Exhibit A.

                Respectfully submitted,

                BUSH SEYFERTH & PAIGE PLLC
*Attorneys for the Guardian Parties, Len, Federal Broach, And Mitsubishi*

Dated: June 19, 2009        By:  /s/ Anthony J. Kochis
                Anthony J. Kochis (MI P72020)
                3001 W. Big Beaver Rd., Suite 600
                Troy, MI 48084
                Telephone: (248) 822-7832
                Facsimile: (248) 822-7882
                E-Mail: kochis@bsplaw.com

W:\Docs\Bank\03000\00234\07127524.DOC

# EXHIBIT A

ANTHONY J. KOCHIS (MI P72020)
BUSH SEYFERTH & PAIGE PLLC
3001 W. Big Beaver Rd., Suite 600
Troy, MI 48084
Telephone: (248) 822-7832
Facsimile: (248) 822-7882
E-Mail: kochis@bsplaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :    Chapter 11
**In re:**                                                     :
                                                               :    Case No. 09-50026 (REG)
**GENERAL MOTORS CORPORATION,** *et al.*,                      :
                                                               :    **(Jointly Administered)**
        **Debtors.**                                           :
---------------------------------------------------------------x

## ORDER ADMITTING ANTHONY J. KOCHIS TO PRACTICE, *PRO HAC VICE*

**ORDERED,** that Anthony J. Kochis is admitted to practice, *pro hac vice*, in the above referenced case and any successor cases, in the United States Bankruptcy Court, Southern District of New York.

Dated:_____                    _____
      New York, New York                        United States Bankruptcy Judge