# EXHIBIT A

**Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed.  It may be viewed on request by contacting the law offices of:**

> **Kennedy, Jennik & Murray, P.C.**
> **113 University Place, 7th Floor**
> **New York, NY 10003**
> **(212)358-1500** (phone)
> **(212)358-0207** (fax)

# EXHIBIT B

**Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:**

> **Kennedy, Jennik & Murray, P.C.**
> **113 University Place, 7th Floor**
> **New York, NY 10003**
> **(212)358-1500** (phone)
> **(212)358-0207** (fax)

# EXHIBIT C

Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:

Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY 10003
(212)358-1500 (phone)
(212)358-0207 (fax)

# EXHIBIT D

Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:

> Kennedy, Jennik & Murray, P.C.
> 113 University Place, 7th Floor
> New York, NY 10003
> (212)358-1500 (phone)
> (212)358-0207 (fax)

# EXHIBIT E

**Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:**

> **Kennedy, Jennik & Murray, P.C.**
> **113 University Place, 7th Floor**
> **New York, NY 10003**
> **(212)358-1500** (phone)
> **(212)358-0207** (fax)

# EXHIBIT F

Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:

Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY 10003
(212)358-1500 (phone)
(212)358-0207 (fax)

# EXHIBIT G

Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:

>  Kennedy, Jennik & Murray, P.C.
>  113 University Place, 7th Floor
>  New York, NY 10003
>  (212)358-1500 (phone)
>  (212)358-0207 (fax)

# EXHIBIT H

**Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:**

        **Kennedy, Jennik & Murray, P.C.**
        **113 University Place, 7th Floor**
        **New York, NY 10003**
        **(212)358-1500** (phone)
        **(212)358-0207** (fax)

# EXHIBIT I

**Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:**

> **Kennedy, Jennik & Murray, P.C.**
> **113 University Place, 7th Floor**
> **New York, NY 10003**
> **(212)358-1500** (phone)
> **(212)358-0207** (fax)

# EXHIBIT J

Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:

> Kennedy, Jennik & Murray, P.C.
> 113 University Place, 7th Floor
> New York, NY 10003
> (212)358-1500 (phone)
> (212)358-0207 (fax)

# EXHIBIT K

**Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:**

> **Kennedy, Jennik & Murray, P.C.**
> **113 University Place, 7th Floor**
> **New York, NY 10003**
> **(212)358-1500** (phone)
> **(212)358-0207** (fax)

# EXHIBIT L

**Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:**

      Kennedy, Jennik & Murray, P.C.
      113 University Place, 7th Floor
      New York, NY 10003
      (212)358-1500 (phone)
      (212)358-0207 (fax)

# EXHIBIT M

**Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:**

        Kennedy, Jennik & Murray, P.C.
        113 University Place, 7th Floor
        New York, NY 10003
        (212)358-1500 (phone)
        (212)358-0207 (fax)