PEPPER HAMILTON LLP
Deborah Kovsky-Apap (DK 6147)
Dennis Kayes (*pro hac vice*)
Suite 3600
100 Renaissance Center
Detroit, Michigan 48243
Telephone: 313.259.7110
Facsimile: 313.259.7926
E-mail: kovskyd@pepperlaw.com
*Counsel for NovoDynamics, Inc..*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
: Chapter 11
In re :
: Case No. 09-50026 (REG)
GENERAL MOTORS CORP., *et al.,* : (Jointly Administered)
:
Debtors. :
:
--------------------------------------------------------------x

# WITHDRAWAL OF
# LIMITED OBJECTION OF NOVODYNAMICS, INC. TO NOTICE OF
# (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY
# CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND
# UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND
# <u>(II) CURE COSTS RELATED THERETO</u>

WHEREAS, NovoDynamics, Inc. ("<u>NovoDynamics</u>") and the Debtors have

reached agreement on the amount required to cure certain executory contracts between the

parties that the Debtors propose to assume and assign; and

WHEREAS, the Debtors' Contract Website has been updated to reflect the correct

cure due to NovoDynamics in the amount of $598,765.36;

NOW THEREFORE the Limited Objection of NovoDynamics, Inc. to Notice of

(I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of

#11138407 v1

-2-

Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs

Related Thereto [Docket No. 763, filed June 12, 2009] is hereby withdrawn.

          PEPPER HAMILTON LLP

          /s/ Deborah Kovsky-Apap
          Dennis Kayes (Admitted *Pro Hac Vice*)
          Deborah Kovsky-Apap (DK 6147)
          Suite 3600
          100 Renaissance Center
          Detroit, Michigan 48243
          Telephone: 313.259.7110
          Facsimile: 313.259.7926
          E-mail: kovskyd@pepperlaw.com
          *Counsel for NovoDynamics, Inc.*

Dated: June 19, 2009

PEPPER HAMILTON LLP
Deborah Kovsky-Apap (DK 6147)
Dennis Kayes (*pro hac vice*)
Suite 3600
100 Renaissance Center
Detroit, Michigan 48243
Telephone:  313.259.7110
Facsimile:  313.259.7926
E-mail: kovskyd@pepperlaw.com
*Counsel for NovoDynamics, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                        :    Chapter 11
                                                             :
                                                             :    Case No. 09-50026 (REG)
GENERAL MOTORS CORP., *et al.*,                              :    (Jointly Administered)
                                                             :
        Debtors.                                             :
                                                             :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       I hereby certify that on June 19, 2009, I electronically filed the Withdrawal of Limited Objection of NovoDynamics, Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto, with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record registered to receive notice.

                                      /s/ Deborah Kovsky-Apap_____
                                      Deborah Kovsky-Apap (DK 6147)

Dated:  June 19, 2009

#11138407 v1