From: Ewjturner58@aol.com
To: Dqturner@aol.com
Subject: (no subject)
Date: Mon, Jun 15, 2009 2:33 pm

---

KENNEDY, JENNIK & MURRAY, P.C.
113 University Place, 7th Floor
New York, New York 10003
Telephone: (212) 358-1500
Facsimile: (212) 358-0207
Thomas M. Kennedy
Susan M. Jennik

Attorneys for IUE-CWA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re                                                    :    Chapter 11
                                                         :
General Motors Corporation,   et al.                     :    Case No. 09-50026
                                                         :    (REG)
                              Debtors.                   :
                                                         :    (Jointly Administered)
---------------------------------------------------------X

## DECLARATION OF DEBRA TURNER IN OPPOSITION
## TO MOTION TO APPROVE SALE UNDER 11 U.S.C. § 363(b)

Debra Turner declares as follows:

1. My name is Debra Turner. I am fifty-one years old. When I was nineteen I started working for Frigidaire, when it was still owned by General Motors. In 1985, after a lay-off I was called back to work at General Motors in the truck and bus plant at Moraine, Ohio. I was an assembler at the plant from 1985 until 1993.

2. I took a medical retirement in 1993. My elbow was injured and kept swelling up. After the day I went to the doctor, I never went back to work. I had to have several surgeries, and after that they didn't have any work that I was able to do.

3. I have multiple sclerosis and rheumatory arthritis. I was diagnosed with multiple sclerosis in 1997. I've had it for over eleven years, and things have gotten worse over the years. At the beginning of this year I was diagnosed with rheumatory arthritis. The pain was just ungodly, and I couldn't get out of bed.

4. I take a lot of medication for my conditions. I take a shot of Rebif every other night. It is a preventative medication, to try to slow down my multiple sclerosis, so that it doesn't get really bad. I take Adderal and Prozac to help with the tiredness that comes with the multiple sclerosis. I take Celebrex for my rheumatory arthritis, and Leflunomide, and I take Darvecet for the pain.

5. I know that my Rebif shots cost $1000 a month, and now I pay $10. I don't know what people without health insurance do. When I was first diagnosed I asked my doctor what people do if they don't have insurance, and he said they just don't take the medication and they end up in a wheelchair. I've been fortunate until now to be able to stay out of a wheelchair because of my medications.

6. I believe that all of my medication together would be at least $1800 a month. If I didn't have health insurance I don't know what I would do because there is no way we would be able to afford that. You have to eat, and make your house payments. I would probably have to stop taking the preventative medication that is delaying my multiple sclerosis from getting really bad.

7. I receive $1500 to $1600 a month from my GM pension. That is less than what my medication would cost me if I didn't have health insurance. My husband will soon be on pre-retirement from GM, so he won't be making the money he used to either.

8. I don't receive Social Security. I applied for Social Security disability benefits so that it wouldn't be such a devastating loss if something ever happened with my GM benefits. I started the process two years ago. I was denied two or three times, until I finally got a hearing in front of a judge. But I just received a letter two weeks ago telling me that it was an unfavorable decision, and I was being denied. That was my final appeal. I think maybe they thought because I already had health insurance I didn't need the Social Security disability, but now if General Motors leaves us high and dry I will have nothing.

9. I haven't had to worry about paying for the medications in the past. The co-pay was raised from five dollars to ten dollars, and now I pay twenty-five dollars to see the doctor, and we didn't used to have to pay anything, but still that is affordable. Having health insurance has been absolutely critical in my life. I don't know what people do without health insurance. Even just having to worry about losing it has been really hard. I don't even like using my cane, or using my handicap sticker for my car. I'm terrified of being in a wheelchair.

10. I just don't know what we are going to do. As soon as I heard about this situation where GM might take away our health insurance, it has just started so much anxiety, and with

multiple sclerosis the anxiety and worrying makes everything worse. I can tell that stress brings on a lot of the triggers. Yesterday I was in bed with a debilitating migraine and vomiting until 3 pm. I have not had a crippling headache like that in years.

11. We've been blessed throughout the years with GM, but all the changes they are making now is really throwing a wrench into everyone's life, and it is just awful. You just never thought that General Motors would go bankrupt, or try to renege on its Union contracts. With all the buy-outs going on, people just don't understand what is happening or what is going to happen. They're worried about losing their houses. People are at a loss.

12. And GM keeps taking away things they promised us. Some people don't have enough time in the company to retire, so they have to start again working someplace else. GM promised that they would pay for two years of schooling to re-train workers, and now they want to take that back from them. People have come to terms with the fact that the plant is going to be gone, and are prepared to get a degree and start again in something else, but now they're taking that back.

13. It's really terrible to take away people's health insurance so they can't afford their medication anymore. These people worked for thirty years for GM, and now they are retirees and they're getting older and they need more medication and more healthcare. Some people are terminally ill, really sick. We all need this health coverage.

14. GM can't just pull this out from underneath people who have spent their lives building the company. It's not right. I consider that I gave GM my right elbow, shooting door handles on everyday, where it would torque your arm halfway up. One of the main reasons I worked there was for the benefits. I was a single mom, I had a baby and needed the insurance. It is very sad it has come to this. GM promised us that they would take care of our health insurance. We are in bad shape, but it would be so much worse if they take our health care away.

Date: Dayton, Ohio
June 15, 2009

*Debra Turner*
Debra Turner