Michael St. Patrick Baxter
Dennis B. Auerbach
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004-2401
phone: (202) 662-6000
fax: (202) 662-6291

- and -

Susan Power Johnston
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
phone: (212) 841-1000
fax: (212) 841-1010

*Counsel to Union Pacific Railroad Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| GENERAL MOTORS CORP., *et al.*, ) | Case No. 09-50026 (REG) |
| ) | |
| Debtors ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Craig Stalzer, do hereby certify, that on June 19, 2009, I caused true and correct copies of the *Limited Objection of Union Pacific Railroad Company to Debtors' Motion for an Order Authorizing Sale of Assets Pursuant to Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC* [Docket No. 1951], to be served (i) electronically through the Court's PACER System on parties requesting electronic service in the above-captioned chapter 11 cases and (ii) on the parties listed on the attached service list by the means indicated thereon.

- 2 -

Dated:  New York, New York
       June 19, 2009

By: _____
            Craig Stalzer

# SERVICE LIST

## BY FEDERAL EXPRESS AND ELECTRONIC MAIL

### Counsel to the Debtors

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotschal & Manges LLP
767 Fifth Avenue
New York, NY  10153
harvey.miller@weil.com
stephen.karotkin@weil.com
joseph.smolinsky@weil.com

### Counsel to the Purchaser

John Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281
john.rapisardi@cwt.com

### Counsel to the Official Committee of Unsecured Creditors

Kenneth H. Eckstein, Esq.
Thomas Moers Mayer, Esq.
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
keckstein@kramerlevin.com
tmayer@kramerlevin.com
gnovod@kramerlevin.com

### Counsel to Export Development Canada

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY  10019
mjedelman@vedderprice.com
mschein@vedderprice.com

**Debtors**

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114
Email: via Weil Gotschal & Mange LLP

**Counsel to UAW**

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006
jbromley@cgsh.com

Babette Ceccotti, Esq.
Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, NY  10036
bceccotti@cwsny.com

**Counsel to the United States**

David S. Jones, Esq.
Matthew L. Schwartz, Esq
Assistant United States Attorney
86 Chambers Street
3rd Floor
New York, NY 10007
matthew.schwartz@usdoj.gov

**BY FEDERAL EXPRESS AND FACSIMILE**

**The U.S. Treasury**

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C.  20220
fax: (202) 622-6415

**The Office of the United States Trustee**

Diana G. Adams, Esq.
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
fax: (212)-668-2256

**International Union, UAW**

Daniel Sherrick, Esq.
International Union, UAW
8000 East Jefferson Avenue
Detroit, MI 48124
fax: (313) 926-5240

**BY FEDERAL EXPRESS ONLY**

Lawrence S. Buonomo, Esq.
General Motors Corporation
300 Renaissance Center
Detroit, MI 48265

**VIA HAND DELIVERY**

Office of the Clerk
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York

Chambers of the Honorable Robert E. Gerber Room