**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> **GENERAL MOTORS CORP.,** *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No.  **09-50026(REG**) <br><br> (Jointly Administered) <br><br> Hon. Robert E. Gerber |

**NOTICE OF RECLAMATION CLAIM OF FLEXTRONICS INTERNATIONAL, LTD.
AND VARIOUS OF ITS SUBSIDIARIES AND AFFILIATED ENTITES**

Please be advised that two written reclamation demands on behalf of Flextronics International, Inc. and various of its subsidiaries and affiliated entitles (collectively, "Flextronics") were served, through counsel, on June 5, 2009 and June 10, 2009 via FedEx delivery on General Motors and its attorneys of record.   True and correct copies of the written reclamation demands are attached hereto as Exhibit "A" and Exhibit "B" incorporated herein by reference for all purposes.

Dated:  New York, New York
         June 19, 2009

WHITE AND WILLIAMS, LLP

By: /s/ Karel S. Karpe_____
    Karel S. Karpe
One Penn Plaza, Suite 4110
New York, NY  10119
Telephone:  (212) 631-4421

And

BIALSON, BERGEN & SCHWAB
Brain E. Doucette (*admitted in California*)
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 857-9500

*Attorneys for Flextronics International, Inc.*