# BIALSON, BERGEN & SCHWAB
### ATTORNEYS AT LAW
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CALIFORNIA 94306

TELEPHONE
(650) 857-9500

FACSIMILE
(650) 494-2738

E-MAIL: atty@bbslaw.com

SEYMOUR BERGEN
(1923-2003)

ANNETTE G. BIALSON
RETIRED

June 5, 2009

**Via First Class Mail**

General Motors
Attn. Legal Department
300 Renaissance Center
Detroit, MI 48265-3000

**Via First-Class U.S. Mail and Facsimile (313) 465-7571**

Joseph E. Sgroi
Robert B. Weiss
Tricia A. Sherick
Honigman, Miller, Schwartz & Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

**Via First-Class U.S. Mail and Facsimile (212) 862-2200**

Stephan Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Re:    In re General Motors Corporation et.al., Case No. 09-50026 (REG)

Dear Gentlemen:

This firm is counsel to Flextronics International, Ltd., Flextronics Automotive, Inc. and various of their subsidiary and affiliated entities (collectively "Flextronics"). Pursuant to Section 2-702 of the Uniform Commercial Code as codified under applicable state law and 11 U.S.C. Section 546(c), and without waiving any other rights, remedies or claims, Flextronics hereby demands the return of all goods ("Goods") of any kind or character received by General Motors Corporation, also doing business as GM; the GM Corporation; General Motors Corporation; Saturn, LLC; Saturn Distribution Corporation; and Chevrolet-Saturn of Harlem, Inc. and/or any of their subsidiary, affiliated and other related entities (collectively "GM") from Flextronics, including, without limitation, those Goods shipped, delivered, received by GM and invoiced by Flextronics as set forth in the account report and various invoices attached hereto for your convenience.

By this letter you are instructed to immediately inventory the Goods and keep the Goods segregated from all other inventory, machinery and equipment. Further, you are not permitted to use, sell, encumber or transfer the Goods to any other party.

Please contact the undersigned to arrange for the immediate return of the Goods.

Very truly yours,

BIALSON, BERGEN & SCHWAB

Brian E. Doucette

W:\F0142\001\Ltr\060509Reclaim.doc

**General Motors**
Invoices on File May 19, 2009
All Receivable FOB Our Dock.

| Invoice Date | Invoice # | Bill To # | Ship To # | Ship To Address | Bill To Address | P.O. # | Invoice Amount | Within 20 Days |
|---|---|---|---|---|---|---|---|---|
| 15-May-09 | 4103282 | 111027 | 133010 | CLI Warehouse, 38481 W. Huron River Dr, Romulus, MI, USA | NAO Disbursement Analysis, P.O. Box 2000, Flint, MI, USA | 0FXM01BG | $ 10,532.35 | $ 10,532.35 |
| *(rows redacted / illegible)* | | | | | | | | |
| 14-May-09 | 4103259 | 111042 | 142005 | GMSPO Pontiac DK O,D/C 17575,Parts Plant,1251 Joslyn Rd, Pontiac, MI,USA | Service Parts Operations, Disbursement Analysis, P.O. Box 2036, Flint,MI,USA | | $ 525.50 | $ 525.5 |
| 25-May-09 | 4103309 | 111042 | 142015 | GMSPO Lansing PP, D/C 17576, Parts Plant, 4400 West Mount Hope Rd, Lansing, MI, USA | Service Parts Operations, Disbursement Analysis, P.O. Box 2036, Flint,MI,USA | GM 41193 | $ 10,845.16 | $ 10,845.16 |
| 25-May-09 | 4103311 | 111042 | 142015 | GMSPO Lansing PP, D/C 17576, Parts Plant, 4400 West Mount Hope Rd, Lansing, MI, USA | Service Parts Operations, Disbursement Analysis, P.O. Box 2036, Flint,MI,USA | GM 54661 | $ 31,667.58 | $ 31,667.58 |
| 25-May-09 | 4103312 | 111042 | 142025 | GMSPO Davison Rd PC, D/C 17177, 4134 Davison Rd, Burton, MI, USA | Service Parts Operations, Disbursement Analysis, P.O. Box 2036, Flint,MI,USA | GM 54661 | $ 1,577.88 | $ 1,577.88 |
| 25-May-09 | 4103313 | 111042 | 142065 | GMSPO Willow Run, D/C 17157, Willow Run Storage,2625 Tyler Rd, Ypsilanti, MI,USA | Service Parts Operations, Disbursement Analysis, P.O. Box 2036, Flint,MI,USA | GM 41193 | $ 380.88 | $ 380.88 |
| 25-May-09 | 4103314 | 111042 | 142100 | GMSPO ACDelco Memphis, D/C 17192, Memphis ACDelco PDC, 5115 Pleasant Hill Rd, Memphis,TN,USA | Service Parts Operations, Disbursement Analysis, P.O. Box 2036, Flint,MI,USA | GM 41193 & GM54661 | $ 1,287.86 | $ 1,287.86 |
| 25-May-09 | 4103315 | 111061 | 143005 | GM-CDA SPO DK 0, D/C 14972, c/o Dominion Group Inc., 580 Secretariat Court, Mississauga, Ont, Canada | General Motors of Canada, Disbursement Control Dept, P.O. Box816, Oshawa, Ont, Can | GM 54661 | $ 395.79 | $ 395.79 |
| 25-May-09 | 4103316 | 111061 | 143006 | GM-CDA SPO DK 1, D/C 14972, c/o Dominion Group Inc., 580 Secretariat Court, Mississauga, Ont, Canada | General Motors of Canada, Disbursement Control Dept, P.O. Box816, Oshawa, Ont, Can | GM 54661 | $ 710.64 | $ 710.64 |
| | | | | | | **Total** | $ 87,328.18 | $ 57,923.64 |

