# BIALSON, BERGEN & SCHWAB
ATTORNEYS AT LAW
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CALIFORNIA 94306

TELEPHONE
(650) 857-9500

FACSIMILE
(650) 494-2738

E-MAIL: atty@bbslaw.com

SEYMOUR BERGEN
(1923-2003)

ANNETTE G. BIALSON
RETIRED

June 10, 2009

**Via FedEx**

General Motors
Attn. Legal Department
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attention: Warren Command Center
Mailcode 480-206-114

**Via FedEx**

Joseph E. Sgroi
Robert B. Weiss
Tricia A. Sherick
Honigman, Miller, Schwartz & Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

**Via FedEx**

Nathan M. Pierce
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

    Re:    **In re General Motors Corporation et.al., Case No. 09-50026 (REG)**

Dear Gentlemen:

    This firm is counsel to Flextronics International, Ltd., Flextronics Manufacturing (Shanghai) Co. Ltd., and various of their subsidiary and affiliated entities (collectively "Flextronics"). Pursuant to Section 2-702 of the Uniform Commercial Code as codified under applicable state law and 11 U.S.C. Section 546(c), and without waiving any other rights, remedies or claims, Flextronics hereby demands the return of all goods ("Goods") of any kind or character received by General Motors Corporation, also doing business as GM; the GM Corporation; General Motors Corporation; Saturn, LLC; Saturn Distribution Corporation; and Chevrolet-Saturn of Harlem, Inc. and/or any of their subsidiary, affiliated and other related entities (collectively "GM") from Flextronics, including, without limitation, those Goods shipped, delivered, received by GM and invoiced by Flextronics as set forth in the account report and various invoices attached hereto for your convenience.

General Motors
Honigman, Miller, Schwartz & Cohn LLP
Weil, Gotshal & Manges LLP
June 10, 2009
Page 2

      By this letter you are instructed to immediately inventory the Goods and keep the Goods segregated from all other inventory, machinery and equipment. Further, you are not permitted to use, sell, encumber or transfer the Goods to any other party.

      Please contact the undersigned to arrange for the immediate return of the Goods.

                    Very truly yours,

                    BIALSON, BERGEN & SCHWAB

                    Brian E. Doucette

W:\F0142\006\Ltr\061009ChinaReclaimation.doc

| Process # | DUNS # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill Of Lading | Purchase Order # | Status | Due Date/Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| '9000170313529 | RD 544747611 | BK | 2 | '500042387 | 5/18/2009 | $3,775.95 | USD | POP090518 | 1LG90001 | Ready To Pay | STAYED | 0 |
| '9000170341876 | RD 544747611 | BK | 2 | '500042420 | 5/19/2009 | $3,598.95 | USD | POP090519 | 1LG90001 | Ready To Pay | STAYED | 0 |
| '9000170367117 | RD 544747611 | BK | 2 | '500042450 | 5/20/2009 | $4,031.61 | USD | POP090520 | 1LG90001 | Ready To Pay | STAYED | 0 |
| '9000170433187 | RD 544747611 | BK | 2 | '500042485 | 5/21/2009 | $4,110.28 | USD | POP090521 | 1LG90001 | Ready To Pay | STAYED | 0 |
| '9000170484034 | RD 544747611 | BK | 2 | '500042517 | 5/26/2009 | $3,815.28 | USD | POP090526 | 1LG90001 | Ready To Pay | STAYED | 0 |
| '9000170508366 | RD 544747611 | BK | 2 | '500042550 | 5/27/2009 | $3,697.28 | USD | POP090527 | 1LG90001 | Ready To Pay | STAYED | 0 |
| '9000170537066 | RD 544747611 | BK | 2 | '500042580 | 5/28/2009 | $4,011.95 | USD | POP090528 | 1LG90001 | Ready To Pay | STAYED | 0 |
| '9000170537067 | RD 544747611 | BK | 2 | '500042638 | 5/29/2009 | $3,893.95 | USD | POP090529 | 1LG90001 | Ready To Pay | STAYED | 0 |
| '9000170537068 | RD 544747611 | BK | 2 | '500042669 | 5/30/2009 | $2,536.97 | USD | POP090530 | 1LG90001 | Ready To Pay | STAYED | 0 |
| | | | | | | $33,472.22 | | | | | | |