WHITE AND WILLIAMS LLP
One Penn Plaza, Suite 4110
New York, NY  10119
Telephone:  (212) 631-4421
Karel S. Karpe, Esq.

and
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 657-9500
Lawrence M. Schwab, Esq. (*Admitted in Calif.*)
Patrick M. Costello, Esq. (*Admitted in Calif.*)
Thomas M. Gaa, Esq.  (*Admitted in Calif.*)
Kenneth T. Law, Esq. (*Admitted in Calif.*)

*Counsel Flextronics International, Ltd., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE OF NOTICE OF RECLAMATION CLAIM
OF FLEXTRONICS INTERNATIONAL, LTD. AND VARIOUS
OF ITS SUBSIDIARIES AND AFFILIATED ENTITIES**

I, Karel S. Karpe, hereby certify that on this 19th day of June 2009, I caused the foregoing *Notice of Reclamation Claim of Flextronics International, Ltd. and Various of its Subsidiaries and Affiliated Entities* to be served on the following parties via ECF and regular mail:

**By Regular Mail Only**
The Debtors c/o General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

**By ECF and Regular Mail**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Nathan Pierce, Esq.

5382780v.1

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein, Esq. and Thomas Moers Mayer, Esq.

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.

Dated: New York, New York
      June 19, 2009

                                        By:       /s/Karel S. Karpe
                                                Karel S. Karpe

5382780v.1