**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| **GENERAL MOTORS CORPORATION., et al.** | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Case No. 09-50026 (REG) |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*** 

I, Matthew A. Hamermesh, a member in good standing of the bars in the State of New Jersey and the Commonwealth of Pennsylvania and of the bars in the U.S. District Courts for the District of New Jersey and for the Eastern District of Pennsylvania, request admission, *pro hac vice*, before the Honorable Robert E. Gerber to represent NCR Corporation in the above-referenced case.

My address is Hangley Aronchick Segal & Pudlin, One Logan Square, 27th Floor, Philadelphia, PA 19103. My e-mail address is mhamermesh@hangley.com; my telephone number is (215) 496-7054. I agree to pay the fee of $25.00 upon entry of an order admitting me to practice *pro hac vice*.

                                                    /s/ Matthew A. Hamermesh
                                                    Matthew A. Hamermesh
                                                    Hangley Aronchick Segal & Pudlin
                                                    One Logan Square, 27th Floor
                                                    Philadelphia, PA 19103
                                                    (215) 568-6200; (215) 568-0300 (fax)

Dated: June 18, 2009