RESPONSE DATE: June 25, 2009

SILVERMAN & MORRIS, P.L.L.C.
7115 Orchard Lake Road, Suite 500
West Bloomfield, Michigan 48322
Telephone (248) 539-1330; Fax (248) 539-1355
Geoffrey L. Silverman (P34011)
Karin F. Avery (P45364)
avery@silvermanmorris.com
Counsel for Harry Major Machine & Tool Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,
*et al.*,

        Debtors.
_____/

Chapter 11
Case No. 09-50026 (REG)
(Jointly Administered)

Hon. Robert E. Gerber

### CERTIFICATE OF SERVICE

     I, Janice C. Zielinski, being at all times over 18 years of age, hereby certify that on **June 19, 2009**, a true and correct copy of the **Limited Objection of Harry Major Machine & Tool Company to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto** was caused to be served by e-mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF system, and by United States Mail on **June 19, 2009** to the parties indicated below:

| | |
|---|---|
| General Motors Corporation<br>*ATTENTION:* Warren Command Center<br>Mailcode 480-206-114<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025 | Weil, Gotshal & Manges LLP<br>*ATTENTION:* Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.<br>767 Fifth Avenue<br>New York, New York 10153 |

- 2 -

United States Treasury
*ATTENTION:*  Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220

Cadwalader, Wickersham & Taft LLP
*ATTENTION:*  John J. Rapisardi, Esq.
One World Financial Center
New York, New York 10281

Kramer Levin Naftalis & Frankel LLP
*ATTENTION:*  Gordon Z. Novod, Esq.
1177 Avenue of the Americas
New York, New York 10036

Vedder Price, P.C.
*ATTENTION:*  Michael J. Edelman, Esq. and
Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, New York 10019

Office of the United States Trustee for the
Southern District of New York
Region 2
*ATTENTION:*  Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004


 /s/ Janice C. Zielinski
Janice C. Zielinski
Silverman & Morris, P.L.L.C.
7115 Orchard Lake Road, Suite 500
West Bloomfield, Michigan 48322
jan@silvermanmorris.com
telephone (248) 539-1330; fax (248) 539-1355

X:\Clients\General Motors Bankruptcy\Assumption or Rejection of Contracts or Leases\ltd obj of harry major machine to gm not of cure costs-certificate of service.doc