MILLER JOHNSON
Attorneys for Benteler Automotive Corporation
250 Monroe Avenue, Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700
Thomas P. Sarb (TS-8282)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x:

In Re:                                                : Chapter 11
                                                      :
GENERAL MOTORS CORPORATION,                           : Case No. 09-50026 (REG)
                                                      :
         Debtors.                                     : (Jointly Administered)
------------------------------------------------------x

## PROOF OF SERVICE

I, Lisa M. Peterson, certify that on June 19, 2009, a copy of the following:

- Amended Limited Objection Of Benteler Automotive Corporation To The Motion Of Debtors And Debtors In Possession Pursuant To Sections 105, 363, And 365 Of The Bankruptcy Code And Bankruptcy Rules 2002, 6004 And 6006 For An Order Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases And The Notice Of Filing Of Schedule Of Certain Designated Supplier Agreements And Cure Costs Related Thereto

was served on the parties listed on the attached via first-class mail, postage prepaid.

_/s/ Lisa M. Peterson_
Lisa M. Peterson, Secretary to Thomas P Sarb
Miller Johnson
Attorneys for Benteler Automotive Corporation

GR_DOCS 1471577v1 07927.131

General Motors Corporation
Attn: Warren Command Center
Mailcode 480-206-114
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

Weil, Gotschal & Manges LLP
Attorneys for Debtors
Attn: Harvey R. Miller, Esq.
Stepphen Karotkin, Esq.
Joseph H. Smolinsky, Esq
767 Fifth Avenue
New York, NY 10153

Cadwalader, Wickersham & Taft LLP
Attorneys for Purchaser
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY 10281

Gordon Z. Novod
Attorney for the Creditors' Committee
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Vedder Price, PC
Attorneys for Export Development Canada
Attn: Michael J. Edelman, Esq.
Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY 10019

Office of the United States Trustee
Attn: Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

U.S. Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue, NW Room 2312
Washington, DC 20220

GR_DOCS 1471575v1