Varnum LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI  49501-0352
(616) 336-6000
Mary Kay Shaver (P-60411)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

———————————————————————x

In re:                                                    Case No. 09-50026 (REG)
                                                          (Jointly Administered)

GENERAL MOTORS CORP., et al.,

            Debtors.                                      Chapter 11

———————————————————————x

### CERTIFICATE OF SERVICE

The undersigned certifies that she is an employee of Varnum LLP and that on June 19, 2009 copies of (1) Cinetic Automation Corp.'s Objection to Motion to Approve DIP Financing; and (2) Cinetic Automation Corp's Limited Objection to Sale of Substantially all of Debtor's Assets Free and Clear of Liens, Claims and Encumbrances were served via respective e-mail addresses upon the ECF participants contained in the attached list hereto ("LIST OF ECF PARTICIPANTS"); and upon the parties below via mail delivery, by placing the same in duly-addressed envelopes and depositing them in the firm's internal office mail for pick-up and delivery via U.S. Mail, First Class, postage prepaid thereon from Grand Rapids, Michigan, and via e-mail or facsimile delivery as shown below:

| | |
|---|---|
| Debtors<br>c/o General Motors Corporation<br>Attn: Warren Command Center<br>Mailcode 480-206-114<br>30009 Van Dyke Avenue<br>Warren, MI  48090-9025<br>FAX: 248/312-7191 | Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>harvey.miller@weil.com<br>stephen.karotkin@weil.com<br>joseph.smolinsky@weil.com |

| | |
|---|---|
| Debtors<br>c/o General Motors Corporation<br>Attn: Lawrence S. Buonomo, Esq.<br>300 Renaissance Center<br>Detroit, MI 48265<br>lawrence.s.buonomo@gm.com | Mr. Peter A. Willis<br>McMillan LLP<br>Brookfield Place, Suite 4400<br>181 Bay Street<br>Toronto, Ontario, Canada M5J 2T3<br>peter.willis@mcmillan.ca |
| Matthew Feldman, Esq.<br>Chief Counsel, Office of Financial<br>Stability<br>U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC 20220<br>FAX: 202/622-6415 | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>john.rapisardi@cwt.com |
| Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway 47th Floor<br>New York, NY 10019<br>mjedelman@vedderprice.com<br>mschein@vedderprice.com | Office of U.S. Trustee for the<br>Southern District of New York<br>Attn: Diana G. Adams, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>FAX: 212/668-2256 |
| Peter V. Pantaleo, Esq.<br>David J. Mack, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>ppantaleo@stblaw.com<br>dmack@stblaw.com | Richard S. Toder, Esq.<br>Andrew D. Gottfried, Esq.<br>Richard S. Petretti, Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>rtoder@morganlewis.com<br>agottfried@morganlewis.com<br>rpetretti@morganlewis.com |
| Daniel W. Sherrick, Esq.<br>UAW<br>800 East Jefferson Avenue<br>Detroit, MI 48214<br>FAX: 313/926-5240 | James L. Bromley, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>jbromley@cgsh.com |
| Babette Ceccotti, Esq.<br>Cohen, Weiss and Simon LLP<br>330 W. 42nd Street<br>New York, NY 10036<br>bceccotti@cwsny.com | David S. Jones, Esq.<br>Matthew L. Schwartz, Esq.<br>U.S. Attorney's Office<br>S.D.N.Y.<br>86 Chambers Street, Third Floor<br>New York, NY 10007<br>FAX: 212/637-2684 |

