## LIST OF ECF PARTICIPANTS

David B. Aaronson on behalf of Creditor QEK Global Solutions (US) LP
david.aaronson@dbr.com

Jonathan Bradley Alter on behalf of Unknown Travelers Casualty and Surety Company of
America
jonathan.alter@bingham.com

Philip D. Anker on behalf of Creditor Pension Benefit Guaranty Corporation
philip.anker@wilmerhale.com

Joel D. Applebaum on behalf of Creditor Rubber Enterprises Incorporated
japplebaum@clarkhill.com

W. David Arnold on behalf of Unknown Affinia Group, Inc./Wix Filtration Corp.
darnold@rcolaw.com

Karin F. Avery on behalf of Creditor Cassens Transport Company
avery@silvermanmorris.com

Todd Murray Bailey on behalf of Creditor California Franchise Tax Board
todd.bailey@ftb.ca.gov

Marc M. Bakst on behalf of Creditor KUKA Systems Corp. North America f/k/a KUKA Flexible
Production Systems Corp., KUKA Robotics Corp., and KUKA Assembly & Test Corp. f/k/a
B&K Corp.
mbakst@bodmanllp.com

David J. Baldwin on behalf of Creditor Norfolk Southern Corporation and Norfolk Southern
Railway
dbaldwin@potteranderson.com, bankruptcy@potteranderson.com

Elizabeth Banda on behalf of Creditor Arlington ISD
kwilliams@pbfcm.com

Salvatore A. Barbatano on behalf of Creditor Pirelli Tire, LLC
sbarbatano@foley.com

William M. Barron on behalf of Creditor Duerr AG
wbarron@sgrlaw.com

Robert L. Barrows on behalf of Creditor Charles Clark Chevrolet Co.
rbarrows@wdblaw.com

Robert N. Bassel on behalf of Interested Party Eberspaecher North America, Inc.

ecfbbassel@gmail.com

Christopher Robert Belmonte on behalf of Interested Party Moody's Investors Service
cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer on behalf of Creditor FMR Corp.
hbeltzer@morganlewis.com

Frederick A. Berg on behalf of Creditor Applied Manufacturing Technologies
fberg@kotzsangster.com

Richard J. Bernard on behalf of Unknown Cloyes Gear and Products, Inc.
rbernard@bakerlaw.com

Daniel J. Bernard on behalf of Unknown Unique Fabricating, Inc.
dbernard@vmclaw.com

Don W. Blevins on behalf of Creditor MCM Management Corp.
dwblevins@mcalpinelawfirm.com

Anna Boelitz on behalf of Unknown Wells Fargo Bank Northwest, National Association as
Indenture Trustee
anna.boelitz@bingham.com

Phillip W. Bohl on behalf of Creditor Willette Acquisition Corp., a/k/a Digital Technologies and
Allied Vaughn
phillip.bohl@gpmlaw.com

Wanda Borges on behalf of Unknown Raycom Media, Inc.
borgeslawfirm@aol.com

Jean Winborne Boyles on behalf of Unknown D&J Automotive, LLC
jboyles@jhvgmlaw.com, KCOLE@JHVGMLAW.COM

Kimberly A. Brennan on behalf of Creditor Dealer Tire, LLC.
kab@mccarthylebit.com

Lynn M. Brimer on behalf of Creditor Pioneer Steel Corporation
lbrimer@stroblpc.com, sfraser@stroblpc.com

James L. Bromley on behalf of Attorney Cleary Gottlieb Steen & Hamilton LLP
maofiling@cgsh.com

William J. Brown on behalf of Creditor E.I. Du Pont De Nemours and Company
wbrown@phillipslytle.com

Theresa V. Brown-Edwards on behalf of Creditor Norfolk Southern Corporation and Norfolk
Southern Railway
bankruptcy@potteranderson.com

Mark Edwin Browning on behalf of Creditor Texas Comptroller of Public Accounts
BK-MBROWNING@OAG.STATE.TX.US, sherri.simpson@oag.state.tx.us

Robert H. Brownlee on behalf of Creditor c/o Robert Brownlee Maritz Holdings Inc.
rbrownlee@thompsoncoburn.com

Andrew P. Brozman on behalf of Creditor ABN AMRO BANK N.V.
andrew.brozman@cliffordchance.com, sarah.campbell@cliffordchance.com

Adam D. Bruski on behalf of Creditor Mahar Tool Supply Co.
adbruski@lambertleser.com

Charles D. Bullock on behalf of Unknown FATA Automation, Inc.
cbullock@sbplclaw.com

John R. Burns on behalf of Creditor Shambaugh & Son, L.P.
john.burns@bakerd.com, skrhoads@bakerd.com;oliana.nansen@bakerd.com

James Christopher Caldwell on behalf of Creditor Satterlund Supply Company
ccaldwell@starkreagan.com

Carollynn H.G. Callari on behalf of Creditor Penske Auto Group, Inc.
ccallari@venable.com

John F. Carberry on behalf of Creditor Emigrant Business Credit Corp.
jcarberry@cl-law.com, dsantos@cl-law.com

James C. Carignan on behalf of Creditor SKF USA Inc.
carignanj@pepperlaw.com

James S. Carr on behalf of Creditor BP Canada Energy Marketing Corp. and BP Energy
Company
KDWBankruptcyDepartment@kelleydrye.com

Linda J. Casey on behalf of Interested Party BNSF Railway Company
caseyl@pepperlaw.com,
hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.c
om;kistlerb@pepperlaw.com

