VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
Telephone:   (703) 760-1647
Facsimile:    (703) 821-8949
Lawrence A. Katz

 - and -

VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 983-3850
Facsimile:    (212) 307-5598
Edward A. Smith

*Attorneys for Simpson Automotive Group, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| GENERAL MOTORS CORP., *et al.* | : | Case No. 09-50026 (REG) |
| | : | (Jointly Administered) |
| Debtors. | : | |

**PROTECTIVE OBJECTION OF SIMPSON AUTOMOTIVE GROUP, INC.**
**TO DEBTORS' PROPOSED CURE AMOUNTS**

Simpson Automotive Group, Inc. ("Simpson Automotive") files this protective objection regarding cure amounts proposed by the Debtors with respect to executory contracts they propose to assume and assign. In support of its protective objection, Simpson Automotive states as follows:

1.    Simpson Automotive is a party to an executory contract with one or more of the Debtors.

2. By Notice dated June 5, 2009 (the "Assumption Notice"), the Debtors informed certain suppliers of goods and services of their intent to assume and assign executory contracts and of the cure amount, if any, that must be paid by the Debtors in connection therewith.

3. Simpson Automotive may or may not have received a copy of the Assumption Notice. Simpson Automotive is filing this protective objection in an abundance of caution in the event that the Debtors intend to assume and assign Simpson Automotive contracts but scheduled a cure amount with which Simpson Automotive does not agree.

4. Simpson Automotive will work diligently with the Debtors to try to resolve any cure amount issues without Court intervention but reserves all rights in the event that an agreement cannot be reached.

Dated: June 19, 2009

Respectfully submitted,

VENABLE LLP

/s/ Edward A. Smith
Edward A. Smith
Rockefeller Center
1270 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 983-3850
Facsimile:    (212) 307-5598

-and-

Lawrence A. Katz
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
Telephone:   (703) 760-1600
Facsimile:    (703) 821-8949
Email: lakatz@venable.com

*Counsel to Simpson Automotive Group, Inc.*

#281313