SCHAFER and WEINER, PLLC
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
Ryan D. Heilman
(248) 540-3340
Email: rheilman@schaferandweiner.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

GENERAL MOTORS CORP., et al.,

Case No. 09-50026(REG)
(Jointly Administered)

Debtors.                    Chapter 11
-----------------------------------------------------------x

### ACTIVE MOULD & DESIGN, LTD. AND AUTOMOTIVE GAUGE & FIXTURE'S LIMITED OBJECTION TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§105, 363(b), (f), (k), AND (m), AND FED. R. BANKR. P. 2002, 6004, AND 6006, TO (I) APPROVE (A) SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS, LLC, A U.S. TREASURY SPONSORED PURCHASER, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) OTHER RELIEF; AND (II) SCHEDULE SALE APPROVAL HEARING

Active Burgess Mould & Design, Ltd. ("Active Mould") and Automotive Gauge & Fixture, Ltd. ("AGF"), in response to Debtors' Motion Pursuant to 11 U.S.C. §§105, 363(b), (f), (k), and (m), and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, To (I) Approve (A) The Sale Pursuant to The Master Sale and Purchase Agreement With Vehicle Acquisition Holdings, LLC, A U.S. Treasury Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (b) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (c) Other Relief; and (II) Schedule Sale Approval Hearing (the "Motion"), state:

{00216249}1

1. On June 1, 2009, General Motors Corp. et al. ("GM") filed for bankruptcy under Chapter 11 of the Bankruptcy Code.

2. On June 2, 2009, this Court entered an Order Pursuant to 11 U.S.C. §§105, 363(b), (f), (k), and (m) and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006 (I) Approving Procedures for Sale of Debtors' Assets Pursuant to Master Sale and Purchase Agreement with Vehicle Acquisition Holdings, LLC, a U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline and Sale Hearing Date; (III) Establishing Assumption and Assignment Procedures; and (IV) Fixing Notice Procedures and Approving Form of Notice (the "Order").

3. The Order provides that provides that that the deadline for objecting to the approval of the Motion shall be June 19, 2009 at 5:00 p.m.

4. In the Motion, GM requests an order from the Court authorizing GM to sell substantially all of its assets pursuant to a Proposed Master Sale and Purchase Agreement free and clear of liens, claims, interests and encumbrances with the liens attaching to the proceeds of the sale.

5. Active Mould and AGF have statutory liens on the following molds (the "Molds") to secure full payment of all sums due for their fabrication, repair and modification pursuant to state law, including without limitation, Ohio Revised Code §1333.33 et seq. and/or Michigan Compiled Laws §445.619 et seq. (the "Mold Builders Lien Acts"):

| Program | AB Job # and Invoice # |
|---|---|
| GMT001 – Cluster Bezel | C2857, 22477 |
| Lamba GMT 967 – IP Cluster Trim Bezel | G2271, 1878 |
| Lamba GMT 967 -- Passenger Trim | G2272, 1890 |

6. The invoice more particularly describing the GMT001 Mold is attached as Exhibit A to this Objection.

7. Active Mould and AGF sold the Molds to Blackhawk Automotive Plastics, Inc. ("Blackhawk"). Upon information and belief, the Molds were subsequently sold to Cadence Innovations and then to GM. Upon information and belief, GM recently resourced the Molds to International Automotive Components ("IAC").

8. As required by the Mold Builders Lien Acts, Active Mould and AGF permanently affixed their names, street address, city and state on the Molds and they filed UCC-1 Financing Statements as required by the Mold Builders Lien Acts. See UCC Financing Statements, Exhibit B.

9. Under the Mold Builders Lien Acts, Active Mould and AGF retain their liens on the Molds until they are paid in full. To date, Active Mould and AGF have received no payment for the Molds.

10. Active Mould and AGF are unable to ascertain from the Motion whether the assets to be purchased pursuant to the proposed sale include the Molds or, if so, whether the purchaser will assume the liability for the Molds. As a result, Active Mould and AGF are forced to file this objection to preserve their lien rights.

11. In order for GM to sell the Molds free and clear of liens, GM must satisfy one of the following five requirements set forth in 11 U.S.C. §363(f):

    i. Applicable non-bankruptcy law permits the sale of the property free and clear of such interest;

    ii. Such entity consents;

      iii. Such interest is a lien and the price at which the property is sold is greater than the aggregate value of all liens on the property;

      iv. Such interest is in bona fide dispute; or

      v. Such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

12. In this case, GM has not satisfied any of the above five requirements.

13. Applicable non-bankruptcy law does not permit the sale of the Molds free and clear of Active Mould and AGF's liens.

14. Active Mould and AGF have not consented to the sale of the Molds free and clear of their liens.

15. GM has not established that the price at which the Molds may be sold is greater than the aggregate value of all liens on the Molds. In fact, it appears that the cash consideration for the sale is insufficient to pay all secured creditors in full and the Motion does not address how the purchase price will be allocated among the purchased assets.

16. The liens asserted by Active Mould and AGF are not in a bona fide dispute.

17. Finally, Active Mould and AGF cannot be compelled to accept a money satisfaction of its liens on the Molds; this factor is not satisfied because the liens cannot be released until Active Mould and AGF receive payment in full and GM has not proposed to pay Active Mould and AGF in full.

