VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
Telephone:   (703) 760-1647
Facsimile:    (703) 821-8949
Lawrence A. Katz

- and -

VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 983-3850
Facsimile:    (212) 307-5598
Edward A. Smith

*Attorneys for Weseloh Chevrolet Company, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ X
                                                                           :
In re                                                                   :     Chapter 11
                                                                           :
GENERAL MOTORS CORP., *et al.*          :     Case No. 09-50026 (REG)
                                                                           :
                                                                           :     (Jointly Administered)
                              Debtors.                      :
                                                                           :
------------------------------------------------------ X

**PROTECTIVE OBJECTION OF WESELOH CHEVROLET COMPANY, INC.**
**TO DEBTORS' PROPOSED CURE AMOUNTS**

Weseloh Chevrolet Company, Inc. ("Weseloh Chevrolet") files this protective objection regarding cure amounts proposed by the Debtors with respect to executory contracts they propose to assume and assign. In support of its protective objection, Weseloh Chevrolet states as follows:

1. Weseloh Chevrolet is a party to an executory contract with one or more of the Debtors.

2.      By Notice dated June 5, 2009 (the "Assumption Notice"), the Debtors informed certain suppliers of goods and services of their intent to assume and assign executory contracts and of the cure amount, if any, that must be paid by the Debtors in connection therewith.

3.      Weseloh Chevrolet may or may not have received a copy of the Assumption Notice.  Weseloh Chevrolet is filing this protective objection in an abundance of caution in the event that the Debtors intend to assume and assign Weseloh Chevrolet contracts but scheduled a cure amount with which Weseloh Chevrolet does not agree.

4.      Weseloh Chevrolet will work diligently with the Debtors to try to resolve any cure amount issues without Court intervention but reserves all rights in the event that an agreement cannot be reached.

Dated: June 19, 2009                               Respectfully submitted,

                                                   VENABLE LLP

                                                   */s/ Edward A. Smith*
                                                   Edward A. Smith
                                                   Rockefeller Center
                                                   1270 Avenue of the Americas
                                                   New York, New York 10020
                                                   Telephone:  (212) 983-3850
                                                   Facsimile:   (212) 307-5598

                                                            -and-

                                                   Lawrence A. Katz
                                                   8010 Towers Crescent Drive, Suite 300
                                                   Vienna, Virginia 22182-2707
                                                   Telephone:  (703) 760-1600
                                                   Facsimile:   (703) 821-8949
                                                   Email: lakatz@venable.com

                                                   *Counsel to Weseloh Chevrolet Company, Inc.*

#281312