Richard H. Meeker, Sr.
700 E. Hayes St.
Mecosta, Michigan 49332
ph. 1-231-972-1960

6-15-09

Dear Honorable Robert E. Gerber,

In accordance to paragraph 9 of the Notice to Debtors Retiree Represented by the U.A.W. of sale of debtors assets and approval of the U.A.W. Retiree Settlement Agreement I wish to object to portions of the Retiree Medical Benefits Plan. The increase cost of prescription drugs and the elimination of the Medicare Part B Special Benefit will be an extreme hardship and may cause me to discontinue the use of some of my life saving medications. I ask that you consider lowering this increase as to help us find an attractive way to publicize the purchases of our Generic drugs.

Thank you,

Richard Meeker – U.A.W. Retiree
address –