6-15-09

To: The clerk of the Bankruptcy court

From: Robert Matli
GM stockholder
2463 Dunston Ave.
San Francisco, Ca 94116

Regarding: General Motors Corp., et al.,
Debtor


JUN 18 2009

I believe GM stockholders should recieve a portion of the "new GM" stock. A formula of X # of GM stock = Y # of GM(New) stock should be determined by the court.

Why: Because as stock owners we are entitled to more than the $ amount of the company but also the name, reputation, and potential for doing business.