Hearing Date: June 30, 2009
Objections Due: June 19, 2009

Stephen W. Spence (pro hac vice pending)
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200 Telephone
(302) 655-4210 Facsimile
Attorneys for Angela Urquhart and Glen Urquhart,
and Glen Urquhart, as Trustee of certain trusts for the benefit of their children

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
In re:                                                 :    Chapter 11
                                                       :
                                                       :    Case No. 09-50026-reg
GENERAL MOTORS CORPORATION, et al.,                    :    (Jointly Administered)
                                                       :
Debtors.                                               :
                                                       :
-------------------------------------------------------x

## JOINDER IN AND ADOPTION OF THE OBJECTION OF UNOFFICIAL COMMITTEE OF FAMILY AND DISSIDENT BONDHOLDERS TO THE DEBTORS MOTION (DOCKET NO. 92) TO APPROVE THE SALE OF ASSETS TO VEHICLE ACQUISITION HOLDINGS, LLC

Angela Urquhart and Glen Urquart, and Glen Urquhart as Trustee of certain trusts for the benefit of their children, by and through counsel hereby join in and adopt the objection referenced above as their own.

PHILLIPS, GOLDMAN & SPENCE, P.A.

Dated: June 19, 2009
       Wilmington, Delaware

/s/ Stephen W. Spence
STEPHEN W. SPENCE, ESQUIRE (DE No. 2033)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200