**KLESTADT & WINTERS, LLP**
**292 Madison Avenue**
**17th Floor**
**New York, NY 10017**
**Joseph Corneau**
**(212) 972-3000 x112**
**(212) 972-2245 Fax**
**jcorneau@klestadt.com**

**MATTA BLAIR, PLC**
**4145 Dublin Dr., Suite # 100**
**Bloomfield Hills, Michigan 48302**
**Steven A. Matta**
**Kellie M. Blair**
**(248)593-6100**
**smatta@mattablair.com**
**kblair@mattablair.com**

**Attorneys for the Charter Township of Ypsilanti, Michigan**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
General Motors Corporation,               :    Case No. 09-50026 (REG)
                                          :
           Debtor.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CONCURRENCE AND JOINDER OF THE CHARTER TOWNSHIP OF YPSILANTI, MICHIGAN IN THE OBJECTION OF WAYNE COUNTY TO DEBTORS' MOTION TO APPROVE (A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS, A U.S. TREASURY-SPONSORED PURCHASER, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (C) OTHER RELIEF**

TO THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE

The Charter Township of Ypsilanti, by and through its counsel, concurs and joins in the Objection of the County of Wayne ("Wayne") to the Debtor's Motion to Approve (a) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances and Other Interests; (b) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (c) Other Relief ("Sale Motion"). This concurrence adopts and reiterates, as though set forth completely herein, the supporting declarations attached to Wayne's Objection, and Wayne's Preliminary Statement, Background, Argument and Conclusion.

## RELIEF REQUESTED

Ypsilanti respectfully requests entry of an order consistent with Wayne's Objection denying the Debtor's Sale Motion, unless the Debtors include the YTO Six Speed Facility as a Purchased Asset in the MPA.

Dated: June 18, 2009                Respectfully submitted,

                                    KLESTADT & WINTERS, LLP

                                    By: /s/ Joseph Corneau
                                        Joseph Corneau
                                        Attorneys for Ypsilanti Township, Michigan
                                        292 Madison Avenue
                                        17th Floor
                                        New York, NY 10017
                                        Phone: (212) 972-3000 x112
                                        Fax: (212) 972-2245
                                        jcorneau@klestadt.com

With Co-counsel (Motion for Admission Pro Hac Vice pending):

MATTA BLAIR, PLC

By: /s/ Steven A. Matta
Steven A. Matta (P39718)
Kellie M. Blair (P58642)
Attorneys for Ypsilanti Township, Michigan
4145 Dublin Dr., Suite #100
Bloomfield Hills, Michigan 48302
Phone: (248)593-6100
Fax: (248)593-6116
smatta@mattablair.com
kblair@mattablair.com

## CERTIFICATE OF SERVICE

I certify that on June 19, 2009 the foregoing document was served upon all parties or their counsel of record through the CM/ECF system.

/s/ Joseph Corneau

## CERTIFICATE OF SERVICE

I certify that on June 18, 2009 the foregoing document was served via U.S. Mail upon the following non-ECF parties:

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY 10153

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY  10281

Cleary Gottlieb Steen & Hamilton LLP
Attn: James L. Bromley, Esq.
One Liberty Plaza
New York, NY 10006

Cohen, Weiss and Simon LLP
Attn: Babette Ceccotti, Esq.
330 W. 42nd Street
New York, NY 10036

Vedder Price, P.C.
Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY 10019

Office of the United States Trustee
 for the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall St., 21st Floor
New York, NY 10004

and on June 19, 2009 the following parties were served via E-Mail:

Thomas Moers Mayer, Esq.
Kenneth H. Eckstein, Esq.
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Franklen, LLP
1177  Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com
keckstein@kramerlevin.com
gnovod@kramerlevin.com

/s/ Steven A. Matta (P39718)