MORGAN, LEWIS & BOCKIUS LLP
Michael A. Bloom, Esq.
Rachel Jaffe Mauceri, Esq.
1701 Market Street
Philadelphia, PA 10103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

Attorneys for ARAMARK Holdings Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                                           :
**In re:**                                                 :    **Chapter 11**
                                                           :
**GENERAL MOTORS CORP.,** *et al.,*                        :    **Case No. 09-50026 (REG)**
                                                           :
                               **Debtors.**                :    **(Jointly Administered)**
                                                           :
-----------------------------------------------------------x

## WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION OF RIGHTS OF ARAMARK HOLDINGS CORPORATION AND CERTAIN OF ITS SUBSIDIARIES WITH RESPECT TO CURE AMOUNT

ARAMARK Holdings Corporation, on behalf of itself and certain of its subsidiaries who do business with the above-captioned Debtors ("<u>ARAMARK</u>"), by and through its undersigned counsel, hereby withdraws the Limited Objection and Reservation of Rights of ARAMARK Holdings Corporation and Certain of its Subsidiaries with Respect to Cure Amount, filed with this Court on June 12, 2009 at docket entry number 813, without prejudice. ARAMARK and the Debtors have agreed to resolve the dispute relating to the Cure Amount described in the Objection pursuant to the Cure Dispute Resolution Procedures previously approved by the Court in these Chapter 11 cases.

ARAMARK continues to reserve all of its rights with respect to all cure amounts due and owing to ARAMARK, including any amounts with respect to agreements not contemplated under the Cure Notice described in the Objection.

Dated:  Philadelphia, Pennsylvania
       June 19 , 2009

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**
Attorneys for ARAMARK Holdings Corporation

By: *Rachel J. Mauceri*
    Michael A. Bloom (admitted *pro hac vice*)
    Rachel Jaffe Mauceri (RM6357)
    1701 Market Street
    Philadelphia, PA 19103-2921
    Telephone: 215-963-5000
    Facsimile: 215-963-5001