

*James S. Zischke*
*44 Bayberry Drive*
*Leesburg, FL 34788*
*(352)365-1890*

United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
Room 621
New York, NY 10004
June 15, 2009

To Whom It May Concern:

   I am writing to state my objection to the Retiree Settlement Agreement. This agreement is a violation of the terms which the company of General Motors and I agreed upon when I retired. As a union member, it is inconceivable to me that this drastic change could be made without giving me a say or vote in this matter. If General Motors continues to take away benefits from its retired members, GM should allow these members to return to work status.

   My greatest objections are to the loss of dental and vision care. Please contact me at the number above if you have further questions.

Sincerely,

*[signature: James S. Zischke]*

James S. Zischke
GM Retiree (of 33 years)
Union Member Local 653 Pontiac, Michigan

*[Received stamp: JUN 18 2009]*