## CERTIFICATE OF SERVICE

    I, TAMMY A. PATTERSON, Paralegal, do hereby certify that I am over the age of 18, and that on June 19, 2009, I caused the foregoing **Objection of Angela Urquhart and Glen Urquhart And Glen Urquhart, as Trustee for Certain Trusts To the 363 Sale Motion (Docket No. 92)** to be served upon those persons listed below via facsimile and U.S. First Class Mail.

Harvey R. Miller, Esquire
Stephen Kraotkin, Esquire
Joseph H. Smolinsky, Esquire
Weil, Gotshal & Manages, LLP
767 Fifth Avenue
New York, NY 10153
 Attorneys for Debtors
 Fax No. 212-310-8001

John J. Rapisardi, Esquire
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281
 Attorneys for Purchaser
 Fax No. 212-415-8350

Gordon Z. Novod, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
 Attorneys for the Creditors Committee
 Fax No. 212-715-8000

James L. Bromley, Esquire
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006
 Attorneys for the UAW
 Fax No. 212-225-3999

Babette Ceccotti, Esquire
Cohen, Weiss and Simon, LLP
330 W. 42nd Street
New York, NY 10036
    Attorneys for the UAW
    Fax No. 212-695-5436

Michael J. Edelman, Esquire
Michael L. Schein, Esquire
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
    Attorneys for Export Development Canada
    Fax No. 212-407-7799

Diana G. Adams, Esquire
The Office of the United State Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
    Fax No. 212-668-2255

David S. Jones, Esquire
Matthew L. Schwartz, Esquire
U.S. Attorney's Office, SDNY
86 Chambers Street, Third Floor
New York, NY 10007
    Fax No. 212-637-2750

Under penalty of perjury, I certify the foregoing to be true and correct.

_____
TAMMY A. PATTERSON