# GERALD C. GRIMAUD
ATTORNEY AT LAW
69 PUTNAM STREET
TUNKHANNOCK, PENNSYLVANIA 18657
(570) 836-4668
FAX: (570) 836-7360
E-MAIL: gcg@epix.net
WEBSITE: www.lawyers.com/gcg

ADMITTED TO:
PA & NY BARS

June 15, 2009

Office of the Clerk of the Bankruptcy Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: In re General Motors Corp., et al., Debtors; United States Bankruptcy Court,
Southern District of New York, Chapter 11 Case No. 09-50026 (REG).

Dear Sir or Madam:

Please duly file my "Notice of GM Stock Ownership" in the above-captioned matter. Further, this is to certify I have sent a copy of same, with a copy of this letter, to The Garden City Group, Inc., GM Claims Agent, P.O. Box 9386, Dublin, OH 43017-4286.

Sincerely yours,

Gerald C. Grimaud

GCG/djc
Enclosure
cc: The Garden City Group, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x



In re                                                          :    Chapter 11 Case No.
                                                               :
GENERAL MOTORS CORP., et al.,                                  :    09-50026 (REG)
                                                               :
                              Debtors.                         :    (Jointly Administered)
                                                               :

------------------------------------------------------------x

## NOTICE OF GM STOCK OWNERSHIP

The undersigned own Seven Hundred and Fifty (750) Shares of GM Stock.

As the undersigned sought to access the Claims Register of General Motors Corporation

they were precluded from doing so on Monday, June 15, 2009, with the short statement found

thereon, viz. "A Claims Register will be available at a later date."

Notice pursuant to undersigned's' internet address, viz. gcg@epix.net, is respectfully

demanded.

Thank you.

Date: June 15, 2009

GERALD C. GRIMAUD
219 Roosevelt Highway
Tunkhannock, PA  18657

Date: June 15, 2009

HELEN J. GRIMAUD
219 Roosevelt Highway
Tunkhannock, PA  18657