Re:    Bankruptcy          Cases
General Motors Corp         09-50026 (REG)
Chevrolet Saturn of Harlem Inc   09-13558 (REG)
Saturn LLC.                 09-50027 (REG)
Saturn Distribution Corp    09-50028 (REG)

RECEIVED JUN 19 2009 U.S. BANKRUPTCY COURT POUGHKEEPSIE, N.Y.

~~[scribbled out]~~

My name Barbara Kowalsky
Regarding Past Monies owed me on
a Workers Compensation Claim
Future monies owed on workers
Compensation Claim  09635733

Compensation on this claim has been
set at the wrong rate in two instances
first it is an incorrect rate to begin
with Second I have been legally totally
disabled Since 2001 and General Motors
has refused to amend my rate and has
been paying me partial disability

Relief Sought is the right to pursue this
claim against General Motors I have
attached a Sheet and I beg you to
please read it explaining the effects
the incorrect rate has had. The total
destruction of everything I have if
general motors is allowed to discharge
its responsibility to me

Barbara Kowalsky

845-223-3835
243 Shenandoah Rd
Hopewell Jct N.Y. 12533

Page 2

RE Bankruptcy Cases
General Motor Corp

RECEIVED
JUN 19 2009
U.S. BANKRUPTCY COURT
POUGHKEEPSIE, N.Y.

09-50026 (Reb)
09 13558 (REG)
09 50027 (REG)
09 50023 (REG)

I had a lawyer who told me that my rate was to be set at $246 a week when we had our hearing I was working elsewhere and could not have known there was a problem until the disability stopped me from working. My lawyer refused to re approach the issue said it was to much trouble it took me years to discharge to Lawyer because the Judge wouldn't allow it.

I have been highly medicated for several years where I couldn't even remember my own name then for the last 3 year I have spent at least 19 hours a day in bed. I cannot sit or stand for longer then 30 minutes. I have lost everything due to this disability and live on a very small S.S.D. Pension which covers my Rent I exist on the $73.84 a week GM workers comp check. I have a minor Son I support and we live in an area with no public transportation. Our car was repossesed years ago and we cannot afford a new one. Our stove has been turned off for 5 years our landlord has stopped repairs because he wants us to move but we can't. We have no hot water in the kitchen and no water at all in the bathroom sink for over a year now. My Son starts School each year in clothes from Salvation army and he is tortured and beat up constantly

there is more but I am owed these back monies from G.m. and I ask the right to pursue this claim

Secondly if General motors is allowed to stop paying my workers compensations

first I will not be able to afford my medications or my doctors visits my medications co pay is $258.00, $58. and $46.00
Without these medication I will not be able to live in this pain and I will die without the workers compensation money I will be homeless and my son will be in foster care. We do not have anyone who will take us in we are alone. I am not exaggerating any of this and I beg you to please allow me to pursue a claim against G.m. allow me to disput their discharge of my claim

I hope this letter counts as a proof of claim