June 15, 2009

Nettie S McClinton
520 Otsego St., #107
Storm Lake, IA  50588

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004-1408

**Re: Objection to settlement**
    **Case No. 09-50026 (reg)**

Dear Sirs;

I, Nettie McClinton, hereby state my objection to this settlement. Historically, bondholders have received privileged status. I object to a settlement that nullifies these establishments' principles. Investors will have no reason to trust bonds if the settlement passes.

Sincerely,

Nettie S McClinton

Nettie McClinton