

# Ottaway Motor Express

Friday, June 12, 2009

Re:  Chapter 11 Case No. 09-50026 (REG)
     General Motors Corp.
     Filing for a Cure Objection solely as to the Cure Amount

To:  Office of the Clerk of the Bankruptcy Court
     United States Bankruptcy Court
     Southern District of New York
     One Bowling Green
     New York, New York
     10004-1408



Accept this letter as our filing to object to the cure amount supplied to us by Schneider Logistcs Inc. on behalf of General Motors Service Parts Operations.

Ottaway Motor Express is filing an objection to the cure amount as the amount supplied was incorrect when compared to our outstanding invoice receivables. The cure amount provided was $308,400.60 and our total outstanding invoice total is $323,374.33. The difference being invoices that are still be processed and waiting final approval by our Logistics provider.

Moving forward these invoices can be worked and approved so that we then will be able obtain a total number consistent with the outstanding amount at which point we will be able to mutually agree up on the new total amount outstanding.

Thank you for your attention to this matter.

Sincerely,

Shawn McMahon
V.P. of Operations and Finance
519-536-1970 (Cellular)
shawn.mcmahon@ottaway.ca

Ottaway Motor Express Ltd.,
714880 County Road 4, Woodstock, Ontario, N4S 7W3
519-539-8434 (Main Office), 519-539-0907 (Main Fax)