**From:** Kukiela, Michael [mailto:Kukielam@schneider.com]
**Sent:** Wednesday, June 10, 2009 10:22 AM
**To:** Kukiela, Michael
**Subject:** FW: Important Bankruptcy Update to GM Service Providers - READ IMMEDIATELY

GMSPO Service Provider

There have been recent developments in the GM bankruptcy process which require your attention:

### Assumption Notice:

Please review the attachment from Lisa Patterson of GMSPO. Below are the critical highlights:
- GM is executing the contract assignment and assumption process in order to create the new GM through the 363 sale process
- The US Bankruptcy court of the Southern District of New York began mailing out the Assumption Notice on June 5, 2009
- Instructions are provided in the notice with regards to objections to the assumption & assignment of your contract or the cure amount.
- Since you are paid through SLI (GMSPO's LLP), you will need to contact SLI to receive your Cure amount (not via the website referenced in the letter)

If you have not received the Assumption Notice you can contact the Call Center at 703-286-6401 to request another letter to be sent out.

### SLI Assistance to Suppliers:
The following actions will happen to assist you during this process:
- The total payable amounts for each carrier will be provided to my team on Thursday morning. My team will divide the entire carrier base for GM and begin notifying you both electronically and telephonically of the identified cure amount as of 9 June 09. Follow the instructions in the Assumption Notice regarding your obligations to respond. We are not authorized to negotiate the Cure amount at this time and in order to facilitate the notification to the entire carrier base we will only capture questions for answering at a later date.
- My team will be available to capture your concerns and questions. **Please do not call with questions or specific organizational concerns. Please submit your concerns or questions electronically to the below listed individuals.** If you do not receive a response from my team within two (2) hours then call me.

| | | |
|---|---|---|
| Kelly Johnroe | George Middleton | |
| Ryan Jennens | | |
| GM/Saturn Account Purchasing Manager | Truckload/Intermodal Purchasing Manager | GM |
| Canada Account Purchasing Mgr | | |
| 248.848.5807 | 248.848.5759 | |
| 248.848.5853 | | |
| johnroek@schneider.com | middletong@schneider.com | |
| jennensr@schneider.com | | |
| | | |
| Chris Renier | Shawn Zehms | Luis |
| Ramos | | |
| LTL Purchasing Manager | DDS Purchasing Manager | Mexico |
| Purchasing Manager | | |
| 920.592.2595 | 920.592.8317 | |
| 915.760.6594 | | |
| renierc@schneider.com | zehmss@schneider.com | |
| ramosl@schneider.com | | |

Michael Kukiela
Schneider Logistics
Senior Purchasing Manager
248.848.5835
fax - 920.403.9502

34505 West 12 Mile Road
Suite 300
Farmington Hills, MI 48331