UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                              Chapter 11 Case No.

GENERAL MOTORS CORP., *et al.*,                    09-50026 (REG)

                             Debtors.    (Jointly Administered)
-------------------------------------------------------------x

United Parcel Service Inc.
BEN BUCKLEY
55 GLENLAKE PKWY NE
ATLANTA, GA 30328-3474

1. Please carefully review the enclosed Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto.

2. In order to view the Cure Amount for the Assumable Executory Contracts to which you are a party, you must log onto: http://www.contractnotices.com.

3. To log on, please use the user name and password provided to you below.

4. If you have questions about the Assumable Executory Contracts or proposed Cure Amounts, you may call 1-888-409-2328 (in the United States) or 1-586-947-3000 (outside the United States).

        User ID:   37Y8xvZ3
        Password: 6P2FV27kKkpy

        Vendor ID #:  5716-00748888