# EXHIBIT A

6175514v1

## Sellers, Jacob

| | |
|---|---|
| **From:** | Sellers, Jacob |
| **Sent:** | Friday, June 12, 2009 3:30 PM |
| **To:** | 'joseph.smolinsky@weil.com' |
| **Cc:** | Bertrand, James; 'Bill Tuttle' |
| **Subject:** | In re General Motors Corp.; 09-50026 (REG); Canadian Pacific Railway Company Notice of Assumption |

Mr. Smolinsky,

    Following up on our conversion, you have authority to grant, and have agreed to grant my client, Canadian Pacific Railway Company ("CP"), an extension of the June 15, 2009 deadline to file, if necessary, an objection to the Debtors' assumption and assignment of the Debtors' contract with CP through June 20, 2009.

    As I explained to you in my message of this morning, CP was informed by the Supplier Information Call Center (the "Call Center") established by the Debtors that an assignment notice was mailed to CP on June 5, 2009, but CP has yet to receive that notice. As further explained, the Call Center today informed CP that it would "re-issue" the assignment notice and expected that the re-issued notice would be mailed out toady via standard U.S. mail. The Call Center would not provide CP with the password to access the secure website containing the Debtors' proposed cure amount nor would it provide CP with an electronic copy of the assumption notice. Obviously, without knowing the Debtors' proposed cure amount, CP cannot respond to the Debtors' motion to assume.

    While CP hopes to receive the re-issued-assumption notice early next week and, therefore, be in a position to respond to the Debtors' motion before the extended deadline, CP simply cannot respond to the Debtors' motion until it receives that notice and knows the Debtors' proposed cure amount. In the event CP does not timely receive the re-issued-assumption notice, I expect you will grant CP another extension of time. In order to avoid another extension and to rectify the difficulties the Debtors' notice processing agent has had, we would appreciate your sending us an electronic copy of the assumption notice (or putting us in contact with someone who can). Thanks and if any of the foregoing does not comport with your understanding, please let me know.

*Jacob B. Sellers*

Attorney
LEONARD, STREET AND DEINARD
  Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1758
Facsimile: (612) 335-1657
mailto: jacob.sellers@leonard.com