SQUIRE, SANDERS & DEMPSEY L.L.P.
1095 Avenue of the Americas
31st Floor
New York, New York 10036
Tel.: (212) 872-9800
Fax: (212) 872-9815
Stephen D. Lerner
slerner@ssd.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                 :    **Chapter 11 Case No.**
:
**GENERAL MOTORS CORP.,** *et al.***,**   :    **09-50026 (REG)**
:
                    **Debtors.**          :    **(Jointly Administered)**
:
---------------------------------------------------------------x

**VERIFIED STATEMENT OF SQUIRE, SANDERS & DEMPSEY L.L.P.**
**PURSUANT TO FED. R. BANKR. P. 2019(a)**

Squire, Sanders & Dempsey L.L.P. ("Counsel") hereby submits this verified statement ("Verified Statement") pursuant to Fed. R. Bankr. P. 2019(a), and avers as follows:

1.  Counsel appears in these cases on behalf of the entities listed on Exhibit A hereto (the "Entities").

2.  Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with the Debtors. The total amount of the claims held by each of the Entities has not yet been determined and none of the Entities has filed a proof of claim against the Debtors as of the time of the filing of this statement. Each of the Entities separately requested that Counsel represent them in connection with the Debtors' chapter 11 cases.

3.  Upon information and belief, Counsel does not possess any claims against or interests in the Debtors.

4. The undersigned herby verifies under oath that this Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief. Counsel may also from time to time represent other clients in matters pertaining to the Debtors, which may or may not result in representation in these cases. Counsel reserves the right to revise and supplement this statement and will do so if retained by another creditor in these cases.

Dated: New York, New York
June 19, 2009

SQUIRE, SANDERS & DEMPSEY L.L.P.

/s/ Stephen D. Lerner _____
Stephen D. Lerner
Peter A. Zisser
1095 Avenue of the Americas
31st Floor
New York, New York 10036
Tel.: (212) 872-9800
Fax: (212) 872-9815

SQUIRE, SANDERS & DEMPSEY L.L.P.
221 E. Fourth Street, Suite 2900
Cincinnati, Ohio 45202
Tel.: (513) 361-1200
Fax: (513) 361-1201
P. Casey Coston
ccoston@ssd.com

SQUIRE, SANDERS & DEMPSEY L.L.P.
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Tel.: (216) 479-8500
Fax: (216) 479-8780
G. Christopher Meyer
cmeyer@ssd.com

## EXHIBIT A

1. Goodyear Tire & Rubber Co.
   1144 E. Market Street
   Akron Ohio 33416-0001

2. ArcelorMittal USA, Inc.
   1 S. Dearborn Street, 19th Floor
   Chicago, IL 60603

3. Dofasco, Inc.
   1330 Burlington St. E.
   PO Box 2460
   Hamilton, ON L8N3J5
   Canada

4. TRW Automotive
   12001 Tech Center Drive
   Livonia, MI 48150

5. Eaton Corporation
   Eaton Center
   1111 Superior Avenue
   Cleveland, OH 44114-2584