**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORPORATION, | ) | Case No. 09-50026 |
| | ) | |
| Debtor. | ) | Honorable Robert E. Gerber |
| | ) | |

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Michael B. O'Neal, request admission, **pro hac vice**, before the Honorable Robert E. Gerber, to represent L.K. Machinery, Inc., creditor and party in interest in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Court for the Western District of Michigan.

I have submitted the filing fee of $25 with this motion for *pro hac vice* admission.

Dated:  June 19, 2009
Grand Rapids, Michigan

/s/ Michael B. O'Neal
Michael B. O'Neal (P66247)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Telephone:  (616) 752-2413
Fax:  (616) 222-2413
Email:  moneal@wnj.com

1679406