**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORPORATION | ) | Case No. 09-50026 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Robert E. Gerber |

### ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Michael B. O'Neal dated June 19, 2009, to be admitted *pro hac vice* in this bankruptcy case; it is hereby

**ORDERED,** that Michael B. O'Neal is admitted to practice, ***pro hac vice,*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:_____
       _____, New York

                                                    _____
                                                    UNITED STATES BANKRUPTCY JUDGE

1679406