Richard Bernard
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200

Joseph F. Hutchinson, Jr.
Eric Goodman
Wendy J. Gibson
BAKER & HOSTETLER LLP
3200 National City Center
1900 E. 9th St.
Cleveland OH 44114
Telephone: (216) 621-0200

*Attorneys for Cloyes Gear and Products, Inc.,*
*Shiloh Industries, Inc., Stoneridge, Inc.,*
*Stoneridge Pollak, Ltd., Hi-Stat Mfg.*
*Pollak Switch Products, Veyance Technologies, Inc.*
*Ohio Bureau of Workers' Compensation and*
*Richland County, Ohio*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.* , | Case No. 09-50026 (REG) |
| | (Jointly Administered) |
| Debtors. | |

---------------------------------------------------------------x

**NOTICE OF APPEARANCE OF BAKER & HOSTETLER LLP**
**AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE, that Baker & Hostetler, LLP hereby appears in the

above-captioned chapter 11 proceedings (the "Chapter 11 Case") on behalf of Cloyes

Gear and Products, Inc., Shiloh Industries, Inc., Stoneridge, Inc., Stoneridge Pollak, Ltd.,

Hi-Stat Mfg., Pollak Switch Products, Veyance Technologies, Inc., Ohio Bureau of

Workers' Compensation and Richland County, Ohio (collectively, "B&H Creditors")

102823712

pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Bankruptcy Code, and requests copies of all notices given or required to be given in the Chapter 11 Case and all papers served in the Chapter 11 Case (including, but not limited to, all papers filed and served or required to be served in this the Chapter 11 Case) to be delivered and served upon:

> BAKER & HOSTETLER LLP
> 3200 National City Center
> 1900 E. 9th St.
> Cleveland OH 44114
> Telephone: (216) 621-0200
> Joseph F. Hutchinson, Jr.
> Email: jhutchinson@bakerlaw.com
> Eric Goodman
> Email: egoodman@bakerlaw.com
> Wendy J. Gibson
> Email: wgibson@bakerlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, copies of all papers, reports, pleadings, motions, complaints, demands and applications (including notices thereof), petitions, answering papers, reply papers, memoranda or briefs in support of any of the foregoing and any other document brought before this Court with respect to this Chapter 11 Case, whether formal or informal, whether written or oral, or whether transmitted by mail, hand delivery, telephone, facsimile, electronic or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice shall not be deemed or construed to be a waiver of any rights, claims, actions, defenses, setoffs, or recoupments to which B&H Creditors may be entitled at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments B&H Creditors expressly reserve, including,

without limitation, the rights (a) to have final orders in non-core matters entered only after de novo review by a judge of the appropriate United States District Court; (b) to trial by jury in any proceeding so triable in the Chapter 11 Case or any case, controversy, or proceeding related to the Chapter 11 Case; and (c) to have the United States District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal.

| | |
|---|---|
| Dated: New York, New York<br>June 19, 2009 | BAKER & HOSTETLER LLP<br><br>By: */s/ Richard J. Bernard*<br>Richard J. Bernard<br>45 Rockefeller Plaza,<br>New York, New York 10111<br>(212) 589-4200<br><br>Joseph F. Hutchinson, Jr.<br>Eric Goodman<br>Wendy J. Gibson<br>BAKER & HOSTETLER LLP<br>3200 National City Center<br>1900 E. 9th St.<br>Cleveland OH 44114<br>Telephone: (216) 621-0200<br><br>*Attorneys for Cloyes Gear and Products, Inc., Shiloh Industries, Inc., Stoneridge, Inc., Stoneridge Pollak, Ltd., Hi-Stat Mfg., Pollak Switch Products, Veyance Technologies, Inc. and Ohio Bureau of Workers' Compensation and Richland County, Ohio* |