To: United States Bankruptcy Court
ATTN: Clerks Office
One Bowling Green
NY, NY 10004

From: Louis F Schad IRA (Bond Holder)
1811 Sequoia Dr.
Vineland N.J. 08361-6543
Tele 856 691 9041

Date 6/13/09

Gentlemen:

As a bondholder of General Motors I would request expanation of the following.

1. How is it possible for the bonds to be put behind the U.S. Treasury & the U.A.W.?

2. How is it possible to give the U.S Treasury a 60% stock interest in exchange for $50B in loans while the bondholders get only 10% capital stock in exchange for $27B in notes. Please ignore the "warrants" as they are & will be worthless? The ratios seem quite out of kilter.

3. Is it true that, prior to the bankruptsy filing, the U.A.W. was a general creditor?

4. If GM had not taken U.S. Treasury loans, but had filed a complete Chapter 7 bankruptcy how much might have been available to the bondholders in a "secured" position?

5. NOW THAT THE U.S. TREASURY CAN AND CHANGE A "SECURED" INVESTMENT INTO WORTHLESS CAPITAL STOCK WON'T THIS NOW DICTATE MUCH GREATER YIELDS ON ANY NEW BOND ISSUE?

TRUSTING I WILL RECEIVE A RESPONSE TO THESE QUESTIONS, I REMAIN

V.T.Y

*Louis F. Schad*
LOUIS F. SCHAD

c.c.   WEIL GOTSHAL & MANGES LLP
       ATTN HARVEY R. MILLER
       767 5th AVE
       NY NY 10153

       U.S. TRUSTEE
       SO. DISTRICT of NY
       ATTN: DIANA G ADAMS ESQ.
       33 WHITEHALL ST.
       21 ST FLOOR
       NY NY 10004

       U.S ATTORNEY'S OFFICE
       S.D. NY 86 CHAMBERS ST
       3 RD FLOOR   ATTN: DAVID S. JONES, ESQ
       NY NY 10004

       THE GARDEN CITY GROUP, INC.
       GM CLAIMS AGENT
       PO BOX 9386
       DUBLIN OH, 43017-4286