UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.*, | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### **MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Steven H. Hilfinger, a member in good standing of the Bar of the States of Michigan and Illinois, request admission to practice, *pro hac vice*, before the Honorable Judge Robert E. Gerber, to represent Cooper-Standard Automotive, Inc., EMCON Technologies, Inc., Intra Corporation, and Toyota Motor Corporation, creditors in the above referenced case.

Mailing Address: Foley & Lardner LLP, 500 Woodward Avenue, Detroit, Michigan 48226

Email Address: shilfinger@foley.com

Telephone Number: (313) 234-7100

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 19, 2009
      Detroit, Michigan

By: */s/* Steven H. Hilfinger
Steven H. Hilfinger
Foley & Lardner LLP
500 Woodward Avenue
Detroit, Michigan 48226
Telephone: (313) 234-7100
Facsimile:  (313) 234-2800

DETR_1206513.1

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.,* | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Steven H. Hilfinger, a member in good standing of the Bar of the States of Michigan and Illinois, having requested admission, *pro hac vice*, to represent Cooper-Standard Automotive, Inc., EMCON Technologies, Inc., Intra Corporation, and Toyota Motor Corporation, creditors in the above referenced case,

**ORDERED**,

That Steven H. Hilfinger, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

/s/ _____
UNITED STATES BANKRUPTCY
JUDGE

DETR_1206513.1