Michael B. O'Neal
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Ph: (616) 752-2413
Fax: (616) 222-2413
moneal@wnj.com
Attorneys for L.K. Machinery, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x

In re

GENERAL MOTORS CORP., *et al.*,

                                    Debtors.

-------------------------------------------------------- x

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

# EXHIBIT A

## TO

**LIMITED OBJECTION OF L.K. MACHINERY, INC. TO THE DEBTORS' MOTION TO APPROVE THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS**

**L.K. Machinery Inc.**
**Balance Details for GM Powertrain**
**All Transactions**

10:30 AM
06/13/2009
Accrual Basis

## Pre-Bankruptcy Outstanding Invoices

| Type | P.O. Ref | Item | Date | Name | Due Date | Adjtg | Amount | Open Balance | 10% Holdback Invoices Due | Entire Invoice Still Due |
|---|---|---|---|---|---|---|---|---|---|---|
| Invoice | PLS00530 | 10009.1 | 09/20/2008 | 55% machine #1 and Change Order #3 | 09/20/2008 | 234 | $947,616.36 | $94,762.42 | $94,762.42 | |
| Invoice | PLS00530 | 10009.3 | 09/20/2008 | Change Order 9583 - Tubing Cell | 09/20/2008 | 234 | $316,352.96 | $31,635.40 | $31,635.40 | |
| Invoice | PLS00530 | 10009.4 | 10/31/2008 | 50% of machine #1 - 2ND INVOICE FOR MACHINE #1 | 12/02/2008 | 191 | $289,411.80 | $28,941.36 | $28,941.36 | |
| Invoice | PLS00530 | 10009.5 | 11/03/2008 | 10% of machine #1 - 2ND INVOICE FOR MACHINE #1 | 11/03/2008 | 189 | $217,058.95 | $21,705.02 | $21,705.87 | |
| Invoice | PLS00530 | 10014.01 | 11/24/2008 | 90% of Machine #2 | 11/24/2008 | 189 | $1,229,998.30 | $122,989.93 | $21,705.87 | |
| Invoice | PLS00530 | 10014.5 | 11/24/2008 | Change Order #5 (Machine #2) | 11/24/2008 | 189 | $8,630.00 | $963.00 | $733,739.93 | $520.00 |
| Invoice | PLS00530 | 10014.02 | 12/30/2008 | Delivery of discreet machine with platers - 10% | 12/30/2008 | 154 | $217,058.70 | $21,705.87 | $21,705.87 | |
| Invoice | PLS00530 | 10014.08 | 12/22/2008 | Set Ball Charges COR5 Machine #1 | 12/22/2008 | 141 | $2,860.00 | $286.00 | $286.00 | |
| Invoice | PLS00530 | 10009.08 | 12/22/2008 | Hose Carrier COR5 Machine #1 | 12/22/2008 | 141 | $11,100.00 | $1,110.00 | $1,110.00 | |
| Invoice | PLS00530 | 10009.27 | 12/22/2008 | Various LKABD Changes #7 Machine #1 | 12/22/2008 | 141 | $28,590.00 | $2,659.00 | $2,659.00 | |
| Invoice | PLS00530 | 10014.5 | 12/22/2008 | Set Ball Charges COR5 Machine #2 | 12/22/2008 | 141 | $2,860.00 | $286.00 | $286.00 | |
| Invoice | PLS00530 | 10014.5 | 12/22/2008 | Hose Carrier CO #0 Machine #2 | 12/22/2008 | 141 | $11,100.00 | $1,110.00 | $1,110.00 | |
| Invoice | PLS00530 | 10014.7 | 12/22/2008 | Various LKABD Changes #7 Machine 2 | 12/22/2008 | 141 | $28,580.00 | $2,659.00 | $2,659.00 | |
| Invoice | PLS00530 | 10014.01 | 01/29/2008 | Machine #2 | 01/29/2008 | 109 | $1,229,998.93 | $122,989.93 | $122,989.93 | |
| Invoice | PLS00530 | 10014.04 | 01/29/2008 | Machine #3 | 01/29/2008 | 109 | $217,058.70 | $21,705.87 | $21,705.87 | |
| Invoice | PLS00530 | 10015.3 | 01/29/2008 | Change Order 3 Machine 3 Various Electrical/Hydraulic Charges | 01/29/2008 | 109 | $6,630.00 | $663.00 | $663.00 | |
| Invoice | PLS00530 | 10015.6 | 01/29/2008 | Machine #3 Change Order 6 Ball Roll Charges | 01/29/2008 | 109 | $2,650.00 | $2,650.00 | | $2,650.00 |
| Invoice | PLS00530 | 10015.6 | 01/29/2008 | Machine #5 Change Order 5 Hose Carrier | 01/29/2008 | 109 | $10,000.00 | $1,000.00 | $1,000.00 | |
| Invoice | PLS00530 | 10015.1 | 01/29/2008 | Machine #3 Change Order 7 Various LKABD | 01/29/2008 | 109 | $0.00 | $0.00 | $0.00 | |
| Invoice | PLS00530 | 10016.7 | 01/26/2008 | Machine #3 Change Order 7 Various LKABD | 01/28/2008 | 109 | $29,590.00 | $2,659.00 | $2,659.00 | |
| Invoice | 20048.01 | 02/17/2009 | Rework of Paint Color | 02/17/2009 | 84 | $300.00 | $300.00 | | $300.00 |
| Invoice | PLS00530 | 10016.01 | 02/18/2009 | Machine #4 | 02/18/2009 | 83 | $1,229,998.30 | $122,989.93 | $122,989.93 | |
| Invoice | PLS00530 | 10015.3 | 02/18/2009 | Machine #4 Electrical/Hydraulic Changes | 02/18/2009 | 83 | $8,630.00 | $663.00 | $663.00 | |
| Invoice | PLS00530 | 10015.6 | 02/18/2009 | Machine #4 Change 4 Hose Carrier | 02/18/2009 | 83 | $10,000.00 | $1,000.00 | $1,000.00 | |
| Invoice | PLS00530 | 10015.7 | 02/18/2009 | Machine #4 Change 5 A&D LK Changes | 02/18/2009 | 83 | $26,590.00 | $2,659.00 | $2,650.00 | |
| Invoice | PLS00530 | 16038.32 | 02/18/2009 | A&D Changes Engineering One Time Mechanical and Engineering | 02/18/2009 | 83 | $956,450.00 | $956,450.00 | | $956,450.00 |
| Invoice | PLS00530 | 11000329.7 | 04/27/2009 | Changes | 04/27/2009 | | $34,400.00 | $34,400.00 | | $34,400.00 |
| Invoice | PLS00530 | 110029.8 | 04/27/2009 | Change Order 11 A&D | 04/27/2009 | | $17,100.00 | $17,100.00 | | $17,100.00 |
| Invoice | PLS00530 | 16038.8A | 04/27/2009 | New machine Engineering changes | 04/27/2009 | 16 | $22,600.00 | $22,600.00 | | $22,600.00 |
| Invoice | PLS00530 | 10015.4 | 01/29/2008 | Machine #5 Change Order 4 Platforms | 01/29/2008 | 109 | $35,600.00 | $3,660.00 | $3,660.00 | |
| Invoice | PLS00530 | 10016.4 | 02/18/2009 | Platforms Machine 4 | 02/18/2009 | | $35,600.00 | $3,660.00 | $3,660.00 | |
| | | | | **Total Pre Bankruptcy Invoices** | | | **$5,356,147.29** | **$291,793.62** | **$213,609.62** | **$166,710.00** |

