# Schedule 1

**SCHEDULE 1**
**Summary of Illinois Tools Works Inc. Cure Costs**

**GM - Pre Petition**
**Open Inovices Prior to June 1**

| UNIT | DUNS Remit # | Amount | | | | |
|---|---|---|---|---|---|---|
| Tekfast | 049816044 | 134,666.37 | | | | |
| Engineered Fasteners | 099051716 | 113,703.14 | | | | |
| Superb | 155293442 | 11,113.52 | | | | |
| Shakeproof | 56620669 | 127,695.28 | | | | |
| Anchor Fasteners | 017722331 | 25,790.06 | | | | |
| Medalist | RD 825216302 | 63,349.43 | | | | |
| Produx | 801513623 | 574,899.53 | | | | |
| Powertrain | 806747205 | 22,275.47 | | | | |
| Southland | 003174240 | 84,500.00 | | | | |
| Morgan | 812522506 | 25,005.56 | | | | |
| TN | 808532071 | 382,646.60 | | | | |
| CT | 610586992 | 11,714.50 | | | | |
| Unapplied cash no detail rec'd 5/28 | | (456,170.95) | | | | |
| **Total Fasteners - NA** | | **1,121,188.51** | | | | |
| Delfast Germany | 499000800 | 29,872.38 | USD | 21,460.04 | EURO | @ 6/18 |
| ITW Sweden | 354997074 | 20,171.00 | USD | | | |
| **Total Fasteners - INT"L** | | **50,043.38** | | | | |
| **TOTAL FASTENERS** | | **1,171,231.89** | | | | |
| Tomco | 051627594 | 579.90 | | | | |
| B&I Frankfort | 123878444 | 643.14 | | | | |
| Shanghai | 545252710 | 770,000.00 | | | | |
| Filtration | 041930293 | 2,847.70 | | | | |
| B&I | 361830441 | 348,869.58 | | | | |
| Filtertek | 848007910 | 267,183.03 | There are two remit numbers, | | | |
| | 005524061 | | but did not split for this exercise | | | |
| **TOTAL COMPONENTS** | | **1,390,123.35** | | | | |
| **GRAND TOTAL** | | **2,561,355.24** | | | | |