UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re                                        :
                                             :    Chapter 11 Case No.
GENERAL MOTORS CORP., *et al.*,              :
                                             :    09-50026(REG)
            Debtors.                         :
                                             :    (Jointly Administered)
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I hereby certify that on June 19, 2009, I filed, and thereby caused, **United Parcel Service, Inc.'s Objection to Cure Amounts** to be served via electronic mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system, and further, to the following parties via overnight delivery:

The Debtors
c/o General Motors Corporation
Attn: Warren Command Center, Mailcode 480-206-114
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, NY 10153

U.S. Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY 10281

QB\8268407.1

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
Attorneys for the Export Development Canada
1633 Broadway, 47th Floor
New York, Ny 10019

Office of the United States Trustee
For the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, NY 100004

                                                                                    /s/ Lauren N. Nachinson
                                                                                      Lauren N. Nachinson

QB\8268407.1