WINDELS MARX LANE & MITTENDORF, LLP          Hearing: June 30, 2009 @ 9:45 a.m.
156 West 56th Street
New York, New York 10019
Telephone (212) 237-1000
Attorney Appearing: Leslie S. Barr (lbarr@windelsmarx.com)
      -and-
HOWARD & HOWARD ATTORNEYS, PLLC
450 West Fourth Street
Royal Oak, Michigan 48067
Telephone (248) 723-0296
Lisa S. Gretchko (LGretchko@HowardandHoward.com)

*Attorneys for Plastic Omnium Auto Exteriors, L.L.C., Plastic Omnium*
*Auto Exteriores, S.A. de C.V., Burelle, S.A., and Inoplast Composites, S.A. de C.V.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re

GENERAL MOTORS CORP., et al.,

                Debtors.
---------------------------------------------------------x

      Chapter 11

      Case No. 09-50026 (REG)

      (Jointly Administered)

**AFFIDAVIT OF SERVICE BY ECF NOTIFICATION, FACSIMILE**
**TRANSMISSION  AND FEDERAL EXPRESS OVERNIGHT DELIVERY**

STATE OF NEW YORK    )
                              ) SS.:
COUNTY OF NEW YORK  )

Tracy E. Heston, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, is employed at Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019, and that on June 19, 2009, I served the:

OBJECTION OF LLOYD A. GOOD, JR. AND JOINDER WITH OBJECTION OF UNOFFICIAL COMMITTEE OF FAMILY & DISSIDENT GM BONDHOLDERS TO DEBTORS' PROPOSED SALE OF SUBSTANTIALLY ALL ASSETS

| By ECF transmission upon: ||
|---|---|
| Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Babette Ceccotti, Esq.<br>Cohen, Weiss & Simon, LLP<br>330 West 42nd Street<br>New York, NY 1036 |

{10515436:1}

| | |
|---|---|
| James L. Bromley, Esq.<br>Cleary Gottlieb Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 10006 | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 |
| Matthew L. Schwartz, Esq.<br>David S. Jones, Esq.<br>Assistant United States Attorney<br>Southern District of New York<br>86 Chambers Street, Third Floor<br>New York, NY 10001 | Michael J. Edelman, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 |
| By Federal Express overnight delivery upon: ||
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025<br>Attn: Warren Command Center<br>Mail code 480-206-114 | Matthew Feldman, Esq.<br>U.S. Treasury<br>1500 Pennsylvania Ave., NW, Room 2312<br>Washington, DC 20220 |
| By facsimile transmission upon: ||
| Michael L. Schein, Esq.<br>Vedder Price, PC<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>Facsimile no. 212-407-7799 | Diana G. Adams, Esq.<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Facsimile no. 212-668-2255 |

By delivering a true copy (i) via Electronic Filing on the Court's ECF System, (ii) in a pre-addressed Federal Express envelope to the address designated by said party; and (iii) to the respective facsimile numbers indicated above.

Sworn to before me this                              /s/ Tracy E. Heston
19th day of June 2009                         Tracy E. Heston

/s/ Maritza Searra
Maritza Segarra
Notary Public, State of New York
No. 03-4652865
Qualified in Westchester County
Commission Expires December 31, 2009

{10515436:1}