UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Martin J. Weis, a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of Delaware hereby request admission, *pro hac vice*, to represent Medco Health Solutions, Inc. in the above-captioned bankruptcy cases. My contact information is as follows:

Mailing address: Dilworth Paxson LLP, 1500 Market Street, Suite 3500E, Philadelphia, PA 19102; E-mail address: mweis@dilworthlaw.com; Telephone number: (215) 575-7000.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 19, 2009.

DILWORTH PAXSON LLP

By:   /s/ Martin J. Weis
Martin J. Weis
*Dilworth Paxson LLP*
1500 Market Street, Suite 3500E
Philadelphia, PA 19102-2101
Telephone: (215) 575-7000
Facsimile: (215) 575-7200
mweis@dilworthlaw.com

Attorney for Medco Health Solutions, Inc.

812128_1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

**ORDERED** that Martin J. Weis is admitted *pro hac vice,* to practice in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
       New York, New York

 

_____
UNITED STATES BANKRUPTCY JUDGE

812128_1