WINDELS MARX LANE & MITTENDORF, LLP            Hearing: June 30, 2009 @ 9:45 a.m.
156 West 56th Street
New York, New York 10019
Telephone (212) 237-1000
Attorney Appearing: Leslie S. Barr (lbarr@windelsmarx.com)
        -and-
HOWARD & HOWARD ATTORNEYS, PLLC
450 West Fourth Street
Royal Oak, Michigan 48067
Telephone (248) 723-0296
Lisa S. Gretchko (LGretchko@HowardandHoward.com)

*Attorneys for Plastic Omnium Auto Exteriors, L.L.C., Plastic Omnium*
*Auto Exteriores, S.A. de C.V., Burelle, S.A., and Inoplast Composites, S.A. de C.V.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re

GENERAL MOTORS CORP., et al.,

                        Debtors.
-------------------------------------------------------x

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

**AFFIDAVIT OF SERVICE BY ECF NOTIFICATION AND FACSIMILE TRANSMISSION**

STATE OF NEW YORK        )
                         ) SS.:
COUNTY OF NEW YORK       )

Tracy E. Heston, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, is employed at Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019, and that on June 19, 2009, I served a true copy of the:

LIMITED OBJECTION AND RESERVATION OF RIGHTS OF PLASTIC OMNIUM AUTO EXTERIORS, L.L.C., PLASTIC OMNIUM AUTO EXTERIORES S.A. de C.V., BURELLE S.A., AND INOPLAST COMPOSITES, S.A. de C.V. TO DEBTORS' PROPOSED ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS by ECF as follows:

| By ECF transmission upon: ||
|---|---|
| Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Kramer Levin, Esq.<br>Gordon Z. Novod, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |

{10515403:2}

| | |
|---|---|
| James L. Bromley, Esq.<br>Cleary Gottlieb Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 10006 | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 |
| Matthew L. Schwartz, Esq.<br>David S. Jones, Esq.<br>Assistant United States Attorney<br>Southern District of New York<br>86 Chambers Street, Third Floor<br>New York, NY 10001 | Michael J. Edelman, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 |
| Babette Ceccotti, Esq.<br>Cohen, Weiss & Simon, LLP<br>330 West 42nd Street<br>New York, NY 1036 | |

| By Federal Express overnight delivery upon: ||
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025<br>Attn: Warren Command Center<br>Mail code 480-206-114 | Matthew Feldman, Esq.<br>U.S. Treasury<br>1500 Pennsylvania Ave., NW, Room 2312<br>Washington, DC 20220 |

| By facsimile transmission upon: ||
|---|---|
| Michael L. Schein, Esq.<br>Vedder Price, PC<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>Facsimile no. 212-407-7799 | Diana G. Adams, Esq.<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Facsimile no. 212-668-2255 |

(i) via Electronic Filing on the Court's ECF System, (ii) in a pre-addressed Federal Express envelope to the address designated by said party; and (iii) to the respective facsimile numbers indicated above.

Sworn to before me this                    /s/ Tracy E. Heston
19th day of June 2009                    Tracy E. Heston

/s/ Maritza Segarra
Maritza Segarra
Notary Public, State of New York
No. 03-4652865
Qualified in Westchester County
Commission Expires December 31, 2009

{10515403:2}