Richard Bernard
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200

Joseph F. Hutchinson, Jr.
Eric Goodman
Wendy J. Gibson
BAKER & HOSTETLER LLP
3200 National City Center
1900 E. 9th St.
Cleveland OH 44114
Telephone: (216) 621-0200

*Attorneys for Cloyes Gear and Products, Inc.,
Shiloh Industries, Inc., Stoneridge, Inc.,
Stoneridge Pollak, Ltd., Hi-Stat Mfg.,
Pollak Switch Products, Veyance Technologies, Inc.
Bendix Commercial Vehicle Systems, LLC and its
affiliated entities, Scripps Networks, LLC,
individually and as managing general partner
on behalf of Television Food Network, G.P.,
Ohio Bureau of Workers' Compensation and
Richland County, Ohio*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| | (Jointly Administered) |
| Debtors. | |

---------------------------------------------------------------x

**VERIFIED STATEMENT OF RICHARD J. BERNARD OF BAKER &
HOSTETLER LLP PURSUANT TO BANKRUPTCY RULE 2019**

Richard J. Bernard of Baker & Hostetler LLP ("B&H") hereby makes this

verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

102823655

1. B&H represents the following parties as creditors (the "B&H Creditors") of the debtors ("Debtors") in the above-captioned cases:

| NAME | ADDRESS |
|---|---|
| Cloyes Gear and Products, Inc. | 6101 Phoenix Avenue<br>Suite #2<br>Fort Smith, AR  72903 |
| Stoneridge, Inc. | 9400 East Market Street<br>Warren, OH  44484 |
| Stoneridge Pollak, Ltd. | 9400 East Market Street<br>Warren, OH  44484 |
| Hi-Stat Mfg. | 9400 East Market Street<br>Warren, OH  44484 |
| Pollak Switch Products | 9400 East Market Street<br>Warren, OH  44484 |
| Veyance Technologies, Inc. | 703 S. Cleveland Massillon Road<br>Fairlawn, OH 44333-3023 |
| Scripps Networks, LLC, individually and as managing general partner on behalf of Television Food Network, G.P. | 1180 Avenue of the Americas<br>New York, NY 10036 |
| Shiloh Industries, Inc. | 800 Steel Drive<br>Valley City, OH  44280 |
| Bendix Commercial Vehicle Systems, LLC and its affiliated entities | 901 Cleveland Street<br>Elyria, OH 44035 |
| Ohio Bureau of Workers' Compensation | 30 W Spring Street,<br>Columbus, OH 43215 |
| Richland County, Ohio | 38 South Park - Second Floor<br>Mansfield, OH 44902 |

2. As of the petition date, each of the B&H Creditors is a creditor of Debtors for monies owed. B&H represents each of the B&H Creditors individually, and each such creditor is acting in its own capacity and not as a part of an ad hoc committee or consortium.

3. A notice of appearance on behalf of certain of the B&H Creditors is being filed contemporaneously with this document.

4. In the future, B&H may undertake other engagements that may result in additional representations in the above-captioned cases. Should B&H represent additional parties in this matter, this Verified Statement will be supplemented.

Dated: New York, New York
       June 19, 2009

BAKER & HOSTETLER LLP

By: */s/ Richard J. Bernard*
Douglas E. Spelfogel
Richard Bernard
45 Rockefeller Plaza,
New York, New York 10111
(212) 589-4200

Joseph F. Hutchinson, Jr.
Eric Goodman
Wendy J. Gibson
BAKER & HOSTETLER LLP
3200 National City Center
1900 E. 9th St.
Cleveland OH 44114
Telephone: (216) 621-0200

*Attorneys for Cloyes Gear and Products, Inc., Shiloh Industries, Inc., Stoneridge, Inc., Stoneridge Pollak, Ltd., Hi-Stat Mfg., Pollak Switch Products, Veyance Technologies, Inc., Bendix Commercial Vehicle Systems, LLC and its affiliated entities, Scripps Networks, LLC, individually and as managing general partner on behalf of Television Food Network, G.P., Ohio Bureau of Workers' Compensation and Richland County, Ohio*