Thomas K. Lindahl, Esq.
McDonald Hopkins PLC
39533 Woodward Ave., Suite 318
Bloomfield Hills, MI 48304
Phone: 248.646.5070
Fax: 248.646.5075
E-mail: tlindahl@mcdonaldhopkins.com

**Counsel to Chemico Mays, LLC**

United States Bankruptcy Court
Southern District of New York

_____

| | |
|---|---|
| In re: | Chapter 11 |
| General Motors Corp., *et al.*, | Case No. 09-50026 (REG) |
| | (Jointly Administered) |

_____

### WITHDRAWAL OF LIMITED OBJECTION AND AMENDED LIMITED OBJECTION TO THE PROPOSED ASSUMPTION AND ASSIGNMENT OF THE ASSUMABLE EXECUTORY CONTRACTS OF CHEMICO MAYS, LLC

Chemico Mays, LLC ("Chemico Mays") hereby withdraws its amended limited objection (the "Objection") to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto (the "Notice of Intent"), served upon Chemico Mays by the Debtors pursuant to this Court's Order Pursuant to 11 U.S.C. §§ 105, 363, and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006 (IIII) Approving Procedures for Sale of Debtors' Assets Pursuant to Master Sale and Purchase Agreement With Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser; (IV) Scheduling Bid Deadline and Sale Hearing Date; (III) Establishing Assumption and Assignment Procedures; and (V) Fixing Notice Procedures and Approving Form of Notice (the "Bidding Procedures Order").

{1768816:2}

Respectfully Submitted

MCDONALD HOPKINS PLC

By: /s/ Thomas K. Lindahl
Thomas K. Lindahl (P30741)
39533 Woodward Ave., Suite 318
Bloomfield Hills, MI 48304
Phone: 248.646.5070
Fax: 248.646.5075
E-mail: tlindahl@mcdonaldhopkins.com

**COUNSEL TO CHEMICO MAYS, LLC**

{1768816:2}