**EPSTEIN BECKER GREEN P.C.**
Paul Traub (PT 3752)
Wendy G. Marcari (WM 8494)
250 Park Avenue
New York, New York  10177-1211
(212) 351-4500
(212) 878-8792 (fax)
PTraub@ebglaw.com
WMarcari@ebglaw.com

*Counsel to Avery Dennison Corporation, YRC Inc., formerly known as Roadway Express, Inc., YRC Logistics Services, Inc., YRC Worldwide, Inc., USF Holland Inc. and Securitas USA, Inc.*

and

**FRANTZ WARD LLP**
John F. Kostelnik, Esq. (Ohio #0014919)
Matthew H. Matheney, Esq. (Ohio #0069974)
Timothy J. Richards, Esq. (Ohio #0078198)
2500 Key Center, 127 Public Square
Cleveland, OH  44114-1230
(216) 515-1660
(216) 515-1650 (fax)
jkostelnik@frantzward.com
mmatheney@frantzward.com
trichards@frantzward.com

*Counsel to Avery Dennison Corporation, YRC Inc., formerly known as Roadway Express, Inc., YRC Logistics Services, Inc., YRC Worldwide, Inc. and USF Holland Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------X

NY:3522813v1

# VERIFIED STATEMENT OF EPSTEIN BECKER & GREEN, P.C. AND FRANTZ WARD LLP PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Epstein Becker & Green, P.C. ("EBG") and Frantz Ward LLP ("Frantz Ward"), hereby submit this verified statement of multiple representations and disclose the following:

1.  EBG and Frantz Ward are co-counsel to the following creditors or parties in interest in connection with the bankruptcy cases of the above-captioned debtors and debtors-in possession (collectively, the "Debtors"):

YRC Inc.
10990 Roe Avenue
Overland Park, KS 66211

YRC Worldwide Inc.
10990 Roe Avenue
Overland Park, KS 66211

YRC Logistics Services, Inc.
208 S LaSalle Street, Suite 814
Chicago, IL 60604

USF Holland Inc.
750 East 40th Street
Holland, MI 49423

Avery Dennison Corporation
8080 Norton Parkway
Mentor, OH 44060

2.  In addition, EBG (unrelated to Frantz Ward) represents the following creditor or party in interest in connection with the Debtor's bankruptcy cases (collectively, with the entities identified in paragraph 1, above, the "Parties"):

Securitas USA, Inc.
4330 Park Terrace Drive
Westlake Village, CA 91361

3.  Each of the Parties has retained EBG and Frantz Ward, as applicable, to

represent its respective interests in connection with the Debtors' bankruptcy cases.

4. Each of the Parties holds a claim and/or is a party to an agreement with the Debtors that is impacted and/or implicated by the Debtor's bankruptcy cases.

5. The specific nature and amount of the claims or interests held by the Parties has been or will be set forth in proofs of claims or other pleadings filed in the Debtors' cases.

6. EBG and Frantz Ward hereby expressly reserve the right to supplement and/or amend this Verified Statement to the extent it may be necessary.

[remainder of page intentionally left blank]

The undersigned hereby verify under penalty of perjury that the foregoing statements are true and correct to the best of the undersigneds' knowledge, information and belief.

Dated:    June 19, 2009
          New York, New York

Respectfully submitted,

**EPSTEIN BECKER & GREEN, P.C.**

By: /s/ Wendy G. Marcari
Paul Traub (PT 3752)
Wendy G. Marcari (WM 8494)
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
(212) 878-8792 (fax)
PTraub@ebglaw.com
WMarcari@ebglaw.com

-and-

**FRANTZ WARD LLP**

By: /s/ John F. Kostelnik
John F. Kostelnik, Esq. (Ohio #0014919)
Matthew H. Matheney, Esq. (Ohio #0069974)
Timothy J. Richards, Esq. (Ohio #0078198)
2500 Key Center, 127 Public Square
Cleveland, OH 44114-1230
(216) 515-1660
(216) 515-1650 (fax)
jkostelnik@frantzward.com
mmatheney@frantzward.com
trichards@frantzward.com