CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
T: (973) 535-0500
F:973-535-9217
Stephen V. Falanga (SF 6414)
Philip W. Allogramento III (PA7796)
*Counsel for Panasonic Electric Works Corporation of America*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **GENERAL MOTORS CORPORATION,** *et al.*, | **Case No. 09-50026 (REG)** |
| | **Jointly Administered** |
| **Debtors.** | |

## NOTICE OF RECLAMATION CLAIM OF PANASONIC ELECTRIC WORKS CORPORATION OF AMERICA

PLEASE TAKE NOTICE that, in accordance with 11 U.S.C. §546(c), and other applicable non-bankruptcy law, Panasonic Electric Works Corporation of America ("PEWA") hereby asserts a reclamation claim in the amount of $338,759.01 for goods delivered to the debtors, General Motors Corporation, *et al.* ("Debtors"), during the 45 days prior to the commencement of the Debtors' bankruptcy case on June 1, 2009. The reclamation demand letter along with an attached summary and copies of relevant invoices, were served upon the Debtors' counsel and the Debtor on June 19, 2009, and is attached hereto and incorporated herein by reference as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that PEWA reserves all of its rights with respect to the goods and invoices asserted in this notice and reserves the right to assert any additional rights it may have under applicable law, including PEWA's right to administrative expense payment

2167372-01

status for goods received by the Debtors within 20 days of the petition date as required under

§503(b)(9) of the Bankruptcy Code.

Respectfully Submitted,

CONNELL FOLEY LLP
Counsel for Panasonic Electric Works
*Corporation of America*

By:    */s/ Stephen V. Falanga*
          Stephen V. Falanga  (SF 6414)

Dated: June 19, 2009

2167372-01