# Exhibit A

## Reclamation Demand

# CONNELL FOLEY LLP

## ATTORNEYS AT LAW

JOHN A. PINDAR (1969)
GEORGE W. CONNELL (2005)
ADRIAN M. FOLEY, JR.
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
WILLIAM H. GRAHAM*
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. MCAULEY
PETER J. PIZZI*†
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. MCBRIDE*
JEFFREY W. MORYAN
JOHN K. BENNETT
PETER J. SMITH*
BRIAN G. STELLER
PHILIP F. MCGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY
TIMOTHY E. CORRISTON*
ERNEST W. SCHOELLKOPFF†
PATRICK J. HUGHES**
JAMES C. MCCANN*
JOHN D. CROMIE
ANGELA A. IUSO*
GLENN T. DYER

*ALSO ADMITTED IN NEW YORK
†ALSO ADMITTED IN PENNSYLVANIA

WILLIAM T. MCGLOIN*
BRENDAN JUDGE
CHARLES J. HARRINGTON III†
DAREN S. MCNALLY*
STEPHEN V. FALANGA*
JEFFREY L. O'HARA
TRICIA O'REILLY*
ANTHONY J. VITIELLO*†
MARC D. HAEFNER
JONATHAN P. MCHENRY
JAMES P. RHATICAN*
MATTHEW W. BAUER*
BRAD D. SHALIT*
W. NEVINS MCCANN*
THOMAS J. O'LEARY*
MITCHELL W. TARASCHI
BARBARA M. ALMEIDA*

————
COUNSEL
JOHN W. BISSELL
JOHN B. LA VECCHIA
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*
STEVE BARNETT*
KARIN I. SPALDING*
JODI ANNE HUDSON*
CORNELIUS J. O'REILLY*
RICHARD A. JAGEN
NANCY A. SKIDMORE*
THOMAS M. SCUDERI

ELIZABETH M. TRANTINA*
M. TREVOR LYONS*
CRAIG S. DEMARESKI*
ELIZABETH W. EATON
JOSEPH M. MURPHY
JASON E. MARX*
MICHAEL A. SHADIACK
OWEN C. MCCARTHY
PATRICIA A. LEE*†
DOUGLAS J. SHORT*
JAMES M. MERENDINO
MICHELE T. TANTALLA*
AGNES ANTONIAN*
BRYAN P. COUCH*
GREGORY E. PETERSON*
HECTOR D. RUIZ*
NEIL V. MODY*
ROBERT A. VERDIBELLO*
MICHAEL J. ACKERMAN*
MELISSA A. ZAWADZKI*
MEGHAN C. GOODWIN*
MATTHEW S. SCHULTZ*
JENNIFER C. CRITCHLEY*
PATRICK S. BRANNIGAN*
MATTHEW I. GENNARO*
DANIELA R. D'AMICO*
DANIA BILLINGS MURPHY*
CHRISTINE I. GANNON*

PHILIP W. ALLOGRAMENTO III*
CATHERINE G. BRYAN*
JAMES C. HAYNIE*
LAURIE B. KACHONICK*
MICHAEL D. RIDENOUR*
MEGAN M. ROBERTS*
ANDREW C. SAYLES*
STEPHEN D. KESSLER
CHRISTOPHER ABATEMARCO*
AARON M. BENDER
ANTHONY J. CORINO
WILLIAM D. DEVEAU*
DANIEL B. KESSLER*
CONOR F. MURPHY*
MEGHAN B. BARRETT*
RUKHSANAH L. LIGHARI
NICOLE B. DORY*
PATRICK E. DURING
CHRISTIAN J. JENSEN*
JOSEPH A. VILLANI, JR.*
LEE B. WILSON
ANDREW B. BUCKMAN
E. KEVIN VOLZ
BETH A. FERLICCHI
JENNIFER E. CONSTANTINOU
CHRISTOPHER M. HEMRICK*
SUSAN KWIATKOWSKI
MONICA SETH*
MELISSA D. LOPEZ
NEHA BANSAL

PLEASE REPLY TO ROSELAND, NJ

**85 LIVINGSTON AVENUE**
**ROSELAND, N.J. 07068-3702**
**(973) 535-0500**
**FAX: (973) 535-9217**

JERSEY CITY OFFICE
HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, N.J. 07311-4029
(201) 521-1000
FAX: (201) 521-0100

NEW YORK OFFICE
888 SEVENTH AVENUE
NEW YORK, N.Y. 10106
(212) 262-2390
FAX: (212) 262-0050

PHILADELPHIA OFFICE
1500 MARKET STREET
PHILADELPHIA, PA 19102
(215) 246-3403
FAX: (215) 665-5727

June 19, 2009

**_VIA FEDERAL EXPRESS_**
The Debtors
c/o General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-0925
Attn: Warren Command Center,
   Mail Code 480-206-114

   -and-

**_VIA FEDERAL EXPRESS & ELECTRONIC MAIL_**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Nathan M. Pierce, Esq.
_Counsel for Debtors and_
_Debtors-in-Possession_

   Re:   **In re General Motors Corp., _et al._**
      **Bankr. Case No: 09-50026 (REG)**
      **Reclamation of Goods Demand**

Dear Madam or Sir:

   This firm represents the interests of Panasonic Electric Works Corporation of America ("PEWA") in connection with the above-referenced bankruptcy cases.  The purpose of this letter

June 19, 2009
Page 2

is to provide notice to General Motors Corporation, *et al.* ("Debtors") of PEWA's reclamation rights pursuant to 11 U.S.C. §546(c) and applicable non-bankruptcy law including applicable sections of the Uniform Commercial Code, and to demand reclamation of the goods subject to the summary and invoices set forth in **Exhibit A** in the total amount of **$338,759.01**, which goods were provided by PEWA and received by the Debtors during the relevant pre-petition period.

By this demand, the Debtors are requested to immediately inventory the goods covered by this demand, segregate the goods subject to this demand from other inventory, and provide PEWA with an accounting of the goods remaining in the Debtors' possession.

PEWA hereby reserves all of its rights with respect to the goods subject to this reclamation demand, including its right to administrative expense payment status for goods received by the Debtors within 20 days of the petition date as required under §503(b)(9) of the Bankruptcy Code.

