CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
T: (973) 535-0500
F:973-535-9217
Stephen V. Falanga (SF 6414)
Philip W. Allogramento III (PA7796)
*Counsel for Panasonic Electric Works Corporation of America*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **GENERAL MOTORS CORPORATION,** *et al.*, | **Case No. 09-50026 (REG)** |
| **Debtors.** | **Jointly Administered** |

**CERTIFICATE OF SERVICE OF NOTICE OF RECLAMATION CLAIM OF
PANASONIC ELECTRIC WORKS CORPORATION OF AMERICA**

      I, Stephen V. Falanga, Esq. hereby certify that on this 19th day of June 2009, I caused the foregoing *Notice of Reclamation Claim of Panasonic Electric Works Corporation of America along with a copy of a related Reclamation Demand Letter* to be served on the following parties:

**Via Federal Express**
The Debtors
C/o General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center,
     Mail Code 480-206-114

**Via Federal Express and Electronic Mail**
Weil, Gosthal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Nathan Pierce, Esq.

2167528-01

**Via ECF Only**

Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein, Esq. and Thomas Moers Mayer, Esq.

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.

Dated: June 19, 2009

                                                      By:    */s/ Stephen V. Falanga*
                                                               Stephen V. Falanga, Esq.

2167528-01