**FRANTZ WARD LLP**
John F. Kostelnik (Ohio #0014919)
2500 Key Center, 127 Public Square
Cleveland, OH  44114
Tel:  (216) 515-1660
Fax:  (216) 515-1650
jkostelnik@frantzward.com

*Counsel to Avery Dennison Corporation, YRC Inc.,
formerly known as Roadway Express, Inc.,
YRC Logistics Services, Inc., YRC Worldwide, Inc.
and USF Holland Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, John F. Kostelnik, request admission, *pro hac vice*, before Honorable Robert E. Gerber, to represent Avery Dennison Corporation, YRC Inc., formerly known as Roadway Express, Inc., YRC Logistics Services, Inc., YRC Worldwide, Inc. and USF Holland Inc. in the above-referenced cases and in any related adversary proceeding.

I certify that I am a member in good standing of the bar of the State of Ohio and the bar of the U.S. District Court for the Northern District of Ohio.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated:  June 19, 2009

*/s/ John F. Kostelnik*
**FRANTZ WARD LLP**
John F. Kostelnik, Esq.
2500 Key Center, 127 Public Square
Cleveland, OH  44114-1230
(216) 515-1660
(216) 515-1650 (fax)
jkostelnik@frantzward.com

*Counsel to Avery Dennison Corporation, YRC Inc., formerly known as Roadway Express, Inc., YRC Logistics Services, Inc., YRC Worldwide, Inc. and USF Holland Inc.*