**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

--------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of John F. Kostelnik, to be admitted, *pro hac vice*, to represent Avery Dennison Corporation, YRC Inc., formerly known as Roadway Express, Inc., YRC Logistics Services, Inc., YRC Worldwide, Inc. and USF Holland Inc. in the above-referenced cases and in any related adversary proceedings, and upon movant's certification that the movant is a member in good standing of the bar of the State of Ohio and the bar of the U.S. District Court for the Northern District of Ohio, it is hereby

ORDERED, that John F. Kostelnik, is admitted, *pro hac vice*, in the above-referenced cases and in any related adversary proceedings, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated: _____, 2009
New York, New York                    /s/ _____
                                          UNITED STATES BANKRUPTCY JUDGE