Steve Jakubowski
Elizabeth Richert
THE COLEMAN LAW FIRM
77 West Wacker Dr., Suite 4800
Chicago, Illinois 60601
Telephone: (312) 606-8641
Facsimile: (312) 444-1028
sjakubowski@colemanlawfirm.com

Attorneys for Callan Campbell, Kevin Junso,
*et al.*, Joseph Berlingieri, Edwin Agosto,
and Kevin Chadwick, *et al.*

Adina H. Rosenbaum
Allison M. Zieve
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
Telephone: (202) 588-1000
arosenbaum@citizen.org

Attorneys for Center for Auto Safety, Consumer Action,
Consumers for Auto Reliability and Safety, National Association of
Consumer Advocates, and Public Citizen

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11 Case No.
                                                            :
GENERAL MOTORS CORP., *et al.*,                             :   09-50026 (REG)
                                                            :
                    Debtors.                                :   (Jointly Administered)
                                                            :
------------------------------------------------------------x

NOTICE OF LIMITED OBJECTION OF CALLAN CAMPBELL,
KEVIN JUNSO, *ET AL.*, JOSEPH BERLINGIERI, EDWIN AGOSTO,
KEVIN CHADWICK, *ET AL.*, AND THE CENTER FOR AUTO SAFETY, *ET AL.*,
TO THE DEBTORS' 363 MOTION FOR THE SALE OF THE "PURCHASED ASSETS"
<u>FREE AND CLEAR OF POTENTIAL SUCCESSOR LIABILITY CLAIMS</u>

To: See Attached Certificate of Service

    PLEASE TAKE NOTICE that on June 19, 2009, we filed with the Clerk of the Court for the United States Bankruptcy Court for the Southern District of New York the *Limited Objection of Callan Campbell, Kevin Junso, et al., Joseph Berlingieri, Edwin Agosto, Kevin Chadwick, et al., and the Center for Auto Safety, et al., to the Debtors' 363 Motion for the Sale of the Purchased Assets Free and Clear of Potential Successor Liability Claims*, a copy of which is attached hereto and hereby served upon you.

June 19, 2009

By: /s/ Steve Jakubowski
    One of Its Attorneys

Steve Jakubowski (IL ARDC# 6191960)
Elizabeth Richert (IL ARDC# 6275764)
THE COLEMAN LAW FIRM
77 West Wacker Drive, Suite 4800
Chicago, IL 60601
Tel: (312) 606-8641
Fax: (312) 444-1028
sjakubowski@colemanlawfirm.com

Attorneys for Callan Campbell, Kevin Junso,
*et al.*, and Joseph Berlingieri, Edwin Agosto, and
Kevin Chadwick, *et al.*,
Product liability/personal injury claimants

By: /s/ Adina H. Rosenbaum
    One of Their Attorneys

Allison M. Zieve
Adina H. Rosenbaum
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
Telephone: (202) 588-1000
arosenbaum@citizen.org

Attorneys for Center for Auto Safety, Consumer
Action, Consumers for Auto Reliability and Safety,
National Association of Consumer Advocates, and
Public Citizen

## CERTIFICATE OF SERVICE

I, Jamie L. Johnson, a non-attorney hereby certify that I served a copy of the *Limited Objection of Callan Campbell, Kevin Junso, et al., Joseph Berlingieri, Edwin Agosto, Kevin Chadwick, et al., and the Center for Auto Safety, et al., to the Debtors' 363 Motion for the Sale of the Purchased Assets Free and Clear of Potential Successor Liability Claims* on the parties listed below via email unless otherwise specified. Additionally, upon electronically filing with the Clerk of the Court all parties were served via the Court's electronic notification system before 5:00 p.m. (Eastern Time) on June 19, 2009.

*/s/ Jamie L. Johnson*

| | |
|---|---|
| Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, New York 10153<br>harvey.miller@weil.com<br>stephen.karotkin@weil.com<br>Joseph.Smolinsky@weil.com | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>john.rapisardi@cwt.com |
| Gordon Z. Novod, Esq.<br>Thomas Moers Mayer, Esq.<br>Kramer Levin Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>gnovod@kramerlevin.com<br>tmayer@kramerlevin.com | James L. Bromley, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>jbromley@cgsh.com |
| Babette Ceccotti, Esq.<br>Cohen Weiss & Simon LLP<br>330 W. 42nd Street<br>New York, New York 10036<br>bceccotti@cwsny.com | Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>mjedelman@vedderprice.com<br>mschein@vedderprice.com |
| *VIA FACSIMILE*<br>Diana G. Adams, Esq.<br>Office of the U.S. Trustee<br>For the Southern District of NY<br>33 Whitehall St., 21st Floor<br>New York, New York 1004<br>Facsimile: (212) 668-2255 | *VIA FACSIMILE*<br>David S. Jones, Esq.<br>Matthew L. Schwartz, Esq.<br>U.S. Attorney's Office, S.D.N.Y.<br>86 Chambers Street, Third Floor<br>New York, New York 10007<br>Facsimile: (212)637-2684 |