**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X

In re:                                                                                    Chapter 11

**GENERAL MOTORS CORP., et al.,**                          Case No. 09-50026 (REG)

                                         Debtors.                (Jointly Administered)

-----------------------------------------------------------------------X

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the law firm of Meyer, Suozzi, English & Klein, P.C. hereby appears as counsel in this case on behalf of Pitney Bowes Inc., Pitney Bowes Management Services, Inc., Pitney Bowes Software Inc., and their affiliates (collectively, "Pitney Bowes"), a creditor and party in interest, and requests that, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served as set forth below:

                    Edward J. LoBello, Esq.
                    Meyer, Suozzi, English & Klein, P.C.
                    1350 Broadway, Suite 501
                    P.O. Box 822
                    New York, New York  10018-0822
                    (212) 763-7030 (Tel.)
                    (212) 763-7031 (Fax)
                    elobello@msek.com (E-mail)

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices of papers referred to in the Bankruptcy Rules and Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and

statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise.

This Notice of Appearance is not a general authorization or consent for service of process, and any subsequent appearance, pleading, claim, or suit is not intended nor shall it be deemed to waive Pitney Bowes': (i) right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Pitney Bowes is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:    New York, New York
          June 19, 2009

                                        MEYER, SUOZZI, ENGLISH & KLEIN, P.C.


                                        By:    /s/ *Edward J. LoBello*
                                               Edward J. LoBello
                                               A Member of the Firm
                                        1350 Broadway, Suite 501
                                        P.O. Box 822
                                        New York, New York  10018-0822
                                        Telephone (212) 763-7030
                                        Fax (212) 763-7031

                                        *Counsel to Pitney Bowes Inc., Pitney Bowes*
                                        *Management Services, Inc., Pitney Bowes Software*
                                        *Inc., and their Affiliates*

720459v.2 99999/0004