UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **GENERAL MOTORS CORP., et al.,** | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------------------------X

# CERTIFICATE OF SERVICE

    I, Edward J. LoBello, hereby certify that on June 19, 2009, the NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS was filed electronically through the ECF system and served electronically on all parties accepting Notice of Electronic Filing. Parties may access this filing through the Court's ECF system.

    I also certify that I caused a true and correct copy to be served upon the following parties by overnight mail:

GENERAL MOTORS CORP., *et al.*
*Debtors*
c/o General Motors Corporation
<u>Attn</u>:    Warren Command Center
           Mailcode 480-206-114
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan  48090-9025

WEIL, GOTSHAL & MANGES LLP
*Attorneys for Debtors*
767 Fifth Avenue
New York, New York  10153
<u>Attn</u>:    Harvey R. Miller, Esq.
         Stephen Karotkin, Esq.
         Joseph H. Smolinsky, Esq.

U.S. TREASURY
<u>Attn</u>:    Matthew Feldman, Esq.
1500 Pennsylvania Avenue, N.W.
Room 2312
Washington, D.C.  20220

CADWALADER, WICKERSHAM & TAFT LLP
*Attorneys for Purchaser*
<u>Attn</u>:    John J. Rapisardi, Esq.
One World Financial Center
New York, New York  10281

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*Attorneys for Official Committee of Unsecured*
*Creditors of General Motors Corporation*
<u>Attn</u>:    Gordon Z. Novod, Esq.
         Thomas Moers Mayer, Esq.
1177 Avenue of the Americas
New York, NY 10036

VEDDER PRICE, P.C.
*Attorneys for Export Development Canada*
<u>Attn</u>:    Michael J. Edelman, Esq.
         Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, New York  10019

OFFICE OF THE UNITED STATES TRUSTEE
FOR THE SOUTHERN DISTRICT OF NEW YORK
<u>Attn</u>:    Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, New York  10004

                                                 /s/ *Edward J. LoBello*
                                                    Edward J. LoBello

Dated:    New York, New York
             June 19, 2009

720545v.1 99999/0004