Suzanne Hepner
Levy Ratner, P.C.
80 Eighth Avenue, Eighth Floor
New York, New York 10011

Counsel for United Steelworkers

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:                                                              Chapter 11

GENERAL MOTORS CORPORATION, et al.,                                 Case No. 09-50026

                                                  Debtors.
------------------------------------------------------------------X (Jointly Administered)


## CERTIFICATE OF SERVICE

I, Suzanne Hepner, do hereby certify that a copy of the *Declaration of Dennis Bingham,* was electronically filed through the Court's ECF system and served this 19th day of June, 2009, on parties requesting electronic service in the above-captioned chapter 11 cases. The *Declaration of Dennis Bingham,* was also served on the parties listed on the attached service list by the means indicated thereon.


Dated: June 19, 2009
       New York, New York

                                                    LEVY RATNER, P.C.

                                            By:     Suzanne Hepner (SH8178)
                                                    Councel for United Steelworkers
                                                    80 Eighth Avenue
                                                    New York, New York 10011
                                                    (212) 627-8100
                                                    (212) 627-8182 (fax)

54-001-00001 48680.doc

## SERVICE LIST

### VIA ELECTRONIC MAIL AND HAND DELIVERY

### Counsel for the Debtors

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Snolinsky, Esq.
Weil, Gotschal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Harvey.miller@weil.com
Stephen.karotkin@weil.com
Joseph.smolinsky@weil.com

### Counsel to the Purchaser

John Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
John.rapisardi@cwt.com

### Counsel to the Export Development Canada

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019
mjedelman@vedderprice.com
mschein@vedderprice.com

### The Office of the United States Trustee

Diana G. Adams, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Fax: (212) 668-2256
ustrustee.program@usdoj.gov

**Counsel to UAW**

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
jbromley@cgsh.com

Babette Ceccotti, Esq.
Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, NY 10036
bceccotti@cwsny.com

**Counsel to the United States**

David S. Jones, Esq.
Matthew L. Schwartz, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Matthew.schwartz@usdoj.gov

**BY EMAIL AND FEDERAL EXPRESS**

**Debtors**

Lawrence S. Buonomo, Esq.
General Motors Corporation
300 Renaissance Center
Detroit, MI 48265
lawrence.s.buonomo@gm.com

**The U.S. Treasury**

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220
Fax: (202) 622-6415
matthew.feldman@do.treas.gov

**International Union, UAW**

Daniel Sherrick, Esq.
International Union, UAW
8000 East Jefferson Avenue
Detroit, MI 48124
Fax: (313) 926-5240
dsherrick@uaw.net