UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re

**GENERAL MOTORS CORPORATION,** *et al.*      Case No. 09-50026 (REG)
                                               (Jointly Administered)
                            **Debtors.**
_____

## CERTIFICATE OF SERVICE

      I hereby certify that on June 19, 2009 I served, via the Electronic Docket, the New York State Department of Environmental Conservation's Limited Objections To Debtors' Motion for an Order Approving Sale of Assets Pursuant to 11 U.S.C. § 363, upon the parties listed below in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

                                                                                          _____
                                                                                          Maureen F. Leary
                                                                                          Assistant Attorney General

| | |
|---|---|
| Harvey R. Miller<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>harvey.miller@weil.com | Joseph R. Sgroi<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>jsgroi@honigman.com |
| Joseph H. Smolinsky<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Joseph.Smolinsky@weil.com | Patrick J. Trostle<br>Jenner & Block LLP<br>919 Third Avenue<br>37th Floor<br>New York, NY 10022<br>ptrostle@jenner.com |
| Robert B. Weiss<br>Honigman Miller Schwartz & Cohn, LLP<br>2290 First National Building<br>Detroit, MI 48226<br>rweiss@honigman.com | Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Email: stephen.karotkin@weil.com |
| Tricia A. Sherick<br>Honigman Miller Schwartz and Cohn, LLP<br>660 Woodward Avenue<br>Suite 2290<br>Detroit, MI 48226<br>Email: tsherick@honigman.com | Andrew D. Velez-Rivera<br>Brian Shoichi Masumoto<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>21st. Floor<br>New York, NY 10004 |

Official Committee of Unsecured Creditor
Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036
gnovod@kramerlevin.com