Andrew K. Lipetz, Esquire
Wasserman Grubin & Rogers, LLP
1700 Broadway, 42nd Floor
New York, NY 10019
Tel: 212-581-3320
FAX: 212-956-5255

Of Counsel

Jeffrey A. Less, Esquire
Jennifer L. Hoagland, Esquire
Helen Heifets, Esquire
Bazelon Less & Feldman, P.C.
1515 Market St., Suite 700
Philadelphia, PA 19102
Tel: 215-568-1155
FAX: 215-568-9319

Counsel for ACE American Insurance Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : |
| | : Chapter 11 |
| GENERAL MOTORS CORP., et al. | : |
| | : Case No. 09-50026 (REG) |
| Debtors | : |
| | : (Jointly Administered) |
| | : |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of June, 2009, a copy of the foregoing Limited Objections of ACE American Insurance Company to Motion of Debtors, Pursuant to 11 U.S.C. §§ 105, 363(b),(f), (k), (m), and 365 and Fed R. Bank. P. 2002, 6004 and 6006, To Approve (A) The Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition

Holdings, LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) The Assumption and Assignment of certain Executory Contracts and Unexpired Leases; and (C) Other Relief were served as follows:

**<u>Via Court's ECF System upon the following</u>:**

Harvey R. Miller, Esquire
Stephen Karotkin, Esquire
Joseph H. Smolinksy, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
harvey.miller@weil.com
stephen.karotkin@weil.com
joseph.smolinsky@weil.com
*Attorneys for the Debtor*

James L. Bromley, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
maofiling@cgsh.com
*Attorneys for the UAW*

Babette Ceccotti, Esquire
Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, NY 10036
bceccotti@cwsny.com
*Attorneys for the UAW*

Michael J. Edelman, Esquire
Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY 10019
mjedelman@vedderprice.com
*Attorneys for Export Development Canada*

2

Pg 3 of 3

Matthew L. Schwartz, Esquire
U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street
Third Floor
New York, NY 10007
matthew.schwartz@usdoj.gov

**Via Hand Delivery upon the following:**

John J. Rapisardi, Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
*Attorneys for the Purchaser*

Diana G. Adams, Esquire
Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10035
tmayer@kramerlevin.com
*Attorneys for Creditor Committee*

                                  s/ Andrew K. Lipetz
                                  Andrew K. Lipetz, Esq.,