**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re:                                              :     Chapter 11
                                                    :
GENERAL MOTORS CORP., *et al.*,                     :     Case No. 09-50026 (REG)
                                                    :
                    Debtors                         :     Jointly Administered
                                                    :
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2009, I caused the *Limited Objection Of Toyota Motor Corporation To The Order Approving Sale Of The Debtors' Assets* to be served via U.S. Mail on the following at the addresses set forth below:

| | |
|---|---|
| Weil, Gotshal & Manges LLP<br>Attorneys for the Debtors<br>Attn: Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq<br>767 Fifth Avenue<br>New York, New York 10153 | Cadwalader, Wickersham & Taft LLP<br>Attn: John J. Rapisardi, Esq.<br>Attorneys for the Purchaser<br>One World Financial Center<br>New York, New York 10281 |
| Vedder Price, P.C.<br>Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Attorneys for Export Development Canada<br>1633 Broadway, 47th Floor,<br>New York, New York 10019 | Office of the United States Trustee<br>Southern District of New York<br>Attn: Diana G. Adams, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 |
| Cleary Gottlieb Steen & Hamilton LLP<br>Attorneys for UAW<br>Attention: James L. Bromley, Esq.<br>One Liberty Plaza<br>New York, NY 10006 | Cohen, Weiss and Simon LLP<br>Attorneys for UAW<br>Attention: Babette Ceccotti, Esq.<br>330 W. 42nd Street<br>New York, NY 10036 |

DETR_1212547.1

| | |
|---|---|
| Kramer Levin Naftalis & Frankel LLP<br>Attorneys for the Official Committee of<br>Unsecured Creditors<br>Attn: Gordon Z. Novod, Esq.<br>1177 Avenue Of The Americas<br>New York, NY 10036 | US. Attorney's Office, S.D.N.Y.<br>Attention: David S. Jones, Esq.<br>Matthew L. Schwartz, Esq.<br>86 Chambers Street, Third Floor<br>New York, NY 10007 |
| Dated:   June 19, 2009 | FOLEY & LARDNER LLP<br><br>*/s/ John A. Simon*<br>Steven H. Hilfinger (*pro hac vice pending*)<br>John A. Simon (*admitted pro hac vice*)<br>Robert H. Huey<br>One Detroit Center<br>500 Woodward Avenue, Suite 2700<br>Detroit, MI 48226-3489<br>Telephone: (313) 234-7100<br>Facsimile: (313) 234-2800<br><br>*Attorneys for Toyota Motor Corporation* |