REJECTION MOTION HEARING: June 30, 2009 at 9:45 AM
REJECTION OBJECTIONS DUE:  June 19, 2009 at 5:00 PM

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| General Motors Corp., *et al.,* | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

### JOINDER IN LIMITED OBJECTION FILED BY THE STATES OF CONNECTICUT, KENTUCKY, MARYLAND, MINNESOTA, MISSOURI, NEBRASKA AND VERMONT (DOC. NO. 1926) TO 363 SALE MOTION

The States of Illinois, California and Kansas join the Joinder and Limited Objection of the States of Connecticut, Kentucky, Maryland, Minnesota, Missouri, Nebraska, North Dakota and Vermont filed at Doc. No. 1926:

June 19, 2009

| | |
|---|---|
| Edmund G. Brown  Jr. | Lisa Madigan |
| California Attorney General | Illinois Attorney General |
| | |
| By: /s/ Margarita Padilla | Deborah Hagan |
| Margarita Padilla | Chief, Consumer Protection |
| Supervising Deputy Attorney General | Division |
| Office of the California Attorney General | |
| 1515 Clay Street, 20th Floor | By: /s/ James D. Newbold |
| P.O.Box 70550 | James D. Newbold |
| Oakland, CA  94612-0550 | Assistant Attorney General |
| Phone: (510) 622-2135 | 100 W. Randolph Street |
| Fax:     (510) 622-2272 | Chicago, IL 60601 |
| Margarita.Padilla@doj.ca.gov | Phone: (312) 814-4557 |
| | Fax: (312) 814-3589 |
| | James.Newbold@illinois.gov |

1

Steve Six
Kansas Attorney General

By: /s/ Steve Six
Kansas Attorney General
120 S.W. Tenth Ave.
Topeka, KS 66612
(785) 296-2215