**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORPORATION, *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned Chapter 11 case as counsel for Manufacturers and Traders Trust Company ("M&T Bank") pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b) and hereby requests that all notices given or required to be given and all papers served or required to be served in this Chapter 11 case be delivered and served upon the foregoing entities by E.C.F. or at the address of its counsel as set forth below:

> Morton R. Branzburg, Esquire
> Brian T. Crowley, Esquire
> KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
> 260 S. Broad Street
> Philadelphia, PA  19102
> Phone:  (215) 568-6060
> Fax:  (215) 568-6603
> Email: BCrowley@klehr.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes all notices and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure, together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents which in any way affect the debtors or their property.

The foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted

PHIL1 850618-1

or conveyed by mail, delivery, telephone, telecopy, telegraph, telex or otherwise filed or made with regard to the above-referenced case and all proceedings therein.

DATED:  June 19, 2009

        KLEHR, HARRISON, HARVEY
BRANZBURG & ELLERS LLP
260 South Broad Street
Philadelphia, PA  19102

By:    */s/Brian T. Crowley*
Morton R. Branzburg, Esquire
Brian T. Crowley, Esquire (BC-2778)
Counsel for Manufacturers and Traders Trust Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORPORATION, *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | Jointly Administered |

**CERTIFICATE OF SERVICE**

I hereby certify, that on this 19th day of June, 2009, a true and correct copy of Notice of Appearance and Request for Service of Papers was caused to be served on the following via first-class mail, postage prepaid:

Weil, Gotshal & Manges, LLP
Harvey R. Miller, Esquire
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee
Diana G. Adams, Esquire
33 Whitehall Street, 21st Floor
New York, NY 10004

Kramer Levin Naftalis & Frankel LLP
Attorneys for the Official Committee of
Unsecured Creditors
Gordon Z. Novod, Esquire
1177 Avenue of the Americas
New York, NY 10036

By:     ____/s/ Brian T. Crowley____
Brian T. Crowley, Esquire
Counsel for Manufacturers and Traders Trust Company

PHIL1 850618-1