SONNENSCHEIN NATH & ROSENTHAL LLP
Jonathan D. Forstot (JF5807)
Louis A. Curcio (LC0242)
1221 Avenue of the Americas
New York, New York  10020-1089
Telephone:    (212) 768-6700
Facsimile:    (212) 768-6800

*Attorneys for TT electronics plc, AB Automotive Electronics Ltd., AB Electronic Products Group Limited, AB Automotive Inc., AB Interconnect Inc., BI Technologies Corporation, International Resistive Company, Inc. (aka International Resistive Company Wire & Film Technologies Division), International Resistive Company of Texas, LP (aka International Resistive Company Advanced Film Division), Optek Technology, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
In re                                                              :    Chapter 11
                                                                   :
    GENERAL MOTORS CORP., *et al.*,                    :    Case No. 09-50026 (REG)
                                                                   :
                                                                   :    (Jointly Administered)
               Debtors.                     :
---------------------------------------------------------------------- x

**CERTIFICATE OF SERVICE OF THE PROTECTIVE OBJECTION
OF THE TT GROUP TO THE ASSUMPTION AND ASSIGNMENT OF
<u>EXECUTORY  CONTRACTS AND CURE AMOUNTS RELATED THERETO</u>**

    I, Louis A. Curcio, certify that service of the Protective Objection of the TT Group to the Assumption and Assignment of Executory Contracts and Cure Amounts Related Thereto was caused to be made on June 19, 2009 via facsimile and FedEx, upon the following counsel:

09-50026-mg    Doc 2069    Filed 06/19/09    Entered 06/19/09 17:48:22    Main Document
Pg 2 of 2

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Facsimile:  212.310.8007
Attn:   Harvey R. Miller, Esq.,
        Stephen Karotkin, Esq.
        Joseph H. Smolinsky, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Facsimile:  212.504.6666
Attn: John J. Rapisardi, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Facsimile: (212) 715-8000
Attn:   Thomas Moers Mayer, Esq.
        Kenneth H. Eckstein, Esq.
        Robert T. Schmidt, Esq.
        Adam C. Rogoff, Esq.
        Gordon Z. Novod, Esq.

Cleary Gottlieb Steen & Hamilton LLP,
One Liberty Plaza
New York, New York 10006
Facsimile:  212.225.3999
Attn: James L. Bromley, Esq.

Cohen, Weiss and Simon LLP
330 W. 42nd Street, New York, New York 10036
Facsimile:  212.695.5436
Attn: Babette Ceccotti, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Facsimile:  212.407.7799
Attn:   Michael J. Edelman, Esq.
        Michael L. Schein, Esq.

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor,
New York, New York 10004
Facsimile:  212.668.2256
Attn: Diana G. Adams, Esq.

U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, New York 10007
Facsimile:  212.637.2684
Attn:   David S. Jones, Esq.
        Matthew L. Schwartz, Esq.

Dated: June 19, 2009
       New York, New York

/s/ Louis A. Curcio
Louis A. Curcio

- 2 -

17635750\V-4