**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** <br><br> **GENERAL MOTORS CORP.,** *et al.,* <br><br> **Debtors.** | **Case No. 09-50026** <br><br> **(Jointly Administered)** |

## WITHDRAWAL OF LIMITED OBJECTION TO PROPOSED CURE AMOUNT

SSDC Services, Corp. ("SSDC") previously filed an Objection to Proposed Cure Amount on June 12, 2009 (Docket No. 891). The Debtor subsequently contacted SSDC and requested that it agree to the Cure Dispute Resolution Process in lieu of continued litigation of the cure amount objection in this Court. SSDC has agreed to the Cure Dispute Resolution Process and, therefore, withdraws without prejudice its Objection to Proposed Cure Amount (Docket No. 891)

Dated: June 19, 2009

/s/ Michael E. Norton
Michael Norton (MN 1796)
NORTON & ASSOCIATES, LLC
317 Madison Avenue, Suite 415
New York, New York 10017
Telephone: (212) 297-0100
Facsimile: (212) 376-6080
mn@nortonlawassociates.com

*-and-*

Michael D. Fielding    MO #53124 & KS #20562
HUSCH BLACKWELL SANDERS LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000; FAX (816) 983-8080
michael.fielding@huschblackwell.com

*Attorneys for SSDC Services, Corp.*

# CERTIFICATE OF SERVICE

I herby certify that on this 19th day of June 2009, a true and correct copy of the above and foregoing was served by the method or methods specified below:

  __X__ by **electronically** filing it with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system and

  __X__ via **U.S. mail**, first class, postage prepaid and properly addressed to the parties and/or counsel, who do not receive notice electronically via CM/ECF, per the Court's mailing matrix attached hereto, and to:

  __X__ via **facsimile** to the parties at the fax number set forth below or on the attached.

| | |
|---|---|
| Weil, Gotshal & Manges, LLP<br>Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>John H. Smolinsky, Esq.<br>767 Fifth Avenue<br>New York, NY 10153<br>(212) 310<br>FAX:  (212) 310-8007 | Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>FAX:  (313) 465-7571 |
| Office of the United State Trustee for the<br>Southern District of New York<br>Diana G. Adams, Esq.<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>(212) 510-0500<br>FAX: (212) 668-2255 | Cadwalader, Wickersham & Taft LLP<br>John J. Rapisardi, Esq.<br>One World Financial Center<br>New York, NY  10281<br>(212) 504-6000<br>FAX: (212) 504-6666 |
| Vedder Price, P.C.<br>Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>1633 Broadway<br>47th Floor<br>New York, New York 10019<br>212-407-7700<br>FAX: 212-407-7799 | Robert D. Wolford<br>Miller, Johnson, Snell & Cummiskey, PLC<br>250 Monroe Avenue, N.W.<br>Suite 800<br>Grand Rapids, MI 49503<br>(616) 831-1700<br>Fax : (616) 831-1701<br>Email: ecfwolfordr@millerjohnson.com |

Dated: June 19, 2009.

                                        /s/ Michael Norton
                                        Attorney