SCOTT A. WOLFSON (MI P53194)
Admitted *Pro Hac Vice*
BUSH SEYFERTH & PAIGE PLLC
3001 W. Big Beaver Rd., Suite 600
Troy, MI  48084
Telephone:  (248) 822-7803
Facsimile:  (248) 822-7853
E-Mail:  wolfson@bsplaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
: **Chapter 11**
**In re:**                                                             :
: **Case No. 09-50026 (REG)**
**GENERAL MOTORS CORPORATION,** *et al.*,                              :
: **(Jointly Administered)**
   **Debtors.**                                                        :
-----------------------------------------------------------------------x

**LIMITED OBJECTION OF NYX, INC. AND BATES ACQUISITION, LLC TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO**

NYX, Inc. and Bates Acquisition, LLC (collectively, the "**NYX Parties**"), by their attorneys Bush Seyferth & Paige, PLLC, submit this limited objection ("**Limited Objection**") to the Notice Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts And (II) Cure Costs Related Thereto ("**Assumption and Assignment Notice**").  In support of this Limited Objection, the NYX Parties state:

**BACKGROUND**

1. On June 1, 2009, Debtors filed voluntary petitions for relief under title 11 of chapter 11 of the Bankruptcy Code in the Southern District of New York, *In re General Motors Corporation, et. al.,* Case No. 09-50026.

2. On June 2, 2009, the Court entered an Order Pursuant To 11 U.S.C. §§ 105, 363 And 365 And Fed. R. Bankr. P. 2002, 6004, And 6006 (I) Approving Procedures For Sale Of

Debtors' Assets Pursuant To Master Sale And Purchase Agreement With Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline And Sale Hearing Date; (III) Establishing Assumption And Assignment Procedures; And (IV) Fixing Notice Procedures And Approving Form Of Notice [Docket No. 274], which includes procedures for the assumption and assignment of executory contracts by Debtors.

3. Debtors were required to serve Assumption and Assignment Notices upon non-Debtor parties to the executory contracts Debtors intend to assume, which notices must include, among other things, website access information regarding Debtors' proposed cure costs for the assumed and assigned executory contracts ("**Cure Amounts**").

4. Debtors mailed two Assumption and Assignment Notices to the NYX Parties, dated June 5, 2009 and June 15, 2009.

5. The June 15, 2009 Assumption and Assignment Notice lists the Cure Amounts relating to the NYX Parties' executory contracts ("**NYX Parties' Contracts**") as $2,126,159.72.

6. According to the NYX Parties' books and records, Debtors owe the NYX Parties $160,593.64 in addition to the $2,126,159.72 (for a total Cure Amount of $2,286,753.36) relating to goods and services the NYX Parties provided to Debtors. *See* Exhibit A.

## LIMITED OBJECTION

7. Section 365(b) of the Bankruptcy Code requires a debtor to fully cure all defaults existing at the time of assumption before assuming an executory contract. *See* 11 U.S.C. § 365(b)(1); *In re Genuity Inc.,* 323 B.R. 79, 84 (Bankr. S.D.N.Y. 2005) ("Code § 365 clearly and plainly states that in order to assume a contract, a debtor is required to first cure all defaults, or provide adequate assurance that it will cure such defaults"). This includes both pre-petition and post-petition defaults. *See In re Burger Boys*, 94 F.3d 755, 763 (2d Cir. 1996).

8. Debtors may not assume the NYX Parties' Contracts without first curing all pre-petition and post-petition defaults existing under the NYX Parties' Contracts.

9. Accordingly, Debtors must pay the NYX Parties the cure amount of $2,286,753.36 in order to assume and assign the NYX Parties' Contracts.

10. The NYX Parties reserve the right to amend, supplement, or otherwise modify this Limited Objection, and to raise further objections to the assumption and assignment or Cure Amounts with respect to the NYX Parties' Contracts.

WHEREFORE, the NYX Parties respectfully request that the Court enter an Order (i) sustaining this Limited Objection, (ii) requiring Debtors to pay the cure amount of $2,286,753.36 to the NYX Parties; and (iii) granting the NYX Parties such additional relief as is just and equitable.

