THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | : | Case No. 09-50026 (REG) |
| Debtors. | : | Jointly Administered |

**MOTION FOR ADMISSION, PRO HAC VICE**

I, Morton R. Branzburg, a member in good standing in the bars of the Commonwealth of Pennsylvania and the State of New Jersey, as well as the United States District Court for the Eastern District of Pennsylvania, Third Circuit Court of Appeals and Ninth Circuit Court of Appeals, request admission, pro hac vice, before the Honorable Robert E. Gerber, to represent Manufacturers and Traders Trust Company in the above referenced case. The filing fee of $25.00 has been submitted with this motion for pro hac vice admission.

Dated: June 19, 2009         KLEHR, HARRISON, HARVEY,
                             BRANZBURG & ELLERS LLP

                       By:   /s/ Morton R. Branzburg
                             Morton R. Branzburg
                             Brian T. Crowley (BC-2778)
                             260 South Broad Street
                             Philadelphia, PA 19102
                             (215) 568-6060

                             *Attorneys for Manufacturers and Traders Trust Company*

PHIL1 849486-1