**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORPORATION, *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | Jointly Administered |

**ORDER GRANTING ADMISSION, PRO HAC VICE**

It is hereby ORDERED, that Morton R. Branzburg, is admitted to practice, pro hac vice, in the

above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided

that the filing fee has been paid.

Dated: New York, New York
_____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

PHIL1 849486-1