## **EXHIBIT A**

**BUEHLER SCHEDULE OF AMOUNTS OUTSTANDING UNDER ASSUMABLE EXECUTORY CONTRACTS**

**GM Supply Power Bankruptcy Detail Group number 315406843, status June 17 2009**

exchange rate 1.4154 USD for 1 Euro as of June 1, 2009

**Shipments prior to 04-17-09**

| Entity | GM PO Number/Contract ID | GM PO Issue Date | GM Part Number | Order Details Buehler p/n | Z Number | Quantity | Price | Currency | Total | Deliveries Date of ship | Invoice No | Quantity Shipped | Value | 1.4154 Converted to USD | Payment received | Balance Date Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BMG Germany | N1DE9 | 5/16/2008 | 25875050AX | DP000141 | BPGJ | 2 | €2,520.00 | EUR | €5,040.00 | 5/16/2008 | 165240 | 2 | €5,040.00 | $7,133.62 | | $7,133.62 |
| BMG Germany | N1DE9 | 6/6/2008 | 25875050B | DP000141 | BPGJ | 2 | €2,520.00 | EUR | €5,040.00 | 6/6/2008 | 165515 | 2 | €5,040.00 | $7,133.62 | | $7,133.62 |
| BMG Germany | N1DE9 | 5/12/2008 | 1X279159A | DP000141 | BPGJ | 4 | €195.00 | EUR | €780.00 | 3/20/2009 | 168924 | 4 | €780.00 | $1,104.01 | | $24.72 |
| BMG Germany | N1DE9 | 8/20/2008 | 1X279159B | DP000141 | BPGJ | 2 | €195.00 | EUR | €390.00 | 8/20/2008 | 166444 | 2 | €390.00 | $552.01 | | $552.01 |
| BMG Germany | N1DE9 | 8/21/2008 | 1X279159B | DP000141 | BPGJ | 13 | €195.00 | EUR | €2,535.00 | 8/21/2008 | 166459 | 13 | €2,535.00 | $3,588.04 | | $3,588.04 |
| BMG Germany | N1DE9 | 9/24/2008 | 1X279159B | DP000141 | BPGJ | 6 | €195.00 | EUR | €1,170.00 | 9/17/2008 | 166914 | 6 | €1,170.00 | $1,656.02 | | $1,656.02 |
| BMG Germany | N1L97 002 | 2/17/2009 | 1X279159BX | DP000141 | BPGJ | 2 | €276.26 | EUR | €552.52 | 4/3/2009 | 169091 | 2 | €552.52 | $782.04 | | $782.04 |
| BMG Germany | RXIDB-000 | 2/20/2009 | 1X279159BX | DP000141 | BPGJ | 7 | €276.26 | EUR | €1,933.82 | 4/16/2009 | 169191 | 7 | €1,933.82 | $2,737.13 | | $2,737.13 |
| BMG Germany | RXIDB-000 | 2/20/2009 | PCB-COAT | Setup | BPGJ | 1 | €450.00 | EUR | €450.00 | 4/16/2009 | 169200 | 1 | €450.00 | $636.93 | | $636.93 |
| BMG Germany | N1DE9 | 1/8/2009 | TOOLING | Tax for Tooling | BPGJ | 1 | €11,501.27 | EUR | €11,501.27 | 9/29/2008 | 166955 | 1 | €11,501.27 | $16,278.90 | | $16,278.90 |

