HEARING DATE AND TIME: July 13, 2009 at 9:00 a.m. (Eastern Time)
OBJECTION DEADLINE: July 6, 2009 at 4:00 p.m. (Eastern Time)

**IF YOU HAVE RECEIVED THIS NOTICE AND ARE A
CONTRACT-COUNTERPARTY TO AN AGREEMENT WITH
THE DEBTORS, PLEASE REVIEW <u>EXHIBIT A</u>, ATTACHED
TO THE MOTION (AS DEFINED BELOW), TO DETERMINE IF THE
MOTION AFFECTS YOUR AGREEMENT AND YOUR RIGHTS THEREUNDER.**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                    :          **Chapter 11 Case No.**
:
**GENERAL MOTORS CORP.,** *et al.*,          :          **09-50026 (REG)**
:
                              **Debtors.**    :          **(Jointly Administered)**
:
---------------------------------------------------------------x

**NOTICE OF DEBTORS' FIRST OMNIBUS MOTION PURSUANT
<u>TO 11 U.S.C. § 365 TO REJECT CERTAIN EXECUTORY CONTRACTS</u>**

**PLEASE TAKE NOTICE THAT:**

PLEASE TAKE NOTICE that upon the annexed motion, dated June 19, 2009 (the

"**Motion**"), of General Motors Corporation and its affiliated debtors, as debtors and debtors in

possession (collectively, the "**Debtors**"), for an order, pursuant to section 365, of title 11, United

States Code to reject certain executory contracts (collectively, the "**Executory Contracts**"), as

more fully set forth in the Motion, a hearing will be held before the Honorable Robert E. Gerber,

United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, New York, New York 10004, on **July 13,**

**2009 at 9:00 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the

Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the

Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a)

electronically in accordance with General Order M-242 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by

all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF),

WordPerfect, or any other Windows-based word processing format (with a hard copy delivered

directly to Chambers), in accordance with General Order M-182 (which can be found at

www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) Weil,

Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York

10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.);

(ii) the Debtors, c/o General Motors Corporation, 300 Renaissance Center, Detroit, Michigan

48265 (Attn: Lawrence S. Buonomo, Esq.); (iii) Cadwalader, Wickersham & Taft LLP, attorneys

for the United States Department of the Treasury, One World Financial Center, New York, New

York 10281 (Attn: John J. Rapisardi, Esq.); (iv) the United States Department of the Treasury,

1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Matthew Feldman,

Esq.); (v) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th

Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein,

Esq.); (vi) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of

unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Kenneth

H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., and Gordon Z. Novod,

Esq.); (vii) the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("**UAW**"), 8000 East Jefferson Avenue, Detroit, Michigan 48214 (Attn: Daniel W. Sherrick, Esq.); (viii) Cleary Gottlieb Steen & Hamilton LLP, attorneys for the UAW, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esq.); (xi) Cohen, Weiss and Simon LLP, attorneys for the UAW, 330 W. 42nd Street, New York, New York 10036 (Attn: Babette Ceccotti, Esq.); (xii) the Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004; (xiii) the affected counterparties to the Executory Contracts; and (xiv) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), so as to be received no later than **July 6, 2009, at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

If no objections are timely filed and served with respect to the Motion, the

Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court an order

substantially in the form of the proposed order annexed to the Motion, which order may be

entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
      June 19, 2009

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**HEARING DATE AND TIME: July 13, 2009 at 9:00 a.m. (Eastern Time)**
**OBJECTION DEADLINE: July 6, 2009 at 4:00 p.m. (Eastern Time)**

