DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue, 34th Floor
New York, NY 10158
(212) 557-7200
David Wander, Esq.
dhw@dmlegal.com

MOORE & VAN ALLEN PLLC
Suite 300
40 Calhoun Street
Charleston, SC 29401-3535
(843) 579-7023
Cynthia Jordan Lowery, Esq.
cynthialowery@mvalaw.com

*Attorneys for Hagemeyer, N.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.,* | Case No.  09-50026 (REG) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------------------X

### NOTICE OF RECLAMATION CLAIM OF HAGEMEYER, N.A.

Please be advised that a written reclamation demand on behalf of Hagemeyer, N.A. was served by counsel, on June 18, 2009, via overnight courier and electronic mail, on General

[The rest of this page is intentionally left blank]

00390348.2

Motors and its attorneys of record.  A true and correct copy of the written reclamation demand is attached hereto as Exhibit "A" and incorporated herein by reference.

Dated: New York, New York
June 19, 2009

DAVIDOFF MALITO & HUTCHER LLP

By: /s/ David Wander, Esq.
     David Wander, Esq.
605 Third Avenue, 34th Floor
New York, NY 10158
(212) 557-7200
dhw@dmlegal.com

MOORE & VAN ALLEN PLLC
Suite 300
40 Calhoun Street
Charleston, SC 29401-3535
(843) 579-7023
Cynthia Jordan Lowery, Esq.
cynthialowery@mvalaw.com

*Attorneys for Hagemeyer, N.A.*