# Moore&VanAllen

June 15, 2009

**Cynthia Jordan Lowery**
Certified Bankruptcy Specialist
South Carolina Supreme Court

T 843 579 7023
F 843 579 8714
cynthialowery@mvalaw.com

**VIA OVERNIGHT DELIVERY**

Moore & Van Allen PLLC

The Debtors
c/o General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-0925
Attn: Warren Command Center
       Mail Code 480-206-114

Suite 300
40 Calhoun Street
Charleston, SC 29401-3535

Mailing Address:
Post Office Box 22828
Charleston, SC 29413-2828

**VIA ELECTRONIC MAIL AND OVERNIGHT DELIVERY**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Nathan M. Pierce, Esquire

Re: Notice and Demand by Hagemeyer, N.A. to Reclaim Goods;
    In re: General Motors Corp., et al.
    Case No. 09-50026-reg

Dear Debtor and Counsel:

This firm has been retained by Hagemeyer, N.A. ("Hagemeyer") with respect to certain indebtedness owed by General Motors Corp. and its related companies, (collectively "GM") to Hagemeyer. We have been informed that GM received goods totaling $1,770,088.15 on credit from Hagemeyer while insolvent and within 45 days of filing bankruptcy.

Pursuant to the provisions of Section 546(c)(1) of Chapter 11 of the United States Code ("Bankruptcy Code") and, to the extent applicable, Section 2-702(2) of the Uniform Commercial Code (the "UCC"), Hagemeyer hereby reclaims the goods shipped by Hagemeyer to GM that were received by GM within the 45 day period immediately preceding the filing of GM's bankruptcy petition (the "Reclaimed Goods") including, without limitation, goods shipped to GM under the following invoice numbers, copies of which, including shipment records, are attached hereto:

See attached Exhibit "A"
(invoices will be provided upon request)

CHARLESTON\374482v1

Charlotte, NC
Research Triangle, NC

June 15, 2009
Page 2

Hagemeyer hereby demands that GM identify and segregate the Reclaimed Goods and that GM refrain from using the Reclaimed Goods pending the return of the Reclaimed Goods to Hagemeyer or until this matter has been otherwise resolved. If GM's records of the property received from Hagemeyer during the applicable periods are different, please promptly provide an accounting within ten days. Otherwise, we will assume that the above list properly identifies the Reclaimed Goods received by GM during the applicable periods and that all of the Reclaimed Goods are in GM's possession and have been identified and segregated.

In accordance with the provisions of Section 546(c)(1) of the Bankruptcy Code and 2-702(2) of the UCC, Hagemeyer requests that GM return the Reclaimed Goods to Hagemeyer, or, alternatively, make payment to Hagemeyer for such goods. Hagemeyer reserves all rights and remedies available to it under applicable law.

Please promptly confirm that GM will honor Hagemeyer's reclamation demand.

Very truly yours,

Moore & Van Allen PLLC

Cynthia Jordan Lowery

Enclosures

cc:     <u>VIA OVERNIGHT DELIVERY (With Enclosures)</u>
        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

CHARLESTON\374482v1

| Account | Company | PO | Invoice | T | Inv Date | Inv Amt | Type |
|---|---|---|---|---|---|---|---|
| BJ-000042-000 | GENERAL MOTORS CORP &SERVICE&& | TCR19418 | BJ-00798-11 | 1 | 05/29/09 | 2,096.00 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | CK# 510645 | GF-29367-11 | 2 | 05/08/09 | 411.84 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | ORIG 10043-11 N/P | GF-29561-11 | 2 | 05/05/09 | 182.93 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141261 | GF-30074-12 | 1 | 05/26/09 | 41.72 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141264 | GF-30077-23 | 1 | 05/26/09 | 5.26 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141349 | GF-30285-12 | 1 | 05/27/09 | 243.58 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141428 | GF-30489-11 | 1 | 05/28/09 | 123.69 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141480 | GF-30610-11 | 1 | 05/28/09 | 1,700.00 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141514 | GF-30678-11 | 1 | 05/18/09 | 1,355.36 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141521 | GF-30692-11 | 1 | 05/06/09 | 1,150.69 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141534 | GF-30711-11 | 1 | 05/01/09 | 681.56 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141538 | GF-30717-12 | 1 | 05/01/09 | 283.92 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141538 | GF-30743-11 | 1 | 05/06/09 | 139.50 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141547 | GF-30765-11 | 1 | 05/04/09 | 5.89 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141557 | GF-30824-11 | 1 | 05/06/09 | 103.43 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141577 | GF-30854-11 | 1 | 05/26/09 | 84.19 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | REV6072A26R | GF-30884-12 | 1 | 05/26/09 | 395.00 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | FL6PO141597 | GF-30884-22 | 1 | 05/12/09 | 26.70 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | FL6PO141597 | GF-30887-12 | 1 | 05/12/09 | 206.04 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141600 | GF-30911-11 | 1 | 05/26/09 | 38.88 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141619 | GF-30930-11 | 1 | 05/26/09 | 170.85 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141628 | GF-30954-11 | 1 | 05/26/09 | 215.80 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | REL6041H25R | GF-30956-12 | 1 | 05/27/09 | 664.00 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141641 | | 1 | | 9.72 | Product |


