DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, NY 10005
Tel:   (212) 248-3140
Fax:   (212) 248-3141
Stephanie Wickouski

—and—

DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Washington, D.C. 20005
Tel:   (202) 230-5177
Fax:   (202) 842-8465
Kristin K. Going

Attorneys for Manufacturers & Traders Trust Company,
as successor Pass Through Trustee and Indenture Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF ALL NOTICES, PLEADINGS AND ORDERS**

PLEASE TAKE NOTICE that Stephanie Wickouski and Kristin K. Going of the law firm of Drinker Biddle & Reath LLP hereby file their appearance as counsel for Manufacturers and Traders Trust Company ("Manufacturers and Traders"), as successor to Wilmington Trust Company, as Pass Through Trustee under the General Motors Corporation 2000A Pass Through Trust Agreement, dated as of December 15, 2000, and as Indenture Trustee and Purchase Option Agent under three separate Trust Indenture and Security Agreements (GM 2000A-1, GM 2000A-2, and GM 2000A-3), each dated as of December 15, 2000, a creditor in the above-captioned

cases, and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of the Bankruptcy Code, request that all notices given or required to be given in these cases and all documents served or required to be served in these cases be served upon the following:

| | |
|---|---|
| Stephanie Wickouski | Kristin K. Going |
| Drinker Biddle & Reath LLP | Drinker Biddle & Reath LLP |
| 140 Broadway, 39th Floor | 1500 K Street, N.W. |
| New York, NY 10005 | Washington, DC 20005 |
| Tel:  (212) 248-3170 | Tel:  (202) 230-5177 |
| Fax:  (212) 248-3141 | Fax:  (202) 842-8465 |
| E-mail:  stephanie.wickouski@dbr.com | E-mail:  kristin.going@dbr.com |

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegram, telex, or otherwise.

Neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall be intended or deemed to waive:  (1) the right of Manufacturers and Traders to have a final order in non-core proceedings entered only after *de novo* review by a United States District Court Judge; (2) the right of Manufacturers and Traders to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) the right of Manufacturers and Traders to move for withdrawal of the reference; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Manufacturers and Traders is, or may be, entitled under agreements, in law, in equity, or otherwise, all of which

rights, claims actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
       June 19, 2009

By:   /s/ *Stephanie Wickouski*
Stephanie Wickouski
DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, NY 10005
Tel: (212) 248-3140
Fax: (212) 248-3141

Counsel to Manufacturers and Traders Trust Company, as Successor Pass Through Trustee and Indenture Trustee

NY01/ 7132265.1