DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, NY 10005
Tel:   (212) 248-3140
Fax:   (212) 248-3141
Stephanie Wickouski

—and—

DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Washington, D.C. 20005
Tel:   (202) 230-5177
Fax:   (202) 842-8465
Kristin K. Going

Attorneys for Manufacturers & Traders Trust Company,
as successor Pass Through Trustee and Indenture Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF ILLINOIS   )
                    ) ss.:
COUNTY OF COOK      )

I, **Daniel Northrop**, having been duly sworn according to law, depose, and say:

1.   The Affiant is not a party to the action, is over 18 years of age, and is a paralegal with the law firm of Drinker Biddle & Reath LLP, 191 N. Wacker Drive, Suite 3700, Chicago, Illinois 60606.

NY01/ 7132270.1

      2.      On June 19, 2009, the NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES, PLEADINGS, AND ORDERS was served by operation of the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York.

      3.      On June 19, 2009, I also caused a true and correct copy of the NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES, PLEADINGS, AND ORDERS to be served via First Class U.S Mail on the parties on the attached service list.

      /s/ Daniel Northrop_____
      **Daniel Northrop**

Sworn to before me this 19th
day of June 2009.

/s/ Lisette Miller_____
Notary Public

My commission expires: 08/01/11

NY01/ 7132270.1

**SERVICE LIST**

| | |
|---|---|
| Harvey R. Miller<br>Stephen Karotkin<br>Joseph H. Smolinsky<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, New York 10153 | Andrew D. Velez-Rivera<br>Brian Shoichi Masumoto<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 |
| General Motors Corporation<br>300 Renaissance Center<br>Detroit, Michigan 48265-3000 | Gordon Z. Novod<br>Thomas Moers Mayer<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036 |
| United States Treasury<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, DC 20220<br>Attn: Matthew Feldman | |