UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                        :
                                                             :    Chapter 11 Case No.
GENERAL MOTORS CORP., *et. al.*                              :
                                                             :    09-50026 (REG)
                                                             :
               Debtors.                                      :    (Jointly Administered)
                                                             :
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON :
                              ss:
COUNTY OF KING        :

Laurie M. Thornton, being duly sworn, deposes and states:

    1.    I am a Senior Bankruptcy Consultant with the Business Reorganization Department of The Garden City Group, Inc., ("GCG") the proposed claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. I work in the Seattle office of GCG and the business address of the Seattle office is 815 Western Avenue, Seattle, Washington, 98104.

    2.    On June 15, 2009, at the direction of Weil, Gotshal & Manges LLP, proposed counsel for the Debtors, I caused true and correct copies of the following documents to be served by first class mail on the parties (additional identified lienholders) set forth on Exhibit A attached hereto:

- **Interim Order Under 11 U.S.C. §§ 105, 361, 362, 363 and Fed. R. Bankr. P. 2002, 4001 And 9014 (I) Authorizing Debtors to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Revolver Secured Parties and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) (Docket No. 180);**

- **Interim Order Under 11 U.S.C. §§ 105, 361, 362, 363 And Fed. R. Bankr. P. 2002, 4001 And 9014 (I) Granting Adequate Protection to Term Loan Secured Parties and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) (Docket No. 181);**

- **Interim Order Pursuant to Bankruptcy Code Sections 105(a), 361, 362, 363, 364 And 507 And Bankruptcy Rules 2002, 4001 And 6004 (A) Approving A DIP Credit Facility And Authorizing the Debtors to Obtain Post-Petition Financing Pursuant Thereto, (B) Granting Related Liens and Super-Priority Status, (C) Authorizing the Use of Cash Collateral, (D) Granting Adequate Protection to Certain Pre-Petition Secured Parties And (E) Scheduling a Final Hearing (Docket No. 292);**

- **Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, & Deadlines;**

- **Notice of Sale Hearing to Sell Substantially All of Debtors' Assets Pursuant to Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser;** and

2

- **Order Pursuant to 11 U.S.C. §§ 105, 363, And 365 And Fed. R. Bankr. P. 2002, 6004, And 6006 (I) Approving Procedures For Sale of Debtors' Assets Pursuant to Master Sale and Purchase Agreement With Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline and Sale Hearing Date; (III) Establishing Assumption And Assignment Procedures; And (IV) Fixing Notice Procedures And Approving Form of Notice (Docket No. 274).**

3. I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

/s/  Laurie M. Thornton

# Exhibit A

| | |
|---|---|
| 3D SYSTEMS, INC<br>333 THREE D SYSTEMS CIRCLE<br>ROCK HILL SC 29730 | BARBARA ALLEN<br>7112 SOUTH 228TH EAST AVE<br>BROKEN ARROW OK 74014 |
| BETZ INDUSTRIES, INC<br>2121 BRISTOL RD NW<br>GRAND RAPIDS MI 49504 | BRENDA DIGIANDOMENICO<br>5211 LEWISETTA RD<br>LOTTSBURG VA 22511 |
| CAPITAL PREFERRED YIELD FUND II LP<br>7175 W JEFFERSON AVE<br>STE 3000<br>LAKEWOOD CO 80235 | CAPITAL PREFERRED YIELD FUND-IV LP<br>7175 W JEFFERSON AVE<br>#4000<br>LAKEWOOD CO 80235 |
| CERTIFIED CLASS -CASE NO 2-07-CV-02142 WBS-GGH<br>UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CA<br>300 EVANS AVE<br>WOOD RIVER IL 62095 | CMA FINANCE CORPORATION<br>1440 CHAPIN AVE<br>BURLINGAME CA 94010 |
| CONSUMER RESOURCES OF COLORADO (LIBERTAD, LLC)<br>C/O 3001 S JAMICA COURT<br>STE 320<br>AURORA CO 80014 | CONTINENTAL CHESTERFIELD, INC<br>33525 GROESBECK HWY<br>FRASER MI 48026 |
| CONTINENTAL COATINGS, LLC<br>33525 GROESBECK HWY<br>FRASER MI 48026 | CONTINENTAL INDUSTRIES<br>33525 GROESBECK HWY<br>FRASER MI 48026 |
| CONTINENTAL PLASTICS COMPANY<br>33525 GROESBECK HWY<br>FRASER MI 48026 | CRASH TOOL, INC<br>1225 FENDT DR<br>HOWELL MI 48843 |
| DETAIL TECHNOLOGIES, LLC<br>5900 CROSS ROADS COMMERCE PKWY<br>WYOMING MI 49509 | DONNA SANTI<br>1157 IRONWOOD CT<br>APT 203<br>ROCHESTER MI 48307 |
| EBERSPAECHER NORTH AMERICA INC<br>29101 HAGGERTY RD<br>NOVI MI 48377 | ESPAR PRODUCTS, INC<br>6099A VIPONE DR<br>MISSISSAUGA ON L5T 2B2<br>CANADA |
| GASTON COUNTY DYEING MACHINE CO<br>ATTN: GLENDA PAINTER<br>PO BOX 308<br>STANLEY NC 28164 | GELCO CORPORATION<br>101 EXECUTIVE BLVD<br>ELMSFORD NY 10523 |

