UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re                                                    :
                                                         :      Chapter 11 Case No.
GENERAL MOTORS CORP., *et. al.*                          :
                                                         :      09-50026 (REG)
                                                         :
              Debtors.                                   :      (Jointly Administered)
                                                         :
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

STATE OF NEW YORK      :
                                ss:
COUNTY OF SUFFOLK      :


Alison Moodie, being duly sworn, deposes and states:

1.   I am an Administrator with The Garden City Group, Inc., the proposed claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

2.   On June 15, 2009, at the direction of Weil, Gotshal & Manges LLP ("Weil Gotshal"), proposed counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties set forth on Exhibit  A (the master service list, all parties who filed a Notice of Appearance, the banks and lienholders) attached hereto:

- **Supplement to Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364 (i) Authorizing the Debtors to Obtain Postpetition Financing, Including on an Immediate, Interim Basis; (ii) Granting Superpriority Claims and Liens; (iii) Authorizing the Debtors to Use Cash Collateral; (iv) Granting Adequate Protection to Certain Prepetition Secured Parties; (v) Authorizing the Debtors to Prepay Certain Secured Obligations in Full Within 45 Days: and (vi) Scheduling a Final Hearing (Docket No. 1444)**

3.   I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

/s/  Alison Moodie

# EXHIBIT A

3D SYSTEMS, INC
333 THREE D SYSTEMS CIRCLE
ROCK HILL SC 29730

A RAYMOND INC
3091 RESEARCH DR
ROCHESTER HILLS MI 48309

A WELLNESS CENTER P C
ATTORNEY ADAMS & MOSS
5115 NEW PEACHTREE RD
STE 101
CHAMBLEE GA 30341

ABLE CONTRACTING GROUP INC
33100 LAKELAND BLVD
EASTLAKE OH 44095

ABN AMRO BANK N.V.
GUSTAV MAHIERIAAN 10
1082 PP
AMSTERDAM H07020
THE NETHERLANDS

ACCU DIE & MOLD, INC
7473 RED ARROW HWY
STEVENSVILLE MI 49127

ACCUBILT, INC
PO BOX 844
JACKSON MI 49204

ACEMCO INCORPORATED
7297 ENTERPRISE DRIVE
SPRING LAKE MI 49546

ACTIVE MOULD & DESIGN, LTD
2155 NORTH TALBOT ROAD
WINDSOR
ONTARIO N9A6J3, CANADA

ADAM OPEL GMBH
FRIEDRICH-LUTZMANN-RING
RUSSELSHEIM
65423 GERMANY

ADVANCE TOOLING SYSTEMS, INC
1166 SEVEN MILE ROAD
COMSTOCK PARK MI 49321

AEL FINANCIAL, L.L.C.
600 NORTH BUFFALO GROVE ROAD
BUFFALO GROVE IL 60089

AFFINIA
DAVID OVERBEEKE, CEO
4400 PRIME PARKWAY
MCHENRY IL 60050

AGGRESSIVE TOOL & DIE, INC
728 MAIN ST
COOPERSVILLE MI 49404-1363

AGGRESSIVE TOOLING INC.
608 INDUSTRIAL PARK DRIVE
GREENVILLE MI 48838

AIR QUALITY ENGINEERING INC
7140 NORTHLAND DR N
BROOKLYN PARK MN 55428

AIRGAS, INC.
ATT: DAVID BOYLE, CONSULTANT TO LEGAL DEPT
259 RADNOR CHESTER ROAD
RADNOR PA 19087

ALBERT BECKER EST
ATTORNEY: GARRUTO GALEX CANTOR

ALIX PARTNERS LLP
ATTN: MICHELLE CAMPBELL
300 N LASALLE STREET
CHICAGO IL 60654

ALL POINTS CAPITAL CORP
275 BROADHOLLOW ROAD
MELVILLE NY 11747

ALLARD & FISH, P.C.
COUNSEL FOR SEVERSTAL NORTH AMERICA, INC.
ATT: DEBORAH L. FISH, ESQ.
2600 BUHL BLDG
535 GRISWOLD
DETROIT MI 48226

ALLISON TRANSMISSION
4700 W. 10TH STREET
INDIANAPOLIS IN 46222

ALPINE ELECTRONICS OF AMERICA, INC.
ATT: CYNTHIA WOODRUFF-NEER, ESQ.
19145 GRAMERCY PLACE
TORRANCE CA 90501-1162

AMERICAN ENTERPRISE LEASING, INC.
600 NORTH BUFFALO GROVE ROAD
BUFFALO GROVE IL 60089

AMERICAN TOOLING CENTER, INC
411 MOUNT HOPE ROAD
GRASS LAKE MI 49240

AMERICAN TOOLING CENTER, INC
4311 MOUNT HOPE ROAD
GRASS LAKE MI 49240

AMERITECH CREDIT COPORATION
2000 WEST AMERITECH CENTER DRIVE
HOFFMAN ESTATES IL 60198

AMERITECH CREDIT COPORATION
2550 WEST GOLF ROAD
ROLLING MEADOWS IL 60008

AMERITECH CREDIT CORPORATION
200 WEST AMERITECH CENTER DRIVE
HOFFMAN ESTATES IL 60196

AMERITECH CREDIT CORPORATION
2000 W AMERITECH CENTER DR
HOFFMAN ESTATES IL 60198

AMERITECH CREDIT CORPORATION
2000 W. SBC CENTER DRIVE
HOFFMAN ESTATES IL 60196

AMERITECH CREDIT CORPORATION
2000 WEST AT&T CENTER DRIVE
HOFFMAN ESTATES IL 60192

AMERITECH CREDIT CORPORATION
2550 WEST GOLF ROAD
ROLLING MEADOWS IL 60008

AMERITECH CREDIT CORPORATION
2550 WEST GULF RD
ROLLING MEADOWS IL 60008

ANDERSEN & ASSOCIATES
30575 ANDERSEN CT.
WIXOM MI 48393

ANV AIR, LLC
230 SCHILLING CIR STE 300
HUNT VALLEY MD 21031-1406

ARAB BANKING CORPORATION (B. S. C.), AS COLLATERAL AGENT
600 THIRD AVENUE
NEW YORK NY 10016

ARAB BANKING CORPORATION (B.S.C.)
AS COLLATERAL AGENT
600 THIRD AVENUE
NEW YORK NY 10016

ARCADIS U.S., INC.
ATT: LIESL SPANGLER, ASSOCIATE COUNSEL
630 PLAZA DRIVE, SUITE 100
HIGHLANDS RANCH CO 80129

ARENT FOX LLP
ATTY FOR SUPERIOR INDUSTRIES INTERNATIONAL, INC.
ATT: JAMES M. SULLIVAN, ESQ.
1675 BROADWAY
NEW YORK NY 10019

ARENT FOX LLP
ATTY FOR TIMKEN COMPANY
ATT: JAMES M. SULLIVAN, ESQ.
1675 BROADWAY
NEW YORK NY 10019

ARENT FOX LLP
ATTY FOR TOYOTA BOSHOKU AMERICA, INC.
ATT: MARY JOANNE DOWD, ESQ.
1050 CONNECTICUT AVENUE, NW
WASHINGTON DC 20036

ARENT FOX LLP
ATTY FOR HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
ATT: CHRISTOPHER GIAIMO, JEFFREY ROTHLEDER, ANDREA CAMPBELL, ESQS
1050 CONNECTICUT AVENUE, NW
WASHINGTON DC 20036

ARENT FOX LLP
ATTY FOR DISCOVERY COMMUNICATIONS, LLC
ATTN: JAMES M. SULLIVAN, ESQ.
1675 BROADWAY
NEW YORK NY 10019

ARLEN TOOL COMPANY LIMITED
3305 DEZIEL DR
WINDSOR, ONTARIO N8W5A5 CANADA

ARNALL GOLDEN GREGORY LLP
ATTY FOR VERIZON COMMUNICATIONS INC.
ATT: DARRYL S. LADDIN & FRANK N. WHITE
171 17TH STREET, NW, SUITE 2100
ATLANTA GA 30363-1031

ASML US, INC
8555 SOUTH RIVER PARKWAY
TEMPE AZ 85284

ASSOCIATES LEASING INC
2300 CABOT DR
SUITE 300
LISLE IL 60532

AT&T CAPITAL SERVICES INC
2000 W AT&T CENTER DR
HOFFMAN ESTATES IL 60192

ATEL CAPITAL EQUIPMENT FUND IX, LLC
600 CALIFORNIA STREET
6TH FLOOR
SAN FRANCISCO CA 94108

ATEL CAPITAL EQUIPMENT FUND VII L.P.
600 CALIFORNIA ST
6TH FLOOR
SAN FRANCISCO CA 94108

ATEL LEASING CORPORATION
600 CALIFORNIA ST  FL 6
SAN FRANCISCO CA 94108-2733

ATLAS COPCO TOOLS & ASSEMBLY SYSTEMS LLC
2998 DUTTON ROAD
AUBURN HILLS MI 48326

ATLAS INDUSTRIAL HOLDINGS LLC
D/B/A ATLAS INDUSTRIAL ELECTRICAL CO AND
ATLAS INDUSTRIAL CONTRACTORS LTD
C/O ONEBANE LAW FIRM FRANK H SPRUIELL JR
400 TRAVIS ST  SUITE 1000
SHREVEPORT LA 71101

ATLAS TECHNOLOGIES, INC.
3100 COOPER AVE
FENTON MI 48430

ATLAS TOOL, INC
29880 GROESBECK HIGHWAY
ROSEVILLE MI 48066

ATLAS TOOL, INC
29880 GROESBECK
ROSEVILLE MI 48066

ATTORNEY GENERAL FOR THE STATE OF MICHIGAN
ATTY FOR UNEMPLOYMENT TAX OFFICE, DEPT OF ENERGY, LABOR & ECONOMIC
GROWTH, UNEMPLOYMENT INSURANCE AGENCY
ATTN: ROLAND HWANG, ESQ.
3030 W. GRAND BOULEVARD, SUITE 9-600
DETROIT MI 48202

ATTORNEY GENERAL FOR THE STATE OF TEXAS
ATT: MARK BROWNING, ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN TX 78711-2548

ATTORNEY GENERAL OF OHIO
ATT: VICTORIA D. GARRY, ASSISTANT ATTORNEY GENERAL
COLLECTIONS & ENFORCEMENT
441 VINE STREET
1600 CAREW TOWER
CINCINNATI OH 45202

ATTORNEY GENERAL OF STATE OF MICHIGAN
ATTY FOR WORKERS COMPENSATION AGENCY AND FUNDS ADMINISTRATION
ATTN: MICHAEL A. COX & DENNIS J. RATERINK
LABOR DIVISION
P.O. BOX 30736
LANSING MI 48909

ATTORNEY GENERAL OF STATE OF TEXAS
ATT: KIMBERLY A. WALSH, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN TX 78711-2548

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTY FOR NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
ATT: NEAL S. MANN, ASSTISTANT ATTORNEY GENERAL
120 BROADWAY - 24TH FLOOR
NEW YORK NY 10271

AUTO CAPITAL GROUP
2010 MAIN ST
STE 1150
IRVINE CA 92614

AUTO CRAFT TOOL AND DIE CO., INC.
1800 FRUIT RD.
ALGONAC MI 48001

AUTO FACILITIES REAL ESTATE TRUST 2000-1
C/O WILMINGTON TRUST COMPANY
1100 NORTH MARKET STREET
WILMINGTON DE 19890

AUTO FACILITIES REAL ESTATE TRUST 2001-1 C/O WILMINGTON TRUST COMPANY
1100 NORTH MARKET SQUARE
WILMINGTON DE 19890-0001

AVN AIR, LLC
230 SCHILLING CIR
STE 300
HUNT VALLEY MD 21031-1406

AVN AIR, LLC
44 OLD RIDGEBURY ROAD
DANBURY CT 06810

B & B TOOL & MOULD LTD
3245 NORTH TALBOT ROAD R.R. 1
OLDCASTLE
ON  N0R1L0 CANADA

BAKER & HOSTETLER LLP
ATTY FOR SCRIPPS NETWORKS & TELEVISION FOOD NETWORK
ATTN: WENDY J. GIBSON, ESQ.
3200 NATIONAL CITY CENTER
1900 EAST NINTH STREET
CLEVELAND OH 44114-3485

BALBOA CAPITAL CORPORATION
2010 MAIN ST
STE 1150
IRVINE CA 92614

BANC OF AMERICA LEASING & CAPITAL , LLC
555 CALIFORNIA ST
4TH FLOOR
SAN FRANCISCO CA 94104

BANC OF AMERICA LEASING & CAPITAL, LLC
231 SOUTH LASALLE STREET
16TH FL.
CHICAGO IL 60697

BANC OF AMERICA LEASING & CAPITAL, LLC.
ONE SOUTH WACKER DRIVE
SUITE 3700
CHICAGO IL 60606

BANC OF AMERICA VENDOR FINANCE
450 "B" ST
SUITE 1600
SAN DIEGO CA 92101

BANK FINANCIAL, F.S.B
15W060 NORTH FRONTAGE ROAD
BURR RIDGE IL 60527

BANK FINANCIAL, F.S.B.
1200 INTERNATIONALE PKWY
SUITE 101
WOODRIDGE IL 60517

BANK OF AMERICA
201 E. WASHINGTON STREET
PHOENIX AZ 85004

BANK OF AMERICA  N A
AS ADMINISTRATIVE AGENT COMMERCIAL
AGENCY MANAGEMENT
WA 1-501-37-20
800 FIFTH AVE  FL 37
SEATTLE WA 98014

BANK OF AMERICA LEASING & CAPITAL, LLC
231 SOUTH LASALLE STREET
16TH FL
CHICAGO IL 60697

BANK OF AMERICA, N.A.
9000 SOUTHSIDE BLVD.
FL9-100-03-15
JACKSONVILLE FL 32256-0793

BANK OF AMERICA, N.A. (CHICAGO)
ATTN: MASTENEH MASGHATI
540 W. MADISON
CHICAGO IL 60661

BANK OF CHINA
ATTN: DAVID HOANG
410 MADISON AVENUE
NEW YORK NY 10017

BANK OF NEW YORK
ATTN:  PHIL TRIOLO
101 BARCLAY ST
NEW YORK NY 10286

BANK OF NEW YORK MELLON
ATTN: BOB LADLEY
500 ROSS STREET
MELLON CLIENT SERVICE CENTER
SUITE 1360
PITTSBURGH PA 15262-0001

BANK OF NEW YORK TRUST
ATTN:  ANDREW ASMDEO
101 BARCLAY ST
NEW YORK NY 10286

BANK OF SHOREWOOD
700 W JEFFERSON
JOLIET IL 60431

BANK OF THE WEST
201 N CIVIC DR
STE 360-B
WALNUT CREEK CA 94596

BANK ONE
NATIONAL ASSOCIATION, AS INDENTURED TRUSTEE
(GM 199A-4)
1 BANK ONE PLAZA
CHICAGO IL 60670

BANK ONE
NATIONAL ASSOCIATION, AS INDENTURED TRUSTEE
(GM 199A-6)
1 BANK ONE PLAZA
CHICAGO IL 60670

BANK ONE NATIONAL ASSOCIATION
AS INDENTURE TRUSTEE (GM191A-3)
1 BANK ONE PLAZA
CHICAGO IL 60670

BANK ONE NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE
1 BANK ONE PLAZA
CHICAGO IL 60670

BANK ONE, N.A.
AS INDENTURE TRUSTEE (GM-1991A-3)
1 BANK ONE PLAZA
CHICAGO IL 60670

BANK ONE, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE (GM 1991A-4)
1 BANK ONE PLAZA
CHICAGO IL 60670

BANK ONE, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE (GM 1991A-5)
1 BANK ONE PLAZA
CHICAGO IL 60670

BANK ONE, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE (GM 92A-2)
1 BANK ONE PLAZA
CHICAGO IL 60670

BANK ONE, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE (GM 92A-5)
1 BANK ONE PLAZA
CHICAGO IL 60670

BANK ONE, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE (GM 1991A-6)
1 BANK ONE PLAZA
CHICAGO IL 60670

BANKFINANCIAL F.S.B.
1200 INTERNATIONAL PKWY
SUITE 1200
WOODRIDGE IL 60517

BANKFINANCIAL FSB
15W060 NORTH FRONTAGE ROAD
BURR RIDGE IL 60527

BANKFINANCIAL, F.S.B
1200 INTERNATIONAL PKWY
SUITE 101
WOODRIDGE IL 60517

BARBARA ALLEN
7112 SOUTH 228TH EAST AVE
BROKEN ARROW OK 74014

BARNES & THORNBURG LLP
ATTY FOR CONTINENTAL
ATT: JOHN T. GREGG, ESQ.
171 MONROE AVENUE, NW, SUITE 1000
GRAND RAPIDS MI 49503

BARNES & THORNBURG LLP
ATTY FOR HIRATA CORPORATION OF AMERICA
ATTN: MARK R. OWENS, ESQ.
11 SOUTH MERIDIAN STREET
INDIANAPOLIS IN 46204

BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA
ATTN: ROBERT C. POTTINGER, ESQ.
6833 STALTER DRIVE, FIRST FLOOR
ROCKFORD IL 61108

BARTLETT HACKETT FEINBERG P.C.
ATTY FOR IRON MOUNTAIN INFORMATION MANAGEMENT, INC.
ATT: FRANK F. MCGINN, ESQ.
155 FEDERAL STREET, 9TH FLOOR
BOSTON MA 02110

BASF
DR. KURT BOCK, CHAIRMAN AND CEO
100 CAMPUS DRIVE
FLORHAM PARK NJ 07932

BASS, BERRY & SIMS PLC
315 DEADERICK STREET
SUITE 2700
NASHVILLE TN 37238

BEAR STEARNS (JPMORGAN)
ATTN: ROBERT REIMERS
115 SOUTH JEFFERSON RD. - D4
WHIPPANY NJ 07981

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATTY FOR FACTORY MOTOR PARTS COMPANY
ATT: CHESTER B. SALOMON, ESQ.
299 PARK AVENUE, 16TH FLOOR
NEW YORK NY 10171

BEHR DAYTON THERMAL PRODUCTS LLC
1600 WEBSTER ST.
DAYTON OH 45404

BELTON, MICHAEL ANGELO EL
20498 CHEYENNE RD.
DETROIT MI 48235

BERGER SINGERMAN, P.A.
ATTY FOR SCI, LTD.
ATT: ARTHUR J. SPECTOR, ESQ.
350 E. LAS OLAS BOULEVARD
10TH FLOOR
FORT LAUDERDALE FL 33301

BERNARD MOULD, INC
5150 URE STREET
OLDCASTLE
ON  N0R-1L0 CANADA

BERNARD MOULD, LTD
5150 URE STREET
OLD CASTLE, ONTARIO NOR1L0 CANADA

BETZ INDUSTRIES, INC
2121 BRISTOL RD NW
GRAND RAPIDS MI 49504

BETZDEARBOURN INC
C/O ATTNY KAREN TIDWELL
44 E MIFFLIN STREET
C/O REG AGENT - CT CORP
MADISON WI 53703

BILL'S ROOFING INC., ET AL

BINGHAM MCCUTCHEN LLP
ATTY FOR DEUTSCHE BANK AG
ATT ROBERT M DOMBROFF & JEFFREY S SABIN, ESQ.
399 PARK AVENUE
NEW YORK NY 10022-4689

BLACKHAWK AUTOMOTIVE PLASTICS
800 PENNSYLVANIA AVE
SALEM OH 44460

BLACKROCK
100 BELLEVUE PKWY
WILMINGTON DE 19809

BLANK ROME LLP
ATT: MARC E. RICHARDS, ESQ.
ATTY FOR DENSO INTERNATIONAL AMERICA AND DENSO SALES CALIFORNIA
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK NY 10174

BLANK ROME LLP
ATTY FOR CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS
ATT: REGINA STANGO KELBON, ESQ.
ONE LOGAN SQUARE
PHILADELPHIA PA 19103

BLUE CROSS AND BLUE SHIELD OF MICHIGAN
ATT: JEFFREY RUMLEY, ASSISTANT GENERAL COUNSEL
600 LAFAYETTE EAST #1925
DETROIT MI 48226-2998

BNP PARIBAS LEASING CORPORATION
100 CRESCENT CT STE 500
DALLAS TX 75201-1532

BNY CAPITAL FUNDING LLC

BOB HASTINGS BUICK GMC, INC.
ATT: DAVID P. STOETZEL
800 PANORAMA TRAIL SOUTH
ROCHESTER NY 14625

BOBIER TOOL SUPPLY, INC.
G-4163 CORUNNA RD
FLINT MI 48532

BODMAN LLP
ATTY FOR PRODUCTION MODELING CORPORATION
ATTN: COLIN T. DARKE, ESQ.
1901 ST. ANTOINE STREET
6TH FLOOR AT FORD FIELD
DETROIT MI 48226

BODMAN LLP
ATTY FOR LEAR CORPORATION AND ITS SUBSIDIARIES & AFFILIATES
ATTN: MARC M. BAKST, ESQ.
6TH FLOOR AT FORD FIELD
1901 ST. ANTOINE STREET
DETROIT MI 48226

BOKF EQUIPMENT FINANCE, INC
PO BOX 22117
TULSA OK 74121

BORGES & ASSOCIATES, LLC
ATTY FOR RAYCOM MEDIA, INC.
ATTN: WANDA BORGES, ESQ.
575 UNDERHILL BLVD., SUITE 118
SYOSSET NY 11791

BRACEWELL & GIULIANI LLP
ATTY FOR GEORG FISCHER AUTOMOTIVE AG
225 ASYLUM STREET, 26TH FLOOR
HARTFORD CT 06103

BRAYTON PURCELL LLP
ATTY FOR CERTAIN ASBESTOS CLAIMANTS
ATT: ALAN R. BRAYTON, CHRISTINA C. SKUBIC, MATTHEW B. LEE, ESQS
222 RUSH LANDING ROAD
NOVATO CA 94945

BRENCAL CONTRACTING
6686 E MCNICHOLS RD
DETROIT MI 48212

BRENDA DIGIANDOMENICO
5211 LEWISETTA RD
LOTTSBURG VA 22511

BRIAN GOODELL
C/O ATTNY KEITH LALLISS
1837 S. MESA DR.  #C-100
MESA AZ 85210

BRIGGS AND MORGAN P.A.
ATTY FOR FACTORY MOTOR PARTS COMPANY
ATT: JOHN R. MCDONALD, ESQ.
2200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS MN 55402

BRISTOL STEEL AND CONVEYOR CORP
4416 N STATE RD
DAVIDSON MI 48423

BRITTANY L STAPISH
C/O LAWRENCE D SANDS
813 S MAIN ST
PO BOX 1660
COLUMBIA TN 38402

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATTY FOR WABASH TECHNOLOGIES, INC.
ATTN: PAULA A. HALL, ESQ.
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM MI 48009

BROWN & WHALEN, P.C.
ATT: RODNEY A. BROWN, ESQ.
700 THIRD AVENUE, 20TH FLOOR
NEW YORK NY 10017

BRP ACQUISITION GROUP INC D/B/A BLACK RIVER PLASTICS
2611 16TH STREET
PORT HURON MI 48060

BURR & FORMAN LLP
ATTY FOR GESTAMP ALABAMA, LLC, GESTAMP MASON, LLC, GESTAMP MEXICO
ATT: D. CHRISTOPHER CARSON & JENNIFER B. KIMBLE
420 NORTH 20TH STREET, SUITE 3400
BIRMINGHAM AL 35203

