UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 Case No. |
| GENERAL MOTORS CORP., *et. al.* | : | |
| | : | 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------X

## <u>CERTIFICATE OF SERVICE</u>

| | |
|---|---|
| STATE OF NEW YORK | : |
| | ss: |
| COUNTY OF SUFFOLK | : |

Todd Beneke, being duly sworn, deposes and states:

1.    I am an Administrator employed by The Garden City Group, Inc., the proposed claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On June 17, 2009, at the direction of Weil, Gotshal & Manges LLP, ("Weil Gotshal") proposed counsel for the Debtors, I caused a true and correct copy of the **Notice of Agenda of Matters Scheduled for Hearing on June 18, 2009 at 11:00 A.M**. (the "Notice") (Docket No. 1724) to be served by facsimile on the parties set forth on Exhibit A attached hereto.

3.    Also on June 17, 2009 at the direction of Weil Gotshal, I caused a true and correct copy of the Notice to be served by email on the parties set forth on Exhibit B attached hereto.

4.    Also on June 17, 2009 at the direction of Weil Gotshal, I caused a true and correct copy of the Notice to be served by overnight mail on the parties set forth on Exhibit C attached hereto.

5.    I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

/s/  Todd Beneke

**EXHIBIT A**

AIRGAS, INC.
ATT: DAVID BOYLE, CONSULTANT TO LEGAL DEPT
259 RADNOR CHESTER ROAD
RADNOR, PA 19087
(610)687-3187

ALIX PARTNERS LLP
ATTN: MICHELLE CAMPBELL
300 N LASALLE STREET
CHICAGO, IL 60654
(213)437-7101

ALLARD & FISH, P.C.
ATT: DEBORAH L. FISH, ESQ.
2600 BUHL BLDG
535 GRISWOLD
DETROIT, MI 48226
(313)961-6142

ALPINE ELECTRONICS OF AMERICA, INC.
ATT: CYNTHIA WOODRUFF-NEER, ESQ.
19145 GRAMERCY PLACE
TORRANCE, CA 90501
(310)618-7043

ARCADIS U.S., INC.
ATT: LIESL SPANGLER, ASSOCIATE COUNSEL
630 PLAZA DRIVE, SUITE 100
HIGHLANDS RANCH, CO 80129
(720)344-3535

ARENT FOX LLP
ATT: JAMES M. SULLIVAN, ESQ.
ATTY FOR TIMKEN COMPANY
1675 BROADWAY
NEW YORK, NY 10019
(212)484-3990

ARENT FOX LLP
ATT: CHRISTOPHER GIAIMO, JEFFREY ROTHLEDER, ANDREA
CAMPBELL, ESQS
ATTY FOR HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
(202)857-6395

ARENT FOX LLP
ATT: MARY JOANNE DOWD, ESQ.
ATTY FOR TOYOTA BOSHOKU AMERICA, INC.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
(202)857-6395

ARNALL GOLDEN GREGORY LLP
ATT: DARRYL S. LADDIN & FRANK N. WHITE
ATTY FOR VERIZON COMMUNICATIONS INC.
171 17TH STREET, NW, SUITE 2100
ATLANTA, GA 30363
(404)873-8121

ATTORNEY GENERAL FOR THE STATE OF MICHIGAN
ATTN: ROLAND HWANG, ESQ.
3030 W. GRAND BOULEVARD, SUITE 9-600
DETROIT, MI 48202
(313)456-2201

ATTORNEY GENERAL OF OHIO
ATT: VICTORIA D. GARRY, ASSISTANT ATTORNEY GENERAL
COLLECTIONS & ENFORCEMENT
441 VINE STREET
1600 CAREW TOWER
CINCINNATI, OH 45202
(513)852-3484

ATTORNEY GENERAL OF STATE OF MICHIGAN
ATTN: MICHAEL A. COX & DENNIS J. RATERINK
ATTY FOR WORKERS COMPENSATION AGENCY AND FUNDS
ADMINISTRATION
LABOR DIVISION
P.O. BOX 30736
LANSING, MI 48909
(517)335-4879

BAKER & HOSTETLER LLP
ATTN: WENDY J. GIBSON, ESQ.
ATTY FOR SCRIPPS NETWORKS & TELEVISION FOOD NETWORK
3200 NATIONAL CITY CENTER
1900 EAST NINTH STREET
CLEVELAND, OH 44114
(216)696-0740

BARNES & THORNBURG LLP
ATT: JOHN T. GREGG, ESQ.
ATTY FOR CONTINENTAL
171 MONROE AVENUE, NW, SUITE 1000
GRAND RAPIDS, MI 49503
(616)742-3999

BARNES & THORNBURG LLP
ATTN: MARK R. OWENS, ESQ.
ATTY FOR HIRATA CORPORATION OF AMERICA
11 SOUTH MERIDIAN STREET
INDIANAPOLIS, IN 46204
(317)231-7433

BARTLETT HACKETT FEINBERG P.C.
ATT: FRANK F. MCGINN, ESQ.
ATTY FOR IRON MOUNTAIN INFORMATION MANAGEMENT,
INC.
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110
(617)422-0383

BASF
DR. KURT BOCK, CHAIRMAN AND CEO
100 CAMPUS DRIVE
FLORHAM PARK, NJ 07932
(973)245-6701

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATT: CHESTER B. SALOMON, ESQ.
ATTY FOR FACTORY MOTOR PARTS COMPANY
299 PARK AVENUE, 16TH FLOOR
NEW YORK, NY 10171
(212)888-0255

BERGER SINGERMAN, P.A.
ATT: ARTHUR J. SPECTOR, ESQ.
ATTY FOR SCI, LTD.
350 E. LAS OLAS BOULEVARD
10TH FLOOR
FORT LAUDERDALE, FL 33301
(954)523-2872

BIALSON, BERGEN & SCHWAB
ATTN: PATRICK M. COSTELLO & THOMAS M. GAA
ATTY FOR CISCO SYSTEMS CAPITAL CORPORATION
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA 94306
(650)494-2738

BINGHAM MCCUTCHEN LLP
ATTN: JONATHAN B. ALTER, ESQ.
ATTY FOR TRAVELERS CASUALTY AND SURETY COMPANY OF
AMERICA
ONE STATE STREET
HARTFORD, CT 06103
(860)240-2800

BINGHAM MCCUTCHEN LLP
ATT ROBERT M DOMBROFF & JEFFREY S SABIN, ESQ.
ATTY FOR DEUTSCHE BANK AG
399 PARK AVENUE
NEW YORK, NY 10022
(212)752-5378

BLANK ROME LLP
ATT: REGINA STANGO KELBON, ESQ.
ATTY FOR CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS
ONE LOGAN SQUARE
PHILADELPHIA, PA 19103
(215)832-5507

BLANK ROME LLP
ATT: MARC E. RICHARDS, ESQ.
ATTY FOR DENSO INTERNATIONAL AMERICA AND DENSO
SALES CALIFORNIA
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
(212)885-5002

BLUE CROSS AND BLUE SHIELD OF MICHIGAN
ATT: JEFFREY RUMLEY, ASSISTANT GENERAL COUNSEL
600 LAFAYETTE EAST #1925
DETROIT, MI 48226
(313)983-2470

BOB HASTINGS BUICK GMC, INC.
ATT: DAVID P. STOETZEL
800 PANORAMA TRAIL SOUTH
ROCHESTER, NY 14625
(585)586-3492

BODMAN LLP
ATTN: COLIN T. DARKE, ESQ.
ATTY FOR PRODUCTION MODELING CORPORATION
1901 ST. ANTOINE STREET
6TH FLOOR AT FORD FIELD
DETROIT, MI 48226
(313)393-7579

BODMAN LLP
ATTN: MARC M. BAKST, ESQ.
ATTY FOR LEAR CORPORATION AND ITS SUBSIDIARIES &
AFFILIATES
6TH FLOOR AT FORD FIELD
1901 ST. ANTOINE STREET
DETROIT, MI 48226
(313)393-7579

BOLHOUSE, VANDER HULST, RISKO, BAAR & LEFERE, P.C.
ATT: DAVID S. LEFERE & MARK D. HOFSTEE
ATTY FOR PARAMOUNT TOOL & DIE, INC.
GRANDVILLE STATE BANK BUILDING
3996 CHICAGO DRIVE, SW
GRANDVILLE, MI 49418
(616)531-7757

BOLHOUSE, VANDER HULST, RISKO, BAAR & LEFERE, P.C.
ATT: DAVID S. LEFERE & MARK D. HOFSTEE
ATTY FOR PROPER TOOLING, INC.
GRANDVILLE STATE BANK BUILDING
3996 CHICAGO DRIVE SW
GRANDVILLE, MI 49418
(616)531-7757

BOLHOUSE, VANDER HULST, RISKO, BAAR & LEFERE, P.C.
ATT: DAVID S. LEFERE & MARK D. HOFSTEE
ATTY FOR ACEMCO, INCORPORATED
GRANDVILLE STATE BANK BUILDING
3996 CHICAGO DRIVE SW
GRANDVILLE, MI 49418
(616)531-7757

BOLHOUSE, VANDER HULST, RISKO, BAAR & LEFERE, P.C.
ATT: DAVID S. LEFERE & MARK D. HOFSTEE
ATTY FOR GRAND DIE ENGRAVERS, INC.
GRANDVILLE STATE BANK BUILDING
3996 CHICAGO DRIVE, SW
GRANDVILLE, MI 49418
(616)531-7757

BOLHOUSE, VANDER HULST, RISKO, BAAR & LEFERE, P.C.
ATT: DAVID S. LEFERE & MARK D. HOFSTEE
ATTY FOR PLASTIC MOLD TECHNOLOGY, INC.
GRANDVILLE STATE BANK BUILDING
3996 CHICAGO DRIVE SW
GRANDVILLE, MI 49418
(616)531-7757

BORGES & ASSOCIATES, LLC
ATTN: WANDA BORGES, ESQ.
ATTY FOR RAYCOM MEDIA, INC.
575 UNDERHILL BLVD., SUITE 118
SYOSSET, NY 11791
(516)677-0806

BRACEWELL & GIULIANI LLP
ATTY FOR GEORG FISCHER AUTOMOTIVE AG
225 ASYLUM STREET, 26TH FLOOR
HARTFORD, CT 06103
(860)246-3201

BRAYTON PURCELL LLP
ATT: ALAN R. BRAYTON, CHRISTINA C. SKUBIC, MATTHEW B. LEE, ESQS
ATTY FOR CERTAIN ASBESTOS CLAIMANTS
222 RUSH LANDING ROAD
NOVATO, CA 94945
(415)898-1247

BRIGGS AND MORGAN P.A.
ATT: JOHN R. MCDONALD, ESQ.
ATTY FOR FACTORY MOTOR PARTS COMPANY
2200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN 55402
(612)977-8650

