Edward H. Tillinghast, III (ET 5566)
Malani J. Cademartori, Esq. (MS 3882)[*]
Blanka K. Wolfe, Esq. (BW 0925)
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Telephone: (212) 332-3800
Facsimile:  (212) 332-3888
E-mail: etillinghast@sheppardmullin.com
          mcademartori@sheppardmullin.com
          bwolfe@sheppardmullin.com

*Counsel for Synopsys, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP., *et al.*,<br><br>                Debtors. | Case No.   09-50026 (REG)<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE**, that Synopsys, Inc. ("**Synopsys**"), as party-in-interest and creditor, hereby appears in the above-captioned matter by its counsel Sheppard Mullin Richter & Hampton LLP, and requests, pursuant to sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered and served upon the following:

                **Sheppard Mullin Richter & Hampton LLP**
                <u>Attn</u>:  Edward H. Tillinghast, III
                         Malani J. Cademartori
                         Blanka K. Wolfe
                30 Rockefeller Plaza, 24th Floor
                New York, New York  10112
                Tel: (212) 332-3800
                Fax: (212) 332-3888
                E-mail:  etillinghast@sheppardmullin.com

mcademartori@sheppardmullin.com
bwolfe@sheppardmullin.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, messenger, overnight mail (e.g., Federal Express), telephone, telegram, facsimile or otherwise, which may affect or seek to affect in any way any of Synopsys's rights or interests, including without limitation, with respect to the Debtors' property or proceeds thereof in which the Debtors may claim an interest. *The undersigned also requests that the above referenced names and corresponding addresses be added to the mailing matrix for the Debtors and this bankruptcy case*.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and Request for Service of Papers (the "**Notice**"), nor any other appearances, pleadings, proofs of claim, claims, or suits filed by Synopsys shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any case, controversy or proceeding, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs

or recoupments as appropriate, in law or in equity, under any agreements, all of which right, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  New York, New York
June 19, 2009

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By:  /s/ Blanka K. Wolfe
Blanka K. Wolfe (BW 0925)
Edward H. Tillinghast, III (ET 5566)
Malani J. Cademartori (MS 3882)[*]
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Tel: (212) 332-3800
Fax: (212) 332-3888

*Counsel for Synopsys, Inc.*

---

[*] Attorney is in the process of having legal name change recorded with all applicable government and judicial entities.

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2009, I caused a copy of the foregoing to be sent by first-class mail, postage prepaid, to the parties listed below, and by automatic ECF notice to those parties receiving ECF in the above-captioned case:

By: /s/ Blanka K. Wolfe
Blanka K. Wolfe

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller
 Stephen Karotkin
 Joseph H. Smolinsky
767 Fifth Avenue
New York, NY 10153

Honigman Miller Schwartz and Cohn LLP
Attn: Joseph R. Sgroi
 Robert B. Weiss
 Tricia A. Sherick
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Patrick J. Trostle
Jenner & Block LLP
919 Third Avenue 37th Floor
New York, NY 10022

United States Trustee
Attn: Andrew D. Velez-Rivera
 Brian Shoichi Masumoto
 Diana G. Adams
33 Whitehall Street
21st Floor
New York, NY 10004

Kramer Levin Naftalis & Frankel LLP
Attn: Gordon Z. Novod
 Thomas Moers Mayer
1177 Avenue of the Americas
New York, NY 10036