KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York  10036
Telephone: (212) 715-3275
Facsimile: (212) 715-8000
Thomas Moers Mayer
Kenneth H. Eckstein
Robert T. Schmidt
Adam C. Rogoff

*Proposed Counsel for the Official Committee*
*of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
In re:                                                       :    Chapter 11 Case No.:
                                                             :
GENERAL MOTORS CORP., et al.,                                :    09-50026 (REG)
                                                             :
                              Debtors.                       :    (Jointly Administered)
                                                             :
------------------------------------------------------------ X

STATE OF NEW YORK     )
                      ) SS.:
COUNTY OF NEW YORK    )

**AFFIDAVIT OF SERVICE**

       I, Rebecca Blake Chaikin, being duly sworn say:

       1. I am not a party to this action, am over 18 years of age, and am employed by Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036.

       2. On June 19, 2009, I caused a true and correct copy of the **Objection of The Official Committee of Unsecured Creditors to the Motion to Appoint an Official Retiree Committee Pursuant To 11 U.S.C. §1114(d)**, dated June 19, 2009 [Docket No. 2032], in the above-captioned matter to be served by Federal Express upon the addresses set forth in the attached **Service List A**.

1

KL2 2610037.1

      3. On June 19, 2009, I caused a true and correct copy of the **Objection of the Official Committee of Unsecured Creditors to the Motion of the Unofficial Committee of Family & Dissident GM Bondholders for an Order Directing the United States Trustee to Appoint an Official Committee of Family and Dissident GM Bondholders**, dated June 19, 2009 [Docket No. 2042], in the above-captioned matter to be served by Federal Express upon the addresses set forth in the attached **Service List B**.

      /s/  Rebecca Chaikin  
      Rebecca Blake Chaikin

Sworn to before me this  
21st day of June, 2009

/s/ Michael Makinde        Michael Makinde  
Michael Makinde        Notary Public, State of New York  
Notary Public        No. 1MA6192562  
       Qualified in New York County  
       Commission Expires September 2, 2012

## Service List A

General Motors Corporation
Cadillac Building
3009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114

Debtors
c/o General Motors Corporation,
Attn: Lawrence S. Buonomo
300 Renaissance Center
Detroit, Michigan 48265

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Diana G. Adams
Brian S. Masumoto
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Matthew Feldman
U.S. Treasury
1500 Pennsylvania Ave. NW
Room 2312
Washington, DC 20220

David S. Jones
Matthew L. Schwartz
United States Attorney's Office, S.D.N.Y.
86 Chambers Street
Third Floor
New York, New York 10007

Neil A. Goteiner
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

John J. Rapisardi
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

Michael J. Edelman
Michael L. Schein
Vedder Price, PC
1633 Broadway, 47th Floor
New York, New York 10019

Daniel W. Sherrick
UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

James L. Bromley
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

Babette Ceccotti
Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, New York 10036

3

## Service List B

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>3009 Van Dyke Avenue<br>Warren, MI 48090-9025<br>Attn: Warren Command Center<br>Mailcode 480-206-114 | John J. Rapisardi<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281 |
| Debtors<br>c/o General Motors Corporation,<br>Attn: Lawrence S. Buonomo<br>300 Renaissance Center<br>Detroit, Michigan 48265 | Michael J. Edelman<br>Michael L. Schein<br>Vedder Price, PC<br>1633 Broadway, 47th Floor<br>New York, New York 10019 |
| Harvey R. Miller<br>Stephen Karotkin<br>Joseph H. Smolinsky<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Richard S. Toder<br>Andrew D. Gottfried<br>Morgan, Lewis & Bocius, LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Diana G. Adams<br>Brian S. Masumoto<br>Office of the United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 | Roger Frankel<br>Orrick, Herrington & Sutcliffe LLP<br>Columbia Center<br>1152 15th Street, NW<br>Washington, DC 20005<br>Phone: (202) 339-8513 |
| Matthew Feldman<br>U.S. Treasury<br>1500 Pennsylvania Ave. NW<br>Room 2312<br>Washington, DC 20220 | Peter V. Pantaleo<br>David J. Mack<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 |
| David S. Jones<br>Matthew L. Schwartz<br>United States Attorney's Office, S.D.N.Y.<br>86 Chambers Street<br>Third Floor<br>New York, New York 10007 | Edward J. Feinstein<br>Ellen M. Doyle<br>Stember Feinstein Doyle and Payne LLC<br>429 Forbes Avenue<br>Allegheny Building. 17th Floor<br>Pittsburgh, PA 15219 |
| Michael P. Richman<br>Mark A. Salzberg<br>James Chadwick<br>Melissa Iachan<br>1185 Avenue of the Americas, 30th Floor<br>New York, NY 10036 | Department of Labor<br>Attn: Deputy Solicitor of Labor<br>200 Constitution Avenue NW<br>Washington, DC 20201 |

KL2 2610037.1