June 15, 2009

TO:        Clerk of the Bankruptcy Court
            One Bowling Green, Room 621
            New York, New York 10004.

FROM:    Ted Tatro, GM Retiree
            19720 Squirrel Court
            Volcano, CA 95689

RE:        Chapter 11 Case No. 09-50026 (REG)



RESPONSE AND/OR OBJECTION

1. **NOTIFICATION TIME LINE**
It would seem to me that we SHOULD have been informed along before now concerning the canceling of our Dental/Vision Benefits. You started working on this in December 2008 and NOT letting us know until now does not allow us much time to acquire a plan by July 1, 2009 when some plans require a waiting period.

2. **OTHER OPTIONS**
It would have been nice to allow us options, i.e. – You could have offered canceling our Health Benefits and retaining the Dental and Vision Benefits. I do NOT need the Health Benefits and need Dental Benefits as I have Military Health for Life! This would have saved approximately $6,816.00 being paid for Health Care for my wife and myself as compared to $576.00 for Dental and $200.00 for Vision. This would have been a vast savings for GM Benefits and I feel sure that there are others with the same options. It would seem that this whole Benefits Package and the costs have NOT been FULLY thought out and that we as retirees should have had the opportunity and select what would have worked for over the years.

3. **MEDICARE PART B SPECIAL BENEFITS**
Taking this away to those of us who retired after October 1979 is **age discrimination!** When my retirement is NOT large anyway – these cuts are going to HURT. **There are other ways of solving problems without hurting the retirees!**

**In GOOD FAITH – I am requesting an answer to this letter from you as soon as possible.**
Thank you,

*Ted Tatro* /s
Ted Tatro
19720 Squirrel Court
Volcano, Ca 95689

**NOTE – This is being mailed on June 16th, 2009 and WILL reach you by the deadline of June 19th, 2009!**