June 14, 2009



Clerk, Bankruptcy Court
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re: United States Bankruptcy Court and General Motors Corp., et al., Chapter 11 Case # 09-50026 (REG)

To Whom It May Concern:

I have notices dealing with the previously mentioned Bankruptcy case. For me, they are very hard to read but I do believe that I am to contact you about my opposition to the sale and purchase agreement, dated June 2, 2009.

This settlement gives monies to the UAW's VEBA retirement fund and a priority position for the fund holding preferred, and common stocks, as well as stock warrants, but it gives nothing to those of us who have invested in General Motors for many years and are not UAW retirees. It essentially takes equity from current stockholders, like my husband and I, and gives it to UAW retirees. My husband is a salaried retiree of General Motors. I also worked for General Motors for approximately 4 years until they sold their share of GMF (GMFanuc) to FANUC Robotics of Japan; after which I worked 10 additional years until my retirement.

We were lower middle class Americans who had believed in the idea that all Americans had the right to work hard, and as a result, we could achieve the American Dream of an enjoyable retirement. The Government is stealing money from us with this plan; General Motors has cancelled our health care, vision, and dental benefits; My husband's pension may be next to go; The cost of everything increases daily; The Legislature is talking of dropping the cost of living allowance on Social Security each year for the first time in 35 years, so no increase in 2010; The amount of Social Security we receive may be decreased as more retire; Taxes on everything we know and items we are not aware of presently are slated to increase. We now pay for our own drugs, medical, dental, and vision plans. We find the draw on our limited income to be overwhelming. Our savings are decreasing.

I feel that current common and preferred stockholders and current bondholders (Who for approx 150 years have been the first to receive monies during a bankruptcy through the law of our land.) should be given the priority position over UAW retirees.

I worked for 25 years to educate rural youth in Michigan in Algebra, Chemistry, Physics, and other science and math courses and send more of them to colleges for their educational advancements. After losing half of my Teacher's annuities twice (1- American Bankers and 2- Mutual Benefit Life) and the pull backs in the stock market in the 70's and 90's, I wanted some safer place to put some money in 2004. I purchased 100 shares of GM bonds and 100 shares of GMAC bonds which both my banker and my broker assured me would be safe. If the court cancels all my equity in GM after 44 years of the work I have expended to try to get ahead and have a good retirement, I will be out an additional $25,000 that I can't afford to lose from my retirement savings.

We have worked for the company. We have purchased their products exclusively and often. Since the mid-70's, the concessions between management and the UAW caused this mess. Why are they to receive benefits rather than the non-UAW bond and stockholders who stuck by the company? This is my objection and non-consent to the sale of General Motors according to the plan before the Bankruptcy Court.

Sincerely,

Cecilia Faw
Cecilia Faw
Shareholder and Bondholder