1010 West Mansur
Guthrie, Ok. 73044

June 16, 2009



United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green, Room 621
New York, N.Y. 10004

Reference: General Motors Corporation
Chapter 11 Case No. 09-50026 (REG)

To Whom It May Concern:

Please accept this letter as my objection to the Chapter 11 Case No.

09-50026 (REG) filing in it's entirety.

Respectfully submitted,

Maureen Miles
Spouse of deceased General Motors employee John Miles

*Maureen L. Miles*