John J Stangel
410 Barrett Hill Road
Mahopac, New York 10541
Tele: (845) 628-6116
June 16, 2009

United States Bankruptcy Court
One Bowling Green
New York, New York 10004
Attn: Vito Genna, Court Clerk

Re: General Motors Corp, et al, Debtors
    Chapter 11 Case No 09-50026 (REG)

Dear sir:

I currently own the following General Motors securities:

| CUSIP/ISIN | Title of Notes | Par Value |
|---|---|---|
| 370442AR6 | 7.40% Debentures due September 1, 2025 | $ 16,000 |
| 370442717 | 6.25% Series C Convertible Senior Debentures due July 15, 2033 | 19,325 |
| | | 35,325 |

These securities are contained in IRA and SEP accounts and generate $2,392 annually of my current retirement income.

I vehemently object to the US Treasury-sponsored Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC (MPA) as outlined in the Notice of Sale Hearing dated June 2, 2009. The MPA plan inadequately satisfies the interests of General Motors bond holders like myself.

Sincerely,

John J Stangel

cc:
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R Miller, Esq, et al

Cleary, Gottlieb, Steen, & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Attn: James L Browley, Esq

Vedder Price, PC
1633 Broadway, 47th Floor
New York, New York 10019
Attn: Michael J Edelman, Esq
  and Michael L Shein, Esq

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J Rapisardi, Esq

Cohen, Weiss & Simon LLP
330 West 42nd Street
New York, New York 10036
Attn: Babette Ceccotti, Esq

Office of the US Trustee, SDNY
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Diana G Adams, Esq

US Attorney's Office, SDNY
86 Chambers Street, Third Floor
New York, New York 10007
Attn: David S Jones, Esq, et al