June 11, 2009

Vito Genna, Clerk of the Bankruptcy Court
United States Bankruptcy Court
One Bowling Green, New York, NY 10004

Dear Sir,

In reference to the notice sent to GM Corp. creditors of June 1, 2009, your notice does not advise the creditors, such as myself, of any rights to collect debts that General Motors Corp. lawfully owes us. It is patently unfair, if not unlawful, to assign the assets of General Motors, to any of the outstanding creditors, before a hearing before the court. There has been enough information, given to the public, to suggest that the portioning of GM assets has already been assigned according to political objectives. I object to such settlement of GM debt and I hereby give the court notice that I, as a debtor, retain the right to sue GM Corp. or any of its parts for the collection of any assets that GM Corp. may have. The court has not sought my demands regarding the payment of GM debt to me. Therefore any decision of the court to partition GM assets among creditors without effort to determine creditors demands is unfair.

Sincerely,

*Fredric A. Godshall*

Dr. Fredric A. Godshall
314 Armstrong Dr.
Georgetown, TX 78633

JUN 17 2009