June 13, 2009

Honorable Robert E. Gerber
United States Bankruptcy Court, Courtroom 621
One Bowling Green
New York, NY 10004-1408

Reference case # 09-50026, General Motors Corp.

Dear Judge Gerber:

As a retired General Motors hourly employee, member of IUE/CWA 717, I strongly object to the General Motors restructuring under Chapter 11 of General Motors (not limited to the sale of substantially all of Debtors' assets pursuant to master sale and purchase agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury sponsored purchase) until pensions and other benefits (health care, life insurance, etc) are defined for all retirees, not just UAW retirees.

I retired with General Motors at it's division Packard Electric Division located in Warren, Ohio. I was an hourly worker & a member of the IUE/CWA 717 local. I have received no communication related to the impact of the General Motors bankruptcy from the company or the Union. The only communication I received was from the United States Bankruptcy Court, Southern District of New York. There are more than 41,000 retirees represented by the IUE/CWA.

I object to GM's proposed Section 363 sale that would strip GM of the resources needed to pay the health care and other benefits promised IUE-CWA retirees. It is estimatee our claim against GM will top $5 billion, the vast majority of which are the benefits owed to retirees.

GM is violating bankruptcy code with disparate treatment of groups of retirees who have the same promised benefits, noting that under Section 1114 the company must show that any proposed reduction is fair and equitable when compared to how similar groups are dealt with.

GM is "not only unfair, but cruel," for protecting lifetime health and life insurance benefits for retirees similarly situated under the United Auto Workers while leaving 41,000 IUE-CWA retirees and another 6,500 retirees represented by other unions with unsecured creditor claims against a company that will have no assets, if the planned sale goes through.

This plan clearly discriminates against the hourly workers not covered under a UAW contract. I do not understand why our U.S. Governement, specifically the U.S. Treasury and the Obama administration, would support such discriminatory action.

I ask the court to not accept GM's plan until there is a restructuring plan that is equitable to the "Non-UAW" and UAW retirees, I believe that is the responsibility of the court.

Best Regards,

Josephine Peterson
by Elaine Hopkins

Josephine Peterson
1869 Beechwood N.E.
Warren, Ohio 44483
phone - 330-372-6270

Cc: Attorneys for Debtors; Attorneys for Purchaser; Office of U.S Trustee; U.S. Attorney's Office