UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
**GENERAL MOTORS CORP.,** *et al.,*                               :    09-50026 (REG)
                                                                  :
**Debtors.**                                                      :    (Jointly Administered)
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I do hereby certify that I caused to be served a true copy of the *Limited Objection and Reservation of Rights of The Bank of New York Mellon to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* to be served electronically on those parties requesting electronic service via the Court's ECF system and on the parties listed below via U.S. messenger or federal express:

General Motors Corporation
Cadillac Bldg
30009 Van Dyke Ave.
Warren, MI 48090
Attn:  Warren Comman Center,
       Mailcode 480-206-114)

United States Trustee
33 Whitehall St., 21st Floor
New York, NY 10004
Attn: Diana Adams, Esq.

Stephen Karotkin
Harvey R. Miller
Joseph H. Smolinsky
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153

U.S. Treasury
1500 Pennsylvania Ave NW
Room 2312
Washington DC 20220
Attn: Matthew Feldman, Esq.

Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: John Rapisardi, Esq.

Vedder Price PC
1633 Broadway 47th Fl
New York, NY 10019
Michael J. Edelman
Michael Schein

Dated: June 19, 2009

Respectfully submitted,

EMMET, MARVIN & MARTIN, LLP

By: */s/ Edward P. Zujkowski, Esq.*
Edward P. Zujkowski, Esq.
Counsel for The Bank of New York Mellon
120 Broadway
New York, NY  10271
Tel:  (212) 238-3000
Fax:  (212) 238-3100
Ezujkowski@emmetmarvin.com