**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X

In re

**GENERAL MOTORS CORP., et al,**

Debtors.

------------------------------------------------------X

Chapter 11  Case No.

09-50026 (REG)

(Jointly Administered)


**AFFIDAVIT AND OBJECTION TO NOTICE OF SALE HEARING TO SELL SUBSTANTIALLY ALL OF DEBTOR'S ASSETS PURSUANT TO MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITON HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER**


I, Sherri Barkan, am the respondent herein and I make this statement based on the facts and circumstances known to me. I hereby object to the above captioned sale of Debtor's assets. I am the holder of approximately $83,000.00 (face value) of General Motors Bonds, which I purchased as part of my retirement plan. I am 70 years old and have no income other than social security and nominal interest from other investments – which is what I currently use to pay my bills and live off of. When I purchased the General Motors Bonds, I did so with the intent to have a fixed interest payment and have budgeted my cost of living based on such. If the above sale of assets is permitted, I am told that I will receive stock in the new company, which is not an acceptable substitution. I am a senior citizen and I need incoming funds now, I cannot wait for returns which may never come. I respectfully request that the Motion for the SALE OF SUBSTANTIALLY All OF DEBTOR'S ASSETS PURSUANT TO MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITON HOLDINGS LLC, be denied in its entirety.

Dated:    ~~Suffolk County,~~ New York [handwritten: New York]
June 11, 2009

SHERRI BARKAN

645 BALFOUR PLACE
MELVILLE, NEW YORK 11747
(631) 367-7628

## VERIFICATION

STATE OF NEW YORK, COUNTY OF SUFFOLK

SHERRI BARKAN, being duly sworn, says:

I am a Respondent, in the action herein: I have read the annexed

AFFIDAVIT AND OBJECTION TO NOTICE OF SALE HEARING TO SELL SUBSTANTIALLY ALL OF DEBTOR'S ASSETS PURSUATN OT MASTER SALE AND PURCHSE AGREEMETN WITH VEEHICLE ACQUISITION HOLDINGS LLC, A U.S. TRESURY-SPONSORED PURCHASER

And know the contents thereof, and the same are true to my knowledge. My belief as to those matters therein is based upon facts, records and other pertinent information contained in my personal files.

Dated: New York ~~Suffolk County~~, NY

_____
SHERRI BARKAN

Sworn to before me this
15 day of June, 2009

_____

YVONNE V. GLENN
NOTARY PUBLIC STATE OF NEW YORK
No. 01GL6104026
Qualified in New York County
Commission Expires January 12, 20__

(Rev. 2/5/98) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1]<br>NAME OF SERVER (PRINT): Melissa Rurkan | Date: June 16, 2009<br>Title: |
|---|---|

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE**

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify) By certified mail to US Attorney's Office S.D.N.Y., 86 Chambers Street, 3rd Floor, NY, NY 10007 (Attn: David S. Jones)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 16, 2009
Date

Signature of Server

Address of Server: 348 12th St. 1R, Brooklyn NY 11215

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(Rev. 2/5/98) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me:
**NAME OF SERVER (PRINT):** Melissa Burkan

**Date:** June 16, 2009

**Title:**

## CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Office of the United States Trustee for the Southern District of New York, Attn: Diana G. Adams, 33 Whitehall Street, 21st Floor, NY NY 10004.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **June 16, 2009**
Date

Signature of Server: _[signed]_

Address of Server: 348 12th St. 1R, Brooklyn NY 11215

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(Rev. 2/5/98) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1]<br>Melissa Rurkan<br>NAME OF SERVER (PRINT) | Date June 16, 2009<br>Title |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE**

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify) By certified mail to Cleary Gottlieb Steen & Hamilton LLP, at One Liberty Plaza, NY NY 10006 (Attn. James L. Bromely)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | DECLARATION OF SERVER | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 16, 2009
Date

Signature of Server

348 12th Street 1R,
Address of Server
Brooklyn NY 11215

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(Rev. 2/5/98) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1]<br>NAME OF SERVER (PRINT) Melissa Burkan | Date June 16, 2009<br>Title |
|---|---|

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE**

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify) By Certified Mail to Cadwalader, Wickersham & Taft LLP One World Financial Center, NY NY 10281 (Attn: John J. Rapisardi)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 16, 2009
Date

Signature of Server

Address of Server: 348 12th Street 1R, Brooklyn NY 11215

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(Rev. 2/5/98) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] Melissa Burkan  NAME OF SERVER (PRINT) | Date June 16, 2009  Title |
|---|---|

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE**

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify) Certified Mail to Vedder Price P.C., 1633 Broadway, 47th Floor NY NY 10019 (Attn: Michael J. Edelman)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 16, 2009
Date

Signature of Server

348 12th Street 1R Brooklyn NY 11215
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(Rev. 2/5/98) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1]<br>**NAME OF SERVER (PRINT)** Melissa Burkan | Date June 16, 2009<br>Title |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE**

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify) By certified mail to Cohen, Weiss and Simon L.L.P., 330 W. 42nd Street, NY NY 10036 (Attn: Babette Cecotti,)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 16, 2009
    Date

Signature of Server

348 12th Street, Brooklyn NY 11215
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(Rev. 2/5/98) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] Melissa Burkan | Date June 16, 2009 |
|---|---|
| NAME OF SERVER (PRINT) | Title |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE**

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify) Sent by certified mail to Weil, Gotshal & Manges LLP, 767 Fifth Avenue, NY, NY 10153 (Attn: Harvey K. Miller Esq.)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 16, 2009
Date

Signature of Server

348 12th Street 1R Brooklyn NY 11215
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.