UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: GENERAL MOTORS CORP., et al.            Chapter 11
       Debtor                                  Case # 09-50026(REG)

---

### CREDITOR WASSENAAR'S OBJECTION TO THE DEBTOR'S NOTICE OF SALE DATED JUNE 2, 2009

The Debtor respectfully asks this Court to note her procedural objection, as well as her substantive objection.

1. The procedural objection is based on the use of Section 363 U.S. Bankruptcy Code to bypass the safeguards built into the Chapter 11 Plan review process.

2. The substantive objection is that this creditor has not been afforded an opportunity to review the facts------------typically, the pertinent facts----------which would enable this Debtor to make an informed decision regarding approval, or disapproval, of a proposed Plan of Organization.

WHEREFORE, for procedural as well as substantive reasons the Debtor prays that this Court will enter an order withdrawing its approval of the Debtor's proposed 6/2/09 Notice Of Sale; and schedule this matter for consideration in the procedurally normal manner.

DATED this 16TH day of June, 2009.

JOHNSTON, HARRIS, GERDE & KOMAREK, P.A.
Attorneys for MARLYS A. WASSENAAR

By: _____
    JERRY W. GERDE, ESQ.
    Fla. Bar # 091787
    239 E. 4th St.
    Panama City, FL  32401
    (850)763-8421; FAX: 763-8425



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above has been furnished by fax & regular U.S. mail or electronic transmission to addressees listed on Exhibit A. attached on this 16th of June, 2009

BY: _____
JERRY W. GERDE, ESQ.

\\Library\public\1Jerry W. Gerde\Wasasenaar, Marlye\Wassenaar oBJECTION 6 16 09 nfh.wpd