*Objection*

United States Bankruptcy Court

Southern District of New York

One Bowling Green, Suite 627

New York, New York 10004-1408

**Case No. 09-50026**

Fax: 212-668-3357

The Honorable Judge Robert E. Gerber,

As a GM salaried employee for well over 27 years before the Delphi spinoff and my subsequent forced retirement, I feel I need to file an **objection** in this matter, addressing the manner in which the Delphi UAW pensions are being treated very differently than the Delphi Salaried pensions.

GM is in the process of taking back several Delphi facilities, Delphi in Rochester, NY being one of them. Delphi has never been a standalone company. Since Delphi's spinoff, GM has continued to support them financially their entire time. This amount is not an amount to be taken lightly. Over the course of ten years, GM has infused approximately $18 Billion. This raises another **objection** for me. I believe that if GM wants to take back these necessary facilities, then they should be required to take them back in their entireties. They should not be able to hand pick what they want and leave the rest. The Delphi Salaried Retirees were no less valuable than the union retirees, yet GM **chose** to take back the unions' pensions when they took back Delphi and **chose** to leave the salaried retirees to sink or swim. There is nothing "fair and equitable" or honorable in that decision.

The number of Delphi Salaried Retirees is quite insignificant in comparison to the number of GM salaried/union retirees, and taking back those pensions to where they originated from, GM, really should not be fought this aggressively. These pensions should be honored by GM equally as the UAW pensions have been and should not be terminated. The hardships and hard feelings this is causing is unnecessary.

So I am respectfully asking this court to urge the Treasury/Auto Task force to help get the Salaried Retirees Pension Plan fully funded and then require GM to take our once owned GM pensions back.

Respectfully,

Karen & David N Dsa