SIMPSON THACHER & BARTLETT LLP
Kenneth S. Ziman (KZ-2486)
425 Lexington Avenue
New York, New York 10017
Ph:     212-455-2000
Fax:    212-455-2502

*Counsel to TPI Incorporated and Certain of its Subsidiaries*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              :
                                                    :     Chapter 11
GENERAL MOTORS CORP., *et al.*,                     :
                                                    :     Case No. 09-50026 (REG)
        Debtors.                                    :     (Jointly Administered)
------------------------------------------------------------x

### WITHDRAWAL OF OBJECTION OF TPI INCORPORATED TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO

TPI Incorporated and certain of its subsidiaries (collectively, "TPI"), through their undersigned counsel, hereby withdraw their submitted limited objection dated June 16, 2009 [Docket No. 1632] to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto, served upon TPI by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") pursuant to this Court's Order Pursuant to 11 U.S.C. §§ 105, 363, and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006 (I) Approving Procedures for Sale of Debtor's Assets Pursuant to Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline and Sale Hearing Date; (III) Establishing Assumption and Assignment Procedures; and (IV) Fixing Notice Procedures and Approving Form of Notice [Docket No. 274], based on an

agreement with the Debtors to refer any cure amount dispute that cannot be consensually resolved to binding arbitration.

        Respectfully Submitted:

        SIMPSON THACHER & BARTLETT LLP

        By: /s/_Kenneth S. Ziman_____

        Kenneth S. Ziman (KZ-2486)
        425 Lexington Avenue
        New York, New York 10017
        Ph:    212-455-2000
        Fax:   212-455-2502
        Email: kziman@stblaw.com
        *Counsel to TPI Incorporated and*
        *Certain of its Subsidiaries*

Dated:  June 22, 2009