June 19, 2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green, Suite 627
New York, New York 10004-1408
Case No. 09-50026
Fax: 212-668-3357

OBJECTION REGARDING GM BANKRUPTCY FILING

The Honorable Judge Robert E. Gerber,

As you consider the GM request for bankruptcy and the proposed reorganization, please consider the request of over 7500 new salaried retirees of the Delphi Corporation in asking that GM include assuming their pensions as well as the pensions of their UAW co-workers.
The majority of the Delphi Salaried employees have spent considerable years in the employment of General Motors before the spin-off in 1999 to Delphi. We have given the same amount of time our UAW co-workers have given to GM/Delphi – the only difference is the UAW had a contract, and salaried employees had years and years of promises from General Motors that we would have the same benefits as our UAW brothers and sisters without the benefit of a contract.

The number of Delphi Salaried Retirees is quite **insignificant** in comparison to the number of GM salaried/union retirees, and assuming responsibility for the salaried pensions would not create a significant financial hardship for General Motors. Please insist that both the Delphi salaried pensions and the UAW pensions be honored equally. It is the only honorable, fair and equitable thing to do.

In conclusion, please urge the Treasury/Auto Task Force to re-evaluate the reorganization plans of Delphi and General Motors and provide fair and equitable treatment to the UAW represented workers AND the salaried retirees by funding BOTH retirement plans.

Respectfully submitted,

Lydia D. Neyland
20 Bellmawr Dr.
Rochester, New York 14624
585-889-4081 (home)
585-978-0817 (cell)

*[signature: Lydia D. Neyland]*