Thursday, June 18, 2009

Honorable Robert E. Gerber
United States Bankruptcy Judge, Courtroom 621
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, New York, New York 10004-1408

Linda Lou Ridenour
33628 Brand Street
Lake Elsinore, CA 92530

Dear Sir:

As an owner of a $100,000 GM bond I am frustrated and I am receiving no help from Wells Fargo Financial Department. My name is Linda Lou Ridenour and I am 66 years old. My husband Martin Eugene Ridenour is 71. We are retired and were counting on the interest from this bond for our living expenses. We did everything right. We read, studied and put a little amount of money away each month. As we got older we invested in stock. As we continued to age we were shown a pie chart showing we should have more bonds than stock. On the suggestion of our Wells Fargo Financial Advisor we bought these bonds. At the time I asked if we could lose our money if GM went bankrupt. I was told they had to pay us back. Now the newspaper implies we have lost this money. I would like to object to the sale if it means that I will lose this much needed money.

Sincerely,

*Linda Lou Ridenour*

Linda Lou Ridenour