ORRICK, HERRINGTON & SUTCLIFFE LLP
Robert M. Isackson
666 Fifth Avenue
New York, NY 10103-0002
Telephone: (212) 509-5000

ORRICK, HERRINGTON & SUTCLIFFE LLP
Jenna S. Clemens (Admitted *Pro Hac Vice*)
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700

Attorneys for Finmeccanica SpA and Ansaldo Ricerche SpA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **GENERAL MOTORS CORPORATION,** *et al.,* | **Case No. 09-50026 (REG)** |
| **Debtors.** | **(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

I, Christine J. Flores, hereby certify that on June 19, 2009, I caused copies of the following documents to be served upon the parties below via facsimile, except as otherwise noted:

Limited Objection of Finmeccanica SpA and Ansaldo Ricerche SpA to the Debtor's Proposed 363 Sale Order

                                         */s/ Christine J. Flores*
                                         CHRISTINE J. FLORES

| The Debtors: | Counsel to the Debtors: |
|---|---|
| c/o General Motors Corporation | Weil, Gotshal & Manges LLP |
| Cadillac Building | 767 Fifth Avenue |

1

OHS West:260681084.1

| | |
|---|---|
| 30009 Van Dyke Avenue<br>Warren, MI  48090<br>Attn:   Warren Command Center<br>             Mailcode 480-206-114<br>Facsimile:  (248) 312-7191 | New York, NY  10153<br>Attn:   Harvey Miller, Esq.<br>             Stephen Karotkin, Esq.<br>             Joseph Smolinsky, Esq.<br>Facsimile:  (212) 310-8007 |
| U.S. Treasury<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, DC  20220<br>Attn:   Matthew Feldman, Esq.<br>Facsimile:  (202) 622-6415 | Attorneys for the Purchaser:<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281<br>Attn:   John J. Rapisardi, Esq.<br>Facsimile:  (212) 504-6666 |
| Attorneys for Export Development Canada:<br>Vedder Price, P.C.<br>1633 Broadway<br>New York, NY  10019<br>Attn:   Michael J. Edelman, Esq.<br>             Michael L. Schein, Esq.<br>Facsimile:  (212) 407-7799 | Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004<br>Attn:   Diana G. Adams, Esq.<br>             Andrew D. Velez-Rivera, Esq.<br>             Brian Shoichi Masumoto, Esq.<br>Facsimile:  (212) 668-2256 |
| Attorneys for Creditors Committee:<br>Kramer, Levin, Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036<br>Attn:   Gordon Z. Novod, Esq.<br>Facsimile:  (212) 715-8182 | |

OHS West:260681084.1