ELIAS GROUP, LLP
Dan Elias (DE4175)
411 Theodore Fremd Avenue, Suite 102
Rye, New York 10580
Tel: 914-925-0000
delias@eliasgroup.com
Counsel for Severn Trent Del. Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re

GENERAL MOTORS CORP., et al.,              Case No. 09-50026(REG)
                                           (Jointly Administered)

                            Debtors.       Chapter 11
--------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF SEVERN TRENT DEL INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE COSTS RELATED THERETO

Pursuant to the attached Stipulation, Severn Trent Del. Inc. and certain of its affiliates and subsidiaries (collectively, "Severn Trent"), through their undersigned counsel, hereby withdraws the limited objection (the "Objection") to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto (the "Notice of Intent"), served upon Severn Trent by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed on June 12, 2009.

Severn Trent and the Debtors have agreed to resolve the dispute relating to the Cure Amount described in the Objection in accordance with the Cure Dispute Resolution Procedures previously approved by the Court.

Respectfully Submitted:

Dated: June 22, 2009                                   _/s/ Dan Elias_____
                                                      Dan Elias (DE4175)


                                          By:    ELIAS GROUP, LLP
                                                 411 Theodore Fremd Avenue,
                                                 Suite 102
                                                 Rye, New York 10580
                                                 Tel: 914-925-0000
                                                 delias@eliasgroup.com
                                                 Counsel for Severn Trent Del. Inc.

**From:** Lois Goldsmith
**Sent:** Friday, June 19, 2009 11:13 AM
**To:** 'Yourchock, Kimberly A.'
**Cc:** Dan Elias
**Subject:** RE: Severn Trent Del - Withdrawal of Cure Objection
Kim,

We have reviewed the proposed language to memorialize the understanding between General Motors Corporation and Severn Trent Del. Inc. and find it acceptable. It is my understanding from my conversation with you this morning that this informal stipulation is acceptable under the terms of the Bankruptcy Court order and will serve to document the terms of the arrangement. It is also my understanding that Severn Trent Del. Inc. is to file a Notice of Withdrawal with the Bankruptcy Court with a copy of the informal stipulation attached.

If you require any additional information, please feel free to contact me.

Thanks,

Lois

Lois Goldsmith
Associate Attorney
Elias Group LLP
411 Theodore Fremd Avenue, Suite 102
Rye, New York 10580
Phone:  914/925-0000
Fax:  914/925-9344
www.eliasgroup.com
Email: Lgoldsmith@eliasgroup.com

---

**From:** Yourchock, Kimberly A. [mailto:KYourchock@honigman.com]
**Sent:** Thursday, June 18, 2009 12:30 PM
**To:** Lois Goldsmith
**Subject:** Severn Trent Del - Withdrawal of Cure Objection

Lois:

Thank you for consulting with your client and getting back to me so quickly.  You stated on the phone this morning that Severn Trent Del would like to opt-in to the Cure Dispute Resolution Process and is also willing to withdraw their formal objection, subject to an agreeable informal stipulation providing that all of Severn's rights are reserved with respect to the cure amount.

GM proposes the following language to memorialize the arrangement:

The purpose of this e-mail is to confirm the following understanding between General Motors Corporation and Severn Trent Del Inc.("Contract Counterparty") in respect of Counterparty's Limited Objection of Severn Trent Del Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto, filed on June 11, 2009 (the "Objection"). Counterparty agrees that its Objection relates to the Cure Amount only and that the resolution of such Cure Amount dispute shall be governed by the Cure Dispute Resolution Protocol, a copy of which is attached to this e-mail. Counterparty will withdraw its objection with prejudice, subject to the parties' agreement that each party's rights, claims and interests regarding the Cure Amount are reserved. Counterparty agrees that no other objections will be filed with respect to the assumption and assignment of its executory contracts with GM to Purchaser on the Closing Date.

Please review the above language and if it is acceptable, please confirm the same via return e-mail.  Please do not hesitate to contact me if you have any questions or concerns.

Thanks,

Kim

---

### HONIGMAN

**Kimberly A. Yourchock**
Associate
Honigman Miller Schwartz and Cohn LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI  48226-3506
Office:  (313) 465-7670
Mobile:  (248) 506-9458
Fax:     (313) 465-7671
kyourchock@honigman.com
www.honigman.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRS Circular 230 Disclosure:  To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding tax-related penalties or (ii) promoting, marketing or recommending to another person any transaction or matter addressed in this communication.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Confidential: This electronic message and all contents contain information from the law firm of Honigman Miller Schwartz and Cohn LLP which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately (313.465.7000) and destroy the original message and all copies.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*