HAYNES AND BOONE, LLP
1221 Avenue of the Americas, 26th Floor
New York, New York 10020
Telephone: (212) 918-8983
Facsimile:  (212) 884-8221
Matthew E. Russell (NY Bar #4475935)
Jonathan Hook (NY Bar #4187449)

-and-

One Houston Center
1221 McKinney, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile:  (713) 547-2600
Charles A. Beckham, Jr.
Brooks Hamilton

*Attorneys for Parties Listed on Exhibit "A"*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
                                                                      :
In re:                                                                :    Chapter 11
                                                                      :
GENERAL MOTORS CORPORATION, *et al.*,                                 :    Case No. 09-50026 (REG)
                                                                      :
                        Debtors.                                      :    (Jointly Administered)
----------------------------------------------------------------------x

**VERIFIED STATEMENT OF HAYNES AND BOONE, LLP PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Haynes and Boone, LLP submits the following Verified Statement Pursuant to Federal Rule of Bankruptcy Procedure 2019 (the "Verified Statement"):

1.  Haynes and Boone, LLP ("Haynes and Boone") represents each of the creditors listed on **Exhibit A** attached hereto (the "Clients") in the above-styled, jointly administered bankruptcy cases (the "Bankruptcy Cases").

2.  Haynes and Boone does not own, nor has it ever owned (i) any equity securities of the Debtors, or (ii) an interest in a claim against the Debtors.

09-50026-mg    Doc 2130    Filed 06/22/09    Entered 06/22/09 12:28:31    Main Document
            Pg 2 of 4

3. Haynes and Boone was retained by each of the Clients either prior to the filing of the Bankruptcy Cases or at the onset of the Bankruptcy Cases. No conflict of interest currently exists in such representations and each Client has consented to Haynes and Boone's role as counsel for each of the other Clients.

4. Haynes and Boone has fully advised each of its clients with respect to these concurrent representations. Each of the clients has agreed to such representations and has requested that Haynes and Boone represent them in these Bankruptcy Cases.

5. The nature and amount of the claims of each of the Clients is delineated in the chart attached hereto as **Exhibit A**.

6. Haynes and Boone reserves the right to supplement this Verified Statement as necessary.

Dated: June 22, 2009
      New York, New York

                HAYNES AND BOONE LLP

          By:      /s/ Matthew E. Russell
             Matthew E. Russell (NY Bar #4475935)
             Jonathan Hook (NY Bar #4187449)
             1221 Avenue of the Americas, 26th Floor
             New York NY 10020-1007
             Telephone No.: (212) 918-8939
             Facsimile No.: (212) 884-8221

             - and –

             Charles A. Beckham, Jr.
             Brooks Hamilton
             One Houston Center
             1221 McKinney, Suite 2100
             Houston, Texas 77010
             Telephone: (713) 547-2000
             Facsimile: (713) 547-2600

*Attorneys for the Parties Listed on Exhibit "A"*

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing *Verified Statement of Haynes and Boone, LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019* was served on the attached service list, with a hard-copy to chambers via hand courier, on June 22, 2009.

                                                          /s/ Matthew E. Russell
                                                       Matthew E. Russell

**SERVICE LIST**

1. General Motors Corporation
   Cadillac Building
   30009 Van Dyke Avenue
   Warren, Michigan 48090-9025
   Attn: Warren Command Center, Mailcode 480-206-114

2. Weil, Gotshal & Manges LLP,
   Attorneys for Debtors
   767 Fifth Avenue
   New York, NY 10153
   Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., Joseph H. Smolinsky, Esq.

3. The U.S. Treasury
   1500 Pennsylvania Avenue NW
   Room 2312
   Washington, D.C. 20220
   Attn: Matthew Feldman, Esq.

4. Cadwalader, Wickersham & Taft LLP,
   Attorneys for the Purchaser
   One World Financial Center
   New York, NY 10281
   Attn: John J. Rapisardi, Esq.

5. Kramer Levin Naftalis & Frankel LLP
   Counsel for the Unsecured Creditors' Committee
   1177 Avenue of the Americas
   New York, NY 10036
   Attn: Gordon Z. Novod

6. Vedder Price, P.C.
   Attorneys for Export Development Canada
   1633 Broadway, 47th Floor
   New York, NY 10019
   Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.

7. The Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street, 21st Floor
   New York, NY 10004
   Attn: Diana G. Adams, Esq.