# **EXHIBIT A**

| **Haynes and Boone Client** | **Nature and amount of claims** |
|---|---|
| Exxon Mobil Corporation<br>13501 Katy Freeway<br>Houston, TX 77079 | Exxon Mobil Corporation and its affiliates hold pre-petition claims against the Debtors of at least $10.3 million and post-petition claims of at least $7.5 million, as of the date of this filing, for petroleum products sold to the Debtors pursuant to contract and purchase order. |
| CEVA Logistics U.S., Inc., CEVA Logistics Canada, ULC, CEVA Logistics de Mexico, S.A. de C.V., CEVA Freight, LLC, EGL Eagle Global Logistics, LP, EGL, Inc., CEVA Freight Belgium N.V., and CEVA International, Inc. (collectively, "CEVA")<br>15350 Vickery Drive<br>Houston, TX 77032 | CEVA holds claims against the Debtors of at least $5 million, pursuant to several servicing and transportation agreements. CEVA has been notified that certain of its contracts are being assumed and assigned to "New GM." CEVA holds post-petition claims against the Debtors in as yet undetermined amounts. |
| Airgas, Inc.<br>259 Radnor Chester Road<br>Radnor, PA 19087 | Airgas and affiliates thereof have claims exceeding $200,000 on the Petition Date for delivery of gas products under one or more purchase orders. The claim may also include claims and interests associated with Airgas owned cylinders and equipment which it uses to deliver products to its customers. Some of the claims may be entitled to priority status under the Code. |