

**PADNOS**

SINCE 1905

# LOUIS PADNOS IRON & METAL COMPANY
### Secondary Metals and Fibres

June 18, 2009

Office of the Clerk of the Bankruptcy Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Chapter 11 Case
Case 09-50026 (REG)

June 18, 2009

To the Office of the Clerk,
Vito Genna

Louis Padnos Iron & Metal Company objects to the relief sought in the motion. The reason for our objection is that we have been unable to verify the amount that the debtor shows as being due to us. We have tried to verify the amount on record through the Contract Notices website. We have contacted, via phone as instructed, the administrator for Contract Notices and were issued an issue ID (20095230). However at this time we still have not had a response to our inquiry and issue. For this reason we have determined we should file an objection pending a satisfactory answer to our inquiry and verification that the Debtor's records accurately reflect the amount due our company.

Enclosed you will find a report detailing the amounts that were due our company as of the date of the bankruptcy filing. This amount was previously submitted to the Debtors. Please note that we are not certain that our records are in disagreement. Rather, we simply have not been able to find <u>any</u> record showing what the Debtor reports as owing to us.

Also, please note that we <u>did</u> file an agreement stating that we would continue to provide materials and services on pre-petition terms, and in fact we are doing so.

We thank-you for your attention to this matter.

Scott Wolters
On behalf of

Louis Padnos Iron & Metal Company
185 West 8th Street
Holland, Michigan 49423
616-796-7164

Enclosures

P.O. BOX 1979, HOLLAND, MICHIGAN 49422-1979 U.S.A.  616 396-6521  FAX 616 396-7789  www.padnos.com
THIS SHEET CONTAINS RECYCLED FIBRE



# APEX ANALYTIX

## FACSIMILE TRANSMITTAL SHEET

**Date:** 05/28/2009
**To:** Josh
**Company:** Louis Padnos Iron & Metal Eft
**Phone:** 800-442-3509
**Fax:** 616-396-7789

**From:** Frances Reid
**Email:** freid@apexanalytix.com
**Phone:** 336-291-1817
**Fax:** 1-336-217-0844

**Pages:** 1 ( including this page )
**RE:** Claim Number GMCP082010782L

**Urgent** ☐          **For Review** ☐          **Please Comment** ☐          **Please Reply** ☐

**Comments:** Attn: Josh Attached please find request letter for current statement of account or open a/r detailed aging schedule, for all General Motors Corporation locations and divisions. We will appreciate it, if you would please forward this information to us @ your earliest convenience. Thank you in advance for your assistance in expediting this request. Have a great day!

---

1501 Highwoods Blvd., Suite 200-A, Greensboro, NC 27410-2047          www.apexanalytix.com
                                                                      800.284.4522



Financial Shared Services

General Motors Corporation
Disbursement Services

May 28, 2009

**Request for Statement**
**Please Reply Within 10 Days of Receipt of this Letter**

Louis Padnos Iron & Metal Eft
Attn: Accounts Receivable Manager
Co
Slot 303113
Chicago, IL 60666-0973 60666-0973

Dear General Motors Company Vendor,

We have solicited the services of APEX Analytix to review our Accounts Payable operation. As part of this service, we are requesting that our vendors furnish their most recent account statement or aging schedule to APEX Analytix. **This schedule should only detail all open (outstanding) invoices and credit memos including all returns, rebates, unapplied cash, overpayments, unused deposits, and pre-payments.** Please provide information such as invoice number, invoice date, and invoice/credit amounts, for all General Motors Company locations.

When forwarding your statement, please include this letter with the completed current contact name, phone, fax and email address listed below. If there is no outstanding activity, please check the box below indicating there is no outstanding activity and return to us. If you have any other associated business names, or if your address has changed, please provide your new address in the physical address line listed below. **(Please do not send a separate cover sheet with statements. This letter will serve as your cover sheet).** Statements can be sent to us by one of the following options listed below:

| | |
|---|---|
| Faxed to the following number: | **1-336-217-0844** |
| Forwarded to the following address: | **APEX Analytix** |
| | Attn: General Motors Company Statements |
| OR | 1501 Highwoods Blvd., Ste. 200-A |
| | Greensboro, NC 27410-2047 |
| E-mailed to the following: | **freid@apexanalytix.com (Include the barcode id in the subject line)** |

☐ No Outstanding Activity
☒ Schedule Attached

| | | | |
|---|---|---|---|
| Your Name: | *Josh Dolislager* | Email Address: | *josh.dolislager@padnos.com* |
| Telephone Number: | *(616) 796-7132* | Fax Number: | *(616) 396-7789* |
| Physical Address: | *185 W. 8th Street, Holland, MI 49423* | | |

Your cooperation is greatly appreciated and will help General Motors Company serve you better. If you have any questions regarding this request, please contact Frances Reid at 336-291-1817.

