James Miller
19634 Healy
Detroit, MI 48234

To whom it may concern,

In response to your most recent letter regarding the proposed agreement with the UAW, I would like to inform you that I object to losing the following:

- My Dental program
- My Medicare part B special benefit ($76.20 per month, totaling $914.40 per year)
- My Vision program

Losing the above benefits through the proposed UAW agreement will cause me an additional unknown out of pocket expense.

Sincerely,

*James Miller* (signature)

James Miller

JUN 19 2009