SCHAFER AND WEINER, PLLC
Ryan D. Heilman (P63952)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
248-540-3340

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re

GENERAL MOTORS CORP., et al.,

                              Debtors.

-------------------------------------------------------------x

Case No. 09-50026(REG)

(Jointly Administered)

Chapter 11

### WITHDRAWAL OF OBJECTION OF HIROTEC AMERICA, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO

Hirotec America, Inc. ("Hirotec"), hereby withdraws its objection (the "Objection" docket number 1326) to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto (the "Notice of Intent"), served upon Hirotec by the Debtors pursuant to this Court's Order Approving Procedures for Sale of Debtors' Assets Pursuant to Master Sale and Purchase Agreement With Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline and Sale Hearing Date; (III) Establishing Assumption and Assignment Procedures; and (IV) Fixing Notice Procedures and Approving Form of Notice (the "Bidding Procedures Order" docket number 88), based on representations made by the Debtors concerning the cure amounts and the Debtors' Cure Dispute Resolution Protocol.

Respectfully Submitted:

Dated: June 22, 2009

SCHAFER AND WEINER, PLLC

By: / s / Ryan D. Heilman
       Daniel J. Weiner (P32010)
       Ryan D. Heilman (P63952)
       40950 Woodward Ave., Ste. 100
       Bloomfield Hills, MI 48304
       248-540-3340
       rheilman@schaferandweiner.com
       Attorneys for Hirotec America, Inc.

{00216469}