David B. Levant, Esq.
Erin L. Eliasen, Esq.
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  (206) 624-0900
Facsimile:  (206) 386-7500

Attorneys for The Cobalt Group, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
:
In re                                                                       :          Chapter 11
:
GENERAL MOTORS CORP.,                           :          Case No. 09-50026 (REG)
:
Debtors.                                  :          (Jointly Administered)
:
------------------------------------------------------x

<u>**WITHDRAWAL OF LIMITED OBJECTION**</u>

The Cobalt Group, Inc., by and through its undersigned counsel, hereby withdraws its

limited objection to the above-captioned debtors' notice of (I) Debtors' Intent to Assume and

Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired

Leases of Nonresidential Real Property and (II) Cure Amounts Relating Thereto.

Dated: June 22, 2009
Seattle, Washington                              _____/s/ Erin L. Eliasen_____
                                                                David B. Levant, Esq. (WSBA No. 20528)
                                                                Erin L. Eliasen, Esq. (EE 6682)
                                                                STOEL RIVES LLP
                                                                600 University Street, Suite 3600
                                                                Seattle, WA 98101
                                                                Telephone: (206) 624-0900
                                                                Facsimile: (206) 386-7500

                                                                Attorneys for The Cobalt Group, Inc.