Stephen M. Gross, Esq.
McDonald Hopkins PLC
39533 Woodward Ave., Ste. 318
Bloomfield Hills, MI  48304
Phone:  248.646.5070
Fax:  248.646.5075
E-mail:  sgross@mcdonaldhopkins.com

**Counsel for Gonzalez Design Engineering,
Gonzalez Production Systems, and
Gonzalez Manufacturing Technology**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
In re                                                         :    Chapter 11
                                                              :
GENERAL MOTORS CORPORATION, *et al.*,     :    Case No. 09-50026 (REG)
                                                              :
                    Debtors.                              :    (Jointly Administered)
-------------------------------------------------------------X

# WITHRAWAL OF AMENDED LIMITED COMBINED OBJECTION OF GONZALEZ DESIGN ENGINEERING, GONZALEZ PRODUCTION SYSTEMS AND GONZALEZ MANUFACTURING TECHNOLOGY TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS,  UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE COSTS RELATED THERETO

Gonzalez Design Engineering, Gonzalez Production Systems, and Gonzalez Manufacturing Technology (collectively "Gonzalez"), through their undersigned counsel, hereby withdraw their amended limited objection (the "Objection") to the *Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto* (the "Assignment Notice"), served upon Gonzalez by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") pursuant to this Court's Bidding Procedures Order [Docket No. 274].

{1769410:}

Gonzalez makes this withdrawal of the Objection with prejudice upon and subject to the agreement with the Debtors, that each party's rights, claims and interests regarding the Cure Amount are reserved and will be resolved pursuant to the alternative dispute resolution process agreed upon by the parties and as provided in the Sale Procedures Order.

                              MCDONALD HOPKINS PLC

                              /s/ Stephen M. Gross
                              Stephen M. Gross (MI Bar Id. P35410)
                              39533 Woodward Ave., Ste. 318
                              Bloomfield Hills, Michigan 48304
                              Telephone: 248.646.5070
                              Facsimile: 248.646.5075
                              E-mail: sgross@mcdonaldhopkins.com
                              *Counsel for Gonzalez Design Engineering,*
                              *Gonzalez Production Systems, and*
                              *Gonzalez Manufacturing Technology*

Dated: June 22, 2009

{1769410:}