WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Telephone (212) 237-1000

Attorney Appearing: Leslie S. Barr (lbarr@windelsmarx.com)

*Counsel to Morgan Adhesives Company d/b/a MACtac,
Bemis Co., Inc., Progressive Stamping Company (D.E.), Inc.,
Plastic Omnium Auto Exteriors, L.L.C., Plastic Omnium Auto
Exteriores, S.A. de C.V., Burelle, S.A.,
Inoplast Composites S.A. de C.V., Western Flyer Express, Inc.
and Lloyd A. Good, Jr.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re

GENERAL MOTORS CORP., et al.,

                    Debtors.

---------------------------------------------------------x

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

### VERIFIED STATEMENT OF
### WINDELS MARX LANE & MITTENDORF, LLP,
### PURSUANT TO BANKRUPTCY RULE 2019

**TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:**

      Leslie S. Barr, being duly sworn, affirms as follows:

      1.     I am "of counsel" to the law firm of Windels Marx Lane & Mittendorf, LLP ("Windels Marx").

      2.     Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Windels Marx hereby provides notice of its representation of the creditors identified below (the "Represented Creditors") in the chapter 11 cases of General Motors Corporation, et al. (the "Debtors"):

| Creditor Name and Address | Nature of Claim or Interest | Amount of Claim or Interest |
|---|---|---|
| Morgan Adhesives Company d/b/a MACtac, and its parent company, Bemis Co., Inc. 4560 Darrow Road Stow, Ohio 44224-1898 | Trade creditor | Unknown |
| Progressive Stamping Company (D.E.), Inc. 2807 Samoset Royal Oak, Michigan 48073 | Trade creditor | Unknown |
| Plastic Omnium Auto Exteriors, L.L.C., and its affiliates, Plastic Omnium Auto Exteriores, S.A. de C.V., Burelle, S.A., and Inoplast Composites S.A. de C.V. 1050 Wilshire Drive, Suite 170 Troy, Michigan 48084 | Trade creditor | Unknown |
| Western Flyer Express, Inc. 5220 S.W. 11th Street Oklahoma City, Oklahoma 73128 | Trade creditor | Unknown |
| Lloyd A. Good, Jr. 17001 Overseas Highway Sugar Loaf Key, Florida 33042 | Bond holder | Unknown |

3.  Windels Marx holds no claims against nor does it have any interest in the Debtors, and it has not represented a committee or indenture trustee in these cases. Further, none of the Represented Creditors is a member of a committee or has served as an indenture trustee in these cases. Windels Marx provides legal services to the Represented Creditors with respect only to matters related to these bankruptcy cases.

{10515520:1}                                2

4. All of the information contained herein is intended solely to comply with Bankruptcy Rule 2019 and is not intended to be used for any other purpose. Windels Marx and each of the Represented Creditors reserve all of their rights, including the right to supplement or amend the information contained herein.

5. Windels Marx reserves the right to supplement and amend this statement pursuant to Bankruptcy Rule 2019.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
      June 22, 2009         **WINDELS MARX LANE & MITTENDORF, LLP**

                      By:   /s/ Leslie S. Barr
                           Leslie S. Barr (lbarr@windelsmarx.com)
                           156 West 56th Street
                           New York, New York 10019
                           (212) 237-1000

*Counsel to Morgan Adhesives Company d/b/a MACtac, Bemis Co., Inc., Progressive Stamping Company (D.E.), Inc., Plastic Omnium Auto Exteriors, L.L.C., Plastic Omnium Auto Exteriores, S.A. de C.V., Burelle, S.A., Inoplast Composites S.A. de C.V., Western Flyer Express, Inc. and Lloyd A. Good, Jr.*

## VERIFICATION

I hereby certify under penalty of perjury that the statements contained herein are true and correct to the best of my knowledge, information and belief.

Dated: June 22, 2009

## CERTIFICATE OF SERVICE

I hereby certify on this 22nd day of June 2009, a copy of the foregoing Verified Statement of Windels Marx Lane & Mittendorf, LLP Pursuant to Bankruptcy Rule 2019 was electronically filed through CM/ECF and served electronically on all parties accepting Notice of Electronic Filing.

/s/ Leslie S. Barr
Leslie S. Barr