LeClairRyan, a Professional Corporation
830 Third Avenue, Fifth Floor
New York, New York 10022
(212) 446-5075
(212) 430-8062 Fax
Michael E. Hastings, Esq.
Michael T. Conway, Esq.

*Counsel for Honeywell International Inc.
and certain of its affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **GENERAL MOTORS CORP., et al.,** | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

### NOTICE OF APPEARANCE PURSUANT TO
### BANKRUPTCY RULE 9010 AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE THAT the undersigned counsel hereby enters their appearance, pursuant to Bankruptcy Code § 1109(b) and Bankruptcy Rule 9010(b), on behalf of Honeywell International Inc. and certain of its affiliates (collectively, "Honeywell"), party in interest herein, and requests, pursuant to Bankruptcy Code §§ 102(1) and 342 and Bankruptcy Rules 2002, 3017(d), 4001(b)(3) and 9007, that all notices given or required to be given, and papers served or required to be served, in these jointly administered cases be given to or served upon:

> Michael E. Hastings
> LeClairRyan, A Professional Corporation
> 830 Third Avenue, 5th Floor
> New York, New York 10022
> (212) 446-5075
> (212) 430-8062 (facsimile)
> michael.hastings@leclairryan.com

Michael T. Conway
LeClairRyan, A Professional Corporation
830 Third Avenue, 5th Floor
New York, New York 10022
(212) 430-8032
(212) 430-8062 (facsimile)
michael.conway@leclairryan.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code § 1109(b), the foregoing request includes not only the notices and papers specified above, but also includes, without limitation, any orders and notices of any application, motion, petition, pleading, request, disclosure statement, plan, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, facsimile or otherwise, which affect the Debtors, property of the Debtors, or any rights or interest of creditors and parties in interest in these bankruptcy cases.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance Pursuant to Bankruptcy Rule 9010 and Request for Notices shall not be deemed or constructed to be a waiver of Honeywell's rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding arising in or related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Honeywell is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Honeywell expressly reserves.

Dated: June 22, 2009
      New York, New York

      LECLAIRRYAN, a Professional Corporation

      By: /s/ Michael E. Hastings
          Michael E. Hastings
      830 Third Avenue, 5th Floor
      New York, New York 10022
      Telephone: (212) 446-5075
      Facsimile: (212) 430-8062

      *Counsel for Honeywell International Inc.*
      *and certain of its affiliates*

## **CERTIFICATE OF SERVICE**

I hereby certify that the original of the foregoing Notice was filed with the Court via the Clerk's CM/ECF electronic filing system on June 22, 2009.

Dated: June 22, 2009
      New York, New York

      /s/ Michael E. Hastings