LeClairRyan, a Professional Corporation
830 Third Avenue, Fifth Floor
New York, New York 10022
(212) 446-5075
(212) 430-8062 Fax
Michael E. Hastings, Esq.
Michael T. Conway, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **GENERAL MOTORS CORP., et al.,** | **Case No. 09-50026 (REG)** |
| Debtors. | (Jointly Administered) |

**VERIFIED STATEMENT OF LECLAIRRYAN PURSUANT TO**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, LeClairRyan, a Professional Corporation ("LeClairRyan") hereby discloses the following:

1. *Clients:* LeClairRyan is counsel to the following parties in interest and creditors (collectively, the "LeClairRyan Clients") in the above-referenced bankruptcy cases:

    a. Honeywell International Inc., 101 Columbia Road, Morristown, New Jersey 07962, and certain of its affiliates; and

    b. Tenneco Inc., 500 North Field Drive, Lake Forest, Illinois 60045, and certain of its affiliates.

2. *Nature and amount of claim and time of acquisition:* Each of the LeClairRyan Clients is a party to agreements with the above-captioned debtors (the "Debtors") relating to the supply of goods and services to the Debtors. Further information about the claims and interests held by the LeClairRyan Clients will be set forth in their respective proofs of claims and/or administrative expense claim requests.

3. ***Pertinent facts and circumstances in connection with the employment of LeClairRyan:*** LeClairRyan has filed a notice of appearance in the case on behalf of each of the LeClairRyan Clients and is currently representing the LeClairRyan Clients in connection with their respective objections to cure amounts proposed by the Debtors in connection with the Debtors' proposed sale and assignment of executory contracts and unexpired leases. LeClairRyan holds no ownership interest in the claims described above.

4. ***Claims of LeClairRyan:*** LeClairRyan did not have, as of the time of its employment by the LeClairRyan Clients, and does not now have, any claims against or interests in the Debtors.

5. I, Michael E. Hastings, declare under penalty of perjury that I have read the foregoing statements and that they are true and correct to the best of my knowledge, information and belief.

Dated: June 22, 2009
    New York, New York

LECLAIRRYAN, a Professional Corporation

By: /s/ Michael E. Hastings
    Michael E. Hastings
830 Third Avenue, Fifth Floor
New York, New York 10022
Telephone: (212) 446-5075
Facsimile: (212) 430-8062

### CERTIFICATE OF SERVICE

I hereby certify that the original of the foregoing was filed with Court via the Clerk's CM/ECF electronic filing system on June 22, 2009.

Dated: June 22, 2009
    New York, New York

/s/ Michael E. Hastings