UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
:
In re                                            :    Chapter 11
:
GENERAL MOTORS CORPORATION,                      :
  *et al.*                                       :    Case No. 09-50026 (REG)
:
Debtors                                          :    (Jointly Administered)
:
------------------------------------------------- x

## MOTION FOR ADMISSION, *Pro Hac Vice*

I, DONA SZAK, pursuant to the provisions of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Southern District of New York, request admission *pro hac vice*, before the Honorable Robert E. Greer, to represent Rassini, S.A. de C.V., SANLUIS Rassini International, Inc., and Rassini Frenos, S.A. de C.V. (collectively "the Rassini Companies"), Creditors in this case, and would show the Court as follows:

1.     I am a partner in the firm Ajamie LLP, at its office in Houston, Texas. I certify that I am a member of the State Bar of Texas and have been licensed as a member of that Bar, and have continuously been in good standing, since my admission in 1984. I further certify that I am admitted to practice before all the Courts of the State of Texas, as well as the United States District Court for the Southern District of Texas.

Pg 2 of 3

2.  My contact information is as follows:

Dona Szak
Ajamie LLP
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
Email: dszak@ajamie.com

3.  I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission. A proposed form of order is attached.

Dated: June 17, 2009

AJAMIE LLP

By: _____
Dona Szak
State Bar No. 19597500
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699

ATTORNEYS FOR RASSINI, S.A. DE C.V.,
SANLUIS RASSINI INTERNATIONAL, INC.,
AND RASSINI FRENOS, S.A. DE C.V.

24852.1                              -2-

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- x
:
In re : Chapter 11
:
GENERAL MOTORS CORPORATION, :
et al. : Case No. 09-50026 (REG)
:
Debtors : (Jointly Administered)
:
---------------------------------------------- x

## ORDER GRANTING ADMISSION, *Pro Hac Vice*

Upon the motion of DONA SZAK, to be admitted, *pro hac vice*, to represent Rassini, S.A. de C.V., SANLUIS Rassini International, Inc., and Rassini Frenos, S.A. de C.V. (collectively "the Rassini Companies"), Creditors in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and the bar of the U.S. District Court for the Southern District of Texas, it is hereby

ORDERED, that DONA SZAK, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

24857.1