**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:   General Motors Corp., et al.,                              Case No.: 09-50026-RK

                                                                     Chapter 11

                              Debtor

---------------------------------------------------------------x

                                                                     Adversary Proceeding No.: _____

                              Plaintiff

                        v.

                              Defendant

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Don V. Ploeger, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent City of Austin d/b/a Austin Energy, a creditor in the above-referenced ☑ case ☐ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Western District of Texas.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 16, 2009
New York, New York

/s/ Don V. Ploeger
*Mailing Address*:

City of Austin Law Department
P.O. Box 96
Austin, Texas  78767

*E-mail address*: don.ploeger@ci.austin.tx.us
*Telephone number*: (512) 974-2920