Sale Approval Hearing Date: June 30, 2009 at 9:45 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
In re:                                          :    CHAPTER 11
                                                :
**GENERAL MOTORS CORP.**, *et al.*,             :    Case No. 09-50026 (REG)
                                                :
                                                :    (Jointly Administered)
                Debtors.                        :
-------------------------------------------------------------X

### JOINDER IN LIMITED OBJECTION FILED BY THE STATES OF CONNECTICUT, KENTUCKY, MARYLAND, MINNESOTA, MISSOURI, NEBRASKA, NORTH DAKOTA AND VERMONT TO DEBTORS' SALE MOTION

The States of Louisiana, Mississippi and Montana hereby join the *Limited Objection of the States of Connecticut, Kentucky, Maryland, Minnesota, Missouri, Nebraska, North Dakota and Vermont to Debtors' Sale Motion* [Doc. No. 1926].

June 22, 2009

Respectfully submitted,

| | |
|---|---|
| STEVE BULLOCK | JIM HOOD |
| MONTANA ATTORNEY GENERAL | MISSISSIPPI ATTORNEY GENERAL |
| | |
| By: */s/ Chris D. Tweeten* | By: */s/ Meredith M. Aldridge* |
| Chris D. Tweeten | Meredith M. Aldridge |
| Chief Civil Counsel | Director, Consumer Protection Division |
| P.O. Box 201401 | Post Office Box 22947 |
| Helena, MT 59620-1401 | Jackson, MS 39225 |
| P: 406-444-2026 | P: (601) 359-4230; F: (601) 359-4231 |
| E-Mail: ctweeten@mt.gov | E-mail: MALDR@ago.state.ms.us |

JAMES D. "BUDDY" CALDWELL
LOUISIANA ATTORNEY GENERAL


By: _/s/ James Trey Phillips_
James Trey Phillips
Assistant Attorney General
Public Protection Division
1885 North Third Street
Post Office Box 94005
Baton Rouge, Louisiana  70804-9005
P: 225.326.6400; Fax: 225.326.6499
E-Mail: PhillipsT@ag.state.la.us