**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**IN RE:**

**GENERAL MOTORS CORPORATION, et al.**

**CASE NO. 09-50026**

**CHAPTER 11**

**Debtors.**

---

I herby certify that on June 19, 2009, a true and correct copy of the Limited Objection to Debtor's Motion to Approve the Sale of the Purchased Assets Free and Clear of Liens in Accordance with 11 U.S.C. §363 (the "*Objection*") was served via electronic mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system which sent notification of such filing to the following:

Weil, Gotshal & Manges, LLP, attorneys for the Debtors
767 Fifth Avenue
New York, NY 10153
Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.

Attorneys for the Creditors Committee
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:  Gordon Z. Novod, Esq.

Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006
Attn:  James L. Bromley, Esq.

Cohen, Weiss and Simon, LLP
330 West 42nd Street
New York, NY 130036
Attn:  Babette Ceccoitti, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attn:   Michael J. Edelman, Esq. and Michael L. Schein, Esq.

And I hereby certify that the Objection was sent via electronic mail (john.rapisardi@cwt.com) and regular mail on the 19th day of June 2009 to:

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

And, I hereby certify that the Objection was hand delivered on the 19th day of June 2009 so as to be received before 5:00 p.m. on that date by:

The Office of the United States Trustee for the Southern District of NY
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:  Diana G. Adams, Esq.

and

The U.S. Attorney's Office for the Southern District of NY
86 Chambers Street
Third Floor
New York, NY 10007
Attn:  David S. Jones, Esq. and Matthew L. Schwartz, Esq.

  /s/ Lori L. McRobbie
Lori L. McRobbie

2