## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

In re:

GENERAL MOTORS CORP., et al.,

                      Debtors.

------------------------------------------------------x

Chapter 11 Case No.
09-50026 (REG)

(Jointly Administered)

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Rick E. Zucker, request admission, *pro hac vice*, before the Honorable Robert E.

Gerber, to represent Laclede Gas Company, a Missouri corporation and creditor in the

above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Missouri.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 12, 2009

St. Louis, Missouri

*Rick E. Zucker*

*Mailing Address:*

Laclede Gas Company
720 Olive Street, Room 1516
St. Louis, MO  63101

*E-mail address*: rzucker@lacledegas.com
*Telephone number*: (314) 342-0533



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

In re:

GENERAL MOTORS CORP., et al.,

Debtors.

------------------------------------------------------x

Chapter 11 Case No.
09-50026 (REG)

(Jointly Administered)

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Rick E. Zucker, to be admitted, *pro hac vice*, before the Honorable

Robert E. Gerber, to represent Laclede Gas Company (the "Client"), a creditor in the

above-referenced case, and upon the movant's certification that the movant is a member in good

standing of the bar in the State of Missouri, it is hereby.

**ORDERED** Rick E. Zucker, Esq., is admitted to practice, *pro hac vice*, above-referenced

case to represent the Client, in the United States Bankruptcy Court for the Southern District of

New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

_____

**UNITED STATES BANKRUPTCY JUDGE**