Objection Deadline: June 15, 2009

Rick Zucker
Assistant General Counsel
Laclede Gas Company
Tel. 314-342-0533
Fax. 314-421-1979
Attorney for Laclede Gas Company



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>General Motors Corp., et al.<br><br>Debtors. | Chapter 11<br>Case No. 09-50026 (REG)<br>(Jointly Administered) |

### OBJECTION OF LACLEDE GAS COMPANY
### TO THE CURE AMOUNTS FOR THE PROPOSED ASSUMPTION AND
### ASSIGNMENT OF ITS EXECUTORY CONTRACTS

Laclede Gas Company ("Laclede") hereby objects ("Objection") to the Cure Amounts for two executory contracts associated with two Notices of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto dated June 5, 2009 ("Notices"). Laclede objects on the basis that no cure amounts are listed for these contracts although the Debtor has outstanding pre-petition debts with Laclede under the contracts. In support of its Objection, Laclede respectfully states as follows:

**Background**

1. On June 1, 2009 ("Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. On June 1, 2009, GM also filed a motion seeking an order approving

1

bidding procedures for the sale of substantially all of the Debtors' assets, which included a procedure for the Debtors' assumption and assignment of executory contracts (Docket No. 92) ("Procedures Motion").

3. On June 2, 2009, the Court granted the Procedures Motion with respect to the sale procedures, including the procedure for assuming and assigning contracts to Vehicle Acquisition Holdings LLC ("VAH") or the ultimate purchaser of the Debtors' assets (Docket No. 274) ("Procedures Order"), which provided for sending a notice advising a contract counterparty that it was party to an Assumable Executory Contracts and the proposed Cure Amount related thereto.

4. On June 11, 2009, Laclede received the Notices dated June 5, 2009 provided for in the Procedures Order. Pursuant to the Notices, parties have ten days from the date of the Notice to object to the assumption and assignment of any Assumable Executory Contract or to the Cure Amount proposed to be paid with respect thereto.

5. Attached to the Notices was a user identification number and password to be used by Laclede on the specified website ("Web Site") to view which contracts have been designated an Assumable Executory Contract by the Debtors and the Cure Amount with respect to such contracts.

6. As of the date hereof, the Web Site designates both of Laclede's contracts as "Noticed," but does not include any information on the contracts, nor a proposed Cure Amount. Laclede asserts that GM owes uncured pre-petition debts to Laclede under both contracts totalling approximately $14,000.

7. Laclede reserves its right to amend this Objection to include any additional facts as may be determined by its further investigation of the Notices and Web Site.

8. Any reply to this Objection should be served upon Laclede Gas Company, 720 Olive Street, 15th Floor, St. Louis, MO 63101, Attn: Rick Zucker.

### Memorandum of Law

9. Because the legal points and authorities upon which Laclede relies for purposes of this Objection are incorporated into the Objection, Laclede respectfully requests that the Court deem satisfied or, alternatively, waive any requirement of the filing of a separate memorandum of law.

### Conclusion

WHEREFORE, Laclede respectfully requests that the Court enter an Order (a) sustaining this Objection in its entirety and finding for Laclede with respect to the Cure Amounts, and (b) providing Laclede with such other and further relief as is appropriate.

Dated: June 12, 2009
St. Louis, Missouri

Respectfully submitted,

*/s/ Rick E. Zucker*

Rick E. Zucker, Mo. Bar #49211
Assistant General Counsel
Laclede Gas Company
720 Olive Street, Room 1520
St. Louis, MO 63101
Telephone:   (314) 342-0532
Fax:         (314) 421-1979
Email:       rzucker@lacledegas.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>General Motors Corp., et al.<br><br>Debtors. | Chapter 11<br>Case No. 09-50026 (REG)<br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Karen Zurliene, being at all times over 18 years of age, hereby certify that a true and correct copy of the Objection of Laclede Gas Company to the Cure Amounts for the Assumption and Assignment of Its Executory Contracts was caused to be served by overnight mail to the parties so indicated on the service list below.

Dated: June 12, 2009
St. Louis, Missouri

*/s/ Karen Zurliene*
Karen Zurliene

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq. and Joseph H. Smolinsky, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220
Attn: Matthew Feldman, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esq.
      Michael L. Schein, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.

Miller, Johnson, Snell & Cumminskey, PLC
250 Monroe Avenue, N.W., Suite 800
Grand Rapids, MI 49503
Attn: Robert D. Wolford, Esq.

4