**Rothstein Rosenfeldt Adler**
**Arthur C. Neiwirth, Esq.**
401 East Las Olas Blvd., Suite 1650
Fort Lauderdale, Florida 33301
Tel: (954) 522-3456
Fax: (954) 527-8663
aneiwirth@rra-law.com

UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:

GENERAL MOTORS CORP., *et. al.*

    Debtors

-------------------------------------------------------x

Chapter 11

Case No.: 09-50026(REG)
(Jointly Administered)

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Arthur C. Neiwirth, Esq., a member in good standing of the bar of the State of Florida, and admitted to the U.S. District Court, Southern District of Florida and the U.S. Bankruptcy Court for the Southern District of Florida, hereby request admission, *pro hac vice*, before the Honorable Robert E. Gerber, U.S.B.J. to represent Morse Operations, Inc. and to otherwise appear in connection with the above-referenced Chapter 11 cases and any related proceedings.

| | |
|---|---|
| My Address is: | Rothstein Rosenfeldt Adler |
| | 401 E. Las Olas Blvd., Suite 1650 |
| | Fort Lauderdale, Florida 33301 |
| E-mail Address: | aneiwirth@rra-law.com |
| CM/ECF E-mail Service Address: | aneiwirthcourt@rra-law.com |
| Telephone Number: | (954) 522-3456 |

I agree to pay the required fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: June 18, 2009

*Arthur C. Neiwirth, Esq.*
ARTHUR C. NEIWIRTH, ESQ.

1

UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                              :      Chapter 11
In re:                                        :
                                              :      Case No.: 09-50026(REG)
GENERAL MOTORS CORP., *et. al.*               :      (Jointly Administered)
                                              :
     Debtors                                  :
                                              :
-----------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

**ORDERED**, that, Arthur C. Neiwirth, Esq. is admitted to practice, *pro hac vice*, in the above referenced case, in the United State Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
       New York, New York

                                    _____
                                    UNITED STATES BANKRUPTCY JUDGE

1