Debra S. Turetsky (DT-7189)
REED SMITH LLP
599 Lexington Avenue, 28th Floor
New York, NY 10022
Telephone: 212-521-5400
Facsimile:  212-521-5450
dturetsky@reedsmith.com

and

Stephen T. Bobo (IL No. 6182054)
Ann E. Pille (IL No. 6283759)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
(312) 207-1000 (telephone)
(312) 207-6400 (facsimile)
aterras@reedsmith.com
apille@reedsmith.com

*Counsel to Infineon Technologies AG and Infineon
Technologies North America Corp.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | ) Chapter 11 Case No. 09-50026 (REG) |
|---|---|
|  | ) (Jointly Administered) |
| GENERAL MOTORS CORP., *et al.,* | ) |
|  | ) |
| Debtors. | ) |
|  | ) |

**JOINT LIMITED OBJECTION OF INFINEON TECHNOLOGIES
NORTH AMERICA CORP. AND INFINEON TECHNOLOGIES
AG TO THE NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND
ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF
PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL
REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

Infineon Technologies North America Corp. ("NAC") and Infineon Technologies AG ("AG" and, together with NAC, "Infineon"), by their undersigned counsel Reed Smith LLP, hereby object on a limited basis to the Notice of (i) Debtors' Intent to Assume and Assign

Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) Cure Amounts Related Thereto (the "Notice"). In support thereof, Infineon states as follows:

1. On June 5, 2009, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the Notice, wherein they gave notice to certain creditors of, *inter alia*, the procedure for objecting to any proposed assumption or assignment of executory contracts and unexpired leases. On June 10, 2009, Infineon received copies of the same via mail together with user identification information and passwords to verify the status of Infineon's alleged executory contracts with the Debtors through the website www.contractnotices.com (the "Website").[1]

2. The information provided on the Website for NAC identifies what appears to be a single contract recognized only as "5716-00013593" (the "Alleged NAC Contract"). The Website provides no GM Contract ID for the Alleged NAC Contract and no proposed cure amount is provided.

3. The limited information provided on the Website with respect to the Alleged NAC Contract does not permit NAC to reconcile the Alleged NAC Contract with any executory contract NAC is aware it may have with the Debtors. Further, NAC's attempts to obtain additional information about the Alleged NAC Contract through communications with the helpline and Debtors' counsel have been unsuccessful. As such, NAC objects to any assumption or assignment of the Alleged NAC Contract on the bases that it: (a) lacks sufficient information to identify the Alleged NAC Contract, and (b) is unaware if the Alleged NAC Contract may be assumed and assigned by the Debtors under Section 365 of the Bankruptcy Code. NAC reserves

---

[1] By agreement, the Debtors have extended Infineon's deadline to object to the Notices until 5:00 p.m. EST on June 22, 2009.

its rights to assert additional objections to the assumption of the Alleged NAC Contract in the event the Debtors provide additional information that would permit NAC to reconcile the same with any known contract between the Debtors and NAC.

4. The Website also appears to identify a single alleged contract for AG, identified by Row ID 5716-00094575 and GM Contract ID TCS26445. As with the Alleged NAC Contract, the Website provides no proposed cure amount with respect to this alleged contract.

5. Infineon has been able to reconcile the number TCS26445 with an existing purchase order (the "Purchase Order") which it believes was entered into by the Debtors and NAC. Infineon, however, objects to the proposed assumption of the Purchase Order to the extent that the Debtors allege that the terms and conditions provided on the Purchase Order constitute the actual terms and conditions governing Infineon's relationship with the Debtors. Specifically, Infineon asserts that those terms and conditions have been modified by the course of conduct of Infineon and the Debtors or otherwise, and Infineon reserves the right to assert that the terms and conditions listed on the Purchase Order are not the controlling terms and conditions related to the Purchase Order and/or any contract between Infineon and the Debtors. In addition, Infineon objects to the Notice to the extent that it fails to provide any proposed cure amount related to the Purchase Order.

6. As with the Alleged NAC Contract, Infineon has contacted the Debtors' counsel and the hotline identified in the Notice in order to obtain additional information about the contemplated assumption and assignment of the Purchase Order, but has been unable to obtain any meaningful response. Infineon reserves the right to supplement this objection in the event that any additional information provided by the Debtors in the future compels it to do so.

DATED this 22nd day of June, 2009.

        */s/ Debra S. Turetsky*
        Debra S. Turetsky (DT-7189)
        REED SMITH LLP
        599 Lexington Avenue, 28th Floor
        New York, NY 10022
        Telephone: 212-521-5400
        Facsimile:  212-521-5450
        Email: dturetsky@reedsmith.com

        -and-

        Stephen T. Bobo
        Ann E. Pille
        REED SMITH LLP
        10 South Wacker Drive, 40th Floor
        Chicago, IL 60606
        Telephone: 312-207-1000
        Facsimile:  312-207-6400
        Email: sbobo@reedsmith.com
             apille@reedsmith.com

        *Counsel to Infineon Technologies AG and*
        *Infineon Technologies North America Corp.*

# CERTIFICATE OF SERVICE

      I, Debra S. Turetsky, hereby certify that on June 22, 2009, I caused a copy of the Joint Limited Objection of Infineon Technologies North America Corp. and Infineon Technologies AG to the Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) Cure Amounts Related Thereto (the "Objection") to be filed in the above-captioned proceeding. Notice of this filing was sent automatically, via the Court's CM/ECF system to all parties that have filed an electronic appearance in these proceedings. In addition, on June 22, 2009, prior to 5:00 p.m. EST, I caused a copy of the Objection to be served on the following parties via facsimile:

Debtors, c/o General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center, Mailcode 480-206-114
Facsimile: (248) 312-7919

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:  Harvey Miller
        Stephen Karotkin
        Joseph Smolinsky
Facsimile: (212) 310-8007

U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington DC 20220
Attn: Matthew Feldman
Facsimile: (202) 622-6415

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi
Facsimile: (212) 504-6666

Vedder Price, P.C.
1633 Broadway
New York, NY 10019
Attn:  Michael J. Edelman
        Michael L. Schein
Facsimile: (212) 407-7799

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:  Diana G. Adams
        Andrew D. Velez-Rivera
        Brian Shoichi Masumoto
Facsimile: (212) 668-2256

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Gordon Z. Novod
Facsimile: (212) 715-8182