Sander L. Esserman (Admitted *Pro Hac Vice*)
Robert T. Brousseau (Admitted *Pro Hac Vice*)
Peter D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 969-4900
Facsimile:  (214) 969-4999

COUNSEL FOR AD HOC COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                            )
In re                                                       )    Chapter 11
                                                            )
GENERAL MOTORS CORP., *et al.*,                             )
                                                            )    Case No. 09-50026 (REG)
                                                            )
                                      Debtors.              )    Jointly Administered
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 19, 2009, she caused true and correct copies of the *Objection of the Ad Hoc Committee of Personal Injury Asbestos Claimants to Debtors' Application for an Order Pursuant to §327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing the Employment and Retention of Evercore Group L.L.C. as Investment Banker and Financial Advisor for the Debtors Nunc Pro Tunc to the Petition Date* to be served on the parties below by the method indicated and by electronic mail on all parties receiving notice via the Court's ECF System.

**By Electronic Mail**
Harvey R. Miller
harvey.miller@weil.com
Stephen Karotkin
stephen.karotkin@weil.com
Joseph H. Smolinsky
Joseph.smolinsky@weil.com
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
767 Fifth Avenue
New York, NY 10153
**Counsel for the Debtors**

**By Electronic Mail**
Robert B. Weiss
rweiss@honigman.com
Donald F. Baty, Jr.
dbaty@honigman.com
Tricia A. Sherick
tsherick@honigman.com
Honigman Miller Schwartz and Cohn LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
**Counsel for the Debtors**

**By Electronic Mail**
Kenneth H. Eckstein
keckstein@kramerlevin.com
Thomas Moers Mayer
tmayer@kramerlevin.com
Gordon L. Novod
gnovod@kramerlevin.com
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
**Counsel for Official Committee of Unsecured Creditors**

**By Electronic Mail**
John J. Rapisardi
john.rapisardi@cwt.com
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
**Counsel for
Vehicle Acquisition Holdings LLC**

**By Electronic Mail**
James L. Bromley
jbromley@cgsh.com
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
**Counsel for UAW**

**By Electronic Mail**
Babette Ceccotti
bceccotti@cwsny.com
Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, NY 10036
**Counsel for UAW**

**By Electronic Mail**
Michael J. Edelman
mjedelman@vedderprice.com
Michael L. Schein
mschein@vedderprice.com
Vedder Price, PC
1633 Broadway, 47th Floor
New York, NY 10019
**Counsel for Export Development Canada**

**By Facsimile**
David S. Jones
Matthew L. Schwartz
United States Attorney's Office
Southern District of New York
86 Chambers Street, Third Floor
New York, NY 10007
Facsimile:  (212) 637-2684

-2-

**By Facsimile**
Diana G. Adams
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Facsimile:  (212) 668-2255

**By Electronic Mail**
Peter V. Pantaleo
ppantaleo@stblaw.com
David J. Mack
dmack@stblaw.com
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
**Counsel for Agent Under Prepetition Revolving Credit Agreement**

**By Electronic Mail**
Andrew N. Rosenberg
aronsenberg@paulweiss.com
Paul, Weiss, Rifkind, Wharton &
Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6065
**Counsel for Ad Hoc Bondholders Committee**

　　　　　　　　　　　　　　　　　　　　　 */s/ Jo E. Hartwick*　　　　　　

STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 969-4900