Elihu Inselbuch, Esq.
Rita C. Tobin, Esq.
CAPLIN & DRYSDALE CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500
(212) 319-7125

Peter Van N. Lockwood, Esq.
Ronald E. Reinsel, Esq. (*Admitted Pro Hac Vice*)
CAPLIN & DRYSDALE CHARTERED
1 Thomas Circle
Washington, D.C. 20005
(202) 862-5000

*Attorneys for Mark Buttita, personal representative of Salvatore Buttita*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORP., *et al.*,

Debtor.

Chapter 11
Case No. 09-50026-REG
(Jointly Administered)

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

Eugenia Benetos, being duly sworn, deposes and says: I am not a party to within this action, am over 18 years of age and reside in Astoria, New York.

Doc # 227259

On the 22nd day of June, 2009, I caused to be served Joinder And Further Objection Of Mark Buttita To Debtors' Motion Pursuant To 11 U.S.C. §§105, 363(b), (f), (k), and (m), and 365 and Fed. R. Bankr. P. 2002, 6004 and 6006, to (i) Approve (a) The Sale Pursuant To The Master Sale And Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury – Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (b) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (c) Other Relief Sale Approval Hearing on the parties listed below by Federal Express as designated.

All other parties entitled to notice via E-mail through the Court's ECF System.

                                          Eugenia Benetos

Sworn to before me this
22nd day of June, 2009.

_____
Notary Public
LAUREN KARASTERGIOU
Notary Public, State of New York
No. 01KA4705838
Qualified in New York County
Commission Expires June 12, 2010

**BY FEDERAL EXPRESS:**

Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green—Room 627
New York, NY 10004-1408

Diana G. Adams, Esq.
Brian S. Masumoto, Esq.
United States Department of Justice
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

- 2 -

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025

*Debtors*

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

*Counsel for Debtor's*

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220

*Counsel for the U.S. Treasury*

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

*Counsel for the Purchaser*

Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036

*Counsel for the Official Committee*

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019

*Counsel for the EDC*