Sander L. Esserman (Admitted *Pro Hac Vice*)
Robert T. Brousseau (Admitted *Pro Hac Vice*)
Peter D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

COUNSEL FOR AD HOC COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            )
In re                                                       )   Chapter 11
                                                            )
GENERAL MOTORS CORP., *et al.*,                             )
                                                            )   Case No. 09-50026 (REG)
                                                            )
                                         Debtors.           )   Jointly Administered
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 19, 2009, she caused true and correct copies of the *Objection of the Ad Hoc Committee of Asbestos Personal Injury Claimants to Debtors' Motion to Approve the Sale Pursuant to the Master Sale and Purchase Agreement of Substantially All of the Debtors' Assets Free and Clear Of Liens, Claims, Encumbrances, and Other* Interests to be served on the parties below by the method indicated and by electronic mail on all parties receiving notice via the Court's ECF System.

| | |
|---|---|
| **By Electronic Mail**<br>Harvey R. Miller<br>harvey.miller@weil.com<br>Stephen Karotkin<br>stephen.karotkin@weil.com<br>Joseph H. Smolinsky<br>Joseph.smolinsky@weil.com<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>767 Fifth Avenue<br>New York, NY 10153<br>**Counsel for the Debtors** | **By Electronic Mail**<br>Robert B. Weiss<br>rweiss@honigman.com<br>Donald F. Baty, Jr.<br>dbaty@honigman.com<br>Tricia A. Sherick<br>tsherick@honigman.com<br>Honigman Miller Schwartz and Cohn LLP<br>660 Woodward Avenue<br>2290 First National Building<br>Detroit, MI 48226<br>**Counsel for the Debtors** |
| **By Electronic Mail**<br>Kenneth H. Eckstein<br>keckstein@kramerlevin.com<br>Thomas Moers Mayer<br>tmayer@kramerlevin.com<br>Gordon L. Novod<br>gnovod@kramerlevin.com<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>**Counsel for Official Committee of Unsecured Creditors** | **By Electronic Mail**<br>John J. Rapisardi<br>john.rapisardi@cwt.com<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>**Counsel for Vehicle Acquisition Holdings LLC** |
| **By Electronic Mail**<br>James L. Bromley<br>jbromley@cgsh.com<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>**Counsel for UAW** | **By Electronic Mail**<br>Babette Ceccotti<br>bceccotti@cwsny.com<br>Cohen, Weiss and Simon LLP<br>330 W. 42nd Street<br>New York, NY 10036<br>**Counsel for UAW** |
| **By Electronic Mail**<br>Michael J. Edelman<br>mjedelman@vedderprice.com<br>Michael L. Schein<br>mschein@vedderprice.com<br>Vedder Price, PC<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>**Counsel for Export Development Canada** | **By Facsimile**<br>David S. Jones<br>Matthew L. Schwartz<br>United States Attorney's Office<br>Southern District of New York<br>86 Chambers Street, Third Floor<br>New York, NY 10007<br>Facsimile:  (212) 637-2684 |

**By Facsimile**
Diana G. Adams
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Facsimile: (212) 668-2255

          /s/ Jo E. Hartwick

STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900