# EXHIBIT A

# Toro Energy of Michigan, LLC

6363 Main Street
Williamsville, New York 14221
Phone: (716) 857-7534            Fax: (716) 857-7445

# INVOICE

| INVOICE NO. | 2217 |
|---|---|
| INVOICE DATE | June 11, 2009 |
| INVOICE DUE | June 25, 2009 |

**SOLD TO:**
General Motors Corporation
C/O  EUSB
GM-Mid Lux Orion Assembly
P. O. Box 319022
Chicago, IL 60631-9022

**"Pre-Petition Debt
For Informational Purposes Only
Not Sent for Collection Purposes"**

Landfill Gas Sales

| MMBtu | MONTH | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 6,730 | May 2009 | LFG Sales to the Orion Assembly Plant | $1.5761 | $10,606.40 |
| | | | SUBTOTAL | $10,606.40 |
| | | | TAX | |
| | * See detail on attached sheet | | FREIGHT | |
| | | | **TOTAL** | **$10,606.40** |

**PLEASE WIRE FUNDS TO:**
**TORO PARTNERS, LP**
**JP Morgan Chase, New York, NY**
**ABA #021000021**
**Account No. 610286935**

Questions regarding this statement?
Call Juanita Casullo (716) 857-7920

*THANK YOU FOR YOUR BUSINESS!*