# EXHIBIT B

# Toro Energy of Indiana, LLC

6363 Main Street
Williamsville, New York  14221
Phone: (716) 857-7534    Fax: (716) 857-7445

**SOLD TO:**
General Motors Corporation
%EUSB Payments
P. O. Box 319022
Chicago, Illinois 60631

Landfill Gas Sales

# ORIGINAL INVOICE

| INVOICE NO. | 6139 |
|---|---|
| INVOICE DATE | April 3, 2009 |
| INVOICE DUE | June 2, 2009 |

| MMBtu | MONTH | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1,318 | March 2009 | LFG Sales | $2.50 | $3,295.00 |
|  | March 2009 | March 2009 WACOG (CAPPED @$3.60 MMBtu per Contract) | $3.60 | $0.00 |
|  |  | TOTAL LFG SALES TO GM FOR March 2009 |  |  |
|  |  |  | SUBTOTAL | $3,295.00 |
|  |  |  | TAX |  |
|  | * See detail on attached sheet |  | FREIGHT |  |
|  |  |  | TOTAL | $3,295.00 |

*Please wire funds for all payments to:*
TORO PARTNERS, LP
JP Morgan Chase, New York, NY
ABA #021000021
ACCOUNT NO. 610286935

Questions regarding this statement?
Call Juanita Casullo @ (716) 857-7920

# Toro Energy of Indiana, LLC

6363 Main Street
Williamsville, New York  14221
Phone: (716) 857-7534        Fax: (716) 857-7445

**SOLD TO:**
General Motors Corporation
%EUSB Payments
P. O. Box 319022
Chicago, Illinois 60631

Landfill Gas Sales

# ORIGINAL INVOICE

| INVOICE NO. | 6141 |
|---|---|
| INVOICE DATE | May 11, 2009 |
| INVOICE DUE | July 2, 2009 |

| MMBtu | MONTH | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 2,854 | April 2009 | LFG Sales | $2.50 | $7,135.00 |
|  | April 2009 | April 2009 WACOG (CAPPED @$3.60 MMBtu per Contract) | $3.60 | $0.00 |
|  |  | TOTAL LFG SALES TO GM FOR April 2009 |  |  |
|  |  |  | SUBTOTAL | $7,135.00 |
|  |  |  | TAX |  |
|  | * See detail on attached sheet |  | FREIGHT |  |
|  |  |  | TOTAL | $7,135.00 |

*Please wire funds for all payments to:*
**TORO PARTNERS, LP**
**JP Morgan Chase, New York, NY**
**ABA #021000021**
**ACCOUNT NO. 610286935**

Questions regarding this statement?
Call Juanita Casullo @ (716) 857-7920

# Toro Energy of Indiana, LLC

6363 Main Street
Williamsville, New York 14221
Phone: (716) 857-7534        Fax: (716) 857-7445

# ORIGINAL INVOICE

| | |
|---|---|
| INVOICE NO. | 6143 |
| INVOICE DATE | May 19, 2009 |
| INVOICE DUE | Upon Receipt of Acknowledgement |

**SOLD TO:**
General Motors Corporation
%EUSB Payments
P. O. Box 319022
Chicago, Illinois 60631

Landfill Gas Sales - Minimum Purchase Obligations

| | | | | | | AMOUNT |
|---|---|---|---|---|---|---|
| **Average Price Calculation - (Monthly Prices from Invoices)** | | | | | | |
| Month | 2008 | | | | | |
| February '08 | $2.78 | | | | | |
| March '08 | $2.50 | | | | | |
| April '08 | $2.50 | | | | | |
| May '08 | $2.54 | | | | | |
| June '08 | $2.50 | | | | | |
| July '08 | | | | | | |
| August 'j08 | $2.50 | | | | | |
| September '08 | $2.50 | | | | | |
| October '08 | $2.50 | | | | | |
| November '08 (1) | $2.52 | | | | | |
| December '08 | $2.98 | | | | | |
| January '09 | $2.99 | | | | | |
| **Average Price** | **$2.62** | | | | | |
| **Total Shortfall Charge Calculation** | | | | | | |
| | 2008 | | | | | |
| Purchase Shortfall (MMBtu) | 80,056 | | | | | |
| Average Price | $2.619 | | | | | |
| **Shortfall Charge (Year)** | **$209,634.91** | | | | | |
| *Total Shortfall Charge Amount* | | | | | | 209,634.91 |
| **WACOG Billing Rate Correction:** | | | | | | |
| | WACOG Used | Correct WACOG | Difference | Volumes | Total | |
| October 2006 | 3.6 | 3.2175 | 0.3825 | $15,189.00 | $5,809.79 | |
| November 2008 | 3.6 | 2.67 | 0.93 | $3,722.00 | $3,461.46 | |
| February 2009 | 3.6 | 2.8275 | 0.7725 | 17,853 | $13,791.44 | |
| Total | | | | | | ($23,062.69) |
| | | | | SUBTOTAL | | $186,572.22 |
| | | | | TAX | | |
| | | | | FREIGHT | | |
| | | | | **TOTAL** | | **$186,572.22** |

*Please wire funds for all payments to:*
TORO PARTNERS, LP
JP Morgan Chase, New York, NY
ABA #021000021
ACCOUNT NO. 610286935

Questions regarding this statement?
Call Juanita Casullo @ (716) 857-7920

# Toro Energy of Indiana, LLC

6363 Main Street
Williamsville, New York  14221
Phone: (716) 857-7534        Fax: (716) 857-7445

**SOLD TO:**
General Motors Corporation
%EUSB Payments
P. O. Box 319022
Chicago, Illinois 60631

Landfill Gas Sales

# ORIGINAL INVOICE

| | |
|---|---|
| INVOICE NO. | 6143 |
| INVOICE DATE | June 4, 2009 |
| INVOICE DUE | August 2, 2009 |

**"Pre-Petition Debt
For Informational Purposes Only
Not Sent for Collection Purposes"**

| MMBtu | MONTH | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---:|---:|
| 466 | May 2009 | LFG Sales | $2.50 | $1,165.00 |
| | May 2009 | May 2009 WACOG (CAPPED @$3.60 MMBtu per Contract) | $3.60 | $0.00 |
| | | TOTAL LFG SALES TO GM FOR May 2009 | | |
| | * See detail on attached sheet | | SUBTOTAL | $1,165.00 |
| | | | TAX | |
| | | | FREIGHT | |
| | | | **TOTAL** | **$1,165.00** |

*Please wire funds for all payments to:*
TORO PARTNERS, LP
JP Morgan Chase, New York, NY
ABA #021000021
ACCOUNT NO. 610286935

Questions regarding this statement?
Call Juanita Casullo @ (716) 857-7920