Neil A. Goteiner (NG 1644)
Dean M. Gloster (*Pro Hac Vice* Application Pending)
Nan E. Joesten (*Pro Hac Vice* Application Pending)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for General Motors Retirees Association

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. 09-50026 (REG) |
| GENERAL MOTORS CORPORATION, | (Jointly Administered) |
| Debtor. | |

### CERTIFICATE OF SERVICE

Documents Served: LIMITED OBJECTION OF GENERAL MOTORS RETIREES ASSOCIATION TO DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §§ 105, 363(B), (F), (K), AND (M), AND 365 AND FED. R. BANKR. P. 2002, 6004 AND 6006: (I) TO APPROVE: (A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS, LLC, A U.S. TREASURY-SPONSORED PURCHASER, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (B) THE ASSUMPTION AND ASSIGNMNET OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) FOR OTHER RELIEF; AND (II) TO SCHEDULE SALE APPROVAL HEARING

I hereby certify, that a copy of the document listed above was served upon its filing on June 19, 2009 to the parties receiving electronic notice through the Court's ECF system in the above-referenced case, and by United States Mail on June 22, 2009 to the parties listed below:

24677\1973747.2

| | |
|---|---|
| Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153 | Lawrence S. Buonomo, Esq.<br>Debtors, c/o General Motors Corporation<br>300 Renaissance Center<br>Detroit, Michigan 48265 |
| John J. Rapisardi, Esq.Cadwalader,<br>Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281 | Matthew Feldman, Esq.<br>U.S. Treasury<br>1500 Pennsylvania Avenue NW,<br>Room 2312<br>Washington, DC 20220 |
| Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, PC<br>1633 Broadway, 47th Floor<br>New York, New York 10019 | Kenneth H. Eckstein, Esq.<br>Thomas Moers Mayer, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036 |
| Daniel W. Sherrick, Esq.<br>UAW<br>8000 East Jefferson Avenue<br>Detroit, Michigan 48214 | James L. Bromley, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza,<br>New York, New York 10006 |
| Babette Ceccotti, Esq.<br>Cohen, Weiss and Simon LLP<br>330 W. 42nd Street<br>New York, New York 10036 | David S. Jones, Esq.<br>Matthew L. Schwartz, Esq.<br>U.S. Attorney's Office<br>S.D.N.Y.<br>86 Chambers Street, Third Floor<br>New York, New York 10007 |

I declare under penalty of perjury that the forgoing is true and correct.

Dated:   San Francisco, California
         June 22, 2009

By:   ___/s/ Janetta Wingard_____
         Janetta Wingard