Hearing Date and Time: June 30, 2009
@ 9:45 a.m. EDT
Objection Deadline: June 22, 2009

DRINKER BIDDLE & REATH LLP
Stephanie Wickouski
Kristin K. Going
140 Broadway, 39th Floor
New York, New York 10005
Telephone: (212) 248-3140
Facsimile: (212) 248-3141

*Attorneys for Manufacturers and Traders Trust
Company, as Successor Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

**OBJECTION OF MANUFACTURERS AND TRADERS TRUST COMPANY,
AS SUCCESSOR INDENTURE TRUSTEE, TO DEBTORS' MOTION PURSUANT
TO 11 U.S.C. §§ 105, 363(b), (f), (k), AND (m), AND 365 AND FED. R. BANKR. P.
2002, 6004, AND 6006, TO (1) APPROVE (A) THE SALE PURSUANT TO
MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE
ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED
PURCHASER, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES,
AND OTHER INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF
CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C)
<u>OTHER RELIEF; AND (II) SCHEDULE SALE APPROVAL HEARING</u>**

Manufacturers and Traders Trust Company ("M&T") not individually, but solely in its capacity as successor Indenture Trustee, by and through its undersigned counsel, hereby files this Objection to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m), and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, to (1) Approve (a) the Sale Pursuant to Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC,

a U.S. Treasury-sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (b) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (c) Other Relief; and (ii) Schedule Sale Approval Hearing (the "Motion"). In support of this Objection, M&T respectfully states as follows:

## Procedural Background

1.      M&T is the successor Indenture Trustee under a Trust Indenture and Security Agreement dated as of December 15, 2000, between State Street Bank & Trust Company of Connecticut, National Association, as Owner Trustee, and Wilmington Trust Company, as Indenture Trustee, which is secured by three Lease Agreements, dated as of December 15, 2000, between the Owner Trustee, under a Trust Agreement, as Lessor, and General Motors Corporation, as Lessee (the "Leases"). The Leases pertain to approximately $300M worth of equipment known as Presses, more fully described in the transaction documents set forth in Exhibit A.

2.      On June 1, 2009 (the "Petition Date"), General Motors Corporation and several of its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (as amended, the "Bankruptcy Code"). On June 1, 2009, the Debtors filed a motion [Docket No. 92] seeking the entry of an order, *inter alia*, establishing certain bidding procedures (the "Bidding Procedures") authorizing the Debtors to sell substantially all of their assets to a purchaser ("Purchaser") of substantially all of Debtors' assets and to assume and assign certain executory contracts to the Purchaser in connection with the sale. An order approving the bidding procedures was entered on June 2, 2009.

2

3. The Motion provides that the Debtors will designate "Assumable Executory Contracts" which they intend to assume and assign to the Purchaser (the "Contracts"). The Contracts include personal property leases and thus potentially include the Leases of the Presses.

4. M&T objects to manner of the proposed assumption and assignment of Contracts to the Purchaser, which does not comply with Section 365 of the Bankruptcy Code. For instance, the Debtors propose that the Contracts will be transferred to the Purchaser at the closing of the sale, and the Debtors will be immediately relieved of any liability under the Contracts thereafter. However, the Purchaser will not automatically or immediately assume obligations under the Contracts, but will have 30 days after closing to opt to assume or reject a Contract. If the Purchaser elects to assume a Contract, it would have an unspecified time period to cure defaults and other amounts coming due under a Contract.

5. Under the proposed sale, a Contract could also be "recharacterized" as a secured financing and the leased property treated as a Purchased Asset as defined in the Master Sale and Purchase Agreement. M&T objects to these provisions as neither the Debtors nor the Purchaser have any right to treat the Leases as a secured financing or otherwise attempt to avoid the terms of the Leases or the application of Section 365 to the Leases.

6. While the Presses are located in facilities that appear will be acquired by the Purchaser, the Debtors has not yet notified the Trustee whether they intend to assume and assign, or reject, the Leases. Furthermore, M&T has been unable to determine, despite

3

inquiries to published helplines, if the Debtors have categorized the Leases as Assumable Executory Contracts.

