# EXHIBIT A

1. Trust Indenture and Security Agreement (GM 2000A-1) dated as of December 15, 2000, by and between State Street Bank and Trust Company of Connecticut, National Association and Wilmington Trust Company

2. Lease Agreement (GM 2000A-1) dated as of December 15, 2000, by and between State Street Bank and Trust Company of Connecticut, National Association as Lessor and General Motors Corporation as Lessee

3. Pass Through Trust Agreement (2000A) dated as of December 15, 2000, by and between General Motors Corporation and Wilmington Trust Company as Pass Through Trustee

4. Trust Indenture and Security Agreement (GM 2000A-2) dated as of December 15, 2000, by and between State Street Bank and Trust Company of Connecticut, National Association and Wilmington Trust Company

5. Lease Agreement (GM 2000A-2) dated as of December 15, 2000, by and between State Street Bank and Trust Company of Connecticut, National Association as Lessor and General Motors Corporation as Lessee

6. Trust Indenture and Security Agreement (GM 2000A-3) dated as of December 15, 2000, by and between State Street Bank and Trust Company of Connecticut, National Association and Wilmington Trust Company

7. Lease Agreement (GM 2000A-3) dated as of December 15, 2000, by and between State Street Bank and Trust Company of Connecticut, National Association as Lessor and General Motors Corporation as Lessee