UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                                                  )   Chapter 11
General Motors Corporation, Debtor          )   Case No. 09-50026
_____)   Judge Robert E. Gerber

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk and all parties of record:

Please enter my appearance in this case pro se.  I hereby request that I be furnished copies of all notices, pleadings and other writings filed or submitted in this case, electronically at rmallenski@aol.com or at the address below.   I certify that I am admitted to practice in this court.

June 22, 2009

_____
Richard M. Allen, Esq. (RA-8482)
223 Egremont Plain Rd, PMB 108
North Egremont, MA 01252
(413) 528-2108
(413) 528-9510 (fax)
rmallenski@aol.com

CERIFICATE OF SERVICE

The foregoing has been filed electronically and consequently served via the Court's electronic filing system.

_____
Richard M. Allen