UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                            )
In re                                       )    Chapter 11
                                            )
GENERAL MOTORS CORP., *et al.*,             )    Case No. 09-50026 (REG)
                                            )
              Debtors.                      )    Jointly Administered
_____)

**ORDER SCHEDULING HEARING ON SHORTENED NOTICE TO
CONSIDER MOTION OF MANUFACTURERS AND TRADERS TRUST COMPANY
FOR ENTRY OF ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
("LIFT STAY MOTION") AND LIMITING NOTICE OF LIFT STAY MOTION**

Upon the motion (the "Motion") of Manufacturers and Traders Trust Company ("M&T Bank"),[1] seeking entry of an order scheduling a hearing to consider the Lift Stay Motion on shortened and limited notice, and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that a hearing on the Lift Stay Motion shall be held on **July 1, 2009** at **8:00 AM** (Prevailing Eastern Time) before the Honorable Robert E. Gerber, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, New York, New York 10004 to consider the Motion and the relief requested therein; and it is further

ORDERED, that **June 29, 2009** at 12:00 noon (Prevailing Eastern Time) (the "Objection Deadline"), is fixed as the last date and time for filing and serving objections, if any, to the Lift Stay Motion and the relief requested therein; and it is further

ORDERED, that notice of the Lift Stay Motion and the relief requested therein shall be deemed good and sufficient if the M&T Bank serves, by June 22, 2009, by facsimile, and/or hand, e-mail, including Electronic Case Filing System, or overnight courier, copies of the Motion and the supporting documents upon: (i) the Office of the United States Trustee; (ii) all parties that have entered a notice of appearance; (iii) the proposed counsel to the Official Committee of Unsecured Creditors; (iv) counsel to the Debtors; and (v) the twenty largest creditors as provided by the Debtors; and it is further

---

[1] All defined terms herein, unless otherwise defined, shall have the defined terms ascribed to them in the Motion.

PHIL1 849621-3

ORDERED, that in order to be considered, objections, if any, must be in writing, must comply with the Bankruptcy Rules and the Local Bankruptcy Rules, and must both (a) be filed with the clerk of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, with a stapled copy delivered to the Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Judge, by the Objection Deadline and (b) be served, so that they are actually received no later than the Objection Deadline by: (i) counsel for M&T Bank, Klehr, Harrison, Harvey, Branzburg & Ellers, LLP, 260 South Broad Street, Suite 400, Philadelphia, PA  19102, Attn: Morton R. Branzburg, Esq.; and (ii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY; and it is further

ORDERED, that all such objections, if any, shall state the name of the objecting party and the nature of the claim or interest of such party and state with particularity the basis and nature of each objection.  Objections not filed and served as set forth above shall be deemed waived and shall not be considered by the Court.

Dated: New York, New York
      ***June 22, 2009***

                              */s/ Robert E. Gerber*
                              UNITED STATES BANKRUPTCY JUDGE

2

PHIL1 849621-3