UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re                                                            :         Chapter 11 Case No.
:
**GENERAL MOTORS CORP.,** *et al.*,        :         09- 50026 (REG)
:
           Debtors.                     :         (Jointly Administered)
:
------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTER
## SCHEDULED FOR HEARING ON JUNE 23, 2009 AT 2:00 P.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.   CONTESTED MATTER:**

1.   Motion of the Ad Hoc Committee of Family & Dissident GM Bondholders to Appoint an Official Committee of Family & Dissident GM Bondholders [Docket No. 553]

    Related Documents:

    Endorsed Order signed on 6/9/2009 re: Expedited Hearing on the Motion for an Order Directing the United States Trustee to Appoint an Official Committee of Family & Dissident GM Bondholders Requesting an Order for Shortening Time Denied [Docket No. 576]

    Objection Deadline:   June 22, 2009 at 12:00 noon

    Objections Received:

    Debtors' Objections to the Motion of the Ad Hoc Committee of Family and Dissident GM Bondholders for Appointment of an Additional Committee of Unsecured Bondholders [Docket No. 1805]

    Response of the United States Trustee to Motion of the Unofficial Committee of Family & Dissident GM Bondholders for an Order Directing the United States

Trustee to Appoint an Official Committee of Family & Dissident GM Bondholders [Docket No. 1970]

Objection of the Official Committee of Unsecured Creditors to the Motion of the Unofficial Committee of Family & Dissident GM Bondholders for an Order Directing the United States Trustee to Appoint an Official Committee of Family and Dissident GM Bondholders [Docket No. 2042]

Dated: June 22, 2009
     New York, New York

/s/ Harvey R. Miller
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession