SILVERMAN & MORRIS, P.L.L.C.
Geoffrey L. Silverman (P34011)
Karin F. Avery (P45364)
7115 Orchard Lake Road, Suite 500
West Bloomfield, Michigan 48322
avery@silvermanmorris.com
Telephone (248) 539-1330; Fax (248) 539-1355

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                              Chapter 11
                                                                    Case No. 09-50026 (REG)
GENERAL MOTORS CORPORATION, *et al.*,                               (Jointly Administered)

   Debtors.                                          Hon. Robert E. Gerber
_____/

## VERIFIED STATEMENT OF SILVERMAN & MORRIS, P.L.L.C. PURSUANT TO BANKRUPTCY RULE 2019

  Silverman & Morris, P.L.L.C. ("Silverman & Morris") submits this verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure in connection with the above-referenced Chapter 11 cases of General Motors Corporation, *et al.* (collectively, the "Debtors"), and respectfully states the following:

  1. Silverman & Morris has been retained to represent each of the entities set forth on Exhibit "A" (the "Clients") in these Chapter 11 cases.

  2. Each Client (with members of its own corporate group, as applicable) engaged Silverman & Morris to represent it in connection with these Chapter 11 cases. The Clients are suppliers of goods and services to General Motors and creditors of General Motors, pursuant to applicable contracts, purchase orders and releases.

  3. Each of the Clients may hold claims (including, without limitation, for goods shipped, or services provided) against and/or other interests in respect of the Debtors arising out of applicable

agreements, law and equity, and otherwise pursuant to their respective relationships with the Debtors in these Chapter 11 cases. The total amounts of the claims held by each of the Clients has not yet been determined and none of the Clients has filed a proof of claim against the Debtors as of the time of the filing of this statement. Each Client's claims were acquired at various times pursuant to their business relationship with the Debtors. The Clients' claims do not arise under or in connection with the Clients acting together pursuant to a committee arrangement. Rather, each Client's representation (with members of its own corporate group, as applicable) is separate and concerns different claims of different origins.

4. Upon information and belief, Silverman & Morris does not possess any claims against or interests in the Debtors.

5. Silverman & Morris may also represent other clients in matters pertaining to the Debtors, and is currently gathering additional information concerning such matters and in the future may or may not undertake other engagements. Those representations may or may not result in representation in these bankruptcy cases. If Silverman & Morris is retained by another creditor in these Chapter 11 cases, Silverman & Morris will supplement this statement.

6. Silverman & Morris reserves the right to supplement or amend this statement at any time in the future.

SILVERMAN & MORRIS, P.L.L.C.

By:   /s/ Karin F. Avery
GEOFFREY L. SILVERMAN (P34011)
KARIN F. AVERY (P45364)
Attorneys for Clients, Cassens Transport Company, Feuer Powertrain GmbH & Co. KG, and Harry Major Machine & Tool Company
7115 Orchard Lake Road, Suite 500
West Bloomfield, Michigan 48322
avery@silvermanmorris.com
Telephone (248) 539-1330; fax (248) 539-1355

Dated:   June 22, 2009
X:\Clients\General Motors Bankruptcy\Pro Hac Vice Documents\verified statement per frbp 2019.doc
**attachment-exhibit a**

# EXHIBIT "A" TO
# VERIFIED STATEMENT OF
# SILVERMAN & MORRIS, P.L.L.C.
# PURSUANT TO BANKRUPTCY RULE 2019

(1)　　Cassens Transport Company
　　　　P.O. Box 468
　　　　Edwardsville, Illinois 62025

(2)　　Feuer Powertrain GmbH & Co. KG
　　　　Rothenburgstrasse 27
　　　　D-99734 Nordhausen
　　　　Germany

(3)　　Harry Major Machine & Tool Company
　　　　24801 Capital Boulevard
　　　　Clinton Township, Michigan 48036-1347