## General Motors
Duns # 007140064
Location :   Masterack / Leggett & Platt

| Invc# | Date | PO# | Work Order# | Amount | Notes |
|---|---|---|---|---|---|
| L51643 | 7/9/2008 | 7399258 | 545355 | $49.00 | Have signed pod |
| M87587 | 8/6/2008 | 7768457 | 544371 | $172.00 | Have signed pod |
| M94769 | 8/7/2008 | 7746134 | 544373 | $172.00 | |
| R44056 | 10/30/2008 | 1840610 | 557467 | $172.00 | Have pod & packing slip |
| 3209929 | 4/1/2009 | 3741613 | 568289 | $344.00 | Have pod & packing slip |
| Total | | | | **$909.00** | |

Location :   L&P Auto Juarez / Leggett & Platt
Duns # 007140064

| Invc# | Date | PO# | Work Order# | Amount | Notes |
|---|---|---|---|---|---|
| B90041 | 1/14/2009 | GM 49143 | 139857 | $337.98 | Have pod & packing slip |
| U15448 | 1/27/2009 | GM 45826 | 340760 | $440.84 | short paid (original amount $1522.56)Have pod & pk slip   Short Paying |
| U25425 | 2/19/2009 | GM 45826 | 340778 | $2,652.75 | Have pod |
| 3330881 | 5/14/2009 | GM 45826 | 341194 | $2,510.76 | ON E-Dacor to pay $2460.12 07/02/06   Short Paying |
| 3367770 | 5/28/2009 | GM 45826 | 341249 | $48.26 | Have pod & packing slip |
| 3367771 | 5/28/2009 | GM 45826 | 341250 | $3,283.31 | Have pod & packing slip |
| 3367768 | 5/28/2009 | 01s56441 | 341209 | $600.00 | Tooling /Have email from Rob Smeltzer approving |
| 3367769 | 5/28/2009 | 01s57794 | 341210 | $800.00 | Tooling /Have email from Marsha Smith approving order |
| 3367766 | 5/28/2009 | CN 45826 | 341248 | $1,019.56 | Canadian ON E-Dacor to pay 07/02/09 (987.27)   Short Paying |
| Total | | | | **$11,693.46** | |

