**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| General Motors Corp., *et al.* | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Halperin Battaglia Raicht, LLP hereby appears as counsel of record for EMC Corporation.

**PLEASE TAKE FURTHER NOTICE** that Halperin Battaglia Raicht, LLP hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 and §§102(1), 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the address set forth below:

> Christopher J. Battaglia, Esq.
> Julie D. Dyas, Esq.
> **HALPERIN BATTAGLIA RAICHT, LLP**
> 555 Madison Avenue, 9th Floor
> New York, New York 10022
> Telephone: (212) 765-9100
> Facsimile: (212) 765-0964
> Email: cbattaglia@halperinlaw.net
>              jdyas@halperinlaw.net

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code sections specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing,

motion, petition, pleading or request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way, any of the rights or interests of General Motors Corp., *et al*.

**PLEASE TAKE FURTHER NOTICE THAT** demand is also made that the undersigned be added to the notice list for notice of all contested matters, adversary proceedings, and other proceedings in these Chapter 11 cases.

Dated: New York, New York
June 22, 2009

>HALPERIN BATTAGLIA RAICHT, LLP
>Counsel to EMC Corporation
>
>By:  */s/ Christopher J. Battaglia*
>Christopher J. Battaglia, Esq.
>Julie D. Dyas, Esq.
>555 Madison Avenue - 9th Floor
>New York, New York 10022
>(212) 765-9100