Illinois Attorney General Lisa Madigan
100 W. Randolph Street
Chicago, IL 60601
James D. Newbold
Assistant Attorney General
Telephone 312.814.4557
Fax 312.814.3589
James.Newbold@illinois.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| General Motors Corp. et al., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, James D. Newbold, certify that on June 19, 2009, the Joinder in Limited Objection filed by the States of Connecticut, Kentucky, Maryland, Minnesota, Missouri, Nebraska and Vermont to 363 Sale Motion was served on all parties appearing on the Court's ECF filing system for this case and faxed to the parties on the attached list. (Doc. 2044).

/s/ James D. Newbold
James D. Newbold
100 W. Randolph Street
Chicago, IL 60601
312.814.4557

1

General Motors Corporation
Cadillac Building
Attn: Warren Common Center
Mail Code 480-206-1114
30009 Van Dyke Avenue
Warren MI 48098-9025
Fax: (815) 282-6156

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
767 Fifth Avenue
New York, New York 10153
Fax : (212) 310-8007

U.S. Treasury Department
Attn: Matthew Feldman
1500 Pennsylvania Avenue, N.W.
Room 2312
Washington, D.C. 20220
Fax: Fax: (202) 622-6415

Vedder Price, P.C.
Attn: Michael J. Edelman
Michael L. Schein
1633 Broadway, 47th Floor
New York, New York 10019
Fax: (212) 407-7799

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi
One World Financial Center
New York, New York 10281
Fax: (212) 504-6666

Office of the U.S Trustee for the Southern
District of New York
Attn: Diana G. Adams
33 Whitehall Street, 21st Floor
New York, New York 10004
Fax : (212) 668-2255

Cleary Gottlieb Steen & Hamilton LLP
Attn: James L. Bromley, Esq.
One Liberty Plaza
New York, NY 10006
Fax: (212) 225-3999

Cohen, Weiss and Simon LLP
Attn: Babette Ceccotti, Esq
330 W. 42nd Street
New York, NY 10036
Fax: (646) 473-8227

Kramer Levin Naftalis & Frankel LLP
Gordon Z. Novod
1177 Avenue of the Americas
New York, NY 10036
Fax : (212) 715-8000

U.S. Attorney's Office, S.D.N.Y.,
Attn: David S. Jones, Esq.
Matthew L. Schwartz, Esq.
86 Chambers Street, Third Floor
New York, NY 10007
Fax: (212)637-2684