**HAGEMEYER, N.A.**
**CURE AMOUNT**
**GENERAL MOTORS, CORP. CASE NO. 09-50026 (REG)**

| Account | Company | PO | Invoice | Inv Date | Inv Amt |
|---|---|---|---|---|---|
| BJ-000042-000 | GENERAL MOTORS CORP &SERVICE&& | TCR19418 | BJ-00798-11 | 05/29/09 | 2,096.00 |
| BJ-000074-000 | GENERAL MOTORS PT &&SERVICE&& | GMS32645 | BJ-00717-11 | 03/03/09 | 168.00 |
| BJ-000074-000 | GENERAL MOTORS PT &&SERVICE&& | GMS32904 | BJ-00723-11 | 02/26/09 | 711.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | REL6041C25R | GF-01520-11 | 10/31/08 | 650.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO132700 | GF-03501-12 | 10/10/07 | 39.60 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO134461 | GF-10043-11 | 12/07/07 | 548.79 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | ELP6PO135126 | GF-12656-11 | 05/20/09 | -40.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO136069 | GF-15322-11 | 02/11/08 | 22.76 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO136888 | GF-17642-12 | 03/11/08 | 20.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-20949-11 | 05/08/08 | -373.05 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO138312 | GF-22055-11 | 08/13/08 | 6,454.80 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO139201 | GF-24637-11 | 07/09/08 | 54.08 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO139556 | GF-25583-11 | 02/10/09 | 1,553.25 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO139843 | GF-26544-11 | 10/08/08 | 170.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO140731 | GF-28627-11 | 02/19/09 | 250.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO140849 | GF-28994-13 | 11/26/08 | 11.66 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO140864 | GF-29027-11 | 02/10/09 | 487.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO140889 | GF-29141-11 | 11/17/08 | 417.80 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO140965 | GF-29335-11 | 11/25/08 | 243.84 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO140967 | GF-29337-11 | 11/25/08 | 579.87 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO140968 | GF-29338-11 | 11/25/08 | 1,256.78 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO140972 | GF-29342-11 | 02/11/09 | 3,495.76 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO140973 | GF-29343-11 | 02/11/09 | 3,224.89 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-29367-11 | 11/25/08 | -855.36 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141041 | GF-29527-11 | 02/11/09 | 2,873.62 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO133791 | GF-29583-11 | 12/10/08 | 1,104.40 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO139792 | GF-29640-11 | 12/18/08 | 1,722.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO138887 | GF-29660-11 | 12/18/08 | 950.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141087 | GF-29673-11 | 02/18/09 | 2,473.84 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141088 | GF-29674-11 | 02/18/09 | 19.99 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141089 | GF-29675-11 | 02/18/09 | 1,131.06 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141090 | GF-29676-11 | 03/02/09 | 30.07 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141091 | GF-29677-11 | 02/18/09 | 1,380.90 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141092 | GF-29678-11 | 03/02/09 | 27.78 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141093 | GF-29679-11 | 02/18/09 | 622.38 |

# HAGEMEYER, N.A.
# CURE AMOUNT
# GENERAL MOTORS, CORP. CASE NO. 09-50026 (REG)

| | | | | | |
|---|---|---|---|---|---:|
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-29703-11 | 02/02/09 | -507.49 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | HL6PO141114 | GF-29743-11 | 02/20/09 | 42.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | HL6PO141117 | GF-29746-11 | 02/20/09 | 42.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | HL6PO141118 | GF-29747-11 | 02/20/09 | 42.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141129 | GF-29758-11 | 02/20/09 | 24.50 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141158 | GF-29814-11 | 03/02/09 | 95.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141171 | GF-29850-14 | 02/25/09 | 63.12 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141186 | GF-29883-11 | 02/20/09 | 20.80 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141208 | GF-29933-11 | 03/10/09 | 1,059.58 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141209 | GF-29934-11 | 03/04/09 | 4.50 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141213 | GF-29940-11 | 03/03/09 | 4,161.60 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141214 | GF-29941-11 | 03/03/09 | 3,672.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141220 | GF-29957-13 | 03/05/09 | 2,724.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141221 | GF-29958-12 | 03/05/09 | 356.37 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141223 | GF-29960-11 | 03/06/09 | 571.20 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141230 | GF-29987-11 | 03/11/09 | 79.49 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141233 | GF-29991-11 | 03/04/09 | 164.36 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141236 | GF-29995-11 | 03/10/09 | 320.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141237 | GF-29996-11 | 03/04/09 | 6.93 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141239 | GF-29998-11 | 03/09/09 | 474.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141258 | GF-30071-11 | 03/11/09 | 474.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141261 | GF-30074-12 | 05/26/09 | 41.72 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141261 | GF-30074-22 | 03/16/09 | 136.54 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141261 | GF-30074-32 | 03/12/09 | 20.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141261 | GF-30074-42 | 03/17/09 | 2.61 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141264 | GF-30077-23 | 05/26/09 | 5.26 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | FL6PO141281 | GF-30111-11 | 03/25/09 | 900.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141298 | GF-30144-11 | 03/16/09 | 4.23 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141302 | GF-30162-11 | 03/26/09 | 22.10 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141332 | GF-30244-11 | 04/14/09 | 204.05 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141341 | GF-30271-11 | 03/26/09 | 16.92 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141349 | GF-30285-12 | 05/28/09 | 243.58 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141426 | GF-30479-11 | 04/15/09 | 578.25 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141428 | GF-30489-11 | 05/27/09 | 123.69 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141480 | GF-30610-11 | 05/28/09 | 1,700.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141514 | GF-30678-11 | 05/18/09 | 1,355.36 |

