**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| General Motors Corp., *et al.* | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Much Shelist Denenberg Ament and Rubenstein, P.C. and Halperin Battaglia Raicht, LLP hereby appear as counsel and local counsel of record, respectively, for Brandenburg Industrial Service Co.

**PLEASE TAKE FURTHER NOTICE** that Much Shelist Denenberg Ament and Rubenstein, P.C. and Halperin Battaglia Raicht, LLP hereby request, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 and §§102(1), 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the addresses set forth below:

> Colleen E. McManus, Esq.
> **MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, P.C.**
> 191 North Wacker Drive, Suite 1800
> Chicago, IL 60606
> Telephone:  (312) 521-2695
> Facsimile:  (312) 521-2595
> Email:  CMcManus@muchshelist.com

> -and-

{00080729.1 / SNC100}

Julie D. Dyas, Esq.
**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
Telephone: (212) 765-9100
Facsimile: (212) 765-0964
Email: jdyas@halperinlaw.net

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code sections specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way, any of the rights or interests of General Motors Corp., *et al.*

**PLEASE TAKE FURTHER NOTICE THAT** demand is also made that the undersigned be added to the notice list for notice of all contested matters, adversary proceedings, and other proceedings in these Chapter 11 cases.

Dated: New York, New York
       June 22, 2009

HALPERIN BATTAGLIA RAICHT, LLP
Local Counsel to Brandenburg Industrial Service Co.

By:    */s/ Christopher J. Battaglia*
       Christopher J. Battaglia, Esq.
       555 Madison Avenue - 9th Floor
       New York, New York 10022
       (212) 765-9100

{00080729.1 / SNC100}                 2