**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
Christopher J. Battaglia, Esq.
Telephone: (212) 765-9100
Facsimile: (212) 765-0964
*Counsel to EMC Corporation, Macquarie Finance Equipment, LLC, RCR Enterprises, LLC and*
*Local Counsel to Brandenburg Industrial Service Co.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| GENERAL MOTORS CORP., *et al.* | 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------x

**VERIFIED STATEMENT OF HALPERIN BATTAGLIA RAICHT, LLP**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Halperin Battaglia Raicht, LLP ("HBR") hereby submits this verified statement of multiple representations pursuant to Federal Rules of Bankruptcy Procedure 2019(a) (the Bankruptcy Rules"), and discloses the following:

1. HBR is counsel to EMC Corporation, Macquarie Finance Equipment, LLC, RCR Enterprises, LLC, and local counsel to Brandenburg Industrial Service Co. (collectively, the "Entities"), each of whom has a claim against the above-captioned debtors (the "Debtors"). The full address for each of the Entities is set forth in the annexed **Exhibit A**.

2. The specific nature and amounts of the claims held by the Entities will be set forth in proofs of claims filed against the Debtors' estates. The Entities are the original holders of their respective claims. Such claims arose at the time of and in connection with their respective transactions with the Debtors.

{00080730.1 / SNC100}

3. The Entities have asked HBR to represent their respective interests in connection with the Debtors' cases.

4. HBR will supplement this statement as necessary.

## **VERIFICATION**

The undersigned hereby verifies under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
June 22, 2009

        HALPERIN BATTAGLIA RAICHT, LLP
*Counsel to EMC Corporation, Macquarie Finance Equipment, LLC, RCR Enterprises, LLC, and local counsel to Brandenburg Industrial Service Co.*

By: /s/ Christopher J. Battaglia
Christopher J. Battaglia
555 Madison Avenue, 9th Floor
New York, New York 10022
(212) 765-9100

{00080730.1 / SNC100}                 2

# EXHIBIT A

| **Party's Name** | **Party's Address** |
|---|---|
| Brandenburg Industrial Service Co. | Anthony Guarnero<br>Brandenburg Industrial Service Co.<br>2625 S. Loomis<br>Chicago , IL 60608 |
| EMC Corporation | *c/o* Stewart Broder, Esq.<br>Corporate Counsel<br>176 South Street<br>Hopkinton, MA  01748<br><br>- and –<br><br>*c/o* Heather Salber<br>Legal/Bankruptcy Analyst<br>176 South Street<br>Hopkinton, MA  01748 |
| Macquarie Finance Equipment, LLC | S. Lynn Stenback<br>Executive Vice President<br>& General Counsel<br>Macquarie Equipment Finance, LLC<br>2285 Franklin Road<br>Bloomfield Hills, MI 48302 |
| RCR Enterprises, LLC | *c/o* William B. Sullivan<br>Womble Carlyle Sandridge & Rice, PLLC<br>One West Fourth Street<br>Winston-Salem, NC 27101 |