KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP
Morton R. Branzburg (*Pro Hac Vice Admission Pending*)
Brian T. Crowley (BC-2778)
260 South Broad Street, Suite 400
Philadelphia, PA 19102
Telephone: (215) 568-6060

*Attorneys for Manufacturers and Traders Trust Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Brian T. Crowley, an attorney with the law firm of Klehr, Harrison, Harvey, Branzburg & Ellers LLP, hereby certify that on June 22, 2009, I caused a true and correct copy of the Order Scheduling Hearing and Motion of Manufacturers and Traders Trust Company ("M&T Bank") for Entry of an Order (I) Granting M&T Bank Relief from the Automatic Stay; or (II) in the Alternative Granting Adequate Protection or the Turnover of Certain Property (No. 2083 and 2164 on the Court's docket) to be served on all parties on the attached service list by first-class mail, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 22, 2009                    /s/ Brian T. Crowley
                                        Brian T. Crowley

PHIL1 850889-1

| | |
|---|---|
| Wilmington Trust Company<br>Attn: Geoffrey J. Lewis<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890<br>(07320-0096/alh) | International Union, United Automobile,<br>Aerospace and Agricultural Implement<br>Workers of America (UAW)<br>Attn: Ron Gettlefinger<br>8000 East Jefferson<br>Detroit, MI 48214<br>(07320-0096/alh) |
| Deutsche Bank AG,<br>London As Fiscal Agent<br>Attn: Stuart Harding<br>Theodor-Heuss-Allee 70<br>Frankfurt, 60262<br>(07320-0096/alh) | Deutsche Bank AG,<br>London As Fiscal Agent<br>Attn: Stuart Harding<br>Winchester House<br>1 Great Winchester Street<br>London EC2N 2DB England<br>(07320-0096/alh) |
| International Union of Electronic, Electrical, Salaried,<br>machine and Furniture Workers-Communications<br>Workers of America (IUE-CWA)<br>Attn: Mr. James Clark<br>3461 Office Park Drive<br>Kettering, OH 45439<br>(07320-0096/alh) | International Union of Electronic, Electrical, Salaried,<br>machine and Furniture Workers-Communications<br>Workers of America (IUE-CWA)<br>Attn: Mr. James Clark<br>2701 Dryden Road<br>Dayton, OH 45439<br>(07320-0096/alh) |
| Bank of New York Mellon<br>Attn: Gregory Kinder<br>One wall Street<br>New York, NY 10286<br>(07320-0096/alh) | Bank of New York, Mellon<br>Attn: Gregory Kinder<br>Global Corporate Trust, 101<br>Barclay, 7W<br>New York, NY 10286<br>(07320-0096/alh) |

Starcom Mediavest Group, Inc.
Attn: Laura Desmond
35n W. Wacker Drive
Chicago, IL 60601
(07320-0096/alh)

Delphi Corp.
Attn: Rodney O'Neal
5725 Delphi Drive
Troy, MI 48098
(07320-0096/alh)

Robert Bosch GmbH
Attn: Franz Fehrenbach
Robert-Bosch-Platz 1/ 70839
Gerlingen-Schillerhoehe, Germany
(07320-0096/alh)

Robert Bosch GmbH
Attn: Franz Fehrenbach
38000 Hills Tech Drive
Farmington Hills, MI 48331
(07320-0096/alh)

Lear Corp.
Attn: Robert Rossiter
21557 Telegraph Road
Southfield, MI 48033
(07320-0096/alh)

Renco Group, Inc.
Attn: Lon Offenbacher
1 Rockfeller Plaza, 29th Floor
New York, NY 10020
(07320-0096/alh)

Renco Group, Inc.
Attn: Lon Offenbacher
1401 Crooks Road
Troy, MI 48033
(07320-0096/alh)

Enterprise Rent a Car
Attn: Greg Stubblefiled
6929 N. Lakewood Ave.
Suite 100
Tulsa, OK 74117
(07320-0096/alh)

Enterprise Rent a Car
Attn: Greg Stubblefiled
600 Corporate Park Drive
St. Louis, MO 63105
(07320-0096/alh)

Johnson Controls, Inc.
Attn: Stephen A. Roell
5757 N. Green Bay Avenue
Glendale, WI 53209
(07320-0096/alh)

Johnson Controls, Inc.
Attn: Stephen A. Roell
5757 N. Green Bay Avenue
Milwaukee, WI 53201
(07320-0096/alh)

Denso Corp.
Attn: Haruya Maruyama
24777 Denso Drive
Southfield, MI 48086
(07320-0096/alh)

TRW Automotive Holdings, Corp.
Attn: John Plant
12025 Tech Center Dr.
Livonia, MI 48150
(07320-0096/alh)

TRW Automotive Holdings, Corp.
Attn: John Plant
12001 Tech Center Drive
Livonia, MI 48150
(07320-0096/alh)

Magna International, Inc.
Attn: Don Walker
337 Magna Drive
Aurora, ON L4G 7K1 Canada
(07320-0096/alh)

American Axle & Mfg Holdings, Inc.
Attn: Richard Dauch
One Dauch Drive
Detroit, MI 48211-1198
(07320-0096/alh)

Maritz, Inc.
Attn: Steve Maritz
1375 North Highway Drive
Fenton, MO 63099
(07320-0096/alh)

Publicis Groupe S.A.
Attn: Maurice Levy
133 Ave des Champs Elysees
Paris, 75008 France
(07320-0096/alh)

Hewlett Packard Co.
Attn: Mike Nefkens
3000 Hanover Street
Palo Alto, CA 94304
(07320-0096/alh)

Hewlett Packard Co.
Attn: Mike Nefkens
500 Renaissance Center
MC:20A Detroit, MI 48243
(07320-0096/alh)

Interpublic Group of Companies, Inc.
Attn: Michael Roth
1114 Avenue of the Americas
New York, NY 10036
(07320-0096/alh)

PHIL1 850979-1

| | |
|---|---|
| General Motors Corporation<br>Attn: Warren Command Center<br>Mail Code 480-206-114<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025 | Weil, Gotshal & Manges LLP<br>Attorneys for the Debtors<br>Attn: Harvey R. Miller, Esquire<br>      Stephen Karotkin, Esquire<br>      Joseph H. Smolinsky, Esquire<br>767 Fifth Avenue<br>New York, NY 10153 |
| U.S. Treasury<br>Attn: Matthew Feldman, Esquire<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC 20220 | Cadwalader, Wickersham & Taft LLP<br>Attn: John J. Rapisardi, Esquire<br>Attorneys for the Purchaser<br>One World Financial Center<br>New York, NY 10281 |
| Vedder Price, P.C.<br>Michael J. Edelman, Esquire<br>Michael L. Schein, Esquire<br>Attorneys for Export Development Canada<br>1633 Broadway, 47th Floor<br>New York, NY 10019 | **Office of the United States Trustee**<br>**Southern District of New York**<br>**Attn: Diana G. Adam, Esquire**<br>**33 Whitehall Street, 21st Floor**<br>**New York, NY 10004** |
| The Chambers of the Honorable Robert E. Gerber<br>United States Bankruptcy Court for the<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 | Kramer Levin Naftalis & Frankel LLP<br>Attorneys for the Official Committee of<br>Unsecured Creditors<br>Attn: Gordon Z. Novod, Esq.<br>1177 Avenue of the Americas<br>New York, NY 10036 |