UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

In re                                                                  :

General Motors Corporation, *et al.*,                                  :

                Debtors.                                                 :

---------------------------------------------------------------------- X

Chapter 11
Case No. 09-50026 (REG)
(Jointly Administered)

AMENDED CERTIFICATE
OF SERVICE

        I, Richard V. Conza, an attorney admitted to practice in the State of New York

and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify

that:

        On the 15th day of June 2009, the Notice of Appearance and Request for Service

of Papers on behalf of IBM, dated June 15, 2009 and the Limited Objection of IBM to Proposed

Cure Costs, dated June 15, 2009 were served by e-mail, by facsimile, by hand and by Federal

Express, as indicated, upon:

**Via Email:**

Harvey.miller@weil.com
Stephen.karotkin@weil.com
Joseph.smolinsky@weil.com
John.rapisardi@cwt.com
keckstein@kramerlevin.com
tmayer@kramerlevin.com
gnovod@kramerlevin.com
mjedelman@vedderprice.com
mschein@vedderprice.com

**Via Fax:**

| | | | |
|---|---|---|---|
| Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq. | Weil, Gotshal & Manges LLP | 212-310-8007 | 212-310-8000 |
| John J. Rapisardi, Esq. | Cadwalader, Wickersham & Taft LLP | 212-504-6666 | 212-504-6000 |

| | | | |
|---|---|---|---|
| Kenneth H. Eckstein, Esq.<br>Thomas Moers Mayer, Esq.<br>Gordon Novod, Esq. | Kramer Levin Naftalis & Frankel LLP | 212-715-8000 | 212-715-9100 |
| Michael J. Edelman, Esq.<br>Michael L. Schein, Esq. | Vedder Price, P.C. | 212-407-7799 | 212-407-7700 |
| Diana G. Adams, Esq.<br>Brian Masumoto, Esq.<br>Andrew D. Velez-Rivera, Esq. | Office of the U.S. Trustee for the Southern District of New York | 212-668-2255 | 212-510-0500 |
| Matthew Feldman, Esq. | U.S. Treasury | 202-622-0073 | 202-622-2000 |

**By Hand:**

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Diana G. Adams, Esq.
Brian Masumoto, Esq.
Andrew D. Velez-Rivera, Esq.


Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein, Esq.
Thomas Moers Mayer, Esq.
Gordon Novod, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:  Harvey R. Miller, Esq.
Attn:  Stephen Karotkin, Esq.
Attn:  Joseph H. Smolinsky, Esq.

**Via Federal Express:**


The U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

General Motors Corporation
300 Renaissance Center
Detroit, Michigan 48265
Attn: Lawrence S. Buonomo, Esq.

General Motors Corporation
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attn: Michael J. Edelman, Esq.
Attn: Michael L. Schein, Esq.


Dated:  New York, New York
          June 18, 2009

                                                    /s/Richard V. Conza
                                                    Richard V. Conza