Jonathan L. Flaxer, Esq.
Douglas L. Furth, Esq.
GOLENBOCK EISEMAN ASSOR BELL
& PESKOE LLP
437 Madison Avenue
New York, New York 10022
(212) 907-7300

*Counsel for Panasonic Automotive Systems Company of America*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
In re                                                       :    Chapter 11
                                                            :    Case No. 09-50026 (REG)
GENERAL MOTORS CORP., *et al.*,                             :    Jointly Administered
                                                            :
                         Debtors.                           :
                                                            :
------------------------------------------------------------X

### NOTICE OF FILING OF SUPPLEMENT
### TO RECLAMATION DEMAND,
### DATED JUNE 10, 2009, OF PANASONIC
### AUTOMOTIVE SYSTEMS COMPANY OF AMERICA

**PLEASE TAKE NOTICE**, that Panasonic Automotive Systems Company of America ("PASA"), by and through its undersigned counsel, hereby files this Supplement to its Reclamation Demand, dated June 10, 2009 and filed with this Court [Doc # 627], pursuant to 11 U.S.C. § 546(c) and applicable non-bankruptcy law.[1]

---

[1] Pursuant to agreement with the Debtors' bankruptcy counsel, Weil, Gotshal & Manges, LLP, PASA has provided documentation in support of the Reclamation Demand to such counsel. However, as the supporting documentation constitutes confidential business information of PASA, it has not been filed herewith.

*463183.1*

**PLEASE TAKE FURTHER NOTICE**, that PASA hereby reserves all of its rights and all available remedies under applicable law, including without limitation, pursuant to section 503(b)(9) of the Bankruptcy Code, to assert an administrative claim for those Goods delivered to and received by the Debtors in the ordinary course of business within the 20 days prior to the Petition Date.

Dated: New York, New York
June 22, 2009

        GOLENBOCK EISEMAN ASSOR BELL
         & PESKOE LLP
        437 Madison Avenue
        New York, New York 10022
        (212) 907-7300

By:   /s/Jonathan L. Flaxer
       Jonathan L. Flaxer, Esq.

*Counsel for Panasonic Automotive Systems Company of America*

463183.1

2

# SUPPLEMENT

**Purchase Orders, Invoices and Evidence
Relating to Shipment Date of Goods**[2]

**COPIES HAVE BEEN PROVIDED TO
WEIL, GOTSHAL & MANGES LLP,
COUNSEL TO THE DEBTORS ON THIS DATE**

---

[2] Pursuant to agreement with the Debtors' bankruptcy counsel, Weil, Gotshal & Manges, LLP, PASA has provided documentation in support of the Reclamation Demand to such counsel. However, as the supporting documentation constitutes confidential business information of PASA, it has not been filed herewith.

*463183.1*