KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP
Morton R. Branzburg (*Pro Hac Vice Admission Pending*)
Brian T. Crowley (BC-2778)
260 South Broad Street, Suite 400
Philadelphia, PA 19102
Telephone: (215) 568-6060

*Attorneys for Manufacturers and Traders Trust Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Brian T. Crowley, an attorney with the law firm of Klehr, Harrison, Harvey, Branzburg & Ellers LLP, hereby certify that I caused a true and correct copy of the Notice of Motion of Manufacturers and Traders Trust Company ("M&T Bank") Seeking Relief from the Automatic Stay or the Turnover of Certain Property, to be served on all parties on the attached service list by first-class mail, postage prepaid by June 23, 2009.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 22, 2009                    /s/ Brian T. Crowley
                                        Brian T. Crowley

PHIL1 851017-1

Wilmington Trust Company
Attn: Geoffrey J. Lewis
Rodney Square North
1100 North Market Street
Wilmington, DE 19890
(07320-0096/alh)

International Union, United Automobile,
Aerospace and Agricultural Implement
Workers of America (UAW)
Attn: Ron Gettlefinger
8000 East Jefferson
Detroit, MI 48214
(07320-0096/alh)

Deutsche Bank AG,
London As Fiscal Agent
Attn: Stuart Harding
Theodor-Heuss-Allee 70
Frankfurt, 60262
(07320-0096/alh)

Deutsche Bank AG,
London As Fiscal Agent
Attn: Stuart Harding
Winchester House
1 Great Winchester Street
London EC2N 2DB England
(07320-0096/alh)

International Union of Electronic, Electrical, Salaried,
machine and Furniture Workers-Communications
Workers of America (IUE-CWA)
Attn: Mr. James Clark
3461 Office Park Drive
Kettering, OH 45439
(07320-0096/alh)

International Union of Electronic, Electrical, Salaried,
machine and Furniture Workers-Communications
Workers of America (IUE-CWA)
Attn: Mr. James Clark
2701 Dryden Road
Dayton, OH 45439
(07320-0096/alh)

Bank of New York Mellon
Attn: Gregory Kinder
One wall Street
New York, NY 10286
(07320-0096/alh)

Bank of New York, Mellon
Attn: Gregory Kinder
Global Corporate Trust, 101
Barclay, 7W
New York, NY 10286
(07320-0096/alh)

Starcom Mediavest Group, Inc.
Attn: Laura Desmond
35n W. Wacker Drive
Chicago, IL 60601
(07320-0096/alh)

Delphi Corp.
Attn: Rodney O'Neal
5725 Delphi Drive
Troy, MI 48098
(07320-0096/alh)

Robert Bosch GmbH
Attn: Franz Fehrenbach
Robert-Bosch-Platz 1/ 70839
Gerlingen-Schillerhoehe, Germany
(07320-0096/alh)

Robert Bosch GmbH
Attn: Franz Fehrenbach
38000 Hills Tech Drive
Farmington Hills, MI 48331
(07320-0096/alh)

Lear Corp.
Attn: Robert Rossiter
21557 Telegraph Road
Southfield, MI 48033
(07320-0096/alh)

Renco Group, Inc.
Attn: Lon Offenbacher
1 Rockfeller Plaza, 29th Floor
New York, NY 10020
(07320-0096/alh)

Renco Group, Inc.
Attn: Lon Offenbacher
1401 Crooks Road
Troy, MI 48033
(07320-0096/alh)

Enterprise Rent a Car
Attn: Greg Stubblefiled
6929 N. Lakewood Ave.
Suite 100
Tulsa, OK 74117
(07320-0096/alh)

PHIL1 850979-1

Enterprise Rent a Car
Attn: Greg Stubblefiled
600 Corporate Park Drive
St. Louis, MO 63105
(07320-0096/alh)

Johnson Controls, Inc.
Attn: Stephen A. Roell
5757 N. Green Bay Avenue
Glendale, WI 53209
(07320-0096/alh)

Johnson Controls, Inc.
Attn: Stephen A. Roell
5757 N. Green Bay Avenue
Milwaukee, WI 53201
(07320-0096/alh)

Denso Corp.
Attn: Haruya Maruyama
24777 Denso Drive
Southfield, MI 48086
(07320-0096/alh)

TRW Automotive Holdings, Corp.
Attn: John Plant
12025 Tech Center Dr.
Livonia, MI 48150
(07320-0096/alh)

TRW Automotive Holdings, Corp.
Attn: John Plant
12001 Tech Center Drive
Livonia, MI 48150
(07320-0096/alh)

Magna International, Inc.
Attn: Don Walker
337 Magna Drive
Aurora, ON L4G 7K1 Canada
(07320-0096/alh)

American Axle & Mfg Holdings, Inc.
Attn: Richard Dauch
One Dauch Drive
Detroit, MI 48211-1198
(07320-0096/alh)

PHIL1 850979-1

Maritz, Inc.
Attn: Steve Maritz
1375 North Highway Drive
Fenton, MO 63099
(07320-0096/alh)

Publicis Groupe S.A.
Attn: Maurice Levy
133 Ave des Champs Elysees
Paris, 75008 France
(07320-0096/alh)

Hewlett Packard Co.
Attn: Mike Nefkens
3000 Hanover Street
Palo Alto, CA 94304
(07320-0096/alh)

Hewlett Packard Co.
Attn: Mike Nefkens
500 Renaissance Center
MC:20A Detroit, MI 48243
(07320-0096/alh)

Interpublic Group of Companies, Inc.
Attn: Michael Roth
1114 Avenue of the Americas
New York, NY 10036
(07320-0096/alh)

General Motors Corporation
Attn: Warren Command Center
Mail Code 480-206-114
30009 Van Dyke Avenue
Warren, MI 48090-9025

Weil, Gotshal & Manges LLP
Attorneys for the Debtors
Attn: Harvey R. Miller, Esquire
    Stephen Karotkin, Esquire
    Joseph H. Smolinsky, Esquire
767 Fifth Avenue
New York, NY 10153

U.S. Treasury
Attn: Matthew Feldman, Esquire
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi, Esquire
Attorneys for the Purchaser
One World Financial Center
New York, NY 10281

Vedder Price, P.C.
Michael J. Edelman, Esquire
Michael L. Schein, Esquire
Attorneys for Export Development Canada
1633 Broadway, 47th Floor
New York, NY 10019

Office of the United States Trustee
Southern District of New York
Attn: Diana G. Adam, Esquire
33 Whitehall Street, 21st Floor
New York, NY 10004

The Chambers of the Honorable Robert E. Gerber
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, NY 10004

Kramer Levin Naftalis & Frankel LLP
Attorneys for the Official Committee of
Unsecured Creditors
Attn: Gordon Z. Novod, Esq.
1177 Avenue of the Americas
New York, NY 10036