Hearing Date:  June 25, 2009 at 9:45 a.m. (Eastern Time)

Neil A. Goteiner (NG 1644)
Dean M. Gloster (*Pro Hac Vice* Application Pending)
Nan E. Joesten (*Pro Hac Vice* Application Pending)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for General Motors Retirees Association

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP., *et al.* | (Jointly Administered) |
| Debtors. | |

**DECLARATION OF NEIL A. GOTEINER IN SUPPORT OF REPLY OF GENERAL MOTORS SALARIED RETIREES IN SUPPORT OF GMRA'S APPLICATION FOR APPOINTMENT OF A SALARIED RETIREES COMMITTEE PURSUANT TO 11 U.S.C. § 1114(D)**

I, Neil A. Goteiner, declare as follows:

      1.    I am an attorney admitted to practice law in the State of California and the State of New York and before the United States District Court for the Southern District of New York.

2. Attached hereto as Exhibit 1 is a true and correct copy of a 1979 Personal Benefit Summary statement. (Bates range GMRA000001-GMRA000005)

3. Attached hereto as Exhibit 2 is a true and correct copy of the GM 1980 Benefits Booklet. (Bates range GMRA000006-GMRA000058)

4. Attached hereto as Exhibit 3 is a true and correct copy of 1980 (Healthcare), Employee Compensation Statement regarding Retirement Income. (Bates range GMRA000059)

5. Attached hereto as Exhibit 4 is a true and correct copy of a GM 1983 Personal Benefit Summary, based on data as of December 31, 1982. (Bates range GMRA000060-GMRA000063)

6. Attached hereto as Exhibit 5 is a true and correct copy of and excerpt from the 1988 GM Benefit booklet. (Bates range GMRA000064-GMRA000068)

7. Attached hereto as Exhibit 6 is a true and correct copy of an excerpt from the 1995 Plan booklet. (Bates range GMRA000069-GMRA000072)

I declare under penalty of perjury pursuant to the laws of the United States, the State of New York and the State of California that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:   San Francisco, California
         June 23, 2009

                                            /s/ Neil A. Goteiner
                                            NEIL A. GOTEINER

24677\1974843.1                     2