*In re: General Motors Corp., et al.*
Chapter 11 Case No. 09-50026 (REG)

DECLARATION OF NEIL A GOTEINER IN SUPPORT OF
REPLY OF GENERAL MOTORS SALARIED RETIREES IN
SUPPORT OF GMRA'S APPLICATION FOR APPOINTMENT
OF A SALARIED RETIREES COMMITTEE PURSUANT TO
11 U.S.C. § 1114(D)

# EXHIBIT 3

 *Retirement* INCOME

Through December 31, 1979, your credited service is 14 YEARS AND 4 MONTHS.
Your contributions are:
  Prior to 7-1-77.......
  7-1-77 to 10-1-79.....
  After 10-1-79........
If you work for GM until age 65 in 201;
your estimated monthly retirement income
  From the Retirement Program
    —Noncontributory benefits......
    —Contributory benefits.........
  From Social Security
    —Yourself....................
    —Dependent spouse at age 65...
      **Total Monthly**.......

\* ASSUMES CONTINUED CONTRIBUTIONS
TO AGE 65 AND NO WITHDRAWALS.

Estimated retirement benefits are based on:
  * The assumption that your current pay will stay the same until retirement.
  * Retirement payments for your lifetime only (if you elect a survivor option, benefits would be reduced).
Estimates of your retirement income at other ages are available upon request from your Personnel Office.

**Plus**

If you retire from GM (except at employe option between ages 55 and 60 when your age and credited service total less than 85):
  * You may take your Savings-Stock Purchase Program account in a lump sum, or convert part of your account to a lifetime annuity.
  * Your health care coverage will be continued for your lifetime.
  * A portion of your life insurance and Personal Accident Insurance may be continued for your lifetime. Reduced Optional Life Insurance may be continued until age 70.



GMRA000059