*In re: General Motors Corp., et al.*
Chapter 11 Case No. 09-50026 (REG)

DECLARATION OF NEIL A GOTEINER IN SUPPORT OF
REPLY OF GENERAL MOTORS SALARIED RETIREES IN
SUPPORT OF GMRA'S APPLICATION FOR APPOINTMENT
OF A SALARIED RETIREES COMMITTEE PURSUANT TO
11 U.S.C. § 1114(D)

# EXHIBIT 4



# 1983 PERSONAL BENEFIT SUMMARY
## YOUR SHARE OF THE GM BENEFIT PROGRAM

PREPARED FOR:

Based on your personal data as of December 31, 1982

Over the years General Motors has enjoyed tremendous prosperity — prosperity that has been shared with employes through jobs that provide high pay and generous benefits. But, as you know, economic conditions changed and these are not yet prosperous times. Nevertheless, we continue to remain highly competitive with other major companies in our employe benefit programs, and in most respects are second to none in North America.

Your benefit program coverages represent a significant part of your total compensation and a very large portion of GM's cost structure. Because of their importance, this 1983 Personal Benefit Summary has been developed for you. In reviewing it, I hope that you will see how the Corporation's investment in you translates to opportunity and protection for you and your family. It is also a reflection of how this company values its salaried employes who are second to none.

Chairman

## HEALTH CARE BENEFITS

### Basic Medical Care
100% of semiprivate room, board, and other hospital charges for up to 365 days, or 730 days in an approved nursing facility.
100% of covered doctors' charges for surgery, obstetrics, anesthesia, hospital visits, and consultations.
100% of the charge in excess of $3 for each covered prescription.
100% of the charges for outpatient hospital emergency care, laboratory services, x-rays, and certain other services.
100% of the charges for hearing aids, including tests to measure hearing loss. Also, an allowance is provided for tests to determine the appropriate hearing aid.

### Dental Care
While you are actively at work, the plan pays:
100% of fees for examinations and cleaning, 90% for fillings, x-rays, and extractions, and 50% for bridgework, dentures, and teeth straightening. The maximum dental benefits are $1000 per person per year, with a lifetime maximum of $800 per eligible person for teeth straightening.

### Vision Care
Benefits are provided for examination, lenses and certain frames. Your copayment for each covered individual during any 12 consecutive months generally will not exceed $12.50 for covered services and materials.

### Major Medical
For expenses not paid by your basic coverages:
80% of most remaining medical expenses which exceed the annual deductible amount of $125 for you or an eligible family member, or $250 for two or more eligible family members. Your total out-of-pocket cost (for other than outpatient psychiatric care, allergy treatment and chiropractic care) would not be more than $1,125 per year for each individual, unless the $50,000 maximum reimbursable amount per year for each individual is exceeded. There is no maximum on lifetime benefits.

YOU AND ELIGIBLE FAMILY MEMBERS ARE ENROLLED FOR:
BASIC, DENTAL, VISION AND MAJOR MEDICAL COVERAGES.

GMRA000060

## RETIREMENT BENEFITS

Through December 31, 1982, your credited service is 14 YEARS AND 6 MONTHS.
Your contributions are:
  Prior to 7-1-77 ..........
  7-1-77 to 10-1-79 ........
  After 10-1-79............                $535.50
If you work for GM until age 65 in 2013 your estimated monthly retirement income would be:
  From the Retirement Program
    —Noncontributory benefits ........    $863.00
    —Contributory benefits ..........   $1,541.00*
  From Social Security
    —Yourself........................     $839.00
    —Dependent spouse at age 65 .....     $420.00
        Total Monthly ............       $3,663.00

Estimated retirement benefits are based on the assumption that your current pay will stay the same until retirement. Retirement payments are for your lifetime only (If you elect a survivor option, benefits would be reduced).

Estimates of your retirement income at other ages are available upon request from your Personnel Office.

### Plus

If you retire from GM (except at employe option between ages 55 and 60 when your age and credited service total less than 85):
- You may take your Savings-Stock Purchase Program account in a lump sum, or convert your account to a lifetime annuity.
- Your health care coverage will be continued for your lifetime.
- A portion of your Life Insurance and Personal Accident Insurance may be continued for your lifetime. Optional Life Insurance may be continued until age 70.

* ASSUMES CONTINUED CONTRIBUTIONS TO AGE 65 AND NO WITHDRAWALS.

## DISABILITY INCOME

### Monthly Payments

If you become disabled you may be eligible to receive salary continuation and/or disability benefits of

$3,207 PER MONTH FOR 26 WEEKS AND
$2,122 PER MONTH FOR THE NEXT 27 WEEKS.

