

Paragon Technologies, Inc.
5775 Ten Mile Road
Warren, MI 48091

(810) 756-9100
(800) 229-5350
fax: (800) 229-5375
paragontech.com

June 19, 2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

**RE: General Motors Corporation Case no. 09-50026**
  **Paragon Technologies, Inc. Vendor Master ID # 195319611**
  **Objection to Proposed Cure Amounts**

Paragon Technologies, Inc. "Paragon" hereby agrees that its objections filed in the above-referenced Bankruptcy case relate to cure amounts only. Paragon agrees to withdraw its objection subject to the parties' agreement that each parties' rights, claims and interests regarding the cure amount are reserved.

Paragon further agrees that no other objections will be filed with respect to the assumption and assignment of executory contracts. Paragon agrees to take part in the cure dispute resolution protocol, and that the resolution of the amount of their cure dispute shall be governed by the cure dispute resolution protocol.

If you have any questions or need any further information, please let me know. I can be reached at 586-756-9100 ext. 1128

Regards,

Jerry Bowler
Controller

cc
  The Debtors, c/o General Motors Corporation
  Weil, Gotshal & Manges LLP, attorneys for Debtors
  The U.S. Treasury
  Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser
  The attorneys for the Credit Committee
  Vedder Price, P.C., attorneys for Export Development Canada
  The Office of the United States Trustee for the Southern District of   New York