June 15 2009
445 Field # 413
Detroit, Mi 48214
employee # 645

United States Bankruptcy Court
Southern district of N.Y.
One Bowling Green, N.Y., N.Y. 10004
Re: notice of chapter 11

I dont know why I was sent this notice. It refers to UAW. I never paid union dues while employed at G.M. (1972-1988). Never worked at a Saturn plant. When I left in 1988 I worked at Headquarters in Warren, Mi. occu/pay a salary position. Always worked in a salary position. Never was a hourly employee.

I was told no matter what happened to G.M. as long as I had 10 yrs or more my pension was assured.

When I worked at Willow Run it produced chevy & Pontiac. So, how does that affect me?

I was told the pension fund was operated by an outside independent firm.

My personal opinion is Satern entered my personal residence and removed all personal assets while I was trying to recoup from a stroke & then a car accident.

It is also my opinion my sister-in-law W. Lappé (a different gene pool) has taken personal awards given me for achievements and is now trying to be me



Ms Marcia Hopewell
28825 Tavistock Tr
Southfield, MI 48034

United States Bankruptcy Court
One Bowling Green
New York, New York 10004

