June 16, 2009

Vito Genna
United States Bankruptcy Court
Clerk's Office
One Bowling Green
New York, NY 10004

To Whom it May Concern,

I am writing in regard to the notice I received informing me that as of July 1, 2009, my wife & I will lose our dental and vision coverage, as well as my Medicare part B coverage.

This letter is to inform you that I strongly object to this action. Based on the fact that when I was employed with General Motors, I remained a loyal employee for 30 years. I paid union dues and was promised that I would receive full benefit's the rest of my life, as payment for my loyalty. Not only have I been loyal to GM for 30 plus years, but also have demonstrated my loyalty by purchasing GM products.

I have now been retired since 1996 and during that 13 years of retirement have watched my benefits slowly dwindle. I pay more out-of-pocket medical expenses than ever, to the point that at this stage in my life, I can no longer afford to buy GM products. I currently drive a 1997 Chevy Tahoe and because of soaring auto prices coupled with gas prices, I cannot afford to purchase a used car, much less a new one. Now, I am being told that after all of these years of loyalty to GM, I am losing more of the benefits that were promised to me.

I just received a certificate in the mail that will give me up to $2,750 off the purchase or lease of a new vehicle. Even if I had what I needed to purchase a new vehicle, I couldn't afford the monthly payments because of the high cost of the car. You would serve GM retirees better if you took this offer and put it into our dental, vision and Medicare B benefits. If GM can make such an offer, then why do we have to lose those benefits?

I am asking that everything possible be done to preserve ALL of the benefits that I worked 30 years for. After all, the condition that General Motors finds itself in right now is not the fault of the loyal laborers and I do not feel that the loyal laborers should have to pay for the mistakes of others.

Sincerely,

*Ronald F. Albright*

Ronald F. Albright - GM Retiree


CC: Weil, Gotshal & Manges LLP