JUN 2 2 2009

6-17-09

To whom it Concern

My name is Betty Gordon
a U.A.W. local 22 Retired
I strongly object to you
taking away my Dental
and Vision Plan I have
Work for has 33 years.

Thank You
Betty Gordon