This letter is inform you of my rejection of uaw handing of the retirees health care or pension due to the handling of the Saturn gm carve out witch I have filed complaints on with the pension division in Atlanta ga I feel they are unable and very negligent in the handling of our lively hood due to the fact that after you were told one thing they changed it and would not give you the courtesy of why and I have yet to receive a call back to be represented by them whom I pay dues to do so with that matter being a base of how they handle business health care will be a night mare for us who have questions because the answer I got before is I don't know let me get back with you its only going on three years and still waiting.

Thank you

Wesley Frazier
931-652-0009