2844 Sandy Creek

Shelby Township, MI 48316

June 17th, 2009

General Motors

Re: General Motors Bankruptcy

Dear Sir

This letter is in response to your letter received earlier and your direction for Salary Health Care and Long Term Care.

(I retired as a salaried person over seven years ago at an early age.)

I understand that GM reserved the right to do anything that it wants to do.

But is it far to say to people retired and anticipated that health might and other benefit might be covered to death and at least to age 65.

For those people who contributed to ECC (Extended Care Coverage) for their whole live while also contributed to the GM health care and not contemplating buying another Long Term Care. Now GM terminates this coverage; Without regard to the fact that coverage is basically for use at an older age!

Did you contemplate the fairness of your decisions?

Basically the money was for insurance at an older age, never used, not refunded and coverage terminated.

Len Reichel

Born 8-22-1949, GMI Student, 8-21-1967, retired 4-1-2002