**CHARLES D. SUMMERS**
**1087 COUNTY ROAD 149**
**BAY CITY, TEXAS 77414**



UNITED STATES BANKRUPTCY COURT
ONE BOWING GREEN,
NEW YORK, NEW YORK 10004

RE: $50,000, cupis #370442BT1  General Motors Corporate Bonds.

Dear sir,

What I do understand is that I am about to have my assets high-jacked by GM, UAW, and the US Treasury.

I will never agreed to exchange of my bonds for worthless common stock.

This is not a third rate banana republic dictatorship but a country with constitutional rights, division of government branches, and due process of law.

I anticipate GM will be back in Chapter 7, when the $30 billion additional bailout is gone. Nobody will buy their cheap imitation Japanese cars, nor will the "new" GM find significant investors. UAW will be back to their old tricks of striking for more benefits.

I refuse to take part of any action that will (willingly) separate me from my bonds, or diminish my rights under law. If the new GM owners wants my bonds I will surrender them at face value.

I am,

*Charles D Summers*

CHARLES D. SUMMERS; BOND HOLDER
June 15, 2009
Copies/