To General Motors Corporation and UAW

From Edmund R. Hillegass Jr.
312 Deer Point Rd.
Unionville, TN 37180

Dear Sirs:

   I object to the discontinuance of the Dental & Vision Care. I am retired and it is bad enough I have to pay for a full doctor's visit plus all the up-front deductibles. Now you want to take away the Dental and Vision Care as well. I always thought General Motors as the greatest company in the world because you always took care of your workers. What am I to think now? It is terrible this country is trying to get back to two classes of people. The rich and the poor. It is a shame this country is destroying itself. I just hope you people can live with yourselves with the actions you are taking.

Sincerely

*Edmund R. Hillegass Jr.*
*June 16, 2009*

JUN 22 2009