TO:

Clerk of Bankruptcy Court

I deeply object to cutting the medical plan for retirees (General Motors) it is unfair, selfish, garbage. These people have worked hard for these benefits. Then at the last minute they are notified with this document that most of these can't even understand. Money was taken out of our checks on a weekly basis for this not to happen to us.

The higher ups didnt do anything but continued stealing from us continue our plan continue dont cut anything this is total B.S.

Leo Edwards

Local of all G.M. employees