June 10, 2009

Bankruptcy Court Clerk
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
Room 621
New York, NY 10004

To whom it may concern,

Please be advised that this letter stands as my formal response and objection to the various notices and information I have received in regards to the settlement agreement proposed under the Chapter 11 Case No. 09-50026 (General Motors Corp., et al., vs. Debtors.) My objections to the settlements proposed are outlined below.

I take issue with the proposal that significant health and specifically dental insurance adjustments are being forced upon retirees. After over 30 years of loyal service, I feel I have sacrificed enough to ensure the betterment of General Motors and do not feel I should continue to make sacrifices now that I have retired. I implore the court and General Motors specifically to reconsider the changes made to the medical program to ensure those employees who have dedicated their lives work to General Motors be appropriately cared for.

Although it is stated in the various information received that no adjustments will be made to the pension plan as currently structured, I strongly suggest the court provide certain stipulations in its bankruptcy findings that require a moratorium on any changes to the pension plan or its benefits for a significant period of time to ensure the vested interests of the plans participants are maintained. Numerous retirees besides me are depending on this stream of income for our livelihood for years to come and kindly request that the court assists in ensuring that livelihood.

Similarly, the information received notes that the new administrators of the VEBA will be allowed to make necessary adjustments to the benefits effective January 1, 2010. I strongly suggest the court provide stipulations in its bankruptcy findings that ensure no further reductions will be forced upon retirees beyond those objected above. Any further reduction in benefits would result in a significant cost of living increase and would be extremely detrimental to the welfare of numerous retirees.

I realize that I may be but one voice in disapproval against many in approval of the portions of the settlement agreement noted above, but I feel it is necessary to speak my voice so that the retirees so greatly affected by the results of the settlement are properly heard.

Yours truly,

[signature]

Patrick L. Wilson, retiree

[Stamp: JUN 22 2009]