Wachovia Securities
1477 East 83rd Avenue
Merrillville, IN 46410

Tel 219 738-6400



WACHOVIA SECURITIES

June 18, 2009

Clerk of the Bankruptcy Court
33 Whitehall Street, 21st Floor
New York, New York 10007

RE: General Motors Corp. Chapter 11 Case No. 09-50026 (REG)

Dear Sirs;

    This letter is being submitted on behalf of my Client, Richard D. Waskow, who strongly objects to the consideration being offered the bondholders in the above referenced bankruptcy case.

Sincerely,

John J. Edwards
Vice-President Investments
Wells Fargo Advisors

JUN 19 2009