United States Bankruptcy Clerk Office
One Bowling Green
New York, New York 10004
June 17, 2009

I am Bobbie S. Arrington. I have a lot of concerns because of this bankruptcy filing. I have put in 35.8 years at General Motors and I need my insurance. I am a widow and I cannot afford to paid high office visit and prescription & hospital bills. I retired, thinking that I would have no worries about medical insurance but now, I don't know and I have to go to the Dr. I am a colon cancer survivor and I have to have this test every year. I have to get my eye exams, also. If this bankruptcy is going to affect this, I am against this decision.

Sincerely Yours,
Bobbie Jean (S.) Arrington
225 Porter Drive
Englewood, Ohio 45322

http://realist2.firstamres.com/searchbasic

2/27/2009