

Chapter 11 case No. 09-50026 (REG)

    If this is in regards to the sale of gm common stock fund in whole or partially than I object to the master sale and purchase agreement with vehicle acquisition holdings LLC.

    Thank you: Tina Briggs
              2270 Millsboro RD.
              Mansfield OH.
              44906
              (419)529-9785

*Tina L Briggs*

6-17-09