Chapter 11 case No. 09-50026 (REG)



If this is in regards to the sale of gm common stock fund in whole or partially than I object to the master sale and purchase agreement with vehicle acquisition holdings LLC.

Thank you: Clint Briggs
2270 Millsboro RD.
Mansfield OH.
44906
(419)529-9785

*Clint Briggs*
6-17-09