TO THE CLERK OF THE BANKRUPTCY COURT

PLEASE SUBMIT MY OBJECTION TO THE 363 TRANSACTION. MY OBJECTION TO THE RETIREE STETTLEMENT AGREEMENT

SERVED IT UPON: COHEN, WEISS & SIMON, LLP
THE ATTORNEYS FOR THE U.A.W.
330 W. 42ND STREET
NEW YORK, N.Y. 10036
(ATTN. BABETTE CECCOTTI, ESQ.)

FROM: DENNISE A. BEECHRAFT
PENSION RETIREMENT I.D. NO# H-22001-R3857887
RETIRED 2001, MEDICAL CLASS RETIRMENT
D.O.B. 12/22/59
MOTHER'S MAIDEN NAME CONRAD
ADD. 353 HICKORY CIR.
LEWISBURG, TN. 37091-3527