**FOX ROTHSCHILD LLP**
Fred Stevens
100 Park Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
Email: fstevens@foxrothschild.com

*Attorneys for StarSource Management Services*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                      :
**In re:**                                            :    **Chapter 11**
                                                      :
    **GENERAL MOTORS CORP.,** *et al.*,    :    **Case No. 09-50026 (REG)**
                                                      :
        **Debtors.**             :    **(Jointly Administered)**
                                                      :
---------------------------------------------------------x

## WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION OF RIGHTS OF STARSOURCE MANAGEMENT SERVICES WITH RESPECT TO CURE AMOUNT

StarSource Management Services ("StarSource"), by and through its undersigned counsel, Fox Rothschild LLP, hereby withdraws the Limited Objection and Reservation of Rights of StarSource with Respect to Cure Amount, filed with this Court on June 12, 2009 at docket entry number 748, without prejudice.  StarSource and General Motors Corp., *et. al.*, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), have agreed to resolve the dispute relating to the Cure Amount described in the Objection pursuant to the Cure Dispute Resolution Procedures previously approved by the Court in these Chapter 11 cases.

StarSource continues to reserve all of its rights with respect to all cure amounts due and owing to StarSource, including any amounts with respect to agreements not contemplated under the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property, and (II) Cure

Amounts Related Thereto set forth in the Cure Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases, dated June 5, 2009.

Dated:   New York, New York
        June 23, 2009

                              FOX ROTHSCHILD LLP

                              By:  *s/ Fred Stevens*
                                    Fred Stevens
                                    100 Park Avenue, 15th Floor
                                    New York, NY 10017
                                    Telephone: (212) 878-7900
                                    Facsimile: (212) 692-0940
                                    Email: fstevens@foxrothschild.com

                                    *Counsel to StarSource Management Services*