June 18, 2009

To Whom it may Concern:

I object to the offer made for the GM bonds in the bankruptcy case # 09-50026 (REG). I understand that GM has made this offer under pressure from the administrative branch of the US government, and I am sure that you have heard most of this before. I and my family purchased GM bonds because they were touted as "safe", because they were the "superior" debt and in the unlikely event that GM got in financial trouble these bonds would be paid off first, before any other creditors. We have these bonds in our retirement accounts and in our children's college funds.

We believe that the offer is unconstitutional because of the blatant favoritism shown toward the debt held by the UAW trust fund. In the US we are guaranteed equality before the law. It is inconceivable that anyone could possibly think that giving the UAW 17.5% of GM for $10 billion worth of debt is equivalent with giving the bondholders 10% of GM for $27 billion worth of debt. **Why would the debt in the UAW retirement fund be treated any different from the debt held by my retirement fund?**

I am objecting for the bonds held in the following names:
Wayne S Croft Roth IRA
Judith P Croft IRA
Daniel E Croft UTMA TX, Wayne Croft Custodian
Michael Ross Croft UTMA TX, Wayne Croft Custodian
Ta Chiao Investments

Wayne S. Croft
(361) 991-7450.

5021 Graford Pl
Corpus Christi, TX 78413