Varnum LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI  49501-0352
(616) 336-6000
Mary Kay Shaver (P-60411)

*Cinetic Automation Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                         :
**In Re:**                                               :         **Chapter 11 Case No.**
                                                         :
**GENERAL MOTORS CORP.,** *et al.,*                      :         **09-50026 (REG)**
                                                         :
                          Debtors.                       :         **(Jointly Administered)**
                                                         :
                                                         :         **Hon. Robert E. Gerber**
---------------------------------------------------------x

**WITHDRAWAL OF OBJECTION OF CINETIC AUTOMATION CORP.**
**TO MOTION TO APPROVE DIP FINANCING**

The Objection of Cinetic Automation Corp. to Motion to Approve DIP Financing filed by Cinetic Automation Corp. on June 19, 2009 at Docket #1878 is hereby withdrawn.

                                              Respectfully submitted,

                                              V<small>ARNUM</small>

Dated: June 22, 2009                By:    /s/ Mary Kay Shaver
                                              Mary Kay Shaver (P-60411)
                                        Business Address:
                                          Bridgewater Place
                                          P. O. Box 352
                                          Grand Rapids, MI  49501-0352
                                          (616) 336-6000
                                          **mkshaver@varnumlaw.com**

#2728460