Clerk of Bankruptcy Court
Southern District
New York

W5349 Burr Oak Ln.
Monticello, WI. 53570
June 15/2009

Dear Sir or Madame,

We received this Notice today. Very little time to respond by June 19/09.

We are filing an objection to your take over offer of our stocks for GM. Our ownership to our stocks we do not want you to take over. We object to the take over, we direct the Bankruptcy Court to Notify the attorneys we object to the take over and to making our stocks worthless.

You can Inform or serve upon the attorneys for the debtors Weil, Gotshal & Manges LLP. Our objection.

Sincerely
Emil Rufener
And JoAnne Rufener