# Exhibit A.

**Landlord: LMC Phase II, L.L.C.**
**Co-Tenants: General Motors Corporation and Riverfront Holdings Phase II, Inc.**

**Schedule of Cure Amounts**

I. Base Rent (semi annual in arrears)

Note: Contractual semi annual rent for period of 5/1/2009 - 10/31/2009:     $5,858,032.03

|  | Accrued and Unpaid Semi Annual Rent as of 6/1/2009) | Per Diem Amount |
|---|---|---|
| Basic Rent | $986,951.05 | $31,837.13 |

II. Triple Net Charges (1/1/2009 - 12/31/2009):

|  | Annual Triple Net Charges Amount | Per Diem Amount |
|---|---|---|
| Utilities | $1,261,021.00 | $3,454.85 |
| Repairs and Maintenance | $737,444.00 | $2,020.39 |
| Insurance | $110,931.00 | $303.92 |
| Property Taxes | $1,047,654.00 | $2,870.28 |
|  | $3,157,050.00 | $8,649.45 |

\* - Based on the Tenant's 2009 Budget, and assumes that all Triple Net Charges
   through May 31, 2009 have been paid in full

III. Unpaid 2009 Indemnity Obligation for Landlord's Michigan Business Tax Liabilities:

Note: 2009 Total Estimatede MBT Liability     $560,412.00

|  | Per Diem Amount |
|---|---|
| Michigan Business Tax Indemnity Obligations | $1,535.38 |