**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Richard L. Epling (RE-9302)
Karen B. Dine (KD-0546)
Erica E. Carrig (EC-2096)
1540 Broadway
New York, NY 10036-4039
Phone: 212-858-1000
Facsimile: 212-858-1500
*Attorneys for LMC Phase II, L.L.C. and PSEG Resources L.L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
**In re**                                                      :    **Chapter 11**
: 
**GENERAL MOTORS CORPORATION**       :    **Case No. 09-50026 (REG)**
: 
    **Debtors.**                                        :
: 
------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the LIMITED OBJECTION AND RESERVATION OF RIGHTS REGARDING APPLICABLE CURE COSTS AND SCOPE OF CURE OF LMC PHASE II, L.L.C. TO SECOND NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO, filed by PILLSBURY WINTHROP SHAW PITTMAN LLP was served via Hand-Delivery and/or Overnight Mail on Tuesday, June 23, 2009 to the parties on the attached service lists.

Dated: June 23, 2009                                                   /s/ Carrie Altenburg
                                                                                    Carrie Altenburg

## SERVICE LIST

Service via Hand-Delivery:

Honorable Robert E. Gerber
U.S. Bankruptcy Judge, S.D.N.Y.
One Bowling Green
New York, NY  10004


Service via Overnight Mail:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.

General Motors Corporation
300 Renaissance Center
Detroit, MI  48265
Attn: Lawrence S. Buonomo, Esq.

Cadwalader, Wickersham & Taft LLP
 One World Financial Center
New York, NY  10281
Attn: John J. Rapisardi, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC  20220
Attn: Matthew Feldman, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY  10019
Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.

Miller, Johnson, Snell & Cummiskey, PLC
250 Monroe Avenue, N.W., Suite 800
Grand Rapids, MI  49503
Attn: Robert D. Wolford

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn: Gordon Z. Novod

UAW
8000 East Jefferson Avenue
Detroit, MI 48214
Attn: Daniel W. Sherrick, Esq.

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza,
New York, NY 10006
Attn: James L. Bromley, Esq.

Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036
Attn: Babette Ceccotti, Esq.

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.

U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, NY 10007
Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.