6/8/09

Bankruptcy Clerk,

I am writing in regard to the General Motors bankruptcy.

I have a $25,000 GM Bond as the main investment in my IRA and am very concerned that all or most of my money will be lost when the government takes over General Motors.

I am 69, retired, disabled and live on a $405 monthly GM pension(21 years) and social security. Despite the president calling bond holders "fat cats" my wife and I desperately need our IRA funds for our future security.

When I contacted Fidelity Investments who advised me to purchase the GM bond for my Fidelity IRA they said they could give no advise or help. I contacted the Attorney General who told me to call the legal office for the aged. The lawyer told me it would take more than my bond is worth to get representation.

I ask for your help/advise in protecting my bond money. Thank you for your help in advance.

Raymond Brusseau
8081 Pebble Creek
Farwell, MI 48622
(989) 386-7087