June 15, 2009

Alva CarlsonEhlers
1401 Lochedem St.
Storm Lake, IA 50588

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

**Re: Objection to settlement
Case No. 09-50026 (reg)**

Dear Sirs;

I, Alva Ehlers, hereby state my objection to this settlement. Historically, bondholders have received privileged status. I object to a settlement that nullifies these establishments' principles. Investors will have no reason to trust bonds if the settlement passes.

Sincerely,

*Alva Carlson-Ehlers*

Alva Carlson Ehlers