Cleary Gottlieb Steen & Hamilton LLP
Attorneys for the UAW
One Liberty Plaza
New York, New York 10006

Attn: James L. Bromly, Esq.

Subject: Objection to UAW Retiree Settlement Agreement

I hereby submit my objection to the UAW retiree settlement agreement as these takeaways are painful to the retiree and **were not subjected to retiree approval.** The hourly GM employee and retirees have worked our entire life to build the auto industry with quality and also with loyalty to General Motors only to be discarded and submitted to benefits being reduced for the last few union contracts. The current status of General Motors is attributed to the incompetent decisions of management and the greed of corporate executives with their bonuses and golden parachutes along with corporations policies to lower wages of the hard working people in the U.S.

The loss of health benefits, vision program, dental program and Medicare part B special benefit and other future medical and benefit cuts under this settlement agreement are a vital blow to the retirees when it is most needed.

I urge that the settlement agreement not be adopted and the GM retirees be allowed to keep the benefits that we earned and negotiated as they were contractually implemented.

Sincerely,

*Thomas H. Perros*

Thomas H. Perros
18183 Sabine Dr.
Macomb, MI  48042