Friday, June 19, 2009


United States Bankruptcy Court
Southern District of NY

Re: In re: General Motors Corp., et al., Debtors,
Chapter 11 Case No. 09-50026 (REG)

C/O Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller, Stephen Karotkin & Joseph H. Smolinsky, attorneys.
767 Fifth Avenue
New York, NY 10153

Dear Sirs,

In response to the Notice of Sale received via US mail yesterday, I am registering with you my objection to the proposed master sale and purchase agreement. As an unsecured bondholder, I feel that the proposed master sale and purchase agreement is not fair or equitable to the bondholders. It returns to them much less, proportional to their unsecured debt, than is given to other debtors – namely the U.A.W. and the US government.

I further object to the untimely delivery of the notice itself, which was dated June 2, 2009. In fact, I received several copies of this notice via the US mail on the evening of June 18, 2009. This left only twenty four hours to object. The time allowed was insufficient to allow me to consult an attorney and hence I am writing this objection personally.

It is very likely that the fax number provided will be "busy" all day, leaving no way of delivery before 5pm today at all. This response is sent on behalf of me, my wife Marianne Weissman, my brother Leon Weissman and my sister Paula Rothman. All are GM bondholders.


Very truly yours,

Michael H. Weissman, M.D.
2 Deer Creek Lane
Mount Kisco, NY 10549
914 241 0558, no fax #