**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| **GENERAL MOTORS CORP.,** *et al.*, | ) | Case No. 09-50026 (REG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) |  |

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2009, I served the **Limited Objection of Hagemeyer, North America to Debtors' Notice of Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Property And (II) Cure Amounts Related Thereto**, by U.S. Mail on the following at the addresses set forth below.

Diana G. Adams, Esq.
Office of the U.S. Trustee for the Southern
District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Warren Command Center
Mailcode 480-206-114
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

Hon. Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
 One Bowling Green, Room 621
New York, NY 10004-1408

Kenneth Eckstein, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Michael J. Edelman, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Matthew Feldman, Esq.
U.S. Department of Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220

CHAR2\1185111v2
00391823

| | |
|---|---|
| Harvey Miller, Esq. | John J. Rapisardi, Esq. |
| Weil, Gotshal & Manges LLP | Cadwalader, Wickersham & Taft LLP |
| 767 Fifth Avenue | One World Financial Center |
| New York, NY 10153 | New York, NY 10281 |

Dated: New York New York
June 22, 2009

By: /s/ Harley Traven
   Harley Traven

CHAR2\1185111v2
00391823