## OBJECTION TO SALE OF DEBTOR'S ASSETS

**Inasmuch as** General Motors Corporation Chapter 11 Case No. 09-50026 (REG) Notice was received Thursday afternoon June 11, 2009 stating that Responses or Objections to the relief sought, as described in the notice, was to be filed with the Clerk of the Bankruptcy Court so as to be received no later than June 19, 2009 at 5 PM Eastern Time, and **Inasmuch as** we have been unsuccessful thus far in obtaining an attorney experienced in such matters, we find it necessary to file this objection ourselves.

We have included all we believe is necessary to identify ourselves and our claim. If anything further is needed, please inform us and we will do whatever we can to supply it to the Bankruptcy Court.

**Identification of Creditors:**
C Michael Miglore, TTEE
Edith A. Miglore, TTEE
C Michael & Edith A. Miglore
Revocable Trust U/A/D 3/4/02
0S099 Lee Court, Unit 404
Winfield, IL 60190

**Description of Claim:**
1000 shares of GM Preferred Stock with a 7.5% annual yield, purchased at $25/share on June 23, 2004 with a call date of June 30, 2009.

Respectfully submitted,

C Michael Miglore and Edith A. Miglore
0S099 Lee Court, Unit 404
Winfield, IL 60190
1.630.682.1412
mike_thann@comcast.net

**Please Note:**
We find it hard to understand, even incredulous, that creditors such as ourselves who loaned General Motors a sum of money in exchange for preferred stock at a specified rate of return and with a specified call date, constituting a contract between us, must submit such a claim for assets owed us.

