

1834 Thunderbird Street     Troy, Michigan 48084 U.S.A.
Phone (248) 362-1145                    Fax (248) 362-1032
www.kinsler.com

Engineering, manufacturing, sales, service, calibration, testing, and modification of
mechanical and electronic fuel injection systems and components for all types of racing and performance.

June 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Gentlemen,

Please remove our name and address from your files as General Motors Corporation does not owe us anything.

Respectfully,

James W. Kinsler
Director

KINSLER    LUCAS    BOSCH    MSD    ROCHESTER    WATERMAN    DSR    HILBORN    ENDERLE
EFI-TECHNOLOGY    ZYTEK    ACCEL/DFI    F.A.S.T.    MOTEC    HALTECH    RON'S    CROWER    WELDON