JUN 19 2009

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------

| | |
|---|---|
| In re | Chapter 11  Case No. |
| GENERAL MOTORS CORP., et al., | 09 - 50026 (REG) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------

NOTICE IS HEREBY GIVEN OF OBJECTION TO THE SALE HEARING AND THE MOTION OF GENERAL MOTORS CORPORATION AND ITS DEBTOR SUBSIDIARIES AND THE PROPOSED DEBT SETTLEMENT.

Please take note that *Abdul R. Kiwan **Pro Se** & Najieh M. Kiwan his wife (Kiwan)*, are GM debt holders of 2000 shares of 7.25 % Sr. Notes (RGM) and 2000 shares of 7.375 % Sr. Notes (HGM) object to the proposed settlement of GM debt as being unfair, and biased in favor of one class of interested party at the expense of the debt holders (Creditors).

The proposed Master Sale and Purchase Agreement, dated June 1, 2009 (MPA) by GM et al (the Sellers) to the Vehicle Acquisition Holding LLC, (the Purchaser), a purchaser sponsored by the United States Department of the Treasury seeks to circumvent the legal judicial process and impose an unfair settlement on GM Creditors.
The US Treasury sponsored plan seeks to acquire all of the Debtors assets' free and clear of all liens, claims, encumbrances, and other interests and to create a new entity (New GM) where the Treasury Department will hold a 60 % stake in lieu of the $ 50 Billion investment it made in GM with taxpayers money.
The Creditors on the other hand will be given a 10 % stake in exchange for their investment in GM of $ 27 Billion. A simple mathematical calculation shows that if 60 % stake is awarded for $ 50 Billion investment then a $ 27 Billion investment by the Creditors should be awarded a 32.4 % stake in the New GM.
I would like to petition the court to disapprove the proposed GM settlement and to proceed with caution and to taylor a fair and just settlement for all interested parties without any bias and with fairness to all.
I hope that the court will award me and my wife a fair amount of refund of our $ 100,000 investment in the preferred stock of GM, designated as RGM and HGM which are a significant amount of our life savings.
Respectfully,
Abdul R. Kiwan &        *Abdul R. Kiwan*
Najieh M. Kiwan         *Najieh M. Kiwan*
707 Jackson Blvd.,
Bel Air,  MD 21014

cc: Attorneys