June 13, 2009

To whom it may concern:

We OBJECT and are RESPONDING to the UAW Retiree Settlement Agreement.

We do not agree to our benefit and health reductions.

We were PROMISED health coverage and x amount of GM pension when Gerald retired in 1989 with 31 plus years with GM.

We have been drawing the same money each year since retirement.

We live very frugal with a tight budget. Now that we are senior citizens we have little left over for food/clothing/transportation etc., after paying property taxes, insurances, copays, heat, gas etc.. NECESSITIES.

We have ALWAYS supported GM and have always had a GM vehicle We need a new vehicle but can not afford it any more.

DO NOT TAKE AWAY/REDUCE our promised meager pension/health care NOW THAT WE NEED IT IN OUR OLD AGE!

Sincerely yours,

*Gerald S. Sarka*

Gerald S. Sarka
7254 New Lothrop Rd.
New Lothrop, Michigan 48460

JUN 19 2009