UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re                                               :     Chapter 11 Case No.
:
General Motors Corp., et al.,                       :     09-50026 (REG)
:
Debtors.                                     :     (Jointly Administered)
:
------------------------------------------------------------x

### PROTEST & OBJECTION
### TO TREATMENT OF UNSECURED CREDITORS

If the bankruptcy court is going to ignore the law and long-standing precedent of not allowing favorable treatment to all creditors of the same creditor class (unsecured vs. secured), then the Grand Lodge of the Order of the Sons of Hermann in the State of Texas (Hermann Sons), a not-for-profit IRC 501(c)(8) organization located in San Antonio, Texas, who are the owners of General Motors (GM) bonds, object to the unequal treatment of the various creditors under the proposed 363 Transaction.

We purchased the investment bonds in GM with several goals in mind, such as:

1. The solvency of GM was expected and in turn we invested in America,
2. The bonds were secured by the financial assets of GM,
3. The bonds would have a preference over any unsecured creditor in the event of bankruptcy.

If the court is treating investors' bonds as unsecured, then all unsecured creditors, including union benefits, should be treated equally under the bankruptcy laws and none should receive a preference not provided by law (secured) or contract (recorded lien).

However, Hermann Sons will and should accept a settlement of our liability by the Bankruptcy Court where all classes of creditors are treated equally.

Dated: San Antonio, Texas
June 18, 2009

_____
Harry Werland
Grand Vice President - Investments
Grand Lodge of the Order of the Sons
of Hermann in the State of Texas
P.O. Box 1941
San Antonio, TX 78297