09-50026-mg    Doc 2233    Filed 06/19/09    Entered 06/23/09 12:00:37    Main Document
Pg 1 of 1

Roland E. King
852 Coachway
Annapolis, MD 21401

June 15, 2009



United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attention: Vito Genna

Dear Sir:

In the case of General Motors Corp., et al., Debtors., I object to the Master Sale and Purchase Agreement dated June 1, 2009. The agreement confiscates assets from me, a bondholder and small investor, and hands over these assets to the United Auto Workers (UAW).

As a bondholder, my claim is senior to the claim of the UAW, yet the UAW is awarded more then I am under this agreement. There is no substantive reason why bondholder claims need to be subordinated to those of the UAW in order for General Motors to emerge from bankruptcy. The agreement is simply a confiscation of assets from me, a small investor, in order to reward the United Auto Workers (UAW) for being a political ally of, and a campaign contributor to, the Obama Administration.

I respectfully remind the court that the purpose of these bankruptcy proceedings is to protect the claims of the creditors under the bankruptcy laws of the United States. I urge the court to modify this agreement and award bondholders their rightful share of the GM assets under the bankruptcy laws of the United States.

Respectfully,

*Roland E. King* (signature)

Roland E. King