June 14, 2009

From:   Junius L. Johnson
       2217 Melody Lane
       Anderson, IN 46012

To:    The Clerk of the Bankruptcy Court
       United States Bankruptcy Court, Southern District of New York
       One Bowling Green
       New York, New York 10004-1408

Ref:   Chapter 11 Case No. 09-50026(REG)

[RECEIVED JUN 19 2009 stamp]

Gentlemen:

This is to advise that as a Salried Retiree of The General Motors Corp I object to the Motion of General Motors Corp., dated June 1, 2009.

The "Motion" includes that The Acquisition Holdings LLC ("Purchaser") assumes responsibility for the "UAW Retiree Settlement Agreement". I strongly object to the fact that the "Purchaser" has not pursued, and assumed responsibility for a "Salried Retiree Agreement." . This Motion as it stands is showing favortisn towards hourly retirees over salried retirees and is considered by the undersigned to be UNFAIR. Currently, I receive a modest Pension from GM and it appears that the pensions of the hourly retirees are being protected but the pensions of the salried retirees are not.

Please Advise.

Sincerely Yours,

*Junius L. Johnson* (signature)

Junius L. Johnson