708 Derby Avenue
Cincinnati, Ohio 45232-1816

Tuesday, June 16, 2009

United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
Room 621
New York, New York 10004

To the Clerk of the United States Bankruptcy Court for the Southern District of New York,

    I do hereby object to any and all reductions or changes to General Motors retiree benefits, pursuant to Chapter 11 Case No. 09-50026 (REG).
    The General Motors bankruptcy was brought on by numerous bad business decisions and had nothing to do with General Motors retirees.

Thank you,
Delmer L. Taylor

*Delmer L. Taylor* (signature)