June 15, 2009
Theopolis Williams Sr.
19635 Buffalo St.
Detroit, MI 48234
(313) 826-1985

To: United States Bankruptcy Court
   for the Southern District of New York.

Re: Objection to GM Retirees Medical Benifits

Dear: Honorable Judge Robert E. Gerber,

I seriously object to reducing our Medical Benifits, such as the Vision, dental and my Medicare Part B benifits of $76.20. I am a 69 year old General Motors retiree with 37 years of Service. As I get older, these are some of the benifits I need most. I lost the Sight in my right eye, and now I'm trying to keep the Sight in the left eye. My wife and I both have vision problems, and must visit the eye doctors. Already this is very costly to us especially with the high co-pays and deductibles. Without some assistance this will become a bigger burden, trying to pay this bill. At the present time my wife is having dental work done on her teeth, and if my dental is stopped this also become a burden. We both must

-2-

go to see our medical doctors every six weeks to three months in order to get our prescriptions for medications which is required. I have worked hard for many years to provide for myself and my family in order to meet our needs. The cost of living has really gone through the roof, and we have really tighten our belts in order to make ends meet. Taking these benifits would really become a hardship. Judge Gerber I really appreciate it if you would please reconsider the decision of reducing our benifits.

Sincerely,
Theopolis Williams Sr.



Theopolis Williams
19635 Buffalo
Detroit, MI 48234-2432

United States Bankruptcy Court
Southern District of New York
One Bowling Green
Room 621
New York, N.Y. 10004