Dear Sir,

Why writing me about bankruptcy. I don't buy nothing or any cars. My husband dead he worked GM. I didn't. I'am 81 yrs old don't need bills on me I don't have any bill I'am retired my. please make this clear



Mattie Kantena Forests
4316 2766 wendover DAYTON OH 454
10 entomor 4, 65 June 2009 PM E T

vinate d 5 to deo Bankrudotis
un Pending Huson new york
one york 10004

1.0004/1400