

**Industrial Transport**

*Industrial Transport, Inc.* ● P.O. Box 91008 ● Cleveland, Ohio 44101
2330 East 79th Street ● Cleveland, Ohio 44104 ● 216-881-5052 phone ● 216-881-1511 fax
www.industrialtransport.com

June 15, 2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004

Debtors
Attn: Warren Command Center
Mailcode 480-206-114
c/o General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI  48090-9025

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller, Esq.; Stephen Karotkin, Esq.; Joseph H. Smolinsky, Esq.
Attorneys for the Debtors
767 Fifth Avenue
New York, NY 10153

US Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC  20220

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi, Esq.
Attorneys for the Purchaser
One World Financial Center
New York, NY  10281

Vedder Price, PC
Attn: Michael J. Edelman, Esq. Michael L. Schein, Esq.
Attorneys for Export Development Canada
1633 Broadway
47th Floor
New York, NY  10019



Office of the United States Trustee for the
Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004

        RE:    Cure Amount Objection
                  Industrial Transport, Inc.
                  Vendor ID # 5716-01056612

To whom it may concern:

Upon receipt of the attached email notification from Schneider Logistics on June 11th, 2009, we attempted to follow all instructions with regard to filing our dispute with regard to the stated "Cure" amount contained therein. After contacting the Supplier Information Call Center as provided in both the Schneider Logistics email and the letter notification from the US Bankruptcy Court Southern District of New York, we were advised that the process laid out in this US Bankruptcy Court letter did not apply to us since we were paid via Schneider and were directed back to our contact at Schneider Logistics. We were unable to reach them by phone that day and therefore filed our Cure amount dispute claim via email on June 12th, 2009.

Today, after phone discussion with our Schneider representative, we were again directed, contrary to the help desk direction, to file this multi-copy objection in accordance with the court letter. We have attempted to respond as quickly as possible with regard to our dispute upon notification of the erroneous cure amount, but were delayed by contradictory direction. Please accept our objection correspondence and allow it to be processed as timely filed.

The following recap presents the original and correct Cure amounts:

                            Industrial Transport, Inc.
                            Vendor ID #5716-01056612

|  | Cure Provided | Correct Cure |
|---|---|---|
| Citibank funding May 1 - 16th | $ 128,145.96 | $ 102,936.42 |
| Approved Status as of 6-10 | $ 92,725.77 | $ 139,391.29 |
| Total GMSPO Co 1 | $ 220,871.73 | $ 242,327.71 |

You will note that the Cure amount provided of $220,871.73 is in dispute with our records. The correct Cure amount is $242,327.71 and is supported by the attached detail listing of the individual invoices that make up the correct Cure amount. Please notify us of your agreement or reconciliation.

Sincerely,

INDUSTRIAL TRANSPORT, INC.

*[signature]*, CFO

Ted E. Crawford
Chief Financial Officer

## Ted Crawford

| | |
|---|---|
| **From:** | Ted Crawford |
| **Sent:** | Friday, June 12, 2009 9:20 AM |
| **To:** | 'Johnroe, Kelly'; 'kukielam@schneider.com' |
| **Cc:** | Debbie Hess; Mattie Harris |
| **Subject:** | FW: Cure Amount for GMSPO and Saturn SPO |
| **Attachments:** | Pre-petition AR claim Recap for GM.xls |

**Importance:** High

Hello Kelly & Mike,

After contacting the GM help desk phone number per your email, they have directed us to you to get our cure amount dispute resolved.

I have attached our recap of all pre-petition invoices that should be included in the cure amount. Please review and compare to the amount you advised us of yesterday. The $21,455.98 short fall in the reported cure amount needs to be increased to reflect our balance. Please feel free to contact Debbie Hess or I to review and resolve.

