June 19, 2009

Vito Genna, Clerk of the Bankruptcy Court
United States Bankruptcy Court
Seventh District of New York
One Bowling Green
New York, New York 10004

|  |  |  |
|---|---|---|
| **RE:** | **Debtor:** | **General Motors Corp.** |
|  | **Case No:** | **09-50026 (REG)** |
|  | **Tax Id. No.:** | **38-0572515** |
|  |  |  |
|  | **Creditor:** | **Salvatore Sciortino** |
|  |  | **461 Chambers Street** |
|  |  | **Spencerport, NY 14559** |



Dear Clerk Genna:

Please be advised that I am the above-referenced creditor and will be appearing *pro se*, at least at this juncture. I was employed by General Motors Corporation in Rochester, New York at the Rochester Products Division on Lee Road for numerous years and had retired from General Motors Corporation after sustaining a work related injury/disability. I additionally have numerous shares of issued stock based upon my employment status, bonuses received, and investments made throughout my tenure at General Motors Corporation.

I enclose with this letter the Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, and Deadlines I received. I note that there is a Meeting of the Creditors on July 27, 2009 at 1:00 p.m. at the Hilton New York, 1335 Avenue of the Americas, New York, New York 10019. I also note that the Notice states that a Notice of Deadline to file a Proof of Claim will be sent a later time. My understanding is that as of this date no deadline has been instituted for the filing of the Proof of Claim. I kindly request that upon scheduling the deadline to file a Proof of Claim, said notice be provided to me at my address above as I intend on filing a Proof of Claim. I also kindly request a blank Proof of Claim form.

In addition, I also received the Notice of Sale Hearing to Sell Substantially all of Debtor's Assets Pursuant to Master Sale and Purchase Agreement with Vehicle Acquisition Holdings, LLC, a U. S. Treasury-Sponsored Purchaser dated June 2, 2009.  In addition, I also note that an Interim Order was filed Establishing Notification Procedures And Approving Restrictions On Certain Transfer Of Interests In The Debtor's Estates and an Interim Order Pursuant To §105(A) And 363 Of The Bankruptcy Code Was Filed Establishing Notification Procedures And Approving Restrictions On Certain Transfers Of Interests In The Debtor's Estates Scheduling A Final Hearing were also both filed on June 2, 2009.  Please be further advised that to the extent that the sale hearing and interim orders disposed of any assets which could have been used to satisfy any or all of my claims, I hereby object to said sale.

If you require any additional information from me, please do not hesitate to contact me at the above address.  I look forward to receiving the Notice of Deadline to file a Proof of Claim.

Very truly yours,

Salvatore Sciortino

2