Thomas R. Slome, Esq.
Jil Mazer-Marino, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York  11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706

    and

Russell R. Johnson III, Esq.
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone:  (804) 749-8861
Facsimile:  (804) 749-8862

*Co-Counsel for Virginia Electric and Power Company, d/b/a Dominion Virginia Power, The East Ohio Gas Company, d/b/a Dominion East Ohio, Salt River Project, Duke Energy Indiana, Inc., Duke Energy Ohio, Inc., Duke Energy Kentucky, Inc., American Electric Power, The Detroit Edison Company, Michigan Consolidated Gas Company, Consolidated Edison Company Of New York, Inc., Southern California Edison Company, Duke Energy Carolinas, LLC, Baltimore Gas and Electric Company, Delta Township Utilities, LLC, Delta Township Utilities II, LLC, Suez/VWNA/DEGS of Lansing, LLC, Shreveport Red River Utilities, LLC, Veolia Water Partners VI, Massachusetts Electric Company d/b/a National Grid and Niagara Mohawk Power Corporation, d/b/a National Grid*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                           :

**In re:**                                     :         Chapter 11
                           :
**GENERAL MOTORS CORP.,** *et al.***,**      :         Case No. 09-50026 (REG)
                           :
        **Debtors.**          :         (Jointly Administered)
                           :
---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

1

1. I, Russell R. Johnson III, a member in good standing before the bars of the Commonwealth of Virginia, the United States Bankruptcy and District Courts for the Eastern and Western Districts of Virginia, the United States District Court for the Eastern District of Michigan, and the U.S. Court of Appeals for the Fourth and Sixth Circuits, request admission, *pro hac vice*, before this Court, to represent Virginia Electric and Power Company, d/b/a Dominion Virginia Power, The East Ohio Gas Company, d/b/a Dominion East Ohio, Salt River Project, Duke Energy Indiana, Inc., Duke Energy Ohio, Inc., Duke Energy Kentucky, Inc., Duke Energy Carolinas, LLC, American Electric Power, The Detroit Edison Company, Michigan Consolidated Gas Company, Consolidated Edison Company Of New York, Inc., Southern California Edison Company, Baltimore Gas and Electric Company, Massachusetts Electric Company, d/b/a National Grid, Niagara Mohawk Power Corporation, d/b/a National Grid, Delta Township Utilities, LLC, Delta Township Utilities II, LLC, Suez/VWNA/DEGS of Lansing, LLC, Shreveport Red River Utilities, LLC and Veolia Water Partners VI in the above-referenced jointly-administered Chapter 11 bankruptcy cases and any and all adversary proceedings and contested matters in which any of these utilities is or may become a party, pursuant to Rule 2090-1(b) of the Local Bankruptcy Rules for the Southern District of New York.

2. My address is: Russell R. Johnson III, Esq., Law Firm Of Russell R. Johnson III, PLC, 2258 Wheatlands Drive, Manakin-Sabot, Virginia 23103.

3. My telephone number is: (804) 749-8861.

4. My e-mail address is: russj4478@aol.com.

5. I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Dated: Manakin-Sabot, Virginia
      June 23, 2009  By: /s/ Russell R. Johnson III
          Russell R. Johnson III, Esq.
          LAW FIRM OF RUSSELL R. JOHNSON III, PLC
          2258 Wheatlands Drive
          Manakin-Sabot, Virginia 23103
          Telephone: (804) 749-8861
          Facsimile: (804) 749-8862

          -and-

          Thomas R. Slome (TS-0957)
          Jil Mazer-Marino (JM-6470)
          MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
          990 Stewart Avenue, Suite 300
          P.O. Box 9194
          Garden City, New York 11530-9194
          Telephone: (516) 741-6565
          Facsimile: (516) 741-6706

*Co-Counsel for Virginia Electric and Power Company, d/b/a Dominion Virginia Power, The East Ohio Gas Company, d/b/a Dominion East Ohio, Salt River Project, Duke Energy Indiana, Inc., Duke Energy Ohio, Inc., Duke Energy Kentucky, Inc., American Electric Power, The Detroit Edison Company, Michigan Consolidated Gas Company, Consolidated Edison Company Of New York, Inc., Southern California Edison Company, Duke Energy Carolinas, LLC, Baltimore Gas and Electric Company, Delta Township Utilities, LLC, Delta Township Utilities II, LLC, Suez/VWNA/DEGS of Lansing, LLC, Shreveport Red River Utilities, LLC, Veolia Water Partners VI, Massachusetts Electric Company d/b/a National Grid and Niagara Mohawk Power Corporation, d/b/a National Grid*

720916