UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                    :

In re:                                        :          Chapter 11

GENERAL MOTORS CORP., *et al.*,      :          Case No. 09-50026 (REG)

            Debtors.                  :          (Jointly Administered)

-----------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

Russell R. Johnson III, Esq., having represented that he is a member in good standing before the bars of the Commonwealth of Virginia, the United States Bankruptcy and District Courts for the Eastern and Western Districts of Virginia, the United States District Court for the Eastern District of Michigan, and the U.S. Court of Appeals for the Fourth and Sixth Circuits, and having requested admission, *pro hac vice*, to represent Virginia Electric and Power Company, d/b/a Dominion Virginia Power, The East Ohio Gas Company, d/b/a Dominion East Ohio, Salt River Project, Duke Energy Indiana, Inc., Duke Energy Ohio, Inc., Duke Energy Kentucky, Inc., Duke Energy Carolinas, LLC, American Electric Power, The Detroit Edison Company, Michigan Consolidated Gas Company, Consolidated Edison Company Of New York, Inc., Southern California Edison Company, Baltimore Gas and Electric Company, Massachusetts Electric Company, d/b/a National Grid, Niagara Mohawk Power Corporation, d/b/a National Grid, Delta Township Utilities, LLC, Delta Township Utilities II, LLC, Suez/VWNA/DEGS of Lansing, LLC, Shreveport Red River Utilities, LLC and Veolia Water Partners VI (collectively the "Utilities") in the above-referenced jointly administered Chapter 11 bankruptcy cases and any and all adversary proceedings and contested matters in which the Utilities is, are or may become a party, it is hereby

**ORDERED,** that Russell R. Johnson III, Esq., is admitted to practice, *pro hac vice* in the above-referenced jointly administered Chapter 11 bankruptcy cases and any and all adversary proceedings and contested matters in which the Utilities is, are or may become a party, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

SO ORDERED this _____ day
of June 2009.

_____
HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE

720920