UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re
General Motors Corp., et al,
                              Debtors

RAYMOND W. SARGENT

13050 FM 2010

CHANDLER, TEXAS 75758



JUNE 14, 2009

I OPPOSE THE GENERAL MOTORS BANKRUPTCY; IN REFERENCE TO THE UAW RETIREE SETTLEMENT AGREEMENT. THE COMPANY SHOULD NOT BE RELIEVED FROM THEIR RESPONSIBILITY OF BENEFITS TO THEIR RETIREES.

I, RAYMOND W. SARGENT WAS AWARDED TOTAL AND PERMANENT DISABILITY FROM A FEDERAL JUDGE IN FLINT MICHIGAN IN 1996; RETROACTIVE TO 1993. I WAS GRANTED SOCIAL SECURITY DISIBILITY AND GENERAL MOTORS DISABILITY RETIREMENT. MY DISABILITY BENEFITS SHOULD NOT CHANGE FROM WHAT THE JUDGE AND GENERAL MOTORS AWARDED ME. GENERAL MOTORS SHOULD NOT BE ABLE TO LEGALLY TAKE ANY OF MY BENEFITS AWAY. ATTACHED YOU WILL FIND THE AWARD FROM THE JUDGE AND SOCIAL SECURITY AND GENERAL MOTORS PENSION ADMINISTRATION CENTER. PLEASE TAKE MY CASE UNDER CONSIDERATION.

RAYMOND W. SARGENT

**SOCIAL SECURITY ADMINISTRATION**

Refer to:

**Office of Hearings and Appeals**
1st Floor - Suite A
605 N. Saginaw St.
Flint, Michigan 48502
Telephone: (810) 257-0509
Date: FEB 20 1996

## NOTICE OF DECISION -- FULLY FAVORABLE

Ray W. Sargent
834 Sinclair St.
Fenton, MI 48430

I have made the enclosed decision in your case. Please read this notice and the decision carefully.

**This Decision Is Fully Favorable To You**

Another office will process the decision and send you a letter about your benefits. Your local Social Security office or another office may first ask you for more information. If you do not hear anything for 60 days, contact your local office.

**The Appeals Council May Review The Decision On Its Own**

The Appeals Council may decide to review my decision even though you do not ask it to do so. To do that, the Council must mail you a notice about its review within 60 days from the date shown above. Review at the Council's own motion could make the decision less favorable or unfavorable to you.

**If You Disagree With The Decision**

If you believe my decision is not fully favorable to you, or if you disagree with it for any reason, you may file an appeal with the Appeals Council.

**How To File An Appeal**

To file an appeal you or your representative must request the Appeals Council to review the decision. You must make the request in writing. You may use our Request for Review form, HA-520, or write a letter.

See Next Page

Ray W. Sargent

4

9. Based upon the claimant's residual functional capacity, and vocational factors, there are no jobs existing in significant numbers which he can perform. This finding is based upon the framework of Medical-Vocational Rules 201.01 and 201.09, 20 CFR Part 404, Appendix 2 to Subpart P.

10. The claimant has been under a disability as defined by the Social Security Act and Regulations since October 11, 1993.

### DECISION

Based on the Title II application filed on November 15, 1993 (protective filing date), the claimant is entitled to a period of disability beginning on October 11, 1993, and to disability insurance benefits under sections 216(i) and 223, respectively, of the Social Security Act, and the claimant's disability has continued through at least the date of this decision.

*John August LaFalce*
John A. LaFalce
Administrative Law Judge

FEB 20 1996
_____
Date

## GM Pension Administration Center
P.O. Box 5014
Southfield, Michigan 48086-5014

**Raymond W Sargent**

You have been approved for Total and Permanent Disability retirement under the General Motors Hourly-Rate Employees Pension Plan effective **10/01/1995**.

Enclosed is an Hourly Pension Plan Retirement Estimate Package. It contains:
- the forms needed to initiate your retirement under the General Motors Hourly-Rate Employees Pension Plan
- instructions outlining how to complete the forms
- a return mail envelope for your convenience

To begin the initiation, please fill out the forms according to the instructions and send us the completed forms in the return mail envelope. Please include copies of your:
- Birth certificate
- Medicare card (if applicable)
- Social Security Award or Denial and,
  if survivor coverage is not rejected:
    - your spouse's birth certificate
    - your spouse's social security card
    - your marriage certificate

Once the GM Pension Administration Center receives this requested information, a retirement form indicating your monthly benefit amounts will be sent to you for your review and signature and your union benefit representative's review and signature. Additionally, your Personnel Director will be notified of your intent to retire.

Our GM Pension Administration Center representatives, along with your union benefit representative, are dedicated to helping you throughout the retirement process and we will continue to serve you as a General Motors retiree. You can call the GM Pension Administration Center Monday through Friday from 7:00 a.m. - 7:00 p.m. eastern time by dialing one of our convenient toll-free numbers - **1-800-659-2000** (or 1-800-659-8811 for hearing or speech impaired). Please **have your social security number available** when calling the Center so that our customer service representatives can assist you efficiently.

Sincerely,

GM Pension Administration Center