Thomas R. Slome, Esq.
Jil Mazer-Marino, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York  11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706

and

Russell R. Johnson III, Esq.
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone:  (804) 749-8861
Facsimile:  (804) 749-8862

*Co-Counsel for Virginia Electric and Power Company, d/b/a Dominion Virginia Power, The East Ohio Gas Company, d/b/a Dominion East Ohio, Salt River Project, Duke Energy Indiana, Inc., Duke Energy Ohio, Inc., Duke Energy Kentucky, Inc., Duke Energy Carolinas, LLC, American Electric Power, The Detroit Edison Company, Michigan Consolidated Gas Company, Consolidated Edison Company Of New York, Inc., Southern California Edison Company, Baltimore Gas and Electric Company, Delta Township Utilities, LLC, Delta Township Utilities II, LLC, Suez/VWNA/DEGS of Lansing, LLC, Shreveport Red River Utilities, LLC, Veolia Water Partners VI, LLC, Massachusetts Electric Company d/b/a National Grid and Niagara Mohawk Power Corporation, d/b/a National Grid*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| **GENERAL MOTORS CORP.**, *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------x

**VERIFIED STATEMENT PURSUANT TO**
**RULE 2019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to the provisions of Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, Russell R. Johnson III of the Law Firm Of Russell R. Johnson III, PLC, files this Verified Statement of his firm's multiple representations in this case:

1. The names and addresses of the creditors represented by the Law Firm of Russell R. Johnson III, PLC are:

    A.    Virginia Electric and Power Company, d/b/a Dominion Virginia Power
The East Ohio Gas Company, d/b/a Dominion East Ohio
Attn: Sherry R. Ward
701 East Cary Street
Richmond, Virginia 23219

    B.    Salt River Project
Attn: Gregory R. Moore, Esq.
P.O. Box 52025
Phoenix, AZ 85072-2025

    C.    Duke Energy Indiana, Inc.
Duke Energy Ohio, Inc.
Duke Energy Kentucky, Inc.
Attn: Tanya A. Schweitzer
Duke Energy Shared Services, Inc.
139 East Fourth Street
Room 25, Atrium II
Cincinnati, Ohio 45201-0960

    D.    Duke Energy Carolinas, LLC
Attn: Yvonne C. Crenshaw
Duke Energy Corporation
Office of General Counsel
526 South Church Street – ECO3T
Charlotte, NC 28202

    E.    American Electric Power
Attn: Gregory Holland
40 Franklin Road
P.O. Box 2021
Roanoke, VA 24022-2121

F. The Detroit Edison Company
Michigan Consolidated Gas Company
Attn: Michael T. Wood, Esq.
DTE Energy Company
One Energy Plaza
Suite 688 WCB
Detroit, Michigan 48226

G. Consolidated Edison Company Of New York, Inc.
Attn: Leon Z. Mener, Esq.
4 Irving Place – Room 18755
New York, New York 10003

H. Southern California Edison Company
Attn: Cecilia Baesa
300 N. Lone Hill Ave.
San Dimas, CA 91773

I. Baltimore Gas and Electric Company
Attn: Don Dove
110 W. Fayette Street
6th Floor
Baltimore, MD 21201

J. Massachusetts Electric Company, d/b/a National Grid
Niagara Mohawk Power Corporation, d/b/a National Grid
Attn: Christopher Aronson, Esq.
Senior Counsel
National Grid
201 Jones Road
Waltham, MA 02451

K. Delta Township Utilities, LLC
c/o John B. Boatwright, Jr., Esq.
Senior Counsel
GDF-SUEZ Energy Generation NA, LLC
1990 Post Oak Blvd., Suite 1900
Houston, TX 99056

        Delta Township Utilities, LLC
c/o Timika Shafeek-Horton, Esq.
Duke Energy Corporation
Office of General Counsel
526 South Church Street – EC03T
Charlotte, NC 28202

L.    Delta Township Utilities II, LLC
c/o Timika Shafeek-Horton, Esq.
Duke Energy Corporation
Office of General Counsel
526 South Church Street – EC03T
Charlotte, NC 28202

