# John E. Green III
## P.O. Box 969
## 330 Riverside Drive
## Steinhatchee, Florida 32359
## (352) 498-0553

June 16, 2009

Clerk of The Bankruptcy Court
Attn. The Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re:General Motors Corp., *et al*. Case No. 09-50026 (REG)

The Honorable Robert E. Gerber, United States Bankruptcy Judge:

In response to a notice I received to wit, "**NOTICE OF SALE HEARING TO SELL SUBSTANTIALLY ALL OF DEBTORS' ASSETTS PURSUANT TO MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER**", I hereby object to this motion for sale as it will transfer assets that should be used to satisfy bondholders claims not presently or in any way adequately addressed by any proposal yet offered for consideration by the aforementioned bondholders.

I am presently the holder of $10,000, face value, General Motors Global Notes (CUSIP 37044BS3), held in my IRA with Wells Fargo Advisers.

It is my sincere desire to object to any proposal to resolve the subject bankruptcy that places bondholders behind or at par with unsecured interests such as labor unions. I know my position in this matter may seem small in the grander scheme of things, but I can assure you my holdings here are significant to me and I feel I must fight for what I believe to be right. I wholeheartedly believe the presently proposed resolution to the subject bankruptcy shortchanges bondholders in favor of parties that have and will further erode the value of my investment.

Respectfully,

John E. Green III



JUN 19 2009

See Attachment for copy distribution

Copies of this objection have been sent to the following:

Weil, Gotshall & Manges LLP
Attn. Harvey Miller, Stephen Karotkin,
        Joseph Smolinsky
767 Fifth Avenue
New York, New York 10153

Cadwwalader, Wickersham & Taft LLP
Attn. John J. Rapisardi
One World Financial Center
New York, New York 10281

Cleary, Gottleib Steen & Hamilton LLP
Attn. James L. Bromley
One Liberty Plaza
New York, New York 10006

Cohen, Weiss and Simon LLP
Attn, Babette Ceccotti
330 W. 42nd Street
New York, New York 10036

Vedder Price, P.C.
Attn. Michael J. Edelman, Michael L. Schein
1633 Broadway, 47th Floor
New York, New York 10019

Office of the United States Trustee
  for the Southern District of New York
Attn. Dana G. Adams
33 Whitehall Street, 21st Floor
New York, New York 10004

U.S. Attorney's Office, S.D.N.Y.
Attn. David S. Jones and Mathew L. Schwartz
86 Chambers Street, Third Floor
New York, New York 10007