June 16th, 2009

TO: The Clerk of Bankruptcy Court
For GM or Whom IT may Concern

We DO NOT APPROVE of the way GM has conducted their bankruptcy settlements. First thing is we had NO idea we were going to lose our dental and eye benefits until I had to goto the Dentist on June 8th to get some teeth pulled. The Dentist told me As of June the 30th we would no longer have any dental insurance, now I won't be able to get all my dental work done. Needless to say I WAS SHOCKED because GM had not sent us anything to let us know we were losing our dental and eye insurance. I am disappointed and angry at UAW And GM, because to me there is NO EXCUSE For this. Out of curtesy GM should have notified the retired people who had worked 30 years or more of their lives for them. We should have been notified At least 30 to

60 days Before these benefits were to be cancelled.

I Know bankruptcy is A Rough time for GM it is For anyone, we may even have to file bankruptcy after this, but As I Said earlier there is <u>NO EXCUSE</u> For Not Notifing their retired employers.

A week after my dental appointment which was on June 8th, we Finally got A Notice To Retirees from US BANKRUPTCY Court of New York telling us about losing our Dental and eye insurance. I THANK GOD that we have still got our Health Ins. and my Husband's monthly retirement check. The only thing is on December 31st, 2009 we don't know what is going to happen about our health ins., his retirement check or any other kind of benefits that we still have, because GM has yet to send us Any kind of information As to whats going to happen later on.

I hope and pray to GOD that my

husband does not lose our health benefits and monthly retirement check. The way the economy is now it is very hard to find a decent paying job, especially in a small town where we live. When you purchase insurance yourself it cost so much monthly that we won't be able to afford it.

    GM's retirees put in 30 years or more of hard labor so that GM could get their cars made to be sold and to have insurance and retirement fund to depend on for their livelyhood, their very existence! If that is pulled out from under them they have nothing. So please UAW and GM try your hardest to let us keep our retirement money and health and medical benefits!

    In conclusion my Husband Arnold Starks and I his wife Shirley Starks <u>do not approve</u> of GM TAKING AWAY our Benefits,

09-50026-mg    Doc 2246    Filed 06/19/09    Entered 06/23/09 13:00:21    Main Document
Pg 4 of 4

④

and we especially <u>DO NOT APPROVE</u> of the way we were notified of losing our Dental and HEALTH Benefits.

Sincerely,
Shirley Starks

Arnold Starks