UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| GENERAL MOTORS CORP., *et al.,* | 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                          ) ss.:
COUNTY OF NASSAU        )

I, **Laurie Gomez**, being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and am employed by Meyer, Suozzi, English & Klein, P.C.

On the 23rd of June 2009, I served a true copy of the following documents by first class mail, postage prepaid and email, upon the persons on the attached service list:

- Motion for Admission to Practice, Pro Hac Vice; and

- Verified Statement Pursuant To Rule 2019(a) of the Federal Rules of Bankruptcy Procedure.

/s/ Laurie Gomez
Laurie Gomez

Sworn to before me this
23rd day of June, 2009

  /s/ Michelle M. Rocondino
Notary Public, State of New York
No. 01RO6167856
Qualified in Suffolk County
Commission Expires June 04, 2011

## SERVICE LIST

General Motors Corporation
Attn: Lawrence S. Buonomo, Esq.
300 Renaissance Center
Detroit, Michigan 48265

Kramer Levin Naftalis & Frankel LLP
1177 Avenue Of The Americas
New York, NY 10036
Attn: Gordon Z. Novod, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:   Harvey R. Miller, Esq.

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn:  Diana G. Adams, Esq.

719438