# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK.

In re:
General Motors., et al.,
~~Debtors.~~

Lisa Gross.
Respondant.

Chapter 11 Case No.
09-50026 (REG)

## Request to file Pro Se.

Objection to Sale of GM assets in 363 Sale and ~~objection~~ to Automatic Stay for the following.

1. I have been listed as a creditor and or claimant in the abovesaid case (Chapter 11 bankruptcy).

2. I am financially challenged (See attached Financial affidavit).

3. I have a Title VII civil rights claims and or case against petitioner that has been fully briefed in the 10th Circuit Court of appeals

Case # 08-3236 where I also proceeded pro se.

Not enough time or resources to seek legal representation regarding the matter.

I have been in a homeless situation for sometime now (See attached most recent homeless letter.)

I object to any language in the filings of the motions filed by the Petitioner of this chapter 11 bankruptcy filing that would

(1) disolve my claims in the bankruptcy
(2) disolve my claims in the 10th Circuit Court of appeals and/or any claims the court deems proper.
(3) That would impose any stay on the proceedings in the 10th Circuit Court of appeals and/or this court.

I respectfully request the court to impose the rules, statutes, sections etc... of the Chapter 11 bankruptcy codes that support my request. Respectfully Submitted.

Email
lisagross5@aol.com

Lisa P. Gross
1310 Wabash, Kansas City MO.
64127  913-944-7302

Certificate of Service:

A copy of the foregoing was mailed 6/18/2009 to the following:

A. Weil, Gotshal & Manges LLP
attorneys for the debtors.
767 Fifth Ave
New York, New York 10153
Attn. Harvey Miller, Esq.

B. Cadwalader, Wickersham & Taft LLP.
attorneys for Purchaser,
One World Financial Center,
New York, New York 10281
Attn: John J. Rapisardi, Esq.

C. The attorneys for the creditors
Committ Committee

D. Cleary Gottlieb Steen & Hamilton LLP,
the attorneys for the U.A.W.
One Liberty Plaza, New York, New York 10006.
(Attn: James L. Bromley, Esq);

E. Cohen, Weiss and Simon LLP, the attorneys
for the UAW.
330 W. 42nd Street. New York, New York.
10036. (Attn. Babette Ceccotti, Esq.);

F. Vedder Price, P.C. attorneys for export Development Canada. 1633 Broadway 47th floor New York, New York 10019 (Attn: Michael J. Edelman Esq. and Michael Schein Esq.)

G. The Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st floor. New York, New York 10004.

H. The U.S. Attorneys Office, S.D.N.Y., 86 Chambers Street, third floor New York, New York (Attn: David S. Jones Esq. and Mathew L. Schwartz Esq.).

All mailed for service on 6/18/09

## Financial Affidavit for Lisa Gross

656 monthly/Child Support.

Own 1 vehicle 1995 Cadillac Sedan DeVille.
Value $1000.00
No other assets to list.

Living status homeless. See homeless letter.
Copy

6/17/09.

*Lisa P Gross*

913-944-7302

**City Union Mission**

Family Center
1310 Wabash
Kansas City, MO 64127
Phone: (816) 474-9380 Ext. 410
Fax: (816) 231-7597
E-mail: info@cumission.org
Web page: cumission.org

Date 6/16/09

To Whom It May Concern:

I am writing to confirm that _Lisa Jahess_ is/are staying at City Union Mission Family Shelter 1310 Wabash KC MO 64127 because of no or limited resources. The person/family is homeless and was forced to seek shelter here. We provide shelter and three meals per day. The guest(s) came to the shelter on _6-11-09_. They may receive mail at this address. If you have any questions, you may call and ask for one of us.

Thank you,

| Dan Dickey | Betty J. Howard | Andy Peck | Ashley Wayne | Adam Schilling |
| Shelter Administrator | Case Manager | Case Manager | Case Manager | Case Manager |
| 816-329-1422 | 816-329-1431 | 816-329-1416 | 816-329-1416 | 816-329-1446 |

Children who are in the shelter with their parent(s) or guardian(s):

1. Michael
2. 
3. 
4. 
5. 
6. 
7. 
8. 

*Over 80 years of Restoring Hope to Kansas City's Poor and Homeless*