UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In re:                                        :        Chapter 11 Case No.

GENERAL MOTORS CORP., *et al.*        :        09-50026(REG)

                       Debtors        :        Jointly Administered

-----------------------------------------------------x

NOTICE OF SALE HEARING TO SELL SUBSTANTIALLY ALL
OF DEBTOR'S ASSETS PURSUANT TO MASTER SALE AND PURCHASE
AGREEMENT WITH VECHICLE ACQUISITION HOLDING LLC,
<u>A U.S. TREASURY-SPONSORED PURCHASER</u>

**RESPONSE:**

I David J. Astorian  General Motors common shareholder ( 206.266 shares) of 27 Bradford Road Watertown, MA 02472-3309 make the following response to the above issue.

I have been loyal shareholder of General Motors common stock since 1985 and presently own a GM auto and many in the past, and have followed the financial issues over the years concerning General Motors.

President Barack Obama and his administration has shown great concern in helping the U. S Auto industry not to be liquidated and hope to continue on successfully.

As a Shareholder and U.S. Taxpayer I hope that my equity position in the General Motors will be given some consideration in the future company, expressly if the company becomes profitable in the long run.

*[signature]*

David J. Astorian
Shareholder
27 Bradford Road
Watertown, MA 02472-3309
June 16, 2009

Service attached

SERVED COPY OF: (BY U.S. Mail)

Chapter 11 Case No
09-50026 (REG)
(Jointly Administered)

(a) Weil, Gotshal & Manges LLP
   Attorneys for the Debtors
   767 Fifth Avenue
   New York, New York 10153
   Attn: Harvey R. Miller, Esq, Stephen Karotkin, Esq John H. Smolinsky Esq.

(b) Cadwalader, Wickersham & Taft LLP
   Attorneys for the Purchaser
   One World Trade Center
   New York, New York 10281
   Attn; John J. Rapisardi Esq.

(c) Creditors Committee (not posted on the Internet as of 6/16/09)

(d) Cleary Gottlieb Steen & Hamilton LLP
   Attorneys for the UAW
   One Liberty Plaza
   New York, New York 10006or
   Attn: James L. Bromley, Esq.

(e) Cohen, Weiss and Simon LLP
   Attorneys for the UAW
   330 W 42nd Street
   New York, New York 10036
   Attn: Babette Ceccotti Esq.

(f) Vedder Price, P.C.
   Attorneys for Export Development Canada
   1633 Broadway 47th Floor
   New York, New York 10019
   Attn: Michael J. Edelman Esq. and Michael L. Schein, Esq.

(g) The Office of the United States Trustee for the Southern District of
   New York
   Attn: Diana G. Adams Esq,
   33 Whitehall Street 21st floor
   New York, New York 10004

(h) The U.S. Attorney's Office
   S.D.N.Y.
   86 Chambers Street Third Floor
   New York, New York 10007
   Attn: David S. Jones, Esq. and Matthew L. Schwartz Esq.



**Computershare**

Computershare Trust Company, N.A.
PO Box 43078
Providence, RI 02940-3078
Within the US, Canada & Puerto Rico   800 331 9922
Outside the US, Canada & Puerto Rico  781 575 3990
www.computershare.com/gm

000380

***********AUTO**3-DIGIT 024    000000002/000000380

DAVID J ASTORIAN
27 BRADFORD RD
WATERTOWN MA  02472-3309

**Holder Account Number**



**SSN/TIN Certified**   **Symbol**
Yes                     GM

001CS0006_RPS.DL_PG1.GMC.103138_20286/000380/000380/i1

## General Motors Corporation - Summary of Account Holdings and Transaction Form

It is important to retain this statement for tax reporting purposes, and for use as a reference when you access your account online at our website or when contacting Computershare.

**Holder Account Number:** 

### ▶ ACCOUNT SUMMARY

As of close of stock market on 10 Jun 2008

| Stock Class Description | Certificated Shares/ Units Held by You | Direct Registration Book Shares/Units | Investment Plan Book Shares/Units | Total Shares/Units | Closing Price Per Share/Unit ($) | Market Value ($) |
|---|---|---|---|---|---|---|
| Common Stock | 0.000000 | 0.000000 | 206.266424 | 206.266424 | 16.810000 | 3,467.34 |

### Dividend Reinvestment Activity

As of record date

This section includes information only for shares/units for which dividends are reinvested.

| Record Date | Payment Date | Dividend Rate ($) | Stock Class Description | Dividend Reinvestment Shares/Units | Gross Dividend ($) | Taxes Withheld ($) | Net Dividend ($) |
|---|---|---|---|---|---|---|---|
| 16 May 2008 | 10 Jun 2008 | 0.250000 | Common | 203.242577 | 50.81 | | 50.81 |

### Transaction History

From: 01 Jan 2008   To: 10 Jun 2008

This section pertains only to book-entry shares/units.

| Date | Transaction Description | Transaction Amount ($) | Deduction Description | Deduction Amount ($) | Net Amount ($) | Price Per Share/Unit ($) | Transaction Shares/Units | Total Book Shares/Units |
|---|---|---|---|---|---|---|---|---|
| Plan Transactions Common Stock | | | | | | | | |
| 01 Jan 2008 | Balance Forward | | | | | | | 200.912746 |
| 10 Mar 2008 | Dividend Reinvestment | 50.23 | Comp Paid Fees | 0.09 | 50.23 | 21.559500 | 2.329831 | 203.242577 |
| 10 Jun 2008 | Dividend Reinvestment | 50.81 | Comp Paid Fees | 0.12 | 50.81 | 16.803097 | 3.023847 | 206.266424 |

*FINAL BALANCE* (handwritten)

194UDR                                              GMC



002CD40010    00TPPA