Thomas K. Lindahl, Esq.
McDonald Hopkins PLC
39533 Woodward Ave., Suite 318
Bloomfield Hills, MI 48304
Phone:  248.646.5070
Fax:  248.646.5075
E-mail:  tlindahl@mcdonaldhopkins.com

**Counsel to Chemico Systems, Inc.**

United States Bankruptcy Court
Southern District of New York

_____

| | |
|---|---|
| In re: | Chapter 11 |
| General Motors Corp., *et al.,* | Case No. 09-50026 (REG) |
| | (Jointly Administered) |

_____

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2009 I filed the **Withdrawal of Limited Objection to the Proposed Assumption and Assignment of the Assumable Executory Contracts of Chemico Systems, Inc.** with the Clerk of the Court using the ECF system which then sent notification to all parties receiving notice via the Court's ECF system.

Respectfully Submitted,

MCDONALD HOPKINS PLC

By:    /s/  Thomas K. Lindahl_____
Thomas K. Lindahl (P30741)
39533 Woodward Ave., Suite 318
Bloomfield Hills, MI  48304
Phone:  248.646.5070
Fax: 248.646.5075
E-mail:  tlindahl@mcdonaldhopkins.com

**COUNSEL TO CHEMICO SYSTEMS, INC.**

{1771558:}