Stephen M. Gross, Esq.  
McDonald Hopkins PLC  
39533 Woodward Ave., Ste. 318  
Bloomfield Hills, MI  48304  
Phone:  248.646.5070  
Fax:  248.646.5075  
E-mail:  sgross@mcdonaldhopkins.com  

**Counsel for Gonzalez Design Engineering,  
Gonzalez Production Systems, and  
Gonzalez Manufacturing Technology**

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------X  
  :  
In re : Chapter 11  
  :  
GENERAL MOTORS CORPORATION, *et al.*, : Case No. 09-50026 (REG)  
  :  
  Debtors. : (Jointly Administered)  
------------------------------------------------------------X  

## CERTIFICATE OF SERVICE

      I hereby certify that on June 22, 2009 I filed the **Withdrawal of Amended Limited Combined Objection of Gonzalez Design Engineering, Gonzalez Production Systems and Gonzalez Manufacturing Technology to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contract, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto** with the Clerk of the Court using the ECF system which then sent notification to all parties receiving notice via the Court's ECF system.

      Respectfully Submitted,

      MCDONALD HOPKINS PLC

By:   /s/ Stephen M. Gross_____  
      Stephen M. Gross (P35410)  
      39533 Woodward Ave., Suite 318  
      Bloomfield Hills, MI  48304  
      Phone:  248.220.1337  
      Fax:  248.646.5075  
      E-mail:  sgross@mcdonaldhopkins.com  

      **Counsel for Gonzalez Design Engineering,  
      Gonzalez Production Systems, and  
      Gonzalez Manufacturing Technology**

Dated:  June 22, 2009

{1769714:}

{1769714:}