UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                                         :
                                                              :   Chapter 11
GENERAL MOTORS CORP., et al.,       :
                                                              :   Case No. 09-50026 (REG)
                    Debtors.                           :
------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                                    )   ss.:
COUNTY OF NEW YORK    )

      JEANNETTE MUNNE, being sworn, deposes and says:

1.    I am not a party to this action, am over eighteen years of age, am a resident of Richmond County, and am an employee of Fox Rothschild LLP, 100 Park Avenue, 15th Floor, New York, New York 10017.

2.    On June 23, 2009, I served a true and correct copy of the *Withdrawal of Limited Objection and Reservation of Rights of StarSource Management Services with Respect to Cure Amounts* upon the following parties at the listed addresses designated for that purpose by depositing true copies of the same enclosed in a first class post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>Attn: Warren Command Center,<br>Mailcode 480-206-114 | Stephen Karotkin, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 |
| Harvey R. Miller, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 |

NY1 433331v1 06/23/09

| | |
|---|---|
| Matthew Feldman, Esq.<br>The U.S. Treasury<br>1500 Pennsylvania Avenue NW, Room 2313<br>Washington, D.C. 20220 | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281 |
| Michael J. Edelman, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY  10019 | Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY  10019 |
| Diana G. Adams, Esq.<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Gordon Z. Novod, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 AVENUE OF THE AMERICAS<br>New York, NY 10036 |

*s/ Jeannette Munne*
Jeannette Munne

Sworn to before me this
23rd day of June, 2009

*s/ Heather Wrenn*
Heather Wrenn
Notary Public, State of New York
No. 01WR6134614
Qualified in Queens County
Commission Expires October 3, 2009