UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re:                                                     :    Chapter 11
                                                           :
GENERAL MOTORS CORPORATION, *et*                           :    Case No.  09-50026 (REG)
*al.*,                                                     :
                                                           :    (Jointly Administered)
                           Debtors.                        :
----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2009 and June 23, 2009, I caused to be served the Reservation of Rights by the Un-Official GM Dealership Committee and the Limited Objection to the Form of the Debtors Proposed 363 Sale Order by causing copies of same to be delivered upon the parties as indicated on the annexed <u>Exhibit A</u> and electronically via the Court's CM/ECF system.

Dated: June 23, 2009
       New York, New York             ORRICK, HERRINGTON & SUTCLIFFE LLP


                                      By:    */s/ Ryan P. Larson*
                                             Ryan P. Larson
                                             666 Fifth Avenue
                                             New York, New York  10103
                                             Telephone:  (212) 506-5000
                                             Facsimile:   (212) 506-5151

# EXHIBIT A

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Attn:  Warren Command Center
Mailcode 480-206-114
Warren, MI  48090-9025
*Via Federal Express on June 22, 2009*

U.S. Treasury
Attn:  Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW
Room 2313
Washington, DC  20220
*Via Email on June 22, 2009*

Office of the United States Trustee
Attn:  Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, NY  10004
*Via Facsimile on June 23, 2009*

Kramer Levin Naftalis & Frankel LLP
Attn:  Thomas Moers Mayer, Esq.
      Amy Caton, Esq.
      Jennifer Sharret, Esq.
      Kenneth H. Eckstein, Esq.
      Adam C. Rogoff, Esq.
      Robert T. Schmidt, Esq.
1177 Avenue of the Americas
New York, NY 10036
*Via Email on June 22, 2009*

Weil, Gotshal & Manges LLP
Attn:  Harvey R. Miller, Esq.
      Stephen Karotkin, Esq.
      Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY 10153
*Via Email on June 22, 2009*

Cadwalader, Wickersham & Taft LLP
Attn:  John J. Rapisardi, Esq.
One World Financial Center
New York, NY  10281
*Via Email on June 22, 2009*

Vedder Price, P.C.
Attn:  Michael J. Edelman, Esq.
      Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY  10019
*Via Email on June 22, 2009*

OHS East:160571887.1