6/16/09

Sir.

RECEIVED
JUN 2 2 2009

It is my understanding that I can only object to the changes to the General Motors cancellation of an important part of the retirement medical insurance through your office. I do object. The cancellation of these benefits to retirees is insane. Having worked for GM for over forty years, I expected to be able to enjoy my retirement without worry of not having medical insurance. I think it is a sad day, not only for General Motors, but also for the UAW union to have even considered such an action. This can only create more problems for General Motors and the UAW. Does the union think that the present employees would even consider retirement, knowing that the retirement insurance has been gutted? Who would consider retiring at that age without medical coverage in areas that impact soly on the aged. When I retired from General Motors the average age in my plant was forty six. General Motors will have to compete in the auto industry with an old and aging workforce. If it is unable to compete now, what makes the powers that be, believe that they will be successful against other competition that have a young and physically strong workforce? Does the UAW belive that the people who are of age to retire will do so, knowing that their medical insurance is basiclly useless? Does the UAW believe it can circumvent the people on layoff and hire eighteen and twenty year olds off the street? It appears that the union has shot themselves in the foot. It is a rediculess and irresponsable action for both the Union and General Motors.

How many retirees, or General Motors workers would buy GM cars or trucks knowing that the company is on the verge of bankruptcy and may be insolvent. Why would anyone who owns a forgien vehicle trade it on a car made by General Motors? Why would anyone purchase a General Motors vehicle who's builder is in this condition? The president has said that the government will stand behind it's warrenty. The statment was, I am sure, intended to placate anyone who has a GM vehicle. I think the remark was ill timed and will have an extremly negative effect. General Motors is in enough trouble without the governments remarks.

If this action is upheld it will have a detrimental effect on both GM and the UAW. I strongly urge you not to acceed to these demands as they will surely doom GM's efforts to compete in the auto industry in this economic environment.

Thank you for any effort in defending retiree medical insurance.

George Chavez

8960 state rd.

Bancroft, MI. 48414