UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

GENERAL MOTORS CORP., et al.,

    Debtors.

Chapter 11 Case No.

09-50026(REG)

(Jointly Administered)

---

OBJECTION TO DEBTOR'S MOTION PURSUANT TO 11 U.S.C. Sections 105, 363(b),(f),(k), AND (m), AND 365 AND FED.R.BANKR.P.2002, 6004, AND 6006, TO (I) APPROVE (A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSERED PURCHASER, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS

    COMES NOW the Objector, EDUARDO R. LATOUR, who files this Objection to the Motion and in support thereof would state as follows:

    1.  That the Notice of Sale Hearing was received by the undersigned on June 13, 2009.

    2.  That the deadline for Objections and Responses is June 19, 2009.

    3.  That said time period is insufficient to prepare an adequate response and/or objection to the proposed sale of the assets of the Debtor, GENERAL MOTORS CORP., to the Purchaser, VEHICLE ACQUISITION HOLDINGS, LLC, without adequate provisions for the unsecured creditors and bond holders.

[RECEIVED JUN 22 2009 stamp]

4. That the 363 transaction proposed is potentially unfair to the unsecured creditor and bond holders and should be denied by this Court.

COMES NOW the Objector, EDUARDO R. LATOUR, files this Objection to the Motion filed herein.

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail to: 1. Weil, Gotshal & Manges, LLp, 767 Fifth Avenue, New York, NY 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq. And Joseph H. Smolinsky, Esq); 2. Cadwalader, Wickersham & Taft, LLP, One World Financial Center, New York, NY 10281 (Attn: John J. Rapisardi, Esq.) 3. Cleary Gottlieb Steen & Hamilton, LLP, One Liberty Plaza, New York, NY 10006 (Attn: James L. Bromley, Esq.); 4. Cohen, Weiss and Simon, LLP, 330 W. 42nd Street, New York, NY 10036 (Attn: Babette Ceccotti, Esq.); 5. Vedder Price, PC, 1633 Broadway, 47th Floor, New York NY 10019 (Attn: Michael J. Edelman, Esq. And Michael L. Schein, Esq.); 6. Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.) 33 Whitehall Street, 21st Floor, New York NY 10004; 7. U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, NY 10007 (Attn: David S. Jones, Esq. And Matthew L. Schwartz, Esq.) on this 16th day of June, 2009.

_____
Eduardo R. Latour
LATOUR & ASSOCIATES, P.A.
135 East Lemon Street
Tarpon Springs, Florida 34689
727/937-9577
FBN 0279994