UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- :  Chapter 11 Case No.
In re:                                                           :  08-50026 (REG)
                                                                 :
General Motors Corp., et al                                      :
                                                                 :
                                   Debtors                       :
                                                                 :
---------------------------------------------------------------- :

**OBJECTION TO NOTICE OF SALE TO SELL SUBSTANTIALLY ALL
OF DEBTORS' ASSETS PURSUANT TO MASTER SALE AND PURCHASE
AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC,
A U.S. TREASURY-SPONSORED PURCHASER**

NOW COMES, Michele Bauer("Creditor"), by and through John G. Cronin, her Attorney-In-Fact, and join in the objections of other creditors that are victims suffering from personal injuries as a result of defective and unreasonably dangerous products placed in the stream of commerce by General Motors Corporation. This case has ignored the priorities of the bankruptcy system and special protection should be considered for personal injury victims prior to the appeal of the sale of the valuable assets of the Debtor.

The Creditor has suffered permanent injuries including facial disfigurement, broken bones, cuts, bruises, permanent impairment requiring numerous surgical procedures, long term hospital and nursing care, physical therapy, rehabilitation and has substantial medical and other expenses in excess of $200,000 as a result of the failure of the passenger safety system in her GM automobile. In addition the Creditor was unable to work for an extended period of time, resulting in lost income and lost earning capacity.

If the sale is approved, an adequate pool of funds should be set aside to indemnify personal injury claimants.

Respectfully submitted,

MICHELE BAUER

Dated: June 18, 2009        By: _____
John G. Cronin, Attorney-In-Fact
722 Chestnut Street
Manchester, NH  03104
(603) 624-4333

## CERTIFICATE OF SERVICE

A copy of the foregoing Objection has been forwarded this 18th day of June, 2009, via first class mail, postage prepaid to:

Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq; (b) Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esqj; (c) the attorneys for the Creditors Committee; (d) Cleary Gottlieb Steen & Hamilton LLP, the attorneys for the UAW, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esqj; (e) Cohen, Weiss and Simon LLP, the attorneys for the UAW, 330 W. 42nd Street, New York, New York 10036 (Attn: Babette Ceccotti, Esq.); (I) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (g) the Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004; and (h) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.)

_____
John G. Cronin