# WARREN R. BOLTON
## ATTORNEY AT LAW
560 Orleans Road
ChathamPort, Massachusetts
02650

Telephones
Chatham #508-945-3948
Cell Phone #508-776-2223

Winter Address Nov to May
1 Colony Point Dr. # 7C
Punta Gorda, FL 33950
941-639-3222

June 19, 2009

Office of the Clerk of the Bankruptcy Court
United States Bankruptcy Court
Southern District of New York
New York, New York 10004- 1408

JUN 19 2009

Re: Objections to proposed sale of Warren R. Bolton Trust 4,000
    Share of PREFERRED General Motors Corp.HGM Stock , held by
    Ameritrade, in said Trust for the benefit of Trustees4 Children.

Dear Madam and/or Sir:

Pursuant to my telephone call yesterday afternoon, I have enclosed a
copy of my Objections, quickly prepared due to the very late notice
of Hearing scheduled for today. I have sent this Objection by over-
night mail and was told that you should receive it by 3:00 P.M. on
Friday, June 20, 2009. Copy of my Objections have been sent to all
parties named in your notice of Hearing.

Since I am the sole Trustee under my Trust, I will be pleased to
provide you with any additional information you may require. Briefly,
I was born in Plymouth, Massachusetts on August 12, 1923 and hope to
reach 86 in about two months. Iam a Mechanical Engineer,and a retired,
formeractive Trial Attorney in the Greater Boston area, Cape Cod, New
Hmpshire and other areas. I still hold over 50 years of membership in
M.B.A, A.B.A., MA & NH Bar Associations and 52 years of Perfect
Attentance with Kiwanis serving as Governor of the six state,New
England area during 1969 & 1970. During World War 11 I flew many
combat missions over Germanyas a Flight Engineer and Tail Gunner. We
were the Lead Plane of the Flight being the 394th Bomb Group (flying a
6 man, twin-engine Marauder) 585th Squadron. We had only one crash
landing with some injuries, but still allowed us to fly the next day.

I should mention that I amDomiciled, and also vote at the Florida
address printed at the right top of this letterhead. However,I am now
at the address printed at the center top, and will be here at my
Summer Home until September 20, 2009.Please mail everything to my
ChathamPort address until this September 20th day, and thereafter to
my Punta Gorda Address shown above.
                                    your
I wish to "Thank you Kindly for caring treatment of my phone call",
Also, I did notify all of the Parties Interested by copy of Objection.

Very truly yours,
*Warren R. Bolton, Trustee*
Warren R. Bolton, Trustee

Authorized to practice in: Massachusetts Supreme Judicial Court,
(Now Retired)                New Hampshire Supreme Court & other Appellate Courts including
                             United States Supreme Court
Selected & Admitted into "Who's Who in American Law", 4th Edition

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------X
                                :
In re                           :    Chapter 11 Case No.
                                :
GENERAL MOTORS CORP., etal.,    :    09-50026 (REG)
                                :
                Debtors.        :    (Jointly Administrated)

OBJECTION TO ABOVE STATED CASE BY INCLUDING WARREN R. BOLTON TRUST, 4,000 SHARES OF PREFERRED GENERAL MOTORS CORP. HGM STOCK HELD BY AMERITRADE.

THE DEFENDANT WARREN R. BOLTON TRUST U/D/T DATED APRIL 11, 1992 AND RECORDED IN CHARLOTTE COUNTY COURT IN BOOK 8099, PG 335 AND 8099 PG 346 AT CHARLOTTE COUNTY COURT HOUSE ON OLYMPIA & NESBIT STREETS, PUNTA GORDA, FL 33950. I HEREBY CERTIFY UNDER THE PAINS AND PENALTIES OF PERJURY THAT THE AFORESAID TRUST IS STILL AN ACTIVE AND LEGAL EXISTING TRUST WITH WARREN R. BOLTON AS ITS SOLE EXISTING TRUSTEE, AND THE BENEFICIARIES ARE ALL OF MY FOUR CHILDREN BEING: DAVID W. BOLTON, CAROL ANN BOLTON, JANICE R. BOLTON AND NANCY M. BOLTON.

AS THE SOLE TRUSTEE OF THE AFORESAID TRUST, I OWE THE LEGAL RESPONSIBILITY TO EACH OF MY CHILDREN AND DILIGENTLY MAKE THIS OBJECTION, ESPECIALLY WHERE THE MANAGEMENT KNEW, OR SHOULD HAVE KNOWN, THAT THIS CLAIM INCLUDED MY "PREFERRED" STOCK THAT SHOULD HAVE BEEN RETAINED. AT THE TIME THE SUBJECT STOCK WAS ISSUED IT CARRIED GREAT WEIGHT, AND MORE RESPONSIBILITY BY THE MANAGEMENT. IS ANYONE RESPONSIBLE FOR THE ISSUANCE OF THIS PREFERRED STOCK AT A TIME WHEN GMC APPEARED TO BE INSOLVENT. IS COMMON LAW FRAUD APPROPROATE? A FUNDING SHOULD BE REQUIRED THAT PREFERRED STOCKHOLDERS MUST BE AN EXCEPTION TO THIS UNEXPECTED SALE OF ITS PREMIUM CLASSED STOCK. THE PROPOSED SALE IS A DISGRACE TO THE USA.

IF THIS OBJECTION IS DENIED OR NOT ACTED UPON, I HEREBY SAVE MY RIGHT OF APPEAL WHICH I DEEM NECESSARY AS SOLE TRUSTEE.

                RESPECTFULLY SUBMITTED,

                *[signature]* Warren R. Bolton Trustee
                WARREN R. BOLTON, TRUSTEE, PRO SE
                (RETIRED MEMBER OF U.S. SUPREME COURT)
                560 ORLEANS ROAD
                N. CHATHAM, MA 02650