CARSON FISCHER, P.L.C.
*Counsel for Cobasys LLC*
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI 48302
(248) 644-4840
Patrick J. Kukla (P60465)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

GENERAL MOTORS CORP., et al.

     Debtors.
----------------------------------------------------------x

Case No. 09-50026 (reg)
(Jointly Administered)
Chapter 11

## CERTIFICATE OF SERVICE

The undersigned certifies that papers were served as follows:

1.  Papers Served:  Cobasys LLC's Limited Objection To Notice Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And/Or Unexpired Leases Of Nonresidential Real Property, And (II) Cure Costs Related Thereto

2.  Served Upon:

  General Motors Corporation
  Attn: Warren Command Center
  Mailcode: 480-206-114
  Cadillac Building
  30009 Van Dyke Avenue
  Warren, MI 48090-9025

  Weil, Gotshal & Manges, LLP
  Attn: Harvey R. Miller, Esq.
    Stephen Karotkin, Esq.
    Joseph H. Smolinsky, Esq.
  767 Fifth Avenue
  New York, NY 10153

        U.S. Treasury
Attn:   Matthew Feldman, Esq.
1500 Pennsylvania Avenue, NW
Room 2312
Washington, DC 20220

Cadwalader, Wickersham & Taft, LLP
Attn:   John J. Rapisardi, Esq.
One World Financial Center
New York, NY 10281

Vedder Price, P.C.
Attn:   Michael J. Edelman, Esq.
       Michael L. Schein, Esq.
1633 Broadway
47th Floor
New York, NY 10019

Office of the United States Trustee
for the Southern District of New York
Attn:   Diana G. Adams, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004

Kramer, Levin, Naftalis & Frankel, LLP
Attn:   Gordon Z. Novod
1177 Avenue of the Americas
New York, NY  10036

3.    Date of Service:    June 22, 2009

4.    Method of Service:    Federal Express

        CARSON FISCHER, P.L.C.
        *Attorneys for Cobasys LLC*

        By:  */s/ Patrick J. Kukla*
        Patrick J. Kukla (P60465)
        4111 Andover Road, West-2nd Flr.
        Bloomfield Hills, MI  48302
        Tele:  (248) 644-4840

Dated:  June 23, 2009