UNITED STATES BANKRUPCY COURT
SOUTHERN DISTRICT OF NEW YORK

HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPSY COURT

IN re

GENERAL MOTORS CORP..et al..

Chapter 11 case no.
09-50026 (REG)
JOINTLY ADMINISTERED

CLAIMANT OR INJURED PARTY

ALBERT L BURDICK
4232 COUNTY ROAD 18
CANANDAGUIA, NEW YORK



## QUESTION INVOLVED

WEATHER MY INTEREST, ALREADY EARNED RETIREMENT, WILL BE PAID TO ME LUMP SUM BEFORE ANY SALE.

THE EXECUTIVES AND OTHERS RECEIVE LUMP SUMS. ANY MONIES PROTECTING THEIR INTEREST ARE THUS PROTECTED. THE BANKERS ATTORNIES AND OTHERS RECEIVE(D) THEIR MONEY.

## STATEMENT OF FACTS

I RETIRED WITH A GENERAL MOTORS RETIREMENT AFTER WORKING FOR 30 YEARS SUPPORTING THE MANUFACTURE OF AUTO PARTS AT DELCO PRODUCTS (SOLD TO ITT,VALEO) IN ROCHESTER, NEW YORK. THIS IS THE ONLY INCOME I HAVE.

I HAVE NEVER BEEN A MEMBER OF THE UAW. THUS MY INTEREST IS REPRESENTED IN NO WAY.

I OBJECT AND WANT HALTED ANY SALE OF GENERAL MOTORS UNTIL I RECEIVE A LUMP SUM TO PROTECT MY RETIREMENT MONEY. ENCLOSED IS A COPY DATED JUNE 1, 2009 OF MY PENSION MONEY I RECEIVE FROM GENERAL MOTORS.

## CALCULATION OF LUMP SUM AMOUNT

$2,033.00
  X 12          months

$24,396
  X 40          years

──────────
$975,840.00    LUMP SUM

Respectfully submitted,

*[signature: Albert L Burdick]*

ALBERT L BURDICK
4232 COUNTY ROAD 18
CANANDAGUIA, NEW YORK 14424

COPIES
Weil, Gotshal & Manges
Attorneys for the Debtors
767 Fifth Avenue
New york new york 10006
Attn : Harvey r. Miller Esq., Stephen Karotlin, Esq., and
Joseph H. Smolinsky, Esq.,

Cadwalader, wickerman & Taft LLP
Attorneys for the Purchaser
One World Financial Center
New York, New York 10281
Attn: John J. Raspisardi, Esq.,

Cleary Gottlieb Steen & Hamilton LLP
Attorney for the UAW
330 W. 42nd Street, New York, New York 10036
Attn: Babette Ceccotti, Esq.,

Vedder Price, P.C.
Attorneys for Export Development Canada
1633 Broadway, 47th Floor
New York, New York 10019
Attn: Michael J. Edelman, Esq., and
Michael L. Schein, Esq.,

Office of the United States Trustee
For the Southern District of New York
Attn: Diana G. Adams, Esq.,

33 Whitehall Street. 21st Floor
New York. New York 10004 .

The address for the attorneys for the Creditors Committee
Was not available in the information I was sent . Would someone please make a copy for them. I will pay the cost if required.

**Payment Type:**
**Advice Number:**
**Advice Date:**

Installment
00024859535
June 1, 2009

Funding Breakdown

HOURLY PENSION PLAN   $2,033.00

**ALBERT L BURDICK**
Questions? Please call 1-800-489-4646

| Description | Current | Year to Date |
|---|---|---|
| GROSS PAYMENT | $2,033.00 | $13,982.68 |
| FED WITHHOLDING | $316.16 | $2,054.19 |

| Description | Current | Year to Date |
|---|---|---|
| TAXABLE | $2,033.00 | $13,982.68 |
| NY STATE TAX | $150.00 | $949.57 |
| NET PAYMENT | $1,566.84 | $10,978.92 |