

June 16, 2009

Honorable Robert E. Gerber
U.S. Bankruptcy Judge
One Bowling Green
New York, New York 10004-1408

Dear Judge Gerber:

I will not be able to attend the GM bankruptcy court hearing on June 30 in New York but I would like to let you know our situation here. We are located in a small Iowa town of 1,000 people. We have been a GM dealer here for over 50 years. When GM decided to take away our franchise we assumed we would get all the compensation that was due the dealers in our contracts including buying back all our new car inventory, all our parts inventory, our GM special tools, signs, computer programs, training center, etc. We also thought we would get "loss of income" compensation. Now that GM has filled for bankruptcy we find ourselves getting nothing.

My Dad is 83 years old and has invested his whole life here in this business. I am 56 and have worked here since I was a small boy. We thought we would get enough money from selling this franchise business to retire or relocate. Now we get nothing. Everything we have is invested in this property, building and business which is useless now. This also impacts the town of Gowrie by losing it's only franchised car dealer. Where is the "justice" in all of this?

Sincerely,

Greg Benson
Lee Benson Chevrolet & Pontiac

1111 BEEK STREET • P.O. BOX 87 • PHONE 515/352-3896 • FAX 515/352-3706 • GOWRIE, IA 50543