**John H. R. Polt**
**33 Bowling Drive**
**Oakland, California 94618**

Tel.: (510) 547-0996
e-mail: jpolt@berkeley.edu

June 18, 2009

Hon. Robert E. Gerber
U. S. Bankruptcy Court
Southern District of New York
1 Bowling Green
New York NY 10004-1408

Dear Judge Gerber:

I am writing to express my dismay at the proposed arrangements for the reorganization of General Motors. It seems to me that the proposed treatment of the corporation's bond holders, of whom I am one, is grossly unfair when compared with that of other stake holders with claims of similar validity. I cannot help thinking that such treatment may have an unfavorable impact on other corporations' efforts to raise money by marketing their own debentures.

I hope that you will see fit to modify the current proposal.

Very truly yours,

[signature]