72 Circle Dr.
Patchogue, N.Y
11772

U.S. Bankruptcy Court
One Bowling Green
New York, N.Y.
10004-1408

Ref General Motors:

Dear Hon. Robert E. Gerber:

I've been told that there is no use in writing the court about my feelings in the above matter as only attorneys can do so. But your Honor this matter is important to me and my family.

I am a General Motors bond holder, not one who has been characterized as selfish, bad, money grabber. I have never made over $50,000 a year but was able to do with-out and save to purchase $25,000 in G.M. bonds (15,000 - 10,000 different times) I did not purchase as a speculator as the interest was 6% and the monies was to be used for my childrens education. When I purchased these bonds, I was aware in the event of a bankruptcy the bondholders would get paid first. This is what has always happened in the past. But now Judge, I learned that I and other bondholders are being placed at the end of the line.

lose almost my entire of investment through no fault of us.

I feel that the bond holder should as in the past, be placed in the front of the line. It is my money that helped G.M. be a viable business for a while. The money is important to me, and I am sure others. How a small group of people have the right to penalize me, and change the way bankruptcy is done.

I am not an attorney, nor can I afford one but am told that you, Judge make the final determination. In light of what I have noted I am requesting to take this into your decision.

Respectfully submitted

Q. Ortof