June 16, 2009

David C. Hakim
839 Miller Ave.
Rochester MI 48307-1610

The Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, N.Y. 10004-1408

Re: General Motors filing in bankruptcy, #09-50026

Your Honor:

I own 5,000 shares of General Motors common stock. I bought it before it filed for bankruptcy under Chapter 11.

I have read that since General Motors filed for protection during reorganization under Chapter 11 of the bankruptcy code that the stock is likely to become worthless.

I thought that Chapter 11, which is distinct from Chapter 7 (liquidation), is basically to restrain creditors from extremely disrupting the operation of the company with numerous lawsuits and thereby splitting it apart little by little. Therefore, shouldn't this distinction be maintained and GM be allowed to pay off its debts as quickly as it can, even if years pass by? In this manner the rights of everyone, even the stockholders, who by law own the company, would be protected.

As for the U. S. Government owning General Motors: I believe the closest analogy would be to consider GM holding the investment by the government in trust, and that when it pays back the government, the interest of the government would be liquidated.

I would be interested in the court's opinion of the above. If the court would consider whether I have standing to file a brief, I would be pleased. However, since I would state little other than what I have above, a written reply by you to this letter would be appreciated. At this moment I have no time to do further research.

Sincerely,

David C. Hakim