1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 09-50026

- - - - - - - - - - - - - - - - - - - - - -x

In the Matter of:


GENERAL MOTORS CORPORATION, et al.,


        Debtors.


- - - - - - - - - - - - - - - - - - - - - -x


        U.S. Bankruptcy Court

        One Bowling Green

        New York, New York


        June 18, 2009

        11:02 AM


B E F O R E:

HON. ROBERT E. GERBER

U.S. BANKRUPTCY JUDGE

2

Hearing re:  Motion by Debtors for Entry of Order Pursuant to 11 U.S.C. Section 365 Authorizing the Rejection of Aircraft and Airport Lease Agreements and for Related Relief

Transcribed By:  Hana Copperman

```
                                                                    3
 1
 2    A P P E A R A N C E S :
 3    WEIL, GOTSHAL & MANGES LLP
 4          Attorneys for Debtors
 5          767 Fifth Avenue
 6          New York, NY 10153
 7
 8    BY:   JOSEPH H. SMOLINSKY, ESQ.
 9
10    HONIGMAN MILLER SCHWARTZ AND COHN LLP
11          Attorneys for Debtors
12          2290 First National Building
13          660 Woodward Avenue
14          Detroit, MI 48226
15
16    BY:   ROBERT B. WEISS, ESQ.
17
18    KRAMER LEVIN NAFTALIS & FRANKEL LLP
19          Proposed Counsel for the Committee of Unsecured Creditors
20          1177 Avenue of the Americas
21          New York, NY 10036
22
23    BY:   ROBERT T. SCHMIDT, ESQ.
24          GORDON Z. NOVOD, ESQ.
25
```

4

```
 1
 2   VEDDER PRICE P.C.
 3        Attorneys for Export Development Canada
 4        1633 Broadway
 5        47th Floor
 6        New York, NY 10019
 7
 8   BY:  ERIN ZAVALKOFF-BABEJ, ESQ.
 9
10   LATHAM & WATKINS LLP
11        Attorneys for NBC Universal and GE Capital Corporation
12        885 Third Avenue
13        New York NY 10022-4802
14
15   BY:  GEORGE ROYLE, V, ESQ.
16
17   UNITED STATES DEPARTMENT OF JUSTICE
18        U.S. Attorney's Office
19        Southern District of New York
20        86 Chambers Street
21        New York NY 10007
22
23   BY:  MATTHEW L. SCHWARTZ, AUSA
24
25
```

```
                                                                   5
 1
 2     MONARCH ALTERNATIVE CAPITAL LP
 3          535 Madison Avenue
 4          New York, NY 10022
 5
 6     BY:   ROBERT BURNS, ESQ.
 7           (TELEPHONICALLY)
 8
 9     DENNIS A. PRIETO, IN PRO PER (TELEPHONICALLY)
10          For Aurelius Capital
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

6

