WARNER NORCROSS & JUDD
2000 Town Center, Suite 2700
Southfield, MI 48075
Telephone: 248-784-5131
Facsimile: 248-603-9731
Michael G. Cruse

Attorneys for Compuware Corporation

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| General Motors Corporation, *et al.* | 09-50026-reg |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2009, I served a copy of the:

Compuware Corporation's Notice of Appearance and Request for Service of Notices, Pleadings and Orders

on the following parties at these addresses:

Philip D. Anker; philip.anker@wilmerhale.com
Joel D. Applebaum; japplebaum@clarkhill.com
Karin F. Avery; avery@silvermanmorris.com
Marc M. Bakst; mbakst@bodmanllp.com
David J. Baldwin; dbaldwin@potteranderson.com, bankruptcy@potteranderson.com
Elizabeth Banda; kwilliams@pbfcm.com
Robert L. Barrows; rbarrows@wdblaw.com
Christopher Robert Belmonte; cbelmonte@ssbb.com, pbosswick@ssbb.com
Howard S. Beltzer; hbeltzer@morganlewis.com
Frederick A. Berg; fberg@kotzsangster.com
Wanda Borges; borgeslawfirm@aol.com
Jean Winborne Boyles; jboyles@jhvgmlaw.com, kcole@jhvgmlaw.com
Lynn M. Brimer; lbrimer@stroblpc.com, sfraser@stroblpc.com
James L. Bromley;maofiling@cgsh.com
Theresa V. Brown-Edwards; bankruptcy@potteranderson.com
Mark Edwin Browning; bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
Andrew P. Brozman; andrew.brozman@cliffordchance.com, sarah.campbell@cliffordchance.com
Adam D. Bruski; adbruski@lambertleser.com
James Christopher Caldwell; ccaldwell@starkreagan.com
John F. Carberry; jcarberry@cl-law.com, dsantos@cl-law.com
James S. Carr; KDWBankruptcyDepartment@kelleydrye.com
George B. Cauthen; george.cauthen@nelsonmullins.com, mary.wilkinson@nelsonmullins.com;
    brook.wright@nelsonmullins.com

Babette A. Ceccotti; bceccotti@cwsny.com, ecf@cwsny.com
Teresa H. Chan; tchan@sidley.com, emcdonnell@sidley.com
J Eric Charlton; echarlton@hiscockbarclay.com
Gloria M. Chon; gloria.chon@kkue.com
Jennifer Anne Christian; jchristian@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
Marvin E. Clements; agbanknewyork@ag.tn.gov
Tiffany Strelow Cobb; tscobb@vorys.com, cdfricke@vorys.com
Susan M. Cook; smcook@lambertleser.com
Dawn R. Copley; dcopley@dickinsonwright.com; dnavin@dickinsonwright.com
Trent P. Cornell; tcornell@stahlcowen.com
David N. Crapo; dcrapo@gibbonslaw.com
Thomas H. Curran; tcurran@haslaw.com, calirm@haslaw.com
Vincent D'Agostino; vdagostino@lowenstein.com
Peter D'Apice; dapice@sbep-law.com
Renee M. Dailey; renee.dailey@bgllp.com, meghan.olsen@bgllp.com
Colin Thomas Darke; cdarke@bodmanllp.com
James E. DeLine; jed@krwlaw.com, pal@krwlaw.com
Gabriel Del Virginia; gabriel.delvirginia@verizon.net
Sam Della Fera; sdellafera@trenklawfirm.com
Benjamin P. Deutsch; bdeutsch@schnader.com
Gerard DiConza; gdiconza@dlawpc.com, las@dlawpc.com
Mary Joanne Dowd; dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com
Kathryn E. Driscoll; kdriscoll@pmppc.com
Michael James Edelman; mjedelman@vedderprice.com, ecfnydocket@vedderprice.com
Martin Eisenberg; me@martineisenberglaw.com
Judith Elkin; judith.elkin@haynesboone.com
Alyssa Englund; aenglund@orrick.com
Richard L. Epling; richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com
Belkys Escobar; belkys.escobar@loudoun.gov
Kerry M Ewald; kewald@dickinsonwright.com
Robert Michael Farquhar; mfarquhar@winstead.com, whsu@winstead.com
Thomas R. Fawkes; tfawkes@freebornpeters.com
Carol A. Felicetta; cfelicetta@reidandreige.com
Alyson M. Fiedler; afiedler@schiffhardin.com
Robert J. Figa; rfiga@comlawone.com
Deborah L. Fish; dfish@allardfishpc.com
Kenneth A. Flaska; gm@dmms.com
Jonathan L. Flaxer; jflaxer@golenbock.com, ssmith@golenbock.com; avassallo@golenbock.com;
  eneuman@golenbock.com; mlu@golenbock.com
Shawn Randall Fox; sfox@mcguirewoods.com
Mark S. Frankel; mfrankel@couzens.com
Victoria D. Garry; vgarry@ag.state.oh.us
Wendy J. Gibson; wgibson@bakerlaw.com
Jeanette M. Gilbert, jgilbert@motleyrice.com
Steven A. Ginther; sdnyecf@dor.mo.gov
Brett D. Goodman; brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com
Robert D. Gordon; rgordon@clarkhill.com
Neil Andrew Goteiner; ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com
Christopher F. Graham; cgraham@mckennalong.com, jvargas@mckennalong.com; rgee@mckennalong.com;
  jmayes@mckennalong.com; ehall@mckennalong.com
William T. Green; uncbill@msn.com
John T. Gregg; jgregg@btlaw.com
Stephen M. Gross; sgross@mcdonaldhopkins.com
Stephen B. Grow; sgrow@wnj.com, kfrantz@wnj.com
Paul R. Hage; phage@jaffelaw.com
Richard F. Hahn; rfhahn@debevoise.com; jchung@debevoise.com; mao-ecf@debevoise.com

