Peter G. Polmen
7949 West Cambridge Drive
Orland Park, IL 60462
(708)364-1355

June 15, 2009

To:
- Clerk of the Bankruptcy Court – of Honorable Robert E. Gerber, U.S. Bankruptcy Judge, Courtroom 621, U.S. Bankruptcy Court for the Southern Dist. of N.Y., One Bowling Green, NY/NY 10004-1408
- Weil, Gotshal & Manges LLP – Attn. Harvey R. Miller, Esq., Stephen Karotkin, Esq, Joseph H. Smolinsky Esq.: 767 Fifth Ave., NY/NY 10153
- Cadwalader, Wickersham & Taft LLP – Attn. John J. Rapisardi, Esq.: One World Financial Center, NY/NY 10281
- Cleary Gottlieb Steen and Hamilton LLP – Attn. James L. Bromley, Esq.: One Liberty Plaza, NY/NY 10006
- Cohen, Weiss and Simon LLP – Attn. Babette Ceccotti, Esq.: 330 W. 42nd Street, NY/NY 10036
- Vedder Price, P.C.- Attn. Michael J. Edelman, Esq. and Michael L. Schein, Esq.: 1633 Broadway, 47th Floor, NY/NY 10019
- Office of the U.S. Trustee/Southern Dist. Of N.Y. – Attn. Diana G. Adams, Esq.: 33 Whitehall Street, 21st Floor, NY/NY 10004
- U.S. Attorney's Office, S.D.N.Y. – Attn. David S. Jones, Esq. and Matthew L. Schwartz, Esq.: 86 Chambers St., Third Floor, NY/NY 10007

I am a General Motors Corp (et al) stock holder with 395+ shares. I have been a loyal stockholder for many years. I am in receipt of a three pamphlet mailing from "The Garden City Group, Inc.", which frankly I don't totally understand. But, for the record, the documents stated that "responses or objections, if any, to the relief sought in the motion shall be filed…" so I'm putting my response/objections on file with all of you as follows:

1. If your pamphlets state that I shall receive monetary compensation for my stock shares, *I will accept that;*
2. If your pamphlets state that I shall receive an equal amount of stock in the 'new' company that will exist, *I will accept that;*
3. If your pamphlets state that I'm to take a total loss for my shares, *I object.* In this case I am asking that the court recognize the rights of the shareholders; and that we be given due consideration of any revenue from the sale and/or reorganization of the company and its holdings.

I've lived through the terms of fifteen (15) U.S. Presidents, served as a combat tail-gunner in WWII with the 451st Bomb Group, been self-employed, run for elected office and have worked for others including state government. As the son of immigrant (U.S. citizens) parents I was instilled with the opportunities our country had to offer. I invested with one of the greatest companies in the history of this country (the world) and would have much preferred if it filed Chapter 7 instead of Chapter 11. But no one asked me.

Government officials asked the CEO's what they wanted, they asked the UAW what they wanted…but no one ever asked the stockholders what they wanted…and it was our money that directly contributed to the expansion and growth of General Motors. *For the record, again I would like due consideration of my investment, and that any revenue from the sale and or reorganization of the company and its holdings be given to the stockholders.*

Sincerely,

Peter G. Polmen
G.M. Stockholder