Frank Kubic
98 Avon Bend Road
Charles Town, WV, 25414-3767
June 17, 2009

Robert E. Gerber
United States Bankruptcy Judge
One Bowling Green,
New York, NY 10004-1408

Dear Judge Gerber,
I am a retired methods engineer and knowledgeable in the philosophy in American economy. I believe that John Adams, Roger Sherman, Robert R. Livingston, Thomas Jefferson and Benjamin Franklin are the men who gave the Unites States independence and its stakes in the economy. These men identified the fundamental pillars to guide you in your terrible responsibility to resurrect GM for political purposes. You may not know it but you are presiding over the future economy of the United States.

The first vital economic stake is being free, the second is being independent. The third is having property for life and the fourth is pursuing happiness. The future economy of the United States is now before your eyes and only yours. No economy has succeeded as well as did the American economy. Life, liberty, and independence investors are core standards for the survival of living things in a crowding world. In the absence of these simple human values and not having restrictions on government's powers, there can be no Peace on Earth.

You are the most important decision maker today, and perhaps for the next sixty days in so far as the future of our economy is concerned. An honest and just economy is our survival. Government, labor, and management limits can be seen by looking at your hand: One finger for the state. Three fingers for family, education, health and happiness. The fifth is for economic independence in old age. <u>Unlimited government authority is the greatest danger to the human stakes in a normal economy.</u> The human spirit cannot be subordinate to non-living entities if our constitution is to be obeyed. The right to save and keep what we save without worry from the state taking too much for political reasons is the heart and soul in the philosophy in the economy.

Socialism and good intentions cannot create the wealth, health and happiness that individual responsibility, penny pinching and freedom do. Please remember the bondholder's children. They are the invisible innocent victims in your courtroom.

Please treat the bondholders as equals to the federal governments yet to be implemented promises for the new GM and do the same for management's promises made to labor in the past as well. Good luck to you.

Sincerely yours,

Frank Kubic