Arthur Woodke
16736 Beverly Ave
Tinley Park, IL 60477

AW

6/14/09

NOTICE RECIEVED 6/12/09

Hon. Robert E. Gerber
United States Bankruptcy Judge
Court of the Southern District of New York,
 One Bowling Green
New York, New York 10000

RE: Jurisdiction retainment 6/2/09 order

Your Honor:

In administrative Functions in the general sense, are GM legacy benifits, a blessing or are they a curse to reciever and provider?

The case: two juvenile onset, adult dependant brothers, unequally endowed with benifits.

One with full medical package, the other, thru survivor domicile UAW-GM legal engineering, the option of package, declined in practice, but the option right maintained for equality and social justice progress, forum.

The brother with package, became a target of systemic abuse, for private/state political profit.

The brother without, then became a target, presuming he had the same coverage, for reporting the systemic abuse.

What happened then, may be of great interest to all parties in this National Bankruptcy.

sincerely

copy, file
court, GM
3 pg response
encl.

Arthur Woodke
16736 Beverly Ave
Tinley Park, IL 60477

AW
6/14/09

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re
GENERAL MOTORS CORP., et al.,
(DELPHI)

Chapter 11 case No.
09-50026 (REG)
(Jointly Administered)

## RESPONSE IN LIEU OF FORMAL NOTICE - MOTION EQUITY INTEREST ENTITIES ESTATES

Arthur R. (A) Woodke EOE EAW custodian, s.t., etc..
States that:

Not having recieved response to exclusionary notice Dec. 2008 (with concerns to addressee Bank bombing adjacent, report(s)):....

1. Concurrs with Court Notice Interim terms, reserving all rights of ESTATE herein.

2. This is NOT NUisance or Finance Motivated.

3. This is Not a call for censorship;
   A. Many predjudicial* official comments are being made about GMs "legacy", without forum for counter comments.

*possibly

(copies File
Judge, Trens.
Trustee, all

3 pg.

1.

AW
6/14/09

3. cont, B. It is Estates intent to elucidate for all, by private example, where U.S.-GM "legacy" failings exist, pandering to unsustainable profit motives, masked as majority rule, or emergency needs, and where they succeed, (EAW).

  C. Some short exemplars:

   Did GMs applications of freon gas, hinder or accelerate Civil Rights advances?

   Did Estates advisory of this lead to demotion to public transport division, accuired to liquidate for monopoly?

   Did Estates private acts to offset accomodation of such U.S./GM exigent, qualify Estate for exemption from loss thru exact carry-over, as an intangible value to both or all affected by this, action?

4. This response is not to "re-try" the 1940's, 50's, or 60's.

5. This response is to ensure that the U.S./GM "entity" in whatever emergence, protects the "I told you so" loyal opposition so that future U.S./GM entitules do not end up in the same cascade of crisis(s).

6. How this is entertained by the Court,

7

AW
6/14/09

6. cont., Estate makes no demand other than clarification of where Executive, Judicial and legislative branch exist as to ENTITULE, in proper paper wall format(s).

7. Estate ask a subsidy, voucher, interim function, FUND? _____ be set up for service of GM/U.S. vehicle, private sector, non profit owner(s) no longer capable of attending, or legal representation for such AMICUS TO ALL interface, herein, only.
   Or: Pro bono aid/assist/consideration as to source of inability to comply in format assignment, by Court, in the Public Interest. (Depose respondant)
   The failures of GM and the U.S. by abuse, have depleted contingent funds access, for such non-profit advisory.

   Arthur R.(A) Woodke EoE EAW cust., has some valuble insight that should be heard. It is systemic abuse, that have led to GMs "failure", and soon to follow Social Security, not the correct application(s) at the source, citing former New York Sen. Hillary Clintons, Village concepts.
   Respectfully
   [signature]

shareholder, UAW, voter,
GM booster - advocate.