WARNER NORCROSS & JUDD
2000 Town Center, Suite 2700
Southfield, MI  48075
Telephone:  248-784-5131
Facsimile:  248-603-9731
Michael G. Cruse

Attorneys for Compuware Corporation

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:                                                        Chapter 11 Case No.

General Motors Corporation, *et al.*                          09-50026-reg

                          Debtors.                            (Jointly Administered)

### CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2009, I served a copy of the:

Creative Foam Corporation's Notice of Appearance and Request for Service of
Notices, Pleadings and Orders

on the following parties at these addresses:

Philip D. Anker; philip.anker@wilmerhale.com
Joel D. Applebaum; japplebaum@clarkhill.com
Karin F. Avery; avery@silvermanmorris.com
Marc M. Bakst; mbakst@bodmanllp.com
David J. Baldwin; dbaldwin@potteranderson.com, bankruptcy@potteranderson.com
Elizabeth Banda; kwilliams@pbfcm.com
Robert L. Barrows; rbarrows@wdblaw.com
Christopher Robert Belmonte; cbelmonte@ssbb.com, pbosswick@ssbb.com
Howard S. Beltzer; hbeltzer@morganlewis.com
Frederick A. Berg; fberg@kotzsangster.com
Wanda Borges; borgeslawfirm@aol.com
Jean Winborne Boyles; jboyles@jhvgmlaw.com, kcole@jhvgmlaw.com
Lynn M. Brimer; lbrimer@stroblpc.com, sfraser@stroblpc.com
James L. Bromley;maofiling@cgsh.com
Theresa V. Brown-Edwards; bankruptcy@potteranderson.com
Mark Edwin Browning; bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
Andrew P. Brozman; andrew.brozman@cliffordchance.com, sarah.campbell@cliffordchance.com
Adam D. Bruski; adbruski@lambertleser.com
James Christopher Caldwell; ccaldwell@starkreagan.com
John F. Carberry; jcarberry@cl-law.com, dsantos@cl-law.com
James S. Carr; KDWBankruptcyDepartment@kelleydrye.com
George B. Cauthen; george.cauthen@nelsonmullins.com, mary.wilkinson@nelsonmullins.com;
  brook.wright@nelsonmullins.com

Babette A. Ceccotti; bceccotti@cwsny.com, ecf@cwsny.com

Teresa H. Chan; tchan@sidley.com, emcdonnell@sidley.com

J Eric Charlton; echarlton@hiscockbarclay.com

Gloria M. Chon; gloria.chon@kkue.com

Jennifer Anne Christian; jchristian@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Marvin E. Clements; agbanknewyork@ag.tn.gov

Tiffany Strelow Cobb; tscobb@vorys.com, cdfricke@vorys.com

Susan M. Cook; smcook@lambertleser.com

Dawn R. Copley; dcopley@dickinsonwright.com; dnavin@dickinsonwright.com

Trent P. Cornell; tcornell@stahlcowen.com

David N. Crapo; dcrapo@gibbonslaw.com

Thomas H. Curran; tcurran@haslaw.com, calirm@haslaw.com

Vincent D'Agostino; vdagostino@lowenstein.com

Peter D'Apice; dapice@sbep-law.com

Renee M. Dailey; renee.dailey@bgllp.com, meghan.olsen@bgllp.com

Colin Thomas Darke; cdarke@bodmanllp.com

James E. DeLine; jed@krwlaw.com, pal@krwlaw.com

Gabriel Del Virginia; gabriel.delvirginia@verizon.net

Sam Della Fera; sdellafera@trenklawfirm.com

Benjamin P. Deutsch; bdeutsch@schnader.com

Gerard DiConza; gdiconza@dlawpc.com, las@dlawpc.com

Mary Joanne Dowd; dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com

Kathryn E. Driscoll; kdriscoll@pmppc.com

Michael James Edelman; mjedelman@vedderprice.com, ecfnydocket@vedderprice.com

Martin Eisenberg; me@martineisenberglaw.com

Judith Elkin; judith.elkin@haynesboone.com

Alyssa Englund; aenglund@orrick.com

Richard L. Epling; richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Belkys Escobar; belkys.escobar@loudoun.gov

Kerry M Ewald; kewald@dickinsonwright.com

Robert Michael Farquhar; mfarquhar@winstead.com, whsu@winstead.com

Thomas R. Fawkes; tfawkes@freebornpeters.com

Carol A. Felicetta; cfelicetta@reidandreige.com

Alyson M. Fiedler; afiedler@schiffhardin.com

Robert J. Figa; rfiga@comlawone.com

Deborah L. Fish; dfish@allardfishpc.com

Kenneth A. Flaska; gm@dmms.com

Jonathan L. Flaxer; jflaxer@golenbock.com, ssmith@golenbock.com; avassallo@golenbock.com; eneuman@golenbock.com; mlu@golenbock.com

