June 15, 2009

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
One Bowling Green
New York, NY 10004-1408

Honorable Robert E. Gerber
United States Bankruptcy Judge

In re GENERAL MOTORS CORP., et al., Chapter 11 Case No. 09-50026 (REG)

I respectfully submit the following:

1. I received the GM's "Exchange Offers and Consent Solicitations for any and all of the Outstanding Notes set forth below" on 6/08/2009 after it had expired. This past week I have spent a lot of time reading the Prospectus and trying to find how I may be represented fairly in this matter. I have had a difficult time finding your address and just located it yesterday. Rejecting GM's offer should not lessen the value of my bonds.

2. I am 66 years old, my wife is 65, and both of us still work. After years of saving, I own two GM bonds, which are part of my only retirement (IRA).

3. I am not represented in these proceedings and would like my two bonds entered in the list of Creditors. One CUSIP 370442AZ8 bond and one CUSIP 370442AT2 bond.

4. The US Treasury (government) has opted to assign themselves thirteen to fourteen times (depending upon source) the equity of my humble (bondholders) investment in their mandates in GM's offer to bondholders.

5. I cannot find any rationale for the 1, 3, and 13-14 times equity evaluations of the bondholders, UAW and US Treasury, respectively, as listed by GM's Offer and mandated by the US Treasury.

6. While GM, GM executives, UAW and the government have all benefited from my investment in GM bonds over the years, I have received little interest from one of the bonds while receiving nothing from the other one.

7. I have tried to read and understand the "Exchange Offers and Consent Solicitations for any and all of the Outstanding Notes set forth below." I find it unintelligible, filled with unexplained terms and possible hidden meaning.

8. I object to GM offering $1000 to $2750 as "Owner Appreciation Certificate" to GM owners while in bankruptcy and proclaiming they are unable to comply with their solicited contracts with bondholders.

9. The original GM solicitation accepted an obligation to pay interest and face value at retirement of the bonds.

10. The US Treasury, GM (collectively) and UAW are setting out to shift their responsibility to a lot of innocent people who have not benefited and had no involvement with inputs, decisions or management that led to the current situation.

11. The US Treasury, GM (collectively) and UAW just want to shuck their responsibilities and promises to get a chance to start over and ignore their obligation to repay the bondholders.

12. My wife and I may not have sufficient time to rebuild our retirement.

13. I'm ignorant of bankruptcy court proceedings. The evaluations in biased reports that I hear and read may or may not be legal, but are certainly not fair, equitable or responsible.

We pray that the court will find a fair, equitable, and just settlement for all parties.

Please let me know by email how to submit a "Proof of Claim" as I will be out of the country from June 18 to June 26, 2009.

Sincerely,

*Thomas B Cannon*

Thomas B. Cannon
3332 Russell Cir.
Plano, TX 75023-5706

cnnnt@sbcglobal.net