14 June 2009

The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York
10004-1408

Dear Judge Gerber:

As a retired person who has just been laid off from my teaching position at the California State University at Dominguez Hills, I object strongly to the provision that awards a greatly disproportionate share of the future equity in the New General Motors (GM) to the Unions and their Retirement Funds. I own only a small amount of GM debt, $10,000 in my retirement IRA, I am 77 years old and I will need the funds. If I am forced to take Stock in GM rather than money, I should at least get a proportionate share.

Chapter 11 Case No. 09-50026 (REG)


Howard Lee Christensen
2704 Oak Avenue
Manhattan Beach, CA
90266-2712

Copy to:
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Attorneys for Debtors
and Debtors in Possession