**Toledo Molding & Die, Inc.**
DUNS 60-915-8415

| GM Pre-Petition Obligations | TMD Amount | eDACOR Amount | Variance | Comments |
|---|---|---|---|---|
| Production Parts | $488,535.82 | $487,596.24 | ($939.58) | Impala Struts; Corvette and Cadillac AIS; Lambda Ducts; Traverse Ducts and Washer Bottle, misc other |
| Expendable Packaging | $214.06 | $0.00 | ($214.06) | GMT921 expendable packaging |
| Prototype Parts | $75,988.51 | $16,495.12 | ($59,493.39) | E-Flex AIS & HVAC Prototypes; GMT921 Engineering Samples |
| Service Parts | $186.75 | $0.00 | ($186.75) | Service parts for LS9,GMX020,GMT211,GMT921 |
| Tooling | $340,758.50 | $179,682.50 | ($161,076.00) | E-Flex prototype tooling; GMT211 original tooling |
| Cancellation Claim | $34,380.50 | $0.00 | ($34,380.50) | GMT921 Tahoe Police Brake Cooling Duct Program |
| Debits | $0.00 | ($105.52) | ($105.52) | e-DACOR debits: 131978590, 051009, 052009 |
| Total | $940,064.14 | $683,668.34 | ($256,395.80) | |