CARSON FISCHER, P.L.C.
*Counsel for Cobasys LLC*
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI 48302
(248) 644-4840
Patrick J. Kukla (P60465)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                             :
In re:                                                       :    Chapter 11
                                                             :    Case No.: 09-50026 (REG)
GENERAL MOTORS CORPORATION, *et al.*,      :    (Jointly Administered)
                                                             :
        Debtors.                                             :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that papers were served as follows:

1.  Papers Served:    Cobasys LLC's Limited Objection To Notice Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And/Or Unexpired Leases Of Nonresidential Real Property, And (II) Cure Costs Related Thereto

2.  Served Upon:
    
    General Motors Corporation
    Treasurer's Office
    767 Fifth Avenue
    New York, NY  10153
    Attn: Treasurer
    Facsimile: (212) 418-3630

    General Motors Corporation
    Legal Staff
    Mail Code 482-C23-D24
    300 Renaissance Center
    P.O. Box 300
    Detroit, MI  48265-3000
    Attn: Kimberly K. Hudolin, Esq.
    Facsimile: (313) 665-4979

        Honigman Miller Schwartz & Cohn, LLP
        Attn:  Robert B. Weiss, Esq.
               Tricia A. Sherick, Esq.
        660 Woodward Avenue, Suite 2290
        Detroit, Michigan 48226
        Facsimile: (313) 465-7597

3.    Date of Service:    June 22, 2009

4.    Method of Service:  Facsimile Transmission at approximately 8:20 p.m. EST

                                  CARSON FISCHER, P.L.C.

                                  By: _____
                                  Lawrence A. Lichtman (P35403)
                                  4111 Andover Road, West-2nd Flr.
                                  Bloomfield Hills, MI 48302
                                  Tele: (248) 644-4840

Dated: June 23, 2009