# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: **GENERAL MOTORS CORP.,** *et al.*,<br><br>　　　　　　　　Debtors.<br>_____ / | ) Chapter 11<br>)<br>) Case No: 09-50026 (REG)<br>) (Jointly Administered)<br>)<br>) |

## WITHDRAWAL OF LIMITED OBJECTION OF MAHAR TOOL SUPPLY COMPANY, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

Mahar Tool Supply Company, Inc., through its undersigned counsel, hereby withdraws it Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property, Docket #963, but retains its cure dispute and agrees to submit to the Cure Dispute Resolution Process with respect to disputed cure amounts.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: June 23, 2009　　　　　　　　　　　　By:　/s/ Susan M. Cook
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Susan M. Cook
　　　　　　　　　　　　　　　　　　　　　　　Adam D. Bruski
　　　　　　　　　　　　　　　　　　　　LAMBERT, LESER, ISACKSON,
　　　　　　　　　　　　　　　　　　　　COOK & GIUNTA, P.C.
　　　　　　　　　　　　　　　　　　　　309 Davidson Building
　　　　　　　　　　　　　　　　　　　　916 Washington Avenue
　　　　　　　　　　　　　　　　　　　　Bay City, MI 48708
　　　　　　　　　　　　　　　　　　　　Telephone: 989-893-3518
　　　　　　　　　　　　　　　　　　　　Fax: 989-894-2232

　　　　　　　　　　　　　　　　　　　　Attorneys for Mahar Tool Supply
　　　　　　　　　　　　　　　　　　　　Company, Inc.