UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: **GENERAL MOTORS CORP.**, *et al.*,<br><br>Debtors.<br>_____/ | ) Chapter 11<br>)<br>) Case No: 09-50026 (REG)<br>) (Jointly Administered)<br>)<br>) |

**WITHDRAWAL OF LIMITED OBJECTION OF MIS ENVIRONMENTAL SERVICES, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

MIS Environmental Services, Inc., through its undersigned counsel, hereby withdraws it Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property, Docket #1086, but retains its cure dispute and agrees to submit to the Cure Dispute Resolution Process with respect to disputed cure amounts.

Respectfully submitted,

Dated: June 23, 2009

By: /s/ Susan M. Cook
_____
Susan M. Cook
Adam D. Bruski
LAMBERT, LESER, ISACKSON,
COOK & GIUNTA, P.C.
309 Davidson Building
916 Washington Avenue
Bay City, MI 48708
Telephone: 989-893-3518
Fax: 989-894-2232

Attorneys for MIS Environmental Services, Inc.

{00028434}1