S<small>ILVERMAN</small>A<small>CAMPORA</small> LLP
100 Jericho Quadrangle
Suite 300
Jericho, New York 11753
(516) 479-6300
Attn:   Adam L. Rosen

and

WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Suite 3000
Chicago, Illinois 60606-1229
(312) 201-2662
Attn:   Jonathan W. Young

*Co-Counsel to Leo Burnett Detroit, Inc.,
Starcom MediaVest Group, Inc., Digitas,
Inc., Publicis Groupe Operating
Divisions, LLC, Martin Retail Group,
LLC, Manning, Selvage & Lee, Inc., and
TMG Strategies LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re

GENERAL MOTORS CORP., et al.,

                 Debtors.
-----------------------------------------------------------------x

Case No. 09-50026 (REG)
Chapter 11

(Jointly Administered)

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

1.     I, Jonathan W. Young, a member in good standing of the bar in the State Courts of Illinois, the United States District Courts for the Northern District of Illinois, the Central District of Illinois, the Northern District of Indiana, the Eastern District of Wisconsin, the District of Nebraska, the United States Court of Appeals for the Second, Third, Sixth, Seventh, Eighth and Ninth Circuits, and the United States Supreme Court, request admission, *pro hac vice*, before this Court, to represent Leo Burnett Detroit, Inc., Starcom MediaVest Group, Inc., Digitas, Inc., Publicis Groupe Operating Divisions, LLC, Martin Retail Group, LLC and Manning, Selvage & Lee, Inc. and TMG Strategies LLC, (collectively, "Claimants") in the above-referenced chapter 11

ALR/D284602v/F099999

cases and any and all adversary proceedings and contested matters in which the Claimants are or may become parties, pursuant to Rule 2090-1(b) of the Local Bankruptcy Rules for the Southern District of New York.

2. My address is: Jonathan W. Young, Wildman, Harrold, Allen & Dixon, 225 West Wacker Drive, Suite 3000, Chicago, Illinois 60606-1229.

3. My telephone number is (312) 201-2662.

4. My e-mail address is young@wildman.com.

5. I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Dated: Chicago, Illinois
       June 23, 2009                By: /s/ Jonathan W. Young
                                          Jonathan W. Young

                                          WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 3000
Chicago, ILL  60606-1229
(312) 201-2662

-and-

SILVERMANACAMPORA LLP
100 Jericho Quadrangle
Suite 300
Jericho, New York 11753
(516) 479-6300
Attn:  Adam L. Rosen

*Co-Counsel to Leo Burnett Detroit, Inc., Starcom MediaVest Group, Inc., Digitas, Inc., Publicis Groupe Operating Divisions, LLC, Martin Retail Group, LLC, Manning, Selvage & Lee, Inc., and TMG Strategies LLC*

ALR/D284602v/F099999