**BROWN & CONNERY LLP**
Kenneth J. Schweiker, Jr., Esquire (KS1889)
6 North Broad Street
Woodbury, NJ 08096
(856) 812-8900
(856) 853-9933 FAX
kschweiker@brownconnery.com
*Attorneys for SAP America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **GENERAL MOTORS CORP.,** *et al.*, | **Case No.:  09-50026 (REG)** |
| **Debtors.** | **(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

    I, Kenneth J. Schweiker, Esquire hereby certify that on June 23, 2009, I caused true and correct copies of the Objection of SAP America, Inc. to the Debtors' Assumption and Assignment of its Executory Contract(s) and the Proposed Cure Amount to be served upon counsel via the Electronic Court Filing System, where it is available for viewing, and upon the following via facsimile and first class mail:

General Motors Corporation
Cadillac Building
Attention: Warren Command Center
Mail Code 480-206-1114
30009 Van Dyke Avenue
Warren, MI 48098-9025
Fax: 815-282-6156

Weil, Gotshal & Manges, LLP
Attention: Harvey R. Miller, Esquire
Stephen Karotkin, Esquire
Joseph H. Smolisky, Esquire
767 Fifth Avenue
New York, NY 10153
Fax: 212-310-8007

U.S. Treasury Department
Attention: Matthew Feldman, Esquire
1500 Pennsylvania Avenue, N.W.
Room 2312
Washington, D.C. 20220
Fax: 202-622-6415

Cadwalader, Wickersham & Taft, LLP
Attention: John J. Rapisardi, Esquire
One World Financial Center
New York, NY   10281
Fax: 212-504-6666

Kramer, Levin, Naftalis & Frankel, LLP
Attention: Gordon Z. Novod, Esquire
1177 Avenue of the Americas
New York, NY   10036
Fax: 212-715-8000

Vedder Price, P.C.
Attention: Michael J. Edelman, Esquire
Michael L. Schein, Esquire
1633 Broadway, 47th Floor
New York, NY   10019
Fax: 212-407-7799

Office of the U.S. Trustee for the Southern
District of  New York
Attention: Diana G. Adams, Esquire
33 Whitehall Street, 21st Floor
New York, NY   10004
Fax: 212-668-2255


Dated: June 23, 2009


**BROWN & CONNERY, LLP**
Attorneys for SAP America, Inc.

BY:*/s/ Kenneth J. Schweiker, Jr.*
Kenneth J. Schweiker, Jr. (KS1889)
6 North Broad St., Suite 100
Woodbury, NJ 08096
(856) 812-8900
(856) 853-9933 (facsimile)
kschweiker@brownconnery.com