SILVERMANACAMPORA LLP
100 Jericho Quadrangle
Suite 300
Jericho, New York 11753
(516) 479-6300
Attn:   Adam L. Rosen

and

WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Suite 3000
Chicago, Illinois 60606-1229
(312) 201-2662
Attn:   Jeffrey Chang

*Co-Counsel to Leo Burnett Detroit, Inc.,
Starcom MediaVest Group, Inc., Digitas,
Inc., Publicis Groupe Operating
Divisions, LLC, Martin Retail Group,
LLC, Manning, Selvage & Lee, Inc., and
TMG Strategies LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re

GENERAL MOTORS CORP., et al.,

                Debtors.
-------------------------------------------------------------x

Case No. 09-50026 (REG)
Chapter 11

(Jointly Administered)

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    1.    I, Jeffrey Chang, a member in good standing of the bar in the State Court of Illinois, the United States District Court for the Northern District of Illinois and the United States Court of Appeals for the Sixth Circuit, request admission, *pro hac vice*, before this Court, to represent Leo Burnett Detroit, Inc., Starcom MediaVest Group, Inc., Digitas, Inc., Publicis Groupe Operating Divisions, LLC, Martin Retail Group, LLC and Manning, Selvage & Lee, Inc. and TMG Strategies LLC, (collectively, "Claimants") in the above-referenced chapter 11 cases and any and all adversary proceedings and contested matters in which the Claimants are or may become parties, pursuant to Rule 2090-1(b) of the Local Bankruptcy Rules for the Southern District of

ALR/D284602v/F099999

New York.

2. My address is: Jeffrey Chang, Wildman, Harrold, Allen & Dixon, 225 West Wacker Drive, Suite 3000, Chicago, Illinois 60606-1229.

3. My telephone number is (312) 201-2759.

4. My e-mail address is jchang@wildman.com.

5. I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Dated: Chicago, Illinois
June 23, 2009

By: /s/ Jeffrey Chang
Jeffrey Chang

WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 3000
Chicago, ILL  60606-1229
(312) 201-2662

-and-

SILVERMANACAMPORA LLP
100 Jericho Quadrangle
Suite 300
Jericho, New York 11753
(516) 479-6300
Attn:  Adam L. Rosen

*Co-Counsel to Leo Burnett Detroit, Inc., Starcom MediaVest Group, Inc., Digitas, Inc., Publicis Groupe Operating Divisions, LLC, Martin Retail Group, LLC, Manning, Selvage & Lee, Inc., and TMG Strategies LLC*

ALR/D284602v/F099999