UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re

GENERAL MOTORS CORP., et al. ,

                              Debtors.
-----------------------------------------------------------------x

Case No. 09-50026 (REG)
Chapter 11

(Jointly Administered)

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

     Jeffrey Chang, Esq., having represented that he is a member in good standing of the bar in the State Courts of Illinois, the United States District Court for the Northern District of Illinois and the United States Court of Appeals for the Sixth Circuit, having requested admission, *pro hac vice*, to represent Leo Burnett Detroit, Inc., Starcom MediaVest Group, Inc., Digitas, Inc., Publicis Groupe Operating Divisions, LLC, Martin Retail Group, LLC, Manning, Selvage & Lee, Inc., and TMG Strategies LLC (collectively, the "Claimants") in the above-referenced Chapter 11 cases and any and all adversary proceedings and contested matters in which Claimants are or may become a party, it is hereby

     **ORDERED,** that Jeffrey Chang, Esq. is admitted to practice, *pro hac vice* in the above-referenced Chapter 11 cases, subject to payment of the filing fee.

Dated: New York, New York
         June __, 2009

                                                   Robert E. Gerber
                                                   United States Bankruptcy Judge

ALR/D284600v/F099999