UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re

GENERAL MOTORS CORP., et al.,

                      Debtors.

------------------------------------------------------------------x

Case No. 09-50026 (REG)
Chapter 11

(Jointly Administered)

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

    Michael Dockterman, Esq., having represented that he is a member in good standing of the bar in the State Courts of Illinois, the United States District Courts for the Northern District of Illinois, the Central District of Illinois, the Southern District of Illinois, the Eastern District of Michigan, the Western District of Michigan, the Eastern District of Missouri, the United States Court of Appeals for the Second, Fourth, Sixth, Seventh, Ninth, and Federal Circuits, and the United States Supreme Court, having requested admission, *pro hac vice*, to represent Leo Burnett Detroit, Inc., Starcom MediaVest Group, Inc., Digitas, Inc., Publicis Groupe Operating Divisions, LLC, Martin Retail Group, LLC, Manning, Selvage & Lee, Inc., and TMG Strategies LLC (collectively, the "Claimants") in the above-referenced Chapter 11 cases and any and all adversary proceedings and contested matters in which Claimants are or may become a party, it is hereby

    **ORDERED,** that Michael Dockterman, Esq. is admitted to practice, *pro hac vice* in the above-referenced Chapter 11 cases, subject to payment of the filing fee.

Dated: New York, New York
       June __, 2009

                                           _____
                                           Robert E. Gerber
                                           United States Bankruptcy Judge