William J. Brown, Esq.
Allan L. Hill, Esq.
Phillips Lytle LLP
437 Madison Avenue, 34th Floor
New York, New York 10022
Tel. 212-759-4888
Fax. 212-308-9079
Attorneys for E.I. du Pont de Nemours and Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re | Chapter 11 |
| General Motors Corp., et al., | Case No. 09-50026 (REG) |
| | (Jointly Administered) |
| Debtors. | |

---

### AMENDMENT TO LIMITED OBJECTION OF E.I. DU PONT DE NEMOURS AND COMPANY TO CERTAIN NOTICES OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO

E.I. du Pont de Nemours and Company ("DuPont"), by its undersigned counsel, hereby amends (the "Amendment") its Limited Objection ("Objection", Docket #868), to certain Notices of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto, dated June 12, 2009, as follows[1]:

    1.    Following DuPont's filing of the Objection, it received two additional Notices relating to purported Assumable Executory Contracts. Similar to the Notices discussed

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Objection.

in the Objection, these new Notices do not state a cure amount and give inadequate information for DuPont to properly identify the relevant contract. Pursuant to this Amendment, DuPont includes these new Notices in its Objection and objects to the new Notices on all grounds set forth in the Objection.

2. Additionally, DuPont reserves all of its rights with respect to any further Notices it may receive from the Debtors. To the extent that DuPont receives any additional Notices from the Debtors, this Amendment provides notice to the Debtors that such Notices are included in the Objection and objected to by DuPont on all grounds set forth in the Objection.

3. Any reply to this Amendment or the Objection should be served upon Phillips Lytle LLP, 437 Madison Avenue, New York, New York 10022, Attn: Allan L. Hill, Esq.

**Reservation of Rights**

4. DuPont reserves the right (a) to amend, supplement, or otherwise modify this Amendment and the Objection; and (b) to raise such other and further objections to any proposed assumption and assignment, and/or the Cure Amount with respect to the proposed assumption and assignment of any DuPont Contract.

Dated: June 23, 2009
      New York, New York

                      PHILLIPS LYTLE LLP

                      By   /s/ Allan L. Hill
                           William J. Brown
                           Allan L. Hill
                      Attorneys for E.I. du Pont de Nemours and Company
                      437 Madison Avenue, 34th Floor
                      New York, New York 10022
                      Tel. 212-759-4888

Doc # 05-372366.1