# EXHIBIT A

| Invoice Date | Ferndale Invoice # | GM PO# | Invoice Amount | Voided or Paid | Amount included in lien | Job # | Reason | | Invoices not included | GM PO# | Invoice Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/24/08 | 32576 | GMS13790 balance | 300.00 | | 0.00 | 52-60061 | CRFS could noy process in time | | 32576 | GMS13790 balance | 300.00 | |
| 4/1/08 | 32688 | GMS11544 | 381.70 | | 0.00 | 52-60061 | CRFS could noy process in time | | 32688 | GMS11544 | 381.70 | |
| 2/26/09 | 35380 | 01s 59091 | 4,897.00 | | 0.00 | 50-01961 | work done over 90 days | | 35380 | 01s 59091 | 4,897.00 | |
| 3/4/09 | 35414 | GMR 88922 | 780.56 | | 0.00 | 52-60073 | work done over 75 days OHIO | | 35414 | GMR 88922 | 780.56 | |
| 3/9/09 | 35437 | GMR88322 | 149.81 | | 149.81 | 52-60106 B | | | 35437 | GMR88322 | 149.81 | |
| 3/12/09 | 35479 | GMS 29353 | 2,076.10 | VOID | 2,076.10 | 2,076.10 | 52-60107 B | | 35479 | GMS 29353 | 0.00 | Void |
| 3/16/09 | 35495 | GMS27356 | 239.00 | VOID | 239.00 | 0.00 | 52-60058 | Reissued under #36082 GM PO# GMR90276 | 35495 | GMS27356 | 0.00 | Void |
| 3/16/09 | 35496 | GMS 29353 | 2,499.30 | | 2,499.30 | 52-60107 B | | | 35496 | GMS 29353 | 2,499.30 | |
| 3/19/09 | 35532 | GMS27356 | 285.85 | VOID | 285.85 | 0.00 | 52-60058 | Reissued under #36082 GM PO# GMR90276 | 35532 | GMS27356 | 0.00 | Void |
| 5/10/09 | 35536 | GMR 81808 | 311.00 | | | 311.00 | 52-60106 B | | | | | |
| 3/31/09 | 35623 | GMR 89341 | 2,054.18 | | 0.00 | 52-60023 | Job total under $2500 | | | | | |
| 4/1/09 | 35627 | SHR 92124 | 5,267.10 | | 0.00 | 50-02063 | Could not file due to state regs - Louisiana | | | | | |
| 4/2/09 | 35645 | PSR 48846 | 2,210.00 | | 2,210.00 | 52-60043 B | | | | | | |
| 4/2/09 | 35646 | PSS 24550 | 4,181.00 | | 4,181.00 | 52-60043 B | | | | | | |
| 4/2/09 | 35647 | BCR 55506 | 2,038.19 | | 2,083.19 | 52-60050 | | | | | | |
| 4/2/09 | 35652 | GMR 88322 | 400.20 | | 400.20 | 52-60106 B | | | | | | |
| 4/2/09 | 35653 | GMR 88322 | 932.20 | | 932.20 | 52-60106 B | | | | | | |
| 4/2/09 | 35654 | GMR 88325 | 149.81 | | 149.81 | 52-60106 B | | | | | | |
| 4/2/09 | 35656 | GMR 88325 | 966.80 | | 966.80 | 52-60106 B | | | | | | |
| 4/2/09 | 35657 | GMR 88322 | 200.10 | | 200.10 | 52-60106 B | | | | | | |
| 4/6/09 | 35670 | GMR 88866 | 4,216.00 | | 4,216.00 | 52-60062 | | | | | | |
| 4/6/09 | 35671 | BCR 55506 | 312.00 | | 312.00 | 52-60050 | | | | | | |
| 4/6/09 | 35674 | GMR 88922 | 427.55 | | 0.00 | 52-60073 | work done over 75 days OHIO | | | | | |
| 4/6/09 | 35676 | GMR 88312 | 83.39 | | 83.39 | 52-60106 B | | | | | | |
| 4/7/09 | 35693 | PSR 48846 | 1,484.00 | | 1,484.00 | 50-02070 | | | | | | |
| 4/7/09 | 35695 | PSR 49520 | 2,356.00 | | 2,356.00 | 52-60043 B | | | | | | |
| 4/8/09 | 35709 | FWR 84707 | 9,502.80 | | 9,502.80 | 50-02066 | | | | | | |
| 4/8/09 | 35710 | LAR 30427 | 2,895.70 | | 2,895.70 | 50-02062 | | | | | | |
| 4/8/09 | 35711 | GMR 89138 | 1,265.00 | | 1,265.00 | 50-02071 | | | | | | |
| 4/8/09 | 35712 | GMR 89152 | 5,640.00 | | 5,640.00 | 50-02072 | | | | | | |
| 4/8/09 | 35713 | GMR 89139 | 1,968.00 | | 1,968.00 | 50-02073 | | | | | | |
| 4/10/09 | 35729 | LAR 30393 | 261.05 | | 261.05 | 52-60031 | | | | | | |
| 4/10/09 | 35730 | LAR 30393 | 3,321.20 | | 3,321.20 | 52-60031 | | | | | | |
| 4/10/09 | 35731 | LAR 30537 | 1,284.16 | | 1,284.16 | 52-60032 B | | | | | | |
| 4/10/09 | 35732 | LAR 30537 | 356.05 | | 356.05 | 52-60032 B | | | | | | |

