**MATTA BLAIR, PLC**
**4145 Dublin Dr., Suite # 100**
**Bloomfield Hills, Michigan 48302**
Steven A. Matta
Kellie M. Blair
(248)593-6100
smatta@mattablair.com
kblair@mattablair.com

**Attorneys for the Charter Township of Ypsilanti, Michigan**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
In re:                                          :    Chapter 11
                                                :
General Motors Corporation,                     :    Case No. 09-50026 (REG)
                                                :
             Debtor.                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF PAPERS AND NOTICES**

**PLEASE TAKE NOTICE THAT** pursuant to sections 342(a) and 1109(b) of the Bankruptcy Code, 11 U.S.C. §§ 101-1532, and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters an appearance in the above-captioned cases on behalf of Charter Township of Ypsilanti, Michigan ("Ypsilanti") and requests that all notices given or required to be given, and all papers served or required to be served, in these cases, be given to and served on:

> Steven A. Matta, Esq.
> Matta Blair, PLC
> 4145 Dublin Drive, Suite 100
> Bloomfield Hills, MI 48302
> Telephone: (248) 593-6100
> Fax: (248) 593-6116
> E-Mail: smatta@mattablair.com

**PLEASE TAKE FURTHER NOTICE THAT** this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitation, all orders and notices of any applications, motions, petitions, pleadings, requests, complaints, or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmissions, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way rights or interests of any creditor or party in interest in these cases, with respect to any of the (a) debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek or use; or (2) requires or seeks to require any act, delivery or any property, payment or other conduct by Ypsilanti.

**PLEASE TAKE FURTHER NOTICE THAT** Ypsilanti intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupment to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

                Respectfully submitted,

                MATTA BLAIR, PLC

        By:    /s/ Steve A Matta
                Steven A. Matta (P39718)
                Attorneys for Ypsilanti Township, Michigan
                4145 Dublin Dr., Suite #100
                Bloomfield Hills, Michigan 48302
                (248)593-6100/(248)593-6116 Fax

Dated:  June 23, 2009        smatta@mattablair.com

**MATTA BLAIR, PLC**
**4145 Dublin Dr., Suite # 100**
**Bloomfield Hills, Michigan 48302**
Steven A. Matta
Kellie M. Blair
(248)593-6100
smatta@mattablair.com
kblair@mattablair.com

**Attorneys for the Charter Township of Ypsilanti, Michigan**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :    Chapter 11
                                            :
General Motors Corporation,                 :    Case No. 09-50026 (REG)
                                            :
            Debtor.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 23, 2009, a true and correct copy of the Notice of Appearance and Request for Service of Papers and Certificate of Service was served via the U.S. Postal Service, first class mail upon the following parties, and through the CM/ECF System for the United States Bankruptcy Court for the Southern District of New York:

| | |
|---|---|
| Weil, Gotshal & Manges LLP<br>Attn: Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.,<br>Joseph H. Smolinsky, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 | Cadwalader, Wickersham & Taft LLP<br>Attn: John J. Rapisardi, Esq.<br>One World Financial Center<br>New York, NY 10281 |
| Cleary Gottlieb Steen & Hamilton LLP<br>Attn: James L. Bromley, Esq.<br>One Liberty Plaza<br>New York, NY 10006 | Cohen, Weiss and Simon LLP<br>Attn: Babette Ceccotti, Esq.<br>330 W. 42nd Street<br>New York, NY 10036 |

Vedder Price, P.C.  
Attn: Michael J. Edelman, Esq.  
Michael L. Schein, Esq.  
1633 Broadway, 47th Floor  
New York, NY 10019  

Thomas Moers Mayer, Esq.  
Kenneth H. Eckstein, Esq.  
Gordon Z. Novod, Esq.  
Kramer Levin Naftalis & Franklen, LLP  
1177 Avenue of the Americas  
New York, NY 10036  

Office of the United States Trustee  
for the Southern District of New York  
Attn: Diana G. Adams, Esq.  
33 Whitehall St., 21st Floor  
New York, NY 10004  

By:    /s/ Steven A. Matta