SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700
John Wm. Butler, Jr.

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti
Gregory W. Fox

Attorneys for Delphi Corporation and certain of its subsidiaries and affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
   In re                              :        Chapter 11
                                        :        Case No. 09-50026 (REG)
GENERAL MOTORS                          :        (Jointly Administered)
CORPORATION, et al.,                    :
                                        :
          Debtors.            :
                                        x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NOTICE OF CHANGE OF ADDRESS

      Please take notice that, effective June 22, 2009, the address of the Chicago office of
Skadden Arps Slate Meagher & Flom LLP, Counsel for Delphi Corporation, will change as
follows:

         155 N. Wacker Drive, Suite 2700
         Chicago, IL  60606-1720

      The Firm's and its lawyers' phone numbers, fax numbers, and e-mail addresses have not
been affected by this change.

Dated:  New York, New York
          June 23, 2009

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler, Jr.
John Wm. Butler, Jr.
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720

- and –

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/  Kayalyn A. Marafioti
Kayalyn A. Marafioti
Gregory W. Fox
Four Times Square
New York, New York 10036
Attorneys for Delphi