| | |
|---|---|
| **LOWENSTEIN SANDLER PC** | **JACKSON WALKER L.L.P.** |
| Michael S. Etkin, Esq. | Bruce J. Ruzinsky, Esq. |
| S. Jason Teele, Esq. | D. Elaine Conway, Esq. |
| 1251 Avenue of the Americas, 18th Floor | 1401 McKinney, Suite 1900 |
| New York, New York 10022 | Houston, Texas 77007 |
| | Tel.   (713) 752-4200 |
| -- and -- | Fax:   (713) 752-4221 |
| | |
| 65 Livingston Avenue | |
| Roseland, New Jersey 07068 | |
| Tel:   (973) 597-2500 | |
| Fax:  (973) 597-2400 | |

*Attorneys for Group 1 Automotive, Inc. and its Dealerships in Exhibit A*

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al*., | Case No:  09-50026 (REG) |
| | (Jointly Administered) |
| Debtors. | |

### CERTIFICATION OF SERVICE

**Christine Bernal-Silva**, certifies as follows:

1. I am a legal secretary employed by the law firm of Lowenstein Sandler PC, Counsel to Group 1 Automotive, Inc. and its dealerships Harvey GM, LLC, Howard-GM, Inc., Bob Howard Chevrolet, Inc., Howard-GMII, Inc., Bob Howard Automotive-East, Inc., Maxwell-GMII, Inc. and Lubbock Motors-GM, Inc. (individually and collectively "Group 1"), in the above captioned matter.

2. On June 18, 2009, I caused to be served the "LIMITED OBJECTION OF GROUP 1 AUTOMOTIVE, INC. AND ITS DEALERSHIPS TO NOTICE OF (i) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (ii) CURE COSTS RELATED THERETO", via

-2-

Federal Express and via Email upon the parties and in the manner listed on the annexed service list.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 22, 2009

/s/ Christine Bernal-Silva
Christine Bernal-Silva, Legal Secretary

# SERVICE LIST

**Parties served via Federal Express:**

Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, NY  1000401408

Harvey Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Diana G. Adams, Esq.
Office of the U.S. Trustee
  for the Southern District of NY
33 Whitehall Street, 21st Floor
New York, NY  10004

Michael J. Edelman, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Warren Command Center,
   Mailcode 480-206-114
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

Lawrence S. Buonomo, Esq.
General Motors Corporation
300 Renaissance Center
Detroit, MI 48265

Matthew Feldman, Esq.
U.S. Department of Treasury
1500 Pennsylvania Avenue NW, Rm. 2312
Washington, DC 20220

**Parties served via Email:**

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Kenneth Eckstein, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036