SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile:  (312) 853-7036
Kenneth P. Kansa (admitted *pro hac vice)*
Wendell M. Harp

SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Teresa H. Chan

Counsel for the White Marsh/Memphis Secured Lenders

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- X
In re:                                               :   Chapter 11
                                                     :
GENERAL MOTORS CORP., *et al.*,                      :   Case No. 09-50026 (REG)
                                                     :
                      Debtors.                       :   (Jointly Administered)
---------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             )  s.s.:
COUNTY OF NEW YORK           )

      1.  EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

      2.  I caused to be served a true and correct copy of the LIMITED OBJECTION OF WHITE MARSH/MEMPHIS SECURED LENDER GROUP TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105, 363(b), (f), (k), AND (m) AND 365 AND FED. R. BANKR.

P. 2002, 6004, AND 6006, (I) TO APPROVE (A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) OTHER RELIEF, AND (II) SCHEDULING SALE APPROVAL HEARING AND, IN THE ALTERNATIVE, REQUEST FOR ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. § 363(e); by Federal Express or By Hand and by email or facsimile on the parties listed on the service list annexed hereto as Exhibit "A" on June 19, 2009.

        /s/ Eileen A. McDonnell_____
          EILEEN A. MCDONNELL

Sworn to before me this
23rd day of June 2009

/s/ Liisi  Vanaselja_____
Notary Public, State of New York
No. 01VA6060880
Qualified in Queens County
Commission Expires 06/25/2011

NY1 7007866v.1