## **EXHIBIT "A"**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:   Harvey R. Miller, Esq.
          Stephen Karotkin, Esq.
          Joseph H. Smolinsky, Esq.
Email:  harvey.miller@weil.com
          stephen.karotkin@weil.com
          joseph.smolinsky@weil.com
[EMAIL & FED EX]

Debtors
c/o General Motors Corporation
300 Renaissance Center
Detroit, MI  48265
Attn:  Lawrence S. Buonomo, Esq.
Fax:  (815) 282-6156
[FAX & FED EX]

General Motors Corporation
Cadillac Building
Attn:  Warren Common Center
Mail Code 480-206-1114
3009 Van Dyke Avenue
Warren, MI  48098-9025
Fax:  (815) 282-6156
[FAX & FED EX]

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281
Attn:   John J. Rapisardi, Esq.
Email:  john.rapisardi@cwt.com
[EMAIL & FED EX]

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC  20220
Attn:   Matthew Feldman, Esq.
Email:  matthew.feldman@do.treas.gov
[EMAIL & FED EX]

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY  10019
Attn:   Michael J. Edelman, Esq.
          Michael L. Schein, Esq.
Email: mjedelman@vedderprice.com
          mschein@vedderprice.com
          [EMAIL & FED EX]

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn:   Gordon Z. Novod
Email:  gnovod@kramerlevin.com
[EMAIL & FED EX]

UAW
8000 East Jefferson Avenue
Detroit, MI  48214
Attn:  Daniel W. Sherrick, Esq.
Fax:   (313) 926-5240
[FAX & FED EX]

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006
Attn:   James L. Bromley, Esq.
Email:  jbromley@cgsh.com
          maofiling@cgsh.com
[EMAIL & FED EX]

Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, NY  10036
Attn:   Babette Ceccotti, Esq.
Email:  bceccotti@cwsny.com
[EMAIL & FED EX]

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn:  Diana G. Adams, Esq.
[BY HAND]

U.S. Attorney's Office
S.D.N.Y.
86 Chambers Street
Third Floor
New York, NY  10007
Attn:   David S. Jones, Esq.
          Matthew I. Schwartz, Esq.
Email:  david.jones@usdoj.gov
           matthew.schwartz@usdoj.gov
           [EMAIL & FED EX]

NY1 7007849v.1