**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re:                                                                       :        Chapter 11
                                                                                    :
GENERAL MOTORS CORP., *et al.*,                    :        Case No. 09-50026 (REG)
                                                                                    :
                                                          Debtors        :        Jointly Administered
                                                                                    :
---------------------------------------------------------------X

**WITHDRAWAL OF LIMITED OBJECTION OF CUMMINS INC. TO MOTION OF DEBTORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 364 AUTHORIZING VENDORS TO (I) PAY PREPETITION CLAIMS OF CERTAIN ESSENTIAL SUPPLIERS, VENDORS, AND SERVICE PROVIDERS; (II) CONTINUE TROUBLED SUPPLIER ASSISTANCE PROGRAM; AND (III) CONTINUE PARTICIPATION IN THE UNITED STATES TREASURY <u>AUTO SUPPLIER SUPPORT PROGRAM</u>**

Cummins Inc., by and through its attorneys, Foley & Lardner LLP, hereby withdraws the Limited Objection Of Cummins Inc. To Motion Of Debtors For Entry Of An Order Pursuant To 11 U.S.C. §§ 105, 363 And 364 Authorizing Vendors To (I) Pay Prepetition Claims Of Certain Essential Suppliers, Vendors, And Service Providers; (II) Continue Troubled Supplier Assistance Program; And (III) Continue Participation In The United States Treasury Auto Supplier Support Program (Docket No. 1746), filed on June 17, 2009.

Dated:   June 23, 2009                             FOLEY & LARDNER LLP

                                                                    /s/ Salvatore A. Barbatano
                                                                   Salvatore A. Barbatano (SB0647)
                                                                   500 Woodward Avenue, Suite 2700
                                                                   Detroit, MI 48226-3489
                                                                   Telephone: (313) 234-7100
                                                                   Facsimile: (313) 234-2800

                                                                   -and-

Jill L. Murch (JM2728)
Lars A. Peterson
321 North Clark Street, Suite 2800
Chicago, IL 60654
Tel: (312) 832-4500
Fax: (312) 832-4700

*Attorneys for Cummins Inc.*

2