June 15, 2009

Honorable Robert E. Gerber
c/o Clerk of Courts
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green, Room 621
New York, New York  10004

Dear Sir,

    This letter is written to protest the actions of General Motors Corp. and the National UAW Union.
    First I want to protest to the General Motors Corp. that they bargained in bad faith in negotiating with us for years to give up pay raises, PPH days, vacation and COLA increases to go to the "welfare fund" for our benefits and future <u>retirement security.</u> You encouraged us to invest in your stock and to hold onto it. You told us to always have faith in General Motors to overcome all problems and that we were all one big family. Your General Motors stock is now almost worthless and you are trying to take our investments for our future away through bankruptcy. You have taken away most of our health benefits. You have increased our co-pays and fees so much that we cannot afford them. Those of us 65 years old and or disabled are being forced to pay an $100.00 per month to buy Medicare insurance so that you can pay less out of your insurance obligation.
    Most of us older retirees with our spouses, in our sixties, come from large families. If you multiply our brothers and sisters and our children, and our children's children. Well I think you get the picture. We retirees count for a whole lot of consumers. The retirees I have talked to since you filed bankruptcy and reneged on your trusted obligations to us retirees, all say practically the same thing-SHAME ON YOU. We older retired consumers and our friends will die off but our family and their friends which are also consumers will hopefully be around for a long time say- SHAME ON YOU.
    Family members do not treat family members as you have and still hope to be a member of the family.
    I am formally protesting to the National UAW Union and stating at this time that your actions concerning the now bankrupt General Motors and the Corporations contract with the retiree members are—DISGRACEFUL. You have placed working members against retired members and then denied retired members the right to vote.

1

You forced working members to place major cuts on retirees-or to take major cuts themselves.

The active working members now realize (or at least the ones I have had occasion to speak with) that the wage and benefits that they receive is a result of us the retired memberships actions. They also realize that they now can never retire with security because they set a history setting trend of going back and taking away 40 years of negotiated benefits of past retirees rather than taking major pay cuts themselves which they could possibly regain in years to come. SHAME ON YOU. I think most active members who hope to retire with a pension from General Motors knows they will have to change Unions to feel secure in their retirement that their pay and benefit package will not change.

I have been a proud member of the UAW since 1968 but as of this date I am not a very proud member, just mostly ashamed. I know you have excuses that go on forever as to why you did what you did and I am sure General Motors does too but history has been written.

I realize you probably will not receive very many letters of protest of your actions because most retirees are in a severe state of shock. They are in disbelief that the UAW would allow this injustice to happen. The protest period will have expired before most retirees realize that a protest letter could help everyone involved.

Your actions have forced many, many proud retired members to the edge of poverty. One of my favorite sayings of olden times is "LEST WE FORGET". I think most present employees and retired members of the UAW will live with those words or similar words in their minds for a long, long time.

Yours truly,

*Larry J. Hays*
Larry J. Hays
Disabled Retiree, UAW 1714
7401 Peck Rd.
Ravenna, OH 44266

2