United States Bankruptcy Court

Southern District of New York

Alexander Hamilton Custom House

One Bowling Green Room 621

New York New York 10004

Bankruptcy Court

6/15/2009

The Honorable Robert E. Gerber

United States Bankruptcy Judge

    I Robert S. Gordon a U. A. W. retiree of Local 662 of Anderson, IN I object to the changes of the health care program, Of the Supplemental Agreement of 2007, consering vision & dental care, which is no longer offered.

Legally yours,

Robert S. Gordon