**Richard W. Lenderman, Jr.**
**936 Spinnakers Reach Drive**
**Ponte Vedra Beach, Florida 32082**
**1-904-280-0222**
**dlenderman@gmail.com**

June 15, 2009

Honorable Robert E. Gerber
United States Bankruptcy Judge
United State Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re: General Motors Corporation Case Number 09-50026 (REG)

Dear Sir;

I am unable to file electronically as I am not a lawyer, and apparently do not have access to the electronic system without a registration number.

As an individual bondholder of the Senior Secured debt in the General Motors Corporation, I would like to object to the proposed sale of General Motors assets under the proposed settlement agreement before the court. My claim is in the amount of $500,000, with the securities held in my brokerage accounts at Hilliard Lyons, Inc and Wachovia Securities.

Since I, like many other bondholders, have had no opportunity to participate in any way to the negotiations outside the court, I feel strongly the rights provided by the rule of law would be totally denied me if this "rush to judgment and Big Government cram-down" were to proceed without a full airing of the facts in the case.

Now retired, I spent forty plus years in the investment business, the last thirty of which was in the bond business. I have had some hands on experience with the bankruptcy process and the court ordered distribution of the debtor assets. Never in that time have I had a situation where the Senior Secured Creditors were judged to have a lesser call on the assets than the unsecured creditors. As a non-lawyer, I came to expect that the law was fairly consistent in this matter.

In some cases, of course, the realized value of the assets did not satisfy the claims of all creditors, and a cram down, imposed by the Court, after a full presentation of the facts in the matter, was executed. The distribution

proceeded along the lines of the Bankruptcy Code with Senior Secured Creditors falling in line behind the Governmental taxing authorities.

When I elected to purchase the General Motors bonds, I was very careful to make sure I bought only the Senior Securities with just this history in mind. If the Court allows this backroom settlement to go forward, it seems to me the Bankruptcy Code is forever altered, and investors will never again have a real basis for deciding the risk factors for any investment. That will be a sad day in the history of the greatest nation of law which ever existed.

I would urge the Court to apply the law as written, after a full and complete hearing of the facts and arguments. Please do not allow current politics to override precedent and wisdom.

I trust if after the Court has heard all sides of the issues, then the law, as written, will provide the correct resolution of this case.

Thank you for your consideration of this plea.

Richard W. Lenderman, Jr.