United States Bankruptcy Court
For the Southern District of          June 15, 2009
New York

United States Bankruptcy Court - Clerk: Vito Genna
Southerh District of New York
Judge: Hon Robert E. Gerber - Court room 621
One Bowling Green
New York, New York    10004 - 1408

From: Darlene E. Jewett
38056 Marlene Drive
Clinton Township,
Michigan '48038

In Re: General Motors Corp., et al.,
Debtors

Chapter 11 case. No. 09-50026  ( REG )
tax ID number 38-0572515
( jointly Administered )

OBJECTION TO:
363 Transaction and the other relief requested in the motion: sale hearing to sell substantially all of debtors' assets pursuant to Master Sale and Purchase Agreement with vhicle acquisition holdings L L C, A U.S. Treasury - sponsored purchaser.

Would want to know who receives the Aerospace division ?

I am retired from the defense department.

Thank you,

*Darlene E. Jewett* (signature)
Darlene E. Jewett

attached; copy of objection
mailed to debtors & creditors
addresses.

A LIST :          Copy of Objection to United States Bankruptcy Court
Clerk : Vito Genna   -Southern District of New York

InRe: General Motors Corp., et al .,    Chapter 11 case No. 09-50026 REG

Mailed to Debtors and Creditors :

(a) Weil, Gotshal and Manges LLP      ( attn:) Harvey R. Miller, Esq.,
767 Fifth Avenue                    Stephen Karotkin, Esq., and
New York, New York 10153          Joseph H. Smolinsky, Esq.)

(b) Cadwalader, Wickersham and Taft LLP
One World Financial Center        ( attn:) John J. Rapisardi, Esq.)
New York, New York   101281

(c) creditors

(d) Cleary Gottlieb Steen and Hamilton L L P
One Liberty Plaza                 ( attn:) James L. Bromley, Esq.)
New York, New York   10006

(e) Cohen, Weiss and Simon LLP       ( attn: ) Babette Ceccotti, Esq.)
330 W. 42 nd Street
New York, New York   10036

(f) Vedder, P.C.                        ( attn:) Michael J. Edelman, Esq.
Development Canada    47 th Floor     and Michael L. Schein, Esq.)
1633 Broadway
New York, New York   10019

(g) Office of the United States Trustee
for the Southern District of New York    21st Floor
33 Whitehall Street                ( attn:) Diana G. Adams, Esq.)
New York, New York   1004

(h) United States Attorney's Office
Souther District of New York    3 rd Floor
86 Chambers Street                 ( attn:) David S. Jones, Esq and
New York, New York   10007         Matthew L. Schwartz, Esq. )