James P. Moloy (10301-49)
DANN PECAR NEWMAN & KLEIMAN, P.C.
One American Square, Suite 2300
Indianapolis, IN  46282
(317) 632-3232
(317) 632-2962 (facsimile)
Email: jmoloy@dannpecar.com
*Attorneys for United REMC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., et al., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

## WITHDRAWAL OF OBJECTION TO PROPOSED
## ASSUMPTION OF EXECUTORY CONTRACT

Comes now United REMC, by counsel, and respectfully WITHDRAWS its Objection To Proposed Assumption Of Executory Contract [docket #774] for the reason that Debtors have now acknowledged the correct cure amount that must be paid when such contract is assumed.

Dated: June 24, 2009.

                            Respectfully submitted,

                            UNITED REMC

                            By: /s/ James P. Moloy
                                James P. Moloy, Atty. #10301-49

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June, 2009, I served a copy of the foregoing upon each of the persons listed below by the Court's ECF document delivery system:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI  48090-9025
Attn: Warren Command Center
Mailcode 480-206-114

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Harvey R. Miller, Esq., Stephen
 Karotkin, Esq. and Joseph H. Smolinsky, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220
Attn: Matthew Feldman, Esq.

Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281
Attn: John J. Rapisardi, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY  10019
Attn: Michael J. Edelman, Esq.
 and Michael L. Schein, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn: Diana G. Adams, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn: Thomas Moers Mayer, Kenneth H.
 Eckstein and Gordon Z. Novod

 /s/ James P. Moloy
James P. Moloy