**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re: Chrysler LLC                                    Case No. 09-50002

                                                       Chapter 11

                  Debtor

------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Daniel G. Kielczewski, request admission, *pro hac vice*, before the Honorable Arthur Gonzalez, to represent Inalfa Roof Systems, Inc., a creditor, in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Michigan and the bar of the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 1, 2009                         ABBOTT NICHOLSON, P.C.

                                            By:    /s/Daniel G. Kielczewski
                                                   Daniel G. Kielczewski (P 42875)
                                                   300 River Place, Suite 3000
                                                   Detroit, Michigan 48207-4225
                                                   Phone: (313) 566-2500
                                                   dgkielczewski@abbottnicholson.com

237453:1