UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re: General Motors Corporation

                           Debtor
------------------------------------------------------------x

                          Plaintiff
            v.

                         Defendant
------------------------------------------------------------x

Case No.: 09-50026
Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Kellie M. Blair, request admission, *pro hac vice*, before the Honorable ROBERT E. GERBER, to represent Charter Township of Ypsilanti, a Michigan Municipal Corp. in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 18, 2009
_____, New York

[signature] P58642

*Mailing Address*:

Matta Blair PLC
4145 Dublin Rd, Ste 100
Bloomfield Hills, Mi
*E-mail address*: kblair@mattablair.com
*Telephone number*: (248) 593.6100