UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: General Motors Corporation,

                          Debtor

-----------------------------------------------------------x

                        Plaintiff

               v.

                       Defendant

-----------------------------------------------------------x

Case No.: 09-50026
Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Steven A. Matta, request admission, ***pro hac vice***, before the Honorable ROBERT E. GERBER, to represent the Charter Township of Ypsilanti, a Michigan Municipal Corp. in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 18, 2009
_____, New York

*Mailing Address:*

Matta Blair PLC
4145 Dublin Rd, Ste 100
Bloomfield Hills, Mi
*E-mail address:* smatta@mattablair.com
*Telephone number:* (248) 593.6100