PEPPER HAMILTON LLP
Deborah Kovsky-Apap (DK 6147)
Suite 3600
100 Renaissance Center
Detroit, Michigan 48243
Telephone: 313.259.7110
Facsimile: 313.259.7926
E-mail: kovskyd@pepperlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :    Chapter 11
In re                                                          :
                                                               :    Case No. 09-50026 (REG)
GENERAL MOTORS CORP., *et al.*,                                :
                                                               :
          Debtors.                                             :
                                                               :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 24, 2009, the foregoing *Verified Statement of Pepper Hamilton LLP Pursuant To Federal Rule of Bankruptcy Procedure 2019* was filed electronically and was served electronically on all parties receiving electronic notice. The undersigned further certifies that copies of the Verified Statement were caused to be served via U. S. first-class mail, postage prepaid, on the entities on the attached service list.

Dated: June 24, 2009                          PEPPER HAMILTON LLP

                                              /s/ Deborah Kovsky-Apap
                                              Deborah Kovsky-Apap (DK 6147)
                                              Suite 3600
                                              100 Renaissance Center
                                              Detroit, Michigan 48243
                                              Telephone: 313.259.7110
                                              Facsimile: 313.259.7926
                                              E-mail: kovskyd@pepperlaw.com

#11146511 v1

Diana G. Adams, Esq.
Office of the U.S. Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Harvey Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Matthew Feldman, Esq.
U.S. Department of Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220

Kenneth Eckstein, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center, Mailcode 480-206-114

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019