Exhibit A

| PO Received (HCA) | Invoice # | Invoice Date | Location Issued | Location Shipped | Currency | Amount invoiced in JPY |
|---|---|---|---|---|---|---|
| **100%/90% invoiced, but not paid** | | | | | | |
| RAS90676 | 16522 | 03/19/09 | Warren | Ramos Arizpe | JAPAN | 7,752,392 |
| RAS90676 | 16599 | 04/17/09 | Warren | Ramos Arizpe | JAPAN | 5,103,125 |
| | | **100%/90% invoiced, but not paid** | | | | **12,855,517** |
| **10% invoiced, but not paid** | | | | | | |
| RAS90676 | 16125 | 12/04/08 | Warren | Ramos Arizpe | JAPAN | 533,200 |
| RAS90676 | 16371 | 02/18/09 | Warren | Ramos Arizpe | JAPAN | 1,250,030 |
| RAS90676 | 16373 | 02/18/09 | Warren | Ramos Arizpe | JAPAN | 960,000 |
| RAS90676 | 16525 | 03/01/09 | Warren | Ramos Arizpe | JAPAN | 104,646 |
| RAS90676 | 16524 | 03/18/09 | Warren | Ramos Arizpe | JAPAN | 236,802 |
| RAS90676 | 16527 | 03/20/09 | Warren | Ramos Arizpe | JAPAN | 462,985 |
| RAS90676 | 16526 | 03/20/09 | Warren | Ramos Arizpe | JAPAN | 372,119 |
| RAS90676 | 16602 | 04/14/09 | Warren | Ramos Arizpe | JAPAN | 453,813 |
| RAS90676 | 16601 | 04/14/09 | Warren | Ramos Arizpe | JAPAN | 230,000 |
| RAS90676 | 16600 | 04/15/09 | Warren | Ramos Arizpe | JAPAN | 553,554 |
| RAS90676 | 16760 | 05/28/09 | Warren | Ramos Arizpe | JAPAN | 1,011,914 |
| | | **10% invoiced, but not paid** | | | | **6,169,063** |
| | | **Grand Total Outstanding** | | | | **19,024,580** |

6/23/2009