BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana  46204
Telephone:  (317) 236-1313
Facsimile:  (317) 231-7433
Mark R. Owens, Esq.

*Counsel for Hirata Corporation of America*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*[1] | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

      I, Mark R. Owens, hereby certify that I caused a true and correct copy of the Limited Objection of Hirata Corporation of America to Cure Amount Proposed by the Debtors with Respect to (I) Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m), and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, to (I) Approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (C) Other Related Relief and (II) Schedule Sale Approval Hearing and (II) Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto to be filed via the Court's CM/ECF System and served this 24th day of June, 2009 to the parties listed in the Notice and below via Federal Express.  Notice of this filing will also be sent by operation of the Court's electronic filing system.

---

[1] The Debtors and their respective Tax ID numbers are as follows:  General Motors Corporation, Tax ID No. 38-0572515; Saturn, LLC, Tax ID No. 38-2577506; Saturn Distribution Corporation, Tax ID No. 38-2755764; and Chevrolet-Saturn of Harlem, Inc., Tax ID No. 20-1426707.

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>Attn: Warren Command Center<br>       Mailcode 480-206-114 | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Harvey R. Miller, Esq.<br>       Stephen Karotkin, Esq.<br>       Joseph H. Smolinsky, Esq. |
| U. S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C. 20220<br>Attn: Matthew Feldman, Esq. | Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>Attn: John J. Rapisardi, Esq. |
| Vedder Price, P.C.<br>1633 Broadway<br>47th Floor<br>New York, New York 10019<br>Attn: Michael J. Edelman, Esq.<br>       Michael L. Schein, Esq. | Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004<br>Attn: Diana G. Adams. Esq. |
| Robert D. Wolford, Esq.<br>Miller, Johnson, Snell & Cummiskey, PLC<br>250 Monroe Avenue, N.W.<br>Suite 800<br>Grand Rapids, MI 49503 | Hon. Robert E. Gerber<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green, Room 621<br>New York, NY 10004-1408 |
| Kenneth Eckstein, Esq.<br>Thomas Moers Mayer, Esq.<br>Gordon Novod, Esq.<br>Adam Rogoff, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | |

                                         /s/ Mark R. Owens
                                         Mark R. Owens