June 15, 2009

To whom this Concern:

I object to the proposed agreements. the taking away of the Vision program, I am 64 years old and wear glasses. I object to taking the Dental. I take nexium every day and Can not pay for it without your help.

I object to the taking away of medicare part B Special Benefit $76.30 per month, thats $914.40 per year.

If I had Known you all were going to take everything we worked so hard for I would not have retired. where can I fine a job at now, I con no longer live off of my retirement?

Kathryn Griffin
UAW 909