**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____/

In re:

GENERAL MOTORS CORPORATION,

      Debtor.

Chapter 11

Case No. 09-50026 (reg)

_____/

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

    I, Bruce N. Elliott, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Van-Rob, Inc., a creditor in the above-referenced case.

    I certify that I am a member in good standing of the bar in the State of Michigan.

    My contact information is as follows:

| | |
|---|---|
| Address: | Conlin, McKenney & Philbrick, P.C. |
| | 350 South Main Street, Suite 400 |
| | Ann Arbor, Michigan 48104-2131 |
| Email address: | Elliott@cmplaw.com |
| Telephone number: | (734) 761-9000 |
| Facsimile number: | (734) 761-9001 |

    The required filing fee of $25.00 will be paid contemporaneously with the filing of this motion.

Dated: June 24, 2009

    /s/ Bruce N. Elliott
    Bruce N. Elliott
    Conlin, McKenney & Philbrick, P.C.
    350 South Main Street, Suite 400
    Ann Arbor, Michigan 48104-2131
    Telephone: (734) 761-9000
    Facsimile: (734) 761-9001

M:\ATTY-SHARED\BNE\VAN-ROB\GM BANKRUPTCY\PRO HAC VICE MOTION.WPD