## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

_____/

In re:

GENERAL MOTORS CORPORATION,

    Debtor.

Chapter 11

Case No. 09-50026 (reg)

_____/

### ORDER ADMITTING BRUCE N. ELLIOTT, ESQ. TO PRACTICE, *PRO HAC VICE*

Upon the motion of Bruce N. Elliott to be admitted *pro hac vice*, to represent Van-Rob, Inc. (the "Client"), a creditor in the above-referenced case, and upon the movant's certification that he is a member in good standing of the bar in the State of Michigan, it is hereby

**ORDERED**, that Bruce N. Elliott, Esq. is admitted to practice *pro hac vice* in the above-referenced case and any related cases to represent the Client in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the required filing fee.

Dated:

    New York, New York

                                                    Honorable Robert E. Gerber
                                                    United States Bankruptcy Judge

M:\ATTY-SHARED\BNE\VAN-ROB\GM BANKRUPTCY\PRO HAC VICE ORDER.WPD