United States Bankruptcy Court
Southern District of New York

Chapter 11 Case No.
09-50026 (REG)

In re

General Motors Corp., et al,                Objections

Debtors

I hereby interpose my Objections to the Master Sale and Purchase Agreement submitted for approval by the Court. I am both a bondholder and shareholder of General Motors Corp. I hold the Securities in my individual account, my IRA and my pension account which is also an employee benefit account for my employees. The agreement is unfair in that it prejudices the rights I have as a bondholder and it improperly interferes with

alleges [illegible] never GM as a vendor/dealer and improperly favors other parties who are not in privity of contract with GM regarding the

bonds. —

I respectfully request that the Court deny the application on the grounds that as a bondholder I will suffer irreparable detriment if the agreement is approved.

Respectfully Submitted

Dated: New York, New York
June 19, 2009

*[signature]*

MARGARET ANN BOMBA    (5458)
2 Wall St
NY NY 10005

(212) 573 1112