UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>GENERAL MOTORS CORP, et al.<br><br>Debtors. | Case No. 09-50026 (REG)<br><br>**OBJECTION OF INDIVIDUAL BOND HOLDER, WILLIAM V. OCONNOR, TO THE SALE OF DEBTORS' ASSETS PURSUANT TO MASTER SALE AND PURCHASE AGREEMENT** |

COMES NOW William V. O'Connor an individual bond holder of the Debtors through an Individual Retirement Account with USAA Federal Savings Bank, said bond in the amount of $50,000 plus interest. I hereby object to the proposed Master Sale and Purchase Agreement, dated as of June 1, 2009 and incorporate by reference all pleadings and objections of similarly situated individual bond holders in this matter.

Dated: San Diego, California
June 19th, 2009

IN PRO PER

By: /s/ William V. O'Connor
William V. O'Connor
936 Harding Avenue
Venice, CA 90291
310.292.2271

sd-477650