United States Bankruptcy Court

Southern District of New York

One Bowling Green, Suite 627

New York, New York 10004-1408

Case No. 09-50026

Fax: ▬▬▬▬▬ Redacted by order of Judge Garber

The Honorable Judge Robert E. Gerber,

The union and salaried workers have been working as a team since the beginning of time. Whether the company was called GM or Delphi they worked as one for the good of the company. One sector was no more valuable than the other. So I strongly **object** to the unfair treatment of the union and salaried pensions.

Many of the retirees believe there is a conspiracy theory at work here in GM and Delphi. The ability to break the stronghold the union had on the automotive industry was realized once Delphi declared bankruptcy and started closing plants in the U.S. Now that the UAW has renegotiated their contracts and wage structure with all of the "Big 3" automotive companies, GM is interested in buying back the critical component businesses from Delphi. GM has refused to take on any responsibility for the salaried retirees at Delphi who were an integral part of GM's success. In the mean time, all of the union worker retirees have been returned to GM and allowed to draw their pensions from the GM fund, and continue their health care benefits while GM has turned its back on its salaried obligations.

The only thing left that Delphi has not taken from those who served faithfully is the salaried pension. That too is in danger as the fund is severely underfunded and the prospect of Delphi turning that fund over to the PBGC or forcing the PBGC to seize the pensions are becoming more and more real with each day.

I am respectfully requesting this court to encourage the task force to infuse funds into the salaried hard earned pension plan and require GM to honor their promised obligations. The unfairness of how the pensions are being grossly mishandled is setting a dangerous precedent.

Respectfully,

Susan Muffley

# OBJECTION