KELLEY DRYE & WARREN LLP
David E. Retter
Pamela Bruzzese-Szczygiel
Jennifer A. Christian
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*Counsel for Law Debenture Trust Company*
*of New York, as Proposed Successor Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| GENERAL MOTORS CORP., *et al.* | ) |
| | ) Case No. 09-50026 (REG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## CERTIFICATE OF SERVICE

I, Jennifer A. Christian, hereby certify that on June 24, 2009, a true and correct copy of the *Joinder Of Law Debenture Trust Company Of New York, As Proposed Successor Indenture Trustee, To The Limited Objection Of The Official Committee If Unsecured Creditors To Debtors' Motion Pursuant To 11 U.S.C. §§ 105, 363(b), (f), (k), And (m), And 365 And Fed. R. Bankr. P. 2002, 6004, And 6006, To (I) Approve (A) The Sale Pursuant To The Master Sale And Purchase Agreement With Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser, Free And Clear of Liens, Claims, Encumbrances, And Other Interests; (B) The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; And (C) Other Relief; And (II) Schedule Sale Approval Hearing* was filed via this Court's CM/ECF system and served on June 24, 2009 on those parties listed on the annexed schedule via hand delivery.

*/s/ Jennifer A. Christian*
Jennifer A. Christian

Weil, Gotshal & Manges LLP
Attn:  Harvey R. Miller, Esq.
       Stephen Karotkin, Esq.
       Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153

Kramer Levin Naftalis & Frankel LLP
Attn:  Thomas Moers Mayer, Esq.
       Kenneth H. Eckstein, Esq.
1177 Ave. of the Americas
New York, New York 10036

Cohen, Weiss and Simon LLP
Attn:  Babette Ceccotti, Esq.
330 West 42nd Street
New York, New York 10036

Office of the United States Trustee
for the Southern District of New York
Attn:  Diana G. Adams, Esq.
33 Whitehall Street, 21st Fl.
New York, New York 10004

Cadwalader, Wickersham & Taft LLP
Attn:  John J. Rapisardi, Esq.
One World Financial Center
New York,. New York 10281

Cleary Gottlieb Steen & Hamilton LLP
Attn:  James L. Bromley, Esq.
One Liberty Plaza
New York, New York 10006

Vedder Price, P.C.
Attn:  Michael J. Edelman, Esq.
       Michael L. Schein, Esq.
1633 Broadway, 47th Fl.
New York, New York 10019

U.S. Attorney's Office, S.D.N.Y.
Attn: David S. Jones, Esq.
        Matthew L. Schwartz, Esq.
86 Chambers Street, 3rd Fl.
New York, New York 10007