United States Bankruptcy Court

Southern District of New York

One Bowling Green, Suite 627

New York, New York 10004-1408

Case No. 09-50026

Fax: ▓▓▓▓▓▓▓▓  *Redacted by order of Judge Gerber*

The Honorable Judge Robert E. Gerber,

As a GM salaried employee for well over 20 years before the Delphi spinoff and my subsequent forced retirement, I feel I need to file an **objection** in this matter, addressing the manner in which the Delphi UAW pensions are being treated very differently than the Delphi Salaried pensions.

During my lifelong GM/Delphi career, I not only worked side by side with the hard working union workers, I trained them in the troubleshooting and repairing of the equipment here at the Kokomo E&S facility. We were both a very integral, necessary and equal part in the success of GM. The meshing of the salaried employees and the union workers solidified us as a very effective and profitable GM team.

GM is in the process of taking back several Delphi facilities, Delphi E&S being one of them. Delphi has never been a stand alone company. Since Delphi's spinoff, GM has continued to support them financially then entire time. This amount is not an amount to be taken lightly. Over the course of ten years, GM has infused approximately $18 Billion. This raises another **objection** for me. I believe that if GM wants to take back these necessary facilities, then they should be required to take them back in their entireties. They should not be able to hand pick what they want and leave the rest. The Delphi Salaried Retirees were no less valuable than the union retirees, yet GM chose to take back the unions' pensions when they took back Delphi and chose to leave the salaried retirees to sink or swim. There is nothing "fair and equitable" or honorable in that decision.

The number of Delphi Salaried Retirees is quite insignificant in comparison to the number of GM salaried/union retirees, and taking back those pensions to where they originated from, GM, really should not be fought this aggressively. These pensions should be honored by GM equally as the UAW pensions have been and should not be terminated. The hardships and hard feeling this is causing is unnecessary.

So I am respectfully asking this court to urge the Treasury/Auto Task force to help get the Salaried Retirees Pension Plan fully funded and then require GM to take our once owned GM pensions back.

Respectfully,

*Russ Detterich*
2515 Greentree Lane
Kokomo, In.
46902

**OBJECTION**