Elihu Inselbuch, Esq.
(ei@capdale.com)
Rita C. Tobin, Esq.
(rct@capdale.com)
CAPLIN & DRYSDALE CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Peter Van N. Lockwood, Esq.
(pvnl@capdale.com)
Ronald E. Reinsel, Esq. (*Admitted Pro Hac Vice*)
(rer@capdale.com)
CAPLIN & DRYSDALE CHARTERED
One Thomas Circle
Washington, D.C. 20005
(202) 862-5000

*Attorneys for Mark Buttita, personal representative of Salvatore Buttita*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                         :    Chapter 11
                                                               :
    GENERAL MOTORS CORP., et al.                     :    Case No. 09-50026 (REG)
                                                               :
                      Debtors     :
------------------------------------------------------------X

TO:    Harvey Miller, Esq.
        Stephen Karotkin, Esq.
        Joseph H. Smolinsky, Esq.
        Weil, Gotshal & Manges LLP
        767 Fifth Avenue
        New York, NY 10153

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil

Procedure and Rule 7030 of the Federal Rules of Bankruptcy Procedure, Mark Buttita, an

asbestos creditor and member of the Official Committee of Unsecured Creditors of General

DOC# 331370

Motors Corporation, by his attorneys at Caplin & Drysdale, Chartered, will take the deposition upon oral examination of FREDERICK A. HENDERSON at the offices of Schnader Harrison Segal & Lewis LLP, 140 Broadway, Suite 3100, New York, New York 10005, commencing on June 25, 2009 at 9:00 a.m. and continuing from day to day until completed, with respect to matters relevant to the subject matter of the above- captioned cases.

PLEASE TAKE FURTHER NOTICE, pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure and Rule 7030(b)(2) of the Federal Rules of Bankruptcy Procedure, the deposition will be recorded by one or more of the following: sound, sound-and-visual and/or stenographic means by an individual who is authorized to administer oaths.

You are invited to attend and cross-examine.

Dated: June 24, 2009

CAPLIN & DRYSDALE, CHARTERED

By: _____
Elihu Inselbuch  (EI-2843)
(ei@capdale.com)
Rita C. Tobin
(rct@capdale.com)
375 Park Avenue, 35th Floor
New York, NY  10152-3500

Peter Van N. Lockwood, Esq.
(pvnl@capdale.com)
Ronald E. Reinsel, Esq. (*Admitted Pro Hac Vice*)
(rer@capdale.com)
CAPLIN & DRYSDALE CHARTERED
One Thomas Circle
Washington, D.C.  20005
(202) 862-5000

*Attorneys for Mark Buttita, personal representative of Salvatore Buttita*

2