6-19-2009   3:30 p.m.

From: Carolyn R. Wells
406 W. Pierson Rd
Flint, MI. 48505

TO: United States Bankruptcy Court
Southern District of New York

TO WHOM IT MAY CONCERN:
This is to certify that I, Carolyn R. Wells, am in objection to the approval of the UAW Retiree Settlement Agreement state wide.

In addition, I can be contacted at the above address or phone number: 810-244-0603.

Sincerely,

Carolyn R. Wells

cc: C.R. Wells