# CHARLES F. PRESSER

3621 Rita Lane
Saint James City, FL. 33956
239-738-5962



6/14/2009

United States Bankruptcy Court for the
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Room 621
New York, New York 100004

The Honorable Robert E. Gerber,

United States Bankruptcy Judge

    I am writing to let you know of my displeasure of the MPA, sale of GM to any higher or better offer by a Successful Bidder. I am a 35.3 retiree and strongly appose what the government is forcing on us. This is supposed to be a free country. I also STRONGLY appose of all of the Lawyers that will padding their wallets over this deal. The government should not let them make a dime. What about all of the top executives past and present, what salaries will they be paid, and that goes for the UNION exec's too.

    I can stop all of this and make things a hell of a lot better. Go back in time when [our great government] allowed the JAP'S to bring their cars to this country with no TARRIFFS ""because of foreign trade"". That allowed them to undersell the American auto companies. Make them pay all of the tariffs up to now. Return all of our jobs that went to Mexico because of [our great government] thought that NAFTA was the greatest. All it did was sell us down the river. Stop worrying about foreign trade so much and take of our own. Our great [so called] government is more worried about that than taking care of their own.

    Also all AMERICANS have given up every thing to bring our country back because of a few GREEDY clowns, but I ask you what has our government officials given up. I'll tell you what,,,,,,
SQUAT,,,,,

Sincerely,

*Charles F. Presser*
Charles F. Presser