James W. Ehrman
Admitted *pro hac vice*
KOHRMAN JACKSON & KRANTZ PLL
One Cleveland Center, 20th Floor
1375 East 9th Street
Cleveland, Ohio 44114-1793
Telephone: (216) 696-8700
Facsimile: (216) 621-6536

Counsel for Sunnyside Automotive III, LLC d/b/a Saturn of Middleburg Heights,
Sunnyside Automotive VI, LLC d/b/a Saturn of North Olmsted
Sunnyside Automotive XVII, LLC d/b/a Saturn of Mentor, and
Sunnyside Automotive XVIII, LLC d/b/a Saturn of Chagrin

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11 Case No.** |
| | ) | |
| **GENERAL MOTORS CORP.,** *et al.*, | ) | **09-50026 (REG)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |

## VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019(a)

James W. Ehrman ("**Ehrman**") of Kohrman Jackson & Krantz PLL ("**KJK**") files, pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, this verified statement of KJK's multiple representations in this case:

    1.    The names and addresses of the creditors represented by Ehrman and KJK are:

        A.    Sunnyside Automotive III, LLC d/b/a Saturn of Middleburg Heights
                7700 Pearl Road
                Middleburg Heights, Ohio 44130

        B.    Sunnyside Automotive VI, LLC d/b/a Saturn of North Olmsted
                7700 Pearl Road
                Middleburg Heights, Ohio 44130

        C.    Sunnyside Automotive XVII, LLC d/b/a Saturn of Mentor
                7700 Pearl Road

Middleburg Heights, Ohio 44130

D. Sunnyside Automotive XVIII, LLC d/b/a Saturn of Chagrin
7700 Pearl Road
Middleburg Heights, Ohio 44130

2. The nature and amount of the claims and interests of the entities named in paragraph no. 1 hereof (the "**Sunnyside Dealerships**") and the time of acquisition of said claims and interests are as follows: Each of the Sunnyside Dealerships is a party to a Saturn Distribution Corporation Retailer Agreement in which the other party is Saturn Distribution Corporation (the Debtor in Case No. 09-50028-reg) which is a wholly owned subsidiary of Saturn Corporation (the Debtor in Case No. 09-50027-reg). The effective dates of the agreements are (a) with respect to Sunnyside Automotive III, the 20th day of May, 2008; (b) with respect to Sunnyside Automotive VI, the 20th day of May, 2008; (c) with respect to Sunnyside Automotive XVII, the 15th day of October, 2007; and (d) with respect to Sunnyside Automotive XVIII, the 15th day of October, 2007. Each of the Sunnyside Dealerships have unsecured claims arising from said agreements.

3. The Sunnyside Dealerships are long-time clients of KJK; they retained Ehrman and KJK to represent them in these cases in April 2009.

_____
James W. Ehrman

STATE OF OHIO )
) SS:
COUNTY OF CUYAHOGA )

Affirmed and subscribed in my presence at _CLEVELAND_, Ohio this 24th day of June, 2009.

_____
Notary Public

LINDA M. LEWIS
NOTARY PUBLIC-STATE OF OHIO
My Commission Expires
February 15, 2013

- 2 -

{K0202987.1}

Dated: June 24, 2009

Respectfully submitted,

*/s/ James W. Ehrman*
James W. Ehrman  (Ohio ID #0011006)
Admitted *pro hac vice*
KOHRMAN JACKSON & KRANTZ PLL
One Cleveland Center, 20th Floor
1375 East Ninth Street
Cleveland, Ohio  44114-1793
Telephone: (216) 696-8700
Telecopier: (216) 621-6536
Email: jwe@kjk.com
Counsel for Sunnyside Automotive III, LLC, Sunnyside Automotive VI, LLC, Sunnyside Automotive XVII, LLC, and Sunnyside Automotive XVIII, LLC

- 3 -

{K0203033.1}