James A. Plemmons (*pro hac vice*)
Michael C. Hammer (*pro hac vice*)
DICKINSON WRIGHT PLLC
500 Woodward Ave., Suite 4000
Detroit, MI 48226
Phone: (734) 623-7075
Fax: (734) 623-1925

Attorneys for Chrysler Group LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                         :   Chapter 11
                                                               :
                                                               :   Case No. 09-50026 (REG)
GENERAL MOTORS CORP., *et al.*,                                :
                                                               :   (Jointly Administered)
                          Debtors.                             :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, James A. Plemmons, hereby certify that I am a member of Dickinson Wright PLLC and that, on June 23, 2009, I filed Chrysler Group LLC's *Withdrawal of Objections [Doc Nos. 1640 and 1908] and Reservation of Rights Regarding Cure Amounts* by filing the same with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

In addition, on June 23, 2009 I sent copies of the Objection via Overnight FedEx to:

> Debtors c/o General Motors Corporation
> Cadillac Building, 30009 Van Dyke Avenue
> Warren, Michigan, 48090-9025
> (Attn: Warren Command Center, Mailcode 480-206-114)
>
> U.S. Treasury
> 1500 Pennsylvania Avenue NW
> Room 2312
> Washington D.C. 20220
> (Attn: Matthew Feldman, Esq.).

Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.);

Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, NY 10281 (Attn: John J. Rapisardi, Esq.);

Attorneys for the Creditors Committee: Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Thomas Moers Mayer, Kenneth H. Eckstein, Gordon Z. Novod);

Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, NY 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); and

The Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Diana G. Adams, Esq.).

                DICKINSON WRIGHT PLLC

                By: /s/ James A. Plemmons
                James A. Plemmons (*pro hac vice*)
                500 Woodward Ave., Suite 4000
                Detroit, MI 48226
                Tel: (313) 223-3500
                jplemmons@dickinsonwright.com
                Attorneys for Chrysler Group LLC, on behalf of itself and as agent for Old Carco LLC (formerly known as Chrysler LLC) and Chrysler Motors LLC, pursuant to a Transition Services Agreement dated June 10, 2009

Dated: June 23, 2009