June 19, 2009

Honorable Judge Robert E. Gerber:

This letter is written as a formal objection to handling of the GM Bankruptcy. As a GM/Delphi retiree the major portion of my career was spent at GM and Gm needs to accept responsibility for the Delphi Salaried retirees as a part of the bankruptcy process.

Effective April 1, 2009, some 15,000 GM/Delphi Corporation salaried retirees lost their health care insurance and life insurance benefits. This was only Delphi salaried employees most of which like me spent the majority of their career working directly for GM. In my case 34 years with GM and 6 months with GM. I had no option in this spin off of my job to Delphi.

While hourly workers represented by the United Auto Workers Union have had some limited changes made by the courts order, salary employees are completely losing benefits, which is even more severe than changes being recommended to GM salaried employees. All we are asking for is equal treatment.

GM/Delphi has offered to allow the retirees to continue their coverage at their own expense. In some cases, former employees with pre-existing conditions are being forced to either pay for coverage from Delphi at rates that exceed their pension income, or go without insurance due to their pre-existing condition, which puts them into an uninsurable category.

In the meantime, GM/Delphi has continued to provide its executives with company cars, leased corporate jets for travel and bonuses several times their yearly salaries which are funded by borrowed monies.

The Delphi Retirees have formed a group site available on Yahoo named "Delphi_SR_Network" where information regarding insurance costs and benefit replacement is being shared.

The Delphi Salaried Retirees Association was also formed as a not for profit organization. This organization has retained attorneys to represent the retirees in the bankruptcy court and in the court of appeals. The Association has a website as well where stories are posted regarding the destruction of the lives some of the retirees due to the sudden termination of health care benefits. That site is located at www.delphisalariedretirees.org

The only thing left that Delphi has not taken from those of us that served faithfully is our pension. That too is in danger as the fund is severely underfunded and the prospect of Delphi turning that fund over to the PBGC are becoming more and more real with each day.

I look forward to your contact and support in righting this wrong to the salaried workers of Delphi Corporation.

Again all we ask is equal treatment.

Dean Woodard
7106 Donegal Dr
Onsted, Michigan
49265

734-604-4183



RECEIVED
JUN 22 2009
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK