**conferenceplus**

1051 East Woodfield Road
Schaumburg, Illinois 60173
847 619 6100
847 413 3835 fax
www.conferenceplus.com

June 17, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

RE:   General Motors Corporation
ID #: 09-20026 (REG)
      09-13558 (REG)
      09-50027 (REG)
      09-50028 (REG)

Dear Clerk of the Court:

This letter is written in order to notify the court that since we carry a $0.00 balance. We would like to have our name removed from all mailing lists and future notices from the court. Please let me know if there is a specific form we need to file.

Sincerely,

Mercedes De Vries

Mercedes De Vries
Collection Specialist

JUN 23 2009