6/19/09

United States Bankruptcy Court
One Bowling Green,
New York, NY 10004

To whom it may concern:

My name is Rodney Klein. I am a GM salaried retiree on a total and permanent disability retirement due to complications from type I diabetis. I am concerned if my retirement benefits - i.e. pension, extended disability payments, health insurance, etc. are being addressed during the bankrupty proceedings.

Information I received from GM addresses only UAW members and salary retirees over age 65 (I am 52 years old). I live on a strict budget without extra monies. If I loose benefits my health is likely to deteriorate quickly. I hope and pray that my concerns are being addressed during the GM bankruptcy proceedings.

I received information of the bankruptcy proceedings only yesterday (6/18/09) in the mail.

Sincerely,
Rodney Klein

cc. chambers Dept.

JUN 23 2009

Rodney Klein
2230 Cleveland St. E
Coopersville, MI. 49404
616 677-3617