

To Whom This May Concern,

I object to the GM Bankruptcy. I am a GM Bondholder. My name is Debra Britton. I live at Pobx 43. Lostant, IL. 61334. My phone number is 815-228-9607. The court case is Chapter 11 case number 09-50026 (reg) (jointly Administered).

Sincerely,
Debra A Britton

*Debra A. Britton*

OFFICIAL SEAL
JENNIFER KONCZAK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES JULY 9, 2012

*Jennifer Konczak*
signed on June 19, 2009
at 1:26 p.m.