# Frank Middleton
5871 Starboard Drive
Discovery Bay, CA 94505
Tel: (925) 634-2986
Fax: (925) 634-5150
Email: fmbeta@solagracia.com

June 17, 2009

Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re: General Motors Reorganization

Dear Honorable Robert E. Gerber;

I am appalled at projected distribution in the General Motors Reorganization. As a Bond Holder of General Motors it appears said Bondholders are to receive 15 cents on the dollar while Lenders are to receive 50 cents on the dollar with the UAW receiving 60 to 70 cents on the dollar and banks 100 cents on the dollar.

I understand the Banks position but I do not understand why the UAW gets a recovery nearly five times the Bondholders. This move would heal the UAW at the expense of the shareholders and creditors. It is unfair!

I urge a reconsideration on the General Motors Reorganization.

Thank you for your due deliberation.

Sincerely,

1