HARTER SECREST & EMERY LLP
1600 Bausch & Lomb Place
Rochester, New York 14604
Tel:      (585) 232-6500
Fax:     (585) 232-2152
John R. Weider (pro hac admission pending)
Raymond L. Fink (pro hac admission pending)
Ingrid Schumann Palermo (IS 9868)

Attorneys for Ultralife Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.* | Case No. 09-50026-REG |
| Debtors. | (Jointly Administered) |

## WITHDRAWAL OF OBJECTION BY
## ULTRALIFE CORPORATION TO CURE AMOUNT

Ultralife Corporation ("Ultralife"), by and through its undersigned counsel, Harter Secrest & Emery LLP, hereby withdraws its submitted limited Objection by Ultralife Corporation to Cure Amount dated June 12, 2009 [Docket No. 1019] to the Notice of (I) Debtor's Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property, and (II) Cure Amounts Related Thereto, served upon Ultralife by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") pursuant to this Court's Order Pursuant to 11 U.S.C. §§ 105, 363, and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006 (I) Approving Procedures for Sale of Debtor's Assets Pursuant to Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline and Sale Hearing Date; (III) establishing Assumption and Assignment Procedures; and (IV) Fixing Notice Procedures and

Approving Form of Notice [Docket No. 274], based on an agreement with the Debtors to refer any cure amount dispute that cannot be consensually resolved to binding arbitration.

Dated:   June 24, 2009
         Rochester, New York

            HARTER SECREST & EMERY LLP
            *Attorneys for Ultralife Corporation*


           By:   */s/ Ingrid Schumann Palermo*
            John R. Weider, Esq.
            Ingrid Schumann Palermo, Esq. (IS 9868)
            1600 Bausch & Lomb Place
            Rochester, New York  14604
            Tel:  (585) 232-6500
            Fax:  (585) 232-2152