Wendy Wood

P.O. Box 477

Homewood, CA 96141

530-559-2971

Honorable Robert E. Gerber

United States Bankruptcy Court

Southern District of New York

One Bowling Green

New York, New York 10004-1408

RE: GM Bonds

Dear Judge Gerber:

My husband and I bought GM bonds through a friend in the bond business, David S. Tucker, Jr. with RBC Dain Rauscher. We bought the bonds in 2005 when everyone thought that if GM went down, so would the country. We felt that strongly about the potential of the company and the leadership.

Unfortunately, what we have learned over the years is that the UAW has such a grip on government and GM that we invested in a pension fund with an auto emphasis not a real, functional business. We have read many articles about the wasted compensation for those auto workers without jobs, if my husband and I are without a job, no one gives us compensation, we have to find another job and earn money.

The UAW spends money wastefully, like teenagers whose parents just give them money without accountability. The excessive health care plans are "golden", I wish we could have such health, but we could not afford it.

We invested over $400,000 of our life savings in GM, believing the lies told to us by Rick Waggoner, who obviously owed many favors to many UAW workers.

We hope you treat us fairly, please make the gov't and the UAW endure as much pain and loss as we have. We are taxpayers who hoped to retire but cannot now that a significant part of our "nest egg" has evaporated and appears to not be coming back.

Please be equitable.

Wendy Wood