UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :    Chapter 11
                                            :
General Motors Corporation,                 :    Case No. 09-50026 (REG)
                                            :
            Debtor.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## CERTIFICATE OF SERVICE

Timothy A. Fusco hereby certifies that, on the 24th day of June, 2009, he served a copy of the ***Joint Objection Of Automotive Component Holdings, Ford Motor Company And Ford's Affiliate To Assignment Of And Cure Amounts Related To Assumption And Assignment Of Executory Contracts*** (the "Objection") upon each of the persons listed on the attached Exhibit A, by Federal Express Priority Overnight Delivery.

The Objection was filed with the Court via the Court's CM/ECF system on June 23, 2009 which will also electronically serve a copy of the document upon all registered participants in this matter.

Dated: June 24, 2009               */s/ Timothy A. Fusco*_____
                                   Timothy A. Fusco
                                   Detroit, MI 48226
                                   E-mail: fusco@millercanfield.com
                                   Tel: (313) 496-8435
                                   Fax: (313) 496-8451

EXHIBIT A

SERVICE LIST

The Honorable Robert E. Gerber
Chambers
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408


General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

Attention: Warren Command Center
          Mailcode 480-206-114


Weil, Gotshal & Manges LLP
Attention: Harvey R. Miller, Esq.
Stephen Karotkin, Esq. and
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY 10153


United States Treasury
Attention: Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220


John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Vedder Price, P.C.
Attention: Michael J. Edelman, Esq. and
Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY 10019


Diana G. Adams, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004


Kenneth H. Eckstein, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036


DELIB:3103751.1\029982-00655