ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
Telephone:  (617) 951-7000
Facsimile:  (617) 951-7050
James M. Wilton (*Pro Hac Vice* pending)
James A. Wright III (JW-3007)

*Attorneys for Cross Country Motor Club of California, Inc.*
*and Cross Country Motor Club, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORPORATION, *et al.*, | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

James M. Wilton, Esq. a member in good standing of the bar of the State of

Massachusetts and the U.S. District Court for the District of Massachusetts, requests

admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Cross

Country Motor Club, Inc. and Cross Country Motor Club of California, Inc. ("Cross

Country"), creditors in the above-referenced cases.

Ropes & Gray LLP has an office in this district at 1211 Avenue of the Americas,

New York, NY 10036.  My address is:

> James M. Wilton, Esq.
> ROPES & GRAY LLP
> One International Place
> Boston, MA 02110-2624
> Telephone:  (617) 951-7000
> Facsimile:  (617) 951-7050
> james.wilton@ropesgray.com

11961948_1.DOC

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.


Dated: June 24, 2009
       Boston, MA

                                ROPES & GRAY LLP


                                By: */s/ James M. Wilton*
                                James M. Wilton
                                One International Place
                                Boston, MA 02110-2624
                                Telephone:  (617) 951-7000
                                Facsimile:  (617) 951-7050

11961948_1.DOC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| GENERAL MOTORS CORPORATION, *et al.*, | ) Case No. 09-50026 (REG) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

<u>**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*</u>

James M. Wilton, Esq., a member in good standing of the bar of the State of

Massachusetts and the U.S. District Court for the District of Massachusetts, having

requested admission, ***pro hac vice***, to represent Cross Country Motor Club, Inc. and

Cross Country Motor Club of California, Inc. ("Cross Country"), creditors in the above-

referenced case, it is hereby

**Ordered**,

that James M. Wilton, Esq., is admitted to practice, ***pro hac vice***, in the above referenced

case, in the United States Bankruptcy Court, Southern District of New York, subject to

payment of the filing fee.

Dated:          _____, 2009
                    New York, New York

                                                 _____
                                                 United States Bankruptcy Judge

11961948_1.DOC