HARTER SECREST & EMERY LLP
1600 Bausch & Lomb Place
Rochester, New York 14604
Tel:    (585) 232-6500
Fax:    (585) 232-2152
John R. Weider (pro hac admission pending)
Raymond L. Fink (pro hac admission pending)
Ingrid Schumann Palermo (IS 9868)

Attorneys for Ultralife Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.* | Case No. 09-50026-REG |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2009, I caused **Withdrawal of Objection by Ultralife Corporation to Cure Amount** to be electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF system.

I further certify that on June 24, 2009, I have caused the above-referenced documents to be mailed via UPS next-day delivery to the following:

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Diane G. Adams, Esq.
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 6th Avenue
New York, NY  10036

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC  20220

Michael Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY  10019

Warren Command Center
The Debtors, c/o GM Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI  48090-9025

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal& Manges LLP
767 5th Avenue
New York, NY  10153

_____*s/ Ingrid S. Palermo*_____