*Robert E. McCarthy*
―――――― *Attorney at Law* ――――――

411 West Lake Lansing Road
Building B 100-107
East Lansing, MI 48823-8439

Telephone: (517) 337-2000
Facsimile: (517) 351-4660
Email: BMcCarthylaw@hotmail.com

June 17, 2009

United States Bankruptcy Court
Southern District
One Bowling Green
New York, NY 10004-1408

    RE:    **General Motors Corp., et al**
              **Case No. 09-50026 (REG)**

Dear Sir/Madam:

    Enclosed is a Proof of Service that needs to be filed concerning HCA, Inc.

              Very Truly Yours,

              Robert E. McCarthy

REM/sg
encl.

**UNITED STATES BANKRUPTCY COURT
IN THE SOUTHERN DISTRICT OF NEW YORK**

---

IN RE:

GENERAL MOTORS CORP., *et al.*,

        Debtors.

Chapter 11
Case No. 09-50026 (REG)

(Jointly Administered)

---

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN    )
                            ) ss.
COUNTY OF INGHAM    )

I, Robert E. McCarthy, an attorney, hereby certify that on the 12th day of June, 2009, I caused copies of the **Contract Objection** to be served as follows: (1) via overnight mail from Robert E. McCarthy, postage prepaid, upon the following parties:

**Debtor.** General Motors Corp., Attn. Warren Command Center, Mailcode 480-206-114, Cadillac Building, 30009, Van Dyke Ave., Warren, MI 48090-9025

**Debtor's Counsel.** Weil, Gotshal & Manges LLP, Attn. Harvey R. Miller, Stephen Karotkin, and Joseph Smolinsky, 767 Fifth Ave., New York, NY 10153

**United States Dept. of the Treasury and Its Counsel.** U.S. Treasury, Attn. Matthew Feldman, 1500 Pennsylvania Ave., NW, Room 2312, Washington, DC 20220

Cadwalader, Wickersham & Taft LLP, Attn. John J. Rapisardi, One World Financial Center, New York, NY 10281

**Counsel to Export Development Canada.** Vedder Price, PC, Attn. Michael J. Edelman and Michael Schein, 1633 Broadway, 47th Floor, New York, NY 10019

**Office of United States Trustee.** Office of the United States Trustee, Southern District of New York, Attn. Diana G. Adams, 33 Whitehall Street, 21st Floor, New York, NY 10004

Dated: 6/12/2009

_____
Robert E. McCarthy, Esq. (P28450)
on behalf of HCA, Inc.
411-B W. Lake Lansing Road
East Lansing, MI 48823
tx: (517) 337-2000
fax: (517) 351-4660
E-mail: BMcCarthylaw@hotmail.com