**ORIGINAL**

Sale Approval Hearing Date: June 30, 2009 at 9:45 a.m.
Sale Motion Objection Deadline: June 19, 2009 5:00 p.m.

Terrence E. McCartney, Esq. (TEM9831)
Rheingold, Valet, Rheingold, Shkolnik
    & McCartney LLP
Attorneys for Plaintiff David Szymanak
113 East 37th Street
New York, NY 10016
Phone: (212)684-1880
Fax: (212)689-8156

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                          :     CHAPTER 11
                                                :
GENERAL MOTORS CORP., et al.,                   :     Case No. 09-50026 (REG)
                                                :
                                                :     (Jointly Administered)
                    Debtors.                    :
-----------------------------------------------------------X

## JOINDER OF PLAINTIFF DAVID SZYMANAK IN THE OBJECTIONS OF THE STATES OF CONNECTICUT AND KENTUCKY, THE COMMITTEE OF CONSUMER-VICTIMS OF GENERAL MOTORS CORPORATION AND THE STATES ON THE OMNIBUS OBJECTIONS OF STATES ATTORNEYS GENERAL

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

PLAINTIFF DAVID SZYMANAK, through his attorneys Rheingold, Valet, Rheingold, Shkolnik & McCartney LLP (hereinafter the "Plaintiff"), hereby joins in the Objections filed by the States of Connecticut and Kentucky ("CT/KY"), the Ad Hoc Committee of Consumer-Victims of General Motors Corporation ("the CCV") and the Omnibus Objections of the Attorneys General of numerous States ("the States")(as of this filing, the States were: Arkansas, Arizona, Delaware, Georgia, Idaho, Indiana, Kansas, Louisiana, Maine, Maryland, Michigan, Mississippi, Missouri,

Montana, New Mexico, North Carolina, North Dakota, Ohio, Oklahoma, Utah, Virginia, Washington and West Virginia) to Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m), and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, to (I) Approve (a) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a. U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (b) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (c) Other Relief; and (II) Schedule Sale Approval Hearing (the "Motion") [doc. no. 92] and in support hereof shows:

The Plaintiff has a personal injury action pending against General Motors in the Supreme Court of New York, Broome County, Index No.: 001582/04, arising from a motor vehicle accident in which he suffered severe and permanent injuries. His complaint in that matter alleges that defects in the crashworthiness of the 2001 Chevrolet Blazer, manufactured by General Motors Corporation, in which he was a passenger at the time of the accident, caused his injuries. Plaintiff hereby joins in the Objections made by CT/KY, the CCV and the States and reserves the right to join other objections that are filed.

Plaintiff respectfully submits that certain provisions of the Motion seek relief that is beyond the authority of this Court to order. The Motion seeks to have the proposed Order determine that Vehicle Acquisition Holdings LLC (the so-called "Newco"), a new entity created solely for the purpose of acquiring Debtors' assets, is not a successor or transferee and that no liabilities, such as Plaintiff's if he were to prevail at trial, may be placed on it. The provisions of the proposed Order divest the Plaintiff of substantial legal rights, without any regard for his pending product liability claim, or for state laws that may, when other claim are eventually made, be read to hold otherwise.

09-50026-mg   Doc 2413   Filed 06/19/09   Entered 06/24/09 15:24:27   Main Document
Pg 3 of 5

The Plaintiff submits that this Court should not enter any order depriving him of his legal right to be compensated for the serious injuries he has suffered that were, upon information and belief, caused by defects in the GM product which is the subject of his lawsuit. Any such order would be unfair, in violation of due process, and inconsistent with the public assertions by the President of the United States and the Debtor that consumers using General Motors products have no cause for concern.

The Plaintiff simply cannot sit idly by while General Motors attempts to wipe out his product liability claim without the jury trial that our laws guarantee him. It is the very essence of our civil justice system that Plaintiff is entitled to his day in court before a jury of his peers and yet, if approved, the proposed Order would unfairly and devastatingly strip him of that right.

Wherefore, the Plaintiff respectfully objects to the approval of the Motion or entry of the proposed Order in their current form and requests that Court grant relief only to the extent consistent with the positions taken in the Objections of CT/KY, the CCV and the States, to which he joins, and asks this Court to consider the Legal Arguments made therein as if fully set forth herein.

Dated: June 19, 2009

Respectfully submitted,

TERRENCE E. McCARTNEY (TEM9831)

RHEINGOLD, VALET, RHEINGOLD,
SHKOLNIK & McCARTNEY LLP
113 East 37th Street
New York, NY 10016
(212)684-1880

ATTORNEYS FOR PLAINTIFF DAVID SZYMANAK

CERTIFICATE OF SERVICE

STATE OF NEW YORK   )
                    ) SS:
COUNTY OF NEW YORK  )

MARYBETH FENNELLY, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age, and resides in Glendale, New York.

On **June 19, 2009** deponent served the within **JOINDER OF PLAINTIFF DAVID SZYMANAK IN THE OBJECTIONS OF THE STATES OF CONNECTICUT AND KENTUCKY, THE COMMITTEE OF CONSUMER-VICTIMS OF GENERAL MOTORS CORPORATION AND THE STATES ON THE OMNIBUS OBJECTIONS OF STATES ATTORNEYS GENERAL** upon the following individuals by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Harvey R. Miller, Esq.
        Stephen Karotkin, Esq.
        Joseph H. Smolinsky
**Attorneys for the Debtors**

Cadwalader, Wickershan
& Taft LLP
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi, Esq.
**Attorneys for Purchaser**

Kramer Levin Naftalis
& Frankel
1177 Avenue of the Americas
New York, NY 10036
Attn: Thomas M. Mayer, Esq.
**Attorneys for Creditors Committee**

Cleary Gottlieb Steen
& Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: James L. Bromley, Esq.
**Attorneys for the UAW**

Cohen Weiss & Simon LLP
330 West 42nd Street
New York, NY 10036
Attn: Babette Ceccotti, Esq.
**Attorneys for UAW**

Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esq.
     Michael L. Schein, Esq.
**Attorneys for Export Developments Canada**

Office of the United States Trustee
for the Southern District of NY
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.

U.S. Attorneys Office, S.D.N.Y.
86 Chambers Street, 3rd Floor
New York, NY 10007
Attn: David S. Jones, Esq.
     Matthew L. Schwartz, Esq.

*[signature]*
MARYBETH FENNELLY

Sworn to before me this 19th
day of June, 2009

*[signature]*
NOTARY PUBLIC

Charles Roby
Notary Public, State of New York
No. 6138939
Qualified in Kings County
Commission Expires 12 27 09