K&L GATES LLP
Robert N. Michaelson
599 Lexington Avenue
Telephone: 212.536.3900
Facsimile: 212.536.3901

MONZACK MERSKY MCLAUGHLIN
AND BROWDER
Brian J. McLaughlin
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899-2031
Telephone: (302) 656-8162
Facsimile: (302) 656-2769

Attorneys for Blue Marble
Environmental Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____x
                                   :    Chapter 11 Case No.
In re                              :
                                   :    09-50026 (REG)
GENERAL MOTORS CORP., et al.,      :
                                   :    (Jointly Administered)
                    Debtors.       :
                                   :
_____x

**LIMITED OBJECTION OF BLUE MARBLE ENVIRONMENTAL, INC TO
DEBTORS' INTENT TO (I) ASSUME AND ASSIGN CERTAIN EXECUTORY
CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND
UNEXPIRED LEASES OF NONRESIDENTAL REAL PROPERTY
AND (II) CURE AMOUNTS RELATED THERETO**

Now comes, Blue Marble Environmental, Inc., a Delaware Corporation ("Blue Marble"), a creditor and party in interest, by and through counsel, and respectfully submits its Limited Objection to Debtors' Intent to (I) Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidental Real Property and (II) Cure Amounts Related Thereto and states as follows:

71500

## BACKGROUND

1. On June 1, 2009 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. By Motion dated June 1, 2009 (the "Motion"), General Motors Corporation ("GM") and its debtor subsidiaries, as debtors in possession (collectively, the "Debtors" or the "Company"), sought, among other things, authorization and approval of (a) the sale of substantially all the Debtors' assets pursuant to that certain Master Sale and Purchase Agreement and related agreements (the "MPA") among the Debtors (the "Sellers") and Vehicle Acquisition Holdings LLC (the "Purchaser"), a purchaser sponsored by the United States Department of the Treasury (the "U.S. Treasury") (the "363 Transaction"), free and clear of liens, claims encumbrances, and interests, (b) certain proposed procedures to govern the sale process and provide for the submission of any competing bids for substantially all the Debtors' assets (the "Sale Procedures"), (c) the assumption and assignment of certain executory contracts (the "Contracts") and unexpired leases of personal property and of nonresidential real property (collectively, the "Leases") in connection with the 363 Transaction, (d) that certain settlement agreement between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW") to be executed at the closing of the 363 Transaction (the UAW Retiree Settlement Agreement"), and (e) scheduling a final hearing for approval of the 363 Transaction (the "Sale Hearing").

3. On June 15, 2009, Debtors filed its Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidental Real Property and (II) Cure Amounts Related Thereto.

71500

4.  Blue Marble is a party to an executory contract with Debtors identified by Debtors as: GM Contract ID: GMS 33834; Vendor ID: 60594495.

5.  Pursuant to the Notice, Debtors seek to set the Cure Amount due upon assumption of the Blue Marble Contract at Twenty Thousand Five Hundred Dollars ($20,500.00). A copy of the Cure Amount set forth on Debtors' website is attached hereto, marked as Exhibit "A" and incorporated herein by reference. Blue Marble files its limited objection solely as to the Cure Amount.

### ARGUMENT

6.  Section 365(b) of the Bankruptcy Code provides, in pertinent part:

> (1) If there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee —
>
> > (A) cures, or provides adequate assurance that the trustee will promptly cure, such default;
> >
> > (B) compensates, or provides adequate assurance that the trustee will promptly compensate, a party other than the debtor to such contract or lease, for any actual pecuniary loss to such party resulting from such default; and
> >
> > (C) provides adequate assurance of future performance under such contract or lease.

7.  Section 365(b) mandates that any monetary defaults be cured in their entirety before an executory contract may be assumed. Blue Marble's invoices, attached hereto as Exhibit "B", demonstrates that the Cure Amount due in order to assume the Blue Marble executory contract is Twenty Nine Thousand Seven Hundred Fifty Dollars ($29,750.00.)

