ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
James M. Wilton (*Pro Hac Vice pending*)
James A. Wright III (JW-3007)

*Attorneys for Cross Country Motor Club of California, Inc.
and Cross Country Motor Club, Inc*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORPORATION, *et al.*, | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATE OF SERVICE**

I, James A. Wright III, hereby certify that I caused copies of the following document to be served on Wednesday, June 24, 2009 by Federal Express at the addresses indicated on the parties listed in the attached Exhibit A.

   1. Limited Objection Of Cross Country Motor Club, Inc. And Cross Country Motor Club Of California, Inc. To Assumption And Assignment Of Executory Contract And Cure Costs Related Thereto

Dated: Boston, Massachusetts
        June 24, 2009

                                    ROPES & GRAY LLP

                                    /s/ *James A. Wright III*
                                    James A. Wright III (JW-3007)
                                    One International Place
                                    Boston, MA 02110-2624
                                    Telephone: 617-951-7000
                                    Facsimile: 617-951-7050

## Exhibit A

c/o General Motors Corporation
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center
       Mailcode 480-206-114

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq.
      Stephen Karotkin, Esq.
      Joseph H. Smolinsky, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi, Esq.

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attn: Michael J. Edelman, Esq.
      Michael L. Schein, Esq.

Office of the United States Trustee
for the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004