Thomas R. Slome, Esq.
Jil Mazer-Marino, Esq.
**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York  11530-9194
Telephone:  (516) 741-6565
Facsimile:  (516) 741-6706

Russell R. Johnson III, Esq.
John M. Merritt, Esq.
**Law Firm of Russell R. Johnson III, PLC**
2258 Wheatlands Driver
Manakin-Sabot, Virginia  23103
Telephone:  (804) 749-8861
Facsimile:  (804) 749-8862

*Co-Counsel for Suez/VWNA/DEGS of Lansing, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                                         :
In re:                                                   :     Chapter 11
                                                         :
**GENERAL MOTORS CORP.,** *et al.*,          :     Case No. 09-50026 (REG)
                                                         :
           Debtors.                                 :     (Jointly Administered)
                                                         :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jil Mazer-Marino, Esq., hereby certify that on this 24th day of June 2009, I caused a true and correct copy of the *Declaration of Kevin Hooker In Support of Objection of Certain Utility Companies to Motion of Debtors For Entry of Order Pursuant to 11 U.S.C. §§ 105(a) And 366 (I) Approving Debtors' Proposed Form Of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections By Utility Companies, And (III) Prohibiting*

*Utilities From Altering, Refusing, Or Discontinuing Service* to be served upon the Court's ECF System and upon the parties listed below in the manner indicated:

**Debtors via regular mail:**
General Motors Corporation
Attn: Lawrence S. Buonomo, Esq.
300 Renaissance Center
Detroit, Michigan  48265

**Counsel for Debtors via E-mail and regular mail:**
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
E-mail: harvey.miller@weil.com; stephen.karotkin@weil.com; joseph.smolinsky@weil.com

**The United States Trustee via facsimile and regular mail:**
Office of the United States Trustee for the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street
21st Floor
New York, New York  10004
Fax:  212-510-2255

**Counsel for the Purchaser via E-mail and regular mail:**
John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York  10281
john.rapisardi@cwt.com

**Counsel for the U.S. Treasury via fax and regular mail:**
Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C.  20220
Fax:  (202) 622-6415

**Counsel for the EDC via E-mail and regular mail:**
Michael J. Edelman, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York  10019
E-mail: mjedelman@vedderprice.com

**Counsel for the EDC via E-mail and regular mail:**
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York  10019
E-mail:  mschein@vedderprice.com

**Counsel for the Official Committee of Unsecured Creditors via E-mail and regular mail:**
Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
E-mail:  keckstein@kramerlevin.com


**Counsel for the UAW via regular mail:**
UAW
Attn: Daniel W. Sherrick, Esq.
8000 East Jefferson Avenue
Detroit, Michigan  48214

**Counsel for the UAW via E-mail and regular mail:**
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York  10006
E-mail: maofiling@cgsh.com

Babette Ceccotti, Esq.
Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, New York  10036
E-mail: bceccotti@cwsny.com

**Counsel for the U.S. Attorney's Office, S.D.N.Y., via E-mail and regular mail:**
Matthew L. Schwartz, Esq.
The U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street
Third Floor
New York, New York  10007
E-mail: matthew.schwartz@usdoj.gov

**Counsel for the U.S. Attorney's Office, S.D.N.Y., via regular mail:**
David S. Jones, Esq.
The U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street
Third Floor
New York, New York  10007

/s/ Jil Mazer-Marino
Jil Mazer-Marino (JM-6470)

721148