James W. Ehrman
Admitted *pro hac vice*
KOHRMAN JACKSON & KRANTZ PLL
One Cleveland Center, 20th Floor
1375 East 9th Street
Cleveland, Ohio 44114-1793
Telephone: (216) 696-8700
Facsimile: (216) 621-6536

Counsel for Sunnyside Automotive III, LLC d/b/a Saturn of Middleburg Heights,
Sunnyside Automotive VI, LLC d/b/a Saturn of North Olmsted
Sunnyside Automotive XVII, LLC d/b/a Saturn of Mentor, and
Sunnyside Automotive XVIII, LLC d/b/a Saturn of Chagrin

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11 Case No.** |
|  | ) |  |
| **GENERAL MOTORS CORP.,** *et al.*, | ) | **09-50026 (REG)** |
|  | ) |  |
| Debtors. | ) | **(Jointly Administered)** |
|  | ) |  |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 23, 2009 the following pleadings were filed electronically and were served electronically on all parties receiving electronic notice:

- *Notice of Appearance and Request for Notices* by James W. Ehrman and Kohrman Jackson and Krantz PLL as counsel for Sunnyside Automotive III, LLC [Docket no. 2221];

- *Notice of Appearance and Request for Notices* by James W. Ehrman and Kohrman Jackson and Krantz PLL as counsel for Sunnyside Automotive VI, LLC [Docket no. 2223];

- *Notice of Appearance and Request for Notices* by James W. Ehrman and Kohrman Jackson and Krantz PLL as counsel for Sunnyside Automotive XVII, LLC [Docket no. 2224]; and

- *Notice of Appearance and Request for Notices* by James W. Ehrman and Kohrman Jackson and Krantz PLL as counsel for Sunnyside Automotive XVIII, LLC [Docket no. 2226].

- 2 -

The undersigned further certifies that on June 24, 2009 the following pleadings were filed electronically and were served electronically on all parties receiving electronic notice:

- *Verified Statement Pursuant to Bankruptcy Rule 2019(a)* by James W. Ehrman of Kohrman Jackson and Krantz PLL [Docket no. 2391]; and

- This *Certificate of Service*.

The undersigned further certifies that on June 24, 2009 a copy of each of the pleadings listed above was served by regular U.S. Mail, first class postage prepaid, on each of the entities identified on the attached Manual Service List at the addresses indicated.

Dated: June 24, 2009                               Respectfully submitted,

                                                                   */s/ James W. Ehrman*
                                                         James W. Ehrman  (Ohio ID #0011006)
Admitted *pro hac vice*
KOHRMAN JACKSON & KRANTZ PLL
One Cleveland Center, 20th Floor
1375 East Ninth Street
Cleveland, Ohio  44114-1793
Telephone: (216) 696-8700
Telecopier: (216) 621-6536
Email: jwe@kjk.com
Counsel for Sunnyside Automotive III, LLC, Sunnyside Automotive VI, LLC, Sunnyside Automotive XVII, LLC, and Sunnyside Automotive XVIII, LLC

{K0203084.1}

**In re General Motors Corporation, *et al*.**
**Southern District of New York Bankruptcy Case No. 09-50026 (REG)**

**Manual Service List**

| | |
|---|---|
| Diana G. Adams, Esq.<br>Office of the U.S. Trustee for the<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025<br>Attn: Warren Command Center, Mailcode 480-206-114 |
| Harvey Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>new York, NY 10281 |
| Matthew Feldman, Esq.<br>U.S. Department of Treasury<br>1500 Pennsylvania Avenue, NW<br>Room 2312<br>Washington, DC 20220 | Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 |
| Kenneth Eckstein, Esq.<br>Thomas Moers Mayer, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | |

{K0203084.1}