# EXHIBIT A

| | SRA | SRG Global Inc.<br>GIC | Subtotal | Automotive<br>Glass | Guardian |
|---|---|---|---|---|---|
| Cure per GM Contract Notices | $ 2,569,461.13 | $ 479,691.89 | $ 3,049,153.02 | $ 503,118.90 | $ 3,552,271.92 |
| Less: | | | | | |
|    Duplicate Payments | - | (134,977.92) | (134,977.92) | (291,658.58) | (426,636.50) |
|    Scheduled Pmts - ExUS Activity | - | - | - | - | - |
| Adjusted Cure per GM Contract Notices | 2,569,461.13 | 344,713.97 | 2,914,175.10 | 211,460.32 | 3,125,635.42 |
| Add: Open AR/Adjs not on web | 453,229.98 | 152,587.02 | 605,817.00 | 3,676.86 | 609,493.86 |
| Subtotal - AR Cure per Guardian | 3,022,691.11 | 497,300.99 | 3,519,992.10 | 215,137.18 | 3,735,129.28 |
| Add: Commercial Claims | 401,799.00 | - | 401,799.00 | - | 401,799.00 |
| Cure per Guardian | $ 3,424,490.11 | $ 497,300.99 | $ 3,921,791.10 | $ 215,137.18 | $ 4,136,928.28 |