Paul R. Hage
JAFFE RAITT HEUER & WEISS, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Telephone: (248) 351-3000
Fax: (248) 351-3082

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO CURE COST**

PLEASE TAKE NOTICE that Ideal Setech Share the Spare, L.L.C. ("Ideal"), by its undersigned counsel, hereby withdraws its objection to assumption and assignment of certain executory contracts and cure costs related thereto filed on June 12, 2009 [Doc. No. 791].

Respectfully submitted by:

**JAFFE RAITT HEUER & WEISS, P.C.**

By: /s/ Paul R. Hage
Paul R. Hage (P70460)
Counsel to Ideal
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
phage@jaffelaw.com

Dated: June 24, 2009.

1763616