**Sale Approval Hearing Date: June 30, 2009 at 9:45 a.m.**

NEBRASKA ATTORNEY GENERAL JON BRUNING
Leslie C. Levy
Assistant Attorney General
Nebraska State Bar No. 20673
The Nebraska Attorney General's Office
2115 State Capitol Building
Lincoln, Nebraska 68509-8920
Telephone: (402)471-2811
Fax: (402) 471-4725
leslie.levy@nebraska.gov

ATTORNEY FOR THE STATE OF NEBRASKA on behalf of
THE STATES OF ARKANSAS, ARIZONA, CALIFORNIA, CONNECTICUT,
COLORADO, DELAWARE, GEORGIA, IDAHO, IOWA, ILLINOIS, INDIANA,
KANSAS, KENTUCKY, LOUISIANA, MASSACHUSETTS, MARYLAND, MAINE,
MICHIGAN, MINNESOTA, MISSOURI, MISSISSIPPI, MONTANA, NEBRASKA
NORTH CAROLINA, NORTH DAKOTA, NEW JERSEY, NEW MEXICO,
NEVADA, OHIO, OKLAHOMA, PENNSYLVANIA, RHODE ISLAND, UTAH,
VIRGINIA, VERMONT, WASHINGTON, and WEST VIRGINIA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| **GENERAL MOTORS CORP.,** *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| | : | **(Jointly Administered)** |
| Debtors. | : | |

-----------------------------------------------------------------X

**LIMITED OBJECTION OF THE STATES OF ARKANSAS, ARIZONA,
CALIFORNIA, CONNECTICUT, COLORADO, DELAWARE, GEORGIA, IDAHO,
IOWA, ILLINOIS, INDIANA, KANSAS, KENTUCKY, LOUISIANA,**

1

**MASSACHUSETTS, MARYLAND, MAINE, MICHIGAN, MINNESOTA, MISSOURI, MISSISSIPPI, MONTANA, NEBRASKA, NORTH CAROLINA, NORTH DAKOTA, NEW JERSEY, NEW MEXICO, NEVADA, OHIO, OKLAHOMA, PENNSYLVANIA, RHODE ISLAND, UTAH, VIRGINIA, VERMONT, WASHINGTON, and WEST VIRGINIA**

The States of Hawaii, New Hampshire, South Carolina, South Dakota and Wisconsin join the *LIMITED OBJECTION OF THE STATES OF Arkansas, Arizona, California, Connecticut, Colorado, Delaware, Georgia, Idaho, Iowa, Illinois, Indiana, Kansas, Kentucky, Louisiana, Massachusetts, Maryland, Maine, Michigan, Minnesota, Missouri, Mississippi, Montana, Nebraska, North Carolina, North Dakota, New Jersey, New Mexico, Nevada, Ohio, Oklahoma, Pennsylvania, Rhode Island, Utah, Virginia, Vermont, Washington, and West Virginia to Debtors' Sale Motion* [Doc. No. 2043].

Dated: June 24, 2009

Respectfully submitted,

    STATE OF NEBRASKA

    JON BRUNING,
    ATTORNEY GENERAL

    */s/Leslie C. Levy*
    Leslie C. Levy, # 20673
    Assistant Attorney General
    2115 State Capitol Building
    Lincoln, NE 68509-8920
    Tel.: (402) 471-2811
    Fax: (402) 471-4725
    leslie.levy@nebraska.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June, 2009, a true and correct copy of the foregoing was served on all those parties receiving notice through the Court's ECF system and those parties below via U.S. Mail First Class, postage prepaid.

Harvey Miller
Stephen Karotkin
Joseph H. Smolinsky
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

John J. Rapisardi
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

James L. Bromley
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006

Babette Ceccotti
Cohen Weiss and Simon LLP
330 W. 42nd Street
New York, NY  10036

Michael J. Edelman
Michael L. Schein
Vedder Price PC
1633 Broadway  47th Fl.
New York, NY  10019

Diana G. Adams
Office of U. S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY  10004

David S. Jones
Matthew L. Schwartz
U. S. Attorney's Office
86 Chambers Street, 3rd Fl.
New York, NY  10007

Warren Command Center,
Mailcode 480-206-114
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

Matthew Feldman, Esq.  
U.S. Department of Treasury  
1500 Pennsylvania Ave. NW, Room 2312  
Washington, DC 20220  

Kenneth Eckstien, Esq.  
Thomas Moers Mayer, Esq.  
Kramer Levin Naftalis & Frankel LLP  
1177 Avenue of the Americas  
New York, NY 10036  

Lawrence S. Buonomo, Esq.  
General Motors Corporation  
300 Renaissance Center  
Detroit, MI 48265  

Daniel W. Sherrick  
UAW  
8000 E. Jefferson Ave.  
Detroit, MI 48214  

Chambers Copy  
Hon. Robert E. Gerber  
United States Bankruptcy Court  
Southern District of New York  
One Bowling Green, Room 621  
New York, NY 10004-1408  

Dated: <u>June 24, 2009</u>

*/s/   Leslie C. Levy*  
Leslie C. Levy  
Assistant Attorney General