**Hearing Date and Time: June 25, 2009 9:45 a.m. (Eastern Time)**
**Objections Due: June 19, 2009 4:00 p.m. (Eastern Time)**

Barry E. Bressler (admitted *pro hac vice*)
Richard A. Barkasy (admitted *pro hac vice*)
Benjamin P. Deutsch (BD-5435)
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, NY 10005-1101
Phone:  (212) 973-8000
Fax:  (212) 972-8798

*Counsel to the Ad Hoc Committee of Consumer-Victims of General Motors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP, *et al.*, | ) | Case No. 09-50026 (REG) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION OF AD HOC COMMITTEE OF CONSUMER-VICTIMS OF GENERAL MOTORS FOR APPOINTMENT OF OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. §1102(a)(2)

The Ad Hoc Committee of Consumer-Victims of General Motors, by and through its

undersigned counsel, hereby withdraws without prejudice its Motion for the Appointment of an

Official Committee of Tort Claimants.

SCHNADER HARRISON SEGAL
& LEWIS LLP

Dated:  June 24, 2009

By:  /s/ Benjamin P. Deutsch
   Benjamin P. Deutsch (BD-5435)
   bdeutsch@schnader.com
   140 Broadway, Suite 3100
   New York, NY 10005-1101
   Phone:  (212) 973-8000
   Fax:  (212) 972-8798

PHDATA 3206169_1

- and -

Arlin M. Adams, Esquire
    aadams@schnader.com
Timothy K. Lewis, Esquire
    tlewis@schnader.com
Barry E. Bressler, Esquire
    bbressler@schnader.com
Richard A. Barkasy, Esquire
    rbarkasy@schnader.com
Michael J. Barrie, Esquire
    mbarrie@schnader.com
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Phone: (215) 751-2000
Fax:  (215) 751-2205

*Attorneys for the Ad Hoc  Committee of
    Consumer-Victims of General Motors*

PHDATA 3206169_1