ALLARD & FISH, P.C.
2600 Buhl Building
535 Griswold
Detroit, MI 48226
Telephone: (313) 961-6141
Facsimile: (313) 961-6142
Deborah L. Fish

Attorneys for Overhead Conveyor Company

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re: GENERAL MOTORS CORP.,** *et al.*, | Chapter 11 |
| Debtors. | Case No: 09-50026 (REG) |
| | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF OVERHEAD CONVEYOR COMPANY TO NOTICE OF (I)**
**DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE COSTS RELATED THERETO**

Overhead Conveyor Company, withdraws its *Limited Objection of Overhead Conveyor Company to Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases or Personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) Cure Costs Related Thereto* filed June 12, 2009 (Docket No. 887) for the reason that the parties have resolved the objection based on the terms of: (i) the Second Notice received June 19, 2009, Notice of Debtors' Intent to Assume and Assign **Additional** Certain Executory Contracts, Unexpired Leases or Personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) the revised information provided on the contract web-site at contractnotices.com.

[Signature continue on the next page]

Dated:  June 24, 2009                                  Respectfully submitted,

                                                /s/ Deborah L. Fish
Deborah L. Fish
ALLARD & FISH, P.C.
2600 Buhl Building
535 Griswold
Detroit, MI  48226
Telephone:  (313) 961-6141
Facsimile:  (313) 961-6142
P36580

ATTORNEYS FOR OVERHEAD
CONVEYOR COMPANY

U:\OCC\Notice of Withdrawl.Mtn.OCC.doc