UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.*, | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## **MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Keith C. Owens, a member in good standing of the Bar of the State of California and the Bars of the U.S. District Courts for the Central, Southern, Northern, and Eastern Districts of California, the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent CalsonicKansei North America, Inc., a creditor in the above referenced case.

Mailing Address: Foley & Lardner LLP, 555 South Flower Street Suite 3500, Los Angeles, CA 90071-2411

Email Address: kowens@foley.com

Telephone Number: (213) 972-4500

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 24, 2009
      Los Angeles, California

By: */s/* Keith C. Owens
Keith C. Owens
Foley & Lardner LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone: (213) 972-4500
Facsimile: (213) 486-0065

DETR_1206509.1

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.,* | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Keith C. Owens, a member in good standing of the Bar of the State of California and the Bars of the U.S. District Courts for the Central, Southern, Northern, and Eastern Districts of California, the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court, having requested admission, *pro hac vice*, to represent CalsonicKansei North America, Inc., a creditor in the above referenced case,

**ORDERED**,

That Keith C. Owens, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

/s/ _____
UNITED STATES BANKRUPTCY
JUDGE

DETR_1206509.1