Ronald L. Oran
VINSON & ELKINS L.L.P.
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
Tel:  212-237-0000
Fax:  212-237-0100
Email:  roran@velaw.com

*Attorney for AM General LLC &*
*General Engine Products LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                        :        Chapter 11
                                                              :
GENERAL MOTORS CORP., et al.,        :        Case No. 09-50026 (REG)
                                                              :
                      Debtors.                      :        (Jointly Administered)
-----------------------------------------------------------x

### VERIFIED STATEMENT OF MULTIPLE REPRESENTATION PURSUANT TO 2019 OF THE BANKRUPTCY CODE

Vinson & Elkins LLP hereby submits to the Court this Verified Statement of Multiple Representation Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure.

Vinson & Elkins LLP represents the following creditors or parties in interest who have engaged them as counsel, in connection with this case.

**AM General LLC**
105 N. Niles Avenue
P.O. Box 7025
South Bend, IN 46617
Corporate Switchboard (574) 237-6222

**General Engine Products LLC**
2000 Watkins Glenn Drive
P.O. Box 488
Franklin, OH 45005-0488
(734) 523-8889

NewYork 266795v.1

AM General LLC, formerly known as AM General Corporation, holds pre-petition claims and post-petition administrative claim(s) for executory contract rights in this Chapter 11 case.  The amount of the claim is currently unknown.  Counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding.

General Engine Products LLC is a wholly-owned subsidiary of AM General LLC that holds pre-petition claims and post-petition administrative claim(s) for executory contract rights in this Chapter 11 case.  The amount of the claim is currently unknown.  Counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding.

Dated:   June 24, 2009
         New York, New York

VINSON & ELKINS L.L.P.

By: /s/ Ronald L. Oran
Ronald L. Oran
666 Fifth Avenue, 26th Floor
New York, New York 10103-0040
Telephone:  212-237-0000
Facsimile:  212-237-0100
Email: roran@velaw.com

*Attorney for AM General LLC &*
*General Engine Products LLC*

VERIFICATION

       I hereby verify under penalty of perjury that the statements contained herein are true and correct to the best of my knowledge, information and belief.

Dated: June 24, 2009

                                 /s/ Ronald L. Oran
                                Ronald L. Oran


CERTIFICATE OF SERVICE

       I hereby certify that on the 24th day of June, 2009, a copy of the foregoing was filed electronically through the CM/ECF system and served electronically on all parties accepting Notice of Electronic Filing; copies of the foregoing were also served on the following parties via Federal Express overnight delivery:

| | |
|---|---|
| The Debtors<br>c/o General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>Attn: Warren Command Center, Mail code 480-206-114 | Weil, Gotshal & Manges LLP<br>Attorneys for the Debtors<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq. |
| The U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC 20220<br>Attn: Matthew Feldman, Esq. | Cadwalader, Wickersham & Taft LLP<br>Attorneys for the Purchaser<br>One World Financial Center<br>New York, New York 10281<br>Attn: John J. Rapisardi, Esq. |
| Vedder Price, P.C.<br>Attorneys for Export Development Canada<br>1633 Broadway<br>47th Floor<br>New York, New York 10019<br>Attn: Michael J. Edelman, Esq.<br>Michel L. Schein, Esq. | The Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004<br>Attn: Diana G. Adams, Esq. |

3

**NewYork 266795v.1**

| | |
|---|---|
| Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of The Americas<br>New York, NY 10036 | Thomas Moers Mayer<br>Kramer Levin Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |

    /s/ Ronald L. Oran
Ronald L. Oran

4

**NewYork 266795v.1**