UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       :
                                                             :    Chapter 11
                                                             :
GENERAL MOTORS CORP., *et al.*,                              :
                                                             :    Case No. 09-50026 (REG)
                      Debtors.                               :
                                                             :    (Jointly administered)
                                                             :
------------------------------------------------------------ x

### ERRATA TO OBJECTION OF
### THE UNITED STATES TRUSTEE'S OBJECTION TO THE DEBTORS' MOTION
### PURSUANT TO 11 U.S.C. § 363 FOR AN ORDER AUTHORIZING THE DEBTORS TO
### EMPLOY AND RETAIN AP SERVICES, LLC AS CRISIS MANAGERS AND TO
### DESIGNATE ALBERT A. KOCH AS CHIEF RESTRUCTURING OFFICER,
### *NUNC PRO TUNC* TO THE PETITION DATE

The United States Trustee filed an Objection (the "Objection") to the Debtors' Application For an Order Pursuant to Sections 327(a) and 327(b) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing the Employment and Retention of Evercore Group L.L.C. as Investment Banker and Financial Advisor for the Debtors *Nunc Pro Tunc* to the Petition Date dated June 22, 2009.  On that date, the Objection was entered as ECF Doc. No. 2188 .  The United States Trustee has determined that a correction should be made to the Objection, and sets forth the correction herein.

Based upon the foregoing, the Objection should be corrected as follows:

1.    On page 5, paragraph 4, the last sentence of the paragraph currently reads:

"To facilitate this sale, the Government is providing debtor-in-possession financing in the total amount of approximately $50 Billion."

It should be corrected to read:

"To facilitate this sale, the Government has provided a total of approximately $50 billion in pre-petition loans and debtor-in-possession financing."

Dated: New York, New York
       June 24, 2009

                                                Respectfully submitted,

                                                DIANA G. ADAMS
                                                UNITED STATES TRUSTEE

By:    */s/ Tracy Hope Davis*
        Tracy Hope Davis
        Assistant United States Trustee
        33 Whitehall Street, 21st Floor
        New York, New York 10004-1408
        Tel. No. (212) 510-0500