Thomas R. Slome, Esq.
Jil Mazer-Marino, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York  11530-9194
Telephone:  (516) 741-6565
Facsimile:  (516) 741-6706

Russell R. Johnson III, Esq.
John M. Merritt, Esq.
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Driver
Manakin-Sabot, Virginia  23103
Telephone:  (804) 749-8861
Facsimile:  (804) 749-8862

*Co-Counsel for Baltimore Gas and Electric Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                              :
In re:                                        :        Chapter 11
                                              :
GENERAL MOTORS CORP., *et al.*,               :        Case No. 09-50026 (REG)
                                              :
                 Debtors.                     :        (Jointly Administered)
                                              :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

         I, Jil Mazer-Marino, Esq., hereby certify that on this 24th day of June 2009, I caused a

true and correct copy of the *Declaration of Peter Engler In Support of Objection of Certain*

*Utility Companies to Motion of Debtors For Entry of Order Pursuant to 11 U.S.C. §§ 105(a)*

*And 366 (I) Approving Debtors' Proposed Form Of Adequate Assurance of Payment, (II)*

*Establishing Procedures for Resolving Objections By Utility Companies, And (III) Prohibiting*

*Utilities From Altering, Refusing, Or Discontinuing Service* to be served upon the Court's ECF

System and upon the parties listed below in the manner indicated:

**Debtors via regular mail:**
General Motors Corporation
Attn: Lawrence S. Buonomo, Esq.
300 Renaissance Center
Detroit, Michigan  48265

**Counsel for Debtors via E-mail and regular mail:**
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
E-mail: harvey.miller@weil.com; stephen.karotkin@weil.com; joseph.smolinsky@weil.com

**The United States Trustee via facsimile and regular mail:**
Office of the United States Trustee for the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street
21st Floor
New York, New York  10004
Fax:  212-510-2255

**Counsel for the Purchaser via E-mail and regular mail:**
John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York  10281
john.rapisardi@cwt.com

**Counsel for the U.S. Treasury via fax and regular mail:**
Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C.  20220
Fax:  (202) 622-6415

2

**Counsel for the EDC via E-mail and regular mail:**
Michael J. Edelman, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York  10019
E-mail: mjedelman@vedderprice.com

**Counsel for the EDC via E-mail and regular mail:**
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York  10019
E-mail:  mschein@vedderprice.com

**Counsel for the Official Committee of Unsecured Creditors via E-mail and regular mail:**
Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
E-mail:  keckstein@kramerlevin.com

**Counsel for the UAW via regular mail:**
UAW
Attn: Daniel W. Sherrick, Esq.
8000 East Jefferson Avenue
Detroit, Michigan  48214

**Counsel for the UAW via E-mail and regular mail:**
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York  10006
E-mail: maofiling@cgsh.com

Babette Ceccotti, Esq.
Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, New York  10036
E-mail: bceccotti@cwsny.com

**Counsel for the U.S. Attorney's Office, S.D.N.Y., via E-mail and regular mail:**

Matthew L. Schwartz, Esq.
The U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street
Third Floor
New York, New York  10007
E-mail: matthew.schwartz@usdoj.gov

**Counsel for the U.S. Attorney's Office, S.D.N.Y., via regular mail:**

David S. Jones, Esq.
The U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street
Third Floor
New York, New York  10007

/s/ Jil Mazer-Marino
Jil Mazer-Marino (JM-6470)

4

721128