PEPPER HAMILTON LLP
Deborah Kovsky-Apap (DK 6147)
Dennis Kayes (*pro hac vice*)
Suite 3600
100 Renaissance Center
Detroit, Michigan 48243
Telephone:  313.259.7110
Facsimile:  313.259.7926
E-mail: kovskyd@pepperlaw.com
*Counsel for Valeo Sylvania LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| | : | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP., *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |

-----------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF VALEO SYLVANIA LLC TO NOTICE OF (I) DEBTORS INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO

PLEASE TAKE NOTICE that Valeo Sylvania LLC and certain of its affiliates and subsidiaries, through their undersigned counsel, hereby withdraw their objection to assumption and assignment of certain executory contracts and cure costs related thereto filed June 17, 2009 [Docket No. 1675].

Dated:  June 24, 2009               PEPPER HAMILTON LLP

                                    /s/ Deborah Kovsky-Apap
                                    Dennis Kayes (Admitted *Pro Hac Vice*)
                                    Deborah Kovsky-Apap (DK 6147)
                                    Suite 3600
                                    100 Renaissance Center
                                    Detroit, Michigan 48243
                                    Telephone:  313.259.7110
                                    Facsimile:  313.259.7926
                                    E-mail: kovskyd@pepperlaw.com
                                    *Counsel for Valeo Sylvania LLC*

#11164985 v1

PEPPER HAMILTON LLP
Deborah Kovsky-Apap (DK 6147)
Dennis Kayes (*pro hac vice*)
Suite 3600
100 Renaissance Center
Detroit, Michigan 48243
Telephone:  313.259.7110
Facsimile:  313.259.7926
E-mail: kovskyd@pepperlaw.com
*Counsel for Valeo Sylvania LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | : | Chapter 11 |
|---|---|---|
| In re | : | |
| | : | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP., *et al.,* | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |

------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 24, 2009, copies of the Notice of Withdrawal of Limited Objection of Valeo Sylvania LLC to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto, were served upon the following entities via overnight courier:

Diana G. Adams, Esq.
Office of the U.S. Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

Warren Command Center, Mailcode 480-206-114
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

Harvey Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.

-2-

#11164985 v1

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Matthew Feldman, Esq.
U.S. Department of Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC  20220

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY  10019

Kenneth Eckstein, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Chambers Copy
Hon. Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, NY 10004-1408

        PEPPER HAMILTON LLP

        /s/ Deborah Kovsky-Apap
        Dennis Kayes (Admitted *Pro Hac Vice*)
        Deborah Kovsky-Apap (DK 6147)
        Suite 3600
        100 Renaissance Center
        Detroit, Michigan 48243
        Telephone:  313.259.7110
        Facsimile:  313.259.7926
        E-mail: kovskyd@pepperlaw.com
        *Counsel for Valeo Sylvania LLC*

Dated:  June 24, 2009

#11164985 v1