Elihu Inselbuch, Esq.
(ei@capdale.com)
Rita C. Tobin, Esq.
(rct@capdale.com)
CAPLIN & DRYSDALE CHARTERED
375 Park Avenue, 35th Floor
New York, NY  10152-3500

Peter Van N. Lockwood, Esq.
(pvnl@capdale.com)
Ronald E. Reinsel, Esq. (*Admitted Pro Hac Vice)*
(rer@capdale.com)
CAPLIN & DRYSDALE CHARTERED
One Thomas Circle
Washington, D.C.  20005
(202) 862-5000

*Attorneys for Mark Buttita, personal representative of Salvatore Buttita*


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                    :
In re                                                               :     Chapter 11 Case No.
                                                                    :
GENERAL MOTORS CORP., *et al.*                                      :     09-50026 (REG)
                                                                    :
                                        Debtors.                    :     (Jointly Administered)
                                                                    :
------------------------------------------------------------------X


AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK )

   Eugenia Benetos, being duly sworn, deposes and says: I am not a party to

within this action, am over 18 years of age and reside in Astoria, New York.

- 1 -

On the 24th day of June, 2009, I caused to be served Notice of Deposition of

Frederick A. Henderson on the parties listed below by Handy Delivery and Federal

Express as designated.

All other parties entitled to notice via E-mail through the Court's ECF System.

Eugenia Benetos

Sworn to before me this
24th day of June, 2009.

Notary Public

LAUREN KARASTERGIOU
Notary Public, State of New York
No. 01KA4705838
Qualified in New York County
Commission Expires June 12, 20 10

**VIA HAND DELIVERY:**

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
WEIL, GOTSHAL & MANGES LLP
Counsel for Debtors
767 Fifth Avenue
New York, New York 10153

**VIA FEDERAL EXPRESS:**

Court of the Clerk
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

- 2 -

- 3 -

Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green—Room 627
New York, NY 10004-1408

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
Attorneys for the Purchaser
One World Financial Center
New York, New York 10281

Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
Counsel for the Official Committee
1177 Avenue Of The Americas
New York, New York 10036

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
Counsel for the UAW
One Liberty Plaza
New York, New York 10006

Babette Ceccotti, Esq.
Cohen, Weiss and Simon LLP
Counsel for the UAW
330 W. 42nd Street
New York, New York 10036

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
Counsel for Export Development Canada
1633 Broadway—47th Floor
New York, New York 10019

Diana G. Adams, Esq.
Brian S. Masumoto, Esq.
United Stated Department Of Justice
Office of the United States Trustee
33 Whitehall Street—21st Floor
New York, New York 10004

David S. Jones, Esq.
Matthew L. Schwartz, Esq.
U.S. Attorney's Office-SDNY
86 Chambers Street—Third Floor
New York, New York 10007

Andrew N. Rosenberg, Esq.
Margaret A. Phillips, Esq.
Matthew R. Scheck, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Counsel to the Informal Group of Holders
Of General Motors Unsecured Notes
1285 Avenue Of The Americas
New York, New York 10019-6064

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center
Mailcode: 480-206-114

U.S. Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue, NW—Room 2312
Washington, DC 20220