Richard J. Bernard
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorney for Shiloh Industries, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------- x
In re:                                               :
                                                     :   Chapter 11 Case No.
GENERAL MOTORS CORP., *et al.*,                      :
                                                     :   09-50026 (REG)
                    Debtors.                         :
                                                     :   (Jointly Administered)
                                                     :
---------------------------------------------------- x

**WITHDRAWAL OF LIMITED OBJECTION OF SHILOH INDUSTRIES, INC.**
**TO PROPOSED CURE AMOUNT**

TO THE HONORABLE JUDGE ROBERT E. GERBER:

      Attorney for Shiloh Industries, Inc., by and through its undersigned attorney, hereby withdraws its *Limited Objection of Shiloh Industries, Inc. to Proposed Cure Amount* [Docket No. 1349].

Dated:  June 24, 2009                    Respectfully submitted,

                                                       */s/ Richard J. Bernard*
                                                       Richard J. Bernard
                                                       BAKER & HOSTETLER LLP
                                                       45 Rockefeller Plaza
                                                       New York, New York  10111
                                                       Telephone:  (212) 589-4200
                                                       Facsimile:  (212) 589-4201
                                                       E-mail:  rbernard@bakerlaw.com

                                                       *Attorney for Shiloh Industries, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 24, 2009 the foregoing *Withdrawal of Limited Objection of Shiloh Industries, Inc. to Proposed Cure Amount* was served by regular U.S. mail, postage prepaid, on the persons listed below:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan  48090-9025
Attn:  Warren Common Center
Mailcode 480-206-114

*The Debtors*

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C.  20220
Attn:  Matthew Feldman, Esq.

*U.S. Treasury*

Vedder Price, P.C.
1633 Broadway
47th Floor
New York, New York  10019
Attn:  Michael J. Edelman, Esq.
Michael L. Schein, Esq.

*Counsel for Export Development Canada*

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York  10036
Attn:  Thomas Moers Mayer, Esq.
Kenneth H. Eckstein, Esq.
Gordon Z. Novod, Esq.

*Counsel for the Official Committee of Unsecured Creditors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn:  Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.

*Counsel for the Debtors*

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York  10281
Attn:  John J. Rapisardi, Esq.

*Counsel for the Purchaser*

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York  10004
Attn:  Diana G. Adams, Esq.

*United States Trustee*

/s/ Richard J. Bernard
Richard J. Bernard
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201