UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                          :     Chapter 11
                                               :
GENERAL MOTORS CORP., *et al.*,                :     Case No. 09-50026 (REG)
                                               :
         Debtors.                              :     (Jointly Administered)
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, James E. Farrah, hereby certify that on June 19, 2009, true and correct copies of:

(1) *Limited Objection of LBA Realty Fund III – Company IX, LLC and PRU/SKS Brannan Associates LLC to Motion of Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364 (i) Authorizing the Debtors to Obtain Postpetition Financing on an Immediate, Interim Basis, and (ii) Granting Superpriority Claims and Liens, etc*; and

(2) *Limited Objection of LBA Realty Fund III – Company IX, LLC and PRU/SKS Brannan Associates LLC to Motion of Debtors for Entry of Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507 (i) Authorizing Use of Cash Collateral, (ii) Granting Adequate Protection to the Revolver Secured Parties, (iii) Granting Adequate Protection to the Term Loan Secured Parties, and (iv) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001*,

were filed via this Court's CM/ECF system and served on those parties listed on the annexed schedule via FedEx Standard Delivery.

By: _____
James E. Farrah

| | |
|---|---|
| General Motors Corporation<br>Attn: Warren Command Center<br>Mailcode 480-206-114<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>**Via FedEx** | Weil, Gotshal & Manges LLP<br>Attn: Harvey R. Miller, Esq.,<br>Stephen Karotkin, Esq., and<br>Joseph H. Smolinsky, Esq.<br>767 Fifth Avenue<br>New York, NY 10153<br>**Via FedEx** |
| The U.S. Treasury<br>Attn: Matthew Feldman, Esq.<br>1500 Pennsylvania Avenue NW, RM 2312<br>Washington, DC 20220<br>**Via FedEx** | Cadwalader, Wickersham & Taft LLP<br>Attn: John J. Rapisardi, Esq.<br>One World Financial Center<br>New York, NY 10281<br>**Via FedEx** |
| Kramer Levin Naftalis & Frankel LLP<br>Attn: Gordon Z. Novod<br>1177 Avenue of the Americas<br>New York, NY 10036<br>**Via FedEx** | Vedder Price, P.C.<br>Attn: Michael J. Edelman, Esq., and<br>Michael L. Schein, Esq.<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>**Via FedEx** |
| The Office of the U.S. Trustee for the Southern District of New York<br>Attn: Diana G. Adams, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>**Via FedEx** | |
| | |

NY01/FARRJ/1360028.1