UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Case No. 09-50026 (REG) |
| | : | |
| GENERAL MOTORS CORP, *et al.,* | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2009, I caused to be filed by electronic filing with the United States Bankruptcy Court for the Southern District of New York the Objection of Atlas Industrial Contractors, Inc. to Debtors' Notice of Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property, using the ECF system which will send notification of such filing to registered users in the case; and to be served via E-Mail or FedEx on the following at the addresses set forth below:

Diana G. Adams, Esq.
Office of the U.S. Trustee for the Southern, District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

Harvey Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
harvey.miller@weil.com
stephen.karotkin@weil.com
joseph.smolinsky@weil.com

Warren Command Center
Mailcode 480-206-114
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
john.rapisardi@cwt.com

Matthew Feldman, Esq.
U.S. Department of Treasury
1600 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220

Kenneth Eckstein, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, new York 10036
keckstein@kramerlevin.com
tmayer@kramerlevin.com

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
mjedelman@vedderprice.com
mschein@vedderprice.com

Chambers Copy
Hon. Robert E. Gerber
United States Bankruptcy Court
Southern District of new York
One Bowling Green, Room 621
New York, New York 10004-1408

Dated: New York, New York
         June 24, 2009

                              BAKER & HOSTETLER LLP
                              By: /s/ Richard J. Bernard
                                   Richard J. Bernard