UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.*, | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## PRIVACY ACT ORDER

The United States Department of the Treasury (the "Treasury Department"), having been served with discovery in this Chapter 11 proceeding, and expecting to object to certain discovery on the ground that the Treasury Department is prohibited from such production by the Privacy Act of 1974, 5 U.S.C. § 552a, and it appearing that such disclosure is in the interests of justice and is subject to the Confidentiality Order being entered simultaneously herewith, it is

ORDERED, that:

1. To the extent that the Treasury Department objects to any information or material sought by any interested party during the course of this action on the ground that such production is prohibited by the Privacy Act of 1974, 5 U.S.C. § 552a, the Treasury Department's objections are overruled and the Treasury Department shall produce the requested documents and other information or material. *See* 5 U.S.C. § 552a(b)(11).

2. This Order is without prejudice to any other objections the Treasury Department may have to any party's discovery requests.

SO ORDERED this **24th** day of ***June***, 2009

*/s/ Robert E. Gerber*
HON. ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE

**AGREED TO BY:**

| | | |
|---|---|---|
| Dated: | New York, New York _____, 2009 | WEIL GOTSHAL & MANGES LLP *Attorneys for the Debtors* <br><br> Harvey R. Miller, Esq. <br> Steven Karotkin, Esq. <br> Joseph H. Smolinsky, Esq. <br> 767 Fifth Avenue <br> New York, New York 10153 |
| Dated: | New York, New York _____, 2009 | KRAMER LEVIN NAFTALIS & FRANKEL LLP *Proposed attorneys for the Official Committee of Unsecured Creditors* <br><br> Thomas Moers Mayer, Esq. <br> Kenneth H. Eckstein, Esq. <br> Gordon Novod, Esq. <br> 1177 Avenue of the Americas <br> New York, New York 10036 |
| Dated: | New York, New York June 23, 2009 | LEV L. DASSIN <br> Acting United States Attorney for the Southern District of New York *Attorney for the United States* <br><br> David S. Jones <br> Jeffrey S. Oestericher <br> Matthew L. Schwartz <br> Joseph N. Cordaro <br> 86 Chambers Street <br> New York, New York 10007 |

2

SO ORDERED this ___ day of _____, 2009

_____
HON. ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE

**AGREED TO BY:**

| | | |
|---|---|---|
| Dated: | New York, New York<br>_____, 2009 | WEIL GOTSHAL & MANGES LLP<br>*Attorneys for the Debtors* |

_____
Harvey R. Miller, Esq.
Steven Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153

| | | |
|---|---|---|
| Dated: | New York, New York<br>June 23, 2009 | KRAMER LEVIN NAFTALIS &<br>FRANKEL LLP<br>*Proposed attorneys for the Official<br>Committee of Unsecured Creditors* |

/s/ Gordon Z. Novod
_____
Thomas Moers Mayer, Esq.
Kenneth H. Eckstein, Esq.
Gordon Novod, Esq.
1177 Avenue of the Americas
New York, New York 10036

| | | |
|---|---|---|
| Dated: | New York, New York<br>_____, 2009 | LEV L. DASSIN<br>Acting United States Attorney for<br>the Southern District of New York<br>*Attorney for the United States* |

_____
David S. Jones
Jeffrey S. Oestericher
Matthew L. Schwartz
Joseph N. Cordaro
86 Chambers Street
New York, New York 10007

2

**AGREED TO BY:**

| | | |
|---|---|---|
| Dated: | New York, New York<br>6/23, 2009 | KENNEDY, JENNIK & MURRAY<br>*Attorneys for the IUE-CWA*<br><br>*/s/ Susan M. Jennik*<br>Thomas M. Kennedy, Esq.<br>Susan M. Jennik, Esq.<br>113 University Place, 7th Floor<br>New York, New York 10003 |
| Dated: | New York, New York<br>_____, 2009 | LEVY RATNER, P.C.<br>*Attorneys for the United Steelworkers*<br><br>_____<br>Suzanne Hepner, Esq.<br>80 Eighth Avenue, 8th Floor<br>New York, New York 10011 |
| Dated: | New York, New York<br>_____, 2009 | GORLICK KRAVITZ &<br>LISTHAUS, P.C.<br>*Attorneys for International Union of Operating Engineers*<br><br>_____<br>Barbara Mehlsack, Esq.<br>17 State Street<br>New York, New York 10004 |

3

**AGREED TO BY:**

Dated:    New York, New York            KENNEDY, JENNIK & MURRAY
          _____, 2009              *Attorneys for the IUE-CWA*


                                        _____
                                        Thomas M. Kennedy, Esq.
                                        Susan M. Jennik, Esq.
                                        113 University Place, 7th Floor
                                        New York, New York 10003

Dated:    New York, New York            LEVY RATNER, P.C.
          __4|24__, 2009                *Attorneys for the United Steelworkers*

                                        _____
                                        Suzanne Hepner, Esq.
                                        80 Eighth Avenue, 8th Floor
                                        New York, New York 10011

Dated:    New York, New York            GORLICK KRAVITZ &
          _____, 2009              LISTHAUS, P.C.
                                        *Attorneys for International Union of*
                                        *Operating Engineers*


                                        _____
                                        Barbara Mehlsack, Esq.
                                        17 State Street
                                        New York, New York 10004

**AGREED TO BY:**

| | | |
|---|---|---|
| Dated: | New York, New York<br>_____, 2009 | KENNEDY, JENNIK & MURRAY<br>*Attorneys for the IUE-CWA*<br><br>_____<br>Thomas M. Kennedy, Esq.<br>Susan M. Jennik, Esq.<br>113 University Place, 7th Floor<br>New York, New York 10003 |
| Dated: | New York, New York<br>_____, 2009 | LEVY RATNER, P.C.<br>*Attorneys for the United Steelworkers*<br><br>_____<br>Suzanne Hepner, Esq.<br>80 Eighth Avenue, 8th Floor<br>New York, New York 10011 |
| Dated: | New York, New York<br>_____, 2009 | GORLICK KRAVITZ &<br>LISTHAUS, P.C.<br>*Attorneys for International Union of Operating Engineers*<br><br>*/s/ Barbara Mehlsack*<br>Barbara Mehlsack, Esq.<br>17 State Street<br>New York, New York 10004 |

3

**AGREED TO BY:**

Dated:  Chicago, Illinois
        6/23, 2009

THE COLEMAN LAW FIRM
*Attorneys for Callan Campbell, et al.*

_____
Steve Jakubowski, Esq.
Elizabeth Richert, Esq.
77 West Wacker Drive, Suite 4800
Chicago, Illinois 60601

Dated:  New York, New York
        6/24, 2009

PUBLIC CITIZEN LITIGATION GROUP
*Attorneys for Center for Auto Safety, et al.*

_____
Adina H. Rosenbaum, Esq.
Allison M. Zieve, Esq.
1600 20th Street, N.W.
Washington, D.C. 20009

4

**AGREED TO BY:**

Dated:   New York, New York
         June 23, 2009

SCHNADER HARRISON SEGAL
& LEWIS LLP
*Attorneys for the Ad Hoc Committee
Of Consumer Victims of General
Motors*

_____
Benjamin P. Deutsch, Esq.
140 Broadway, Suite 3100
New York, New York 10005

- and -

_____
Barry E. Bressler, Esq.
Richard A. Barkasy, Esq.
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

5