Richard J. Bernard
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorney for Cloyes Gear and Products, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------ x
In re:                                           :
                                                 :   Chapter 11 Case No.
GENERAL MOTORS CORP., et al.,                    :
                                                 :   09-50026 (REG)
                          Debtors.               :
                                                 :   (Jointly Administered)
                                                 :
------------------------------------------------ x
```

### WITHDRAWAL OF LIMITED OBJECTION OF CLOYES GEAR
### TO PROPOSED CURE AMOUNT

TO THE HONORABLE JUDGE ROBERT E. GERBER:

      Cloyes Gear and Products, Inc., by and through its undersigned attorney, hereby withdraws its *Limited Objection of Cloyes Gear and Products, Inc. to Proposed Cure Amount* [Docket No. 1347].

Dated: June 24, 2009                          Respectfully submitted,

                                                          */s/ Richard J. Bernard*
                                                           Richard J. Bernard
                                                           BAKER & HOSTETLER LLP
                                                           45 Rockefeller Plaza
                                                           New York, New York 10111
                                                           Telephone: (212) 589-4200
                                                           Facsimile: (212) 589-4201
                                                           E-mail: rbernard@bakerlaw.com

                                                           *Attorney for Cloyes Gear and Products, Inc.*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on June 24, 2009 the foregoing *Withdrawal of Limited Objection of Cloyes Gear and Products, Inc. to Proposed Cure Amount* was served by regular U.S. mail, postage prepaid, on the persons listed below:

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan  48090-9025<br>Attn:  Warren Common Center<br>Mailcode 480-206-114<br><br>*The Debtors* | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York  10153<br>Attn:  Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br><br>*Counsel for the Debtors* |
| U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C.  20220<br>Attn:  Matthew Feldman, Esq.<br><br>*U.S. Treasury* | Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York  10281<br>Attn:  John J. Rapisardi, Esq.<br><br>*Counsel for the Purchaser* |
| Vedder Price, P.C.<br>1633 Broadway<br>47th Floor<br>New York, New York  10019<br>Attn:  Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br><br>*Counsel for Export Development Canada* | Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, New York  10004<br>Attn:  Diana G. Adams, Esq.<br><br>*United States Trustee* |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York  10036<br>Attn:  Thomas Moers Mayer, Esq.<br>Kenneth H. Eckstein, Esq.<br>Gordon Z. Novod, Esq.<br><br>*Counsel for the Official Committee of Unsecured Creditors* | |

                   */s/ Richard J. Bernard*
                   Richard J. Bernard
                   BAKER & HOSTETLER LLP
                   45 Rockefeller Plaza
                   New York, New York  10111
                   Telephone:  (212) 589-4200
                   Facsimile:  (212) 589-4201