# Exhibit A

# Exhibit A



**Open Receivable Information**

| | | Need GM Assistance | | | TBA Responsibility | | |
|---|---|---|---|---|---|---|---|

| Program | Code | Description | PO # | Amount (USD) Balance Due | Expected Invoice Date | Status | Invoice # | Disbursement Location |
|---|---|---|---|---|---|---|---|---|
| T001 | TOOL | HHRX Production Tooling + IOS EOL Tester | 13G50076 | $532,506 | Apr-09 | Invoiced | 19145 | USA |
| | | 202A Front Seat Headrests for 2010 | 25T9000W | $130,500 | Aug-09 | | | USA |
| | EDD | GMT001 FMVSS - SVER & IVER - 60% | CTS99136 | $134,257 | May-09 | Invoiced | 70047 | USA |
| | | GMT001 FMVSS -PPAP - 30% | CTS99136 | $42,228 | May-09 | Invoiced | 70047 | USA |
| | | GMT001 FMVSS-90 Days after SOP - 10% | CTS99136 | $8,216 | May-09 | Invoiced | 70047 | USA |
| | | GMT001 2011MY Seat FMVSS 202A 60% | TCS07225 | $26,738 | Jun-09 | | | Mexico |
| | | GMT001 2011MY Seat FMVSS 202A 20% | TCS07225 | $8,910 | Jun-09 | | | Mexico |
| | | GMT001 2011MY Seat FMVSS 202A 20% | TCS07225 | $8,910 | Aug-09 | | | Mexico |
| | OTHER | AUNDE PO for Expediting Trim Cover Material | OZB10-013 | $13,550 | Nov-08 | Invoiced | 39239 | Mexico |
| | | AUNDE PO for Expediting Trim Cover Material | OZB10-014 | $4,267 | Nov-08 | Invoiced | 39240 | Mexico |
| T921 | TOOL | GA Carpet Change | OZB10016 | $39,000 | May-09 | Invoiced | 70036 | USA |
| | | Slab Foam | OZB10015 | $99,737 | May-09 | Invoiced | 70037 | USA |
| | | Adjuster Bracket Change | OZB1001M | $243,250 | May-09 | Invoiced | 70040 | USA |
| | | Seat Belt Anchor | OZB10018 | $9,383 | May-09 | Invoiced | 70038 | USA |
| | | POA Riser Cover Change | OZB1001L | $37,050 | May-09 | Invoiced | 70041 | USA |
| | | PCICN Production | OZB1001J | $195,080 | May-09 | Invoiced | 70039 | USA |
| | | Heater Pad Relocation Tooling Changes | OZB1001N | $20,375 | May-09 | Invoiced | 70042 | USA |
| T166/168 | TOOL | Production Tooling Kickoff 20% | 25LBO1KX | $3,739,157 | PPAP | | | Mexico |
| | | Increase the Size of Rear Seat Pass Through | 25LB01K2 | $42,450 | PPAP | | | Mexico |
| | | Design Change to Rear Seat Cupholder 20% | 25LBO1K1 | $12,000 | PPAP | | | Mexico |
| | | Rear Seat Riser Modification 20% | 25LBO1KO | $28,367 | PPAP | | | Mexico |
| | | Addition Rear Seat LED Bracket 20% | 25LBO1JZ | $24,630 | PPAP | | | Mexico |
| | | Changes to Back Panel, Plastic Covers Added 20% | 25LBO1JW | $38,337 | PPAP | | | Mexico |
| | | Delete Pass Cushion Length 20% | 25LBO1KH | $15,000 | PPAP | | | Mexico |
| | | New Pretensioner Assembly Fixture | 25LB01JN | $2,000 | PPAP | | | Mexico |
| | | Add Bracket to Attach Shield Cover, MNL/PWR Seat 20% | 25LBO1JJ | $33,576 | PPAP | | | Mexico |
| | | Pass Shield Cover Changes, Lap Pretensioner Update 20% | 25LBO1JM | $12,045 | PPAP | | | Mexico |
| | | Rear Seat Bezel Addition | 25LB01JV | $84,150 | PPAP | | | Mexico |
| | | Remove Center ISO Fix Anchor & Center Upper Tether Anchor | 25LB01KM | $45,150 | PPAP | | | Mexico |
| | | Change to Front Outboard Riser Covers 20% | 25LBO1KK | $46,598 | PPAP | | | Mexico |
| | | Add Suppression ECM Bracket to Front Pass | 25LB01K3 | $39,338 | PPAP | | | Mexico |
| | | Add Bracket to Frame to Eliminate Exposed Side Shield 20% | 25LBO1KN | $14,000 | PPAP | | | Mexico |
| | | Add Memory Switch Side Shield and Bezel 20% | 25LBO1KG | $29,400 | PPAP | | | Mexico |
| | | VSM Changes to Foam,Trim, Back panel 20% | 25LBO1KB | $325,000 | PPAP | | | Mexico |
| | | Change from Incandescent to LED lighting | 25LB01KJ | $1,075 | PPAP | | | Mexico |
| | | Change Rear Seats to Non-Storage Type Armrest for Non-Perf | 25LB01KL | $12,000 | PPAP | | | Mexico |
