Mary Joanne Dowd, Esq.  Hearing Date: TBD
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 857-6059

Attorney for Toyota Boshoku America, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x

In re

GENERAL MOTORS CORP., *et al.*,

                Debtors.

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

---------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on this June 24, 2009, I served the *Objection of Toyota Boshoku America, Inc. to Notice of (I) the Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto* [Docket No. 2458] upon the parties on the attached service list via first class mail and upon all parties receiving notices via the Court's CM/ECF System.

                                                              */s/ Andrea Campbell*
                                                              Andrea Campbell

**SERVICE LIST**

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center, Mailcode 480-206-114

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller/Stephen Karotkin/Joseph H. Smolinsky

U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220
Attn: Matthew Feldman

Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi

Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Gordon Z. Novod

Vedder, Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attn: Michael J. Edelman/Michael L. Schein

United States Trustee for the Southern District of New York
22 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Diana G. Adams

The Honorable Robert E. Gerber
U.S. Bankruptcy Court
Southern District
One Bowling Green
New York, NY  10004-1408