Anthony L. Leffert
Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, CO  80202
Telephone:  303-297-2600
Facsimile:  303-297-2750

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

In re:                                                                    Case No. 09-50026 (REG)
                                                                             Chapter 11 (Jointly Administered)


GENERAL MOTORS CORP., *et al.,*

                                    Debtors.
----------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Anthony L. Leffert of Robinson Waters & O'Dorisio,

P.C., enters his appearance as counsel for Environmental Testing Corporation pursuant to 11

U.S.C. §§ 1109(b) and Bankruptcy Rule 9010(b) in the above referenced action.   The

undersigned hereby requests, pursuant to Bankruptcy Rules 2002 and 11 U.S.C. § 342, as may be

applicable, that all notices given or required to be given in this proceeding and all papers served

or required to be served in this proceeding, be given to and served via ECF or at the office

address and telephone number as follows:

187712

Anthony L. Leffert
Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, CO 80202
Telephone: 303-297-2600
Facsimile: 303-297-2750
Email: aleffert@rwolaw.com

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes, not only the notices and papers referred to in the statute and Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or other demand, hearing, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these cases and any proceedings therein, formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, electronic mail, telephone, telex or otherwise.

Dated: June 24, 2009
Denver, Colorado

ROBINSON, WATERS & O'DORISIO, P.C.

/s/Anthony L. Leffert
Anthony L. Leffert (AL 6373)
1099 18th Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 297-2600
Facsimile: (303) 297-2750
*Attorneys for Environmental Testing Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of June, 2009, the foregoing was filed electronically and that service was accomplished electronically to all ECF registrants via the Court's CM/ECF System.

/s/Elizabeth Garfield

187712

2