UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                            :        Chapter 11
                                                 :
GENERAL MOTORS CORP., *et al.*,    :     :        Case No. 09-50026 (REG)
                                                 :
Debtors.                                    :        (Jointly Administered)
---------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE

I, **Ivan M. Gold**, a member in good standing of the bar in State of California, and the United States District Courts for the Northern, Eastern and Central Districts of California, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent LBA Realty Fund III-Company IX, LLC and Pru/SKS Brannan Associates LLC, landlords in the above referenced case, as co-counsel with Robert L. LeHane of Kelley Drye & Warren LLP.

I am eligible to practice in this Court pursuant to Rule 2090-1 of the Local Rules for the Bankruptcy Court for the Southern District of New York.

My address is:

Ivan M. Gold, Esquire
ALLEN MATKINS LECK GAMBLE MALLORY
& NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Telephone: (415) 837-1515
Facsimile: (415) 837-1516
E-mail: igold@allenmatkins.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

1

Dated: June 25, 2009

_____
Ivan M. Gold
ALLEN MATKINS LECK GAMBLE MALLORY
& NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Telephone: (415) 837-1515
Facsimile: (415) 837-1516
E-mail: igold@allenmatkins.com

and

Robert L. LeHane
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178-0002
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: rlehane@kelleydrye.com

*Counsel for LBA Realty Fund III-Company IX, LLC
and Pru/SKS Brannan Associates LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                                              :    Chapter 11
                                                                       :
GENERAL MOTORS CORP., *et al.*,         :    :    Case No. 09-50026 (REG)
                                                                       :
            Debtors.                                          :    (Jointly Administered)
---------------------------------------------------------x

## ORDER

      **ORDERED**, that Ivan M. Gold, Esq., is admitted to practice, *pro hac vice*, in the above captioned case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____

/s/_____
UNITED STATES BANKRUPTCY JUDGE

762774.01