**CONNELL FOLEY LLP**
888 Seventh Avenue
New York, New York 10106
(212) 262-2390
Stephen V. Falanga (SF 6414)
Christopher M. Hemrick (CH 3682)

*Attorneys for Panasonic Electric Works Corporation of America*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **GENERAL MOTORS CORPORATION,** *et al.*, | Bankr. Case No. 09-50026 (REG) |
| **Debtors.** | **Jointly Administered** |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF PANASONIC ELECTRIC WORKS CORPORATION OF AMERICA**

The Limited Objection of Panasonic Electric Works Corporation of America to the Entry of a Final Order Granting the Debtors' Motion for an Order Authorizing the Debtors to (I) Pay Prepetition Claims of Certain Essential Suppliers, Vendors and Services Providers; (II) Continue Troubled Supplier Assistance Program; and (III) Continue Participation in the United States Treasury Auto Supplier Support Program (Docket No. 1206) is hereby withdrawn.

RESPECTFULLY SUBMITTED,

CONNELL FOLEY LLP
888 Seventh Avenue
New York, New York 10106
(212) 262-2390
Stephen V. Falanga (SF 6414)
Christopher M. Hemrick (CH 3682)

*Attorneys for Panasonic Electric Works Corporation of America*

By:   */s/ Stephen V. Falanga*
         Stephen V. Falanga  (SF 6414)

Dated:  June 24, 2009

2169899-01