Sander L. Esserman (Admitted *Pro Hac Vice*)
Robert T. Brousseau (Admitted *Pro Hac Vice*)
Peter D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

COUNSEL FOR AD HOC COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           )
In re                                                      )    Chapter 11
                                                           )
GENERAL MOTORS CORP., *et al.*,                            )
                                                           )    Case No. 09-50026 (REG)
                                                           )
                                        Debtors.           )    Jointly Administered
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 24, 2009, she caused a true and correct copy of the *Verified Statement of Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure* to be served on the parties below by the method indicated and by electronic mail on all parties receiving notice via the Court's ECF System.

| | |
|---|---|
| **By Electronic Mail**<br>Harvey R. Miller<br>harvey.miller@weil.com<br>Stephen Karotkin<br>stephen.karotkin@weil.com<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>767 Fifth Avenue<br>New York, NY 10153<br>**Counsel for the Debtors** | **By Electronic Mail**<br>Robert B. Weiss<br>rweiss@honigman.com<br>Donald F. Baty, Jr.<br>dbaty@honigman.com<br>Tricia A. Sherick<br>tsherick@honigman.com<br>Honigman Miller Schwartz and Cohn LLP<br>660 Woodward Avenue<br>2290 First National Building<br>Detroit, MI 48226<br>**Counsel for the Debtors** |
| **By Electronic Mail**<br>Kenneth H. Eckstein<br>keckstein@kramerlevin.com<br>Thomas Moers Mayer<br>tmayer@kramerlevin.com<br>Gordon L. Novod<br>gnovod@kramerlevin.com<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>**Counsel for Official Committee of Unsecured Creditors** | **By Electronic Mail**<br>John J. Rapisardi<br>john.rapisardi@cwt.com<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>**Counsel for<br>Vehicle Acquisition Holdings LLC** |
| **By Electronic Mail**<br>James L. Bromley<br>jbromley@cgsh.com<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>**Counsel for UAW** | **By Electronic Mail**<br>Babette Ceccotti<br>bceccotti@cwsny.com<br>Cohen, Weiss and Simon LLP<br>330 W. 42nd Street<br>New York, NY 10036<br>**Counsel for UAW** |
| **By Electronic Mail**<br>Michael J. Edelman<br>mjedelman@vedderprice.com<br>Michael L. Schein<br>mschein@vedderprice.com<br>Vedder Price, PC<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>**Counsel for Export Development Canada** | **By Facsimile**<br>David S. Jones<br>Matthew L. Schwartz<br>United States Attorney's Office<br>Southern District of New York<br>86 Chambers Street, Third Floor<br>New York, NY 10007<br>Facsimile:  (212) 637-2684 |

**By Facsimile**
Diana G. Adams
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Facsimile:  (212) 668-2255

**By Electronic Mail**
Andrew N. Rosenberg
aronsenberg@paulweiss.com
Paul, Weiss, Rifkind, Wharton &
Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6065
**Counsel for Ad Hoc Bondholders Committee**

**By Electronic Mail**
Peter V. Pantaleo
ppantaleo@stblaw.com
David J. Mack
dmack@stblaw.com
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
**Counsel for Agent Under Prepetition Revolving Credit Agreement**

  /s/ Jo E. Hartwick

STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 969-4900