# EXHIBIT B



Fuel Distribution & Supply Management

| | |
|---|---|
| Balance from Contract Notice General Motors claims due | $ (8,796.83) |
| Invoice not on Contract Notices, see attached invoice 5824019 | $ 15,208.35 |
| Invoice not on Contract Notices, see attached invoice 5940743 | $     332.04 |
| Invoice not on Contract Notices, see attached invoice 5642912 | $ 27,629.89 |
| Invoice for pre - pay fuel | $ 14,649.22 |
| Balance Due to Atlas Oil | $ 49,022.67 |

# Invoice

**ATLAS OIL COMPANY**
24501 ECORSE RD. • TAYLOR, MI 48180 • (800) 878-2000

Page 1 of 1

| | |
|---|---|
| Customer : | GENERAL MOTORS INC. |
| Account Number : | 26183856 |
| Delivery Date : | 06/24/2009 |
| Invoice Date : | 06/24/2009 |
| Invoice Number : | 6196426-1 |
| Invoice Terms : | WIRE 60 DAYS |
| Due Date : | 08/23/2009 |

**SOLD TO :**
GENERAL MOTORS INC.
GM SHARED SERVICES ACQUISTION BUSINESS PROCESS
C/O OLYMPIC RECEIPTING- PO BOX 63490
PHOENIX, AZ 85082-3490

**SHIP TO :** Account: 26183858
GENERAL MOTORS COR(BULK)
3300 GM ROAD
MILFORD, MI 48380

| Current Invoice Amount Due | Total Amount Due |
|---|---|
| $ 14,649.22 | $ 40,251.74 |

| Product | Product Description | Delivered Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| Order Number : 6196426-1 | Purchase Order Number : TCS27953 | | | |
| BIO 20% CLEAR | BIO 20% CLEAR | 2,750.00 | 4.6293 | 12,730.58 |
| Item Note: Fuel was prepaid | | | | |

BOL Number(s) : 6196426-1

Tax Summary :

| Tax Description | Gallons | Rate | Extension |
|---|---|---|---|
| FED EXCISE TAX DIESEL | 2,750.00 | 0.24300 | 668.25 |
| MI UNDERGRND STRG TAX FEE | 2,750.00 | 0.00875 | 24.06 |
| MI SALES TAX 6% | 2,750.00 | 0.06000 | 805.85 |
| FED UNDERGRND STRG TAX | 2,750.00 | 0.00100 | 2.75 |
| FEDERAL ENV RECOVERY FEE | 2,750.00 | 0.00190 | 5.23 |
| MI DIESEL TAX BIO | 2,750.00 | 0.15000 | 412.50 |

No terms discount available for this invoice.

Current Invoice Amount: Due   $14,649.22

We Appreciate Your Business

A service fee is included on a per delivery basis and invoiced as a separate line item and is subject to MI sales tax. A FINANCE CHARGE will be added to all past due accounts. Requests for credit(s) must be received within 45 days of the date of delivery. TAX FREE FUEL PURCHASED ON THIS INVOICE IS PURCHASED FOR THE PURPOSE INDICATED ON THE EXEMPTION CERTIFICATE NO TAX IS INCLUDED IN THE PRICE PER GALLON FIGURE. If your delivery includes fuel additive, please note that the sales tax calculation is based on the extended amount times the .06 sales tax rate, it is not calculated on the gallons.
PLEASE CONTACT CUSTOMER SERVICE AT (800) 878-2000 IF YOU HAVE ANY QUESTIONS ABOUT YOUR DELIVERY.



**ATLAS OIL COMPANY**
24501 ECORSE RD. • TAYLOR, MI 48180 • (800) 878-2000

Atlas Oil Company
P.O. Box 672992
Detroit, MI 48267-2992

**Payment Coupon**
Please detach and enclose this portion with your payment - Do not send cash

| Your Account Number |
|---|
| 26183856 |

| Invoice Date | Your Invoice Number |
|---|---|
| 6/24/2009 | 6196426-1 |

| Due Date | Current Invoice Amount Due | Current Amount Due | Amount Paid |
|---|---|---|---|
| 8/23/2009 | $ 14,649.22 | $ 40,251.74 | |

Please make Check Payable To
ATLAS OIL COMPANY

# Financial Shared Services – Invoice Processing
# Return Letter

## Date: May 14, 2009

| To: | ATLAS OIL CO | DCN: | 618875 |
|---|---|---|---|
| Invoice Number: | 5824019 | P.O: | TCS21214 |

