**Objection Deadline: June 19, 2009**
**Hearing Date: June 25, 2009**

HANGLEY ARONCHICK SEGAL & PUDLIN
By:   Matthew A. Hamermesh (ID No. 82313)
      Joseph A. Dworetzky (ID No. 26968)
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200                              *Attorneys for NCR Corporation*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| GENERAL MOTORS CORPORATION., et al. | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Case No. 09-50026 (REG) |

**NOTICE OF WITHDRAWAL OF OBJECTION AND**
**RESERVATION OF RIGHTS OF NCR CORPORATION IN**
**RESPONSE TO MOTION OF DEBTORS FOR ENTRY OF**
**AN ORDER AUTHORIZING THE DEBTORS TO OBTAIN**
**POSTPETITION FINANCING AND RELATED RELIEF**

NCR Corporation hereby withdraws without prejudice its Objection and Reservation of Rights of NCR Corporation in Response to Motion of Debtors for Entry of an Order Authorizing the Debtors to Obtain Postpetition Financing and Related Relief based on the Debtors' representations.

HANGLEY ARONCHICK SEGAL & PUDLIN, P.C.

Dated: June 24, 2009          By:   /s/ Matthew A. Hamermesh
                                    Joseph A. Dworetzky
                                    Matthew A. Hamermesh
                                    One Logan Square, 27th Floor
                                    Philadelphia, PA 19103
                                    Telephone:   (215) 568-6200
                                    Telecopy:    (215) 568-0300

Attorneys for NCR Corporation