**Exhibit "A"**

## SKF USA Inc.
### General Motors - SKF VSM

| Date of Shipping | Invoice No. | Amount Shipped | Purchase Order No. | Comments |
|---|---|---|---|---|
| 5/21/2009 | 1769070 | $137.21 | 1102408 | |
| Total Invoices for P.O. No. 1102408 | | $137.21 | | |
| 5/29/2009 | 1770045 | $1,120.50 | 6000072760 | GM Africa may be Contract Party |
| Total Invoices for P.O. No. 6000072760 | | $1,120.50 | | |
| 5/29/2009 | 1770046 | $4,118.00 | 6000073359 | GM Africa may be Contract Party |
| Total Invoices for P.O. No. 6000073359 | | $4,118.00 | | |
| 5/7/2009 | 1767435 | $538.65 | GM-39308 | |
| 5/14/2009 | 1768269 | $198.00 | GM-39308 | |
| 5/14/2009 | 1768270 | $22.00 | GM-39308 | |
| 5/14/2009 | 1768271 | $16.50 | GM-39308 | |
| 5/14/2009 | 1768272 | $388.30 | GM-39308 | |
| 5/14/2009 | 1768273 | $24.60 | GM-39308 | |
| 5/14/2009 | 1768274 | $9.78 | GM-39308 | |
| 5/21/2009 | 1769102 | $244.50 | GM-39308 | |
| 5/7/2009 | 1767368 | $78.30 | GM-39308 | |
| 5/7/2009 | 1767442 | $236.25 | GM-39308 | |
| 5/7/2009 | 1767443 | $299.92 | GM-39308 | |
| 5/11/2009 | 1767762 | $256.62 | GM-39308 | |
| 5/14/2009 | 1768188 | $327.80 | GM-39308 | |
| 5/14/2009 | 1768189 | $59.40 | GM-39308 | |
| 5/14/2009 | 1768256 | $275.00 | GM-39308 | |
| 5/14/2009 | 1768257 | $2,331.60 | GM-39308 | |
| 5/14/2009 | 1768258 | $38.50 | GM-39308 | |
| 5/14/2009 | 1768259 | $5.40 | GM-39308 | |
| 5/14/2009 | 1768260 | $218.42 | GM-39308 | |
| 5/18/2009 | 1768559 | $245.70 | GM-39308 | |
| 5/21/2009 | 1769094 | $3,256.00 | GM-39308 | |
| 5/21/2009 | 1769101 | $3,297.60 | GM-39308 | |
| 5/28/2009 | 1769751 | $3,060.00 | GM-39308 | |
| 5/28/2009 | 1769753 | $1,148.40 | GM-39308 | |
| 5/28/2009 | 1769754 | $276.75 | GM-39308 | |

