Joe E. Marshall
Texas Bar No. 13031100
Jonathan L. Howell
Texas Bar No. 24053668
MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 978-4365

Matthew J. Gold
KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
551 Fifth Avenue, 18th Floor
New York, New York 10176
Telephone: (212) 986-6000
Facsimile: (212) 986-8866

*Attorneys for Atmos Energy Marketing, LLC
and Atmos Energy Corporation*

**Hearing Date: June 30, 2009**
**Hearing Time: 9:45 a.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
                                                                       :
In re:                                                                 : Chapter 11
                                                                       :
GENERAL MOTORS CORPORATION, *et al.*                                   : Case No. 09-50026 (REG)
                                                                       :
    Debtors.                                                       : Jointly Administered
                                                                       :
---------------------------------------------------------------------- x

**LIMITED OBJECTION OF ATMOS ENERGY MARKETING, LLC
AND ATMOS ENERGY CORPORATION TO
DEBTORS' MOTION PURSUANT TO 11 U.S.C. § 365 AND
FED. R. BANKR. P. 6006 TO APPROVE ASSUMPTION AND ASSIGNMENT
<u>OF CERTAIN EXECUTORY CONTRACTS AND TO PROPOSED CURE AMOUNTS</u>**

TO THE HONORABLE ROBERT E. GERBER, U.S. BANKRUPTCY JUDGE:

    Atmos Energy Marketing, LLC ("<u>AEM</u>") and Atmos Energy Corporation ("<u>AEC</u>") (collectively, "<u>Atmos</u>"), creditors and parties-in-interest in the above-captioned bankruptcy case (the "<u>Bankruptcy Case</u>") of General Motors Corporation and its affiliated debtors (collectively, the "<u>Debtors</u>"), hereby file this Limited Objection (the "<u>Objection</u>") to Notice of Debtors' Intent to Assume and Assign Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and Notice of Debtors' Intent to Assume and

Assign Additional Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property, and amendments thereto (collectively, the "Notices"), and in support thereof would respectfully show this Court as follows:

By Motion dated June 1, 2009 **[Docket No. 92]**, the Debtors seek, among other things, approval of certain procedures to assume and assign executory contracts. Pursuant to the Motion, for each particular executory contract that the Debtors designate for assumption and assignment, the Debtors propose that they provide the non-debtor contract party with notice, instructing the non-debtor contract party on how to electronically access the terms of the proposed assumption and assignment and the procedures for objecting to the assumption and assignment and/or the designated cure amount.

AEM and the Debtors are parties to that certain Base Contract for Sale and Purchase of Natural Gas dated September 1, 2003 (the "Contract").[1] Additionally, AEC services several locations for the Debtors and under some circumstances may have a utility agreement with certain of the Debtors. Atmos received the Notices from the Debtors, notifying Atmos that the Debtors designated Atmos contracts for assumption and assignment. In addition, the Notices provided Atmos with instructions to electronically access the terms of the proposed assumption and assignment. Relying on the Notices and instructions, Atmos is not able to determine what specific contracts are being assumed and assigned and/or what cure amounts are proposed to be paid by the Debtors. In particular, the specific contracts were either not identified or there was no amount reflected for the cure claim to be paid notwithstanding the defaults existing under all Atmos contracts. With respect to one of the Notices, Atmos was not even able to access the website using the referenced User ID and Password.

---

[1]   The Contract includes, without limitation, all transaction confirmations, issued in connection therewith.

2

AEM has since delivered to the Debtors up-to-date and accurate records evidencing that the Debtors are in default under the Contract, and that AEM is indeed entitled to payments to cure such defaults in the event that this Contract is assumed and assigned.  Since the Debtors have failed to update their records or their electronic tracking of the Contract cure amounts, AEM files this Objection to the Debtors' designation of the AEM Contract cure amounts as zero. AEC also objects to the assumption and assignment of any utility agreements with the Debtors unless and until the Debtors specifically identify the contracts to be assumed and assigned and the correct cure amounts for each, and provide sufficient notice to AEC of such terms of assumption and assignment.

WHEREFORE, PREMISES CONSIDERED, Atmos respectfully requests that the Court deny the Debtors' requested assumption and assignment of any Atmos contracts unless and until the contracts are sufficiently identified and noticed and the applicable cure amounts are determined by the court upon notice and hearing and paid in full by the Debtors, and grant Atmos such other and further relief, at law or in equity, to which it may be justly entitled.

Dated:  June 24, 2009

**KLEINBERG, KAPLAN, WOLF & COHEN, P.C.**

By: */s/ Matthew J. Gold*
    Matthew J. Gold
    551 Fifth Avenue
    New York, New York 10176
    Tel. No.: (212) 986-6000
    Fax No.: (212) 986-8866
    mgold@kkwc.com

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Joe E. Marshall*  
    Joe E. Marshall, Esq.  
    Texas Bar No. 13031100  
    Jonathan L. Howell, Esq.  
    Texas Bar No. 24053668  
    MUNSCH HARDT KOPF & HARR, P.C.  
    3800 Lincoln Plaza  
    500 N. Akard Street  
    Dallas, Texas 75201-6659  
    Telephone: (214) 855-7500  
    Facsimile: (214) 978-4305  

**ATTORNEYS FOR ATMOS ENERGY MARKETING, LLC AND ATMOS ENERGY CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 24th day of June, 2009, he caused a true and correct copy of the foregoing Objection to be served via overnight mail, postage prepaid upon the following:

General Motors Corporation
Attn:  Warren Command Center
Mailcode 480-206-114
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025

Weil, Gotshal & Manges LLP
Attn:  Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York  10153

U.S. Treasury
Attn:  Matthew Feldman, Esq.
1500 Pennsylvania Ave. NW, Room 2312
Washington, D.C.  20220

Cadwalader, Wickersham & Taft LLP
Attn:  John J. Rapisardi, Esq.
One World Financial Center
New York, New York  10281

Vedder Price, P.C.
Attn:  Michael J. Edelman, Esq.
Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, New York  10019

Office of the United States Trustee
Southern District of New York
Attn:  Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, New York  10004

                    */s/ Joe E. Marshall*
                    Joe E. Marshall

5