BODMAN LLP
Colin T. Darke (P68294)
6th Floor at Ford Field
1901 St. Antoine
Detroit, Michigan 48226
313-393-7585

ATTORNEYS FOR MARCOM INC.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------------- x

**LIMITED OBJECTION BY MARCOM INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND <u>(II) CURE AMOUNTS RELATED THERETO</u>**

Marcom Inc. ("Marcom") objects to Debtors' proposed cure amount related to its assumption and assignment of Marcom's contracts, and in support of its objection, Marcom states:

**Background**

1. On June 1, 2009 ("Petition Date"), Debtors commenced these voluntary cases under chapter 11 of title 11 of the United States Code.

2. On June 2, 2009, this Court entered an order ("Bidding Procedure Order") [Docket # 274] approving Debtors' bidding procedure, which includes a procedure regarding Debtors' assumption and assignment of executory contracts.

3. Under the Bidding Procedures Order, on or about June 19, 2009, Debtors delivered Debtors' Notice of (I) Debtors' Intent to Assume and Assign Certain Executory

Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto ("Assignment Notice"). The Assignment Notice indicates that Debtors intend to assume and assign Debtors' agreements with Marcom ("Marcom Agreements"). On Debtors' website ("Contract Website") provided with the Assignment Notice, Debtors propose an overall cure amount of $195,712.97 [1] ("Proposed Cure Amount") for the Marcom Agreements.

### Objection to Cure Amount

4.     Under the Marcom Agreements, Marcom provided Debtors certain marketing and communications services. Marcom does not object to the proposed assumption and assignment of its executory contracts with Debtors. As of the Petition Date, however, Debtors owed Marcom $245,933.14 under the Marcom Agreements.

5.     In addition to the cure amounts listed above, the Proposed Cure Amount must cover the time period through assumption and assignment of the contracts, including any unpaid postpetition obligations.

6.     As such, Marcom objects to the Proposed Cure Amount.

### Adequate Assurance

7.     Marcom further requests that Debtors provide it with proof of adequate assurance that Purchaser (as defined in the Assignment Notice) will perform Debtors' obligations under the Marcom Agreements.

### Relief Requested

---

[1] Debtors' proposed cure amount is listed on a live, secure website, which Debtors appear to update regularly. The listed proposed cure amount is Debtors' proposed cure amount as of the date of this filing.

Marcom, therefore, requests that Debtors (a) pay the actual cure amount listed above in connection with the assumption and assignment of the Marcom Agreements and (b) provide Marcom with adequate assurance of performance under the Marcom Agreements by Purchaser.

    Respectfully Submitted:

    BODMAN LLP

    By: / s / Colin T. Darke
        Colin T. Darke (P68294)
        Counsel for Marcom
        6th Floor at Ford Field
        1901 St. Antoine Street
        Detroit, Michigan 48026
        cdarke@bodmanllp.com

June 24, 2009