Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re**                                             :        Chapter 11 Case No.
:
**GENERAL MOTORS CORP., et al.,**                     :        Case No. 09-50026 (REG)
:
              **Debtors.**                            :        (Jointly Administered)
:
------------------------------------------------------------x

**EVIDENCE AND WITNESS LIST FOR THE HEARING TO CONSIDER DEBTORS'
MOTION PURSUANT TO 11 U.S.C. §§ 105, 363(b), (f), (k), (m) AND 365, AND
FED. R. BANKR. P. 2002, 6004 AND 6006, TO APPROVE (A) THE SALE PURSUANT
TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE
ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER,
FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER
INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN
<u>EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) OTHER RELIEF</u>**

TO THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE

       General Motors Corporation ("GM") and its affiliated debtors, as debtors in

possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby identify

the following individuals as witnesses whom the Debtors may call at the June 30, 2009 hearing on the Debtors' Asset Sale Motion (Docket No. 92)[1]:

| WITNESS | TITLE |
|---|---|
| Frederick A. Henderson | President, Chief Executive Officer and a Director of GM |
| Michael Raleigh | GM North America Finance Director of Health Care |
| William C. Repko | Senior Managing Director, Evercore Group L.L.C. |
| J. Stephen Worth | Managing Director, Evercore Group L.L.C. |
| Albert Koch | Vice Chairman and Managing Director, AlixPartners LLP |

In addition, the Debtors may use the following physical or documentary evidence at the June 30, 2009 hearing on the Debtors' Asset Sale Motion (Docket No. 92)[2]:

| Exhibit | TITLE |
|---|---|
| 1 | Declaration of William C. Repko in Support of Debtors' Proposed Debtor in Possession Financing Facility and Exhibits Thereto (Docket No. 64) |
| 2 | Supplemental Declaration of William C. Repko in Support of Debtors' Proposed Debtor in Possession Financing Facility (Docket No. 422) |
| 3 | Declaration of J. Stephen Worth in Support of the Proposed Sale of Debtors' Assets to Vehicle Acquisition Holdings LLC and Exhibits Thereto (Docket No. 425) |

---

[1] The Debtors reserve their rights to amend or supplement this list should the need present itself.

[2] The Debtors reserve their rights to amend or supplement this list should the need present itself.

| | |
|---|---|
| 4 | Supplemental Declaration of J. Stephen Worth in Support of the Proposed Sale of Debtors' Assets to Vehicle Acquisition Holdings LLC (Docket No. 431) |
| 5 | Declaration of Albert Koch and Exhibits Thereto (Docket No. 435) |
| 6 | Loan and Security Agreement by and between Borrower and U.S. Dept. of Treasury as Lender, dated as of December 31, 2008 (Execution Version), and all Appendices, Schedules and Exhibits Thereto |
| 7 | Guaranty and Security Agreement, dated as of December 31, 2008 |
| 8 | Equity Pledge Agreement, dated as of December 31, 2008 |
| 9 | Indenture, dated as of November 15, 1990, between GM and Wilmington Trust Company, as Successor Trustee, and all Amendments and Supplements Thereto |
| 10 | Indenture, dated as of December 7, 1995, between GM and Wilmington Trust Company, as Successor Trustee, and all Amendments and Supplements Thereto |
| 11 | Fiscal and Paying Agency Agreement, dated as of July 3, 2003, among GM, Deutsche Bank AG London and Banque Générale du Luxembourg S.A., and all Amendments and Supplements Thereto |
| 12 | Fiscal and Paying Agency Agreement, dated as of July 10, 2003, among General Motors Nova Scotia Finance Company, GM, Deutsche Bank Luxembourg S.A. and Banque Générale du Luxembourg S.A., and all Amendments and Supplements Thereto |
| 13 | Bond Purchase and Paying Agency Agreement, entered into as of May 28, 1986, by and between GM and Credit Suisse, and all Amendments and Supplements Thereto |
| 14 | NADA Statement on GM's Revised Participation Agreement |

Dated: New York, New York
June 25, 2009

/s/ Harvey R. Miller
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession