UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | ) Case No. 09-50026 (REG) |
|  | ) (Jointly Administered) |
| Debtors. | ) |

## WITHDRAWAL OF OBJECTION OF BP CANADA ENERGY MARKETING CORP. AND BP ENERGY COMPANY TO THE DEBTOR'S UTILITY MOTION

BP Canada Energy Marketing Corp. and BP Energy Company, by their attorneys, hereby withdraw the Objection of BP Canada Energy Marketing Corp. and BP Energy Company to the Debtor's Utility Motion filed in the above-captioned case on June 1, 2009 [Docket No. 1248].

Dated this 25th day of June, 2009.

KELLEY DRYE & WARREN LLP

By: /s/ *James S. Carr*
James S. Carr
Jordan A. Bergman
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

*Attorneys for BP Canada Energy Marketing Corp. and BP Energy Company*