Anne Marie P. Kelley
Scott J. Freedman
Matthew Azoulay
Dilworth Paxson LLP
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1952
Facsimile: (856) 675-1852

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al*., | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

**AMENDED AND RESTATED VERIFIED STATEMENT OF
DILWORTH PAXSON LLP AS TO REPRESENTATION OF MULTIPLE PARTIES IN
<u>INTEREST PURSUANT TO BANKRUPTCY RULE 2019</u>**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Anne Marie P. Kelley, a member of Dilworth Paxson LLP ("**Dilworth**"), hereby makes the following representations in connection with this Amended and Restated Verified Statement:

1)     Dilworth filed its original Verified Statement on June 15, 2009 [Docket No. 1042]. This Amended and Restated Verified Statement amends and restates the original Verified Statement in its entirety.

2)     Dilworth represents the following creditors and/or parties in interest (collectively, the "**Parties**") in connection with the bankruptcy cases of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"):

195356_1

| | |
|---|---|
| The Dow Chemical Company<br>2030 Dow Center<br>Midland, Michigan 48674<br>Attention: Lee H. Sjoberg, Esquire | Dow Chemical Canada ULC<br>c/o The Dow Chemical Company<br>2030 Dow Center<br>Midland, Michigan 48674<br>Attention: Lee H. Sjoberg, Esquire |
| Essex Specialty Products LLC<br>c/o The Dow Chemical Company<br>2030 Dow Center<br>Midland, Michigan 48674<br>Attention: Lee H. Sjoberg, Esquire | MEDCO Health Solutions<br>100 Parsons Pond Drive<br>Franklin Lakes, New Jersey 07417-2603 |
| Eckenhoff Buick-Pontiac-GMC-Cadillac, Inc.<br>c/o Dilworth Paxson LLP<br>LibertyView<br>457 Haddonfield Road, Suite 700<br>Cherry Hill, New Jersey 08002<br>Attention: Brett Wiltsey, Esquire | E-Cubed, Inc.<br>c/o Dilworth Paxson LLP<br>LibertyView<br>457 Haddonfield Road, Suite 700<br>Cherry Hill, New Jersey 08002<br>Attention: Brett Wiltsey, Esquire |

SN-JN Limited Partnership
c/o Dilworth Paxson LLP
1500 Market Street
Suite 3500E
Philadelphia, Pennsylvania 19102-2101
Attention: Peter C. Hughes, Esquire

   3)  Each of the Parties has retained Dilworth to represent its respective interests in connection with the Debtors' bankruptcy cases.

   4)  Each of the Parties holds a claim and/or is a party to an agreement with the Debtors that are impacted and/or implicated by the Debtors' bankruptcy cases.

   5)  Upon information and belief formed after due inquiry, Dilworth has neither a claim against nor equity interest in the Debtors.

   6)  Dilworth hereby expressly reserves the right to supplement and/or amend this Amended and Verified Statement to the extent it may be necessary.

195356_1

                                                        Respectfully submitted,

Dated: June 25, 2009                       DILWORTH PAXSON LLP

                                            By: /s/ Anne Marie P. Kelley

                                                Anne Marie P. Kelley
                                                Scott J. Freedman
                                                Matthew Azoulay
                                                LibertyView – Suite 700
                                                457 Haddonfield Road
                                                Cherry Hill, New Jersey 08002
                                                Telephone: (856) 675-1952
                                                Facsimile: (856) 675-1852

## **VERIFICATION**

      I hereby verify under penalty of perjury that to the best of my knowledge, information and belief, the foregoing statements are true and correct.

                                                /s/ Anne Marie P. Kelley
                                                Anne Marie P. Kelley

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of June, 2009, a copy of the foregoing *Amended and Restated Statement Of Dilworth Paxson LLP As To Representation Of Multiple Parties In Interest Pursuant To Bankruptcy Rule 2019* was filed electronically through the ECF system and served electronically on all parties accepting Notice of Electronic Filing. Parties may access this filing though the Court's ECF system.

                                                /s/ Scott J. Freedman
                                                Scott J. Freedman