**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP, *et al.* | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

Ligee Gu, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in New York, New York.

On June 24, 2009, I served a copy of the document listed below by causing true and correct copies of the same to be sent by Overnight Mail, to the persons listed on Exhibit A hereto:

*OBJECTION AND RESERVATION OF RIGHTS OF UTi UNITED STATES, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO.*

*/s/ Ligee Gu*
Ligee Gu

Sworn to before me this 25th
day of June, 2009

*/s/ Carrie E. Mitchell*
NOTARY PUBLIC
Carrie E. Mitchell
Notary Public, State of New York
No. 02MI6136082
Qualified in New York County
Commission Expires October 31, 2009

{00081108.1 / 0638-000}

## Exhibit A

| | | |
|---|---|---|
| Attn: Warren Command Center<br>Mailcode 480-206-114<br>General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025 | Harvey R. Miller, Esq.,<br>Weil Gotschal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Matthew Feldman, Esq.<br>U.S. Treasury<br>1500 Pennsylvania Avenue, NW<br>Room 2312<br>Washington, DC 20220 |
| John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 | Michael Edelman, Esq.<br>Vedder Price P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 | Diana G. Adams, Esq.<br>Office of the United States Trustee, SDNY<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| Thomas Moers Mayer<br>Kenneth H. Eckstein<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of Americas<br>New York, NY 10036 | | |