UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.,* | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Matthew J. Riopelle, a member in good standing of the Bar of the State of California, request admission to practice, *pro hac vice*, before the Honorable Judge Robert E. Gerber, to represent Toyota Motor Corporation, a creditor in the above referenced case.

Mailing Address: Foley & Lardner LLP, 402 West Broadway, Suite 2100, San Diego, CA 92101

Email Address: mriopelle@foley.com

Telephone Number: 619-234-6655

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 25, 2009
       San Diego, California

By: /s/ Matthew J. Riopelle
Matthew J. Riopelle
Foley & Lardner LLP
402 West Broadway, Suite 2100
San Diego, CA 92101-3542
mriopelle@foley.com
Telephone: 619-234-6655
Facsimile: 619-234-3510

DETR_1214504.1