UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
In re:                                    )          Chapter 11
                                          )
GENERAL MOTORS CORP., *et al.,*           )          Case No. 09-50026 (REG)
                                          )
    Debtors.                            )          (Jointly Administered)
_____)

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Matthew J. Riopelle, a member in good standing of the Bar of the State of California, having requested admission, *pro hac vice*, to represent Toyota Motor Corporation, a creditor in the above referenced case,

**ORDERED**,

That Matthew J. Riopelle, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

                                /s/ _____
                                    UNITED STATES BANKRUPTCY
                                    JUDGE