June 19, 2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green, Suite 627
New York, New York 10004-1408
Case No. 09-50026
Fax: ███████

OBJECTION REGARDING GM BANKRUPTCY FILING

The Honorable Judge Robert E. Gerber,

As you consider the GM request for bankruptcy and the proposed reorganization, please consider the request of 15,000 salaried retirees of the Delphi Corporation in asking that GM assume their pensions as well as the pensions of their UAW co-workers.

Most Delphi salaried retirees began their careers with GM and worked more than 2/3 of their careers with GM before being spun-off as Delphi in 1999. The salaried retirees have given the same amount of time our UAW co-workers have given to GM — the only difference being the UAW had a contract. Salaried employees had years and years of promises from General Motors that we would have the same benefits as our UAW brothers and sisters without the benefit of a contract. It is fundamentally unfair that two groups of retirees from the same company are being treated so differently.

Delphi salaried retirees have already sacrificed more than our GM salaried and union counterparts. As of April 1st, Delphi salaried retirees pay for their entire healthcare, dental, vision, and life insurance coverage — increasing expenses as much as ten fold. Concurrently reducing pension income by 30-70 percent hardly demonstrates "equality of sacrifice" that the Obama Administration and Auto Task Force have spoken about. It is imperative that the Delphi Salaried Pension Fund be fully funded to prevent financial disaster for thousands of people who worked a lifetime to earn this benefit.

With the billions of dollars that have changed hands during the last ten years in the spin-off, bankruptcy filing of Delphi, DIP financing, and stimulus dollars from the federal government, I can't understand why there are not enough funds to cover the salaried workers retirement fund.

In comparison to the number of GM salaried/union retirees, the number of Delphi Salaried Retirees is quite insignificant. Assuming responsibility for the salaried pensions would not create a significant financial hardship for General Motors. Please demand equitable treatment for hourly and salaried retirees by having GM assume the obligations of both plans. It is the only honorable, fair, decent and equitable thing to do.

I ask the court to please urge the US Treasury and Auto Task Force to re-evaluate the reorganization plans of Delphi and General Motors and provide fair and equitable treatment to ALL UAW represented workers AND salaried retirees. I believe that is the responsibility of the court.

Respectfully,

*Joanne Burns*

Joanne Burns
Delphi Salaried Retiree

Cc:   Mr. Vince Snowbarger – PBGC
      President Barack Obama
      Governor Jennifer Granholm
      Senator Carl Levin – MI
      Senator Debbie Stabenow–MI
      Representative Carolyn Kilpatrick – D-13
      Mr. Tim Geithner – United States Secretary of the Treasury
      Mr. Ron Bloom – Senior Advisor on the Auto Industry