**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| GENERAL MOTORS CORP., *et al*., | § | Case No. 09-50026 (REG) |
| | § | |
| Debtor | § | (Jointly Administered) |
| | § | |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK )
                                   ) SS:
COUNTY OF NEW YORK )

       Patricia A. Wright, being duly sworn deposes and says:

       1.     That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

       2.     That on the 24th day of June, 2009, I caused to be served a true copy of the ***Reply of Deutsche Bank AG to Debtors' Response to Limited Objection and Request For Clarification of Motion of the Debtors for Final Order Approving Postpetition Financing and Response to Sale Motion*** upon those parties listed on the attached Service List.

                                                          /s/Patricia A. Wright
                                                        Patricia A. Wright

Sworn to before me this
24th day of June, 2009

 Steven Sarnotsky
Notary Public, State of New York
No. 01SA6008581
Qualified in New York County
Commission Expires August 1, 2010

A/73074008.1

## SERVICE LIST

*FACSIMILE TRANSMISSION*

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10022
Attn: Andrew Velez-Rivera, Esq.
      Brian Masumoto, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi, Esq.
**Counsel to Presidential Task Force
on the Auto Industry**

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
Attn: Richard S. Toder, Esq.
      Andrew D. Gottfried, Esq.
      Richard S. Petretti, Esq.
**Counsel to Term Loan Agent**

*OVERNIGHT MAIL*

General Motors Corporation
300 Renaissance Center
Detroit, Michigan 48265
Attn: Lawrence S. Buonomo, Esq.
**Debtors**

The U.S. Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220
Attn: Chief Counsel, Office of Financial
Stability

United States Attorney's Office
Southern District of New York
Civil Division, Tax & Bankruptcy Unit
86 Chambers Street, 3rd Floor
New York, NY 10007

McMillan LLP
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario, Canada M5J2T3
Attn: Peter A. Willis
**Counsel to EDC**

Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC 20005
Attn: Dana Cann, Senior Financial Analyst
**Committee Member**

Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890
Attn: James J. McGinley
**Committee Member**

A/73074008.1

Law Debenture Trust Company of New York
400 Madison Avenue, 4th Floor
New York, NY 10017
Attn: Robert Bice, Senior Vice President
**Committee Member**

The Industrial Division of Communications
Workers Of America, AFL-CIO
2701 Dayton Road
Dayton, OH 45439
Attn: James Clark, President, IUE-CWA
**Committee Member**

International Union UAW
8000 East Jefferson Avenue
Detroit, MI 48214
Attn: Niraj R. Ganatra
**Committee Member**

United Steelworkers
Five Gateway Center, Room 807
Pittsburgh, PA 15222
Attn: David R. Jury, Associate General Counsel
**Committee Member**

Interpublic Group
1114 Avenue of the Americas
New York, NY 10036
Attn: Nicholas J. Camera, Sr. VP and General
Counsel
**Committee Member**

DENSO International America, Inc.
24777 Denso Drive
Southfield, MI 48033
Attn:  Steven M. Zarowny, Assistant General
Counsel
**Committee Member**

Inteva Products, LLC
1401 Crooks Road
Troy, MI 48084
Attn: Lance Lis, General Counsel
**Committee Member**

Serra Chevrolet of Birmingham, Inc.
P.O. Box 59120
Birmingham, AL 35259
Attn: Quentin Brown, Vice President/General
Counsel
**Committee Member**

Paddock Chevrolet
3232 Delaware Avenue
Kenmore, NY 14217
Attn: Duane Paddock, Owner
**Committee Member**

Saturn of Hempstead, Inc.
265 North Franklin Street
Hempstead, NY 11550
Attn: Ernest Louison, General Manager
**Committee Member**

Mark Buttita
2429 South Alpine Road
Rockford, IL 61108
**Committee Member**

Genoveva Bermudez
c/o Cohen & Associates
8710 E. Vista Bonita Drive
Scottsdale, AZ 85255
Attn: Larry E. Cohen, Esq.
**Committee Member**

A/73074008.1

*EMAIL TRANSMISSION*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:  Harvey R. Miller
        Stephen Karotkin, Esq.
        Joseph H. Smolinsky, Esq.
email:  harvey.miller@weil.com
        stephen.karotkin@weil.com
        joseph.smolinsky@weil.com
**Counsel to Debtors**

Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esq.
        Michael L. Schein, Esq.
        Erin Zavalkoff-Babej, Esq.
email: mjedelman@vedderprice.com
        mschein@vedderprice.com
        ezavalkoff-babej@vedderprice.com
**Counsel to EDC**

Cohen, Weiss and Simon
330 West 42nd Street, 25th Floor
New York, NY 10036
Attn: Babette A. Ceccotti, Esq.
email: bceccotti@cwsny.com
**International Union, United Automobile,
Aerospace and Agricultural Implement
Workers of America (UAW)**

Schnader Harrison Segal & Lewis, LLP
140 Broadway
Suite 3100
New York, NY 10005
Attn: Benjamin P. Deutsch, Esq.
email:  bdeutsch@schnader.com
**Ad Hoc Committee of Consumer Victims of
General Motors**

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn:  Thomas Moers Mayer, Esq.
        Kenneth H. Eckstein, Esq.
        Robert T. Schmidt, Esq.
        Adam C. Rogoff, Esq.
        Gordon Z. Novod, Esq.
email: gnovod@kramerlevin.com
**Proposed counsel for the Official Committee
of Unsecured Creditors**

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn: Peter V. Pantaleo, Esq.
        David J. Mack, Esq.
email:  ppantaleo@stblaw.com
        dmack@stblaw.com
**Counsel to Revolver Agent**

Cleary, Gottlieb, Steen & Hamilton, LLP
One Liberty Plaza
Attn: James L. Bromley, Esq.
New York, NY 10006
email: maofiling@cgsh.com
**International Union, United Automobile,
Aerospace and Agricultural Implement
Workers of America (UAW)**

Stutzman, Bromberg, Esserman & Plifka, P.C.
2323 Bryan Street
Suite 2200
Dallas, TX 75201-2689
Attn: Peter D'Apice, Esq.
email: dapice@sbep-law.com
**Ad Hoc Committee of Asbestos Personal
Injury Claimants**

A/73074008.1

-2-

**Thomas M. Kennedy**
Kennedy Jennik & Murray, P.C.
113 University Place
7th Floor
New York, NY 10003
email: tkennedy@kjmlabor.com
**IUE-CWA, AFL-CIO**

**Michael P. Richman**
Patton Boggs LLP
1185 Avenue of the Americas
30th Floor
New York, NY 10036
email: mrichman@pattonboggs.com
        msalzberg@pattonboggs.com
        miachan@pattonboggs.com
**Unofficial Committee of Family & Dissident
GM Bondholders**

A/73074008.1