KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio  45202
Jason V. Stitt, Esq. (0078513) *(pro hac vice)*
Telephone:     (513) 639-3964
E-Mail:         jstitt@kmklaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION OF RIGHTS OF CINTAS CORPORATION WITH RESPECT TO CURE AMOUNT**

Cintas Corporation ("Cintas"), by and through its undersigned counsel, hereby withdraws the Limited Objection of Cintas Corporation to Designated Cure Amount for Designated Assumable Executory Contracts Related to Debtors' Motion Seeking Approval of Procedures for Sale of Debtors' Assets and Establishing Related Assumption and Assignment Procedures filed with this Court on June 12, 2009 [Doc. No. 932], without prejudice.  Cintas and the above-captioned Debtors have agreed to resolve the dispute relating to the cure amounts described in the Objection pursuant to the cure dispute resolution procedures previously approved by the Court in these Chapter 11 cases.

Cintas continues to reserve all rights with respect to all cure amounts due and owing to Cintas, including any amounts with respect to agreements not contemplated under the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Non-Residential Real Property, and (II) Cure

Amounts Related Thereto [Doc. No. 573] set forth in the Cure Notice to Counterparties of Potentially Assumed Executory Contracts and Unexpired Leases dated June 5, 2009.

Dated:  June 25, 2009    Respectfully submitted,

*/s/  Jason V. Stitt*
Jason V. Stitt (0078513) *(pro hac vice)*
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Telephone:    (513) 639-3964
E-Mail:         jstitt@kmklaw.com
*Counsel for Cintas Corporation*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a true and correct copy of the WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION OF RIGHTS OF CINTAS CORPORATION WITH RESPECT TO CURE AMOUNT to be filed via the Court's CM/ECF System and served this 25th day of June, 2009 to the parties listed in the Notice and below via United Parcel Service. Notice of this filing will also be sent by operation of the Court's electronic filing system.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:  Harvey R. Miller, Esq.
          Stephen Karotkin, Esq.

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI  48090-9025
Attn:  Warren Command Center
Mailcode 480-206-114

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn:  Diana G. Adams, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281
Attn:  John J. Rapisardi, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn:  Thomas Moers Mayer, Esq.
          Gordon Z. Novod, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY  10019
Attn:  Michael J. Edelman, Esq.
          Michael L. Schein, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
Attn:  Matthew Feldman, Esq.

*/s/ Jason V. Stitt*
Jason V. Stitt

3

3016055.1