John Fazio
99-66 165st Ave.
Jamaca N.Y. 11414
718-848-3381
6/22/09

U.S. Bankruptcy Court
One Bowling Green
NY N.Y. 1004

Dear Sir;

I am a bond holder of G. Motors. I am a retired disabled New York City Firefighter who believes in the best country in the world.

I believe the capitilistic system has given us the best living conditions in the world. When a company goes out of the process of making money it goes bankrupt period. The stockholders lose, the creditors lose, the unions lose, but the bondholders are supposed to fair pretty good. The whole system depends on obligations being satisfied. The government should not overpower the bondholders and take disportionate amounts to themselves and the unions.

Fair is fair and our capitilistic way of life is threatned.

Thank you
John Fazio