**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:                                        :       **Chapter 11**
                                              :            50026
**GENERAL MOTORS CORPORATION,** *et*          :       Case No. 09-~~80026~~-(REG)
*al.*,                                        :
                          **Debtors.**        :
-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Stephen J. Moriarty, request admission, *pro hac vice*, before the Honorable Robert E. Gerbger, to represent Western Flyer Express, Inc., a creditor in the above referenced case.

I certify that I am a member in good standing of the bar in the State of Oklahoma and the bar of the U.S. District Court for the Western District of Oklahoma.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 15, 2009
       New York, New York

                                                          JUN 19 2009

                                        _____
                                        Stephen J. Moriarty

                                        *Mailing Address*:

                                        FELLERS, SNIDER,
                                           BLANKENSHIP,
                                        BAILEY & TIPPENS, P.C.
                                        100 N. Broadway, Suite 1700
                                        Oklahoma City, OK 73102
                                        E-Mail:smoriarty@fellerssnider.com
                                        Telephone: (405) 232-0621

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                              :          Chapter 11
                                                    :
GENERAL MOTORS CORPORATION, *et* :                  Case No. 09-80026-(REG)
*al.*,                                              :
                              Debtors.              :
-------------------------------------------------- x

### ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Stephen J. Moriarty, to be admitted, *pro hac vice*, to represent Western Flyer Express, Inc., (the "Client") a creditors in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Oklahoma and the bar of the U.S. District Court for the Western District of Oklahoma, it is hereby

**ORDERED**, that Stephen J. Moriarty, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June ___, 2009
New York, New York
                              _____
                              Robert E. Gerbger
                              UNITED STATES BANKRUPTCY JUDGE

488193