June 22, 2009

U.S Bankruptcy Court
Office of the Clerk
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Attention: Robert E. Gerber
United States Bankruptcy Judge

Re: Chapter 11 Case No. 09-50026(REG)

Dear Judge Gerber,

Enclosed is a copy of my original letter dated June 11, 2009. I have enclosed it so that you will have immediate access to my letter of objection. First, I apologize for taking up your time and I wish to withdraw any and all objections to the Chapter 11 Case No. 09-50026(REG.) Also I certainly do not wish to be treated any differently than all the other GM common stock owners.

Thank you for your efforts to resolve one of the most complicated and difficult cases in the history of our country.

Respectfully,

*[signature: William H. Chambers]*

William H. Chambers
501 Cumberland Road
Tyler, Texas 75703

*[received stamp: JUN 24 2009]*

June 11, 2009
William H Chambers
501 Cumberland Rd
Tyler, Texas 75703

US Bankruptcy Court
Office of the Clerk
Southern District of New York
One Bowling Green
New York, New York 10004-1408\

Attention: Robert E. Gerber
United States bankruptcy Judge

Re: Chapter 11 Case No. 09-50026 (REG)

Dear Judge Gerber,

I own 2200 shares of GM stock and I object to the sale of my holdings in GM and the current agreement with our government, the UAW, and the other limited interest holders for the following reasons.
As a US tax payer the proposal is taking my interest and selling it back to me when I already own 2200 shares of this company and as a share holder I will get no vested interest in the new company. Second, the people that are going to get an interest in the new GM namely the large stake holders are receiving value for their shares or investment and that is no different than the stockholders and thus the small investor shareholder is being treated unequally and in fact as a taxpayer are being doubly penalized and that is not reasonable.

I also object because the open market shareholders own 616 million shares of GM on the date of closing June 1 2009 which has to be worth something or there is nothing to sell to the US government or any other buyer. Further by my reading of this proposal there are all kinds of law firms representing the Debtors, Attorneys for the Purchaser Which I am paying for as a tax payer, the UAW, Export Development Canada, US trustee for the Southern District of NY, US attorneys Office. No where do I see anyone representing the stockholders. If this sale is allowed to proceed without all of the substantial investors and creditors being represented it seems to me this will represent nothing more than an illegal seizure of assets and redistribution of wealth. If GM is worthless why is our government investing huge sums of our money in this company and proclaiming it too valuable to be allowed to fail?

Enclosed is the board of directors statement that their conclusion stated June 1, 2009 was "that the proposed transformation will maximize the value of the enterprise, and return to the many stakeholders who have been involved with GM over the years." It seems to me that at least involves the long term shareholders. If this is not true why are all the dealers still in business? Why are the Canadians and all the others agreeing to proceed with a new GM? Why does this chapter 11 not effect GM's foreign manufacturing holdings? The only answer is GM is still worth more than what is being presented to this court, the public and all interested parties including those of us that have" invested over the years" many of whom have invested from the 1960's. Why should those share holders not get representation at these proceedings and be given a prorated share in the New GM not just the those with the power.

I respectfully object because this is no ordinary Chapter 11 filing and if The US taxpayer is going to substantially own a car company I don't see how the court can sell that company back to those taxpayers that already own shares in that company.

Respectfully presented to the court my objection,


William H Chambers
501 Cumberland Rd
Tyler, Texas  75703
wmhchambers@earthlink.net