# LAW OFFICES
## HICKS, SCHMIDLIN & SALIM, P.C.
5302 Gateway Centre
Flint, Michigan 48507

L. James Hicks (retired)
Randall R. Schmidlin*
David A. Salim
Mark E. Ross

*Also admitted in Florida

Telephone (810) 232-5038

Facsimile (810) 232-5538

June 23, 2009

**VIA UPS OVERNIGHT MAIL**

Clerk
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

JUN 2 4 2009

Re:  General Motors Corp., et al
     Chapter 11 Case No. 09-50026 (REG)

Dear Sir/Madam:

Enclosed please find Objection to Cure Amount, which we would appreciate your filing in the above captioned matter on behalf of our client, Shively Brothers, Inc.

Thank you for your assistance in this regard.

Sincerely,

HICKS, SCHMIDLIN & SALIM, P.C.

By: _____
    David A. Salim

DAS:bc
Enclosure
cc:  Shively Brothers, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____/

In re:                                              Chapter 11 Case No.

GENERAL MOTORS CORP., et al,                        09-50026 (REG)

            Debtors                        (Jointly Administered)

_____/

## OBJECTION TO CURE AMOUNT
## OF SHIVELY BROTHERS, INC.

Shively Brothers, Inc., by and through its undersigned counsel, hereby files its objection to the Cure Amount for the reasons and in the amount stated on the Addendums annexed hereto and made a part hereof.

            Respectfully submitted,

            HICKS, SCHMIDLIN & SALIM, P.C.
            Attorneys for Shively Brothers, Inc.

            By: _____
              David A. Salim (P-58361)
              5302 Gateway Centre
              Flint, MI 48507
              (810) 232-5038
              dsalim@hsslawyers.com

Dated: June 23, 2009

ADDENDUM #1

In addition to the Cure Amount provided on the Contract Website, Shively Brothers, Inc. should also be paid pre-June 1 Receivables not listed in e-DACOR, totaling $127,962.94, itemized on the attached Schedule #1

SCHEDULE #1

| Type | Our Ref | Date | PO # | Original Amount | Outstanding Amount |
|---|---|---|---|---|---|
| Invoice | IN0052850 | 4/30/2009 | LTS78730 | 5.88 | 5.88 |
| Invoice | IN0033049 | 5/22/2008 | INR63938 | 13.60 | 10.20 |
| Invoice | IN0049694 | 2/26/2009 | TAR20798 | 14.75 | 14.16 |
| Invoice | IN0048619 | 2/6/2009 | FGR75629 | 17.00 | 16.66 |
| Invoice | IN0050802 | 3/20/2009 | FGR77083 | 17.00 | 16.66 |
| Invoice | IN0045762 | 12/4/2008 | MRR22741 | 32.54 | 16.68 |
| Invoice | IN0049686 | 2/26/2009 | MAR78401 | 22.74 | 22.74 |
| Invoice | IN0050092 | 3/5/2009 | FGR76634 | 32.50 | 31.20 |
| Invoice | IN0050376 | 3/11/2009 | FGR76634 | 32.50 | 31.20 |
| Invoice | IN0042179 | 10/9/2008 | INR65694 | 35.72 | 35.72 |
| Invoice | IN0044103 | 11/15/2008 | INR66229 | 39.96 | 39.96 |
| Invoice | IN0023665 | 1/7/2008 | RMR13345 | 40.92 | 40.92 |
| Invoice | IN0048258 | 1/30/2009 | FGR75208 | 49.08 | 44.17 |
| Invoice | IN0030826 | 4/21/2008 | INR62995 | 56.91 | 56.91 |
| Invoice | IN0040217 | 9/8/2008 | TTR25822 | 60.84 | 60.84 |
| Invoice | IN0043634 | 10/30/2008 | INR65962 | 81.30 | 81.30 |
| Invoice | IN0048786 | 2/11/2009 | FGR75702 | 91.00 | 87.42 |
| Invoice | IN0050381 | 3/11/2009 | FGR76702 | 102.12 | 101.16 |
| Invoice | IN0048484 | 2/4/2009 | FGR75208 | 114.52 | 103.07 |
| Invoice | IN0043119 | 10/23/2008 | INR66084 | 107.16 | 107.16 |
| Invoice | IN0048884 | 2/12/2009 | FGR75629 | 153.00 | 149.94 |
| Invoice | IN0051062 | 3/25/2009 | FGR77083 | 153.00 | 149.94 |
| Debit Memo | DM0051400 | 3/31/2009 | FHS16088 | 153.60 | 153.60 |
| Invoice | IN0049095 | 2/16/2009 | FGR75702 | 166.00 | 159.36 |
| Invoice | IN0043116 | 10/23/2008 | INR65513 | 180.95 | 180.95 |
| Invoice | IN0053235 | 5/8/2009 | TAR21972 | 194.50 | 194.50 |
| Invoice | IN0040429 | 9/11/2008 | FGR69146 | 208.76 | 208.76 |
| Invoice | IN0051700 | 4/6/2009 | FGR77468 | 552.88 | 230.72 |
| Invoice | IN0053510 | 5/13/2009 | TCR19934 | 281.00 | 281.00 |
| Invoice | IN0051986 | 4/14/2009 | FHS16099 | 344.30 | 344.30 |
| Invoice | IN0047340 | 1/9/2009 | FHS16087 | 367.60 | 367.60 |
| Invoice | IN0053944 | 5/26/2009 | FHS16099 | 532.20 | 532.20 |
| Invoice | IN0050550 | 3/16/2009 | FGR76702 | 587.88 | 582.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice | IN0053705 | 5/19/2009 | HFV6-GAGE090518 | 1,502.00 | 1,502.00 | PVB00028 | Summary Invoice for Gage Technicians for the week of 5/18/09 |
| Invoice | IN0053129 | 5/6/2009 | RMS30715 | 2,125.15 | 2,125.15 | | |
| Invoice | IN0045737 | 12/4/2008 | GMS26045 | 2,880.00 | 2,880.00 | | |
| Invoice | IN0053520 | 5/14/2009 | ROM-200905-WK19 | 91,065.24 | 2,901.52 | | |
| Invoice | 15740 | 1/10/2008 | tar09926 | 2,970.00 | 2,970.00 | | |
| Invoice | IN0052621 | 4/27/2009 | FHS16099 | 3,250.92 | 3,250.92 | | |
| Invoice | IN0053542 | 5/14/2009 | GMS26623 | 4,200.00 | 4,200.00 | | |
| Invoice | IN0053959 | 5/26/2009 | GMS33810 | 4,815.00 | 4,815.00 | | |
| Invoice | IN0051416 | 4/1/2009 | TCR20854 | 104,507.30 | 8,353.64 | | |
| Invoice | IN0053735 | 5/20/2009 | GMS33892 | 9,740.52 | 9,740.52 | | |
| Invoice | IN0053937 | 5/26/2009 | M4-20090525 | 12,758.46 | 12,758.46 | MRB00383 | Summary Invoice for CM program |
| Invoice | IN0054129 | 5/29/2009 | POP-0905 | 87,632.27 | 68,006.85 | | |
| | | | | Total | 127,962.94 | | |

