| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Settlement Date:  June 30, 2009<br>Settlement Time:  12:00 PM |

```
-------------------------------------------------- x
In re:                                             :
                                                   :   Chapter 11
GENERAL MOTORS CORP., et al.,                      :
                                                   :   Case No. 09-50026 (REG)
                          Debtors.                 :
                                                   :   (Jointly administered)
                                                   :
-------------------------------------------------- x
```

## NOTICE OF SETTLEMENT OF ORDER

**PLEASE TAKE NOTICE**, that a proposed Order, a copy of which is annexed hereto, will be presented for signature to the Honorable Robert E. Gerber, Bankruptcy Judge, in the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 on June 30, 2009 at 12:00 P.M.

**PLEASE TAKE FURTHER NOTICE**, that objections or counter-orders must be served on the undersigned at the address below; filed with the Clerk of the United States

Bankruptcy Court for the Southern District of New York; and the Chambers of Bankruptcy Judge

Robert E. Gerber so as to be filed and received not later than June 30, 2009 at 11:00 a.m.

Dated:      New York, New York
            June 25, 2009

                                                    DIANA G. ADAMS
                                                    UNITED STATES TRUSTEE


                                                    /s/ Brian S. Masumoto
                                                    Brian S. Masumoto
                                                    Trial Attorney
                                                    33 Whitehall Street
                                                    21st Floor
                                                    New York, NY 10004
                                                    (212) 510-0500

To:    Michael P. Richman, Esq.
       Patton Boggs LLP
       1185 Avenue of the Americas, 30th Floor
       New York, New York 10036


       Harvey R. Miller, Esq.
       Weil, Gotshal & Manges LLP
       767 Fifth Avenue
       New York, New York 10153

       Kenneth H. Eckstein, Esq.
       Kramer Levin Naftalis & Frankel LLP
       1177 Avenue of the Americas
       New York, New York 10036

       David M. Fedman, Esq.
       Gibson, Dunn, & Crutcher LLP
       200 Park Avenue
       New York, New York 10166

       Jennifer Christian, Esq.
       KelleyDrye & Warren LLP
       101 Park Avenue
       New York, New York 10178

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                    :
                                                          :    Chapter 11
GENERAL MOTORS CORP., *et al.*,                           :
                                                          :    Case No. 09-50026 (REG)
                           Debtors.                       :
                                                          :    (Jointly administered)
                                                          :
------------------------------------------------------------ x

**ORDER DENYING MOTION OF THE UNOFFICIAL COMMITTEE OF FAMILY &
DISSIDENT GM BONDHOLDERS FOR AN ORDER DIRECTING THE UNITED
STATES TRUSTEE TO APPOINT AN OFFICIAL COMMITTEE OF FAMILY &
DISSIDENT BONDHOLDERS**

This matter coming before the Court on the Motion of the Unofficial Committee of Family & Dissident GM Bondholders for an Order Directing the United States Trustee to Appoint an Official Committee of Family & Dissident GM Bondholders (the "Motion"); the Court having reviewed the motion and having heard argument on the Motion, and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) notice of the Motion and the hearing on the Motion was sufficient under the circumstances, (d) for the reasons stated on the record at the hearing held on June 23, 2009, the Court having determined that the legal and factual bases set forth in the Motion failed to establish just cause for the relief sought therein;

IT IS HEREBY ORDERED THAT:

The Motion is DENIED.

Dated:  New York, New York
        June    , 2009

_____
HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE