**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------- x
:
In re: : Chapter 11
:
: Case No. 09-50026 (REG)
**GENERAL MOTORS CORP., et al.,** :
: (Jointly Administered)
:
Debtors. :
:
------------------------------- x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Marc S. Cohen, request admission, *pro hac vice,* before the Honorable Robert E. Gerber, to represent the Plaintiffs in the New Motor Vehicles Canadian Export Antitrust Litigation, creditors in the above- referenced case.

*I certify that I am a member in good standing* of the bar in the State of California, and of the bar of the U.S. District Court for the Central, Northern, Southern, and Eastern Districts of California.

I have submitted the filing fee of $25 with this motion for *pro hac vice* admission*.*

Dated:  June 25, 2009         KAYE SCHOLER LLP
         Los Angeles, California

  */s/ Marc S. Cohen*
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California  90067
Email: *marccohen@kayescholer.com*
Telephone:  (310) 788-1000
Facsimile:  (310) 788-1200
(CA State Bar No.:  065486)

Attorneys for Plaintiffs, New Motor Vehicles
Canadian Export Antitrust Litigation

23269321.DOC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
**GENERAL MOTORS CORP., et al.,**             :    **Chapter 11**
                                              :
                                              :    **Case No. 09-50026 (REG)**
                        **Debtors.**          :
                                              :    **(Jointly Administered)**
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Marc S. Cohen to be admitted, ***pro hac vice***, to represent the Plaintiffs in the New Motor Vehicles Canadian Export Antitrust Litigation (the "Clients"), creditors in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California, and of the bar of the U.S. District Court for the Central, Northern, Southern, and Eastern Districts of California, it is

**ORDERED** that Marc S. Cohen, Esq., is admitted to practice, ***pro hac vice,*** in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated: _____          /s/_____
       New York, New York             UNITED STATES BANKRUPTCY
                                      JUDGE


23269321.DOC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the *Motion for Admission to Practice, PRO HAC VICE,* was served via electronic mail and/or first class United States mail service, with postage thereon fully prepaid, on June 25, 2009, addressed as follows:

**DEBTOR'S COUNSEL**
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

**U.S. TRUSTEE**
Office of the United States Trustee
Southern District of New York
Attn: Diana G. Adams
33 Whitehall Street, 21st Floor
New York, NY 10004

This 25th day of June, 2009.

    */s/ Ashleigh A. Danker*
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Email: *adanker@kayescholer.com*
Telephone: (310) 788-1000
Facsimile: (310) 788-1200
(CA State Bar No.: 138419)

Attorneys for Plaintiffs, New Motor Vehicles
Canadian Export Antitrust Litigation