UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.,* | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice***

I, Brian Kenneth Duck, a member in good standing of the Bar of the State of Michigan, request admission to practice, *pro hac vice*, before the Honorable Judge Robert E. Gerber, to represent Toyota Motor Corporation, a creditor in the above referenced case.

Mailing Address: Foley & Lardner LLP, 500 Woodward Avenue, Detroit, Michigan 48226

Email Address: kduck@foley.com

Telephone Number: (313) 234-7100

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 25, 2009
      Detroit, Michigan

By: /s/ Brian Kenneth Duck
Brian Kenneth Duck
Foley & Lardner LLP
500 Woodward Avenue
Detroit, Michigan 48226
Telephone: (313) 234-7100
Facsimile:  (313) 234-2800

DETR_1214240.1