UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.,* | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

_____

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Brian Kenneth Duck, a member in good standing of the Bar of the State of Michigan, having requested admission, *pro hac vice*, to represent Toyota Motor Corporation, a creditor in the above referenced case,

**ORDERED**,

That Brian Kenneth Duck, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

/s/ _____
UNITED STATES BANKRUPTCY
JUDGE

DETR_1214240.1