# EXHIBIT A

| Invoice No. | PO Number | Date | Amount Owed | |
|---|---|---|---|---|
| 34899 | CF400000 | 5/26/09 | $6,445.14 | |
| 34904 | CF400000 | 5/27/09 | $9,667.71 | |
| 34907 | CF400000 | 5/28/09 | $6,445.14 | |
| 34910 | CF400000 | 5/29/09 | $6,445.14 | |
| 33919 | CF50000H | 10/3/2008 | $510.53 | |
| 33896 | RXFE8 | 9/30/2008 | $1,118.98 | |
| 31318 | CF400000 | 1/14/2008 | $4,007.62 | |
| 33865 | CF50000L | 9/26/2008 | $3,000.00 | |
| 34451 | CF400002 | 2/2/2009 | $157.79 | |
| 34474 | RXGGV | 1/30/2009 | $11,240.01 | |
| Unreconciled issues regarding Part Nos. 24234773, 24234817, 24236548, 24246656 | | | $95,584.92 | (this totals $56,450.91 for inventory and $39,134.01 for WIP) |
| **Total** | | | **$144,622.98** | |