FOLEY & LARDNER LLP

Scott T. Seabolt
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

Frank W. DiCastri
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: (414) 271-2400
Facsimile: (414) 297-4900

*Attorneys for Textron Inc.*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors | : | Jointly Administered |
| | : | |

---------------------------------------------------------------X

### OBJECTION OF TEXTRON INC. TO
### ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY
### CONTRACTS AND CURE AMOUNTS RELATED THERETO

Textron Inc. ("Textron"), by its attorneys Foley & Lardner LLP, submits this objection (the "Objection") to the Debtors' assumption and assignment of certain executory contracts and the Debtor's proposed Cure Amounts related thereto. In support of its Objection, Textron states as follows:

**PRELIMINARY STATEMENT**

1. Textron has various divisions and subsidiaries that have done business with Debtors. These divisions and subsidiaries include: CWC Division of Textron Inc., Kautex Inc.,

Kautex Corporation, Kautex of Georgia Inc., Kautex de Mexico S.A. de C.V., and Kautex Textron CVS Ltd. (collectively "Suppliers").

2. Suppliers previously received two Notices of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Real Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto (the "Assumption and Assignment Notices"), dated June 5, 2009, in which the Debtors purported to designate certain agreements between Suppliers and the Debtors (the "Assumable Executory Contracts") that may be assumed and assigned to Vehicle Acquisition Holdings LLC (the "Purchaser"). One Notice was addressed to "Textron Inc." The other was addressed to "Kohlberg & Co LLC … c/o Textron Automotive." Suppliers filed objections to the Assumption and Assignment Notices. (Dkt. 1457).

3. Suppliers subsequently received an additional Assumption and Assignment Notice dated June 15, 2009 addressed to "Textron Inc." ("Additional Notice"). In response to the Additional Notice, Suppliers incorporate by reference the objections set forth at Dkt. 1457 as though fully set forth herein.

4. Per the instructions in the Additional Notice, Suppliers accessed the website "www.contractnotices.com" using the User ID and Password listed in the Additional Notice. Many of the Assumable Executory Contracts listed under the User ID and Password included in the Additional Notice were not recognizable to Suppliers and did not appear to correspond to any business or alleged contractual relationship between Debtors and Suppliers. In fact, many of the Assumable Executory Contracts appeared to correspond to contractual relationships with parties other than Suppliers.

2

5. In addition, the information contained in the website "www.contractnotices.com" under the User ID and Password listed in the Additional Notice appears to be dynamic such that Debtors are changing the data over time making it nearly impossible for Suppliers to reconcile the data.

6. Suppliers reserve their rights to object to any additional and/or amended notice of assumption and assignment received from the Debtors and/or the Purchaser and to any changes to the information contained on the secure website referenced in the Assumption and Assignment Notices.

## **RELIEF REQUESTED**

WHEREFORE, Suppliers request that the Court enter an order denying the Debtors' request to assume and assign the Assumable Executory Contracts, and grant such other and further relief as the Court deems just and proper.

Dated:  June 25, 2009          FOLEY & LARDNER LLP
        New York, New York

                               /s/ Frank W. DiCastri
                               Scott T. Seabolt
                               One Detroit Center
                               500 Woodward Avenue, Suite 2700
                               Detroit, Michigan 48226
                               Telephone: (313) 234-7100
                               Facsimile: (313) 234-2800

                               Frank W. DiCastri
                               777 East Wisconsin Avenue
                               Milwaukee, Wisconsin  53202
                               Telephone: (414) 271-2400
                               Facsimile: (414) 297-4900
                               *Attorneys for Textron Inc.*