UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Case No. 09-50026 (REG) |
|  | : |  |
|  | : | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : | **NOTICE OF APPEARANCE AND** |
|  | : | **REQUEST FOR SERVICE OF** |
|  | : | **DOCUMENTS** |
|  | : |  |

TO:   Clerk, United States Bankruptcy Court
      Southern District of New York

PLEASE TAKE NOTICE that the undersigned counsel hereby enters its appearance as counsel for Kruse Technology Partnership, a creditor in the above-referenced matters, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office and address:

> **COLE, SCHOTZ, MEISEL,**
> **FORMAN & LEONARD, P.A.**
> Court Plaza North
> 25 Main Street
> Hackensack, NJ 07601
> Attn:   Stuart Komrower, Esq.
> Phone:     (201) 489-3000
> Facsimile: (201) 489-1536
> E-mail: skomrower@coleschotz.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and pleadings referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex, electronically or

otherwise, which affect or seek to affect in any way the Debtor or their respective property and/or property of the estate.

          COLE, SCHOTZ, MEISEL,
          FORMAN & LEONARD, P.A.
          A Professional Corporation
          Counsel for Kruse Technology Partnership

By: */s/ Stuart Komrower*
     Stuart Komrower
Court Plaza North
25 Main Street
Hackensack, NJ 07601
Phone:    (201) 489-3000
Facsimile: (201) 489-1536

DATED:  Hackensack, New Jersey
          June 25, 2009

2

46866/0001-5771331v1

## CERTIFICATION OF SERVICE

I certify that on June 25, 2009, the foregoing Notice of Appearance was served by electronic transmission (CM/ECF System) to the parties on the clerk's list who receive electronic notification of filings. I further certify that a copy of the said Notice was also served via regular mail upon the parties set forth below:

| | |
|---|---|
| The Debtors<br>c/o General Motors Corporation<br>Attn: Warren Command Center,<br>Mail code 480-206-114<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025 | Weil, Gotshal & Manges LLP<br>Attn: Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Attorneys for the Debtors<br>767 Fifth Avenue<br>New York, New York 10153 |
| The U.S. Treasury<br>Attn: Matthew Feldman, Esq.<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC 20220 | Cadwalader, Wickersham & Taft LLP<br>Attn: John J. Rapisardi, Esq.<br>Attorneys for the Purchaser<br>One World Financial Center<br>New York, New York 10281 |
| Vedder Price, P.C.<br>Attn: Michael J. Edelman, Esq.<br>Michel L. Schein, Esq.<br>Attorneys for Export Development Canada<br>1633 Broadway<br>47th Floor<br>New York, New York 10019 | The Office of the United States Trustee<br>for the Southern District of New York<br>Attn: Diana G. Adams, Esq.<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004 |
| Kramer Levin Naftalis & Frankel LLP<br>Attn: Gordon Z. Novod, Esq.<br>Thomas Moers Mayer<br>1177 Avenue of The Americas<br>New York, NY 10036 | |

                                                  */s/ Stuart Komrower*
                                                  STUART KOMROWER

DATED: June 25, 2009

46866/0001-5771331v1