**MORGAN LEWIS & BOCKIUS LLP**
**101 Park Avenue**
**New York, NY 10178**
**Wendy S. Walker**
**Tel: 212-309-6000**

*Attorneys for Toyota Motor Sales, U.S.A., Inc.*
*and TRD, U.S.A., Inc.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., et al | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I, Wendy S. Walker, hereby certify that on June 25, 2009 I served the annexed *Supplemental Objection and Reservation of Rights of Toyota Motor Sales, U.S.A., Inc. and TRD, U.S.A., Inc. to Debtors' Motion, Inter Alia, to Assume and Assign Certain Executory Contracts and to Cure Amounts* upon the parties on the annexed list via telecopier.

/s/ Wendy S. Walker
Wendy S. Walker

DB1/63169570.1

TO:

| NAME | COMPANY | TELECOPY # |
|---|---|---|
| Warren Command Center | General Motors | 248-312-7191 |
| Harvey Miller, Esq.; Stephen Karotkin, Esq.; Joseph Smolinsky, Esq. | Weil Gotshal | 212-310-8007 |
| Matthew Feldman, Esq. | U.S. Treasury | 202-622-6415 |
| John Rapisardi, Esq. | Cadwalader, Wickersham & Taft | 212 504 6666 |
| Thomas Moers Mayer; Kenneth Eckstein; Gordon Novod, Esq. | Kramer Levin Naftalis & Frankel | 212-715-8000 |
| Michael J. Edelman, Esq. | Vedder Price | 212-407-7799 |
| Diana Adams, Esq. | U.S. Trustee | 212-668-2256 |