**Exhibit A**



1156 Old Norcross Road
Lawrenceville, GA 30045

May 28, 2009

David J. Heise
c/o Saturn Corporation
Saturn Service Parts
100 Saturn Parkway
Spring Hill, TN 37174-1500

Dear Mr. Heise,

Re: Purchase Order Number 000124522

This letter is to advise that the above-referenced purchase order is not acceptable to Averitt Express, Inc.

In accordance with the prior purchase order, we remain willing to meet as frequently as necessary to negotiate prices and other terms for a new purchase order.

Until such time as a new agreement is reached, we will continue to provide services under purchase order number 00124011 on a month to month basis. Please be advised that June 30, 2009 will be our last day of service.

Despite the termination, Averitt would like to continue providing services to Saturn, and we would be pleased to enter into negotiations for a new agreement.

Sincerely,


Daniel O. Singer
Vice President
Supply Chain Solutions


Cc:   Via e-mail