**Exhibit B**



DAVID J HEISE
C/O SATURN CORPORATION
INDIRECT MATERIALS SUPPLIER MGR
P.O. BOX 1500   MD 371-999-G15
SPRING HILL, TN   37174

AVERITT EXPRESS INC.
3515 CLEBURNE ROAD
COLUMBIA, TN   38401
          PURCHASE ORDER
          ORIGINAL COPIES



```
    SATURN  CORPORATION          DATE: 03/26/08
         PURCHASE  ORDER         TIME: 22:03:32
                                 PAGE     1 OF     7
```

PURCHASE ORDER NBR: 000124011

TO: AVERITT EXPRESS INC.
    3515 CLEBURNE ROAD
    COLUMBIA, TN  38401

IMPORTANT:

THE PO NUMBER AND PO ITEM NUMBER MUST APPEAR ON ALL INQUIRIES, INVOICES, PACKING SLIPS, BILLS OF LADING AND REFERENCE.

SUPPLIER MGR:   284
                DAVID J HEISE

EFFECTIVE DATE:  03/26/08
EXPIRATION DATE: 06/28/09

RETURN ADDRESS: DAVID J HEISE
                C/O SATURN CORPORATION
                INDIRECT MATERIALS SUPPLIER MGR
                P.O. BOX 1500  MD 371-999-G15
                SPRING HILL, TN  37174

PHONE NBR:      (931) 486-6742

ACKNOWLEDGEMENT REQUIRED (Y/N): N

NOTES:

                        CALIBRATION

SUPPLIERS OF CALIBRATION SERVICES SHALL HAVE READILY
AVAILABLE OBJECTIVE EVIDENCE OF:

- FULL COMPLIANCE TO CLAUSE 4.11.2.B.1 OF QSR, QS9000, 3RD
EDITION, 1998 INCLUDING EITHER:

* ACCREDITATION TO ISO/IEC GUIDE 25, OR NATIONAL
  EQUIVALENT,
* MEETING THE INTENT OF ISO/IEC GUIDE 25, OR NATIONAL
  EQUIVALENT THROUGH ASSESSMENT BY AN OEM CUSTOMER OR
  OEM CUSTOMER APPROVED SECOND PARTY,
* BEING THE ORIGINAL MANUFACTURER OF EQUIPMENT FOR
  WHICH A QUALIFIED CALIBRATION LABORATORY DOES NOT
  EXIST, OR EQUIPMENT IS STILL UNDER ORIGINAL
  WARRANTY/SERVICE AGREEMENT,
* A DOCUMENTED AND APPROVED PROGRAM TO ASSURE COMPLIANCE.


- CALIBRATION TO MANUFACTURER'S ORIGINAL EQUIPMENT
SPECIFICATIONS, UNLESS OTHER ACCEPTANCE CRITERIA TO BE
PROVIDED WITH SPECIFIC REFERENCE TO THE



```
              S A T U R N     C O R P O R A T I O N     DATE:  03/26/08
                P U R C H A S E     O R D E R          TIME:  22:03:32
                                                       PAGE      2 OF        7
```

PURCHASE ORDER NBR: 000124011

APPROPRIATE METHOD(S) UTILIZED PER ELEMENT 10 OF ISO/IEC
GUIDE 25, AS A MINIMUM.

SUPPLIERS OF CALIBRATION AND TESTING SERVICES SHALL FURNISH
A LONG FORM CERTIFICATE (ONE THAT REFLECTS SPECIFIC
CALIBRATION RESULTS) FOR EACH PIECE OF EQUIPMENT OR DEVICE
CALIBRATED UPON COMPLETION OF THE CALIBRATION ACTIVITY.
THE CERTIFICATE SHALL CONTAIN THE INFORMATION CONTAINED IN
ELEMENT 13.2 OF ISO/IEC GUIDE 25, AS A MINIMUM.


