Michael Friedman
Keith N. Sambur
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801

*Attorneys for Averitt Express Inc.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

**In re**                                                 : **Chapter 11**

**GENERAL MOTORS CORP.,** *et al.,*                       : **Case No. 09-50026 (REG)**

         **Debtors.**      :

                       : **(Jointly Administered)**

                       :

                   x  **AFFIDAVIT OF SERVICE**

-------------------------------------------------------- x

STATE OF NEW YORK   )
                      ) ss.:
COUNTY OF NEW YORK  )

     I, Twaji Ewool, being duly sworn, deposes and says:

1.     That I am over the age of eighteen years and am not a party to this action.

2.     That on this 25th day of June, 2009, I caused to be served the foregoing Objection of

Averitt Express Inc.to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory

Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real

Property, and (II) Cure Amounts Related Thereto, via U.S. Mail in a sealed, pre-paid, envelope addressed to the following:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center
Mailcode 480-206-L14

The Debtors

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joesph H. Smolinsky, Esq.

Attorneys for the Debtors

The U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi, Esq.

Attorneys for the Purchaser

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Gordon Z. Novod, Esq.
Thomas Moers Mayer, Esq.

The Attorneys for Creditors Committee

Vedder Price, P.C.
1633 Broadway
47th Floor
New York, New York 10019
Attn: Michael J. Feldman, Esq.
Michael J. Schein, Esq.

Attorneys for Export Development Canada

3.     That on this 25th day of June, 2009, I caused to be served the foregoing Objection of

Averitt Express Inc.to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory

Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real

Property, and (II) Cure Amounts Related Thereto, by hand upon:

The Office of the United States Trustee for
the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004
Attn: Diana G. Adams, Esq.

_____
                    TWAJI EWOOL

Sworn before me this 25th
day of June, 2009.

_____
     NOTARY PUBLIC

MICHAEL SCHNEIDER
Notary Public, State of New York
No. 01SC5062337
Qualified in Orange County
Certificate Filed in New York County
Commission Expires June 24, 20 10