UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.*, | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### **MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Victor A. Vilaplana, a member in good standing of the Bar of the State of California, request admission to practice, *pro hac vice*, before the Honorable Judge Robert E. Gerber, to represent Toyota Motor Corporation, a creditor in the above referenced case.

Mailing Address: Foley & Lardner LLP, 402 West Broadway, Suite 2100, San Diego, CA 92101

Email Address: vavilaplana@foley.com

Telephone Number: 619-234-6655

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 25, 2009
    San Diego, California

By: */s/ Victor A. Vilaplana*
Victor A. Vilaplana
Foley & Lardner LLP
402 West Broadway, Suite 2100
San Diego, CA 92101-3542
vvilaplana@foley.com
Telephone: 619-234-6655
Facsimile: 619-234-3510

DETR_1214340.1

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.,* | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING ADMISSION TO PRACTICE,** *Pro Hac Vice*

Victor A. Vilaplana, a member in good standing of the Bar of the State of California, having requested admission, *pro hac vice*, to represent Toyota Motor Corporation, a creditor in the above referenced case,

**ORDERED**,

That Victor A. Vilaplana, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

/s/ _____
UNITED STATES BANKRUPTCY
JUDGE

DETR_1214340.1