Michael St. Patrick Baxter
Dennis B. Auerbach
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004-2401
phone: (202) 662-6000
fax: (202) 662-6291

- and -

Susan Power Johnston
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
phone: (212) 841-1000
fax: (212) 841-1010

*Counsel to Union Pacific Railroad Company*


**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Craig Stalzer, do hereby certify, that on June 25, 2009, I caused true and correct copies of the *Statement of Covington & Burling LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Docket No. 2528], to be served (i) electronically through the Court's PACER System on parties requesting electronic service in the above-captioned chapter 11 cases.

Dated:  New York, New York
        June 25, 2009

By: _____
    Craig Stalzer

- 2 -