UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re:                                                  :
                                                        :    Chapter 11
GENERAL MOTORS CORP., *et al.*,                         :
                                                        :    Case No. 09-50026 (REG)
                                  Debtors.              :
                                                        :    (Jointly administered)
                                                        :
------------------------------------------------------- x

## AFFIRMATION OF SERVICE

I, Brian S. Masumoto, declare under penalty of perjury that:

1.   I am a trial attorney with the Office of the United States Trustee for Region 2.

2.   On June 25, 2009, I caused true and correct copies of the Notice of Settlement and the proposed Order Denying the Motion (the "Motion") of the Unofficial Committee of Family & Dissident GM Bondholders for an Order Directing the United States Trustee to Appoint an Official Committee of Family & Dissident GM Bondholders to be served by Regular Mail and Email upon each of the parties to the Motion.

Dated:    New York, New York
          June 25, 2009

                                        DIANA G. ADAMS
                                        UNITED STATES TRUSTEE

                                        /s/ Brian S. Masumoto
                                        Brian S. Masumoto
                                        Trial Attorney
                                        33 Whitehall Street
                                        21st Floor
                                        New York, NY 10004
                                        (212) 510-0500

To:     Michael P. Richman, Esq.
Patton Boggs LLP
1185 Avenue of the Americas, 30th Floor
New York, New York 10036

Harvey R. Miller, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Kenneth H. Eckstein, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

David M. Fedman, Esq.
Gibson, Dunn, & Crutcher LLP
200 Park Avenue
New York, New York 10166

Jennifer Christian, Esq.
KelleyDrye & Warren LLP
101 Park Avenue
New York, New York 10178