TOBIN LIPPERT (CA 151433)
TOYOTA MOTOR SALES, U.S.A., INC.
19001 SOUTH WESTERN AVENUE, HQ12
TORRANCE, CA  90509
Telephone:  (310) 468-6748
Facsimile:  (310) 381-7688

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

| | : | |
|---|---|---|
| | : | **Chapter 11** |
| **In re:** | : | |
| | : | **Case No. 09-50026 (REG)** |
| **GENERAL MOTORS CORPORATION, et al.,** | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |

-------------------------------------------------------------------- x

**NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Tobin Lippert of Toyota Motor Sales, U.S.A., Inc. hereby appears in the above-captioned cases, *pro hac vice*, as counsel for Toyota Motor Sales, U.S.A., Inc. (Toyota), and requests that any and all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in these cases, be served upon him at the following address, and that he be added to any mailing matrix on file with the Clerk of the Bankruptcy court:

> Tobin Lippert
> Toyota Motor Sales, USA, Inc.
> 19001 South Western Ave, HQ12
> Torrance, CA  90509
> Telephone:  (310) 468-6748
> Facsimile:  (310) 381-7688

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request,

complaint or demand filed in this matter, whether transmitted or conveyed by ECF filing, mail, hand delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9010.

Dated: June 25, 2009    Respectfully submitted,

TOBIN LIPPERT
Attorney for Toyota Motor Sales, USA, Inc.


By:___/s/ Tobin Lippert_____
Tobin Lippert (CA 151433)
19001 South Western Avenue, HQ12
Torrance, CA 90509
Telephone:  310.468.6748
Facsimile:  310.381.7688

TO:

Harvey R. Miller, Esq.;
**Weil, Gotshal & Manges, LLP**
767 Fifth Avenue
New York, NY 10153

Joseph R. Sgroi, Esq.
**Honigman Miller Schwartz and Cohn LLP**
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Patrick J. Trostle, Esq.
**Jenner & Block LLP**
919 Third Avenue - 37th Floor
New York, NY 10022

Andrew D. Velez-Rivera, Esq.;
Diana G. Adams, Esq.;
Brian Shoichi Masumoto, Esq.
**United States Trustee**
33 Whitehall Street - 21st Floor
New York, NY 10004

Gordon Z. Novod, Esq.
**Kramer Levin Naftalis & Frankel LLP**
1177 Avenue of the Americas
New York, NY 10036