Varnum LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI  49501-0352
(616) 336-6000
Mary Kay Shaver (P-60411)

*Cinetic Automation Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                         :
**In Re:**                                               :          **Chapter 11 Case No.**
                                                         :
**GENERAL MOTORS CORP.,** *et al.,*                      :          **09-50026 (REG)**
                                                         :
                              **Debtors.**               :          **(Jointly Administered)**
                                                         :
                                                         :          **Hon. Robert E. Gerber**
---------------------------------------------------------x

## WITHDRAWAL OF LIMITED OBJECTION

The Limited Objection of Cinetic Automation Corp. to Sale of Substantially All of Debtor's Assets Free and Clear of Liens, Claims and Encumbrances, filed by Cinetic Automation Corp. on June 19, 2009 at Docket #1876 is hereby withdrawn.

          Respectfully submitted,

          V<small>ARNUM</small>

Dated: June 25, 2009        By:   /s/ Mary Kay Shaver
                                             Mary Kay Shaver (P-60411)
                                 Business Address:
                                     Bridgewater Place
                                     P. O. Box 352
                                     Grand Rapids, MI  49501-0352
                                     (616) 336-6000
                                     **mkshaver@varnumlaw.com**

#2739339