James E. DeLine (P45205) (Admitted *Pro Hac Vice*)
P. Warren Hunt (P69713) (Admitted *Pro Hac Vice*)
Kerr, Russell and Weber, PLC
500 Woodward Ave, Suite 2500
Detroit, MI 48226
Telephone: (313) 961-0200
Facsimile: (313) 961-0388

Counsel for Delta Tooling Co.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                : Chapter 11
                                                     :
GENERAL MOTORS CORP., *et al.,*                      : Case No. 09-50026 (REG)
                                                     :
Debtors.                                             : (Jointly Administered)
------------------------------------------------------------x

**OBJECTION OF DELTA TOOLING CO. TO SECOND NOTICE OF (I) DEBTORS'
INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS,
UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF
NONRESIDENTIAL REAL PROPERTY
AND (II) CURE AMOUNTS RELATED THERETO**

Delta Tooling Co., and certain of its affiliates and subsidiaries, including without limitation, Delta Engineered Plastics, LLC, (collectively, "The Delta Parties"), creditors and parties-in-interest in this case object, on a limited basis, to the Second Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases and (II) Cure Amounts Related Thereto (the "Second Assumption Notice") served upon by the above captioned debtors and debtors-in-possession (collectively, the "Debtors") pursuant to the Court's Bidding Procedures Order (Docket No. 274). In support of the objection, The Delta Parties state:

1.  The Debtors purportedly mailed an initial assumption notice to The Delta Parties on June 5, 2009 (the "Initial Assumption Notice"). The Delta Parties did not receive the Initial Assumption Notice until June 8, 2009.

2. On June 16, 2009, The Delta Parties filed an objection to the Initial Assumption Notice based on an incorrect Cure Amount[1] (Docket # 1638).

3. The Debtors purportedly mailed a Second Assumption Notice to The Delta Parties on June 15, 2009 under the name Delta Engineered Plastics, LLC.

4. The Debtors are parties to executory contracts with The Delta Parties.

5. The Debtors have proposed assuming and assigning certain of The Delta Parties' executory contracts (the "Designated Contracts"). The number of and amounts owed on these Designated contracts were revised and altered in the Second Assumption Notice.

6. The information on the Debtors' contract notice website made accessible by the Second Assumption notice still fails to include all amounts due under the Designated Contracts listed, and contains other errors and omissions.

7. The Delta Parties do not oppose the Debtors' assumption and assignment of The Delta Parties' contracts *per se*. The Delta Parties file this objection to the Second Assumption Notice as a precautionary measure in order to preserve its rights to receive payment of the full Cure Amount owed as a condition of any assumption and assignment.

8. The Delta Parties object, on a limited basis, to the Second Assumption Notice to the extent that the Cure Amount identified by the Debtors is still inaccurate. The Delta Parties assert the true Cure Amount to be at least $170,255.79 , as evidenced by the spreadsheet attached as **Exhibit A**.

9. The Delta Parties also object to the extent that the Second Assumption Notice would allow payment of less than 100% of pre-petition and post-petition obligations owed by Debtors to The Delta Parties, as is required by § 365 of the Bankruptcy Code. *In re Burger Boys*, 94 F.3d 755, 763 (2nd Cir. 1996).

---

[1] Capitalized terms not defined herein have the meaning assigned to them in the Second Assumption Notice.

10. The Delta Parties reserve any and all rights arising from or associated with the Designated Contracts.

11. Because the authority upon which The Delta Parties rely is incorporated into this objection, The Delta Parties respectfully request that the Court deem satisfied or, alternatively, waive any requirement of the filing of a separate memorandum of law contained in Local Bankruptcy Rule 9013-1(a).

12. The Delta Parties reserve the right to amend this objection to include additional facts or arguments as may be determined by further investigation and also to raise such other and further objections to any proposed assumption and assignment or Cure Amounts with respect to The Delta Parties' Designated Contracts.

13. The Delta Parties have been in contact with representatives of the Debtors in an attempt to resolve their differences with respect to the Cure Amounts owed. The Delta Parties are working toward an amicable resolution of the dispute without judicial intervention and are hopeful that agreement can be reached between the parties in the coming days.

WHEREFORE, The Delta Parties respectfully request that the Court enter an order (a) sustaining this objection in its entirety, (b) reserving its rights in connection with any Designated Contracts or Cure Amounts listed and (c) providing The Delta Parties with such other and further relief as is appropriate.

                Respectfully submitted,

                **KERR, RUSSELL AND WEBER, PLC**

                By:/s/ P. Warren Hunt

                James E. DeLine (Admitted *Pro Hac Vice*)
                P. Warren Hunt (Admitted *Pro Hac Vice*)
                Kerr, Russell and Weber, PLC
                Counsel for Delta Tooling Co.
                500 Woodward Ave, Suite 2500
                Detroit, MI 48226
                Telephone:  (313) 961-0200
Dated:  June 25, 2009         Facsimile: (313) 961-0388

{34234\1\DT397116.DOC;1}

James E. DeLine (P45205) (Admitted *Pro Hac Vice*)
P. Warren Hunt (P69713) (Admitted *Pro Hac Vice*)
Kerr, Russell and Weber, PLC
500 Woodward Ave, Suite 2500
Detroit, MI 48226
Telephone: (313) 961-0200
Facsimile: (313) 961-0388

Counsel for Delta Tooling Co.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.,* | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I hereby certify that on June 25, 2009, I electronically filed the foregoing Objection to the Second Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases and (II) Cure Amounts Related Thereto, Exhibit A and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants. A copy of this document was also served on the following parties on June 25, 2009 via Federal Express mail:

Warren Command Center
Mailcode 480-206-114
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York, 10153

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW

{34234\1\DT397116.DOC;1}

Room 2312
Washington, D.C., 20220

John R. Rapisardi, Esq.
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, New York 10281

Kenneth Eckstein, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10036

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004
Attn: Diana G. Adams, Esq.

<u>Chambers Copy</u>
Hon. Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, New York 10004-1408

/s/ P. Warren Hunt
P. Warren Hunt (P69713) (*Pro Hac Vice*)
James E. DeLine (P45205) (*Pro Hac Vice*)
**KERR, RUSSELL AND WEBER, PLC**
Counsel for Delta Tooling Co.
500 Woodward Avenue, Suite 2500
Detroit, MI  48226-3406
313-961-0200 (telephone)
313-961-0388 (facsimile)
pwh@krwlaw.com
jed@krwlaw.com

Dated: June 25, 2009

{34234\1\DT397116.DOC;1}