ANTHONY J. KOCHIS (MI P72020)
Admitted *Pro Hac Vice*
BUSH SEYFERTH & PAIGE PLLC
3001 W. Big Beaver Rd., Suite 600
Troy, MI 48084
Telephone: (248) 822-7832
Facsimile: (248) 822-7882
E-Mail: kochis@bsplaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
**In re:**

**GENERAL MOTORS CORPORATION,** *et al.*,

    **Debtors.**
------------------------------------------------------------------------x

**Chapter 11**

**Case No. 09-50026 (REG)**

**(Jointly Administered)**

**WITHDRAWAL OF LIMITED OBJECTION OF NYX, INC. AND BATES ACQUISITION, LLC, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO**

NYX, Inc. and Bates Acquisition, LLC (collectively, the "**NYX Parties**"), by their attorneys Bush Seyferth & Paige, PLLC, hereby withdraw their Limited Objection to the Notice Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts And (II) Cure Costs Related Thereto [Docket No. 2072].

Respectfully submitted,

BUSH SEYFERTH & PAIGE PLLC
*Attorneys for the NYX Parties*

Dated: June 25, 2009

By: /s/ Anthony J. Kochis
Anthony J. Kochis (MI P72020)
Admitted *Pro Hac Vice*
3001 W. Big Beaver Rd., Suite 600
Troy, MI 48084
Telephone: (248) 822-7832
Facsimile: (248) 822-7882
E-Mail: kochis@bsplaw.com

W:\Docs\Bank\03000\00234\07127909.DOC