Cliff A. Katz
Platzer, Swergold, Karlin Levine,
Goldberg & Jaslow, LLP
1065 Avenue of the Americas
New York, New York 10018
Telephone: (212) 593-3000
Facsimilie: (212) 593-0353
ckatz@platzerlaw.com

Central Conveyor Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                              )
**In re:**                                                    )         Case No. 09-50026 (REG)
                                                              )         (Jointly Administered)
**GENERAL MOTORS CORPORATION** )
*et al.,*                                                     )         **Chapter 11**
                                                              )
**Debtors.**                                                  )
                                                              )
_____

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 25, 2009, I electronically filed **Withdrawal of Objection of Central Conveyor Company to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto**, and this **Certificate of Service** with the Clerk of the Court using the ECF systems and I hereby certify that the Court's ECF System has served all registered users. Attached as Exhibit A to this Certificate of Service is the certificate of Stephen J. Pokoj regarding service.

Dated: June 25, 2009

/S/Cliff A. Katz
Cliff A. Katz
Platzer, Swergold, Karlin Levine,
Goldberg & Jaslow, LLP
1065 Avenue of the Americas
New York, New York 10018
Telephone: (212) 593-3000
Facsimilie: (212) 593-0353
ckatz@platzerlaw.com

## EXHIBIT A

The undersigned certifies under penalty of perjury that on June 25, 2009, he sent by United States mail **Limited Objection of Central Conveyor Company to the Debtors Proposed Assumption and Assignment of Certain Executory Contracts Based on the Cure Amounts Proposed in Connection Therewtih** to the following:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center,
Mailcode 480-206-114

Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Gordon Z. Novod
Attorneys for Unsecured Creditors' Committee

Weil, Gotshal & Manges
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller
         Stephen Korotkin
         Joseph H. Smolinsky
Attorneys for Debtors

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attn: Michael J. Edelman
         Michael L. Schein
Attorneys for Export Development Canada

U.S. Treasury
1500 Pennsylvania Avenue NW
Washington, DC 20220
Attn: Matthew Feldman

Office of the U.S. Trustee
13 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Diana G. Adams

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi
Attorneys for Purchaser

Dated: June 25, 2009

_____
STEPHEN J. POKOJ
Fildew Hinks, PLLC
3600 Penobscot Building
645 Griswold Street
Detroit, MI 48226
(313) 961-9700
spokoj@fildewhinks.com