ANTHONY J. KOCHIS (MI P72020)
Admitted *Pro Hac Vice*
BUSH SEYFERTH & PAIGE PLLC
3001 W. Big Beaver Rd., Suite 600
Troy, MI  48084
Telephone:  (248) 822-7832
Facsimile:  (248) 822-7882
E-Mail:  kochis@bsplaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
|  | : | **Chapter 11** |
|---|---|---|
| **In re:** | : | |
|  | : | **Case No. 09-50026 (REG)** |
| **GENERAL MOTORS CORPORATION,** *et al.*, | : | |
|  | : | **(Jointly Administered)** |
| Debtors. | : | |

------------------------------------------------------------------------x

### AMENDED WITHDRAWAL OF LIMITED OBJECTION OF NYX, INC. AND BATES ACQUISITION, LLC TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO

NYX, Inc. and Bates Acquisition, LLC (collectively, the "**NYX Parties**"), by their attorneys Bush Seyferth & Paige PLLC, hereby withdraw their Limited Objection to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto [Docket No. 2072].

Respectfully submitted,

BUSH SEYFERTH & PAIGE PLLC
*Attorneys for the NYX Parties*

Dated:  June 25, 2009                    By:     /s/ Anthony J. Kochis
                                                      Anthony J. Kochis (MI P72020)
                                                      Admitted *Pro Hac Vice*
                                                      3001 W. Big Beaver Rd., Suite 600
                                                      Troy, MI  48084
                                                      Telephone:  (248) 822-7832
                                                      Facsimile:  (248) 822-7882
                                                      E-Mail:  kochis@bsplaw.com