UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
In re:                                : Chapter 11
                                      :
**GENERAL MOTORS CORP.,** *et al.,*   : Case No. 09-50026 (REG)
                                      :
Debtors.                              : (Jointly Administered)
                                      :
------------------------------------- x

## CERTIFICATE OF SERVICE

Jennifer M. Contreras certifies, pursuant to 28 U.S.C. Section 1746, as follows:

1. I am employed with the law firm of Gibson, Dunn & Crutcher LLP, attorneys for Wilmington Trust Company.

2. On June 24th, 2009, I caused copies of the following documents to be served on the parties listed in the attached service list via means indicated therein:

    a) Joinder of Wilmington Trust Company to Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m), and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, to (I) Approve (A) The Sale Pursuant to the Master Sale and Purchase Agreement With Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Hearing [Docket Entry No. 2367]

3. I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 25, 2009                /s/ Jennifer M. Contreras_____
                                         Jennifer M. Contreras

## SERVICE LIST

*VIA HAND DELIVERY*

Honorable Judge Robert E. Gerber
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Office of the United States Trustee.
Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

*VIA OVERNIGHT MAIL*

Weil Gotshal & Manges LLP
Attn: Stephen Karotkin, Esq.
767 Fifth Avenue
New York, New York 10153

General Motors Corporation
Attn: Lawrence S. Buonomo, Esq.
300 Renaissance Center
Detroit, Michigan 48265

Cadwalader Wickersham & Taft LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, New York 10281

U.S. Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220

Vedder Price, P.C.
Attn: Michael J. Edelman, Esq.
1633 Broadway, 47th Floor
New York, New York 10019

Kramer Levin Naftalis & Frankel
Attn: Thomas Moes Mayer
1177 Avenue of the Americas
New York, NY 10036

UAW
Attn: Daniel W. Sherrick
8000 East Jefferson Avenue
Detroit, Michigan 48214

Cleary Gottlieb Steen & Hamilton LLP
Attn: James L. Bromley, Esq.
One Liberty Plaza
New York, New York 10006

| | |
|---|---|
| Cohen Weiss & Simon LLP<br>Attn:  Babette Ceccotti, Esq.<br>330 W. 42nd Street<br>New York, New York  10036 | U.S. Attorney's Office<br>Southern District of New York<br>Attn:  David S. Jones, Esq. and Matthew L. Schwartz, Esq.<br>86 Chambers Street, Third Floor<br>New York, NY  10007 |