J. Casey Roy
Assistant Attorney General
Texas State Bar No. 00791578
The Texas Attorney General's Office
P. O. Box 12548   MC-008
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Telecopy: (512) 482-8341

ATTORNEYS FOR THE STATE OF TEXAS on behalf of
THE TEXAS DEPARTMENT OF TRANSPORTATION,
MOTOR VEHICLE DIVISION

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

| | |
|---|---|
| In re: | CHAPTER 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| | **(Jointly Administered)** |
| Debtors. | |

-----------------------------------------------------------X

**EXHIBIT LIST FOR HEARING ON DEBTORS' MOTION PURSUANT TO
11 U.S.C. §§ 105, 363(b), (f), (k), (m), AND 365 AND FED. R. BANKR. P. 2002,
6004, AND TO APPROVE (A) THE SALE PURSUANT TO THE MASTER
SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION
HOLDINGS LLC, A. U.S. TREASURY SPONSORED PURCHASER, FREE AND
CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS;
(B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY
CONTRACTS AND UNEXPIRED LEASES; AND (C) OTHER RELIEF**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

The State of Texas, on behalf of the Texas Department of Transportation, Motor Vehicle Division files this its exhibit list in support of its objection to the above referenced Debtors' Motion (Docket No. 92) set for hearing on June 30, 2009.

**EXHIBIT LIST**

| EXHIBIT | TITLE |
|---|---|
| 1 | General Motors Corp. letter dated June 1, 2009 regarding dealer agreements and restructuring plans (Ex. A to Objection of the State of Texas) |

| EXHIBIT | TITLE |
|---|---|
| 2 | General Motors Corp. proposed letter agreement dated June 1, 2009 regarding GM dealer sales and service agreements/participation agreement (Ex. B to Objection of the State of Texas) |
| 3 | General Motors Corp. proposed letter agreement dated June 9, 2009 to all GM Dealers in the U.S. who received a Participation Agreement (Ex. C to Objection of the State of Texas) |
| 4 | Informal request for production to Weil Gotshal & Manges, LLP dated June 23, 2009 from Assistant Attorney General, J. Casey Roy requesting final versions of the Participation Agreement, letter agreement, transmittal letter and/or other documents relating to the assumption, modification and/or assignment of the Dealer Agreements to New GM |
| 5 | Email transmission of 6/23/09 request from Assistant Attorney General, J. Casey Roy to Weil Gotshal & Manges |
| 6 | General Motors Corp.'s final version of the Participation Agreement relating to the assumption, modification and/or assignment of the Dealer Agreements to New GM *(awaiting production from Debtors' counsel)* |
| 7 | General Motors Corp.'s final version of the letter agreement relating to the assumption, modification and/or assignment of the Dealer Agreements to New GM *(awaiting production from Debtors' counsel)* |
| 8 | General Motor Corp.'s document(s) relating to the assumption, modification and/or assignment of the Dealer Agreements to New GM *(awaiting production from Debtors' counsel)* |

Dated: Austin, Texas
       June 25, 2009

                              Respectfully submitted,

                              GREG ABBOTT
                              Attorney General of Texas

                              C. ANDREW WEBER
                              First Assistant Attorney General

                              DAVID S. MORALES
                              Deputy Attorney General for Civil Litigation

                              WILLIAM J. COBB III
                              Special Assistant and Senior Counsel
                              to the Attorney General

                              JAMES P. DYER
                              Special Assistant and Senior Counsel
                              to the Attorney General

                              RONALD R. DEL VENTO
                              Assistant Attorney General
                              Chief, Bankruptcy & Collections Division

                              */s/ J. Casey Roy*
                              J. CASEY ROY
                              Texas State Bar No. 00791578
                              Assistant Attorney General
                              Bankruptcy & Collections Division
                              P. O. Box 12548
                              Austin, Texas 78711-2548
                              P: (512) 463-2173/F: (512) 482-8341
                              E-mail: *casey.roy@oag.state.tx.us*

                              ATTORNEYS FOR THE STATE OF TEXAS ON BEHALF
                              OF THE TEXAS DEPARTMENT OF TRANSPORTATION,
                              MOTOR VEHICLE DIVISION