MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson Ave., Suite 2500
Detroit, MI 48226
Timothy A. Fusco
Marc N. Swanson
(313) 496-8435

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
In re:                                              :          Chapter 11
                                                    :
General Motors Corporation,                         :          Case No. 09-50026 (REG)
                                                    :
                Debtor.                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**COUNTY OF WAYNE, MICHIGAN'S EVIDENCE LIST FOR THE HEARING TO
CONSIDER DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105, 363(b), (f), (k), (m)
AND 365, AND FED. R. BANKR. P. 2002, 6004 AND 6006, TO APPROVE (A) THE SALE
PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH
VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED
PURCHASER, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND
OTHER INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN
EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) OTHER RELIEF**

TO THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE

The County of Wayne, Michigan ("Wayne County") hereby identifies the following

physical or documentary evidence[1] which Wayne County may present at the June 30, 2009

hearing on the Debtors' Asset Sale Motion (Docket No. 92) ("Motion"), in support of Wayne

County's filed Objection (Doc. No. 1889) to the Motion:

| EXHIBIT | TITLE |
|---------|-------|
| A | Letter from Dane Tatmore to Willow Run Plant employees, dated June 1, 2009 |

---

[1] Wayne County reserves its right to amend or supplement this list should the need present itself.

| B | Declaration of Don Skidmore, dated June 18, 2009 |
|---|---|
| C | Declaration of Ken Figley, dated June 18, 2009 |
| D | Ypsilanti Resolution 2009-19, dated June 16, 2009 |
| E | Declaration of Steve Theordore, dated June 18, 2009 |
| F | Declaration of Ypsilanti Township Supervisor, Brenda L. Stumbo, dated June 18, 2009 |
| G | Global BIQ Level Survey |
| H | PPM Performance Data |
| I | FTQ Performance Data |
| J | Letter to Fritz Henderson from Jennifer M. Granholm and John G. Cherry, Jr., dated June 18, 2009 |
| K | Letter to Fritz Henderson from John D. Dingell, dated June 1, 2009 |
| L | Letter to John D. Dingell from Gary L. Cowger, dated June 5, 2009 |

Dated:  June 25, 2009

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, PLC


By: /s/ Timothy A. Fusco
            Timothy A. Fusco (P13768)
            Marc N. Swanson (P71149)
            Attorneys for County of Wayne, Michigan
            150 West Jefferson, Suite 2500
            Detroit, MI 48226
            Phone: (313) 496-8435
            Fax: (313) 496-8452
            fusco@millercanfield.com
            swansonm@millercanfield.com

and

            Edward Thomas (P21371)
            Wayne County Corporation Counsel
            600 Randolph
            Detroit, MI 48226
            Phone: (313) 224-0055

## CERTIFICATE OF SERVICE

Timothy A. Fusco hereby certifies that, on the 25th day of June, 2009, he  served a copy of the foregoing document, ***COUNTY OF WAYNE, MICHIGAN'S EVIDENCE LIST FOR THE HEARING TO CONSIDER DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105, 363(B), (F), (K), (M) AND 365, AND FED. R. BANKR. P. 2002, 6004 AND 6006, TO APPROVE (A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) OTHER RELIEF*** ("List") upon each of the persons listed on the attached Exhibit A, by Federal Express Priority Overnight Delivery.

The List was also served via electronic mail upon the Debtors' Counsel addressed to:

harvey.miller@weil.com
joseph.smolinsky@weil.com
stephen.karotkin@weil.com

The exhibits described on the List were attached to the County of Wayne, Michigan's Objection which was filed as docket number 1889 in this matter.

Dated: June 25, 2009          By: /s/ Timothy A. Fusco
                                   Timothy A. Fusco (P13768)
                                   150 West Jefferson, Suite 2500
                                   Detroit, MI  48226
                                   Phone: (313) 496-8435
                                   Fax: (313) 496-8452
                                   fusco@millercanfield.com

**EXHIBIT A**

**FEDERAL EXPRESS SERVICE LIST**

The Honorable Robert E. Gerber
Chambers
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY 10153

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY  10281

Cleary Gottlieb Steen & Hamilton LLP
Attn: James L. Bromley, Esq.
One Liberty Plaza
New York, NY 10006

Cohen, Weiss and Simon LLP
Attn: Babette Ceccotti, Esq.
330 W. 42nd Street
New York, NY 10036

Vedder Price, P.C.
Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY 10019

Office of the United States Trustee
 for the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall St., 21st Floor
New York, NY 10004

Kramer Levin Naftalis & Frankel, LLP
Attn: Thomas Moers Mayer, Kenneth H. Eckstein, Gordon Z. Novod
1177 Avenue of the Americas
New York, NY 10036