**CONTRACTS LISTED ON JUNE 15 NOTICES**

| Contract Name[1] | Vendor ID | Counterparty Name | GM Cure Amount |
|---|---|---|---|
| Memo of Technical Assistance | 5716-01056677 | Toyota Motor Corporation | $0 |
| Subscription Agreement | 5716-01056682 | Toyota Motor Corporation | $0 |
| License Agreement | 5716-01056676 | Toyota Motor Corporation | $0 |
| Settlement Agreement | 5716-01056681 | Toyota Motor Corporation | $0 |
| Service Parts License Agreement | 5716-01056680 | Toyota Motor Corporation | $0 |
| Project Responsibility Agreement | 5716-01056679 | Toyota Motor Corporation | $0 |
| MOU | 5716-01056678 | Toyota Motor Corporation | $0 |

EXHIBIT A

---

[1] Note that this contract name does not appear on GM's secure website.

9