|  | Hearing Date: | June 30, 2009 |
|---|---|---|

FRASER TREBILCOCK DAVIS & DUNLAP, PC
G. ALAN WALLACE (P-69333)
Fraser Trebilcock Davis & Dunlap, P.C.
124 W. Allegan Street, Suite 1000
Lansing, MI 48933
Telephone: 517.482.5800
Fax:  517. 482.0887
Email: awallace@fraserlawfirm.com


**ATTORNEYS FOR THE CITY OF LANSING, MICHIGAN**

124 W. ALLEGAN STREET, SUITE 1000
LANSING, MI 48933
TELEPHONE 517.482.5800
FACSIMILE 517.482.0887
EMAIL GWALLACE@FRASERLAWFIRM.COM


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

In re:

| **GENERAL MOTORS CORPORATION,** *et al.,* | Chapter 11 |
|---|---|
|  | Case No. 09-50026 (REG) |
| Debtors | Jointly Administered |

_____


**CERTIFICATE OF SERVICE**
_____

G. Alan Wallace hereby certifies that on June 25, 2009, he caused true and correct copies of The City of Lansing's Limited Withdrawal of its Original and Supplemental Objections to the Debtor's Identification of Certain Executory Contracts Designated for Assumption and Assignment to be served upon each of the persons listed on the attached *Exhibit A*, via the Court's ECF System.

1

2

Dated: June 25, 2009       By:  /s/ G. Alan Wallace
                                G. ALAN WALLACE (P-69333)
                           FRASER TREBILCOCK DAVIS & DUNLAP, PC
                           124 W. Allegan Street, Suite 1000
                           Lansing, MI 48933
                           Telephone: 517.482.5800
                           Fax:  517. 482.0887
                           Email: awallace@fraserlawfirm.com
                           **ATTORNEYS FOR**
                           **THE CITY OF LANSING, MICHIGAN**

2

**EXHIBIT A**
**Service List**

| | |
|---|---|
| The Honorable Robert E. Gerber<br>Chambers<br>United States Bankruptcy Court<br>One Bowling Green<br>New York, NY  10004-1408 | John R. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft, LLP<br>One World Financial Center<br>New York, NY  10281 |
| General Motors Corporation<br>Cadillac Building<br>Attention: Warren Command Center<br>Mailcode 480-206-114<br>3000 Van Dyke Avenue<br>Warren, MI  48090-9025 | Vedder Price, PC<br>Attention: Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>1633 Broadway, 47th Floor<br>New York, NY  10019 |
| Weil Gotshal & Manges, LLP<br>Attention: Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>767 Fifth Avenue<br>New York, NY  10153 | Diana G. Adams, Esq.<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 |
| United States Treasury<br>Attention: Matthew Feldman, Esq.<br>1500 Pennsylvania Avenue, NW<br>Washington, DC  20220 | Kenneth H. Eckstein, Esq.<br>Thomas Moers Mayer, Esq.<br>Gordon Z. Novod, Esq.<br>Kramer Levin Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY  10036 |