**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP, *et al.* | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

Ligee Gu, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in New York, New York.

On June 25, 2009, I served a copy of the document referenced below by causing true and correct copies of the same to be sent by first class mail, postage pre-paid to the persons on the attached list.

*AMENDED VERIFIED STATEMENT OF HALPERIN BATTAGLIA RAICHT, LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019*

                                                                          */s/ Ligee Gu*
                                                                          Ligee Gu

Sworn to before me this 25th
day of June, 2009

   */s/ Carrie E. Mitchell*
NOTARY PUBLIC
Carrie E. Mitchell
Notary Public, State of New York
No. 02MI6136082
Qualified in New York County
Commission Expires October 31, 2009

{00081139.1 / 0638-000}

## **SERVICE LIST**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky


Al Koch
AP Services, LLC, an affiliate of AlixPartners, LLP
2000 Town Center
Suite 2400
Southfield, Michigan 48075


Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Thomas Moers Mayer
Kenneth H. Eckstein
Robert T. Schmidt
Adam C. Rogoff
Gordon Z. Novod


The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004
Re: General Motors Corp.