**QUARLES & BRADY LLP**
300 North LaSalle Street
Suite 4000
Chicago, Illinois 60654
Telephone: (312) 715-5000
Facsimile: (312) 715-5155
Christopher Combest (IL ARDC No. 06224701) (CC-3529) (admitted *pro hac vice*)

*Counsel for Modine Manufacturing Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP., *et al*., | : | |
| | : | Jointly Administered |
| Debtors. | : | |

---

# SUPPLEMENTAL LIMITED OBJECTION OF MODINE MANUFACTURING COMPANY TO SECOND NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN ADDITIONAL EXECUTORY CONTRACTS AND (II) CURE AMOUNTS RELATED THERETO

Modine Manufacturing Company ("Modine"), by its undersigned counsel, objects on a limited basis ("Objection") to the Second Notice of (I) Debtors' Intent to Assume and Assign Additional Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto (the "Second Notice"), and respectfully states as follows:

## BACKGROUND

1.  On June 1, 2009 ("Petition Date"), General Motors Corporation and its affiliated debtors (together, the "Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, jointly administered as Case No. 09-50026 (REG) (the "Case").

2.  Also on the Petition Date, the Debtors filed the Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m), and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, to (I) Approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Hearing (Docket No. 92) ("Motion").

3.  Pursuant to the Motion and orders of the Court relating to the same, the Debtors thereafter served a Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto dated on or about June 5, 2009 ("Initial Notice"). Modine timely objected to the Initial Notice by filing an objection related to the same on June 15, 2009.

4.  Debtors subsequently served the Second Notice, dated June 15, 2009, upon Modine. Like the Initial Notice, the Second Notice itself did not identify the contracts proposed to be assumed and related cure amounts but instead referred Modine to an internet website which lists the contracts the Debtors propose to assume and cure amounts associated with the same. Reproductions of the relevant pages from the website are attached to this Objection as Exhibit A.

5.  By virtue of its reference to the website, the Second Notice proposes 11 new contracts for assumption and assignment, and makes changes to the cure amounts previously proposed by Debtors.

6.  As set forth on Exhibit A, the Debtors now propose a total net cure amount of $1,681,485.38 associated with 100 total contracts proposed to be assumed by Debtors.

## **OBJECTIONS**

7. Modine does not object to the proposed assumption of the contracts and the cure amounts referred to in Exhibit A except as set forth below.

8. Modine's files regarding the contracts listed on Exhibit A are voluminous, and Modine is still reviewing them in an effort to confirm the information provided by Debtors. However, it appears from that review and discussions with the Debtors' business representatives that many of the contracts proposed to be assumed by Debtors are contracts for shipment of goods from Modine to a non-Debtor entity, including, for example and without limitation, General Motors of Canada Limited ("GM Canada") and GM Powertrain Germany GmbH ("GmbH")[1] (with whom a Netherlands affiliate of Modine, Modine Uden B.V., and not Modine itself, has a contractual relationship). Neither GM Canada nor GmbH is a Debtor in the Case, and their contracts are not subject to assumption or rejection in the Case. Additionally, some of the contracts listed do not appear to be executory contracts and others may be a part of and subject to the terms of the Automotive Supplier Support Program ("ASSP").

9. The Bankruptcy Code and orders of the Court require the Debtors to cure defaults as a precondition to assuming executory contracts with Modine and to compensate or provide adequate assurance that the Debtors will compensate Modine for monetary losses caused by the Debtors' defaults. *See* 11 U.S.C. §365(b).

10. Because of the lack of clarity about whether the contracts proposed to be assumed are contracts of Debtors or of non-Debtor parties, and whether such contracts are executory or subject to the ASSP, Modine has not been able to verify with certainty whether the proposed assumptions and cure amounts proposed by Debtors are accurate.

---

[1] In its objection to the Initial Notice, Modine identified this counter-party as Allison Transmission. Underscoring the lack of clarity involved, upon further analysis, GmbH is the correct counter-party and Modine respectfully amends its earlier reference to Allison Transmission accordingly.

QB\8293877.1                                    3

11. Modine further objects to the sufficiency of the Second Notice, including as to the identities of the contracts proposed to be assumed and cure amounts, to the extent that the information on the website referenced in the Second Notice does not provide sufficient information to permit Modine at this time to confirm all contracts proposed to be assumed and related cure amounts.

## RESERVATION OF RIGHTS

12. Modine reserves all rights with respect to claims related to post-petition amounts owed to it by Debtors and does not, by the filing of this Objection or otherwise, waive any right to seek payment of the same or any remedy in connection with the same, including to the extent that the amounts it seeks as cure are determined to be properly recoverable as post-petition claims.

