INGRAM YUZEK GAINEN CARROLL
& BERTOLOTTI, LLP
David G. Ebert
250 Park Avenue, 6th Floor
New York, NY 10177
Tel: (212) 907-9600
Fax: (212) 907-9681

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                      :
                                                            :  Chapter 11
GENERAL MOTORS CORP., et al.,                               :
                                                            :  Case No. 09-50026 (REG)
                               Debtors.                     :
                                                            :  (Jointly Administered)
                                                            :
                                                            :
                                                            :
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2009, I electronically filed the foregoing Limited Objection of Shepardson Stern & Kaminsky, LLC and this Certificate of Service through the CM/ECF system, and served electronically all parties accepting Notice of Electronic Filing. Copies of the foregoing were also served on the following parties via Federal Express overnight delivery:

| | |
|---|---|
| The Debtors<br>c/o General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>**ATTN: Warren Command Center**<br>**(Mail Code 480-206-114)** | Weil, Gotshal & Manges LLP<br>Attorneys for the Debtors<br>767 Fifth Avenue<br>New York, New York 10153<br>ATTN: **Harvey R. Miller, Esq.**<br>         **Stephen Karotkin, Esq.**<br>         **Joseph H. Smolinsky, Esq.** |

323817_1/00718-0001

The U.S. Treasury
1500 Pennsylvania Avenue, N.W.
Room 2312
Washington, D.C. 20220
**ATTN: Matthew Feldman, Esq.**

Cadwalader, Wickersham & Taft, LLP
Attorneys for the Purchaser
One World Financial Center
New York, New York 10281
**ATTN: John J. Rapisardi, Esq.**

Kramer Levin Naftalis & Frankel LLP
Attorneys for Creditors Committee
1177 Avenue of the Americas
New York, New York 10036
**ATTN: Gordon Z. Novod, Esq.**
       **Thomas Moers Mayer, Esq.**

Vedder Price, P.C.
Attorneys for Export Development Canada
1633 Broadway, 47th Floor
New York, New York 10019
**ATTN: Michael J. Edelman, Esq.**
       **Michael L. Schein, Esq.**

The Office of the U.S. Trustee
  For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
**ATTN: Diana G. Adams, Esq.**

<u>CHAMBERS COPY</u>
Honorable Robert E. Gerber
c/o Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Dated: New York, New York
       June 25, 2009

INGRAM YUZEK GAINEN CARROLL
& BERTOLOTTI, LLP

By: _____
    David G. Ebert (4078)
Attorneys for Supplier, SS&K
250 Park Avenue – 6th Floor
New York, New York 10177
(212) 907-9600