VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 983-3850
Facsimile:    (212) 307-5598
Edward A. Smith

 - and -

VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
Telephone:   (703) 760-1647
Facsimile:    (703) 821-8949
Lawrence A. Katz

*Attorneys for Raytheon Professional Services LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| GENERAL MOTORS CORP., *et al.* | : | Case No. 09-50026 (REG) |
| | : | (Jointly Administered) |
| Debtors. | : | |

**WITHDRAWAL OF PROTECTIVE OBJECTION OF RAYTHEON PROFESSIONAL
SERVICES, LLC TO DEBTORS' PROPOSED CURE AMOUNTS**

Raytheon Professional Services, LLC ("Raytheon"), by counsel, hereby withdraws its Protective Objection to Debtors' Proposed Cure Amounts filed on June 15, 2009 [Docket No. 1461].  This withdrawal is based upon the Debtors' agreement that the Cure Amount (as that term is defined in the Debtor's Notice of (I) Assumption by Debtors and Assignment to Purchaser of Certain Executory Contracts and Unexpired Leases and (II) Cure Costs Related Thereto [Docket No. 4089]) is $5,268,802.66 (representing the prepetition balance

owed to Raytheon as of June 23, 2009), as well as the Debtor's representations to Raytheon that it will make payment to Raytheon of all post-petition balances due in the ordinary course between the parties.

New York, New York
Dated: June 25, 2009

        Respectfully submitted,

        VENABLE LLP

By:   */s/ Edward A. Smith*
     Edward A. Smith
     Rockefeller Center
     1270 Avenue of the Americas
     New York, New York 10020
     Telephone:  (212) 983-3850
     Facsimile:   (212) 307-5598

        -and-

Lawrence A. Katz
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
Telephone:  (703) 760-1600
Facsimile:   (703) 821-8949
Email: lakatz@venable.com

*Counsel to Raytheon Professional Services LLC*

#281699

## CERTIFICATE OF SERVICE

       I hereby certify that I caused a copy of the foregoing Withdrawal of Protective Objection of Raytheon Professional Services, LLC to Debtors' Proposed Cure Amounts to be served on the 25th day of June, 2009, via first class mail, postage prepaid, upon the following:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI  48090-9025
Attn: Warren Command Center,
  Mailcode 408-206-114

Weil, Gotshal &Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:  Harvey R. Miller, Esq.
      Stephen Karotkin, Esq.
      Joseph H. Smolinsky, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC  20220
Attn:  Matthew Feldman, Esq.

Cadwalader, Wickersham, & Taft LLP
One World Financial Center
New York, NY  10281
Attn: John J. Rapisardi, Esq.

Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esq.
     Michael L. Schein, Esq.

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:   Diana G. Adams, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:   Gordon Z. Novod, Esq.

                                      */s/ Lawrence A. Katz*
                                      Lawrence A. Katz