| | |
|---|---|
| LEV L. DASSIN<br>Acting United States Attorney for the<br>Southern District of New York<br>By: DAVID S. JONES<br>    JEFFREY S. OESTERICHER<br>    MATTHEW L. SCHWARTZ<br>    JOSEPH N. CORDARO<br>Assistant United States Attorneys<br>86 Chambers Street, Third Floor<br>New York, New York 10007<br>Telephone: (212) 637-2800<br>Facsimile: (212) 637-2750 | **Hearing Date: June 30, 2009**<br>**Hearing Time: 9:00 AM** |

- and -

John J. Rapisardi
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------- x
                                                                             ::
 In re:                                                                      ::   Chapter 11 Case No.
                                                                             ::
  GENERAL MOTORS CORP., *et al.*,                                            ::   09-50026 (REG)
                                                                             ::
                                                      Debtors.               ::   (Jointly Administered)
---------------------------------------------------------------------------- x

**EVIDENCE AND WITNESS LIST FOR THE HEARING TO CONSIDER DEBTORS'
MOTION PURSUANT TO 11 U.S.C. §§ 105, 363(b), (f), (k), (m) AND 365, AND
FED. R. BANKR. P. 2002, 6004 AND 6006, TO APPROVE (A) THE SALE PURSUANT
TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE
ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER,
FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER
INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN
EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) OTHER RELIEF**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

The United States of America (the "Government") hereby identifies the following individual as a witness whom the Government may call at the June 30, 2009 hearing on the Debtors' Asset Sale Motion (Docket No. 92):

| WITNESS | TITLE |
|---|---|
| Harry Wilson | Senior Member of the Auto Team |

In addition, the Government may use the following physical or documentary evidence at the June 30, 2009 hearing on the Debtors' Asset Sale Motion (Docket No. 92).

| EXHIBIT | TITLE |
|---|---|
| 1 | Declaration of Harry Wilson in Support of the Proposed Sale of Debtors' Assets to Vehicle Acquisition Holdings Corporation, and Exhibits Thereto (Docket No. []) |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: New York, New York
       June 25, 2009

        LEV L. DASSIN
        Acting United States Attorney for the
        Southern District of New York,
        Attorney for the United States of America

By: /s/ Matthew L. Schwartz
    DAVID S. JONES
    JEFFREY S. OESTERICHER
    MATTHEW L. SCHWARTZ
    JOSEPH N. CORDARO
    Assistant United States Attorneys
    86 Chambers Street, Third Floor
    New York, New York 10007
    Telephone: (212) 637-2739/2698/1945/2745
    Facsimile: (212) 637-2750
    E-mail: david.jones6@usdoj.gov
           jeffrey.oestericher@usdoj.gov
           matthew.schwartz@usdoj.gov
           joseph.cordaro@usdoj.gov

John J. Rapisardi, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
– Of Counsel to the Presidential
Task Force on the Auto Industry –
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
E-mail: john.rapisardi@cwt.com