Hearing Date and Time: TBD

ROBERT N. BASSEL (P48420)
Co-Counsel for Eberspaecher
P.O. Box T
Clinton, MI 49326
248.835.7683
bbassel@gmail.com

RODGER D. YOUNG (P22652)
STEVEN SUSSER (P52940)
SARA K. MACWILLIAMS (P67805)
Young & Susser, P.C.
Co-Counsel for Eberspaecher
26200 American Drive, Suite 305
Southfield, MI  48034
248.353.8620
efiling@youngpc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Case No. 09-50026 (REG) |
| | Chapter 11 |
| GENERAL MOTORS CORPORATION, | |
| | Honorable Robert E. Gerber |
| Jointly Administered Debtor(s). | |

---

**AMENDED OBJECTION TO DEBTOR'S MOTION TO ASSUME AND ASSIGN AGREEMENT(S) BETWEEN DEBTOR AND EBERSPAECHER**

Now comes Eberspaecher ("ENA"[1]), and states:

1. ENA objects to the above-captioned motion for the following reasons:

    a. Debtor has not demonstrated that the agreement(s) between Debtor and ENA are executory and thus subject to assumption and assignment.  See e.g. In re Dana Corp., 2007 WL 4105714 (Bankr.S.D.N.Y. 2007) ("A "blanket" purchase order of the type at issue here is not a contract for a specific volume of parts, nor is it a

---

[1] This Amended Objection to Docket No. 889 is being filed for purposes of clarification to indicate that the objecting party " Eberspaecher" includes the following group of affiliates: Eberspaecher, North America, Eberspächer catem GmbH & Co. KG, and Espar Products Inc.

"requirements" contract obligating the purchaser to continue to buy parts from the supplier.").

    b.    The cure amount is also incorrect.  The proper cure amount appears to be no less than $8,000,000.

WHEREFORE, this Court should deny Debtor's motion to assume and assign the agreement(s) with Eberspaecher, and grant Eberspaecher such further relief as this Court deems just.

                            RESPECTFULLY SUBMITTED,

                            BY:   /s/ Robert N. Bassel
                            ROBERT N. BASSEL (P48420)
                            Co-Counsel for Eberspaecher
                            P.O. Box T
                            Clinton, MI 49326
                            248.835.7683
                            bbassel@gmail.com

                            YOUNG & SUSSER, P.C.

BY:   /s/  Sara K. MacWilliams
            RODGER D. YOUNG (P22652)
            STEVEN SUSSER (P52940)
            SARA K. MACWILLIAMS (P67805)
            Co-Counsel for Eberspaecher
            26200 American Drive, Suite 305
            Southfield, MI  48034
            248.353.8620
            efiling@youngpc.com

## PROOF OF SERVICE

On 6/25/2009, I served a copy of the above document upon counsel of record using the ECF system.

                            BY:   /s/ Robert N. Bassel
                                ROBERT N. BASSEL (P48420)
                                Co-Counsel for Eberspaecher