**SETTLEMENT DATE AND TIME: June 30, 2009 at 12:00 Noon (Eastern Time).**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
: 
**In re** : Chapter 11 Case No.
: 
**GENERAL MOTORS CORP.**, *et al.*, : 09-50026 (REG)
: 
  Debtors. : (Jointly Administered)
: 
-----------------------------------------------------------------x

**NOTICE OF SETTLEMENT OF COUNTER-ORDER DENYING**
**MOTION FOR APPOINTMENT OF ADDITIONAL COMMITTEE**
**OF FAMILY & DISSIDENT GM BONDHOLDERS**

**PLEASE TAKE NOTICE**, that a proposed Counter-Order, a copy of which is annexed hereto, will be presented for settlement and signature to the Honorable Robert E. Gerber, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 on June 30, 2009 at 12:00 noon.

**PLEASE TAKE FURTHER NOTICE**, that objections or other Counter-Orders must be served and filed on the undersigned at the address below; filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York; and the Chambers of

Bankruptcy Judge Robert E. Gerber to be filed and received not later than June 30, 2009 at 11:00 a.m. of that day.

Dated: New York, New York
June 25, 2009

/s/ Harvey R. Miller
Harvey R. Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

To:  Diana G. Adams, Esq.
United States Trustee
Attn: Brian S. Masumoto, Esq.
Trial Attorney
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

Michael P. Richman, Esq.
Patton Boggs LLP
1185 Avenue of the Americas, 30th Floor
New York, New York 10036

Kenneth H. Eckstein, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

David M. Fedman, Esq.
Gibson, Dunn, & Crutcher LLP
200 Park Avenue
New York, New York 10166

Jennifer Christian, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                        :
**In re**                                               :       **Chapter 11 Case No.**
                                                        :
**GENERAL MOTORS CORP.,** *et al.*,                     :       **09-50026 (REG)**
                                                        :
                      Debtors.                          :       **(Jointly Administered)**
                                                        :
-----------------------------------------------------------------x

### ORDER DENYING MOTION OF THE UNOFFICIAL COMMITTEE OF FAMILY & DISSIDENT GM BONDHOLDERS FOR AN ORDER DIRECTING THE UNITED STATES TRUSTEE TO APPOINT AN OFFICIAL COMMITTEE OF FAMILY & DISSIDENT BONDHOLDERS

This matter coming before the Court on June 23, 2009, on the motion of the Unofficial Committee of Family & Dissident GM Bondholders for an Order Directing the United States Trustee to Appoint an Official Committee of Family & Dissident GM Bondholders (the "**Motion**"); the Court having reviewed the motion and having heard argument on the Motion, and (a) the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this being a core proceeding pursuant to 28 U.S.C. § 157(b), (c) due and proper notice of the Motion having been provided, and (d) pursuant to Fed. R. Bankr. P. 7052, the Court stated its findings of fact and conclusions of law on the record, in determining that the appointed Official Committee of General Unsecured Creditors adequately represents the interests of all unsecured creditors, including the Family & Dissident GM Bondholders and, therefore, it

2

is not necessary to appoint an additional statutory committee of Family & Dissident GM Bondholders;

    IT IS HEREBY ORDERED THAT:

    The Motion is DENIED.

Dated:  New York, New York
        June     , 2009

                                            _____
                                            HONORABLE ROBERT E. GERBER
                                            UNITED STATES BANKRUPTCY JUDGE