WOLLMUTH MAHER & DEUTSCH LLP
James N. Lawlor
One Gateway Center, Ninth Floor
Newark, New Jersey 07102
  - and -
500 Fifth Avenue
New York, New York 10110
Tel: (973) 733-9200
Fax: (973) 733-9292
jlawlor@wmd-law.com
*Counsel for Saginaw LLC and Brazing Concepts LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                             :
In re                                        :    Chapter 11 Case No.
                                             :
GENERAL MOTORS CORP., et al.,                :    09-50026 (REG)
                                             :
            Debtors.                         :    (Jointly Administered)
                                             :
------------------------------------------------------------x
```

**WITHDRAWAL OF LIMITED OBJECTION AS TO CURE AMOUNTS
BY SAGINAW LLC AND BRAZING CONCEPTS LLC IN RESPONSE TO
NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN
CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF
PERSONAL PROPERTY AND UNEXPIRED LEASES OF
NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS
RELATED THERETO**

Saginaw LLC and Brazing Concepts LLC, identified by the above-captioned Debtors as GSO Capital Partners LP, by and through their undersigned counsel, hereby withdraw their limited objection to the "Cure Amounts" (Docket No. 1313) as defined in the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto (Docket No. 92), in favor of the submission of the dispute over said Cure Amounts to the Debtors' Cure Dispute Resolution Process.

Dated: New York, New York
      June 26, 2009

                                      WOLLMUTH MAHER & DEUTSCH LLP

                                      By: /s/ James N. Lawlor
                                              James N. Lawlor
                                      One Gateway Center, Ninth Floor
                                      Newark, New Jersey 07102
                                       - and -
                                      500 Fifth Avenue
                                      New York, New York 10110
                                      Tel: (973) 733-9200
                                      Fax: (973) 733-9292
                                      jlawlor@wmd-law.com

                                      *Counsel for Saginaw LLC and Brazing Concepts LLC*