Mary Joanne Dowd, Esq.
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 857-6059

Attorney for Toyota Boshoku America, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

In re

GENERAL MOTORS CORP., *et al.*,

                Debtors.

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

-------------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF OBJECTION OF TOYOTA BOSHOKU
AMERICA, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME
AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED
LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF
NONRESIDENTIAL REAL PROPERTY AND (II) CURE COSTS RELATED THERETO**

    PLEASE TAKE NOTICE that Toyota Boshoku America, Inc. hereby withdraws its Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and of Nonresidential Real Property and (II) Cure Costs Related Thereto [Docket No. 2458].

Dated: Washington, DC
       June 26, 2009

ARENT FOX LLP
Attorney for Toyota Boshoku America, Inc.

          */s/ Mary Joanne Dowd*
By:  Mary Joanne Dowd, Esq.
      1050 Connecticut Avenue, NW
      Washington, DC 20036
      (202) 857-6059
      (202) 857-6395 (Fax)