Michael P. Richman (MR-2224)
Mark A. Salzberg (*pro hac vice*)
James C. Chadwick (*pro hac vice*)
Melissa Iachan (MI-1270)
PATTON BOGGS LLP
1185 Avenue of the Americas, 30th Floor
New York, NY 10036
(646) 557-5100 (Telephone)
(646) 557-5101 (Facsimile)

*Counsel For Unofficial Committee
Of Family & Dissident GM Bondholders*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                                               )
In re                                                          )    Chapter 11
                                                               )
GENERAL MOTORS CORP., *et al.*,                                )    Case No. 09-50026 (REG)
                                                               )
                                        Debtors.               )    Jointly Administered
---------------------------------------------------------------X

**AMENDED VERIFIED STATEMENT OF PATTON BOGGS LLP PURSUANT TO
BANKRUPTCY RULE 2019**

Patton Boggs LLP ("Patton Boggs") represents the unofficial committee indentified below. Michael P. Richman, a partner in the firm, on behalf of Patton Boggs, pursuant to Federal Rule of Bankruptcy Procedure 2019, makes the following representations in connection with this Verified Statement:

    1.      Patton Boggs represents the unofficial committee of holders of certain GM bonds, consisting of individual family bondholders and other dissident holders (collectively, the **"Unofficial Committee of Family & Dissident GM Bondholders"**, or the **"F&D Committee"**), described in Schedules A, B, and C attached hereto.

    2.      The individual members of the F&D Committee collectively hold approximately $2.3 million in GM Bonds. These three individual members, as described in Schedules A-C, have been part of

5846

a larger steering committee, informally representing over 2,000 bondholders who in the aggregate hold at least $500 million in GM Bonds; however, the total amount of the claims has not yet been determined and none of the bondholders has filed a proof of claim against the Debtors as of the time of the filing of this statement. The representation of the larger group is not formed in any legal sense.

3. The F&D Committee has retained Patton Boggs to represent their respective interests in connection with the above-captioned cases.

4. Upon information and belief formed after due inquiry, Patton Boggs does not hold any claims against or equity interests in the Debtors.

5. Counsel reserves the right to supplement and amend this statement, pursuant to Federal Rule of Bankruptcy 2019(a)(4), and will do so as it receives material information regarding the F&D Committee bondholders.

5846

I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated:   June 26, 2009
         New York, New York

PATTON BOGGS LLP

By:   /s/ Michael P. Richman
Michael P. Richman
(mrichman@pattonboggs.com)
Mark A. Salzberg
(msalzberg@pattonboggs.com)
James C. Chadwick
(jchadwick@pattonboggs.com)
Melissa Iachan
(miachan@pattonboggs.com)

1185 Avenue of the Americas, 30th Floor
New York, NY  10036
Telephone:  (646) 557-5180
Facsimile:  (646) 557-5101

*Counsel for Unofficial Committee
Of Family & Dissident GM Bondholders*

5846

# SCHEDULE A

**Bondholder: Harold A. John**

297 Herworth Drive
Chesterfield, MO  63005
314-453-0080
314-809-8284
haroldjohn@cbnstl.com

| BONDS | DATE ACQUIRED | PURCHASE PRICE | FACE VALUE | DATE SOLD |
|---|---|---|---|---|
| Institutional Bonds (290) | June 7, 2002 | $101.657045 | $290,000 | n/a |
| Institutional Bonds (300) | October 4, 2002 | $97.834681 | $300,000 | n/a |

5846

## SCHEDULE B

**Bondholder: Wade McGee**

137 Cottage Hill
Elmhurst, IL 60126
630-258-9233
wademcgee@gmail.com

Currently holds 40,000 bonds valued at $2.625 (par value of current holdings is $1,000,000), as follows:

| BONDS | DATE ACQUIRED | PURCHASE PRICE | FACE VALUE | DATE SOLD |
|---|---|---|---|---|
| RGM Bonds (5,000) | August 7, 2008 | $9.86 | $125,000 | n/a |
| RGM Bonds (1,000) | September 16, 2008 | $9.86 | $25,000 | September 5, 2008 at $10.40 |
| RGM Bonds (2,000) | September 16-17, 2008 | $9.80 | $50,000 | May 28, 2009 at $2.25 |
| RGM Bonds (1,000) | September 24, 2008 | $8.50 | $25,000 | January 6, 2009 at $4.21 |
| RGM Bonds (1,000) | September 30, 2008 | $6.90 | $25,000 | n/a |
| RGM Bonds (1,000) | September 30, 2008 | $6.85 | $25,000 | n/a |
| RGM Bonds (1,000) | November 26, 2008 | $3.04 | $25,000 | n/a |
| RGM Bonds (6,000) | April 30, 2009 | $2.15 | $150,000 | n/a |
| RGM Bonds (4,000) | April 30, 2009 | $2.15 | $100,000 | n/a |
| RGM Bonds (1,000) | May 4, 2009 | $2.05 | $25,000 | n/a |
| RGM Bonds (1,000) | May 5, 2009 | $1.78 | $25,000 | n/a |
| RGM Bonds (1,000) | May 14, 2009 | $1.20 | $25,000 | n/a |
| RGM Bonds (1,000) | May 14, 2009 | $1.21 | $25,000 | n/a |
| BGM Bonds (10,000) | May 18, 2009 | $1.32 | $250,000 | n/a |
| BGM Bonds (8,000) | May 18, 2009 | $1.30 | $200,000 | May 28, 2009 at $2.25 |
| BGM Bonds (5,000) | June 1, 2009 | $3.00 | $125,000 | May 28, 2009 at $2.25 |

5846

| RGM Bonds (3,000) | June 1, 2009 | $2.86 | $75,000 | May 28, 2009 at $2.25 |

5846

# SCHEDULE C

**Bondholder: Mark Modica**

108 Solway Cir.
Chalfont, PA 18914
215-348-5990
215-692-2927
markmodica@verizon.net

| BONDS | DATE ACQUIRED | PURCHASE PRICE | FACE VALUE | DATE SOLD |
|---|---|---|---|---|
| GMS (7,000 shares) | November 2007-February 2008 | $69.2744 | $175,000 | January-February 2009, for $23,776 |
| GMS (30,000 shares) * | May, 2009 | $11.9430 | $750,000 | n/a |

*These are current holdings. They were acquired in numerous trades on dates in May 2009 for a total purchase price of $89,573, or an average cost per 100 of $11.9430.

5846