Michael St. Patrick Baxter
Dennis B. Auerbach
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC  20004-2401
phone:  (202) 662-6000
fax:  (202) 662-6291

- and -

Susan Power Johnston
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
phone:  (212) 841-1000
fax:  (212) 841-1010

*Counsel to Union Pacific Railroad Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.*, | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**MOTION OF MICHAEL ST. PATRICK BAXTER**
**FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Michael St. Patrick Baxter, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Union Pacific Railroad Company in the above-captioned chapter 11 cases.

I certify that I am a member in good standing of the bar of the District of Columbia and the bar of the United States District Court for the District of Columbia.

- 2 -

I have submitted the filing fee of $25.00 concurrently with this motion for *pro hac vice* admission.

Dated: New York, New York
       June 25, 2009                    COVINGTON & BURLING LLP

                                          By:  */s/ Michael St. Patrick Baxter*
                                                Michael St. Patrick Baxter

                                        1201 Pennsylvania Avenue NW
                                        Washington, DC  20004-2401
                                        phone:  (202) 662-6000
                                        fax:  (202) 662-6291
                                        email:  mbaxter@cov.com

                                        *Counsel to Union Pacific Railroad Company*