## **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.*, | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Michael St. Patrick Baxter, to be admitted, *pro hac vice*, to represent Union Pacific Railroad Company in the above-captioned chapter 11 cases, and upon the movant's certification that the movant is a member in good standing of the bar of the District of Columbia and the bar of the United States District Court for the District of Columbia, it is hereby

ORDERED, that Michael St. Patrick Baxter, Esq., is admitted to practice, *pro hac vice*, in the above-captioned chapter 11 cases, in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated: New York, New York
       June __, 2009
                                                                                                     The Honorable Robert E. Gerber
                                                                              United States Bankruptcy Judge