June 19, 2009

Honorable Robert E. Gerber
Bankruptcy Court Judge
United States Bankruptcy Court
For the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
Room 621
New York, New York 10004

Re:    General Motors Corporation, et al
       Case No. 09-50026 (REG)

Dear Sir:

The above referenced notice which was sent to me was in error. I am a salaried retiree
from General Motors and have already lost all of my benefits as of January 1, 2009. I am
not and have never been a union member. Furthermore, we have always paid a fair share
for our benefits, which the union has not. I am not in favor of anything that would benefit
the union or its members.

Sincerely,

Robert P. Sabourin
1301 El Lobo Way
The Villages, Florida 32159

June 19,2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green, Suite 627
New York, New York 10004-1408
Case No. 09-50026
Fax: 212-668-3357

OBJECTION REGARDING GM BANKRUPTCY FILING

The Honorable Judge Robert E. Gerber,

As you consider the GM request for bankruptcy and the proposed reorganization, please
consider the request of over 7500 new salaried retirees of the Delphi Corporation in
asking that GM include assuming their pensions as well as the pensions of their UAW co-
workers.
Most all of the GM Salaried employees have spent considerable years in the employee of
General Motors before the spin-off in 1999 to Delphi. We have given the same amount of
time our UAW co-workers have given to GM – the only difference being the UAW had a
contract, and salaried employees had years and years of promises from General Motors
that we would have the same benefits as our UAW brothers and sisters without the
benefit of a contract.

With the billions and billions of dollars that have changed hands during the last ten years
in the spin-off, bankruptcy filing of Delphi, DIP financing, and stimulus dollars from the
federal government, I can't understand WHY there are not enough funds to cover the
salaried workers retirement fund.

The number of Delphi Salaried Retirees is quite insignificant in comparison to the
number of GM salaried/union retirees, and assuming responsibility for the salaried
pensions would not create a significant financial hardship for General Motors. Please
insist that both the salaried pensions and the UAW pensions be honored equally. It is the
only honorable, fair and equitable treatment.

In conclusion, please urge the Treasury/Auto Task Force to re-evaluate the reorganization
plans of Delphi and General Motors and provide fair and equitable treatment to the UAW
represented workers AND the salaried retirees by funding BOTH retirement plans.

Respectfully submitted,

Frank Tuckerman
8751 Surrey Dr
Pendleton, IN
765-778-2639 (home)
765-620-4354 (cell)