Dr. and Mrs. Frederick A Bracker
5877 Yaquina Head Way
Boise, ID 83714
June 19, 2009

Honorable Robert E. Gerber
United States Bankruptcy Court
One Bowling Green
New York, New York 10004-1408

Dear Honorable Gerber:

I am writing over my concern about the direction the General Motors bankruptcy case seems to be going. I am a 86 year old private citizen not represented by any organization who has G.M. bonds in my retirement account upon which I depend upon to meet my living expenses.

It is my understanding that there are very definite bankruptcy laws that determine the exact manner in which the assets of a bankrupt business are handled. It seems to me that these laws ought be to followed without respect to political pressure that could be used to the advantage of any group as opposed to the laws that already exist.

In your ruling on this matter I urge you to follow the laws that normally cover bankruptcy proceedings.

Very truly,

*[signature]*
Frederick A. Bracker, M.D.