Honorable Robert E. Gerber
U.S. Bankruptcy Court
One Bowling Green
New York, New York 10004-1408


Dear Robert E Gerber

My notice to file Objection to the GM 363 Transaction arrived at my House on 6/22/09. It said to respond by 6/19/09 @ 5 P.M. Due to my late notice I am writing directly to you. I own $97,000.00 of General Motors Global Notes CUSIP 370442BS3. I bought these Bonds on 1/24/05 for my retirement income. I object to the proposed settlement because it is very unfair to bondholders and will cause undue hardships. Based on printed GM information GM Bond should be worth 50 to 60% of their face value if GM sold All their present assets at market value. The Proposed sale of assets is at such a low price. Assets should be sold in smaller groupings to obtain much higher value for the assets. And Bond holders should come before the interest of employees and others who have little vested interest in General Motors.

Sincerely

Robert J. Schmidt
5255 W. Central
Toledo, OH 43615

CC: Weil, Gotshal & Manges LLP
767 Fifth Ave
New York, N.Y. 10153