Andrew Goldman, Esq. (AG 1010)
James Millar, Esq. (JM 6091)
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230 8800

**Counsel for GfK Custom Research , LLC**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**In re**

**GENERAL MOTORS CORP,** *et al.***,**               Chapter 11
                                                  Case No.  09-50026 (REG)
**Debtors**                                        (Jointly Administered)

---

# LIMITED OBJECTION TO CURE AMOUNT

GfK Custom Research, LLC (GfK), through the undersigned counsel, respectfully submits this objection solely as it relates to the Debtors' proposed cure amount relating to assumption of certain GfK contracts.

On or about June 15, 2009, the Debtors served Notice of (I) Debtors' intent to assume and assign certain executory contracts, unexpired leases of personal property, and unexpired leases of nonresidential real property and (II) Cure amounts related thereto, (the "Assumption Notice"). The Assumption Notice refers the contract counterparty to a website to view the contracts designated for assumption (the "GfK Contracts") and the cure amount for the GfK Contracts. The website fails to list cure amounts for the GfK Contracts. The total amount currently owing to GfK arising out of the GfK Contracts at issue is $88,609.50 (the "GfK Cure Amount").

GfK does not object to the assumption of the GfK Contracts but reserves all rights with respect to the GfK Cure Amount and preserves its right to assert additional cures or other amounts in the event of any post-petition (but pre-assumption) default.

WHEREFORE, GfK respectfully requests that the Court (a) sustain GfK's objection, (b) require the Debtors to pay GfK the full GfK Cure Amount in connection with assumption/assignment of the GfK Contracts at issue, and (c) grant GfK such other and further relief as is just.

Dated:  June 26, 2009
New York, New York

                                        /s/ Andrew Goldman

                                    Andrew Goldman
                                    WILMER  CUTLER  PICKERING
                                        HALE & DORR LLP
                                    399 Park Avenue
                                    New York, NY 10022
                                    (212) 230 8800

## CERTIFICATE OF SERVICE

I, Andrew Goldman, hereby certify that on June 26, 2009, I caused a copy of the foregoing **Limited Objection to Cure Amount** to be served upon the parties listed on the attached Service List by first class mail, postage pre-paid, and to be served through the Court's electronic noticing system (ECF).

                                                    /s/ Andrew Goldman

Andrew Goldman
WILMER CUTLER PICKERING
   HALE & DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230 8800

# **SERVICE LIST**

i.    General Motors Corp
(The Debtors)
30009 Van Dyke Avenue
Warren, MI 480-9025
Attention: Warren Command Center, Mail code 480-206-114

ii.    Weil, Gotshal & Manges, LLP
(Attorneys for the Debtors)
767 Fifth Avenue
New York, NY 10153
Attention: Harvey R. Miller, Esq., Stephen Karotkin, Esq., Joseph H. Smolinsky, Esq.

iii.    The US Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220
Attention: Matthew Feldman, Esq.

iv.    Cadwalader, Wickersham & Taft, LLP
(Attorneys for the Purchaser)
One World Financial Center
New York, NY 10281
Attention: John J. Rapisardi, Esq.

v.    Miller, Johnson, Snell & Cumminskey, PLC
(Attorneys for the Creditors' Committee)
250 Monroe Avenue
Suite 800
Grand Rapids, MI 49503
Attention : Robert D. Wolford

vi.    Kramer, Levin Maftalis & Frankel LLP
(Attorneys for the Committee of Unsecured Creditors)
1177 Avenue of the Americas
New York, NY 11036
Attention: Gordon Z. Novod

vii.    Vedder Price, P.C.
(Attorneys for Export Development, Canada)
1633 Broadway
47th Floor
New York, NY 10019
Attention: Michael J. Edelman, Esq., Micheal L. Schein, Esq.

viii.    Office of the United States Trustee for the Southern District of NY
33 Whitehall Street
21st Floor
New York, NY 10004
Attention: Dianna G. Adams, Esq.

US1DOCS 7212374v2