Gary F. Seitz (*pro hac vice*)
Steven Montgomery
Rawle & Henderson LLP
14 Wall Street, 27th Floor
New York, NY 10005
Phone: 212-323-7070
Fax: 212-323-7099

Attorneys for J.B. Hunt Transport Services, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                                        :
**In re : Chapter 11**                                                  :
                                                                        :
**GENERAL MOTORS CORPORATION**              : Case No. 09-50026 (REG)
                                                                        :
**Debtors.**                                                            :
                                                                        :
------------------------------------------------------------------------x

### J.B HUNT TRANSPORT SERVICES' WITHDRAWAL OF ITS LIMITED OBJECTION BUT RESERVATION OF RIGHTS REGARDING APPLICABLE CURE COSTS AND SCOPE OF CURE TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO

PLEASE TAKE NOTICE that pursuant to a stipulation with the debtors authorized by paragraph 10 of the Sales Procedure Order, J.B. Hunt Transport Services, Inc. ("JBHT"), by and through its undersigned counsel, hereby withdraws its this limited objection D. I. 1080 (the "Objection") to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto (the "Assumption Notice") but reserves all rights pursuant and subject to the terms of the stipulation and the Cure Dispute Resolution Protocol.

**Rawle & Henderson LLP**

By: _____(s) Steven Montgomery_____
    Steven Montgomery
    Gary F. Seitz (*pro hac vice*)
    14 Wall Street, 27th Floor
    New York, NY 10005
    (Telephone):  212-323-7070
    (Facsimile):  212-323-7099

Attorneys For J.B. Hunt Transport Services, Inc.

Gary F. Seitz (*pro hac vice*)
Steven Montgomery
Rawle & Henderson LLP
14 Wall Street, 27th Floor
New York, NY 10005
Phone: 212-323-7070
Fax: 212-323-7099

Attorneys for J.B. Hunt Transport Services, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                :
**In re : Chapter 11**                                :
                                :
**GENERAL MOTORS CORPORATION**   : Case No. 09-50026 (REG)
                                :
**Debtors.**                                    :
                                :
------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the following have been furnished by the Court's ECF filing system to all parties entitled to notice electronically, and by U.S. Mail to the parties entitled to notice listed below this 26th day of June , 2009:

General Motors Corporation
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center
Mail code 480-206-114

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

3059711-1

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi, Esq.
Gordon Z. Novod

Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036
Thomas Moers Mayer

Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attn: Michael J. Edelman, Esq.
Michael L. Schein, Esq.

Office of the United States Trustee
for the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

        **Rawle & Henderson LLP**

By:   (s) Steven Montgomery
      _____
    Steven Montgomery
    Gary F. Seitz (*pro hac vice*)
    14 Wall Street, 27th Floor
    New York, NY 10005
    (Telephone): 212-323-7070
    (Facsimile): 212-323-7099

Attorneys For J.B. Hunt Transport Services, Inc.

3059711-1