Paul R. Hage *(pro hac vice)*
JAFFE RAITT HEUER & WEISS, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Telephone: (248) 351-3000
Fax: (248) 351-3082
phage@jaffelaw.com
*Counsel for Sandler & Travis*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO CURE COST

PLEASE TAKE NOTICE that Sandler & Travis Trade Advisory Services, Inc. ("Sandler & Travis"), by its undersigned counsel, hereby withdraws its objection to assumption and assignment of certain executory contracts and cure costs related thereto filed on June 12, 2009 [Doc. No. 857].

Respectfully submitted by:

**JAFFE RAITT HEUER & WEISS, P.C.**

By: /s/ Paul R. Hage
Paul R. Hage (P70460)
Counsel to Sandler & Travis
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
phage@jaffelaw.com

Dated: June 26, 2009.

1764911