**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 Case No. |
| **GENERAL MOTORS CORP.,** *et al.,* | 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

# WITHDRAWAL OF
# OBJECTION TO PROPOSED CURE AMOUNT
# FILED BY ETKIN MANAGEMENT SERVICES, INC.

Etkin Management Services, Inc. ("Etkin Management"), by and through its undersigned attorneys, hereby withdraws its Objection to Proposed Cure Amount [Docket No. 1479] which was filed in the above-styled proceeding in connection with Debtors' Intent to Assume and Assign Certain Executory Contracts, pursuant to the parties having reached an agreement to resolve the dispute in accordance with an alternative dispute resolution process.

Respectfully submitted,

ERMAN, TEICHER, MILLER,
ZUCKER & FREEDMAN, P.C.

*/s/ Earle I. Erman*
Earle I. Erman (P24296-MI)
Attorneys for Etkin Management Services, Inc.
400 Galleria Officentre, Suite 444
Southfield, MI 48034
Phone: (248) 827-4100
Fax:    (248) 827-4106
eerman@ermanteicher.com

Dated:  June 26, 2009

F:\CHAP11\GENERAL MOTORS\etkin management\withdraw obj cure amount.doc