UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP., et al., | ) Chapter 11 |
| Debtors. | ) (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF CURE OBJECTION
### FILED BY YEATON RESEARCH, INC.

PLEASE TAKE NOTICE THAT Yeaton Research, Inc. hereby withdraws its Objection to Cure filed on June 12, 2009, in response to the Notice Of Debtors' Intent To Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases Of Nonresidential Real Property and Cure Amounts Related Thereto in this matter.

Dated: June 26, 2009            YEATON RESEARCH, INC.

By: _____
G. Scott Yeaton, President
5552 Cerritos Avenue, Suite K
Cypress, California 90630
Telephone: (714) 527-0606
Email: syeaton@rdscypress.com

## CERTIFICATE OF SERVICE

I, Lauren Elizabeth Murphy, being at all times over 18 years of age, hereby certify that a true and correct copy of the Notice of Withdrawal of Cure Objection by Yeaton Research, Inc. was caused to be served, by Federal Express, so as to be received by each of the persons listed on the attached Service List before 4:00 p.m., Monday, June 29, 2009.

Dated: June 26, 2009

_____
Lauren Elizabeth Murphy

## SERVICE LIST

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>Attn: Warren Command Center,<br>Mail code 480-206-114 | Debtors |
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq. | Debtor's Attorney |
| U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington D.C. 20220<br>Attn: Matthew Feldman, Esq. | U.S. Treasury |
| Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>Attn: John J. Rapisardi, Esq. | Attorneys for Purchaser |
| Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036 | Attorneys for Creditors Committee |
| Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>Attn: Michael J. Edelman, Esq.<br>Michael L. Schein, Esq. | Attorneys for Export Development Canada |
| Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Attn: Diana G. Adams, Esq. | United States Trustee |