**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHER DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
| | |
|---|---|
| **In re**: | : Chapter 11 |
| | : |
| **GENERAL MOTORS CORP.**, *et al*., | : Case No. 09-50026 (REG) |
| | : Jointly administered |
| **Debtors**. | : |
| | : |

-----------------------------------------------------------------X

## WITHDRAWAL OF SUPERVALU'S RESPONSE AND RESERVATION OF RIGHTS REGARDING DEBTORS' ASSUMPTION NOTICE AND PROPOSED CURE AMOUNT AND SUMISSION TO CURE DISPUTE RESOLUTION PROCESS

SUPERVALU INC. (a) withdraws its Response and Reservation of Rights Regarding Debtors' Assumption Notice and Proposed Cure Amount dated June 18, 2009 (Dkt. No. 1857) ("Response"), (b) but continues to reserve its rights identified in the Response, including payment of accrued Incentive Payments (as defined and discussed in the Response), and (c) agrees to submit the matter to the Cure Dispute Resolution Process.

Dated:  June 26, 2009

                                              WESTERMAN BALL EDERER MILLER
                                              & SHARFSTEIN, LLP


                                              By: s/Eric G. Waxman III
                                                  Eric G. Waxman III
                                                  170 Old Country Road, Suite 400
                                                  Mineola, New York  11501
                                                  (516) 622-9200 (telephone)
                                                  (516) 622-9212 (facsimile)

                                              *Attorneys for SUPERVALU INC*.

213260