**Sale Approval Hearing Date: June 30, 2009 at 9:45 a.m.**

NEBRASKA ATTORNEY GENERAL JON BRUNING
Leslie C. Levy
Assistant Attorney General
Nebraska State Bar No. 20673
The Nebraska Attorney General's Office
2115 State Capitol Building
Lincoln, Nebraska 68509-8920
Telephone: (402)471-2811
Fax: (402) 471-4725
leslie.levy@nebraska.gov

ATTORNEY FOR THE STATE OF NEBRASKA on behalf of
THE STATES OF ARKANSAS, ARIZONA, CALIFORNIA, CONNECTICUT,
COLORADO, DELAWARE, GEORGIA, IDAHO, IOWA, ILLINOIS, INDIANA,
KANSAS, KENTUCKY, LOUISIANA, MASSACHUSETTS, MARYLAND, MAINE,
MICHIGAN, MINNESOTA, MISSOURI, MISSISSIPPI, MONTANA, NEBRASKA
NORTH CAROLINA, NORTH DAKOTA, NEW JERSEY, NEW MEXICO,
NEVADA, OHIO, OKLAHOMA, PENNSYLVANIA, RHODE ISLAND, UTAH,
VIRGINIA, VERMONT, WASHINGTON, and WEST VIRGINIA

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------

In re:                                              **Chapter 11**

**GENERAL MOTORS CORP.,** *et al.*,                 **Case No. 09-50026 (REG)**

                        **Debtors-in-Possession.**        **(Jointly Administered)**

-------------------------------------------------------------------------

## EVIDENCE AND WITNESS LIST OF AD HOC COMMITTEE OF
## STATE ATTORNEYS GENERAL FOR JUNE 30, 2009 HEARING
## ON THE DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105 and 363
## TO APPROVE THE MASTER SALE AND PURCHASE AGREEMENT FREE
## AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS

The Ad Hoc Committee of State Attorneys General and State agencies filing objections to the (the "Ad Hoc AG Committee"), by and through its undersigned counsel, hereby files its evidence and witness list for the June 30, 2009 hearing on the Debtors' Motion Pursuant to 11 U.S.C. §§105, 363(b), (f), (k), and (m), and 365 and Fed R. Bankr. P. 2002, 6004, and 6006, to (I) Approve the Master Sale and Purchase Agreement With Vehicle Acquisition Holdings LLC Free and Clear Of Liens, Claims, Encumbrances, and Other Interests.

## WITNESSES

The Ad Hoc AG Committee may call as witnesses Frederick Henderson, Chief Executive Officer of the Debtor, General Motors Corporation, ("GM"), and Harry Wilson of the United States Automotive Task Force.   The Ad Hoc AG Committee reserves its right to cross-examine the Debtors' witnesses or the witnesses of any other party.   The Ad Hoc AG Committee also reserves its right to amend or supplement this list.

## EXHIBITS

The Ad Hoc AG Committee may use the affidavit and other evidence submitted in support of the motion and any amendments or supplements thereto, and any of the documents contained on the Debtors' exhibit list.

Dated:    June 26, 2009

Respectfully submitted,

STATE OF NEBRASKA

JON BRUNING,
ATTORNEY GENERAL

*/s/Leslie C. Levy*
Leslie C. Levy, # 20673
Assistant Attorney General
2115 State Capitol Building
Lincoln, NE 68509-8920
Tel.: (402) 471-2811
Fax: (402) 471-4725
leslie.levy@nebraska.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2009, a true and correct copy of the foregoing

was served on all those parties receiving notice through the Court's ECF system and those parties

below via U.S. Mail First Class, postage prepaid.

| | |
|---|---|
| Harvey Miller | John J. Rapisardi |
| Stephen Karotkin | Cadwalader Wickersham & Taft LLP |
| Joseph H. Smolinsky | One World Financial Center |
| Weil Gotshal & Manges LLP | New York, NY   10281 |
| 767 Fifth Avenue | |
| New York, NY   10153 | |
| | |
| James L. Bromley | Babette Ceccotti |
| Cleary Gottlieb Steen & Hamilton LLP | Cohen Weiss and Simon LLP |
| One Liberty Plaza | 330 W. 42nd Street |
| New York, NY   10006 | New York, NY   10036 |

Michael J. Edelman
Michael L. Schein
Vedder Price PC
1633 Broadway   47th Fl.
New York, NY   10019

David S. Jones
Matthew L. Schwartz
U. S. Attorney's Office
86 Chambers Street, 3rd Fl.
New York, NY   10007

Matthew Feldman, Esq.
U.S. Department of Treasury
1500 Pennsylvania Ave. NW, Room 2312
Washington, DC 20220

Lawrence S. Buonomo, Esq.
General Motors Corporation
300 Renaissance Center
Detroit, MI 48265

Gordon Z. Novod, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
gnovod@kramerlevin.com
tmayer@kramerlevin.com

Diana G. Adams
Office of U. S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY   10004

Warren Command Center,
Mailcode 480-206-114
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

Kenneth Eckstien, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Daniel W. Sherrick
UAW
8000 E. Jefferson Ave.
Detroit, MI 48214

Chambers Copy
Hon. Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, NY 10004-1408

Dated: June 26, 2009

/s/   Leslie C. Levy
Leslie C. Levy
Assistant Attorney General