Michael Friedman
Keith N. Sambur
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801

*Attorneys for Averitt Express Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| **GENERAL MOTORS CORP.**, *et al.*, | : Case No. 09-50026 (REG) |
| Debtors. | : (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Michael Friedman and Keith N. Sambur of the law firm Richards Kibbe & Orbe LLP, hereby appear in the above-captioned case on behalf of Averitt Express Inc. ("Averitt"); and that such parties request that their names be added to the mailing list maintained by the Clerk in the above-captioned case, and that all notices given and all papers served on any party, filed with the Court or delivered to the Office of the United States Trustee in the above-captioned case be delivered to and served upon them as Counsel to Averitt, at the following address:

> Michael Friedman, Esq.
> Keith N. Sambur, Esq.
> RICHARDS KIBBE & ORBE LLP
> One World Financial Center
> New York, New York  10281
> Telephone:  (212) 530-1800
> Facsimile: (212) 530-1801
> E-mail:  mfriedman@rkollp.com
>          ksambur@rkollp.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referenced in the Bankruptcy Rules, Bankruptcy Code and Local Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, demands, hearings, requests, complaints, monthly operating reports, cash-flow reports, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to cases and any proceeding therein, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise in this case.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit waives (1) Averitt's right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (2) Averitt's right to a jury trial; (3) Averitt's right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Averitt is or may be entitled under agreements, in law or equity, all of which rights, claims actions, defenses, setoffs, and recoupments Averitt expressly reserves.

Dated: June 26, 2009
      New York, NY

                                    Respectfully submitted,

                                    RICHARDS KIBBE & ORBE LLP

                                    /s/ Michael Friedman
                                    Michael Friedman
                                    Keith N. Sambur
                                    One World Financial Center
                                    New York, NY 10281
                                    Telephone: (212) 530-1800
                                    Facsimile: (212) 530 1801

                                    *Attorneys for Averitt Express Inc.*