VENABLE LLP
Rockefeller Center, 25th Floor
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 307-5500
Edward A. Smith

-and-

VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 244-7400
Darek S. Bushnaq

*Counsel to GXS, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                              :
In re:                                        :   Chapter 11
                                              :
GENERAL MOTORS CORP., *et al.*,               :   Case No. 09-50026 (REG)
                                              :
                              Debtors.        :   Jointly Administered
                                              :
------------------------------------------------------------x

# CERTIFICATE OF SERVICE

I, DAREK S. BUSHNAQ, hereby certify that on the 25th day of June, 2009, a

copy of the Objection to Proposed Cure Amount of GXS, Inc. was served on the parties listed

by first class, postage prepaid U.S. Mail

Dated: Baltimore, Maryland
June 26, 2009

*/s/ Darek S. Bushnaq*
DAREK S. BUSHNAQ, Esq.

VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 244-7400

- 2 -

## SERVICE LIST

General Motors Corporation
c/o General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI  48090-9025
Attn:   Warren Command Center
        Mailcode 480-206-114

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:   Harvey R. Miller, Esq.,
        Stephen Karotkin, Esq.
        Joseph Smolinsky, Esq.

The U.S. Treasury
1500 Pennsylvania Ave., N.W., Room 2312
Washington, DC  20220
Attn:   Matthew Feldman, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281
Attn:   John J. Rapisardi, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn:   Thomas Moers Mayer, Esq.
        Kenneth H. Eckstein, Esq.
        Robert T. Schmidt, Esq.
        Adam C. Rogoff, Esq.
        Gordon Z. Novod, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY  10019
Attn:   Michael J. Edelman, Esq.
        Michael L Schein, Esq.

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn:   Diana G. Adams, Esq.