J. Casey Roy
Assistant Attorney General
Texas State Bar No. 00791578
The Texas Attorney General's Office
P. O. Box 12548    MC-008
Austin, Texas  78711-2548
Telephone:  (512) 463-2173
Telecopy:  (512) 482-8341

ATTORNEYS FOR THE STATE OF TEXAS on behalf of
THE TEXAS DEPARTMENT OF TRANSPORTATION,
MOTOR VEHICLE DIVISION

**UNITED STATES BANKRUPTCY COURT**
**SOUNDERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ------------------------------------------------------------X | |
| **In re:**                                                : | CHAPTER 11 |
|                                                           : | |
| **GENERAL MOTORS CORP.,** *et al.*,                       : | Case No. 09-50026 (REG) |
|                                                           : | |
|                                                           : | (Jointly Administered) |
|                              **Debtors.**                 : | |
| ------------------------------------------------------------X | |

**AMENDED EXHIBIT LIST FOR  HEARING ON DEBTORS' MOTION
PURSUANT TO  11 U.S.C.  §§ 105, 363(b), (f), (k), (m), AND 365 AND FED. R.
BANKR. P. 2002, 6004, AND TO  APPROVE (A) THE SALE PURSUANT TO THE
MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION
HOLDINGS LLC, A. U.S. TREASURY SPONSORED PURCHASER, FREE AND
CLEAR OF LIENS, CLAIMS,  ENCUMBRANCES, AND OTHER INTERESTS;
 (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY
CONTRACTS AND UNEXPIRED LEASES; AND (C) OTHER RELIEF**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

      The State of Texas, on behalf of the Texas Department of Transportation, Motor Vehicle Division files this its amended exhibit list in support of its objection to the above referenced Debtors' Motion (Docket No. 92) set for hearing on June 30, 2009.

**EXHIBIT LIST**

| EXHIBIT | TITLE |
| --- | --- |
| 1 | General Motors Corp. cover letter dated June 1, 2009 regarding proposed Participation Agreements relating to GM's dealer agreements and restructuring plans (Ex. A to Objection of the State of Texas) |
| 2 | General Motors Corp. proposed Participation Agreement dated June 1, 2009 regarding GM dealer sales and service agreements (Ex. B to Objection of the State of Texas) |
| 3 | General Motors Corp. proposed letter agreement dated June 9, 2009 modifying the Participation Agreement (Ex. C to Objection of the State of Texas) |
| 4 | Informal request for production to Weil Gotshal & Manges, LLP dated June 23, 2009 from Assistant Attorney General, J. Casey Roy requesting final versions of the Participation Agreement, letter agreement, transmittal letter and/or other documents relating to the assumption, modification and/or assignment of the Dealer Agreements to New GM |
| 5 | Email transmission of 6/23/09 request from Assistant Attorney General, J. Casey Roy to Weil Gotshal & Manges |
| 6 | General Motors Corp. cover letter dated June 1, 2009 accompanying the final version Participation Agreements relating to GM's dealer agreements and restructuring plans *(awaiting production from Debtors' counsel)* |
| 7 | General Motors Corp. final version of Participation Agreement dated June 1, 2009 regarding GM dealer sales and service agreements |
| 8 | General Motor Corp. final version of proposed letter agreement dated June 9, 2009 modifying Participation Agreement |

| 9 | Email dated June 26, 2009 from Evert Christensen, Weil Gotshal & Manges forwarding Exhibits 7 & 8 to Assistant Attorney General, J. Casey Roy |
|---|---|

Dated: Austin, Texas
June 26, 2009

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

WILLIAM J. COBB III
Special Assistant and Senior Counsel
to the Attorney General

JAMES P. DYER
Special Assistant and Senior Counsel
to the Attorney General

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

/s/  J. Casey Roy
J. CASEY ROY
Texas State Bar No. 00791578
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
P: (512) 463-2173/F: (512) 482-8341
E-mail: *casey.roy@oag.state.tx.us*

ATTORNEYS FOR THE STATE OF TEXAS ON BEHALF OF THE TEXAS DEPARTMENT OF TRANSPORTATION, MOTOR VEHICLE DIVISION