Anne M. Aaronson (AA1679)
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, Pennsylvania 19102-2101
Telephone: (215) 575-7000
Facsimile: (215) 575-7200

Anne Marie P. Kelley
Scott J. Freedman
Matthew Azoulay
DILWORTH PAXSON LLP
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1952
Facsimile: (856) 675-1852

*Attorneys for The Dow Chemical Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |

**NOTICE OF RECLAMATION DEMANDS OF**
**THE DOW CHEMICAL COMPANY**

PLEASE TAKE NOTICE that, by letters dated June 1, 2009, The Dow Chemical Company on behalf of itself and its affiliates, subsidiaries and divisions (collectively, "**Dow**") asserted reclamation demands pursuant to sections 546(c) of the Bankruptcy Code and 2-702 of the Uniform Commercial Code with respect to goods sold and delivered to certain of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**").[1]  Copies of the

---

[1] By submitting this Notice, Dow neither intends nor shall be deemed to waive, and hereby expressly reserves, its right to assert and seek payment of section 503(b)(9) claims against the Debtors with respect to goods comprising the reclamation demand or otherwise and/or challenge the jurisdiction of the United States Bankruptcy Court to adjudicate, among other things, non-core matters.

195249_1

reclamation demand letters are attached hereto as Exhibit A-1 and Exhibit A-2, respectively, and incorporated herein by reference.

                    Respectfully submitted,

Dated:  June 26, 2009               DILWORTH PAXSON LLP

                                  By:  /s/ Anne M. Aaronson
                                       Anne M. Aaronson (AA1679)
                                       1500 Market Street, Suite 3500E
                                       Philadelphia, Pennsylvania 19102-2101
                                       Telephone: (215) 575-7000
                                       Facsimile: (215) 575-7200

                                             and

                                       /s/ Anne Marie P. Kelley
                                       Anne Marie P. Kelley
                                       Scott J. Freedman
                                       Matthew Azoulay
                                       LibertyView – Suite 700
                                       457 Haddonfield Road
                                       Cherry Hill, New Jersey 08002
                                       Telephone: (856) 675-1952
                                       Facsimile: (856) 675-1852

                                 *Attorneys for The Dow Chemical Company*

# EXHIBIT A-1

**[ATTACHED]**

195249_1

**Dow**

1320 Waldo Avenue
Midland, MI 48642

The Dow Chemical Company
Midland, Michigan 48674
USA

June 1, 2009

**SENT VIA FACSIMILE AND FEDERAL EXPRESS**
Facsimile (313) 556-5108

Mr. Raymond G. Young, CFO
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114

The Dow Chemical Company and its affiliates, subsidiaries and/or divisions (collectively, "Dow") hereby revokes any credit terms applicable to the sale of product or provision of services to, and demands the immediate return of all goods and/or any proceeds thereof (the "Goods") received by General Motors Corporation and/or its affiliates, subsidiaries and/or divisions (collectively, the "Debtor") during the forty-five (45) day period (the "Reclamation Period") before the date on which the Debtor filed a petition commencing a bankruptcy case (the "Petition Date"). Return of the Goods to Dow is required pursuant to sections 2-702 and 2-705 of the Uniform Commercial Code (the "UCC") and section 546(c) of the Bankruptcy Code in that the Goods were received by the Debtor during the Reclamation Period while it was insolvent pursuant to sales by Dow to the Debtor in the ordinary course of its business. A chart detailing certain information with respect to the Goods is attached hereto as Exhibit A.[1]

By making this reclamation demand, Dow neither intends nor shall be deemed to waive, and hereby expressly reserves, its entitlement and/or right to assert an administrative-priority claim based on the value of the Goods received by the Debtor

during the twenty (20) day period before the Petition Date in accordance with section 503(b)(9) of the Bankruptcy Code.

Thank you for your prompt attention to this matter.

Regards,

*Tom Collins*

Tom Collins
   For Kevin Lowe
Credit Analyst
Phone: 989-636-0210

cc: Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn: Nathan M. Pierce, Esq.

