Anne M. Aaronson (AA1679)
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, Pennsylvania 19102-2101
Telephone: (215) 575-7000
Facsimile: (215) 575-7200

Anne Marie P. Kelley
Scott J. Freedman
Matthew Azoulay
DILWORTH PAXSON LLP
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1952
Facsimile: (856) 675-1852

*Attorneys for The Dow Chemical Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP., *et al*.,<br><br>    Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |

**CERTIFICATE OF SERVICE**
**OF NOTICE OF RECLAMATION DEMANDS OF THE DOW CHEMICAL COMPANY**

I hereby certify that the *Notice of Reclamation Demands of The Dow Chemical Company* was served upon its filing on June 26, 2009 to the parties receiving notice via the court's ECF system and regular mail to:

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025<br>   Attn:  Warren Command Center<br>            Mailcode 480-206-114 | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>   Attn:   Nathan M. Pierce, Esquire |

Dated:  June 26, 2009               /s/ Scott J. Freedman
                                     Scott J. Freedman

195259_1