Sale Approval Hearing Date: June 30, 2009, at 9:45 am

ROBERT E. COOPER, JR.
Tennessee Attorney General

MARVIN E. CLEMENTS, JR.
Assistant Attorney General
Bankruptcy Division
Office of the Tennessee Attorney General
PO Box 20207
Nashville, Tennessee 37202-0207
(615) 741-1935
ICTNNewYork@ag.tn.gov

Attorney for the State of Tennessee


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | Case no. 09-50026 REG |
| | ) | |
| **General Motors Corp., et al.,** | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |


**JOINDER BY STATE OF TENNESSEE IN LIMITED OBJECTION**
**OF THE STATES TO DEBTORS' SALE MOTION**

The Tennessee Attorney General, Robert E. Cooper, Jr., through undersigned counsel, on behalf of the State of Tennessee, wishes to join in the *Limited Objection of the States of Arkansas, Arizona, California, Connecticut, Colorado, Delaware, Georgia, Hawaii, Idaho, Iowa, Illinois, Indiana, Kansas, Kentucky, Louisiana, Massachusetts, Maryland, Maine, Michigan, Minnesota, Missouri, Mississippi, Montana, Nebraska, New Hampshire, North Carolina, North Dakota, New Jersey, New Mexico, Nevada, Ohio, Oklahoma, Pennsylvania, Rhode Island, South Carolina, South Dakota, Utah, Virginia, Vermont, Washington, West*

*Virginia, and Wisconsin to Debtors' Sale Motion*. [Doc. Nos. 2043 and 2425]. For the reasons stated in the Limited Objection of the States, Tennessee objects to approval of the Sale Motion and entry of the Order in its current form and requests that the Court grant relief only to the extent consistent with the positions taken therein.

Respectfully Submitted,

ROBERT E. COOPER, JR.
Tennessee Attorney General

/s/Marvin E. Clements, Jr.
MARVIN E. CLEMENTS, JR. (TN BPR 016031)
Assistant Attorney General
Bankruptcy Division
Office of the Tennessee Attorney General
PO Box 20207
Nashville, Tennessee 37202-0207
(615) 741-1935
ICTNNewYork@ag.tn.gov

Attorney for the State of Tennessee


## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2009, a true and correct copy of the foregoing document was served on all parties receiving notice through the Court's ECF system and those parties below via U.S. Mail, First Class postage prepaid:

| | |
|---|---|
| Harvey Miller | John J. Rapisardi |
| Stephen Karotkin | Cadwalader Wickersham & Taft LLP |
| Joseph H. Smolinsky | One World Financial Center |
| Weil Gotshal & Manges LLP | New York, NY 10281 |
| 767 Fifth Avenue | |
| New York, NY 10153 | |

| | |
|---|---|
| James L. Bromley<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 | Babette Ceccotti<br>Cohen Weiss and Simon LLP<br>330 W. 42nd Street<br>New York, NY 10036 |
| Michael J. Edelman<br>Michael L. Schein<br>Vedder Price PC<br>1633 Broadway 47th Fl.<br>New York, NY 10019 | Diana G. Adams<br>Office of U. S. Trustee<br>33 Whitehall Street, 21st Fl.<br>New York, NY 10004 |
| David S. Jones<br>Matthew L. Schwartz<br>U. S. Attorney's Office<br>86 Chambers Street, 3rd Fl.<br>New York, NY 10007 30009 | Warren Command Center,<br>Mailcode 480-206-114<br>General Motors Corporation<br>Cadillac Building<br>Van Dyke Avenue<br>Warren, MI 48090-9025 |
| Matthew Feldman, Esq.<br>U.S. Department of Treasury<br>1500 Pennsylvania Ave. NW, Room 2312<br>Washington, DC 20220 | Kenneth Eckstien, Esq.<br>Thomas Moers Mayer, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Lawrence S. Buonomo, Esq.<br>General Motors Corporation<br>300 Renaissance Center<br>Detroit, MI 48265 | Daniel W. Sherrick<br>UAW<br>8000 E. Jefferson Ave.<br>Detroit, MI 48214 |
| Chambers Copy<br>Hon. Robert E. Gerber<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green, Room 621<br>New York, NY 10004-1408 | |

/s/Marvin E. Clements, Jr.
MARVIN E. CLEMENTS, JR.