Thomas M. Kennedy
Susan M. Jennik
KENNEDY, JENNIK & MURRAY, P.C.
113 University Place, 7th Floor
New York, New York 10003
Tel: (212) 358-1500
Attorneys for IUE-CWA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re                                         :   Chapter 11
                                              :
General Motors Corporation, *et al.*          :   Case No. 09-50026 (REG)
                                              :
                                   Debtors.   :   (Jointly Administered)
-------------------------------------------------------------------X

**AMENDED EVIDENCE AND WITNESS LIST FOR THE HEARING TO CONSIDER DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105, 363(b), (f), k), AND (m), AND 365 AND FED. R. BANKR. P. 2002, 6004, AND 6006, TO (I) APPROVE (A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) OTHER RELIEF**

TO THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE

The Objecting Unions: the IUE-CWA, United Steelworkers ("USW") and International Union of Operating Engineers ("IUOE"), hereby identify the following individuals as witnesses whom the Objecting Unions may call at the June 30, 2009 hearing on the Debtors' Asset Sale Motion (Docket No. 92)[1]:

**Witness List**

1.   James Clark

2.   Debra Turner

3.   David Hill

4.   Dennis Bingham

---

[1] The Objecting Unions reserve their rights to amend or supplement this list should the need present itself.

    5.    Earl R. Williams

    6.    Joe Patrick

In addition, the Objecting Unions may use the following physical or documentary evidence at the June 30, 2009 hearing on the Debtors' Asset Sale Motion (Docket No. 92)[2]

**Exhibit List**

    1.    Objection Declaration of James Clark in Support of Objection to Motion to Approve Sale and Exhibits Thereto (Docket No. 1953).

    2.    Objection Declaration of Debra Turner in Opposition to Motion to Approve Sale Under 11 U.S.C. §363(b) (Docket No. 1956).

    3.    Declaration of Dennis Bingham and Exhibits Thereto (Docket No. 1948).

    4.    Objection Declaration of David Hill in Opposition to Motion to Approve Sale Under 11 U.S.C. §363(b) (attached at Tab A).

    5.    Objection Declaration of Earl R. Williams in Opposition to Motion to Approve Sale Under 11 U.S.C. §363(b) (attached at Tab B).

    6.    Objection Declaration of Joe Patrick in Opposition to Motion to Approve Sale Under 11 U.S.C. §363(b) (attached at Tab C).

Dated: June 26, 2009
       New York, NY

                      Respectfully submitted,

                      KENNEDY, JENNIK & MURRAY, P.C.
                      Attorneys for IUE-CWA

                      By: /s/ Susan M. Jennik
                          Thomas M. Kennedy
                          Susan M. Jennik
                          113 University Place, 7th Floor
                          New York, New York 10003
                          (212) 358-1500

---

[2] The Objecting Unions reserve their rights to amend or supplement this list should the need present itself.