**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
                                                            )
In re                                                       )    Chapter 11
                                                            )
GENERAL MOTORS CORP., *et al.*,                             )    Case No. 09-50026 (REG)
                                                            )
                                        Debtors.            )    Jointly Administered
------------------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Leize Nand, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and my current business address is Patton Boggs LLP, 1185 Avenue of the Americas, 30th Floor, New York, New York 10036.

That on the 26th day of June 2009, deponent served the AMENDED VERIFIED STATEMENT OF PATTON BOGGS LLP PURSUANT TO BANKRUPTCY RULE 2019 by facsimile and by United States first class mail upon the following parties:

Lev. L. Dassin, Esq.
Acting United States Attorney for the
Southern District of New York
By: David S. Jones, Esq.
    Jeffrey S. Oestericher, Esq.
    Joseph N. Cordaro, Esq.
    Matthew L. Schwartz, Esq.
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007

Diana G. Adams, Esq.
Brian Shoichi Masumoto, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

Vedder Price, P.C.
Attn: Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Erin Zavalkoff-Babej, Esq.
1633 Broadway, 47th Floor
New York, New York 10019

Morgan, Lewis & Bocius, LLP
Attn: Richard S. Toder, Esq.
Andrew D. Gottfried, Esq.
101 Park Avenue
New York, NY 10178

Simpson Thacher & Bartlett LLP
Attn:  Peter V. Pantaleo, Esq
David J. Mack, Esq.
425 Lexington Avenue
New York, NY 10017

Stember Feinstein Doyle and Payne LLC
Attn:  Edward J. Feinstein, Esq.
Ellen M. Doyle, Esq.
429 Forbes Avenue
Allegheny Building, 17th Floor
Pittsburgh, PA 15219

Department of Labor
Attn: Deputy Solicitor of Labor
200 Constitution Avenue NW
Washington, DC 20201

Orrick Herrington & Sutcliff LLP
Attn:  Roger Frankel, Esq.
Richard H. Wyron, Esq.
Columbia Center
1152 15th Street NW
Washington, DC 20005

Cadwalader, Wickersham & Taft, LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, New York 10281

_____
Leize Nand

Sworn to before me this
26th day of June, 2009

_____
Notary Public
THERESE M. CROWLEY
Notary Public, State of New York
No. 01CR6130173
Qualified in Orange County
Commission Expires 7/11/2009