**UNITED STATES BANKRUPTCY COURT**
**SOUTHER DISTRICT OF NEW YORK**

------------------------------------------------------------X    Chapter 11

**In re**:

Case No. 09-50026 (REG)

**GENERAL MOTORS CORP.,** *et al*.,    Jointly administered

**Debtors**.

------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) : ss.:
COUNTY OF NASSAU     )

Florence Jean-Joseph, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and resides in Queens County, New York;

That on June 26, 2009 deponent served a true and correct copy of the **WITHDRAWAL OF SUPERVALU'S RESPONSE AND RESERVATION OF RIGHTS REGARDING DEBTORS' ASSUMPTION NOTICE AND PROPOSED CURE AMOUNT ("Supervalu's Withdrawal of Response")** by electronic mail for delivery upon:

Joseph H. Smolinsky, Esq.
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Email: stephen.karotkin@weil.com
       Joseph.Smolinsky@weil.com
       harvey.miller@weil.com

Michael James Edelman, Esq.
Michael L. Schein, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Email: mjedelman@vedderprice.com

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York  10281
Email: John.rapisardi@cwt.com

Gordon Z. Novod, Esq.
Thomas Moers Mayer, Esq.
Kenneth H. Eckstein, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue Of The Americas
New York, NY 10036
Email: gnovod@kramerlevin.com
tmayer@kramerlevin.com
keckstein@kramerlevin.com

Deponent also served a true and correct copy of Supervalu's Withdrawal of Response by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York upon:

Debtors
c/o General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan  48090-9025
Attn.:  Warren Command Center, Mailcode 480-206-114

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C.  20220

Diana G. Adams, Esq.
Attn: Andrew D. Velez-Rivera, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

                                                                  */s/ Florence Jean-Joseph*
                                                                          Florence Jean-Joseph

Sworn to before me this
26th day of June, 2009

*/s/ Phyllis Halpern*
Notary Public, State of New York
No. 4847763
Qualified in Nassau County
Commission Expires March 30, 2011