CHELI & LYSHAK, P.L.C.
Counsel to L+A Architects, Inc.
26154 Woodward Avenue
P.O. Box 1257
Royal Oak, Michigan 48068-1257
248.545.1700
Steven R. Pohl, Esq.

and

SANFORD P. ROSEN & ASSOCIATES, P.C.
Local Counsel to L+A Architects, Inc.
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x
                                                              :
In re                                                         :
                                                              :   Chapter 11
General Motors Corp., *et al.*,                               :
                                                              :   Case No. 09-50026 (REG)
                                           Debtors.           :   (Jointly Administered)
------------------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF L+A ARCHITECTS, INC. TO DEBTORS' NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

L+A Architects, Inc. ("**L & A**"), by its undersigned counsel, hereby withdraws its limited objection dated June 12, 2009 (the "**Objection**") to the proposed cure amount (the "**Cure Amount**") scheduled by the Debtors with respect to their Assumable Executory Contracts, as such term is defined in the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory

Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto.

In withdrawing its Objection, L+A is relying upon its agreement with the Debtors, whereby the parties have agreed to a revised Cure Amount in the amount of $30,837.50, as memorialized in the Debtors' Contract Notices, copies of which are annexed hereto. Therefore, L+A's consent to the assumption and assignment of its executory contracts with the Debtors is conditioned upon the full payment of such revised Cure Amount in accordance with such agreement.

Dated: New York, New York
June 26, 2009

                CHELI & LYSHAK, P.L.C.
                Counsel to L+A Architects, Inc.
                26154 Woodward Avenue
                P.O. Box 1257
                Royal Oak, Michigan 48068-1257
                248.545.1700
                Steven R. Pohl, Esq.

                and

                SANFORD P. ROSEN & ASSOCIATES, P.C.
                Local Counsel to to L+A Architects, Inc.

                By: /s/ Sanford P. Rosen
                      Sanford P. Rosen

                747 Third Avenue
                New York, NY 10017-2803
                (212) 223-1100

# Contract Notices

User: q28qs3v7

**GM**

My Contracts   Documents & Links   Contact Us

## Supplier Details

Vendor Master ID: **959005869**

| Supplier Name: | **L&A ARCHITECTS INC** |
| Contract Cure Amount: | **$30,837.50** |
| # of Contracts: | **3** |

Click here to view Contracts

### Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount | |
|---|---|---|---|---|---|---|
| RD959005869 | GMR90390 | 3438 | 1/1/2009 | 06/18/2009 | $30,837.50 | USD |

**Important Notices:** All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that certain Order Pursuant To 11 U.S.C. §§ 105, 363, And 365 And Fed. R. Bankr. P. 2002, 6004, And 6006(1) Approving Procedures For Sale Of Debtors' Assets Pursuant To Master Sale And Purchase Agreement With Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline And Sale Hearing Date; (III) Establishing Assumption And Assignment Procedures; And (IV) Fixing Notice Procedures And Approving Form Of Notice.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

The proposed cure amounts set forth herein are subject to adjustment to reflect additional invoices processed in GM's accounts payable system that relate to the period before the Commencement Date.
Additionally, the proposed cure amounts set forth herein may not reflect certain debits, chargebacks, claims or other deductions to which GM may be entitled and, in each case, all rights with respect thereto are reserved.
GM is updating this website on a daily basis so please check back if you believe that a discrepancy exists in the invoices processed that relate to the period before the Commencement Date.

Home   Logout                June 22, 2009 @ 02:16:50 PM                    Copyright ©2009 AlixPartners, LLP | (101)

# Contract Notices

User: q28qs3v7

**My Contracts**   **Documents & Links**   **Contact Us**

## Supplier Details

Vendor Master ID: **959005869**

| | |
|---|---|
| Supplier Name: **L&A ARCHITECTS INC** <br> Contract Cure Amount: **$30,837.50** <br> # of Contracts: **3** | Click here to view Contract Cure Amount Details |

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Status |
|---|---|---|---|---|---|
| 5716-00042023 | GMS26123 | 959005869 | L&A ARCHITECTS INC | Agreement | Objected |
| 5716-00102865 | GMS26532 | 959005869 | L&A ARCHITECTS INC | Agreement | Objected |
| 5716-01100858 | GMB07741 | 959005869 | L&A ARCHITECTS INC | N/A | Objected |

Hover mouse cursor here for Contract Status Legend

**Important Notices:** All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that certain Order Pursuant To 11 U.S.C. §§ 105, 363, And 365 And Fed. R. Bankr. P. 2002, 6004, And 6006(I) Approving Procedures For Sale Of Debtors' Assets Pursuant To Master Sale And Purchase Agreement With Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser, (II) Scheduling Bid Deadline And Sale Hearing Date; (III) Establishing Assumption And Assignment Procedures; And (IV) Fixing Notice Procedures And Approving Form Of Notice.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

The proposed cure amounts set forth herein are subject to adjustment to reflect additional invoices processed in GM's accounts payable system that relate to the period before the Commencement Date.

Additionally, the proposed cure amounts set forth herein may not reflect certain debits, chargebacks, claims or other deductions to which GM may be entitled and, in each case, all rights with respect thereto are reserved.

GM is updating this website on a daily basis so please check back if you believe that a discrepancy exists in the invoices processed that relate to the period before the Commencement Date.

Home   Logout                June 22, 2009 @ 02:18:08 PM                Copyright ©2009 AlixPartners, LLP | (101)