FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York  10103
Telephone:     (212) 318-3000
Facsimile:     (212) 318-3400

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.* | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

**FULBRIGHT & JAWORSKI L.L.P.'S VERIFIED STATEMENT
PURSUANT TO BANKRUPTCY RULE 2019**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, Fulbright & Jaworski L.L.P. ("Fulbright") files this Statement.

1. Fulbright represents the following parties in interest identified below in these chapter 11 cases:

    a.    Verizon Capital Corp. formerly known as Bell Atlantic Tri-Continental Leasing Corp. and Tri-Continental Leasing Corp.
        240 East 38th St., 23rd Floor
        New York, NY 10016

    b.    Grammer AG
        Georg-Grammer-Strasse 2
        92224 Amberg
        Germany

    c.    AT&T Corp.
        1 AT&T Way
        Room 3A215

                    Bedminister, NJ 07921

        d.        Southwest Research Institute
                  P.O. Drawer 28510
                  San Antonio, TX  78228-0510

        e.        Pennzoil-Quaker State Company dba SOPUS Products
                  700 Milam Street
                  Houston, TX 77002

2. Fulbright may currently represent other entities, not listed above, in matters pertaining to the debtors General Motors Corp., *et. al.* and/or certain of their non-debtor affiliates and in the future may undertake other engagements. In the event any such representations involve representations in these chapter 11 cases, Fulbright will supplement this Statement.

3. Information with respect to the nature and amount of the claims held by the clients will be set forth in their respective proofs of claim.

4. The representations set forth in paragraph 1 above constitute separate representations. They are not under or in connection with, nor are Fulbright's clients acting together pursuant to, a deposit agreement, proxy, trust mortgage, trust indenture, deed of trust or committee arrangement. There is no instrument under which Fulbright is empowered to act on behalf of these clients, except for an engagement agreement, if any. If requested by the Court to do so, Fulbright will provide a copy of any such engagement letter, with a request that such be filed under seal because it contains information covered by the attorney-client privilege.

5. Fulbright does not hold any claims against or interest in any of the debtors other than Fulbright is owed approximately $17,500.00 in legal fees and expenses by General Motors Corp. and/or certain non-debtor affiliates and subsidiaries.

6. The undersigned makes this declaration under the penalties of perjury, to the best of his knowledge and information based upon information supplied to him by others.

Dated: June 26, 2009

                                                FULBRIGHT & JAWORSKI L.L.P.

                                                By: /s/ *David A. Rosenzweig*

                                                David A. Rosenzweig
                                                666 Fifth Avenue
                                                New York, New York 10103
                                                (212) 318-3000