**Hearing Date: June 30, 2009 at 9:45 a.m.**

COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, New York 10036-6976
Telephone: (212) 563-4100
Facsimile: (646) 473-8227
Babette A. Ceccotti

Attorneys for International Union, United Automobile,
Aerospace, and Agricultural Implement Workers
Union of America, AFL-CIO

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
In re:                                                             :    Chapter 11
                                                                   :
GENERAL MOTORS CORP., *et al.*,                                    :    Case No.09-50026 (REG)
                                                                   :
                               Debtors.                            :    (Jointly Administered)
                                                                   :
------------------------------------------------------------------ x


<u>INDIVIDUAL OBJECTIONS</u>

00141201.DOC.1

|     | **Name** | **Dkt #** |     | **Page #** |
| --- | --- | --- | --- | --- |
| 1. | Ronald F. Albright | 2197 | Objects to loss of dental, vision, and Medicare Part B Special benefits. | A-1 |
| 2. | Bobbie Jean S. Arrington | 2206 | Objects to reduction in medical benefits. | A-2 |
| 3. | Clifton R. and Linda V. Arrington | 1550 | Object to changes in retiree benefits. | A-3 |
| 4. | Donald F. Bagalay |  | Objects to loss of dental, vision and Medicare Part B Special benefits and to increase in emergency room co-payments. | A-4 |
| 5. | Dennise A. Beechraft | 2209 | Objects to the settlement generally. | A-5 |
| 6. | Sharyl Y. Carter |  | Objects to the settlement generally. | A-6 |
| 7. | George Chavez | 2256 | Objects to reduction in medical coverage. | A-8 |
| 8. | Edward J. Chester | 1559 | Objects to terms of settlement for retirees and adequacy of notice. | A-10 |
| 9. | Verl L. Dasher | 1075 | Objects to settlement generally. | A-11 |
| 10. | John A. Dwyer | 1257 | Objects to loss of medical benefits and lack of retiree approval. | A-13 |
| 11. | Geo Edwards | 2203 | Objects to reduction in medical benefits. | A-15 |
| 12. | Luis Escalona | 1898 | Objects to loss of vision and dental benefits. | A-16 |
| 13. | Robert Fain | 1256 | Objects to loss of benefits. | A-19 |
| 14. | Michael O. Gifford |  | Objects to loss of dental, vision, prescription drug, and Medicare Part B Special benefits. | A-20 |
| 15. | Robert L. Goldsberry |  | Objects because settlement violates contract signed with GM upon retirement and to adequacy of notice. | A-23 |
| 16. | Betty Gordon | 2198 | Objects to loss of dental and vision benefits. | A-24 |
| 17. | Robert S. Gordon | 2349 | Objects to loss of dental and vision benefits. | A-25 |
| 18. | Kathryn Griffin | 2373 | Objects to loss of dental, vision, and Medicare Part B Special benefits. | A-26 |
| 19. | Larry J. Hays | 2348 | Objects to loss of benefits and lack of retiree approval. | A-27 |
| 20. | Melvin Hays | 1085 | Objects to loss of medical benefits and lack of retiree approval. | A-29 |

