UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re:                                                                                    Chapter 11

**GENERAL MOTORS CORP., et al.,**                        Case No. 09-50026 (REG)

                                     Debtors.                        (Jointly Administered)
------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I, Edward J. LoBello, hereby certify that on June 26, 2009, the JOINDER OF CLASS REPRESENTATIVES OF (1) INT'L UNION, UAW, ET AL. v. GENERAL MOTORS CORP., CIVIL ACTION NO. 07-14074 (E.D. MICH.) AND (2) UAW ET AL. v. GENERAL MOTORS CORP., NO. 05 CV 73991 (E.D. MICH.) TO SUPPLEMENTAL STATEMENT OF THE INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS UNION OF AMERICA, AFL CIO IN SUPPORT OF MOTION OF THE DEBTORS TO APPROVE THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS, LLC; ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS; AND OTHER RELIEF; AND RESPONSE TO INDIVIDUAL RETIREE STATEMENTS CONCERNING APPROVAL OF UAW RETIREE SETTLEMENT AGREEMENT was filed electronically through the ECF system and served electronically on all parties accepting Notice of Electronic Filing. Parties may access this filing through the Court's ECF system.

      I also certify that I caused a true and correct copy to be served upon the following parties by overnight mail and regular mail, email and/or fax where noted:

WEIL, GOTSHAL & MANGES LLP
*Attorneys for Debtors*
Attn:   Harvey R. Miller, Esq.
        Stephen Karotkin, Esq.
        Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153
Email:  harvey.miller@weil.com
           stephen.karotkin@weil.com
           joseph.smolinsky@weil.com

CADWALADER, WICKERSHAM & TAFT LLP
*Attorneys for Purchaser*
Attn:   John J. Rapisardi, Esq.
One World Financial Center
New York, New York 10281
Email:  john.rapisardi@cwt.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*Attorneys for Official Committee of Unsecured*
*Creditors of General Motors Corporation*
Attn:   Thomas Moers Mayer, Esq.
        Kenneth H. Eckstein, Esq.
        Gordon Z. Novod, Esq.
1177 Avenue of the Americas
New York, NY 10036
Email:  tmayer@kramerlevin.com
           keckstein@kramerlevin.com
           gnovod@kramerlevin.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
*Attorneys for the UAW*
Attn:   James L. Bromley, Esq.
One Liberty Plaza
New York, New York 10006
Email:  maofiling@cgsh.com

721521v.1 99999/0004

| | |
|---|---|
| COHEN, WEISS AND SIMON<br>*Attorneys for UAW*<br><u>Attn</u>:    Babette A. Ceccotti, Esq.<br>330 West 42nd Street, 25th Floor<br>New York, NY 10036<br>Email:   bceccotti@cwsny.com | VEDDER PRICE, P.C.<br>*Attorneys for Export Development Canada*<br><u>Attn</u>:    Michael J. Edelman, Esq.<br>            Michael L. Schein, Esq.<br>1633 Broadway, 47th Floor<br>New York, New York  10019<br>Email:   mjedelman@vedderprice.com<br>            mschein@vedderprice.com |
| OFFICE OF THE UNITED STATES TRUSTEE<br>FOR THE SOUTHERN DISTRICT OF NEW YORK<br><u>Attn</u>:    Diana G. Adams, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, New York  10004<br>Fax:      (212) 668-2255 | U.S. ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF NEW YORK<br><u>Attn</u>:    David S. Jones, Esq.<br>            Matthew L. Schwartz, Esq.<br>86 Chambers Street, Third Floor<br>New York, New York  10007<br>Email:   schwartz@usdoj.gov |

                                      /s/ *Edward J. LoBello*
                                      Edward J. LoBello

Dated:    New York, New York
            June 26, 2009

721521v.1 99999/0004