SONNENSCHEIN NATH & ROSENTHAL LLP
Jonathan D. Forstot (JF5807)
Louis A. Curcio (LC0242)
1221 Avenue of the Americas
New York, New York  10020-1089
Telephone:    (212) 768-6700
Facsimile:    (212) 768-6800

*Attorneys for TT electronics plc, AB Automotive
Electronics Ltd., AB Electronic Products Group
Limited, AB Automotive Inc., AB Interconnect Inc.,
BI Technologies Corporation, International
Resistive Company, Inc. (aka International
Resistive Company Wire & Film Technologies
Division), International Resistive Company of
Texas, LP (aka International Resistive Company
Advanced Film Division), Optek Technology, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
In re                                                            :    Chapter 11
                                                                 :
      GENERAL MOTORS CORP., *et al.*,         :    Case No. 09-50026 (REG)
                                                                 :
                                                                 :    (Jointly Administered)
          Debtors.                       :
------------------------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF PROTECTIVE OBJECTION OF THE
TT GROUP TO THE ASSUMPTION AND ASSIGNMENT OF
<u>EXECUTORY CONTRACTS AND CURE AMOUNTS RELATED THERETO</u>**

TT electronics plc, on behalf of its subsidiaries AB Automotive Electronics Ltd., AB

Electronic Products Group Limited, AB Automotive Inc., AB Interconnect Inc., BI Technologies

Corporation, International Resistive Company, Inc. (aka International Resistive Company Wire

& Film Technologies Division), International Resistive Company of Texas, LP (aka International

Resistive Company Advanced Film Division), and Optek Technology, Inc. (collectively, the "TT

Group"), by its attorneys Sonnenschein Nath & Rosenthal LLP, hereby withdraws its Protective

Objection of the TT Group to the Assumption and Assignment of Executory Contracts and Cure

Amounts Related Thereto filed on June 19, 2009 [Docket No. 1930; the "Objection"] on the

basis that such Objection will be resolved through the alternative dispute resolution procedures

established by the Debtors to resolve objections to the assumption and assignment of executory

contracts pursuant to 11 U.S.C. § 365.

Dated: New York, New York
        June 26, 2009

                                    Respectfully Submitted,


                                    SONNENSCHEIN NATH & ROSENTHAL LLP

                                    By:    /s/ Louis A. Curcio          
                                              Jonathan D. Forstot (JF5807)
                                              Louis A. Curcio (LC0242)

                                    1221 Avenue of the Americas
                                    New York, New York  10020-1089
                                    Telephone:    (212) 768-6700
                                    Facsimile:    (212) 768-6800

                                    *Attorneys for TT electronics plc, AB Automotive*
                                    *Electronics Ltd., AB Electronic Products Group*
                                    *Limited, AB Automotive Inc., AB Interconnect Inc.,*
                                    *BI Technologies Corporation, International*
                                    *Resistive Company, Inc. (aka International*
                                    *Resistive Company Wire & Film Technologies*
                                    *Division), International Resistive Company of*
                                    *Texas, LP (aka International Resistive Company*
                                    *Advanced Film Division), Optek Technology, Inc.*