**Exhibit A**

|   | **Landlord** | **Landlord Address** | **Property Location** | **Start Date** | **Termination Date** | **Rejection Date** |
|---|---|---|---|---|---|---|
| 1 | Starwood Hotels & Resorts Worldwide, Inc. | Starwood Hotels & Resorts Worldwide, Inc.<br>Attn: General Counsel<br>1111 Westchester Ave.<br>White Plains, NY 10604-3500<br><br>Copy to:<br>Newmark Knight Frank<br>Global Management Services<br>125 Park Avenue<br>New York, NY 10017<br>Attn: Rolla Eisner, Starwood Hotels Portfolio Administrator | 2901 SW 149th Avenue<br>Miramar, FL 33027 | 1/1/2008 | 12/31/2010 | 6/30/2009 |
| 2 | RREEF America REIT Corp. II, c/o RREEF Mgmt. Co. | RREEF America REIT Corp. II, c/o RREEF Mgmt. Co.<br>Five Piedmont Center, Ste. 310<br>3525 Piedmont Rd.<br>Atlanta, GA 30305 | 1305 Chastain Road<br>Kennesaw, GA 30144 | 1/1/2006 | 12/31/2010 | 6/30/2009 |