## Exhibit A

### Executory Contracts

| Counter Party | Counterparty Address | Contract Description | Contract Date |
|---|---|---|---|
| BASF COATINGS AG | GLASURITSTR 1 MUENSTER NS 48165 GERMANY | Engineering Services Contract: Purchase Of Special Automotive Paint | 8/20/2008 |
| NATIONAL CAR RENTAL SYSTEM, INC. AND NCR ACQUISITION CORP. | NCR Acquisition Corp. 1132 South Lewis, Tulsa, Oklahoma 74104 ATTN: William E. Lobeck, Jr.<br><br>Simpson, Thacher & Barlett 425 Lexington Ave. New York, NY 10017 ATTN: Robert Friedman | Asset Purchase Agreement | 4/4/1995 |
| NATIONAL CAR RENTAL SYSTEM, INC. AND NCR ACQUISITION CORP. | NCR Acquisition Corp. 1132 South Lewis, Tulsa, Oklahoma 74104 ATTN: William E. Lobeck, Jr.<br><br>Simpson, Thacher & Barlett 425 Lexington Ave. New York, NY 10017 ATTN: Robert Friedman | Environmental Confidentiality Agreement | 4/4/1995 |
| NATIONAL CAR RENTAL SYSTEM, INC. AND NCR ACQUISITION CORP. | NCR Acquisition Corp. 1132 South Lewis, Tulsa, Oklahoma 74104 ATTN: William E. Lobeck, Jr.<br><br>Simpson, Thacher & Barlett 425 Lexington Ave. New York, NY 10017 ATTN: Robert Friedman | Right of Access Agreement | 4/4/1995 |