UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                       :
                                                            :    Chapter 11 Case No.
GENERAL MOTORS CORP., *et. al.*                             :
                                                            :    09-50026 (REG)
                                                            :
              Debtors.                                      :    (Jointly Administered)
                                                            :
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

STATE OF WASHINGTON :
                                    ss:
COUNTY OF KING              :

Laurie M. Thornton, being duly sworn, deposes and states that:

1. I am a Senior Bankruptcy Consultant with the Business Reorganization Department of The Garden City Group, Inc., ("GCG") the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. I work in the Seattle office of GCG located at 815 Western Avenue, Suite 200, Seattle, Washington, 98104.

2. On June 18, 2009, at the direction of Weil, Gotshal & Manges LLP, ("Weil, Gotshal") proposed counsel for the Debtors, I caused to be served via facsimile (for those parties with facsimile numbers) and overnight delivery a true and correct copy of: **Debtors' Objections to the Motion of the Ad Hoc Committee of Family and Dissident GM Bondholders for Appointment of an Additional Committee of Unsecured Bondholders** (Docket No. 1805) (The "Debtors' Objections") on the parties (Master Service List) set forth on Exhibit A attached hereto.

3. Also on June 18, 2009, at the direction of Weil Gotshal, I caused a true and correct copy of the Debtors' Objections to be served via regular mail on the parties (Notices of Appearance Parties) set forth on Exhibit B attached hereto.

4. I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

                                                   /s/ Laurie M. Thornton
                                                   LAURIE M. THORNTON

# Exhibit A

| | | |
|---|---|---|
| ALIX PARTNERS LLP<br>ATTN: MICHELLE CAMPBELL<br>300 N LASALLE STREET<br>CHICAGO, IL  60654<br>(213)437-7101 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>A RICHARD SUSKO, ESQ<br>ONE LIBERTY PLAZA<br>NEW YORK, NY  10006<br>(212)225-3999 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>RICHARD S LINCER, ESQ.<br>ONE LIBERTY PLAZA<br>NEW YORK, NY  10006<br>(212)225-3999 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ONE LIBERTY PLAZA<br>NEW YORK, NY  10006<br>(212)225-3999 | DANIEL W. SHERRICK, GENERAL COUNSEL<br>8000 EAST JEFFERSON AVE<br>DETROIT, MI  48214<br>(313)823-6016 | DEPARTMENT OF LABOR<br>200 CONSTITUTION AVENUE, NW<br>WASHINGTON, DC  20201<br>(202)693-5538 |
| DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC  20220<br>(202)622-6415 | INTERNAL REVENUE SERVICE<br>290 BROADWAY<br>NEW YORK, NY  10007<br>(212)436-1931 | INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA  19114<br>(215)516-2555 |
| INTERNATIONAL UNION, UAW<br>ATTY FOR INTERNATIONAL UNION, UAW<br>8000 EAST JEFFERSON AVENUE<br>DETROIT, MI  48214<br>(313)926-5240 | KENNEDY, JENNIK & MURRAY P.C.<br>ATTN: THOMAS M  KENNEDY, ESQ.<br>113 UNIVERSITY PLACE<br>7TH FL<br>NEW YORK, NY  10003<br>(212)358-0207 | KENNEDY, JENNIK & MURRAY P.C.<br>113 UNIVERSITY PLACE<br>7TH FL<br>NEW YORK, NY  10003<br>(212)358-0207 |
| KENNEDY, JENNIK & MURRAY P.C.<br>ATTN: LARRY MAGARIK, ESQ.<br>113 UNIVERSITY PLACE<br>7TH FL<br>NEW YORK, NY  10003<br>(212)358-0207 | MORGAN, LEWIS & BOCKIUS LLP<br>101 PARK AVENUE<br>NEW YORK, NY  10178<br>(212)309-6001 | MORGAN, LEWIS & BOCKIUS LLP<br>101 PARK AVENUE<br>NEW YORK, NY  10178<br>(212)309-6001 |
| NEW YORK CITY DEPT. OF FINANCE<br>345 ADAMS ST- 3RD FLOOR<br>BROOKLYN, NY  11201<br>(718)403-3650 | NEW YORK STATE DEPT TAXATION & FINANCE<br>ALBANY, NY  12205<br>(518)457-0617 | OFFICE OF THE ATTORNEY GENERAL<br>NEW YORK, NY  10271<br>(212)416-8369 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>21ST FLOOR<br>NEW YORK, NY  10004<br>(212)668-2255 | ORRICK HERRINGTON & SUTCLIFF LLP<br>1152 15TH STREET, N.W<br>WASHINGTON, DC  20005<br>(202)339-8500 | ORRICK HERRINGTON & SUTCLIFF LLP<br>1152 15TH STREET, N.W<br>WASHINGTON, DC  20005<br>(202)339-8500 |
| OTTERBOURG STEINDLER HOUSTON & ROSEN PC<br>NEW YORK, NY  10169<br>(212)682-6104 | OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.<br>STEVEN B. SOLL, ESQS.<br>230 PARK AVENUE<br>NEW YORK, NY  10169<br>(212)682-6104 | PATTON BOGGS LLP<br>1185 AVENUE OF THE AMERICAS, 30TH FLOOR<br>NEW YORK, NY  10036<br>(646)557-5101 |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019<br>(212)492-0158 | PENSION BENEFIT GUARANTY CORPORATION<br>1200 K STREET, NW<br>WASHINGTON, DC  20005<br>(202)326-4400 | SECURITIES AND EXCHANGE COMMISSION<br>3 WORLD FINANCIAL CENTER<br>SUITE 400<br>NEW YORK, NY  10281<br>(212)336-1322 |
| SECURITIES AND EXCHANGE COMMISSION<br>100 F STREET, ND<br>WASHINGTON, DC  20549<br>(202)772-9263 | SIMPSON THACHER & BARTLETT LLP<br>425 LEXINGTON AVENUE<br>NEW YORK, NY  10017<br>(212)455-2502 | SIMPSON THACHER & BARTLETT LLP<br>425 LEXINGTON AVENUE<br>NEW YORK, NY  10017<br>(212)455-2502 |

| | | |
|---|---|---|
| STEMBER FEINSTEIN DOYLE AND PAYNE LLC<br>JOHN STEMBER, ESQ.<br>429 FORBES AVENUE<br>ALLEGHENY BUILDING , 17TH FL<br>PITTSBURGH, PA  15219 | STEMBER FEINSTEIN DOYLE AND PAYNE LLC<br>ELLEN M DOYLE, ESQ. & JOEL HURT, ESQ. & PAMINA EWING, ESQ.<br>429 FORBES AVENUE<br>ALLEGHENY BUILDING , 17TH FL<br>PITTSBURGH, PA  15219 | U.S. TREASURY<br>ATTN:  MATTHEW FELDMAN, ESQ.<br>1500 PENNSYLVANIA AVENUE NW<br>ROOM 2312<br>WASHINGTON, DC  20220<br>(202)622-6415 |
| UNITED STATES ATTORNEY<br>86 CHAMBERS STREET, 3RD FLOOR<br>NEW YORK, NY  10007<br>(212)637-2750 | UNITED STATES DEPT. OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC  20530<br>(202)307-6777 | UNITED STATES DEPT. OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC  20530<br>(202)307-6777 |
| UNITED STEELWORKERS<br>FIVE GATEWAY CENTER, SUITE 807<br>PITTSBURGH, PA  15222<br>(412)562-2574 | VEDDER PRICE<br>1633 BROADWAY<br>47TH FLOOR<br>NEW YORK, NY  10019<br>(212)407-7799 | VEDDER PRICE<br>1633 BROADWAY<br>47TH FLOOR<br>NEW YORK, NY  10019<br>(212)407-7799 |
| WEIL, GOTSHAL & MANGES LLP<br>767 FIFTH AVE<br>NEW YORK, NY  10153<br>(212)310-8007 | WEIL, GOTSHAL & MANGES LLP<br>ATTN: STEPHEN KAROTKIN, ESQ.<br>767 FIFTH AVE<br>NEW YORK, NY  10153<br>(212)310-8007 | WEIL, GOTSHAL & MANGES LLP<br>767 FIFTH AVE<br>NEW YORK, NY  10153<br>(212)310-8007 |

