UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                  :
                                                       :   Chapter 11 Case No.
GENERAL MOTORS CORP., *et. al.*                        :
                                                       :   09-50026 (REG)
                                                       :
          Debtors.                                     :   (Jointly Administered)
                                                       :
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

STATE OF WASHINGTON :
                              ss:
COUNTY OF KING        :

Laurie M. Thornton, being duly sworn, deposes and states:

1. I am a Senior Bankruptcy Consultant with the Business Reorganization Department of the Seattle office of The Garden City Group, Inc., the proposed claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. The business address for the Seattle office is 815 Western Avenue, Seattle, Washington, 98104.

2. On June 19, 2009, at the direction of Weil, Gotshal & Manges LLP, proposed counsel for the Debtors, I caused to be served by first class mail a true and correct copy of the following document on the parties set forth on Exhibit A attached hereto (State Licensing Agencies):

- **Notice of Sale Hearing to Sell Substantially all of Debtors' Assets Pursuant to Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser.**

3. I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

/s/  Laurie M. Thornton

# Exhibit A

| | |
|---|---|
| ARIZONA MOTOR VEHICLE DIVISION<br>DEALER LICENSING DIVISION<br>ATTENTION: DIANE<br>PO BOX 2100<br>PHOENIX AZ 85001-2100 | ARKANSAS MOTOR VEHICLE COMMISSION<br>101 E. CAPITOL, SUITE 204<br>LITTLE ROCK AR 72201 |
| COLORADO DEPARTMENT OF REVENUE<br>AUTO INDUSTRY DIVISION<br>DENVER CO 80261-0016 | DEPARTMENT OF COMMERCE AND INSURANCE<br>MOTOR VEHICLE COMMISSIONS<br>500 JAMES ROBERTSON PARKWAY<br>NASHVILLE TN 37243 |
| DEPARTMENT OF MOTOR VEHICLES<br>DEALERS AND REPAIRERS SECTION<br>60 STATE STREET<br>WETHERSFIELD CT 06161-2011 | DEPARTMENT OF THE SECRETARY OF STATE<br>BUREAU OF MOTOR VEHICLES<br>DEALER AND AGENT SERVICES<br>29 STATE HOUSE STATION<br>AUGUSTA ME 04333-0029 |
| IDAHO DEPARTMENT OF TRANSPORTATION<br>DIVISION OF MOTOR VEHICLES<br>P.O. BOX 34<br>BOISE ID 83731-0034 | INDIANA SECRETARY OF STATE<br>DEALER DIVISION<br>6400 EAST 30TH STREET<br>INDIANAPOLIS IN 46219 |
| IOWA DEPARTMENT OF TRANSPORTATION<br>OFFICE OF VEHICLE SERVICES<br>P.O. BOX 9278<br>DES MOINES IA 50306-9278 | KANSAS DEPARTMENT OF REVENUE<br>DIVISION OF VEHICLES<br>DEALER LICENSING BUREAU<br>DOCKING STATE OFFICE BUILDING<br>TOPEKA KS 66626-0001 |
| LOUISIANA MOTOR VEHICLE COMMISSION<br>3519 12TH STREET<br>METAIRERIE LA 70002 | MARYLAND DEPARTMENT OF TRANSPORTATION<br>MOTOR VEHICLE DIVISION<br>MVA, BL&CS, RM. 146<br>6601 RITCHIE HIGHWAY<br>GLEN BURNIE MD 21062 |
| MISSISSIPPI MOTOR VEHICLE COMMISSION<br>P.O. BOX 16873<br>JACKSON MS 39236-0873 | MISSOURI DEPARTMENT OF REVENUE<br>MOTOR VEHICLE BUREAU-DEALER LICENSING SECTION<br>DEALER LICENSING SECTIOIN<br>P.O. BOX 43<br>JEFFERSON CITY MO 65105-0043 |
| MONTANA DEPARTMENT OF JUSTICE<br>MOTOR VEHICLE DIVISION<br>1003 BUCKSKIN DRIVE<br>DEER LODGE MT 59722 | MOTOR VEHICLE COMMISSION<br>105 SEA HERO ROAD SUITE 1<br>FRANKFORT KY 40601 |
| MOTOR VEHICLE INDUSTRY BOARD<br>DCCA, PVL, LICENSING BRANCH<br>HONOLULU HI 96801 | MOTOR VEHICLE INDUSTRY LICENSING BOARD<br>301 CENTENNIAL MALL SOUTH, P.O. BOX 94697<br>LINCOLN NE 68509 |
| NORTH CAROLINA DIVISION OF MOTOR VEHICLE ENFORCEMENT SECTION<br>3125 MAIL SERVICE CENTER<br>ATTN: DIANE<br>RALEIGH NC 27699-3125 | OCCUPATIONAL LICENSING<br>P.O. BOX 932342 L224<br>SACRAMENTO CA 94232-3420 |

| | |
|---|---|
| OFFICE OF THE SECRETARY OF STATE<br>VEHICLE SERVICES DEPARTMENT<br>501 SOUTH SECOND STREET<br>SPRINGFIELD IL 62756-7000 | OHIO BUREAU OF MOTOR VEHICLES<br>DEALER AND SALESPERSON LICENSING UNIT<br>P.O. BOX 16520<br>COLUMBUS OH 43216-6520 |
| OKLAHOMA MOTOR VEHICLE COMMISSION<br>4334 NW EXPRESSWAY, SUITE 183<br>OKLAHOMA CITY OK 73116-1515 | PENNSYLVANIA STATE BOARD OF VEHICLE ACCOUNTANCY<br>P.O. BOX 2649<br>HARRISBURG PA 17105-2649 |
| PUERTO RICO DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS<br>CENTRO GUBERNAMENTAL MINILLAS<br>EDIF. SUR, PISO 17 AVDA. DE DIEGO SANTURCE<br>SAN JUAN, PUERTO RICO 00940-1269 | STATE OF FLORIDA<br>DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES<br>DIVISION OF MOTOR VEHICLES<br>NEIL KIRKMAN BUILDING<br>TALLAHASSEE FL 32399-0500 |
| STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS<br>DIVISION OF MOTOR VEHICLES<br>DEALERS LICENSE AND REGULATIONS OFFICE<br>100 MAIN STREET<br>PAWTUCKET RI 02860 | STATE OF UTAH MOTOR VEHICLE ENFORCEMENT DIVISION<br>210 NORTH 1950 WEST<br>SALT LAKE CITY UT 84134 |
| TEXAS DEPARTMENT OF TRANSPORTATION<br>MOTOR VEHICLE DIVISION<br>P.O. BOX 13044<br>AUSTIN TX 78711-3044 | VIRGINIA MOTOR VEHICLE DEALER BOARD<br>2201 W. BROAD STREET, SUITE 104<br>RICHMOND VA 23220 |
| WASHINGTON STATE DEPARTMENT OF LICENSING<br>P.O. BOX 9034<br>OLYMPIA WA 98507-1400 | WISCONSIN DEPARTMENT OF TRANSPORTATION<br>DEALER SECTION<br>4802 SHEBOYGAN AVENUE<br>P.O. BOX 7909<br>MADISON WI 53707-7909 |
| WYOMING DEPARTMENT OF TRANSPORTATION<br>MOTOR VEHICLE SERVICES<br>LICENSING AND TITLING SECTION<br>5300 BISHOP BLVD.<br>CHEYENNE WY 82009-3340 | |