| | |
|---|---|
| LEV L. DASSIN<br>Acting United States Attorney for the<br>Southern District of New York<br>By:    DAVID S. JONES<br>        JEFFREY S. OESTERICHER<br>        MATTHEW L. SCHWARTZ<br>        JOSEPH N. CORDARO<br>Assistant United States Attorneys<br>86 Chambers Street, Third Floor<br>New York, New York 10007<br>Telephone: (212) 637-2800<br>Facsimile: (212) 637-2750 | Hearing Date: June 30, 2009<br>Hearing Time: 9:00 AM |

- and -

John J. Rapisardi, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x
:::
In re: :: Chapter 11
:::
GENERAL MOTORS CORP., *et al.*, :: Case No. 09-50026 (REG)
:::
                           Debtors. :: (Jointly Administered)
------------------------------------------------------------------------ x

**AMENDED EVIDENCE AND WITNESS LIST OF THE UNITED STATES OF
AMERICA FOR THE HEARING TO CONSIDER DEBTORS' MOTION PURSUANT
TO 11 U.S.C. §§ 105, 363(b), (f), (k), (m) AND 365, AND FED. R. BANKR. P. 2002, 6004
AND 6006, TO APPROVE (A) THE SALE PURSUANT TO THE MASTER SALE AND
PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S.
TREASURY-SPONSORED PURCHASER, FREE AND CLEAR OF LIENS, CLAIMS,
ENCUMBRANCES AND OTHER INTERESTS; (B) THE ASSUMPTION AND
ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED
<u>LEASES; AND (C) OTHER RELIEF</u>**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCT JUDGE:

The United States of America (the "Government") hereby identifies the following individual as a witness whom the Government may call at the June 30, 2009 hearing on the Debtors' Asset Sale Motion [docket no. 92]:

| WITNESS | TITLE |
|---|---|
| Harry Wilson | Senior Member of the Auto Team |

In addition, the Government may use the following physical or documentary evidence at the June 30, 2009 hearing on the Debtors' Asset Sale Motion [docket no. 92]:

| EXHIBIT | TITLE |
|---|---|
| 1 | Declaration of Harry Wilson, and Exhibits Thereto [docket no. 2577] |
| 2 | Intercreditor Agreement, among CITICORP USA, INC., as agent for the Bank Priority Secured Parties, CITICORP USA, INC., as agent for the Hedge Priority Secured Parties, THE UNITED STATES DEPARTMENT OF THE TREASURY, as lender, GENERAL MOTORS CORPORATION and each of the Subsidiaries and Affiliates of GM that are signatories, dated as of February 11, 2009 |
| 3 | First Amendment and Consent to the Amended and Restated Credit Agreement, dated as of July 20, 2006, among General Motors Corporation, General Motors of Canada Limited, Saturn Corporation, Citicorp USA, Inc., as administrative agent for the Lenders thereunder, JPMorgan Chase Bank, N.A., as syndication agent and the several banks and other financial institutions from time to time parties thereto as lenders, dated as of February 11, 2009 |

| | |
|---|---|
| 4 | Intercreditor Agreement, among GELCO CORPORATION d/b/a GE FLEET SERVICES, THE UNITED STATES DEPARTMENT OF THE TREASURY, for itself and other UST Secured Parties, and GENERAL MOTORS CORPORATION, dated as of February 17, 2009. |

The Government reserves the right to designate all or a portion of the transcripts of the depositions of Michael Raleigh, Frederick Henderson, or Harry Wilson. The Government further reserves the right to amend or supplement these lists should the need arise.

Dated: June 28, 2009
      New York, New York

                                           LEV L. DASSIN
                                           Acting United States Attorney for the
                                           Southern District of New York,
                                           Attorney for the United States of America

                              By:    /s/ Matthew L. Schwartz
                                           DAVID S. JONES
                                           JEFFREY S. OESTERICHER
                                           MATTHEW L. SCHWARTZ
                                           JOSEPH N. CORDARO
                                           Assistant United States Attorneys
                                           86 Chambers Street, Third Floor
                                           New York, New York 10007
                                           Telephone: (212) 637-2739/2698/1945/2745
                                           Facsimile:  (212) 637-2750
                                           E-mail:  david.jones6@usdoj.gov
                                                     jeffrey.oestericher@usdoj.gov
                                                     matthew.schwartz@usdoj.gov
                                                     joseph.cordaro@usdoj.gov

John J. Rapisardi, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
– Of Counsel to the Presidential
Task Force on the Auto Industry –
One World Financial Center
New York, New York 10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666
E-mail:  john.rapisardi@cwt.com