**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re : | |
| : | **Chapter 11** |
| **GENERAL MOTORS CORP., et al.,** : | **Case No. 09-50026 (REG)** |
| : | **Jointly Administered** |
| Debtors. : | |

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION [DOCKET NO. 814]

Creditor Hayman Management Company hereby withdraws its previously filed *HAYMAN MANAGEMENT COMPANY'S AND SOUTH TROY TECH, LLC'S LIMITED OBJECTION TO NOTICE OF ASSUMPTION OF EXECUTORY CONTRACT AND CURE AMOUNT [Docket No. 814], filed June 12, 2009.*

|  |  |
|---|---|
|  | MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C. |
|  | BY:   /s/ *Kathleen H. Klaus* |
|  | KATHLEEN H. KLAUS (P67207) |
|  | 28400 Northwestern Hwy., 3rd Floor |
|  | Southfield, MI  48034 |
|  | (248) 359-7520 |
|  | E-Mail:  khk@maddinhauser.com |
| DATED:  June 29, 2009 | Attorney for Creditors Hayman Management Co. and South Troy Tech, LLC |

841971v2 / 12265-0013