SCHIFF HARDIN LLP
900 Third Avenue
New York, New York 10022
Telephone: (212) 753-5000
Facsimile: (212) 753-5454

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       :    Chapter 11
                                                             :
GENERAL MOTORS CORPORATION, et al.,                          :    Case No.: 09-50026 (REG)
                                                             :
                                Debtors.                     :    Jointly Administered
------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

MARIA R. VECCHIONE, being duly sworn, deposes and says:

1. I am over the age of eighteen years, I am employed by Schiff Hardin LLP located at 900 Third Avenue, New York, New York, and I am not a party to the above entitled action.

2. On the 10th day of June, 2009, I caused a true and correct copy of the following to be served *via* Electronic Mail on the parties entitled to receive e-notice on the court's electronic docket:

- Jason M. Torf's Motion for Admission to Practice, *Pro Hac Vice*.

MARIA R. VECCHIONE

Sworn to before me this
29th day of June, 2009

Notary Public

SYBRANDT DAVIS
Notary Public, State of New York
No. 01DA6089736
Qualified in Kings County
Commission Expires March 31, 2011

CH2\7435569.1