UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: General Motors Corp., et al.,

            Debtor

Case No.: 09-50026

Chapter 11

------------------------------------------------------------x

           Plaintiff

         v.

           Defendant

Adversary Proceeding No.: _____

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Emily L. Matthews, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Delta Dental Plan of Michigan, Inc., a creditor in the above-referenced ☒ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 6/4/09
New York, New York

[Signature: Emily L. Matthews]

Mailing Address:
Delta Dental Plan of Michigan, Inc.
4100 Okemos Road
Okemos, Michigan 48864
E-mail address: ematthews@deltadentalmi.com
Telephone number: (517) 347-5757

RECEIVED JUN -5 2009 U.S. BANKRUPTCY COURT, SDNY