UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: General Motors Corp., et al.,

                             Debtor

-----------------------------------------------------------x

                            Plaintiff

                  v.

                            Defendant

-----------------------------------------------------------x

Case No.: 09-50026
Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jonathan S. Groat, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Delta Dental Plan of Michigan, Inc., a creditor in the above-referenced ☒ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 6/4/09
New York, New York

[Signature]

*Mailing Address*:
Delta Dental Plan of Michigan, Inc.
4100 Okemos Road
Okemos, Michigan 48864
*E-mail address*: jgroat@deltadentalmi.com
*Telephone number*: (517) 347-5451

RECEIVED
JUN - 5 2009
U.S. BANKRUPTCY COURT, SDNY