# FLEX Automotive

**Flextronics Automotive Inc.**
365 Passmore Avenue
Scarborough, Ontario, Canada M1V 4B3
Tel.: (416) 321-8822  Fax: (416) 321-8823
BN# 898240619RT001

REMIT TO: Flextronics Automotive
21173 Network Place
Chicago, Illinois
60673-1211

**SOLD TO:**
111042
General Motors Corporation
Service Parts Operations
Disbursement Analysis
P.O. Box 2036
Flint                    MI
USA                      48501

**SHIP TO:**
142015
IRS NO: 38-0572515
GM-SPO LANSING PP      D/C 17576
Parts Plant
4400 West Mount Hope Rd
Lansing                  MI
USA                      48917

| | | |
|---|---|---|
| ORG. ID# | | |
| 250955580 | | |
| Page: 1 | | |
| INVOICE NUMBER | | |
| 4103309 | | |
| DATE | | |
| 2009/05/25 | | |
| A.E.T.C. NUMBER | | |

D.U.N.S. 25-095-5580

| VIA | F.O.B. | CURRENCY | RELATED PARTY | BROKER | PORT OF ENTRY |
|---|---|---|---|---|---|
| LESS THAN TRUCKLOAD OVERLAND EXPRESS (OVLD) | COLLECT | CDN | YES ☐ OR NO ☒ | FEDEX TRAD | DETROIT |

| CTN. | CUSTOMER PART NO. / OUR PART NO. | DESCRIPTION | CUSTOMER PURCHASE ORDER NO. | UNIT QUANTITY | UNIT PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|
| 22 | 15204658 / 519256ASV | DDM Chev W/o Ra W/o PF1d MD/PI   Net Weight   160 | GM  54661 | 220 | 49.29620 | PC | 10,845.16 |

CODE RED
SHIPPING HISTORY REPORT AUDITED FOR
ACCURACY: ☑ N
SLI # WK 95369

Bar-Code label audited by: McKague
Pallet Dimension:48 X 40 :   OK
Pallet Shall not exceed 48" X 40" X 45"
"PACKING SLIP ENVELOPE ATTACHED  QTY:1
                    NUMBER OF CARTONS = 22
           TOTAL NUMBER OF PACKAGES = 23