| | |
|---|---|
| Thomas Moers Mayer, Esq.<br>Kenneth H. Eckstein, Esq.<br>Robert T. Schmidt, Esq.<br>Adam C. Rogoff, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036<br>tmayer@kramerlevin.com<br>keckstein@kramerlevin.com<br>rschmidt@kramerlevin.com<br>arogoff@kramerlevin.com | Edward J. LoBello, Esq.<br>Meyer, Suozzi, English & Klein, P.C.<br>990 Stewart Avenue, Suite 300<br>PO Box 9194<br>Garden City, NY 11530<br>elobello@msek.com |
| Barbara S Mehlsack, Esq.<br>Gorlick, Kravitz & Listhaus P.C.<br>17 State Street<br>4th floor<br>New York, NY 10004<br>bmehlsack@gkllaw.com | Michael P. Richman, Esq.<br>Patton Boggs LLP<br>1185 Avenue of the Americas<br>30th Floor<br>New York, NY 10036<br>mrichman@pattonboggs.com |
| Alyssa Englund, Esq.<br>Orrick, Herrington & Sutcliffe, LLP<br>666 Fifth Avenue<br>New York, NY 10103<br>aenglund@orrick.com | Peter D'Apice, Esq.<br>Stutzman, Bromberg, Esserman & Plifka,<br>P.C.<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201-2689<br>dapice@sbep-law.com |
| Benjamin P. Deutsch, Esq.<br>Schnader Harrison Segal & Lewis, LLP<br>140 Broadway<br>Suite 3100<br>New York, NY 10005<br>bdeutsch@schnader.com | Brian Shoichi Masumoto, Esq.<br>Office of the United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>FAX: (212) 668-2256 |
| U.S. Department of Labor<br>Frances Perkins Building<br>200 Constitution Avenue, NW<br>Washington, DC  20210<br>FAX:  (202) 693-5278 | National Automobile Dealers Association<br>8400 Westpark Drive<br>McLean, Virginia  22101<br>regulatoryaffairs@nada.org |
| Geoffrey J. Lewis<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE  19890<br>FAX: (302) 636-4145 | Ron Gettlefinger<br>8000 East Jefferson<br>Detroit, MI  48214<br>FAX: (313) 331-4957 |

| | |
|---|---|
| Stuart Harding<br>Winchester House<br>1 Great Winchester Street<br>London EC2N 2DB<br>England<br>FAX: (44) 207 547-6149 | Mr. James Clark<br>2701 Dryden Road<br>Dayton, OH  45439<br>FAX: (937) 298-6338 |
| Mr. Gregory Kinder<br>Global Corporate Trust, 101<br>Barclay, 7W<br>New York, NY  10286<br>FAX: (212) 815-5595 | Ms. Laura Desmond<br>35 W. Wacker Drive<br>Chicago, IL  60601<br>FAX: (312) 220-6530 |
| Mr. Rodney O'Neal<br>5725 Delphi Drive<br>Troy, MI  48098<br>FAX: (248) 813-2560 | Franz Fehrenbach<br>Robert-Bosch-Platz 1 / 70839<br>Gerlingen-Schillerhoehe, Germany<br>FAX: (49 71) 1 811-6454 |
| Mr. Robert Rossiter<br>21557 Telegraph Road<br>Southfield, MI  48033<br>FAX: (248) 447-1524 | Mr. Lon Offenbacher<br>1401 Crooks Road<br>Troy, MI  48084<br>FAX: (248) 655-8903 |
| Mr. Greg Stubblefiled<br>600 Corporate Park Drive<br>St. Louis, MO  63105<br>FAX: (314) 512-4230 | Mr. Stephen A. Roell<br>5757 N. Green Bay Avenue<br>Milwaukee, WI  53201<br>FAX: (414) 524-3000 |
| Haruya Maruyama<br>24777 Denso Drive<br>Southfiled, MI  48086<br>Fax: (248) 213-2474 | Mr. John Plant<br>12001 Tech Center Drive<br>Livonia, MI  48150<br>FAX: (734) 855-2473 |
| Mr. Don Walker<br>337 Magna Drive<br>Aurora, ON Canada  L4G 7K1<br>FAX: (905) 726-2593 | Mr. Richard Dauch<br>One Dauch Drive<br>Detroit, MI  48211<br>FAX: (313) 758-4212 |
| Mr. Steve Maritz<br>1375 North Highway Drive<br>Fenton, MO  63099<br>FAX: (636) 827-2089 | Mr. Maurice Levy<br>133 Ave des Champs-Elysees<br>Paris, France  75008<br>FAX: (33 01) 4 443-7550 |
| Mr. Mike Nefkens<br>500 Renaissance Center<br>MC:20A<br>Detroit, MI  48243<br>FAX: (313) 230-5705 | |
| Mr. Michael Roth<br>1114 Avenue of the Americas<br>New York, NY  10036<br>FAX: (212) 704-2270 | Mr. Karl Thomas<br>Guerickestrasse 7, 60488<br>Frankfurt, Germany 60488<br>FAX: 49-69-7603-3800 |