George B. Cauthen on behalf of Creditor Michelin Tire Corp.
george.cauthen@nelsonmullins.com,
mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com

Babette A. Ceccotti on behalf of Creditor International Union, United Automobile, Aerospace
and Agricultural Implement Workers of America (UAW)
bceccotti@cwsny.com, ecf@cwsny.com

Joseph M. Cerra on behalf of Creditor Affiliated Computer Services of Spain SL
jcerra@formanlaw.com

Teresa H. Chan on behalf of Interested Party The Lender Group
kkansa@sidley.com;emcdonnell@sidley.com

J Eric Charlton on behalf of Creditor Autoport Limited
echarlton@hiscockbarclay.com

Sarah M. Chen on behalf of Unknown Praxair Distribution Inc.
schen@lockelord.com

Gloria M. Chon on behalf of Creditor Custom Automotive Services, Inc.
gloria.chon@kkue.com

Jennifer Anne Christian on behalf of Creditor ADAC-Strattec LLC
jchristian@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Shawn M. Christianson on behalf of Creditor Oracle USA, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Marvin E. Clements on behalf of Creditor Tennessee Board of Regents-Columbia State
Community College
agbanknewyork@ag.tn.gov

Tiffany Strelow Cobb on behalf of Creditor AOL LLC
tscobb@vorys.com, cdfricke@vorys.com

Dennis J. Connolly on behalf of Interested Party Autoliv ASP, Inc.
dconnolly@alston.com

Michael T. Conway on behalf of Creditor Honeywell International Inc.
michael.conway@leclairryan.com

Susan M. Cook on behalf of Creditor Knight Facilities Management, Inc.
smcook@lambertleser.com

Dawn R. Copley on behalf of Creditor Johnson Controls, Inc.
dcopley@dickinsonwright.com,dnavin@dickinsonwright.com

Trent P. Cornell on behalf of Interested Party General Motors National Retiree Association, Over

The Hill Car People, LLC
tcornell@stahlcowen.com

Jeffrey L. Coxon on behalf of Creditor Molded Fiber Glass Companies
rellis@warrenyoung.com

David N. Crapo on behalf of Interested Party J.D. Power and Associates
dcrapo@gibbonslaw.com

Randall D. Crocker on behalf of Unknown Emerson Electric, Inc.
rcrocker@vonbriesen.com

Michael G. Cruse on behalf of Creditor Auma S.A. de C.V.
mcruse@wnj.com, hziegler@wnj.com

Julius O. Curling on behalf of Creditor State of Michigan, Department of Treasury
curlingj@michigan.gov

Thomas H. Curran on behalf of Creditor Dave Delaney's Columbia Buick-Pontiac-GMC
Company, LLC
tcurran@haslaw.com, calirm@haslaw.com

Teresa K.D. Currier on behalf of Creditor Johnson Matthey Testing and Development and
Johnson Matthey Incorporated
tcurrier@saul.com, mflores@saul.com

Vincent D'Agostino on behalf of Creditor AT&T
vdagostino@lowenstein.com

Peter D'Apice on behalf of Creditor Ad Hoc Committee of Asbestos Personal Injury Claimants
dapice@sbep-law.com

Renee M. Dailey on behalf of Creditor Georg Fischer Automotive AG
renee.dailey@bgllp.com, meghan.olsen@bgllp.com

Colin Thomas Darke on behalf of Creditor Citation Corporation
cdarke@bodmanllp.com

Ashley Davis on behalf of Interested Party Florida Attorney General
ashley.davis@myfloridalegal.com

James E. DeLine on behalf of Creditor AVL Americas, Inc.
jed@krwlaw.com, pal@krwlaw.com

Gabriel Del Virginia, Esq. on behalf of Creditor Hess Corporation
gabriel.delvirginia@verizon.net

Sam Della Fera on behalf of Creditor Sika Corporation
sdellafera@trenklawfirm.com

Melissa Detrick on behalf of Creditor Fluid Routing Solutions, Inc.
detrick@marshall-melhorn.com

Benjamin P. Deutsch on behalf of Creditor Ad Hoc Committee of Consumer Victims of General Motors
bdeutsch@schnader.com

Frank W. DiCastri on behalf of Creditor Webasto Roof Systems Inc.
fdicastri@foley.com

Gerard DiConza on behalf of Creditor Analysts International Corporation
gdiconza@dlawpc.com, las@dlawpc.com

J. Ted Donovan on behalf of Creditor Carrollton Farmers Branch Independent School District
TDonovan@Finkgold.com, David@Finkgold.com;CClarke@Gwfglaw.com

Amish R. Doshi on behalf of Creditor IDB Leasing, Inc.
adoshi@daypitney.com

Mary Joanne Dowd on behalf of Unknown Toyota Boshoku America, Inc.
dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com

Kathryn E. Driscoll on behalf of Creditor DeMaria Building Company
kdriscoll@pmppc.com

Lawrence P. Eagel on behalf of Unknown County of Bastrop, et al.
eagel@bragarwexler.com

Michael James Edelman on behalf of Creditor Export Development Canada
mjedelman@vedderprice.com, ecfnydocket@vedderprice.com

Dan Elias on behalf of Unknown Severn Trent Del., Inc.
delias@eliasgroup.com

Erin L. Eliasen on behalf of Creditor The Cobalt Group, Inc.
eleliasen@stoel.com, basargent@stoel.com