18. Furthermore, even if the sale could be authorized under 11 U.S.C. §363(f), Active Mould's and AGF's interest in the Molds are not adequately protected under 11 U.S.C. §363(e). Through the filing of this objection, Active Mould and AGF request that this Honorable Court

prohibit or condition the sale as is necessary to provide adequate protection of their interests in the Molds.

19. Thus, Active Mould and AGF object to the Motion to the extent that GM is attempting to extinguish, modify or affect in any way their liens against the Molds and their ability to foreclose on their secured claim if not paid in full.

**WHEREFORE**, Active Mould and AGF respectfully request that this Honorable Court (i) enter an order consistent with this objection, (ii) deny the Debtors' Motion to the extent that it affects or limits Active Mould and AGF's secured status in the Molds, and (iii) enter any just and equitable order appropriate under the circumstances.

Dated: June 19, 2009    Respectfully Submitted:

SCHAFER AND WEINER, PLLC

By: /s/ Ryan D. Heilman
RYAN D. HEILMAN
Counsel for Active Burgess Mould & Design, Ltd.
and Automotive Gauge & Fixture, Ltd.
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
rheilman@schaferandweiner.com

{00216249}5

**ACTIVE BURGESS**
**Mould & Design**
2155 North Talbot Road
Windsor, ON N9A 6J3 Canada
Telephone: (519) 737-1341  Fax: (519) 737-6941

Invoice No 0000022477

Customer   BLACKH

Bill to :

BLACKHAWK AUTOMOTIVE PLASTIC
500 North Warpole Street
UPPER SANDUSKY  OH 43351
United States

Sold to :

BLACKHAWK AUTOMOTIVE PLASTIC
500 North Warpole Street
UPPER SANDUSKY  OH 43351
United States

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Sales Order No |
|---|---|---|---|---|---|
| UOO15063 | 07/06/2006 | DUE PER P.O. AGREEMT | | | C2857 |

| Item | Part / Rev / Description / Details | Quantity | Unit Price | Discount | Extended Price |
|---|---|---|---|---|---|
| 000001 | 15274560       Rev  NS    U/M EA<br>GMX 001<br>QUOTE #: 44512-12B<br>CLUSTER BEZEL<br>1-2 CAVITY COMBINATION PRODUCTION MOLD | 1.000 | 180,000.0000 | 0.00 | 180,000.00 |

Total Item Price       180,000.00
Shipping                    0.00
GST                         0.00
**Total Inv Price**     US$   180,000.00

ACCOUNTING                    Page 1

Ex. A

Filed at Ohio Secretary of State 12/26/2006 09:00 AM FILE# OH00110309603

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Leon N. Mayer Esq. (248) 540-3340

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
Schafer and Weiner, PLLC
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304

RECEIVED BY
DEC 2 6 2006
Ohio Secretary of State

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME

1a. ORGANIZATION'S NAME: **Blackhawk Automotive Plastics, Inc.**

1c. MAILING ADDRESS: 800 Pennsylvania Ave.
CITY: Salem
STATE: OH
POSTAL CODE: 44460
COUNTRY: US

1e. TYPE OF ORGANIZATION: Corporation
1f. JURISDICTION OF ORGANIZATION: Ohio
1g. ORGANIZATIONAL ID #: OH

3. SECURED PARTY'S NAME

3a. ORGANIZATION'S NAME: **Automotive Gauge & Fixture Limited**

3c. MAILING ADDRESS: 5270 Burke Drive
CITY: Windsor
STATE: ON
POSTAL CODE: N9A 6J3
COUNTRY: Canada

4. This FINANCING STATEMENT covers the following collateral:

All equipment described below including all molds, initial tooling, cooling bucks and check fixtures, engineering changes, parts, etc. related to the listed equipment, plus any and all modifications, addition or accessories related thereto, plus all proceeds:

| AB Job# | Program | Tool Description | Part Number |
|---|---|---|---|
| AG2263 | GMT966 | Passenger Trim Fixture | 10399943 |
| AG2264 | GMT966 | Driver Trim Plate Fixture | 10399945 |
| AG2268 | GMT922 | CHMSL Spoiler Fixture | 15283233 |
| AG2269 | GMT922 | D Pillar RH/LH Fixture | 1528148/8 |
| AG2271 | GMT967 | IP Cluster Trim Fixture | 25768843 |
| AG2272 | GMT967 | Passenger Trim Fixture | 25768854 |

8. OPTIONAL FILER REFERENCE DATA
Active Burgess/ Ohio Secretary of State

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV 05/22/02)


Ex. B

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Leon N. Mayer Esq.  (248) 540-3340

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Schafer and Weiner, PLLC
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: **Blackhawk Automotive Plastics, Inc.**

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 800 Pennsylvania Ave. | Salem | OH | 44460 | US |

| 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|
| Corporation | Ohio | OH |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: **Active Mould & Design, Ltd.**

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2155 North Talbot Road | Windsor | ON | N9A 6J3 | Canada |

**4. This FINANCING STATEMENT covers the following collateral:**

All equipment described below including all molds, initial tooling, cooling bucks and check fixtures, engineering changes, parts, etc. related to the listed equipment, plus any and all modifications, addition or accessories related thereto, plus all proceeds:

| AB Job# | Program | Tool Description |
|---|---|---|
| C2855 | GMX222 | IP Retainer Cavity |
| C2857 | GMX001 | Cluster Bezel |
| C3000 | DCX 2008 ND | Center Bezel |

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable]
7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]  ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
Active Burgess/ Ohio Secretary of State

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)