GM Balance 4-30-2009 Created 5-27-2009 as Filed 6-11-09.xls

10:50 AM
06/13/09
Accrual Basis

**L.K. Machinery Inc.**
**Balance Details for GM Powertrain**
**All Transactions**

## Post Bankruptcy Invoices within Next 30 Days

| Type | Date | Num | Name | Due Date | Delay | Amount | Open Balance |
|---|---|---|---|---|---|---|---|
| Invoice | 10016.02 | 6/30/2009 | Machinery #4 Training Cell | 6/30/2009 | | $217,099.70 | $217,099.70 |
| Invoice | 10022.8 | 6/30/2009 | Change Order #8 GPS | 6/30/2009 | | $15,090.00 | $15,090.00 |
| Invoice | 10002.11 | 6/30/2009 | Change Order #11 Spray Robot | 6/30/2009 | | $45,660.00 | $45,660.00 |
| Invoice | 10002.10 | 6/30/2009 | Change Order #10 Pin Stamping | 6/30/2009 | | $32,826.00 | $32,826.00 |
| | | | **Total Post Bankruptcy Invoices** | | | | **$300,124.70** |



## L.K. MACHINERY, INC.

12480 Superior Court, Suite 2
Holland, MI  49424
www.LKadvantage.com
Tax ID: 20-4951946

# Invoice

| Due Date |
|---|
| 9/30/2008 |

| Date | Invoice # |
|---|---|
| 9/30/2008 | 10002.1 |

**Bill To**

GM FSS ABP
C/O:  Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
|---|---|---|---|---|
| PLS06330 | 2nd DAY/2nd MTH-10% ... | 10/9/2008 | | 10002 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
|---|---|---|---|---|---|---|
| | Cold Chamber DCM | PLS06330 - SEQUENCE 3 - ID: PRIX8027 001 - A791 QDC3000 Ton Cold Chamber Die Casting Machine #1 | 0.65 | 1,447,059.00 | 0 | 940,588.35 |
| | Cold Chamber DCM | PLS06330 - SEQUENCE 8 - ID: PRQX3402 001 - A791 Change Order #3 - Electrical & Hydraulic Items | 1 | 6,930.00 | 0 | 6,930.00 |
| | | Electronic Payment Information: Wire Transfers to L.K. Machinery, Inc.: Wells Fargo Bank 420 Montgomery Street San Francisco, CA  94104 | | | | |
| | | Account #412 138 6809 Routing #121 000 248 | | | | |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen. 616.796.0777.
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| Total | $947,518.35 |
|---|---|
| Payments | $-852,765.93 |
| Balance Due | $94,752.42 |