Please address further communications regarding PEWA's reclamation demand to the undersigned. Should you have any questions regarding the foregoing, or require any clarification, please do not hesitate to contact me.

Very truly yours,

Philip W. Allogramento III

Encl.

2167444-01

# Exhibit A

**GENERAL MOTORS RECLAMATION MAY 31 2009**

| Invoice Number | Purchase Order | Invoice Date | Current Balance Due |
|---|---|---|---|
| 1601746 | 15WZ0004 | 4-May-09 | 20,658.16 |
| 1601810 | 15W000N | 4-May-09 | 3,322.46 |
| 1601815 | 1ZD20000 | 4-May-09 | 15,493.62 |
| 1601870 | 15WZ000G | 1-May-09 | 1,267.01 |
| 1601871 | 15WZ0004 | 1-May-09 | 10,329.08 |
| 1601872 | 1ZD20000 | 1-May-09 | 15,493.62 |
| 1602156 | 15WZ0004 | 6-May-09 | 15,493.62 |
| 1602157 | 1ZD20000 | 6-May-09 | 5,164.54 |
| 1602158 | 15W000N | 6-May-09 | 3,322.46 |
| 1602416 | 15WZ0004 | 8-May-09 | 5,164.54 |
| 1602553 | 15W000N | 11-May-09 | 6,644.93 |
| 1602554 | 15WZ0004 | 11-May-09 | 10,329.08 |
| 1602614 | 15WZ0004 | 12-May-09 | 10,329.08 |
| 1602730 | 1ZD20000 | 13-May-09 | 30,987.23 |
| 1602731 | 15W000N | 13-May-09 | 3,322.46 |
| 1602792 | 15WZ0004 | 13-May-09 | 10,329.08 |
| 1602853 | 15W000N | 14-May-09 | 3,322.46 |
| 1603012 | 15WZ0004 | 15-May-09 | 10,329.08 |
| 1603013 | 15W000N | 15-May-09 | 3,322.46 |
| 1603145 | 15WZ0004 | 18-May-09 | 20,658.16 |
| 1603211 | 15W000N | 18-May-09 | 3,322.46 |
| 1603323 | GM 52703 | 19-May-09 | 162.96 |
| 1603338 | GM 44876 | 19-May-09 | 65.65 |
| 1603395 | 15WZ0004 | 20-May-09 | 25,822.70 |
| 1603396 | 15W000N | 20-May-09 | 6,644.92 |
| 1603423 | 1ZD20000 | 20-May-09 | 20,658.15 |
| 1603590 | 15WZ0004 | 21-May-09 | 5,164.54 |
| 1603989 | 15WZ0004 | 26-May-09 | 15,493.62 |
| 1603990 | 15W000N | 26-May-09 | 9,967.39 |
| 1604147 | GM 52703 | 27-May-09 | 54.32 |
| 1604344 | 15W000N | 28-May-09 | 9,967.39 |
| 1604390 | 15WZ0004 | 28-May-09 | 30,987.24 |
| 1604391 | 1ZD20000 | 28-May-09 | 5,164.54 |
| | | | **338,759.01** |

1 of 1
Invoice

| | |
|---|---|
| Number: | 1601746 |
| Date: | 04-MAY-09 |

Customer PO#:15WZ0004

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

| | |
|---|---|
| P.O.Rev: | |
| Sales Order: | 829679 |
| Cust. Num: | 37843 |
| Location: | PHOENIX |

Bill to:
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Supplier#:
Ship To:
GENERAL MOTORS CORPORATION
LANSING DELTA: 19054
2901 S. CANAL RD.
LANSING MI 48917
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 03-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
| | 04-MAY-09 | SEE LINE INSTRUCTIO | JBHU244693 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011020/15294047 | | OEM STANDA | | 168 | |
| | Module ASM-ACSRY AC & DC PWR CONT | 168 | DN# 2154215 | 61.4826 | | 10,329.08 |
| 2 | AVE11011020/15294047 | | OEM STANDA | | 168 | |
| | Module ASM-ACSRY AC & DC PWR CONT | 168 | DN# 2154264 | 61.4826 | | 10,329.08 |

| Subtotal | Tax | Freight | Total |
|---|---|---|---|
| 20,658.16 | 0.00 | 0.00 | 20,658.16 |
| | | | Currency: USD |

Tax Registration Number:   22-2041374

Comments:

Spl Instructions:

1 of 1
Invoice

|  | |
|---|---|
| Number: | 1601810 |
| Date: | 04-MAY-09 |

Customer PO#:15W000N

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

| P.O.Rev: | |
|---|---|
| Sales Order: | 831931 |
| Cust. Num: | 37843 |
| Location: | PHOENIX |

Bill to:
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Supplier#:
Ship To:
GENERAL MOTORS CORPORATION
FAIRFAX ASSEMBLY PLANT: 18044
3201 FAIRFAX TRAFFICWAY
KANSAS CITY KS 66115
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 03-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
| | 04-MAY-09 | SEE LINE INSTRUCTIO | JBHU244693 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011051/25979751 | | OEM STANDA | | 48 | |
| | Inverter Module Assembly GM PN 25979751 | 48 | DN# 2154217 69.218 | | | 3,322.46 |

| Subtotal | Tax | Freight | Total |
|---|---|---|---|
| 3,322.46 | 0.00 | 0.00 | 3,322.46 |
| | | | Currency: USD |

Tax Registration Number:   22-2041374

Comments:

Spl Instructions:

1 of 1
Invoice

| | |
|---|---|
| Number: | 1601815 |
| Date: | 04-MAY-09 |

Customer PO#:1ZD20000

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

| | |
|---|---|
| P.O.Rev: | |
| Sales Order: | 830915 |
| Cust. Num: | 37843 |
| Location: | PHOENIX |