Respectfully submitted,

BUSH SEYFERTH & PAIGE PLLC
*Attorneys for the NYX Parties*

Dated:  June 19, 2009

By:    /s/ Scott A. Wolfson
    Scott A. Wolfson (MI P53194)
Admitted *Pro Hac Vice*
3001 W. Big Beaver Rd., Suite 600
Troy, MI  48084
Telephone:  (248) 822-7803
Facsimile:  (248) 822-7853
E-Mail:  wolfson@bsplaw.com

W:\Docs\Bank\03000\00234\07127571.DOC

# EXHIBIT A

# EXHIBIT A

| Invoice | Due Date | Inv Date | | | Invoice Amount |
|---|---|---|---|---|---|
| **4GMNAO** | **GEN MOTORS - NAO OPERATIONS** | | | | |
| 236977 | 3/31/2009 | 5/15/2009 | INV | US | 52,040.00 |
| 236978 | 3/31/2009 | 5/15/2009 | INV | US | 4,200.00 |
| 236979 | 3/31/2009 | 5/15/2009 | INV | US | 22,800.00 |
| 237970 | 4/14/2009 | 5/29/2009 | INV | US | 3,080.00 |
| 241257 | 6/1/2009 | 5/23/2009 | INV | US | 2,300.00 |
| 241258 | 6/1/2009 | 5/23/2009 | INV | US | 7,800.00 |
| 241260 | 6/1/2009 | 5/23/2009 | INV | US | 1,000.00 |
| 241264 | 6/1/2009 | 5/23/2009 | INV | US | 3,600.00 |
| 241265 | 6/1/2009 | 5/23/2009 | INV | US | 2,162.00 |
| 241266 | 6/1/2009 | 5/23/2009 | INV | US | 411.26 |
| 241267 | 6/1/2009 | 5/23/2009 | INV | US | 400.00 |
| 241268 | 6/1/2009 | 5/23/2009 | INV | US | 51.88 |
| **9GMSAG** | **GEN MOTORS - SERVICE PARTS OP** | | | | |
| 221736 | 10/21/2008 | 12/5/2008 | INV | US | 54.12 |
| 221741 | 10/21/2008 | 12/5/2008 | INV | US | 54.12 |
| 221843 | 10/22/2008 | 12/6/2008 | INV | US | 82.70 |
| 221844 | 10/22/2008 | 12/6/2008 | INV | US | 82.70 |
| 221845 | 10/22/2008 | 12/6/2008 | INV | US | 82.70 |
| 221846 | 10/22/2008 | 12/6/2008 | INV | US | 82.70 |
| 221847 | 10/22/2008 | 12/6/2008 | INV | US | 82.70 |
| 221848 | 10/22/2008 | 12/6/2008 | INV | US | 82.70 |
| 221849 | 10/22/2008 | 12/6/2008 | INV | US | 82.70 |
| 221850 | 10/23/2008 | 12/6/2008 | INV | US | 63.29 |
| 221866 | 10/23/2008 | 12/7/2008 | INV | US | 82.70 |
| 221868 | 10/24/2008 | 12/8/2008 | INV | US | 82.70 |
| 224113 | 11/7/2008 | 12/22/2008 | INV | US | 82.70 |
| 224116 | 11/7/2008 | 12/22/2008 | INV | US | 82.70 |
| 224117 | 11/7/2008 | 12/22/2008 | INV | US | 82.70 |
| 224118 | 11/7/2008 | 12/22/2008 | INV | US | 82.70 |
| 224119 | 11/7/2008 | 12/22/2008 | INV | US | 82.70 |
| 224120 | 11/7/2008 | 12/22/2008 | INV | US | 82.70 |
| 224121 | 11/7/2008 | 12/22/2008 | INV | US | 54.12 |
| 224122 | 11/7/2008 | 12/22/2008 | INV | US | 54.12 |
| 224318 | 11/7/2008 | 12/22/2008 | INV | US | 75.00 |
| 224319 | 11/7/2008 | 12/22/2008 | INV | US | 75.00 |