Total **$40,522**

**Shipments from April 17 but before June 1**

| Entity | GM PO Number/Contract ID | Issue Date | GM Part Number | Buehler p/n | Z Number | Quantity | Price | Currency | Total | Date of ship | Invoice No | Quantity Shipped | Value | 1.4154 Converted to USD | Payment received | Balance Date Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BMG Germany | N1L97 003 | 4/7/2009 | 1X279159BX | DP000141 | BPGJ | 3 | €276.26 | EUR | €828.78 | 5/14/2009 | 169285 | 3 | €828.78 | $1,173.06 | | $1,173.06 |
| BMG Germany | N1LYZ 002 | 2/17/2009 | 25875090A | 12402100801 | BPGJ | 2 | €220.00 | EUR | €440.00 | 5/19/2009 | 169553 | 2 | €440.00 | $622.78 | | $622.78 |
| BMI USA | N1QD1-000 | 3/11/2009 | 20822508A | E1240214274 | BPX6 | 1 | $125.00 | USD | $125.00 | 5/14/2009 | 155204 | 1 | $125.00 | $125.00 | | $125.00 |
| BMI USA | N1QD1-000 | 3/11/2009 | 25953015A | E1240214275 | BPX6 | 1 | $150.00 | USD | $150.00 | 5/14/2009 | 155205 | 1 | $150.00 | $150.00 | | $150.00 |
| BMI USA | N1R3I | 5/7/2009 | 25968559B | DP000141/001 | BPX6 | 2 | €723.83 | EUR | €1,447.66 | 5/15/2009 | 155214 | 2 | €1,447.66 | $2,049.02 | | $2,049.02 |
| BMI USA | N1NLK | 1/27/2009 | 20822508A | E1240214274 | BPX6 | 4 | €723.83 | EUR | €2,895.32 | 5/15/2009 | 155215 | 4 | €2,895.32 | $4,097.28 | | $4,097.28 |
| BMI USA | N1QD1-000 | 3/11/2009 | 25953015A | E1240214275 | BPX6 | 6 | $125.00 | USD | $750.00 | 5/21/2009 | 155257 | 6 | $750.00 | $750.00 | | $750.00 |
| BMI USA | N1QD1-000 | 3/11/2009 | 25968548B | DP000141/002 | BPX6 | 6 | $150.00 | USD | $900.00 | 5/21/2009 | 155258 | 6 | $900.00 | $900.00 | | $900.00 |
| BMI USA | N1NLK-003 | 5/18/2009 | 25968548B | DP000141/002 | BPX6 | 2 | €673.83 | EUR | €1,347.66 | 5/22/2009 | 155269 | 2 | €1,347.66 | $1,907.48 | | $1,907.48 |
| BMI USA | N1SAE-000 | 5/12/2009 | 1X284887A | DP000141/003 | BPX6 | 2 | €698.83 | EUR | €1,397.66 | 5/22/2009 | 155270 | 2 | €1,397.66 | $1,978.25 | | $1,978.25 |
| BMI USA | N1NLL-005 | 3/20/2009 | 25968559B | DP000141/001 | BPX6 | 2 | €678.83 | EUR | €1,357.66 | 5/22/2009 | 155271 | 2 | €1,357.66 | $1,921.63 | | $1,921.63 |
| BMI USA | N1QD1-000 | 3/11/2009 | 20822508A | E1240214274 | BPX6 | 12 | $125.00 | USD | $1,500.00 | 5/26/2009 | 155277 | 12 | $1,500.00 | $1,500.00 | | $1,500.00 |
| BMI USA | N1QD1-000 | 3/11/2009 | 25953015A | E1240214275 | BPX6 | 24 | $150.00 | USD | $3,600.00 | 5/26/2009 | 155278 | 24 | $3,600.00 | $3,600.00 | | $3,600.00 |
| BMI USA | N1SAE-000 | 5/12/2009 | 1X284887A | DP000141/003 | BPX6 | 2 | €698.83 | EUR | €1,397.66 | 5/29/2009 | 155293 | 2 | €1,397.66 | $1,978.25 | | $1,978.25 |
| BMI USA | N1NLL-005 | 3/20/2009 | 25968559B | DP000141/001 | BPX6 | 2 | €673.83 | EUR | €1,347.66 | 5/29/2009 | 155294 | 2 | €1,347.66 | $1,907.48 | | $1,907.48 |
| BMI USA | N1NLL-005 | 5/18/2009 | 25968548B | DP000141/002 | BPX6 | 2 | €673.83 | EUR | €1,347.66 | 5/29/2009 | 155295 | 2 | €1,347.66 | $1,907.48 | | $1,907.48 |