**IF YOU HAVE RECEIVED THIS MOTION AND ARE A CONTRACT-COUNTERPARTY TO AN AGREEMENT WITH THE DEBTORS, PLEASE REVIEW <u>EXHIBIT A</u>, ATTACHED HERETO, TO DETERMINE IF THIS MOTION AFFECTS YOUR AGREEMENT AND YOUR RIGHTS THEREUNDER.**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------------x
                                        :
In re                                   :          Chapter 11 Case No.
                                        :
GENERAL MOTORS CORP., et al.,           :          09-50026 (REG)
                                        :
                        Debtors.        :          (Jointly Administered)
                                        :
--------------------------------------------------------------x
```

**DEBTORS' FIRST OMNIBUS MOTION PURSUANT**
**<u>TO 11 U.S.C § 365 TO REJECT CERTAIN  EXECUTORY CONTRACTS</u>**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

General Motors Corporation ("**GM**") and its affiliated debtors, as debtors and

debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"),

respectfully represent:

### <u>Relief Requested</u>

1.    Pursuant to section 365(a) of title 11 of the United States Code (the

"**Bankruptcy Code**") and rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), the Debtors request authorization to reject certain executory

contracts (the "**Executory Contracts**") effective as of the date hereof.  A proposed order (" the

**Order**") is attached hereto as **Exhibit B**.

2.      A list of the affected Executory Contracts is attached hereto as **Exhibit A**.

In accordance with Rule 6006(a)(f)(6), the proposed list of Executory Contracts lists parties

alphabetically and contains fewer than 100 contracts.

**Jurisdiction**

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper

before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**The Executory Contracts**

4.      The Debtors are currently undergoing a comprehensive review of their

executory contracts to determine which contracts to assume and which to reject.  Because the

Debtors are in the process of selling substantially all of their assets and winding down their

remaining operations, the Debtors no longer require certain executory contracts for their

continued operations and will seek to reject those contracts that provide no meaningful value or

benefit to the Debtors' estates.  The Debtors have reviewed the Executory Contracts that are the

subject of this Motion and have determined, in the their sound business judgment, that

continuing the Executory Contracts would be costly and would provide no corresponding benefit

or utility to the Debtors or their estates.

5.      The Executory Contracts primarily concern marketing, sponsorship, and

promotion-related agreements relating to GM products that (i) will be sold by the Debtors

pursuant to the contemplated sale of substantially all of the Debtors' assets to Vehicle

Acquisition Holdings LLC, a purchaser sponsored by the United States Department of the

Treasury (the "**363 Sale**") or (ii) will be eliminated as part of the Debtors' wind down process.

Consequently, the Executory Contracts are not necessary for the administration of the Debtors'

estates and maintaining the Executory Contracts would impose unnecessary costs and burdens on

the Debtors' estates.  The Debtors have also explored the possibility of marketing the Executory

Contracts, but have determined that doing so would provide no meaningful benefit or value to

the Debtors' estates.  Accordingly, the Debtors submit this Motion to reject the Executory

Contracts.

      6.      In each instance, the Debtors propose that the rejections of the Executory

Contracts be effective as of Monday June 22, 2009, the date on which the counterparties to the

Executory Contracts will receive notice of the Motion via overnight mail.

### Rejection of the Executory Contracts Is Supported by the Debtors' Business Judgment and Should Be Approved by the Court

      7.      Section 365(a) of the Bankruptcy Code provides, in pertinent part, that a

debtor in possession "subject to the court's approval, may assume or reject any executory

contract or unexpired lease of the debtor."  *See also NLRB v. Bildisco & Bildisco*, 465 U.S. 513,

521 (1984); *In re Lavigne*, 114 F.3d 379, 386 (2d Cir. 1997).  "[T]he purpose behind allowing

the assumption or rejection of executory contracts is to permit the trustee or debtor-in-possession

to use valuable property of the estate and to 'renounce title to and abandon burdensome

property.'" *Orion Pictures Corp. v. Showtime Networks, Inc. (In re Orion Pictures Corp.)*, 4 F.3d

1095, 1098 (2d Cir. 1993), *cert. dismissed*, 511 U.S. 1026 (1994).

      8.      Courts defer to a debtor's business judgment in rejecting an executory

contract or unexpired lease, and upon finding that a debtor has exercised its sound business

judgment, approve the rejection under section 365(a) of the Bankruptcy Code. *See Bildisco &*

*Bildisco*, 465 U.S. at 523 (recognizing the "business judgment" standard used to approve