EXHIBIT A

| | | | | | | |
|---|---|---|---|---|---|---|
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141644 | GF-30959-11 | 1 | 05/19/09 | 0.72 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141644 | GF-30959-12 | 1 | 05/19/09 | 4.32 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | FL6PO141651 | GF-30981-11 | 1 | 05/28/09 | 43.23 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141652 | GF-30982-11 | 1 | 05/19/09 | 5.00 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141654 | GF-30985-11 | 1 | 05/27/09 | 4,713.72 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | FL6PO141655 | GF-30986-11 | 1 | 05/20/09 | 25.20 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | FL6PO141663 | GF-31004-11 | 1 | 05/20/09 | 296.80 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141665 | GF-31007-11 | 1 | 05/26/09 | 877.42 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141665 | GF-31007-12 | 1 | 05/27/09 | 56.60 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | HL6PO141675 | GF-31045-11 | 1 | 05/26/09 | 332.28 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141676 | GF-31046-11 | 1 | 05/26/09 | 92.78 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141681 | GF-31060-11 | 1 | 05/27/09 | 27.84 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141694 | GF-31085-11 | 1 | 05/26/09 | 12.96 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141695 | GF-31086-11 | 1 | 05/26/09 | 16.08 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141696 | GF-31087-11 | 1 | 05/26/09 | 20.85 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | REV6072A26R | GF-31089-11 | 1 | 05/26/09 | 1,568.88 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141702 | GF-31116-11 | 1 | 05/26/09 | 70.92 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141704 | GF-31118-11 | 1 | 05/26/09 | 80.00 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141705 | GF-31119-11 | 1 | 05/26/09 | 413.58 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141717 | GF-31133-11 | 1 | 05/27/09 | 348.22 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31135-11 | 1 | 05/26/09 | 117.38 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31136-11 | 1 | 05/26/09 | 65.65 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31137-11 | 1 | 05/26/09 | 150.45 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31138-11 | 1 | 05/26/09 | 20.22 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31139-11 | 1 | 05/26/09 | 61.27 | Product |

| Vendor | Description | PO | Item | Date | Amount | Type |
|---|---|---|---|---|---|---|
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31140-11 | 1 | 05/26/09 | 266.60 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31141-11 | 1 | 05/26/09 | 68.10 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141718 | GF-31143-11 | 1 | 05/27/09 | 62.60 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31146-11 | 1 | 05/26/09 | 70.19 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31147-11 | 1 | 05/26/09 | 745.00 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141720 | GF-31148-11 | 1 | 05/27/09 | 344.18 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31149-11 | 1 | 05/26/09 | 82.10 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31150-11 | 1 | 05/26/09 | 1,323.22 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31152-11 | 1 | 05/26/09 | 221.16 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | PUL6041A50P | GF-31160-11 | 1 | 05/27/09 | 57.00 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | PUV6072A51P | GF-31161-11 | 1 | 05/27/09 | 339.85 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141727 | GF-31162-11 | 1 | 05/28/09 | 53.52 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | PUV6072A51P | GF-31166-11 | 1 | 05/28/09 | 15.03 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | PUV6072C71P | GF-31167-11 | 1 | 05/28/09 | 15.91 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | PUV6072B61P | GF-31168-11 | 1 | 05/28/09 | 12.20 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | PUV6072H81P | GF-31169-11 | 1 | 05/28/09 | 5.66 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | PUV6072G31P | GF-31170-11 | 1 | 05/28/09 | 5.66 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31197-11 | 1 | 05/28/09 | 134.96 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31198-11 | 1 | 05/28/09 | 745.00 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31199-11 | 1 | 05/28/09 | 51.46 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31200-11 | 1 | 05/28/09 | 314.47 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31201-11 | 1 | 05/29/09 | 33.72 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31222-11 | 1 | 05/29/09 | 3.11 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31223-11 | 1 | 05/29/09 | 17.06 | Product |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31230-11 | 1 | 05/29/09 | 1,794.00 | Product |