| | |
|---|---|
| GENERAL MOTORS CORPORATION<br>902 E HAMILTON AVE<br>FLINT MI 48550 | GENERAL MOTORS CORPOTATION SERVICE PARTS OPERATIONS<br>3044 W GRAND BLVD<br>DETROIT MI 48202 |
| HIROTEC CORPORATION , INC<br>4567 GLENMEADE LANE<br>AUBURN HILLS MI 48326 | INGERSOLL PRODUCTION SYSTEMS, LLC<br>1301 EDDY AVE<br>ROCKFORD IL 61103 |
| INTRA CORPORATION<br>885 MANUFACTURERS DR<br>WESTLAND MI 48186 | JENNINE KENDZIE<br>885 MANUFACTURERS DR<br>WESTLAND MI 48186 |
| KELLY CASTILLO<br>18660 TURTLE LANE<br>MEADOW VISTA CA 95722 | LAKINCHAPMAN  LLC<br>300 EVANS AVE<br>WOOD RIVER IL 62095 |
| LESLIE NEIL DEAN<br>C/O 4936 WATERS RD<br>ANN ARBOR MI 48103 | MAGNA INTERNATIONAL INC.<br>1220 N MARKET ST<br>STE 806<br>WILMINGTON DE 19801 |
| MANDO AMERICA CORPORATION<br>ATTN:  RON KOZLOWSKI<br>45901 FIVE MILE RD<br>PLYMOUTH MI 48170 | MANUFACTURERS BANK<br>1200 N ASHLAND AVE<br>CHICAGO IL 60622 |
| MERIDIAN AUTOMOTIVE SYSTEMS INC<br>1209 ORANGE ST<br>WILMINGTON DE 19801 | NICHOLE BROWN<br>6551 RD 44<br>BAYARD NE 69334 |
| PAINEWEBBER PREFERRED YEILD FUND LP<br>7175 W JEFFERSON AVE<br>#3000<br>LAKEWOOD CO 80235 | PULLMAN BANK OF COMMERCE & INDUSTRY<br>F/K/A BANK OF COMMERCE & INDUSTRY<br>6100 N NORTHWEST HWY<br>CHICAGO IL 60631 |
| PYEONG HWA AUTOMOTIVE CO LTD<br>900 WILSHIRE DR<br>STE 300<br>TROY MI 48084 | QILICO LTD<br>% UNITED JERSEY BNK CORP TRUST<br>210 MAIN ST  6TH FL<br>HACKENSACK NJ 07602 |
| RIDGEVIEW INDUSTRIES INC<br>3093 NORTHRIDGE DR NW<br>GRAND RAPIDS MI 49534 | STANLEY OZARWORSKI<br>1106 HILLCREST AVE<br>FOX RIVER GROVE IL 60021 |

| | |
|---|---|
| STAR SU LLC<br>5200 PRAIRIE STONE PKWY<br>STE 100<br>HOFFMAN ESTATES IL 60192 | SU AMERICA INC<br>5200 PRAIRIE STONE PKWY<br>STE 100<br>HOFFMAN ESTATES IL 60192 |
| TAX COLLECTOR  CITY OF BRISTOL<br>111 N MAIN ST<br>BRISTOL CT 06010 | TAX COLLECTOR, CITY OF WATERBURY<br>PO BOX 2216<br>WATERBURY CT 06722 |
| TAX COLLECTOR, TOWN OF BRANFORD<br>BRANFORD CT | TENIBAC-GRAPHION INC<br>35155 AUTOMATION DR<br>CLINTON TOWNSHIP MI 48035 |
| TENNECO AUTOMOTIVE OPERATION COMPANY INC<br>CORPORATION TRUST CENTER<br>1209 ORANGE ST<br>WILMINGTON DE 19801 | US BANK TRUST NATIONAL ASSOCIATION<br>AS OWNER TRUSTEE OF THE GM 2001 A-2 TRUST<br>225 ASYLUM ST<br>23RD FL<br>HARTFORD CT 06103 |
| VALEO ELECTRICAL SYSTEMS INC<br>150 STEPHENSON HWY<br>TROY MI 48083 | VALEO SISTEMAS ELECTRICOS  SA  DE CV<br>AV CIRCUITO MEXICO NO 160<br>PARQUE INDUSTRIAL 3 NACIONES<br>SAN LUIS POTOSI   S L P  78398<br>MEXICO |
| VALEO SISTEMAS ELECTRICOS  SA DE CV<br>CARRETERA MEXICO PIEDRAS NEGRAS<br>KM 416 NO 3,900<br>SAN LUIS POTOSI SLP  78090<br>MEXICO | VALEO SISTEMAS ELECTRICOS SA DE CV<br>MANZANA 4 LOTE 1 PARQUE INDUSTRIAL EXPORTEC II<br>TOLUCA  ESTADO DE MEXICO  50200<br>MEXICO |
| VALERIE EVANS<br>1349 COLUMBUS<br>ST LOUIS MO 63138 | VELEO RADAR SYSTEMS INC<br>150 STEPHENSON HWY<br>TROY MI 48265 |
| VPI ACQUISITION CORP D/B/A/VIKING PLASTICS<br>ONE VIKING ST<br>CORRY PA 16407 | WELLS FARGO BANK ILLINOIS N A<br>121 W FIRST ST<br>PO BOX 270<br>GENESEO IL 61254 |
| WM F HURST CO INC<br>PO BOX 771069<br>WICHITA KS 67277 | |