BUSH SEYFERTH & PAIGE PLLC
ATTY FOR FEDERAL BROACH HOLDINGS LLC
ATTN: SCOTT A. WOLFSON, ESQ.
3001 W. BIG BEAVER ROAD, SUITE 600
TROY MI 48084

C.B. BLACKARD, III
CORPORATE COUNSEL
ACXIOM CORPORATION
301 EAST DAVE WARD DRIVE
P.O. BOX 2000
CONWAY AR 72033-2000

CADWALADER, WICKERSHAM & TAFT LLP
ATTY FOR UNITED STATES OF AMERICA
ATT: JOHN J. RAPISARDI, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

CANON FINANCIAL SERVICES, INC.
158 GAITHER DRIVE
#200
MT. LAUREL NJ 08054

CAPITAL ASSOCIATES INTERNATIONAL, INC.
7175 W. JEFFERSON AVE.
STE 4000
LAKEWOOD CO 80235

BRITTANY L STAPISH
C/O LAWRENCE D SANDS
813 S MAIN ST
PO BOX 1660
COLUMBIA TN 38402

BROWN & CONNERY, LLP
ATTY FOR SAP AMERICA, INC.
ATT: KENNETH J. SCHWEIKER, JR., ESQ.
6 NORTH BROAD STREET, SUITE 100
WOODBURY NJ 08096

BRP ACQUISITION GROUP INC
2345 PETIT
PORT HURON MI 48860

BUITER TOOL & DIE, INC
8187 S DIVISION
GRAND RAPIDS MI 49548

BUSH FEYFERTH & PAIGE PLLC
ATTY FOR GUARDIAN INDUSTRIES CORP.
ATT: SCOTT A. WOLFSON, ESQ.
3001 W. BIG BEAVER ROAD, SUITE 600
TROY MI 48084

BUSH SEYFERTH & PAIGE PLLC
ATTY FOR FEDERAL BROACH & MACHINE COMPANY, LLC
ATTN: SCOTT A. WOLFSON, ESQ.
3001 W. BIG BEAVER ROAD, SUITE 600
TROY MI 48084

CAD CAM SERVICES INC
4017 BROCKTON AVE
KENTWOOD MI 49512

CAMPBELL, O'BRIEN & MISTELE, P.C.
ATTY FOR GEORGE P. JOHNSON COMPANY (GPJ)
ATTN: ROBERT J. FIGA, ESQ.
100 W. BIG BEAVER ROAD, SUITE 385
TROY MI 48084

CAPITAL ASSOCIATES INTERNATIONAL, INC.
44 OLD RIDGEBURY ROAD
DANBURY CT 06810

CAPITAL ASSOCIATES INTERNATIONAL, INC.
7175 W. JEFFERSON AVE.
STE 3000
LAKEWOOD CO 80235

CAPITAL ASSOCIATES INTERNATIONAL, INC.
7175 W. JEFFERSON AVE.
STE 400
LAKEWOOD CO 80235

CAPITAL PREFERRED YIELD FUND II LP
7175 W JEFFERSON AVE
STE 3000
LAKEWOOD CO 80235

CAPITAL PREFERRED YIELD FUND-III L P
7175 W. JEFFERSON AVE.
#4000
LAKEWOOD CO 80235

CAPITAL PREFERRED YIELD FUND-IV LP
7175 W JEFFERSON AVE
#4000
LAKEWOOD CO 80235

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS;
MARK BUTTITA
ATT: ELIHU INSELBUCH & RITA TOBIN
375 PARK AVENUE, 35TH FLOOR
NEW YORK NY 10152-3500

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS;
MARK BUTTITA
ATT: PETER VAN LOCKWOOD, RONALD REINSEL & TREVOR SWETT, III, ESQS
1 THOMAS CIRCLE
WASHINGTON DC 20005

CARGILL LEASING CORPORATION
6000 CLEARWATER DRIVE
MINNETONKA MN 55343-9497

CARGILL LEASING CORPORATION
PO BOX 5627
MINNEAPOLIS MN 55440

CARIBEX RECEIVABLES FINANCE CO.
C/O DEUTSCHE BANK AG, NEW YORK BRANCH
WALL STREET
25TH FLOOR
NEW YORK NY 10005

CARL ZEISS IMT CORP
6250 SYCAMORE LANE N
MAPLE GROVE MN 55369

CARMEN MASTRANDO
ATTORNEY : DAVIDOW SHERMAN EDDO WES

CARSON FISCHER P.L.C.
ATTY FOR KARMANN U.S.A., INC.
ATT: ROBERT WEISBERG & PATRICK KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS MI 48302

CARSON FISCHER P.L.C.
ATTY FOR J2 MANAGEMENT CORP: A.G. SIMPSON AUTOMOTIVE INC: A.G. SIMPSON
(USA), INC: TIERCON CORP.
ATTN: ROBERT A. WEISBERG, CHRISTOPHER A. GROSMAN & PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS MI 48302

CARSON FISCHER, P.L.C.
ATTY FOR COBASYS LLC
ATT: JOSEPH FISCHER, ROBERT WEISBERG, LAWRENCE LICHTMAN, PATRICK KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS MI 48302

CARSON FISCHER, P.L.C.
ATTY FOR FINDLAY INDUSTRIES, INC.
ATT: JOSEPH FISCHER & PATRICK KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS MI 48302

CARSON FISCHER, P.L.C.
ATTY FOR BING METALS GROUP, INC.
ATT: JOSEPH FISCHER, ROBERT WEISBERG, PATRICK KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS MI 48302

CARSON FISCHER, P.L.C.
ATTY FOR VITEC, LLC
ATT: JOSEPH M. FISCHER, LAWRENCE A. LICHTMAN, PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS MI 48302

CARSON FISCHER, P.L.C.
ATTY FOR RIMA MANUFACTURING COMPANY
ATTN: CHRISTOPHER A. GROSMAN & PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS MI 48302

CARSON FISCHER, P.L.C.
ATTY FOR LAPEER METAL STAMPING COMPANIES, INC.
ATTN: JOSEPH M. FISCHER, ROBERT A. WEISBERG & PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS MI 48302

CARSON FISCHER, P.L.C.
ATTY FOR RUSH TRUCKING CORPORATION
ATTN: JOSEPH M. FISCHER & PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS MI 48302

CASCADE METAL WORKS, INC.
6098 ALDEN NASH AVE
ALTO MI 49302

CASSELS BROCK
ATT: MICHAEL WEINCZOK
2100 SCOTIA PLAZA - 40 KING STREET WEST
TORONTO, ON M5H 3C2
CANADA

CATERPILLAR LOGISTICS SERVICES INC
500 N MORTON AVE
MORTON IL 61550

CAVALIER TOOL & MANUFACTURING LTD.
3450 WHEETON DRIVE
WINDSOR, ONTARIO N8W5A7 CANADA

CBA FINANCIAL CORP
22 BATTERYMARCH STREET
BOSTON MA 02109

CCA FINANCIAL LLC
PO BOX 17190
RICHMOND VA 23226-7190

CCA FINANCIAL LLC
7275 GLEN FOREST DRIVE
SUITE 100
RICHMOND VA 23226

CEC CONTROLS COMPANY INC
(AS SUBCONTRACTOR TO JERVIS B WEBB COMPANY)
C/O KENNETH SILVER  HERTZ SCHRAM PC
1760 S TELEGRAPH RD
STE 300
BLOOMFIELD HILLS MI 48302

CEC CONTROLS COMPANY INC
(AS SUBCONTRACTOR TO JERVIS B WEBB COMPANY)
C/O KENNETH SILVER
HERTZ SCHRAM PC
1760 S TELEGRAPH RD  STE 300
BLOOMFIELD HILLS MI 48302

CENTERLINE DIE & ENGINEERING ORGANIZATION
28661 VAN DYKE
WARREN MI 48093

CERTIFIED CLASS -CASE NO 2-07-CV-02142 WBS-GGH
UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CA
300 EVANS AVE
WOOD RIVER IL 62095

CG AUTOMATION & FIXTURE INC
5352 RUSCHE DR NW
COMSTOCK PARK MI 49321

CHAMPION PLASTICS, INC.
1892 TAYLOR RD
AUBURN HILLS MI 48326

CHAPELL & ASSOCIATES, LLC
ATT: ALAN CHAPELL, CIPP
CONSUMER PRIVACY OMBUDSMAN
297 DRIGGS AVENUE, SUITE 3A
BROOKLYN NY 11222

CHARLES CLARK CHEVROLET CO.
P.O. BOX 520
MCALLEN TX 78505-0520

CHARTER CAPITAL
6991 E CAMELBACK RD
STE D-202
SCOTTSDALE AZ 85251

CHARTER ONE VENDOR FINANCE LLC
2300 CABOT DR
SUITE 355
LISLE IL 60532

CHARTER TOWNSHIP OF YPSILANTI (DEFENDANT, COUNTER-PLAINTIFF)

CHASE EQUIPMENT LEASING

CHASE MANHATTAN BANK
450 WEST 33RD STREET
15TH FLOOR
NEW YORK NY 10001

CHECKER MOTORS CO., L.P.
2711 CENTERVILLE ROAD
SUITE 400
WILMINGTON DE 19808

CHECKER MOTORS CORPORATION
1209 ORANGE STREET
WILMINGTON DE 19801

CHEMICO SYSTEMS
LEON C. RICHARDSON, PRESIDENT
10 W.HURON, SUITE 300
PONTIAC MI 48342

CHICORP FINANCIAL SERVICES INC
208 S LASALLE STREET
SUITE 400
CHICAGO IL 60604

CHILOH INDUSTRIES, INC.
2711 CENTERVILLE RD
SUITE 400
WILMINGTON DE 19808

CINETIC AUTOMATION CORP
23400 HALSTEAD RD
FARMINGTON HILLS MI 48335

CINETIC LANDIS GRINDING CORP
16778 HALFWAY BLVD
HAGERSTOWN MI 21740

CINETIC LANDIS GRINDING CORP
16778 HALFWAY BLVD
HAGERSTOWN MD 21740-7807

CISCO SYSTEMS CAPITAL CORPORATION
170 W. TASMAN DRIVE
MS SJ13-3
SAN JOSE CA 95134

CIT SYSTEMS LEASING
2285 FRANKLIN ROAD
BLOOMFIELD HILLS MI 48303

CIT TECHNOLOGIES CORP D/B/A CIT SYSTEMS LEASING
(ASSIGNED FROM LGR GROUP INC)
2285 FRANKLIN RD
2ND FL
BLOOMFIELD HILLS MI 48302

CIT TECHNOLOGIES CORPORATION
2285 FRANKLIN ROAD
2ND FLOOR
BLOOMFIELD HILLS MI 48302

CIT TECHNOLOGY FINANCING SERVICES, INC
ONE DEERWOOD
10201 CENTURION PKWY
STE 100
JACKSONVILLE FL 32256

CITIBANK, NA. NY
ATTN: SARAH TERNER
388 GREENWICH STREET
22ND FLOOR
NEW YORK NY 10013

CITIBANK N. A. AS COLLATERAL AGENT
388 GREENWICH STREET
14TH FLOOR
NEW YORK NY 10013

CITIBANK, N.A., AS COLLATERAL AGENT
398 GREENWICH STREET
14TH FLOOR
NEW YORK NY 10013

CITICAPITAL COMMERCIAL LEASING CORPORATION
2300 CABOT DRIVE
SUITE 300
LISLE IL 60532

CITICAPITAL COMMERCIAL LEASING CORPORATION
FKA ASSOCIATES LEASING, INC.
450 MAMARONECK AVENUE
HARRISON NY 10528

CITICORP (USA), INC
GLOBAL LOAN SUPPORT SERVICES
TWO PENNS WAY
SUITE 200
NEW CASTLE DE 19720

CITICORP (USA), INC.
388 GREENWICH STREET
19TH FLOOR
NEW YORK NY 10013

CITICORP (USA), INC.
TWO PENNS WAY
SUITE 200
NEW CASTLE DE 19720

CITICORP USA INC  AS AGENT
TWO PENNS WAY
NEW CASTLE DE 19720

CITICORP USA, INC
AS AGENT FOR THE BANK PRIORITY SECURED PARTIES
AND AS AGENT FOR THE HEDGE PRIORITY SECURED PARTIES
GLOBAL LOANS SUPPORT SERVICES
TWO PENNS WAY SUITE 200
NEW CASTLE DE 19720

CITICORP USA, INC.
GLOBAL LOAN SUPPORT SERVICES
TWO PENNS WAY
SUITE 200
NEW CASTLE DE 19720

CITICORP USA, INC., AS AGENT
GLOBAL LOAN SUPPORT SERVICES
TWO PENNS WAY
SUITE 200
NEW CASTLE DE 19720

CITICORP VENDOR FINANCE

CITIZENS BANK
ATTN: KAREN VANCE
328 SOUTH SAGINAW STREET
FLINT MI 48502-2401

CITY OF DETROIT
MICHIGAN MUNICIPLE CORPORATION

CITY OF DORAVILLE
3725 PARK AVE
DORAVILLE GA 30340

CITY OF KANSAS CITY, KANSAS
MANICIPAL OFFICE BUILDING
ONCE CIVIC CENTER PLAZA
KANSAS CITY KS 66101

CITY OF KANSAS CITY, KANSAS
ONE MCDOWELL PLAZA
701 N. 7TH STREET
KANSAS CITY KS 66101

CITY OF OAKLAND, FINANCE AND MANAGEMENT AGENCY
CITYWIDE LIENS TAX COMPLIANCE SECTION
150 FRANK H. OGAWA PLAZA #5342
OAKLAND CA 94612

CITY OF WENTZVILLE, MISSOURI
310 WEST PEARCE BLVD - CITY HALL
WENTZVILLE MO 64133

CITY RENOVATION & TRIM INC
2685 PALDAN DR
AUBURN HILLS MI 48326

CLARK HILL PLC
ATTY FOR ATS AUTOMATION TOOLING SYSTEMS, INC.
ATTN: ROBERT D. GORDON, ESQ.
151 SOUTH OLD WOODWARD AVENUE, SUITE 200
BIRMINGHAM MI 48009

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR UAW
ATT: JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR THE INTERPUBLIC GROUP OF COMPANIES, INC.
ATT: SEAN A. O'NEAL, ESQ.
ONE LIBERTY PLAZA
NEW YORK NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR INTERNATIONAL BUSINESS MACHINES CORPORATION
ATTN: JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK NY 10006

CMA FINANCE CORPORATION
1440 CHAPIN AVE
BURLINGAME CA 94010

COBASYS
MR. TOM NESLAGE, PRESIDENT & CEO
3740 LAPEER RD. SOUTH
ORION MI 48359

COHEN, WEISS AND SIMON LLP
ATTY FOR INTERNATIONAL UNION, UAW
ATT: BABETTE A. CECCOTTI, ESQ.
330 WEST 42ND STREET
NEW YORK NY 10036

COLMAN SUPPLY CO.
15201 EAST 11 MILE RD
ROSEVILLE MI 48066

COMERICA BANK
39200 SIX MILE ROAD
MC 7578
LIVONIA MI 48152

COMMERCIAL TOOL & DIE, INC
5351 RUSCHE DRIVE NW
COMSTOCK PARK MI 49321

COMPTROLLER OF PUBLIC ACCOUNTS
4040 FOSSIL CREEK BLVD.
SUITE 100
FORT WORTH TX 76137

CONCOURS MOLD INC
3400 ST ETIENNE BLVD
WINDSOR, ONTARIO N8W5E1 CANADA

CONNELL FINANCE COMPANY INC
DBA CONNELL EQUIPMENT LEASING COMPANY
ONE CONNELL DRIVE, SUITE 400
BERKELEY HEIGHTS NJ 07922

CLIFFORD CHANCE US LLP
ATTY FOR THE ROYAL BANK OF SCTOLAND PLC, ABN AMRO BANK N.V. AND
RBS CITIZENS N.A.
ATT: ANDREW BROZMAN & SARAH CAMPBELL, ESQ.
31 WEST 52ND STREET
NEW YORK NY 10019-6131

COACTIV CAPITAL PARTNERS, INC.
655 BUSINESS CENTER DRIVE
SUITE 250
HORSHAM PA 19044

COGNI-TECH, INC.

COLD JET INC.
455 WARDS CORNER ROAD
LOVELAND OH 45140

COMERICA BANK
ATTN: THOMAS VANDERMULEN
500 WOODWARD AVENUE
DETROIT MI 48226

COMMERCE BANK N.A
8000 FORSYTH BLVD
SUITE 110
ST. LOUIS MO 63105

COMPETITION ENGINEERING, INC
975 COMSTOCK ST
MARNE MI 49435

COMPUTER SYSTEMS OF AMERICA, INC.
22 BATTERYMARCH STREET
BOSTON MA 02109

CONEX INC
G-4376 BEECHER RD
FLINT MI 48532

CONSUMER RESOURCES OF COLORADO
C/O 3001 SOUTH JAMAICA CT. #320
AURORA CO 80014

CONSUMER RESOURCES OF COLORADO (LIBERTAD, LLC)
C/O 3001 S JAMICA COURT
STE 320
AURORA CO 80014

CONTINENTAL CHESTERFIELD, INC
33525 GROESBECK HWY
FRASER MI 48026

CONTINENTAL COATINGS, LLC
33525 GROESBECK HWY
FRASER MI 48026

CONTINENTAL INDUSTRIES
33525 GROESBECK HWY
FRASER MI 48026

CONTINENTAL PLASTICS COMPANY
33525 GROESBECK HWY
FRASER MI 48026

COOLIDGE WALL CO., L.P.A.
ATTY FOR HARCO MANUFACTURING GROUP LLC
ATT: RONALD S. PRETEKIN, ESQ.
33 WEST FIRST STREET, SUITE 600
DAYTON OH 45402

COUNTY ATTORNEY
ATTY FOR THE COUNTY OF LOUDOUN, VIRGINIA
ATTN: BELKYS ESCOBAR, ASSISTANT COUNTY ATTORNEY
ONE HARRISON STREET, S.E., 5TH FLOOR
LEESBURG VA 20175-3102

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD COMPANY
ATTN: MICHAEL ST. PATRICK BAXTER, ESQ.
1201 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20004-2401

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD COMPANY
ATTN: SUSAN POWER JOHNSTON, ESQ.
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK NY 10018

CRANDELL BROS. TRUCKING CO.
800 ISLAND HWY.
CHARLOTTE MI 48813

CRASH TOOL, INC
1225 FENDT DR
HOWELL MI 48843

CREATIVE MACHINE COMPANY
50140 PONTIAC TRAIL
WIXOM MI 48393

CREDIT SUISSE LOAN FUNDING LLC
1 MADISON AVE
2ND FL
NEW YORK NY 10010

CRESTAR LEASING COMPANY
120 EAST BALTIMORE STREET
23RD FLOOR
BALTIMORE MD 21202

CS TOOL ENGINEERING, INC
251 WEST CHEERY STREET
PO BOX 210K
CEDAR SPRINGS MI 49319

CSA FINANCIAL CORPORATION
22 BATTERYMARCH ST
BOSTON MA 02109

CTS MANUFACTURING STATUTORY TRUST - 2001
C/O WELLS FARGO BANK NW NATL ASSOC
213 COURT ST
SUITE 902
MIDDLETOWN CT 06547

CUMMINGS & LOCKWOOD LLC
ATTY FOR EMIGRANT BUSINESS CREDIT CORP
ATT: JOHN F. CARBERRY, ESQ.
SIX LANDMARK SQUARE
STAMFORD CT 06901

CUSTOM TOOL & DIE SERVICE, INC
5090 40TH AVE
HUDSONVILLE MI 49426

D & F MOLD, LLC
8088 JERICHO RD
BRIDGMAN MI 49106

D. HEINZMANN TOOL & DIE, INC.
4335 PINEVIEW DRIVE
WALLED LAKE MI 48390

DANA HOLDING COMPANY
ATT: LISA WURSTER
4500 DORR STREET
TOLEDO OH 43615

DANE SYSTEMS, LLC
7275 RED ARROW HIGHWAY
STEVENSVILLE MI 49127

DANIEL W. SHERRICK, GENERAL COUNSEL
8000 EAST JEFFERSON AVE
DETROIT MI 48214

DATUM INDUSTIES, LLC
4740 44TH STREET SE
KENTWOOD MI 49512

DAVIS POLK & WARDWELL
ATTY FOR FORD MOTOR COMPANY
ATT: DONALD S. BERNSTEIN & MARSHALL S. HUEBNER
450 LEXINGTON AVENUE
NEW YORK NY 10017

DAWDA, MANN, MULCAHY & SADLER, PLC
ATTY FOR MAGNETI MARELLI AND AUTOMOTIVE LIGHTING
ATT: WILLIAM ROSIN & KENNETH FLASKA
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS MI 48304

DAWDA, MANN, MULCAHY & SADLER, PLC
ATTY FOR JOHN E. GREEN COMPANY
ATTN: KENNETH A. FLASKA & WILLIAM L. ROSIN
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS MI 48304

DE LAGE LANDEN FINANACIAL SERVICES, INC.
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087

DEALER ENHANCED RECEIVABLES COMPANY
CO DEUTSCHE BANK AG
NEW YORK BRANCH
60 WALL STREET
25TH FLOOR
NEW YORK NY 10005

DEALER TIRE, LLC
3711 CHESTER AVENUE
CLEVELAND OH 44114

DEAN, LESLIE NEIL
C/O 4936 WATERS RD.
ANN ARBOR MI 48103

DEBEVOISE & PLIMPTON LLP
ATTY FOR THE HERTZ CORPORATION
ATT: RICHARD F. HAHN, ESQ.
919 THIRD AVENUE
NEW YORK NY 10022

DECHERT LLP
ATTY FOR SHANGHAI AUTOMOTIVE INDUSTRY CORP (GROUP) AND AFFILIATES
ATTN: SHMUEL VASSER, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6797

DECHERT LLP
ATTY FOR SHANGHAI AUTOMOTIVE INDUSTRY CORPORATION (GROUP) AND AFFILIAT
ATTN: JULIET SARKESSIAN, ESQ.
2929 ARCH STREET
PHILADELPHIA PA 19104

DECHERT LLP
ATTY FOR CDI CORPORATION
ATTN: JAMES O. MOORE, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6797

DECHERT LLP
ATTY FOR CDI CORPORATION
ATTN: JULIET SARKESSIAN, ESQ.
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA PA 19104

DELL FINANCIAL SERVICES, L.P.
12234 N IH-35
BLDG B
AUSTIN TX 78753

DELPHI CORPORATION
1209 ORANGE STREET
WILMINGTON DE 19801

DELTA ENGINEERED PLASTICS, LLC
1350 HARMON ROAD
AUBURN HILLS MI 48326

DELTA TOOLING CO.
1350 HARMON ROAD
AUBURN HILLS MI 48326

DEMARIA BUILDING COMPANY
3031 W GRAND BLVD
SUITE 624
DETROIT MI 48202-2008

DENKEN TOOLING CENTRE INC.
465 JUTRAS DRIVE S.
LAKESHORE
ON N6N5C4 CANADA

DEPARTMENT OF LABOR
ATTN: DEPUTY SOLICITOR OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON DC 20201

DEPARTMENT OF THE TREASURY
ATTN: OFFICE OF GENERAL COUNSEL
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20220

DEPT OF PUBLIC WORKS CONSOLIDATED CITY OF INDIANAPOLIS

DETAIL INDUSTRIES LLC
5900 CROSS ROADS COMMERCE PARKWAY
WYOMING MI 49519

DETAIL TECHNOLOGIES, LLC
5900 CROSS ROADS COMMERCE PKWY
WYOMING MI 49509

DETAIL TECHNOLOGIES, LLC
5900 CROSS ROADS COMMERCE DR. SW
WYOMING MI 49519

DEUTSCHE BANK - CORPORATE INVEST
ATTN: UTA DEV
ROSSMARKT 18
60311 FRANKFURT GERMANY

DEUTSCHE BANK AG
NEW YORK BRANCH AS COTTATERAL AGENT
60 WALL STREET
25TH FLOOR
NEW YORK NY 10005

DEUTSCHE BANK TRUST COMPANY AMERICAS
AS COLLATERAL AGENT
60 WALL STREET
25TH FLOOR
NEW YORK NY 10005

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: JAMES A. PLEMMONS, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT MI 48226