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATTN: PAULA A. HALL, ESQ.
ATTY FOR WABASH TECHNOLOGIES, INC.
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM, MI 48009
(248)971-1801

BROWN & CONNERY, LLP
ATT: KENNETH J. SCHWEIKER, JR., ESQ.
ATTY FOR SAP AMERICA, INC.
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096
(856)853-9933

BROWN & WHALEN, P.C.
ATT: RODNEY A. BROWN, ESQ.
700 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY 10017
(212)421-8418

BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
ATT: PETER M. LEE, SENIOR GENERAL ATTORNEY
2500 LEW MENK DRIVE
P.O. BOX 961039
FT. WORTH, TX 76161
(817)352-2392

BURR & FORMAN LLP
ATT: D. CHRISTOPHER CARSON & JENNIFER B. KIMBLE
ATTY FOR GESTAMP ALABAMA, LLC, GESTAMP MASON, LLC, GESTAMP MEXICO
420 NORTH 20TH STREET, SUITE 3400
BIRMINGHAM, AL 35203
(205)458-5100

BUSH FEYFERTH & PAIGE PLLC
ATT: SCOTT A. WOLFSON, ESQ.
ATTY FOR GUARDIAN INDUSTRIES CORP.
3001 W. BIG BEAVER ROAD, SUITE 600
TROY, MI 48084
(248)822-7853

BUTZEL LONG, PC
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
ATTY FOR INTEVA PRODUCTS, LLC
380 MADISON AVENUE
NEW YORK, NY 10017
(212)818-0494

CADWALADER, WICKERSHAM & TAFT LLP
ATT: JOHN J. RAPISARDI, ESQ.
ATTY FOR UNITED STATES OF AMERICA
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
(212)504-6666

CAPLIN & DRYSDALE, CHARTERED
ATT: PETER VAN LOCKWOOD, RONALD REINSEL & TREVOR
SWETT, III, ESQS
1 THOMAS CIRCLE
WASHINGTON, DC 20005
(202)429-3301

CARSON FISCHER, P.L.C.
ATTN: CHRISTOPHER A. GROSMAN & PATRICK J. KUKLA
ATTY FOR RIMA MANUFACTURING COMPANY
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302
(248)644-1832

CASSELS BROCK
ATT: MICHAEL WEINCZOK
2100 SCOTIA PLAZA - 40 KING STREET WEST
TORONTO, ON M5H 3C2
CANADA
(416)640-3046

CLARK HILL PLC
ATTN: ROBERT D. GORDON, ESQ.
ATTY FOR ATS AUTOMATION TOOLING SYSTEMS, INC.
151 SOUTH OLD WOODWARD AVENUE, SUITE 200
BIRMINGHAM, MI 48009
(313)309-6872

BUTZEL LONG, PC
ATTN: THOMAS B. RADOM & MAX J. NEWMAN
ATTY FOR INTEVA PRODUCTS, LLC
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304
(248)258-1439

C.B. BLACKARD, III
CORPORATE COUNSEL
ACXIOM CORPORATION
301 EAST DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR 72033
(501)342-3723

CAPLIN & DRYSDALE, CHARTERED
ATT: ELIHU INSELBUCH & RITA TOBIN
375 PARK AVENUE, 35TH FLOOR
NEW YORK, NY 10152
(212)644-6755

CARSON FISCHER, P.L.C.
ATT: JOSEPH M. FISCHER, LAWRENCE A. LICHTMAN, PATRICK
J. KUKLA
ATTY FOR VITEC, LLC
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302
(248)644-1832

CARSON FISCHER, P.L.C.
ATTN: JOSEPH M. FISCHER, ROBERT A. WEISBERG & PATRICK J.
KUKLA
ATTY FOR LAPEER METAL STAMPING COMPANIES, INC.
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302
(248)644-1832

CHEMICO SYSTEMS
LEON C. RICHARDSON, PRESIDENT
10 W.HURON, SUITE 300
PONTIAC, MI 48342
(248)646-1464

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY 10006
(212)225-3999

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
(212)225-3999

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
(212)225-3999

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATT: JAMES L. BROMLEY, ESQ.
ATTY FOR UAW
ONE LIBERTY PLAZA
NEW YORK, NY 10006
(212)225-3999

CLIFFORD CHANCE US LLP
ATT: ANDREW BROZMAN & SARAH CAMPBELL, ESQ.
31 WEST 52ND STREET
NEW YORK, NY 10019
(212)878-8375

CONNELL FOLEY LLP
ATTN: STEPHEN V. FALANGA & CHRISTOPHER M. HEMRICK
ATTY FOR PANASONIC ELECTRIC WORKS CORPORATION OF AMERICA
888 SEVENTH AVENUE
NEW YORK, NY 10106
(212)262-0050

COOLIDGE WALL CO., L.P.A.
ATT: RONALD S. PRETEKIN, ESQ.
ATTY FOR HARCO MANUFACTURING GROUP LLC
33 WEST FIRST STREET, SUITE 600
DAYTON, OH 45402
(937)223-6705

COUNTY ATTORNEY
ATTN: BELKYS ESCOBAR, ASSISTANT COUNTY ATTORNEY
ATTY FOR THE COUNTY OF LOUDOUN, VIRGINIA
ONE HARRISON STREET, S.E., 5TH FLOOR
LEESBURG, VA 20175
(703)771-5025

COVINGTON & BURLING LLP
ATTN: SUSAN POWER JOHNSTON, ESQ.
ATTY FOR UNION PACIFIC RAILROAD COMPANY
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018
(212)841-1010

COVINGTON & BURLING LLP
ATTN: MICHAEL ST. PATRICK BAXTER, ESQ.
ATTY FOR UNION PACIFIC RAILROAD COMPANY
1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
(202)778-5164

CUMMINGS & LOCKWOOD LLC
ATT: JOHN F. CARBERRY, ESQ.
ATTY FOR EMIGRANT BUSINESS CREDIT CORP
SIX LANDMARK SQUARE
STAMFORD, CT 06901
(203)708-3933

DANA HOLDING COMPANY
ATT: LISA WURSTER
4500 DORR STREET
TOLEDO, OH 43615
(419)535-4790

DANIEL W. SHERRICK, GENERAL COUNSEL
8000 EAST JEFFERSON AVE
DETROIT, MI 48214
(313)823-6016

DAVIS POLK & WARDWELL
ATT: DONALD S. BERNSTEIN & MARSHALL S. HUEBNER
ATTY FOR FORD MOTOR COMPANY
450 LEXINGTON AVENUE
NEW YORK, NY 10017
(212)450-6444

DAWDA, MANN, MULCAHY & SADLER, PLC
ATT: WILLIAM ROSIN & KENNETH FLASKA
ATTY FOR MAGNETI MARELLI AND AUTOMOTIVE LIGHTING
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS, MI 48304
(248)642-7791

DAWDA, MANN, MULCAHY & SADLER, PLC
ATTN: KENNETH A. FLASKA & WILLIAM L. ROSIN
ATTY FOR JOHN E. GREEN COMPANY
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS, MI 48304
(248)642-7791

DAY PITNEY LLP
ATTN: AMISH R. DOSHI, ESQ.
ATTY FOR ORACLE USA, INC.
7 TIMES SQUARE
NEW YORK, NY 10036
(212)916-2940

DEBEVOISE & PLIMPTON LLP
ATT: RICHARD F. HAHN, ESQ.
ATTY FOR THE HERTZ CORPORATION
919 THIRD AVENUE
NEW YORK, NY 10022
(212)909-6836

DECHERT LLP
ATTN: JULIET SARKESSIAN, ESQ.
ATTY FOR CDI CORPORATION
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA 19104
(215)994-2222

DECHERT LLP
ATTN: SHMUEL VASSER, ESQ.
ATTY FOR SHANGHAI AUTOMOTIVE INDUSTRY CORP (GROUP)
AND AFFILIATES
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
(212)698-3599

DECHERT LLP
ATTN: JAMES O. MOORE, ESQ.
ATTY FOR CDI CORPORATION
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
(212)698-3599

DEPARTMENT OF LABOR
ATTN: DEPUTY SOLICITOR OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20201
(202)693-5538

DEPARTMENT OF THE TREASURY
ATTN: OFFICE OF GENERAL COUNSEL
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20220
(202)622-6415

DICKINSON WRIGHT PLLC
ATT: MICHAEL C. HAMMER, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
(734)623-1625

DICKINSON WRIGHT PLLC
ATT: DORON YITZCHAKI, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
(734)623-1625

DICKINSON WRIGHT PLLC
ATT: KERRY MASTERS EWALD, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN 37219
(615)256-8386

DICKINSON WRIGHT PLLC
ATT: COLLEEN M. SWEENEY, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN 37219
(615)256-8386

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
(313)223-3598

DICKINSON WRIGHT PLLC
ATT: DAWN R. COPLEY, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
(313)223-3598

DICONZA LAW P.C.
ATT: GERARD DICONZA, ESQ.
ATTY FOR ARCADIS U.S., INC.
630 THIRD AVENUE, 7TH FLOOR
NEW YORK, NY 10017
(212)682-4942

DILWORTH PAXSON LLP
ATTN: SCOTT J. FREEDMAN, ESQ.
ATTY FOR THE DOW CHEMICAL CO.; DOW CHEMICAL
CANADA; ESSEX SPECIALTY PR
LIBERTYVIEW - SUITE 700
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002
(856)675-1862

DLA PIPER LLP
ATT: KAROL DENNISTON & JENNIFER NASSIRI, ESQS
ATTY FOR HEWLETT PACKARD CO
550 S. HOPE STREET, SUITE 2300
LOS ANGELES, CA 90071
(213)330-7701

DORSEY & WHITNEY LLP
ATTN: MICHAEL FOREMAN, ESQ.
ATTY FOR BALLARD MATERIAL PRODUCTS INC.
250 PARK AVENUE
NEW YORK, NY 10177
(212)953-7201

DUPONT
ELLEN J. KULLMAN, CEO
1007 MARKET STREET
WILMINGTON, DL 19898
(302)773-0737

DURA AUTOMOTIVE
TIM LEULIETTE, CHAIRMAN
2791 RESEARCH DRIVE
ROCHESTER HILLS, MI 48309
(248)299-7504

DYNAMIC MANUFACTURING
MRS. MARY PARTIPILO, CEO
1930 N. MANNHEIM ROAD
MELROSE PARK, IL 60160
(708)343-0364

EDS, AN HP COMPANY
ATT: AYALA HASSELL
BANKRUPTCY & INSOLVENCY, SENIOR ATTORNEY
H3-3A-05
5400 LEGACY DRIVE
PLANO, TX 75024
(972)605-5616

ERVIN COHEN & JESSUP LLP
ATTN: MICHAEL S. KOGAN & PETER JAZAYERI
ATTY FOR SALAS AUTOMOTIVE GROUP, INC. DBA POWAY
CHEVROLET
9401 WILSHIRE BOULEVARD
BEVERLY HILLS, CA 90212
(310)859-2325