Sincerely,

*Bmn.D Albee*

Brian D. Albee
Director
North America Quality Assurance Team
GM Global Financial Shared Services

RD0089019285: 0

GMCP082010782L

# GM A/R Summary for Louis Padnos Iron & Metal Co.

| Account | # of Invoices | Amount Due |
|---|---|---|
| GEN2400 | 22 | $ 27,716.72 |
| GEN2600 | 1 | $ 2,893.05 |
| TRE0600 | 32 | $ 72,075.27 |
| | | $ 102,685.04 |

# Aging

**Accounts Receivable Transaction Summary**

05/29/2009 10:25:11 AM

# of Trans  22

**GEN2400  GM POWERTRAIN DIVISION**

| Account Tran # | Name Type | Tran Date | Period | Due Date | Trd | Group Yard CF | Reference | Comment | Orig. Amt | Balance | Age |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4568659 | DI | 04/20/2009 | 2009/05 | 05/18/2009 | SBP | 4 | 4568659 | CSXT 708775 | 1,242.08 | 1,242.08 | 39 |
| 4569483 | DI | 04/29/2009 | 2009/05 | 05/27/2009 | SBP | 4 | 4569483 | CSXT 708422 | 1,337.43 | 1,337.43 | 30 |
| 4569889 | DI | 05/04/2009 | 2009/05 | 06/01/2009 | SBP | 4 | 4569889 | CSXT 706004 | 1,241.27 | 1,241.27 | 25 |
| 4569890 | DI | 05/04/2009 | 2009/05 | 06/01/2009 | SBP | 4 | 4569890 | CSXT 706355 | 1,288.55 | 1,288.55 | 25 |
| 4569891 | DI | 05/04/2009 | 2009/05 | 06/01/2009 | SBP | 4 | 4569891 | CSXT 705680 | 1,231.66 | 1,231.66 | 25 |
| 4570021 | DI | 05/05/2009 | 2009/05 | 06/02/2009 | SBP | 4 | 4570021 | CSXT 708248 | 1,314.20 | 1,314.20 | 24 |
| 4570024 | DI | 05/05/2009 | 2009/05 | 06/02/2009 | SBP | 4 | 4570024 | BO 350783 | 1,355.87 | 1,355.87 | 24 |

**Unposted**

| Account Tran # | Name Type | Tran Date | Period | Due Date | Trd | Group Yard CF | Reference | Comment | Orig. Amt | Balance | Age |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4570252 | SHP | 05/07/2009 | 2009/05 | | SBP | 4 | 4570252 | CSXT 705435 | 1,177.97 | 1,177.97 | 0 |
| 4570253 | SHP | 05/07/2009 | 2009/05 | | SBP | 4 | 4570253 | BO 357035 | 1,148.32 | 1,148.32 | 0 |
| 4570254 | SHP | 05/07/2009 | 2009/05 | | SBP | 4 | 4570254 | CSXT 707460 | 1,149.92 | 1,149.92 | 0 |
| 4570256 | SHP | 05/07/2009 | 2009/05 | | SBP | 4 | 4570256 | BO 356826 | 1,128.29 | 1,128.29 | 0 |
| 4570257 | SHP | 05/07/2009 | 2009/05 | | SBP | 4 | 4570257 | BO 356544 | 1,117.07 | 1,117.07 | 0 |
| 4570542 | SHP | 05/12/2009 | 2009/05 | | SBP | 4 | 4570542 | CSXT 706785 | 1,229.25 | 1,229.25 | 0 |
| 4570546 | SHP | 05/12/2009 | 2009/05 | | SBP | 4 | 4570546 | CSXT 709094 | 1,278.14 | 1,278.14 | 0 |
| 4570548 | SHP | 05/12/2009 | 2009/05 | | SBP | 4 | 4570548 | CSXT 706084 | 1,238.07 | 1,238.07 | 0 |
| 4570549 | SHP | 05/12/2009 | 2009/05 | | SBP | 4 | 4570549 | CSXT 484230 | 1,399.14 | 1,399.14 | 0 |
| 4570550 | SHP | 05/12/2009 | 2009/05 | | SBP | 4 | 4570550 | CSXT 485001 | 1,373.50 | 1,373.50 | 0 |
| 4570999 | SHP | 05/15/2009 | 2009/05 | | SBP | 4 | 4570999 | NYC 588200 | 1,353.46 | 1,353.46 | 0 |
| 4571000 | SHP | 05/15/2009 | 2009/05 | | SBP | 4 | 4571000 | CSXT 481648 | 1,263.71 | 1,263.71 | 0 |
| 4571001 | SHP | 05/15/2009 | 2009/05 | | SBP | 4 | 4571001 | BO 350310 | 1,315.00 | 1,315.00 | 0 |
| 4571002 | SHP | 05/15/2009 | 2009/05 | | SBP | 4 | 4571002 | CSXT 709046 | 1,355.06 | 1,355.06 | 0 |
| 4571003 | SHP | 05/15/2009 | 2009/05 | | SBP | 4 | 4571003 | CSXT 707099 | 1,178.77 | 1,178.77 | 0 |