7. Section 365 sets forth several conditions for assumption of unexpired leases and executory contracts, including cure of all outstanding defaults, and adequate assurance of future performance. Because the Debtors are attempting to assign Contracts without actually committing to assume them, there can be no adequate assurance of anything, much less of future performance. Section 365 also requires a prompt, if not immediate, cure. Under the Debtors' assumption and assignment procedures, the time period for cure is indeterminate. Since the Debtors cannot state when the cure will occur, if it occurs at all, there is no assurance that it will be prompt.

8. M&T objects generally to the Motion to the extent it departs from the strict requirements of the Bankruptcy Code and Bankruptcy Rules, including, without limitation, the requirements of Bankruptcy Code Sections 363 and 365.

9. Finally, to the extent the Purchaser is seeking to obtain possession and control of the Presses, M&T objects unless and until M&T is provided with adequate protection. M&T further joins with and incorporates the objections raised by GE Capital Corporation and U.S. Bank [Docket No. 1143] regarding (i) which of the Leases are proposed to be assumed and assigned to the Purchaser, (ii) the proposed cure amounts, (iii) when the contracts will be assigned (or not), (iv) who will operate, possess, safeguard, and maintain the Presses subject to the Leases until the Purchaser makes a final decision regarding the Leases, or (v) what adequate protection will be provided pending completion of the transaction.

4

10. M&T reserves the right to (a) amend, supplement, or otherwise modify this Objection and (b) raise such other and further objections as may be advisable based upon further investigation.

## Conclusion

WHEREFORE, M&T respectfully requests this Court grant the relief requested in this Objection and such other or further relief as is just and proper.

Respectfully submitted,

Dated: June 22, 2009

DRINKER BIDDLE & REATH LLP

By: /s/ Stephanie Wickouski
Stephanie Wickouski
Kristin K. Going
140 Broadway 39th Floor
New York, New York 10005
Telephone: (212) 248-3140
Facsimile: (212) 248-3141

*Attorneys for Manufacturers and Traders Trust Company, as Successor Indenture Trustee*

DRINKER BIDDLE & REATH LLP
Stephanie Wickouski
Kristin K. Going
140 Broadway, 39th Floor
New York, New York 10005
Telephone: (212) 248-3140
Facsimile: (212) 248-3141

*Attorneys for Manufacturers and Traders Trust Company, as Successor Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2009, I caused to be electronically served using the **ECF system**, which will send notification of the filing of the

**Objection of Manufacturers and Traders Trust Company, as Successor Indenture Trustee, to Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m), and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, to (1) Approve (A) the Sale Pursuant to Master Sale and Purchase Agreement with Vehicle Acquisition Holdings, LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Hearing**

and I caused the same to be served by **facsimile or Federal Express** on the following parties:

NY01/ 7132339

| | |
|---|---|
| General Motors Corporation<br>Attn: Warren Command Center,<br>Mailcode 480-206-114<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>**VIA FEDERAL EXPRESS** | Harvey R. Miller<br>Stephen Karotkin<br>Joseph H. Smolinsky<br>Weil, Gotchal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Facsimile: 212-310-8007<br>**VIA FACSIMILE** |
| Matthew Feldman<br>The U.S. Treasury<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, D.C. 20220<br>Facsimile: 202-622-6415<br>**VIA FACSIMILE** | John J. Rapisardi<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>Facsimile: 212-504-6666<br>**VIA FACSIMILE** |
| Michael J. Edelman<br>Michael L. Schein<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>Facsimile: 212-407-7799<br>**VIA FACSIMILE** | Andrew D. Velez-Rivera<br>Brian Shoichi Masumoto<br>Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Facsimile: 212-668-2255<br>**VIA FACSIMILE** |
| Gordon Z. Novod<br>Thomas Moers Mayer<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Facsimile: 212-715-8000<br>**VIA FACSIMILE** | |

Dated: June 22, 2009

DRINKER BIDDLE & REATH LLP

By: /s/ Stephanie Wickouski
    Stephanie Wickouski
    Kristin K. Going
    140 Broadway  39th Floor
    New York, New York 10005
    Telephone: (212) 248-3140
    Facsimile: (212) 248-3141

*Attorneys for Manufacturers and Traders Trust Company, as Successor Indenture Trustee*

2