| | L&P Pangeo | $12,602.46 |
| | | 70,371.00 |

**Total Amount Outstanding**   $82,973.46

Highlighted Items we show short paid or will be short paid according to E-Dacor



Exhibit A
Page 1 of 5



**Pangeo Cable Industries**
Duns # 257240655

| Week # | Part # | receipt_id | Reference | Reference Date | Shipment ID | Shipment Ref. | Shipped | Shipped Date | Invoice # | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| W2 | 15146296 | TRN1536991 | GM2008161 | 12/9/2008 12:08:39:343 | SGM515995 | CROSSDOCK | 20 | 12/11/2008 10:49:13:753 | 17805 | 24.81 |
| W2 | 15291964 | TRN1536991 | GM2008161 | 12/9/2008 12:08:39:343 | SGM515995 | CROSSDOCK | 150 | 12/11/2008 10:49:13:753 | 17805 | 248.15 |
| W4 | 25800702 | TRN1536990 | GM2008159 | 12/9/2008 12:13:12:37 | SGM519333 | CROSSDOCK | 60 | 12/22/2008 12:53:07:95 | 17807 | 310.50 |
| W4 | 15146296 | TRN1532938 | GM2008156 | 12/15/2008 02:45:57:373 | SGM519334 | CROSSDOCK | 130 | 12/22/2008 12:55:00:26 | 17807 | 161.28 |
| W4 | 15146296 | TRN1540971 | GM2008164 | 12/15/2008 22:55:11:25 | SGM519334 | CROSSDOCK | 150 | 12/22/2008 12:55:00:26 | 17807 | 186.09 |
| W4 | 15291964 | TRN1532938 | GM2008156 | 12/15/2008 02:45:57:373 | SGM519334 | CROSSDOCK | 75 | 12/22/2008 12:55:00:26 | 17807 | 124.07 |
| W4 | 15291964 | TRN1540971 | GM2008164 | 12/15/2008 22:55:11:25 | SGM519334 | CROSSDOCK | 150 | 12/22/2008 12:55:00:26 | 17807 | 248.15 |
| W6 | 15146296 | TRN1544563 | GM2008167 | 12/22/2008 21:49:11:303 | SGM519943 | CROSSDOCK | 542 | 1/7/2009 12:42:13:08 | 17898 | 672.41 |
| W6 | 15146296 | TRN1548648 | GM2008170 | 12/22/2008 09:31:27:053 | SGM519943 | CROSSDOCK | 58 | 1/7/2009 12:42:13:08 | 17898 | 71.95 |
| W6 | 15291964 | TRN1544563 | GM2008167 | 12/22/2008 21:49:11:303 | SGM519943 | CROSSDOCK | 150 | 1/7/2009 12:42:13:08 | 17898 | 248.15 |
| W6 | 15291964 | TRN1548648 | GM2008170 | 12/22/2008 09:31:27:053 | SGM519943 | CROSSDOCK | 150 | 1/7/2009 12:42:13:08 | 17898 | 248.15 |
| W7 | 15146296 | TRN1550488 | GM2008173 | 1/9/2009 22:25:57:08 | SGM520503 | CROSSDOCK | 150 | 1/13/2009 14:11:46:106 | 17899 | 186.09 |
| W7 | 15291964 | TRN1550488 | GM2008173 | 1/9/2009 22:25:57:08 | SGM520503 | CROSSDOCK | 75 | 1/13/2009 14:11:46:106 | 17899 | 124.07 |
| W10 | 15146296 | TRN1562922 | GM2008181 | 1/29/2009 13:31:16:586 | SGM523809 | CROSSDOCK | 150 | 2/5/2009 11:41:28:49 | 18057 | 186.09 |
| W10 | 15291964 | TRN1562922 | GM2008181 | 1/29/2009 13:31:16:586 | SGM523809 | CROSSDOCK | 225 | 2/5/2009 11:41:28:49 | 18057 | 372.22 |
| W13 | 15146296 | TRN1555254 | GM2008176 | 2/19/2009 18:37:46:443 | SGM529426 | CROSSDOCK | 150 | 2/26/2009 10:59:19:993 | 18204 | 186.09 |