**HAGEMEYER, N.A.**
**CURE AMOUNT**
**GENERAL MOTORS, CORP. CASE NO. 09-50026 (REG)**

| | | | | | |
|---|---|---|---|---|---|
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141521 | GF-30692-11 | 05/06/09 | 1,150.69 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141534 | GF-30711-11 | 05/01/09 | 681.56 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141538 | GF-30717-12 | 05/01/09 | 283.92 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141538 | GF-30717-13 | 05/06/09 | 139.50 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141547 | GF-30743-11 | 05/26/09 | 5.89 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141557 | GF-30765-11 | 05/04/09 | 103.43 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141577 | GF-30824-11 | 05/06/09 | 84.19 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | REV6072A26R | GF-30854-11 | 05/26/09 | 395.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | FL6PO141597 | GF-30884-12 | 05/12/09 | 26.70 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | FL6PO141597 | GF-30884-22 | 05/12/09 | 206.04 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141600 | GF-30887-12 | 05/26/09 | 38.88 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141619 | GF-30911-11 | 05/26/09 | 170.85 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141628 | GF-30930-11 | 05/26/09 | 215.80 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | REL6041H25R | GF-30954-11 | 05/26/09 | 664.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141641 | GF-30956-12 | 05/27/09 | 9.72 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141644 | GF-30959-11 | 05/19/09 | 0.72 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141644 | GF-30959-12 | 05/19/09 | 4.32 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | FL6PO141651 | GF-30981-11 | 05/28/09 | 43.23 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141652 | GF-30982-11 | 05/19/09 | 5.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141654 | GF-30985-11 | 05/27/09 | 4,713.72 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | FL6PO141655 | GF-30986-11 | 05/20/09 | 25.20 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | FL6PO141663 | GF-31004-11 | 05/20/09 | 296.80 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141665 | GF-31007-11 | 05/26/09 | 877.42 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141665 | GF-31007-12 | 05/27/09 | 56.60 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | HL6PO141675 | GF-31045-11 | 05/26/09 | 332.28 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141676 | GF-31046-11 | 05/26/09 | 92.78 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | NL6PO141681 | GF-31060-11 | 05/27/09 | 27.84 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141694 | GF-31085-11 | 05/26/09 | 12.96 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141695 | GF-31086-11 | 05/26/09 | 16.08 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141696 | GF-31087-11 | 05/26/09 | 20.85 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | REV6072A26R | GF-31089-11 | 05/26/09 | 1,568.88 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141702 | GF-31116-11 | 05/26/09 | 70.92 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141704 | GF-31118-11 | 05/26/09 | 80.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141705 | GF-31119-11 | 05/26/09 | 413.58 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141717 | GF-31133-11 | 05/27/09 | 348.22 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31135-11 | 05/26/09 | 117.38 |

**HAGEMEYER, N.A.**
**CURE AMOUNT**
**GENERAL MOTORS, CORP. CASE NO. 09-50026 (REG)**

| | | | | | |
|---|---|---|---|---|---|
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31136-11 | 05/26/09 | 65.65 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31137-11 | 05/26/09 | 150.45 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31138-11 | 05/26/09 | 20.22 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31139-11 | 05/26/09 | 61.27 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31140-11 | 05/26/09 | 266.60 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31141-11 | 05/26/09 | 68.10 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141718 | GF-31143-11 | 05/27/09 | 62.60 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31146-11 | 05/26/09 | 70.19 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31147-11 | 05/26/09 | 745.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141720 | GF-31148-11 | 05/27/09 | 344.18 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31149-11 | 05/26/09 | 82.10 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31150-11 | 05/26/09 | 1,323.22 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31152-11 | 05/26/09 | 221.16 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | PUL6041A50P | GF-31160-11 | 05/27/09 | 57.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | PUV6072A51P | GF-31161-11 | 05/27/09 | 339.85 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | EL6PO141727 | GF-31162-11 | 05/28/09 | 53.52 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | PUV6072A51P | GF-31166-11 | 05/28/09 | 15.03 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | PUV6072C71P | GF-31167-11 | 05/28/09 | 15.91 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | PUV6072B61P | GF-31168-11 | 05/28/09 | 12.20 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | PUV6072H81P | GF-31169-11 | 05/28/09 | 5.66 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | PUV6072G31P | GF-31170-11 | 05/28/09 | 5.66 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31197-11 | 05/28/09 | 134.96 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31198-11 | 05/28/09 | 745.00 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31199-11 | 05/28/09 | 51.46 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31200-11 | 05/28/09 | 314.47 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31201-11 | 05/28/09 | 33.72 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31222-11 | 05/29/09 | 3.11 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31223-11 | 05/29/09 | 17.06 |
| GF-001001-000 | GENERAL MOTORS - FLINT ENGINE | SUNP07NPINV | GF-31230-11 | 05/29/09 | 1,794.00 |
| GF-001003-000 | GENERAL MOTORS OLYMPIC | PVS02470 | GF-26135-11 | 08/22/08 | 29.69 |
| GF-007000-000 | GENERAL MOTORS/MANAGEMENT FEE | PVS02588 | GF-30616-11 | 04/30/09 | 124,266.00 |
| GF-007000-000 | GENERAL MOTORS/MANAGEMENT FEE | PVS02597 | GF-30989-11 | 05/18/09 | 124,266.00 |
| GF-007000-000 | GENERAL MOTORS/MANAGEMENT FEE | FES MANAGEMENT FEE | GF-31255-11 | 06/02/09 | 124,266.00 |
| GF-038236-000 | GM PRE PRODUCTION OPERATIONS | DENNIS KLINKHAMER | GF-19142-11 | 05/30/08 | 5,166.45 |
| GF-038236-000 | GM PRE PRODUCTION OPERATIONS | DENNIS KLINKHAMER | GF-19684-11 | 06/10/08 | 3,800.00 |
| GF-038236-000 | GM PRE PRODUCTION OPERATIONS | DENNIS KLINKHAMER | GF-20817-11 | 06/12/08 | 7,761.60 |