If you remain disabled, you may be eligible for continuing disability benefits from several sources, totaling
    $1,742 per month to age 65. Thereafter, you may be eligible for continuing Social Security benefits
of    $713 per month plus GM retirement* benefits of    $429 per month payable for life.

In addition, if you have a dependent spouse and one or more children, they could receive up to    $357 per month from Social Security.

### Plus

Depending on your eligibility and enrollment status, other benefits may be payable if you are totally and permanently disabled:

- Monthly installment payments of basic life insurance following expiration of extended disability benefits because you had less than 10 years of credited service when you became totally and permanently disabled.
- Monthly installments of Personal Accident Insurance.
- Entire account balance under GM Savings-Stock Purchase Program, including GM's contributions.

* PLUS ENTIRE EMPLOYE STOCK OWNERSHIP ACCOUNT BALANCE.

*Retirement benefits are projected only for employes with ten or more years of credited service.

## INCOME SECURITY

IF YOU ARE LAID OFF, YOU ARE ELIGIBLE FOR SEMI-MONTHLY PAYMENTS OF
$1,202.52 UNDER THE LAYOFF BENEFIT PLAN FOR   6 MONTHS.  THEREAFTER,
YOU ARE ELIGIBLE FOR SEMI-MONTHLY PAYMENTS OF   $962.02 FOR  18 MONTHS.
THESE PAYMENTS WILL BE REDUCED BY UNEMPLOYMENT COMPENSATION TO WHICH
YOU ARE ENTITLED, STATE DISABILITY BENEFITS AND ANY GM PAY RECEIVED,
AND 75% OF ANY EARNINGS RECEIVED FROM ANOTHER EMPLOYER OR FROM
SELF-EMPLOYMENT.
EMPLOYES WITH 15 OR MORE YEARS OF SERVICE AT THE TIME OF LAYOFF (10 OR
MORE YEARS IF THE LAYOFF IS DUE TO A PLANT CLOSING) MAY BE ELIGIBLE TO
RECEIVE INCOME PROTECTION PLAN BENEFITS AFTER LAYOFF BENEFIT PLAN
PAYMENTS END.  BENEFITS CAN CONTINUE UNTIL RETIREMENT, OR UP TO AGE 62,
WHICHEVER COMES FIRST.  DEPENDING ON YEARS OF SERVICE, SEMI-MONTHLY
INCOME WOULD RANGE FROM 50% TO 60% OF BASE PAY AND COLA AS OF THE LAST
DAY WORKED, INCLUDING ANY EARNINGS AND STATUTORY BENEFIT ENTITLEMENT.

# INVESTMENT PLANS
## Savings-Stock Purchase Program

**Total Value of your Account at the end of 1982**
- U.S. Savings Bonds (at cost) .........
- Diversified U.S. Securities @ ..........
- GM Common Stock @ $62.62 ......  $478
- Income Fund.........................
- Equity Index Fund @ .....
- Cash.................................
- Total ..................  $478

The statement below shows your account status. Shares of GM stock purchased with GM's contributions and with dividends on GM's contributions during 1980, 1981 and 1982 are subject to being "earned out" in accordance with the terms of the Program.

YOUR SAVINGS FROM 1/1/82 THROUGH 7/31/82 = $420.00.

### ANNUAL STATEMENT OF ACCOUNT

|  |  | Classes Earned Out — Through 1979 | Classes Not Earned Out — 1980 | 1981 | 1982 | TOTAL |
|---|---|---|---|---|---|---|
|  | Your Savings |  |  |  | $300 | $300 |
| Purchased with Your Savings and earnings on Your Savings | 1. U.S. Savings Bonds |  |  |  |  |  |
|  | 2. Diversified U.S. Securities (UNITS) |  |  |  |  |  |
|  | 3. GM Common Stock (SHARES) |  |  |  | 5.8358 | 5.8358 |
|  | 4. Income Fund |  |  |  |  |  |
|  | 5. Equity Index Fund (UNITS) |  |  |  |  |  |
|  | Cash Balance Plus Interest |  |  |  |  |  |
| Purchased with GM Contributions | GM Common Stock (SHARES) |  |  |  | 1.7509 | 1.7509 |
| Purchased with all Dividends | GM Common Stock (SHARES) |  |  |  | .0494 | .0494 |

## Employe Stock Ownership Plan

The statement below shows your account status as of December 31, 1982. It includes shares of GM common stock purchased with any voluntary contributions you made, and with matching contributions made by GM, during 1982 for Plan Year 1981.