*Ted E. Crawford, CPA*
**Chief Financial Officer**
**Industrial Transport, Inc.**
**2330 East 79th Street**
**Cleveland, OH 44104**

**Phone:** (216) 881-5052 Ext. 100
**Fax:** (216) 881-1511
**Email:** tcrawford@industrialtransport.com
**Website:** www.industrialtransport.com

---

**From:** Debbie Hess
**Sent:** Thursday, June 11, 2009 4:18 PM
**To:** Ted Crawford
**Cc:** Mattie Harris
**Subject:** FW: Cure Amount for GMSPO and Saturn SPO
**Importance:** High

Ted,

Here is the cure amount email. This looks like it is short based on your email the other day.

Debbie

---

**From:** Kukiela, Michael [mailto:Kukielam@schneider.com]
**Sent:** Thursday, June 11, 2009 3:34 PM
**To:** Bryan Cooper
**Cc:** Debbie Hess
**Subject:** Cure Amount for GMSPO and Saturn SPO

**Good Afternoon**

1

Attached is your identified Cure Amount as of 9 Jun 2009. Please refer to the instructions within the letter your organization received from the US Southern District of New York. Please note that you have 10 days from the date of that letter to object to assignment or assumption of contract or the attached cure amount. Again, please refer to that document for the specific requirements.

Either Kelly Johnroe or Michael Kukiela will be following this email with a phone call to confirm receipt.

Suppliers can find information anytime regarding filing at www.GM.com/restructuring. We have also established a Supplier Information Call Center to assist you with any questions you may have regarding these proceedings. You can reach the Supplier Information Call Center toll free at 1-888-409-2328 or 1-586-947-3000 (international).

*PLEASE CONFIRM RECEIPT OF THIS MESSAGE ELECTRONICALLY*

## GMSPO Cure Amount

| SCAC | Carrier Name | In approved Status as of 6-10-2009 | Citibank funding-May1st-May16 Gross $ | GMSPO co 1 TOTAL |
|---|---|---|---|---|
| INDL | INDUSTRIAL TRANSPORT INC | 92,725.77 | 128145.96 | **220,871.73** |

## Saturn Cure Amount

| SCAC | Carrier Name | In approved Status as of 6-10-2009 | Citibank funding-May1st-May16 Gross $ | GMSPO co 1 TOTAL |
|---|---|---|---|---|
| | | | | |

$0

Michael Kukiela
Schneider Logistics
Senior Purchasing Manager
248.848.5835
fax - 920.403.9502

34505 West 12 Mile Road
Suite 300
Farmington Hills, MI 48331

<hr size=2 width="100%" align=center>

**Total Control Panel**                                                                                                  Login

To: dhess@industrialtransport.com           Remove this sender from my allow list
From: kukielam@schneider.com