        Delta Township Utilities II, LLC
c/o Eric Robben, Esq.
Counsel
Veolia Water North America – Central, LLC
184 Shuman Blvd., Suite 450
Naperville, IL 60563

M.   Suez/VWNA/DEGS of Lansing, LLC
c/o John B. Boatwright, Jr., Esq.
Senior Counsel
GDF-SUEZ Energy Generation NA, LLC
1990 Post Oak Blvd., Suite 1900
Houston, TX 99056

        Suez/VWNA/DEGS of Lansing, LLC
c/o Timika Shafeek-Horton, Esq.
Duke Energy Corporation
Office of General Counsel
526 South Church Street – EC03T
Charlotte, NC 28202

        Suez/VWNA/DEGS of Lansing, LLC
c/o Eric Robben, Esq.
Counsel
Veolia Water North America – Central, LLC
184 Shuman Blvd., Suite 450
Naperville, IL 60563

    N.    Shreveport Red River Utilities, LLC
c/o John B. Boatwright, Jr., Esq.
Senior Counsel
GDF-SUEZ Energy Generation NA, LLC
1990 Post Oak Blvd., Suite 1900
Houston, TX 99056

    Shreveport Red River Utilities, LLC
c/o Timika Shafeek-Horton, Esq.
Duke Energy Corporation
Office of General Counsel
526 South Church Street – EC03T
Charlotte, NC 28202

    Shreveport Red River Utilities, LLC
c/o Eric Robben, Esq.
Counsel
Veolia Water North America – Central, LLC
184 Shuman Blvd., Suite 450
Naperville, IL 60563

    O.    Veolia Water Partners VI
c/o Eric Robben, Esq.
Counsel
Veolia Water North America – Central, LLC
184 Shuman Blvd., Suite 450
Naperville, IL 60563

    Veolia Water Partners VI
c/o Dennis Black, Esq.
Interim General Counsel
Mesirow Financial
321 N. Clark, 6th Floor
Chicago, IL 60654

2.    The nature and the amount of claims (interests) and the times of acquisition thereof are as follows:

    (a)    The East Ohio Gas Company, d/b/a Dominion East Ohio, The Detroit Edison Company, Michigan Consolidated Gas Company, Baltimore Gas and Electric Company, Duke Energy Indiana, Inc., Duke Energy Ohio, Inc., Duke Energy Kentucky, Inc., Duke Energy

Carolinas, LLC, Consolidated Edison Company Of New York, Inc., Massachusetts Electric Company, d/b/a National Grid and Niagara Mohawk Power Corporation, d/b/a National Grid, Delta Township Utilities, LLC, Delta Township Utilities II, LLC, Suez/VWNA/DEGS of Lansing, LLC, Shreveport Red River Utilities, LLC and Veolia Water Partners VI have unsecured claims against the above-referenced debtors arising from pre-petition utility usage.

    (b)    Virginia Electric and Power Company, d/b/a Dominion Virginia Power, Salt River Project, Southern California Edison Company and American Electric Power provided the above-referenced debtors with pre-petition utility service but held pre-petition security that should exceed the amount of their unsecured claims.

    (c)    For more information regarding the foregoing utility companies interests and claims in this case, refer to the *Objection Of Certain Utility Companies To Motion Of Debtors For Entry Of Order Pursuant To 11 U.S.C. §§ 105(a) And 366 (I) Approving Debtors' Proposed Form Of Adequate Assurance Of Payment, (II) Establishing Procedures For Resolving Objections By Utility Companies, And (III) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Service.*

    3.    Russell R. Johnson III was retained to represent the foregoing creditors in May and June 2009.

LAW FIRM OF RUSSELL R. JOHNSON III, PLC

By: _____
Russell R. Johnson III

Russell R. Johnson III appeared before me this 16th day of June 2009, and acknowledged that the representations in the foregoing statement are true to the best of his knowledge, information and belief.

NOTARY PUBLIC

_____

My commission expires: Oct 31, 2011