```
 1                      P R O C E E D I N G S
 2            THE COURT:  General Motors.  Mr. Smolinsky, good
 3    morning.  Well, I see Mr. Schmidt here.
 4            MR. SCHMIDT:  Good morning, Your Honor.  Robert
 5    Schmidt and Gordon Novod from Kramer Levin, proposed counsel to
 6    the committee.
 7            THE COURT:   Welcome.  Go ahead, Mr. Smolinsky.
 8            MR. SMOLINSKY:  Good morning, Your Honor,
 9    Joe Smolinsky from Weil, Gotshal & Manges on behalf of the
10    debtors.  We only have one matter on this morning, Your Honor,
11    which will be handled by my cocounsel, Robert Weiss, from
12    Honigman Miller Schwartz and Cohn.  I stand before we handle
13    that just to note for Your Honor that we have scheduled for
14    tomorrow a notice of presentment which seeks to modify the
15    automatic stay to allow Travelers to access a surety policy.
16    Objections are due by 11 o'clock tomorrow morning.  I just
17    wanted to note for Your Honor that we're available to handle
18    any questions that Your Honor has.  There's some importance to
19    get the order entered tomorrow to assure the uninterrupted flow
20    of workers' comp benefits in certain states.
21            THE COURT:  Has anybody telegraphed to you,
22    Mr. Smolinsky, an intention to file an objection?
23            MR. SMOLINSKY:  No, Your Honor. We spoke to the
24    committee about it.  We don't believe they have an objection.
25    They may want to confirm that.  If they do we'll address it.
```

1       THE COURT:  Mr. Schmidt?

2       MR. SCHMIDT:  That's correct, Your Honor.  We've

3  reviewed it, and I'll just check with my colleagues back at the

4  office just to confirm that we had no issues, but I don't think

5  we will.

6       THE COURT:  Okay.  Here's what I want you to do,

7  Mr. Smolinsky.  Detail one of your associates promptly at 11

8  o'clock, or maybe 5 after 11 to allow a little bit of room for

9  error, to confirm with Mr. Schmidt's folks, and by checking the

10 docket and by checking your mailroom, whatever it takes, that

11 there was no objection, and then to follow up with my chambers

12 with Mr. Pollak.  I have an evidentiary hearing tomorrow in

13 another matter that's scheduled to start early, but which may

14 keep me on the bench then, but by your doing that you can

15 ensure that no balls fall between the outfielders.

16      MR. SMOLINSKY:  Your Honor, we can also file a

17 certificate of no objection tomorrow so that we have a record.

18      THE COURT:  That would be helpful, but I still need

19 you to detail a live human being to work with a live human

20 being in my chambers --

21      MR. SMOLINSKY:  We will do that, Your Honor.

22      THE COURT: -- to ensure that things get accomplished.

23      MR. SMOLINSKY:  Thank you very much.

24      THE COURT:  Thank you.  Mr. Weiss, come on up here,

25 please.  Welcome.

1         MR. WEISS:  Good morning, Your Honor.  For the record,
2   Robert Weiss of Honigman Miller Schwartz and Cohn, proposed
3   special counsel to the debtor.  We're before the Court this --
4         THE COURT:  Mr. Weiss, can you pull that microphone
5   closer to you, please?
6         MR. WEISS:  We're before the Court this morning in
7   connection with the debtors' motion for entry of an order
8   pursuant to Section 365 authorizing the rejection of aircraft
9   and airport lease agreements and for related relief.  Your
10  Honor, we're talking about seven corporate aircraft leases and
11  one facility lease, which we referred to in the motion as the
12  airport lease.  I'm pleased to report to the Court that there
13  were no objections filed, although there were substantive
14  discussions and negotiations with regard to the form of the
15  order with counsel for the lessors, counsel for the creditors'
16  committee, and counsel for the Wayne County road commissioners,
17  which are responsible for the airport lease.
18        Yesterday evening when we concluded our negotiations
19  we contacted the Court's chambers, advised of the settlement,
20  and also provided by e-mail a copy of the redline proposed
21  revised form of order.  I hope that the Court has had an
22  opportunity to review that, but I'm --
23        THE COURT:  Yes.  And we have a number of measures to
24  save time and, more importantly, to put money into the pockets
25  of creditors by deeming allegations and motions that are

9

1   uncontested to be true under the provisions of my case
2   management order and imposing deadlines for objections in this
3   case.  You don't, therefore, need to repeat anything, and if I
4   heard you right it's certainly my understanding such that there
5   are no objections.
6               MR. WEISS:  That's correct, Your Honor.
7               THE COURT:  I don't think you need to say any more.
8   This one time, as a courtesy, I'll give Mr. Schmidt a chance to
9   be heard if he chooses to.
10              MR. SCHMIDT:  Just briefly, Your Honor.  The committee
11  is very much in favor of the debtors' decision to reject the
12  plane leases.  We are obviously concerned about the potential
13  impact that has vis-à-vis claims, but we believe the order
14  adequately protects the rights of all parties to review the
15  claims and interpose objections, if necessary.
16              THE COURT:  Okay.  Fair enough.  All right, Mr. Weiss,
17  your motion is granted.
18              MR. WEISS:  May I present?
19              THE COURT:  Well, what I'm going to ask you and other
20  folks in this case to do when you get your motions granted is
21  to drop it off with my courtroom deputy across the hall.  What
22  I'm also going to ask parties, and, Mr. Weiss, you just happen
23  to be the first guy in this position, is that it's very common
24  that people have a dialogue and massage the order between the
25  time that a motion is filed and the time that it's approved in

10

1  concept.  I just need you to be able to give a representation
2  to my courtroom deputy that anybody who would care about the
3  form of the order, such as those who you are negotiating with,
4  has had a chance to see the way you implemented the changes.
5          MR. WEISS:  That's fine, Your Honor.  We'll do that.
6          THE COURT:  Good enough.  Okay.  Anything else today?
7  Mr. Smolinsky?  Mr. Weiss?
8          MR. SMOLINSKY:  No, Your Honor.  Thank you very much.
9          THE COURT:  All right, folks.  Thanks.  Have a good
10 day.  We're adjourned.
11         MR. SMOLINSKY:  Thank you, Your Honor.
12         MR. SCHMIDT:  Thank you.
13     (Proceedings concluded at 11:08 AM)

INDEX

RULINGS

|  | Page | Line |
|---|---|---|
| Granting of Debtors' Motion to Reject Aircraft and Airport Lease Agreements | 9 | 17 |

12

C E R T I F I C A T I O N

I, Hana Copperman, certify that the foregoing transcript is a true and accurate record of the proceedings.

_____

HANA COPPERMAN

AAERT Certified Electronic Transcriber (CET**D-487)

Veritext LLC

200 Old Country Road

Suite 580

Mineola, NY 11501

Date: June 19, 2009