Paula A. Hall; hall@bwst-law.com, marbury@bwst-law.com
Michael C. Hammer; mchammer3@dickinsonwright.com
Adam Craig Harris; adam.harris@srz.com
Ryan D. Heilman; rheilman@schaferandweiner.com
Suzanne Hepner; shepner@lrbpc.com, ecarder@lrbpc.com; jcahn@lrbpc.com; rbarbur@lrbpc.com; scameron@lrbpc.com; psherer@lrbpc.com
Michael S. Holmes; mshatty@yahoo.com
Jonathan Hook; jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com; paul.fabsik@haynesboone.com
P. Warren Hunt; pwh@krwlaw.com
John J. Hunter; jrhunter@hunterschank.com, sharonaldrich@hunterschank.com
Donald J. Hutchinson; hutchinson@millercanfield.com
Elihu Inselbuch; ei@capdale.com
Adam H. Isenberg; aisenberg@saul.com
Peter F. Jazayeri; pjazayeri@ecjlaw.com
Nan E. Joesten; njoesten@fbm.com
John J. Jolley; jay.jolley@kutakrock.com
Gregory O. Kaden; gkaden@goulstonstorrs.com
Stephen Karotkin; theodore.tsekerides@weil.com; Shai.Waisman@weil.com; Rachel.albanese@weil.com; michele.meises@weil.com; ilusion.rodriguez@weil.com; nathan.pierce@weil.com; lacey.laken@weil.com
Karel S. Karpe; karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com
Susan R. Katzoff; skatzoff@hiscockbarclay.com, lmcrobbie@hiscockbarclay.com
Thomas M. Kennedy; tkennedy@kjmlabor.com
Richardo I. Kilpatrick; ecf@kaalaw.com, lrobertson@kaalaw.com
Jennifer B. Kimble; jkimble@burr.com, mstinson@burr.com; mivey@burr.com
Kathleen H. Klaus; khk@maddinhauser.com
Jeff Klusmeier; jeff.klusmeier@ago.mo.gov
Thomas F. Koegel; tkoegel@flk.com
Deborah Kovsky-Apap; kovskyd@pepperlaw.com, kressk@pepperlaw.com, wisotska@pepperlaw.com, alexsym@pepperlaw.com
Debra A. Kowich; dkowich@umich.edu, schmitzr@umich.edu
Robert R. Kracht; rrk@mccarthylebit.com
Stuart A. Krause; skrause@zeklaw.com
J. Alex Kress; akress@riker.com
Patrick J. Kukla; pkukla@carsonfischer.com
Darryl S. Laddin; bkrfilings@agg.com
Michael S. Leib; msl@maddinhauser.com, bac@maddinhauser.com
David A. Lerner; dlerner@plunkettcooney.com
Larry A. Levick; levick@singerlevick.com, croote@singerlevick.com; ckirkland@singerlevick.com
David T. Lin; dlin@seyburn.com
Thomas K. Lindahl; tlindahl@mcdonaldhopkins.com
Edward J. LoBello; elobello@msek.com
Eric Lopez Schnabel; schnabel.eric@dorsey.com
Cynthia Jordan Lowery; cynthialowery@mvalaw.com
Kayalyn A. Marafioti; kmarafio@skadden.com
Michael A. Maricco; maricco.michael@pbgc.gov, efile@pbgc.gov
Richard W. Martinez; Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com
Frank McGinn; ffm@bostonbusinesslaw.com
Barbara S Mehlsack; bmehlsack@gkllaw.com
Brian H. Meldrum; bmeldrum@stites.com
Marc B. Merklin; mmerklin@brouse.com
Angela Z. Miller; amiller@phillipslytle.com, jhahn@phillipslytle.com
Harvey R. Miller; harvey.miller@weil.com, garrett.fail@weil.com
Joseph Thomas Moldovan; bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com
Timothy D. Moratzka; tdm@mcmlaw.com
Max Anderson Moseley; mam@jbpp.com, mkd@jbpp.com