Shawn Randall Fox; sfox@mcguirewoods.com

Mark S. Frankel; mfrankel@couzens.com

Victoria D. Garry; vgarry@ag.state.oh.us

Wendy J. Gibson; wgibson@bakerlaw.com

Jeanette M. Gilbert, jgilbert@motleyrice.com

Steven A. Ginther; sdnyecf@dor.mo.gov

Brett D. Goodman; brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com

Robert D. Gordon; rgordon@clarkhill.com

Neil Andrew Goteiner; ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com

Christopher F. Graham; cgraham@mckennalong.com, jvargas@mckennalong.com; rgee@mckennalong.com; jmayes@mckennalong.com; ehall@mckennalong.com

William T. Green; uncbill@msn.com

John T. Gregg; jgregg@btlaw.com

Stephen M. Gross; sgross@mcdonaldhopkins.com

Stephen B. Grow; sgrow@wnj.com, kfrantz@wnj.com

Paul R. Hage; phage@jaffelaw.com

Richard F. Hahn; rfhahn@debevoise.com; jchung@debevoise.com; mao-ecf@debevoise.com

Paula A. Hall; hall@bwst-law.com, marbury@bwst-law.com

Michael C. Hammer; mchammer3@dickinsonwright.com

Adam Craig Harris; adam.harris@srz.com

Ryan D. Heilman; rheilman@schaferandweiner.com

Suzanne Hepner; shepner@lrbpc.com, ecarder@lrbpc.com; jcahn@lrbpc.com; rbarbur@lrbpc.com;
 scameron@lrbpc.com; psherer@lrbpc.com

Michael S. Holmes; mshatty@yahoo.com

Jonathan Hook; jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com;
 paul.fabsik@haynesboone.com

P. Warren Hunt; pwh@krwlaw.com

John J. Hunter; jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Donald J. Hutchinson; hutchinson@millercanfield.com

Elihu Inselbuch; ei@capdale.com

Adam H. Isenberg; aisenberg@saul.com

Peter F. Jazayeri; pjazayeri@ecjlaw.com

Nan E. Joesten; njoesten@fbm.com

John J. Jolley; jay.jolley@kutakrock.com

Gregory O. Kaden; gkaden@goulstonstorrs.com

Stephen Karotkin; theodore.tsekerides@weil.com; Shai.Waisman@weil.com; Rachel.albanese@weil.com;
 michele.meises@weil.com; ilusion.rodriguez@weil.com; nathan.pierce@weil.com; lacey.laken@weil.com

Karel S. Karpe; karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com

Susan R. Katzoff; skatzoff@hiscockbarclay.com, lmcrobbie@hiscockbarclay.com

Thomas M. Kennedy; tkennedy@kjmlabor.com

Richardo I. Kilpatrick; ecf@kaalaw.com, lrobertson@kaalaw.com

Jennifer B. Kimble; jkimble@burr.com, mstinson@burr.com; mivey@burr.com

Kathleen H. Klaus; khk@maddinhauser.com

Jeff Klusmeier; jeff.klusmeier@ago.mo.gov

Thomas F. Koegel; tkoegel@flk.com

Deborah Kovsky-Apap; kovskyd@pepperlaw.com, kressk@pepperlaw.com, wisotska@pepperlaw.com,
 alexsym@pepperlaw.com

Debra A. Kowich; dkowich@umich.edu, schmitzr@umich.edu

Robert R. Kracht; rrk@mccarthylebit.com

Stuart A. Krause; skrause@zeklaw.com

J. Alex Kress; akress@riker.com

Patrick J. Kukla; pkukla@carsonfischer.com

Darryl S. Laddin; bkrfilings@agg.com

Michael S. Leib; msl@maddinhauser.com, bac@maddinhauser.com

David A. Lerner; dlerner@plunkettcooney.com

Larry A. Levick; levick@singerlevick.com, croote@singerlevick.com; ckirkland@singerlevick.com