| Invoice Date | Ferndale Invoice # | GM PO# | Invoice Amount | Voided or Paid | | Amount included in lien | Job # | Reason | | Invoices not included | GM PO# | Invoice Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/10/09 | 35733 | RMR 22809 | 553.00 | | | 553.00 | 52-60056 | | | | | | |
| 4/10/09 | 35737 | GMR 88325 | 1,380.55 | | | 1,380.55 | 52-60106 B | | | | | | |
| 4/10/09 | 35738 | GMR 88312 | 633.66 | | | 633.66 | 52-60106 B | | | | | | |
| 4/10/09 | 35739 | GMR 88325 | 166.00 | | | 166.00 | 52-60106 B | | | | | | |
| 4/16/09 | 35754 | GMR 88829 | 7,700.00 | | | 0.00 | 52-02068 | Could not file due to state regs - Louisiana | | | | | |
| 4/16/09 | 35756 | GMR 89346 | 3,880.00 | | | 3,880.00 | 50-02079 | | | 35756 | GMR 89346 | 3,880.00 | |
| 5/11/09 | 35779 | GMR 88322 | 232.00 | | | 232.00 | 52-60106 B | | | | | | |
| 4/17/09 | 35782 | GMR 88489 | 5,295.23 | | | 5,295.23 | 52-60003 | | | | | | |
| 4/22/09 | 35790 | WZR43307 | 1,338.77 | | | 0.00 | 52-60066 | Job total under $2500 | | | | | |
| 4/27/09 | 35818 | 01s 55484 | 575.00 | Paid | 575.00 | 0.00 | 50-01842 | Invoices paid 5-29-09 | | 35818 | 01s 55484 | 0.00 | paid |
| 4/27/09 | 35819 | 01s 55484 | 4,475.00 | | | 0.00 | 50-01842 | work done over 90 days | | | | | |
| 4/28/09 | 35821 | SHR 92124 | 3,834.00 | | | 0.00 | 50-02053 | Could not file due to state regs - Maryland | | 35821 | SHR 92124 | 3,834.00 | |
| 4/30/09 | 35835 | BCR 55506 | 804.60 | | | 804.60 | 52-60050 | | | | | | |
| 4/30/09 | 35837 | GMR89568 | 1,462.64 | | | 0.00 | 52-60060 | Job total under $2500 | | | | | |
| 4/30/09 | 35838 | GMR 88922 | 1,411.86 | | | 0.00 | 52-60073 | work done over 75 days OHIO | | | | | |
| 4/30/09 | 35846 | RMR 22809 | 1,467.00 | | | 1,467.00 | 52-60056 | | | | | | |
| 4/30/09 | 35847 | RMR 22809 | 312.00 | | | 312.00 | 52-60056 | | | | | | |
| 5/11/09 | 35857 | GMR 89861 | 736.30 | | | 736.30 | 52-60106 B | | | | | | |
| 4/30/09 | 35868 | GMR 89100 | 9,000.00 | | | 0.00 | 50-02069 | Waiver sent with invoice | | | | | |
| 5/1/09 | 35870 | LAR 30427 | 2,895.70 | | | 2,895.70 | 50-02062 | | | | | | |
| 5/1/09 | 35871 | SHR 92124 | 5,267.10 | | | 0.00 | 50-02063 | Could not file due to state regs - Louisiana | | | | | |
| 5/1/09 | 35877 | GMR 88119 | 806.00 | | | 806.00 | 50-02059 | | | | | | |
| 5/1/09 | 35878 | PSS 26955 | 1,484.00 | | | 1,484.00 | 50-02070 | | | | | | |
| 5/4/09 | 35879 | LAR 30676 | 969.71 | | | 969.71 | 52-60032 B | | | | | | |
| 5/4/09 | 35880 | LAR 30393 | 2,723.20 | | | 2,723.20 | 52-60031 | | | | | | |
| 5/5/09 | 35888 | GMR 88164 | 1,297.11 | | | 1,297.11 | 52-60034 | | | | | | |
| 5/6/09 | 35900 | GMS 29353 | 4,084.75 | | | 4,084.75 | 52-60107 B | | | | | | |
| 5/6/09 | 35901 | FXR52685 | 1,007.95 | | | 0.00 | 52-60035 | Job total under $2500 | | | | | |
| 5/7/09 | 35907 | PSR 50168 | 1,071.72 | | | 1,071.72 | 52-60043 B | | | | | | |
| 5/7/09 | 35908 | PSR 50168 | 4,411.83 | | | 4,411.83 | 52-60043 B | | | | | | |
| 5/7/09 | 35909 | PSR 50212 | 2,027.50 | | | 2,027.50 | 52-60043 B | | | | | | |
| 5/7/09 | 35910 | PSR 50212 | 1,115.00 | | | 1,115.00 | 52-60043 B | | | | | | |
| 5/8/09 | 35913 | RMR 22809 | 306.00 | | | 306.00 | 52-60056 | | | | | | |
| 5/8/09 | 35920 | GMR 87707 | 185.70 | | | 0.00 | 52-60064 | Could not file due to state regs - Maryland | | | | | |