WHEREFORE, Blue Marble, a creditor and party in interest, by and through counsel, respectfully requests this Honorable Court to enter an order fixing Blue Marble's cure amount as

71500

Twenty Nine Thousand Seven Hundred Fifty Dollars ($29,750.00.) together with any other relief this Honorable Court deems just.

Dated: June 24, 2009

          K&L GATES LLP

          */s/*

          Robert N. Michaelson, Esquire
          599 Lexington Avenue
          New York, NY 10022
          Telephone: (212) 536-4098
          Facsimile: (212) 536-3901
          E-mail: rmichaelson@klgates.com

          and

          MONZACK MERSKY MCLAUGHLIN
          AND BROWDER
          Brian J. McLaughlin
          1201 N. Orange Street, Suite 400
          P.O. Box 2031
          Wilmington, DE 19899-2031
          Telephone: (302) 656-8162
          Facsimile: (302) 656-2769
          E-mail: bmclaughlin@monlaw.com

          Attorneys for Blue Marble
          Environmental Inc.

71500

# EXHIBIT A

## Contract Notices

User: sf8aq666

My Contracts    Documents & Links

### Supplier Details

**Vendor Master ID: 605944995**

| | |
|---|---|
| Supplier Name: | BLUE MARBLE ENVIRONMENTAL INC |
| Contract Cure Amount: | $20,500.00 |
| # of Contracts: | 2 |

Click here to view Contracts

### Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount | |
|---|---|---|---|---|---|---|
| RD605944995 | GMS33834 | 50109GM | 5/1/2009 | STAYED | $20,500.00 | USD |

**Important Notices:** All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that certain Order Pursuant To 11 U.S.C. §§ 105, 363, And 365 And Fed. R. Bankr. P. 2002, 6004, And 6006(I) Approving Procedures For Sale Of Debtors' Assets Pursuant To Master Sale And Purchase Agreement With Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline And Sale Hearing Date; (III) Establishing Assumption And Assignment Procedures; And (IV) Fixing Notice Procedures And Approving Form Of Notice.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

The proposed cure amounts set forth herein are subject to adjustment to reflect additional invoices processed in GM's accounts payable system that relate to the period before the Commencement Date.
Additionally, the proposed cure amounts set forth herein may not reflect certain debits, chargebacks, claims or other deductions to which GM may be entitled and, in each case, all rights with respect thereto are reserved.
GM is updating this website on a daily basis so please check back if you believe that a discrepancy exists in the invoices processed that relate to the period before the Commencement Date.

Home    Logout                    June 19, 2009 @ 10:58:52 AM                    Copyright ©2009 AlixPartners, LLP    |    (61)

# Contract Notices

User: sf8aq666



My Contracts    Documents & Links

## Supplier Details

Vendor Master ID: **605944995**

| | |
|---|---|
| Supplier Name: | BLUE MARBLE ENVIRONMENTAL INC |
| Contract Cure Amount: | $20,500.00 |
| # of Contracts: | 2 |

Click here to view Contract Cure Amount Details

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
|---|---|---|---|---|---|
| 5716-01100932 | GMS33834 | 605944995 | BLUE MARBLE ENVIRONMENTAL INC | N/A | Noticed |
| 5716-01100933 | GMS33834 | 605944995 | BLUE MARBLE ENVIRONMENTAL INC | N/A | Noticed |

Hover mouse cursor here for Contract Status Legend

**Important Notices:**  All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that certain Order Pursuant To 11 U.S.C. §§ 105, 363, And 365 And Fed. R. Bankr. P. 2002, 6004, And 6006(I) Approving Procedures For Sale Of Debtors' Assets Pursuant To Master Sale And Purchase Agreement With Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline And Sale Hearing Date; (III) Establishing Assumption And Assignment Procedures; And (IV) Fixing Notice Procedures And Approving Form Of Notice.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

The proposed cure amounts set forth herein are subject to adjustment to reflect additional invoices processed in GM's accounts payable system that relate to the period before the Commencement Date.
Additionally, the proposed cure amounts set forth herein may not reflect certain debits, chargebacks, claims or other deductions to which GM may be entitled and, in each case, all rights with respect thereto are reserved.
GM is updating this website on a daily basis so please check back if you believe that a discrepancy exists in the invoices processed that relate to the period before the Commencement Date.