| | | Add Red Flag & Replace coating on Bite Line w/Plastic Cover 20% | 25LBO1JT | $63,235 | PPAP | | | Mexico |
| | | Modify GMT166 Rear Cushion Foam, Change to Center Buckle Size | 25LB01JX | $5,985 | PPAP | | | Mexico |
| | | Additional Tooling for Shield Cover Changes due to Lap Pretensioner 20% | 25LBO1JK | $36,956 | PPAP | | | Mexico |
| | | Lumbar & Suspension Changes 20% | 25LBO1JL | $72,235 | PPAP | | | Mexico |
| | | Add Power Switch Bezel to Stand-Off due to SSTS Requirements | 25LB01K4 | $19,000 | PPAP | | | Mexico |
| | | Front Seat Foprm and Trimcover Changes to Improve Side Airbag Perf. 20% | 25LBO1K6 | $47,484 | PPAP | | | Mexico |
| | | Low Volume Aluminum Tooling for PPAP Approval Prior to Permanent 20% | 25LB00XG | $19,232 | PPAP | | | Mexico |
| | | Low Volume Tooling for PPAP Approval Prior to Permanent 20% | 25LB00XH | $59,220 | PPAP | | | Mexico |
| | | Change of Rear Seat Risers  20% | 25LBO1JR | $236,300 | PPAP | | | Mexico |
| | | Front Seat Low Vol Prod Tools $ Sample Cost for Remote Recliner 20% | 25LBO1K9 | $9,907 | PPAP | | | Mexico |
| | | Adding Grain into Current Side Shield Cover | 25LB01K5 | $28,700 | PPAP | | | Mexico |
| | | Low Volume Tooling - Change Hole Size on Rear Seat Risers to 17mm | 25LB019W | $3,055 | PPAP | | | Mexico |
| | | Cost of Special Perm Tools,Dies,Patterns, for Rear Seat Riser Hole Size | 25LB01KC | $45,177 | PPAP | | | Mexico |
| | | Rear Seat Center Belt Bezel Changes 20% | 25LB01G6 | $17,733 | PPAP | | | Mexico |
| | | Rear Seat Amrest G-Lock 20% | 25LBO1KF | $23,744 | PPAP | | | Mexico |
| | | Add washers to bolts and nuts initial request | 25LBO19V | $861 | PPAP | | | Mexico |
| | | Rework (6) retractor sub-assemblies | 25LBO1F0 | $274 | PPAP | | | Mexico |
| | | Add washers to bolts and nuts holding the seats to floor attachments | 25LBO1F1 | $730 | PPAP | | | Mexico |
| | | Rear Riser Hole Change | 25LB00XJ | $1,051 | PPAP | | | Mexico |
| | | Headrest braket | 25LB01LC | $365,942 | PPAP | | | Mexico |
| | | Rear Seat Qtr Trim Gap Closeout | 25LB01KD | $8,050 | PPAP | | | Mexico |
| | | Cost of Special Perm Tools,Dies,Patterns, for Remote Recliner | 25LB0-1K7 | $425,449 | Sep-09 | | | Mexico |
| | | Front/Rear SAAB Trench Trim Cover Changes | 25LB01K8 | $24,470 | Sep-10 | | | Mexico |
| | | Production Tooling Kickoff (168) | 25LB01KX | $246,226 | Sep-10 | | | Mexico |
| | EDD | PPAP Production ED&D - 30% | TCS01272 | $679,233 | PPAP | | | USA |
| | | Integrated Recliner Red Flag | TCS21298 | $41,600 | PPAP | | | USA |
| | | Pretensioner Cover Revisions | TCS21299 | $20,800 | PPAP | | | USA |
| | | Analysis to Meet DIN75410 Req. Q3 '08 | TCS18048 | $29,470 | PPAP | | | USA |
| | | Validation (166) | TCS01272 | $514,405 | PPAP | | | USA |
| | | Armrest Design W/out Storage - Q2 '08 | TCS14776 | $33,345 | PPAP | | | USA |
| | | Revision to Rear Center Headrest - Q2 '08 | TCS16045 | $31,792 | PPAP | | | USA |
| | | Active Head Restraints Design - PPAP 40% | TCS06179 | $100,190 | PPAP | | | USA |
| | | N-Gate Production ED&D - 10% | TCS01272 | $754,704 | Oct-09 | | | USA |
| | | Active Head Restraints Design - N-Gate 10% | TCS06179 | $25,047 | Nov-09 | | | USA |
| | | Validation (168) | TCS01272 | $292,606 | Sep-10 | | | USA |
| | OTHER | Material Obsolescence resulting from GMT168 program delay | | $931,000 | Jul-09 | | | USA |
| | | Faurecia Frame Freight for IVER Builds | | $106,583 | Jul-09 | | | USA |
| | | Directed Buy - Cost Premiums for Non-Saleable and Saleable Builds | | $341,000 | Jul-09 | | | USA |
| | | | **Total** | **$11,761,022** | | | | |

Exhibit A