**If you issue a revised invoice please forward to:**
GM Financial Shared Services Acquisition Business Process
c/o OLIMPIC Receipting
PO Box 63490
Phoenix, AZ. 85082-3490

**Requester e-mail address** _____

## We are unable to process the attached invoice due to the following:

- There is a discrepancy between your invoice and the Purchase Order.
The discrepancy is the ITEM ID/PR # does not match. Supplier needs to contact the requester/buyer. (see attached screen shot)
  - Purchase Order quantity is insufficient to perform requested receipt. Supplier needs to contact the requester. (see attached screen shot)



**Thank You,**
**Vipin Vadakeel**
Any inquiries regarding the above, contact : **fss_invoice_processing@gm.com**

Return to Supplier Letter Blank 08/01/2007



# Invoice

**ATLAS OIL COMPANY**
24501 ECORSE RD. • TAYLOR, MI 48180 • (800) 878-2000

Page 1 of 1

| | |
|---|---|
| Customer : | GENERAL MOTORS INC. |
| Account Number : | 26183858 |
| Delivery Date : | 03/31/2009 |
| Invoice Date : | 03/31/2009 |
| Invoice Number : | 5824019 |
| Invoice Terms : | CASH ON DELIVERY |
| Due Date : | 05/30/2009 |

**BLD TO :**
GENERAL MOTORS INC.
GM SHARED SERVICES ACQUISTION BUSINESS PROCESS
C/O OLYMPIC RECEIPTING- PO BOX 63490
PHOENIX, AZ 85082-3490

**SHIP TO :**
Account: 26183858
GENERAL MOTORS COR(BULK)
3300 GM ROAD
MILFORD, MI 48380

| Current Invoice Amount Due | Total Amount Due |
|---|---|
| $15,208.35 | $(6,880.17) |

| Product | Product Description | Delivered Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| Order Number : 5824019 | Purchase Order Number: TCS21214 | | | |
| BIO 20% CLEAR | BIO 20% CLEAR<br>PA# 542228<br>ITEM ID# 1380-001M | 2,788.00 | 4.7500 | 13,243.00 |

BOL Number(s) : 104188 392685

**Tax Summary :**

| Tax Description | Gallons | Rate | Extension |
|---|---|---|---|
| FED EXCISE TAX DIESEL | 2,788.00 | 0.24300 | 677.48 |
| MI UNDERGRND STRG TAX FEE | 2,788.00 | 0.00875 | 24.40 |
| MI SALES TAX 6% | 2,788.00 | 0.06000 | 537.18 |
| FED UNDERGRND STRG TAX | 2,788.00 | 0.00100 | 2.79 |
| FEDERAL ENV RECOVERY FEE | 2,788.00 | 0.00190 | 5.30 |
| MI DIESEL TAX BIO | 2,788.00 | 0.15000 | 418.20 |

No terms discount available for this invoice.

Current Invoice Amount Due    $15,208.35

We Appreciate Your Business

A service fee is included on a per delivery basis and invoiced as a separate line item and is subject to MI sales tax. A FINANCE CHARGE will be added to all past due accounts. Requests for credit(s) must be received within 45 days of the date of delivery. TAX FREE FUEL PURCHASED ON THIS INVOICE IS PURCHASED FOR THE PURPOSE INDICATED ON THE EXEMPTION CERTIFICATE. NO TAX IS INCLUDED IN THE PRICE PER GALLON FIGURE. If your delivery includes fuel additive, please note that the sales tax calculation is based on the extended amount times the .06 sales tax rate, it is not calculated on the gallons.
PLEASE CONTACT CUSTOMER SERVICE AT (800) 878-2000 IF YOU HAVE ANY QUESTIONS ABOUT YOUR DELIVERY.

---

**ATLAS OIL COMPANY**
24501 ECORSE RD. • TAYLOR, MI 48180 • (800) 878-2000

Atlas Oil Company
P.O. Box 872992
Detroit, MI 48287-2992

**Payment Coupon**
Please detach and enclose this portion with your payment - Do not send cash

| Your Account Number |
|---|
| 26183858 |

| Invoice Date | Your Invoice Number |
|---|---|
| 3/31/2009 | 5824019 |

| Due Date | Current Invoice Amount Due | Current Amount Due | Amount Paid |
|---|---|---|---|
| 5/30/2009 | $15,208.35 | $-6,880.17 | |

Please make Check Payable To
ATLAS OIL COMPANY

| | |
|---|---|
| Jennifer Shortridge <JShortridge@atlasoil.com> | To: GM Capital Invoicing/Papago@ACS |
| | cc: |
| | Subject: FW: GM invoice |
| 05/13/2009 07:53 AM | |

Resubmission

**Jennifer Shortridge**
Credit & Collections Supervisor
jshortridge@atlasoil.com
**www.atlasoil.com**
Office: 313.662.3542
Fax: 313.731.0264



Please consider the environment - Do you really need to print this email?