11163499_2.XLS

## SKF USA Inc.
### General Motors - SKF VSM

| Date of Shipping | Invoice No. | Amount Shipped | Purchase Order No. | Comments |
|---|---|---|---|---|
| 5/28/2009 | 1769755 | $55.42 | GM-39308 | |
| Total Invoices for P.O. No. GM-39308 | | $16,909.41 | | |
| 5/15/2009 | 1768326 | $11.46 | GM-40207 | |
| 5/4/2009 | 1766767 | $248.30 | GM-40207 | |
| 5/11/2009 | 1767639 | $38.20 | GM-40207 | |
| 5/18/2009 | 1768497 | $91.68 | GM-40207 | |
| Total Invoices for P.O. No. GM-40207 | | $389.64 | | |
| 5/14/2009 | 1768275 | $21.46 | GM-52004 | |
| 5/14/2009 | 1768276 | $1,422.09 | GM-52004 | |
| 5/21/2009 | 1769103 | $214.60 | GM-52004 | |
| 5/21/2009 | 1769104 | $6,615.81 | GM-52004 | |
| 5/28/2009 | 1769858 | $418.47 | GM-52004 | |
| 2/12/2009 | 1756914 | $1,635.20 | GM-52004 | |
| 5/7/2009 | 1767445 | $525.77 | GM-52004 | |
| 5/7/2009 | 1767446 | $8,099.73 | GM-52004 | |
| 5/7/2009 | 1767447 | $274.42 | GM-52004 | |
| 5/7/2009 | 1767448 | $87,648.00 | GM-52004 | |
| 5/14/2009 | 1768262 | $47,808.00 | GM-52004 | |
| 5/14/2009 | 1768263 | $32.19 | GM-52004 | |
| 5/14/2009 | 1768264 | $21,084.03 | GM-52004 | |
| 5/14/2009 | 1768265 | $1,097.68 | GM-52004 | |
| 5/14/2009 | 1768266 | $782.80 | GM-52004 | |
| 5/21/2009 | 1769096 | $572.32 | GM-52004 | |
| 5/21/2009 | 1769097 | $410.20 | GM-52004 | |
| 5/21/2009 | 1769098 | $23,406.00 | GM-52004 | |
| 5/21/2009 | 1769099 | $536.50 | GM-52004 | |
| 5/21/2009 | 1769100 | $2,606.99 | GM-52004 | |
| 5/28/2009 | 1769757 | $656.32 | GM-52004 | |
| 5/28/2009 | 1769758 | $1,351.98 | GM-52004 | |
| 5/28/2009 | 1769759 | $309.15 | GM-52004 | |

## SKF USA Inc.
### General Motors - SKF VSM

| Date of Shipping | Invoice No. | Amount Shipped | Purchase Order No. | Comments |
|---|---|---|---|---|
| Total Invoices for P.O. No. GM-52004 | | $207,529.71 | | |
| 5/7/2009 | 1767436 | $146.58 | GM-54103 | |
| 5/28/2009 | 1769857 | $258.26 | GM-54103 | |
| Total Invoices for P.O. No. GM-54103 | | $404.84 | | |
| 5/8/2009 | 0656574 | $2,848.32 | CR-078799 | |
| 5/15/2009 | 0660519 | $79.45 | CR-078799 | |
| 5/15/2009 | 0660520 | $192.95 | CR-078799 | |
| 5/15/2009 | 0660521 | $320.68 | CR-078799 | |
| 5/15/2009 | 0660752 | $3,083.82 | CR-078799 | |
| Total Invoices for P.O. No. CR-078799 | | $6,525.22 | | |
| 5/28/2009 | 1769851 | $137.21 | GM-1132218 | |
| Total Invoices for P.O. No. GM-1132218 | | $137.21 | | |
| 5/1/2009 | 1766666 | $1,505.35 | GM-40757 | |
| 5/1/2009 | 1766681 | $0.70 | GM-40757 | |
| 5/22/2009 | 1769175 | $1,493.45 | GM-40757 | |
| 5/22/2009 | 1769176 | $624.75 | GM-40757 | |
| 5/22/2009 | 1769177 | $1,796.90 | GM-40757 | |
| 5/28/2009 | 1769841 | $109.06 | GM-40757 | |
| 5/14/2009 | 1768208 | $201.32 | GM-40207 | |
| Total Invoices for P.O. No. GM-40757 | | $5,731.53 | | |