ADDENDUM #2

In addition to the Cure Amount provided on the Contract Website, Shively Brothers, Inc. should also be paid its inventory claim related to:

- Excessive inventory;
- Obsolete inventory;
- Plants closing or to be closed;

Totaling $1,875,707.00, as itemized on the attached Schedule #2

# SCHEDULE #3
# PROGRAM INVENTORY SPECIAL REPORT 6-15-09
## SHIVELY BROS., INC.

| Contract # | PROGRAM | LINE OR PLT | Closing Date | Active Until Closing | OBSOLETE / NO SALES OVER A YEAR | 2009 - 2010 CLOSE | EXTENDED INVENTORY VALUE | Curing Value Total | NOTE |
|---|---|---|---|---|---|---|---|---|---|
| FHB01351 | GMPT Flint North | Components | | Dec-10 | $364,951 | $0 | $159,045 | $523,996 | $523,996 |
| FGB07561 | Grand Blanc Metal Center | Grand Blanc | Not Closing | | | $633 | | $633 | $633 |
| PVB00028 | GMPT Flint Engine South | HFV6 | Not Closing | | | $8,178 | | $8,178 | $8,178 Durables |
| PVB00023 | GMPT Flint Engine South | L5/L6 | Closed | | | $28,524 | | $28,524 | $28,524 Plt Closed the end of May |
| GRB31111 | MFD-TDO | Grand Rapids | | Dec-09 | | | $34,595 | $34,595 | $34,595 Material in stock only for this plt |
| FMB40525 | MFD-TDO | Mansfield | | Dec-09 | | | $23,764 | $23,764 | $23,764 Material in stock only for this plt |
| DEB15133 | MFD-TDO | ALL FOUR | Flint / Marion Not Closing | | $200,524 | | | $200,524 | $200,524 Shared items that were normal usage before last year's slowdown |
| TCB08309 | GMPT-PPO | Pontiac | Not Closing | | $960 | | | $960 | $960 |
| WAB11675 | GMPT-WARREN | Warren | | Dec-10 | $9,242 | $8,095 | | $17,337 | $17,337 Material is sitting in the plt consigned |
| TAB01263 | GMPT-Tonawanda | 3.9L | | Jun-09 | $726,251 | | | $726,251 | $726,251 Leaving |
| TAB01263 | GMPT-Tonawanda | 10075 Cams | Closed | | $15,622 | | | $15,622 | $15,622 Line is gone. |
| TAB01263 | GMPT-Tonawanda | ALL OTHERS | Rest of Plant staying open? | | $295,323 | | | $295,323 | $295,323 |
| | | | | | $1,285,257 | $225,499 | $1,875,707 | $1,875,707 | |