                         SALES TAX

SATURN CORPORATION IS AUTHORIZED TO PAY SALES OR USE TAXES
DIRECTLY TO THE STATE OF TENNESSEE UNDER PERMIT NUMBER
10-0315259 AND TO THE STATE OF MICHIGAN UNDER PERMIT
NUMBER 38-2577506.


              SPARE PARTS FOR MACHINERY & EQUIPMENT

SELLER, AS A PROVIDER OF MACHINERY AND EQUIPMENT, SHALL
ENSURE THE AVAILABILITY OF MATERIALS, GOODS, AND SERVICES
TO SUPPORT SUCH MACHINERY AND EQUIPMENT.  SPARE PARTS
REQUIREMENTS SHALL BE PROVIDED TO BUYER BY SELLER OR
THROUGH ITS EXISTING FRANCHISES AND DISTRIBUTORS.


                    PURCHASE ORDER EXTENSION

THE TERM OF THIS PURCHASE ORDER SHALL BE ONE YEAR FROM THE
DATE SET FORTH ABOVE.  NO LATER THAN NINETY (90) DAYS PRIOR
TO THE ABOVE EXPIRATION DATE OF THIS PURCHASE ORDER, THE
SELLER SHALL SUBMIT ITS PROPOSED PRICES FOR PRODUCTS AND
OR SERVICES FOR THE UPCOMING YEAR.  THEREAFTER, THE
PARTIES SHALL MEET AS FREQUENTLY AS NECESSARY TO
NEGOTIATE IN GOOD FAITH SUCH PRICES AND OTHER TERMS OF
MUTUAL INTEREST.

IF AGREEMENT CANNOT BE REACHED, THIS PURCHASE ORDER
WILL EXPIRE ACCORDING TO ITS TERMS, IN WHICH EVENT
NEITHER PARTY SHALL HAVE LIABILITY TO THE OTHER BECAUSE
OF SUCH EXPIRATION.  WITHOUT LIMITING THE FOREGOING,
THE SELLER ACKNOWLEDGES AND AGREES THAT ANY EXPENDITURES
OR COMMITMENTS THAT ARE MADE FOR FACILITIES AND ARE MADE AT
ITS OWN SOLE RISK AND EXPENSE.

IF AGREEMENT IS REACHED, THIS PURCHASE ORDER WILL BE RENEWED
FOR AN ADDITIONAL ONE-YEAR PERIOD AND WILL BE MODIFIED
ACCORDINGLY.
           *INVOICE REQUIREMENTS AND PAYMENT TERMS*
TO ENSURE PROMPT PAYMENT AND AVOID INVOICE REJECTION, ALL
INVOICES MUST REFERENCE P.O.& LINE AND BE MAILED TO:
* *GM/SPRING HILL MANUFACTURING, ATTN: ELLA ANDERSON,



```
S A T U R N    C O R P O R A T I O N      DATE:  03/26/08
    P U R C H A S E    O R D E R           TIME:  22:03:32
                                           PAGE      3 OF      7
```

**PURCHASE ORDER NBR: 000124011**

(MD 371-999-G15), 100 SATURN PARKWAY, SPRING HILL, TN 37174

PAYMENT WILL BE MADE ACCORDING TO THE PAYMENT TERMS OF THIS
PURCHASE ORDER.  BUYER'S LIABILITY FOR THIS ITEM WILL BE
CALCULATED FROM OUR POINT OF RECEIPT.
        RELEASING MATERIALS, GOODS & SERVICES

DELIVERIES OR PROVISION OF THE GOODS OR SERVICES COVERED BY
THIS PURCHASE ORDER SHALL BE IN THE QUANTITIES AND AT THE
TIMES SPECIFIED IN BUYER'S RELEASE/KANBAN DOCUMENT(S) OR
AUTHORIZATION(S).  ALL SELLER DOCUMENTS GENERATED IN
CONNECTION WITH ANY SUCH DELIVERIES OR PROVISIONS SHALL
REFERENCE THE APPROPRIATE MATERIAL EVENT NUMBER(S) ISSUED
BY BUYER.