13. Modine further reserves the right to amend, supplement, or otherwise modify this Objection and reserves the right to assert additional objections to the proposed assumption and assignment by Debtors of agreements with Modine at any hearing on this Objection.

## CONCLUSION

WHEREFORE, based on the foregoing, Modine respectfully requests that the Court enter an Order sustaining this Objection, overruling the Motion and related Initial Notice and Second

Notice to the extent inconsistent with this Objection, and grant Modine such other and further relief as is appropriate.

| | |
|---|---|
| Dated: June 25, 2009 | QUARLES & BRADY LLP |
| | By: /s/ Christopher Combest |
| | Christopher Combest (CC-3529) |
| | (admitted *pro hac vice*) |
| | |
| | 300 North LaSalle Street, Suite 4000 |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 715-5000 |
| | Facsimile: (312) 715-5155 |
| | E-mail: Christopher.Combest@quarles.com |
| | |
| | *Counsel for Modine Manufacturing Company* |

# EXHIBIT A

**Website Pages Regarding Contracts and Cure**

# Contract Notices

User: DN34pevZ

**My Contracts**   Documents & Links

Contact Us

## Supplier Details

**Supplier Name:** MODINE MANUFACTURING COMPANY INC
**Contract Cure Amount:** $1,681,485.38
**# of Contracts:** 100

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type |
|---|---|---|---|---|
| 5716-00322999 | 0WRN0001 | 6092555 | MODINE MANUFACTURING CO | Blanket Order |
| 5716-00323006 | 1XXG0001 | 6092555 | MODINE MANUFACTURING CO | Blanket Order |
| 5716-00323007 | 1XXG0002 | 6092555 | MODINE MANUFACTURING CO | Blanket Order |
| 5716-00323008 | 1XXG0003 | 6092555 | MODINE MANUFACTURING CO | Blanket Order |
| 5716-00323009 | 1XXG0004 | 6092555 | MODINE MANUFACTURING CO | Blanket Order |
| 5716-00323010 | 1XXG0005 | 6092555 | MODINE MANUFACTURING CO | Blanket Order |
| 5716-00323011 | 1XXG0007 | 6092555 | MODINE MANUFACTURING CO | Blanket Order |
| 5716-00323012 | 1XXG000H | 6092555 | MODINE MANUFACTURING CO | Blanket Order |
| 5716-00323013 | 1XXG000P | 6092555 | MODINE MANUFACTURING CO | Blanket Order |
| 5716-00560767 | GM56716 | N/A | MODINE MFG. COMPANY | Agreement |
| 5716-00565992 | GM38033 | N/A | MODINE CLIMATE SYSTEMS | Agreement |
| 5716-00567202 | GM39003 | N/A | MODINE MFG. CO. | Agreement |
| 5716-00567203 | GM49031 | N/A | MODINE MFG. CO. | Agreement |

| | | | | |
|---|---|---|---|---|
| 5716-00569508 | GM59281 | N/A | MODINE MANUFACTURING CO | Agreement |
| 5716-00569939 | GM59336 | N/A | MODINE MANUFACTURING COMPANY | Agreement |
| 5716-00570274 | GM40809 | N/A | MODINE MFG. CO. | Agreement |
| 5716-00572827 | N1ECD000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00586721 | PX7GF002 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00586851 | PXQIZ003 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00589980 | PX77L000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00590276 | PX7GF000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00594502 | N1ECD001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00597090 | PX28G001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00597898 | N1QB9000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00599109 | N1ET5001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00600324 | PXQIZ001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00603162 | RXA0K000 | 418476453 | MODINE UDEN BV | Agreement |
| 5716-00607856 | PX2WP000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00610836 | N1ET5000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00611657 | PXZ2M000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |

| | | | | |
|---|---|---|---|---|
| 5716-00612273 | PXKDQ002 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00616115 | PX7IB000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00618640 | PXY3T000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00625906 | PXT9M001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00627013 | RXC0M001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00633630 | PX9M0000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00635425 | PXRC0000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00640411 | RXAVE001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00643587 | PXTBN000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00644415 | PX77L001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00656015 | PXT9M002 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00656790 | N1QB9001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00657079 | RXC0M002 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00658063 | PXQIZ002 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00660451 | PX7GF003 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00666570 | PX2WP001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00670999 | RXC0M000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |

| | | | | |
|---|---|---|---|---|
| 5716-00672636 | PXKDQ000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00674905 | PX28G000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00678490 | PXYX6000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00678535 | PX9EI002 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00684151 | PXKDQ001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00686484 | PX9EI001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00688220 | PX7GF001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00691629 | PX7IB001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00694922 | PXQIZ000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00698513 | PX9EI000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00703233 | PX9E1001 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00704629 | PXT9M000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00708034 | RXAVE000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00709145 | PX9E1000 | 006092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00839582 | 0WRN0002 | 6092555 | MODINE MANUFACTURING COMPANY INC | Blanket Order |
| 5716-00839583 | 0WRN0003 | 6092555 | MODINE MANUFACTURING COMPANY INC | Blanket Order |
| | | | MODINE MANUFACTURING | |

| | | | | |
|---|---|---|---|---|
| 5716-00839584 | 0WRN0004 | 6092555 | COMPANY INC | Blanket Order |
| 5716-00922643 | 1R850006 | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00922644 | 1R85000B | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00931166 | 1XXG0000 | 6092555 | MODINE MANUFACTURING COMPANY INC | Blanket Order |
| 5716-00931167 | 1XXG0006 | 6092555 | MODINE MANUFACTURING COMPANY INC | Blanket Order |
| 5716-00931168 | 1XXG0008 | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00931169 | 1XXG0009 | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00931170 | 1XXG000B | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00931171 | 1XXG000C | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00931172 | 1XXG000D | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00931173 | 1XXG000F | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00931174 | 1XXG000G | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00931175 | 1XXG000N | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00931176 | 1XXG000R | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00933486 | 1ZDP0001 | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00933487 | 1ZDP0002 | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00933488 | 1ZDP0003 | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement |

| | | | | |
|---|---|---|---|---|
| 5716-00933489 | 1ZDP0004 | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00933490 | 1ZDP0005 | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00933491 | 1ZDP0006 | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00984151 | F5K0000R | 6092555 | MODINE MANUFACTURING COMPANY INC | Blanket Order |
| 5716-00984152 | F5K0000T | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00984153 | F5K0000X | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00984154 | F5K0000Z | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00984155 | F5K00010 | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-00984156 | F5K00011 | 6092555 | MODINE MANUFACTURING COMPANY INC | Agreement |
| 5716-01091883 | PX7IB001 | 006092555 | MODINE MANUFACTURING COMPANY INC | N/A |
| 5716-01092458 | PX9E1000 | 006092555 | MODINE MANUFACTURING COMPANY INC | N/A |
| 5716-01092459 | PX9E1001 | 006092555 | MODINE MANUFACTURING COMPANY INC | N/A |
| 5716-01092463 | PX9EI000 | 006092555 | MODINE MANUFACTURING COMPANY INC | N/A |
| 5716-01092464 | PX9EI002 | 006092555 | MODINE MANUFACTURING COMPANY INC | N/A |
| 5716-01092679 | PXKDQ000 | 006092555 | MODINE MANUFACTURING COMPANY INC | N/A |
| 5716-01092814 | PXQIZ000 | 006092555 | MODINE MANUFACTURING COMPANY INC | N/A |
| 5716-01093888 | PXYX6000 | 006092555 | MODINE MANUFACTURING COMPANY INC | N/A |

| | | | | |
|---|---|---|---|---|
| 5716-01095060 | RXC0M000 | 006092555 | MODINE MANUFACTURING COMPANY INC | N/A |
| 5716-01149778 | 0WRN0003 | 6092555 | MODINE MANUFACTURING COMPANY INC | N/A |
| 5716-01149779 | 0WRN0004 | 6092555 | MODINE MANUFACTURING COMPANY INC | N/A |

Hover mouse cursor here for Contract Status Legend

**Important Notices:**    All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terr
R. Bankr. P. 2002, 6004, And 6006(I) Approving Procedures For Sale Of Debtors' Assets Pursuant To Maste
Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline And Sale Hearing Date; (III) Establishing Ass
Approviing Form Of Notice.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for a
referenced in such purchase orde

All contract descriptions that appear in the "Contract ID," "Contract Type," "Contract Name/Description, "Bu
and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, f
parties' substantive rights under the contract, establishing the executory nature of a contract or establishi
assumption and assignment.