EXHIBIT A

| Invoice Number | Invoice Date | Delivery Number | Shipment Number | Quantity | UOM | Amount | Curr |
|---|---|---|---|---|---|---|---|
| 27642793 | 04/17/2009 | 70008379 | 7987410 | | | $ 18,433.17 | USD |
| 27645125 | 04/21/2009 | 70009166 | 7988968 | | | $ 19,024.80 | USD |
| 27645415 | 04/21/2009 | 70005715 | 7986811 | | | $ 7,899.93 | USD |
| 27650767 | 04/28/2009 | 70021765 | 7997083 | | | $ 8,834.83 | USD |
| 27652818 | 04/30/2009 | 70019362 | 7995548 | | | $ 7,899.93 | USD |
| 27653314 | 04/30/2009 | 70024769 | 7999040 | | | $ 820.20 | USD |
| 27654764 | 05/01/2009 | 70026081 | 7999801 | | | $ 73.50 | USD |
| 27654765 | 05/01/2009 | 70026128 | 7999808 | | | $ 96.00 | USD |
| 27654766 | 05/01/2009 | 70026130 | 7999810 | | | $ 96.00 | USD |
| 27654767 | 05/01/2009 | 70028485 | 7999809 | | | $ 72.00 | USD |
| 27656177 | 05/04/2009 | 70028648 | 8001464 | | | $ 110.25 | USD |
| 27656178 | 05/04/2009 | 70028650 | 8001466 | | | $ 36.00 | USD |
| 27656179 | 05/04/2009 | 70030380 | 8001467 | | | $ 96.00 | USD |
| 27656397 | 05/04/2009 | 70028649 | 8001465 | | | $ 96.00 | USD |
| 27657511 | 05/05/2009 | 70025811 | 7999730 | | | $ 7,899.93 | USD |
| 27657512 | 05/05/2009 | 70027957 | 8000888 | | | $ 19,024.80 | USD |
| 27657513 | 05/05/2009 | 70029271 | 8001858 | | | $ 33,293.40 | USD |
| 27657514 | 05/05/2009 | 70029983 | 8002392 | | | $ 73.50 | USD |
| 27657515 | 05/05/2009 | 70029984 | 8002393 | | | $ 96.00 | USD |
| 27657516 | 05/05/2009 | 70030082 | 8002445 | | | $ 36.00 | USD |
| 27657517 | 05/05/2009 | 70030083 | 8002446 | | | $ 96.00 | USD |
| 27657986 | 05/05/2009 | 70033091 | 8004254 | | | $ 136.02 | USD |
| 27657522 | 05/05/2009 | 70027958 | 8001065 | | | $ 9,512.40 | USD |
| 27658018 | 05/05/2009 | 70025912 | 7999718 | | | $ 23,408.00 | USD |
| 27658446 | 05/06/2009 | 70025812 | 7999735 | | | $ 7,899.93 | USD |
| 27658447 | 05/06/2009 | 70032278 | 8003815 | | | $ 36.75 | USD |
| 27658448 | 05/06/2009 | 70032279 | 8003816 | | | $ 96.00 | USD |
| 27658449 | 05/06/2009 | 70032280 | 8003817 | | | $ 36.00 | USD |
| 27658450 | 05/06/2009 | 70032281 | 8003818 | | | $ 96.00 | USD |
| 27658451 | 05/06/2009 | 70032406 | 8003893 | | | $ 14,724.73 | USD |
| 27658932 | 05/06/2009 | 70025810 | 7999709 | | | $ 11,779.77 | USD |
| 27659499 | 05/07/2009 | 70033903 | 8004812 | | | $ 73.50 | USD |
| 27659500 | 05/07/2009 | 70033904 | 8004813 | | | $ 96.00 | USD |
| 27659501 | 05/07/2009 | 70033905 | 8004814 | | | $ 36.00 | USD |
| 27659502 | 05/07/2009 | 70033906 | 8004815 | | | $ 96.00 | USD |
| 27659503 | 05/07/2009 | 70035683 | 8005870 | | | $ 152.00 | USD |
| 27661784 | 05/11/2009 | 70038135 | 8007419 | | | $ 73.50 | USD |
| 27661785 | 05/11/2009 | 70038136 | 8007420 | | | $ 96.00 | USD |
| 27661786 | 05/11/2009 | 70038241 | 8007477 | | | $ 36.00 | USD |
| 27661787 | 05/11/2009 | 70038242 | 8007478 | | | $ 96.00 | USD |
| 27661795 | 05/11/2009 | 70033773 | 8004738 | | | $ 65,140.80 | USD |
| 27662719 | 05/12/2009 | 70036353 | 8005834 | | | $ 14,268.60 | USD |
| 27662720 | 05/12/2009 | 70036774 | 8006590 | | | $ 21,939.06 | USD |
| 27662721 | 05/12/2009 | 70039257 | 8005822 | | | $ 13,711.91 | USD |
| 27662722 | 05/12/2009 | 70040070 | 8008656 | | | $ 73.50 | USD |
| 27662723 | 05/12/2009 | 70040072 | 8008658 | | | $ 36.00 | USD |