|     | **Name**               | **Dkt #** |                                                                                                                                             | **Page #** |
|-----|------------------------|-----------|---------------------------------------------------------------------------------------------------------------------------------------------|------------|
| 21. | Robert Henderson       | 2495      | Objects to loss of benefits, lack of retiree approval, adequacy of notice and objects to UAW "giving up 22% of 'new GM' so that bondholders would come on board." | A-30       |
| 22. | Edmund R. Hillegass, Jr. | 2202    | Objects to loss of dental and vision benefits.                                                                                              | A-42       |
| 23. | Elton Hollingsworth    | 1828      | Objects to loss of benefits and lack of retiree approval.                                                                                   | A-43       |
| 24. | Stanley Janusz         | 1547      | Objects to loss of benefits and lack of retiree approval.                                                                                   | A-44       |
| 25. | Ernestine Jordan       | 1890      | Objects to loss of benefits.                                                                                                                | A-45       |
| 26. | Martin Lanaville       |           | Objects to lack of notice, loss of dental benefits, and changes to benefits generally.                                                      | A-47       |
| 27. | Mr. & Mrs. Bruce Linhart | 1020    | Objects to loss of dental, vision, drug, and Medicare Part B Special benefits.                                                              | A-48       |
| 28. | Joseph W. Low          |           | Objects to loss of dental, vision and Medicare Part B Special benefits and to lack of retiree approval.                                     | A-49       |
| 29. | Doris McGill           | 1022      | Objects to loss of death benefits for heirs.                                                                                                | A-50       |
| 30. | Robert McGregor        |           | Objects to lack of retiree approval and adequacy of notice.                                                                                 | A-52       |
| 31. | Eileen McIntyre        | 2417      | Objects to lack of specific notice of changes to pension and health care benefits.                                                          | A-53       |
| 32. | Robert A. McKenzie     | 1562      | Objects to loss of benefits and lack of retiree approval.                                                                                   | A-59       |
| 33. | Richard H. Meeker      | 1986      | Objects to changes to prescription drug benefit and loss of Medicare Part B Special benefit.                                                | A-63       |
| 34. | Chris Messina          | 1254      | Objects to loss of dental and vision benefits and lack of retiree approval.                                                                 | A-64       |
| 35. | James Miller           | 2133      | Objects to loss of dental, vision, and Medicare Part B Special benefits.                                                                    | A-65       |
| 36. | Donna M. Neal          | 1901      | Objects to loss of Medicare Part B Special benefit.                                                                                         | A-66       |
| 37. | Leon Nielsen           |           | Objects to loss of dental benefit and lack of notice.                                                                                       | A-67       |
| 38. | John J. Patros         | 1519      | Objects to settlement generally.                                                                                                            | A-68       |

|     | **Name**                 | Dkt # |                                                                                                                                          | **Page #** |
|-----|--------------------------|-------|------------------------------------------------------------------------------------------------------------------------------------------|------------|
| 39. | Thomas H. Perros         | 2011  | Objects to loss of health, vision, dental, and Medicare Part B Special benefits and to lack of retiree approval.                          | A-69       |
| 40. | Marilyn Powell           | 1293  | Objects to settlement generally.                                                                                                          | A-70       |
| 41. | Raymond W. Sargent       | 2243  | Objects to loss of disability benefits.                                                                                                   | A-71       |
| 42. | Gerald S. Sarka          | 2230  | Objects to reduction in pension benefits and health coverage.                                                                             | A-75       |
| 43. | Glen Schrader            | 1546  | Objects to reduction in benefits and pension.                                                                                             | A-76       |
| 44. | Shirley & Arnold Starks  | 2246  | Objects to loss of dental, vision, and health benefits and to adequacy of notice.                                                         | A-78       |
| 45. | Ron Tanner               | 1922  | Objects to loss of dental, vision, and prescription drug benefits.                                                                        | A-82       |
| 46. | Ted Tatro                | 2101  | Objects to loss of dental, vision, and Medicare Part B Special benefits and to adequacy of notice.                                        | A-83       |
| 47. | Delmer L. Taylor         | 2235  | Objects to all reductions in retiree benefits.                                                                                            | A-84       |
| 48. | Paul E. Thomas           | 1545  | Objects to changes in co-payments and loss of vision and dental benefits.                                                                 | A-85       |
| 49. | Michael Toth             | 1912  | Objects to settlement generally.                                                                                                          | A-86       |
| 50. | Carolyn Wells            | 2386  | Objects to settlement generally.                                                                                                          | A-87       |
| 51. | Theopolis Williams       | 2236  | Objects to loss of dental, vision, and Medicare Part B benefits.                                                                          | A-88       |
| 52. | Patrick L. Wilson        | 2204  | Objects to reduction in health and dental benefits and to any potential reduction in pension benefits.                                    | A-91       |
| 53. | Donald R. Winchester, Sr.|       | Objects to loss of dental, vision, and Medicare Part B Special benefits, increase in co-payments, and to lack of retiree approval.        | A-92       |
| 54. | Kenneth M. Wood          | 1894  | Objects to lack of retiree approval.                                                                                                      | A-96       |
| 55. | James S. Zischke         | 1992  | Objects to loss of dental and vision benefits, and to lack of retiree approval.                                                           | A-97       |
| 56. | Eugene J. Czajkowski     | 2271  | Objects to loss of dental, vision, and Medicare Part B Special benefits, and increase in co-payments.                                     | A-98       |