# Exhibit B

N.W. BERNSTEIN & ASSOCIATES, LLC
800 WESTCHESTER AVENUE, SUITE 319 NORTH
RYE BROOK, NY  10573

AFFINIA
MCHENRY, IL  60050

AIRGAS, INC.
RADNOR, PA  19087

ALLARD & FISH, P.C.
2600 BUHL BLDG
535 GRISWOLD
DETROIT, MI  48226

ALPINE ELECTRONICS OF AMERICA, INC.
TORRANCE, CA  90501

ARCADIS U.S., INC.
HIGHLANDS RANCH, CO  80129

ARENT FOX LLP
1675 BROADWAY
NEW YORK, NY  10019

ARENT FOX LLP
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC  20036

ARENT FOX LLP
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC  20036

ARNALL GOLDEN GREGORY LLP
171 17TH STREET, NW, SUITE 2100
ATLANTA, GA  30363

AT&T SERVICES INC.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ  07921

ATTORNEY GENERAL FOR THE STATE OF MICHIGAN
ATTN: ROLAND HWANG, ESQ.
3030 W. GRAND BOULEVARD, SUITE 9-600
DETROIT, MI  48202

ATTORNEY GENERAL FOR THE STATE OF TEXAS
P.O. BOX 12548
AUSTIN, TX  78711

ATTORNEY GENERAL OF OHIO
441 VINE STREET
1600 CAREW TOWER
CINCINNATI, OH  45202

ATTORNEY GENERAL OF STATE OF MICHIGAN
LABOR DIVISION
P.O. BOX 30736
LANSING, MI  48909

ATTORNEY GENERAL OF STATE OF TEXAS
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX  78711

ATTORNEY GENERAL OF THE STATE OF MICHIGAN - LABOR DIVISION
P.O. BOX 30736
LANSING, MI  48909

ATTORNEY GENERAL OF THE STATE OF NEW YORK
120 BROADWAY - 24TH FLOOR
NEW YORK, NY  10271

BAKER & HOSTETLER LLP
ATTN: WENDY J. GIBSON, ESQ.
3200 NATIONAL CITY CENTER
1900 EAST NINTH STREET
CLEVELAND, OH  44114

BARNES & THORNBURG LLP
171 MONROE AVENUE, NW, SUITE 1000
GRAND RAPIDS, MI  49503

BARNES & THORNBURG LLP
11 SOUTH MERIDIAN STREET
INDIANAPOLIS, IN  46204

BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA
ROCKFORD, IL  61108

BARTLETT HACKETT FEINBERG P.C.
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA  02110

BASF
FLORHAM PARK, NJ  07932

BECKER, GLYNN, MELAMED & MUFFLY LLP
299 PARK AVENUE, 16TH FLOOR
NEW YORK, NY  10171

BERGER SINGERMAN, P.A.
350 E. LAS OLAS BOULEVARD
10TH FLOOR
FORT LAUDERDALE, FL  33301

BIALSON, BERGEN & SCHWAB
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA  94306

BINGHAM MCCUTCHEN LLP
399 PARK AVENUE
NEW YORK, NY  10022

BINGHAM MCCUTCHEN LLP
ONE STATE STREET
HARTFORD, CT  06103

BLANK ROME LLP
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY  10174

| | | |
|---|---|---|
| BLANK ROME LLP<br>ONE LOGAN SQUARE<br>PHILADELPHIA, PA  19103 | BLUE CROSS AND BLUE SHIELD OF MICHIGAN<br>DETROIT, MI  48226 | BOB HASTINGS BUICK GMC, INC.<br>ROCHESTER, NY  14625 |
| BODMAN LLP<br>1901 ST. ANTOINE STREET<br>6TH FLOOR AT FORD FIELD<br>DETROIT, MI  48226 | BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST. ANTOINE STREET<br>DETROIT, MI  48226 | BOLHOUSE, VANDER HULST, RISKO, BAAR & LEFERE, P.C.<br>GRANDVILLE STATE BANK BUILDING<br>3996 CHICAGO DRIVE SW<br>GRANDVILLE, MI  49418 |
| BOLHOUSE, VANDER HULST, RISKO, BAAR & LEFERE, P.C.<br>GRANDVILLE STATE BANK BUILDING<br>3996 CHICAGO DRIVE SW<br>GRANDVILLE, MI  49418 | BOLHOUSE, VANDER HULST, RISKO, BAAR & LEFERE, P.C.<br>GRANDVILLE STATE BANK BUILDING<br>3996 CHICAGO DRIVE, SW<br>GRANDVILLE, MI  49418 | BOLHOUSE, VANDER HULST, RISKO, BAAR & LEFERE, P.C.<br>GRANDVILLE STATE BANK BUILDING<br>3996 CHICAGO DRIVE SW<br>GRANDVILLE, MI  49418 |
| BOLHOUSE, VANDER HULST, RISKO, BAAR & LEFERE, P.C.<br>GRANDVILLE STATE BANK BUILDING<br>3996 CHICAGO DRIVE, SW<br>GRANDVILLE, MI  49418 | BOLHOUSE, VANDER HULST, RISKO, BAAR & LEFERE, P.C.<br>GRANDVILLE STATE BANK BUILDING<br>3996 CHICAGO DRIVE, SW<br>GRANDVILLE, MI  49418 | BOLHOUSE, VANDER HULST, RISKO, BAAR & LEFERE, P.C.<br>GRANDVILLE STATE BANK BUILDING<br>3996 CHICAGO DRIVE, SW<br>GRANDVILLE, MI  49418 |
| BOLHOUSE, VANDER HULST, RISKO, BAAR & LEFERE, P.C.<br>GRANDVILLE STATE BANK BUILDING<br>3996 CHICAGO DRIVE, SW<br>GRANDVILLE, MI  49418 | BOLHOUSE, VANDER HULST, RISKO, BAAR & LEFERE, P.C.<br>GRANDVILLE STATE BANK BUILDING<br>3996 CHICAGO DRIVE, SW<br>GRANDVILLE, MI  49418 | BOLHOUSE, VANDER HULST, RISKO, BAAR & LEFERE, P.C.<br>GRANDVILLE STATE BANK BUILDING<br>3996 CHICAGO DRIVE, SW<br>GRANDVILLE, MI  49418 |
| BOLHOUSE, VANDER HULST, RISKO, BAAR & LEFERE, P.C.<br>ATT: DAVID S. LEFERE & MARK D. HOFSTEE<br>GRANDVILLE STATE BANK BUILDING | BOLHOUSE, VANDER HULST, RISKO, BAAR & LEFERE, P.C.<br>GRANDVILLE STATE BANK BUILDING<br>3996 CHICAGO DRIVE, SW<br>GRANDVILLE, MI  49418 | BOLHOUSE, VANDER HULST, RISKO, BAAR & LEGERE, P.C.<br>GRANDVILLE STATE BANK BUILDING<br>3996 CHICAGO DRIVE, SW<br>GRANDVILLE, MI  49418 |
| BOLHOUSE, VANDER HULST, RISKO, BAAR 7 LEFERE, P.C.<br>ATT: DAVID S. LEFERE & MARK D. HOFSTEE<br>GRANDVILLE STATE BANK BUILDING | BORGES & ASSOCIATES, LLC<br>575 UNDERHILL BLVD., SUITE 118<br>SYOSSET, NY  11791 | BRACEWELL & GIULIANI LLP<br>HARTFORD, CT  06103 |
| BRAYTON PURCELL LLP<br>222 RUSH LANDING ROAD<br>NOVATO, CA  94945 | BRIGGS AND MORGAN P.A.<br>2200 IDS CENTER<br>80 SOUTH 8TH STREET<br>MINNEAPOLIS, MN  55402 | BROOKS WILKINS SHARKEY & TURCO, PLLC<br>401 S. OLD WOODWARD AVENUE, SUITE 460<br>BIRMINGHAM, MI  48009 |
| BROWN & CONNERY, LLP<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ  08096 | BROWN & WHALEN, P.C.<br>NEW YORK, NY  10017 | BUCHALTER NEMER, PC<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA  94105 |
| BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY<br>P.O. BOX 961039<br>FT. WORTH, TX  76161 | BURR & FORMAN LLP<br>420 NORTH 20TH STREET, SUITE 3400<br>BIRMINGHAM, AL  35203 | BUSH FEYFERTH & PAIGE PLLC<br>3001 W. BIG BEAVER ROAD, SUITE 600<br>TROY, MI  48084 |