"Send freight bill to:
GM Service Parts Operations
C/O Schneider Logistics, Inc.
PO Box 2654
Green Bay, WI 54306-2654"

"Brokerage Charge To Consignee"

TST Overland Express   701 9286635 0
Nombre de Morceaux - No. places
This shipment is subject exclusively to the liability limitations, Uniform Bill of Lading, the provisions of this and all other applicable collective tariffs. Carrier's individual and including NMF 100 series.

| O. OF PKG: | 22 / 1 SKID | GROSS WEIGHT: | 314 | TRAILER NUMBER | INVOICE TOTAL ▶ | 10,845.16 |
|---|---|---|---|---|---|---|

414209
5 26 09

CHECKED BY              SHIPPED BY              CARRIERS SIGNATURE    3136

**INVOICE - ACCOUNTS RECEIVABLE**

m # 201303 REV. E

# FLEX Automotive

**Flextronics Automotive Inc.**
365 Passmore Avenue
Scarborough, Ontario, Canada M1V 4B3
Tel.: (416) 321-8822 Fax: (416) 321-8823
BN# 898240619RT001

**REMIT TO:** Flextronics Automotive
21173 Network Place
Chicago, Illinois
60673-1211

ORG. ID# 250955580

Page: 1

INVOICE NUMBER 4103311

DATE 2009/05/25

A.E.T.C. NUMBER

**SOLD TO:**
111042
General Motors Corporation
Service Parts Operations
Disbursement Analysis
P.O. Box 2036
Flint    MI
USA    48501

**SHIP TO:**
142015
IRS NO: 38-0572515
GM-SPO LANSING PP    D/C 17576
Parts Plant
4400 West Mount Hope Rd
Lansing    MI
USA    48917

D.U.N.S. 25-095-5580

| VIA | F.O.B. | CURRENCY | RELATED PARTY | BROKER | PORT OF ENTRY |
|---|---|---|---|---|---|
| LESS THAN TRUCKLOAD OVERLAND EXPRESS (OVLD) | COLLECT | CDN | YES☐ NO☒ | FEDEX TRAD | DETROIT |

| CTN. | CUSTOMER PART NO. / OUR PART NO. | DESCRIPTION | CUSTOMER PURCHASE ORDER NO. | UNIT QUANTITY | UNIT PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 15256152 330261CSV | SWITCH GMX320 S/R Lt.Cashmere  Net Weight 2 | GM 41193 | 12 | 11.16850 | PC | 134.02 |
| 2 | 15204698 519248ASV | DDM GMC Dom W/H W/M H/D Pwtr I  Net Weight 14 | GM 54661 | 20 | 54.48570 | PC | 1,089.71 |
| 1 | 15101640 519248FSV | DDM GMC Dom W/H W/M Kt Oak  Net Weight 7 | GM 54661 | 10 | 53.37580 | PC | 533.76 |
| 4 | 15204690 519251ASV | DDM GMC W/O H W/O M MD/Pwtr II  Net Weight 29 | GM 54661 | 40 | 50.08980 | PC | 2,003.59 |
| 5 | 15204691 519251CSV | DDM GMC W/O H W/O M M/Pwtr  Net Weight 36 | GM 54661 | 50 | 51.66290 | PC | 2,583.15 |
| 1 | 15114258 519251KSV | DDM GMC W/O H W/O Lt Grey  Net Weight 7 | GM 54661 | 10 | 43.10020 | PC | 431.00 |
| 1 | 15204666 519252ASV | DDM Chev Dom W/H W/O PF MD/P I  Net Weight 7 | GM 54661 | 10 | 48.56830 | PC | 485.68 |
| 1 | 15204667 519252DSV | DDM Chev Dom W/H W/O PF VD/Pwt  Net Weight 7 | GM 54661 | 10 | 53.01160 | PC | 530.12 |
| 8 | 15204659 519256DSV | DDM Chev W/o Hs W/o Pfld VD/Pw  Net Weight 58 | GM 54661 | 80 | 49.35620 | PC | 3,948.50 |
| 1 | 15212592 519256HSV | DDM Chev W/O H W/O PF Lt.Cash  Net Weight 7 | GM 54661 | 10 | 42.81000 | PC | 428.10 |
| 9 | 15114241 519256KSV | DDM Chev W/o Hs W/o Pfd Lt Gre  Net Weight 66 | GM 54661 | 90 | 44.48290 | PC | 4,003.46 |
| 1 | 25861580 519584HSV | DDM Chevy WO/HS WO/PF Lt Cash  Net Weight 7 | GM 54661 | 10 | 37.62460 | PC | 376.25 |
| 1 | 25867004 519617ESV | DDM Chevy WO/HS WO/PF Ebony  Net Weight 7 | GM 54661 | 10 | 34.13910 | PC | 341.39 |
| 8 | 25867005 519617KSV | DDM Chevy WO/HS WO/PF Lt.Grey  Net Weight 194 | GM 54661 | 280 | 33.07910 | PC | 9,262.15 |
| 3 | 25867000 519619ESV | DDM Chevy W/HS WO/PF Ebony  Net Weight 21 | GM 54661 | 30 | 35.27650 | PC | 1,058.30 |
| 2 | 25867001 519619KSV | DDM Chevy W/HS WO/PF Lt.Grey  Net Weight 14 | GM 54661 | 20 | 34.21650 | PC | 684.33 |
| 1 | 25866993 519622ESV | DDM GMC WO/HS WO/MS Ebony  Net Weight 7 | GM 54661 | 10 | 33.46300 | PC | 334.63 |