| | |
|---|---|
| Mr. Gregg Sherrill<br>500 North Field Drive<br>Lake Forest, IL  60045<br>FAX: (847) 482-5030 | Mr. George Perry<br>6801 Haggerty Road, 48 E<br>Canton, MI  48187<br>FAX: (734) 983-5197 |
| Mr. James Kamsickas<br>5300 Auto Club Drive<br>Dearborn, MI  48126<br>FAX: (313) 240-3270 | Mr. Robert Salerno<br>6 Sylvan Way<br>Parsippany, NJ  07054<br>FAX: (212) 413-1924 |
| Mr. Robert J. Chersi<br>82 Devonshire Street<br>Boston, MA  02109<br>FAX: (617) 598-9449 | Mr. Richard G. Lindner<br>208 South Akard Street<br>Dallas, TX  75202<br>FAX: (214) 746-2102 |
| Mr. Robert M. Knight, Jr.<br>1400 Douglas Street<br>Omaha, NE  68179<br>FAX: (402) 501-2121 | Mr. Joseph P. Landy<br>466 Lexington Avenue<br>New York, NY  10017<br>FAX: (212) 878-9351 |
| Mr. Donald J. Stebbins<br>One Village Center Drive<br>Van Buren Twp., MI  48111<br>FAX: (734) 710-7402 | Mr. John Surma<br>600 Grant Street<br>Room 1344<br>Pittsburgh, PA  15219<br>FAX: (412) 433-1109 |
| Lakshmi Mittal<br>Berkley Square House, 7th Floor<br>London, England  W1J6DA<br>FAX: (44 20) 7 629-7993 | Mr. Jim Wainscott<br>9227 Centre Pointe Drive<br>Westcherster, OH  45069<br>FAX: (513) 425-5815 |
| Mr. Oscar Munoz<br>500 Water Street, 15th Floor<br>Jacksonville, FL  32202<br>FAX: (904) 359-1859 | Ms. Elyse Douglas<br>225 Brae Boulevard Park<br>Ridge, NJ  07656<br>FAX: (866) 444-4763 |
| Mr. Manuel Rivera<br>Ave. Gomez Morin No. 1111<br>Sur Col. Carrizalejo<br>San Pedro Garza Garcia, N.L. C.P. 66254<br>Mexico<br>FAX: (52 81) 8 748-1254 | Mr. Hubert Lienhard<br>St. Poltener Strasse 43<br>Heidenheim, D-89522<br>Germany<br>(No Fax Given) |
| Mr. Robert Keegan<br>1144 East Market Street<br>Akron, OH  44316-0001<br>FAX: (330) 796-2108 | Mr. Greg M. Gruizenga<br>2401 Lapeer Road<br>Flint, MI  48503<br>FAX: (810) 239-5360 |

| | |
|---|---|
| Mr. Gregory Mason<br>14661 Rotunda Drive<br>P.O. Box 1699<br>Dearborn, MI  48120<br>FAX: (313) 337-9373 | Mr. James P. Hennessy<br>3225 Gallows Road<br>Fairfax, VA  22037<br>FAX: (703) 846-6903 |
| Yasuhiko Honda<br>Akihabara Daibiru Building<br>18-13, Soto-Kanda, 1-Chome<br>Chiyoda-Ku, Tokyo, 101-8608<br>Japan<br>FAX: (81 34) 564-3415 | Zung Su Byun<br>343-1, Manho-Ri, Poseung-Myon,<br>Pyongtaek Kyonggi,<br>South Korea, Korea<br>FAX: (81 31) 681-6921<br>Ms. Sharon Esposito Mayer<br>6095 Marshalee Drive, Suite 300<br>Elkridge, MD  21075<br>FAX: (410) 540-5302 |
| Sun Capital Partners, Inc.<br>Mr. Kevin<br>5200 Town Center Circle, Suite 600<br>Boca Raton, FL  33486<br>FAX: (561) 394-0540 | Mr. Colin Dyer<br>200 East Randolph Drive<br>Chicago, IL  60601<br>FAX: (312) 601-1000 |
| Mr. Gary Lee<br>622 3rd Avenue<br>New York, NY  10017<br>FAX: (646) 865-8694 | Shahid Khan<br>1306 East University<br>Urbana, IL 61802<br>FAX: (217) 278-2318 |
| Shoshi Arakawa<br>10-1 Kyobashi 1 -Chome<br>Chuoku, Tokyo, Japan  104 Japan<br>FAX: (81 33) 567-9816 | Mr. Thierry Delaporte<br>623 Fifth Avenue, 33rd Floor<br>New York, NY  10022<br>FAX: (212) 314-8018 |

I declare that the above statements are true to the best of my information, knowledge and belief.

June 19, 2009                                     /s/ Charlene A. Vondett

                                                        Charlene A. Vondett

#2721765