Judith Elkin on behalf of Creditor CEVA Logistics
judith.elkin@haynesboone.com

Alyssa Englund on behalf of Creditor APL Co. Pte. Ltd.
aenglund@orrick.com

Richard L. Epling on behalf of Creditor LMC Resources Capital Limited Partnership
richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Earle I. Erman on behalf of Creditor Centerpoint Associates, L.L.C.
eerman@ermanteicher.com

Belkys Escobar on behalf of Creditor County of Loudoun, Virginia
belkys.escobar@loudoun.gov

Amy Evans on behalf of Creditor Enshu Ltd. and Enshu (USA) Corporation
aevans@crosslaw.com

Kerry M Ewald on behalf of Creditor Johnson Controls, Inc.
kewald@dickinsonwright.com

Stephen Vincent Falanga on behalf of Creditor Panasonic Electric Works Corporation of
America
sfalanga@connellfoley.com

Robert Michael Farquhar on behalf of Creditor Det Norkse Veritas (USA), Inc.
mfarquhar@winstead.com, whsu@winstead.com

William L. Farris on behalf of Creditor Fiat S.P.A.
farrisw@sullcrom.com

Thomas R. Fawkes on behalf of Creditor PGW, LLC
tfawkes@freebornpeters.com

Carol A. Felicetta on behalf of Creditor Barnes Group Inc.
cfelicetta@reidandreige.com

Richard L. Ferrell on behalf of Creditor EnovaPremier of Michigan LLC
Ferrell@taftlaw.com

Alyson M. Fiedler on behalf of Creditor Columbia Gas Transmission Corporation
afiedler@schiffhardin.com

Robert J. Figa on behalf of Creditor George P. Johnson Company
rfiga@comlawone.com

Andrea Fischer on behalf of Creditor The Gerstenslager Company
afischer@olshanlaw.com, ssallie@olshanlaw.com;mmarck@olshanlaw.com

Deborah L. Fish on behalf of Creditor Overhead Conveyor Company
dfish@allardfishpc.com

Matthew F. Fitzsimmons on behalf of Interested Party State of Connecticut
matthew.fitzsimmons@po.state.ct.us

Elizabeth K. Flaagan on behalf of Creditor Oxbow Carbon & Minerals LLC
eflaagan@faegre.com

Steven B. Flancher on behalf of Interested Party Michael A. Cox Attorney General for the State
of Michigan
flanchers@michigan.gov

Daniel J. Flanigan on behalf of Interested Party Convergys Corporation
dflanigan@polsinelli.com, tbackus@polsinelli.com

Kenneth A. Flaska on behalf of Creditor John E. Green Company
gm@dmms.com

Jonathan L. Flaxer on behalf of Interested Party Panasonic Automotive Systems Company of
America, Division of Panasonic Corporation of North America
jflaxer@golenbock.com,
ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com;mlu@golenbock.com

Stephen B. Foley on behalf of Creditor T.V. Minority Company, Inc.
sfoley@sbfpc.com, kkish@sbfpc.com

Shawn Randall Fox on behalf of Creditor Affinion Loyalty Group, Inc.
sfox@mcguirewoods.com

Mark S. Frankel on behalf of Creditor Commercial Contracting Corporation
mfrankel@couzens.com

Scott J. Freedman on behalf of Creditor Dow Chemical Canada ULC
sfreedman@dilworthlaw.com

Mark J. Friedman on behalf of Creditor GP Strategies Corporation
mark.friedman@dlapiper.com

Timothy A. Fusco on behalf of Creditor County of Wayne, Michigan
fusco@millercanfield.com, skoczylas@millercanfield.com

Michael G. Gallacher on behalf of Creditor Burton Taft
mgallacher@comcast.net

Victoria D. Garry on behalf of Creditor Ohio Attorney General
vgarry@ag.state.oh.us

Sara J. Geenen on behalf of Creditor International Ass'n of Machinists & Aerospace Workers
(IAMAW)
sjg@previant.com

Wendy J. Gibson on behalf of Creditor Bendix Commercial Vehicle Systems, LLC
wgibson@bakerlaw.com

Jeanette M. Gilbert on behalf of Unknown Motley Rice LLC
jgilbert@motleyrice.com

Celeste R. Gill on behalf of Attorney Michigan Department of Environmental Quality
gillcr@michigan.gov, sherwoodj@michigan.com

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue
sdnyecf@dor.mo.gov

Andrew C. Gold on behalf of Unknown Branson Ultrasonics Corporation
agold@herrick.com

Michelle Goldis on behalf of Unknown Lowe's Companies, Inc.
michelle.goldis@wilmerhale.com

Sonya N. Goll on behalf of Unknown FATA Automation, Inc.
sgoll@sbplclaw.com

Brett D. Goodman on behalf of Interested Party Allied Automotive Group, Inc., Allied Systems,
Ltd. (L.P.), and Transport Support LLC
brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com

Robert D. Gordon on behalf of Creditor ATS Automation Tooling Systems, Inc.
rgordon@clarkhill.com

Neil Andrew Goteiner on behalf of Interested Party General Motors Retiree Association
ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com

Brian M. Graham on behalf of Creditor Grubb & Ellis Management Services, Inc.
bgraham@salawus.com, bmgrahampack@sbcglobal.net

Christopher F. Graham on behalf of Interested Party Industry Canada
cgraham@mckennalong.com,
jvargas@mckennalong.com;rgee@mckennalong.com;jmayes@mckennalong.com;ehall@mcken
nalong.com