**L.K. MACHINERY, INC.**

12480 Superior Court, Suite 2
Holland, MI 49424
www.LKadvantage.com
Tax ID: 20-4951946

| Due Date |
| --- |
| 9/30/2008 |

# Invoice

| Date | Invoice # |
| --- | --- |
| 9/30/2008 | 10002.2 |

**Bill To**

GM FSS ABP
C/O:  Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
| --- | --- | --- | --- | --- |
| PLS06857 | 2nd DAY/2nd MTH-10% ... | 10/9/2008 | | 10002 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| | GM Mch 1 Change Order 1 | PLS06857 - SEQUENCE 1 - ID: PRPX4124 001 - D364 -Change Order #1 - VibroDynamics | 1 | 26,014.00 | 0 | 26,014.00 |
| | GM Mch 1 Change Order 4 | PLS06857 - SEQUENCE 2 - ID: PRPX4124 002 - D364 -Change Order #4 - Platforms | 1 | 35,600.00 | 0 | 35,600.00 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen. 616.796.0777.
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| Total | $61,614.00 |
| --- | --- |
| Payments | $-55,452.60 |
| Balance Due | $6,161.40 |



**L.K. MACHINERY, INC.**

12480 Superior Court, Suite 2
Holland, MI  49424
www.LKadvantage.com
Tax ID: 20-4951946

| Due Date |
|----------|
| 9/30/2008 |

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/30/2008 | 10002.3 |

**Bill To**

GM FSS ABP
C/O:  Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
|----------|---------------|-----------|----------|----------|
| PLS06330 | 2nd DAY/2nd MTH-10% ... | 10/9/2008 | | 10002 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
|------|------|-------------|-----|-----------|-----------|--------|
| | Cold Chamber DCM | PLS06330 - SEQUENCE 6 - ID: PRIX8172 002 - E084 -Change Order #9R3 - Training Cell | 0.22 | 1,447,059.00 | 0 | 318,352.98 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice. contact Karen, 616.796.0777,
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| Total | $318,352.98 |
|-------|-------------|
| Payments | $-286,517.49 |
| Balance Due | $31,835.49 |



**L.K. MACHINERY, INC.**

12480 Superior Court, Suite 2
Holland, MI 49424
www.LKadvantage.com
Tax ID: 20-4951946

| Due Date |
| --- |
| 12/2/2008 |

# Invoice

| Date | Invoice # |
| --- | --- |
| 10/31/2008 | 10002.4 |

**Bill To**

GM FSS ABP
C/O:  Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
| --- | --- | --- | --- | --- |
| PLS06330 | 2nd DAY/2nd MTH-10% ... | 9/30/2008 | | 10002 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| | Cold Chamber DCM | PLS06330 - SEQUENCE 3 - ID: PRIX8027 001 - A791 QDC3000 Ton Cold Chamber Die Casting Machine #1<br><br>Electronic Payment Information: Wire Transfers to L.K. Machinery, Inc.: Wells Fargo Bank 420 Montgomery Street San Francisco, CA  94104<br><br>Account #412 138 6809 Routing #121 000 248 | 0.2 | 1,447,059.00 | 0 | 289,411.80 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen, 616.796.0777,
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| Total | $289,411.80 |
| --- | --- |
| Payments | $-260,470.44 |
| Balance Due | $28,941.36 |



**L.K. MACHINERY, INC.**

12480 Superior Court, Suite 2
Holland, MI 49424
www.LKadvantage.com
Tax ID: 20-4951946

| Due Date |
|---|
| 11/8/2008 |

# Invoice

| Date | Invoice # |
|---|---|
| 11/8/2008 | 10002.5 |

**Bill To**

GM FSS ABP
C/O:  Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
|---|---|---|---|---|
| PLS06330 | Due on receipt | 11/7/2008 | | 10002 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
|---|---|---|---|---|---|---|
| 1 | Cold Chamber DCM | PLS06330 - SEQUENCE 3 - ID: PRIX8027 001 - A791 QDC3000 Ton Cold Chamber Die Casting Machine #1<br><br>Electronic Payment Information: Wire Transfers to L.K. Machinery, Inc.: Wells Fargo Bank 420 Montgomery Street San Francisco, CA  94104 Account #412 138 6809 Routing #121 000 248<br><br>NOTE:  Automation was ready to ship in November - shipment was delayed per General Motors request | 0.15 | 1,447,059.00 | 0 | 217,058.85 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen, 616.796.0777.
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| Total | $217,058.85 |
|---|---|
| Payments | $-195,352.83 |
| Balance Due | $21,706.02 |