Bill to:
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Supplier#:
Ship To:
GENERAL MOTORS CORPORATION
SPRING HILL PLANT: 22010
100 SATURN PARKWAY
SPRING HILL TN 37174
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 03-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
| | 04-MAY-09 | SEE LINE INSTRUCTIO | JBHU244693 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011020/15294047 | | OEM STANDA | | 252 | |
| | Module ASM-ACSRY AC & DC PWR CONT | 252 | DN# 2154216 | 61.4826 | | 15,493.62 |

| Subtotal | Tax | Freight | Total |
|---|---|---|---|
| 15,493.62 | 0.00 | 0.00 | 15,493.62 |
| | | | Currency: USD |

Tax Registration Number:    22-2041374

Comments:

Spl Instructions:

1 of 1
Invoice

Number:           1601870
Date:             01-MAY-09

Customer PO#:15WZ000G

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

P.O.Rev:
Sales Order:        831496
Cust. Num:          37843
Location:          PHOENIX

Supplier#:
Bill to:                             Ship To:
GENERAL MOTORS CORPORATION           GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP          ARLINGTON ASSEMBLY PLANT: 18008
PO BOX 63070                         2525 E ABRAM ST.
PHOENIX AZ 85082-3070                ARLINGTON TX 76010
United States                        United States

Term Name              Term Due Date        Sales Rep
MNS2                   30-JUN-09            USA AUTOMOTIVE-ALL SALES

Bill To Attn.    Ship Date        Ship Via            Waybill Number
                 01-MAY-09        SEE LINE INSTRUCTIO JBHU207201

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|------|---------------------|-----------|-----|-------|-----------|-------|
| 1 | AVE11011041/25856062 | | OEM STANDA | | 16 | |
| | Inverter Module Assembly GM PN 25856062 | 16 | DN# 2153941 79.18792 | | | 1,267.01 |

Subtotal         Tax              Freight                Total
1,267.01         0.00             0.00                   1,267.01
                                              Currency: USD

Tax Registration Number:       22-2041374

Comments:

Spl Instructions:

1 of 1
Invoice

|  | |
|---|---|
| Number: | 1601871 |
| Date: | 01-MAY-09 |

Customer PO#:15WZ0004

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

P.O.Rev:
Sales Order:      829679
Cust. Num:        37843
Location:         PHOENIX

Bill to:
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Supplier#:
Ship To:
GENERAL MOTORS CORPORATION
LANSING DELTA: 19054
2901 S. CANAL RD.
LANSING MI 48917
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 30-JUN-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
|  | 01-MAY-09 | SEE LINE INSTRUCTIO | JBHU207201 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011020/15294047 | | OEM STANDA | | 168 | |
| | Module ASM-ACSRY AC & DC PWR CONT | 168 | DN# 2153939 | 61.4826 | | 10,329.08 |

| Subtotal | Tax | Freight | Total |
|---|---|---|---|
| 10,329.08 | 0.00 | 0.00 | 10,329.08 |
| | | | Currency: USD |

Tax Registration Number:    22-2041374

Comments:

Spl Instructions:

1 of 1
Invoice

**Remit To:**
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

| | |
|---|---|
| Number: | 1601872 |
| Date: | 01-MAY-09 |

Customer PO#:1ZD20000

| | |
|---|---|
| P.O.Rev: | |
| Sales Order: | 830915 |
| Cust. Num: | 37843 |
| Location: | PHOENIX |

**Bill to:**
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Supplier#:
Ship To:
GENERAL MOTORS CORPORATION
SPRING HILL PLANT: 22010
100 SATURN PARKWAY
SPRING HILL TN 37174
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 30-JUN-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
| | 01-MAY-09 | SEE LINE INSTRUCTIO | JBHU207201 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011020/15294047 | | OEM STANDA | | 252 | |
| | Module ASM-ACSRY AC & DC PWR CONT | 252 | DN# 2153940 | 61.4826 | | 15,493.62 |

| Subtotal | Tax | Freight | Total |
|---|---|---|---|
| 15,493.62 | 0.00 | 0.00 | 15,493.62 |
| | | | Currency: USD |

Tax Registration Number:    22-2041374

Comments:

Spl Instructions:

1 of 1
Invoice

|  | |
|---|---|
| Number: | 1602156 |
| Date: | 06-MAY-09 |

Customer PO#:15WZ0004

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

P.O.Rev:
Sales Order:      829679
Cust. Num:        37843
Location:          PHOENIX

Bill to:
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Supplier#:
Ship To:
GENERAL MOTORS CORPORATION
LANSING DELTA: 19054
2901 S. CANAL RD.
LANSING MI 48917
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 05-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
|  | 06-MAY-09 | SEE LINE INSTRUCTIO | JBHU233424 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011020/15294047 |  | OEM STANDA |  | 84 |  |
|  | Module ASM-ACSRY AC & DC PWR CONT | 84 | DN# 2154890 61.4826 |  |  | 5,164.54 |
| 2 | AVE11011020/15294047 |  | OEM STANDA |  | 168 |  |
|  | Module ASM-ACSRY AC & DC PWR CONT | 168 | DN# 2154925 61.4826 |  |  | 10,329.08 |

| Subtotal | Tax | Freight | Total |
|---|---|---|---|
| 15,493.62 | 0.00 | 0.00 | 15,493.62 |
|  |  |  | Currency: USD |

Tax Registration Number:     22-2041374

Comments :

Spl Instructions:

1 of 1
Invoice

|  |  |
|---|---|
| Number: | 1602157 |
| Date: | 06-MAY-09 |

Customer PO#:1ZD20000

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

|  |  |
|---|---|
| P.O.Rev: | |
| Sales Order: | 830915 |
| Cust. Num: | 37843 |
| Location: | PHOENIX |

Bill to:
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Supplier#:
Ship To:
GENERAL MOTORS CORPORATION
SPRING HILL PLANT: 22010
100 SATURN PARKWAY
SPRING HILL TN 37174
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 05-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
| | 06-MAY-09 | SEE LINE INSTRUCTIO | JBHU233424 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011020/15294047 | | OEM STANDA | | 84 | |
| | Module ASM-ACSRY AC & DC PWR CONT | 84 | DN# 2154891 | 61.4826 | | 5,164.54 |

| Subtotal | Tax | Freight | Total |
|---|---|---|---|
| 5,164.54 | 0.00 | 0.00 | 5,164.54 |