W:\Docs\Bank\03000\00234\07127588

# EXHIBIT A

| Invoice | Invoice Date | Due Date | Type | Currency | Amount |
|---|---|---|---|---|---|
| 224320 | 11/7/2008 | 12/22/2008 | INV | US | 75.00 |
| 224321 | 11/7/2008 | 12/22/2008 | INV | US | 75.00 |
| 224322 | 11/7/2008 | 12/22/2008 | INV | US | 75.00 |
| 224323 | 11/7/2008 | 12/22/2008 | INV | US | 75.00 |
| 224324 | 11/7/2008 | 12/22/2008 | INV | US | 75.00 |
| 224325 | 11/7/2008 | 12/22/2008 | INV | US | 75.00 |
| 224326 | 11/7/2008 | 12/22/2008 | INV | US | 75.00 |
| 224327 | 11/7/2008 | 12/22/2008 | INV | US | 75.00 |
| 224328 | 11/7/2008 | 12/22/2008 | INV | US | 75.00 |
| 224329 | 11/7/2008 | 12/22/2008 | INV | US | 75.00 |
| 224332 | 11/7/2008 | 12/22/2008 | INV | US | 75.00 |
| 224333 | 11/7/2008 | 12/22/2008 | INV | US | 75.00 |
| 224335 | 11/7/2008 | 12/22/2008 | INV | US | 75.00 |
| 224336 | 11/7/2008 | 12/22/2008 | INV | US | 75.00 |
| 224339 | 11/7/2008 | 12/22/2008 | INV | US | 75.00 |
| 225617 | 11/19/2008 | 1/3/2009 | INV | US | 75.00 |
| 225861 | 11/20/2008 | 1/4/2009 | INV | US | 54.12 |
| 225862 | 11/20/2008 | 1/4/2009 | INV | US | 54.12 |
| 225863 | 11/20/2008 | 1/4/2009 | INV | US | 54.12 |
| 226240 | 11/24/2008 | 1/8/2009 | INV | US | 75.00 |
| 226241 | 11/24/2008 | 1/8/2009 | INV | US | 75.00 |
| 226242 | 11/24/2008 | 1/8/2009 | INV | US | 75.00 |
| 226245 | 11/24/2008 | 1/8/2009 | INV | US | 75.00 |
| 226247 | 11/24/2008 | 1/8/2009 | INV | US | 75.00 |
| 226248 | 11/24/2008 | 1/8/2009 | INV | US | 75.00 |
| 226249 | 11/24/2008 | 1/8/2009 | INV | US | 75.00 |
| 226250 | 11/24/2008 | 1/8/2009 | INV | US | 75.00 |
| 226251 | 11/24/2008 | 1/8/2009 | INV | US | 75.00 |
| 227039 | 12/3/2008 | 1/17/2009 | INV | US | 54.12 |
| 227040 | 12/3/2008 | 1/17/2009 | INV | US | 54.12 |
| 229513 | 1/6/2009 | 2/20/2009 | INV | US | 82.71 |
| 229514 | 1/6/2009 | 2/20/2009 | INV | US | 82.71 |
| 229515 | 1/6/2009 | 2/20/2009 | INV | US | 82.71 |
| 229516 | 1/6/2009 | 2/20/2009 | INV | US | 82.71 |
| 231361 | 1/31/2009 | 3/17/2009 | INV | US | 75.00 |
| 239731 | 5/13/2009 | 6/27/2009 | INV | US | 63.19 |
| 240565 | 5/12/2009 | 6/26/2009 | INV | US | 68.79 |
| 240612 | 5/13/2009 | 6/27/2009 | INV | US | 56.23 |

W:\Docs\Bank\03000\00234\07127588

# EXHIBIT A

| Code | Invoice # | Inv Date | Date 2 | Type | Currency | Amount |
|---|---|---|---|---|---|---|
| 240613 | 240613 | 5/13/2009 | 6/27/2009 | INV | US | 56.23 |
| 1GMBU3 | GENERAL MOTORS - BURTON | | | | | |
| 226861 | 226861 | 12/5/2008 | 1/19/2009 | INV | US | 129.60 |
| 227850 | 227850 | 12/11/2008 | 1/25/2009 | INV | US | 129.60 |
| 228929 | 228929 | 12/19/2008 | 2/2/2009 | INV | US | 129.60 |
| 229393 | 229393 | 1/8/2009 | 2/22/2009 | INV | US | 143.64 |
| 229785 | 229785 | 1/15/2009 | 3/1/2009 | INV | US | 77.76 |
| 230236 | 230236 | 1/15/2009 | 3/1/2009 | INV | US | 23.52 |
| 239265 | 239265 | 4/30/2009 | 6/14/2009 | INV | US | 23.76 |
| 9GMLDC | GENERAL MOTORS - SPO | | | | | |
| 232399 | 232399 | 2/17/2009 | 4/3/2009 | INV | US | 206.61 |
| 9GMFFX | GM FAIRFAX ASSEMBLY    18044 | | | | | |
| 236644 | 236644 | 4/1/2009 | 5/16/2009 | INV | Invoice | 10,449.39 |
| 5GMCAN | GENERAL MOTORS OF CANADA LTD | | | | | |
| 230445 | 230445 | 1/20/2009 | 3/6/2009 | INV | US | 4,110.00 |
| 231614 | 231614 | 2/4/2009 | 3/21/2009 | INV | US | 7,854.60 |
| 1GMSPO | GM SERVICE PARTS (DLR DIRECT) | | | | | |
| 228290 | 228290 | 12/11/2008 | 1/25/2009 | INV | US | 46.36 |
| 228291 | 228291 | 12/11/2008 | 1/25/2009 | INV | US | 58.23 |
| 228513 | 228513 | 12/17/2008 | 1/31/2009 | INV | US | 58.23 |
| 228514 | 228514 | 12/17/2008 | 1/31/2009 | INV | US | 58.23 |
| 228515 | 228515 | 12/17/2008 | 1/31/2009 | INV | US | 58.23 |
| 228516 | 228516 | 12/17/2008 | 1/31/2009 | INV | US | 58.23 |
| 228517 | 228517 | 12/17/2008 | 1/31/2009 | INV | US | 58.23 |
| 229137 | 229137 | 12/19/2008 | 2/2/2009 | INV | US | 58.23 |
| 229139 | 229139 | 12/19/2008 | 2/2/2009 | INV | US | 58.23 |
| 229336 | 229336 | 12/29/2008 | 2/12/2009 | INV | US | 58.23 |
| 229337 | 229337 | 12/29/2008 | 2/12/2009 | INV | US | 58.23 |
| 229338 | 229338 | 12/29/2008 | 2/12/2009 | INV | US | 58.23 |
| 229339 | 229339 | 12/29/2008 | 2/12/2009 | INV | US | 58.23 |
| 229340 | 229340 | 12/29/2008 | 2/12/2009 | INV | US | 58.23 |
| 229341 | 229341 | 12/29/2008 | 2/12/2009 | INV | US | 58.23 |
| 229342 | 229342 | 12/29/2008 | 2/12/2009 | INV | US | 58.23 |
| 229343 | 229343 | 12/29/2008 | 2/12/2009 | INV | US | 58.23 |
| 229344 | 229344 | 12/29/2008 | 2/12/2009 | INV | US | 58.23 |
| 229345 | 229345 | 12/29/2008 | 2/12/2009 | INV | US | 58.23 |
| 229553 | 229553 | 1/7/2009 | 2/21/2009 | INV | US | 6.83 |
| 231597 | 231597 | 2/5/2009 | 3/22/2009 | INV | US | 58.23 |