Total **$26,780**

**Shipments after June 1**

| Entity | GM PO Number/Cont| Issue Date | GM Part Number | Buehler p/n | Z Number | Quantity | Price | Currency | Total | Date of ship | Invoice No | Quantity Shipped | Value | Converted to USD | Payment received | Balance Date Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BMI USA | N1SAE-000 | 5/12/2009 | 1X284887A | 12402200200 | BPX6 | 2 | €698.83 | EUR | €1,397.66 | 6/5/2009 | 155325 | 2 | €1,397.66 | $1,978.25 | | $1,978.25 |
| BMI USA | N1NLL-005 | 3/20/2009 | 25968559B | 12402200300 | BPX6 | 2 | €673.83 | EUR | €1,347.66 | 6/5/2009 | 155326 | 2 | €1,347.66 | $1,907.48 | | $1,907.48 |
| BMI USA | N1NLK-004 | 5/18/2009 | 25968548B | 12402200200 | BPX6 | 2 | €673.83 | EUR | €1,347.66 | 6/5/2009 | 155324 | 2 | €1,347.66 | $1,907.48 | | $1,907.48 |
| BMI USA | N1NLL-004 | 5/18/2009 | 25968548B | 12402200200 | BPX6 | 2 | €673.83 | EUR | €1,347.66 | 6/11/2009 | 155359 | 2 | €1,347.66 | $1,907.48 | | $1,907.48 |
| BMI USA | N1SAE-000 | 5/12/2009 | 1X284887A | 12402200200 | BPX6 | 2 | €698.83 | EUR | €1,397.66 | 6/11/2009 | 155360 | 2 | €1,397.66 | $1,978.25 | | $1,978.25 |
| BMI USA | N1NLL-005 | 3/20/2009 | 25968559B | 12402200300 | BPX6 | 2 | €673.83 | EUR | €1,347.66 | 6/11/2009 | 155361 | 2 | €1,347.66 | $1,907.48 | | $1,907.48 |

Total **$11,586**

**Open orders not Shipped**

| Entity | GM PO Number/Cont| Issue Date | GM Part Number | Buehler p/n | Z Number | Quantity | Price | Currency | Total | Date of ship | Invoice No | Quantity Shipped | Value | Converted to USD | Payment received | Balance Date Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BMI USA | N1NLK-004 | 5/18/2009 | 25968548B | 12402200200 | BPX6 | 70 | €673.83 | EUR | €47,168.10 | | | | €47,168.10 | $66,761.73 | | $66,762 |
| BMI USA | N1NLK-004 | 5/18/2009 | TOOLING 25968548B | TOOLING | BPX6 | 1 | €127,649.00 | EUR | €127,649.00 | | | | €127,649.00 | $180,674.39 | | $180,674 |
| BMI USA | N1SAE-000 | 5/12/2009 | 1X284887A | 12402200200 | BPX6 | 64 | €698.83 | EUR | €44,725.12 | | | | €44,725.12 | $63,303.93 | | $63,304 |
| BMI USA | N1SEU-000 | 5/18/2009 | 25875090A | 12402200200 | BPX6 | 4 | €220.00 | EUR | €880.00 | | | | €880.00 | $1,245.55 | | $1,246 |
| BMI USA | N1NLL-005 | 3/20/2009 | 25968559B | 12402200300 | BPX6 | 73 | €673.83 | EUR | €49,189.59 | | | | €49,189.59 | $69,622.95 | | $69,623 |
| BMI USA | N1NLL-005 | 3/20/2009 | TOOLING 25968559B | TOOLING | BPX6 | 1 | €29,809.00 | EUR | €29,809.00 | | | | €29,809.00 | $42,191.66 | | $42,192 |
| BMI USA | N1QD1-000 | 3/11/2009 | TOOLING 20822508A | E1240214274 | BPX6 | 1 | $2,500.00 | USD | $2,500.00 | | | | $2,500.00 | $2,500.00 | | $2,500 |
| BMI USA | N1QD1-000 | 3/11/2009 | TOOLING 25953015A | E1240214275 | BPX6 | 1 | $3,500.00 | USD | $3,500.00 | | | | $3,500.00 | $3,500.00 | | $3,500 |
| BMI USA | N1QD1-000 | 3/11/2009 | 20822508A | E1240214274 | BPX6 | 30 | $125.00 | USD | $3,750.00 | | | | $3,750.00 | $3,750.00 | | $3,750 |
| BMI USA | N1QD1-000 | 3/11/2009 | 25953015A | E1240214275 | BPX6 | 18 | $150.00 | USD | $2,700.00 | | | | $2,700.00 | $2,700.00 | | $2,700 |
| BMG Germany | N1L97 003 | 4/7/2009 | 1X279159BX | DP000141 | BPGJ | 26 | €276.26 | EUR | €7,182.76 | | | | €7,182.76 | $10,166.48 | | $10,166 |

Total **$446,417**

Grand Total USD **$525,306**