rejection of executory contracts and unexpired leases); *Nostas Assocs. v. Costich (In re Klein*

*Sleep Products, Inc.)*, 78 F.3d 18, 25 (2d Cir. 1996) (recognizing the "business judgment"

standard used to approve rejection of executory contracts); *In re Minges*, 602 F.2d 38, 42-43 (2d

Cir. 1979) (holding that the "business judgment" test is appropriate for determining when an

executory contract can be rejected); *In re G Survivor Corp.*, 171 B.R. 755, 757 (Bankr. S.D.N.Y.

1994), *aff'd*, 187 B.R. 111 (S.D.N.Y. 1985) (approving rejection of license by debtor because

such rejection satisfied the "business judgment" test); *In re Child World, Inc.*, 142 B.R. 87, 89

(Bankr. S.D.N.Y. 1992) (stating that a debtor may assume or reject an unexpired lease under

§ 365(a) in the exercise of its "business judgment").

9.    The "business judgment" standard is not a strict standard; it requires only

a showing that either assumption or rejection of the executory contract or unexpired lease will

benefit the debtor's estate.  *See In re Helm*, 335 B.R. 528, 538 (Bankr. S.D.N.Y. 1996) ("To

meet the business judgment test, the debtor in possession must 'establish that rejection will

benefit the estate.'") (citation omitted);  *In re Balco Equities Ltd., Inc.*, 323 B.R. 85, 99 (Bankr.

S.D.N.Y 2005) ("In determining whether the debtor has employed reasonable business

discretion, the court for the most part must only determine that the rejection will likely benefit

the estate.") (quoting *In re G Survivor Corp.*, 171 B.R. 755, 757 (Bankr. S.D.N.Y. 1994), *aff'd*,

187 B.R. 111 (S.D.N.Y. 1995).

10.    The Debtors have reviewed the Executory Contracts and have determined

that in light of the contemplated 363 Sale and subsequent wind down, the Executory Contracts

are no longer necessary for the Debtors' ongoing business, and create unnecessary and

burdensome expenses for the Debtors' estates.  In addition, the Debtors have determined that no

4

meaningful value would be realized by the Debtors if the Executory Contracts were assumed and assigned to third parties.  Accordingly, the Executory Contracts should be rejected.

## **Notice**

Notice of this Motion has been provided to (i) the Office of the United States Trustee for the Southern District of New York, (ii) the attorneys for the United States Department of the Treasury, (iii) the attorneys for Export Development Canada, (iv) the attorneys for the agent under GM's prepetition secured term loan agreement, (v) the attorneys for the agent under GM's prepetition amended and restated secured revolving credit agreement, (vi) the attorneys for the statutory committee of unsecured creditors appointed in these chapter 11 cases, (vii) the attorneys for the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, (viii) the attorneys for the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers—Communications Workers of America, (ix) the United States Department of Labor, (x) the attorneys for the National Automobile Dealers Association, (xi) the attorneys for the ad hoc bondholders committee, (xii) the U.S. Attorney's Office, S.D.N.Y., (xiii) the counterparties to the Executory Contracts, and (xiv) all entities that requested notice in these chapter 11 cases under Fed. R. Bankr. P. 2002. The Debtors submit that, in view of the facts and circumstances, such notice is sufficient and no other or further notice need be provided.

WHEREFORE, the Debtors respectfully request that the Court enter an order granting the relief requested herein and such other and further relief as is just and proper.

Dated: New York, New York
June 19, 2009

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

**Executory Contracts**

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date |
|---|---|---|---|---|
| 1 | 21st District Agricultural Association - The Big Fresno Fair | 21ST DISTRICT AGRICULTURAL ASSOCIATION - THE BIG FRESNO FAIR<br>DAVID NALCHAJIAN<br>1121 S CHANCE AVE<br>FRESNO, CA 93702-3707 | Promotional Agreement | 10/31/2008 |
| 2 | 600 Festival Association | 600 FESTIVAL ASSOCIATION<br>MR. JAY HOWARD<br>6427 SADDLE CREEK CT., HARRISBURGH<br>HARRISBURG, NC 28075 | Promotional Agreement | 1/1/2009 |
| 3 | Bowyer Dirt Motorsports | CLINT BOWYER RACING INC.<br>CHIP WILLIAMS<br>PO BOX 1479, WELCOME<br>WELCOME, NC 27374 | Personal Service Agreement | 1/1/2008 |
| 4 | Bristol Motor Speedway d/b/a Bristol Dragway | BRISTOL MOTOR SPEEDWAY D/B/A BRISTOL DRAGWAY<br>MR. JERRY CALDWELL<br>151 SPEEDWAY BLVD<br>BRISTOL, TN 37620-8932 | Race Track Promotional Agreement (Pontiac) | 1/1/2008 |
| 5 | Buckmasters | BUCKMASTERS<br>MR. JACKIE BUSHMAN<br>10350 HWY 80 EAST, MONTGOMERY<br>MONTGOMERY, AL 36117 | Promotional Agreement | 4/1/2009 |
| 6 | Budco | BUDCO<br>ALICIA ROBERTS<br>13700 OAKLAND<br>HIGHLAND PARK, MI 48203 | B2B Customer Service Call Center | 10/23/2008 |
| 7 | Charlotte Motor Speedway LLC | CHARLOTTE MOTOR SPEEDWAY LLC<br>AKA LOWE'S MOTOR SPEEDWAY<br>PO BOX 600<br>CONCORD NC 28026-0600 | Suite # 112, 66 Suite tickets, 16 Pit passes, 2 Worker Passes, 10 Parking passes | 9/6/2006 |