| | | | | | | |
|---|---|---|---|---|---|---|
| Q0-000004-000 | GM/BAY CITY POWERTRAIN | | BCR56013/ TCB04953 | Q0-03733-11 | 1 | 05/27/09 | 1,125.00 Parts/Repair/Inspection |
| Q0-000007-000 | GM/HAMTRAMCK ASSEMBLY | | DTS03862 PRXX4495 | Q0-03719-11 | 1 | 04/29/09 | 2,250.00 Parts/Repair/Inspection |
| Q0-000007-000 | GM/HAMTRAMCK ASSEMBLY | | DTS03682 XX1745 | Q0-03727-11 | 1 | 04/29/09 | 150.00 Parts/Repair/Inspection |
| Q0-000010-000 | GM/HAMTRAMCK ASSEMBLY | | DTS04211 ZX2070 | Q0-03807-11 | 1 | 05/27/09 | 1,607.93 Parts/Repair/Inspection |
| Q0-000010-000 | GM/FAIRFAX ASSEMBLY | | FXR52515/ TCB04953 | Q0-03596-11 | 1 | 04/29/09 | 1,991.42 Parts/Repair/Inspection |
| Q0-000010-000 | GM/FAIRFAX ASSEMBLY | | FXR5264/ TCB04953 | Q0-03621-11 | 1 | 05/07/09 | 18,077.00 Parts/Repair/Inspection |
| Q0-000010-000 | GM/FAIRFAX ASSEMBLY | | FXR52814/ TCB04953 | Q0-03710-11 | 1 | 06/01/09 | 2,088.06 Parts/Repair/Inspection |
| Q0-000011-000 | GM/INDIANAPOLIS MFD | | GMR89235/ TCB04953 | Q0-03598-11 | 1 | 05/21/09 | 3,564.00 Parts/Repair/Inspection |
| Q0-000011-000 | GM/INDIANAPOLIS MFD | | GMR89789/ TCB04953 | Q0-03709-11 | 1 | 05/28/09 | 333.50 Parts/Repair/Inspection |
| Q0-000012-000 | GM/JANESVILLE ASSEMBLY | | GMR86159 SERV-TS | Q0-03766-11 | 2 | 05/19/09 | 1,665.42 Parts/Repair/Inspection |
| Q0-000013-000 | GM/GRAND RIVER ASSEMBLY | | LAR30558/TCB04953 | Q0-03603-11 | 1 | 05/12/09 | 3,519.98 Parts/Repair/Inspection |
| Q0-000013-000 | GM/GRAND RIVER ASSEMBLY | | LAR30560/TCB04953 | Q0-03611-11 | 1 | 05/12/09 | 3,097.00 Parts/Repair/Inspection |
| Q0-000013-000 | GM/GRAND RIVER ASSEMBLY | | LAR30711/ TCB04953 | Q0-03797-11 | 1 | 05/27/09 | 825.00 Parts/Repair/Inspection |
| Q0-000013-000 | GM/GRAND RIVER ASSEMBLY | | LAR30728/ TCB04953 | Q0-03800-11 | 1 | 05/27/09 | 515.00 Parts/Repair/Inspection |
| Q0-000013-000 | GM/GRAND RIVER ASSEMBLY | | LAR30729/ TCB04953 | Q0-03801-11 | 1 | 05/27/09 | 3,815.00 Parts/Repair/Inspection |
| Q0-000013-000 | GM/GRAND RIVER ASSEMBLY | | LAR30730/ TCB04953 | Q0-03802-11 | 1 | 05/27/09 | 997.00 Parts/Repair/Inspection |
| Q0-000013-000 | GM/GRAND RIVER ASSEMBLY | | LAR30731/ TCB04953 | Q0-03803-11 | 1 | 05/27/09 | 2,275.00 Parts/Repair/Inspection |
| Q0-000013-000 | GM/GRAND RIVER ASSEMBLY | | LAR30732/ TCB04953 | Q0-03804-11 | 1 | 05/27/09 | 549.00 Parts/Repair/Inspection |
| Q0-000014-000 | GM/MARION METAL FAB | | GMS33924 YX9643 | Q0-03795-11 | 1 | 05/19/09 | 4,395.00 Parts/Repair/Inspection |
| Q0-000016-000 | GM/ORION ASSEMBLY | | ORR59825 SERV TSV1 | Q0-03718-11 | 1 | 04/29/09 | 3,350.00 Parts/Repair/Inspection |
| Q0-000016-000 | GM/ORION ASSEMBLY | | ORR59825 SERV-TSV1 | Q0-03725-11 | 1 | 04/29/09 | 411.00 Parts/Repair/Inspection |
| Q0-000016-000 | GM/ORION ASSEMBLY | | GMS28948 UX2466 | Q0-03762-11 | 1 | 05/13/09 | 3,296.00 Parts/Repair/Inspection |
| Q0-000016-000 | GM/ORION ASSEMBLY | | GMS33452 | Q0-03769-11 | 1 | 05/13/09 | 13,626.00 Parts/Repair/Inspection |
| Q0-000017-000 | GM/BEDFORD POWERTRAIN | | PBS64665 FBR588001 | Q0-03700-11 | 1 | 04/22/09 | 250.00 Parts/Repair/Inspection |
| Q0-000018-000 | GM/PONTIAC ASSEMBLY | | PENDING | Q0-03726-11 | 1 | 04/29/09 | 390.00 Parts/Repair/Inspection |