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: MICHAEL C. HAMMER, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR MI 48104

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: DAWN R. COPLEY, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT MI 48226

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: KERRY MASTERS EWALD, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE TN 37219

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: COLLEEN M. SWEENEY, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE TN 37219

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: DORON YITZCHAKI, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR MI 48104

DICONZA LAW P.C.
ATTY FOR ARCADIS U.S., INC.
ATT: GERARD DICONZA, ESQ.
630 THIRD AVENUE, 7TH FLOOR
NEW YORK NY 10017

DIETOOL ENGINEERING COMPANY INC
4303 THREE MILE ROAD NW
GRAND RAPIDS MI 49543

DIETOOL ENGINEERING COMPANY INC
39555 I94 S SERVICE DR
BELLEVILLE MI 48111

DILWORTH PAXSON LLP
ATTY FOR THE DOW CHEMICAL CO.: DOW CHEMICAL CANADA: ESSEX SPECIALTY PR
ATTN: SCOTT J. FREEDMAN, ESQ.
LIBERTYVIEW - SUITE 700
457 HADDONFIELD ROAD
CHERRY HILL NJ 08002

DIMENSION MACHINE ENGINEERING, L.L.C
15773 LEONE DR.
MACOMB MI 48042

DIRECT TOOLING GROUP INC
PO BOX 141277
GRAND RAPIDS MI 49514-1277

DLA PIPER LLP
ATTY FOR HEWLETT PACKARD CO
ATT: KAROL DENNISTON & JENNIFER NASSIRI, ESQS
550 S. HOPE STREET, SUITE 2300
LOS ANGELES CA 90071

DOMINION TECHNOLOGIES GROUP, INC
15736 STURGEON STREET
ROSEVILLE MI 48066

DONNA SANTI
1157 IRONWOOD CT
APT 203
ROCHESTER MI 48307

DOW AUTOMOTIVE
MR. PETER SYKES, PRESIDENT
2-2-24 HIGASHI-SHINAGAWA
SHINAGAWA-KU, TOKYO 140-8617

DRYADES SAVINGS BANK, F.S.B
233 CARONDELET STREET
NEW ORLEANS LA 70130

DUPONT
ELLEN J. KULLMAN, CEO
1007 MARKET STREET
WILMINGTON DL 19898

DURA AUTOMOTIVE
TIM LEULIETTE, CHAIRMAN
2791 RESEARCH DRIVE
ROCHESTER HILLS MI 48309-3575

DURA AUTOMOTIVE SYSTEMS CABLE OPERATIONS, INC.
THE CORPORATION TRUST COMPANY
CORPORATION TRUST COMPANY
1209 ORANGE ST.
WILMINGTON DE 19801

DURR ECOCLEAN INC
31077 DURR DR
WIXOM MI 48393

DYNAMIC MANUFACTURING
MRS. MARY PARTIPILO, CEO
1930 N. MANNHEIM ROAD
MELROSE PARK IL 60160

E & L CONSTRUCTION GROUP INC
PO BOX 418
FLINT MI 48501

E & L CONSTRUCTION GROUP INC (AS GEN CONTRACTOR)
PO BOX 418
FLINT MI 48501

EAGLE ALUMINUM CAST PRODUCTS
5142 EVANSTON AVE
MUSKEGON MI 49442

EAGLE ALUMINUM CAST PRODUCTS
5142 EVANSTON AVE
MUSKEGON MI 49442

EASOM AUTOMATION SYSTEMS INC
32471 INDUSTRIAL DRIVE
MADISON HEIGHTS MI 48071

EBERSPAECHER NORTH AMERICA INC
29101 HAGGERTY RD
NOVI MI 48377

ECLIPSE EXCAVATING
1726 HOWARD STREET
DETROIT MI 48216

ECLIPSE TOOL & DIE
1713 CIRCUIT COURT
WAYLAND MI 49348

ECLIPSE TOOL & DIE INC
4713 CIRCUIT COURT
WAYLAND MI 49348

ECM CORPORATION
176 SOUTH STREET
MAIL CODE B1/B4 5
HOPKINTON MA 01748

ECORSE MCAHINERY SALES & REBUILDING

EDITH BECKER ADX & AXP OF ESTATE
ATTORNEY: GARRUTO GALEX CANTOR

EDITH BECKER IND
ATTORNEY: GARRUTO GALEX CANTOR

EDS, AN HP COMPANY
ATT: AYALA HASSELL
BANKRUPTCY & INSOLVENCY, SENIOR ATTORNEY
H3-3A-05
5400 LEGACY DRIVE
PLANO TX 75024

EMC CORPORATION
171 SOUTH STREET
HOPKINTON MA 01748

EMC CORPORATION
176 SOUTH STREET
MAIL CODE B1/B4 5
HOPKINTON MA 01748

EMC CORPORATION
179 SOUTH STREET MAIL CODE B1/B45
HOPKINTON MA 01748

EMC CORPORATION (ASSIGNOR)
171 SOUTH STREET
HOPKINTON MA 01748

EMIGRANT BUSINESS CREDIT CORP
101 EXECUTIVE BLVD
ELMSFORD NY 10523

EMIGRANT BUSINESS CREDIT CORPORATION
7 WESTCHESTER PLAZA
ELMSFORD NY 10523

ENGINEERED PLASTIC PRODUCTS

ENGINEERED TOOLING SYSTEMS INC.
2780 COURIER NW
GRAND RAPIDS MI 49534

ENTERGY SERVICES, INC
ATT: ALAN H. KATZ, ASSISTANT GENERAL COUNSEL
639 LOYOLA AVENUE, 26TH FLOOR
NEW ORLEANS LA 70113

ERVIN COHEN & JESSUP LLP
ATTY FOR SALAS AUTOMOTIVE GROUP, INC. DBA POWAY CHEVROLET
ATTN: MICHAEL S. KOGAN & PETER JAZAYERI
9401 WILSHIRE BOULEVARD
BEVERLY HILLS CA 90212

ERVIN LEASING COMPANY
3893 RESEARCH PARK DR
ANN ARBOR MI 48108

ESPAR PRODUCTS, INC
6099A VIPONE DR
MISSISSAUGA ON L5T 2B2
CANADA

EXCEL BANK, N.A.
400 PARK AVE
17TH FLOOR
NEW YORK NY 10022

EXPERI-METAL, INC.

EXPORT DEVELOPMENT CANADA
151 O'CONNOR ST
OTTAWA ON
K1A 1K3 CANADA

FACILITY MATRIX GROUP INC
555 FRIENDLY
PONTIAC MI 48341

FACTORY MOTOR PARTS COMPANY
1380 CORPORATE CENTER CURVE
EAGAN MN 55121

FANUC ROBOTICS AMERICA, INC
3900 W HAMLIN
ROCHESTER HILLS MI 48309

FARELLA BRAUN & MARTEL LLP
ATTY FOR GENERAL MOTORS RETIREES ASSOCIATION
ATT: NEIL A. GOTEINER, ESQ.
235 MONTGOMERY STREET, 17TH FLOOR
SAN FRANCISCO CA 94104

FARO TECHNOLOGIES
250 TECHNOLOGY PARK
LAKE MARY FL 32746

FATA AUTOMATION INC (AS GEN CONTRACTOR)

FAURECIA EXHAUST SYSTEMS, INC.
1209 ORANGE STREET
WILMINGTON DE 19801

FEDERAL BROACH & MACHINE COMPANY LLC
1961 SULLIVAN DRIVE
HARRISON MI 48625

FEDERAL EXPRESS CORPORATION
ATTN: ROBERT R. ROSS
3620 HACKS CROSS ROAD
BUILDING B - 2ND FLOOR
MEMPHIS TN 38125-8800

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP
ATTY FOR THE MCCLATCHY COMPANY
ATT: PAUL J. PASCUZZI, ESQ.
400 CAPITAL MALL, SUITE 1450
SACRAMENTO CA 95814

FERNDALE ELECTRIC CO
915 E DRAYTON
FERNDALE MI 48220

FEUER POWERTRAIN GMBH & CO KG
ROTHENBURGSTRASSE 27
NORDHAUSEN 99734
GERMANY

FIFTH THIRD BANK OF NW OH
ATTN: JOEL JERGER
606 MADISON AVENUE
TOLEDO OH 43604

FINANCIAL PACIFIC LEASING  LLC
3455 S 344TH WAY
AUBURN WA 98001

FINANCIAL PACIFIC LEASING  LLC
PO BOX 4568
FEDERAL WAY WA 98063-4568

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC
1600 RAND TOWER
527 MARQUETTE AVE, S.
MINNEAPOLIS MN 55402

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.
2330 SIOUX TRAIL, N.W.
SUITE 114
PRIOR LAKE MN 55372

FIRST BANK & TRUST
820 CHURCH STREET
EVANSON IL 60201

FIRST BANK OF HIGHLAND PARK
CIT TECHNOLOGIES CORPORATION
1835 FIRST ST
HIGHLAND PARK IL 60035

FIRST BANK OF HIGHLAND PARK
1835 FIRST STREET
HIGHLAND PARK IL 60035

FIRST BANK OF HIGHLAND PARK
633 SKOKIE BLVD
SUITE 330
NORTHBROOK IL 60062

FIRST BANK OF HIGHLAND TRUST
1835 FIRST STREET
HIGHLAND PARK IL 60035

FIRST BANK OF HIGHLAND TRUST
633 SKOKIE BOULEVARD
SUITE 330
NORTHBROOK IL 60062

FIRST EAGLE NATIONAL BANK
1201 W. MADISON
CHICAGO IL 60607

FIRST FEDERAL SAVINGS BANK
11805 NORTH PENNSYLVANIA STREET
CARMEL IN 46032

FIRST INDEPENDENCE BANK
44 MICHIGAN AVENUE
DETROIT MI 48226

FIRST INTERNATIONAL BANK
280 TRUMBULL ST
HARTFORD CT 06103

FIRST SECURITY BANK
381 EAST BROADWAY
SALT LAKE CITY UT 84111

FIRST SECURITY BANK  N A AS AGENT
CORPORATE TRUST BANK  N A  AS AGENT
CORPORATE TRUST SERVICES
79 S MAIN ST
3RD FL
SALT LAKE CITY UT 84111

FIRST SECURITY BANK OF IDAHO, N.A.
381 EAST BROADWAY
SALT LAKE CITY UT 84111

FIRST SECURITY BANK, N.A.
79 SOUTH MAIN STREET
3RD FLOOR
SLT LAKE CITY UT 84111

FIRST SECURITY BANK, NA SUCCESSOR IN INTEREST TO
FIRST AMERICAN CAPITAL MANAGEMENT GROUP
3814 EAST BROADWAY
SALT LAKE CITY UT 84111

FIRST SECURITY LEASING COMPANY
381 EAST BROADWAY
SALT LAKE CITY IL 84111

FIRST UNION COMMERCIAL CORPORATION
7 ST. PAUL STREET
3RD FLOOR
BALTIMORE MD 21202

FIRST UNION COMMERCIAL CORPORATION
SUCCESSOR BY MERGER
TO SIGNET LEASING AND FINANCIAL CORPORAT
7 ST. PAUL ST.
BALTIMORE MD 21202

FIRST UNION COMMERCIAL CORPORATION
SUCCESSOR BY MERGER
TO SIGNET LEASING AND FINANCIAL CORPORAT
PO BOX 2373
BALTIMORE MD 21203

FLEET BUSINESS CREDIT LLC (ASSIGNEE)
ONE SOUTH WACKER DRIVE
CHICAGO IL 60606

FLEET BUSINESS CREDIT, LLC
ONE SOUTH WACKER DRIVE
CHICAGO IL 60606

FOLEY & LARDNER LLP
ATTY FOR INERGY AUTOMOTIVE SYSTEMS (USA), LLC
ATTN: MARK A. AIELLO & SALVATORE A. BARBATANO
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT MI 48226-3489

FOLEY & LARDNER LLP
ATTY FOR CUMMINS INC., CUMMINS POWER GENERATION, CUMMINS FILTRATION,
CUMMINS EMISSION SOLUTION, CUMMINS FUEL SYSTEMS, CUMMINS TURBO TECHNOL
ATTN: JILL L. MURCH & JOANNE LEE
321 NORTH CLARK STREET, SUITE 2800
CHICAGO IL 60654-5313

FOLEY & LARDNER LLP
ATTY FOR WEBASTO FAHRZEUGTECHNIK AND WEBASTO ROOF SYSTEMS INC.
ATTN: FRANK W. DICASTRI, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE WI 53202

FOLEY & LARDNER LLP
ATTY FOR WEBASTO FAHRZEUGTECHNIK AND WEBASTO ROOF SYSTEMS INC.
ATTN: THOMAS B. SPILLANE, ESQ.
500 WOODWARD AVENUE, SUITE 2700
DETROIT MI 48226-3489

FOLEY & LARDNER LLP
ATTY FOR PETERSON AMERICAN CORPORATION
ATTN: SALVATORE A. BARBATANO & STEVEN H. HILFINGER
500 WOODWARD AVENUE, SUITE 2700
DETROIT MI 48226-3489

FRANCHESKA MARQUEZ
1100 VIRGINIA DRIVE
FT. WASHINGTON PA 19034-3200

FRANKENMUTH MUTUAL CORPORATION
3044 WEST GRAND
DETROIT MI 48202

FRANKENMUTH MUTUAL INSURANCE CO
ONE MUTUAL AVENUE
FRANKENMUTH MI 48734

FRASER TREBILCOCK DAVIS & DUNLAP, P.C.
ATTY FOR CITY OF LANSING
ATTN: G. ALAN WALLACE, ESQ.
124 WEST ALLEGAN STREET, SUITE 1000
LANSING MI 48933

FRA-WOD COMPANY, INC
44035 PHOENIX DRIVE
STERLING HEIGHTS MI 48314

FREEBORN & PETERS LLP
ATTY FOR PGW, LLC
ATT: AARON L. HAMMER & THOMAS R. FAWKES, ESQS
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO IL 60606-6677

FRIEDLANDER MISLER, PLLC
ATTY FOR REALTY ASSOCIATES IOWA CORPORATION
ATTN: ROBERT E. GREENBERG, ESQ.
1101 SEVENTEENTH STREET, N.W., SUITE 700
WASHINGTON DC 20036-4704

FRST BANK OF HIGHLAND PARK
PACIFIC RIM CAPITAL, INC
1835 FIRST ST
HIGHLAND PARK IL 60035

FUTURE TOOL & DIE, INC.
6347 EASTRIDGE CT
HUDSONVILLE MI 49426-8706

GAIL WEISZ

GARNIER GROUP AND ASSOCIATES LLC
14383 TRAILWAY ROAD
POWAY CA 92064

GASTON COUNTY DYEING MACHINE CO
ATTN: GLENDA PAINTER
PO BOX 308
STANLEY NC 28164

GASTON COUNTY DYEING MACHINE CO

GE POLYMERLAND, INC
9930 KINCEY AVE
HUNTERSVILLE NC 28078

GELCO CORPORATION
101 EXECUTIVE BLVD
ELMSFORD NY 10523

GELCO CORPORATION
3 CAPITAL DRIVE
EDEN PRAIRIE MN 55344

GENERAL ELECTRIC CAPITAL CORP
1301 VIRGINIA DRIVE
SUITE 200
FORT WASHINGTON PA 19034

GENERAL ELECTRIC CAPITAL CORPORATION
10 RIVERVIEW DR
DANBURY CT 06810

GENERAL ELECTRIC CAPITAL CORPORATION
1301 VIRGINIA DRIVE
SUITE 200
FORT WAHINGTON PA 19034

GENERAL ELECTRIC CAPITAL CORPORATION
1787 SENTRY PARKWAY/WEST
16 SENTRY PARK/WEST
SUITE 200
BLUE BELL PA 19422

GENERAL ELECTRIC CAPITAL CORPORATION
3000 LAKESIDE DRIVE
SUITE 200N
BANNOCKBURN IL 60015

GENERAL ELECTRIC CAPITAL CORPORATION
230 SCHILLING CIR STE 300
HUNT VALLEY MD 21031-1406

GENERAL ELECTRIC CAPITAL CORPORATION
1787 SENTRY PARKWAY WEST
18 SENTRY PARK/WEST
SUITE 450
BLUE BELL PA 19422

GENERAL MOTORS ACCEPTANCE CORPORATION
ATTENTION: DIRECT OR CREDIT ANALYSIS
200 RENAISSANCE CENTER
MAIL CODS 482-B10-B84
ATTN: DIRECTOR CREDIT ANALYSIS
DETROIT MI 48265

GENERAL MOTORS ACCEPTANCE CORPORATION
PO BOX 535160
PITTSBURGH PA 15253-5160

GENERAL MOTORS CORPORATION
902 E HAMILTON AVE
FLINT MI 48550

GENERAL MOTORS CORPORATION
300 RENAISSANCE CENTER
DETROIT MI 48265

GENERAL MOTORS CORPORATION
1209 ORANGE STREET
WILMINGTON DE 19801

GENERAL MOTORS CORPOTATION SERVICE PARTS OPERATIONS
3044 W GRAND BLVD
DETROIT MI 48202

GENERAL MOTORS TRADE REVEIVABLES LLC

GEOFFREY PECAN
ATTORNEY: TOBOLSKY & ASSOCIATES

GESTAMP US HARDTECH, INC.
2711 CENTERVILLE RAOD
STE 400
WILMINGTON DE 19808

GHSP, INC.
ATTN: RON WALLISH
1250 SOUTH BEECHTREE STREET
GRAND HAVEN MI 49417

GIBBONS P.C.
ATTY FOR J.D. POWER AND ASSOCIATES
ATT: DAVID N. CRAPO, ESQ.
ONE GATEWAY CENTER
NEWARK NJ 07102-5310

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: DAVID M. FELDMAN, ESQ.
200 PARK AVENUE
NEW YORK NY 10166-0193

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: MATTHEW J. WILLIAMS, ESQ.
200 PARK AVENUE
NEW YORK NY 10166-0193

GILL INDUSTRIES INC
5271 PLAINFIELD NE
GRAND RAPIDS MI 49525

GLENN M. REISMAN, ESQ.
ATTY FOR GE ENERGY, GE MOTORS AND GE WATER
TWO CORPORATE DRIVE, SUITE 234
SHELTON CT 06484

GM FACILITIES TRUST NO 1999-1
C/O WILMINGTON TRUST COMPANY
ONE RODNEY SQUARE NORTH
1100 N. MARKET STREET
WILMINGTON DE 19890

GM FACILITIES TRUST NO. 2000-1
1100 N MARKET STREET
WILMINGTON DE 19890

GM FACILITIES TRUST NO. 2000-1
C/O WILMINGTON TRUST COMPANY, AS TRUSTEE
ATTN: CORPORATE TRUST ADMINISTRATION
1100 NORTH MARKET STREET
WILMINGTON DE 19890-0001

GMAC
3104 UNIONVILLE RD
SUITE 200
CRANBERRY TWP PA 16066

GMAC
ATTENTION: DIRECTOR CREDIT ANALYSIS
200 RENAISSANCE CENTER
MAIL CODE 482-B10-B84
ATTN: D
DETROIT MI 48265

GMAC
3104 UNIONVILLE RD.
SUITE 200
CRANBERRY TWP PA 16066

GMAC
3104 UNIONVILLE RD
2ND FLOOR
CRANBERRY TOWNSHIP PA 16066

GMAC COMMERCIAL FINANCE LLC
210 INTERSTATE NORTH PARKWAY
SUITE 315
ATLANTA GA 30339

GMAC LLC
200 RENAISSANCE CENTER
DETROIT MI 48265

GMAC: ATTENTION: DIRECTOR CREDIT ANALYSIS
200 RENAISSANCE CENTER
MAIL CODE 482-B10-B84
ATTN: DIRECTOR CREDIT ANALYSIS
DETROIT MI 48265

GMAC: ATTENTION: DIRECTOR CREDIT ANALYSIS
200 RENAISSANCE CENTER
MAIL CODE 482-B10-B84
DETROIT MI 48265

GMETR TRADE RECEIVABLES LLC
CO GENERAL MOTORS CORPORATION
767 FIFTH AVENUE
14TH FLOOR
NEW YORK NY 10153

GMODC TRADE RECEIVABLES LLC
C/O GENERAL MOTORS OVERSEAS DISTRIBUTION CORPORATION
RENAISSANCE CENTER, TOWER 100, 32ND FLOOR
DETROIT MI 48265

GOLDMAN SACHS MORTGAGE COMPANY
85 BROAD STREET
NEW YORK NY 10004

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATTY FOR PANASONIC AUTO SYS CO OF AMERICA, DIV OF PANASONIC
CORP OF N.A., FORMERLY KNOWN AS MATSUSHITA ELEC CORP IF AMERICA
ATT: JONATHAN L. FLAXER, DOUGLAS L. FURTH, ANTHONY M. VASSALLO
437 MADISON AVENUE
NEW YORK NY 10022

GONZALES PRODUCTION SYSTEMS, INC.