FARELLA BRAUN & MARTEL LLP
ATT: NEIL A. GOTEINER, ESQ.
ATTY FOR GENERAL MOTORS RETIREES ASSOCIATION
235 MONTGOMERY STREET, 17TH FLOOR
SAN FRANCISCO, CA 94104
(415)954-4480

FEDERAL EXPRESS CORPORATION
ATTN: ROBERT R. ROSS
3620 HACKS CROSS ROAD
BUILDING B - 2ND FLOOR
MEMPHIS, TN 38125
(901)434-4523

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP
ATT: PAUL J. PASCUZZI, ESQ.
ATTY FOR THE MCCLATCHY COMPANY
400 CAPITAL MALL, SUITE 1450
SACRAMENTO, CA 95814
(916)329-7435

FOLEY & LARDNER LLP
ATTN: FRANK DICASTRI, ESQ.
ATTY FOR GETRAG TRANSMISSION CORPORATION
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202
(414)297-4900

FOLEY & LARDNER LLP
ATTN: SALVATORE A. BARBATANO & STEVEN H. HILFINGER
ATTY FOR PETERSON AMERICAN CORPORATION
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
(313)234-2800

FOLEY & LARDNER LLP
ATTN: MARK A. AIELLO & SALVATORE A. BARBATANO
ATTY FOR INERGY AUTOMOTIVE SYSTEMS (USA), LLC
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
(313)234-2800

FOLEY & LARDNER LLP
ATTN: ANN MARIE UETZ, ESQ.
ATTY FOR DURA AUTOMOTIVE SYSTEMS, INC.
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
(313)234-2800

FOLEY & LARDNER LLP
ATTN: THOMAS B. SPILLANE, JOHN A. SIMON, KATHERINE R.
CATANESE
ATTY FOR GRUPO ANTOLIN NORTH AMERICA INC.
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
(313)234-2800

FOLEY & LARDNER LLP
ATTN: ANN MARIE UETZ & DALJIT DOOGAL
ATTY FOR DETROIT TECHNOLOGIES, INC.
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
(313)234-2800

FOLEY & LARDNER LLP
ATTN: THOMAS B. SPILLANE, JR. & ANN MARIE UETZ
ATTY FOR ABC GROUP, INC.
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
(313)234-2800

FOLEY & LARDNER LLP
ATTN: STEVEN H. HILFINGER, FRANK W. DICASTRI, JOHN A.
SIMON
ATTY FOR OMRON AUTOMOTIVE ELECTRONICS; OMRON
DUALTEC AUTOMOTIVE ELECTR
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
(313)234-2800

FRASER TREBILCOCK DAVIS & DUNLAP, P.C.
ATTN: G. ALAN WALLACE, ESQ.
ATTY FOR CITY OF LANSING
124 WEST ALLEGAN STREET, SUITE 1000
LANSING, MI 48933
(517)482-0887

FOLEY & LARDNER LLP
ATTN: SCOTT T. SEABOLT, ESQ.
ATTY FOR TEXTRON INC.
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
(313)234-2800

FOLEY & LARDNER LLP
ATTN: JUDY A. O'NEILL, JOHN A. SIMON, KATHERINE R.
CATANESE
ATTY FOR PEUGEOT JAPY INDUSTRIES S.A.
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
(313)234-2800

FOLEY & LARDNER LLP
ATTN: THOMAS B. SPILLANE, JOHN A. SIMON, KATHERINE R.
CATANESE
ATTY FOR TECHNOLOGY INVESTMENT PARTNERS, LLC
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
(313)234-2800

FOLEY & LARDNER LLP
ATTN: STEVEN H. HILFINGER, JOHN A. SIMON, KATHERINE R.
CATANESE
ATTY FOR INTRA CORPORATION
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
(313)234-2800

FOLEY & LARDNER LLP
ATTN: SALVATORE A. BARBATANO, JOHN A. SIMON,
KATHERINE R. CATANESE
ATTY FOR PIRELLI TIRE, LLC
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
(313)234-2800

FOX ROTHSCHILD LLP
ATTN: FRED STEVENS, ESQ.
ATTY FOR STARSOURCE MANAGEMENT SERVICES
100 PARK AVENUE, SUITE 1500
NEW YORK, NY 10017
(212)692-0940

FREEBORN & PETERS LLP
ATT: AARON L. HAMMER & THOMAS R. FAWKES, ESQS
ATTY FOR PGW, LLC
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
(312)360-6995

FRIEDLANDER MISLER, PLLC
ATTN: ROBERT E. GREENBERG, ESQ.
ATTY FOR REALTY ASSOCIATES IOWA CORPORATION
1101 SEVENTEENTH STREET, N.W., SUITE 700
WASHINGTON, DC 20036
(202)857-8343

FULBRIGHT & JAWORSKI L.L.P.
ATTN: DAVID A. ROSENZWEIG & JACLYN L. RABIN
ATTY FOR AT&T CORP.
666 FIFTH AVENUE
NEW YORK, NY 10103
(212)318-3400

GIBBONS P.C.
ATT: DAVID N. CRAPO, ESQ.
ATTY FOR J.D. POWER AND ASSOCIATES
ONE GATEWAY CENTER
NEWARK, NJ 07102
(973)639-6244

GIBSON, DUNN & CRUTCHER LLP
ATT: DAVID M. FELDMAN, ESQ.
ATTY FOR WILMINGTON TRUST COMPANY
200 PARK AVENUE
NEW YORK, NY 10166
(212)351-4035

GIBSON, DUNN & CRUTCHER LLP
ATT: MATTHEW J. WILLIAMS, ESQ.
ATTY FOR WILMINGTON TRUST COMPANY
200 PARK AVENUE
NEW YORK, NY 10166
(212)351-4035

GLENN M. REISMAN, ESQ.
ATTY FOR GE ENERGY, GE MOTORS AND GE WATER
TWO CORPORATE DRIVE, SUITE 234
SHELTON, CT 06484
(203)225-1244

GORLICK, KRAVITZ & LISTHAUS, P.C.
ATT: BARBARA S. MEHLSACK, ESQ.
ATTY FOR IUOE, LOCALS IUOE 101, IUOE 18S & IUOE 832S
17 STATE STREET, 4TH FLOOR
NEW YORK, NY 10004
(212)269-2540

GOULSTON & STORRS, P.C.
ATT: DOUGLAS B. ROSNER, ESQ.
ATTY FOR 767 FIFTH PARTNERS LLC AND BP/CGCENTER I LLC
400 ATLANTIC AVENUE
BOSTON, MA 02110
(617)574-4112

GOULSTON & STORRS, P.C.
ATT: GREGORY O. KADEN, ESQ.
ATTY FOR 767 FIFTH PARTNERS AND BP/CGCENTER I LLC
400 ATLANTIC AVENUE
BOSTON, MA 02110
(617)574-4112

HAHN LOESER & PARKS LLP
ATT: LEE D. POWAR & DANIEL A. DEMARCO & ROCCO I.
DEBITETTO
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH 44114
(216)274-2495

HARTER SECREST & EMERY LLP
ATT: KENNETH W. AFRICANO & RAYMOND L. FUNK, ESQS.
ATTY FOR PADDOCK CHEVROLET, INC.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY 14202
(716)853-1617

HARTER SECREST & EMERY LLP
ATT: RAYMOND L. FINK, ESQ.
ATTY FOR SATURN OF ROCHESTER, INC.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY 14202
(716)853-1617

HARTER SECREST & EMERY LLP
ATT: JOHN WEIDER & INGRIDE PALERMO, ESQS.
ATTY FOR PADDOCK CHEVROLET, INC.
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604
(585)232-2152

HARTER SECREST & EMERY LLP
ATT: JON AHO, WILLIAM KREIENBERG, JOHN WEIDER, INGRID
PALERMO
ATTY FOR SATURN OF ROCHESTER, INC.
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604
(585)232-2152

HAYNES AND BOONE LLP
ATT: PATRICK L. HUGHES & PETER C. RUGGERO
ATTY FOR AIRGAS, INC.
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77010
(713)547-2600

HAYNES AND BOONE LLP
ATTN: CHARLES A. BECKMAN & BROOKS HAMILTON
ATTY FOR EXXON MOBIL CORPORATION
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77010
(713)547-2600

HAYNES AND BOONE LLP
ATT: JONATHAN HOOK, ESQ.
ATTY FOR AIRGAS, INC.
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
(212)884-8211

HAYNES AND BOONE, LLP
ATTN: JUDITH ELKIN
ATTY FOR CEVA LOGISTICS
1221 AVENUE OF THE AMERICAS, 26TH FLOOR
NEW YORK, NY 10020
(212)884-8228

HAYNES AND BOONE, LLP
ATTN: MATTHEW E. RUSSELL, ESQ.
ATTY OFR EXXON MOBIL CORPORATION
1221 AVENUE OF THE AMERICAS, 26TH FL
NEW YORK, NY 10020
(212)884-8221

HAYNSWORTH SINKLER BOYD, P.A.
ATTN: WILLIAM H. SHORT, JR., ESQ.
ATTY FOR SOUTH CAROLINA AUTOMOBILE DEALERS
ASSOCIATION
POST OFFICE BOX 11889
COLUMBIA, SC 29211
(803)765-1243

HERRICK, FEINSTEIN LLP
ATT: STEPHEN B. SELBST & PAUL RUBIN
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
2 PARK AVENUE
NEW YORK, NY 10016
(212)592-1500

HESS CORPORATION
ATT: ELIZABETH ANNE CARINI CURRENTI, ESQ.
1 HESS PLAZA
WOODBRIDGE, NJ 07095
(732)750-6026

HEWLETT -PACKARD DEVELOPMENT COMPANY, L.P.
MIKE NEFKENS, VICE PRESIDENT
500 RENAISSANCE CENTER, MC:20A
DETROIT, MI 48243
(313)230-5705

HEWLETT-PACKARD COMPANY LP
ATT: RAMONA NEAL, SENIOR COUNSEL
11311 CHINDEN BOULEVARD
MAIL STOP 314
BOISE, ID 83714
(208)396-3958

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
ATT: LINDA D'AMICO
420 MOUNTAIN AVENUE
MURRAY HILL, NJ 07640
(908)898-4494

HINCKLEY, ALLEN & SNYDER LLP
ATT: THOMAS H CURRAN, PAUL F O'DONNELL & JENNIFER V
DORAN
ATTY FOR DAVE DELANEY'S COLUMBIA BUICK-PONTIAC-
GMAC CO, LLC
28 STATE STREET
BOSTON, MA 02109
(617)345-9020

HISCOCK & BARCLAY, LLP
ATTN: SUSAN R. KATZOFF, ESQ.
ATTY FOR THE SCHAEFER GROUP INC.
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315)425-2701