**Unposted Totals: 18,705.66**

| | Unposted | 0-30 | 31-60 | 61-90 | OVER 90 | OVER 999 | Orig. Amt | Balance | Avg |
|---|---|---|---|---|---|---|---|---|---|
| Unposted | 18,705.66 | | | | | | 27,716.72 | 27,716.72 | 27 |
| Acct. Total: | 18,705.66 | 7,768.98 | 1,242.08 | 0.00 | 0.00 | 0.00 | 27,716.72 | 27,716.72 | 27 |
| Grand Total: | 18,705.66 | 7,768.98 | 1,242.08 | 0.00 | 0.00 | 0.00 | 27,716.72 | 27,716.72 | 27 |

# Aging

Accounts Receivable
Transaction Summary

05/29/2009 10:26:23 AM

# of Trans    1

| Account Name Type | Tran # | Tran Date | Period | Due Date | Trd | Yard | Reference | Comment | Orig. Amt | Balance | Age |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GEN2600 CORPORATE MATERIAL BROKERING | | | | | | | | | | | |
| 4570848 DI | 2009/05 | 05/18/2009 | 2009/05 | 06/15/2009 | SBP | CI | 4570848 | 5822 / 1885 | 2,893.05 | 2,893.05 | 11 |

**Group**
Yard: CI    3    OVER 90 / OVER 999

| | 0-30 | 31-60 | 61-90 | OVER 90 | OVER 999 | Orig. Amt | Balance | Age |
|---|---|---|---|---|---|---|---|---|
| **Acct. Total:** | 2,893.05 | 0.00 | 0.00 | 0.00 | 0.00 | 2,893.05 | 2,893.05 | Avg 11 |
| **Grand Total:** | 2,893.05 | 0.00 | 0.00 | 0.00 | 0.00 | 2,893.05 | 2,893.05 | 11 |