| W13 | 15146296 | TRN1564360 | GM2008184 | 2/24/2009 06:34:22:41 | SGM529426 | CROSSDOCK | 150 | 2/26/2009 10:59:19:993 | 18204 | 186.09 |
| W13 | 15146296 | TRN1568288 | GM2009002 | 2/20/2009 08:44:59:466 | SGM529426 | CROSSDOCK | 450 | 2/26/2009 10:59:19:993 | 18204 | 558.27 |
| W13 | 15291964 | TRN1555254 | GM2008176 | 2/19/2009 18:37:46:443 | SGM529426 | CROSSDOCK | 375 | 2/26/2009 10:59:19:993 | 18204 | 620.36 |
| W17 | 15146296 | TRN1579476 | GM2009008 | 3/23/2009 09:38:19:61 | SGM539152 | CROSSDOCK | 1050 | 3/25/2009 13:55:22:623 | 18504 | 1,302.63 |
| W17 | 15291964 | TRN1579476 | GM2009008 | 3/23/2009 09:38:19:61 | SGM539152 | CROSSDOCK | 450 | 3/25/2009 13:55:22:623 | 18504 | 744.44 |
| W17 | 15894378 | TRN1572516 | GM2009007 | 3/14/2009 12:30:55:73 | SGM539309 | AR090326AGJ- | 880 | 3/26/2009 18:24:06:203 | 18504 | 1,344.99 |
| W18 | 15146296 | TRN1579476 | GM2009008 | 3/23/2009 09:38:19:61 | SGM540541 | CROSSDOCK | 150 | 3/31/2009 11:35:57:813 | 18544 | 186.09 |
| W18 | 15291964 | TRN1579476 | GM2009008 | 3/23/2009 09:38:19:61 | SGM540541 | CROSSDOCK | 75 | 3/31/2009 11:35:57:813 | 18544 | 124.07 |
| W19 | 15242999 | TRN1579891 | M2009007A | 3/23/2009 09:34:48:41 | SGM542564 | CROSSDOCK | 124 | 4/4/2009 10:49:46:79 | 18631 | 175.26 |
| W19 | 20793771 | TRN1579891 | M2009007A | 3/23/2009 09:34:48:41 | SGM542564 | CROSSDOCK | 1 | 4/4/2009 10:49:46:79 | 18631 | 1.86 |
| W19 | 15146296 | TRN1585863 | GM2009016 | 4/1/2009 19:11:51:686 | SGM542571 | CROSSDOCK | 150 | 4/4/2009 14:20:33:323 | 18631 | 186.09 |
| W19 | 15291964 | TRN1585863 | GM2009016 | 4/1/2009 19:11:51:686 | SGM542571 | CROSSDOCK | 75 | 4/4/2009 14:20:33:323 | 18631 | 124.07 |
| W21 | 15894378 | TRN1585864 | GM2009013 | 4/1/2009 17:24:15:443 | SGM548269 | MT090421APF- | 120 | 4/21/2009 21:01:03:056 | 18771 | 183.41 |
| W21 | 15894378 | TRN1585864 | GM2009013 | 4/1/2009 17:24:15:443 | SGM548895 | MX090422AGR- | 840 | 4/22/2009 22:34:09:833 | 18771 | 1,283.86 |
| W21 | 15894378 | TRN1443121 | GM2008060 | 7/2/2008 12:11:51:733 | SGM549500 | MT090423BCY- | 60 | 4/23/2009 20:58:07:72 | 18771 | 91.70 |
| W21 | 15894378 | TRN1585864 | GM2009013 | 4/1/2009 17:24:15:443 | SGM549500 | MT090423BCY- | 60 | 4/23/2009 20:58:07:72 | 18771 | 91.70 |
| W21 | 15894378 | TRN1579480 | GM2009010 | 3/23/2009 14:20:34:08 | SGM549502 | MX090423BDA- | 120 | 4/23/2009 20:05:46:346 | 18771 | 183.41 |
| W21 | 15894378 | TRN1585864 | GM2009013 | 4/1/2009 17:24:15:443 | SGM549502 | MX090423BDA- | 780 | 4/23/2009 20:05:46:346 | 18771 | 1,192.15 |