**HAGEMEYER, N.A.**
**CURE AMOUNT**
**GENERAL MOTORS, CORP. CASE NO. 09-50026 (REG)**

| | | | | | |
|---|---|---|---|---|---|
| GF-038236-000 | GM PRE PRODUCTION OPERATIONS | DENNIS KLINKHAMER | GF-22159-11 | 06/12/08 | 1,085.55 |
| GF-038236-000 | GM PRE PRODUCTION OPERATIONS | DENNIS KLINKHAMER | GF-22743-11 | 06/16/08 | 39.94 |
| GF-038236-000 | GM PRE PRODUCTION OPERATIONS | DENNIS KLINKHAMER | GF-22744-11 | 06/12/08 | 183.67 |
| GF-038236-000 | GM PRE PRODUCTION OPERATIONS | FASTENERS JUNE08 | GF-22850-11 | 08/04/08 | 3,198.52 |
| GF-038236-000 | GM PRE PRODUCTION OPERATIONS | DENNIS KLINKHAMER | GF-22856-11 | 06/12/08 | 231.64 |
| GF-038236-000 | GM PRE PRODUCTION OPERATIONS | DENNIS KLINKHAMER | GF-23203-11 | 06/18/08 | 448.35 |
| GF-038236-000 | GM PRE PRODUCTION OPERATIONS | DENNIS KLINKHAMER | GF-23313-11 | 06/16/08 | 178.68 |
| GF-038236-000 | GM PRE PRODUCTION OPERATIONS | DENNIS KLINKHAMER | GF-23324-11 | 06/17/08 | 60.90 |
| GF-038236-000 | GM PRE PRODUCTION OPERATIONS | DENNIS KLINKHAMER | GF-23526-11 | 06/18/08 | 183.67 |
| GF-038236-000 | GM PRE PRODUCTION OPERATIONS | DENNIS KLINKHAMER | GF-23710-11 | 06/23/08 | 185.93 |
| GF-038236-000 | GM PRE PRODUCTION OPERATIONS | DENNIS KLINKHAMER | GF-23712-11 | 06/23/08 | 2,512.60 |
| GF-038236-000 | GM PRE PRODUCTION OPERATIONS | RICHARD TEENIER | GF-23722-12 | 09/12/08 | 60.11 |
| GF-038236-000 | GM PRE PRODUCTION OPERATIONS | RICHARD GROVES JR | GF-24005-11 | 09/23/08 | 16,500.00 |
| GF-038236-000 | GM PRE PRODUCTION OPERATIONS | JEFF THOMPSON | GF-26761-11 | 09/04/08 | -250.00 |
| GF-038236-000 | GM PRE PRODUCTION OPERATIONS | JEFF THOMPSON | GF-97849-11 | 08/06/07 | 378.84 |
| GF-038236-000 | GM PRE PRODUCTION OPERATIONS | JEFF THOMPSON | GF-98356-11 | 08/29/07 | 245.60 |
| I0-000107-000 | GENERAL MOTORS SPO &&SERVICE&& | FON08-0066 | I0-02242-11 | 11/20/08 | 367.30 |
| I0-000107-000 | GENERAL MOTORS SPO &&SERVICE&& | FON09-0029 | I0-02675-11 | 04/07/09 | 1,438.55 |
| Q0-000002-000 | GM/ARLINGTON ASSEMBLY | GMR89071/ TCB04953 | Q0-03537-11 | 04/09/09 | 5,476.50 |
| Q0-000002-000 | GM/ARLINGTON ASSEMBLY | GMR88163 SERV-TSV1 | Q0-03666-11 | 04/10/09 | 652.00 |
| Q0-000002-000 | GM/ARLINGTON ASSEMBLY | GMR88163 SERV-TSV1 | Q0-03833-11 | 06/10/09 | 1,163.93 |
| Q0-000004-000 | GM/BAY CITY POWERTRAIN | BCS20055 | Q0-03576-21 | 04/09/09 | 464.22 |
| Q0-000004-000 | GM/BAY CITY POWERTRAIN | BCR56013/ TCB04953 | Q0-03733-11 | 05/27/09 | 1,125.00 |
| Q0-000007-000 | GM/HAMTRAMCK ASSEMBLY | DTS03862 XX4495 | Q0-03499-11 | 02/24/09 | 650.00 |
| Q0-000007-000 | GM/HAMTRAMCK ASSEMBLY | | Q0-03500-11 | 02/24/09 | 448.00 |
| Q0-000007-000 | GM/HAMTRAMCK ASSEMBLY | PENDING | Q0-03679-11 | 04/15/09 | 6,695.00 |
| Q0-000007-000 | GM/HAMTRAMCK ASSEMBLY | DTS03991 | Q0-03711-11 | 06/04/09 | 300.00 |
| Q0-000007-000 | GM/HAMTRAMCK ASSEMBLY | DTS03862 PRXX4495 | Q0-03719-11 | 04/29/09 | 2,250.00 |
| Q0-000007-000 | GM/HAMTRAMCK ASSEMBLY | DTS03682 XX1745 | Q0-03727-11 | 04/29/09 | 150.00 |
| Q0-000007-000 | GM/HAMTRAMCK ASSEMBLY | DTS04211 ZX2070 | Q0-03807-11 | 05/27/09 | 1,607.93 |
| Q0-000010-000 | GM/FAIRFAX ASSEMBLY | FXS16404 | Q0-01010-11 | 11/18/08 | -3,461.33 |
| Q0-000010-000 | GM/FAIRFAX ASSEMBLY | FXS16403 | Q0-01010-12 | 11/18/08 | -16,780.00 |
| Q0-000010-000 | GM/FAIRFAX ASSEMBLY | REPLACEMENT PO | Q0-03067-11 | 10/28/08 | 666.92 |
| Q0-000010-000 | GM/FAIRFAX ASSEMBLY | FXR52515/ TCB04953 | Q0-03596-11 | 04/29/09 | 1,991.42 |
| Q0-000010-000 | GM/FAIRFAX ASSEMBLY | FXR5264/ TCB04953 | Q0-03621-11 | 05/07/09 | 18,077.00 |
| Q0-000010-000 | GM/FAIRFAX ASSEMBLY | FXR52814/ TCB04953 | Q0-03710-11 | 06/01/09 | 2,088.06 |