### ANNUAL STATEMENT OF ACCOUNT
Shares Purchased With

| Plan Year | GM Automatic Contribution | *Your Contribution | *GM Matching Contribution | All Dividends | Total Shares |
|---|---|---|---|---|---|
| 1975-1980 | 12.5233 | 5.3619 | 4.4501 | 5.3022 | 27.6375 |
| 1981 | 3.0066 |  |  | .0301 | 3.0367 |
| Total | 15.5299 | 5.3619 | 4.4501 | 5.3323 | 30.6742 |

*Although the amount contributed by GM to match your voluntary contribution, if any, is the same, the number of shares allocated to your account may be different because the shares are purchased at different times at different market costs. For Plan Year 1981, you and GM contributed         . Based on the December 31, 1982 GM common stock price of    $62.62 the market value of your account was   $1,920.97.

## Personal Retirement Income Plan

You may contribute up to $2000 annually ($2250 if you have a non-working spouse, $4000 if you have a working spouse who earns at least $2000 annually) to an Individual Retirement Account (IRA). Through the convenience of payroll deductions, you can make contributions to the Personal Retirement Income Plan, sponsored by Putnam Fund Distributors, Inc. The amount you contribute is deductible from your gross income for Federal tax purposes. If you enrolled in the Personal Retirement Income Plan an annual statement of your account has been provided to you by Putnam

## SURVIVOR BENEFITS

In the event of your death while employed by GM, the following payments would be made to your beneficiary:

### Monthly Payments*

From the Insurance Program:
$300 to an eligible survivor, for up to 24 months ($175 if certain Social Security benefits are payable). Thereafter, your spouse who, upon your death, was 1) at least age 45, or 2) whose age, when added to your years of service, totals 55 or more, would be paid $300 a month until the earlier of age 62, remarriage or entitlement to unreduced Social Security because of your death.

From the Retirement Program:
A noncontributory benefit of **NOT ELIGIBLE** for your spouse's lifetime when Insurance Program survivor benefits are not payable or are waived.

(B) Contributory benefits of **$58 PER MONTH** would begin immediately for your spouse's lifetime in lieu of return of contributions.

From Social Security:
Social Security could pay a surviving spouse and children as much as **$1,286 PER MONTH**.

*Assumes you have been married at least one year and your spouse is the same age as you.

Optional Dependent Insurance:
$10,000 Life Insurance—spouse
$2,000 Life Insurance—each child

Contributory Personal Accident Insurance, which provides additional coverage for death, dismemberment, and certain other conditions resulting from bodily injury sustained in an accident, also is available to you.

### Lump-sum payments

| Amount | Description |
|---|---|
| $77,900 | Basic Life Insurance |
| $194,600 | Optional Life Insurance |
| $478 | Savings-Stock Purchase Program |
| SEE (B) | Retirement Program contributions |
| $255 | Social Security death payment |
| $1,920 | EMPLOYE STOCK OWNERSHIP |
| **$275,153** | **Total** |

Plus, if death is accidental:
$38,950 Extra Accident Insurance
$38,950 Extra Accident Insurance (while on company business)

### Plus

GM will pay for health care coverages for your spouse and eligible children if you die while actively employed provided you:

1) Elected the Retirement Program contributory surviving spouse option and had 10 years or more of credited service, or
2) Were eligible to retire voluntarily (except between ages 55 and 60 when your age and credited service total less than 85).

## ADDING IT ALL UP

The combined GM Benefit Plans add significantly to the total pay you receive for the work you do. On an annualized basis.

```
YOUR SALARY IS............
COST OF LIVING ALLOWANCE..   $4,534
  BENEFITS INCLUDING $2,391
  FOR SOCIAL SECURITY......  $11,344
TOTAL..................... $49,824*

* YOU ARE ELIGIBLE FOR 4.0 WEEKS OF VACATION, AND 11 HOLIDAYS
  IN 1983, AT A COST OF      $4,588 TO GM.
```

GM's cost for your benefits is even higher than indicated, because you enjoy many benefits for which costs have not been calculated for this statement. These include:

- Salary continuation payments
- Unemployment and Workers Compensation
- Tuition Refund Plan
- GM layoff or separation allowance benefits
- Suggestion Plan
- New Vehicle Purchase Program

---

This personal summary has been prepared for you based on information as of December 31, 1982. Every effort has been made to give you figures that are accurate and up to date.

Eligibility for benefits and the actual amount of payment under all of GM's plans that make up your benefit program must be determined under the legal documents that apply to each plan.

General Motors does not have access to your complete earnings records for Social Security purposes. Therefore, Social Security benefits in this statement are estimates only. If you earned less than the maximum amount subject to Social Security taxes, your Social Security benefits may be lower than the amounts shown above.

008668

GMRA000063