*You received this message because the sender is on your allow list.*

2

# Industrial Transport Inc
## GMSPO A/R Aging Detail (Pre-petition claim)
### As of May 31, 2009

| Type | Date | Num | Name | Terms | Due Date | Class | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|
| **Current** | | | | | | | | |
| Invoice | 05/31/2009 | 09-22021 | 021 GMSPO-Flint | Net 60 | 07/30/2009 | 020 GMSPO-Group:021 GMSPO-Flint | | 21,742.75 |
| Invoice | 05/31/2009 | 09-22022 | 022 GMSPO-Pontiac | Net 60 | 07/30/2009 | 020 GMSPO-Group:022 GMSPO-Pontiac | | 8,955.55 |
| Invoice | 05/31/2009 | 09-22023 | 023 GMSPO-Lansing | Net 60 | 07/30/2009 | 020 GMSPO-Group:023 GMSPO-Lansing | | 11,335.77 |
| **Total Current** | | | | | | | | 42,034.07 |
| **1 - 30** | | | | | | | | |
| Invoice | 05/03/2009 | 09-180212 | 021-2 GMSPO-Burton | Net 60 | 07/02/2009 | 020 GMSPO-Group:021 GMSPO-Flint | 28 | 402.37 |
| Invoice | 05/03/2009 | 09-18021 | 021 GMSPO-Flint | Net 60 | 07/02/2009 | 020 GMSPO-Group:021 GMSPO-Flint | 28 | 25,855.84 |
| Invoice | 05/03/2009 | 09-18022 | 022 GMSPO-Pontiac | Net 60 | 07/02/2009 | 020 GMSPO-Group:022 GMSPO-Pontiac | 28 | 11,098.08 |
| Invoice | 05/03/2009 | 09-18023 | 023 GMSPO-Lansing | Net 60 | 07/02/2009 | 020 GMSPO-Group:023 GMSPO-Lansing | 28 | 14,150.85 |
| Invoice | 05/07/2009 | 09-18021R | 021 GMSPO-Flint | Net 60 | 07/06/2009 | 020 GMSPO-Group:021 GMSPO-Flint | 24 | 879.25 |
| Invoice | 05/10/2009 | 09-19021 | 021 GMSPO-Flint | Net 60 | 07/09/2009 | 020 GMSPO-Group:021 GMSPO-Flint | 21 | 24,797.76 |
| Invoice | 05/10/2009 | 09-19021-2 | 021-2 GMSPO-Burton | Net 60 | 07/09/2009 | 020 GMSPO-Group:021 GMSPO-Flint | 21 | 476.88 |
| Invoice | 05/10/2009 | 09-19022 | 022 GMSPO-Pontiac | Net 60 | 07/09/2009 | 020 GMSPO-Group:022 GMSPO-Pontiac | 21 | 11,112.76 |
| Invoice | 05/10/2009 | 09-19023 | 023 GMSPO-Lansing | Net 60 | 07/09/2009 | 020 GMSPO-Group:023 GMSPO-Lansing | 21 | 14,162.63 |
| Invoice | 05/17/2009 | 09-20021 | 021 GMSPO-Flint | Net 60 | 07/16/2009 | 020 GMSPO-Group:021 GMSPO-Flint | 14 | 24,767.95 |
| Invoice | 05/17/2009 | 09-20022 | 022 GMSPO-Pontiac | Net 60 | 07/16/2009 | 020 GMSPO-Group:022 GMSPO-Pontiac | 14 | 10,833.84 |
| Invoice | 05/17/2009 | 09-20021-2 | 021-2 GMSPO-Burton | Net 60 | 07/16/2009 | 020 GMSPO-Group:021 GMSPO-Flint | 14 | 342.76 |
| Invoice | 05/17/2009 | 09-20023 | 023 GMSPO-Lansing | Net 60 | 07/16/2009 | 020 GMSPO-Group:023 GMSPO-Lansing | 14 | 14,375.70 |
| Invoice | 05/20/2009 | 09-20021A | 021 GMSPO-Flint | Net 60 | 07/19/2009 | 020 GMSPO-Group:021 GMSPO-Flint | 11 | 566.30 |
| Invoice | 05/24/2009 | 09-21021 | 021 GMSPO-Flint | Net 60 | 07/23/2009 | 020 GMSPO-Group:021 GMSPO-Flint | 7 | 23,307.51 |
| Invoice | 05/24/2009 | 09-21021-2 | 021-2 GMSPO-Burton | Net 60 | 07/23/2009 | 020 GMSPO-Group:021 GMSPO-Flint | 7 | 268.25 |
| Invoice | 05/24/2009 | 09-21023 | 023 GMSPO-Lansing | Net 60 | 07/23/2009 | 020 GMSPO-Group:023 GMSPO-Lansing | 7 | 13,296.09 |
| Invoice | 05/24/2009 | 09-21022 | 022 GMSPO-Pontiac | Net 60 | 07/23/2009 | 020 GMSPO-Group:022 GMSPO-Pontiac | 7 | 8,630.16 |
| Invoice | 05/29/2009 | 09-21021A | 021 GMSPO-Flint | Net 60 | 07/28/2009 | 020 GMSPO-Group:021 GMSPO-Flint | 2 | 968.66 |
| **Total 1 - 30** | | | | | | | | 200,293.64 |
| **TOTAL** | | | | | | | | 242,327.71 |

Shaded Invoices denote initial protection under UST program

After May 16, 2009    102,936.42

139,391.29