Eric T. Moser;eric.moser@klgates.com, kristen.serrao@klgates.com
Jill L. Murch; jmurch@foley.com, lapeterson@foley.com; khall@foley.com
Jennifer L. Nassiri; jennifer.nassiri@dlapiper.com
Michael A. Nedelman; mnedelman@nglegal.com, mwatler@nglegal.com; egloetzner@nglegal.com
Gordon Z. Novod; dcho@kramerlevin.com
Sean A. O'Neal; soneal@cgsh.com, maofiling@cgsh.com; jcroft@cgsh.com; skleinman@cgsh.com;
  ashajnfeld@cgsh.com; crodriguez@cgsh.com; sarobinson@cgsh.com
Norman D. Orr; norman.orr@kkue.com
Mark Russell Owens; mowens@btlaw.com, mowens@btlaw.com; bankruptcyindy@btlaw.com
Ingrid S. Palermo; ipalermo@hselaw.com
Paul J. Pascuzzi; ppascuzzi@ffwplaw.com
Robert W. Phillips; rphillips@simmonscooper.com
James A. Plemmons; jplemmons2@dickinsonwright.com
Susan Power-Johnston; sjohnston@cov.com, jmcneil@cov.com
Ronald S. Pretekin; pretekin@coollaw.com, piatt@coollaw.com
Jessica E. Price; jprice@brouse.com
Dennis Jay Raterink; raterinkd@michigan.gov
Michael Reed; nycourts@mvbalaw.com
Marc E. Richards; mrichards@blankrome.com
Michael P. Richman; mrichman@pattonboggs.com
Paul J. Ricotta; pricotta@mintz.com
David D. Ritter; ecf@krcl.com, dritter@krcl.com
Marianne Goldstein Robbins; mgr@previant.com, mgr@previant.com; em@previant.com
Courtney Rogers; crogers@orrick.com
Adam L. Rosen; filings@spallp.com, arosen@silvermanacampora.com
Andrew Neil Rosenberg; mtattnall@paulweiss.com
Douglas B. Rosner; drosner@goulstonstorrs.com
Robert R. Ross; rrross@fedex.com
Scott K. Rutsky; srutsky@proskauer.com
Chester B. Salomon; csalomon@beckerglynn.com, aranade@beckerglynn.com; jholdridge@beckerglynn.com
Thomas P. Sarb; ecfsarbt@millerjohnson.com
Thomas J. Schank; tomschank@hunterschank.com, mcraig@hunterschank.com
Kenneth M. Schneider; smpcecf@gmail.com
Matthew L. Schwartz; matthew.schwartz@usdoj.gov
Kenneth J. Schweiker; kschweiker@brownconnery.com
Stephen B. Selbst; sselbst@herrick.com, courtnotices@herrick.com
Jacob B. Sellers; jacob.sellers@leonard.com
Joseph R. Sgroi; jsgroi@honigman.com
Brian L. Shaw; bshaw100@shawgussis.com
Andrea Sheehan; sheehan@txschoollaw.com, coston@txschoollaw.com; ashee1@yahoo.com;
  garza@txschoollaw.com
Tricia A. Sherick; tsherick@honigman.com
Joseph E. Shickich; jshickich@riddellwilliams.com
Matthew J. Shier; mshier@pinnaclelawgroup.com, mterry@pinnaclelawgroup.com
Christina C. Skubic; bankruptcy@braytonlaw.com
Robert T. Smith; rsmith@cniinc.cc
Edward Smith; easmith@venable.com
Richard G. Smolev; rsmolev@kayescholer.com, rrotman@kayescholer.com; maosbny@kayescholer.com;
  rcappiello@kayescholer.com
Fredric Sosnick; karen.park@shearman.com, randy.martin@shearman.com, jennifer.lin@shearman.com,
  kerri.silver@shearman.com
Arthur J. Spector; aspector@bergersingerman.com, jdiaz@bergersingerman.com;
  byglesia@bergersingerman.com; efile@bergersingerman.com
Leslie Stein; lstein@seyburn.com, seccles@seyburn.com
Jeffrey S. Stein; Jeff_Stein@gardencitygroup.com, Kenneth_Freda@gardencitygroup.com;
  jennifer.keough@gardencitygroup.com