David T. Lin; dlin@seyburn.com

Thomas K. Lindahl; tlindahl@mcdonaldhopkins.com

Edward J. LoBello; elobello@msek.com

Eric Lopez Schnabel; schnabel.eric@dorsey.com

Cynthia Jordan Lowery; cynthialowery@mvalaw.com

Kayalyn A. Marafioti; kmarafio@skadden.com

Michael A. Maricco; maricco.michael@pbgc.gov, efile@pbgc.gov

Richard W. Martinez; Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com

Frank McGinn; ffm@bostonbusinesslaw.com

Barbara S Mehlsack; bmehlsack@gkllaw.com

Brian H. Meldrum; bmeldrum@stites.com

Marc B. Merklin; mmerklin@brouse.com

Angela Z. Miller; amiller@phillipslytle.com, jhahn@phillipslytle.com

Harvey R. Miller; harvey.miller@weil.com, garrett.fail@weil.com

Joseph Thomas Moldovan; bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com

Timothy D. Moratzka; tdm@mcmlaw.com

Max Anderson Moseley; mam@jbpp.com, mkd@jbpp.com

Eric T. Moser;eric.moser@klgates.com, kristen.serrao@klgates.com

Jill L. Murch; jmurch@foley.com, lapeterson@foley.com; khall@foley.com

Jennifer L. Nassiri; jennifer.nassiri@dlapiper.com

Michael A. Nedelman; mnedelman@nglegal.com, mwatler@nglegal.com; egloetzner@nglegal.com

Gordon Z. Novod; dcho@kramerlevin.com

Sean A. O'Neal; soneal@cgsh.com, maofiling@cgsh.com; jcroft@cgsh.com; skleinman@cgsh.com;
ashajnfeld@cgsh.com; crodriguez@cgsh.com; sarobinson@cgsh.com

Norman D. Orr; norman.orr@kkue.com

Mark Russell Owens; mowens@btlaw.com, mowens@btlaw.com; bankruptcyindy@btlaw.com

Ingrid S. Palermo; ipalermo@hselaw.com

Paul J. Pascuzzi; ppascuzzi@ffwplaw.com

Robert W. Phillips; rphillips@simmonscooper.com

James A. Plemmons; jplemmons2@dickinsonwright.com

Susan Power-Johnston; sjohnston@cov.com, jmcneil@cov.com

Ronald S. Pretekin; pretekin@coollaw.com, piatt@coollaw.com

Jessica E. Price; jprice@brouse.com

Dennis Jay Raterink; raterinkd@michigan.gov

Michael Reed; nycourts@mvbalaw.com

Marc E. Richards; mrichards@blankrome.com

Michael P. Richman; mrichman@pattonboggs.com

Paul J. Ricotta; pricotta@mintz.com

David D. Ritter; ecf@krcl.com, dritter@krcl.com

Marianne Goldstein Robbins; mgr@previant.com, mgr@previant.com; em@previant.com

Courtney Rogers; crogers@orrick.com

Adam L. Rosen; filings@spallp.com, arosen@silvermanacampora.com

Andrew Neil Rosenberg; mtattnall@paulweiss.com

Douglas B. Rosner; drosner@goulstonstorrs.com

Robert R. Ross; rrross@fedex.com

Scott K. Rutsky; srutsky@proskauer.com

Chester B. Salomon; csalomon@beckerglynn.com, aranade@beckerglynn.com; jholdridge@beckerglynn.com

Thomas P. Sarb; ecfsarbt@millerjohnson.com

Thomas J. Schank; tomschank@hunterschank.com, mcraig@hunterschank.com

Kenneth M. Schneider; smpcecf@gmail.com

Matthew L. Schwartz; matthew.schwartz@usdoj.gov

Kenneth J. Schweiker; kschweiker@brownconnery.com

Stephen B. Selbst; sselbst@herrick.com, courtnotices@herrick.com

Jacob B. Sellers; jacob.sellers@leonard.com

Joseph R. Sgroi; jsgroi@honigman.com

Brian L. Shaw; bshaw100@shawgussis.com

Andrea Sheehan; sheehan@txschoollaw.com, coston@txschoollaw.com; ashee1@yahoo.com;
garza@txschoollaw.com

Tricia A. Sherick; tsherick@honigman.com

Joseph E. Shickich; jshickich@riddellwilliams.com

Matthew J. Shier; mshier@pinnaclelawgroup.com, mterry@pinnaclelawgroup.com

Christina C. Skubic; bankruptcy@braytonlaw.com

Robert T. Smith; rsmith@cniinc.cc

Edward Smith; easmith@venable.com

Richard G. Smolev; rsmolev@kayescholer.com, rrotman@kayescholer.com; maosbny@kayescholer.com;
rcappiello@kayescholer.com

Fredric Sosnick; karen.park@shearman.com, randy.martin@shearman.com, jennifer.lin@shearman.com,
kerri.silver@shearman.com