| Invoice Date | Ferndale Invoice # | GM PO# | Invoice Amount | Voided or Paid | Amount included in lien | Job # | Reason | | Invoices not included | GM PO# | Invoice Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/12/09 | 35958 | GMR 82121 | 312.00 | | 0.00 | 52-50100 | Job total under $2500 | | | | |
| 5/12/09 | 35961 | GMR 88164 | 1,588.96 | | 1,588.96 | 52-60034 | | | | | |
| 5/12/09 | 35962 | GMR 89782 | 2,520.00 | | 2,520.00 | 52-60034 | | | | | |
| 5/12/09 | 35963 | PSR 50168 | 93.00 | | 93.00 | 52-60043 B | | | | | |
| 5/12/09 | 35964 | PSR 50168 | 198.00 | | 198.00 | 52-60043 B | | | | | |
| 5/12/09 | 35965 | PSR 50212 | 93.00 | | 93.00 | 52-60043 B | | | | | |
| 5/13/09 | 35970 | GMR 16307 | 565.23 | | 565.23 | 52-60003 | | | | | |
| 5/13/09 | 35971 | GMR 89782 | 425.00 | | 425.00 | 52-60034 | | | | | |
| 5/14/09 | 35972 | GMR 81808 | 148.03 | | 148.03 | 52-60106 B | | | | | |
| 5/14/09 | 35973 | GMR 89861 | 403.00 | | 403.00 | 52-60106 B | | | | | |
| 5/14/09 | 35974 | GMR 89861 | 276.00 | | 276.00 | 52-60106 B | | | | | |
| 5/14/09 | 35977 | GMR 87707 | 3,834.00 | | 0.00 | 50-02053 | Could not file due to state regs - Maryland | | | | |
| 5/14/09 | 35978 | LAR 30427 | 2,895.00 | | 2,895.00 | 50-02062 | | | 35978 | LAR 30427 | 2,895.00 |
| 5/14/09 | 35979 | GMR 85787 | 1,317.90 | | 1,317.90 | 52-60106 B | | | | | |
| 5/14/09 | 35984 | GMR89767 | 2,310.00 | | 0.00 | 50-02085 | Job total under $2500 | | 35984 | GMR89767 | 2,310.00 |
| 5/14/09 | 35985 | GMR 89785 | 9,000.00 | | 0.00 | 50-02086 | Waiver sent with invoice | | | | |
| 5/14/09 | 35987 | GMR 89783 | 9,000.00 | | 0.00 | 50-02087 | Waiver sent with invoice | | 35987 | GMR 89783 | 9,000.00 |
| 5/14/09 | 35989 | GMR 16307 | 793.00 | | 793.00 | 52-60003 | | | | | |
| 5/21/09 | 36018 | LAR30714 | 2,229.85 | | 0.00 | 52-60031 | Invoice was posted after submitting paperwork for processing | | | | |
| 5/21/09 | 36019 | LAR30714 | 5,099.49 | | 0.00 | 52-60031 | Invoice was posted after submitting paperwork for processing | | | | |
| 5/21/09 | 36020 | GMR90129 | 7,125.29 | | 0.00 | 52-60107 | Invoice was posted after submitting paperwork for processing | | | | |
| 5/21/09 | 36021 | RMR22809 | 239.00 | | 0.00 | 52-60056 | Invoice was posted after submitting paperwork for processing | | | | |
| 5/21/09 | 36022 | GMS33451 | 2,856.00 | | 0.00 | 52-60061 | Invoice was posted after submitting paperwork for processing | | | | |

Voided or Paid:
Total (05-29-2009) : 193,925.43     3,175.95          Not included     30,927.37

Posted after filing liens:
| 5/28/09 | 36061 | GMR81808 | 163.33 | | | | **Included in "cure" amount** |
| 5/29/09 | 36069 | GMS33451 | 1,560.00 | | | | |
| 5/28/09 | 36070 | GMR87707 | 3,834.00 | | | | |
| 5/28/09 | 36070 | GMR87707 | (3,834.00) | | 193,925.43 | Total (05-29-2009) | |
| 5/28/09 | 36070 | GMR87707 | 3,834.00 | | -3,175.95 | Voided or Paid | |
| | | | 5,557.33 | | 5,557.33 | Posted after filing liens | |
| | | | | | 196,306.81 | | |
| | | less cure amount: | -165,379.44 | | | | |
| | | | | | 30,927.37 | balance not included in "cure" amount | |