Home    Logout              June 19, 2009 @ 10:59:45 AM              Copyright ©2009 AlixPartners, LLP   (61)

# EXHIBIT B



**Blue Marble Environmental, Inc.**
**2658 Whitman Drive**
**Wilmington, DE 19808**

# INVOICE

| Date | Terms | Due Date |
|---|---|---|
| 5/1/2009 | Net 60 | 6/30/2009 |

GM FSS ABP
Attn: Accounts Payable
PO Box 63490
Phoenix, AZ 85082-3490

| Invoice # | Customer P.O. # | Project # |
|---|---|---|
| 050109GM | GMS33834 | 09001-GM |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| PRXX7363-001 | | Environmental Engineering Bundled Services | 15,500.00 | 15,500.00 |
| PRXX7363-001 | | Environmental Engineering Bundled Services, RCC Block Removal | 5,000.00 | 5,000.00 |

| Phone # | E-mail |
|---|---|
| 302-996-0449 | cen@bluemarbleenvironmental.com |

**Balance Due**  $20,500.00

Remit to above address
Blue Marble's Federal E.I.N. Number is 20-3678897
All Invoices are Payable upon Receipt
Services Charges of 1.5% will be added to all invoices over 30 days



**Blue Marble Environmental, Inc.**
**2658 Whitman Drive**
**Wilmington, DE 19808**



| Date | Terms | Due Date |
|---|---|---|
| 6/1/2009 | Net 60 | 7/31/2009 |

GM FSS ABP
Attn: Accounts Payable
PO Box 63490
Phoenix, AZ 85082-3490

| Invoice # | Customer P.O. # | Project # |
|---|---|---|
| 060109GM | GMS33834 | 09001-GM |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| PRXX7363-001 | | Environmental Engineering Bundled Services | 7,750.00 | 7,750.00 |
| PRXX7363-003 | | Quarterly Audits, Prime Abatement CGA | 1,000.00 | 1,000.00 |

| Phone # | E-mail |
|---|---|
| 302-996-0449 | ceo@bluemarbleenvironmental.com |

**Balance Due**   $8,750.00

Remit to above address
Blue Marble's Federal E.I.N. Number is 20-3678897
All Invoices are Payable upon Receipt
Services Charges of 1.5% will be added to all invoices over 30 days

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____x
In re                              :   Chapter 11 Case No.
                                   :
                                   :   09-50026 (REG)
GENERAL MOTORS CORP., et al.,      :
                                   :   (Jointly Administered)
            Debtors.               :
                                   :
_____x

## CERTIFICATE OF SERVICE

   I, Stacey Tate, certify that I am not less than 18 years of age, and that service of the foregoing document was made on June 24, 2009 via overnight delivery upon:

| | |
|---|---|
| Warren Command Center<br>Mailcode 480-206-114<br>Debtors<br>c/o General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025 | Harvey R. Miller, Esquire<br>Stephen Karotkin, Esquire<br>Joseph H. Smolinsky, Esquire<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Matthew Feldman, Esquire<br>U.S. Treasury<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, DC 20220 | John J. Rapisardi, Esquire<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281 |
| Gordon Z. Novod, Esquire<br>Thomas Moers Mayer, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of The Americas<br>New York, NY 10036 | Michael J. Edelman, Esquire<br>Michael L. Schein, Esquire<br>Vedder Price, O.C.<br>1633 Broadway<br>47th Floor<br>New York, NY 10019 |
| U.S. Trustee<br>Diana G. Adams<br>Office of the United States Trustee<br>33 Whitehall Street<br>21st floor<br>New York, NY 10004 | |

   Under penalty of perjury, I declare that the foregoing is true and correct.

Date: June 24, 2009                          */s/ Stacey Tate*
67053                                        Stacey Tate