---

SKMBT_60009051217300.pdf

# Financial Shared Services – Invoice Processing
# Return Letter

## Date: February 25, 2009

| To: | ALTAS OIL COMPANY | DCN: | 572864 |
|---|---|---|---|
| Invoice Number: | 5642912 | P.O: | TCS25911 |

**If you issue a revised invoice please forward to:**
GM Financial Shared Services Acquisition Business Process
c/o OLIMPIC Receipting
PO Box 63490
Phoenix, AZ. 85082-3490

**Requester e-mail address:**

## We are unable to process the attached invoice due to the following:
Purchase Order not Version Completed. Contact the buyer.

Thank You,
NICOLASA
Any inquiries regarding the above, contact : fss_invoice_processing@gm.com



**Invoice**

Page 1 of 1

| | |
|---|---|
| Customer : | GENERAL MOTORS INC. |
| Account Number : | 26183856 |
| Delivery Date : | 02/17/2009 |
| Invoice Date : | 02/17/2009 |
| Invoice Number : | 5642912 |
| Invoice Terms : | WIRE 60 DAYS |
| Due Date : | 04/18/2009 |

24501 ECORSE RD. • TAYLOR, MI 48180 • (800) 878-2000

SOLD TO :

GENERAL MOTORS INC.
GM SHARED SERVICES ACQUISTION BUSINESS PROCESS
C/O OLYMPIC RECEIPTING- PO BOX 63490
PHOENIX, AZ 85082-3490

SHIP TO :   Account: 26183858
GENERAL MOTORS COR(BULK)
3300 GM ROAD
MILFORD, MI 48380

| Current Invoice Amount Due | Total Amount Due |
|---|---|
| $ 27,629.89 | $(61,601.83) |

| Product | Product Description | Delivered Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| Order Number : 5642912 | Purchase Order Number : TCS25911 | | | |
| U87 E70/GALLONS | GASOHOL E 70 87/GALLONS | 7,000.00 | 3.3500 | 23,450.00 |

BOL Number(s) : 161101  254380

Tax Summary :

| Tax Description | Gallons | Rate | Extension |
|---|---|---|---|
| FED EXCISE TAX GAS | 7,000.00 | 0.18300 | 1,281.00 |
| MI GAS TAX | 7,000.00 | 0.19000 | 1,330.00 |
| MI UNDERGRND STRG TAX FEE | 7,000.00 | 0.00875 | 61.25 |
| MI SALES TAX 6% | 7,000.00 | 0.06000 | 1,488.67 |
| FED UNDERGRND STRG TAX | 7,000.00 | 0.00100 | 7.00 |
| FEDERAL ENV RECOVERY FEE - GASOH | 7,000.00 | 0.00171 | 11.97 |

No terms discount available for this invoice.

Current Invoice Amount: Due    $27,629.89

We Appreciate Your Business

A service fee is included on a per delivery basis and invoiced as a separate line item and is subject to MI sales tax. A FINANCE CHARGE will be added to all past due accounts. Requests for credit(s) must be received within 45 days of the date of delivery. TAX FREE FUEL PURCHASED ON THIS INVOICE IS PURCHASED FOR THE PURPOSE INDICATED ON THE EXEMPTION CERTIFICATE NO TAX IS INCLUDED IN THE PRICE PER GALLON FIGURE. If your delivery includes fuel additive, please note that the sales tax calculation is based on the extended amount times the .06 sales tax rate, it is not calculated on the gallons.
PLEASE CONTACT CUSTOMER SERVICE AT (800) 878-2000 IF YOU HAVE ANY QUESTIONS ABOUT YOUR DELIVERY.