## SKF USA Inc.

### General Motors - SKF VSM

| Date of Shipping | Invoice No. | Amount Shipped | Purchase Order No. | Comments |
|---|---|---|---|---|
| 5/7/2009 | 1767444 | $12,354.00 | GM-54050 | |
| 5/14/2009 | 1768261 | $12,354.00 | GM-54050 | |
| 5/21/2009 | 1769095 | $4,118.00 | GM-54050 | |
| 5/28/2009 | 1769756 | $12,354.00 | GM-54050 | |
| Total Invoices for P.O. No. GM-54050 | | $41,180.00 | | |
| 5/7/2009 | 1767441 | $265.24 | GM-54103 | |
| 5/28/2009 | 1769752 | $202.42 | GM-54103 | |
| Total Invoices for P.O. No. GM-54103 | | $467.66 | | |
| 5/28/2009 | 1769850 | $94.00 | GM-54108 | |
| Total Invoices for P.O. No. GM-54108 | | $94.00 | | |
| 5/7/2009 | 1767367 | $30.36 | GM-59369 | |
| 5/7/2009 | 1767440 | $92.40 | GM-59369 | |
| Total Invoices for P.O. No. GM-59369 | | $122.76 | | |
| TOTAL ALL VSM INVOICES | | $284,867.69 | | |

### MISCELLANEOUS CLAIMS FOR UNDERPAYMENTS UNDER ASSUMED CONTRACTS

| | | | | |
|---|---|---|---|---|
| 3/18/2009 | M 0000087114 | $186.86 | | |
| 5/28/2009 | M 0000087934 | 2,016.56 | | |
| 4/28/2009 | Q 0000087630 | 75.00 | | |
| Total Miscellaneous Claims | | $2,278.42 | | |

Page 4

11163499_2.XLS

## SKF USA Inc.
### General Motors - SKF Seals

| Date of Shipping | Invoice No. | Amount Shipped | Purchase Order No. | Comments |
|---|---|---|---|---|
| 5/22/2009 | 1769140 | $870.00 | 4500264236 | |
| **Total Invoices for P.O. No. 4500264236** | | **$870.00** | | |
| 5/19/2009 | 1768645 | $6,644.00 | 1CFW0001 | GM Canada May be Contract Party |
| 5/26/2009 | 1769376 | $5,436.00 | 1CFW0001 | GM Canada May be Contract Party |
| 5/27/2009 | 1769564 | $4,228.00 | 1CFW0001 | GM Canada May be Contract Party |
| 5/28/2009 | 1769774 | $4,228.00 | 1CFW0001 | GM Canada May be Contract Party |
| 5/29/2009 | 1769938 | $8,790.80 | 1CFW0001 | GM Canada May be Contract Party |
| **Total Invoices for P.O. No. 1CFW0001** | | **$33,554.80** | | |
| 5/19/2009 | 1768644 | $4,562.80 | 1CFW0002 | GM Canada May be Contract Party |
| 5/26/2009 | 1769377 | $4,562.80 | 1CFW0002 | GM Canada May be Contract Party |
| 5/27/2009 | 1769563 | $4,562.80 | 1CFW0002 | GM Canada May be Contract Party |
| 5/28/2009 | 1769773 | $4,562.80 | 1CFW0002 | GM Canada May be Contract Party |
| 5/29/2009 | 1769939 | $4,562.80 | 1CFW0002 | GM Canada May be Contract Party |
| **Total Invoices for P.O. No. 1CFW0002** | | **$22,814.00** | | |
| 5/14/2009 | 1768171 | $689.70 | 1CFW0003 | GM Canada May be Contract Party |
| 5/18/2009 | 1768434 | $2,241.53 | 1CFW0003 | GM Canada May be Contract Party |
| 5/19/2009 | 1768650 | $1,551.83 | 1CFW0003 | GM Canada May be Contract Party |
| 5/21/2009 | 1768989 | $1,034.55 | 1CFW0003 | GM Canada May be Contract Party |
| 5/11/2009 | 1767607 | $344.85 | 1CFW0003 | Assigned pursuant to Supplier Support Program |
| 5/4/2009 | 1766756 | $344.85 | 1CFW0003 | Assigned pursuant to Supplier Support Program |