TO ASSIST SELLER IN ITS RECONCILIATIONS OF SHIPMENTS TO
AND PAYMENTS FROM BUYER, BUYER'S REMITTANCE ADVICE(S)
SHALL LIKEWISE REFERENCE THE MATERIAL EVENT NUMBER(S).

                    DOCUMENTATION REQUIREMENTS

AMOUNTS INVOICED FOR TRAVEL AND LIVING EXPENSES MUST BE
SUPPORTED BY COPIES OF EXPENSE REPORTS, TICKETS, LODGING,
RENTAL AGREEMENTS, ETC. IN ORDER TO AUTHENTICATE THE
VALIDITY OF THESE EXPENSES.

DOCUMENTS MUST BE ATTACHED TO YOUR INVOICE FOR PROMPT
PAYMENT.

                    RETURNABLE PACKAGING

SELLER IS RESPONSIBLE FOR THE MAINTENANCE OF RETURNABLE
PACKAGING AND CONTAINERS.  SUCH ITEMS SHALL BE KEPT IN
GOOD, CLEAN CONDITION AND MARSHALED TO ALL NECESSARY
LOCATIONS.

                            AUDIT

SELLER GRANTS TO SATURN CORPORATION, ACCESS TO ALL PERTINENT
LEDGERS, PAYROLL DATA, BOOKS, RECORDS, CORRESPONDENCE,
WRITTEN INSTRUCTIONS, DRAWINGS, RECEIPTS, VOUCHERS AND
OTHER DOCUMENTS FOR THE PURPOSE OF AUDITING THE CHARGES,
ALLOCATIONS, AND PERFORMANCE OF THIS PURCHASE ORDER.  THE
SELLER MUST SEGREGATE HIS RECORDS IN SUCH A MANNER AS TO
FACILITATE A COMPLETE AUDIT AND AGREES THAT SUCH AN AUDIT
MAY BE USED AS THE BASIS FOR SETTLEMENT CHARGES AGAINST
THIS PURCHASE ORDER.  BUYER, OR ITS AUTHORIZED AGENTS,
MAY CONDUCT SUCH AN AUDIT DURING THE SELLER'S REGULAR
BUSINESS HOURS AND ONLY AFTER REASONABLE NOTICE HAS BEEN
GIVEN TO THE SELLER.  THE SELLER FURTHER AGREES, FOR THIS
PURPOSE, TO PRESERVE ALL OF THE ABOVE ENUMERATED DOCUMENTS



```
          SATURN   CORPORATION        DATE:  03/26/08
              PURCHASE   ORDER        TIME:  22:03:32
                                      PAGE      4 OF      7

                                      PURCHASE ORDER NBR: 000124011
```

FOR A PERIOD OF ONE YEAR AFTER FINAL PAYMENT HEREUNDER.

### DOCUMENTATION

CERTAIN DOCUMENTS WHICH ARE PROVIDED BY THE BUYER (SATURN) TO THE SELLER UNDER THIS PURCHASE ORDER ARE CONSIDERED CONFIDENTIAL AND PROPRIETARY TO THE BUYER. THESE DOCUMENTS SHALL BE MARKED AS CONFIDENTIAL OR PROPRIETARY AND SHALL BE USED BY THE SELLER FOR THE SOLE PURPOSE OF PROVIDING THE MATERIALS, GOODS OR SERVICES ORDERED. THEY ARE NOT TO BE DISCLOSED BY SELLER TO ANY THIRD PARTY WITHOUT PRIOR WRITTEN CONSENT OF THE SUPPLIER MANAGER WHO HAS ISSUED THIS ORDER. ALL DOCUMENTS PROVIDED SHALL BE RETURNED PROMPTLY TO BUYER UPON CANCELLATION OR TERMINATION OF THIS ORDER.