The proposed cure amounts set forth herein are subject to adjustment to reflect additional invoices proce
Commencement Date.
Additionally, the proposed cure amounts set forth herein may not reflect certain debits, chargebacks, claims
with respect thereto are reserve
GM is updating this website on a daily basis so please check back if you believe that a discrepancy exists in th

# Contract Notices

User: DN34pevZ

GM

**My Contracts** Documents & Links

Contact Us

## Supplier Details

Vendor Master ID: **006092555**

Supplier Name: **MODINE MANUFACTURING COMPANY INC**
Contract Cure Amount: **$1,681,485.38**
# of Contracts: **100**

Click here to view Contracts

### Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount | |
|---|---|---|---|---|---|---|
| RD006092555 | PRO1XG1000Z | 19885952 | 5/27/2009 | 07/02/2009 | $6,044.94 | USD |
| RD043942291 | PRO1XXG000H | 72513 | 5/1/2009 | 07/02/2009 | $3,226.61 | USD |
| RD043942291 | PRO1XXG0005 | 72600 | 5/4/2009 | 07/02/2009 | $363.60 | USD |
| RD043942291 | PRO1XXG0002 | 72596 | 5/4/2009 | 07/02/2009 | $3,740.21 | USD |
| RD043942291 | PRO1XXG0007 | 72599 | 5/4/2009 | 07/02/2009 | $4,054.79 | USD |
| RD043942291 | PRO1XXG0001 | 72710 | 5/5/2009 | 07/02/2009 | $4,088.84 | USD |
| RD043942291 | PRO1XXG000H | 72875 | 5/6/2009 | 07/02/2009 | $3,226.61 | USD |
| RD043942291 | PRO1XXG0001 | 72876 | 5/6/2009 | 07/02/2009 | $2,061.44 | USD |
| RD043942291 | PRO1XXG0002 | 73000 | 5/7/2009 | 07/02/2009 | $2,126.90 | USD |
| RD043942291 | PRO1XXG0007 | 73001 | 5/7/2009 | 07/02/2009 | $2,027.40 | USD |
| RD043942291 | PRO1XXG000H | 73160 | 5/8/2009 | 07/02/2009 | $1,613.30 | USD |
| RD043942291 | PRO1XXG000H | 73289 | 5/11/2009 | 07/02/2009 | $3,226.61 | USD |
| RD043942291 | PRO1XXG0007 | 73290 | 5/11/2009 | 07/02/2009 | $2,027.40 | USD |
| RD043942291 | PRO1XXG0004 | 73709 | 5/14/2009 | 07/02/2009 | $363.60 | USD |
| RD043942291 | PRO1XXG0007 | 73418 | 5/12/2009 | 07/02/2009 | $2,027.40 | USD |
| RD043942291 | PRO1XXG0002 | 73568 | 5/13/2009 | 07/02/2009 | $3,740.21 | USD |
| RD043942291 | PRO1XXG0007 | 73569 | 5/13/2009 | 07/02/2009 | $2,027.40 | USD |
| RD043942291 | PRO1XXG000H | 73866 | 5/15/2009 | 07/02/2009 | $3,226.61 | USD |
| RD043942291 | PRO1XXG0005 | 74408 | 5/21/2009 | 07/02/2009 | $363.60 | USD |
| RD043942291 | PRO1XXG0002 | 74407 | 5/21/2009 | 07/02/2009 | $513.60 | USD |