| | | | | | | |
|---|---|---|---|---|---:|---|
| 27662724 | 05/12/2009 | 70040073 | 8008659 | $ | 96.00 | USD |
| 27662725 | 05/12/2009 | 70042452 | 8008657 | $ | 144.00 | USD |
| 27663193 | 05/12/2009 | 70037456 | 8006910 | $ | 19,024.80 | USD |
| 27663194 | 05/12/2009 | 70042153 | 8010054 | $ | 136.02 | USD |
| 27663195 | 05/12/2009 | 70042154 | 8010055 | $ | 71.24 | USD |
| 27663224 | 05/12/2009 | 70037457 | 8007100 | $ | 9,512.40 | USD |
| 27663674 | 05/13/2009 | 70037417 | 8007085 | $ | 16,454.29 | USD |
| 27663675 | 05/13/2009 | 70039544 | 8008179 | $ | 4,756.20 | USD |
| 27663676 | 05/13/2009 | 70041834 | 8009935 | $ | 96.00 | USD |
| 27663677 | 05/13/2009 | 70041835 | 8009936 | $ | 36.00 | USD |
| 27663678 | 05/13/2009 | 70041836 | 8009937 | $ | 96.00 | USD |
| 27663679 | 05/13/2009 | 70043863 | 8009934 | $ | 36.75 | USD |
| 27664225 | 05/13/2009 | 70037518 | 8006859 | $ | 15,603.36 | USD |
| 27664226 | 05/13/2009 | 70041949 | 8010005 | $ | 234.00 | USD |
| 27664562 | 05/14/2009 | 70037520 | 8006825 | $ | 231.30 | USD |
| 27664850 | 05/14/2009 | 70039545 | 8008186 | $ | 23,781.00 | USD |
| 27664851 | 05/14/2009 | 70043680 | 8011118 | $ | 4,415.00 | USD |
| 27664852 | 05/14/2009 | 70043798 | 8011203 | $ | 73.50 | USD |
| 27664853 | 05/14/2009 | 70043799 | 8011204 | $ | 96.00 | USD |
| 27664854 | 05/14/2009 | 70043800 | 8011205 | $ | 144.00 | USD |
| 27665767 | 05/15/2009 | 70045449 | 8012280 | $ | 96.00 | USD |
| 27665768 | 05/15/2009 | 70045450 | 8012281 | $ | 36.00 | USD |
| 27665769 | 05/15/2009 | 70045451 | 8012282 | $ | 96.00 | USD |
| 27665770 | 05/15/2009 | 70045452 | 8012285 | $ | 36.75 | USD |
| 27666242 | 05/15/2009 | 70047966 | 8013789 | $ | 136.02 | USD |
| 27666916 | 05/18/2009 | 70047216 | 8013368 | $ | 73.50 | USD |
| 27666917 | 05/19/2009 | 70047317 | 8013430 | $ | 96.00 | USD |
| 27666918 | 05/19/2009 | 70047318 | 8013431 | $ | 36.00 | USD |
| 27666919 | 05/18/2009 | 70047319 | 8013432 | $ | 96.00 | USD |
| 27668081 | 05/19/2009 | 70049272 | 8014754 | $ | 72.00 | USD |
| 27668082 | 05/19/2009 | 70049273 | 8014755 | $ | 110.25 | USD |
| 27668083 | 05/19/2009 | 70049274 | 8014756 | $ | 96.00 | USD |
| 27668084 | 05/19/2009 | 70051015 | 8014757 | $ | 96.00 | USD |
| 27668603 | 05/19/2009 | 70045112 | 8012131 | $ | 13,711.91 | USD |
| 27668604 | 05/19/2009 | 70046918 | 8013126 | $ | 19,024.80 | USD |
| 27668605 | 05/19/2009 | 70051713 | 8016378 | $ | 136.02 | USD |
| 27668648 | 05/19/2009 | 70046919 | 8013189 | $ | 9,512.40 | USD |
| 27669590 | 05/20/2009 | 70048652 | 8014518 | $ | 4,756.20 | USD |
| 27669591 | 05/20/2009 | 70053471 | 8017525 | $ | 97.52 | USD |
| 27669592 | 05/20/2009 | 70053473 | 8017526 | $ | 310.91 | USD |
| 27669593 | 05/20/2009 | 70053488 | 8017560 | $ | 310.91 | USD |
| 27669594 | 05/20/2009 | 70053503 | 8017566 | $ | 164.70 | USD |
| 27669595 | 05/20/2009 | 70053507 | 8017569 | $ | 164.70 | USD |
| 27669596 | 05/20/2009 | 70053509 | 8017570 | $ | 194.04 | USD |
| 27669597 | 05/20/2009 | 70053538 | 8017586 | $ | 133.13 | USD |
| 27669598 | 05/20/2009 | 70053547 | 8017587 | $ | 133.13 | USD |
| 27670106 | 05/21/2009 | 70054817 | 8018498 | $ | 36.75 | USD |
| 27671167 | 05/22/2009 | 70051761 | 8016509 | $ | 12,216.06 | USD |
| 27671573 | 05/22/2009 | 70052169 | 8016699 | $ | 178.80 | USD |
| 27671574 | 05/22/2009 | 70059081 | 8021367 | $ | 97.52 | USD |