| | | |
|---|---|---|
| BUTZEL LONG, PC<br>380 MADISON AVENUE<br>NEW YORK, NY  10017 | BUTZEL LONG, PC<br>41000 WOODWARD AVENUE<br>BLOOMFIELD HILLS, MI  48304 | C.B. BLACKARD, III<br>301 EAST DAVE WARD DRIVE<br>P.O. BOX 2000<br>CONWAY, AR  72033 |
| CADWALADER, WICKERSHAM & TAFT LLP<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY  10281 | CAMPBELL, O'BRIEN & MISTELE, P.C.<br>100 W. BIG BEAVER ROAD, SUITE 385<br>TROY, MI  48084 | CANON U.S.A, INC.<br>LAKE SUCCESS, NY  11042 |
| CAPLIN & DRYSDALE, CHARTERED<br>ATT: ELIHU INSELBUCH & RITA TOBIN<br>375 PARK AVENUE, 35TH FLOOR<br>NEW YORK, NY  10152 | CAPLIN & DRYSDALE, CHARTERED<br>ATT: PETER VAN LOCKWOOD, RONALD REINSEL & TREVOR SWETT, III, ESQS<br>1 THOMAS CIRCLE<br>WASHINGTON, DC  20005 | CARSON FISCHER, P.L.C.<br>4111 ANDOVER ROAD, WEST-2ND FLOOR<br>BLOOMFIELD HILLS, MI  48302 |
| CARSON FISCHER, P.L.C.<br>4111 ANDOVER ROAD, WEST-2ND FLOOR<br>BLOOMFIELD HILLS, MI  48302 | CARSON FISCHER, P.L.C.<br>4111 ANDOVER ROAD, WEST-2ND FLOOR<br>BLOOMFIELD HILLS, MI  48302 | CASSELS BROCK<br>TORONTO, ON M5H 3C2<br>CANADA |
| CHAPELL & ASSOCIATES, LLC<br>297 DRIGGS AVENUE, SUITE 3A<br>BROOKLYN, NY  11222 | CHARLES CLARK CHEVROLET CO.<br>MCALLEN, TX  78505 | CHEMICO SYSTEMS<br>PONTIAC, MI  48342 |
| CLARK HILL PLC<br>ATTN: ROBERT D. GORDON, ESQ.<br>151 SOUTH OLD WOODWARD AVENUE, SUITE 200<br>BIRMINGHAM, MI  48009 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ONE LIBERTY PLAZA<br>NEW YORK, NY  10006 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ONE LIBERTY PLAZA<br>NEW YORK, NY  10006 |
| CLIFFORD CHANCE US LLP<br>RBS CITIZENS N.A.<br>ATT: ANDREW BROZMAN & SARAH CAMPBELL, ESQ.<br>31 WEST 52ND STREET<br>NEW YORK, NY  10019 | COBASYS<br>ORION, MI  48359 | COHEN, WEISS AND SIMON LLP<br>330 WEST 42ND STREET<br>NEW YORK, NY  10036 |
| CONNELL FOLEY LLP<br>888 SEVENTH AVENUE<br>NEW YORK, NY  10106 | COOLIDGE WALL CO., L.P.A.<br>33 WEST FIRST STREET, SUITE 600<br>DAYTON, OH  45402 | COUNTY ATTORNEY<br>ONE HARRISON STREET, S.E., 5TH FLOOR<br>LEESBURG, VA  20175 |
| COVINGTON & BURLING LLP<br>1201 PENNSYLVANIA AVENUE NW<br>WASHINGTON, DC  20004 | COVINGTON & BURLING LLP<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK, NY  10018 | CUMMINGS & LOCKWOOD LLC<br>SIX LANDMARK SQUARE<br>STAMFORD, CT  06901 |
| DANA HOLDING COMPANY<br>TOLEDO, OH  43615 | DAVIS POLK & WARDWELL<br>450 LEXINGTON AVENUE<br>NEW YORK, NY  10017 | DAWDA, MANN, MULCAHY & SADLER, PLC<br>39533 WOODWARD AVENUE, SUITE 200<br>BLOOMFIELD HILLS, MI  48304 |