| OF PKG: | GROSS WEIGHT: | TRAILER NUMBER | INVOICE TOTAL ▶ |
|---|---|---|---|

CHECKED BY    SHIPPED BY    CARRIERS SIGNATURE
# 201303 REV. E    **INVOICE - ACCOUNTS RECEIVABLE**    8137

# FLEX Automotive

**Flextronics Automotive Inc.**
365 Passmore Avenue
Scarborough, Ontario, Canada M1V 4B3
Tel.: (416) 321-8822  Fax: (416) 321-8823
BN# 898240619RT001

**REMIT TO:** Flextronics Automotive
21173 Network Place
Chicago, Illinois
60673-1211

| | |
|---|---|
| ORG. ID# | 250955580 |
| Page: | 2 |
| INVOICE NUMBER | 4103311 |
| DATE | 2009/05/25 |
| A.E.T.C. NUMBER | |

**SOLD TO:**
111042
General Motors Corporation
Service Parts Operations
Disbursement Analysis
P.O. Box 2036
Flint                    MI
USA                     48501

**SHIP TO:**
142015
IRS NO: 38-0572515
GM-SPO LANSING PP    D/C 17576
Parts Plant
4400 West Mount Hope Rd
Lansing                 MI
USA                     48917

D.U.N.S. 25-095-5580

| VIA | F.O.B. | CURRENCY | RELATED PARTY | BROKER | PORT OF ENTRY |
|---|---|---|---|---|---|
| LESS THAN TRUCKLOAD OVERLAND EXPRESS (OVLD) | COLLECT | CDN | YES □ OR NO X | FEDEX TRAD | DETROIT |

| CTN | CUSTOMER PART NO. / OUR PART NO. | DESCRIPTION | CUSTOMER PURCHASE ORDER NO. | UNIT QUANTITY | UNIT PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|
| 3 | 25866994 519622LSV | DDM GMC WO/HS WO/MS Dk.Grey  Net Weight  21 | GM 54661 | 30 | 33.46300 | PC | 1,003.89 |
| 4 | 25866992 519623ESV | DDM GMC W/HS W/MS Ebony  Net Weight  28 | GM 54661 | 40 | 37.69380 | PC | 1,507.75 |
| 1 | 25866979 519625ESV | PDM Chevy SBD WO/HS/PF Ebony  Net Weight  6 | GM 54661 | 10 | 28.25980 | PC | 282.60 |
| 1 | 25866984 519627ESV | PDM Chevy SBD W/H WO/PF Ebony  Net Weight  6 | GM 54661 | 10 | 33.05980 | PC | 330.60 |
| 1 | 25866974 519630LSV | PDM GMC SBD W/H Dk.Grey  Net Weight  6 | GM 54661 | 10 | 31.45950 | PC | 314.60 |