William F. Gray on behalf of Interested Party Hydrogenics Corporation
wgray@torys.com,

dwilliams@torys.com;sjensen@torys.com;abauer@torys.com;tmartin@torys.com

William T. Green on behalf of Creditor Lawrence Marshall Chevrolet II, LLC
uncbill@msn.com

John T. Gregg on behalf of Creditor Continental Tire North America, Inc.
jgregg@btlaw.com

Stephen M. Gross on behalf of Creditor Mitsuba Corp.
sgross@mcdonaldhopkins.com

Stephen B. Grow on behalf of Creditor GHSP, Inc.
sgrow@wnj.com, kfrantz@wnj.com

Elizabeth A. Haas on behalf of Creditor Compagnie De Saint-Gobain
info@thehaaslawfirm.com

Paul R. Hage on behalf of Creditor Ideal Contracting, L.L.C.
phage@jaffelaw.com

Richard F. Hahn on behalf of Creditor Hertz Corporation
rfhahn@debevoise.com;jchung@debevoise.com;mao-ecf@debevoise.com

Paula A. Hall on behalf of Creditor TechTeam Global, Inc.
hall@bwst-law.com, marbury@bwst-law.com

Alan D. Halperin on behalf of Unknown Brandenburg Industrial Service Company
ahalperin@halperinlaw.net,
cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net

Michael C. Hammer on behalf of Creditor Advics North America, Inc.
mchammer3@dickinsonwright.com

David Henry Hartheimer on behalf of Interested Party Clarcor, Inc.
dharthei@bellatlantic.net

Ryan D. Heilman on behalf of Attorney BASF Corporation
rheilman@schaferandweiner.com

Christopher M. Hemrick on behalf of Creditor Panasonic Electric Works Corporation of America
chemrick@connellfoley.com

Suzanne Hepner on behalf of Creditor United Steelworkers
shepner@lrbpc.com,
ecarder@lrbpc.com;jcahn@lrbpc.com;rbarbur@lrbpc.com;psherer@lrbpc.com

Terrance A. Hiller on behalf of Creditor LA Productions, LLC
tah@kompc.com, met@kompc.com;tlj@kompc.com

Mark D. Hofstee on behalf of Attorney Mark Hofstee
markh@bolhouselaw.com

Michael S. Holmes on behalf of Creditor River Oaks L-M, Inc. dba Westpoint
, mshatty@yahoo.com

Jonathan Hook on behalf of Creditor Airgas, Inc.
jonathan.hook@haynesboone.com,
lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com

P. Warren Hunt on behalf of Creditor AVL Americas, Inc.
pwh@krwlaw.com

John J. Hunter on behalf of Creditor ZF Friedrichshafen AG
jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Donald J. Hutchinson on behalf of Creditor Charter Township of Delta, Michigan
hutchinson@millercanfield.com

Roland Hwang on behalf of Unknown Michigan Department of Energy, Labor & Economic
Growth, Unemployment Insurance Agency
hwangr@michigan.gov

Elihu Inselbuch on behalf of Attorney Caplin & Drysdale, Chartered
eb@capdale.com

Adam H. Isenberg on behalf of Creditor CVS Pharmacy, Inc.
aisenberg@saul.com

Peter F. Jazayeri on behalf of Creditor Salas Automotive Group, Inc.
pjazayeri@ecjlaw.com, mkogan@ecjlaw.com

Nan E. Joesten on behalf of Interested Party General Motors Retiree Association
njoesten@fbm.com

John J. Jolley on behalf of Creditor Xerox Capital Services, LLC
jay.jolley@kutakrock.com

Gregory O. Kaden on behalf of Creditor 767 Fifth Partners LLC
gkaden@goulstonstorrs.com

Stephen Karotkin on behalf of Debtor Chevrolet-Saturn of Harlem, Inc.
theodore.tsekerides@weil.com;Shai.Waisman@weil.com;Rachel.albanese@weil.com;michele.m

eises@weil.com;ilusion.rodriguez@weil.com;nathan.pierce@weil.com;lacey.laken@weil.com;p
ablo.falabella@weil.com

Karel S. Karpe on behalf of Creditor Cisco Systems Capital Corporation
karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com

Andrew C. Kassner on behalf of Creditor Automotive Component Carriers LLC
andrew.kassner@dbr.com

Clifford A. Katz on behalf of Creditor Canon Financial Services, Inc.
ckatz@platzerlaw.com

Susan R. Katzoff on behalf of Interested Party The Schaefer Group, Inc.
skatzoff@hiscockbarclay.com, lmcrobbie@hiscockbarclay.com

Thomas M. Kennedy on behalf of Creditor IUE-CWA, AFL-CIO
tkennedy@kjmlabor.com

Thomas L. Kent on behalf of Unknown DTE Lordstown, LLC
tomkent@paulhastings.com

Richardo I. Kilpatrick on behalf of Creditor City of Detroit
ecf@kaalaw.com, lrobertson@kaalaw.com

Jennifer B. Kimble on behalf of Creditor Gestamp Alabama, LLC
jkimble@burr.com, mstinson@burr.com;mivey@burr.com

Kathleen H. Klaus on behalf of Creditor M-Tech Associates
khk@maddinhauser.com

Jeff Klusmeier on behalf of Creditor State of Missouri
jeff.klusmeier@ago.mo.gov

Thomas F. Koegel on behalf of Creditor Enterprise Rent-A-Car Company
tkoegel@flk.com