**L.K. MACHINERY, INC.**

12480 Superior Court, Suite 2
Holland, MI  49424
www.LKadvantage.com
Tax ID: 20-4951946

| Due Date |
|----------|
| 11/24/2008 |

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/24/2008 | 10014.01 |

**Bill To**

GM FSS ABP
C/O:  Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421
USA

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
|----------|---------------|-----------|----------|----------|
| PLS06330 | Due on receipt | 11/24/2008 | | 100014 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
|------|------|-------------|-----|-----------|-----------|--------|
| 1 | GM Machine #2 | PLS06330 - Sequence 5 Item ID: PRIX8172 001 - GF6 -Delivery of DCM 3000U diecast machine<br><br>**Machine #2** | 0.85 | 1,447,058.00 | 0 | 1229999.30 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen, 616.796.0777,
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total | $1,229,999.30 |
| Payments | $-1,106,999.37 |
| Balance Due | $122,999.93 |



**L.K. MACHINERY, INC.**

12480 Superior Court, Suite 2
Holland, MI 49424
www.LKadvantage.com
Tax ID: 20-4951946

| Due Date |
| --- |
| 11/24/2008 |

# Invoice

| Date | Invoice # |
| --- | --- |
| 11/24/2008 | 10014.1 |

**Bill To**

GM FSS ABP
C/O: Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421
USA

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
| --- | --- | --- | --- | --- |
| PLS06857 | Due on receipt | 11/24/2008 | | 10014 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| I | GM Mch 2 Change Order 1 | PLS06857 - Sequence 1<br>Item ID: PRPX4124 001 - D364<br>-Change Order #1 - VibroDynamics<br><br>**Machine #2** | 1 | 26,014.00 | 0 | 26,014.00 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen, 616.796.0777,
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| Total | $26,014.00 |
| --- | --- |
| Payments | $-23,412.60 |
| Balance Due | $2,601.40 |



**L.K. MACHINERY, INC.**

12480 Superior Court, Suite 2
Holland, MI  49424
www.LKadvantage.com
Tax ID: 20-4951946

| Due Date |
|:--------:|
| 11/24/2008 |

# Invoice

| Date | Invoice # |
|:----:|:---------:|
| 11/24/2008 | 10014.3 |

**Bill To**

GM FSS ABP
C/O:  Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421
USA

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
|----------|---------------|-----------|----------|----------|
| PLS06330 | Due on receipt | 11/24/2008 | | 100014 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
|------|------|-------------|-----|------------|-----------|--------|
| 1 | GM Mch 2 Change order 3 | PLS06330 - Sequence 12<br>Item ID: PRQX3404 001 - GF6<br>-Change Order #3 (Machine #2) | 1 | 6,930.00 | 0 | 6,930.00 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen, 616.796.0777,
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| Total | $6,930.00 |
|-------|-----------|
| Payments | $-6,237.00 |
| Balance Due | $693.00 |



**L.K. MACHINERY, INC.**

12480 Superior Court, Suite 2
Holland, MI 49424
www.LKadvantage.com
Tax ID: 20-4951946

# Invoice

| Due Date |
|---|
| 11/24/2008 |

| Date | Invoice # |
|---|---|
| 11/24/2008 | 10014.4 |

**Bill To**

GM FSS ABP
C/O: Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421
USA

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
|---|---|---|---|---|
| PLS06857 | Due on receipt | 11/24/2008 | | 10014 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
|---|---|---|---|---|---|---|
| 1 | GM Mch 2 Change Order 4 | PLS06857 - Sequence 2<br>Item ID: PRPX4124 002 - D364<br>-Change Order #4 - Platforms<br><br>**Machine #2** | 1 | 35,600.00 | 0 | 35,600.00 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen, 616.796.0777,
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| Total | $35,600.00 |
|---|---|
| Payments | $-32,040.00 |
| Balance Due | $3,560.00 |



## L.K. MACHINERY, INC.

12480 Superior Court, Suite 2
Holland, MI  49424
www.LKadvantage.com
Tax ID: 20-4951946

# Invoice

| Due Date |
|----------|
| 12/9/2008 |

| Date | Invoice # |
|------|-----------|
| 12/9/2008 | 10014.02 |

**Bill To**

GM FSS ABP
C/O:  Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421
USA

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
|----------|---------------|-----------|----------|----------|
| PLS06330 | Due on receipt | 12/9/2008 | | 10014 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
|------|------|-------------|-----|-----------|-----------|--------|
| 1 | GM Machine #2 | PLS06330 - Sequence 5 - Item ID: PRIX8172 001 - GF6 -Delivery of diecast machine with platens | 0.15 | 1,447,058.00 | 0 | 217,058.70 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen, 616.796.0777,
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total | $217,058.70 |
| Payments | $-195,352.83 |
| Balance Due | $21,705.87 |