Currency: USD

Tax Registration Number:    22-2041374

Comments:

Spl Instructions:

1 of 1
Invoice

Number:              1602158
Date:              06-MAY-09

Customer PO#:15W000N

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

P.O.Rev:
Sales Order:       831931
Cust. Num:           37843
Location:         PHOENIX

Bill to:
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Supplier#:
Ship To:
GENERAL MOTORS CORPORATION
FAIRFAX ASSEMBLY PLANT: 18044
3201 FAIRFAX TRAFFICWAY
KANSAS CITY KS 66115
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 05-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
| | 06-MAY-09 | SEE LINE INSTRUCTIO | 0 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011051/25979751 | | OEM STANDA | | 48 | |
| | Inverter Module Assembly GM PN 25979751 | | DN# 2154892 | | | |
| | | 48 | | 69.218 | | 3,322.46 |

| | Subtotal | Tax | Freight | Total |
|---|---|---|---|---|
| | 3,322.46 | 0.00 | 0.00 | 3,322.46 |
| | | | | Currency: USD |

Tax Registration Number:       22-2041374

Comments:

Spl Instructions:

1 of 1
Invoice

Number:        1602416
Date:          08-MAY-09

Customer PO#:15WZ0004

**Remit To:**
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

P.O.Rev:
Sales Order:     829679
Cust. Num:        37843
Location:       PHOENIX

**Bill to:**
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Supplier#:
Ship To:
GENERAL MOTORS CORPORATION
LANSING DELTA: 19054
2901 S. CANAL RD.
LANSING MI 48917
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 07-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
|  | 08-MAY-09 | SEE LINE INSTRUCTIO | JBHU216807 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011020/15294047 |  | OEM STANDA |  | 84 |  |
|  | Module ASM-ACSRY AC & DC PWR CONT | 84 | DN# 2155246 | 61.4826 |  | 5,164.54 |

| Subtotal | Tax | Freight | Total |
|---|---|---|---|
| 5,164.54 | 0.00 | 0.00 | 5,164.54 |
|  |  |  | Currency: USD |

Tax Registration Number:    22-2041374

Comments:

Spl Instructions:

Invoice                                          1 of 1

|  |  |
|---|---|
| Number: | 1602553 |
| Date: | 11-MAY-09 |

Customer PO#:15W000N

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

| P.O.Rev: | |
|---|---|
| Sales Order: | 831931 |
| Cust. Num: | 37843 |
| Location: | PHOENIX |

Bill to:
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Supplier#:
Ship To:
GENERAL MOTORS CORPORATION
FAIRFAX ASSEMBLY PLANT: 18044
3201 FAIRFAX TRAFFICWAY
KANSAS CITY KS 66115
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 10-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
| | 11-MAY-09 | SEE LINE INSTRUCTIO | JBHU240495 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011051/25979751 | | OEM STANDA | | 96 | |
| | Inverter Module Assembly GM PN 25979751 | 96 | DN#  2155518 69.218 | | | 6,644.93 |

| Subtotal | Tax | Freight | Total |
|---|---|---|---|
| 6,644.93 | 0.00 | 0.00 | 6,644.93 |

Currency: USD

Tax Registration Number:     22-2041374

Comments:

Spl Instructions:

1 of 1
Invoice

|  |  |
|---|---|
| Number: | 1602554 |
| Date: | 11-MAY-09 |

Customer PO#:15WZ0004

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

|  |  |
|---|---|
| P.O.Rev: | |
| Sales Order: | 829679 |
| Cust. Num: | 37843 |
| Location: | PHOENIX |

Bill to:
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Supplier#:
Ship To:
GENERAL MOTORS CORPORATION
LANSING DELTA: 19054
2901 S. CANAL RD.
LANSING MI 48917
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 10-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
| | 11-MAY-09 | SEE LINE INSTRUCTIO | JBHU240495 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011020/15294047 | | OEM STANDA | | 168 | |
| | Module ASM-ACSRY AC & DC PWR CONT | 168 | DN# 2155517 61.4826 | | | 10,329.08 |

| Subtotal | Tax | Freight | Total |
|---|---|---|---|
| 10,329.08 | 0.00 | 0.00 | 10,329.08 |
| | | | Currency: USD |

Tax Registration Number:    22-2041374

Comments:

Spl Instructions:

1 of 1

Invoice

| | |
|---|---|
| Number: | 1602614 |
| Date: | 12-MAY-09 |

Customer PO#:15WZ0004

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

| | |
|---|---|
| P.O.Rev: | |
| Sales Order: | 829679 |
| Cust. Num: | 37843 |
| Location: | PHOENIX |

Bill to:
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Supplier#:
Ship To:
GENERAL MOTORS CORPORATION
LANSING DELTA: 19054
2901 S. CANAL RD.
LANSING MI 48917
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 11-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
| | 12-MAY-09 | SEE LINE INSTRUCTIO | JBHU245886 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011020/15294047 | | OEM STANDA | | 168 | |
| | Module ASM-ACSRY AC & DC PWR CONT | 168 | DN# 2155829 | 61.4826 | | 10,329.08 |

| Subtotal | Tax | Freight | Total |
|---|---|---|---|
| 10,329.08 | 0.00 | 0.00 | 10,329.08 |
| | | | Currency: USD |

Tax Registration Number:   22-2041374

Comments:

Spl Instructions:

1 of 1
Invoice

| | |
|---|---|
| Number: | 1602730 |
| Date: | 13-MAY-09 |

Customer PO#:1ZD20000

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

P.O.Rev:
Sales Order:          830915
Cust. Num:            37843
Location:             PHOENIX

Bill to:
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Supplier#:
Ship To:
GENERAL MOTORS CORPORATION
SPRING HILL PLANT: 22010
100 SATURN PARKWAY
SPRING HILL TN 37174
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 12-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
| | 13-MAY-09 | SEE LINE INSTRUCTIO | JBHU250701 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011020/15294047 | | OEM STANDA | | 504 | |
| | Module ASM-ACSRY AC & DC PWR CONT | 504 | DN#  2156204 | 61.4826 | | 30,987.23 |

| Subtotal | Tax | Freight | Total |
|---|---|---|---|
| 30,987.23 | 0.00 | 0.00 | 30,987.23 |
| | | | Currency: USD |