W:\Docs\Bank\03000\00234\07127588

# EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| 237713 | 237713 | 4/9/2009 | 5/24/2009 | INV | US | 58.92 |
| 237714 | 237714 | 4/9/2009 | 5/24/2009 | INV | US | 58.92 |
| 237715 | 237715 | 4/9/2009 | 5/24/2009 | INV | US | 58.92 |
| 237716 | 237716 | 4/9/2009 | 5/24/2009 | INV | US | 58.92 |
| 237777 | 237777 | 4/9/2009 | 5/24/2009 | INV | US | 58.97 |
| 237778 | 237778 | 4/9/2009 | 5/24/2009 | INV | US | 58.97 |
| 237779 | 237779 | 4/9/2009 | 5/24/2009 | INV | US | 58.97 |
| 238800 | 238800 | 4/22/2009 | 6/6/2009 | INV | US | 58.18 |
| 239234 | 239234 | 4/28/2009 | 6/12/2009 | INV | US | 58.97 |
| 239685 | 239685 | 5/4/2009 | 6/18/2009 | INV | US | 50.09 |
| 239968 | 239968 | 5/6/2009 | 6/20/2009 | INV | US | 51.08 |
| 240192 | 240192 | 5/7/2009 | 6/21/2009 | INV | US | 51.55 |
| 240193 | 240193 | 5/7/2009 | 6/21/2009 | INV | US | 51.55 |
| 240194 | 240194 | 5/7/2009 | 6/21/2009 | INV | US | 51.55 |
| 240195 | 240195 | 5/7/2009 | 6/21/2009 | INV | US | 51.55 |
| 240196 | 240196 | 5/7/2009 | 6/21/2009 | INV | US | 51.55 |
| 240539 | 240539 | 5/12/2009 | 6/26/2009 | INV | US | 51.08 |
| 240698 | 240698 | 5/13/2009 | 6/27/2009 | INV | US | 58.02 |
| 1GMMPH | GM SPO - MEMPHIS PDC | | | | | |
| 226256 | 226256 | 11/26/2008 | 1/10/2009 | INV | US | 371.93 |
| 1GMTDX | IACNA TRADE SALES | | | | | |
| 235956 | 235956 | 3/25/2009 | 5/9/2009 | INV | US | 21.15 |
| 236656 | 236656 | 4/1/2009 | 5/16/2009 | INV | US | 21.15 |
| 237548 | 237548 | 4/8/2009 | 5/23/2009 | INV | US | 72.99 |
| 237840 | 237840 | 4/13/2009 | 5/28/2009 | INV | US | 55.73 |
| 25378 | 25378 | 05/05/09 | 6/15/2009 | INV | US | 9,091.20 |
| 25406 | 25406 | 05/07/09 | 6/15/2009 | INV | US | 9,091.20 |
| 25499 | 25499 | 05/19/09 | 6/15/2009 | INV | US | 9,091.20 |
| 25537 | 25537 | 05/26/09 | 6/15/2009 | INV | US | 3,030.40 |
| | | | | | Total | **160,593.64** |

W:\Docs\Bank\03000\00234\07127588