| 8 | ChinMusic Records, Inc. | CHINMUSIC RECORDS, INC.<br>DANIELLE LEE MARTIN<br>1609 INVERNESS DR., SPRING HILL<br>SPRING HILL, TN 37174 | Promotional Agreement | 5/31/2009 |
| 9 | City of Lansing | CITY OF LANSING<br>JOHN M. ROBERTS, JR. - CITY ATTORNEY<br>CITY OF LANSING CITY HALL 5TH FLOOR LANSING<br>LANSING, MI 48933 | Naming rights to Oldsmobile Park | 8/2/1995 |
| 10 | City of Rochester | CITY OF ROCHESTER<br>MARY HAYWORD<br>30 CHURCH ST, ROCHESTER<br>ROCHESTER, NY 14614 | Promotional Agreement | 4/24/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date |
|---|---|---|---|---|
| 11 | ClearChannel Entertainment | CLEARCHANNEL ENTERTAINMENT<br>MS. LINDA WEMMELL<br>95 SOUTH TURNPIKE RD, WALLINGFORD<br>WALLINGFORD, CT 06492 | Promotional Agreement | 7/8/2005 |
| 12 | Daytona International Speedway, LLC | SHERRILEE STOUDT<br>DIRECTOR OF BUSINESS DEVELOPMENT<br>1801 W. INTERNATIONAL SPEEDWAY BLVD.<br>DAYTONA BEACH FL 32114 | Nextel Tower Suite #519, 65 Seats with 77 tickets incl Fan zone and Pre Race passes, 11 parking | 8/9/2006 |
| 13 | Deer Valley Resort Company | DEER VALLEY RESORT COMPANY<br>MR. BOB WHEATON<br>2250 DEER VALLEY DRIVE SOUTH, PARK CITY<br>PARK CITY, UT 84060 | Promotional Agreement | 11/3/2008 |
| 14 | Discover Mediaworks | DISCOVER MEDIAWORKS<br>MR. MARK ROSE<br>5236 HIGHWAY 70 WEST, EAGLE RIVER<br>EAGLE RIVER, WI 54521 | Promotional Agreement | 1/1/2009 |
| 15 | Dover International Speedway, Inc | MARK A. ROSSI<br>VICE PRESIDENT SALES & MARKETING<br>1131 NORTH DUPONT HIGHWAY<br>DOVER, DE 10091 | Turn 1 Suite # 2, 50 Seats with 60 Suite Passes (including admission) and 30 VIP parking | Mar-07 |
| 16 | Dover International Speedway, Inc | SENIOR VICE PRESIDENT-GENERAL COUNSEL,<br>3505 SILVERSIDE ROAD<br>PLAZA CENTRE BUILDING SUITE 203<br>WILMINGTON, DE 19810 | Turn 1 Suite # 2, 50 Seats with 60 Suite Passes (including admission) and 30 VIP parking | Mar-07 |
| 17 | Grand Am Road Racing, LLC. | GRAND AM ROAD RACING, LLC.<br>MR. OLLIE DEAN<br>1801 W INTERNATIONAL SPEEDWAY BLVD<br>DAYTONA BEACH, FL 32114-1215 | Official Vehicle Sponsorship for Pontiac Brand | 1/3/2008 |
| 18 | Greater Park City Company d/b/a Park City Mountain Resort | GREATER PARK CITY COMPANY D/B/A PARK CITY<br>MOUNTAIN RESORT<br>MS. KRISTA PARRY<br>1310 LOWELL AVE, PARK CITY<br>PARK CITY, UT 84060 | Promotional Agreement | 11/20/2008 |
| 19 | Greater Tulsa Automobile and Truck Show | GREATER TULSA AUTOMOBILE AND TRUCK SHOW<br>MR. CHARLES TABER<br>3333 S HARVARD AVE STE B<br>TULSA, OK 74135-1802 | Promotional Agreement | 3/2/2009 |
| 20 | Hershey Resorts | JILL FLEURY CECALA<br>DIRECTOR OF NE SALES AND MARKETING<br>WEST CHOCOLATE AVENUE & UNIVERSITY DRIVE<br>P.O. BOX 446, HERSHEY, PA 17033-0446 | Guest rooms, function rooms and food & beverage | 8/4/2008 |
| 21 | IMG Worldwide, Inc. | IMG WORLDWIDE, INC.<br>MR. ERIC BALDWIN<br>1360 E 9TH ST STE 100<br>CLEVELAND, OH 44114-1783 | Official Car Sponsorship | 8/23/2006 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date |
|---|---|---|---|---|
| 22 | Insignia Group, LLC | INSIGNIA GROUP, LLC<br>DAVID STRINGER - EXECUTIVE DIRECTOR<br>220 WESTINGHOUSE BLVD STE 408<br>CHARLOTTE, NC 28273-6240 | License Agreement | 4/25/2007 |
| 23 | International Sport Properties, Inc. | AMERICAN HOLE N'ONE INC<br>MR. GRANT ADAMS<br>55 SCOTT STREET, BUFORD<br>BUFORD, GA 30518 | Promotional Agreement | 9/16/2008 |
| 24 | Jacksonhole Mountain Resort Company | JACKSONHOLE MOUNTAIN RESORT COMPANY<br>MR. BILL LEWKOWITZ<br>3395 CODY DRIVE, TETON VILLAGE<br>TETON VILLAGE, WY 83025 | Promotional Agreement | 10/28/2008 |
| 25 | Leighton Reese | LEIGHTON REESE<br>LEIGHTON REESE<br>14301 W 62ND ST<br>EDEN PRAIRIE, MN 55346-1708 | Motorsports Team Agreement | 1/1/2008 |
| 26 | Live Nation Marketing, Inc. | LIVE NATION MARKETING, INC.<br>MR. JEFF WALLACE<br>95 SOUTH TURNPIKE RD, WALLINGFORD<br>WALLINGFORD, CT 06492 | Promotional Agreement | 4/1/2009 |
| 27 | Mt. Bachelor Inc. | MT. BACHELOR INC.<br>MR. ALEX KAUFMAN<br>13000 CENTURY DRIVE, BEND<br>BEND, OR 97709 | Promotional Agreement | 10/27/2008 |
| 28 | National FFA Organization | NATIONAL FFA ORGANIZATION<br>MR. GLENN SIMMS<br>6060 FFA DRIVE, INDIANAPOLIS<br>INDIANAPOLIS, IN 46278 | Promotional Agreement | 8/1/2008 |
| 29 | National Hot Rod Association | NATIONAL HOT ROD ASSOCIATION<br>MR. GARY DARCY<br>2035 E FINANCIAL WAY<br>GLENDORA, CA 91741-4602 | Promotional Agreement for Pontiac Brand | 1/1/2008 |
| 30 | National Hot Rod Association | LEGAL DEPARTMENT<br>NATIONAL HOT ROD AASSOCIATION,<br>2035 FINANCIAL WAY<br>GLENDORA, CA 91741-4602 | Suite 308, 30 daily suite passes (with pit pass and admission), 25 daily suite passes, 6 parking. | 12/11/2006 |
| 31 | National Hot Rod Association | NATIONAL HOT ROD ASSOCIATION<br>2035 E FINANCIAL WAY<br>GLENDORA, CA 91741-4602 | Sponsorship Agreement | 1/22/2009 |
| 32 | New England Ski Area Council | MR. FRANK TANSEY<br>127 PEPSI RD., MANCHESTER<br>MANCHESTER, NH 03109 | Promotional Agreement | 2/19/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date |
|---|---|---|---|---|