| | | | | | | |
|---|---|---|---|---|---|---|
| Q0-000022-000 | GM/PARMA MFD | GMR89471 | Q0-03648-11 | 1 | 04/24/09 | 8,488.21 Product |
| Q0-000022-000 | GM/PARMA MFD | GMR89963/TCB04953 | Q0-03758-11 | 1 | 05/28/09 | 1,748.24 Parts/Repair/Inspection |
| Q0-000022-000 | GM/PARMA MFD | GMR86051 SERV-TSV1 | Q0-03770-11 | 1 | 05/12/09 | 495.00 Parts/Repair/Inspection |
| Q0-000026-000 | GM/ROMULUS POWERTRAIN | GMS33506 | Q0-03646-11 | 1 | 05/28/09 | 7,180.56 Product |
| Q0-000026-000 | GM/ROMULUS POWERTRAIN | GMS33506 | Q0-03646-21 | 1 | 04/30/09 | 1,282.50 Product |
| Q0-000029-000 | GM/WARREN POWERTRAIN | RMR23013/TCB04953 | Q0-03654-11 | 1 | 05/11/09 | 2,208.00 Parts/Repair/Inspection |
| Q0-000029-000 | GM/WARREN POWERTRAIN | GMR89256/TCB04953 | Q0-03602-11 | 1 | 04/22/09 | 10,161.35 Parts/Repair/Inspection |
| Q0-000029-000 | GM/WARREN POWERTRAIN | GMR89635/ TCB04953 | Q0-03680-11 | 1 | 04/21/09 | 1,864.50 Parts/Repair/Inspection |
| Q0-000029-000 | GM/WARREN POWERTRAIN | GMR89635 SERV-TSV1 | Q0-03693-11 | 1 | 04/22/09 | 1,116.40 Parts/Repair/Inspection |
| Q0-000029-000 | GM/WARREN POWERTRAIN | GMR89635 SERV-TSV1 | Q0-03696-11 | 1 | 04/22/09 | 416.40 Parts/Repair/Inspection |
| Q0-000029-000 | GM/WARREN POWERTRAIN | GMR89635 SERV-TSV1 | Q0-03703-11 | 1 | 04/22/09 | 2,628.07 Parts/Repair/Inspection |
| Q0-000029-000 | GM/WARREN POWERTRAIN | GMR89635 | Q0-03706-11 | 1 | 04/28/09 | 176.75 Product |
| Q0-000029-000 | GM/WARREN POWERTRAIN | GMR89635 | Q0-03730-11 | 1 | 05/06/09 | 235.71 Product |
| Q0-000031-000 | GM/WILMINGTON ASSEMBLY | WMR10139/TCB04953 | Q0-03403-11 | 1 | 05/18/09 | 6,043.13 Parts/Repair/Inspection |
| Q0-000031-000 | GM/WILMINGTON ASSEMBLY | WMR10159/TCB04953 | Q0-03527-11 | 1 | 04/29/09 | 11,363.00 Parts/Repair/Inspection |
| Q0-000031-000 | GM/WILMINGTON ASSEMBLY | WMR09467 SERV-TSV1 | Q0-03683-11 | 1 | 04/21/09 | 11,363.00 Parts/Repair/Inspection |
| Q0-000031-000 | GM/WILMINGTON ASSEMBLY | WMR09471 SERV-TSV1 | Q0-03684-11 | 1 | 04/21/09 | 4,844.00 Parts/Repair/Inspection |
| Q0-000031-000 | GM/WILMINGTON ASSEMBLY | WMR10139 SERV-TSV1 | Q0-03818-11 | 1 | 06/01/09 | 848.25 Parts/Repair/Inspection |
| Q0-000032-000 | GM/WENTZVILLE ASSEMBLY | GMR88744 | Q0-03675-11 | 1 | 04/22/09 | 363.00 Product |
| Q0-000032-000 | GM/WENTZVILLE ASSEMBLY | GMR88744 | Q0-03744-11 | 1 | 05/14/09 | 2,095.20 Product |
| Q0-000032-000 | GM/WENTZVILLE ASSEMBLY | WZR41367 SERV-TSV1 | Q0-03755-11 | 1 | 05/07/09 | 2,909.00 Parts/Repair/Inspection |
| Q0-000032-000 | GM/WENTZVILLE ASSEMBLY | GMR87595 SERV-TSV1 | Q0-03792-11 | 1 | 05/19/09 | 390.00 Parts/Repair/Inspection |
| Q0-000032-000 | GM/WENTZVILLE ASSEMBLY | GMR88744 | Q0-03796-11 | 1 | 06/01/09 | 685.50 Product |
| Q0-000032-000 | GM/WENTZVILLE ASSEMBLY | GMR86163 SERV-TSV1 | Q0-03817-11 | 1 | 06/01/09 | 2,035.75 Parts/Repair/Inspection |
| Q0-000032-000 | GM/WENTZVILLE ASSEMBLY | GMR88744 SERV-TSV1 | Q0-03822-11 | 1 | 06/01/09 | 2,694.87 Parts/Repair/Inspection |