GORLICK, KRAVITZ & LISTHAUS, P.C.
ATTY FOR IUOE, LOCALS IUOE 101, IUOE 18S & IUOE 832S
ATT: BARBARA S. MEHLSACK, ESQ.
17 STATE STREET, 4TH FLOOR
NEW YORK NY 10004

GOSIGER MICHIGAN
14600 KEEL STREET
PLYMOUTH MI 48170

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS LLC AND BP/CGCENTER I LLC
ATT: DOUGLAS B. ROSNER, ESQ.
400 ATLANTIC AVENUE
BOSTON MA 02110-3333

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS AND BP/CGCENTER I LLC
ATT: GREGORY O. KADEN, ESQ.
400 ATLANTIC AVENUE
BOSTON MA 02110-3333

GRAND DIE ENGRAVERS INC.
233 WEATHLY ST SW
GRAND RAPIDS MI 49503

GRAND TRAVERSE PLASTICS CORP.
5780 MOORE ROAD
WILLIAMSBURG MI 49690

GROVER HOBBS

H. S. DIE & ENGINEERING INC.
0-215 LAKE MICHIGAN DR., N.W.
GRAND RAPIDS MI 49534

H. S. TECHNOLOGIES, INC
0-159 FIRST COURT
GRAND RAPIDS MI 49534

HAHN LOESER & PARKS LLP
ATT: LEE D. POWAR & DANIEL A. DEMARCO & ROCCO I. DEBITETTO
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND OH 44114

HANSON INTERNATIONAL, INC
3500 HOLLYWOOD ROAD
ST JOSEPH MI 49085

HARBOR CAPITAL LLC
1364 ESTATE LANE EAST
LAKE FOREST IL 60045

HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
39001 WEST 12 MILE ROAD
FARMINGTON HILLS MI 48331

HARRIS N. A. (ILLINOIS)
ATTN:  JACK KANE
115 S LASALLE ST
12TH FL
CHICAGO IL 60603

HARTER SECREST & EMERY LLP
ATT: KENNETH W. AFRICANO & RAYMOND L. FUNK, ESQS.
ATTY FOR PADDOCK CHEVROLET, INC.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO NY 14202-2293

HARTER SECREST & EMERY LLP
ATT: JOHN WEIDER & INGRIDE PALERMO, ESQS.
ATTY FOR PADDOCK CHEVROLET, INC.
1600 BAUSCH & LOMB PLACE
ROCHESTER NY 14604

HARTER SECREST & EMERY LLP
ATTY FOR SATURN OF ROCHESTER, INC.
ATT: JON AHO, WILLIAM KREIENBERG, JOHN WEIDER, INGRID PALERMO
1600 BAUSCH & LOMB PLACE
ROCHESTER NY 14604

HARTER SECREST & EMERY LLP
ATTY FOR SATURN OF ROCHESTER, INC.
ATT: RAYMOND L. FINK, ESQ.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO NY 14202-2293

HATFIELD AUTO AUCTION FOR ITSELF AND AS AGENT
ATTN:  HAROLD SMITH
435 METROPLEX
NASHVILLE TN 37211

HATICHI CREDIT AMERICA CORP
777 W PUTNAM AVE
GREENWICH CT 06830

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
ATT: JONATHAN HOOK, ESQ.
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1007

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
ATT: PATRICK L. HUGHES & PETER C. RUGGERO
1221 MCKINNEY, SUITE 2100
HOUSTON TX 77010

HAYNES AND BOONE, LLP
ATTY FOR CEVA LOGISTICS
ATTN: JUDITH ELKIN
1221 AVENUE OF THE AMERICAS, 26TH FLOOR
NEW YORK NY 10020-1007

HAYNSWORTH SINKLER BOYD, P.A.
ATTY FOR SOUTH CAROLINA AUTOMOBILE DEALERS ASSOCIATION
ATTN: WILLIAM H. SHORT, JR., ESQ.
POST OFFICE BOX 11889
COLUMBIA SC 29211-1889

HELLER FINANCIAL LEASING, INC.
201 W. BIG BEAVER ROAD
TROY MI 48084

HENZE STAMPING & MFG. CO.

HERC EXCHANGE, LLC
3817 NORTHWEST EXPRESSWAY
OKLAHOMA CITY OK 73112

HERCULES INC
C/O ATTNY KAREN TIDWELL
44 E MIFFLIN STREET
C/O REG AGENT - CT CORP
MADISON WI 53703

HERITAGE BANK
120 FIRST AVENUE NORTH
GREAT FALLS MT 59401

HERRICK, FEINSTEIN LLP
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
ATT: STEPHEN B. SELBST & PAUL RUBIN
2 PARK AVENUE
NEW YORK NY 10016

HERSH KOZLOV
ATTORNEY: KOZLOV SEATON ROMANINI & BROOK
HAMBURG NY 14075

HESS CORPORATION
ATT: ELIZABETH ANNE CARINI CURRENTI, ESQ.
1 HESS PLAZA
WOODBRIDGE NJ 07095

HEWLETT -PACKARD DEVELOPMENT COMPANY, L.P.
MIKE NEFKENS, VICE PRESIDENT
500 RENAISSANCE CENTER, MC:20A
DETROIT MI 48243

HEWLETT PACKARD FINANCIAL SERVICES COMPANY
420 MOUNTAIN AVENUE
MURRAY HILL NJ 07974

HEWLETT-PACKARD COMPANY
3000 HANOVER ST
PALO ALTO CA 94304-1112

HEWLETT-PACKARD COMPANY LP
ATT: RAMONA NEAL, SENIOR COUNSEL
11311 CHINDEN BOULEVARD
MAIL STOP 314
BOISE ID 83714

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
ATT: LINDA D'AMICO
420 MOUNTAIN AVENUE
MURRAY HILL NJ 07640

HI - TECH TOOL INDUSTRIES, INC.
6701 CENTER DRIVE
STERLING HEIGHTS MI 48312

HIGHLAND COMMUNITY BANK
1701 W 87TH ST
CHICAGO IL 60620

HIGHLAND COMMUNITY BANK
1701 W. 87TH STREET BANK
CHICAGO IL 60620

HINCKLEY, ALLEN & SNYDER LLP
ATTY FOR DAVE DELANEY'S COLUMBIA BUICK-PONTIAC-GMAC CO, LLC
ATT: THOMAS H CURRAN, PAUL F O'DONNELL & JENNIFER V DORAN
28 STATE STREET
BOSTON MA 02109

HIROTEC AMERICA (PREVIOUSLY TESCO ENGINEERING)

HIROTEC AMERICA, INC
4567 GLENMEADE LANE
AUBURN HILLS MI 48326

HIROTEC CORPORATION , INC
4567 GLENMEADE LANE
AUBURN HILLS MI 48326

HISCOCK & BARCLAY, LLP
ATTY FOR THE SCHAEFER GROUP INC.
ATTN: SUSAN R. KATZOFF, ESQ.
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE NY 13202

HITACHI CREDIT AMERICA CORP
777 W. PUTNAM
GREENWICH CT 06830

HODGSON RUSS LLP
ATTY FOR DELL MARKETING LP AND DELL FINANCIAL SERVICES LLC
ATTN: STEPHEN H. GROSS, ESQ.
60 EAST 42ND STREET, 37TH FLOOR
NEW YORK NY 10165-0150

HODGSON RUSS LLP
ATTY FOR XEROX CAPITAL SERVICES LLC AS SERVICING AGENT TO XEROX CORP
ATTN: STEPHEN H. GROSS, ESQ.
60 EAST 42ND STREET, 37TH FLOOR
NEW YORK NY 10165-0150

HOHL INDUSTRIAL SERVICES INC
770 RIVER RD
TONAWANDA NY 14150

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATT: ROBERT B. WEISS, ESQ.
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT MI 48226

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATT: TRICIA A. SHERICK, ESQ.
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT MI 48226

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATT: JOSEPH R. SGROI, ESQ.
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT MI 48226

HS DIE & ENGINEERING INC
0-215 LAKE MICHIGAN DR NW
GRAND RAPIDS MI 49534

HS TECHNOLOGIES, INC
0-159 FIRST COURT
GRAND RAPIDS MI 49534

HSBC BANK USA
452 FIFTH AVE
5TH FLOOR
NEW YORK NY 10018

HSBC BANK USA, NATIONAL ASSOCIATION
452 FIFTH AVE
5TH FLOOR
NEW YORK NY 10018

HSS/SAGINAW
MR. ERIC LARSON, COO
5446 DIXIE HIGHWAY
SAGINAW MI 48601

HTI CYBERNETICS
6701 CENTER DRIVE
STERLING HEIGHTS MI 48312

HUNTER & SCHANK CO., LPA
ATTY FOR ZF FRIEDRICHSHAFEN AG
ATT: JOHN J. HUNTER, JR., ESQ.
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO OH 43604

HUNTER & SCHANK CO., LPA
ATTY FOR ZF FRIEDRICHSHAFEN AG
ATT: THOMAS J. SCHANK, ESQ.
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO OH 43604

I C X CORP
3 SUMMIT PARK DR
STE 200
CLEVELAND OH 44131

IBJ SCHRODER BUSINESS CREDIT CORP.
ONE STATE STREET
NEW YORK NY 10004

IBJ WHITEHALL
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020

IBJ WHITEHALL BUSINESS
CREDIT CORPORATION
1251 AVENUES OF AMERICAS
32ND FLOOR
NEW YORK NY 10020

IBJ WHITEHALL BUSINESS CREDIT CORPORATION
ONE STATE ST
NEW YORK NY 10004

IBM CORPORATION
1 NORTH CASTLE DRIVE
ARMONK NY 10504-2575

IBM CREDIT CORPORATION
1 NORTH CASTLE DRIVE
ARMONK NY 10504-2575

IBM CREDIT LLC
1 NORTH CASTLE DR
ARMONK NY 10504

ICG CASTINGS, INC.
1209 ORANGE STREET
WILMINGTON DE 19801

ICON INCOME FUND TEN LLC
100 FIFTH AVE
NEW YORK NY 10011

ICX CORP D/B/A RBS ASSET FINANCE
2 SUMMIT PARK DR.
STE 105
INDEPENDENCE OH 44131-2543

ICX CORPORATION
2 SUMMIT PARK DR
SUITE 105
INDEPENDENCE OH 44131-2543

IDB LEASING INC
511 5TH AVENUE
NEW YORK NY 10017

IDG USA, LLC
950 EAST PACES FERRY RD
SUITE 1575
ATLANTA GA 30326

IHM CREDIT LLC

IJB WHITEHALL
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020

IJB WHITEHALL BUSINESS CREDIT CORPORATION
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020

INDICON CORPORATION AS PLAINTIFF
C/O HARGROVE, PESNELL, & WYATT
PO BOX 59
SHREVEPORT LA 71161-0059

INDUSTRIAL BANK OF JAPAN LIMITED

INDUSTRIAL BANK OF JAPAN, UNITED NEW YORK BRANCH
AS ADMINISTRATIVE AGENT
1251  AVENUE OF THE AMERICAS
NEW YORK NY 10020

INDUSTRY CANADA, LEGAL SERVICES
ATT: ANNE BOUDREAU
235 QUEEN STREET
OTTAWA, ON K1A OH5
CANADA

INDY DISTRIBUTORS INC
15232 STONY CREEK WAY
NOBLESVILLE IN 46060

INERGY AUTOMOTIVE SYSTEMS (USA) LLC
2710 BELLINGHAM
SUITE 400
TROY MI 48083

INFORMATION LEASING COPROTATION
995 DALTON AVENUE
CINCINNATI OH 45203

INGERSOLL PRODUCTION SYSTEMS, LLC
1301 EDDY AVE
ROCKFORD IL 61103

INLAND TOOL & MANUFACTURING COMPANY
630 S FIFTH STREET
KANSAS CITY KS 66105

INNOMET CORPORATION
18600 APPLETON
DETROIT MI 48219

INTEGRITY TOOL & MOLD INC.
3651 DELDUCA DRIVE
OLDCASTLE
ON, N0R 1L0, CANADA

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
290 BROADWAY
NEW YORK NY 10007

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
P.O. BOX 21126
PHILADELPHIA PA 19114

INTERNATIOAL TOOLING SOLUTIONS, LLC
731 BROADWAY AVENUE NW
GRAND RAPIDS MI 49504

INTERNATIONAL UNION OF OPERATING ENGINEERS
ATT: RICHARD GRIFFIN, GENERAL COUNSEL
1125 SEVENTEENTH STREET, NW
WASHINGTON DC 20036

INTERNATIONAL UNION, UAW
ATT: DANIEL W. SHERRICK & NIRAJ R. GANATRA - LEGAL DEPT
8000 EAST JEFFERSON AVENUE
DETROIT MI 48124

INTERNATIONAL UNION, UAW
ATTY FOR INTERNATIONAL UNION, UAW
ATT: DANIEL SHERRICK & NIRAJ GANATRA, LEGAL DEPT.
8000 EAST JEFFERSON AVENUE
DETROIT MI 48214

INTERTEC SYSTEMS, LLC
45000 HELM ST STE 200
PLYMOUTH MI 48170-6040

INTIOR AUTOMOTIVE INTERIORS OF AMERICA, INC.

INTRA CORPORATION
885 MANUFACTURERS DR
WESTLAND MI 48186

IOS  CAPITAL
1738 BASS RD
MACON GA 31210-1043

IRVING MATERIALS INC
8032 N STATE RD 9
GREENFIELD IN 46140

ISUZU COMMERCIAL TRUCK OF AMERICA INC
13340 183RD STREET
CERRITOS CA 90703

J P MORGAN CHASE BANK  AS TRUSTEE
PO BOX 2558
HOUSTON TX 77252

J R AUTOMATION TECHNOLOGIES LLC
13365 TYLER STREET
HOLLAND MI 49424

J.P. MORGAN CHASE BANK, AS TRUSTEE
450 WEST 33RD STREET
15TH FLOOR

J.P. MORGAN CHASE BANK, N.A.
AS ADMINISTRATIVE AGENT
P.O. BOX 2558
HOUSTON TX 77252

JAMES BROTHERS INC
23216 TELEGRAPH RD
BROWNSTONE MI 48134

JB COMMODITIES (OVERSEAS) LTD
2777 SUMMER ST
STE 28
STAMFORD CT 06905-4303

JB II FUNDING INC
1705 S SANTA ANITA AVE
STE B
ARCADIA CA 91006

JCIM, LLC
45000 HELM ST
PLYMOUTH MI 48170

JEFF WEINER
C/O BRYAN BRODY
17295 CHESTERFIELD AIRPORT RD.
SUITE 200
CHESTERFIELD MO 63005

JEFFREY MURPHY   ESQ   TRUSTEE FOR
THE BENEFIT OF THE UNITED STATES TREASURY
C/O SONNENSCHEIN  NATH  & ROSENTHAL  LLP
TWO WORD FINANCIAL CENTER
NEW YORK NY 10281

JENNER & BLOCK LLP
ATTY FOR PROPOSED SPECIAL COUNSEL FOR DEBTORS
ATTN: PATRICK J. TROSTLE & HEATHER D. MCARN
919 THIRD AVENUE, 37TH FLOOR
NEW YORK NY 10022-3908

JENNER & BLOCK LLP
ATTY FOR PROPOSED SPECIAL COUNSEL FOR DEBTORS
ATTN: DANIEL R. MURRAY & JOSEPH P. GROMACKI
330 NORTH WABASH AVENUE
CHICAGO IL 60611-7603

JENNINE KENDZIE
885 MANUFACTURERS DR
WESTLAND MI 48186

JERVIS B WEBB COMPANY
C/O BRIAN M DOBBS
BASS BERRY AND SIMMS  PLC
315 DEADERICK ST
STE 2700
CLARKSVILLE TN 37401

JERVIS B. WEBB COMPANY

JIM BARNARD CHEVROLET, INC.
ATT: ALLYN BARNARD, PRESIDENT
7107 BUFFALO ROAD
CHURCHVILLE NY 14428

JOE D SNAVELY
ANNABELLE SNAVELY
C/O ATTORNEYS HARRELL  STEVEN DUNN  STRONG & ASSOCIATES
901 E BATTLEFIELD
SPRINGFIELD MO 65807

JOHN HANCOCK LEASING CORPORATION
197 CLARENDON STREET
BOSTON MA 02117

JOHNSON CONTROLS INC
1209 ORANGE STREET
WILMINGTON DE 19801

JOHNSON CONTROLS INC (AUTOMOTIVE EXPERIENCE-NA)
49200 HALYARD DRIVE
PLYMOUTH MI 48170

JOHNSON CONTROLS, INC
5757 N GREENE BAY AVE
PO BOX 591
MILWAUKEE WI 53201

JOHNSON, HEARN, VINEGAR, GEE & GLASS, PLLC
ATTY FOR D & J AUTOMOTIVE, LLC
ATT: JEAN WINBORNE BOYLES, ESQ.
P.O. BOX 1776
RALEIGH NC 27602

JOHNSTON BARTON PROCTOR & ROSE LLP
ATTY FOR SERRA CHEVROLET OF BIRMINGHAM, INC.
ATTN: MAX A. MOSELEY, ESQ.
569 BROOKWOOD VILLAGE
SUITE 901
BIRMINGHAM AL 35209

JOSEPH LIPTON
ATTORNEY : DAVIDOW SHERMAN EDDO WES

JP MORGAN CHASE BANK
450 W 33RD ST
15TH FLOOR
NEW YORK NY 10001

JP MORGAN CHASE BANK
AS ADMINISTRATIVE AGENT
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10081

JP MORGAN CHASE BANK
AS ADMINISTRATIVE AGENT
(F/K/A THE CHASE MANHATTAN BANK)
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10081

JP MORGAN CHASE BANK
AS COLLATERAL AGENT

JP MORGAN CHASE BANK N A
ATTN: JOYCE BRYANT
611 WOODWARD AVE
DETROIT MI 48226

JP MORGAN CHASE BANK N A
ATTN:  RANDY POLANCO
55 W 215TH ST
NEW YORK NY 10027

JP MORGAN CHASE BANK N A
ATTN:  ARA MOVSESIAN
383 MADISON AVE
NEW YORK NY 10179

JP MORGAN CHASE BANK N A
ATTN:  MONEY MARKET SERVICE CENTER
10420 HIGHLAND MANOR DR
2ND FL
TEMPLE FL 33610

JP MORGAN CHASE BANK NA
AS ADMINISTRATIVE AGENT
PO BOX 2558
HOUSTON TX 77252

JP MORGAN CHASE BANK NA
AS ADMINISTRATIVE AGENT
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10081

JP MORGAN CHASE BANK NA
AS ADMINISTRATIVE AGENT
270 PARK AVENUE
NEW YORK NY 10017

JPMORGAN CHASE BANK N.A. (MICHIGAN)
ATTN: BILL BITONTI
611 WOODWARD AVENUE
DETROIT MI 48226

JR AUTOMATION TECHNOLOGIES, LLC

JTEKT AUTOMOTIVE
MOTOHIKO YOKOYAMA, CEO
15TH FLOOR MIDLAND SQUARE, 4-7-1 MEIEKI
NAGOYA HEAD OFFICE
NAKAMURA-KU, NAGOYA, JAPAN, 450-8515

JXO INC
2750 SOUTH WADSWORTH BLVD
#C200
DENVER CO 80227

JXO, INC
7901 SOUTHPARK PLAZA
SUITE 204
LITTLETON CO 80120-4505

K&L GATES LLP
ATTY FOR PPG INDUSTRIES, INC.
ATT: JEFFREY N. RICH & ERIC T. MOSER, ESQS.
599 LEXINGTON AVENUE
NEW YORK NY 10022

KAMMER TOOL & DIE, INC
PO BOX 393
ADA MI 49301-0393

KAMMER TOOL & DIE, INC ORGANIZATION
PO BOX 393
ADA MI 49301-0393

KARLA COSTING

KAYE SCHOLER LLP
ATTY FOR PHILLIP MORRIS CAPITAL CORP
ATT: RICHARD G. SMOLEV & LAUREN ATTARD
425 PARK AVENUE
NEW YORK NY 10022-3598

KEATING MUETHING & KLEKAMP PLL
ATTY FOR CINTAS CORPORATION
ATTN: JASON V. STITT, ESQ.
ONE EAST FOURTH STREET, SUITE 1400
CINCINNATI OH 45202

KELLEY & FERRARO, L.L.P.
ATTY FOR ASBESTOS TORT CLAIMANTS
ATT: THOMAS M. WILSON, ESQ.
2200 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND OH 44114

KELLEY DRYE & WARREN LLP
ATTY FOR LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: DAVID RETTER, PAMELA BRUZZESE-SZCZGIEL, JENNIFER CHRISTIAN, ESQS
101 PARK AVENUE
NEW YORK NY 10178

KELLEY DRYE & WARREN, LLP
ATTY FOR BP CANADA ENERGY MARKETING CORP. AND BP ENERGY CO.
ATT: JAMES S. CARR & JORDAN A. BERGMAN, ESQS
101 PARK AVENUE
NEW YORK NY 10178

KELLY CASTILLO
18660 TURTLE LANE
MEADOW VISTA CA 95722

KEM KREST
AMISH SHAH. CEO
1919 SUPERIOR ST.
ELKHART IN 46515

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M  KENNEDY, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK NY 10003

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNICK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK NY 10003

KENNEDY, JENNIK & MURRAY P.C.
ATTN: LARRY MAGARIK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK NY 10003

KERR, RUSSELL AND WEBER, PLC
ATTY FOR AVL MICHIGAN HOLDING CORPORATION
ATTN: P. WARREN HUNT, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT MI 48226-3406

KERR, RUSSELL AND WEBER, PLC
ATTY FOR AVL MICHIGAN HOLDING CORPORATION
ATTN: JAMES E. DELINE, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT MI 48226-3406

KERR, RUSSELL AND WEBER, PLC
ATTY FOR WINDSOR MOLD INC.
ATTN: JAMES E. DELINE, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT MI 48226-3406

KERR, RUSSELL AND WEBER, PLC
ATTY FOR WINDSOR MOLD COMPANY INC.
ATTN: P. WARREN HUNT, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT MI 48226-3406

KERR, RUSSELL AND WEBER, PLC
ATTY FOR AVL INSTRUMENTATION & TEST SYSTEMS, INC.
ATTN: P. WARREN HUNT, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT MI 48226-3406

KERR, RUSSELL AND WEBER, PLC
ATTY FOR AVL INSTRUMENTATION & TEST SYSTEMS, INC.
ATTN: JAMES E. DELINE, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT MI 48226-3406

KERR, RUSSELL AND WEBER, PLC
ATTY FOR FLEET-CAR LEASE, INC.
ATTN: P. WARREN HUNT, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT MI 48226-3406

KERR, RUSSELL AND WEBER, PLC
ATTY FOR FLEET-CAR LEASE, INC.
ATTN: JAMES E. DELINE, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT MI 48226-3406

KEVIN T. BLOCK

KEY EQUIPMENT FINANCE
A DIVISION OF KEY CORPORATE CAPITAL, INC
1000 SOUTH MCCASLIN BLVD
UCC DEPARTMENT
SUPERIOR CO 80027

KEYBANK
ATTN: HELEN FRANCE
127 PUBLIC SQUARE
CLEVELAND OH 44114

KILPATRICK & ASSOCIATES, P.C.
ATTY FOR OAKLAND COUNTY TREASURER
ATT: RICHARDO I. KILPATRICK & LEONORA K. BAUGHMAN
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS MI 48326

KILPATRICK & ASSOCIATES, P.C.
ATTY FOR THE CITY OF DETROIT
ATT: RICHARDO KILPATRICK & LEONORA BAUGHMAN
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS MI 48326

KIRBY J SHEETS AND
BECKY L SHEETS
C/O BUSBY AUSTIN COOPER & FARR
RALPH E SIPES
800 MAIN ST  STE 200
ANDERSON IN 46016

KIRK AND BLUM MANUFACTURING CO
C/O JOEL D RAGLAND
107 N 3RD ST
PO BOX 925
CLARKSVILLE TN 37041

KIRK AND BLUM MANUFACTURING CO
JOEL D RAGLAND
107 N 3RD ST
PO BOX 925
CLARKSVILLE TN 37041

KNAPP CHEVROLET
815 HOUSTON AVENUE
HOUSTON TX 77007

KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
ATTY FOR APPLIED MANUFACTURING TECHNOLOGIES
ATTN: FREDERICK A. BERG & JAYSON M. MACYDA, ESQS
400 RENAISSANCE CENTER, SUITE 3400
DETROIT MI 48243

K-R AUTOMATION CORP
C/O NEIL STREFLING
26153 JOHN R
MADISON HGTS MI 48071

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: KENNETH H. ECKSTEIN
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: KENNETH P. KOPELMAN
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS E. MOLNER
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: ADAM C. ROGOFF
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: ROBERT T. SCHMIDT
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: AMY CATON
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: P. BRADLEY O'NEILL
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE
ATTN: THOMAS MOERS MAYER, KENNETH H. ECKSTEIN & GORDON Z. NOVOD
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10036

KRAMER TOOL & DIE INC

KUTAK ROCK LLP
ATTY FOR XEROX CAPITAL SERVICES, LLC
ATTN: JOHN J. JOLLEY, JR., ESQ.
1650 FARNAM STREET
OMAHA NE 68102

L&L MACHINE TOOL, INC.