HODGSON RUSS LLP
ATTN: STEPHEN H. GROSS, ESQ.
ATTY FOR DELL MARKETING LP AND DELL FINANCIAL
SERVICES LLC
60 EAST 42ND STREET, 37TH FLOOR
NEW YORK, NY 10165
(212)972-1677

HODGSON RUSS LLP
ATTN: STEPHEN H. GROSS, ESQ.
ATTY FOR XEROX CAPITAL SERVICES LLC AS SERVICING
AGENT TO XEROX CORP
60 EAST 42ND STREET, 37TH FLOOR
NEW YORK, NY 10165
(212)972-1677

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATT: JOSEPH R. SGROI, ESQ.
ATTY FOR GENERAL MOTORS CORPORATION
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
(313)465-7571

HUNTER & SCHANK CO., LPA
ATT: THOMAS J. SCHANK, ESQ.
ATTY FOR ZF FRIEDRICHSHAFEN AG
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH 43604
(419)255-9121

INDUSTRY CANADA, LEGAL SERVICES
ATT: ANNE BOUDREAU
235 QUEEN STREET
OTTAWA, ON K1A OH5
CANADA
(613)954-5356

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
290 BROADWAY
NEW YORK, NY 10007
(212)436-1931

INTERNATIONAL UNION, UAW
ATT: DANIEL SHERRICK & NIRAJ GANATRA, LEGAL DEPT.
ATTY FOR INTERNATIONAL UNION, UAW
8000 EAST JEFFERSON AVENUE
DETROIT, MI 48214
(313)926-5240

J.L. SAFFER, P.C.
ATTN: JENNIFER L. SAFFER, ESQ.
ATTY FOR TMI CUSTOM AIR SYSTEMS, INC.
20 VESEY STREET, 7TH FLOOR
NEW YORK, NY 10007
(212)608-1878

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATT: TRICIA A. SHERICK, ESQ.
ATTY FOR GENERAL MOTORS CORPORATION
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
(313)465-7663

HSS/SAGINAW
MR. ERIC LARSON, COO
5446 DIXIE HIGHWAY
SAGINAW, MI 48601
(989)777-4818

HUNTER & SCHANK CO., LPA
ATT: JOHN J. HUNTER, JR., ESQ.
ATTY FOR ZF FRIEDRICHSHAFEN AG
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH 43604
(419)255-9121

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
P.O. BOX 21126
PHILADELPHIA, PA 19114
(215)516-2555

INTERNATIONAL UNION OF OPERATING ENGINEERS
ATT: RICHARD GRIFFIN, GENERAL COUNSEL
1125 SEVENTEENTH STREET, NW
WASHINGTON, DC 20036
(202)778-2616

IVEY, BARNUM AND O'MARA, LLC
ATTN: MELISSA ZELEN NEIER, ESQ.
ATTY FOR SONIC AUTOMOTIVE, INC.
170 MASON STREET
GREENWICH, CT 06830
(203)661-9462

JENNER & BLOCK LLP
ATTN: DANIEL R. MURRAY & JOSEPH P. GROMACKI
ATTY FOR PROPOSED SPECIAL COUNSEL FOR DEBTORS
330 NORTH WABASH AVENUE
CHICAGO, IL 60611
(312)527-0484

JENNER & BLOCK LLP
ATTN: PATRICK J. TROSTLE & HEATHER D. MCARN
ATTY FOR PROPOSED SPECIAL COUNSEL FOR DEBTORS
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY 10022
(212)891-1699

JIM BARNARD CHEVROLET, INC.
ATT: ALLYN BARNARD, PRESIDENT
7107 BUFFALO ROAD
CHURCHVILLE, NY 14428
(585)293-1884

JOHNSON, HEARN, VINEGAR, GEE & GLASS, PLLC
ATT: JEAN WINBORNE BOYLES, ESQ.
ATTY FOR D & J AUTOMOTIVE, LLC
P.O. BOX 1776
RALEIGH, NC 27602
(919)743-2201

JOHNSTON BARTON PROCTOR & ROSE LLP
ATTN: MAX A. MOSELEY, ESQ.
ATTY FOR SERRA CHEVROLET OF BIRMINGHAM, INC.
569 BROOKWOOD VILLAGE
SUITE 901
BIRMINGHAM, AL 35209
(205)458-9500

KEATING MUETHING & KLEKAMP PLL
ATTN: JASON V. STITT, ESQ.
ATTY FOR CINTAS CORPORATION
ONE EAST FOURTH STREET, SUITE 1400
CINCINNATI, OH 45202
(513)579-6457

KELLEY & FERRARO, L.L.P.
ATT: THOMAS M. WILSON, ESQ.
ATTY FOR ASBESTOS TORT CLAIMANTS
2200 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114
(216)575-0799

KELLEY DRYE & WARREN LLP
ATTN: DAVID RETTER, PAMELA BRUZZESE-SZCZGIEL,
JENNIFER CHRISTIAN, ESQS
ATTY FOR LAW DEBENTURE TRUST COMPANY OF NEW YORK
101 PARK AVENUE
NEW YORK, NY 10178
(212)808-7897

KELLEY DRYE & WARREN, LLP
ATT: JAMES S. CARR & JORDAN A. BERGMAN, ESQS
ATTY FOR BP CANADA ENERGY MARKETING CORP. AND BP
ENERGY CO.
101 PARK AVENUE
NEW YORK, NY 10178
(212)808-7897

KEM KREST
AMISH SHAH. CEO
1919 SUPERIOR ST.
ELKHART, IN 46515
(574)296-1710

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M  KENNEDY, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003
(212)358-0207

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNICK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003
(212)358-0207

KENNEDY, JENNIK & MURRAY P.C.
ATTN: LARRY MAGARIK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003
(212)358-0207

KERR, RUSSELL AND WEBER, PLC
ATT: JAMES E. DELINE, ESQ.
ATTY FOR AVL AMERICAS, INC.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226
(313)961-0388

KERR, RUSSELL AND WEBER, PLC
ATT: JAMES E. DELINE, ESQ.
ATTY FOR AVL POWERTRAIN ENGINEERING, INC.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226
(313)961-0388

KERR, RUSSELL AND WEBER, PLC
ATT: P. WARREN HUNT, ESQ.
ATTY FOR AVL POWERTRAIN ENGINEERING, INC.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226
(313)961-0388

KERR, RUSSELL AND WEBER, PLC
ATT: P.WARREN HUNT, ESQ.
ATTY FOR AVL AMERICAS, INC.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226
(313)961-0388

KERR, RUSSELL AND WEBER, PLC
ATTN: JAMES E. DELINE, ESQ.
ATTY FOR WINDSOR MOLD INC.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226
(313)961-0388

KERR, RUSSELL AND WEBER, PLC
ATTN: P. WARREN HUNT, ESQ.
ATTY FOR AVL MICHIGAN HOLDING CORPORATION
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226
(313)961-0388

KILPATRICK & ASSOCIATES, P.C.
ATT: RICHARD I. KILPATRICK & LEONORA K. BAUGHMAN
ATTY FOR OAKLAND COUNTY TREASURER
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI 48326
(248)377-0800

KNAPP CHEVROLET
815 HOUSTON AVENUE
HOUSTON, TX 77007
(713)331-3057

KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
ATTN: FREDERICK A. BERG & JAYSON M. MACYDA, ESQS
ATTY FOR APPLIED MANUFACTURING TECHNOLOGIES
400 RENAISSANCE CENTER, SUITE 3400
DETROIT, MI 48243
(313)259-1451

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: ADAM C. ROGOFF
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
(212)715-8265

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, KENNETH H. ECKSTEIN &
GORDON Z. NOVOD
ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
(212)715-8000

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: ROBERT T. SCHMIDT
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
(212)715-8000

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: AMY CATON
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
(212)715-8000

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
(212)715-8000

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: KENNETH P. KOPELMAN
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
(212)715-8000

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS E. MOLNER
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
(212)715-8000

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: P. BRADLEY O'NEILL
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
(212)715-8000

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTN: SUSAN M. COOK, ESQ.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708
(989)894-2232

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTN: ADAM D. BRUSKI, ESQ.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708
(989)894-2232

LATHAM & WATKINS LLP
ATTN: ROBERT J. ROSENBERG & ADAM J. GOLDBERG
ATTY FOR ALLISON TRANSMISSION, INC., FKA CLUTCH
OPERATING CO., INC.
885 THIRD AVENUE, SUITE 1000
NEW YORK, NY 10022
(212)751-4864

LAW OFFICES OF ROBERT E. LUNA, P.C.
ATT: ANDREA SHEEHAN, ESQ.
ATTY FOR CARROLLTON FARMERS BRANCH ISD &
LEWISVILLE ISD
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX 75205
(214)521-1738

LEONARD, STREET AND DEINARD, PA
ATTN: MATTHEW A. SWANSON, ESQ.
ATTY FOR CANADIAN PACIFIC RAILWAY COMPANY
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPOLIS, MN 55402
(612)335-1657

LEONARD, STREET AND DEINARD, PA
ATTN: JACOB B. SELLERS, ESQ.
ATTY FOR CANADIAN PACIFIC RAILWAY COMPANY
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPOLIS, MN 55402
(612)335-1657

LEVY RATNER P.C.
ATT: SUZANNE HEPNER, RYAN J. BARBUR & ROBERT H.
STROUP
ATTY FOR UNITED STEELWORKERS
80 EIGHTH AVENUE, 8TH FLOOR
NEW YORK, NY 10011
(212)627-8182

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATT: ELIZABETH WELLER, ESQ.
ATTY FOR TARRANT COUNTY & DALLAS COUNTY
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201
(469)221-5002

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: DIANE W. SANDERS, ESQ.
ATTY FOR CAMERON COUNTY, HARLINGEN, HARLINGEN ISD,
NUECES COUNTY, SAN
2700 VIA FORTUNA DRIVE, SUITE 400
P.O. BOX 17428
AUSTIN, TX 78760
(512)443-5114

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTN: KATHLEEN H. KLAUS, ESQ.
ATTY FOR M-TECH ASSOCIATES
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
(248)359-7560

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTN: KATHLEEN H. KLAUS, ESQ.
ATTY FOR HAYMAN MANAGEMENT COMPANY; SOUTH TROY
TECH, LLC
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
(248)359-7560

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTN: MICHAEL S. LIEB, ESQ.
ATTY FOR SOUTH TROY TECH, LLC
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
(248)359-6174

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATT: MICHAEL S. LIEB, ESQ.
ATTY FOR TENIBAC-GRAPHION, INC.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
(248)359-6174

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTN: ROBERT R. KRACHT, ESQ.
ATTY FOR DEALER TIRE, LLC
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH 44115
(216)696-1210

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTN: KIMBERLY A. BRENNAN, ESQ.
ATTY FOR DEALER TIRE, LLC
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH 44115
(216)696-1210