# Aging

Accounts Receivable
Transaction Summary

05/29/2009 10:26:03 AM

# of Trans    32

Account: TRE0600 GENERAL MOTORS

| Account Tran # | Name Type | Tran Date | Period | Due Date | Trd | Group Yard CR | Reference | Comment | Orig. Amt | Balance | Age |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4565420 | DI | 03/02/2009 | 2009/03 | 03/30/2009 | SAW | | 4565420 | | 3,750.00 | 3,750.00 | 88 |
| 4565421 | DI | 03/10/2009 | 2009/03 | 04/07/2009 | SAW | | 09-GM-9479 | | 3,750.00 | 3,750.00 | 80 |
| 4565444 | DI | 03/16/2009 | 2009/03 | 04/13/2009 | SAW | | 15380402 | | 3,750.00 | 3,750.00 | 74 |
| 4566227 | DI | 03/23/2009 | 2009/03 | 04/20/2009 | SAW | | 09-GM-9479 | | 3,750.00 | 3,750.00 | 67 |
| 4566796 | DI | 03/02/2009 | 2009/03 | 03/30/2009 | SAW | 5 | 08-GM-8762 | | 1,500.00 | 1,500.00 | 88 |
| 4566797 | DI | 03/09/2009 | 2009/03 | 04/06/2009 | SAW | 5 | 08-GM-8762 | | 1,500.00 | 1,500.00 | 81 |
| 4566798 | DI | 03/16/2009 | 2009/03 | 04/13/2009 | SAW | 5 | 08-GM-8762 | | 1,500.00 | 1,500.00 | 74 |
| 4566799 | DI | 03/23/2009 | 2009/03 | 04/20/2009 | SAW | 5 | 08-GM-8762 | | 1,500.00 | 1,500.00 | 67 |
| 4566800 | DI | 03/30/2009 | 2009/03 | 04/27/2009 | SAW | 5 | 08-GM-8762 | | 1,500.00 | 1,500.00 | 60 |
| 4567348 | DI | 03/30/2009 | 2009/04 | 04/27/2009 | SAW | | 09-GM-9479 | | 3,750.00 | 3,750.00 | 60 |
| 4567349 | DI | 04/06/2009 | 2009/04 | 05/04/2009 | SAW | | 09-GM-9479 | | 3,750.00 | 3,750.00 | 53 |
| 4566975 | DI | 04/13/2009 | 2009/04 | 05/11/2009 | SAW | | 09-GM-9479 | | 3,750.00 | 3,750.00 | 46 |
| 4566977 | DI | 04/20/2009 | 2009/04 | 05/18/2009 | SAW | | 09-GM-9479 | | 3,750.00 | 3,750.00 | 39 |
| 4566972 | DI | 04/06/2009 | 2009/04 | 05/04/2009 | SAW | 5 | 08-GM-8762 | | 1,500.00 | 1,500.00 | 53 |
| 4566973 | DI | 04/13/2009 | 2009/04 | 05/11/2009 | SAW | 5 | 08-GM-8762 | | 1,500.00 | 1,500.00 | 46 |
| 4566174 | DI | 04/20/2009 | 2009/04 | 05/18/2009 | SAW | 5 | 08-GM-8762 | | 1,500.00 | 1,500.00 | 39 |
| 4566175 | DI | 04/27/2009 | 2009/04 | 05/25/2009 | SAW | 5 | 08-GM-8762 | | 1,500.00 | 1,500.00 | 32 |
| 4566984 | DI | 04/27/2009 | 2009/05 | 05/25/2009 | SAW | | 09-GM-9479 | | 3,750.00 | 3,750.00 | 32 |
| 4566985 | DI | 05/04/2009 | 2009/05 | 06/01/2009 | SAW | | 09-GM-9479 | | 3,750.00 | 3,750.00 | 25 |
| 4571338 | DI | 05/04/2009 | 2009/05 | 06/01/2009 | SAW | 5 | 08-GM-8762 | | 1,500.00 | 1,500.00 | 25 |
| 4571339 | DI | 05/11/2009 | 2009/05 | 06/08/2009 | SAW | 5 | 08-GM-8762 | | 1,500.00 | 1,500.00 | 18 |
| 4571340 | DI | 05/18/2009 | 2009/05 | 06/15/2009 | SAW | 5 | 08-GM-8762 | | 1,500.00 | 1,500.00 | 11 |
| 4571341 | DI | 05/25/2009 | 2009/05 | 06/22/2009 | SAW | 5 | 08-GM-8762 | | 1,500.00 | 1,500.00 | 4 |
| 4571160 | DI | 05/11/2009 | 2009/05 | 06/08/2009 | SAW | | 09-GM-9479 | | 3,750.00 | 3,750.00 | 18 |
| 4571161 | DI | 05/18/2009 | 2009/05 | 06/15/2009 | SAW | | 09-GM-9479 | | 3,750.00 | 3,750.00 | 11 |
| 4571162 | DI | 05/26/2009 | 2009/05 | 06/23/2009 | SAW | | 09-GM-9479 | | 3,750.00 | 3,750.00 | 3 |
| 4571163 | DI | 05/26/2009 | 2009/05 | 06/23/2009 | SAW | | 09-GM-9479 | | 3,000.00 | 3,000.00 | 3 |

**Unposted**

| Account Tran # | Tran Date | Group Yard CR | Reference | Comment | Orig. Amt | Balance | Age |
|---|---|---|---|---|---|---|---|
| 5313635 | 05/12/2009 | 5313635 | TRK | 047.300 | 211.16 | 211.16 | 0 |
| 5313817 | 05/22/2009 | 5313817 | TRK | 035.600 | 158.93 | 158.93 | 0 |
| 5317498 | 05/26/2009 | 5317498 | TRK | 048.500 | 216.52 | 216.52 | 0 |
| 5318948 | 05/29/2009 | 5318948 | TRK | 019.300 | 86.16 | 86.16 | 0 |
| 5305843 | 05/13/2009 | 5305843 | TRK | 034.160 | 152.50 | 152.50 | 0 |

| | Orig. Amt | Balance | Avg |
|---|---|---|---|
| Unposted Totals: | 72,075.27 | 72,075.27 | |
| Unposted | 825.27 | 825.27 | |

| | 0-30 | 31-60 | 61-90 | OVER 90 | OVER 999 | Balance | Avg |
|---|---|---|---|---|---|---|---|
| Acct. Total: | 825.27 | 24,000.00 | 26,250.00 | 21,000.00 | 0.00 | 0.00 | 72,075.27 | 44 |
| Grand Total: | 825.27 | 24,000.00 | 26,250.00 | 21,000.00 | 0.00 | 0.00 | 72,075.27 | 44 |