Exhibit A Page 3 of 5

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| W22 | 15894378 | TRN1585864 | GM2009013 | 4/1/2009 17:24:15:443 | SGM549984 | MX090424BEY- | 840 | 4/25/2009 07:55:20:763 | 18840 | 1,283.86 |
| W22 | 15894378 | TRN1585864 | GM2009013 | 4/1/2009 17:24:15:443 | SGM550873 | MX090428AZM- | 840 | 4/29/2009 12:08:24:82 | 18840 | 1,283.86 |
| W22 | 15894378 | TRN1585864 | GM2009013 | 4/1/2009 17:24:15:443 | SGM551326 | MX090429BBD- | 840 | 4/29/2009 19:58:08:646 | 18840 | 1,283.86 |
| W22 | 15894378 | TRN1585864 | GM2009013 | 4/1/2009 17:24:15:443 | SGM551714 | MX090430AWQ- | 840 | 4/30/2009 20:36:50:18 | 18840 | 1,283.86 |
| W22 | 25825837 | TRN1547703 | GM2008169 | 12/22/2008 10:45:00:49 | SGM551728 | RA090430AXF- | 300 | 4/30/2009 18:45:13:68 | 18840 | 486.90 |
| W22 | 25825837 | TRN1547703 | GM2008169 | 12/22/2008 10:45:00:49 | SGM552318 | RA090501BAI- | 120 | 5/1/2009 23:26:20:11 | 18840 | 194.76 |
| W23 | 25825837 | TRN1547703 | GM2008169 | 12/22/2008 10:45:00:49 | SGM552767 | RA090504AYP- | 420 | 5/4/2009 21:29:33:216 | 18896 | 681.66 |
| W23 | 25825837 | TRN1504505 | GM2008126 | 10/4/2008 12:40:51:673 | SGM553431 | RA090505BFR- | 300 | 5/6/2009 14:10:40:543 | 18896 | 486.90 |
| W23 | 25825837 | TRN1536988 | GM2008158 | 12/9/2008 12:55:15:006 | SGM553431 | RA090505BFR- | 120 | 5/6/2009 14:10:40:543 | 18896 | 194.76 |
| W23 | 15142953 | TRN1595435 | GM2009029 | 4/30/2009 18:26:51:286 | SGM553515 | CROSSDOCK | 407 | 5/5/2009 13:59:10:816 | 18896 | 620.59 |
| W23 | 15209368 | TRN1595435 | GM2009029 | 4/30/2009 18:26:51:286 | SGM553515 | CROSSDOCK | 36 | 5/5/2009 13:59:10:816 | 18896 | 122.31 |
| W23 | 15220451 | TRN1595435 | GM2009029 | 4/30/2009 18:26:51:286 | SGM553515 | CROSSDOCK | 41 | 5/5/2009 13:59:10:816 | 18896 | 61.94 |
| W23 | 25825837 | TRN1595435 | GM2009029 | 4/30/2009 18:26:51:286 | SGM553515 | CROSSDOCK | 47 | 5/5/2009 13:59:10:816 | 18896 | 76.28 |
| W23 | 25974276 | TRN1595435 | GM2009029 | 4/30/2009 18:26:51:286 | SGM553515 | CROSSDOCK | 13 | 5/5/2009 13:59:10:816 | 18896 | 51.87 |
| W23 | 15142953 | TRN1595434 | GM2009028 | 4/30/2009 18:18:33:926 | SGM553517 | CROSSDOCK | 29 | 5/5/2009 14:14:02:403 | 18896 | 44.22 |
| W23 | 15291964 | TRN1595434 | GM2009028 | 4/30/2009 18:18:33:926 | SGM553517 | CROSSDOCK | 99 | 5/5/2009 14:14:02:403 | 18896 | 163.78 |
| W23 | 15146296 | TRN1595436 | GM2009030 | 4/30/2009 18:10:03:25 | SGM553628 | CROSSDOCK | 150 | 5/6/2009 10:25:48:42 | 18896 | 186.09 |
| W23 | 15291964 | TRN1595436 | GM2009030 | 4/30/2009 18:10:03:25 | SGM553628 | CROSSDOCK | 75 | 5/6/2009 10:25:48:42 | 18896 | 124.07 |