**HAGEMEYER, N.A.**
**CURE AMOUNT**
**GENERAL MOTORS, CORP. CASE NO. 09-50026 (REG)**

| | | | | | |
|---|---|---|---|---|---|
| Q0-000010-000 | GM/FAIRFAX ASSEMBLY | FXR52961/ TCB04953 | Q0-03776-11 | 06/10/09 | 420.00 |
| Q0-000011-000 | GM/INDIANAPOLIS MFD | GMR83430 SERV-TSV1 | Q0-03455-11 | 02/11/09 | 333.20 |
| Q0-000011-000 | GM/INDIANAPOLIS MFD | PENDING | Q0-03488-11 | 02/19/09 | 739.32 |
| Q0-000011-000 | GM/INDIANAPOLIS MFD | GMR89235/ TCB04953 | Q0-03598-11 | 05/21/09 | 3,564.00 |
| Q0-000011-000 | GM/INDIANAPOLIS MFD | GMR89789/ TCB04953 | Q0-03709-11 | 05/28/09 | 333.50 |
| Q0-000012-000 | GM/JANESVILLE ASSEMBLY | GMR86159 SERV-TS | Q0-03766-11 | 05/19/09 | 1,665.42 |
| Q0-000013-000 | GM/GRAND RIVER ASSEMBLY | LAR30558/TCB04953 | Q0-03603-11 | 05/12/09 | 3,519.98 |
| Q0-000013-000 | GM/GRAND RIVER ASSEMBLY | LAR30560/TCB04953 | Q0-03611-11 | 05/12/09 | 3,097.00 |
| Q0-000013-000 | GM/GRAND RIVER ASSEMBLY | LAR30711/ TCB04953 | Q0-03797-11 | 05/27/09 | 825.00 |
| Q0-000013-000 | GM/GRAND RIVER ASSEMBLY | LAR30728/ TCB04953 | Q0-03800-11 | 05/27/09 | 515.00 |
| Q0-000013-000 | GM/GRAND RIVER ASSEMBLY | LAR30729/ TCB04953 | Q0-03801-11 | 05/27/09 | 3,815.00 |
| Q0-000013-000 | GM/GRAND RIVER ASSEMBLY | LAR30730/ TCB04953 | Q0-03802-11 | 05/27/09 | 997.00 |
| Q0-000013-000 | GM/GRAND RIVER ASSEMBLY | LAR30731/ TCB04953 | Q0-03803-11 | 05/27/09 | 2,275.00 |
| Q0-000013-000 | GM/GRAND RIVER ASSEMBLY | LAR30732/ TCB04953 | Q0-03804-11 | 05/27/09 | 549.00 |
| Q0-000014-000 | GM/MARION METAL FAB | GMS33924 YX9643 | Q0-03795-11 | 05/19/09 | 4,395.00 |
| Q0-000016-000 | GM/ORION ASSEMBLY | ORR54667 | Q0-01688-11 | 11/29/07 | -3,982.20 |
| Q0-000016-000 | GM/ORION ASSEMBLY | ORR59825 SERV-TSV1 | Q0-03417-11 | 01/28/09 | 747.00 |
| Q0-000016-000 | GM/ORION ASSEMBLY | ORR59825 SERV-TSV1 | Q0-03445-11 | 02/10/09 | 1,520.00 |
| Q0-000016-000 | GM/ORION ASSEMBLY | ORR59825 SERV TSV1 | Q0-03718-11 | 04/29/09 | 3,350.00 |
| Q0-000016-000 | GM/ORION ASSEMBLY | ORR59825 SERV-TSV1 | Q0-03725-11 | 04/29/09 | 411.00 |
| Q0-000016-000 | GM/ORION ASSEMBLY | GMS28948 UX2466 | Q0-03762-11 | 05/13/09 | 3,296.00 |
| Q0-000016-000 | GM/ORION ASSEMBLY | GMS33452 | Q0-03769-11 | 05/13/09 | 13,626.00 |
| Q0-000017-000 | GM/BEDFORD POWERTRAIN | GMS32623 XX7036 | Q0-03634-11 | 03/31/09 | 2,949.50 |
| Q0-000017-000 | GM/BEDFORD POWERTRAIN | PBS64665 FBR588001 | Q0-03700-11 | 04/22/09 | 250.00 |
| Q0-000018-000 | GM/PONTIAC ASSEMBLY | GMR89199 | Q0-03595-11 | 04/14/09 | 531.00 |
| Q0-000018-000 | GM/PONTIAC ASSEMBLY | PENDING | Q0-03726-11 | 04/29/09 | 390.00 |
| Q0-000019-000 | GM/FREDERICKSBURG POWERTRAIN | GMS27552/TX4717 | Q0-03642-11 | 03/31/09 | 1,696.00 |
| Q0-000019-000 | GM/FREDERICKSBURG POWERTRAIN | GMS21071 NX2462 | Q0-03674-11 | 04/13/09 | 255.00 |
| Q0-000022-000 | GM/PARMA MFD | GMR89471 | Q0-03648-11 | 04/24/09 | 8,488.21 |
| Q0-000022-000 | GM/PARMA MFD | GMR89963/TCB04953 | Q0-03758-11 | 05/28/09 | 1,748.24 |
| Q0-000022-000 | GM/PARMA MFD | GMR86051 SERV-TSV1 | Q0-03770-11 | 05/12/09 | 495.00 |
| Q0-000026-000 | GM/ROMULUS POWERTRAIN | GMS33506 | Q0-03646-11 | 05/28/09 | 7,180.56 |
| Q0-000026-000 | GM/ROMULUS POWERTRAIN | GMS33506 | Q0-03646-21 | 04/30/09 | 1,282.50 |
| Q0-000026-000 | GM/ROMULUS POWERTRAIN | GMS33506 | Q0-03646-31 | 04/06/09 | 761.70 |
| Q0-000026-000 | GM/ROMULUS POWERTRAIN | GMS33506 | Q0-03646-41 | 04/15/09 | 104.76 |
| Q0-000026-000 | GM/ROMULUS POWERTRAIN | GMS33506 | Q0-03646-52 | 04/09/09 | 1,712.50 |