Fred Stevens; fstevens@foxrothschild.com
Harvey A. Strickon; harveystrickon@paulhastings.com
James M. Sullivan; sullivan.james@arentfox.com, constantino.nova@arentfox.com
Michelle T. Sutter; msutter@ag.state.oh.us
Matthew A. Swanson; matthew.swanson@leonard.com
Marc N. Swanson; swansonm@millercanfield.com
Colleen M. Sweeney; csweeney@dickinsonwright.com
Stanley B. Tarr; tarr@blankrome.com
Gordon J. Toering; gtoering@wnj.com
Raymond J. Urbanik; rurbanik@munsch.com
G. Alan Wallace; gwall@fraserlawfirm.com
Sean M. Walsh; swalsh@gmhlaw.com, jmahar@gmhlaw.com
Kimberly A. Walsh; bk-kwalsh@oag.state.tx.us
Robert B. Weiss; rweiss@honigman.com
Elizabeth Weller; dallas.bankruptcy@publicans.com
Michael R. Wernette; mwernette@schaferandweiner.com
David B. Wheeler; davidwheeler@mvalaw.com
Blanka K. Wolfe; bwolfe@sheppardmullin.com
Robert D. Wolford; ecfwolfordr@millerjohnson.com
Scott A. Wolfson; wolfson@bsplaw.com, recchia@bsplaw.com; stepp@bsplaw.com; bolton@bsplaw.com; kochis@bsplaw.com
Cynthia Woodruff-Neer; cwoodruff-neer@alpine-usa.com
Doron Yitzchaki; dyitzchaki@dickinsonwright.com

using the ECF system which will send notification of such filing to same. I further certify that on June 23, 2009, I served the following parties at these addresses via First Class U.S. Mail:

Diana G. Adams
Office of the United States Trustee
33 Whitehall Street, 21st floor
New York, NY 10004

Robert H. Brownlee
Thompson Coburn LLP
One U.S. Bank Plaza, Suite 2600
St. Louis, MO 63101

Deutsche Bank AG
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Christopher J. Giaimo
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

Adrienne Goldner
2847 Lexington Lane
Highland Park, IL 60035

Howard Goldner
2847 Lexington Lane
Highland Park, IL 60035

H. Christopher Mott
Gordon & Mott, P.C.
4695 N. Mesa Street
El Paso, TX 79912

Joseph O'Neil
Smith Reed LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

Christian M. Oelke
Scarborough McNeese O'Brien Kilkenny, PC
5410 SW Macadam Ave., Suite 100
Portland, OR 97239-3824

Raufoss Automotive Components Canada
Porzio Bromberg & Newman PC
100 Southgate Parkway
Morristown, NJ 07962

J. Casey Roy
Texas Attorney General Office
Bankruptcy & Collections Division
P.O. Box 12548, MC-008
Austin, TX 78711-2548

| | |
|---|---|
| Stephen H. Gross<br>Hodgson Russ LLP<br>60 East 42nd Street, 37th Floor<br>New York, NY  10165 | Saturn of Hempstead, Inc.<br>c/o Robinson Brog et. al<br>1345 Avenue of the Americas, 31st floor<br>New York, NY  10105 |
| Marshall Scott Huebner<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017 | Eric A Schaffer<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh, PA  15219 |
| Alan W. Kornberg<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY  10019 | Matthew A. Swanson<br>Leonard Street and Deinard<br>150 South Fifth Street, Suite 2300<br>Minneapolis, MN  55402 |
| Neal S. Mann<br>New York State Attorney General's O<br>120 Broadway, 24th Floor<br>New York, NY  10271 | Andrew D. Velez-Rivera<br>Office of the U.S. Trustee<br>33 Whitehall Street, 21st. Floor<br>New York, NY  10004 |
| Brian Shoichi Masumoto<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 | Thomas M. Wilson<br>Kelley & Ferraro, LLP<br>1300 E. Ninth Street, Suite 1901<br>Cleveland, OH  44114 |

/a/Helga Ziegler
Helga Ziegler
Legal Assistant to Michael G. Cruse (P38837)
Warner Norcross & Judd LLP
Attorneys for Compuware Corporation
2000 Town Center, Suite 2700
Southfield, MI  48075-1318
Telephone:  248-784-5131
Fax:  248-603-9731
mcruse@wnj.com

1680543-1