Arthur J. Spector; aspector@bergersingerman.com, jdiaz@bergersingerman.com;
byglesia@bergersingerman.com; efile@bergersingerman.com

Leslie Stein; lstein@seyburn.com, seccles@seyburn.com

Jeffrey S. Stein; Jeff_Stein@gardencitygroup.com, Kenneth_Freda@gardencitygroup.com;
jennifer.keough@gardencitygroup.com

Fred Stevens; fstevens@foxrothschild.com
Harvey A. Strickon; harveystrickon@paulhastings.com
James M. Sullivan; sullivan.james@arentfox.com, constantino.nova@arentfox.com
Michelle T. Sutter; msutter@ag.state.oh.us
Matthew A. Swanson; matthew.swanson@leonard.com
Marc N. Swanson; swansonm@millercanfield.com
Colleen M. Sweeney; csweeney@dickinsonwright.com
Stanley B. Tarr; tarr@blankrome.com
Gordon J. Toering; gtoering@wnj.com
Raymond J. Urbanik; rurbanik@munsch.com
G. Alan Wallace; gwall@fraserlawfirm.com
Sean M. Walsh; swalsh@gmhlaw.com, jmahar@gmhlaw.com
Kimberly A. Walsh; bk-kwalsh@oag.state.tx.us
Robert B. Weiss; rweiss@honigman.com
Elizabeth Weller; dallas.bankruptcy@publicans.com
Michael R. Wernette; mwernette@schaferandweiner.com
David B. Wheeler; davidwheeler@mvalaw.com
Blanka K. Wolfe; bwolfe@sheppardmullin.com
Robert D. Wolford; ecfwolfordr@millerjohnson.com
Scott A. Wolfson; wolfson@bsplaw.com, recchia@bsplaw.com; stepp@bsplaw.com; bolton@bsplaw.com;
  kochis@bsplaw.com
Cynthia Woodruff-Neer; cwoodruff-neer@alpine-usa.com
Doron Yitzchaki; dyitzchaki@dickinsonwright.com

using the ECF system which will send notification of such filing to same.  I further certify that
on June 23, 2009, I served the following parties at these addresses via First Class U.S. Mail:

Diana G. Adams
Office of the United States Trustee
33 Whitehall Street, 21st floor
New York, NY  10004

H. Christopher Mott
Gordon & Mott, P.C.
4695 N. Mesa Street
El Paso, TX  79912

Robert H. Brownlee
Thompson Coburn LLP
One U.S. Bank Plaza, Suite 2600
St. Louis, MO  63101

Joseph O'Neil
Smith Reed LLP
1201 N. Market Street, Suite 1500
Wilmington, DE  19801

Deutsche Bank AG
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022

Christian M. Oelke
Scarborough McNeese O'Brien Kilkenny, PC
5410 SW Macadam Ave., Suite 100
Portland, OR  97239-3824

Christopher J. Giaimo
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5339

Raufoss Automotive Components Canada
Porzio Bromberg & Newman PC
100 Southgate Parkway
Morristown, NJ  07962

Adrienne Goldner
2847 Lexington Lane
Highland Park, IL  60035

J. Casey Roy
Texas Attorney General Office
Bankruptcy & Collections Division
P.O. Box 12548, MC-008
Austin, TX  78711-2548

Howard Goldner
2847 Lexington Lane
Highland Park, IL  60035

Stephen H. Gross
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, NY  10165

Marshall Scott Huebner
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Alan W. Kornberg
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019

Neal S. Mann
New York State Attorney General's O
120 Broadway, 24th Floor
New York, NY  10271

Brian Shoichi Masumoto
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

Saturn of Hempstead, Inc.
c/o Robinson Brog et. al
1345 Avenue of the Americas, 31st floor
New York, NY  10105

Eric A Schaffer
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219

Matthew A. Swanson
Leonard Street and Deinard
150 South Fifth Street, Suite 2300
Minneapolis, MN  55402

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street, 21st. Floor
New York, NY  10004

Thomas M. Wilson
Kelley & Ferraro, LLP
1300 E. Ninth Street, Suite 1901
Cleveland, OH  44114

/s/Helga Ziegler

Helga Ziegler
Legal Assistant to Michael G. Cruse (P38837)
Warner Norcross & Judd LLP
Attorneys for Creative Foam Corporation
2000 Town Center, Suite 2700
Southfield, MI  48075-1318
Telephone:  248-784-5131
Fax:  248-603-9731
mcruse@wnj.com

1680575-1