24501 ECORSE RD. • TAYLOR, MI 48180 • (800) 878-2000

Atlas Oil Company
P.O. Box 672992
Detroit, MI 48267-2992

**Payment Coupon**
Please detach and enclose this portion with your payment - Do not send cash

| Your Account Number |
|---|
| 26183856 |

| Invoice Date | Your Invoice Number |
|---|---|
| 2/17/2009 | 5642912 |

| Due Date | Current Invoice Amount Due | Current Amount Due | Amount Paid |
|---|---|---|---|
| 4/18/2009 | $ 27,629.89 | $-61,601.83 | |

Please make Check Payable To
ATLAS OIL COMPANY

## Financial Shared Services – Invoice Processing
## Return Letter with Invoice

**Date: May 14, 2009**

| To: | ATLAS OIL CO | DCN: | 619211 |
|---|---|---|---|
| Invoice Number: | 5940743 | P.O: | TCS27028 |

**If you issue a revised invoice please forward to:**
GM Financial Shared Services Acquisition Business Process
c/o OLIMPIC Receipting
PO Box 63490
Phoenix, AZ. 85082-3490

## We are unable to process the attached invoice due to the following:

*The requester referenced on the purchase order cannot be located.*

*Re-submit your invoice with an alternative GM approver.*

We received a letter stating Dave Delong as the approver, but we are unable to locate him. Please send in a alternative GM approver other than Dave.

**GM Approver e-mail address** _____

## Attach this Memo to your invoice as the First Page.

Thank You,
Loressia Max

**Any inquiries regarding the above, contact : fss_invoice_processing@gm.com**

Return to Supplier Requester Not Found 10/02/2007

**INVOICE COPY**

**FOR CHEMICAL EMERGENCY**
Spill, Leak, Fire, Exposure, OR Accident CALL CHEMTREC
DAY OR NIGHT 800-424-9300

161101
254380

Loading Time: In _____ Out _____   Unloading: In 0920 Out _____

# ATLAS OIL COMPANY
24501 ECORSE RD.
TAYLOR, MI 48180
(800) 878-2000

CUST. NO. 26183858
SOLD TO: General Motors
DELIVERY ADDRESS: Milford

| ORDER NO. | TRUCK NO. | DRIVER | DATE |
|---|---|---|---|
| 5642912 | 138-201 | W Schws | 2/17/08 |

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|
| NO LEAD 84 | 2100 | | |
| MID-GRADE E74 | 4901 | | |
| SUPER 92☐ 93☐ | | | |
| K-1 DYED☐ CLEAR☐ | | | 3,75 |
| DIESEL #1 | | | |
| DIESEL #2 L.S. DYED☐ | | | |
| DIESEL #2 H.S. | | | |
| PLATINUM POWER | | | |
| WINTERBLEND ( %) | | | |

**STICK READINGS**

| PRODUCT | Before | After | Change | H₂O |
|---|---|---|---|---|
| | in. | in. | in. | |
| | gal. | gal. | gal. | |
| | in. | in. | in. | |
| | gal. | gal. | gal. | |
| | in. | in. | in. | |
| | gal. | gal. | gal. | |
| | in. | in. | in. | |
| | gal. | gal. | gal. | |

Charge ☐  C.O.D./Cash ☐  C.O.D. Check ☐   Check #_____ Amount_____

X AUTHORIZED CUSTOMER SIGNATURE: Elinas Williams
PURCHASE ORDER NO.: TCS 2591

## Financial Shared Services - Invoice Processing
## Return Letter with Invoice

Date: 5.6.2009

| To: | ATLAS OIL COMPANY | DCN: | 612872 |
|---|---|---|---|
| Invoice Number: | 5940743 | P.O: | TCS27028 |

We are unable to process the attached invoice due to the following:

*The requester referenced on the purchase order cannot be located.*

*Re-submit your invoice with an alternative GM approver.*

GM Approver e-mail address ___dave.delong@gm.com___

## Attach this Memo to your invoice as the First Page.

Thank You,

SHARON

If you revise or resubmit an invoice please forward to:
GM Financial Shared Services Acquisition Business Process
c/o OLIMPIC Receipting
PO Box 63490
Phoenix, AZ. 85082-3490

Fed Ex:
General Motors c/o ACS
2900 S. Diablo Way Suite 161
Tempe, AZ 85282

612872RL[1].doc                                                    1 of 1



# Invoice

Page 1 of 1

| | |
|---|---|
| Customer: | GENERAL MOTORS CORPORATION. |
| Account Number: | 26183372 |
| Delivery Date: | 04/28/2009 |
| Invoice Date: | 04/28/2009 |
| Invoice Number: | 5940743 |
| Invoice Terms: | WIRE 60 DAYS |
| Due Date: | 06/27/2009 |

ATLAS OIL COMPANY
24501 ECORSE RD. • TAYLOR, MI 48180 • (800) 878-2000

**SOLD TO:**
GENERAL MOTORS CORPORATION.
GM FINANCIAL SHARED SERVICES ACQUISITION BUSINESS PROC
C/O OLYMPIC RECEIPTING- PO BOX 63490
PHOENIX, AZ 85082