## SKF USA Inc.
### General Motors - SKF Seals

| Date of Shipping | Invoice No. | Amount Shipped | Purchase Order No. | Comments |
|---|---|---|---|---|
| Total Invoices for P.O. No. 1CFW0003 | | $6,207.31 | | |
| 5/20/2009 | 1768842 | $1,177.34 | 1CFW0004 | GM Canada May be Contract Party |
| Total Invoices for P.O. No. 1CFW0004 | | $1,177.34 | | |
| 5/21/2009 | 1768984 | $2,174.40 | 1CFX0001 | Assigned pursuant to Supplier Support Program |
| 5/4/2009 | 1766755 | $1,630.80 | 1CFX0001 | Assigned pursuant to Supplier Support Program |
| 5/11/2009 | 1767605 | $5,436.00 | 1CFX0001 | Assigned pursuant to Supplier Support Program |
| 5/18/2009 | 1768432 | $8,697.60 | 1CFX0001 | |
| Total Invoices for P.O. No. 1CFX0001 | | $17,938.80 | | |
| 5/21/2009 | 1768987 | $4,575.00 | 1CFX0002 | Assigned pursuant to Supplier Support Program |
| 5/18/2009 | 1768433 | $13,725.00 | 1CFX0002 | |
| Total Invoices for P.O. No. 1CFX0002 | | $18,300.00 | | |
| 5/21/2009 | 1768986 | $1,355.00 | 1CFX0003 | |
| Total Invoices for P.O. No. 1CFX0003 | | $1,355.00 | | |

## SKF USA Inc.
### General Motors - SKF Seals

| Date of Shipping | Invoice No. | Amount Shipped | Purchase Order No. | Comments |
|---|---|---|---|---|
| 5/21/2009 | 1768988 | $517.28 | 1CFX0006 | |
| 5/28/2009 | 1769856 | $1,034.55 | 1CFX0006 | |
| 5/29/2009 | 1770049 | $689.70 | 1CFX0006 | |
| 5/29/2009 | 1770050 | $517.28 | 1CFX0006 | |
| 5/29/2009 | 1770051 | $517.28 | 1CFX0006 | |
| 5/1/2009 | 1766648 | $689.70 | 1CFX0006 | Assigned pursuant to Supplier Support Program |
| 5/4/2009 | 1766754 | $517.28 | 1CFX0006 | Assigned pursuant to Supplier Support Program |
| 5/5/2009 | 1766987 | $689.70 | 1CFX0006 | Assigned pursuant to Supplier Support Program |
| 5/6/2009 | 1767189 | $517.28 | 1CFX0006 | Assigned pursuant to Supplier Support Program |
| 5/7/2009 | 1767341 | $517.28 | 1CFX0006 | Assigned pursuant to Supplier Support Program |
| 5/8/2009 | 1767481 | $517.28 | 1CFX0006 | Assigned pursuant to Supplier Support Program |
| 5/11/2009 | 1767606 | $517.28 | 1CFX0006 | Assigned pursuant to Supplier Support Program |
| 5/12/2009 | 1767817 | $344.85 | 1CFX0006 | Assigned pursuant to Supplier Support Program |
| 5/13/2009 | 1768007 | $517.28 | 1CFX0006 | Assigned pursuant to Supplier Support Program |
| 5/14/2009 | 1768169 | $517.28 | 1CFX0006 | Assigned pursuant to Supplier Support Program |
| 5/15/2009 | 1768289 | $517.28 | 1CFX0006 | Assigned pursuant to Supplier Support Program |
| 5/18/2009 | 1768430 | $689.70 | 1CFX0006 | Assigned pursuant to Supplier Support Program |
| 5/19/2009 | 1768646 | $517.28 | 1CFX0006 | Assigned pursuant to Supplier Support Program |
| 5/19/2009 | 1768648 | $208.73 | 1CFX0006 | Assigned pursuant to Supplier Support Program |
| 5/20/2009 | 1768839 | $517.28 | 1CFX0006 | Assigned pursuant to Supplier Support Program |
| | Total Invoices for P.O. No. 1CFX0006 | $11,071.57 | | |
| 5/19/2009 | 1768722 | $153.00 | 1CFX0007 | |
| 5/21/2009 | 1768985 | $229.50 | 1CFX0007 | |
| 5/4/2009 | 1766894 | $271.50 | 1CFX0007 | Assigned pursuant to Supplier Support Program |
| 5/19/2009 | 1768649 | $76.50 | 1CFX0007 | Assigned pursuant to Supplier Support Program |
| 5/19/2009 | 1768722 | $153.00 | 1CFX0007 | Assigned pursuant to Supplier Support Program |