### INTELLECTUAL PROPERTY

A. OWNERSHIP OF INFORMATION
ALL INFORMATION FURNISHED OR MADE AVAILABLE BY BUYER TO SELLER OR ITS EMPLOYES OR SUBCONTRACTORS IN CONNECTION WITH THE WORK AND SERVICES TO BE PERFORMED BY SELLER HEREUNDER SHALL BE TREATED AS CONFIDENTIAL BY SELLER AND ITS EMPLOYES AND SUBCONTRACTORS AND SHALL NOT BE DISCLOSED BY SELLER, ITS EMPLOYES AND SUBCONTRACTORS TO ANYONE, EITHER IN WHOLE OR IN PART, WITHOUT BUYER'S PRIOR WRITTEN CONSENT.

SELLER AGREES THAT ALL DESIGNS, DRAWINGS, PROCESSES, COMPOSITIONS OF MATERIAL, SPECIFICATIONS, SOFTWARE, MASK WORKS OR OTHER TECHNICAL INFORMATION MADE AND FURNISHED BY SELLER UNDER THIS PURCHASE ORDER, INCLUDING ALL RIGHTS TO PATENTS, TRADEMARKS, COPYRIGHTS, MASK WORKS, TRADE SECRETS, AND OTHER PROPRIETARY INFORMATION PERTAINING TO THE SAME, SHALL BE THE SOLE AND EXCLUSIVE PROPERTY OF BUYER, AND SELLER SHALL PROTECT AGAINST DISCLOSURE TO THIRD PARTIES.

SELLER AGREES THAT, AS TO ALL INVENTIONS, AND IMPROVEMENTS IN SUCH DESIGNS, DRAWINGS, PROCESSES, COMPOSITIONS OF MATERIAL, SPECIFICATIONS, SOFTWARE OR OTHER TECHNICAL INFORMATION OR ALL CREATIONS IN SUCH MASK WORKS MADE AND FURNISHED BY SELLER UNDER THIS PURCHASE ORDER, SELLER WILL PROMPTLY IDENTIFY AND DISCLOSE SUCH INVENTIONS, IMPROVEMENTS AND CREATIONS TO BUYER, EXECUTE OR OBTAIN THE EXECUTION OF ANY PAPERS AS MAY BE NECESSARY TO PERFECT OWNERSHIP OF THE SAME IN BUYER OR AS MAY BE NECESSARY IN THE OBTAINMENT, MAINTENANCE OR ENFORCEMENT OF ANY PATENT, TRADEMARK, COPYRIGHT, TRADE SECRET, MASK WORK RIGHT OR OTHER PROPRIETARY RIGHT PERTAINING TO THE SAME.

SELLER AGREES TO REQUIRE SELLER'S EMPLOYES WHO PERFORM WORK FOR BUYER TO SIGN THE ATTACHED INTELLECTUAL PROPERTY RIGHTS AGREEMENT FORM. SELLER FURTHER AGREES TO WITNESS THE



```
S A T U R N      C O R P O R A T I O N     DATE:   03/26/08
       P U R C H A S E    O R D E R         TIME:   22:03:32
                                            PAGE       5 OF       7
```

PURCHASE ORDER NBR: 000124011

SIGNING OF SUCH AGREEMENTS FOR BUYER, TO MAINTAIN SUCH
AGREEMENTS ON FILE FOR A PERIOD OF FIVE (5) YEARS AFTER THE
COMPLETION OF WORK UNDER THIS PURCHASE ORDER, AND, AT
BUYER'S REQUEST AT ANY TIME BEFORE THE END OF THAT FIVE (5)
YEAR PERIOD, TO DELIVER ANY OR ALL SUCH SIGNED AGREEMENTS TO
BUYER.