| | | | | | | |
|---|---|---|---|---|---|---|
| RD043942291 | PRO1XXG0007 | 74263 | | 5/20/2009 | $2,027.40 | 07/02/2009 | USD |
| RD043942291 | PRO1XXG000H | 74700 | | 5/26/2009 | $2,688.84 | 07/02/2009 | USD |
| RD043942291 | PRO1XXG000H | 72513 | | 5/1/2009 | ($3,226.61) | 07/02/2009 | USD |
| RD043942291 | PRO1XXG0002 | 72596 | | 5/4/2009 | ($3,740.21) | 07/02/2009 | USD |
| RD043942291 | PRO1XXG0007 | 72599 | | 5/4/2009 | ($4,054.79) | 07/02/2009 | USD |
| RD043942291 | PRO1XXG0005 | 72600 | | 5/4/2009 | ($363.60) | 07/02/2009 | USD |
| RD043942291 | PRO1XXG0001 | 72710 | | 5/5/2009 | ($4,088.84) | 07/02/2009 | USD |
| RD043942291 | PRO1XXG000H | 72875 | | 5/6/2009 | ($3,226.61) | 07/02/2009 | USD |
| RD043942291 | PRO1XXG0001 | 72876 | | 5/6/2009 | ($2,061.44) | 07/02/2009 | USD |
| RD043942291 | PRO1XXG0002 | 73000 | | 5/7/2009 | ($2,126.90) | 07/02/2009 | USD |
| RD043942291 | PRO1XXG0007 | 73001 | | 5/7/2009 | ($2,027.40) | 07/02/2009 | USD |
| RD043942291 | PRO1XXG000H | 73160 | | 5/8/2009 | ($1,613.30) | 07/02/2009 | USD |
| RD043942291 | PRO1XXG000H | 73289 | | 5/11/2009 | ($3,226.61) | 07/02/2009 | USD |
| RD043942291 | PRO1XXG0007 | 73290 | | 5/11/2009 | ($2,027.40) | 07/02/2009 | USD |
| RD043942291 | PRO1XXG0007 | 73418 | | 5/12/2009 | ($2,027.40) | 07/02/2009 | USD |
| RD043942291 | PRO1XXG0002 | 73568 | | 5/13/2009 | ($3,740.21) | 07/02/2009 | USD |
| RD043942291 | PRO1XXG0007 | 73569 | | 5/13/2009 | ($2,027.40) | 07/02/2009 | USD |
| RD043942291 | PRO1XXG0004 | 73709 | | 5/14/2009 | ($363.60) | 07/02/2009 | USD |
| RD043942291 | PRO1XXG000H | 73866 | | 5/15/2009 | ($3,226.61) | 07/02/2009 | USD |
| RD006092555 | PRO1XG10009 | 72568 | | 5/1/2009 | $51,044.04 | 07/02/2009 | USD |
| RD006092555 | PRO1XG10009 | 72567 | | 5/1/2009 | $49,265.28 | 07/02/2009 | USD |
| RD006092555 | PRO1XG10009 | 72664 | | 5/4/2009 | $49,555.80 | 07/02/2009 | USD |
| RD006092555 | PRO1XG10009 | 72729 | | 5/5/2009 | $49,608.18 | 07/02/2009 | USD |
| RD006092555 | PRO1XG10009 | 72730 | | 5/5/2009 | $49,539.60 | 07/02/2009 | USD |
| RD006092555 | PRO1XG10009 | 72884 | | 5/6/2009 | $68,493.06 | 07/02/2009 | USD |
| RD006092555 | PRO1XG10009 | 73004 | | 5/7/2009 | $68,561.64 | 07/02/2009 | USD |
| RD006092555 | PRO1XG10009 | 73172 | | 5/8/2009 | $68,287.32 | 07/02/2009 | USD |
| RD006092555 | PRO1XG10009 | 73359 | | 5/11/2009 | $68,198.76 | 07/02/2009 | USD |
| RD006092555 | PRO1XG10009 | 73360 | | 5/11/2009 | $68,424.48 | 07/02/2009 | USD |
| RD006092555 | PRO1XG10009 | 73432 | | 5/12/2009 | $68,081.58 | 07/02/2009 | USD |
| RD006092555 | PRO1XG10009 | 73563 | | 5/13/2009 | $68,424.48 | 07/02/2009 | USD |
| RD006092555 | PRO1XG10009 | 73703 | | 5/14/2009 | $68,013.00 | 07/02/2009 | USD |
| RD006092555 | PRO1XG10009 | 74044 | | 5/18/2009 | $68,767.38 | 07/02/2009 | USD |
| RD006092555 | PRO1XG10009 | 74259 | | 5/20/2009 | $68,048.01 | 07/02/2009 | USD |
| RD006092555 | PRO1XG10009 | 74413 | | 5/21/2009 | $68,355.90 | 07/02/2009 | USD |
| RD006092555 | PRO1XG10009 | 74622 | | 5/22/2009 | $67,055.76 | 07/02/2009 | USD |
| RD006092555 | PRO1XG10009 | 74623 | | 5/22/2009 | $67,500.81 | 07/02/2009 | USD |
| RD006092555 | PRO1XG10009 | 74624 | | 5/25/2009 | $67,432.23 | 07/02/2009 | USD |
| RD006092555 | PRO1XG10009 | 74625 | | 5/25/2009 | $67,432.23 | 07/02/2009 | USD |
| RD006092555 | PRO1XG10009 | 74717 | | 5/26/2009 | $67,500.81 | 07/02/2009 | USD |