| | | | | | | |
|---|---|---|---|---|---|---|
| 27671575 | 05/22/2009 | 70059085 | 8021369 | $ | 91.61 | USD |
| 27671576 | 05/22/2009 | 70059106 | 8021370 | $ | 66.56 | USD |
| 27671577 | 05/22/2009 | 70059123 | 8021371 | $ | 466.37 | USD |
| 27671578 | 05/22/2009 | 70059124 | 8021372 | $ | 66.56 | USD |
| 27671579 | 05/22/2009 | 70059126 | 8021374 | $ | 82.35 | USD |
| 27671580 | 05/22/2009 | 70059133 | 8021375 | $ | 258.72 | USD |
| 27671581 | 05/22/2009 | 70059134 | 8021377 | $ | 82.35 | USD |
| 27672400 | 05/26/2009 | 70052505 | 8017046 | $ | 13,711.91 | USD |
| 27672672 | 05/26/2009 | 70054615 | 8018317 | $ | 19,024.80 | USD |
| 27672424 | 05/26/2009 | 70054616 | 8018423 | $ | 4,756.20 | USD |
| 27676487 | 05/29/2009 | 70048708 | 8014230 | $ | 7,536.00 | USD |

# EXHIBIT A-2

# [ATTACHED]

195249_1

**Dow**

1320 Waldo Avenue
Midland, MI 48642

The Dow Chemical Company
Midland, Michigan 48674
USA

June 1, 2009

**SENT VIA FACSIMILE AND FEDERAL EXPRESS**
Facsimile (313) 556-5108

Mr. Raymond G. Young, CFO
Saturn Corporation
c/o General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114

The Dow Chemical Company and its affiliates, subsidiaries and/or divisions (collectively, "Dow") hereby revokes any credit terms applicable to the sale of product or provision of services to, and demands the immediate return of all goods and/or any proceeds thereof (the "Goods") received by Saturn Corporation and/or its affiliates, subsidiaries and/or divisions (collectively, the "Debtor") during the forty-five (45) day period (the "Reclamation Period") before the date on which the Debtor filed a petition commencing a bankruptcy case (the "Petition Date"). Return of the Goods to Dow is required pursuant to sections 2-702 and 2-705 of the Uniform Commercial Code (the "UCC") and section 546(c) of the Bankruptcy Code in that the Goods were received by the Debtor during the Reclamation Period while it was insolvent pursuant to sales by Dow to the Debtor in the ordinary course of its business. A chart detailing certain information with respect to the Goods is attached hereto as Exhibit A.[1]

By making this reclamation demand, Dow neither intends nor shall be deemed to waive, and hereby expressly reserves, its entitlement and/or right to assert an

administrative-priority claim based on the value of the Goods received by the Debtor during the twenty (20) day period before the Petition Date in accordance with section 503(b)(9) of the Bankruptcy Code.

Thank you for your prompt attention to this matter.

Regards,

*Tom Collins*

Tom Collins
   For Kevin Lowe
Credit Analyst
Phone: 989-636-0210

cc: Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn: Nathan M. Pierce, Esq.