| | | |
|---|---|---|
| DAWDA, MANN, MULCAHY & SADLER, PLC<br>39533 WOODWARD AVENUE, SUITE 200<br>BLOOMFIELD HILLS, MI  48304 | DAY PITNEY LLP<br>7 TIMES SQUARE<br>NEW YORK, NY  10036 | DEALER TIRE, LLC<br>CLEVELAND, OH  44114 |
| DEBEVOISE & PLIMPTON LLP<br>919 THIRD AVENUE<br>NEW YORK, NY  10022 | DECHERT LLP<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036 | DECHERT LLP<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036 |
| DECHERT LLP<br>CIRA CENTRE<br>2929 ARCH STREET<br>PHILADELPHIA, PA  19104 | DEPARTMENT OF LABOR & INDUSTRY<br>625 CHERRY STREET, ROOM 203<br>READING, PA  19602 | DICKINSON WRIGHT PLLC<br>500 WOODWARD AVENUE, SUITE 4000<br>DETROIT, MI  48226 |
| DICKINSON WRIGHT PLLC<br>301 E. LIBERTY, SUITE 500<br>ANN ARBOR, MI  48104 | DICKINSON WRIGHT PLLC<br>500 WOODWARD AVENUE, SUITE 4000<br>DETROIT, MI  48226 | DICKINSON WRIGHT PLLC<br>424 CHURCH STREET, SUITE 1401<br>NASHVILLE, TN  37219 |
| DICKINSON WRIGHT PLLC<br>424 CHURCH STREET, SUITE 1401<br>NASHVILLE, TN  37219 | DICKINSON WRIGHT PLLC<br>301 E. LIBERTY, SUITE 500<br>ANN ARBOR, MI  48104 | DICKINSON WRIGHT PLLC<br>500 WOODWARD AVENUE, SUITE 4000<br>DETROIT, MI  48226 |
| DICONZA LAW P.C.<br>ATT: GERARD DICONZA, ESQ.<br>630 THIRD AVENUE, 7TH FLOOR<br>NEW YORK, NY  10017 | DILWORTH PAXSON LLP<br>LIBERTYVIEW - SUITE 700<br>457 HADDONFIELD ROAD<br>CHERRY HILL, NJ  08002 | DLA PIPER LLP<br>550 S. HOPE STREET, SUITE 2300<br>LOS ANGELES, CA  90071 |
| DORSEY & WHITNEY LLP<br>ATTN: MICHAEL FOREMAN, ESQ.<br>250 PARK AVENUE<br>NEW YORK, NY  10177 | DOW AUTOMOTIVE<br>SHINAGAWA-KU, TOKYO 140-8617 | DUPONT<br>WILMINGTON, DL  19898 |
| DURA AUTOMOTIVE<br>ROCHESTER HILLS, MI  48309 | DYNAMIC MANUFACTURING<br>MELROSE PARK, IL  60160 | EATON CORPORATION<br>CLEVELAND, OH  44114 |
| EDS, AN HP COMPANY<br>H3-3A-05<br>5400 LEGACY DRIVE<br>PLANO, TX  75024 | ENTERGY SERVICES, INC<br>NEW ORLEANS, LA  70113 | ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.<br>400 GALLERIA OFFICENTRE, SUITE 444<br>SOUTHFIELD, MI  48034 |
| ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.<br>400 GALLERIA OFFICENTRE, SUITE 444<br>SOUTHFIELD, MI  48034 | ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.<br>400 GALLERIA OFFICENTRE, SUITE 444<br>SOUTHFIELD, MI  48034 | ERVIN COHEN & JESSUP LLP<br>9401 WILSHIRE BOULEVARD<br>BEVERLY HILLS, CA  90212 |

| | | |
|---|---|---|
| FACTORY MOTOR PARTS COMPANY<br>EAGAN, MN  55121 | FARELLA BRAUN & MARTEL LLP<br>235 MONTGOMERY STREET, 17TH FLOOR<br>SAN FRANCISCO, CA  94104 | FEDERAL EXPRESS CORPORATION<br>BUILDING B - 2ND FLOOR<br>MEMPHIS, TN  38125 |
| FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP<br>400 CAPITAL MALL, SUITE 1450<br>SACRAMENTO, CA  95814 | FOLEY & LARDNER LLP<br>ONE DETROIT CENTER<br>500 WOODWARD AVENUE, SUITE 2700<br>DETROIT, MI  48226 | FOLEY & LARDNER LLP<br>ATTN: JILL L. MURCH & JOANNE LEE<br>321 NORTH CLARK STREET, SUITE 2800<br>CHICAGO, IL  60654 |
| FOLEY & LARDNER LLP<br>500 WOODWARD AVENUE, SUITE 2700<br>DETROIT, MI  48226 | FOLEY & LARDNER LLP<br>500 WOODWARD AVENUE, SUITE 2700<br>DETROIT, MI  48226 | FOLEY & LARDNER LLP<br>500 WOODWARD AVENUE, SUITE 2700<br>DETROIT, MI  48226 |
| FOLEY & LARDNER LLP<br>ONE DETROIT CENTER<br>500 WOODWARD AVENUE, SUITE 2700<br>DETROIT, MI  48226 | FOLEY & LARDNER LLP<br>500 WOODWARD AVENUE, SUITE 2700<br>DETROIT, MI  48226 | FOLEY & LARDNER LLP<br>500 WOODWARD AVENUE, SUITE 2700<br>DETROIT, MI  48226 |
| FOLEY & LARDNER LLP<br>500 WOODWARD AVENUE, SUITE 2700<br>DETROIT, MI  48226 | FOLEY & LARDNER LLP<br>500 WOODWARD AVENUE, SUITE 2700<br>DETROIT, MI  48226 | FOLEY & LARDNER LLP<br>500 WOODWARD AVENUE, SUITE 2700<br>DETROIT, MI  48226 |
| FOLEY & LARDNER LLP<br>ATTN: ANN MARIE UETZ, ESQ.<br>ONE DETROIT CENTER<br>500 WOODWARD AVENUE, SUITE 2700<br>DETROIT, MI  48226 | FOLEY & LARDNER LLP<br>777 EAST WISCONSIN AVENUE<br>MILWAUKEE, WI  53202 | FOLEY & LARDNER LLP<br>500 WOODWARD AVENUE, SUITE 2700<br>DETROIT, MI  48226 |
| FOX ROTHSCHILD LLP<br>ATTN: FRED STEVENS, ESQ.<br>100 PARK AVENUE, SUITE 1500<br>NEW YORK, NY  10017 | FRASER TREBILCOCK DAVIS & DUNLAP, P.C.<br>124 WEST ALLEGAN STREET, SUITE 1000<br>LANSING, MI  48933 | FREEBORN & PETERS LLP<br>311 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL  60606 |
| FRIEDLANDER MISLER, PLLC<br>1101 SEVENTEENTH STREET, N.W., SUITE 700<br>WASHINGTON, DC  20036 | FULBRIGHT & JAWORSKI L.L.P.<br>666 FIFTH AVENUE<br>NEW YORK, NY  10103 | GHSP, INC.<br>GRAND HAVEN, MI  49417 |
| GIBBONS P.C.<br>ONE GATEWAY CENTER<br>NEWARK, NJ  07102 | GIBSON, DUNN & CRUTCHER LLP<br>200 PARK AVENUE<br>NEW YORK, NY  10166 | GIBSON, DUNN & CRUTCHER LLP<br>200 PARK AVENUE<br>NEW YORK, NY  10166 |
| GLENN M. REISMAN, ESQ.<br>SHELTON, CT  06484 | GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP<br>ATT: JONATHAN L. FLAXER, DOUGLAS L. FURTH, ANTHONY M. VASSALLO<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 | GORLICK, KRAVITZ & LISTHAUS, P.C.<br>17 STATE STREET, 4TH FLOOR<br>NEW YORK, NY  10004 |