SHIPPING HISTORY REPORT AUDITED FOR
ACCURACY: RN
SLI # WK 95578

Bar-Code label audited by: _____
Pallet Dimension:48 X 40 ;
Pallet Shall not exceed 48" X 40" X 45"
"PACKING SLIP ENVELOPE ATTACHED: QTY:1
                NUMBER OF CARTONS = 30
        TOTAL NUMBER OF PACKAGES = 34

"Send freight bill to:
GM Service Parts Operations
C/O Schneider Logistics, Inc.
PO Box 2654
Green Bay, WI 54306-2654"

"Brokerage Charge To Consignee"

| | | | | | |
|---|---|---|---|---|---|
| OF PKG: 80 / 4 SKIDS | GROSS WEIGHT: 1,117 | TRAILER NUMBER | | INVOICE TOTAL | 41,667.38 |

701 9286636   1

CHECKED BY

# 201303 REV. E

SHIPPED BY

**INVOICE-ACCOUNTS RECEIVABLE**

CARRIERS SIGNATURE

3138

# FLEXAutomoti~

**Flextronics Automotive Inc.**
365 Passmore Avenue
Scarborough, Ontario, Canada M1V 4B3
Tel.: (416) 321-8822  Fax (416) 321-8823
BN# 898240619RT001

**REMIT TO:** Flextronics Automotive
21173 Network Place
Chicago, Illinois
60673-1211

| | | | |
|---|---|---|---|
| | | | ORG. ID# 230953380 |
| | 142025 | | Page: 1 |
| SOLD TO | 111042 General Motors Corporation Service Parts Operations Disbursement Analysis P.O. Box 2036 Flint    MI    48501 USA | SHIP TO | 142025 GM-SPO DAVISON RD PC D/C 17177 4134 DAVISON ROAD BURTON    MI USA    48509 | INVOICE NUMBER 4103312 DATE 2009/05/23 A.E.T.C. NUMBER |

D.U.N.S. 25-095-5580

| VIA | F.O.B. | CURRENCY | RELATED PARTY YES / NO | BROKER | PORT OF ENTRY |
|---|---|---|---|---|---|
| LESS THAN TRUCKLOAD OVERLAND EXPRESS (OVLD) | COLLECT | CDN | OR X | FEDEX TRAD | Detroit |

| CTN. | CUSTOMER PART NO. / OUR PART NO. | DESCRIPTION | CUSTOMER PURCHASE ORDER NO. | UNIT QUANTITY | UNIT PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 15075130 330232ASV | SWITCH R/W GMT820 M/D Pewter Net Weight    53 | GM 41193 | 54 | 4.03000 | PC | 217.62 |
| 1 | 15075131 330232FSV | SWITCH R/W GMT820 Shale Net Weight    3 | GM 41193 | 54 | 4.03000 | PC | 217.62 |
| 3 | 15206532 330246SV | SWITCH RWS GMT800 MCE Rt Net Weight    24 | GM 41193 | 270 | 4.23200 | PC | 1,142.64 |
| | | SHIPPING HISTORY REPORT AUDITED FOR ACCURACY: PN SLI # WK 95365 Bar-Code label audited by: m.Lague Pallet Shall not exceed 48" X 40" X 45" "PACKING SLIP ENVELOPE ATTACHED" QTY:1 NUMBER OF CARTONS = 5 TOTAL NUMBER OF PACKAGES = 6 "Send freight bill to: GM Service Parts Operations C/O Schneider Logistics, Inc. PO Box 2654 Green Bay, WI 54306-2654 Brokerage Charge To Consignee | | | | | |

TST Overland Express
701 9286638  3
This shipment is subject exclusively to the Uniform Bill of Lading, the liability limitations and all other applicable provisions of this Carrier's individual and collective tariffs, including NMF 100 series.
Nombre de Morceaux - No. pieces