Deborah Kovsky-Apap on behalf of Creditor SKF USA Inc.
kovskyd@pepperlaw.com,
kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

Debra A. Kowich on behalf of Creditor Board of Regents of The University of Michigan
dkowich@umich.edu, schmitzr@umich.edu

Robert R. Kracht on behalf of Creditor Dealer Tire, LLC.
rrk@mccarthylebit.com

Stuart A. Krause on behalf of Interested Party Toyota Tsusho America, Inc.
skrause@zeklaw.com

J. Alex Kress on behalf of Creditor KONE, Inc. and KONE Elevators
akress@riker.com

Patrick J. Kukla on behalf of Creditor Behr America, Inc.
pkukla@carsonfischer.com

Darryl S. Laddin on behalf of Creditor Verizon Communications Inc.
bkrfilings@agg.com

Michael C. Lambert on behalf of Creditor Compania Sud Americana de Vapores S.A.
mclambert@lawpost-nyc.com

Stuart A. Laven on behalf of Creditor Hilite Industries, Inc.
slaven@bfca.com

James N. Lawlor on behalf of Unknown Brazing Concepts LLC
jlawlor@wmd-law.com, gbenaur@wmd-law.com

Robert L. LeHane on behalf of Creditor LBA Realty Fund III Company IX, LLC
KDWBankruptcyDepartment@Kelleydrye.com

Maureen F. Leary on behalf of Unknown New York State Department of Environmental
Conservation
maureen.leary@oag.state.ny.us

Mark G. Ledwin on behalf of Creditor Relational Technology Solutions
mark.ledwin@wilsonelser.com

David S. Lefere on behalf of Attorney David Lefere
davidl@bolhouselaw.com

Michael S. Leib on behalf of Creditor South Troy Tech, LLC
msl@maddinhauser.com, bac@maddinhauser.com

David A. Lerner on behalf of Creditor G-Tech Professional Staffing, Inc.
dlerner@plunkettcooney.com

Larry A. Levick on behalf of Creditor Affiliated Computer Services, Inc.
levick@singerlevick.com, croote@singerlevick.com;ckirkland@singerlevick.com

Kim Martin Lewis on behalf of Interested Party Convergys Corporation
kim.lewis@dinslaw.com,
john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

Barry E. Lichtenberg on behalf of Creditor Albar Industries, Inc.
barryster@att.net

Demetra Liggins on behalf of Creditor Mitsubishi Engine North America, Inc.
demetra.liggins@tklaw.com

David T. Lin on behalf of Creditor Superior Acquisition, Inc. d/b/a Superior Electric Great Lakes
Company
dlin@seyburn.com

Thomas K. Lindahl on behalf of Creditor Chemico Mays, LLC
tlindahl@mcdonaldhopkins.com

Edward J. LoBello on behalf of Unknown Class Representatives of Int'l Union, UAW, et. al. v.
General Motors Corp., Civil Action No. 07-14074 (E.D. Mich.)
elobello@msek.com

Eric Lopez Schnabel on behalf of Interested Party Entergy Mississippi, Inc.
schnabel.eric@dorsey.com

Cynthia Jordan Lowery on behalf of Creditor Hagemeyer, N.A.
cynthialowery@mvalaw.com

Tristan Manthey on behalf of Creditor Pratt & Miller Engineering & Fabrication, Inc.
tmanthey@hellerdraper.com

Kayalyn A. Marafioti on behalf of Creditor Delphi Corporation
kmarafio@skadden.com

Michael A. Maricco on behalf of Creditor Pension Benefit Guaranty Corporation
maricco.michael@pbgc.gov, efile@pbgc.gov

Richard W. Martinez on behalf of Creditor Specialty Engine Components, LLC
Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com

Victor J. Mastromarco on behalf of Unknown Gerald Haynor
vmastromar@aol.com

Jil Mazer-Marino on behalf of Creditor American Electric Power
jmazermarino@msek.com, kgiddens@msek.com

Mark L. McAlpine on behalf of Creditor Brencal Contractors, Inc.
mlmcalpine@mcalpinelawfirm.com

Frank McGinn on behalf of Creditor Iron Mountain Information Management, Inc.

ffm@bostonbusinesslaw.com

Barbara S Mehlsack on behalf of Creditor International Union of Operating Engineers ("IUOE")
and IUOE Locals 101, 18s, 832s
bmehlsack@gkllaw.com

Brian H. Meldrum on behalf of Creditor Akebono Corporation (North America)
bmeldrum@stites.com

Marc B. Merklin on behalf of Creditor FirstEnergy Corporation
mmerklin@brouse.com

Christopher A. Merritt on behalf of Unknown Nagel Precision, Inc.
cmerritt@rjlps.com

Richard M. Meth on behalf of Creditor Spartan Light Metal Products, Inc.
msteen@daypitney.com

G. Christopher Meyer on behalf of Creditor Eaton Corporation
cmeyer@ssd.com

Angela Z. Miller on behalf of Creditor A.W. Farrell & Son Inc.
amiller@phillipslytle.com, jhahn@phillipslytle.com

Harvey R. Miller on behalf of Debtor General Motors Corporation
harvey.miller@weil.com, garrett.fail@weil.com

Joseph Thomas Moldovan on behalf of Creditor Blue Cross Blue Shield of Michigan
bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com