**L.K. MACHINERY, INC.**

12480 Superior Court, Suite 2
Holland, MI  49424
www.LKadvantage.com
Tax ID: 20-4951946

# Invoice

| Due Date |
|----------|
| 12/22/2008 |

| Date | Invoice # |
|------|-----------|
| 12/22/2008 | 10002.05 |

**Bill To**

GM FSS ABP
C/O:  Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
|----------|---------------|-----------|----------|----------|
| PLS06330 | Due on receipt | 12/22/2008 | | 10002 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
|------|------|-------------|-----|------------|------------|--------|
| | Cold Chamber DCM | PLS06330 - Sequence 17 - ID: PRWX3399  001 - A791 Sail Rail Changes CO#5 Machine #1 | 1 | 2,850.00 | 0 | 2,850.00 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen. 616.796.0777,
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total | $2,850.00 |
| Payments | $-2,565.00 |
| Balance Due | $285.00 |



**L.K. MACHINERY, INC.**

12480 Superior Court, Suite 2
Holland, MI 49424
www.LKadvantage.com
Tax ID: 20-4951946

| Due Date |
|----------|
| 12/22/2008 |

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/22/2008 | 10002.06 |

**Bill To**

GM FSS ABP
C/O: Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
|----------|---------------|-----------|----------|----------|
| PLS06330 | Due on receipt | 12/22/2008 | | 10002 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
|------|------|-------------|-----|------------|-----------|--------|
| | Cold Chamber DCM | PLS06330 - Sequence 19 - ID: PRWX3399 003 A791 Hose Carrier CO#6 Machine #1 | 1 | 11,100.00 | 0 | 11,100.00 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen, 616.796.0777.
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| Total | $11,100.00 |
|-------|-----------|
| Payments | $-9,990.00 |
| Balance Due | $1,110.00 |



**L.K. MACHINERY, INC.**

12480 Superior Court, Suite 2
Holland, MI  49424
www.LKadvantage.com
Tax ID: 20-4951946

# Invoice

| Due Date |
|---|
| 12/22/2008 |

| Date | Invoice # |
|---|---|
| 12/22/2008 | 10002.07 |

**Bill To**

GM FSS ABP
C/O:  Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
|---|---|---|---|---|
| PLS06330 | Due on receipt | 12/22/2008 | | 10002 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
|---|---|---|---|---|---|---|
| | Cold Chamber DCM | PLS06330 - Sequence 24 - ID: PRWX3399  005 A791 Various LK/ASD Changes #7 Machine #1 | 1 | 28,560.00 | 0 | 28,560.00 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen, 616.796.0777,
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total | $28,560.00 |
| Payments | $-25,704.00 |
| Balance Due | $2,856.00 |



**L.K. MACHINERY, INC.**

12480 Superior Court, Suite 2
Holland, MI  49424
www.LKadvantage.com
Tax ID: 20-4951946

# Invoice

| Due Date |
| --- |
| 12/22/2008 |

| Date | Invoice # |
| --- | --- |
| 12/22/2008 | 10014.5 |

**Bill To**

GM FSS ABP
C/O: Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421
USA

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
| --- | --- | --- | --- | --- |
| PLS06330 | Due on receipt | 12/22/2008 | | 10014 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| | Cold Chamber DCM | PLS06330 - Sequence 26 - ID: PRWX3401 001 E084 Sail Rail Changes CO#5 Machine #2 | 1 | 2,850.00 | 0 | 2,850.00 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen, 616.796.0777, karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| Total | $2,850.00 |
| --- | --- |
| Payments | $-2,565.00 |
| Balance Due | $285.00 |



## L.K. MACHINERY, INC.

12480 Superior Court, Suite 2
Holland, MI 49424
www.LKadvantage.com
Tax ID: 20-4951946

| Due Date |
|---|
| 12/22/2008 |

# Invoice

| Date | Invoice # |
|---|---|
| 12/22/2008 | 10014.6 |

**Bill To**

GM FSS ABP
C/O:  Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421
USA

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
|---|---|---|---|---|
| PLS 06330 | Due on receipt | 12/22/2008 | | 10014 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
|---|---|---|---|---|---|---|
| | Cold Chamber DCM | PLS06330 - Sequence 27 - ID: PRWX3401 002 E084 Hose Carrier CO #6  Machine #2 | 1 | 11,100.00 | 0 | 11,100.00 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice. contact Karen, 616.796.0777,
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| Total | $11,100.00 |
|---|---|
| Payments | $-9,990.00 |
| Balance Due | $1,110.00 |



**L.K. MACHINERY, INC.**

12480 Superior Court, Suite 2
Holland, MI 49424
www.LKadvantage.com
Tax ID: 20-4951946

| Due Date |
| --- |
| 12/22/2008 |

# Invoice

| Date | Invoice # |
| --- | --- |
| 12/22/2008 | 10014.7 |

**Bill To**

GM FSS ABP
C/O: Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421
USA

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
| --- | --- | --- | --- | --- |
| PLS06330 | Due on receipt | 12/22/2008 | | 10014 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| | Cold Chamber DCM | PLS06330 - Sequence 29 - ID: PRWX3401 004 - E084 Various LK/ASD Changes #7 Machine 2 | 1 | 28,560.00 | 0 | 28,560.00 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen, 616.796.0777.
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| Total | $28,560.00 |
| --- | --- |
| Payments | $-25,704.00 |
| Balance Due | $2,856.00 |