Tax Registration Number:      22-2041374

Comments:

Spl Instructions:

1 of 1
Invoice

| | |
|---|---|
| Number: | 1602731 |
| Date: | 13-MAY-09 |

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

Customer PO#:15W000N

| | |
|---|---|
| P.O.Rev: | |
| Sales Order: | 831931 |
| Cust. Num: | 37843 |
| Location: | PHOENIX |

Bill to:
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Supplier#:
Ship To:
GENERAL MOTORS CORPORATION
FAIRFAX ASSEMBLY PLANT: 18044
3201 FAIRFAX TRAFFICWAY
KANSAS CITY KS 66115
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 12-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
| | 13-MAY-09 | SEE LINE INSTRUCTIO | JBHU250701 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011051/25979751 | | OEM STANDA | | 48 | |
| | Inverter Module Assembly GM PN 25979751 | | DN# 2156205 | | | |
| | | 48 | | 69.218 | | 3,322.46 |

| Subtotal | Tax | Freight | Total |
|---|---|---|---|
| 3,322.46 | 0.00 | 0.00 | 3,322.46 |
| | | | Currency: USD |

Tax Registration Number:    22-2041374

Comments:

Spl Instructions:

1 of 1
Invoice

| | |
|---|---|
| Number: | 1602792 |
| Date: | 13-MAY-09 |

Customer PO#:15WZ0004

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

| | |
|---|---|
| P.O.Rev: | |
| Sales Order: | 829679 |
| Cust. Num: | 37843 |
| Location: | PHOENIX |

Supplier#:

Bill to:
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Ship To:
GENERAL MOTORS CORPORATION
LANSING DELTA: 19054
2901 S. CANAL RD.
LANSING MI 48917
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 12-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
| | 13-MAY-09 | SEE LINE INSTRUCTIO | JBHU250701 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011020/15294047 | | OEM STANDA | | 168 | |
| | Module ASM-ACSRY AC & DC PWR CONT | 168 | DN# 2156203 | 61.4826 | | 10,329.08 |

| Subtotal | Tax | Freight | Total |
|---|---|---|---|
| 10,329.08 | 0.00 | 0.00 | 10,329.08 |
| | | | Currency: USD |

Tax Registration Number:   22-2041374

Comments:

Spl Instructions:

1 of 1
Invoice

|  | Number: | 1602853 |
|---|---|---|
|  | Date: | 14-MAY-09 |

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

Customer PO#:15W000N

P.O.Rev:
Sales Order:        831931
Cust. Num:           37843
Location:           PHOENIX

Bill to:
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Supplier#:
Ship To:
GENERAL MOTORS CORPORATION
FAIRFAX ASSEMBLY PLANT: 18044
3201 FAIRFAX TRAFFICWAY
KANSAS CITY KS 66115
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 13-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
|  | 14-MAY-09 | SEE LINE INSTRUCTIO | JBHU250701 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011051/25979751 |  | OEM STANDA |  | 48 |  |
|  | Inverter Module Assembly GM PN 25979751 | 48 | DN#  2156519 | 69.218 |  | 3,322.46 |

| | Subtotal | Tax | Freight | Total |
|---|---|---|---|---|
|  | 3,322.46 | 0.00 | 0.00 | 3,322.46 |
|  |  |  |  | Currency: USD |

Tax Registration Number:      22-2041374

Comments:

Spl Instructions:

1 of 1
Invoice

| | | |
|---|---|---|
| Number: | 1603012 |
| Date: | 15-MAY-09 |

Customer PO#:15WZ0004

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

| | |
|---|---|
| P.O.Rev: | |
| Sales Order: | 829679 |
| Cust. Num: | 37843 |
| Location: | PHOENIX |

Bill to:
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Supplier#:
Ship To:
GENERAL MOTORS CORPORATION
LANSING DELTA: 19054
2901 S. CANAL RD.
LANSING MI 48917
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 14-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
| | 15-MAY-09 | SEE LINE INSTRUCTIO | JBHU235689 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011020/15294047 | | OEM STANDA | | 168 | |
| | Module ASM-ACSRY AC & DC PWR CONT | | DN# 2156749 | | | |
| | | 168 | | 61.4826 | | 10,329.08 |

| Subtotal | Tax | Freight | Total |
|---|---|---|---|
| 10,329.08 | 0.00 | 0.00 | 10,329.08 |
| | | | Currency: USD |

Tax Registration Number:    22-2041374

Comments:

Spl Instructions:

1 of 1
Invoice

| | |
|---|---|
| Number: | 1603013 |
| Date: | 15-MAY-09 |

Customer PO#:15W000N

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

P.O.Rev:
Sales Order:       831931
Cust. Num:         37843
Location:          PHOENIX

Bill to:
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Supplier#:
Ship To:
GENERAL MOTORS CORPORATION
FAIRFAX ASSEMBLY PLANT: 18044
3201 FAIRFAX TRAFFICWAY
KANSAS CITY KS 66115
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 14-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
| | 15-MAY-09 | SEE LINE INSTRUCTIO | JBHU235684 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011051/25979751 | | OEM STANDA | | 48 | |
| | Inverter Module Assembly GM PN 25979751 | 48 | DN#  2156752 | 69.218 | | 3,322.46 |

| Subtotal | Tax | Freight | Total |
|---|---|---|---|
| 3,322.46 | 0.00 | 0.00 | 3,322.46 |

Currency: USD

Tax Registration Number:     22-2041374

Comments :

Spl Instructions:

Invoice 1 of 1

| | |
|---|---|
| Number: | 1603145 |
| Date: | 18-MAY-09 |

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

Customer PO#:15WZ0004

| | |
|---|---|
| P.O.Rev: | |
| Sales Order: | 829679 |
| Cust. Num: | 37843 |
| Location: | PHOENIX |