| 33 | New Stevens LLC | NEW STEVENS LLC<br>MR. JOHN GIFFORD<br>SUMMITT US HIGHWAY 2, SKYKOMISH<br>SKYKOMISH, WA 98288 | Promotional Agreement | 11/12/2008 |
| 34 | Oakdale Theater Concerts | CLEAR CHANNEL COMMUNICATIONS INC.<br>MS. ANDREA ROST<br>4695 SOUTH MONACO, DENVER<br>DENVER, CO 80237 | Promotional Agreement | 2/17/2008 |
| 35 | OTS SIGNS L.P. | OTS SIGNS L.P.<br>745 5TH AVE STE 1707<br>NEW YORK, NY 10151-1700 | Chevrolet Clock in Times Square Advertisement | 5/15/2006 |
| 36 | Promedia LLC D/B/A National Muscle Car Association Hot Rod and Muscle Car Nationals | STEVE Wolcott, CEO<br>3518 W. LAKE CENTER DRIVE, SUITE D,<br>SANTA ANA, CA 92704 | Sponsorship of National Muscle Car Association LSX Shootout at Memphis Motorsports Park Oct 15-18, 2009 | 5/6/2009 |
| 37 | Quail Unlimited, Inc | QUAIL UNLIMITED, INC<br>MR. ROCKY EVANS<br>31 QUAIL RUN, EDGEFIELD<br>EDGEFIELD, SC 29824 | Promotional Agreement | 1/1/2009 |
| 38 | Quality Dear Management Association | QUALITY DEAR MANAGEMENT ASSOCIATION<br>MR. RANDY BOWDEN<br>170 WHITETAIL WAY<br>BOGART, GA 30622-6833 | Promotional Agreement | 1/7/2009 |
| 39 | RCR Team #31 LLC - Jeff Burton | RCR TEAM #31 LLC, PERSONAL SERVICES AGREEMENT  JEFF BURTON<br>425 Industrial Drive<br>Welcome, NC 27374 | Personal Service Agreement | 1/1/2008 |
| 40 | Richmond International Raceway, Inc | BRIAN HAGERMAN<br>SR. MANAGER OF BUSINESS DEVELOPMENT<br>600 EAST LABURNUM AVENUE,<br>RICHMOND, VA 23222 | Dogwood 126, 60-person tower suite, 30 pre-race pit road tour passes, 15 parking | 11/21/2007 |
| 41 | RWI  Racing LLC | RUSTY WALLACE INC<br>RUSTY WALLACE<br>149 KNOB HILL RD<br>MOORESVILLE, NC 28117-6847 | Motorsports Sponsorship Agreement | 1/1/2009 |
| 42 | Ryan Newman Motorsports, Inc | RYAN NEWMAN MOTORSPORTS, INC<br>MARY GRAMS<br>165 JENNINGS ROAD, STATESVILLE<br>STATESVILLE, NC 28625 | Sponsorship Service Agreement | 2/1/2009 |
| 43 | San Antonio Livestock Exposition, Inc. | SAN ANTONIO LIVESTOCK EXPOSITION, INC.<br>MS. PAM REW<br>3201 EAST HOUSTON<br>SAN ANTONIO, TX 78219 | Sponsorship | 10/22/2008 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date |
|---|---|---|---|---|
| 44 | Sherwood Equities | SHERWOOD EQUITIES<br>BRIAN TURNER<br>745 5TH AVE STE 1707<br>NEW YORK, NY 10151-1700 | Times Square Billboard (Pontiac Garage) | 4/4/2008 |
| 45 | Sportsman's Adventures | SPORTSMAN'S ADVENTURES<br>MR. RICK MURPHY<br>6000 SW 80TH STREET, SOUTH MIAMI<br>MIAMI, FL 33143 | Promotional Agreement | 4/28/2008 |
| 46 | Stallings Capital Group, Inc. dba Bob Stallings Racing LLC | BOB STALLINGS RACING<br>BOB STALLINGS<br>4 WINDSOR RIDGE, FRISCO<br>FRISCO, TX 75034 | Motorsports Team Agreement | 1/1/2008 |
| 47 | T.B.H.C. d/b/a The Arnold Palmer Invitational | T.B.H.C. D/B/A THE ARNOLD PALMER INVITATIONAL<br>MR. SCOTT WELLINGTON<br>9000 BAY HILL BLVD<br>ORLANDO, FL 32819-4880 | PGA Golf Tournament Sponsorship | 2/14/2007 |
| 48 | Tech Nation | TECH NATION<br>33 W SECOND ST<br>MAYSVILLE, KY 41056 | CAP Advertising Agreement | 1/1/2009 |
| 49 | The California Speedway Corporation | THE CALIFORNIA SPEEDWAY CORPORATION<br>WAYNE T. WILLIAMS,<br>CORPORATE SALES MANAGER<br>9300 CHERRY AVENUE<br>FONTANA, CA 92335 | Double terrace package Suite # 43, 70 VIP suite passes with access to pit row, 4 Worker passes and 35 VIP parking. | Aug-06 |
| 50 | The Chanler at Cliff Walk | THE CHANLER AT CLIFF WALK<br>MR. TIM THUELL<br>117 MEMORIAL BLVD<br>NEWPORT, RI 02840-3659 | Sponsorship | 3/21/2009 |
| 51 | The Oakland Raiders | THE OAKLAND RAIDERS<br>MR. ROBERT KINNARD<br>1220 OAKLAND HARBOR BAY PKWY, ALAMEDA<br>ALAMEDA, CA 94502 | Promotional Agreement | 8/30/2007 |
| 52 | TIS Industries, Inc. | TIS INDUSTRIES, INC.<br>16815 E JOHNSON DR<br>CITY OF INDUSTRY, CA 91745-2417 | License Agreement | 10/01/2007 |
| 53 | TRAKON SHOW & DISPLAY INC | TRAKON SHOW & DISPLAY INC<br>42268 YEAREGO DR<br>STERLING HEIGHTS, MI 48314-3260 | Show Vehicle Support Contract. | Spot Buy - no date |
| 54 | USC Athletics | USC ATHLETICS<br>MR. JOSE ESKANAZI<br>3501 WATTS WAY # 203A<br>LOS ANGELES, CA 90089-0055 | Promotional Agreement | 3/31/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date |
|---|---|---|---|---|
| 55 | Vehatire | VEHATIRE<br>MIKE RICCHUITI-GENERAL MANAGER<br>186 N DUPONT HWY STE 33<br>NEW CASTLE, DE 19720-3139 | License Agreement for Promotional Services | 8/27/2007 |
| 56 | Workhorse Custom Chassis LLC | WORKHORSE CUSTOM CHASSIS, LLC<br>ATTN: KEITH H. BERK, ESQ.<br>180 N LA SALLE ST STE 3700<br>C/O HORWOOD MARCUS & BERK CHARTERED<br>CHICAGO, IL 60601-2809 | Trademark License Agreement | 1/1/2005 |

**<u>Exhibit B</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------------x
                                          :
In re                                     :           Chapter 11 Case No.
                                          :
GENERAL MOTORS CORP., et al.,             :           09-50026 (REG)
                                          :
                        Debtors.          :           (Jointly Administered)
                                          :
--------------------------------------------------------------x
```