| | | | | | | |
|---|---|---|---|---|---|---|
| Q0-000037-000 | GM/WARREN TECH CENTER | TCR19418 SERV-TSV1 | Q0-03702-11 | 1 | 04/22/09 | 22,213.92 'arts/Repair/Inspection |
| Q0-000037-000 | GM/WARREN TECH CENTER | TCR21049/TCB04953 | Q0-03747-11 | 1 | 05/11/09 | 561.00 'arts/Repair/Inspection |
| Q0-000037-000 | GM/WARREN TECH CENTER | TCR19418 SERV-TSV1 | Q0-03806-11 | 1 | 05/27/09 | 2,642.57 'arts/Repair/Inspection |
| Q0-000037-000 | GM/WARREN TECH CENTER | TCR19418 SERV-TSV1 | Q0-038012-11 | 1 | 05/28/09 | 1,376.12 'arts/Repair/Inspection |
| Q0-000037-000 | GM/WARREN TECH CENTER | TCR19418 SERV-TSV1 | Q0-03813-11 | 1 | 05/28/09 | 826.64 'arts/Repair/Inspection |
| Q0-000037-000 | GM/WARREN TECH CENTER | TCR19418 SERV-TSV1 | Q0-03815-11 | 1 | 05/29/09 | 1,523.17 'arts/Repair/Inspection |
| Q0-000039-000 | GM/FLINT MF | CXR12600/TCB04953 | Q0-03681-11 | 1 | 05/11/09 | 616.00 'arts/Repair/Inspection |
| Q0-000045-000 | GM/LORDSTOWN ASSEMBLY | GMR89732/TCB04953 | Q0-03691-11 | 1 | 05/28/09 | 1,435.14 'arts/Repair/Inspection |
| Q0-000045-000 | GM/LORDSTOWN ASSEMBLY | GMR88397 SERV-TSV1 | Q0-03763-11 | 1 | 05/13/09 | 506.00 'arts/Repair/Inspection |
| Q0-000049-000 | GM/MILFORD PROVING GRND CENTER | GMR87064 SERV-TSV1 | Q0-03687-11 | 1 | 04/21/09 | 1,995.35 'arts/Repair/Inspection |
| Q0-000049-000 | GM/MILFORD PROVING GRND CENTER | GMR87064 SERV-TSV1 | Q0-03689-11 | 1 | 04/21/09 | 1,531.86 'arts/Repair/Inspection |
| Q0-000049-000 | GM/MILFORD PROVING GRND CENTER | GMR87064 SERV-TSV1 | Q0-03694-11 | 1 | 04/22/09 | 690.17 'arts/Repair/Inspection |
| Q0-000049-000 | GM/MILFORD PROVING GRND CENTER | GMR87064 SERV-TSV1 | Q0-03720-11 | 1 | 04/29/09 | 2,103.04 'arts/Repair/Inspection |
| Q0-000049-000 | GM/MILFORD PROVING GRND CENTER | GMR87064 SERV-TSV1 | Q0-03722-11 | 1 | 04/29/09 | 1,483.98 'arts/Repair/Inspection |
| Q0-000049-000 | GM/MILFORD PROVING GRND CENTER | GMR87064 SERV-TSV1 | Q0-03729-11 | 1 | 04/30/09 | 693.97 'arts/Repair/Inspection |
| Q0-000052-000 | GM/TOLEDO POWERTRAIN | GMR86621 SERV-TSV1 | Q0-03728-11 | 1 | 04/30/09 | 2,115.00 'arts/Repair/Inspection |
| Q0-000056-000 | GM/FLINT POWERTRAIN ENG SOUTH | GMR88640 SERV-TSV1 | Q0-03782-11 | 1 | 05/18/09 | 960.00 'arts/Repair/Inspection |
| Q0-000057-000 | GM/PONTIAC POWERTRAIN HDQRTS | GMR89911/TCB04953 | Q0-03746-11 | 1 | 05/28/09 | 1,710.00 'arts/Repair/Inspection |
| Q0-000070-000 | GM/MILFORD PROVING GRND CENTER | GMR85309 SERV-TSV1 | Q0-03764-11 | 1 | 05/11/09 | 362.00 'arts/Repair/Inspection |
| Q0-000071-000 | GM/FLINT POWERTRAIN NORTH | GMS32820 PRXX6083 | Q0-03721-11 | 1 | 04/29/09 | 1,655.00 'arts/Repair/Inspection |
| Q0-000075-000 | GM/WFG MAJOR TOOLING LAB | TCS26061 YX0409001 | Q0-03786-11 | 1 | 05/18/09 | 295.00 'arts/Repair/Inspection |
| Q0-000084-000 | GM/LANSING SPO PLANT #4 | G2422 | Q0-03739-11 | 1 | 05/05/09 | 1,256.00 'arts/Repair/Inspection |
| Q0-000105-000 | GM/NEW YORK WFG | DIRECT | Q0-03798-11 | 1 | 05/26/09 | 417.42 'arts/Repair/Inspection |
| Q0-000105-000 | GM/NEW YORK WFG | DIRECT | Q0-03810-11 | 1 | 05/27/09 | 1,140.00 'arts/Repair/Inspection |
| Q0-000114-000 | GM/TORRANCE WFG | TCS26559 XX8553 | Q0-03743-11 | 1 | 05/05/09 | 220.00 'arts/Repair/Inspection |