LAKEFRONT CAPITAL, LLC
28175 HAGGERTY ROAD
NOVI MI 48377

LAKELAND BANK
166 CHANGEBRIDGE ROAD
MONTVILLE NJ 07045

LAKESIDE PLASTICS LTD
28834 BARKMAN DRIVE
ROSEVILLE MI 48066

LAKINCHAPMAN  LLC
300 EVANS AVE
WOOD RIVER IL 62095

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: SUSAN M. COOK, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY MI 48708

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: ADAM D. BRUSKI, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY MI 48708

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR KNIGHT FACILITIES MANAGEMENT, INC & CARAVAN/KNIGHT FACILITIES
MANAGEMENT, INC.
ATTN: SUSAN M. COOK, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY MI 48708

LANSING TOOL & ENGINEERING INC
1313 S WAVERLY RD
LANSING MI 48917

LATHAM & WATKINS LLP
ATTY FOR ALLISON TRANSMISSION, INC., FKA CLUTCH OPERATING CO., INC.
ATTN: ROBERT J. ROSENBERG & ADAM J. GOLDBERG
885 THIRD AVENUE, SUITE 1000
NEW YORK NY 10022-4068

LAURIE SCRIMGEOUR
42790 ETHAN CT
PARKER CO 80138

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTY FOR HESS CORPORATION
ATT: GABRIEL DEL VIRGINIA, ESQ.
641 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK NY 10022

LAW OFFICES OF ROBERT E. LUNA, P.C.
ATTY FOR CARROLLTON FARMERS BRANCH ISD & LEWISVILLE ISD
ATT: ANDREA SHEEHAN, ESQ.
4411 N. CENTRAL EXPRESSWAY
DALLAS TX 75205

LAWRENCE JAY KRAINES, ESQ.
14235 DICKENS STREET,  SUITE 4
SHERMAN OAKS CA 91423-5846

LAWYERS TITLE INSURANCE CORP AS TTEE FOR
THE BENEFIT OF CITICORP USA INC  AS AGENT FOR THE BANK PRIORITY
SECURED PARTIES AND AS AGENT FOR THE HEDGE PRIORITY SECURED PARTIES
LAWYERS TITLE INSURANCE CORP  ATTN:  JIM JOHNS
1850 N CENTRAL AVE  STE 360
PHOENIX AZ 85004

LEAF FUNDING INC
1818 MARKET ST
9TH FL
PHILADELPHIA PA 19103

LEASE CORPORATION OF AMERICA
3150 LIVERNOIS
SUITE 300
TROY MI 48083

LEASE GROUP RESOURCES, INC
80 HIGH STREET
MT HOLLY NJ 08060

LEON STROLLO

LEONARD, STREET AND DEINARD, PA
ATTY FOR CANADIAN PACIFIC RAILWAY COMPANY
ATTN: MATTHEW A. SWANSON, ESQ.
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPOLIS MN 55402

LEONARD, STREET AND DEINARD, PA
ATTY FOR CANADIAN PACIFIC RAILWAY COMPANY
ATTN: JACOB B. SELLERS, ESQ.
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPOLIS MN 55402

LESLIE NEIL DEAN
C/O 4936 WATERS RD
ANN ARBOR MI 48103

LEVY RATNER P.C.
ATTY FOR UNITED STEELWORKERS
ATT: SUZANNE HEPNER, RYAN J. BARBUR & ROBERT H. STROUP
80 EIGHTH AVENUE, 8TH FLOOR
NEW YORK NY 10011

LGR GROUP
80 HIGH ST
MT HOLLY NJ 08060

LGR GROUP INC
80 HIGH STREET
MOUNT HOLLY NJ 08060

LIBERTAD, LLC
3001 JAMAICA COURT
#320
AURORA CO 80014

LIBERTY BANK AND TRUST COMPANY (ASSIGNEE)
3801 CANAL STREET
NEW ORLEANS MI 70119

LINEAR MOLD & ENGINEERING, INC
12926 STARK RD
LIVONIA MI 48150

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTY FOR TARRANT COUNTY & DALLAS COUNTY
ATT: ELIZABETH WELLER, ESQ.
2323 BRYAN STREET, SUITE 1600
DALLAS TX 75201

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTY FOR CAMERON COUNTY, HARLINGEN, HARLINGEN ISD, NUECES COUNTY, SAN
ATTN: DIANE W. SANDERS, ESQ.
2700 VIA FORTUNA DRIVE, SUITE 400
P.O. BOX 17428
AUSTIN TX 78760

LS MOLD INC
750 WAVERLY COURT
HOLLAND MI 49423

LS MOLD INC.
750 WAVERLY COURT
HOLLAND MI 49423

M&T BANK
ATTN: LINDA GIBBONS
25 SOUTH CHARLES STREET
BALTIMORE MD 21201

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR TENIBAC-GRAPHION, INC.
ATT: MICHAEL S. LIEB, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD MI 48034

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR M-TECH ASSOCIATES
ATTN: KATHLEEN H. KLAUS, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD MI 48034

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR SOUTH TROY TECH, LLC
ATTN: MICHAEL S. LIEB, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD MI 48034

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR HAYMAN MANAGEMENT COMPANY: SOUTH TROY TECH, LLC
ATTN: KATHLEEN H. KLAUS, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD MI 48034

MAGNA INTERNATIONAL INC.
1220 N MARKET ST
STE 806
WILMINGTON DE 19801

MAHAR TOOL SUPPLY CO, INC.
112 WILLIAMS STREET
SAGINAW MI 48602

MAKINO INC
7680 INNOVATION WAY
MASON OH 45040

MANDO AMERICA CORPORATION
ATTN:  RON KOZLOWSKI
45901 FIVE MILE RD
PLYMOUTH MI 48170

MANOR TOOL AND DIE LTD
5264 PULLEYBANK STREET
OLDCASTLE, ONTARIO N0R1L0 CANADA

MANUFACTURERS BANK
1200 N ASHLAND AVE
CHICAGO IL 60622

MANUFACTURERS' LEASING SERVICES CORP
7310 N. 16TH ST
SUITE 250
PHOENIX AZ 85020

MARIDIAN LEASING CORPORATION
NINE PARKWAY NORTH
SUITE 500
DEERFIELD IL 60015

MARION COUNTY INDIANA

MARRILL LYNCH CAPITAL-EQUIPMENT FINANCE
500 W MONROE ST
FL 10
CHICAGO IL 60661-3688

MARY SANFORD
ATTORNEY: MANDY R STEELE PC

MATTSON TOOL & DIE COPR.
5670 WEST RIVER DRIVE
BELMONT MI 49306

MB FINANCIAL BANK, N.A.
1200 NORTH ASHLAND AVE.
CHICAGO IL 60622

MB FINANCIAL BANK, N.A.
15 ENTERPRISE
SUITE 400
ALISO VIEJO CA 92656

MB FINANCIAL BANK, N.A.
6111 N RIVER RD
ROSEMONT IL 60018

MB FINANCIAL BANK, N.A. F/K/A MANUFACTURERS BANK

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
ATTN: ROBERT R. KRACHT, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND OH 44115

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
ATTN: KIMBERLY A. BRENNAN, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND OH 44115

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
ATTY FOR LOCAL TEXAS TAXING AUTHORITIES
ATT: MICHAEL REED, ESQ.
P.O. BOX 1269
ROUND ROCK TX 78680

MCGILL, GOTSDINER, WORKMAN & LEPP, P.C., L.L.O.
ATTY FOR NS-200 CABOT OF PA: NS-608 CAPERTON WV: NS-1500 MARQUETTE MS:
NS-2200 WILLIS MILLER WI
ATTN: JANICE M. WOOLLEY, ESQ.
11404 W. DODGE ROAD, SUITE 500
OMAHA NE 68154-2584

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
ATT: JESSICA H. MAYES, ESQ.
230 PARK AVENUE, SUITE 1700
NEW YORK NY 10169

MELLON U.S. LEASING
6060 OLD RIDGEBURY ROAD
DANBURY CT 06810

MELLON US LEASING
44 OLD RIDGEBURY RD
DANBURY CT 06810

MELLON US LEASING
6060 OLD RIDGEBURY ROAD
DANBURY CT 06810

MERIDIAN AUTOMOTIVE SYSTEMS INC
1209 ORANGE ST
WILMINGTON DE 19801

MERIDIAN LEASING CORPORATION
AS AGENT FOR G.C. MICRO CORPORATION
NINE PARKWAY NORTH
SUITE 500
DEERFIELD IL 60015

MERRILL LYNCH CAPITAL
EQUIPMENT FINANCE
500  W MONROE ST
FL 10
CHICAGO IL 60661-3688

METAL PROCESSORS INC
1010 W JOHN BEERS RD
STEVENSVILLE MI 49127

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: EDWARD LOBELLO, ALAN MARDER. JIL MAZER-MARINO, J. RANDO CRISTIANO
990 STEWART AVENUE, SUITE 300
GARDEN CITY NY 11530

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
ATT: CHRISTOPHER F. GRAHAM, ESQ.
230 PARK AVENUE
NEW YORK NY 10169

MELLON U.S. LEASING
44 OLD RIDGEBURY ROAD
DANBURY CT 06810

MELLON U.S. LEASING
525 MARKET STREET
SUITE 3500
SAN FRANCISCO CA 94105

MELLON US LEASING
525 MARKET ST
SUITE 3500
SAN FRANCISCO CA 94105-2743

MELLON US LEASING
A DIVISION OF MELLON LEASING CORPORATION
44 OLD RIDGEBURY ROAD
DANBURY CT 06810

MERIDIAN LEASING CORPORATATION
NINE PARKWAY NORTH
SUITE 500
DEERFIELD IL 60015

MERRILL LYNCH CAPITAL
A DIVISION OF MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC
500 W MONROE ST
FL 10
CHICAGO IL 60661-3688

MET CENTER PARTNERS-3, LTD.
611 W. 15TH STREET
AUSTIN TX 78701

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: HANAN B. KOLKO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK NY 10018

MICHAEL BELTON
20498 CHEYENNE
DETROIT MI 48235

MICHAEL D FISH

MICHAEL FABRICATING INC
21516 S TELEGRAPH RD
BROWNSTOWN TWP MI 48183

MICHAEL S. HOLMES, P.C.
ATTY FOR OAKS L-M, INC. DBA WESTPOINT
ATT: MICHAEL S. HOLMES, ESQ.
8100 WASHINGTON AVENUE, SUITE 120
HOUSTON TX 77007

MICHALSKI ENTERPRISES D/B/A TOOL CRAFT CORPORATION
16733 INDUSTRIAL PARKWAY
LANSING MI 48906

MICHIGAN ENVIRONMENT, NATURAL RESOURCES AND AGRICULTURE DIVISION
ATTY FOR MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY
ATTN: CELESTE R. GILL, ASSISTANT ATTORNEY GENERAL
525 W. OTTAWA, 6TH FLOOR, G. MENNE WILLIAMS BUILDING
P.O. BOX 30755
LANSING MI 48909

MICHIGAN FUNDS ADMINISTRATION
7201 W. SAGINAW HWY, STE 110
LANSING MI 48917

MICHIGAN HERITAGE BANK
28300 ORCHARD LAKE ROAD
SUITE 200
FARMINGTON HILLS MI 48334

MICHIGAN NATIONAL BANK
A NATIONAL BANKING ASSOCIATION
27777 INKSTER RD
PO BOX 9065
FARMINGTON HILLS MI 48331

MICHIGAN SPECIALTY COATINGS INC
2953 MANCHESTER DR
KIMBALL MI 48074

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DR.
DIMONDALE MI 48821

MICRO CORPORATION

MIDBROOK INC
2080 BROOKLYN ROAD
JACKSON MI 49203

MIHUZO CORPORATE BANK (USA)
1251 AVENUE OF THE AMERICAS
32ND FLOOR
NEW YORK NY 10020

MIKE BARNARD CHEVROLET-CADILLAC-BUICK-PONTIAC-GMC, INC.
ATT: MICHAEL E. BARNARD, PRESIDENT
616 THAYER ROAD
FAIRPORT NY 14450

MILLER JOHNSON
ATTY FOR BURKE E. PORTER COMPANY
ATTN: THOMAS P. SARB, ESQ.
250 MONROE AVENUE, N.W., SUITE 800
PO BOX 306
GRAND RAPIDS MI 49501-0306

MILLER JOHNSON
ATTY FOR MICO INDUSTRIES, INC.
ATTN: ROBERT D. WOLFORD, ESQ.
250 MONROE AVENUE, N.W., SUITE 800
P.O. BOX 306
GRAND RAPIDS MI 49501-0306

MILLER JOHNSON
ATTY FOR BENTELER AUTOMOTIVE CORPORATION
ATT THOMAS P. SARB, ESQ
250 MONROE AVE., STE 800
GRAND RAPIDS MI 49501-0306

MILLER TOOL & DIE CO
829 BELDEN RD
JACKSON MI 49203

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR LANSING BOARD OF WATER & LIGHT
ATT: DONALD J. HUTCHINSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT MI 48226

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR LANSING BOARD OF WATER & LIGHT
ATT: SUSAN I. ROBBINS, ESQ.
500 FIFTH AVENUE, SUITE 1815
ATT: SUSAN I. ROBBINS, ESQ.
NEW YORK NY 10110

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR KONGSBERG AUTOMOTIVE, INC., KONGSBERG DRIVELINE SYSTEMS I,
KONGSBERG INTERIOR SYS, KONGSBERG POWER PRODUCT SYS, KONGSBERG
HOLDING
ATTN: MARC N. SWANSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT MI 48226

MINORITY ALLIANCE CAPITAL LLC (LESSOR)
6960 ORCHARD LAKE ROAD
SUITE 306
WEST BLOOMFIELD MI 48322

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
ATTY FOR HITACHI, LTD., HITACHI AUTOMOTIVE PRODUCTS (USA), INC.,
TOKICO (USA), INC. AND HITACHI CABLE INDIANA, INC.
ATT: PAUL J. RICOTTA, ESQ.
ONE FINANCIAL CENTER
BOSTON MA 02111

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATT: STEVEN A. GINTHER, ESQ.
P.O. BOX 475
JEFFERSON CITY MO 65105-0475

MIZUHO CORPORATE BANK (USA)
1251 AVENUE OF THE AMERICAS
32ND FLOOR
NEW YORK NY 10020

MODELS & TOOLS, INC
51400 BELLESTRI CT
UTICA MI 48315-2749

MODINEER CO
2190 INDUSTRIAL DR
NILES MI 49120

MODULAR SPACE CORPORATION
1200 SWEDESFORD RD
BERWYN PA 19312

MOLLERTECH LLC
13877 TERESA DRIVE
SHELBY TWP. MI 48315

MONTAPLAST OF NORTH AMERICA
2011 HOOVER BLVD
FRANKFORT KY 40601

MONTAPLAST OF NORTH AMERICA
24901 NORTHWESTERN HWY
STE 511
SOUTHFIELD MI 48075

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ATTY FOR STEVEN KAZAN, ESQ.
ATTN: NATALIE RAMSEY & JOSEPH O'NEIL, JR.
123 SOUTH BROAD STREET
PHILADELPHIA PA 19109-1099

MOORE & VAN ALLEN PLLC
ATTY FOR HAGEMEYER N.A.
ATT: CYNTHIA JORDAN LOWERY, ESQ.
40 CALHOUN STREET, SUITE 300
POST OFFICE BOX 22828
CHARLESTON SC 29413-2828

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR FMR CORP.
ATTN: HOWARD S. BELTZER & EMMELINE S. LIU, ESQS
101 PARK AVENUE
NEW YORK NY 10178

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR ARAMARK HOLDINGS CORPORATION
ATTN: MICHAEL A. BLOOM & RACHEL JAFFE MAUCERI, ESQS
1701 MARKET STREET
PHILADELPHIA PA 19103-2921

MORGAN, LEWIS & BOCKIUS LLP
ATTN: RICHARD S. TODER, ESQ.
101 PARK AVENUE
NEW YORK NY 10178

MORGAN, LEWIS & BOCKIUS LLP
ATTN: ANDREW D GOTTFRIED, ESQ.
101 PARK AVENUE
NEW YORK NY 10178

MORRISON COHEN LLP
ATTY FOR BLUE CROSS BLUE SHIELD OF MICHIGAN
ATT: JOSEPH T. MOLDOVAN & MICHAEL R. DAL LAGO, ESQS
909 THIRD AVENUE
NEW YORK NY 10022

MOTION INDUSTRIES INC
1605 ALTON RD
BIRMINGHAM AL 35210

MOTLEY RICE LLC
ATTY FOR ASBESTOS TORT CLAIMANTS
ATT: JEANETTE M. GILBERT, JOSEPH F. RICE, JOHN A. BADEN IV, ESQS
28 BRIDGESIDE BLVD.
MT. PLEASANT SC 29464

MOTOR CITY ELECTRIC CO
9440 GRINNELL
DETROIT MI 48213

MOTOR CITY ELECTRIC CO (AS SUBCONTRACTOR TO IDEAL CONTRACTING LLC)
9440 GRINNELL
DETROIT MI 48213-1151

MOTOR CITY ELECTRIC TECHNOLOGIES INC
9440 GRINNELL
DETROIT MI 48213

MOTOR CITY ELECTRIC TECHNOLOGIES INC
(AS SUBCONTRACTOR TO EXTREME ENGINEERING)
MOTOR CITY ELECTRIC
9440 GRINNELL
DETROIT MI 48213-1151

MOTOR CITY STAMPINGS
47783 N. GRATIOT
CHESTERFIELD MI 48051

MPD WELDING INC
4200 S. LAPEER ROAD
ORION MI 48359

MUNSCH HARDT KOPF & HARR, P.C.
ATTY FOR COMPUTER SCIENCES CORPORATION
ATT: RAYMOND J. URBANIK, ESQ.
3800 LINCOLN PLAZA
500 N. AKARD STREET
DALLAS TX 75201-6659

NAHINS & GOIDEL, P.C.
ATT: BORAH GOLDSTEIN ALTSCHULER & JEFFREY CHANCAS
377 BROADWAY
NEW YORK NY 10013

NAI (AS SUBCONTRACTOR TO CITY RENOVATION & TRIM INC)
21342 BRIDGE ST
SOUTHFIELD MI 48034

NARMCO
2575 AIRPORT RD
WINDSOR, ONTARIO  N8W 1Z4
CANADA

NARTECH METAL PRODUCTS LIMITED
2575 AIRPORT RD
WINDSOR, ONTARIO  N8W 1Z4
CANADA

NATAXIS
ATTN:  MICHELLE ALVAREZ
9 W 57TH ST
35TH FL
NEW YORK NY 10019

NATIONAL AUTO RADIATOR MANUFACTURING CO LTD.
2575 AIRPORT ROAD
WINDSOR, ON N8N1Z4
CANADA

NATIONAL CITY COMMERCIAL CAPITAL COMPANY LLC
2300 CABOT DR
STE 355
LISLE IL 60532

NATIONAL CITY COMMERCIAL CAPITAL CORPORATION
955 DALTON AVE
CINCINNATI OH 45203

NATIONAL CITY VENDOR FINANCE
A DIVISION OF NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC
2300 CABOT DR
LISLE IL 60532

NATIONSBANC LEASING CORPORATION OF NORTH CAROLINA

NATIXIS, NEW YORK BRANCH
1251 AVENUE OF THE AMERICAS, 34TH FLOOR
NEW YORK NY 10020

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: GEORGE CAUTHEN, LINDA BARR, CAMERON CURRIE, ESQS
1320 MAIN STREET, 17TH FLOOR
POST OFFICE BOX 11070
COLUMBIA SC 29201

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: PETER J. HALEY, ESQ.
ONE BOSTON PLACE
BOSTON MA 02108

NETBANK BUSINESS FINANCE
100 EXECUTIVE CENTER DRIVE
COLUMBIA SC 29210

NEW YORK CITY DEPT. OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS ST- 3RD FLOOR
BROOKLYN NY 11201

NEW YORK STATE DEPT TAXATION & FINANCE
ATTN: BANKRUPTCY/SPECIAL PROC. SECT.
PO BOX 5300
ALBANY NY 12205

NEWCOURT TECHNOLOGIES CORPORATION
2285 FRANKLIN ROAD
2ND FLOOR
BLOOMFIELD HILLS MI 48302

NICHOLE BROWN
6551 RD 44
BAYARD NE 69334

NMHG FINANCIAL SERVICES
44 OLD RIDGEBURY ROAD
DANBURY CT 06810

NORTH FORK BUSINESS CAPITAL CORPORATION
AS ADMINISTRATIVE AGENT

NOVA TOOL & MOLD INC
5100 HALFORD DRIVE RR#1
WINDSOR  ON N9A 6J3
CANADA

OACAR W LARSON NMA COMPANY
10080 DIXIE HIGHWAY
CLARKSTON MI 48348

OAK BROOK BANK
1400 SIXTEENTH STREET
OAK BROOK IL 60523

OAKLAND COUNTY TREASURER
CHIEF TAX ADMINISTRATOR
1200 N TELEGRAPH RD
PONTIAC MI 48341

OAKWOOD ENERGY MANAGEMENT INC
1100 OAKWOOD BLVD
DEARBORN MI 48124

OAKWOOD ENERGY MANAGEMENT, INC
9755 INKSTER ROAD
TAYLOR MI 48180

OAKWOOD METAL FABRICATING COMPANY
110 FORTON COURT
CLINTON TOWNSHIP MI 48035

OAKWOOD METAL FABRICATING COMPANY
1100 OAKWOOD
DEARBORN MI 48124

OCE FINANCIAL SERVICES, INC.
5450 NORTH CUMBERLAND AVE
CHICAGO IL 60654

OCE NORTH AMERICA, INC.
5450 N CUMBERLAND AVE
CHICAGO IL 60656

OCE-USA INC.
5450 N CUMBERLAND AVENUE
CHICAGO IL 60656

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
120 BROADWAY
NEW YORK NY 10271

OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET
21ST FLOOR
NEW YORK NY 10004

OHIO ATTORNEY GENERAL
ATTY FOR OHIO ENVIRONMENTAL PROTECTION AGENCY ("OEPA")
ATT: MICHELLE T. SUTTER, PRINCIPAL ASST. ATTORNEY GENERAL
ENVIRONMENTAL ENFORCEMENT SECTION
30 E. BROAD STREET, 25TH FLOOR
COLUMBUS OH 43215

OHIO CONCRETE SAWING AND DRILLING OF AKRON INC
1100 EVANS AVE
AKRON OH 44305

OKLAHOMA TAX COMMISSION
2501 LINCOLN BLVD
OKLAHOMA CITY OK 73194

OLD SECOND NATIONAL BANK
37 S RIVER ST
AURORA IL 60506

ONSITE ENERGY CORPORATION
701 PALOMAR AIRPORT RD
SUITE 200
CARLSBAD CA 92009

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: ROGER FRANKEL, ESQ
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON DC 20005

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: RICHARD H WYRON, ESQ.
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON DC 20005

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTY FOR UNOFFICIAL GM DEALERS COMMITTEE
ATT: LORRAINE MCGOWEN, ALYSSA ENGLUND, COURTNEY ROGERS
666 FIFTH AVENUE
NEW YORK NY 10103

OSCAR W LARSON NMA COMPANY
10080 DIXIE HIGHWAY
CLARKSTON MI 48348

OSLER, HOSKIN & HARCOURT LLP
ATTN: TRACY C SANDLER, ESQ.
100 KING STREET WEST
1 FIRST CANADIAN PLACE, SUITE 6100
TORONTO, ONTARIO M5X 1B8