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
ATT: MICHAEL REED, ESQ.
ATTY FOR LOCAL TEXAS TAXING AUTHORITIES
P.O. BOX 1269
ROUND ROCK, TX 78680
(512)323-3205

MCGILL, GOTSDINER, WORKMAN & LEPP, P.C., L.L.O.
ATTN: JANICE M. WOOLLEY, ESQ.
11404 W. DODGE ROAD, SUITE 500
OMAHA, NE 68154
(402)492-9222

MCKENNA LONG & ALDRIDGE LLP
ATT: CHRISTOPHER F. GRAHAM, ESQ.
ATTY FOR INDUSTRY CANADA
230 PARK AVENUE
NEW YORK, NY 10169
(212)922-1819

MCKENNA LONG & ALDRIDGE LLP
ATT: JESSICA H. MAYES, ESQ.
ATTY FOR INDUSTRY CANADA
230 PARK AVENUE, SUITE 1700
NEW YORK, NY 10169
(212)922-1819

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATT: EDWARD LOBELLO, ALAN MARDER. JIL MAZER-MARINO,
J. RANDO CRISTIANO
ATTY FOR INT'L UNION UAW AND UAW ET AL
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530
(516)741-6706

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATT: HANAN B. KOLKO, ESQ.
ATTY FOR INT'L UNION UAW AND UAW ET AL
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018
(212)239-1311

MICHAEL S. HOLMES, P.C.
ATT: MICHAEL S. HOLMES, ESQ.
ATTY FOR OAKS L-M, INC. DBA WESTPOINT
8100 WASHINGTON AVENUE, SUITE 120
HOUSTON, TX 77007
(713)956-6284

MICHIGAN ENVIRONMENT, NATURAL RESOURCES AND
AGRICULTURE DIVISION
ATTN: CELESTE R. GILL, ASSISTANT ATTORNEY GENERAL
ATTY FOR MICHIGAN DEPARTMENT OF ENVIRONMENTAL
QUALITY
525 W. OTTAWA, 6TH FLOOR, G. MENNE WILLIAMS BUILDING
P.O. BOX 30755
LANSING, MI 48909
(517)373-1610

MICHIGAN FUNDS ADMINISTRATION
7201 W. SAGINAW HWY, STE 110
LANSING, MI 48917
(517)241-8921

MIKE BARNARD CHEVROLET-CADILLAC-BUICK-PONTIAC-
GMC, INC.
ATT: MICHAEL E. BARNARD, PRESIDENT
616 THAYER ROAD
FAIRPORT, NY 14450
(315)331-8421

MILLER JOHNSON
ATTN: ROBERT D. WOLFORD, ESQ.
ATTY FOR MICO INDUSTRIES, INC.
250 MONROE AVENUE, N.W., SUITE 800
P.O. BOX 306
GRAND RAPIDS, MI 49501
(616)831-1701

MILLER JOHNSON
ATTN: THOMAS P. SARB, ESQ.
ATTY FOR BURKE E. PORTER COMPANY
250 MONROE AVENUE, N.W., SUITE 800
PO BOX 306
GRAND RAPIDS, MI 49501
(616)831-1701

MILLER JOHNSON
ATT THOMAS P. SARB, ESQ
ATTY FOR BENTELER AUTOMOTIVE CORPORATION
250 MONROE AVE., STE 800
GRAND RAPIDS, MI 49501
(616)831-1701

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTN: MARC N. SWANSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
(313)496-8452

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATT: TIMOTHY A. FUSCO, ESQ.
ATTY FOR COUNTY OF WAYNE, MICHIGAN
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
(313)496-8452

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATT: DONALD J. HUTCHINSON, ESQ.
ATTY FOR LANSING BOARD OF WATER & LIGHT
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
(313)496-8450

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATT: SUSAN I. ROBBINS, ESQ.
ATTY FOR LANSING BOARD OF WATER & LIGHT
500 FIFTH AVENUE, SUITE 1815
ATT: SUSAN I. ROBBINS, ESQ.
NEW YORK, NY 10110
(212)704-4410

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
ATT: PAUL J. RICOTTA, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA 02111
(617)542-2241

MISSOURI DEPARTMENT OF REVENUE
ATT: STEVEN A. GINTHER, ESQ.
P.O. BOX 475
JEFFERSON CITY, MO 65105
(573)751-7232

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ATTN: NATALIE RAMSEY & JOSEPH O'NEIL, JR.
ATTY FOR STEVEN KAZAN, ESQ.
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109
(215)772-7620

MOORE & VAN ALLEN PLLC
ATT: CYNTHIA JORDAN LOWERY, ESQ.
ATTY FOR HAGEMEYER N.A.
40 CALHOUN STREET, SUITE 300
POST OFFICE BOX 22828
CHARLESTON, SC 29413
(843)579-8714

MORGAN, LEWIS & BOCKIUS LLP
ATTN: MICHAEL A. BLOOM & RACHEL JAFFE MAUCERI, ESQS
ATTY FOR ARAMARK HOLDINGS CORPORATION
1701 MARKET STREET
PHILADELPHIA, PA 19103
(215)963-5001

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  RICHARD S. TODER, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178
(212)309-6001

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  ANDREW D GOTTFRIED, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178
(212)309-6001

MORRISON COHEN LLP
ATT: JOSEPH T. MOLDOVAN & MICHAEL R. DAL LAGO, ESQS
ATTY FOR BLUE CROSS BLUE SHIELD OF MICHIGAN
909 THIRD AVENUE
NEW YORK, NY 10022
(917)522-3103

MOTLEY RICE LLC
ATT: JEANETTE M. GILBERT, JOSEPH F. RICE, JOHN A. BADEN
IV, ESQS
ATTY FOR ASBESTOS TORT CLAIMANTS
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC 29464
(843)216-9430

MUNSCH HARDT KOPF & HARR, P.C.
ATT: RAYMOND J. URBANIK, ESQ.
ATTY FOR COMPUTER SCIENCES CORPORATION
3800 LINCOLN PLAZA
500 N. AKARD STREET
DALLAS, TX 75201
(214)978-4374

NAHINS & GOIDEL, P.C.
ATT: BORAH GOLDSTEIN ALTSCHULER & JEFFREY CHANCAS
377 BROADWAY
NEW YORK, NY 10013
(212)334-0960

NEW YORK CITY DEPT. OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS ST- 3RD FLOOR
BROOKLYN, NY 11201
(718)403-3650

NEW YORK STATE DEPARTMENT OF LAW
ATT: MAUREEN F. LEARY, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224
(518)473-2534

NEW YORK STATE DEPARTMENT OF LAW
ATT: SUSAN L. TAYLOR, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224
(518)473-2534

NEW YORK STATE DEPT TAXATION & FINANCE
ATTN: BANKRUPTCY/SPECIAL PROC. SECT.
PO BOX 5300
ALBANY, NY 12205
(518)457-0617

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
120 BROADWAY
NEW YORK, NY 10271
(212)416-8369

OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY 10004
(212)668-2255

OHIO ATTORNEY GENERAL
ATT: MICHELLE T. SUTTER, PRINCIPAL ASST. ATTORNEY
GENERAL
ATTY FOR OHIO ENVIRONMENTAL PROTECTION AGENCY
("OEPA")
ENVIRONMENTAL ENFORCEMENT SECTION
30 E. BROAD STREET, 25TH FLOOR
COLUMBUS, OH 43215
(866)483-1104

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: ROGER FRANKEL, ESQ
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005
(202)339-8500

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: RICHARD H WYRON, ESQ.
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005
(202)339-8500

ORRICK HERRINGTON & SUTCLIFFE LLP
ATT: LORRAINE MCGOWEN, ALYSSA ENGLUND, COURTNEY
ROGERS
ATTY FOR UNOFFICIAL GM DEALERS COMMITTEE
666 FIFTH AVENUE
NEW YORK, NY 10103
(212)506-5151

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: JOHN ANSBRO & COURTNEY M. ROGERS
ATTY FOR HELLA KGAA HUECK; HELLA CORPORATE CENTER
USA; BEHR-HELLA
666 FIFTH AVENUE
NEW YORK, NY 10103
(212)506-5151

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: RICHARD H. WYRON, ESQ.
ATTY FOR HELLA KGAA HUECK; HELLA CORPORATE CENTER
USA; BEHR-HELLA
COLUMBIA CENTER
1152 15TH STREET, N.W.
WASHINGTON, DC 20005
(202)339-8500

ORUM & ROTH, LLC
ATTN: MARK D. ROTH, ESQ.
ATTY FOR NICOR GAS
53 WEST JACKSON BOULEVARD
CHICAGO, IL 60604
(312)922-7747

OSLER, HOSKIN & HARCOURT LLP
ATTN: TRACY C SANDLER, ESQ.
100 KING STREET WEST
1 FIRST CANADIAN PLACE, SUITE 6100
TORONTO, ONTARIO M5X 1B8
(416)862-6666

OTTERBOURG STEINDLER HOUSTON & ROSEN PC
ATTN: DANIEL WALLEN, ESQ, JONATHAN N. HELFAT, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169
(212)682-6104

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATT: DANIEL WALLEN, MELANIE L. CYGANOWSKI, JONATHAN N. HELFAT &
ATTY FOR GMAC LLC AND ITS AFFILIATES
STEVEN B. SOLL, ESQS.
230 PARK AVENUE
NEW YORK, NY 10169
(212)682-6104

PADDOCK CHEVROLET, INC.
ATT: DUANE PADDOCK, PRESIDENT
3232 DELAWARE AVENUE
KENMORE, NY 14217
(716)876-4016

PATTON BOGGS LLP
ATTN: MICHAEL RICHMAN, MARK SALZBERG MELISSA IACHAN
ATTY FOR UNOFFICIAL COMMITTEE OF FAMILY & DISSIDENT GM BONDHOLDERS
1185 AVENUE OF THE AMERICAS, 30TH FLOOR
NEW YORK, NY 10036
(646)557-5101

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
(212)492-0158

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATT: HARVEY A. STRICKON, ESQ.
ATTY FOR ROLLS-ROYCE
75 EAST 55TH STREET
NEW YORK, NY 10022
(212)230-7689

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATT: ANDREW ROSENBERG, BRIAN HERMANN, MARGARET PHILLIPS, M. SCHECK
ATTY FOR INFORMAL GROUP OF HOLDERS OF GM UNSECURED NOTES
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
(212)757-3990

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATT: ALAN W. KORNBERG, REBECCA ZUBATY & IAN POHL, ESQS.
ATTY FOR DANA HOLDING CORPORATION
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
(212)757-3990

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATT: ALAN W. KORNBERG & JONATHAN T. KOEVARY, ESQ.
ATTY FOR ENTERPRISE RENT-A-CAR COMPANY
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
(212)757-3990