| W23 | 15894378 | TRN1585864 | GM2009013 | 4/1/2009 17:24:15:443 | SGM553906 | MT090506AGR- | 120 | 5/6/2009 20:04:27:223 | 18896 | 183.41 |
| W23 | 25825837 | TRN1504505 | GM2008126 | 10/4/2008 12:40:51:673 | SGM553912 | RA090506AGY- | 420 | 5/6/2009 19:12:23:163 | 18896 | 681.66 |
| W23 | 15894378 | TRN1585864 | GM2009013 | 4/1/2009 17:24:15:443 | SGM554316 | MT090507AEX- | 120 | 5/7/2009 19:03:17:09 | 18896 | 183.41 |
| W23 | 25825837 | TRN1504505 | GM2008126 | 10/4/2008 12:40:51:673 | SGM554324 | RA090507AFF- | 240 | 5/7/2009 20:29:33:49 | 18896 | 389.52 |
| W23 | 25825837 | TRN1602096 | GM2009031 | 5/7/2009 15:08:47:2 | SGM554324 | RA090507AFF- | 420 | 5/7/2009 20:29:33:49 | 18896 | 681.66 |
| W23 | 15894378 | TRN1583586 | GM2009112 | 4/2/2009 08:04:42:16 | SGM554813 | MT090508AVR- | 120 | 5/8/2009 20:55:49:423 | 18896 | 183.41 |
| W23 | 15894378 | TRN1583586 | GM2009112 | 4/2/2009 08:04:42:16 | SGM554815 | MX090508AVT- | 240 | 5/8/2009 20:54:20:503 | 18896 | 366.82 |
| W24 | 15894378 | TRN1583586 | GM2009112 | 4/2/2009 08:04:42:16 | SGM555351 | MX090511ANN- | 480 | 5/12/2009 06:14:50:2 | 18930 | 733.63 |
| W24 | 15242999 | TRN1607803 | GM2009037 | 5/8/2009 20:48:01:39 | SGM556048 | CROSSDOCK | 108 | 5/13/2009 10:15:09:163 | 18930 | 152.65 |
| W24 | 15265993 | TRN1607803 | GM2009037 | 5/8/2009 20:48:01:39 | SGM556048 | CROSSDOCK | 34 | 5/13/2009 10:15:09:163 | 18930 | 42.00 |
| W24 | 15894378 | TRN1607803 | GM2009037 | 5/8/2009 20:48:01:39 | SGM556048 | CROSSDOCK | 71 | 5/13/2009 10:15:09:163 | 18930 | 108.52 |
| W24 | 15220451 | TRN1602097 | GM2009033 | 5/7/2009 16:44:08:616 | SGM556054 | CROSSDOCK | 39 | 5/13/2009 10:26:23:393 | 18930 | 58.92 |
| W24 | 15242999 | TRN1602097 | GM2009033 | 5/7/2009 16:44:08:616 | SGM556054 | CROSSDOCK | 108 | 5/13/2009 10:26:23:393 | 18930 | 152.65 |
| W24 | 15894378 | TRN1602097 | GM2009033 | 5/7/2009 16:44:08:616 | SGM556054 | CROSSDOCK | 182 | 5/13/2009 10:26:23:393 | 18930 | 278.17 |
| W24 | 21997874 | TRN1602097 | GM2009033 | 5/7/2009 16:44:08:616 | SGM556054 | CROSSDOCK | 144 | 5/13/2009 10:26:23:393 | 18930 | 201.99 |
| W24 | 25800701 | TRN1602097 | GM2009033 | 5/7/2009 16:44:08:616 | SGM556054 | CROSSDOCK | 308 | 5/13/2009 10:26:23:393 | 18930 | 1,497.53 |
| W24 | 15291964 | TRN1602099 | GM2009034 | 5/7/2009 16:14:44:71 | SGM556830 | CROSSDOCK | 150 | 5/15/2009 06:26:25:77 | 18930 | 248.15 |
| W25 | 20810946 | TRN1595433 | GM2009027 | 4/30/2009 14:27:08:97 | SGM557732 | RA090518BBD- | 160 | 5/19/2009 14:53:38:333 | 19004 | 236.10 |
| W25 | 25825837 | TRN1602096 | GM2009031 | 5/7/2009 15:08:47:2 | SGM557733 | RA090518BBE- | 300 | 5/18/2009 22:16:42:256 | 19004 | 486.90 |