**HAGEMEYER, N.A.**
**CURE AMOUNT**
**GENERAL MOTORS, CORP. CASE NO. 09-50026 (REG)**

| | | | | | |
|---|---|---|---|---|---|
| Q0-000026-000 | GM/ROMULUS POWERTRAIN | RMR23013/TCB04953 | Q0-03654-11 | 05/11/09 | 2,208.00 |
| Q0-000029-000 | GM/WARREN POWERTRAIN | GMR89256/TCB04953 | Q0-03602-11 | 04/22/09 | 10,161.35 |
| Q0-000029-000 | GM/WARREN POWERTRAIN | GMR89635/ TCB04953 | Q0-03680-11 | 04/21/09 | 1,864.50 |
| Q0-000029-000 | GM/WARREN POWERTRAIN | GMR89635 SERV-TSV1 | Q0-03693-11 | 04/22/09 | 1,116.40 |
| Q0-000029-000 | GM/WARREN POWERTRAIN | GMR89635 SERV-TSV1 | Q0-03696-11 | 04/22/09 | 416.40 |
| Q0-000029-000 | GM/WARREN POWERTRAIN | GMR89635 SERV-TSV1 | Q0-03703-11 | 04/22/09 | 2,628.07 |
| Q0-000029-000 | GM/WARREN POWERTRAIN | GMR89635 | Q0-03706-11 | 04/28/09 | 176.75 |
| Q0-000029-000 | GM/WARREN POWERTRAIN | GMR89635 | Q0-03730-11 | 05/06/09 | 235.71 |
| Q0-000031-000 | GM/WILMINGTON ASSEMBLY | WMR00989 / PENDING | Q0-02775-21 | 09/17/08 | 241.62 |
| Q0-000031-000 | GM/WILMINGTON ASSEMBLY | WMR10139/TCB04953 | Q0-03403-11 | 05/18/09 | 6,043.13 |
| Q0-000031-000 | GM/WILMINGTON ASSEMBLY | WMR10159/TCB04953 | Q0-03527-11 | 04/29/09 | 11,363.00 |
| Q0-000031-000 | GM/WILMINGTON ASSEMBLY | WMR09467 SERV-TSV1 | Q0-03683-11 | 04/21/09 | 11,363.00 |
| Q0-000031-000 | GM/WILMINGTON ASSEMBLY | WMR09471 SERV-TSV1 | Q0-03684-11 | 04/21/09 | 4,844.00 |
| Q0-000031-000 | GM/WILMINGTON ASSEMBLY | GMR89766/ TCB04953 | Q0-03707-11 | 06/09/09 | 2,070.00 |
| Q0-000031-000 | GM/WILMINGTON ASSEMBLY | WMR10139 SERV-TSV1 | Q0-03818-11 | 06/01/09 | 848.25 |
| Q0-000032-000 | GM/WENTZVILLE ASSEMBLY | GMR88744 | Q0-03615-11 | 04/09/09 | 411.30 |
| Q0-000032-000 | GM/WENTZVILLE ASSEMBLY | GMR88744 | Q0-03675-11 | 04/22/09 | 363.00 |
| Q0-000032-000 | GM/WENTZVILLE ASSEMBLY | GMR88744 | Q0-03744-11 | 05/14/09 | 2,095.20 |
| Q0-000032-000 | GM/WENTZVILLE ASSEMBLY | WZR41367 SERV-TSV1 | Q0-03755-11 | 05/07/09 | 2,909.00 |
| Q0-000032-000 | GM/WENTZVILLE ASSEMBLY | GMR87595 SERV-TSV1 | Q0-03792-11 | 05/19/09 | 390.00 |
| Q0-000032-000 | GM/WENTZVILLE ASSEMBLY | GMR88744 | Q0-03796-11 | 06/01/09 | 685.50 |
| Q0-000032-000 | GM/WENTZVILLE ASSEMBLY | GMR86163 SERV-TSV1 | Q0-03817-11 | 06/01/09 | 2,035.75 |
| Q0-000032-000 | GM/WENTZVILLE ASSEMBLY | GMR88744 SERV-TSV1 | Q0-03822-11 | 06/01/09 | 2,694.87 |
| Q0-000034-000 | GM/PONTIAC SPO | 75R08263 | Q0-01664-11 | 11/05/08 | 210.00 |
| Q0-000034-000 | GM/PONTIAC SPO | 75R08291/TCB04953 | Q0-02375-11 | 10/22/08 | 285.00 |
| Q0-000037-000 | GM/WARREN TECH CENTER | TCR19418 | Q0-03623-11 | 03/31/09 | 100.00 |
| Q0-000037-000 | GM/WARREN TECH CENTER | TCR19418 SERV-TSV1 | Q0-03663-11 | 04/10/09 | 2,798.00 |
| Q0-000037-000 | GM/WARREN TECH CENTER | TCR194118 | Q0-03670-11 | 04/13/09 | 4,143.00 |
| Q0-000037-000 | GM/WARREN TECH CENTER | TCR19418 SERV-TSV1 | Q0-03702-11 | 04/22/09 | 22,213.92 |
| Q0-000037-000 | GM/WARREN TECH CENTER | TCR21049/TCB04953 | Q0-03747-11 | 05/11/09 | 561.00 |
| Q0-000037-000 | GM/WARREN TECH CENTER | TCR19418 SERV-TSV1 | Q0-03806-11 | 05/27/09 | 2,642.57 |
| Q0-000037-000 | GM/WARREN TECH CENTER | TCR19418 SERV-TSV1 | Q0-03812-11 | 05/28/09 | 1,376.12 |
| Q0-000037-000 | GM/WARREN TECH CENTER | TCR19418 SERV-TSV1 | Q0-03813-11 | 05/28/09 | 826.64 |
| Q0-000037-000 | GM/WARREN TECH CENTER | TCR19418 SERV-TSV1 | Q0-03815-11 | 05/29/09 | 1,523.17 |
| Q0-000039-000 | GM/FLINT MF | CXR12600/ TCB04953 | Q0-03681-11 | 05/11/09 | 616.00 |
| Q0-000040-000 | GM/FLINT MFD/TOOL & DIE | DER55363/TCB0495 | Q0-03510-11 | 04/30/09 | -493.00 |