**SHIP TO:**
Account: 26183374
GENERAL MOTORS (BULK)
900 BALDWIN
PONTIAC, MI 48341

| Current Invoice Amount Due | Total Amount Due |
|---|---|
| $ 332.04 | $ 10,487.59 |

| Product | Product Description | Delivered Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| Order Number: 5940743 | Purchase Order Number: TCS27028 | | | |
| ULS #2 | #2 CLEAR ULTRA LOW SULFU | 112.00 | 2.4007 | 268.88 |
| Item Note: PA #542258 | | | | |
| | GM ITEM ID 1360-0011 | | | |

BOL Number(s): 04/27/2009 bulk

**Tax Summary:**

| Tax Description | Gallons | Rate | Extension |
|---|---|---|---|
| FED EXCISE TAX DIESEL | 112.00 | 0.24300 | 27.22 |
| MI DIESEL TAX | 112.00 | 0.15000 | 16.80 |
| MI UNDERGRND STRG TAX FEE | 112.00 | 0.00875 | 0.98 |
| MI SALES TAX 6% | 112.00 | 0.06000 | 17.84 |
| FED UNDERGRND STRG TAX | 112.00 | 0.00100 | 0.11 |
| FEDERAL ENV RECOVERY FEE | 112.00 | 0.00190 | 0.21 |

No terms discount available for this invoice.

Current Invoice Amount Due    $332.04

We Appreciate Your Business

A service fee is included on a per delivery basis and invoiced as a separate line item and is subject to MI sales tax. A FINANCE CHARGE will be added to all past due accounts. Requests for credit(s) must be received within 45 days of the date of delivery. TAX FREE FUEL PURCHASED ON THIS INVOICE IS PURCHASED FOR THE PURPOSE INDICATED ON THE EXEMPTION CERTIFICATE NO TAX IS INCLUDED IN THE PRICE PER GALLON FIGURE. If your delivery includes fuel additive, please note that the sales tax calculation is based on the extended amount times the .06 sales tax rate, it is not calculated on the gallons.
PLEASE CONTACT CUSTOMER SERVICE AT (800) 878-2000 IF YOU HAVE ANY QUESTIONS ABOUT YOUR DELIVERY.

---

ATLAS OIL COMPANY
24501 ECORSE RD. • TAYLOR, MI 48180 • (800) 878-2000

Atlas Oil Company
P.O. Box 672992
Detroit, MI 48267-2982

**Payment Coupon**
Please detach and enclose this portion with your payment - Do not send cash

| Your Account Number |
|---|
| 26183372 |

| Invoice Date | Your Invoice Number |
|---|---|
| 4/28/2009 | 5940743 |

| Due Date | Current Invoice Amount Due | Current Amount Due | Amount Paid |
|---|---|---|---|
| 6/27/2009 | $ 332.04 | $ 10,487.59 | |

Please make Check Payable To
ATLAS OIL COMPANY

| Jennifer Shortridge <JShortridge@atlasoil.com> | To: GM Capital Invoicing/Papago@ACS |
| --- | --- |
| 05/13/2009 11:45 AM | cc: |
| | Subject: INVOICE 5940743 |

**Jennifer Shortridge**
Credit & Collections Supervisor
jshortridge@atlasoil.com
**www.atlasoil.com**
Office: 313.662.3542
Fax: 313.731.0264



Please consider the environment - Do you really need to print this email?

**From:** BillingCopier@atlasoil.com [mailto:BillingCopier@atlasoil.com]
**Sent:** Wednesday, May 13, 2009 3:41 PM
**To:** Jennifer Shortridge
**Subject:** Message from KMBT_600

SKMBT_60009051314410.pdf





# ATLAS OIL COMPANY

## ATLAS OIL FLEET/FUELING DETAIL

**CLIENT NO:** 2813374

General Motor-Pontiac
585 South Blvd
Pontiac    MI

**DELIVERY DATE:** 4/28/2009    **TICKET#:** 3940743

| VEHICLE # | DESCRIPTION | FUEL AMOUNT | ODOMETER | VEHICLE INFO | FUEL TYPE |
|---|---|---|---|---|---|
| D8718428 | D8718428 | 54.30 | 0 | | LSDSL |
| D8718430 | D8718430 | 57.60 | 0 | | LSDSL |
| OXT09548 | OXT09548 | 0.00 | 0 | | LSDSL |
| | | 111.90 | | | |

**TOTAL GALLONS:** 111.90

Any questions or concerns, please contact Jennifer Evans @ (313) 852-3633 or email (jevans@atlasoil.com)

"Always The Leader At Service"

Page 1 of 1