## SKF USA Inc.
### General Motors - SKF Seals

| Date of Shipping | Invoice No. | Amount Shipped | Purchase Order No. | Comments |
|---|---|---|---|---|
| Total Invoices for P.O. No. 1CFX0007 | | $883.50 | | |
| 5/28/2009 | 1769855 | $154.50 | 1CFX000W | |
| Total Invoices for P.O. No. 1CFX000W | | $154.50 | | |
| 5/1/2009 | 1766649 | $604.44 | 1CFX000C | Assigned pursuant to Supplier Support Program |
| 5/4/2009 | 1766753 | $890.89 | 1CFX000C | Assigned pursuant to Supplier Support Program |
| 5/5/2009 | 1766988 | $588.67 | 1CFX000C | Assigned pursuant to Supplier Support Program |
| 5/6/2009 | 1767190 | $883.01 | 1CFX000C | Assigned pursuant to Supplier Support Program |
| 5/7/2009 | 1767342 | $588.67 | 1CFX000C | Assigned pursuant to Supplier Support Program |
| 5/8/2009 | 1767482 | $883.01 | 1CFX000C | Assigned pursuant to Supplier Support Program |
| 5/12/2009 | 1767818 | $588.67 | 1CFX000C | Assigned pursuant to Supplier Support Program |
| 5/13/2009 | 1768008 | $588.67 | 1CFX000C | Assigned pursuant to Supplier Support Program |
| 5/14/2009 | 1768170 | $588.67 | 1CFX000C | Assigned pursuant to Supplier Support Program |
| 5/15/2009 | 1768290 | $588.67 | 1CFX000C | Assigned pursuant to Supplier Support Program |
| Total Invoices for P.O. No. 1CFX000C | | $6,793.37 | | |
| 5/20/2009 | 1768840 | $588.67 | 1CFX0010 | |
| 5/20/2009 | 1768841 | $588.67 | 1CFX0010 | |

## SKF USA Inc.
### General Motors - SKF Seals

| Date of Shipping | Invoice No. | Amount Shipped | Purchase Order No. | Comments |
|---|---|---|---|---|
| 5/26/2009 | 1769375 | $588.67 | 1CFX0010 | |
| 5/27/2009 | 1769565 | $588.67 | 1CFX0010 | |
| 5/28/2009 | 1769772 | $588.67 | 1CFX0010 | |
| 5/29/2009 | 1769937 | $588.67 | 1CFX0010 | |
| 5/18/2009 | 1768431 | $588.67 | 1CFX0010 | Assigned pursuant to Supplier Support Program |
| 5/19/2009 | 1768647 | $588.67 | 1CFX0010 | Assigned pursuant to Supplier Support Program |
| 5/20/2009 | 1768840 | $588.67 | 1CFX0010 | Assigned pursuant to Supplier Support Program |
| 5/20/2009 | 1768841 | $588.67 | 1CFX0010 | Assigned pursuant to Supplier Support Program |
| Total Invoices for P.O. No. 1CFX0010 | | $5,886.70 | | |
| 5/28/2009 | 1769740 | $3,696.00 | F3G00000 | |
| 5/6/2009 | 1767149 | $5,544.00 | F3G00000 | Assigned pursuant to Supplier Support Program |
| 5/11/2009 | 1767586 | $5,544.00 | F3G00000 | Assigned pursuant to Supplier Support Program |
| 5/15/2009 | 1768279 | $5,544.00 | F3G00000 | Assigned pursuant to Supplier Support Program |
| 5/20/2009 | 1768834 | $5,544.00 | F3G00000 | Assigned pursuant to Supplier Support Program |
| Total Invoices for P.O. No. F3G00000 | | $25,872.00 | | |
| 5/20/2009 | 1768835 | $2,688.00 | OLD40000 | |
| 5/26/2009 | 1769341 | $2,688.00 | OLD40000 | |
| 5/27/2009 | 1769543 | $2,688.00 | OLD40000 | |
| 5/28/2009 | 1769739 | $2,688.00 | OLD40000 | |
| 5/29/2009 | 1769906 | $2,688.00 | OLD40000 | |
| 5/1/2009 | 1766643 | $2,688.00 | OLD40000 | Assigned pursuant to Supplier Support Program |
| 5/5/2009 | 1766981 | $2,688.00 | OLD40000 | Assigned pursuant to Supplier Support Program |
| 5/7/2009 | 1767343 | $5,376.00 | OLD40000 | Assigned pursuant to Supplier Support Program |
| 5/8/2009 | 1767459 | $2,688.00 | OLD40000 | Assigned pursuant to Supplier Support Program |