B. LICENSES
SELLER HEREBY GRANTS TO BUYER AND TO GENERAL MOTORS
CORPORATION AND ITS OTHER 'AFFILIATES' A WORLDWIDE,
NON-EXCLUSIVE, FULLY PAID, IRREVOCABLE RIGHT AND LICENSE
UNDER ANY PATENTS, UNITED STATES AND FOREIGN, AND UNDER ANY
OTHER PROPRIETARY INFORMATION OF SELLER WHICH IT MAY NOW
HAVE OR HEREAFTER ACQUIRE TO MAKE, HAVE MADE, USE AND SELL
ALL OR ANY PART OF GOODS DEVELOPED UNDER THIS PURCHASE ORDER
TOGETHER WITH THE CORRESPONDING RIGHT AND LICENSE TO USE
AND HAVE USED PROCESSES AND TO MAKE, HAVE MADE AND USE
EQUIPMENT FOR THE MANUFACTURE OF SUCH GOODS. FOR PURPOSES
OF THIS SECTION, THE TERM 'AFFILIATE' SHALL MEAN ANY COMPANY
IN WHICH GENERAL MOTORS CORPORATION OWNS FIFTY PERCENT
(50%) OR MORE OF THE VOTING SHARES OF THE COMPANY.

C. MANUFACTURING KNOW-HOW
IF SELLER INVOLVEMENT INCLUDES THE SUPPLY IN COMMERCIAL
QUANTITIES OF ALL OR ANY PART OF GOODS DEVELOPED UNDER
THIS PURCHASE ORDER, SELLER SHALL WITHOUT RESTRICTION
OF ANY KIND WHATSOEVER DELIVER TO BUYER ALL INFORMATION
RELATING TO THE DEVELOPMENT AND MANUFACTURE OF SUCH GOODS
IN SUFFICIENT DETAIL TO ENABLE BUYER TO MANUFACTURE THE
GOODS. WITHOUT LIMITATION, SUCH INFORMATION SHALL INCLUDE
DRAWINGS, SOFTWARE, MASK WORKS, GOODS, PROCESS AND MATERIAL
SPECIFICATIONS, PURCHASING SPECIFICATIONS, TOOL ROUTINGS,
LABOR ROUTINGS, INSPECTION PROCESSES, GOODS ASSURANCE AND
RELIABILITY PROJECTIONS, PROCESS CAPABILITY STUDIES,
TEST REPORTS, AND FAILURE MODE AND EFFECTS ANALYSIS
STUDIES.

                              PAYMENT

PAYMENTS MADE FOR MATERIALS, GOODS AND SERVICES PROVIDED
TO BUYER UNDER THIS PURCHASE ORDER, WILL BE PAID USING
EFT (ELECTRONIC FUNDS TRANSFER.)

IN ACCORD WITH A SEPARATELY EXECUTED AGREEMENT ON RECORD
WITH THE BUYER'S FINANCIAL ACTIVITY.


CUSTOMS-TRADE PARTNERSHIP AGAINST TERRIORISM (C-TPAT)

SPECIAL TERMS (U.S.)  -  C-TPAT

FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED STATES,
SELLER SHALL COMPLY WITH ALL APPLICABLE RECOMMENDATIONS
OR REQUIREMENTS OF THE UNITED STATES CUSTOMS SERVICE'S



```
              S A T U R N    C O R P O R A T I O N     DATE:   03/26/08
                    P U R C H A S E    O R D E R      TIME:   22:03:32
                                                        PAGE       6 OF        7
```

PURCHASE ORDER NBR: 000124011

CUSTOM-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT)
INITIATIVE (FOR INFORMATION, GO TO
HTTP://WWW.CUSTOMS.USTREAS.GOV/ENFORCEM/TPAT.HTM).
AT BUYER'S OR THE CUSTOMS SERVICE'S REQUEST, SELLER SHALL
CERTIFY IN WRITING, ITS COMPLIANCE WITH THE FORGOING.
SELLER SHALL INDEMNIFY AND HOLD BUYER HARMLESS FROM AND
AGAINST ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES
(INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES) ARISING
FROM OR RELATING TO SELLER'S NONCOMPLIANCE.