| | | | | | | |
|---|---|---|---|---|---|---|
| RD006092555 | PRO1XG10009 | 74831 | 5/27/2009 | 07/02/2009 | $67,500.81 | USD |
| RD006092555 | PRO1XG10009 | 74832 | 5/27/2009 | 07/02/2009 | $63,600.39 | USD |
| RD006092555 | PRO1XG10009 | 75004 | 5/28/2009 | 07/02/2009 | $39,344.22 | USD |
| RD006092555 | PRO1XG10009 | 75174 | 5/29/2009 | 07/02/2009 | $67,500.81 | USD |
| RD006092555 | PRO1XG10009 | 75175 | 5/30/2009 | 07/02/2009 | $52,104.87 | USD |
| RD006092555 | PRO1XG1000C | 0196352 | 5/20/2009 | 07/02/2009 | ($219.27) | USD |
| RD006092555 | PROCOSTRECV | 134407 | 4/1/2009 | 06/17/2009 | ($440.00) | USD |
| RD006092555 | PROCOSTRECV | 134412 | 4/1/2009 | 06/17/2009 | ($660.00) | USD |
| RD006092555 | PROCOSTRECV | 136745 | 5/20/2009 | 06/17/2009 | ($670.00) | USD |
| RD006092555 | PRO1XG10009 | FIZT | 5/11/2009 | 07/02/2009 | ($211.42) | USD |
| RD006092555 | PRO1XG10009 | MOD | 5/11/2009 | 07/02/2009 | ($211.42) | USD |
| RD043942291 | GM 56716 | 000072745 | 5/6/2009 | 07/02/2009 | $5,384.44 | USD |
| RD043942291 | GM 56716 | 000074724 | 5/27/2009 | 07/02/2009 | $122.37 | USD |
| RD043942291 | GM 49031 | G05725928 | 5/6/2009 | 07/02/2009 | $65.84 | USD |
| RD043942291 | GM 49031 | G05732086 | 5/14/2009 | 07/02/2009 | $65.84 | USD |
| RD043942291 | GM 49031 | G05745239 | 5/14/2009 | 07/02/2009 | $65.84 | USD |
| RD043942291 | GM 56716 | 000000260 | 5/7/2009 | 07/02/2009 | $133.65 | USD |
| RD006092555 | GM 59281 | 000073102 | 5/8/2009 | 07/02/2009 | $1,121.76 | USD |
| RD006092555 | GM 59281 | 000073099 | 5/13/2009 | 07/02/2009 | $423.23 | USD |
| RD006092555 | GM 59281 | 000073100 | 5/13/2009 | 07/02/2009 | $6.40 | USD |
| RD006092555 | GM 59281 | 000073091 | 5/13/2009 | 07/02/2009 | $47.70 | USD |
| RD043942291 | GM 49031 | 000072693 | 5/5/2009 | 07/02/2009 | $14,221.44 | USD |
| RD006092555 | GM 59281 | 000073095 | 5/8/2009 | 07/02/2009 | $1,874.92 | USD |
| RD006092555 | GM 59281 | 000073097 | 5/8/2009 | 07/02/2009 | $2,882.84 | USD |
| RD043942291 | GM 49031 | 000073574 | 5/13/2009 | 07/02/2009 | $15,274.88 | USD |
| RD043942291 | GM 49031 | 000074849 | 5/28/2009 | 07/02/2009 | $1,101.60 | USD |
| RD043942291 | GM 49031 | 000075304 | 5/29/2009 | 07/02/2009 | $1,580.16 | USD |
| RD043942291 | PRON56716 | 000072744 | 5/6/2009 | 07/02/2009 | $244.75 | USD |

**Important Notices:** All capitalized terms, used, but not defined expressly on this website, have the meaning ascribed to such terms in that certain Order Pursuant To 11 U.S.C. §§ 105, 363, And 365 And Fed. R. Bankr. P. 2002, 6004, And 6006(I) Approving Procedures For Sale Of Debtors' Assets Pursuant To Master Sale And Purchase Agreement With Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline And Sale Hearing Date; (III) Establishing Assumption And Assignment Procedures; And (IV) Fixing Notice Procedures And Approving Form Of Notice.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID," "Contract Type," "Contract Name/Description," "Business Unit/Department," fields are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

The proposed cure amounts set forth herein are subject to adjustment to reflect additional invoices processed in GM's accounts payable system that relate to the period before the Commencement Date.

Additionally, the proposed cure amounts set forth herein may not reflect certain debits, chargebacks, claims or other deductions to which GM may be entitled and, in each case, all rights with respect thereto are reserved.

GM is updating this website on a daily basis so please check back if you believe that a discrepancy exists in the invoices processed that relate to the period before the Commencement Date.