EXHIBIT A

| Invoice Number | Invoice Date | Delivery Number | Shipment Number | Quantity | UOM | Amount | Curr |
|---|---|---|---|---|---|---|---|
| 27652771 | 04/30/2009 | 70022340 | 7997504 | | | $ 30,266.02 | USD |
| 27655333 | 05/01/2009 | 70024772 | 7999037 | | | $ 888.00 | USD |
| 27656132 | 05/04/2009 | 70026255 | 7999887 | | | $ 23,706.00 | USD |
| 27656133 | 05/04/2009 | 70028653 | 8001469 | | | $ 1,036.00 | USD |
| 27657478 | 05/05/2009 | 70026733 | 7998098 | | - | $ 18,825.00 | USD |
| 27657479 | 05/05/2009 | 70030088 | 8002447 | | | $ 888.00 | USD |
| 27658434 | 05/06/2009 | 70032425 | 8003892 | | | $ 1,036.00 | USD |
| 27658875 | 05/06/2009 | 70026258 | 7999895 | | | $ 65,304.80 | USD |
| 27659463 | 05/07/2009 | 70036186 | 8004097 | | | $ 740.00 | USD |
| 27660444 | 05/08/2009 | 70036251 | 8006220 | | | $ 1,036.00 | USD |
| 27661760 | 05/11/2009 | 70038251 | 8007479 | | | $ 888.00 | USD |
| 27662686 | 05/12/2009 | 70040016 | 8008615 | | | $ 1,036.00 | USD |
| 27663118 | 05/12/2009 | 70039835 | 8008519 | | | $ 23,408.00 | USD |
| 27663642 | 05/13/2009 | 70041692 | 8009832 | | | $ 888.00 | USD |
| 27663643 | 05/13/2009 | 70043804 | 8011173 | | | $ 23,706.00 | USD |
| 27664148 | 05/13/2009 | 70038581 | 8007714 | | | $ 16,850.00 | USD |
| 27664822 | 05/14/2009 | 70043811 | 8011206 | | | $ 888.00 | USD |
| 27664823 | 05/14/2009 | 70044053 | 8009828 | | | $ 52,217.60 | USD |
| 27665746 | 05/15/2009 | 70043822 | 8011199 | | | $ 45,907.50 | USD |
| 27665747 | 05/15/2009 | 70045804 | 8012493 | | | $ 1,036.00 | USD |
| 27666860 | 05/18/2009 | 70047224 | 8013369 | | | $ 740.00 | USD |
| 27668527 | 05/19/2009 | 70049180 | 8014711 | | | $ 1,036.00 | USD |
| 27668528 | 05/19/2009 | 70052843 | 8017130 | | | $ 750.00 | USD |
| 27669029 | 05/20/2009 | 70048653 | 8014173 | | | $ 23,706.00 | USD |
| 27669030 | 05/20/2009 | 70050917 | 8015837 | | | $ 888.00 | USD |
| 27669529 | 05/20/2009 | 70050772 | 8015747 | | | $ 25,500.00 | USD |
| 27670083 | 05/21/2009 | 70053451 | 8017554 | | | $ 1,036.00 | USD |
| 27671964 | 05/26/2009 | 70054617 | 8018234 | | | $ 23,706.00 | USD |
| 27672366 | 05/26/2009 | 70052583 | 8016970 | | | $ 52,217.60 | USD |
| 27672367 | 05/26/2009 | 70052591 | 8017021 | | | $ 888.00 | USD |
| 27672994 | 05/26/2009 | 70052590 | 8016821 | | | $ 1,050.00 | USD |
| 27673630 | 05/27/2009 | 70055973, 70059116 | 08019258, 08021398 | | | $ 2,960.00 | USD |
| 27674791 | 05/28/2009 | 70061193 | 8022677 | | | $ 740.00 | USD |
| 27675867 | 05/29/2009 | 70061194 | 8022678 | | | $ 1,036.00 | USD |
| 27675868 | 05/29/2009 | 70063512 | 8023428 | | | $ 28,447.20 | USD |
| 27676398 | 05/29/2009 | 70062807 | 8023700 | | | $ 1,800.00 | USD |
| 27678036 | 06/01/2009 | 70065018, 70067100 | 8025220, 08026685 | | | $ 1,036.00 | USD |