| | | |
|---|---|---|
| GOULSTON & STORRS, P.C.<br>400 ATLANTIC AVENUE<br>BOSTON, MA  02110 | GOULSTON & STORRS, P.C.<br>400 ATLANTIC AVENUE<br>BOSTON, MA  02110 | HAHN LOESER & PARKS LLP<br>CLEVELAND, OH  44114 |
| HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.<br>FARMINGTON HILLS, MI  48331 | HARTER SECREST & EMERY LLP<br>TWELVE FOUNTAIN PLAZA, SUITE 400<br>BUFFALO, NY  14202 | HARTER SECREST & EMERY LLP<br>1600 BAUSCH & LOMB PLACE<br>ROCHESTER, NY  14604 |
| HARTER SECREST & EMERY LLP<br>1600 BAUSCH & LOMB PLACE<br>ROCHESTER, NY  14604 | HARTER SECREST & EMERY LLP<br>TWELVE FOUNTAIN PLAZA, SUITE 400<br>BUFFALO, NY  14202 | HAYNES AND BOONE LLP<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020 |
| HAYNES AND BOONE LLP<br>1221 MCKINNEY, SUITE 2100<br>HOUSTON, TX  77010 | HAYNES AND BOONE LLP<br>1221 MCKINNEY, SUITE 2100<br>HOUSTON, TX  77010 | HAYNES AND BOONE, LLP<br>1221 AVENUE OF THE AMERICAS, 26TH FLOOR<br>NEW YORK, NY  10020 |
| HAYNES AND BOONE, LLP<br>1221 AVENUE OF THE AMERICAS, 26TH FL<br>NEW YORK, NY  10020 | HAYNSWORTH SINKLER BOYD, P.A.<br>POST OFFICE BOX 11889<br>COLUMBIA, SC  29211 | HERRICK, FEINSTEIN LLP<br>2 PARK AVENUE<br>NEW YORK, NY  10016 |
| HESS CORPORATION<br>1 HESS PLAZA<br>WOODBRIDGE, NJ  07095 | HEWLETT -PACKARD DEVELOPMENT COMPANY, L.P.<br>DETROIT, MI  48243 | HEWLETT-PACKARD COMPANY LP<br>MAIL STOP 314<br>BOISE, ID  83714 |
| HEWLETT-PACKARD FINANCIAL SERVICES COMPANY<br>420 MOUNTAIN AVENUE<br>MURRAY HILL, NJ  07640 | HINCKLEY, ALLEN & SNYDER LLP<br>28 STATE STREET<br>BOSTON, MA  02109 | HISCOCK & BARCLAY, LLP<br>ONE PARK PLACE<br>300 SOUTH STATE STREET<br>SYRACUSE, NY  13202 |
| HODGSON RUSS LLP<br>60 EAST 42ND STREET, 37TH FLOOR<br>NEW YORK, NY  10165 | HODGSON RUSS LLP<br>60 EAST 42ND STREET, 37TH FLOOR<br>NEW YORK, NY  10165 | HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVENUE<br>DETROIT, MI  48226 |
| HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVENUE<br>DETROIT, MI  48226 | HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVENUE<br>DETROIT, MI  48226 | HSS/SAGINAW<br>SAGINAW, MI  48601 |
| HUNTER & SCHANK CO., LPA<br>ONE CANTON SQUARE<br>1700 CANTON AVENUE<br>TOLEDO, OH  43604 | HUNTER & SCHANK CO., LPA<br>ONE CANTON SQUARE<br>1700 CANTON AVENUE<br>TOLEDO, OH  43604 | INDUSTRY CANADA, LEGAL SERVICES<br>OTTAWA, ON K1A OH5<br>CANADA |

| | | |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS<br>WASHINGTON, DC  20036 | IVEY, BARNUM AND O'MARA, LLC<br>170 MASON STREET<br>GREENWICH, CT  06830 | J.L. SAFFER, P.C.<br>20 VESEY STREET, 7TH FLOOR<br>NEW YORK, NY  10007 |
| JENNER & BLOCK LLP<br>919 THIRD AVENUE, 37TH FLOOR<br>NEW YORK, NY  10022 | JENNER & BLOCK LLP<br>330 NORTH WABASH AVENUE<br>CHICAGO, IL  60611 | JIM BARNARD CHEVROLET, INC.<br>CHURCHVILLE, NY  14428 |
| JOHNSON, HEARN, VINEGAR, GEE & GLASS, PLLC<br>P.O. BOX 1776<br>RALEIGH, NC  27602 | JOHNSTON BARTON PROCTOR & ROSE LLP<br>569 BROOKWOOD VILLAGE<br>SUITE 901<br>BIRMINGHAM, AL  35209 | JTEKT AUTOMOTIVE<br>NAGOYA HEAD OFFICE<br>NAKAMURA-KU, NAGOYA, JAPAN, 450-8515 |
| K&L GATES LLP<br>599 LEXINGTON AVENUE<br>NEW YORK, NY  10022 | KAYE SCHOLER LLP<br>425 PARK AVENUE<br>NEW YORK, NY  10022 | KEATING MUETHING & KLEKAMP PLL<br>ONE EAST FOURTH STREET, SUITE 1400<br>CINCINNATI, OH  45202 |
| KELLEY & FERRARO, L.L.P.<br>2200 KEY TOWER<br>127 PUBLIC SQUARE<br>CLEVELAND, OH  44114 | KELLEY DRYE & WARREN LLP<br>101 PARK AVENUE<br>NEW YORK, NY  10178 | KELLEY DRYE & WARREN, LLP<br>101 PARK AVENUE<br>NEW YORK, NY  10178 |
| KEM KREST<br>1919 SUPERIOR ST.<br>ELKHART, IN  46515 | KERR, RUSSELL AND WEBER, PLC<br>500 WOODWARD AVENUE, SUITE 2500<br>DETROIT, MI  48226 | KERR, RUSSELL AND WEBER, PLC<br>500 WOODWARD AVENUE, SUITE 2500<br>DETROIT, MI  48226 |
| KERR, RUSSELL AND WEBER, PLC<br>ATT: P.WARREN HUNT, ESQ.<br>500 WOODWARD AVENUE, SUITE 2500<br>DETROIT, MI  48226 | KERR, RUSSELL AND WEBER, PLC<br>500 WOODWARD AVENUE, SUITE 2500<br>DETROIT, MI  48226 | KERR, RUSSELL AND WEBER, PLC<br>500 WOODWARD AVENUE, SUITE 2500<br>DETROIT, MI  48226 |
| KERR, RUSSELL AND WEBER, PLC<br>500 WOODWARD AVENUE, SUITE 2500<br>DETROIT, MI  48226 | KERR, RUSSELL AND WEBER, PLC<br>500 WOODWARD AVENUE, SUITE 2500<br>DETROIT, MI  48226 | KERR, RUSSELL AND WEBER, PLC<br>500 WOODWARD AVENUE, SUITE 2500<br>DETROIT, MI  48226 |
| KILPATRICK & ASSOCIATES, P.C.<br>903 N. OPDYKE ROAD, SUITE C<br>AUBURN HILLS, MI  48326 | KNAPP CHEVROLET<br>HOUSTON, TX  77007 | KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.<br>400 RENAISSANCE CENTER, SUITE 3400<br>DETROIT, MI  48243 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>NEW YORK, NY  10036 | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>NEW YORK, NY  10036 | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>NEW YORK, NY  10036 |