OF PKG: 5/ 15KID

TRAILER NUMBER

| INVOICE TOTAL | 1,577.88 |

1 414209
5 25 09

CHECKED BY

SHIPPED BY
**INVOICE – ACCOUNTS RECEIVABLE**

CARRIERS SIGNATURE

3139

F201303 REV. E

# FLEX Automotive

**Flextronics Automotive Inc.**
365 Passmore Avenue
Scarborough, Ontario, Canada M1V 4B3
Tel.: (416) 321-8822  Fax: (416) 321-8823
BN# 898240619RT001

**REMIT TO:** Flextronics Automotive
21173 Network Place
Chicago, Illinois
60673-1211

| | |
|---|---|
| ORG. ID# | 250955580 |
| Page: | 1 |
| INVOICE NUMBER | 4103313 |
| DATE | 2009/05/25 |
| A.E.T.C. NUMBER | |

111042
General Motors Corporation
Service Parts Operations
Disbursement Analysis
P.O. Box 2036
Flint          MI
USA            48501

S
O
L
D
T
O

142065
IRS NO: 38-0572515
GM-SPO WILLOW RUN   D/C 17157
WILLOW RUN STORAGE
2625 TYLER ROAD
YPSILANTI          MI
USA                48198-6199

S
H
I
P

T
O

D.U.N.S. 25-095-5580

| VIA | F.O.B. | CURRENCY | RELATED PARTY | | BROKER | PORT OF ENTRY |
|---|---|---|---|---|---|---|
| AIR | | | YES | NO | | |
| FedEx (SPO US)FXD9 | COLLECT | CDN | ☐ OR ☒ | FEDEX TRAD | |

| TN. | CUSTOMER PART NO. / OUR PART NO. | DESCRIPTION | CUSTOMER PURCHASE ORDER NO. | UNIT QUANTITY | UNIT PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 15206533 330245SV | SWITCH RWS GMT800 MCE Lt    Net Weight        8 SHIPPING HISTORY REPORT AUDITED FOR ACCURACY: RW SLI # WK 9536V | GM 41193 | 90 | 4.23200 | PC | 380.88 |

Bar-Code label audited by: _McKague_
Pallet Shall not exceed 48" X 40" X 45"
"PACKING SLIP ENVELOPE ATTACHED" QTY:1
          NUMBER OF CARTONS = 1
     TOTAL NUMBER OF PACKAGES = 2

"Send freight bill to:
GM Service Parts Operations
C/O Schneider Logistics, Inc.
PO Box 2654
Green Bay, WI 54306-2654"

"Brokerage Charge To Consignee"

Ref: 4103313
Dep:

Date: 05/25/2009
Wgt: 15.0 LBS
CV:                0.00
# of Pkgs: 1

SHIPPING:        0.00
SPECIAL:         0.00
HANDLING:        0.00
TOTAL:           0.00

Svcs: INTL PRIORITY ISR
TRCK: 9592 7660 5082

| OF PKG: | 1 | GROSS WEIGHT: | 15 | TRAILER NUMBER | INVOICE TOTAL ▶ | 380.88 |
|---|---|---|---|---|---|---|

CHECKED BY
# 201303 REV. E

INVOICE-ACCOUNTS RECEIVABLE

SHIPPED BY

CARRIERS SIGNATURE

3140

# FLEX Automotive

**Flextronics Automotive Inc.**
365 Passmore Avenue
Scarborough, Ontario, Canada M1V 4B3
Tel.: (416) 321-8822. Fax: (416) 321-8823
BN#: 898240619RT001

**REMIT TO: Flextronics Automotive**
21173 Network Place
Chicago, Illinois
60673-1211

| | |
|---|---|
| ORG. ID# | 450955380 |
| Page: | 1 |
| INVOICE NUMBER | 4103314 |
| DATE | 2009/05/25 |
| A.E.T.C. NUMBER | |

111042
General Motors Corporation
Service Parts Operations
Disbursement Analysis
P.O. Box 2036
Flint          MI
USA            48501