James P. Moloy on behalf of Creditor United REMC
jmoloy@dannpecar.com

Carol E. Momjian on behalf of Creditor Commonwealth of Pennsylvania, Department of
Revenue
cmomjian@attorneygeneral.gov

Timothy D. Moratzka on behalf of Creditor Bowman & Brooke, LLP
tdm@mcmlaw.com

Max Anderson Moseley on behalf of Creditor Serrra Chevrolet of Birmingham, Inc.
mam@jbpp.com, mkd@jbpp.com

Eric T. Moser on behalf of Interested Party PPG Industries, Inc.
eric.moser@klgates.com, kristen.serrao@klgates.com

Jill L. Murch on behalf of Creditor Cummins Inc., et al.
jmurch@foley.com, lapeterson@foley.com;khall@foley.com

Jennifer L. Nassiri on behalf of Creditor Electronic Data Systems
jennifer.nassiri@dlapiper.com

Kenneth A. Nathan on behalf of Creditor Yarema Die & Engineering Co.
knathan@nathanzousmer.com

Michael A. Nedelman on behalf of Creditor Logistics Insight Corp. (LINC)
mnedelman@nglegal.com, mwatler@nglegal.com;egloetzner@nglegal.com

Melissa Z. Neier on behalf of Interested Party Sonic Automotive, Inc.
mneier@ibolaw.com

Michael E. Norton on behalf of Creditor SSDC Services Corp.
mnorton@nortonlawassociates.com

Gordon Z. Novod on behalf of Creditor Committee Official Committee of Unsecured Creditors
of General Motors Corporation
gnovod@kramerlevin.com, dcho@kramerlevin.com

Sean A. O'Neal on behalf of Creditor The Interpublic Group Of Companies, Inc. and its
subsidiaries
soneal@cgsh.com,
maofiling@cgsh.com;jcroft@cgsh.com;skleinman@cgsh.com;ashajnfeld@cgsh.com;crodriguez
@cgsh.com;sarobinson@cgsh.com

Norman D. Orr on behalf of Creditor Custom Automotive Services, Inc.
norman.orr@kkue.com

Mark Russell Owens on behalf of Creditor Hirata Corporation of America
mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com

Ingrid S. Palermo on behalf of Creditor Bob Hastings Buick-GMC, Inc.
ipalermo@hselaw.com

Paul J. Pascuzzi on behalf of Creditor The McClatchy Company
ppascuzzi@ffwplaw.com

Frederick Perillo on behalf of Creditor International Ass'n of Machinists & Aerospace Workers
(IAMAW)
fp@previant.com

Debra Beth Pevos on behalf of Creditor Convention & Show Services, Inc.
dpevos@swappc.com

Robert W. Phillips on behalf of Unknown SimmonsCooper Cancer Claimants
rphillips@simmonscooper.com

John C. Phillips on behalf of Unknown Glenn & Angela Urquhart
jcp@pgslaw.com, cah@pgslaw.com;tlb@pgslaw.com

James A. Plemmons on behalf of Creditor Advics North America, Inc.
jplemmons2@dickinsonwright.com

Robert C. Pottinger on behalf of Attorney Robert Pottinger
rcpottinger@bslbv.com

Susan Power-Johnston on behalf of Creditor Union Pacific Distribution Services
sjohnston@cov.com, jmcneil@cov.com

Ronald S. Pretekin on behalf of Creditor Harco Manufacturing Group LLC
pretekin@coollaw.com, piatt@coollaw.com

Jessica E. Price on behalf of Creditor FirstEnergy Corporation
jprice@brouse.com

Susan Przekop-Shaw on behalf of Creditor Michigan Workers' Compensation Agency
przekopshaws@michigan.gov

Jonathan I. Rabinowitz on behalf of Attorney Jonathan Rabinowitz
jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com

Marie T. Racine on behalf of Creditor Applied Handling Inc.
mracine@racinelaw.us

Mark L. Radtke on behalf of Creditor Illinois Tool Works Inc.
mradtke@shawgussis.com

Dennis Jay Raterink on behalf of Creditor Michigan Funds Administration
raterinkd@michigan.gov

Eric T. Ray on behalf of Creditor Sierra Pacific Power Company
eray@balch.com

Timothy M. Reardon on behalf of Unknown Comprehensive Logistics Co., Inc.
tmreardon@nnblaw.com

Michael Reed on behalf of Creditor Local Texas Taxing Authorities
nycourts@mvbalaw.com

Marc E. Richards on behalf of Attorney Co-Counsel for DENSO International America, Inc.
mrichards@blankrome.com

Michael P. Richman on behalf of Creditor Unofficial Committee of Family & Dissident GM
Bondholders
mrichman@pattonboggs.com

Paul J. Ricotta on behalf of Creditor Hitachi Automotive Products (USA), Inc.
pricotta@mintz.com

David D. Ritter on behalf of Creditor DeMontrond Buick Company
ecf@krcl.com, dritter@krcl.com

Marianne Goldstein Robbins on behalf of Creditor International Ass'n of Machinists &
Aerospace Workers (IAMAW)
MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM

Courtney Rogers on behalf of Creditor APL Co. Pte. Ltd.
crogers@orrick.com

Sanford Philip Rosen on behalf of Creditor L + A Architects, Inc.
rpc@rosenpc.com, srosen@rosenpc.com

Adam L. Rosen on behalf of Creditor Publicis Groupe Operating Divisions, LLC
filings@spallp.com, arosen@silvermanacampora.com