## L.K. MACHINERY, INC.

12480 Superior Court, Suite 2
Holland, MI  49424
www.LKadvantage.com
Tax ID: 20-4951946

# Invoice

| Due Date |
|----------|
| 1/29/2009 |

| Date | Invoice # |
|------|-----------|
| 1/29/2009 | 10015.01 |

**Bill To**

GM FSS ABP
C/O:  Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421
United States

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
|----------|---------------|-----------|----------|----------|
| PLS06330 | Due on receipt | 1/29/2009 | | 10015 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
|------|------|-------------|-----|------------|-----------|--------|
| 1 | GM Machine #3 | PLS06330 - Sequence 1 - Item ID: PRIX8169 001 - RWD Delivery of diecast machine " Changes Previous Invoice" | 0.85 | 1,447,058.00 | 0 | 1229999.30 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen, 616.796.0777,
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| Total | $1,229,999.30 |
|-------|---------------|
| Payments | $-1,106,999.37 |
| Balance Due | $122,999.93 |



**L.K. MACHINERY, INC.**

12480 Superior Court, Suite 2
Holland, MI 49424
www.LKadvantage.com
Tax ID: 20-4951946

# Invoice

| Due Date |
| --- |
| 1/29/2009 |

| Date | Invoice # |
| --- | --- |
| 1/29/2009 | 10015.04 |

**Bill To**

GM FSS ABP
C/O:  Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421
United States

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
| --- | --- | --- | --- | --- |
| PLS06330 | Due on receipt | 1/29/2009 | | |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| | GM Machine #3 | PLS06330 - Sequence 1 - Item ID: PRIX8169 001 - RWD Dummy Dummy Invoice for Revenue Recognition Only Review with Bill when actual invoice is going to be sent Out | 0.15 | 1,447,058.00 | 0 | 217,058.70 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen, 616.796.0777,
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| | |
| --- | --- |
| Total | $217,058.70 |
| Payments | $-195,352.83 |
| Balance Due | $21,705.87 |



**L.K. MACHINERY, INC.**

12480 Superior Court, Suite 2
Holland, MI  49424
www.LKadvantage.com
Tax ID: 20-4951946

| Due Date |
|----------|
| 1/29/2009 |

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/29/2009 | 10015.3 |

**Bill To**

GM FSS ABP
C/O:  Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421
United States

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
|----------|---------------|-----------|----------|----------|
| PLS06330 | Due on receipt | 1/29/2009 | | 10015 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
|------|------|-------------|-----|------------|------------|--------|
| 1 | Cold Chamber DCM | PLS06330 Sequence 10 -ID: PRQX3403 001 D364 Various Electrical/Hydraulic Changes Change Order 3 Machine 3 | 1 | 6,930.00 | 0 | 6,930.00 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen, 616.796.0777,
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total** | $6,930.00 |
| **Payments** | $-6,237.00 |
| **Balance Due** | $693.00 |

## L.K. MACHINERY, INC.

12480 Superior Court, Suite 2
Holland, MI  49424
www.LKadvantage.com
Tax ID: 20-4951946

# Invoice

| Due Date |
|----------|
| 1/29/2009 |

| Date | Invoice # |
|------|-----------|
| 1/29/2009 | 10015.4 |

**Bill To**

GM FSS ABP
C/O:  Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421
United States

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
|----------|---------------|-----------|----------|----------|
| PLS06858 | Due on receipt | 1/29/2009 | | 10015 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
|------|------|-------------|-----|------------|-----------|--------|
| 1 | Cold Chamber DCM | PLS06858 - Sequence 1 - ID: PRX4264 001 D364 Change Order 4 Platforms  Machine 4 | 1 | 35,600.00 | 0 | 35,600.00 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen. 616.796.0777,
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| Total | $35,600.00 |
|-------|-----------|
| Payments | $-32,040.00 |
| Balance Due | $3,560.00 |



**L.K. MACHINERY, INC.**

12480 Superior Court, Suite 2
Holland, MI 49424
www.LKadvantage.com
Tax ID: 20-4951946

# Invoice

| Due Date |
| --- |
| 1/29/2009 |

| Date | Invoice # |
| --- | --- |
| 1/29/2009 | 10015.5 |

**Bill To**

GM FSS ABP
C/O: Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421
United States

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
| --- | --- | --- | --- | --- |
| PLS06330 | Due on receipt | 1/29/2009 | | 10015 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Cold Chamber DCM | PLS06330 - Sequence 18 - ID: PRWX3399 002 D364 Sail Rail Changes CO#5 Machine#3 | 1 | 2,850.00 | 0 | 2,850.00 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen. 616.796.0777,
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| Total | $2,850.00 |
| --- | --- |
| Payments | $0.00 |
| Balance Due | $2,850.00 |