Bill to:
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Supplier#:
Ship To:
GENERAL MOTORS CORPORATION
LANSING DELTA: 19054
2901 S. CANAL RD.
LANSING MI 48917
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 17-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
| | 18-MAY-09 | SEE LINE INSTRUCTIO | JBHU244093 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011020/15294047 | | OEM STANDA | | 168 | |
| | Module ASM-ACSRY AC & DC PWR CONT | 168 | DN# 2156988 61.4826 | | | 10,329.08 |
| 2 | AVE11011020/15294047 | | OEM STANDA | | 168 | |
| | Module ASM-ACSRY AC & DC PWR CONT | 168 | DN# 2157003 61.4826 | | | 10,329.08 |

| Subtotal | Tax | Freight | Total |
|---|---|---|---|
| 20,658.16 | 0.00 | 0.00 | 20,658.16 |
| | | | Currency: USD |

Tax Registration Number:   22-2041374

Comments:

Spl Instructions:

1 of 1
Invoice

|  | Number: | 1603211 |
|--|---------|---------|
|  | Date:   | 18-MAY-09 |

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

Customer PO#:15W000N

P.O.Rev:
Sales Order:      831931
Cust. Num:         37843
Location:         PHOENIX

Bill to:
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Supplier#:
Ship To:
GENERAL MOTORS CORPORATION
FAIRFAX ASSEMBLY PLANT: 18044
3201 FAIRFAX TRAFFICWAY
KANSAS CITY KS 66115
United States

| Term Name | Term Due Date | Sales Rep |
|-----------|---------------|-----------|
| MNS2 | 17-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---------------|-----------|----------|----------------|
|  | 18-MAY-09 | SEE LINE INSTRUCTIO | JBHU244093 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|------|--------------------|-----------|------|-------|-----------|-------|
| 1 | AVE11011051/25979751 |  | OEM STANDA |  | 48 |  |
|  | Inverter Module Assembly GM PN 25979751 | 48 | DN#  2156990 | 69.218 |  | 3,322.46 |

| Subtotal | Tax | Freight | Total |
|----------|-----|---------|-------|
| 3,322.46 | 0.00 | 0.00 | 3,322.46 |

Currency: USD

Tax Registration Number:     22-2041374

Comments:

Spl Instructions:

1 of 1
Invoice

Number:          1603323
Date:            19-MAY-09

Customer PO#:GM 52703

P.O.Rev:
Sales Order:     837931
Cust. Num:         39642
Location:           MAIN

Remit To:
Panasonic Electric Works Corp of America
PO Box 74052
Chicago IL 60690-8052

Supplier#:
Bill to:                          Ship To:
GENERAL MOTORS SERVICE PARTS OPERATIONS    GENERAL MOTORS SERVICE PARTS
6200 GRAND POINTE DR.                       OPERATIONS
PO BOX 6020 (ATTN: A/P DEPT)                DAVIDSON ROAD PC
GRAND BLANC MI 48439                        4134 DAVISON ROAD
United States                               BURTON MI 48509
                                            United States

Term Name              Term Due Date          Sales Rep
NET 60 DAYS            18-JUL-09              USA AUTOMOTIVE-ALL SALES

Bill To Attn.    Ship Date        Ship Via              Waybill Number
                 19-MAY-09        FED. EXP GROUND - C 100229310004822

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|------|---------------------|------------|-----|-------|------------|-------|
| 1 | VDE510010Z/10361107 | | OEM STANDA | | 3 | |
| | Inverter 150W | | DN#  2157041 | | | |
| | | 3 | | 54.32 | | 162.96 |

|            | Subtotal | Tax  | Freight | Total |
|------------|----------|------|---------|-------|
|            | 162.96   | 0.00 | 0.00    | 162.96 |

Currency: USD

Tax Registration Number:      22-2041374

Comments :

Spl Instructions:

Invoice

1 of 1

| | |
|---|---|
| Number: | 1603338 |
| Date: | 19-MAY-09 |

Customer PO#:GM 44876

Remit To:
Panasonic Electric Works Corp of America
PO Box 74052
Chicago IL 60690-8052

| | |
|---|---|
| P.O.Rev: | |
| Sales Order: | 837936 |
| Cust. Num: | 39642 |
| Location: | MAIN |

Bill to:
GENERAL MOTORS SERVICE PARTS OPERATIONS
6200 GRAND POINTE DR.
PO BOX 6020 (ATTN: A/P DEPT)
GRAND BLANC MI 48439
United States

Supplier#:
Ship To:
GENERAL MOTORS SERVICE PARTS
OPERATIONS
LANSING PDC
4400 WEST MOUNT HOPE RD.
LANSING MI 48917
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| NET 60 DAYS | 18-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
| | 19-MAY-09 | FED. EXP GROUND - C | 100229310004815 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE8010031Z/25858121 | | OEM STANDA | | 8 | |
| | RECEPTACLE ASM-ACSRY POWER GM PN 25858121 | DN# | 2157042 | | | |
| | | 8 | | 8.2058 | | 65.65 |

| Subtotal | Tax | Freight | Total |
|---|---|---|---|
| 65.65 | 0.00 | 0.00 | 65.65 |

Tax Registration Number:    22-2041374

Currency: USD

Comments:

Spl Instructions:

1 of 1
Invoice

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

| | |
|---|---|
| Number: | 1603395 |
| Date: | 20-MAY-09 |

Customer PO#:15WZ0004

| | |
|---|---|
| P.O.Rev: | |
| Sales Order: | 829679 |
| Cust. Num: | 37843 |
| Location: | PHOENIX |

Bill to:
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Supplier#:
Ship To:
GENERAL MOTORS CORPORATION
LANSING DELTA: 19054
2901 S. CANAL RD.
LANSING MI 48917
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 19-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
| | 20-MAY-09 | SEE LINE INSTRUCTIO | JBHU207764 |

| Line Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|
| 1  AVE11011020/15294047 | | OEM STANDA | | 252 | |
| Module ASM-ACSRY AC & DC PWR CONT | 252 | DN#  2157579 | 61.4826 | | 15,493.62 |
| 2  AVE11011020/15294047 | | OEM STANDA | | 168 | |
| Module ASM-ACSRY AC & DC PWR CONT | 168 | DN#  2157576 | 61.4826 | | 10,329.08 |

| Subtotal | Tax | Freight | Total |
|---|---|---|---|
| 25,822.70 | 0.00 | 0.00 | 25,822.70 |
| | | | Currency: USD |