### FIRST OMNIBUS ORDER
### PURSUANT TO 11 U.S.C. § 365 OF THE BANKRUPTCY
### CODE TO REJECT CERTAIN EXECUTORY CONTRACTS

Upon the motion, dated June 19, 2009 (the "**Motion**")[1], of General Motors

Corporation and its affiliated debtors, as debtors and debtors in possession in the above-

captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 365(a) of title 11,

United States Code (the "**Bankruptcy Code**"), for entry of an order authorizing the Debtors to

reject certain executory contracts, all as more fully described in the Motion; and the Court having

jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C.

§ 1334; and due and proper notice of the Motion having been provided, and it appearing that no

other or further notice need be provided; and the Court having found and determined that the

relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all

parties in interest and that the legal and factual bases set forth in the Motion establish just cause

for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that pursuant to section 365(a) of the Bankruptcy Code and

Bankruptcy Rules 6006 and 9014, the Debtors are hereby authorized to reject the Executory

Contracts listed on **Annex I** attached hereto, effective as of Monday June 22, 2009, the date on

which the counterparties to the Executory Contracts received notice of the Motion via overnight

mail (the "**Rejection Date**"); and it is further

ORDERED that upon service of this Order upon the counterparties to the

Executory Contracts, the Executory Contracts shall be deemed rejected, effective as of the

Rejection Date; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation, interpretation and/or enforcement of this

Order.

Dated: _____, 2009
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**<u>Annex I</u>**

**Executory Contracts**

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date |
|---|---|---|---|---|
| 1 | 21st District Agricultural Association - The Big Fresno Fair | 21ST DISTRICT AGRICULTURAL ASSOCIATION - THE BIG FRESNO FAIR<br>DAVID NALCHAJIAN<br>1121 S CHANCE AVE<br>FRESNO, CA 93702-3707 | Promotional Agreement | 10/31/2008 |
| 2 | 600 Festival Association | 600 FESTIVAL ASSOCIATION<br>MR. JAY HOWARD<br>6427 SADDLE CREEK CT., HARRISBURGH<br>HARRISBURG, NC 28075 | Promotional Agreement | 1/1/2009 |
| 3 | Bowyer Dirt Motorsports | CLINT BOWYER RACING INC.<br>CHIP WILLIAMS<br>PO BOX 1479, WELCOME<br>WELCOME, NC 27374 | Personal Service Agreement | 1/1/2008 |
| 4 | Bristol Motor Speedway d/b/a Bristol Dragway | BRISTOL MOTOR SPEEDWAY D/B/A BRISTOL DRAGWAY<br>MR. JERRY CALDWELL<br>151 SPEEDWAY BLVD<br>BRISTOL, TN 37620-8932 | Race Track Promotional Agreement (Pontiac) | 1/1/2008 |
| 5 | Buckmasters | BUCKMASTERS<br>MR. JACKIE BUSHMAN<br>10350 HWY 80 EAST, MONTGOMERY<br>MONTGOMERY, AL 36117 | Promotional Agreement | 4/1/2009 |
| 6 | Budco | BUDCO<br>ALICIA ROBERTS<br>13700 OAKLAND<br>HIGHLAND PARK, MI 48203 | B2B Customer Service Call Center | 10/23/2008 |
| 7 | Charlotte Motor Speedway LLC | CHARLOTTE MOTOR SPEEDWAY LLC<br>AKA LOWE'S MOTOR SPEEDWAY<br>PO BOX 600<br>CONCORD NC 28026-0600 | Suite # 112, 66 Suite tickets, 16 Pit passes, 2 Worker Passes, 10 Parking passes | 9/6/2006 |
| 8 | ChinMusic Records, Inc. | CHINMUSIC RECORDS, INC.<br>DANIELLE LEE MARTIN<br>1609 INVERNESS DR., SPRING HILL<br>SPRING HILL, TN 37174 | Promotional Agreement | 5/31/2009 |
| 9 | City of Lansing | CITY OF LANSING<br>JOHN M. ROBERTS, JR. - CITY ATTORNEY<br>CITY OF LANSING CITY HALL 5TH FLOOR LANSING<br>LANSING, MI 48933 | Naming rights to Oldsmobile Park | 8/2/1995 |
| 10 | City of Rochester | CITY OF ROCHESTER<br>MARY HAYWORD<br>30 CHURCH ST, ROCHESTER<br>ROCHESTER, NY 14614 | Promotional Agreement | 4/24/2009 |