| Part Number | Customer | Reference | Invoice | Qty | Date | Amount | Type |
|---|---|---|---|---|---|---|---|
| Q0-000114-000 | GM/TORRANCE WFG | TCS26559 PRXX8553 | Q0-03819-11 | 1 | 06/01/09 | 220.00 | Parts/Repair/Inspection |
| Q0-000126-000 | GM/ GENERAL MOTORS LANSING DEL | LAR30622/TCB04953 | Q0-03653-11 | 1 | 05/18/09 | 3,552.52 | Parts/Repair/Inspection |
| Q0-000126-000 | GM/ GENERAL MOTORS LANSING DEL | LAR30621 | Q0-03660-11 | 1 | 04/21/09 | 5.53 | Product |
| Q0-000126-000 | GM/ GENERAL MOTORS LANSING DEL | LAR30621 | Q0-03660-21 | 1 | 04/30/09 | 151.50 | Product |
| Q0-000126-000 | GM/ GENERAL MOTORS LANSING DEL | LAR30629 | Q0-03712-11 | 1 | 05/08/09 | 342.80 | Product |
| Q0-000126-000 | GM/ GENERAL MOTORS LANSING DEL | LAR30629 | Q0-03713-21 | 1 | 04/30/09 | 59.00 | Product |
| Q0-000126-000 | GM/ GENERAL MOTORS LANSING DEL | LAR30629 | Q0-03715-11 | 1 | 06/02/09 | 13.00 | Product |
| Q0-000126-000 | GM/ GENERAL MOTORS LANSING DEL | LAR30677/ TCB04953 | Q0-03731-11 | 1 | 05/05/09 | 411.00 | Parts/Repair/Inspection |
| R0-001001-000 | GM PRE PRODUCTION LABS | SUMMARY- 04/30/09 | R0-01716-11 | 1 | 04/30/09 | 479,474.49 | Product |
| R0-001001-000 | GM PRE PRODUCTION LABS | SUMMARY- 05/30/09 | R0-01873-11 | 1 | 05/30/09 | 475,351.18 | Product |
| R0-002001-000 | GM PRE PRODUCTION PPO | SUMMARY- 04/30/09 | R0-01717-11 | 1 | 04/30/09 | 71,932.71 | Product |
| R0-002001-000 | GM PRE PRODUCTION PPO | TCS26248 | R0-01717-11 | 2 | 05/13/09 | -7,623.47 | Product |
| R0-002001-000 | GM PRE PRODUCTION PPO | TCS27054 | R0-01717-11 | 2 | 05/13/09 | -25,947.98 | Product |
| R0-003001-000 | GM PRE PRODUCTION WFG | SUMMARY- 05/30/09 | R0-01718-11 | 1 | 04/30/09 | 39,727.85 | Product |
| R0-003001-000 | GM PRE PRODUCTION WFG | SUMMARY- 05/30/09 | R0-01875-11 | 1 | 05/30/09 | 25,799.71 | Product |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | SUMMARY- 05/30/09 | R0-01874-11 | 1 | 05/30/09 | 31,273.57 | Product |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01667-11 | 1 | 04/27/09 | 521.20 | Product |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01667-12 | 1 | 04/28/09 | 173.04 | Product |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01667-22 | 1 | 04/29/09 | 59.43 | Product |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01667-32 | 1 | 04/29/09 | 149.90 | Product |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01667-42 | 1 | 04/28/09 | 705.38 | Product |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01667-52 | 1 | 04/29/09 | 95.04 | Product |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01667-62 | 1 | 04/28/09 | 95.41 | Product |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01667-72 | 1 | 04/28/09 | 23.07 | Product |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01667-73 | 1 | 04/29/09 | 47.38 | Product |