OTTERBOURG STEINDLER HOUSTON & ROSEN PC
ATTN: DANIEL WALLEN, ESQ, JONATHAN N. HELFAT, ESQ.
230 PARK AVENUE
NEW YORK NY 10169

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTY FOR GMAC LLC AND ITS AFFILIATES
ATT: DANIEL WALLEN, MELANIE L. CYGANOWSKI, JONATHAN N. HELFAT &
STEVEN B. SOLL, ESQS.
230 PARK AVENUE
NEW YORK NY 10169

PACIFIC RIM CAMPITAL, INC.
15 ENTERPRISE
SUITE 400
ALISO VIEJO CA 92656

PACIFIC RIM CAPITAL
ONE JENNER
STE 170
IRVINE CA 92618

PADCO FINANCIAL SERVICES INC
100 W MONROE ST
STE 706
CHICAGO IL 60603

PADDOCK CHEVROLET, INC.
ATT: DUANE PADDOCK, PRESIDENT
3232 DELAWARE AVENUE
KENMORE NY 14217

PAINEWEBBER PREFERRED YEILD FUND LP
7175 W JEFFERSON AVE
#3000
LAKEWOOD CO 80235

PARAGON MOLDS CORPORATION
33997 RIVIERA DR.
FRASER MI 48026

PARAGON PATTERN & MFG. CO
PO BOX 4187
MUSKEGON MI 49444-0187

PARAMOUNT TOOL & DIE, INC.
13864 EAGLE RIDGE DRIVE
KENT CITY MI 49330

PARK NATIONAL BANK
28 W MADISON
OAK PARK IL 60302

PARK NATIONAL BANK
3555 PARK PL W STE 100
MISHAWAKA IN 46545-3587

PATRICIA M. SKINNER
3689 BRIARWOOD COURT

PATTON BOGGS LLP
ATTY FOR UNOFFICIAL COMMITTEE OF FAMILY & DISSIDENT GM BONDHOLDERS
ATTN: MICHAEL RICHMAN, MARK SALZBERG MELISSA IACHAN
1185 AVENUE OF THE AMERICAS, 30TH FLOOR
NEW YORK NY 10036

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTY FOR ROLLS-ROYCE
ATT: HARVEY A. STRICKON, ESQ.
75 EAST 55TH STREET
NEW YORK NY 10022-3205

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR DANA HOLDING CORPORATION
ATT: ALAN W. KORNBERG, REBECCA ZUBATY & IAN POHL, ESQS.
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR ENTERPRISE RENT-A-CAR COMPANY
ATT: ALAN W. KORNBERG & JONATHAN T. KOEVARY, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR INFORMAL GROUP OF HOLDERS OF GM UNSECURED NOTES
ATT: ANDREW ROSENBERG, BRIAN HERMANN, MARGARET PHILLIPS, M. SCHECK
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR RYDER INTEGRATED LOGISTICS, INC.
ATTN: STEPHEN J. SHIMSHAK & PHILIP A. WEINTRAUB
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064

PELICAN METAL PRODUCTS LLC
PO BOX 668
MOUNT CLEMENS MI 48046-0668

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
1200 K STREET, NW
WASHINGTON DC 20005-4026

PENSKE AUTO GROUP
18600 SOUTH HAWTHORNE BOULEVARD
TORRANCE CA 90504

PENSKE LOGISTICS
MR. TERRY MILLER, CEO
PO BOX 563
READING PA 19603

PEPPER HAMILTON LLP
ATTY FOR PILKINGTON NORTH AMERICA, INC.
ATT: DENNIS S. KAYES & DEBORAH KOVSKY-APAP, ESQ.
100 RENAISSANCE CENTER, SUITE 3600
DETROIT MI 48243-1157

PEPPER HAMILTON LLP
ATTY FOR SKF USA INC.
ATT: HENRY J. JAFFE & JAMES C. CARIGNAN
HERECULES PLAZA, SUITE 5100
1313 MARKET STREET P.O. BOX 1709
WILMINGTON DE 19899-1709

PEPPER HAMILTON LLP
ATTY FOR CHANNELVANTAGE, INC.
ATTN: DENNIS S. KAYES & DEBORAH KOVSKY-APAP
100 RENAISSANCE CENTER, SUITE 3600
DETROIT MI 48243-1157

PEPPER-HAMILTON LLP
ATTY FOR OSRAM SYLVANIA PRODUCTS, INC.
ATT: DENNIS S. KAYES & DEBORAH KOVSKY-APAP
100 RENAISSANCE CENTER, SUITE 3600
DETROIT MI 48243-1157

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTY FOR ARLINGTON ISD
ATT: ELIZABETH BANDA
P.O. BOX 13430
ARLINGTON TX 76094-0430

PERFORMANCE MANUFACTURING GROUP LLC
699 JAMES L HART PKWY
YPSILANTI MI 48197

PHAROS FINANCIAL SERVICES L.P.
100 CRESCENT COURT
SUITE 1740
DALLAS TX 75201

PHILIP MASTIN, CITY ASSESSOR FOR THE CITY OF WARREN
ONE CITY SQUARE, SUITE 400
WARREN MI 48093-5285

PIERCE, FENNER & SMITH INC.
ATTN: CHARLES J. PHLON
250 VESEY ST
NEW YORK NY 10080

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTY FOR PSEG RESOURCES L.L.P.
ATT: RICHARD EPLING, KAREN B. DINE & ERICA E. CARRIG
1540 BROADWAY
NEW YORK NY 10036-4039

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTY FOR LMC PHASE II, L.L.C.
ATTN: RICHARD L. EPLING, KAREN B. DINE, ERICA E. CARRIG
1540 BROADWAY
NEW YORK NY 10036-4039

PINNACLE MOLDED PLASTICS CORP.

PITNEY BOWES CREDIT CORPORATION
3020 OLD RANCH PARKWAY
#410
SEAL BEACH CA 90740

PLASTIC MOLD TECHNOLOGY INC
4201 BROADMOOR AVE SE
KENTWOOD MI 49512

PLASTIC TRIM INTERNATIONAL, INC
27611 HALSTED ROAD
FARMINGTON HILLS MI 48331-3511

PLUNKETT COONEY
ATTY FOR G-TECH PROFESSIONAL STAFFING, INC.
ATT: DAVID A. LERNER, ESQ.
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS MI 48304

PLUNKETT COONEY
ATTY FOR DENSO INTERNATIONAL  AMERICA & DENSO SALES CALIFORNIA
ATTN: DOUGLAS C. BERNSTEIN & MICHAEL A. FLEMING
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS MI 48304

PME COMPANIES, INC
13870 E 11 MILE RD
WARREN MI 48089

PNC BANK (PITTSBURGH, PENNSYLVANIA)
GABE GALIOTO
620 LIBERTY AVE
PITTSBURGH PA 15222-2719

PONTIAC CEILING & PARTITION
(SUBCONTRACTOR TO BRENCAL CONTRACTING)
715 AUBURN RD
PO BOX 430119
PONTIAC MI 48343-0119

PORZIO BROMBERG & NEWMAN P.C.
ATTY FOR RAUFOSS AUTOMOTIVE COMPONENTS CANADA
ATT: JOHN MAIRO & ROBERT SCHECHTER
100 SOUTHGATE PARKWAY
MORRISTOWN NJ 07962

POTTER ANDERSON & CORROON LLP
ATTY FOR NORFOLK SOUTHERN CORPORATION & NORFOLK SOUTHERN RAILWAY
ATT: DAVID BALDWIN, THERESA BROWN-EDWARDS, R. STEPHEN MCNEILL, ESQS.
HERCULES PLAZA, 6TH FLOOR
1313 NORTH MARKET STREET P.O. BOX 951
WILMINGTON DE 19801

POTTER ANDERSON & CORROON LLP
ATTY FOR TRIPLE CROWN SERVICES COMPANY
ATTN: DAVID J. BALDWIN, THERESA V. BROWN-EDWARDS, R. STEPHEN MCNEILL
HERCULES PLAZA, 6TH FLOOR, 1313 NORTH MARKET STREET
P.O. BOX 951
WILMINGTON DE 19801

PPG INDUSTRIES INC.
MR. CHARLES E. BUNCH, CEO
ONE PPG PLACE
PITTSBURGH PA 15272

PRC HF, LLC

PREFERRED TOOL & DIE CO., INC.
5400 WEST RIVER DRIVE
COMSTOCK PARK MI 49321

PRIME ALLIANCE BANK
1868 S 500 W
WOODSCROSS UT 84087

PRINCE METAL STAMPINGS USA INC
1108 AIRPORT INDUSTRIAL DR
GADSDEN AL 35904

PRODUCTION SERVICE MANAGEMENT, INC.
1777 HIGHLAND DRIVE, SUITE E
ANN ARBOR MI 48108

PROPER GROUP INTERNATIONAL, INC.
13870 E 11 MILE ROAD
WARREN MI 48089

PROSKAUER ROSE LLP
ATTY FOR STATE STREET BANK AND TRUST CO
ATT: SCOTT K. RUTSKY & ADAM T. BERKOWITZ
1585 BROADWAY
NEW YORK NY 10036-8299

PROVIDENT COMMERCIAL GROUP, INC.
ONE EAST FOURTH STREET
CINCINNATI OH 45202

PTI INTERNATIONAL INC
27611 HALSTED ROAD
FARMINGTON HILLS MI 48331-3511

PULLMAN BANK AND TRUST COMPANY
1000 EAST 111TH STREET
CHICAGO IL 60697

PULLMAN BANK OF COMMERCE & INDUSTRY
F/K/A BANK OF COMMERCE & INDUSTRY
6100 N NORTHWEST HWY
CHICAGO IL 60631

PYEONG HWA AUTOMOTIVE CO LTD
900 WILSHIRE DR
STE 300
TROY MI 48084

PYPER TOOL & ENGINEERING INC
3003 WILSON DR NW
GRAND RAPIDS MI 49534

QILICO LTD
% UNITED JERSEY BNK CORP TRUST
210 MAIN ST  6TH FL
HACKENSACK NJ 07602

QUALITY CAVITY, INC
47955 ANNA COURT
WIXOM MI 48393

QUALITY INSPECTIONS
2701 INDUSTRIAL ROW
TROY MI 48084

R K  HOPPE CORPORATION
53125 GRAND RIVER
PO BOX 208
NEW HUDSON MI 48165

RABINOWITZ, LUBETKIN & TULLY, L.L.C.
ATTY FOR THE RABINOWITZ FAMILY, LLC
ATTN: JONATHAN I. RABINOWITZ, ESQ.
293 EISENHOWER PARKWAY, SUITE 100
LIVINGSTON NJ 07039

RADIANCE MOLD & ENGINEERING

RADIANCE MOLD & ENGINEERING, INC.
28195 KEHRIG DRIVE
CHESTERFIELD MI 48047

RAND ENVIRONMENTAL SERVICES INC
35555 GENRON COURT
ROMULUS MI 48174

RANDSTAD
MS.LINDA GALIPEAU, PRESIDENT - NORTH AMERICA
2015 SOUTH PARK PLACE
ATLANTA GA 30339

RAYTHEON PROFESSIONAL SERVICES LLC
12160 SUNRISE VALLEY DRIVE
RESTON VA 20191

RECO EQUIPMENT INC
2841 BRECKSVILLE ROAD
RICHFIELD OH 44286

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
ATT: KURT F. GWYNNE, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON DE 19801

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
ATT ERIC A. SCHAFFER, ESQ.
435 SIXTH AVE.
PITTSBURGH PA 15219

REID AND REIGE, P.C.
ATTY FOR BARNES GROUP INC.
ATT: CAROL A. FELICETTA, ESQ.
195 CHURCH STREET
NEW HAVEN CT 06510

RELATIONAL FUNDING CORPORATION
3701 ALGONQUIN ROAD
SUITE 600
ROLLING MEADOWS IL 60008-3120

RELATIONAL FUNDING CORPORATION
450 B STREET SUITE 1600
SAN DIEGO CA 92101

RELATIONAL II, LLC
3701 ALGONQUIN RD
SUITE 600
ROLLING MEADOWS IL 60008

RELATIONAL, LLC
3701 ALGONQUIN ROAD
SUITE 600
ROLLING MEADOWS IL 60008

RENTAL SERVICE CORPORATION/NC
PO BOX 36217
CHARLOTTE NC 28236-6217

REPUBLIC BANK
SUMMIT FUNDING GROUP, INC
801 NORTH 500 WEST
STE 103
WEST BOUNTIFUL UT 84087

REPUBLIC BANK
801 NORTH 500 WEST
SUITE 103
WEST BOUNTIFUL UT 84087

REPUBLIC BANK OF CHICAGO
2720 WEST DEVON AVE
CHICAGO IL 60659

RESUN LEASING, INCORPORATED
1200 SWEDESFORD RD
BERWYN PA 19312-1078

REUBEN ERRICKSON
ATTORNEY : DAVIDOW SHERMAN EDDO WES

RICHARD T. ALDGIDGE
ATTORNEY: TOMAR  SIMONOFF  ANDOUR  IAN

RICHARD TOOL & DIE CORP.
29700 W.K. SMITH DRIVE
NEW HUDSON MI 48165

RICHARD W. MARTINEZ, APLC
ATTY FOR W A THOMAS CO. AND SPECIALTY ENGINE COMPONENTS, LLC
ATT: RICHARD W. MARTINEZ, ESQ.
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS LA 70130

RIDDELL WILLIAMS P.S.
ATTY FOR MICROSOFT CORP AND MICROSOFT LICENSING G.P.
ATT: JOSEPH E. SHICKICH, ESQ.
1001 - 4TH AVENUE, SUITE 4500
SEATTLE WA 98154

RIDGEVIEW INDUSTRIES INC
3093 NORTHRIDGE DR NW
GRAND RAPIDS MI 49534

RIVAS, INC
14055 SIMONE
SHELBY TOWNSHIP MI 48315

RIVERFRONT PLASTICS PRODUCTS, INC.
780 HILLSDALE
WYANDOTTE MI 48192

RK CHEVROLET/RK AUTO GROUP
2661 VIRGINIA BEACH BOULEVARD
VIRGINIA BEACH VA 23451

ROBERT BOSCH LLC
ATTN: JUDITH LOWITZ ADLER, ESQ.
ASSISTANT GENERAL COUNSEL
38000 HILLS TECH DRIVE
FARMINGTON HILLS MI 48331

ROBERT MAHON AS PLAINNTIFF
569 INWOOD DR
MANSFIELD OH 44903

ROBERT T. SMITH, ESQ.
ATTY FOR CNI ENTERPRISES, INC
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS MI 48071

ROBERTS TOOL COMPANY
PO BOX 400
TECUMSEH MI 49286

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
ATTY FOR SATURN OF HEMPSTEAD, INC.
ATT: RUSSELL P. MCRORY, ESQ.
1345 AVENUE OF THE AMERICAS
NEW YORK NY 10105

ROSE GORSIC AS PLAINTIFF
C/O WENDT GROSS, P.C.
ATTN: PETER GROSS
4510 BELLEVIEW
SUITE 202
KANSAS CITY MO 64111

ROY SUDDUTH

ROYAL BANK OF CANADA
AS ADMINISTRATIVE AGENT
ONE LIBERTY PLAZA
5TH FLOOR
NEW YORK NY 10006

ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT
ONE LIBERTY PLAZA, 5TH FLOOR
NEW YORK NY 10006

SACHS ELECTRIC COMPANY
(AS CONTRACTOR, DURR SYSTEMS, INC AS SUBCONTRACTOR)
SACHS ELECTRIC COMPANY
PO BOX 96
ST LOUIS MO 63166-0096

SACHS ELECTRIC COMPANY
POST OFFICE BOX 96
ST. LOUIS MO 63166

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTY FOR MOODY'S INVESTORS SERVICE
ATT: CHRISTOPHER BELMONTE & PAMELA BOSSWICK, ESQS
230 PARK AVENUE
NEW YORK NY 10169

SATURN CORPORATION
100 SATURN PARKWAY
SPRING HILL TN 37174

SATURN OF ROCHESTER, INC.
ATT: DAVID P. STOETZEL
770 PANORAMA TRAIL SOUTH
P.O. BOX 25427
ROCHESTER NY 14625

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: JEFFREY C. HAMPTON, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA PA 19102

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: ADAM H. ISENBERG, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA PA 19102

SAUL EWING LLP
ATTY FOR JOHNSON MATTHEY TESTING AND DEVELOPMENT: JOHNSON MATTHEY INC
ATTN: TERESA K.D. CURRIER, ESQ.
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON DE 19899

SCG CAPITAL CORPORATION
74 WEST PARK PLACE
STAMFORD CT 06901

SCHAFER AND WEINER, PLLC
ATTY FOR HIROTEC AMERICA
ATT: RYAN D. HEILMAN, ESQ.
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS MI 48304

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
ATT: BENJAMIN P. DEUTSCH, ESQ.
140 BROADWAY, SUITE 3100
NEW YORK NY 10005-1101

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
ATT: BARRY E. BRESSLER, ESQ.
1600 MARKET STREET, SUITE 3600
PHILADELPHIA PA 19103-7286

SCHULTE ROTH & ZABEL LLP
ATTY FOR PARNASSUS HOLDINGS II, LLC: PLATINUM EQUITY CAPITAL
PARTNERS II, LP
ATT: DAVID J. KARP, ESQ.
919 THIRD AVENUE
NEW YORK NY 10022

SCREEN ACTORS GUILD INC
300 MADISON AVE
12TH FL
NEW YORK NY 10017

SECO ACQUISITION L.L.C
C/O FIRST CAPITAL CORPORATION OF CHICAGO
THREE FIRST NATIONAL PLAZA
CHICAGO IL 60670-0610

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK NY 10281

SECURITIES AND EXCHANGE COMMISSION
ATTN: ANDREW N. VOLLMER, ACTING GEN. COUNSEL
100 F STREET, ND
WASHINGTON DC 20549

SECURITY BANK, N.A.
381 EAST BROADWAY
SALT LAKE CITY UT 84111

SEKELY INDUSTRIES, INC.

SEYBURN, KAHN, GINN, BESS & SERLIN P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: DAVID T. LIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD MI 48075-1195

SEYBURN, KAHN, GINN, BESS & SERLIN, P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: LESLIE STEIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD MI 48075-1195

SHAPE CORP.
ATTN: BUDD BRINK
1900 HAYES STREET
GRAND HAVEN MI 49417

SHARP MODEL COMPANY
70745 POWELL ROAD
ROMEO MI 48065

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
ATTY FOR ATC LOGISTICS & ELECTRONICS, INC.
ATT: BRIAN L. SHAW, ESQ.
321 N. CLARK STREET, SUITE 800
CHICAGO IL 60654

SHEARMAN & STERLING LLP
ATTY FOR AMERICAN AXLE MANUFACTURING HOLDINGS, INC. AND ITS AFFILIATES
ATTN: FREDRIC SOSNICK & JILL FRIZZLEY, ESQS
599 LEXINGTON AVENUE
NEW YORK NY 10022

SHELLY & SANDS, INC
720 HOME AVE
AKRON OH 44310

SHELVING & RACK SUPPLY INC
4325 MARTIN RD
WALLED LAKE MI 48390

SHEPPARD MULLIN RICHTER & HAMPTON, LLP
ATTY FOR HANKOOK TIRE CO LTD AND HANKOOK TIRE AMERICA CORP
ATT: CARREN SHULMAN, SETH KIM, ROGER ZAITZEFF, BLANKA WOLFE
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK NY 10112

SHILOH INDUSTRIES

SHIVELY BROTHERS
SCOTT SHIVELY, CEO
2919 S.GRAND TRAVERSE ST
FLINT MI 48507

SIDLEY AUSTIN LLP
ATTY FOR THE LENDER GROUP
ATTN: KENNETH P. KANSA, ESQ.
ONE SOUTH DEARBORN
CHICAGO IL 60603

SIEMENS FINANCIAL SERVICES, INC.
200 SOMERSET CORPORATE BLVD
BRIDGEWATER NJ 08807

SIEMENS FINANCIAL SERVICES, INC.
170 WOOD AVENUE SOUTH
ISELIN NJ 08830

SIGMA TOOL MFG. CO ORGANIZATION
35280 FORTON COURT
CLINTON TOWNSHIP MI 48035

SIGNA GROUP, INC
D/B/A WHITEHALL INDUSTRIES, INC
801 SOUTH MADISON ST
LUDINGTON MI 49431

SIGNET LEASING AND FINANCIAL CORPORATION
7 SAINT PAUL STREET
3RD FLOOR
BALTIMORE MD 21202

SILVERMAN & MORRIS, P.L.L.C.
ATTY FOR CASSENS TRANSPORT COMPANY
ATTN: GEOFFREY L. SILVERMAN & KARIN F. AVERY, ESQS
7115 ORCHARD LAKE ROAD, SUITE 500
WEST BLOOMFIELD MI 48322

SILVERMANACAMPORA LLP
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
ATT: ADAM L. ROSEN, ESQ.
100 JERICHO QUADRANGLE, SUITE 300
JERICHO NY 11753

SIMPSON THACHER & BARTLETT LLP
ATTY FOR CITICORP USA, INC.
ATT: PETER V. PANTALEO & DAVID J. MACK, ESQS.
425 LEXINGTON AVENUE
NEW YORK NY 10017

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK NY 10017

SIMPSON THACHER & BARTLETT LLP
ATTN: DAVID J. MACK, ESQ.
425 LEXINGTON AVENUE
NEW YORK NY 10017

SINGER & LEVICK P.C.
ATTY FOR AFFILIATED COMPUTER SERVICES, INC.
ATT: LARRY A. LEVICK, ESQ.
16200 ADDISON ROAD, SUITE 140
ADDISON TX 75001

SINGLE SOURCE TECHNOLOGIES, INC.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTY FOR DELPHI CORPORATION
ATT: JOHN WM. BUTLER, JR., ESQ.
333 WEST WACKER DRIVE, SUITE 2100
CHICAGO IL 60606

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTY FOR DELPHI CORPORATION
ATT: KAYALYN A. MARAFIOTI & GREGORY W. FOX, ESQ.
FOUR TIMES SQUARE
NEW YORK NY 10036

SLOMA HOLDING, INC.
8500 PIEDMONT INDUSTRIAL PARK DR
BYRON CENTER MI 49315

SLOMA HOLDINGS INC.
D/B/A  J.S. DIE & MOLD, INC.
204 S MACOMB ST
MONROE MI 48161

SLOMA HOLDINGS, INC
8500 PIEDMONT INDUSTRIAL PARK DR
SYRON CENTER MI 49315

SLOMA HOLDINGS, INC.
204 S. MACOMB ST
MONROE MI 48161

SMITH BARNEY
ATTN:  DENISE YUU
185 ASYLUM ST
2ND FL
HARTFORD CT 06103

SOLAR STAMPING COMPANY

SOLARTEC INC
PO BOX 9062
BOARDMAN OH 44513-0062

SOMERSET CAPITAL GROUP LTD
1087 BROAD ST
SUITE 301
BRIDGEPORT CT 06614

SOMERSET LEASING CORP VIII
1087 BROAD ST
STE 401
BRIDGEPORT CT 06604

SOMERSET LEASING CORP. VI
1087 BROAD STREET
SUITE 201
BRIDGEPORT CT 06604

SOUTHEASTERN EQUIPMENT CO INC
3875 WEST FOURTH STREET
MANSFIELD OH 44903

SPECIALTY FINANCE GROUP
3284 NORTHSIDE PKWY SW STE 150
ATLANTA GA 30327-2282

SQUIRE, SANDERS & DEMPSEY, L.L.P.
ATTY FOR TRW AUTOMOTIVE U.S. LLC : TRW INTEGRATED CHASSIS SYSTEMS LLC
ATTN: G. CHRISTOPHER MEYER, ESQ.
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND OH 44114-1304