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: STEPHEN J. SHIMSHAK & PHILIP A. WEINTRAUB
ATTY FOR RYDER INTEGRATED LOGISTICS, INC.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
(212)757-3990

PENSKE LOGISTICS
MR. TERRY MILLER, CEO
PO BOX 563
READING, PA 19603
(610)775-2449

PEPPER HAMILTON LLP
ATTN: DENNIS S. KAYES & DEBORAH KOVSKY-APAP
ATTY FOR CHANNELVANTAGE, INC.
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243
(313)259-7926

PEPPER HAMILTON LLP
ATT: DENNIS S. KAYES & DEBORAH KOVSKY-APAP, ESQ.
ATTY FOR PILKINGTON NORTH AMERICA, INC.
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243
(313)259-7926

PEPPER HAMILTON LLP
ATT: HENRY J. JAFFE & JAMES C. CARIGNAN
ATTY FOR SKF USA INC.
HERECULES PLAZA, SUITE 5100
1313 MARKET STREET P.O. BOX 1709
WILMINGTON, DE 19899
(302)421-8390

PEPPER HAMILTON LLP
ATT: EDWARD C. TOOLE & LINDA J. CASEY
ATTY FOR BURLINGTON NORTHERN SANTE FE RAILWAY
COMPANY
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA 19103
(215)981-4750

PEPPER-HAMILTON LLP
ATT: DENNIS S. KAYES & DEBORAH KOVSKY-APAP
ATTY FOR OSRAM SYLVANIA PRODUCTS, INC.
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243
(313)259-7926

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATT: ELIZABETH BANDA
ATTY FOR ARLINGTON ISD
P.O. BOX 13430
ARLINGTON, TX 76094
(817)860-6509

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: RICHARD L. EPLING, KAREN B. DINE, ERICA E. CARRIG
ATTY FOR LMC PHASE II, L.L.C.
1540 BROADWAY
NEW YORK, NY 10036
(212)858-1500

PLUNKETT COONEY
ATT: DAVID A. LERNER, ESQ.
ATTY FOR G-TECH PROFESSIONAL STAFFING, INC.
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI 48304
(248)901-4040

PLUNKETT COONEY
ATTN: DOUGLAS C. BERNSTEIN & MICHAEL A. FLEMING
ATTY FOR DENSO INTERNATIONAL  AMERICA & DENSO SALES
CALIFORNIA
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI 48304
(248)901-4040

PORZIO BROMBERG & NEWMAN P.C.
ATT: JOHN MAIRO & ROBERT SCHECHTER
ATTY FOR RAUFOSS AUTOMOTIVE COMPONENTS CANADA
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962
(973)538-5146

POTTER ANDERSON & CORROON LLP
ATT: DAVID BALDWIN, THERESA BROWN-EDWARDS, R.
STEPHEN MCNEILL, ESQS.
ATTY FOR NORFOLK SOUTHERN CORPORATION & NORFOLK
SOUTHERN RAILWAY
HERCULES PLAZA, 6TH FLOOR
1313 NORTH MARKET STREET P.O. BOX 951
WILMINGTON, DE 19801
(302)658-1192

PPG INDUSTRIES INC.
MR. CHARLES E. BUNCH, CEO
ONE PPG PLACE
PITTSBURGH, PA 15272
(412)434-2134

PROSKAUER ROSE LLP
ATT: SCOTT K. RUTSKY & ADAM T. BERKOWITZ
ATTY FOR STATE STREET BANK AND TRUST CO
1585 BROADWAY
NEW YORK, NY 10036
(212)969-2900

RABINOWITZ, LUBETKIN & TULLY, L.L.C.
ATTN: JONATHAN I. RABINOWITZ, ESQ.
ATTY FOR THE RABINOWITZ FAMILY, LLC
293 EISENHOWER PARKWAY, SUITE 100
LIVINGSTON, NJ 07039
(973)597-9119

RANDSTAD
MS.LINDA GALIPEAU, PRESIDENT - NORTH AMERICA
2015 SOUTH PARK PLACE
ATLANTA, GA 30339
(514)350-0035

REED SMITH LLP
ATT ERIC A. SCHAFFER, ESQ.
ATTY FOR UNITED STATES STEEL CORPORATION
435 SIXTH AVE.
PITTSBURGH, PA 15219
(412)288-3063

REED SMITH LLP
ATT: KURT F. GWYNNE, ESQ.
ATTY FOR UNITED STATES STEEL CORPORATION
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801
(302)778-7575

REID AND REIGE, P.C.
ATT: CAROL A. FELICETTA, ESQ.
ATTY FOR BARNES GROUP INC.
195 CHURCH STREET
NEW HAVEN, CT 06510
(203)777-6304

RHOADES MCKEE
ATTN: TERRY L. ZABEL, ESQ.
ATTY FOR BAY LOGISTICS, INC.
161 OTTAWA AVENUE, NW, SUITE 600
GRAND RAPIDS, MI 49503
(616)459-5102

RICHARD W. MARTINEZ, APLC
ATT: RICHARD W. MARTINEZ, ESQ.
ATTY FOR W A THOMAS CO. AND SPECIALTY ENGINE
COMPONENTS, LLC
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS, LA 70130
(504)525-6701

RIDDELL WILLIAMS P.S.
ATT: JOSEPH E. SHICKICH, ESQ.
ATTY FOR MICROSOFT CORP AND MICROSOFT LICENSING G.P.
1001 - 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154
(206)389-1708

ROBERT T. SMITH, ESQ.
ATTY FOR CNI ENTERPRISES, INC
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS, MI 48071
(248)586-9611

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
ATT: RUSSELL P. MCRORY, ESQ.
ATTY FOR SATURN OF HEMPSTEAD, INC.
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105
(212)956-2164

SATTERLEE STEPHENS BURKE & BURKE LLP
ATT: CHRISTOPHER BELMONTE & PAMELA BOSSWICK, ESQS
ATTY FOR MOODY'S INVESTORS SERVICE
230 PARK AVENUE
NEW YORK, NY 10169
(212)818-9606

SAUL EWING LLP
ATTN: TERESA K.D. CURRIER, ESQ.
ATTY FOR JOHNSON MATTHEY TESTING AND DEVELOPMENT;
JOHNSON MATTHEY INC
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE 19899
(302)421-5861

SAUL EWING LLP
ATT: ADAM H. ISENBERG, ESQ.
ATTY FOR JAC PRODUCTS, INC.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
(215)972-1853

SAUL EWING LLP
ATT: JEFFREY C. HAMPTON, ESQ.
ATTY FOR JAC PRODUCTS, INC.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
(215)972-1848

SCHAFER AND WEINER, PLLC
ATT: RYAN D. HEILMAN, ESQ.
ATTY FOR HIROTEC AMERICA
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS, MI 48304
(248)282-2157

SCHNADER HARRISON SEGAL & LEWIS LLP
ATT: BENJAMIN P. DEUTSCH, ESQ.
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
140 BROADWAY, SUITE 3100
NEW YORK, NY 10005
(212)972-8798

SCHULTE ROTH & ZABEL LLP
ATT: DAVID J. KARP, ESQ.
919 THIRD AVENUE
NEW YORK, NY 10022
(212)595-5955

SCHWARTZ, LICHTENBERG LLP
ATTN: BARRY E. LICHTENBERG, ESQ.
ATTY FOR ALBAR INDUSTRIES, INC.
420 LEXINGTON AVENUE, SUITE 2400
NEW YORK, NY 10170
(212)682-6511

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY 10281
(212)336-1322

SECURITIES AND EXCHANGE COMMISSION
ATTN: ANDREW N. VOLLMER, ACTING GEN. COUNSEL
100 F STREET, ND
WASHINGTON, DC 20549
(202)772-9263

SEYBURN, KAHN, GINN, BESS & SERLIN P.C.
ATT: DAVID T. LIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075
(248)353-3727

SEYBURN, KAHN, GINN, BESS & SERLIN, P.C.
ATT: LESLIE STEIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075
(248)353-3727

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
ATT: BRIAN L. SHAW, ESQ.
ATTY FOR ATC LOGISTICS & ELECTRONICS, INC.
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654
(312)980-3888

SHEARMAN & STERLING LLP
ATTN: FREDRIC SOSNICK & JILL FRIZZLEY, ESQS
ATTY FOR AMERICAN AXLE MANUFACTURING HOLDINGS, INC.
AND ITS AFFILIATES
599 LEXINGTON AVENUE
NEW YORK, NY 10022
(212)848-7179

SHEPPARD MULLIN RICHTER & HAMPTON, LLP
ATT: CARREN SHULMAN, SETH KIM, ROGER ZAITZEFF,
BLANKA WOLFE
ATTY FOR HANKOOK TIRE CO LTD AND HANKOOK TIRE
AMERICA CORP
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112
(212)332-3888

SHIVELY BROTHERS
SCOTT SHIVELY, CEO
2919 S.GRAND TRAVERSE ST
FLINT, MI 48507
(810)232-3219

SILVERMAN & MORRIS, P.L.L.C.
ATTN: GEOFFREY L. SILVERMAN & KARIN F. AVERY, ESQS
ATTY FOR CASSENS TRANSPORT COMPANY
7115 ORCHARD LAKE ROAD, SUITE 500
WEST BLOOMFIELD, MI 48322
(248)539-1355

SILVERMAN & MORRIS, P.L.L.C.
ATTN: GEOFFREY L. SILVERMAN & KARIN F. AVERY
ATTY FOR FEUER POWERTRAIN GMBH & CO. KG
7115 ORCHARD LAKE ROAD, SUITE 500
WEST BLOOMFIELD, MI 48322
(248)539-1355

SILVERMANACAMPORA LLP
ATT: ADAM L. ROSEN, ESQ.
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753
(516)479-6301

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017
(212)455-2502

SIMPSON THACHER & BARTLETT LLP
ATTN: DAVID J. MACK, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017
(212)455-2502

SINGER & LEVICK P.C.
ATT: LARRY A. LEVICK, ESQ.
ATTY FOR AFFILIATED COMPUTER SERVICES, INC.
16200 ADDISON ROAD, SUITE 140
ADDISON, TX 75001
(972)380-5748

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATT: JOHN WM. BUTLER, JR., ESQ.
ATTY FOR DELPHI CORPORATION
333 WEST WACKER DRIVE, SUITE 2100
CHICAGO, IL 60606
(312)407-0411

STAHL COWEN CROWLEY ADDIS LLC
ATT: TRENT P. CORNELL, ESQ.
ATTY FOR GM NAT'L RETIREE ASS., OVER THE HILL CAR
PEOPLE, LLC
55 WEST MONROE STREET, SUITE 1200
CHICAGO, IL 60603
(312)641-6959

STARK REAGAN
ATTN: J. CHRISTOPHER CALDWELL, ESQ.
ATTY FOR SATTERLUND SUPPLY COMPANY
1111 W. LONG LAKE ROAD, SUITE 202
TROY, MI 48098
(248)641-9921