Exhibit A Page 4 of 5

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| W25 | 20810946 | TRN1595433 | GM2009027 | 4/30/2009 14:27:08:97 | SGM557827 | RA090518AJU- | 160 | 5/19/2009 14:53:04:68 | 19004 | 236.10 |
| W25 | 25825837 | TRN1602096 | GM2009031 | 5/7/2009 15:08:47:2 | SGM557828 | RA090518AJV- | 780 | 5/18/2009 22:17:17:506 | 19004 | 1,265.94 |
| W25 | 25825837 | TRN1602096 | GM2009031 | 5/7/2009 15:08:47:2 | SGM558322 | RA090519AVU- | 420 | 5/19/2009 22:37:21:293 | 19004 | 681.66 |
| W25 | 25825837 | TRN1602096 | GM2009031 | 5/7/2009 15:08:47:2 | SGM558845 | RA090520ARQ- | 480 | 5/20/2009 22:18:28:973 | 19004 | 779.04 |
| W26 | 20810946 | TRN1589003 | GM2009017 | 4/10/2009 07:50:52:746 | SGM559837 | RA090526AYR- | 40 | 5/26/2009 22:49:51:54 | 19071 | 59.02 |
| W26 | 20810946 | TRN1595433 | GM2009027 | 4/30/2009 14:27:08:97 | SGM559918 | RA090527AAI- | 160 | 5/27/2009 15:58:02:72 | 19071 | 236.10 |
| W26 | 15773638 | TRN1514489 | GM2008139 | 10/25/2008 10:37:04:57 | SGM560680 | WI090528BFJ- | 50 | 5/28/2009 21:15:48:863 | 19071 | 181.81 |
| W27 | 20810982 | TRN1595433 | GM2009027 | 4/30/2009 14:27:08:97 | SGM560990 | 40090529ARB- | 640 | 6/1/2009 14:58:10:533 | 19145 | 1,187.90 |
| W27 | 25825837 | TRN1602096 | GM2009031 | 5/7/2009 15:08:47:2 | SGM561032 | RA090529ASZ- | 480 | 5/30/2009 10:34:12:886 | 19145 | 779.04 |
| W26 | 25800703 | TRN1607787 | GM2009035 | 5/8/2009 20:19:55:993 | SGM561037 | SH090529ATF- | 400 | 5/29/2009 21:40:15:556 | 19071 | 1,959.76 |
| W27 | 15773638 | TRN1504505 | GM2008126 | 10/4/2008 12:40:51:673 | SGM561040 | WI090529ATJ- | 50 | 5/30/2009 10:24:46:48 | 19145 | 181.81 |
| W27 | 15773638 | TRN1514489 | GM2008139 | 10/25/2008 10:37:04:57 | SGM561040 | WI090529ATJ- | 50 | 5/30/2009 10:24:46:48 | 19145 | 181.81 |
| W27 | 25974276 | RGM0011359 | | 3/23/2009 10:44:44:883 | SGM561053 | OR090529AUE- | 750 | 6/1/2009 19:30:31:503 | 19145 | 2,992.50 |
| W27 | 25974277 | RGM0011359 | | 3/23/2009 10:44:44:883 | SGM561054 | OR090529AUF- | 750 | 6/1/2009 19:30:12:66 | 19145 | 3,067.50 |
| W27 | 25974278 | TRN1607787 | GM2009035 | 5/8/2009 20:19:55:993 | SGM561148 | FF090601AAL- | 440 | 6/1/2009 17:32:49:513 | 19145 | 1,771.97 |
| W27 | 25974279 | RGM0011380 | | 4/14/2009 10:45:00:096 | SGM561149 | FF090601AAM- | 750 | 6/1/2009 17:34:09:87 | 19145 | 3,108.38 |
| W27 | 20810982 | TRN1595433 | GM2009027 | 4/30/2009 14:27:08:97 | SGM561365 | 40090601ASX- | 520 | 6/2/2009 13:25:19:86 | 19145 | 965.17 |
| W27 | 25825837 | TRN1615404 | GM2009044 | 5/30/2009 13:57:09:326 | SGM561401 | RA090601AUP- | 420 | 6/2/2009 13:19:03:133 | 19145 | 681.66 |