**HAGEMEYER, N.A.**
**CURE AMOUNT**
**GENERAL MOTORS, CORP. CASE NO. 09-50026 (REG)**

| | | | | | |
|---|---|---|---|---|---:|
| Q0-000040-000 | GM/FLINT MFD/TOOL & DIE | DER55365/TCB04953 | Q0-03532-11 | 03/26/09 | -77.38 |
| Q0-000041-000 | M/ GRAND BLANC MFD | GMS22879 | Q0-03195-11 | 11/17/08 | 1,911.00 |
| Q0-000041-000 | GM/YPSILANTI POWERTRAIN | HWR79486/TCB04953 | Q0-03234-11 | 01/12/09 | -8,486.80 |
| Q0-000041-000 | GM/YPSILANTI POWERTRAIN | HWR79481/TCB04953 | Q0-03235-11 | 12/29/08 | -7,336.00 |
| Q0-000045-000 | GM/LORDSTOWN ASSEMBLY | GMR88397 SERV-TSV1 | Q0-03635-11 | 03/31/09 | 2,252.00 |
| Q0-000045-000 | GM/LORDSTOWN ASSEMBLY | GMR88397 SERV-TSV1 | Q0-03668-11 | 04/13/09 | 347.00 |
| Q0-000045-000 | GM/LORDSTOWN ASSEMBLY | GMR89732/ TCB04953 | Q0-03691-11 | 05/28/09 | 1,435.14 |
| Q0-000045-000 | GM/LORDSTOWN ASSEMBLY | GMR88397 SERV-TSV1 | Q0-03763-11 | 05/13/09 | 506.00 |
| Q0-000046-000 | GM/LIVONIA POWERTRAIN | GMS33328 YX0874 | Q0-03618-11 | 03/24/09 | 77.35 |
| Q0-000047-000 | GM/MORAINE ASSEMBLY | MAR77608/TCB0495 | Q0-02598-11 | 06/30/08 | -3,983.03 |
| Q0-000047-000 | GM/MORAINE ASSEMBLY | TCB04953/MAR77828 | Q0-02753-11 | 09/05/08 | -3,982.20 |
| Q0-000047-000 | GM/MORAINE ASSEMBLY | GMR74220 SERV-TSV1 | Q0-03641-11 | 03/31/09 | 860.00 |
| Q0-000049-000 | GM/MILFORD PROVING GRND CENTER | GMR87064 | Q0-03624-11 | 03/31/09 | 87.32 |
| Q0-000049-000 | GM/MILFORD PROVING GRND CENTER | GMR87064 SERV-TSV1 | Q0-03687-11 | 04/21/09 | 1,995.35 |
| Q0-000049-000 | GM/MILFORD PROVING GRND CENTER | GMR87064 SERV-TSV1 | Q0-03689-11 | 04/21/09 | 1,531.86 |
| Q0-000049-000 | GM/MILFORD PROVING GRND CENTER | GMR87064 SERV-TSV1 | Q0-03694-11 | 04/22/09 | 690.17 |
| Q0-000049-000 | GM/MILFORD PROVING GRND CENTER | GMR87064 SERV-TSV1 | Q0-03720-11 | 04/29/09 | 2,103.04 |
| Q0-000049-000 | GM/MILFORD PROVING GRND CENTER | GMR87064 SERV-TSV1 | Q0-03722-11 | 04/29/09 | 1,483.98 |
| Q0-000049-000 | GM/MILFORD PROVING GRND CENTER | GMR87064 SERV-TSV1 | Q0-03729-11 | 04/30/09 | 693.97 |
| Q0-000052-000 | GM/TOLEDO POWERTRAIN | GMR86621 SERV-TSV1 | Q0-03728-11 | 04/30/09 | 2,115.00 |
| Q0-000056-000 | GM/FLINT POWERTRAIN ENG SOUTH | GMR89023/ TCB04953 | Q0-03526-11 | 04/13/09 | 2,665.00 |
| Q0-000056-000 | GM/FLINT POWERTRAIN ENG SOUTH | PVR01257/TCB04953 | Q0-03562-11 | 04/13/09 | 592.00 |
| Q0-000056-000 | GM/FLINT POWERTRAIN ENG SOUTH | GMR88640 SERV-TSV1 | Q0-03782-11 | 05/18/09 | 960.00 |
| Q0-000057-000 | GM/PONTIAC POWERTRAIN HDQRTS | GMR89911/ TCB04953 | Q0-03746-11 | 05/28/09 | 1,710.00 |
| Q0-000070-000 | GM/MILFORD PROVING GRND CENTER | GMR85309 SERV-TSV1 | Q0-03764-11 | 05/11/09 | 362.00 |
| Q0-000071-000 | GM/FLINT POWERTAIN NORTH | GMS32820 PRXX6083 | Q0-03721-11 | 04/29/09 | 1,655.00 |
| Q0-000072-000 | GM/MORAINE ASSEMBLY | SUMMARY- 11/30/07 | Q0-01705-11 | 11/30/07 | -5,973.30 |
| Q0-000072-000 | GM/MORAINE ASSEMBLY | SUMMARY- 11/29/08 | Q0-03246-11 | 11/29/08 | -3,982.20 |
| Q0-000075-000 | GM/WFG MAJOR TOOLING LAB | TCS26061 YX0409 | Q0-03669-11 | 04/13/09 | 295.00 |
| Q0-000075-000 | GM/WFG MAJOR TOOLING LAB | TCS26061 YX0409001 | Q0-03786-11 | 05/18/09 | 295.00 |
| Q0-000084-000 | GM/LANSING SPO PLANT #4 | G2422 | Q0-03739-11 | 05/05/09 | 1,256.00 |
| Q0-000092-000 | GM/WHITE MARSH POWERTRAIN | GMR88192 SERV-TSV1 | Q0-03672-11 | 04/13/09 | 1,117.63 |
| Q0-000105-000 | GM/NEW YORK WFG | DIRECT | Q0-03798-11 | 05/26/09 | 417.42 |
| Q0-000105-000 | GM/NEW YORK WFG | DIRECT | Q0-03810-11 | 05/27/09 | 1,140.00 |
| Q0-000114-000 | GM/TORRANCE WFG | TCS26559 XX8553 | Q0-03743-11 | 05/05/09 | 220.00 |
| Q0-000114-000 | GM/TORRANCE WFG | TCS26559 PRXX8553 | Q0-03819-11 | 06/01/09 | 220.00 |