## SKF USA Inc.
### General Motors - SKF Seals

| Date of Shipping | Invoice No. | Amount Shipped | Purchase Order No. | Comments |
|---|---|---|---|---|
| 5/8/2009 | 1767460 | $2,688.00 | OLD40000 | Assigned pursuant to Supplier Support Program |
| 5/11/2009 | 1767587 | $5,376.00 | OLD40000 | Assigned pursuant to Supplier Support Program |
| 5/12/2009 | 1767793 | $2,688.00 | OLD40000 | Assigned pursuant to Supplier Support Program |
| 5/14/2009 | 1768152 | $2,688.00 | OLD40000 | Assigned pursuant to Supplier Support Program |
| 5/18/2009 | 1768410 | $2,688.00 | OLD40000 | Assigned pursuant to Supplier Support Program |
| 5/19/2009 | 1768642 | $2,688.00 | OLD40000 | Assigned pursuant to Supplier Support Program |
| 5/20/2009 | 1768835 | $2,688.00 | OLD40000 | Assigned pursuant to Supplier Support Program |
| | Total Invoices for P.O. No. OLD40000 | $48,384.00 | | |
| 5/7/2009 | 1767340 | $8,624.00 | T3C00002 | GM Canada May be Contract Party |
| 5/13/2009 | 1768004 | $7,392.00 | T3C00002 | GM Canada May be Contract Party |
| 5/20/2009 | 1768843 | $8,932.00 | T3C00002 | GM Canada May be Contract Party |
| 5/21/2009 | 1768983 | $4,928.00 | T3C00002 | GM Canada May be Contract Party |
| 5/27/2009 | 1769551 | $2,464.00 | T3C00002 | GM Canada May be Contract Party |
| | Total Invoices for P.O. No. T3C00002 | $32,340.00 | | |
| 5/27/2009 | 1769629 | $294.34 | V024483 | |

## SKF USA Inc.
### General Motors - SKF Seals

| Date of Shipping | Invoice No. | Amount Shipped | Purchase Order No. | Comments |
|---|---|---|---|---|
| Total Invoices for P.O. No. V024483 | | $294.34 | | |
| **TOTAL ALL SEALS INVOICES** | | **$233,897.23** | | |