ALL PURCHASES THAT ARE MADE UNDER THIS PURCHASE ORDER, WILL
CONFORM TO THE TERMS AND CONDITIONS AND CONTRACTUAL
AGREEMENTS. THIS MANAGEMENT FEE WILL BE EFFECTIVE
APRIL 1, 2008 WITH A FEE OF $318,659 ANNUALLY FOR SERVICES
OF MOVING INDIRECT MATERIALS ONSITE, TO AND FROM SUPPLIER
OF INDIRECT MATERIALS. THIS FEE IS INCLUSIVE OF WAGES &
BENEFITS, OPERATING EXPENSES, CORPORATE ALLOCATION, AND
PROFIT. THIS FEE INCLUDES 3 PEOPLE, 2 TRACTORS, 2 TRAILERS,
1 FLATBED DELIVERY TO ALL POINTS AND SERVICE LEVEL AS
CURRENTLY PROVIDED.



```
                SATURN  CORPORATION       DATE: 03/26/08
                    PURCHASE  ORDER        TIME: 22:03:32
                                           PAGE     7 OF    7

                                      PURCHASE ORDER NBR: 000124011
```

| ITEM NBR | PART NUMBER | DRAWING NUMBER | SHEET | CHANGE LEVEL | CHANGE DATE | NOA # | NOA REV CODE |
|---|---|---|---|---|---|---|---|
| 00001 | N/A | | | | | | |

**PART DESCRIPTION**
2008 AVERITT INDIRECT MANAGEMENT FEE

| TOTAL ORDER QTY | UNIT PRICE | CURR CODE | PRICE STATUS DESCRIPTION | UNIT OF MEASURE DESCRIPTION |
|---|---|---|---|---|
| 1.00 | 318,659.00000 | USD | | LOT |

| STANDARD PACK | UNITS/STD PACK | EFFECTIVE DATE | EXPIRATION DATE | PAYMENT TERMS |
|---|---|---|---|---|
| | 0.0000 | 04/01/08 | 04/01/09 | 2ND DAY 2ND MONTH |

| SUPPLIER CATALOG ITEM NBR | SUPPLIER CATALOG | FOB DESCRIPTION |
|---|---|---|
| | | DESTINATION FREIGHT PREPAID |

| GROSS PRICE DISCOUNT | HAZARDOUS MATERIAL NBR | | VERBAL ORDER DATE |
|---|---|---|---|

| WORK ORDER NBR | GENRL LEDGR | SUB ACCT | COST CENTER | INTL CORP |
|---|---|---|---|---|
| | 7000 | 050000 | 72100 | |

| FIRST SHIPMENT PROMISE DATE | REQUIRED RECEIPT DATE | SHIP TO BUSINESS ENTITY | SHIP TO FACILITY/DOCK |
|---|---|---|---|
| / / | / / | | NRTFLD INDIRECT MTL |

| CARRIER NAME | TRANSPORT MODE |
|---|---|
| | TRUCK |

DELIVERY NOTE: 2008 AVERITT MANAGEMENT FEE

TAX CODE:

| APPR. REQUEST PROJECT NBR | LEVEL ONE | LEVEL TWO | LEVEL THREE | FINANCIAL TAG |
|---|---|---|---|---|

SELLER HAS READ AND UNDERSTANDS THIS ORDER AND AGREES THAT SELLER'S WRITTEN ACCEPTANCE OR COMMENCEMENT OF ANY WORK OR SERVICE UNDER THIS ORDER SHALL CONSTITUTE SELLER'S ACCEPTANCE OF THE TERMS AND CONDITIONS SET FORTH ON THE FACE AND REVERSE SIDE HEREOF. ALL TERMS AND CONDITIONS PROPOSED BY SELLER WHICH ARE DIFFERENT FROM OR IN ADDITION TO THIS ORDER ARE UNACCEPTABLE TO BUYER, ARE EXPRESSLY REJECTED BY BUYER, AND SHALL NOT BECOME A PART OF THIS ORDER. ANY MODIFICATIONS TO THIS ORDER SHALL BE MADE IN ACCORDANCE WITH PARAGRAPH 30. HAVE AN AUTHORIZED REPRESENTATIVE EXECUTE THE ACKNOWLEDGEMENT COPY OF THIS ORDER AND RETURN IT TO BUYER.

SUPPLIER MANAGER SIGNATURE

# Averitt Express, Inc.

# Saturn Scope of Work

## I. Program Management

A. Averitt Supply Chain Solutions (SCS) to be the sole provider of Indirect Materials Delivery System Transportation to and from the Saturn / GM Spring Hill facilities and the Saturn / GM Sparing Hill Suppliers of Indirect Materials
B. Averitt SCS shall provider transportation for scheduled deliveries as defined in the following Scope and attachments, as well as, the management and execution of the Indirect Material Tracking System (IMTS).

## II. Program Coverage

A. Supplier Coverage Plan:
   1. Normal Business Hours - 7:00 – 15:30 Monday - Friday
   2. Shutdown Coverage - Averitt SCS shall provide coverage during shutdown time as required and agreed upon within the planned shutdown delivery coverage scope.
   3. After Hours Coverage - Averitt SCS shall provide transportation coverage as required during after hours times. Averitt SCS shall provide this coverage through the use of on-call management personnel with contact being facilitated through the use of on-call cell phone 615-394-1795 or pager 931-489-2778

# Averitt Express, Inc.

# Saturn Scope of Work

## III. Facility Management

A. Averitt Supply Chain Solutions will not be required to operate a separate facility for the Saturn / GM Spring Hill Indirect Material Delivery System. However, Averitt Supply Chain Solutions will be provide spaced within the Horizon Warehouse managed by HS&S, the newly selected 3rd Party Indirect Material Manager (3PIMM)
B. HS&S is required to provide the following to Averitt Supply Chain Solutions for their role in the Indirect Material Delivery System:
   1. Dock Office Space for Averitt SCS On-Site Manager and related Indirect Material Deliver System required space.
   2. IMTS set-up with RF & Batch capability
   3. IMTS PC(s) & Printer(s) Location
   4. IMTS RF & Batch Scanners on-site
   5. IMTS Communications Lines
   6. Pre-Sort Tote Storage
   7. Pre-Sort Tote Buggies
   8. Plastic Pallet Storage
   9. Delivery Tote Storage
   10. Mobile Equipment for movement and loading of materials (Forklift)
   11. Open Dock for Dropping Indirect Delivery Trailer
   12. Open Dock & Dock Space for transfer of Indirect Material Less Than Truck Load (LTL) shipments picked up and delivered by Averitt LTL.
C. Averitt SCS shall provide HS&S the required Worker's Compensation Documentation for having Averitt SCS Associates working within the HS&S warehouse locations.

# Averitt Express, Inc.

# Saturn Scope of Work

## IV. Averitt SCS Pricing Methodology

This area will describe how Averitt SCS prices product and services to Saturn / GM Spring Hill.

A.  For all the Indirect Materials Delivery System services the following Pricing Methodology shall apply.
    1.  Management Fee Based Pricing for the Indirect Materials Budget related to the Averitt SCS Dedicated On-Site Fleet, Personnel and Expenses. To include but not limited to the following:
        >Total Direct Operating Expenses
        > Plus Corporate Support Cost
        > Plus Profit
        > Plus Pass-through of Non-Direct Expenses
        > Equals Total Program Budgeted Cost
B.  Non-Budgeted Pricing related to services not included within the budgeted Scope to include but not limited to the following services:
    > Direct Material moves
    > SSPO non-indirect materials moves
    > Services provided after the defined hours within the Scope
    > Non-Budgeted Indirect Material move
    > Non-Indirect Materials move on behalf of Saturn / GM Spring Hill
    > For any moves related to the Saturn / GM Spring Hill location were Saturn / GM Spring Hill is not the payer of the freight.
C.  Non-Budgeted Rates:
    > Driver per hour fee = $35.00
    > Driver & Tractor per hour fee = $70.00
    > Driver, Tractor & Trailer per hour fee = $75.00
    > Minimum fee = $250.00
    > Internal On-Site Dock to Dock moves minimum = $50.00
    > Emergency Van fees = $50.00 per hour with 2 hour minimum.
D.  After hours, weekends and holiday rates:
    > The above rates apply with a (4) hour minimum

# Averitt Express, Inc.
# Saturn Scope of Work

## V. Averitt SCS Driver & Dock Activities

This area will describe the Averitt SCS Driver & Dock Associates activities.

A. Driver Activities include movement of Indirect Materials between the Horizon Warehouse and the Saturn / GM Spring Hill On-Site Facilities, to included the following locations:
   > Body Systems
   > General Assembly
   > Power Train
   > CUC
   > Security
   > SSPO
   > Northfield
   > MK Warehouse / Premier
   > Steel – Siskin & Loftis
   > Pick-up LTL & Returns
B. Dock Activates include movement of Indirect Materials within the Horizon warehouse and the related IMTS activity associated with the Indirect Material Program.
   > Load & Unload all Indirect Material Trailers at Horizon
   > Scan & Pack Indirect Material from HS&S
   > Print & Clear all Manifest
   > Load & Unload Averitt SCS Indirect Material delivery Trailers
   > Scan empty Totes back to dock
   > Print Packing List & for totes and Manifest for Delivery
   > Back-up Delivery Driver
   > Answer incoming phones calls to the Averitt SCS

# Averitt Express, Inc.

# Saturn Scope of Work

## EXHIBIT A

## ATTACHMENT 1

## DESCRIPTION OF AVERITT SPECIFIC SCOPE

The Averitt Express, Saturn / GM Spring Hill Program, consist of one distinct Management Element, management and execution of the Indirect Material Delivery System. The following is a brief description of each and a detailed list of Managed Processes within each Managed Element.

- **Indirect Material Delivery System Management**
  On-Site Manager is responsible and directly accountable for:

  | | |
  |---|---|
  | Indirect Material Delivery | Route Scheduling |
  | Warehouse Operations | Equipment Management |
  | Scanner Management | Route Scheduling |
  | Performance Monitoring | Personnel Scheduling |
  | Dedicated Invoicing | Material / Container Scheduling |
  | Payroll | Monthly Audit I/M |
  | Records and files | Back-Up Dock & Driver |

# Averitt Express, Inc.

# Saturn Scope of Work

## PAYROLL, EQUIPMENT AND MISC EXPENSE - EXHIBIT E

## LISTING OF AVERITT BUDGETED OPERATING EXPENESES

- **PAYROLL**
  One Indirect Material Delivery Driver
  One Indirect Material Delivery Dock & Back-Up Driver
  One Indirect Material Delivery System On-Site Manager

- **EQUIPMENT**
  Two Single Axle Tractors
  Two 53' Van Trailers
  One Delivery Cargo Van

- **MISCELLANOUS**
  Mileage – 31,250 Budgeted Miles for Indirect Material Delivery System
    Covers the following expenses:
      Insurance
      Tires
      Maintenance
      License & Permits
      Fuel

- **PASS-THROUGH**
  Warehouse & Office Supplies/Equipment
  New IMTS Delivery Totes & Skids
  Travel Expense
  Pager
  Cell Phone