| | | |
|---|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>NEW YORK, NY 10036 | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>NEW YORK, NY 10036 | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>NEW YORK, NY 10036 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>NEW YORK, NY 10036 | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>NEW YORK, NY 10036 | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.<br>916 WASHINGTON AVENUE, SUITE 309<br>BAY CITY, MI 48708 | LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.<br>916 WASHINGTON AVENUE, SUITE 309<br>BAY CITY, MI 48708 | LATHAM & WATKINS LLP<br>885 THIRD AVENUE, SUITE 1000<br>NEW YORK, NY 10022 |
| LAW OFFICES OF GABRIEL DEL VIRGINIA<br>641 LEXINGTON AVENUE, 21ST FLOOR<br>NEW YORK, NY 10022 | LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 N. CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | LAWRENCE JAY KRAINES, ESQ.<br>SHERMAN OAKS, CA 91423 |
| LEONARD, STREET AND DEINARD, PA<br>150 SOUTH FIFTH STREET, SUITE 2300<br>MINNEAPOLIS, MN 55402 | LEONARD, STREET AND DEINARD, PA<br>150 SOUTH FIFTH STREET, SUITE 2300<br>MINNEAPOLIS, MN 55402 | LEVY RATNER P.C.<br>80 EIGHTH AVENUE, 8TH FLOOR<br>NEW YORK, NY 10011 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATT: ELIZABETH WELLER, ESQ.<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2700 VIA FORTUNA DRIVE, SUITE 400<br>P.O. BOX 17428<br>AUSTIN, TX 78760 | MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.<br>28400 NORTHWESTERN HWY., 3RD FLOOR<br>SOUTHFIELD, MI 48034 |
| MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.<br>ATTN: KATHLEEN H. KLAUS, ESQ.<br>28400 NORTHWESTERN HWY., 3RD FLOOR<br>SOUTHFIELD, MI 48034 | MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.<br>28400 NORTHWESTERN HWY., 3RD FLOOR<br>SOUTHFIELD, MI 48034 | MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.<br>28400 NORTHWESTERN HWY., 3RD FLOOR<br>SOUTHFIELD, MI 48034 |
| MAZZEO SONG & BRADHAM LLP<br>708 THIRD AVENUE, 19TH FLOOR<br>NEW YORK, NY 10017 | MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.<br>101 WEST PROSPECT AVENUE, SUITE 1800<br>CLEVELAND, OH 44115 | MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.<br>101 WEST PROSPECT AVENUE, SUITE 1800<br>CLEVELAND, OH 44115 |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | MCGILL, GOTSDINER, WORKMAN & LEPP, P.C., L.L.O.<br>ATTN: JANICE M. WOOLLEY, ESQ.<br>11404 W. DODGE ROAD, SUITE 500<br>OMAHA, NE 68154 | MCKENNA LONG & ALDRIDGE LLP<br>230 PARK AVENUE<br>NEW YORK, NY 10169 |
| MCKENNA LONG & ALDRIDGE LLP<br>230 PARK AVENUE, SUITE 1700<br>NEW YORK, NY 10169 | MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>1350 BROADWAY, SUITE 501<br>P.O. BOX 822<br>NEW YORK, NY 10018 | MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>990 STEWART AVENUE, SUITE 300<br>GARDEN CITY, NY 11530 |

| | | |
|---|---|---|
| MICHAEL S. HOLMES, P.C.<br>8100 WASHINGTON AVENUE, SUITE 120<br>HOUSTON, TX  77007 | MICHIGAN ENVIRONMENT, NATURAL RESOURCES AND AGRICULTURE DIVISION<br>525 W. OTTAWA, 6TH FLOOR, G. MENNE WILLIAMS BUILDING<br>P.O. BOX 30755 | MICHIGAN FUNDS ADMINISTRATION<br>LANSING, MI  48917 |
| MICHIGAN WORKERS' COMPENSATION AGENCY<br>DIMONDALE, MI  48821 | MICHIGAN WORKERS' COMPENSATION AGENCY<br>LANSING, MI  48909 | MIKE BARNARD CHEVROLET-CADILLAC-BUICK-PONTIAC-GMC, INC.<br>FAIRPORT, NY  14450 |
| MILLER JOHNSON<br>250 MONROE AVENUE, N.W., SUITE 800<br>PO BOX 306<br>GRAND RAPIDS, MI  49501 | MILLER JOHNSON<br>250 MONROE AVENUE, N.W., SUITE 800<br>P.O. BOX 306<br>GRAND RAPIDS, MI  49501 | MILLER JOHNSON<br>250 MONROE AVE., STE 800<br>GRAND RAPIDS, MI  49501 |
| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>150 WEST JEFFERSON AVENUE, SUITE 2500<br>DETROIT, MI  48226 | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>500 FIFTH AVENUE, SUITE 1815<br>ATT: SUSAN I. ROBBINS, ESQ.<br>NEW YORK, NY  10110 | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>ATTN: MARC N. SWANSON, ESQ.<br>150 WEST JEFFERSON AVENUE, SUITE 2500<br>DETROIT, MI  48226 |
| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>150 WEST JEFFERSON AVENUE, SUITE 2500<br>DETROIT, MI  48226 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.<br>ATT: PAUL J. RICOTTA, ESQ.<br>ONE FINANCIAL CENTER<br>BOSTON, MA  02111 | MISSOURI DEPARTMENT OF REVENUE<br>P.O. BOX 475<br>JEFFERSON CITY, MO  65105 |
| MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP<br>ATTN: NATALIE RAMSEY & JOSEPH O'NEIL, JR.<br>123 SOUTH BROAD STREET<br>PHILADELPHIA, PA  19109 | MOORE & VAN ALLEN PLLC<br>40 CALHOUN STREET, SUITE 300<br>POST OFFICE BOX 22828<br>CHARLESTON, SC  29413 | MORGAN, LEWIS & BOCKIUS LLP<br>101 PARK AVENUE<br>NEW YORK, NY  10178 |
| MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: MICHAEL A. BLOOM & RACHEL JAFFE MAUCERI, ESQS<br>1701 MARKET STREET<br>PHILADELPHIA, PA  19103 | MORRISON COHEN LLP<br>909 THIRD AVENUE<br>NEW YORK, NY  10022 | MOTLEY RICE LLC<br>28 BRIDGESIDE BLVD.<br>MT. PLEASANT, SC  29464 |
| MUNSCH HARDT KOPF & HARR, P.C.<br>3800 LINCOLN PLAZA<br>500 N. AKARD STREET<br>DALLAS, TX  75201 | MYERS & FULLER, P.A.<br>2822 REMINGTON GREEN CIRCLE<br>TALLAHASSEE, FL  32308 | NAHINS & GOIDEL, P.C.<br>NEW YORK, NY  10013 |
| NARMCO GROUP<br>WINDSOR, ONTARIO N8W 1Z4 | NELSON MULLINS RILEY & SCARBOROUGH LLP<br>1320 MAIN STREET, 17TH FLOOR<br>POST OFFICE BOX 11070<br>COLUMBIA, SC  29201 | NELSON MULLINS RILEY & SCARBOROUGH LLP<br>ONE BOSTON PLACE<br>BOSTON, MA  02108 |
| NEW YORK STATE DEPARTMENT OF LAW<br>THE CAPITOL<br>ALBANY, NY  12224 | NEW YORK STATE DEPARTMENT OF LAW<br>THE CAPITOL<br>ALBANY, NY  12224 | OFFICE OF ATTORNEY GENERAL FOR PENNSYLVANIA<br>21 S. 12TH STREET, 3RD FLOOR<br>PHILADELPHIA, PA  19107 |