142100
IRS NO: 38-0572515
GMSPO ACDelco Memphis DC 17192
Memphis ACDelco PDC
5115 Pleasant Hill Rd
Memphis          TN
USA              38118

D.U.N.S. 25-095-5580

| VIA | F.O.B. | CURRENCY | RELATED PARTY | BROKER | PORT OF ENTRY |
|---|---|---|---|---|---|
| LESS THAN TRUCKLOAD OVERLAND EXPRESS (OVLD) | COLLECT | CDN | YES ☐ or NO ☒ | FEDEX TRAD | Detroit |

| CTN | CUSTOMER PART NO. / OUR PART NO. | DESCRIPTION | CUSTOMER PURCHASE ORDER NO. | UNIT QUANTITY | UNIT PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 15937175 330265ESV | SWITCH GMT360 RWS CR Ebony Net Weight 8 | GM 41193 | 70 | 6.14510 | EC | 430.16 |
| 1 | 15114245 519252ESV | DDM Chev Dom W/H W/O PF Ebony Net Weight 7 | GM 54661 | 10 | 45.59860 | EC | 455.99 |
| 1 | 25861584 519586HSV | DDM Chevy W/HS WO/PF Lt Cash Net Weight 7 | GM 54661 | 10 | 40.17080 | EC | 401.71 |

SHIPPING HISTORY REPORT AUDITED FOR
ACCURACY: ☐

SLI # SWK75363

Bar-Code label audited by: _____
Pallet shall not exceed 48" X 40" X 45"
"PACKING SLIP ENVELOPE ATTACHED" QTY:1
NUMBER OF CARTONS = 3
TOTAL NUMBER OF PACKAGES = 4

"Send freight bill to:
GM Service Parts Operations
C/O Schneider Logistics, Inc.
PO Box 2654
Green Bay, WI 54306-2654

Brokerage Charge To Consignee

TST Overland Express   701 9286637  2
This shipment is subject exclusively to the Uniform Bill of Lading, the liability limitations, and all other applicable provisions of this Carrier's individual and collective tariffs, including NMF 100 series.
Nombre de Morceaux - No. pieces

| NO. OF PKG: | 3/ | GROSS WEIGHT: | 44 | TRAILER NUMBER | | INVOICE TOTAL ▶ | 1,287.86 |
|---|---|---|---|---|---|---|---|

044209
5 25 09

CHECKED BY          INVOICE - ACCOUNTS RECEIVABLE          SHIPPED BY          CARRIERS SIGNATURE

# 201303 REV. E

3141

# FLEX Automotive

**Flextronics Automotive Inc.**
365 Passmore Avenue
Scarborough Ontario, Canada M1V 4B3
Tel.: (416) 311-8822 Fax: (416) 321-8823
BN# 89824619RT001

REMIT TO: Flextronics Automotive
21173 Network Place
Chicago, Illinois
60673-1211

CONH 1546

| | | |
|---|---|---|
| ORG. ID# | | 250955580 |

11 3161
General Motors of Canada
Disbursement Control Dept
P.O. Box 616

Oshawa            ONT
Canada            L1H 8B3

143005
IRS NO: 38-0572515
GM-CDA SPO DK O       D/C 14972
c/o Dominion Group Inc.
580 Secretariat Court

Mississauga        ON
Canada             L5S 2A5

Page: 1

INVOICE NUMBER 4103315
DATE 2009/05/25
A.E.T.C. NUMBER

D.U.N.S. 25-095-5580

| VIA | F.O.B. | CURRENCY | RELATED PARTY | BROKER | PORT OF ENTRY |
|---|---|---|---|---|---|
| LESS THAN TRUCKLOAD Sameday Right O Way (SDR1) | COLLECT | CDN | YES / NO X | FEDEX TRAD | SCARBORO |