Adina H. Rosenbaum on behalf of Unknown Center for Auto Safety
arosenbaum@citizen.org

Robert J. Rosenberg on behalf of Interested Party Allison Transmission, Inc., f/k/a Clutch
Operating Company, Inc.
adam.goldberg@lw.com

Andrew Neil Rosenberg on behalf of Unknown Informal Group of Holders of General Motors
Unsecured Notes
mtattnall@paulweiss.com

Donn Rosenblum on behalf of Unknown Ohio Attorney General
donn.rosenblum@ohioattorneygeneral.gov

David A. Rosenzweig on behalf of Creditor AT&T
DRosenzweig@Fulbright.com

Douglas B. Rosner on behalf of Creditor 767 Fifth Partners LLC
drosner@goulstonstorrs.com

Robert R. Ross on behalf of Creditor Federal Express Corporation
rrross@fedex.com

George V. Royle on behalf of Unknown GE Capital Corporation
george.royle@lw.com

John A. Ruemenapp on behalf of Creditor Burns International Industrial Contracting
jruemenapp@wyrpc.com

John A. Ruemenapp on behalf of Creditor International Industrial Contracting co.
jruemenapp@wysr-law.com

Scott K. Rutsky on behalf of Interested Party State Street Bank and Trust Company
srutsky@proskauer.com

Jennifer Lauren Saffer on behalf of Creditor TMI Custom Air Systems, Inc.
jlsaffer@jlsaffer.com, vjohnson@jlsaffer.com

Chester B. Salomon on behalf of Creditor Factory Motor Parts Company
csalomon@beckerglynn.com, aranade@beckerglynn.com;jholdridge@beckerglynn.com

Diane W. Sanders on behalf of Creditor Cameron County
austin.bankruptcy@publicans.com

Thomas P. Sarb on behalf of Creditor Benteler Automotive Corp.
ecfsarbt@millerjohnson.com

Thomas J. Schank on behalf of Creditor ZF Friedrichshafen AG
tomschank@hunterschank.com, mcraig@hunterschank.com

Kenneth M. Schneider on behalf of Creditor Visscher-Caravelle NA, Inc.
smpcecf@gmail.com

Thomas W. Schouten on behalf of Creditor Ridgeview Industries, Inc.
tschouten@dunnsslaw.com

Carey D. Schreiber on behalf of Creditor International Automotive Component Group North
America Inc.
cschreiber@winston.com

Steven Schwartz on behalf of Creditor Capgemini America, Inc.
sschwart@winston.com

Matthew L. Schwartz on behalf of Unknown United States Of America
matthew.schwartz@usdoj.gov

Kenneth J. Schweiker on behalf of Creditor Sap America, Inc.
kschweiker@brownconnery.com

Stephen B. Selbst on behalf of Interested Party Bridgestone Americas Tire Operations, LLC
sselbst@herrick.com, courtnotices@herrick.com

Jacob B. Sellers on behalf of Creditor Canadian Pacific Railway Company
jacob.sellers@leonard.com

David J. Selwocki on behalf of Creditor Convention & Show Services, Inc.
brogers@swappc.com

Joseph R. Sgroi on behalf of Debtor General Motors Corporation
jsgroi@honigman.com

Mark H. Shapiro on behalf of Creditor ICM Systems, LLC
shapiro@steinbergshapiro.com

Mary Kay Shaver on behalf of Creditor ADAC Plastics, Inc.
mkshaver@varnumlaw.com

Brian L. Shaw on behalf of Attorney Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
bshaw100@shawgussis.com

Andrea Sheehan on behalf of Creditor Carrollton Farmers Branch Independent School District
sheehan@txschoollaw.com,
coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Tricia A. Sherick on behalf of Debtor General Motors Corporation
tsherick@honigman.com

Joseph E. Shickich on behalf of Creditor Microsoft Corporation and Microsoft Licensing, GP
jshickich@riddellwilliams.com

Matthew J. Shier on behalf of Creditor Sierra Mountain Express, Inc.
mshier@pinnaclelawgroup.com, mterry@pinnaclelawgroup.com

Michael P. Shuster on behalf of Creditor Enprotech Mechanical Services, Inc.
mpshuster@hahnlaw.com

Robert Sidorsky on behalf of Creditor A Raymond, Inc.
sidorsky@butzel.com

John A. Simon on behalf of Creditor Cooper-Standard Automotive, Inc.
jsimon@foley.com

Rebecca H. Simoni on behalf of Unknown Emerson Electric, Inc.
rsimoni@vonbriesen.com, jpurpora@vonbriesen.com

Scott Michael Singer on behalf of Unknown Medialink Worldwide
ssinger@dglaw.com, mbaum@dglaw.com;llittle@dglaw.com

Christina C. Skubic on behalf of Attorney Brayton Purcell LLP
bankruptcy@braytonlaw.com

Robert T. Smith on behalf of Creditor CNI Enterprises, Inc.
rsmith@cniinc.cc

Edward Smith on behalf of Creditor Penske Auto Group, Inc.
easmith@venable.com

Richard G. Smolev on behalf of Attorney Kaye Scholer LLP
rsmolev@kayescholer.com,
rrotman@kayescholer.com;maosbny@kayescholer.com;rcappiello@kayescholer.com

Joseph H. Smolinsky on behalf of Debtor General Motors Corporation
Joseph.Smolinsky@weil.com