**L.K. MACHINERY, INC.**

12480 Superior Court, Suite 2
Holland, MI  49424
www.LKadvantage.com
Tax ID: 20-4951946

# Invoice

| Due Date |
|----------|
| 1/29/2009 |

| Date | Invoice # |
|------|-----------|
| 1/29/2009 | 10015.6 |

**Bill To**

GM FSS ABP
C/O:  Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421
United States

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
|----------|---------------|-----------|----------|----------|
| PLS06330 | Due on receipt | 1/29/2009 |  | 10015 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
|------|------|-------------|-----|------------|------------|--------|
| 1 | Cold Chamber DCM | PLS06330 - Sequence 14 - ID: PRWX3400 001 D364  Hose Carrier CO#6  Machine 3 | 1 | 10,000.00 | 0 | 10,000.00 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen, 616.796.0777,
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total | $10,000.00 |
| Payments | $-9,000.00 |
| Balance Due | $1,000.00 |



**L.K. MACHINERY, INC.**

12480 Superior Court, Suite 2
Holland, MI 49424
www.LKadvantage.com
Tax ID: 20-4951946

| Due Date |
|---|
| 1/29/2009 |

# Invoice

| Date | Invoice # |
|---|---|
| 1/29/2009 | 10015.7 |

**Bill To**

GM FSS ABP
C/O: Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421
United States

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
|---|---|---|---|---|
| PLS06330 | Due on receipt | 1/29/2009 | | 10015 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
|---|---|---|---|---|---|---|
| | Cold Chamber DCM | PLS06330 Sequence 15 - ID: PRWX3400 002 - D364 Various LK/ASD Change Order#7 Machine 3 | 1 | 28,560.00 | 0 | 28,560.00 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen, 616.796.0777.
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| Total | $28,560.00 |
|---|---|
| Payments | $-25,704.00 |
| Balance Due | $2,856.00 |



**L.K. MACHINERY, INC.**

12480 Superior Court, Suite 2
Holland, MI 49424
www.LKadvantage.com
Tax ID: 20-4951946

# Holdback Invoice

| Due Date |
|----------|
| 2/17/2009 |

| Date | Invoice # |
|------|-----------|
| 2/17/2009 | 20059.01 |

**Bill To**

GM FSS ABP
C/O: Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421

| P.O. No. | Payment Terms | Ship Date | Ship Via | Job # |
|----------|---------------|-----------|----------|-------|
| PLS06330 002 | Due on receipt | 2/17/2009 | | 10002 |

| Line | Item | Description | Qty | Unit Price | Amount |
|------|------|-------------|-----|------------|--------|
| 1 | Change Order | PRPX2258 001 MECR: 6832 Rework Paint Color on DCM Moving Parts = Orange per ANSI Z535.1-1988 Impacts PR#1X8169<br><br>*** Balance of Funds Due "Hold Back Billing" *** | 1 | 300.00 | 300.00 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen, 616.796.0777,
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| Total | $300.00 |
|-------|---------|
| Payments | $0.00 |
| **Balance Due** | **$300.00** |



**L.K. MACHINERY, INC.**

12480 Superior Court, Suite 2
Holland, MI  49424
www.LKadvantage.com
Tax ID: 20-4951946

| Due Date |
|----------|
| 2/18/2009 |

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/18/2009 | 10016.01 |

**Bill To**

GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421
United States

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
|----------|---------------|-----------|----------|----------|
| PLS06330 | Due on receipt | 2/17/2009 | | 10016 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
|------|------|-------------|-----|------------|------------|--------|
| I | GM Machine #4 | PLS06330 - Sequence 3 - Item PRIX8027 001 - FWD<br><br>Delivery of Diecasting Machine | 0.85 | 1,447,058.00 | 0 | 1229999.30 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen, 616.796.0777,
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| Total | $1,229,999.30 |
|-------|---------------|
| Payments | $-1,106,999.37 |
| Balance Due | $122,999.93 |

 **L.K. MACHINERY, INC.**

12480 Superior Court, Suite 2
Holland, MI 49424
www.LKadvantage.com
Tax ID: 20-4951946

| Due Date |
|----------|
| 2/18/2009 |

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/18/2009 | 10016.3 |

**Bill To**

GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421
United States

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
|----------|---------------|-----------|----------|----------|
| PLS06330 | Due on receipt | 2/17/2009 | | 10016 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
|------|------|-------------|-----|-----------|-----------|--------|
| 1 | Cold Chamber DCM | PLS06330 - Sequence 8 ID: PRQX3403 001 Electrical/Hydraulic Items | 1 | 6,930.00 | 0 | 6,930.00 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen, 616.796.0777,
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| Total | $6,930.00 |
|-------|-----------|
| Payments | $-6,237.00 |
| Balance Due | $693.00 |