Tax Registration Number:    22-2041374

Comments :

Spl Instructions:

1 of 1
Invoice

| | |
|---|---|
| Number: | 1603396 |
| Date: | 20-MAY-09 |

Customer PO#:15W000N

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

| | |
|---|---|
| P.O.Rev: | |
| Sales Order: | 831931 |
| Cust. Num: | 37843 |
| Location: | PHOENIX |

Bill to:
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Supplier#:
Ship To:
GENERAL MOTORS CORPORATION
FAIRFAX ASSEMBLY PLANT: 18044
3201 FAIRFAX TRAFFICWAY
KANSAS CITY KS 66115
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 19-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
| | 20-MAY-09 | SEE LINE INSTRUCTIO | JBHU207764 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011051/25979751 | | OEM STANDA | | 48 | |
| | Inverter Module Assembly GM PN 25979751 | | DN# 2157580 | | | |
| | | 48 | | 69.218 | | 3,322.46 |
| 2 | AVE11011051/25979751 | | OEM STANDA | | 48 | |
| | Inverter Module Assembly GM PN 25979751 | | DN# 2157578 | | | |
| | | 48 | | 69.218 | | 3,322.46 |

| Subtotal | Tax | Freight | Total |
|---|---|---|---|
| 6,644.92 | 0.00 | 0.00 | 6,644.92 |
| | | | Currency: USD |

Tax Registration Number:    22-2041374

Comments:

Spl Instructions:

1 of 1

Invoice

|  |  |
|---|---|
| Number: | 1603423 |
| Date: | 20-MAY-09 |

Customer PO#:1ZD20000

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

|  |  |
|---|---|
| P.O.Rev: | |
| Sales Order: | 830915 |
| Cust. Num: | 37843 |
| Location: | PHOENIX |

Bill to:
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Supplier#:
Ship To:
GENERAL MOTORS CORPORATION
SPRING HILL PLANT: 22010
100 SATURN PARKWAY
SPRING HILL TN 37174
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 19-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
| | 20-MAY-09 | SEE LINE INSTRUCTIO | JBHU2077641524 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011020/15294047 | | OEM STANDA | | 336 | |
| | Module ASM-ACSRY AC & DC PWR CONT | 336 | DN# 2157577 | 61.4826 | | 20,658.15 |

| | Subtotal | Tax | Freight | Total |
|---|---|---|---|---|
| | 20,658.15 | 0.00 | 0.00 | 20,658.15 |
| | | | | Currency: USD |

Tax Registration Number:    22-2041374

Comments :

Spl Instructions:

1 of 1
Invoice

|  |  |
|---|---|
| Number: | 1603590 |
| Date: | 21-MAY-09 |

Customer PO#:15WZ0004

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

| P.O.Rev: |  |
|---|---|
| Sales Order: | 829679 |
| Cust. Num: | 37843 |
| Location: | PHOENIX |

Bill to:
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Supplier#:
Ship To:
GENERAL MOTORS CORPORATION
LANSING DELTA: 19054
2901 S. CANAL RD.
LANSING MI 48917
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 20-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
|  | 21-MAY-09 | SEE LINE INSTRUCTIO | JBHU208041 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011020/15294047 |  | OEM STANDA |  | 84 |  |
|  | Module ASM-ACSRY AC & DC PWR CONT | 84 | DN# 2157999 | 61.4826 |  | 5,164.54 |

| Subtotal | Tax | Freight | Total |
|---|---|---|---|
| 5,164.54 | 0.00 | 0.00 | 5,164.54 |
|  |  |  | Currency: USD |

Tax Registration Number:    22-2041374

Comments:

Spl Instructions:

1 of 1
Invoice

| | |
|---|---|
| Number: | 1603989 |
| Date: | 26-MAY-09 |

Customer PO#:15WZ0004

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

P.O.Rev:
Sales Order:        829679
Cust. Num:           37843
Location:          PHOENIX

Bill to:
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Supplier#:
Ship To:
GENERAL MOTORS CORPORATION
LANSING DELTA: 19054
2901 S. CANAL RD.
LANSING MI 48917
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 25-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
| | 26-MAY-09 | SEE LINE INSTRUCTIO | JBHU233424 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011020/15294047 | | OEM STANDA | | 84 | |
| | Module ASM-ACSRY AC & DC PWR CONT | 84 | DN# 2158790 61.4826 | | | 5,164.54 |
| 2 | AVE11011020/15294047 | | OEM STANDA | | 168 | |
| | Module ASM-ACSRY AC & DC PWR CONT | 168 | DN# 2158804 61.4826 | | | 10,329.08 |

| Subtotal | Tax | Freight | Total |
|---|---|---|---|
| 15,493.62 | 0.00 | 0.00 | 15,493.62 |
| | | | Currency: USD |

Tax Registration Number:      22-2041374

Comments:

Spl Instructions:

1 of 1
Invoice

Number:          1603990
Date:            26-MAY-09

Customer PO#:15W000N

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

P.O.Rev:
Sales Order:        831931
Cust. Num:           37843
Location:           PHOENIX

Supplier#:
Ship To:

Bill to:
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

GENERAL MOTORS CORPORATION
FAIRFAX ASSEMBLY PLANT: 18044
3201 FAIRFAX TRAFFICWAY
KANSAS CITY KS 66115
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 25-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
| | 26-MAY-09 | SEE LINE INSTRUCTIO | JBHU233424 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011051/25979751 | | OEM STANDA | | 96 | |
| | Inverter Module Assembly GM PN 25979751 | 96 | DN# 2158791 69.218 | | | 6,644.93 |
| 2 | AVE11011051/25979751 | | OEM STANDA | | 48 | |
| | Inverter Module Assembly GM PN 25979751 | 48 | DN# 2158805 69.218 | | | 3,322.46 |

| | Subtotal | Tax | Freight | Total |
|---|---|---|---|---|
| | 9,967.39 | 0.00 | 0.00 | 9,967.39 |
| | | | | Currency: USD |