| Contract Counterparty | Counterparty Address | Contract Description | Contract Date |
|---|---|---|---|
| 11 | ClearChannel Entertainment | CLEARCHANNEL ENTERTAINMENT<br>MS. LINDA WEMMELL<br>95 SOUTH TURNPIKE RD, WALLINGFORD<br>WALLINGFORD, CT 06492 | Promotional Agreement | 7/8/2005 |
| 12 | Daytona International Speedway, LLC | SHERRILEE STOUDT<br>DIRECTOR OF BUSINESS DEVELOPMENT<br>1801 W. INTERNATIONAL SPEEDWAY BLVD.<br>DAYTONA BEACH FL 32114 | Nextel Tower Suite #519, 65 Seats with 77 tickets incl Fan zone and Pre Race passes, 11 parking | 8/9/2006 |
| 13 | Deer Valley Resort Company | DEER VALLEY RESORT COMPANY<br>MR. BOB WHEATON<br>2250 DEER VALLEY DRIVE SOUTH, PARK CITY<br>PARK CITY, UT 84060 | Promotional Agreement | 11/3/2008 |
| 14 | Discover Mediaworks | DISCOVER MEDIAWORKS<br>MR. MARK ROSE<br>5236 HIGHWAY 70 WEST, EAGLE RIVER<br>EAGLE RIVER, WI 54521 | Promotional Agreement | 1/1/2009 |
| 15 | Dover International Speedway, Inc | MARK A. ROSSI<br>VICE PRESIDENT SALES & MARKETING<br>1131 NORTH DUPONT HIGHWAY<br>DOVER, DE 10091 | Turn 1 Suite # 2, 50 Seats with 60 Suite Passes (including admission) and 30 VIP parking | Mar-07 |
| 16 | Dover International Speedway, Inc | SENIOR VICE PRESIDENT-GENERAL COUNSEL,<br>3505 SILVERSIDE ROAD<br>PLAZA CENTRE BUILDING SUITE 203<br>WILMINGTON, DE 19810 | Turn 1 Suite # 2, 50 Seats with 60 Suite Passes (including admission) and 30 VIP parking | Mar-07 |
| 17 | Grand Am Road Racing, LLC. | GRAND AM ROAD RACING, LLC.<br>MR. OLLIE DEAN<br>1801 W INTERNATIONAL SPEEDWAY BLVD<br>DAYTONA BEACH, FL 32114-1215 | Official Vehicle Sponsorship for Pontiac Brand | 1/3/2008 |
| 18 | Greater Park City Company d/b/a Park City Mountain Resort | GREATER PARK CITY COMPANY D/B/A PARK CITY MOUNTAIN RESORT<br>MS. KRISTA PARRY<br>1310 LOWELL AVE, PARK CITY<br>PARK CITY, UT 84060 | Promotional Agreement | 11/20/2008 |
| 19 | Greater Tulsa Automobile and Truck Show | GREATER TULSA AUTOMOBILE AND TRUCK SHOW<br>MR. CHARLES TABER<br>3333 S HARVARD AVE STE B<br>TULSA, OK 74135-1802 | Promotional Agreement | 3/2/2009 |
| 20 | Hershey Resorts | JILL FLEURY CECALA<br>DIRECTOR OF NE SALES AND MARKETING<br>WEST CHOCOLATE AVENUE & UNIVERSITY DRIVE<br>P.O. BOX 446, HERSHEY, PA 17033-0446 | Guest rooms, function rooms and food & beverage | 8/4/2008 |
| 21 | IMG Worldwide, Inc. | IMG WORLDWIDE, INC.<br>MR. ERIC BALDWIN<br>1360 E 9TH ST STE 100<br>CLEVELAND, OH 44114-1783 | Official Car Sponsorship | 8/23/2006 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date |
|---|---|---|---|---|
| 22 | Insignia Group, LLC | INSIGNIA GROUP, LLC<br>DAVID STRINGER - EXECUTIVE DIRECTOR<br>220 WESTINGHOUSE BLVD STE 408<br>CHARLOTTE, NC 28273-6240 | License Agreement | 4/25/2007 |
| 23 | International Sport Properties, Inc. | AMERICAN HOLE N'ONE INC<br>MR. GRANT ADAMS<br>55 SCOTT STREET, BUFORD<br>BUFORD, GA 30518 | Promotional Agreement | 9/16/2008 |
| 24 | Jacksonhole Mountain Resort Company | JACKSONHOLE MOUNTAIN RESORT COMPANY<br>MR. BILL LEWKOWITZ<br>3395 CODY DRIVE, TETON VILLAGE<br>TETON VILLAGE, WY 83025 | Promotional Agreement | 10/28/2008 |
| 25 | Leighton Reese | LEIGHTON REESE<br>LEIGHTON REESE<br>14301 W 62ND ST<br>EDEN PRAIRIE, MN 55346-1708 | Motorsports Team Agreement | 1/1/2008 |
| 26 | Live Nation Marketing, Inc. | LIVE NATION MARKETING, INC.<br>MR. JEFF WALLACE<br>95 SOUTH TURNPIKE RD, WALLINGFORD<br>WALLINGFORD, CT 06492 | Promotional Agreement | 4/1/2009 |
| 27 | Mt. Bachelor Inc. | MT. BACHELOR INC.<br>MR. ALEX KAUFMAN<br>13000 CENTURY DRIVE, BEND<br>BEND, OR 97709 | Promotional Agreement | 10/27/2008 |
| 28 | National FFA Organization | NATIONAL FFA ORGANIZATION<br>MR. GLENN SIMMS<br>6060 FFA DRIVE, INDIANAPOLIS<br>INDIANAPOLIS, IN 46278 | Promotional Agreement | 8/1/2008 |
| 29 | National Hot Rod Association | NATIONAL HOT ROD ASSOCIATION<br>MR. GARY DARCY<br>2035 E FINANCIAL WAY<br>GLENDORA, CA 91741-4602 | Promotional Agreement for Pontiac Brand | 1/1/2008 |
| 30 | National Hot Rod Association | LEGAL DEPARTMENT<br>NATIONAL HOT ROD AASSOCIATION,<br>2035 FINANCIAL WAY<br>GLENDORA, CA 91741-4602 | Suite 308, 30 daily suite passes (with pit pass and admission), 25 daily suite passes, 6 parking. | 12/11/2006 |
| 31 | National Hot Rod Association | NATIONAL HOT ROD ASSOCIATION<br>2035 E FINANCIAL WAY<br>GLENDORA, CA 91741-4602 | Sponsorship Agreement | 1/22/2009 |
| 32 | New England Ski Area Council | MR. FRANK TANSEY<br>127 PEPSI RD., MANCHESTER<br>MANCHESTER, NH 03109 | Promotional Agreement | 2/19/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date |
|---|---|---|---|---|
| 33 | New Stevens LLC | NEW STEVENS LLC<br>MR. JOHN GIFFORD<br>SUMMITT US HIGHWAY 2, SKYKOMISH<br>SKYKOMISH, WA 98288 | Promotional Agreement | 11/12/2008 |
| 34 | Oakdale Theater Concerts | CLEAR CHANNEL COMMUNICATIONS INC.<br>MS. ANDREA ROST<br>4695 SOUTH MONACO, DENVER<br>DENVER, CO 80237 | Promotional Agreement | 2/17/2008 |
| 35 | OTS SIGNS L.P. | OTS SIGNS L.P.<br>745 5TH AVE STE 1707<br>NEW YORK, NY 10151-1700 | Chevrolet Clock in Times Square Advertisement | 5/15/2006 |
| 36 | Promedia LLC D/B/A National Muscle Car Association Hot Rod and Muscle Car Nationals | STEVE Wolcott, CEO<br>3518 W. LAKE CENTER DRIVE, SUITE D,<br>SANTA ANA, CA 92704 | Sponsorship of National Muscle Car Association LSX Shootout at Memphis Motorsports Park Oct 15-18, 2009 | 5/6/2009 |
| 37 | Quail Unlimited, Inc | QUAIL UNLIMITED, INC<br>MR. ROCKY EVANS<br>31 QUAIL RUN, EDGEFIELD<br>EDGEFIELD, SC 29824 | Promotional Agreement | 1/1/2009 |
| 38 | Quality Dear Management Association | QUALITY DEAR MANAGEMENT ASSOCIATION<br>MR. RANDY BOWDEN<br>170 WHITETAIL WAY<br>BOGART, GA 30622-6833 | Promotional Agreement | 1/7/2009 |
| 39 | RCR Team #31 LLC - Jeff Burton | RCR TEAM #31 LLC, PERSONAL SERVICES AGREEMENT  JEFF BURTON<br>425 Industrial Drive<br>Welcome, NC 27374 | Personal Service Agreement | 1/1/2008 |
| 40 | Richmond International Raceway, Inc | BRIAN HAGERMAN<br>SR. MANAGER OF BUSINESS DEVELOPMENT<br>600 EAST LABURNUM AVENUE,<br>RICHMOND, VA 23222 | Dogwood 126, 60-person tower suite, 30 pre-race pit road tour passes, 15 parking | 11/21/2007 |
| 41 | RWI  Racing LLC | RUSTY WALLACE INC<br>RUSTY WALLACE<br>149 KNOB HILL RD<br>MOORESVILLE, NC 28117-6847 | Motorsports Sponsorship Agreement | 1/1/2009 |
| 42 | Ryan Newman Motorsports, Inc | RYAN NEWMAN MOTORSPORTS, INC<br>MARY GRAMS<br>165 JENNINGS ROAD, STATESVILLE<br>STATESVILLE, NC 28625 | Sponsorship Service Agreement | 2/1/2009 |
| 43 | San Antonio Livestock Exposition, Inc. | SAN ANTONIO LIVESTOCK EXPOSITION, INC.<br>MS. PAM REW<br>3201 EAST HOUSTON<br>SAN ANTONIO, TX 78219 | Sponsorship | 10/22/2008 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date |
|---|---|---|---|---|
| 44 | Sherwood Equities | SHERWOOD EQUITIES<br>BRIAN TURNER<br>745 5TH AVE STE 1707<br>NEW YORK, NY 10151-1700 | Times Square Billboard (Pontiac Garage) | 4/4/2008 |
| 45 | Sportsman's Adventures | SPORTSMAN'S ADVENTURES<br>MR. RICK MURPHY<br>6000 SW 80TH STREET, SOUTH MIAMI<br>MIAMI, FL 33143 | Promotional Agreement | 4/28/2008 |
| 46 | Stallings Capital Group, Inc. dba Bob Stallings Racing LLC | BOB STALLINGS RACING<br>BOB STALLINGS<br>4 WINDSOR RIDGE, FRISCO<br>FRISCO, TX 75034 | Motorsports Team Agreement | 1/1/2008 |
| 47 | T.B.H.C. d/b/a The Arnold Palmer Invitational | T.B.H.C. D/B/A THE ARNOLD PALMER INVITATIONAL<br>MR. SCOTT WELLINGTON<br>9000 BAY HILL BLVD<br>ORLANDO, FL 32819-4880 | PGA Golf Tournament Sponsorship | 2/14/2007 |
| 48 | Tech Nation | TECH NATION<br>33 W SECOND ST<br>MAYSVILLE, KY 41056 | CAP Advertising Agreement | 1/1/2009 |
| 49 | The California Speedway Corporation | THE CALIFORNIA SPEEDWAY CORPORATION<br>WAYNE T. WILLIAMS,<br>CORPORATE SALES MANAGER<br>9300 CHERRY AVENUE<br>FONTANA, CA 92335 | Double terrace package Suite # 43, 70 VIP suite passes with access to pit row, 4 Worker passes and 35 VIP parking. | Aug-06 |
| 50 | The Chanler at Cliff Walk | THE CHANLER AT CLIFF WALK<br>MR. TIM THUELL<br>117 MEMORIAL BLVD<br>NEWPORT, RI 02840-3659 | Sponsorship | 3/21/2009 |
| 51 | The Oakland Raiders | THE OAKLAND RAIDERS<br>MR. ROBERT KINNARD<br>1220 OAKLAND HARBOR BAY PKWY, ALAMEDA<br>ALAMEDA, CA 94502 | Promotional Agreement | 8/30/2007 |
| 52 | TIS Industries, Inc. | TIS INDUSTRIES, INC.<br>16815 E JOHNSON DR<br>CITY OF INDUSTRY, CA 91745-2417 | License Agreement | 10/01/2007 |
| 53 | TRAKON SHOW & DISPLAY INC | TRAKON SHOW & DISPLAY INC<br>42268 YEAREGO DR<br>STERLING HEIGHTS, MI 48314-3260 | Show Vehicle Support Contract. | Spot Buy - no date |
| 54 | USC Athletics | USC ATHLETICS<br>MR. JOSE ESKANAZI<br>3501 WATTS WAY # 203A<br>LOS ANGELES, CA 90089-0055 | Promotional Agreement | 3/31/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date |
|---|---|---|---|---|
| 55 | Vehatire | VEHATIRE<br>MIKE RICCHUITI-GENERAL MANAGER<br>186 N DUPONT HWY STE 33<br>NEW CASTLE, DE 19720-3139 | License Agreement for Promotional Services | 8/27/2007 |
| 56 | Workhorse Custom Chassis LLC | WORKHORSE CUSTOM CHASSIS, LLC<br>ATTN: KEITH H. BERK, ESQ.<br>180 N LA SALLE ST STE 3700<br>C/O HORWOOD MARCUS & BERK CHARTERED<br>CHICAGO, IL 60601-2809 | Trademark License Agreement | 1/1/2005 |