| | | | | | | |
|---|---|---|---|---|---|---|
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01667-82 | 1 | 04/28/09 | 69.29 | Product |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01667-92 | 1 | 04/29/09 | 154.67 | Product |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01685-12 | 1 | 04/28/09 | 479.60 | Product |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01685-13 | 1 | 04/28/09 | 107.40 | Product |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01685-14 | 1 | 04/30/09 | 719.40 | Product |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01685-15 | 1 | 04/30/09 | 1,390.20 | Product |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | TCS27250 | R0-01726-11 | 1 | 05/11/09 | 166.29 | Product |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | TCS27210 | R0-01779-11 | 1 | 05/27/09 | 4,396.80 | Product |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | TCS27210 | R0-01789-11 | 1 | 05/15/09 | 31.31 | Product |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | TCS27210 | R0-01789-12 | 1 | 05/18/09 | 38.25 | Product |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | TCS27210 | R0-01789-22 | 1 | 05/26/09 | 134.33 | Product |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | TCS27210 | R0-01801-11 | 1 | 05/28/09 | 4,511.34 | Product |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | TCS27210 | R0-01801-12 | 1 | 05/28/09 | 491.67 | Product |
| VV-001001-000 | GENERAL MOTORS | CHK# 97550 | VV-29088-11 | 1 | 05/30/09 | 10,509.00 | Product |
| VV-001001-000 | GENERAL MOTORS | CHK# 97650 | VV-29089-11 | 1 | 05/30/09 | 13,158.13 | Product |
| VV-001001-000 | GENERAL MOTORS | CHK# 97853 | VV-29090-11 | 1 | 05/30/09 | 2,867.50 | Product |
| VV-001001-000 | GENERAL MOTORS | SUMMARY- 05/30/09 | VV-29893-11 | 1 | 05/30/09 | 399,579.96 | Product |