STAHL COWEN CROWLEY ADDIS LLC
ATTY FOR GM NAT'L RETIREE ASS., OVER THE HILL CAR PEOPLE, LLC
ATT: TRENT P. CORNELL, ESQ.
55 WEST MONROE STREET, SUITE 1200
CHICAGO IL 60603

STANDARD FEDERAL BANK NA

STANDARD TOOL & DIE, INC,
2950 JOHNSON ROAD
PO BOX 608
STEVENSVILLE MI 49127

STANDEX INTERNATIONAL
A/K/A MOLD - TECH MICHIGAN
34497 KELLY ROAD
FRASER MI 48026

STANLEY OZARWORSKI
1106 HILLCREST AVE
FOX RIVER GROVE IL 60021

STAR FINANCIAL BANK
TECHNOLOGY INVESTMENT PARTNERS LLC
3815 RIVER CROSSING PARKWAY
STE 330
INDIANAPOLIS IN 46240

STAR FINANCIAL BANK
3815 RIVER CROSSING PARKWAY
SUITE 330
INDIANAPOLIS IN 46240

STAR SU LLC
5200 PRAIRIE STONE PKWY
STE 100
HOFFMAN ESTATES IL 60192

STARK REAGAN
ATTY FOR SATTERLUND SUPPLY COMPANY
ATTN: J. CHRISTOPHER CALDWELL, ESQ.
1111 W. LONG LAKE ROAD, SUITE 202
TROY MI 48098

STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT
CENTRAL COLLECTION DIVISION, MTC 92
PO BOX 826880
SACRAMENTO CA 94280-0001

STATE OF CALIFORNIA, DIRECTOR OF THE EMPLOYMENT DEVELOPMENT CENTER
PO BOX 826880
SACRAMENTO CA 94280

STATE OF INDIANA

STATE OF INDIANA DEPT OF TREASURY

STATE OF LOUISIANA DEPARTMENT OF LABOR, OFFICE OF REGULATORY SERVICES
TAX OPERATIONS
POST OFFICE BOX 44127
BATON ROUGE LA 70804-4127

STATE OF MICHIGAN
DEPT OF ENVIRONMENTAL QUALITY
PO BOX 30426
LANSING MI 48909-7926

STATE OF OHIO
DEPARTMENT OF TAXATION

STATE OF TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS
AUSTIN TX 78774-0100

STATE STREET BANK
ATTN:  CHRISTINE CRONIN
105 ROSEMONT RD
WESTWOOD MA 02090

STATE STREET BANK & TRUST CO
AS OWNER TRUSTEE (GM 1991A-3)
225 ASYLUM ST
23RD FL
HARTFORD CT 06103

STATE STREET BANK & TRUST COMPANY
AS OWNER TRUSTEE
225 ASYLUM STREET
23RD FLOOR
HARTFORD CT 06103

STATE STREET BANK & TRUST COMPANY
AS OWNER TRUSTEE
(GM 191A-5)
225 ASYLUM STREET
23RD FLOOR
HARTFORD CT 06103

STATE STREET BANK & TRUST COMPANY OF CONNECTICUT
NATIONAL ASSOCIATION, AS OWNER TRUSTEE
225 ASYLUM STREET
23RD FLOOR
HARTFORD CT 06103

STATE STREET BANK AND TRUST CO OF CONNECTICUT NA
AS OWNER TRUSTEE (GM 2002 A-1)
STATE STREET BANK AND TRUST CO OF CONNECTICUT
225 ASYLUM ST
23RD FL
HARTFORD CT 06103

STATE STREET BANK AND TRUST CO OF CONNECTICUT NA
AS OWNER TRUSTEE (GM 2002 A-2)
STATE STREET BANK AND TRUST CO OF CONNECTICUT
225 ASYLUM ST
23RD FL
HARTFORD CT 06103

STATE STREET BANK AND TRUST COMPANY
AS OWNER TRUSTEE (GM191A-3)
225 ASYLUM ST
23RD FL
HARTFORD CT 06103

STATE STREET BANK AND TRUST COMPANY
OF CONNECTICUT, NATIONAL ASSOCIATION
AS OWNER TRUSTEE (GM 2000A-2)

STATE STREET BANK AND TRUST COMPANY
AS OWNER TRUSTEE
225 ASYLUM STREET
23RD FLOOR
HARTFORD CT 06103

STATE STREET BANK AND TRUST COMPANY AS OWNER TRUSTEE
(ADDITONAL SECURED)
STATE STREET BANK AND TRUST CO OF CONNECTICUT
225 ASYLUM ST
23RD FL
HARTFORD CT 06103

STATE STREET BANK AND TRUST COMPANY AS OWNER TRUSTEE (GM 1991A-6)
225 ASYLUM STREET
23RD FLOOR
HARTFORD CT 06103

STATE STREET BANK AND TRUST COMPANY NATIONAL ASSOCIATION
AS OWNER TRUSTEE (GM 2000A-3)
225 ASYLUM STREET
23RD FLOOR
HARTFORD CT 06103

STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT
NATIONAL ASSOCIATION, AS OWNER TRUSTEE (GM 2000A-1)
225 ASYLUM STREET
23RD FLOOR
HARTFORD CT 06103

STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT
NATIONAL ASSOCIATION, AS OWNER TRUSTEE (GM 2000A-2)
225 ASYLUM STREET
23RD FLOOR
HARTFORD CT 06103

STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT AS OWNER TRUSTEE
STATE STREET BANK AND TRUST CO OF CONNECTICUT
225 ASYLUM ST
23RD FL
HARTFORD CT 06103

STATE STREET BANK AND TRUST COMPANY, AS OWNER TRUSTEE (GM 1991A-4)
225 ASYLUM STREET
23RD FLOOR
HARTFORD CT 06103

STATE STREET BANK AND TRUST COMPANY, AS OWNER TRUSTEE (GM 1991A-5)
225 ASYLUM STREET
23RD FLOOR
HARTFORD CT 06103

STATE STREET BANK AND TRUST COMPANY, AS OWNER TRUSTEE (GM 1991A-6)
225 ASYLUM STREET
23RD FLOOR
HARTFORD CT 06103

STATE STREET BANK AND TRUST COMPANY, AS OWNER TRUSTEE (GM 92A-2)
225 ASYLUM STREET
23RD FLOOR
HARTFORD CT 06103

STEELCASE FINANCIAL SERVICES INC
901 44TH STREET S.E.
GRAND RAPIDS MI 49508

STEEPLECHASE TOOL & DIE
9307 M-46
LAKEVIEW MI 48850

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: WILLIAM PAYNE, J. STEMBER, E. DOYLE, S. PINCUS, P. EWING, J. HURT
429 FORBES AVENUE
ALLEGHENY BUILDING, 17TH FLOOR
PITTSBURGH PA 15219

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
JOHN STEMBER, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH PA 15219

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
STEPHEN M. PINCUS, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH PA 15219

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
ELLEN M DOYLE, ESQ. & JOEL HURT, ESQ. & PAMINA EWING, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH PA 15219

STERLING BANK
3100 ROUTE 38
PO BOX 5900
NJ 08054

STITES & HARBISON PLLC
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
ATT: ROBERT C. GOODRICH & MADISON L. MARTIN
424 CHURCH STREET, SUITE 1800
NASHVILLE TN 37219

STITES & HARBISON, PLLC
ATTY FOR AKEBONO CORP.
ATT: BRIAN H. MELDRUM, ESQ.
400 W. MARKET STREET, SUITE 1600
LOUISVILLE KY 40202

STREAMLINE TOOLING SYSTEMS (STS), INC
301 W LAKETON
MUSKEGON MI 49441

STREUSAND & LANDON, LLP
ATTY FOR DELL MARKETING, L.P. AND DELL FINANCIAL SERVICES LLC
ATTN: SABRINA L. STREUSAND, ESQ.
515 CONGRESS STREET, STE 2523
AUSTIN TX 78701

STREUSAND & LANDON, LLP
ATTY FOR XEROX CAPITAL SERVICES LLC AS SERVICING AGENT TO XEROX CORP
ATTN: SABRINA L. STREUSAND, ESQ.
515 CONGRESS STREET, SUITE 2523
AUSTIN TX 78701

STROBL & SHARP, P.C.
ATTY FOR PIONEER STEEL CORPORATION
ATTN: LYNN M. BRIMER & MEREDITH M. MCKINZIE
300 E. LONG LAKE ROAD, SUITE 200
BLOOMFIELD HILLS MI 48304

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA P.C.
ATTY FOR AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
ATT: SANDER  ESSERMAN, PETER  D'APICE, JO HARTWICK, JACOB NEWTON
2323 BRYAN STREET, SUITE 220
DALLAS TX 75201

STYLED BROADWAY ELECTRICAL CONSTRUCTION AS PLAINTIFF
C/O DAVID A SCHATZ ESQ
HUSCH BLACKWELL SANDERS, LLP
4801 MAIN ST STE 1000
KANSAS CITY MO 54112-2551

SU AMERICA INC
5200 PRAIRIE STONE PKWY
STE 100
HOFFMAN ESTATES IL 60192

SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTN: DAVID J. SELWOCKI, ESQ.
1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
P.O. BOX 222
SOUTHFIELD MI 48037-0222

SUMMIT FUNDING GROUP INC
PACIFIC RIM CAPITAL INC
11500 NORTHLAKE DR
STE 300
CINCINNATI OH 45249

SUMMIT FUNDING GROUP, INC
ONE NORTHLAKE PLACE
11500 NORTHLAKE DR
STE 300
CINCINNATI OH 45249

SUMMIT PRC FINANCIAL SERVICES, INC
11500 NORTHLAKE DR.
STE 300
CINCINNATI OH 45249

SUN MICROSYSTEMS GLOBAL FINANCIAL SERVICES LLC
A BUSINESS OF SUN MICROSYSTEMS, INC
4150 NETWORK CIRCLE
SANTA CLARA CA 95054

SUN MICROSYSTEMS GLOBAL FINANCIAL SERVICES, LLC
C/O 2600 EL CAMINO REAL
SUITE 300
PALO ALTO CA 94306

SUNTRUST LEASING CORPORATION
29 SUSQUEHANNA AVENUE
TOWSON MD 21204

SUPERIOR TOOL & MOLD, INC

SUZANNE HERNDERSON
TARRANT COUNTY CLERK
TARRANT COUNTY COURTHOUSE
100 WEST WEATHERFORD
FORT WORTH TX 76196

TARPON AUTOMATION & DESIGN CO
26692 GROESBECK HIGHWAY
WARREN MI 48089

TAX COLLECTOR  CITY OF BRISTOL
111 N MAIN ST
BRISTOL CT 06010

TAX COLLECTOR, CITY OF WATERBURY
PO BOX 2216
WATERBURY CT 06722

TAX COLLECTOR, TOWN OF BRANFORD
BRANFORD CT

TCF EQUIPMENT FINANCE, INC.
F/K/A TCF LEASING, INC.
11100 WAYZATA BLVD
SUITE 801
MINNETONKA MN 55305

TCF LEASING INC
11100 WAYZATA BLVD
MINNETONKA MN 55305

TCF LEASING, INC.
P.O. BOX 4130
HOPKINS MN 55343-4130

TEAM CHEVROLET, INC.
ATT: THOMAS STEIGERWALD, VICE PRESIDENT
ROUTE 16
OLEAN NY 14760

TECHNICAL SOLUTIONS, LLC
1920 LIVERNOIS ROAD
TROY MI 48083

TECHNOLOGY INVESTIMENT PARTNERS LLC
3955 PINNACLE COURT
SUITE 200
AUBURN HILLS MI 48326

TECHNOLOGY INVESTIMENT PARTNERS LLC
40950 WOODWARD AVE., SUITE 201
BLOOMFIELD HILLS MI 48304

TECHNOLOGY INVESTIMENT PARTNERS LLC
200 RENAISSANCE CENTER
DETROIT MI 48265

TEHNICAL SOLUTIONS, LLC
1920 LIVERNOIS
TROY MI 48083

TEKSID ALUMINUM NORTH AMERICA, INC.
14903 GALLEON COURT
PLYMOUTH MI 48170

TENESSEE VALLEY AUTHORITY
ATTN:  JT LONG
26 CENTURY BLVD
ONE CENTURY PL
NASHVILLE TN 37214

TENIBAC-GRAPHION INC
35155 AUTOMATION DR
CLINTON TOWNSHIP MI 48035

TENNANT FINANCIAL SERVICES
4333 EDGEWOOD ROAD NE
CEDAR RAPIDS IA 52411

TENNECO AUTOMOTIVE OPERATION COMPANY INC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON DE 19801

TENNESSEE ATORNEY GENERAL'S OFFICE
ATTY FOR TENNESSEE DEPARTMENT OF REVENUE
ATT: ROBERT COOPER & MARVIN CLEMENTS
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE TN 37202-0207

TENNESSEE COMMERCE BANK
381 MALLORY STATION ROAD
SUITE 207
FRANKLIN TN 37067

TESCO ENGINEERING INC
4567 GLENMEADE LANE
AUBURN HILLS MI 48326

TESCO TECHNOLOGIES, LLC
4567 GLENMEADE RD
AUBURN HILLS MI 48326

TEXAS INDEPENDENT BANK

THAD JOHNSON

THE BANK OF NEW YORK MELLON
101 BARCLAY ST 4 EAST
NEW YORK NY 10286

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.
601 TRAVIS STREET
HOUSTON TX 77002

THE BANK OF NEW YORK TRUST COMPANY
AS INDENTURE TRUSTEE (GM-1991A-3)
2 NORTH LASALLE STREET
SUITE 1020
CHICAGO IL 60602

THE BANK OF NEW YORK TRUST COMPANY N.A.
601 TRAVIS ST
HOUSTON TX 77002

THE BANK OF NEW YORK TRUST COMPANY, NA
AS INDENTURE TRUSTEE
2 NORTH LASALLE STREET
SUITE 1020
CHICAGO IL 60602

THE DOW CHEMICAL COMPANY
ATTN: LEE H. SJOBERG, ESQ.
2030 DOW CENTER
MIDLAND MI 48674

THE GARDEN CITY GROUP INC
ATTN: KEN FREDA
105 MAXESS ROAD
MELVILLE NY 11747

THE HUNTINGTON NATIONAL BANK
AS AGENT
105 EAST 4TH STREET
SUITE 120
CINCINNATI OH 45202

THE HUNTINGTON NATIONAL BANK
105 EAST 4TH STREET
SUITE 120
CINCINNATI OH 45202

THE LGR GROUP, INC.
80 HIGH STREET
MT. HOLLY NJ 08060

THE OAKWOOD GROUP
1100 OAKWOOD BLVD
DEARBORN MI 48124

THE TEXAS ATTORNEY GENERAL'S  OFFICE
ATTY FOR TEXAS DEPT OF TRANSPORTATION, MOTOR VEHICLE DIV.
ATTN: J. CASEY ROY, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548, MC-008
AUSTIN TX 78711-2548

THE UNITED STATES DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVE, NW
ROOM 312
WASHINGTON DC 20220

THE UNITED STATES DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON DC 20220

THE UNITED STATES DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20220

THE UNIVERSITY OF MICHIGAN OFFICE OF THE V P AND GENERAL COUNSEL
ATTY FOR THE BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN
ATT: DEBRA A. KOWICH, ESQ.
503 THOMPSON STREET, ROOM 5048
ANN ARBOR MI 48109-1340

THE VALLEY CADILLAC CORPORATION
ATT: EDWARD T. MEAGHAR, JR., PRESIDENT
3100 WINTON ROAD SOUTH
ROCHESTER NY 14623-2986

THIERICA CONTROLS, INC
900 CLANCY AVENUE, NE
GRAND RAPIDS MI 49503

THOMAS ZAHOREC

THOMAS ZAHOREC, PLAINTIFF
C/O JOHN D. BARKER ATTORNEY
120 W. MADISON STREET
10TH FLOOR
CHICAGO IL 60602

THOMPSON COBURN LLP
ATTY FOR MARITZ HOLDINGS, INC. FKA MARITZ INC.
ATTN: ROBERT H. BROWNLEE, ESQ.
ONE U.S. BANK PLAZA, SUITE 2600
ST. LOUIS MO 63101

THRIVENT FINANCIAL FOR LUTHERANS
625 FOURTH AVENUE SOUTH
MINNEAPOLIS MN 55415

TIB - THE INDEPENDENT BANKERS BANK
350 PHELPS COURT
IRVINE TX 75038

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE TX 78521

TOOL VENTURES, INC.
3695 44TH ST SE
KENTWOOD MI 49512-3946

TOOLING SYSTEMS GROUP, INC
8075 GRAPHIC DRIVE NE
BELMONT MI 49306

TOOL-PLUS SYSTEMS INC
1905 BLACKACRE DR
OLDCASTLE, ONTARIO N0R1L0 CANADA

TORONTO DOMINION (TEXAS), INC
AS ADMINISTRATIVE AGENT

TORONTO DOMINION BANK
ATTN: DEBBIE MCCARROL
100 WELLINGTON ST W
CP TOWER 28TH FLOOR
TORONTO ON M5K 1A2 CANADA

TOYOTA BOSHOKU AMERICA, INC.
28000 WEST PARK DRIVE
NOVI MI 48377

TRENK DIPASQUALE WEBSTER DELLA FERA & SODONA, P.C.
ATTY FOR SIKA CORPORATION
ATT: SAM DELLA FERA, JR., ESQ.
347 MT. PLEASANT AVENUE, SUITE 300
WEST ORANGE NJ 07052

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: BRETT D. GOODMAN, ESQ., THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK NY 10174

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: JEFFREY W. KELLEY, ESQ.
600 PEACHTREE STREET, NE SUITE 5200
ATLANTA GA 30308

TRU INDUSTRIES, INC.
15300 TWELVE MILE RD.
ROSEVILLE MI 48066

TRUE INDUSTRIAL COPRORATION DBA TRUE INDUSTRIES INC
15300 TWELVE MILE RD
ROSEVILLE MI 48066

TRW AUTOMOTIVE U.S. LLC
12001 TECH CENTER DRIVE
LIVONIA MI 48150

TSI FINANCIAL SERVICES

TSI TITLE COMPANY OF CALIFORNIA, INC AS TRUSTEE FOR THE BENEFIT OF
CITICORP USA INC
AGENT FOR THE BANK PRIORITY SECURED PARTIES AND AS AGENT FOR THE
HEDGE PRIORITY SECURED PARTIES  TSI TITLE COMPANY
17785 CENTER COURT DR NORTH  STE 290
CERRITOS CA 90703

U S  BANK TRUST NATIONAL ASSOCIATION  OWNER TRUSTEE
225 ASYLUM ST
23RD FL
HARFORD CT 06103

U S BANK ASSOCIATES (OWNER TRUSTEE)
US BANK ASSOCIATES
225 ASYLUM ST
23RD FL
HARFORD CT 06103

U S BANK NATIONAL ASSOCIATION (GM 1991 A-1)
U S BANK NATIONAL ASSOCIATION
225 ASYLUM ST
23RD FL
HARTFORD CT 06103

U S BANK NATIONAL ASSOCIATION AS OWNER TRUSTEE (GM 2003 C-1)
225 ASYLUM ST
23RD FL
HARTFORD CT 06103

U S BANK NATIONAL ASSOCIATION AS OWNER TRUSTEE/ADDITIONAL SECURED
U S BANK NATIONAL ASSOCIATION AS OWNER TRUSTEE
225 ASYLUM ST
23RD FL
HARTFORD CT 06103

U S BANK TRUST NATIONAL ASOCIATION OWNER TRUSTEE (GM 2003 C-1)
225 ASYLUM ST
23RD FL
HARTFORD CT 06103

U S BANK TRUST NATIONAL ASSOCIATION  OWNER TRUSTEE (GM 2003-B)
225 ASYLUM ST
23RD FL
HARFORD CT 06103

U.S BANK NATIONAL ASSOCIATION
555 SW OAK ST
PORTLAND OR 97204

U.S. BANCORP EQUIPMENT FINANCE, INC
P.O. BOX 230789
PORTLAND OR 97281

U.S. BANK NATIONAL ASSOCIATION
555 SW OAK ST
PD-OR-P7LD
PORTLAND OR 97204

U.S. BANK NATIONAL ASSOCIATION
AS OWNER TRUSTEE OF THE GM 2000A-3 OWNER TRUST
225 ASYLUM STREET
HARTFORD CT 06103

U.S. BANK NATIONAL ASSOCIATION AS OWNER TRUSTEE
OF THE GM 2000A-1 OWNER TRUST
225 ASYLUM STREET
23RD FLOOR
HARTFORD CT 06103

U.S. BANK TRUST NATIONAL ASSOCIATION
AS OWNER TRUSTEE FOR THE GM 2003-A TRUST
225 ASYLUM ST
23RD FLOOR
HARTFORD CT 06103

U.S. BANK TRUST NATIONAL ASSOCIATION, AS OWNER TRUSTEE (GM2004A-1)
225 ASYLUM STREET
23RD FLOOR
HARTFORD CT 06103

U.S. GAUGE & FIXTURE, INC.
6094 CORPORATE DRIVE
IRA TOWNSHIP MI 48023

UNIMERCO INC.
6620 STATE ROAD
SALINE MI 48176

U S BANK TRUST NATIONAL ASSOCIATION OWNER TRUSTEE (GM 2000 A-2)
U S BANK TRUST NATIONAL ASSOCIATION
225 ASYLUM ST
23RD FL
HARTFORD CT 06103

U.S BANK TRUST NATIONAL ASSOCIATION, AS OWNER TRUSTEE(TRUSTEE)
225 ASYLUM STREET
23RD FLOOR
HARTFORD CT 06103

U.S. BANCORP EQUIPMENT FINANCE, INC.
P.O. BOX 2177
TUALATIN OR 97062

U.S. BANK NATIONAL ASSOCIATION
AS OWNER TRUSTEE
225 ASYLUM STREET
23RD FLOOR
HARTFORD CT 06103

U.S. BANK NATIONAL ASSOCIATION
AS OWNER TRUSTEE (GM 1991A-1)
225 ASYLUM STREET
23RD FLOOR
HARTFORD CT 06103

U.S. BANK NATIONAL ASSOCIATION, AS OWNER TRUSTEE (GM 1991A-2)
225 ASYLUM ST
23RD FLOOR
HARTFORD CT 06103

U.S. BANK TRUST NATIONAL ASSOCIATION
AS OWNER TRUSTEE OF THE GM 2000A-2 OWNER TRUST
225 ASYLUM STREET
23RD FLOOR
HARTFORD CT 06103

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY
BUT SOLELY AS OWNER TRUSTEE UNDER THE TRUST AGREEMENT (GM2004A-1)
225 ASYLUM ST
23RD FL
HARTFORD CT 06103

U.S. TREASURY
ATTN:  MATTHEW FELDMAN, ESQ.
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON DC 20220

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE, ESQ.
1400 DOUGLAS STREET, STOP 1580
OMAHA NE 68179

UNIQUE MODEL, INC.
2500 WALKER AVENUE NW
GRAND RAPIDS MI 49544

UNITED STATES ATTORNEY
FOR THE SOUTHERN DISTRICT OF NEW YORK
ATTN: MATTHEW L SCHWARTZ AND DAVID S. JONES, ESQS.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK NY 10007

UNITED STATES ATTORNEYS OFFICE
ATTN: LEV DASSIN, USA
ONE ST. ANDREWS PLAZA
NEW YORK NY 10007

UNITED STATES ATTORNEY'S OFFICE
ATTN: CLAIMS UNIT - ROOM 417
ONE ST. ANDREWS PLAZA
NEW YORK NY 10007

UNITED STATES DEPT. OF JUSTICE
ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20530

UNITED STATES DEPT. OF JUSTICE
ATTN: ANTI-TRUST DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20530

UNITED STEELWORKERS
ATT: DAVID R. JURY, ESQ.
FIVE GATEWAY CENTER, SUITE 807
PITTSBURGH PA 15222

UNIVERSAL WALL SYSTEMS INC SUBSUBCONTRACTOR TO COMMERCIAL
CONTRACTING CORP, AS SUBCONTRACTOR TO H M WHITE)
THORNAPPLE OFFICE PLAZA
6119 28TH ST SE
ST 1B
GRAND RAPIDS MI 49546

UPS CAPITAL CORPORATION
35 GLENLAKE PARKWAY NE
SUITE 300
ATLANTA GA 30328

US BANCORP EQUIPMENT FINANCE, INC
P.O. BOX 2177
TUALATIN OR 97062

US BANCORP EQUIPMENT FINANCE, INC
P.O. BOX 230789
PORTALND OR 97281

US BANK NATIONAL ASSOCIATION
225 ASYLUM STREET
23RD FLOOR
HARTFORD CT 06103

US BANK NATIONAL ASSOCIATION
555 SW OAK ST
PD-OR-P7LD
PORTLAND OR 97204

US BANK NATIONAL ASSOCIATION
AS OWNER TRUSTEE
225 ASYLUM ST
23RD FLOOR
HARTFORD CT 06103

US BANK NATIONAL ASSOCIATION
AS OWNER TRUSTEE (GM 1991A-1)
225 ASYLUM ST
23RD FLOOR
HARTFORD CT 06103

US BANK NATIONAL ASSOCIATION
AS OWNER TRUSTEE (GM 1991A-2)

US BANK NATIONAL ASSOCIATION
AS OWNER TRUSTEE

US BANK TRUST NATIONAL ASSOCIATION
AS OWNER TRUSTEE OF THE GM 2001 A-2 TRUST
225 ASYLUM ST
23RD FL
HARTFORD CT 06103

US BANK TRUST NATIONAL ASSOCIATION
AS OWNER TRUSTEE
225 ASLAM STREET
23RD FL
HARTFORD CT 08103

US BANK TRUST NATIONAL ASSOCIATION
AS OWNER TRUSTEE FOR THE GM 2003-A TRUST
225 ASYLUM ST
23RD FLOOR
HARTFORD CT 06103

US BANK TRUST NATIONAL ASSOCIATION
AS OWNER TRUSTEE OF THE GM 2004A-2 TRUST
225 ASYLUM ST
23RD FLOOR
HARTFORD CT 06103

US BANK TRUST NATIONAL ASSOCIATION
AS OWNER TRUSTEE UNDER THE
GM 2004 A-3 TRUST
225 ASYLUM ST
23RD FLOOR
HARTFORD CT 06103

US BANK TRUST NATIONAL ASSOCIATION
SOLEY AS OWNER TRUSTEE (GM 2004 A-1)
225 ASYLUM ST
23RD FLOOR
HARTFORD CT 06103

USHER TOOL & DIE, INC
1015 84TH ST SW
BYRON CENTER MI 49315

VALEO
MR. JACQUES ASCHENBROICH, CEO
43 RUE BAYEN
PARIS, FRANCE 75848

VALEO ELECTRICAL SYSTEMS INC
150 STEPHENSON HWY
TROY MI 48083

VALEO SISTEMAS ELECTRICOS  SA  DE CV
AV CIRCUITO MEXICO NO 160
PARQUE INDUSTRIAL 3 NACIONES
SAN LUIS POTOSI   S L P  78398
MEXICO

VALEO SISTEMAS ELECTRICOS  SA DE CV
CARRETERA MEXICO PIEDRAS NEGRAS
KM 416 NO 3,900
SAN LUIS POTOSI SLP  78090
MEXICO

VALEO SISTEMAS ELECTRICOS SA DE CV
MANZANA 4 LOTE 1 PARQUE INDUSTRIAL EXPORTEC II
TOLUCA  ESTADO DE MEXICO  50200
MEXICO

VALERIE EVANS
1349 COLUMBUS
ST LOUIS MO 63138

VALIANT TOOL & MOLD INC
6775 HAWTHORNE
WINDSOR
ON  N8T3B8  CANADA

VALIANT TOOL & MOLD INC. - DIVISION GLOBAL I. E. M.
2895 KEW DRIVE
WINDSOR
ON N8T3B7 CANADA

VALLEY ENTERPRISES, INC
2147 LEPPEK
UBLY MI 48475

VALLEY INDUSTRIES
2147 LEPPEK
UBLY MI 48475

VANEX MOLD, INC.
2240 PINE RIDGE
JENISON MI 49428

VARGO, MICHAEL THOMAS
255 WEST ROSS COURT
HIGHLAND MI 48357-3667

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK NY 10019

VEDDER PRICE
MICHAEL SCHEIN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK NY 10019

VEDDER PRICE P.C.
ATTY FOR EXPORT DEVELOPMENT CANADA
ATT: MICHAEL EDELMAN, MICHAEL SCHEIN, ERIN ZAVALKOFF-BABEJ
1633 BROADWAY, 47TH FLOOR
NEW YORK NY 10019

VELEO RADAR SYSTEMS INC
150 STEPHENSON HWY
TROY MI 48265

VENABLE LLP
ATTY FOR PENSKE AUTO GROUP, INC.
ATTN: LAWRENCE A. KATZ, ESQ.
8010 TOWERS CRESCENT DRIVE, SUITE 300
VIENNA VA 22182-2707

VENABLE LLP
ATTY FOR RAYTHEON PROFESSIONAL SERVICES LLC
ATTN: LAWRENCE A. KATZ, ESQ.
8010 TOWERS CRESCENT DRIVE, SUITE 300
VIENNA VA 22182-2707

VENABLE LLP
ATTY FOR RK CHEVROLET/RK AUTO GROUP
ATTN: LAWRENCE A. KATZ, ESQ.
8010 TOWERS CRESCENT DRIVE, SUITE 300
VIENNA VA 22182-2707

VOITH AG
HARRY NEIMAN, CEO
9395 KENWOOD RD SUITE 200
CINCINNATI OH 45242

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTY FOR TURNER BROADCASTING SYSTEM, INC.
ATTN: TIFFANY STRELOW COBB, ESQ.
52 EAST GAY STREET
COLUMBUS OH 43215

VPI ACQUISITION CORP D/B/A/VIKING PLASTICS
ONE VIKING ST
CORRY PA 16407

WACHOVIA
ATTN:  RICHARD CATANESE
481 W GERMANTOWN PIKE
PLYMOUTH MEETING PA 19462

WACHOVIA BANK
1201 E. CARY STREET
RICHMOND VA 23219

WAFRA VARIABLE INCOME IJARA FUND LTD.
HARBOR CENTRE
PO BOX 61 GT
GRAND CAYMAN
CAYMAN ISLANDS

WAINWRIGHT BANK & TRUST COMPANY
63 FRANKLIN STREET
BOSTON MA 02110

WARNER NORCROSS & JUDD LLP
ATTY FOR BORGWARNER, INC.
ATT: MICHAEL G. CRUSE, ESQ.
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD MI 48075-1318

WARNER NORCROSS & JUDD LLP
ATTY FOR ROBERT BOSCH GMBH
ATT: GORDON J. TOERING, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS MI 49503

WARNER NORCROSS & JUDD LLP
ATTY FOR GHSP, INC.
ATTN: STEPHEN B. GROW, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS MI 49503

WARREN, DRUGAN & BARROWS, P.C.
ATTY FOR CHARLES CLARK CHEVY, TIPOTEX CHEVY, KNAPP CHEVY
ATT: ROBERT L. BARROW, ESQ.
800 BROADWAY
SAN ANTONIO TX 78215

WASHINGTON TRUST COMPANY
AS INDENTURE TRUSTEE (GM 2000A-2)
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON DE 19890-0001

WAYNE AND SANDRA HANKS

WAYNE COUNTY TREASURER
19945 ANNOTT
DETROIT

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.
767 FIFTH AVE
NEW YORK NY 10153

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
767 FIFTH AVE
NEW YORK NY 10153

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVE
NEW YORK NY 10153

WELL FARGO EQUIPMENT FINANCE, INC.
733 MARQUETTE AVE.
SUITE 700
MINNEAPOLIS MN 55402

WELL FARGO FOOTHILL
2450 COLORADO AVENUE SUITE 3000
WEST
SANTA MONICA CA 90404

WELLINGTON BELLEVILLE, LLC
3411 SILVERSIDE ROAD
WILMINGTON DE 19810

WELLINGTON INDUSTRIES, INC.
2711 CENTERVILLE ROAD
WILMINGTON DE 19808

WELLS FARGO BANK ILLINOIS N A
121 W FIRST ST
PO BOX 270
GENESEO IL 61254

WELLS FARGO BANK NORTHWEST
NATIONAL ASSOCIATION AS INDENTURE TRUSTEE
79 SOUTH MAIN STREET
3RD FLOOR
SALT LAKE CITY UT 84111

WELLS FARGO BANK NORTHWEST
NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE
299 SOUTH MAIN STREET
12TH FLOOR
SALT LAKE CITY UT 84111

WELLS FARGO BANK NORTHWEST  N A
733 MARQUETTE AVE
STE 700
MINNEAPOLIS MN 55402

WELLS FARGO BANK NORTHWEST  N A
FIRST SECURITY BANK  NA
733 MARQUETTE AVE
STE 700
MINNEAPOLIS MN 55402

WELLS FARGO BANK NORTHWEST , N.A.
733 MARQUETTE AVE.
STE 700
MINNEAPOLIS MN 55402

WELLS FARGO BANK NORTHWEST NA
AS AGENT ON BEHALF OF THE LENDERS, MORTGAGEE
C/O CORPORATE TRUSTS SERVICES, MAC U1228-120
299 SOUTH MAIN ST
12TH FL
SALT LAKE CITY UT 84111

WELLS FARGO BANK NORTHWEST NA AS INDENTURE TRUSTEE (GM 2001 A-5 TRUST)
WELLS FARGO BANK NORTHWEST
79 SOUTH MAIN ST
3RD FL
SALT LAKE CITY UT 84111

WELLS FARGO BANK NORTHWEST NA INDENTURE TRUSTEE
(GM 2001 A-6 FIRST STEP)
WELLS FARGO BANK NORTHWEST
79 SOUTH MAIN ST
3RD FL
SALT LAKE CITY UT 84111

WELLS FARGO BANK NORTHWEST NA INDENTURE TRUSTEE
(GM 2001 A-6 SECOND STEP)
WELLS FARGO BANK NORTHWEST
79 SOUTH MAIN ST
3RD FL
SALT LAKE CITY UT 84111

WELLS FARGO BANK NORTHWEST NATIONAL ASSOCIATION
79 SOUTH MAIN STREET 3RD FLOOR
SALT LAKE CITY UT 84111

WELLS FARGO BANK NORTHWEST NATIONAL ASSOCIATION AS
INDENTURE TRUSTEE (GM 2003-A)
299 SOUTH  MAIN ST
12TH FL
SALT LAKE CITY UT 84111

WELLS FARGO BANK NORTHWEST, N.A
733 MARQUETTE AVE.
STE 700
MINNEAPOLIS MN 55402

WELLS FARGO BANK NORTHWEST, N.A.
SUCCESSOR IN INTEREST TO FIRST SECURITY BANK OF UTAH, N.A.
381 E BROADWAY
SALT LAKE CITY UT 84111

WELLS FARGO BANK NORTHWEST, N.A. AS AGENT
299 S. MAIN STREET
12TH FLOOR
MAC: U1228-120
C/O CORPORATE TRUST SERVICES
SALT LAKE CITY UT 84111

WELLS FARGO BANK NORTHWEST, N.A. SUCCESSOR IN INTEREST TO
FIRST SECURITY BANK OF UTAH, N.A.
381 EAST BROADWAY
SALT LAKE CITY UT 84111

WELLS FARGO BANK NORTHWEST, NA INDENTURE TRUST
(GM 2001 A-5 FIRST STEP)
WELLS FARGO BANK NORTHWEST
79 SOUTH MAIN ST
3RD FL
SALT LAKE CITY UT 84111

WELLS FARGO BANK NORTHWEST, NA INDENTURE TRUSTEE
(GM 2001 A-5 TRUST)
WELLS FARGO BANK NORTHWEST
79 SOUTH MAIN ST
3RD FL
SALT LAKE CITY UT 84111

WELLS FARGO BANK NORTHWEST, NA INDENTURE TRUSTEE
(GM 2004 A-1 TRUST)
WELLS FARGO BANK NORTHWEST
79 SOUTH MAIN ST
3RD FL
SALT LAKE CITY UT 84111

WELLS FARGO BANK NORTHWEST, NA INDENTURE TRUSTEE
(GM 2004 A-2 TRUST)
WELLS FARGO BANK NORTHWEST
79 SOUTH MAIN ST
3RD FL
SALT LAKE CITY UT 84111

WELLS FARGO BANK NORTHWEST, NA INDENTURE TRUSTEE
(GM 2004 A-6 TRUST)
WELLS FARGO BANK NORTHWEST
79 SOUTH MAIN ST
3RD FL
SALT LAKE CITY UT 84111

WELLS FARGO BANK NORTHWEST, NA INDENTURE TRUSTEE (GM 2001 A-1 TRUST)
WELLS FARGO BANK NORTHWEST
79 SOUTH MAIN ST
3RD FL
SALT LAKE CITY UT 84111

WELLS FARGO BANK NORTHWEST, NA INDENTURE TRUSTEE (GM 2001 A-2 TRUST)
WELLS FARGO BANK NORTHWEST
79 SOUTH MAIN ST
3RD FL
SALT LAKE CITY UT 84111

WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION
(INDENTURE TRUSTEE) (GM 2001 A-1)
WELLS FARGO BANK NORTHWEST
79 SOUTH MAIN ST
3RD FL
SALT LAKE CITY UT 84111

WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION
(INDENTURE TRUSTEE) (GM 2001A-2)
WELLS FARGO BANK NORTHWEST
79 SOUTH MAIN ST
3RD FL
SALT LAKE CITY UT 84111

WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION
AS INDENTURE TRUSTEE
79 SOUTH MAIN STREET
3RD FLOOR
SALT LAKE CITY UT 84111

WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE
79 S MAIN ST
3RD FLOOR
SALT LAKE CITY UT 84111

WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, AS AGENT
79 SOUTH MAIN STREET
SALT LAKE CITY UT 84111

WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE
299 S MAIN ST
12TH FLOOR
SALT LAKE CITY UT 84111

WELLS FARGO BANK, NORTHWEST, N.A., AS AGENT
C/O CORPORATE TRUST SERVICES MAC U1228-120
299 S. MAIN STREET
12TH FLOOR
SALT LAKE UT 84111

WELLS FARGO EQUIPMENT FINANCE INC
TECHNOLOGY INVESTMENT PARTNERS LLC
733 MARQUETTE AVE STE 700
MINNEAPOLIS MN 55402

WELLS FARGO EQUIPMENT FINANCE INC
733 MARQUETTE AVE
SUITE 700
MINNEAPOLIS MN 55402

WELLS FARGO FINANCIAL LEASING INC
MAC F4045-050
400 LOCUST ST
STE 500
DES MOINES IA 50309

WELLS FARGO FOOTHILL
2450 COLORADO AVENUE
SUITE 3000 WEST
SANTA MONICA CA 90404

WELLS FARGO NORTHWEST , N.A. SUCCESSOR IN INTEREST TO
FIRST SECURITY BANK OF UTAH, N.A.
381 EAST BROADWAY
SALT LAKE CITY UT 84111

WELLSFARGO BANK NORTHWEST
NATIONAL ASSOCIATION
AS INDENTURE TRUSTEE
299 SOUTH MAIN STREET
12TH FLOOR
SALT LAKE CITY UT 84111

WEST MICHIGAN TOOL & DIE INC
1007 NICKERSON AVE
RENTON HARBOR MI 49022

WEST MIFFLIN BORO

WESTWATER GROUP
3755 36TH ST SE
STE 300
GRAND RAPIDS MI 49512-3143

WHITE AND WILLIAMS LLP
ATTY FOR SIEMENS PRODUCT LIFECYCLE MANAGEMENT SYSTEMS, INC.
ATT: KAREL S. KARPE, ESQ.
ONE PENN PLAZA, SUITE 4110
NEW YORK NY 10119

WILDMAN, HARROLD, ALLEN & DIXON
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
ATT: MICHAEL DOCKTERMAN, JONATHAN YOUNG, RENE FRIEDMAN
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO IL 60606-1229

WILLIAM J AND
INGRED SUCHACEK

WILLIAM T. GREEN, III, P.C.
ATTY FOR LAWRENCE MARSHALL CHEVROLET II, LLC
ATT: WILLIAM T. GREEN III, ESQ.
11 GREENWAY PLAZA, SUITE 2820
HOUSTON TX 77046

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
ATT: PHILIP D. ANKER & MELANIE J. DRITZ, ESQS
399 PARK AVENUE
NEW YORK NY 10022

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
ATT: DENNIS L. JENKINS, ESQ.
60 STATE STREET
BOSTON MA 02109

WILMINGTON TRUST CO ( INDENTURE TRUSTEE) (GM 2000 A-1 TRUST)
WILMINGTON TRUST CO
1100 NORTH MARKET ST
RODNEY SQUARE NORTH
WILMINGTON DE 19890

WILMINGTON TRUST CO AS INDENTURE TRUSTEE
(GM 2000 A-1 FIRST STEP)
WILMINGTON TRUST CO
RODNEY SQUARE NORTH
1100 NORTH MARKET ST
WILMINGTON DE 19890

WILMINGTON TRUST CO AS INDENTURE TRUSTEE
(GM 2000 A-2 SECOND STEP)
WILMINGTON TRUST CO
RODNEY SQUARE NORTH
1100 NORTH MARKET ST
WILMINGTON DE 19890

WILMINGTON TRUST CO AS INDENTURE TRUSTEE
(GM 2000 A-2 FIRST STEP)
WILMINGTON TRUST CO
RODNEY SQUARE NORTH
1100 N MARKET ST
WILMINGTON DE 19890

WILMINGTON TRUST CO, (INDENTURE TRUSTEE) (GM 2000 A-1 TRUST)
WILMINGTON TRUST CO.
RODNEY SQUARE NORTH
1100 NORTH MARKET ST
WILMINGTON DE 19890

WILMINGTON TRUST CO, AS INDENTURE TRUSTEE
WILMINGTON TRUST CO
RODNEY SQUARE NORTH
1100 NORTH MARKET ST
WILMINGTON DE 19890

WILMINGTON TRUST CO, AS INDENTURE TRUSTEE
(GM 2000 A-2 SECOND STEP)
WILMINGTON TRUST CO
1100 NORTH MARKET ST
RODNEY SQUARE NORTH
WILMINGTON DE 19890

WILMINGTON TRUST CO. AS INDENTURE TRUSTEE
(GM 2000 A-1 SECOND STEP)
WILMINGTON TRUST CO.
RODNEY SQUARE NORTH
1100 NORTH MARKET ST
WILMINGTON DE 19890

WILMINGTON TRUST COMPANY
1100 NORTH MARKET ST
RODNEY SQUARE NORTH
WILMINGTON DE 19890

WILMINGTON TRUST COMPANY
OWNER TRUSTEE
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON DE 19890

WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE
(GM 2000 A-1 TRUST)
WILMINGTON TRUST CO
RODNEY SQUARE NORTH
1100 NORTH MARKET ST
WILMINGTON DE 19890

WILMINGTON TRUST COMPANY,
AS INDENTURE TRUSTEE (GM 2000A-1)
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON DE 19890

WILMINGTON TRUST COMPANY,
AS INDENTURE TRUSTEE (GM 2000A-2)
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON DE 19890

WILMINGTON TRUST COMPANY,
AS INDENTURE TRUSTEE (GM 2000A-3)
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON DE 19890

WILMINGTON TRUST COMPANY, AS UTI TRUSTEE AND OWNER TRUSTEE
UNDER TRUST AGREMENT DATED MAY 29, 1999
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON DE 19890-0001

WILMINGTON TRUST COMPANY, OWNER TRUSTEE
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON DE 19890

WINDSOR MOLD INC
444 HANNA ST
WINDSOR  ON  N8X 2N4
CANADA

WINDSOR MOLD INC TEXAS
444 HANNA
WINDSOR  ON  N8X 2N4
CANADA

WINDSOR MOLD INC USA
444 HANNA
WINDSOR  ON  N8X 2N4
CANADA

WINMARK SPECIAL FINANCE, LLC
2 HAMPSHIRE STREET
SUITE 101
FOXBORO MA 02035

WINSTON & STRAWN LLP
ATTY FOR ASPEN MARKETING SERVICES, INC.
ATTN: MATTHEW J. BOTICA & MINDY D. COHN
35 WEST WACKER DRIVE
CHICAGO IL 60601

WINSTON & STRAWN LLP
ATTY FOR LGE ELECTRONICS USA, INC.
ATTN: DAVID J. RICHARDSON, ESQ.
333 SOUTH GRAND AVENUE, 38TH FLOOR
LOS ANGELES CA 90071

WINSTON & STRAWN LLP
ATTY FOR CAPGEMINI AMERICA, INC.
ATTN: STEVEN M. SCHWARTZ
200 PARK AVENUE
NEW YORK NY 10166

WISCONSIN POWER & LIGHT
PO BOX 77007
MADISON WI 53707

WISCONSIN POWER AND LIGHT
PO BOX 192
MADISON WI 53701

WISCONSIN POWER AND LIGHT ATTN: CUSTOMER BILLING
222 W. WASHINGTON AVE
MADISON WI 53701-0192

WM F HURST CO INC
PO BOX 771069
WICHITA KS 67277

WOLVERINE FIRE PROTECTION CO.
G-8067 N. DORT HWY.
PO BOX 219
MOUNT MORRIS MI 48458

WOLVERINE TOOL & ENGINEERING , CO.
5641 WEST RIVER DR. NE
BELMONT MI 49306

WONG ELECTRIC INC
4067 TRANSPORT ST
PALO ALTO CA 94303

WYNNCHURCH CAPITAL, LTD.
2711 CENTERVILLE ROAD
SUITE 400
WILMINGTON DE 19808

XEROX CORPORATION
1301 RIDGEVIEW
BLDG 300
LEWISVILLE TX 75057

YALE FINANCIAL SERVICE, INC
15 JUNCTION ROAD
FLEMINGTON NJ 08822

ZEICHNER ELLMAN & KRAUSE LLP
ATTY FOR TOYOTA TSUSHO CANADA INC & TOYOTA TSUSHO AMERICA, INC
ATT: STUART A. KRAUSE & BRYAN D. LEINBACH, ESQS
575 LEXINGTON AVENUE
NEW YORK NY 10022

ZIONS CREDIT CORPORATION
P.O BOX 3954
SALT LAKE CITY UT 84110-3954

LATHAM & WATKINS LLP
ATTN: DOUGLAS BACON AND JAMES KTSANES, ESQS.
SEARS TOWER, SUITE 5800
233 SOUTH WACKER DRIVE
CHICAGO IL 60606