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
ATT: WILLIAM PAYNE, J. STEMBER, E. DOYLE, S. PINCUS, P.
EWING, J. HURT
ATTY FOR INT'L UNION UAW AND UAW ET AL
429 FORBES AVENUE
ALLEGHENY BUILDING, 17TH FLOOR
PITTSBURGH, PA 15219
(412)281-1007

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
JOHN STEMBER, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH, PA 15219
(412)281-1007

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
STEPHEN M. PINCUS, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH, PA 15219
(412)281-1007

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
ELLEN M DOYLE, ESQ. & JOEL HURT, ESQ. & PAMINA EWING,
ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH, PA 15219
(412)281-1007

STEVENSON & BULLOCK PLC
ATTN: SONYA N. GOLL, ESQ.
ATTY FOR FATA AUTOMATION, INC.
29200 SOUTHFIELD ROAD, SUITE 210
SOUTHFIELD, MI 48076
(248)423-8201

STEVENSON & BULLOCK PLC
ATTN: CHARLES D. BULLOCK, ESQ.
ATTY FOR FATA AUTOMATION, INC.
29200 SOUTHFIELD ROAD, SUITE 210
SOUTHFIELD, MI 48076
(248)423-8201

STITES & HARBISON PLLC
ATT: ROBERT C. GOODRICH & MADISON L. MARTIN
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
424 CHURCH STREET, SUITE 1800
NASHVILLE, TN 37219
(615)782-2371

STITES & HARBISON, PLLC
ATT: BRIAN H. MELDRUM, ESQ.
ATTY FOR AKEBONO CORP.
400 W. MARKET STREET, SUITE 1600
LOUISVILLE, KY 40202
(502)779-8296

STREUSAND & LANDON, LLP
ATTN: SABRINA L. STREUSAND, ESQ.
ATTY FOR DELL MARKETING, L.P. AND DELL FINANCIAL
SERVICES LLC
515 CONGRESS STREET, STE 2523
AUSTIN, TX 78701
(512)236-9904

STROBL & SHARP, P.C.
ATTN: LYNN M. BRIMER & MEREDITH M. MCKINZIE
ATTY FOR PIONEER STEEL CORPORATION
300 E. LONG LAKE ROAD, SUITE 200
BLOOMFIELD HILLS, MI 48304
(248)645-2690

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA P.C.
ATT: SANDER  ESSERMAN, PETER  D'APICE, JO HARTWICK,
JACOB NEWTON
ATTY FOR AD HOC COMMITTEE OF ASBESTOS PERSONAL
INJURY CLAIMANTS
2323 BRYAN STREET, SUITE 220
DALLAS, TX 75201
(214)969-4999

TEAM CHEVROLET, INC.
ATTN: THOMAS STEIGERWALD, VICE PRESIDENT
ROUTE 16
OLEAN, NY 14760
(716)373-6377

TENNESSEE ATTORNEY GENERAL'S OFFICE
ATT: ROBERT COOPER & MARVIN CLEMENTS
ATTY FOR TENNESSEE DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN 37202
(615)741-3334

THE DOW CHEMICAL COMPANY
ATTN: LEE H. SJOBERG, ESQ.
2030 DOW CENTER
MIDLAND, MI 48674
(989)638-9393

THE GARDEN CITY GROUP INC
ATTN: KEN FREDA
105 MAXESS ROAD
MELVILLE, NY 11747
(631)940-6554

THE TEXAS ATTORNEY GENERAL'S  OFFICE
ATT: J. CASEY ROY, ASST. ATTORNEY GENERAL
ATTY FOR TEXAS DEPT OF TRANSPORTATION, MOTOR
VEHICLE DIV.
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548, MC-008
AUSTIN, TX 78711
(512)482-8341

THE UNIVERSITY OF MICHIGAN OFFICE OF THE V P AND
GENERAL COUNSEL
ATT: DEBRA A. KOWICH, ESQ.
ATTY FOR THE BOARD OF REGENTS OF THE UNIVERSITY OF
MICHIGAN
503 THOMPSON STREET, ROOM 5048
ANN ARBOR, MI 48109
(734)615-8937

THE VALLEY CADILLAC CORPORATION
ATT: EDWARD T. MEAGHAR, JR., PRESIDENT
3100 WINTON ROAD SOUTH
ROCHESTER, NY 14623
(585)427-8430

THOMPSON COBURN LLP
ATTN: ROBERT H. BROWNLEE, ESQ.
ATTY FOR MARITZ HOLDINGS, INC. FKA MARITZ INC.
ONE U.S. BANK PLAZA, SUITE 2600
ST. LOUIS, MO 63101
(314)552-7017

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE, TX 78521
(956)983-1890

TOYOTA BOSHOKU AMERICA, INC.
28000 WEST PARK DRIVE
NOVI, MI 48377
(248)624-8597

TRENK DIPASQUALE WEBSTER DELLA FERA & SODONA, P.C.
ATT: SAM DELLA FERA, JR., ESQ.
ATTY FOR SIKA CORPORATION
347 MT. PLEASANT AVENUE, SUITE 300
WEST ORANGE, NJ 07052
(973)243-8677

TROUTMAN SANDERS LLP
ATT: JEFFREY W. KELLEY, ESQ.
600 PEACHTREE STREET, NE SUITE 5200
ATLANTA, GA 30308
(404)885-3900

TROUTMAN SANDERS LLP
ATT: BRETT D. GOODMAN, ESQ., THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
(212)704-6288

U.S. TREASURY
ATTN:  MATTHEW FELDMAN, ESQ.
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON, DC 20220
(202)622-6415

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE, ESQ.
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE 68179
(402)501-0127

UNITED STATES ATTORNEY
ATTN: MATTHEW L SCHWARTZ AND DAVID S. JONES, ESQS.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007
(212)637-2750

UNITED STATES ATTORNEYS OFFICE
ATTN: LEV DASSIN, USA
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007
(212)637-2685

UNITED STATES ATTORNEY'S OFFICE
ATTN: CLAIMS UNIT - ROOM 417
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007
(212)637-2685

UNITED STEELWORKERS
ATT: DAVID R. JURY, ESQ.
FIVE GATEWAY CENTER, SUITE 807
PITTSBURGH, PA 15222
(412)562-2574

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019
(212)407-7799

VEDDER PRICE
MICHAEL SCHEIN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019
(212)407-7799

VEDDER PRICE P.C.
ATT: MICHAEL EDELMAN, MICHAEL SCHEIN, ERIN
ZAVALKOFF-BABEJ
ATTY FOR EXPORT DEVELOPMENT CANADA
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019
(212)407-7799

VENABLE LLP
ATTN: LAWRENCE A. KATZ, ESQ.
ATTY FOR RK CHEVROLET/RK AUTO GROUP
8010 TOWERS CRESCENT DRIVE, SUITE 300
VIENNA, VA 22182
(703)821-8949

VOITH AG
HARRY NEIMAN, CEO
9395 KENWOOD RD SUITE 200
CINCINNATI, OH 45242
(513)731-3659

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: TIFFANY STRELOW COBB, ESQ.
ATTY FOR TURNER BROADCASTING SYSTEM, INC.
52 EAST GAY STREET
COLUMBUS, OH 43215
(614)719-4663

WARNER NORCROSS & JUDD LLP
ATT: GORDON J. TOERING, ESQ.
ATTY FOR ROBERT BOSCH GMBH
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503
(616)222-2185

WARNER NORCROSS & JUDD LLP
ATTN: STEPHEN B. GROW, ESQ.
ATTY FOR GHSP, INC.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503
(616)222-2158

WARNER NORCROSS & JUDD LLP
ATT: MICHAEL G. CRUSE, ESQ.
ATTY FOR BORGWARNER, INC.
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI 48075
(248)603-9731

WARREN, DRUGAN & BARROWS, P.C.
ATT: ROBERT L. BARROW, ESQ.
ATTY FOR CHARLES CLARK CHEVY, TIPOTEX CHEVY, KNAPP
CHEVY
800 BROADWAY
SAN ANTONIO, TX 78215
(210)224-6488

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
(212)310-8007

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
(212)310-8007

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
(212)310-8007

WHITE AND WILLIAMS LLP
ATTN: KAREL S. KARPE, ESQ.
ATTY FOR CISCO SYSTEMS, INC.
ONE PENN PLAZA, SUITE 4110
NEW YORK, NY 10119
(212)631-4431

WILDMAN, HARROLD, ALLEN & DIXON
ATT: MICHAEL DOCKTERMAN, JONATHAN YOUNG, RENE
FRIEDMAN
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
(312)416-4710

WILLIAM T. GREEN, III, P.C.
ATT: WILLIAM T. GREEN III, ESQ.
ATTY FOR LAWRENCE MARSHALL CHEVROLET II, LLC
11 GREENWAY PLAZA, SUITE 2820
HOUSTON, TX 77046
(713)961-0883

WILMER CUTLER PICKERING HALE AND DORR LLP
ATT: DENNIS L. JENKINS, ESQ.
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
60 STATE STREET
BOSTON, MA 02109
(617)526-5000

WILMER CUTLER PICKERING HALE AND DORR LLP
ATT: PHILIP D. ANKER & MELANIE J. DRITZ, ESQS
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
399 PARK AVENUE
NEW YORK, NY 10022
(212)230-8888

WINSTON & STRAWN LLP
ATTN: MATTHEW J. BOTICA & MINDY D. COHN
ATTY FOR ASPEN MARKETING SERVICES, INC.
35 WEST WACKER DRIVE
CHICAGO, IL 60601
(312)558-5700

WINSTON & STRAWN LLP
ATTN: DAVID J. RICHARDSON, ESQ.
ATTY FOR LGE ELECTRONICS USA, INC.
333 SOUTH GRAND AVENUE, 38TH FLOOR
LOS ANGELES, CA 90071
(213)615-1750

WINSTON & STRAWN LLP
ATTN: CAREY D. SCHREIBER, ESQ.
ATTY FOR INTERNATIONAL AUTOMOTIVE COMPONENT
GROUP NORTH AMERICA INC
200 PARK AVENUE
NEW YORK, NY 10166
(212)294-4700

WINSTON & STRAWN LLP
ATTN: STEVEN M. SCHWARTZ
ATTY FOR CAPGEMINI AMERICA, INC.
200 PARK AVENUE
NEW YORK, NY 10166
(212)294-4700

ZEICHNER ELLMAN & KRAUSE LLP
ATT: STUART A. KRAUSE & BRYAN D. LEINBACH, ESQS
ATTY FOR TOYOTA TSUSHO CANADA INC & TOYOTA TSUSHO
AMERICA, INC
575 LEXINGTON AVENUE
NEW YORK, NY 10022
(212)753-0396

**EXHIBIT B**

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DR.
DIMONDALE, MI 48821
wcinfo@michigan.gov

CAMPBELL, O'BRIEN & MISTELE, P.C.
ATTN: ROBERT J. FIGA, ESQ.
ATTY FOR GEORGE P. JOHNSON COMPANY (GPJ)
100 W. BIG BEAVER ROAD, SUITE 385
TROY, MI 48084
rfiga@comlawone.com

BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA
ATTN: ROBERT C. POTTINGER, ESQ.
6833 STALTER DRIVE, FIRST FLOOR
ROCKFORD, IL 61108
rcpottinger@bslbv.com

DOW AUTOMOTIVE
MR. PETER SYKES, PRESIDENT
2-2-24 HIGASHI-SHINAGAWA
SHINAGAWA-KU, TOKYO 140-8617
PSYKES@DOW.COM

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATT: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL
ATTY FOR NEW YORK STATE DEPARTMENT OF TAXATION AND
FINANCE
120 BROADWAY - 24TH FLOOR
NEW YORK, NY 10271
neal.mann@oag.state.ny.us

ROBERT BOSCH LLC
ATTN: JUDITH LOWITZ ADLER, ESQ.
ASSISTANT GENERAL COUNSEL
38000 HILLS TECH DRIVE
FARMINGTON HILLS, MI 48331
judith.adler@us.bosch.com

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
ATTY FOR CHRYSLER GROUP LLC, AS AGENT FOR OLD CARCO
& CHRYSLER MOTORS
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
jplemmons2@dickinsonwright.com

AT&T SERVICES INC.
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921
jg5786@att.com

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER &
BRUEGGEMAN, SC
ATTN: FREDERICK PERILLO, MARIANNE G. ROBBINS, SARA J.
GEENEN
ATTY FOR INTERNATIONAL ASSOCIATION OF MACHINISTS
AND AEROSPACE WORKERS
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI 53212
fp@previant.com; mgr@previant.com; sjg@previant.com

HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
39001 WEST 12 MILE ROAD
FARMINGTON HILLS, MI 48331
info@harmanbecker.de

SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTN: DAVID J. SELWOCKI, ESQ.
1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
P.O. BOX 222
SOUTHFIELD, MI 48037
dselwocki@swappc.com

SQUIRE, SANDERS & DEMPSEY, L.L.P.
ATTN: G. CHRISTOPHER MEYER, ESQ.
ATTY FOR TRW AUTOMOTIVE U.S. LLC ; TRW INTEGRATED
CHASSIS SYSTEMS LLC
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114
cmeyer@ssd.com

PARKER POE ADAMS & BERNSTEIN LLP
ATTN: KIAH T. FORD IV, ESQ.
ATTY FOR SONIC AUTOMOTIVE, INC.
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202
chipford@parkerpoe.com

ATTORNEY GENERAL OF STATE OF TEXAS
ATT: KIMBERLY A. WALSH, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711
bk-kwalsh@oag.state.tx.us

AFFINIA
DAVID OVERBEEKE, CEO
4400 PRIME PARKWAY
MCHENRY, IL 60050
DAVID.OVERBEEKE@AFFINIAGROUP.COM

COBASYS
MR. TOM NESLAGE, PRESIDENT & CEO
3740 LAPEER RD. SOUTH
ORION, MI 48359
TNESLAGE@COBASYS.COM

COHEN, WEISS AND SIMON LLP
ATT: BABETTE A. CECCOTTI, ESQ.
ATTY FOR INTERNATIONAL UNION, UAW
330 WEST 42ND STREET
NEW YORK, NY 10036
bceccotti@cwsny.com

ENTERGY SERVICES, INC
ATT: ALAN H. KATZ, ASSISTANT GENERAL COUNSEL
639 LOYOLA AVENUE, 26TH FLOOR
NEW ORLEANS, LA 70113
akatz@entergy.com

FOLEY & LARDNER LLP
ATTN: JILL L. MURCH & JOANNE LEE
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654
jmurch@foley.com; jlee@foley.com

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATT: JONATHAN L. FLAXER, DOUGLAS L. FURTH, ANTHONY M. VASSALLO
437 MADISON AVENUE
NEW YORK, NY 10022
jflaxer@golenbock.com; dfurth@golenbock.com;
avassalo@golenbock.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATT: ROBERT B. WEISS, ESQ.
ATTY FOR GENERAL MOTORS CORPORATION
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
rweiss@honigman.com

JTEKT AUTOMOTIVE
MOTOHIKO YOKOYAMA, CEO
15TH FLOOR MIDLAND SQUARE, 4-7-1 MEIEKI
NAGOYA HEAD OFFICE
NAKAMURA-KU, NAGOYA, JAPAN, 450-8515
TAKAYA_YAMADA@JTEKT.CO.JP

K&L GATES LLP
ATT: JEFFREY N. RICH & ERIC T. MOSER, ESQS.
ATTY FOR PPG INDUSTRIES, INC.
599 LEXINGTON AVENUE
NEW YORK, NY 10022
jeff.rich@klgates.com; eric.moser@klgates.com

KAYE SCHOLER LLP
ATT: RICHARD G. SMOLEV & LAUREN ATTARD
ATTY FOR PHILLIP MORRIS CAPITAL CORP
425 PARK AVENUE
NEW YORK, NY 10022
rsmolev@kayescholer.com; lattard@kayescholer.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: KENNETH H. ECKSTEIN
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
keckstein@kramerlevin.com

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATT: GABRIEL DEL VIRGINIA, ESQ.
ATTY FOR HESS CORPORATION
641 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NY 10022
gabriel.delvirginia@verizon.net

LAWRENCE JAY KRAINES, ESQ.
14235 DICKENS STREET,  SUITE 4
SHERMAN OAKS, CA 91423
larrykraines@gmail.com

MORGAN, LEWIS & BOCKIUS LLP
ATTN: HOWARD S. BELTZER & EMMELINE S. LIU, ESQS
ATTY FMR CORP.
101 PARK AVENUE
NEW YORK, NY 10178
hbeltzer@morganlewis.com; eliu@morganlewis.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATT: GEORGE CAUTHEN, LINDA BARR, CAMERON CURRIE,
ESQS
ATTY FOR MICHELIN TIRE CORP.
1320 MAIN STREET, 17TH FLOOR
POST OFFICE BOX 11070
COLUMBIA, SC 29201
george.cauthen@nelsonmullins.com; linda.barr@nelsonmullins.com;
cameron.currie@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATT: PETER J. HALEY, ESQ.
ATTY FOR MICHELIN TIRE CORP.
ONE BOSTON PLACE
BOSTON, MA 02108
peter.haley@nelsonmullins.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATT: BARRY E. BRESSLER, ESQ.
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
1600 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
bbressler@schnader.com; aadams@schnader.com; tlewis@schnader.com;
rbarkasy@schnader.com; mbarrie@schnader.com

SIDLEY AUSTIN LLP
ATTN: KENNETH P. KANSA, ESQ.
ATTY FOR THE LENDER GROUP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
kkansa@sidley.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATT: KAYALYN A. MARAFIOTI & GREGORY W. FOX, ESQ.
ATTY FOR DELPHI CORPORATION
FOUR TIMES SQUARE
NEW YORK, NY 10036
kayalyn.marafioti@skadden.com; gregory.fox@skadden.com

VALEO
MR. JACQUES ASCHENBROICH, CEO
43 RUE BAYEN
PARIS, FRANCE 75848
CHRISTINE.OSSIKIAN@VALEO.COM

**EXHIBIT C**

DEALER TIRE, LLC
3711 CHESTER AVENUE
CLEVELAND, OH 44114

DEPARTMENT OF LABOR & INDUSTRY
ATTN: DENISE A. MERTZ
READING BANKRUPTCY & COMPLIANCE UNIT
625 CHERRY STREET, ROOM 203
READING, PA 19602

EATON CORPORATION
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114

FACTORY MOTOR PARTS COMPANY
1380 CORPORATE CENTER CURVE
EAGAN, MN 55121

GHSP, INC.
ATTN: RON WALLISH
1250 SOUTH BEECHTREE STREET
GRAND HAVEN, MI 49417

MAZZEO SONG & BRADHAM LLP
ATTN: DAVID H. HARTHEIMER, ESQ.
ATTY FOR CLARCOR, INC. AND TOTAL FILTRATION SERVICES, INC.
708 THIRD AVENUE, 19TH FLOOR
NEW YORK, NY 10017

PENSKE AUTO GROUP
18600 SOUTH HAWTHORNE BOULEVARD
TORRANCE, CA 90504

RAYTHEON PROFESSIONAL SERVICES LLC
12160 SUNRISE VALLEY DRIVE
RESTON, VA 20191

RK CHEVROLET/RK AUTO GROUP
2661 VIRGINIA BEACH BOULEVARD
VIRGINIA BEACH, VA 23451

SATURN OF ROCHESTER, INC.
ATT: DAVID P. STOETZEL
770 PANORAMA TRAIL SOUTH
P.O. BOX 25427
ROCHESTER, NY 14625

SHAPE CORP.
ATTN: BUDD BRINK
1900 HAYES STREET
GRAND HAVEN, MI 49417

TRW AUTOMOTIVE U.S. LLC
12001 TECH CENTER DRIVE
LIVONIA, MI 48150

AVN AIR LLC
ATTN: SENIOR RISK MANAGER
44 OLD RIDGEBURY ROAD
DANBURY, CT 06810

GENERAL ELECTRIC CAPITAL CORPORATION
ATTN: CAMILLE E MIHALIC
4 NORTH PARK DRIVE
HUNT VALLEY, MD 21030

U.S. BANK TRUST NA
CORPORATE TRUST SERVICES
ONE FEDERAL STREET
BOSTON, MA 02110

BOARD OF WAYNE COUNTY ROAD COMMISSIONERS
415 CLIFFORD STREET
DETROIT, MI 48226

CHAPELL & ASSOCIATES, LLC
ATT: ALAN CHAPELL, CIPP
CONSUMER PRIVACY OMBUDSMAN
297 DRIGGS AVENUE, SUITE 3A
BROOKLYN, NY 11222

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005

UNITED STATES DEPT. OF JUSTICE
ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530

UNITED STATES DEPT. OF JUSTICE
ATTN: ANTI-TRUST DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530

BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA
ATTN: ROBERT C. POTTINGER, ESQ.
6833 STALTER DRIVE, FIRST FLOOR
ROCKFORD, IL 61108

NARMCO GROUP
ATTN: GARY KELLY
2575 AIRPORT ROAD
WINDSOR, ONTARIO N8W 1Z4, CANADA

PYEONG HWA AUTOMOTIVE CO., LTD.
1032 DAECHEON-DONG
DALSEO-GU
KOREA

CHARLES CLARK CHEVROLET CO.
P.O. BOX 520
MCALLEN, TX 78505

ATTORNEY GENERAL FOR THE STATE OF TEXAS
ATT: MARK BROWNING, ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711