| W27 | 15773638 | TRN1514489 | GM2008139 | 10/25/2008 10:37:04:57 | SGM561412 | WI090601AVB- | 50 | 6/1/2009 23:13:43:053 | 19145 | 181.81 |
| W27 | 25974276 | RGM0011359 | | 3/23/2009 10:44:44:883 | SGM561425 | OR090601AVW- | 500 | 6/2/2009 17:46:20:066 | 19145 | 1,995.00 |
| W27 | 15146296 | TRN1611374 | GM2009040 | 6/1/2009 11:13:03:893 | SGM561508 | CROSSDOCK | 150 | 6/2/2009 06:42:47:18 | 19145 | 186.09 |
| W27 | 15142953 | TRN1611371 | GM2009042 | 6/1/2009 11:10:58:88 | SGM561509 | CROSSDOCK | 323 | 6/2/2009 06:44:50:49 | 19145 | 492.51 |
| W27 | 15142953 | TRN1615405 | GM2009045 | 5/30/2009 13:49:38:87 | SGM561509 | CROSSDOCK | 40 | 6/2/2009 06:44:50:49 | 19145 | 60.99 |
| W27 | 15265993 | TRN1611371 | GM2009042 | 6/1/2009 11:10:58:88 | SGM561509 | CROSSDOCK | 16 | 6/2/2009 06:44:50:49 | 19145 | 19.76 |
| W27 | 25974278 | TRN1607787 | GM2009035 | 5/8/2009 20:19:55:993 | SGM561520 | FF090602AAL- | 660 | 6/2/2009 14:42:21:663 | 19145 | 2,657.95 |
| W27 | 25974279 | RGM0011370 | | 3/30/2009 13:55:54:473 | SGM561521 | FF090602AAM- | 750 | 6/2/2009 15:59:08:543 | 19145 | 3,108.38 |
| W27 | 20810982 | TRN1595433 | GM2009027 | 4/30/2009 14:27:08:97 | SGM561747 | 40090602ALS- | 600 | 6/3/2009 12:41:29:376 | 19145 | 1,113.66 |
| W27 | 25825837 | TRN1615404 | GM2009044 | 5/30/2009 13:57:09:326 | SGM561790 | RA090602ANS- | 480 | 6/2/2009 21:52:05:313 | 19145 | 779.04 |
| W27 | 25800703 | TRN1615404 | GM2009044 | 5/30/2009 13:57:09:326 | SGM561800 | SH090602AOC- | 400 | 6/2/2009 21:43:58:403 | 19145 | 1,959.76 |
| W27 | 25974276 | RGM0011359 | | 3/23/2009 10:44:44:883 | SGM561806 | OR090602AOQ- | 750 | 6/3/2009 19:30:22:436 | 19145 | 2,992.50 |
| W27 | 25974277 | RGM0011359 | | 3/23/2009 10:44:44:883 | SGM561807 | OR090602AOR- | 500 | 6/3/2009 19:30:48:03 | 19145 | 2,045.00 |
| W27 | 25974278 | TRN1615404 | GM2009044 | 5/30/2009 13:57:09:326 | SGM561869 | FF090603AAL- | 880 | 6/3/2009 15:39:21:026 | 19145 | 3,543.94 |
| W27 | 25974279 | TRN1611370 | GM2009039 | 6/1/2009 10:22:58:563 | SGM561869 | FF090603AAM- | 660 | 6/3/2009 15:38:50:013 | 19145 | 2,735.37 |
| W27 | 13312787 | TRN1611373 | GM2009041 | 6/1/2009 11:13:51:283 | SGM561940 | CROSSDOCK | 68 | 6/3/2009 11:25:15:65 | 19145 | 95.53 |
| W27 | 20810946 | TRN1611373 | GM2009041 | 6/1/2009 11:13:51:283 | SGM561940 | CROSSDOCK | 10 | 6/3/2009 11:25:15:65 | 19145 | 14.76 |
| W27 | 20810982 | TRN1595433 | GM2009027 | 4/30/2009 14:27:08:97 | SGM562095 | 40090603ACN- | 40 | 6/4/2009 13:07:59:446 | 19145 | 74.24 |
| W27 | 25825837 | TRN1615404 | GM2009044 | 5/30/2009 13:57:09:326 | SGM562119 | RA090603AAS- | 480 | 6/3/2009 22:44:06:313 | 19145 | 779.04 |



Exhibit A
Page 5 of 5

| W27 | 25800703 | TRN1615404 | GM2009044 | 5/30/2009 13:57:09:326 | SGM562129 | SH090603ABE- | 400 | 6/3/2009 22:54:39:28 | 19145 | 1,959.76 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| W27 | 25974276 | RGM0011359 | | 3/23/2009 10:44:44:883 | SGM562134 | OR090603ADS- | 750 | 6/4/2009 19:59:34:07 | 19145 | 2,992.50 |
| W27 | 25974277 | RGM0011359 | | 3/23/2009 10:44:44:883 | SGM562135 | OR090603ADT- | 750 | 6/4/2009 19:59:18:416 | 19145 | 3,067.50 |
| W27 | 25974278 | TRN1615404 | GM2009044 | 5/30/2009 13:57:09:326 | SGM562205 | FF090604AAL- | 660 | 6/4/2009 14:17:01:403 | 19145 | 2,657.95 |
| W27 | 25974279 | RGM0011370 | | 3/30/2009 13:55:54:473 | SGM562206 | FF090604AAM- | 250 | 6/4/2009 14:16:42:28 | 19145 | 1,036.13 |
| W27 | 25974279 | RGM0011380 | | 4/14/2009 10:45:00:096 | SGM562206 | FF090604AAM- | 500 | 6/4/2009 14:16:42:28 | 19145 | 2,072.25 |
| W27 | 25825837 | TRN1615404 | GM2009044 | 5/30/2009 13:57:09:326 | SGM562466 | RA090604ANE- | 300 | 6/4/2009 22:44:29:646 | 19145 | 486.90 |
| W27 | 25800703 | TRN1611370 | GM2009039 | 6/1/2009 10:22:58:563 | SGM562479 | SH090604ANS- | 400 | 6/4/2009 22:53:20:836 | 19145 | 1,959.76 |
| W27 | 25974276 | RGM0011359 | | 3/23/2009 10:44:44:883 | SGM562484 | OR090604AOF- | 750 | 6/5/2009 18:23:38:84 | 19145 | 2,992.50 |
| W27 | 25974277 | RGM0011359 | | 3/23/2009 10:44:44:883 | SGM562485 | OR090604AOG- | 750 | 6/5/2009 18:24:01:28 | 19145 | 3,067.50 |
| W27 | 20814017 | TRN1625336 | GM2009051 | 5/13/2009 19:58:45:88 | SGM562538 | FF090605AAY- | 800 | 6/5/2009 15:40:45:293 | 19145 | 908.00 |
| W27 | 25974278 | TRN1615404 | GM2009044 | 5/30/2009 13:57:09:326 | SGM562539 | FF090605AAZ- | 880 | 6/5/2009 12:38:40:7 | 19145 | 3,543.94 |
| W27 | 25974279 | TRN1611370 | GM2009039 | 6/1/2009 10:22:58:563 | SGM562540 | FF090605ABA- | 660 | 6/5/2009 12:38:20:276 | 19145 | 2,735.37 |
| W27 | 15142953 | TRN1615406 | GM2009046 | 5/30/2009 13:48:19:746 | SGM562686 | CROSSDOCK | 382 | 6/5/2009 12:15:46:796 | 19145 | 582.47 |
| W27 | 25825837 | TRN1615406 | GM2009046 | 5/30/2009 13:48:19:746 | SGM562686 | CROSSDOCK | 4 | 6/5/2009 12:15:46:796 | 19145 | 6.49 |
| W27 | 25825837 | TRN1615404 | GM2009044 | 5/30/2009 13:57:09:326 | SGM562830 | RA090605AKH- | 120 | 6/5/2009 22:13:22:893 | 19145 | 194.76 |
| W27 | 15142953 | TRN1611373 | GM2009041 | 6/1/2009 11:13:51:283 | SGM562851 | CROSSDOCK | 1299 | 6/5/2009 12:34:28:8 | 19145 | 1,980.72 |
| W27 | 15220451 | TRN1611373 | GM2009041 | 6/1/2009 11:13:51:283 | SGM562851 | CROSSDOCK | 38 | 6/5/2009 12:34:28:8 | 19145 | 57.41 |
| W27 | 15265993 | TRN1611373 | GM2009041 | 6/1/2009 11:13:51:283 | SGM562851 | CROSSDOCK | 30 | 6/5/2009 12:34:28:8 | 19145 | 37.06 |
| W27 | 15894378 | TRN1611373 | GM2009041 | 6/1/2009 11:13:51:283 | SGM562851 | CROSSDOCK | 64 | 6/5/2009 12:34:28:8 | 19145 | 97.82 |
| W27 | 20810947 | TRN1611373 | GM2009041 | 6/1/2009 11:13:51:283 | SGM562851 | CROSSDOCK | 6 | 6/5/2009 12:34:28:8 | 19145 | 8.86 |
| W27 | 20814017 | TRN1611373 | GM2009041 | 6/1/2009 11:13:51:283 | SGM562851 | CROSSDOCK | 7 | 6/5/2009 12:34:28:8 | 19145 | 7.95 |
| W27 | 25800701 | TRN1611373 | GM2009041 | 6/1/2009 11:13:51:283 | SGM562851 | CROSSDOCK | 25 | 6/5/2009 12:34:28:8 | 19145 | 121.55 |
| W27 | 25825837 | TRN1611373 | GM2009041 | 6/1/2009 11:13:51:283 | SGM562851 | CROSSDOCK | 6 | 6/5/2009 12:34:28:8 | 19145 | 9.74 |

**Total Due    70,371.00**