**HAGEMEYER, N.A.**
**CURE AMOUNT**
**GENERAL MOTORS, CORP. CASE NO. 09-50026 (REG)**

| | | | | | |
|---|---|---|---|---|---:|
| Q0-000126-000 | GM/ GENERAL MOTORS LANSING DEL | LAR30622/TCB04953 | Q0-03653-11 | 05/18/09 | 3,552.52 |
| Q0-000126-000 | GM/ GENERAL MOTORS LANSING DEL | LAR30621 | Q0-03660-11 | 04/21/09 | 5.53 |
| Q0-000126-000 | GM/ GENERAL MOTORS LANSING DEL | LAR30621 | Q0-03660-21 | 04/30/09 | 151.50 |
| Q0-000126-000 | GM/ GENERAL MOTORS LANSING DEL | LAR30629 | Q0-03712-11 | 05/08/09 | 342.80 |
| Q0-000126-000 | GM/ GENERAL MOTORS LANSING DEL | LAR30629 | Q0-03713-21 | 04/30/09 | 59.00 |
| Q0-000126-000 | GM/ GENERAL MOTORS LANSING DEL | LAR30629 | Q0-03715-11 | 06/02/09 | 13.00 |
| Q0-000126-000 | GM/ GENERAL MOTORS LANSING DEL | LAR30677/ TCB04953 | Q0-03731-11 | 05/05/09 | 411.00 |
| R0-001001-000 | GM PRE PRODUCTION LABS | NEED SBWO | R0-00000-11 | 04/23/09 | 7.95 |
| R0-001001-000 | GM PRE PRODUCTION LABS | NOT LABS | R0-00362-11 | 10/03/08 | 124.95 |
| R0-001001-000 | GM PRE PRODUCTION LABS | SUMMARY- 10/31/08 | R0-00835-11 | 10/31/08 | 726.00 |
| R0-001001-000 | GM PRE PRODUCTION LABS | SUMMARY- 12/31/08 | R0-01069-11 | 12/31/08 | 848.41 |
| R0-001001-000 | GM PRE PRODUCTION LABS | SUMMARY- 01/31/09 | R0-01185-11 | 01/31/09 | 111,166.97 |
| R0-001001-000 | GM PRE PRODUCTION LABS | SUMMARY- 02/28/09 | R0-01326-11 | 02/28/09 | -474.21 |
| R0-001001-000 | GM PRE PRODUCTION LABS | SUMMARY- 03/31/09 | R0-01524-11 | 03/31/09 | 476,527.57 |
| R0-001001-000 | GM PRE PRODUCTION LABS | SUMMARY- 04/30/09 | R0-01716-11 | 04/30/09 | 479,474.49 |
| R0-001001-000 | GM PRE PRODUCTION LABS | SUMMARY- 05/30/09 | R0-01873-11 | 05/30/09 | 475,351.18 |
| R0-002001-000 | GM PRE PRODUCTION PPO | SUMMARY- 10/31/08 | R0-00836-11 | 10/31/08 | 724.92 |
| R0-002001-000 | GM PRE PRODUCTION PPO | SUMMARY- 12/31/08 | R0-01070-11 | 12/31/08 | 229.59 |
| R0-002001-000 | GM PRE PRODUCTION PPO | SUMMARY- 02/28/09 | R0-01327-11 | 02/28/09 | -427.73 |
| R0-002001-000 | GM PRE PRODUCTION PPO | SUMMARY- 03/31/09 | R0-01525-11 | 03/31/09 | 9,729.73 |
| R0-002001-000 | GM PRE PRODUCTION PPO | SUMMARY- 04/30/09 | R0-01717-11 | 04/30/09 | 38,361.26 |
| R0-002001-000 | GM PRE PRODUCTION PPO | SUMMARY- 05/30/09 | R0-01874-11 | 05/30/09 | 31,273.57 |
| R0-003001-000 | GM PRE PRODUCTION WFG | SUMMARY- 10/31/08 | R0-00837-11 | 10/31/08 | 8,473.78 |
| R0-003001-000 | GM PRE PRODUCTION WFG | SUMMARY- 12/31/08 | R0-01071-11 | 12/31/08 | 3,574.24 |
| R0-003001-000 | GM PRE PRODUCTION WFG | SUMMARY- 02/28/09 | R0-01328-11 | 02/28/09 | 14,530.86 |
| R0-003001-000 | GM PRE PRODUCTION WFG | SUMMARY- 03/31/09 | R0-01526-11 | 03/31/09 | 35,519.21 |
| R0-003001-000 | GM PRE PRODUCTION WFG | SUMMARY- 04/30/09 | R0-01718-11 | 04/30/09 | 39,727.85 |
| R0-003001-000 | GM PRE PRODUCTION WFG | SUMMARY- 05/30/09 | R0-01875-11 | 05/30/09 | 25,799.71 |
| R0-007000-000 | GENERAL MOTORS OLYMPIC | TCS25737 | R0-01575-11 | 04/08/09 | 7,961.00 |
| R0-007000-000 | GENERAL MOTORS OLYMPIC | TCS25768 | R0-01576-11 | 04/08/09 | 7,961.00 |
| R0-007000-000 | GENERAL MOTORS OLYMPIC | TCS25846 | R0-01577-11 | 04/08/09 | 7,961.00 |
| R0-007000-000 | GENERAL MOTORS OLYMPIC | TCS25737 | R0-01769-11 | 05/11/09 | 7,961.00 |
| R0-007000-000 | GENERAL MOTORS OLYMPIC | TCS25768 | R0-01770-11 | 05/11/09 | 7,961.00 |
| R0-007000-000 | GENERAL MOTORS OLYMPIC | TCS25846 | R0-01771-11 | 05/11/09 | 7,961.00 |
| R0-007000-000 | GENERAL MOTORS OLYMPIC | PONT.MGMNT FEE | R0-01880-11 | 06/02/09 | 23,883.00 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | DENNIS KLINKHAMER | R0-00007-11 | 06/23/08 | 444.63 |

**HAGEMEYER, N.A.**
**CURE AMOUNT**
**GENERAL MOTORS, CORP. CASE NO. 09-50026 (REG)**

| | | | | | |
|---|---|---|---|---|---|
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-00679-11 | 10/20/08 | 306.85 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-00708-12 | 10/20/08 | 299.61 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | TCS24847 | R0-00978-11 | 01/05/09 | -1,589.00 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | TCS25022 | R0-01022-11 | 01/23/09 | 2,350.00 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01667-11 | 04/27/09 | 521.20 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01667-12 | 04/28/09 | 173.04 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01667-22 | 04/29/09 | 59.43 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01667-32 | 04/29/09 | 149.90 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01667-42 | 04/28/09 | 705.38 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01667-52 | 04/29/09 | 95.04 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01667-62 | 04/28/09 | 95.41 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01667-72 | 04/28/09 | 23.07 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01667-73 | 04/29/09 | 47.38 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01667-82 | 04/28/09 | 69.29 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01667-92 | 04/29/09 | 154.67 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01685-12 | 04/28/09 | 479.60 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01685-13 | 04/28/09 | 107.40 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01685-14 | 04/30/09 | 719.40 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | WING 1 POU | R0-01685-15 | 04/30/09 | 1,390.20 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | TCS27250 | R0-01726-11 | 05/11/09 | 166.29 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | TCS27210 | R0-01779-11 | 05/27/09 | 4,396.80 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | TCS27210 | R0-01789-11 | 05/15/09 | 31.31 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | TCS27210 | R0-01789-12 | 05/18/09 | 38.25 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | TCS27210 | R0-01789-22 | 05/26/09 | 134.33 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | TCS27210 | R0-01801-11 | 05/28/09 | 4,511.34 |
| R0-038236-000 | GM PRE PRODUCTION OPERATIONS | TCS27210 | R0-01801-12 | 05/28/09 | 491.67 |
| VV-001001-000 | GENERAL MOTORS | CHK# 97550 | VV-29088-11 | 05/30/09 | 10,509.00 |
| VV-001001-000 | GENERAL MOTORS | CHK# 97650 | VV-29089-11 | 05/30/09 | 13,158.13 |
| VV-001001-000 | GENERAL MOTORS | CHK# 97853 | VV-29090-11 | 05/30/09 | 2,867.50 |
| VV-001001-000 | GENERAL MOTORS | SUMMARY- 05/30/09 | VV-29893-11 | 05/30/09 | 399,579.96 |
| VV-007000-000 | GENERAL MOTORS | ARB01124 | VV-29911-11 | 06/03/09 | 146,633.12 |
| VV-007000-000 | GENERAL MOTORS | ARB01124 | VV-29912-11 | 06/03/09 | 11,973.33 |
| | | | | | |
| **TOTAL** | | | | | **3,116,863.23** |