**MISCELLANEOUS CLAIMS ARISING UNDER ASSUMED CONTRACTS**

| Date of Shipping | Invoice No. | Amount Shipped | Purchase Order No. | Comments |
|---|---|---|---|---|
| 5/28/2009 | E 0000087925 | $4,046.73 | | |
| 5/28/2009 | F 0000087928 | $636.39 | | |
| 5/28/2009 | F 0000087929 | $563.75 | | |
| 5/28/2009 | F 0000087930 | $573.17 | | |
| 5/28/2009 | F 0000087931 | $571.39 | | |
| 5/28/2009 | F 0000087932 | $609.80 | | |
| 5/28/2009 | F 0000087933 | $784.98 | | |
| 5/28/2009 | M 0000087927 | $606.33 | | |
| 5/28/2009 | Q 0000087926 | $3,928.86 | | |
| Total Miscellaneous Claims | | $12,321.40 | | |

## SKF USA Inc.
### General Motors - SKF Bearings

| Date of Shipping | Invoice No. | Amount Shipped | Purchase Order No. | Comments |
|---|---|---|---|---|
| 12/16/2008 | 7263413 | $3,327.84 | 144X0001 | |
| 5/18/2009 | 7419209 | $16,214.40 | 144X0001 | |
| 5/26/2009 | 7426114 | $8,107.20 | 144X0001 | |
| 5/27/2009 | 7427428 | $6,485.76 | 144X0001 | |
| 5/28/2009 | 7429088 | $6,485.76 | 144X0001 | |
| 5/29/2009 | 7430469 | $6,485.76 | 144X0001 | |
| 5/12/2009 | 7413450 | 8,107.20 | 144X0001 | Assigned pursuant to Supplier Support Program |
| 5/14/2009 | 7416470 | 6,485.10 | 144X0001 | Assigned pursuant to Supplier Support Program |
| 5/15/2009 | 7418104 | 9,729.62 | 144X0001 | Assigned pursuant to Supplier Support Program |
| 5/18/2009 | 7419209 | 16,216.04 | 144X0001 | Assigned pursuant to Supplier Support Program |
| Total Invoices for P.O. No. 144X0001 | | $87,644.68 | | |
| 5/19/2009 | 7420630 | $29,185.92 | 144X0002 | |
| 5/20/2009 | 7422176 | $22,700.16 | 144X0002 | |
| 5/21/2009 | 7423187 | $16,214.40 | 144X0002 | |
| 5/26/2009 | 7426113 | $6,485.76 | 144X0002 | |
| 5/27/2009 | 7427429 | $11,350.08 | 144X0002 | |
| 5/28/2009 | 7429089 | $8,107.20 | 144X0002 | |
| 5/29/2009 | 7430470 | $16,214.40 | 144X0002 | |
| 5/4/2009 | 7404823 | 12,972.83 | 144X0002 | Assigned pursuant to Supplier Support Program |
| 5/5/2009 | 7406394 | 29,188.87 | 144X0002 | Assigned pursuant to Supplier Support Program |
| 5/6/2009 | 7407805 | 21,080.85 | 144X0002 | Assigned pursuant to Supplier Support Program |
| 5/7/2009 | 7408989 | 21,080.85 | 144X0002 | Assigned pursuant to Supplier Support Program |
| 5/8/2009 | 7410318 | 16,216.04 | 144X0002 | Assigned pursuant to Supplier Support Program |
| 5/11/2009 | 7411782 | 19,459.25 | 144X0002 | Assigned pursuant to Supplier Support Program |
| 5/12/2009 | 7413451 | 22,700.16 | 144X0002 | Assigned pursuant to Supplier Support Program |
| 5/13/2009 | 7414838 | 9,729.62 | 144X0002 | Assigned pursuant to Supplier Support Program |
| 5/14/2009 | 7416471 | 6,485.10 | 144X0002 | Assigned pursuant to Supplier Support Program |
| 5/19/2009 | 7420630 | 29,188.87 | 144X0002 | Assigned pursuant to Supplier Support Program |

## SKF USA Inc.

### General Motors - SKF Bearings

| Date of Shipping | Invoice No. | Amount Shipped | Purchase Order No. | Comments |
|---|---|---|---|---|
| **Total Invoices for P.O. No. 144X0002** | | $298,360.36 | | |
| 5/15/2009 | 7417523 | $151,000.00 | 144X0005 | |
| **Total Invoices for P.O. No. 144X0005** | | $151,000.00 | | |
| 5/8/2009 | 7409931 | $6,485.76 | 1LD10000 | Contract Party May be GM Mexico |
| 5/11/2009 | 7411292 | $6,485.76 | 1LD10000 | Contract Party May be GM Mexico |
| 5/20/2009 | 7421857 | $3,242.88 | 1LD10000 | Contract Party May be GM Mexico |
| 5/28/2009 | 7428636 | $30,807.36 | 1LD10000 | Contract Party May be GM Mexico |
| 5/29/2009 | 7430049 | $8,107.20 | 1LD10000 | Contract Party May be GM Mexico |
| **Total Invoices for P.O. No. 1LD10000** | | $55,128.96 | | |
| 5/6/2009 | 7407473 | $8,107.20 | 1LD10001 | Contract Party May be GM Mexico |
| 5/7/2009 | 7408519 | $8,107.20 | 1LD10001 | Contract Party May be GM Mexico |
| 5/8/2009 | 7409932 | $9,728.64 | 1LD10001 | Contract Party May be GM Mexico |
| 5/13/2009 | 7414499 | $16,214.40 | 1LD10001 | Contract Party May be GM Mexico |
| 5/14/2009 | 7415788 | $9,728.64 | 1LD10001 | Contract Party May be GM Mexico |
| 5/15/2009 | 7417722 | $16,214.40 | 1LD10001 | Contract Party May be GM Mexico |
| 5/18/2009 | 7418979 | $6,485.76 | 1LD10001 | Contract Party May be GM Mexico |
| 5/21/2009 | 7422899 | $16,214.40 | 1LD10001 | Contract Party May be GM Mexico |
| 5/26/2009 | 7425897 | $6,485.76 | 1LD10001 | Contract Party May be GM Mexico |
| 5/27/2009 | 7426838 | $9,728.64 | 1LD10001 | Contract Party May be GM Mexico |
| 5/29/2009 | 7430050 | $8,107.20 | 1LD10001 | Contract Party May be GM Mexico |
| **Total Invoices for P.O. No. 1LD10001** | | $115,122.24 | | |
| 7/31/2008 | 7104714 | $24,000.00 | E3T7X | |
| **Total Invoices for P.O. No. E3T7X** | | $24,000.00 | | |

## SKF USA Inc.
### General Motors - SKF Bearings

| Date of Shipping | Invoice No. | Amount Shipped | Purchase Order No. | Comments |
|---|---|---|---|---|
| 2/16/2009 | 7324648 | $1,125.12 | E3U85 | |
| 2/16/2009 | 7324649 | $3,094.08 | E3U85 | |
| | Total Invoices for P.O. No. E3U85 | $4,219.20 | | |
| | | | | |
| | **TOTAL FOR BEARINGS** | **$735,475.44** | | |

### MISCELLANEOUS CLAIMS ARISING UNDER ASSUMED CONTRACTS

| Date of Shipping | Invoice No. | Amount Shipped | Purchase Order No. | Comments |
|---|---|---|---|---|
| 2/2/2009 | DE0000378440 | 509.40 | | |
| 1/7/2009 | DE0000382546 | 904.42 | | |
| 7/2/2008 | DI00000357066 | 661.16 | | |
| 1/7/2009 | DS0000382544 | 10,407.34 | | |
| 1/7/2009 | DS0000382545 | 2,571.80 | | |
| 7/2/2008 | DI0000357065 | 1,778.07 | | |
| 12/1/2008 | DI0000372486 | 1,576.25 | | |
| 12/1/2008 | DI0000372487 | 1,621.25 | | |
| 1/2/2009 | DI0000375282 | 2,469.70 | | |
| | **Total Miscellaneous Claims** | **$22,499.39** | | |