| | | |
|---|---|---|
| OFFICE OF THE OHIO ATTORNEY GENERAL<br>150 EAST GAY STREET, 21ST FLOOR<br>COLUMBUS, OH  43215 | OHIO ATTORNEY GENERAL ENVIRONMENTAL ENFORCEMENT SECTION<br>30 E. BROAD STREET, 25TH FLOOR<br>COLUMBUS, OH  43215 | ORRICK HERRINGTON & SUTCLIFFE LLP<br>666 FIFTH AVENUE<br>NEW YORK, NY  10103 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>COLUMBIA CENTER<br>1152 15TH STREET, N.W.<br>WASHINGTON, DC  20005 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>666 FIFTH AVENUE<br>NEW YORK, NY  10103 | ORUM & ROTH, LLC<br>53 WEST JACKSON BOULEVARD<br>CHICAGO, IL  60604 |
| OSLER, HOSKIN & HARCOURT LLP<br>1 FIRST CANADIAN PLACE, SUITE 6100<br>TORONTO, ONTARIO M5X 1B8 | PADDOCK CHEVROLET, INC.<br>KENMORE, NY  14217 | PARKER POE ADAMS & BERNSTEIN LLP<br>THREE WACHOVIA CENTER<br>401 S. TRYON STREET, SUITE 3000<br>CHARLOTTE, NC  28202 |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>75 EAST 55TH STREET<br>NEW YORK, NY  10022 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | PENSKE AUTO GROUP<br>TORRANCE, CA  90504 |
| PENSKE LOGISTICS<br>PO BOX 563<br>READING, PA  19603 | PEPPER HAMILTON LLP<br>100 RENAISSANCE CENTER, SUITE 3600<br>DETROIT, MI  48243 | PEPPER HAMILTON LLP<br>HERECULES PLAZA, SUITE 5100<br>1313 MARKET STREET P.O. BOX 1709<br>WILMINGTON, DE  19899 |
| PEPPER HAMILTON LLP<br>ATTN: DENNIS S. KAYES & DEBORAH KOVSKY-APAP<br>100 RENAISSANCE CENTER, SUITE 3600<br>DETROIT, MI  48243 | PEPPER HAMILTON LLP<br>3000 TWO LOGAN SQUARE<br>EIGHTEENTH AND ARCH STREETS<br>PHILADELPHIA, PA  19103 | PEPPER-HAMILTON LLP<br>100 RENAISSANCE CENTER, SUITE 3600<br>DETROIT, MI  48243 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.<br>P.O. BOX 13430<br>ARLINGTON, TX  76094 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1540 BROADWAY<br>NEW YORK, NY  10036 | PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP<br>1065 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY  10018 |
| PLUNKETT COONEY<br>38505 WOODWARD AVENUE, SUITE 2000<br>BLOOMFIELD HILLS, MI  48304 | PLUNKETT COONEY<br>38505 WOODWARD AVENUE, SUITE 2000<br>BLOOMFIELD HILLS, MI  48304 | PORZIO BROMBERG & NEWMAN P.C.<br>100 SOUTHGATE PARKWAY<br>MORRISTOWN, NJ  07962 |
| POTTER ANDERSON & CORROON LLP<br>HERCULES PLAZA, 6TH FLOOR<br>1313 NORTH MARKET STREET P.O. BOX 951<br>WILMINGTON, DE  19801 | PPG INDUSTRIES INC.<br>PITTSBURGH, PA  15272 | PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.<br>1555 N. RIVERCENTER DRIVE, SUITE 202<br>P.O. BOX 12993 |

| | | |
|---|---|---|
| PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.<br>1555 N. RIVERCENTER DRIVE, SUITE 202<br>P.O. BOX 12993<br>MILWAUKEE, WI 53212 | PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, SC<br>1555 N. RIVERCENTER DRIVE, SUITE 202<br>P.O. BOX 12993<br>MILWAUKEE, WI 53212 | PROSKAUER ROSE LLP<br>1585 BROADWAY<br>NEW YORK, NY 10036 |
| PYEONG HWA AUTOMOTIVE CO., LTD.<br>TAEGU, KOREA | RABINOWITZ, LUBETKIN & TULLY, L.L.C.<br>293 EISENHOWER PARKWAY, SUITE 100<br>LIVINGSTON, NJ 07039 | RANDSTAD<br>ATLANTA, GA 30339 |
| RAYTHEON PROFESSIONAL SERVICES LLC<br>RESTON, VA 20191 | REED SMITH LLP<br>1201 MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 | REED SMITH LLP<br>435 SIXTH AVE.<br>PITTSBURGH, PA 15219 |
| REID AND REIGE, P.C.<br>195 CHURCH STREET<br>NEW HAVEN, CT 06510 | RHOADES MCKEE<br>161 OTTAWA AVENUE, NW, SUITE 600<br>GRAND RAPIDS, MI 49503 | RICHARD W. MARTINEZ, APLC<br>228 ST. CHARLES AVENUE, SUITE 1310<br>NEW ORLEANS, LA 70130 |
| RIDDELL WILLIAMS P.S.<br>1001 - 4TH AVENUE, SUITE 4500<br>SEATTLE, WA 98154 | RK CHEVROLET/RK AUTO GROUP<br>VIRGINIA BEACH, VA 23451 | ROBERT BOSCH LLC<br>38000 HILLS TECH DRIVE<br>FARMINGTON HILLS, MI 48331 |
| ROBERT T. SMITH, ESQ.<br>1451 EAST LINCOLN AVENUE<br>MADISON HEIGHTS, MI 48071 | ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 |
| SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATT: CHRISTOPHER BELMONTE & PAMELA BOSSWICK, ESQS<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | SATURN OF ROCHESTER, INC.<br>P.O. BOX 25427<br>ROCHESTER, NY 14625 | SAUL EWING LLP<br>CENTRE SQUARE WEST<br>1500 MARKET STREET, 38TH FLOOR<br>PHILADELPHIA, PA 19102 |
| SAUL EWING LLP<br>CENTRE SQUARE WEST<br>1500 MARKET STREET, 38TH FLOOR<br>PHILADELPHIA, PA 19102 | SAUL EWING LLP<br>222 DELAWARE AVENUE, SUITE 1200<br>P.O. BOX 1266<br>WILMINGTON, DE 19899 | SCHAFER AND WEINER, PLLC<br>40950 WOODWARD AVENUE, SUITE 100<br>BLOOMFIELD HILLS, MI 48304 |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br>140 BROADWAY, SUITE 3100<br>NEW YORK, NY 10005 | SCHNADER HARRISON SEGAL & LEWIS LLP<br>1600 MARKET STREET, SUITE 3600<br>PHILADELPHIA, PA 19103 | SCHOENL KEVIN M<br>ROCHESTER, NY 14624 |
| SCHULTE ROTH & ZABEL LLP<br>ATT: DAVID J. KARP, ESQ.<br>919 THIRD AVENUE<br>NEW YORK, NY 10022 | SCHWARTZ, LICHTENBERG LLP<br>420 LEXINGTON AVENUE, SUITE 2400<br>NEW YORK, NY 10170 | SEYBURN, KAHN, GINN, BESS & SERLIN P.C.<br>ATT: DAVID T. LIN, ESQ.<br>2000 TOWN CENTER, SUITE 1500<br>SOUTHFIELD, MI 48075 |

| | | |
|---|---|---|
| SEYBURN, KAHN, GINN, BESS & SERLIN, P.C.<br>ATT: LESLIE STEIN, ESQ.<br>2000 TOWN CENTER, SUITE 1500<br>SOUTHFIELD, MI  48075 | SHAPE CORP.<br>GRAND HAVEN, MI  49417 | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC<br>321 N. CLARK STREET, SUITE 800<br>CHICAGO, IL  60654 |
| SHEARMAN & STERLING LLP<br>599 LEXINGTON AVENUE<br>NEW YORK, NY  10022 | SHEPPARD MULLIN RICHTER & HAMPTON, LLP<br>30 ROCKEFELLER PLAZA, 24TH FLOOR<br>NEW YORK, NY  10112 | SHIVELY BROTHERS<br>FLINT, MI  48507 |
| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN<br>CHICAGO, IL  60603 | SILVERMAN & MORRIS, P.L.L.C.<br>7115 ORCHARD LAKE ROAD, SUITE 500<br>WEST BLOOMFIELD, MI  48322 | SILVERMAN & MORRIS, P.L.L.C.<br>7115 ORCHARD LAKE ROAD, SUITE 500<br>WEST BLOOMFIELD, MI  48322 |
| SILVERMAN & MORRIS, P.L.L.C.<br>7115 ORCHARD LAEK ROAD, SUITE 500<br>WEST BLOOMFIELD, MI  48322 | SILVERMANACAMPORA LLP<br>ATT: ADAM L. ROSEN, ESQ.<br>100 JERICHO QUADRANGLE, SUITE 300<br>JERICHO, NY  11753 | SINGER & LEVICK P.C.<br>16200 ADDISON ROAD, SUITE 140<br>ADDISON, TX  75001 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>333 WEST WACKER DRIVE, SUITE 2100<br>CHICAGO, IL  60606 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>FOUR TIMES SQUARE<br>NEW YORK, NY  10036 | SQUIRE, SANDERS & DEMPSEY, L.L.P.<br>4900 KEY TOWER<br>127 PUBLIC SQUARE<br>CLEVELAND, OH  44114 |
| STAHL COWEN CROWLEY ADDIS LLC<br>ATT: TRENT P. CORNELL, ESQ.<br>55 WEST MONROE STREET, SUITE 1200<br>CHICAGO, IL  60603 | STARK REAGAN<br>1111 W. LONG LAKE ROAD, SUITE 202<br>TROY, MI  48098 | STEMBER FEINSTEIN DOYLE & PAYNE, LLC<br>429 FORBES AVENUE<br>ALLEGHENY BUILDING, 17TH FLOOR<br>PITTSBURGH, PA  15219 |
| STEMBER FEINSTEIN DOYLE AND PAYNE LLC<br>429 FORBES AVENUE<br>ALLEGHENY BUILDING , 17TH FL<br>PITTSBURGH, PA  15219 | STEVENSON & BULLOCK PLC<br>29200 SOUTHFIELD ROAD, SUITE 210<br>SOUTHFIELD, MI  48076 | STEVENSON & BULLOCK PLC<br>29200 SOUTHFIELD ROAD, SUITE 210<br>SOUTHFIELD, MI  48076 |
| STITES & HARBISON PLLC<br>424 CHURCH STREET, SUITE 1800<br>NASHVILLE, TN  37219 | STITES & HARBISON, PLLC<br>400 W. MARKET STREET, SUITE 1600<br>LOUISVILLE, KY  40202 | STREUSAND & LANDON, LLP<br>515 CONGRESS STREET, STE 2523<br>AUSTIN, TX  78701 |
| STROBL & SHARP, P.C.<br>300 E. LONG LAKE ROAD, SUITE 200<br>BLOOMFIELD HILLS, MI  48304 | STUTZMAN, BROMBERG, ESSERMAN & PLIFKA P.C.<br>2323 BRYAN STREET, SUITE 220<br>DALLAS, TX  75201 | SULLIVAN, WARD, ASHER & PATTON, P.C.<br>25800 NORTHWESTERN HIGHWAY<br>P.O. BOX 222<br>SOUTHFIELD, MI  48037 |
| TEAM CHEVROLET, INC.<br>OLEAN, NY  14760 | TENNESSEE ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TN  37202 | THE DOW CHEMICAL COMPANY<br>MIDLAND, MI  48674 |

| | | |
|---|---|---|
| THE GARDEN CITY GROUP INC<br>MELVILLE, NY  11747 | THE TEXAS ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P.O. BOX 12548, MC-008<br>AUSTIN, TX  78711 | THE UNIVERSITY OF MICHIGAN OFFICE OF THE V P AND GENERAL COUNSEL<br>503 THOMPSON STREET, ROOM 5048<br>ANN ARBOR, MI  48109 |
| THE VALLEY CADILLAC CORPORATION<br>ROCHESTER, NY  14623 | THOMPSON COBURN LLP<br>ONE U.S. BANK PLAZA, SUITE 2600<br>ST. LOUIS, MO  63101 | TIPOTEX CHEVROLET, INC.<br>BROWNSVILLE, TX  78521 |
| TORRES EDWARD ZUNIGA<br>8710 E VISTA BONITA DR<br>SCOTTSDALE, AZ  85255 | TORYS LLP<br>237 PARK AVENUE<br>NEW YORK, NY  10017 | TOYOTA BOSHOKU AMERICA, INC.<br>NOVI, MI  48377 |
| TRENK DIPASQUALE WEBSTER DELLA FERA & SODONA, P.C.<br>347 MT. PLEASANT AVENUE, SUITE 300<br>WEST ORANGE, NJ  07052 | TROUTMAN SANDERS LLP<br>ATT: BRETT D. GOODMAN, ESQ., THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE<br>NEW YORK, NY  10174 | TROUTMAN SANDERS LLP<br>ATT: JEFFREY W. KELLEY, ESQ.<br>600 PEACHTREE STREET, NE SUITE 5200<br>ATLANTA, GA  30308 |
| TRW AUTOMOTIVE U.S. LLC<br>LIVONIA, MI  48150 | UNION PACIFIC RAILROAD COMPANY<br>OMAHA, NE  68179 | UNITED STATES ATTORNEYS OFFICE<br>NEW YORK, NY  10007 |
| UNITED STATES ATTORNEY'S OFFICE<br>ONE ST. ANDREWS PLAZA<br>NEW YORK, NY  10007 | VALEO<br>PARIS, FRANCE 75848 | VEDDER PRICE P.C.<br>1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY  10019 |
| VENABLE LLP<br>ATTN: LAWRENCE A. KATZ, ESQ.<br>8010 TOWERS CRESCENT DRIVE, SUITE 300<br>VIENNA, VA  22182 | VOITH AG<br>CINCINNATI, OH  45242 | VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET<br>COLUMBUS, OH  43215 |
| WARNER NORCROSS & JUDD LLP<br>2000 TOWN CENTER, SUITE 2700<br>SOUTHFIELD, MI  48075 | WARNER NORCROSS & JUDD LLP<br>900 FIFTH THIRD CENTER<br>111 LYON STREET, NW<br>GRAND RAPIDS, MI  49503 | WARNER NORCROSS & JUDD LLP<br>900 FIFTH THIRD CENTER<br>111 LYON STREET, NW<br>GRAND RAPIDS, MI  49503 |
| WARREN, DRUGAN & BARROWS, P.C.<br>800 BROADWAY<br>SAN ANTONIO, TX  78215 | WHITE AND WILLIAMS LLP<br>ONE PENN PLAZA, SUITE 4110<br>NEW YORK, NY  10119 | WILDMAN, HARROLD, ALLEN & DIXON<br>ATT: MICHAEL DOCKTERMAN, JONATHAN YOUNG, RENE FRIEDMAN<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO, IL… |
| WILLIAM T. GREEN, III, P.C.<br>11 GREENWAY PLAZA, SUITE 2820<br>HOUSTON, TX  77046 | WILMER CUTLER PICKERING HALE AND DORR LLP<br>399 PARK AVENUE<br>NEW YORK, NY  10022 | WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 STATE STREET<br>BOSTON, MA  02109 |

| | | |
|---|---|---|
| WINSTON & STRAWN LLP<br>35 WEST WACKER DRIVE<br>CHICAGO, IL  60601 | WINSTON & STRAWN LLP<br>333 SOUTH GRAND AVENUE, 38TH FLOOR<br>LOS ANGELES, CA  90071 | WINSTON & STRAWN LLP<br>200 PARK AVENUE<br>NEW YORK, NY  10166 |
| WINSTON & STRAWN LLP<br>200 PARK AVENUE<br>NEW YORK, NY  10166 | ZEICHNER ELLMAN & KRAUSE LLP<br>575 LEXINGTON AVENUE<br>NEW YORK, NY  10022 | |