| CTN. | CUSTOMER PART NO. / OUR PART NO. | DESCRIPTION | CUSTOMER PURCHASE ORDER NO. | UNIT QUANTITY | UNIT PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 25866992 519623ESV | DDM GMC W/HS W/MS Ebony  Net Weight  7 SHIPPING HISTORY REPORT AUDITED FOR ACCURACY: RN SLI # WK95601 Bar-Code label audited by: Pallet Shall not exceed 48" X 40" X 45" "PACKING SLIP ENVELOPE ATTACHED" QTY:1 NUMBER OF CARTONS - 1 TOTAL NUMBER OF PACKAGES = 2 "Send freight bill to: GM Service Parts Operations C/O Schneider Logistics, Inc. PO Box 2652 Green Bay, WI 54306-2652 "Brokerage Charge To Consignee" | CN 54661 | 10 | 37.69380 | PC | 376.94 |
| | Goods and Services Tax 89824061RT0001 | | | | | | 18.85 |

| OF PKG: 1 | GROSS WEIGHT: 14 | TRAILER NUMBER | INVOICE TOTAL ▶ | 395.79 |

CHECKED BY

SHIPPED BY
**INVOICE - ACCOUNTS RECEIVABLE**

CARRIERS SIGNATURE
3142

F 201303 REV. E

# FLEX Automotive

COMH 1546

**Flextronics Automotive Inc.**
365 Passmore Avenue
Scarborough, Ontario, Canada M1V 4B3
Tel.: (416) 321-8822 Fax: (416) 321-8823
BN# 898240619RT001

REMIT TO: Flextronics Automotive
21173 Network Place
Chicago, Illinois
60673-1211

| | |
|---|---|
| ORG. ID#. | 250935580 |
| Page: | 1 |
| INVOICE NUMBER | 4103316 |
| DATE | 2009/05/25 |
| A.E.T.C. NUMBER | |

143006

**111061**

SOLD TO:
General Motors of Canada
Disbursement Control Dept
P.O. Box 616
Oshawa          ONT
Canada          L1H 8B3

SHIP TO:
GM-CDA SPO DK 1        D/C 14972
c/o Dominion Group Inc.
580 Secretariat Court
Mississauga          ON
Canada          L5S 2A5

D.U.N.S. 25-095-5580

| VIA | F.O.B. | CURRENCY | RELATED PARTY | BROKER | PORT OF ENTRY |
|---|---|---|---|---|---|
| COURIER SERVICE Sameday Right O Way (3DR1) | | CDN | YES ☐ OR NO ☒ | FEDEX TRAD | |

| CTN | CUSTOMER PART NO. / OUR. PART NO. | DESCRIPTION | CUSTOMER PURCHASE ORDER NO. | UNIT QUANTITY | UNIT PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 25867001 519619RSV | DDM Chevy W/HS WO/PF Lt.Grey Net Weight    7 | CN  54661 | 10 | 34.21650 | PC | 342.17 |
| 1 | 25866994 519622LSV | DDM GMC WO/HS WO/MS Dk.Grey Net Weight    7 | CN  54661 | 10 | 33.46300 | PC | 334.63 |
| | | SHIPPING HISTORY REPORT AUDITED FOR ACCURACY: FN | | | | | |
| | | SLI # WK 95598 | | | | | |
| | | Bar-Code label audited by: McTague | | | | | |
| | | Pallet Shall not exceed 48" X 40" X 45" | | | | | |
| | | "PACKING SLIP ENVELOPE ATTACHED" QTY:1 | | | | | |
| | | NUMBER OF CARTONS = 2 | | | | | |
| | | TOTAL NUMBER OF PACKAGES = 3 | | | | | |
| | | "Send freight bill to: GM Service Parts Operations C/O Schneider Logistics, Inc. PO Box 2652 Green Bay, WI 54306-2652 | | | | | |
| | | "Brokerage Charge To Consignee" | | | | | |
| | | Goods and Services Tax 898240619RT0001 | | | | | 33.84 |

| NO. OF PKG: | 2 | GROSS WEIGHT: | 28 | TRAILER NUMBER | INVOICE TOTAL | 710.64 |
|---|---|---|---|---|---|---|

877 905 2420 8

CHECKED BY

SHIPPED BY
**INVOICE - ACCOUNTS RECEIVABLE**

CARRIERS SIGNATURE

# 201303 REV. E

3143