Fredric Sosnick on behalf of Creditor American Axle Manufacturing Holdings, Inc. and its
Affiliates
karen.park@shearman.com,randy.martin@shearman.com,jennifer.lin@shearman.com,kerri.silve
r@shearman.com

Arthur J. Spector on behalf of Creditor SCI, Ltd
aspector@bergersingerman.com,
jdiaz@bergersingerman.com;byglesia@bergersingerman.com;efile@bergersingerman.com

Leslie Stein on behalf of Creditor Superior Acquisition, Inc. d/b/a Superior Electric Great Lakes
Company
lstein@seyburn.com, seccles@seyburn.com

Jeffrey S. Stein on behalf of Unknown The Garden City Group, Inc.
Jeff_Stein@gardencitygroup.com,
Kenneth_Freda@gardencitygroup.com;jennifer.keough@gardencitygroup.com

Fred Stevens on behalf of Creditor StarSource Management Services
fstevens@foxrothschild.com

Jason V. Stitt on behalf of Creditor Cintas Corporation
jstitt@kmklaw.com

Sharon L. Stolte on behalf of Creditor Haldex Credit Services Corp.

sstolte@stinsonmoheck.com

Harvey A. Strickon on behalf of Unknown Rolls-Royce plc and Rolls-Royce Corporation
harveystrickon@paulhastings.com

James M. Sullivan on behalf of Creditor Discovery Communications, LLC
sullivan.james@arentfox.com, constantino.nova@arentfox.com

Michelle T. Sutter on behalf of Creditor Ohio Attorney General
msutter@ag.state.oh.us

Matthew A. Swanson on behalf of Creditor Canadian Pacific Railway Company
matthew.swanson@leonard.com

Marc N. Swanson on behalf of Creditor Kongsberg Automotive S de RL de CV
swansonm@millercanfield.com

Colleen M. Sweeney on behalf of Creditor Johnson Controls, Inc.
csweeney@dickinsonwright.com

Stanley B. Tarr on behalf of Interested Party Cellco Partnership d/b/a Verizon Wireless on behalf
of itself and its controlled affiliates
tarr@blankrome.com

Samuel Jason Teele on behalf of Interested Party Group I Automotive, Inc. and its Dealerships in
Exhibit A
jteele@lowenstein.com, gbuccellato@lowenstein.com;klafiura@lowenstein.com

Gordon J. Toering on behalf of Creditor AVK Division of Avibank Mfg., Inc.
gtoering@wnj.com

Jason M. Torf on behalf of Creditor Columbia Gas of Ohio, Inc.
jtorf@schiffhardin.com, egeekie@schiffhardin.com

Patrick J. Trostle on behalf of Debtor General Motors Corporation
ptrostle@jenner.com

Tonya A. Trumm on behalf of Creditor Jefferson Wells International, Inc.
tatrumm@michaelbest.com, safonte@michaelbest.com

Marshall C. Turner on behalf of Creditor Newport Television
marshall.turner@husch.com

Raymond J. Urbanik on behalf of Interested Party Computer Sciences Corporation
rurbanik@munsch.com

Shmuel Vasser on behalf of Creditor Shanghai Automotive Industry Corporation (Group) and
their affiliates
shmuel.vasser@dechert.com

Wendy S. Walker on behalf of Creditor A.P. Moller-Maersk A/S
wwalker@morganlewis.com

G. Alan Wallace on behalf of Creditor City of Lansing
gwall@fraserlawfirm.com

Sean M. Walsh on behalf of Creditor L&W Engineering Co.
swalsh@gmhlaw.com, jmahar@gmhlaw.com

Kimberly A. Walsh on behalf of Creditor Texas Comptroller of Public Accounts
bk-kwalsh@oag.state.tx.us

Lucas Ward on behalf of Creditor Ohio Attorney General
lucasward@ohioattorneygeneral.gov

Eric G. Waxman on behalf of Creditor Supervalu Inc.
ewaxman@westermanllp.com

Robert B. Weiss on behalf of Debtor General Motors Corporation
rweiss@honigman.com

Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com

Michael R. Wernette on behalf of Attorney CIE Celaya, S.A. de C.V.
mwernette@schaferandweiner.com

David B. Wheeler on behalf of Creditor Hagemeyer, N.A.
davidwheeler@mvalaw.com

Jeffrey C. Wisler on behalf of Unknown Connecticut General Life Insurance Company and
related CIGNA entities
jcw@cblhlaw.com

Blanka K. Wolfe on behalf of Creditor Hankook Tire America Corporation
bwolfe@sheppardmullin.com

Robert D. Wolford on behalf of Creditor Benteler Automotive Corp.
ecfwolfordr@millerjohnson.com

Scott A. Wolfson on behalf of Creditor Federal Broach & Machine Company, LLC
wolfson@bsplaw.com,

recchia@bsplaw.com;stepp@bsplaw.com;ojala@bsplaw.com;bolton@bsplaw.com;kochis@bspl
aw.com

Cynthia Woodruff-Neer on behalf of Creditor Alpine Electronics of America, Inc.
cwoodruff-neer@alpine-usa.com

Janice M. Woolley on behalf of Creditor NS - 1500 Marquette MS, L.L.C.
janwoolley@mgwl.com

Doron Yitzchaki on behalf of Creditor Johnson Controls, Inc.
dyitzchaki@dickinsonwright.com

Terry L. Zabel on behalf of Unknown Terry Zabel
ecf-tlz@rhoadesmckee.com