**L.K. MACHINERY, INC.**

12480 Superior Court, Suite 2
Holland, MI  49424
www.LKadvantage.com
Tax ID: 20-4951946

# Invoice

| Due Date |
|----------|
| 2/18/2009 |

| Date | Invoice # |
|------|-----------|
| 2/18/2009 | 10016.4 |

**Bill To**

GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421
United States

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
|----------|---------------|-----------|----------|----------|
| PRPX06858 | Due on receipt | 2/18/2009 | | 10016 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
|------|------|-------------|-----|-----------|-----------|--------|
| 1 | Cold Chamber DCM | PLS06858 Sequence 1 ID: PRPX4264 001 Platforms | 1 | 35,600.00 | 0 | 35,600.00 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen, 616.796.0777,
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| Total | $35,600.00 |
|-------|-----------|
| Payments | $-32,040.00 |
| Balance Due | $3,560.00 |



**L.K. MACHINERY, INC.**

12480 Superior Court, Suite 2
Holland, MI  49424
www.LKadvantage.com
Tax ID: 20-4951946

# Invoice

| Due Date |
|---|
| 2/18/2009 |

| Date | Invoice # |
|---|---|
| 2/18/2009 | 10016.6 |

**Bill To**

GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421
United States

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
|---|---|---|---|---|
| PLS06330 | Due on receipt | 2/18/2009 | | 10016 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
|---|---|---|---|---|---|---|
| 1 | Cold Chamber DCM | PLS06330 Sequence 20 ID: PRWX3399 004<br>Hose Carrier | 1 | 10,000.00 | 0 | 10,000.00 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen. 616.796.0777,
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| Total | $10,000.00 |
|---|---|
| Payments | $-9,000.00 |
| Balance Due | $1,000.00 |



## L.K. MACHINERY, INC.

12480 Superior Court, Suite 2
Holland, MI  49424
www.LKadvantage.com
Tax ID: 20-4951946

**Due Date**

2/18/2009

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/18/2009 | 10016.7 |

**Bill To**

GM FSS ABP
C/O Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421
United States

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
|----------|---------------|-----------|----------|----------|
| PLS06330 | Due on receipt | 2/18/2009 | | 10016 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
|------|------|-------------|-----|------------|-----------|--------|
| I | Cold Chamber DCM | PLS06330 Sequence 24 ID: PRWX3399 005 ASD/LK Changes | 1 | 28,560.00 | 0 | 28,560.00 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen, 616.796.0777.
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total** | $28,560.00 |
| **Payments** | $-25,704.00 |
| **Balance Due** | $2,856.00 |



**L.K. MACHINERY, INC.**

12480 Superior Court, Suite 2
Holland, MI  49424
www.LKadvantage.com
Tax ID: 20-4951946

# Invoice

| Due Date |
| --- |
| 4/27/2009 |

| Date | Invoice # |
| --- | --- |
| 4/27/2009 | 10029.7 |

**Bill To**

GM FSS ABP
C/O:  Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421
United States

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
| --- | --- | --- | --- | --- |
| PLS06330 | Due on receipt | 4/27/2009 | | 10029.7 |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| | GM 1 Time  Cont Eng | PLS06330 - Sequence 8<br>Item ID: PRWX3399 Change Order #10<br>ASD " One Time Mechanical and<br>Controls Engineering Changes"<br>Total of Change Order $39,200<br>@87.755% Billed | 1 | 34,400.00 | 0 | 34,400.00 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen. 616.796.0777.
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| Total | $34,400.00 |
| --- | --- |
| Payments | $0.00 |
| Balance Due | $34,400.00 |



**L.K. MACHINERY, INC.**

12480 Superior Court, Suite 2
Holland, MI  49424
www.LKadvantage.com
Tax ID: 20-4951946

# Invoice

| Due Date |
| --- |
| 4/27/2009 |

| Date | Invoice # |
| --- | --- |
| 4/27/2009 | 10029.8 |

**Bill To**

GM FSS ABP
C/O:  Olimpic Receipting
PO Box 63490
Phoenix, AZ 85082-3490
United States

**Ship To**

GM Powertrain
105 GM Drive
Bedford, IN 47421
United States

| P.O. No. | Payment Terms | Ship Date | Ship Via | S.O. No. |
| --- | --- | --- | --- | --- |
| PLS06330 | Due on receipt | 4/27/2009 | | |

| Line | Item | Description | Qty | Unit Price | Backord... | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| | GM 1 Time Prj Mgm & Co... | PLS06330 - Sequence 10<br>Item ID: PRWX3401<br>Change Order #11  ASD<br>Change Order Total $22,750<br>@75.165% Invoiced | 1 | 17,100.00 | 0 | 17,100.00 |

Make all checks payable to L.K. Machinery, Inc.
If you have any questions concerning this invoice, contact Karen, 616.796.0777.
karen@lkadvantage.com

THANK YOU FOR YOUR BUSINESS!

| Total | $17,100.00 |
| --- | --- |
| Payments | $0.00 |
| Balance Due | $17,100.00 |