Tax Registration Number:      22-2041374

Comments:


Spl Instructions:

Invoice 1 of 1

| | |
|---|---|
| Number: | 1604147 |
| Date: | 27-MAY-09 |

Customer PO#:GM 52703

Remit To:
Panasonic Electric Works Corp of America
PO Box 74052
Chicago IL 60690-8052

| | |
|---|---|
| P.O.Rev: | |
| Sales Order: | 838880 |
| Cust. Num: | 39642 |
| Location: | MAIN |

Bill to:
GENERAL MOTORS SERVICE PARTS OPERATIONS
6200 GRAND POINTE DR.
PO BOX 6020 (ATTN: A/P DEPT)
GRAND BLANC MI 48439
United States

Supplier#:
Ship To:
GENERAL MOTORS SERVICE PARTS
OPERATIONS
DAVIDSON ROAD PC
4134 DAVISON ROAD
BURTON MI 48509
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| NET 60 DAYS | 26-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
| | 27-MAY-09 | FED. EXP GROUND - C | 100229310004839 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | VDE510010Z/10361107 | | OEM STANDA | | 1 | |
| | Inverter 150W | 1 | DN# 2159146 | 54.32 | | 54.32 |

| Subtotal | Tax | Freight | Total |
|---|---|---|---|
| 54.32 | 0.00 | 0.00 | 54.32 |

Tax Registration Number:   22-2041374

Currency: USD

Comments:

Spl Instructions:

Invoice                                                    1 of 1

Number:                    1604344
Date:                      28-MAY-09

Customer PO#:15W000N

Remit To:
Panasonic Electric Works Corp of America       P.O.Rev:
PO Box 7904                                    Sales Order:      831931
San Francisco CA 94120-7904                    Cust. Num:         37843
                                               Location:        PHOENIX

                                               Supplier#:
Bill to:                                       Ship To:
GENERAL MOTORS CORPORATION                     GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP                    FAIRFAX ASSEMBLY PLANT: 18044
PO BOX 63070                                   3201 FAIRFAX TRAFFICWAY
PHOENIX AZ 85082-3070                          KANSAS CITY KS 66115
United States                                  United States

| Term Name | Term Due Date | Sales Rep |
| --- | --- | --- |
| MNS2 | 27-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
| --- | --- | --- | --- |
| | 28-MAY-09 | SEE LINE INSTRUCTIO | JBHU244879 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | AVE11011051/25979751 | | OEM STANDA | | 48 | |
| | Inverter Module Assembly GM PN 25979751 | | DN# 2159474 | | | |
| | | 48 | | 69.218 | | 3,322.46 |
| 2 | AVE11011051/25979751 | | OEM STANDA | | 96 | |
| | Inverter Module Assembly GM PN 25979751 | | DN# 2159399 | | | |
| | | 96 | | 69.218 | | 6,644.93 |

| | Subtotal | Tax | Freight | Total |
| --- | --- | --- | --- | --- |
| | 9,967.39 | 0.00 | 0.00 | 9,967.39 |
| | | | | Currency: USD |

Tax Registration Number:      22-2041374

Comments:

Spl Instructions:

1 of 1
Invoice

Number:              1604390
Date:             28-MAY-09

Customer PO#:15WZ0004

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

P.O.Rev:
Sales Order:      829679
Cust. Num:          37843
Location:         PHOENIX

Bill to:
GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP
PO BOX 63070
PHOENIX AZ 85082-3070
United States

Supplier#:
Ship To:
GENERAL MOTORS CORPORATION
LANSING DELTA: 19054
2901 S. CANAL RD.
LANSING MI 48917
United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 27-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
| | 28-MAY-09 | SEE LINE INSTRUCTIO | JBHU244879 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011020/15294047 | | OEM STANDA | | 168 | |
| | Module ASM-ACSRY AC & DC PWR CONT | 168 | DN# 2159472 | 61.4826 | | 10,329.08 |
| 2 | AVE11011020/15294047 | | OEM STANDA | | 168 | |
| | Module ASM-ACSRY AC & DC PWR CONT | 168 | DN# 2159492 | 61.4826 | | 10,329.08 |
| 3 | AVE11011020/15294047 | | OEM STANDA | | 168 | |
| | Module ASM-ACSRY AC & DC PWR CONT | 168 | DN# 2159396 | 61.4826 | | 10,329.08 |

| Subtotal | Tax | Freight | Total |
|---|---|---|---|
| 30,987.24 | 0.00 | 0.00 | 30,987.24 |
| | | | Currency: USD |

Tax Registration Number:      22-2041374

Comments:

Spl Instructions:

1 of 1
Invoice

Number:          1604391
Date:          28-MAY-09

Customer PO#:1ZD20000

Remit To:
Panasonic Electric Works Corp of America
PO Box 7904
San Francisco CA 94120-7904

P.O.Rev:
Sales Order:          830915
Cust. Num:          37843
Location:          PHOENIX

Supplier#:
Ship To:
Bill to:
GENERAL MOTORS CORPORATION          GENERAL MOTORS CORPORATION
MANUAL PO SUPPORT WORKGROUP          SPRING HILL PLANT: 22010
PO BOX 63070          100 SATURN PARKWAY
PHOENIX AZ 85082-3070          SPRING HILL TN 37174
United States          United States

| Term Name | Term Due Date | Sales Rep |
|---|---|---|
| MNS2 | 27-JUL-09 | USA AUTOMOTIVE-ALL SALES |

| Bill To Attn. | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|
| | 28-MAY-09 | SEE LINE INSTRUCTIO | JBHU244879 |

| Line | Invoice Description | Qtyshipped | DM# | Price | Qtyordered | Total |
|---|---|---|---|---|---|---|
| 1 | AVE11011020/15294047 | | OEM STANDA | | 84 | |
| | Module ASM-ACSRY AC & DC PWR CONT | 84 | DN# 2159397 61.4826 | | | 5,164.54 |

Subtotal          Tax          Freight          Total
5,164.54          0.00          0.00          5,164.54
                                        Currency: USD

Tax Registration Number:          22-2041374

Comments:

Spl Instructions: