**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re** | : |
|  | : **Chapter 11** |
| **GENERAL MOTORS CORP., et al.,** | : **Case No. 09-50026 (REG)** |
|  | : Jointly Administered |
| **Debtors.** | : |

## CERTIFICATE OF SERVICE

      I hereby certify that on June 29, 2009, I electronically filed Notice of Withdrawal of Limited Objection [Docket No. 814] *with respect to South Troy Tech LLC, and Hayman Management Company's Objection to Notice of Assumption of Executory Contract and Cure Amount [Docket No. 814]* with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

                                  MADDIN, HAUSER, WARTELL,
                                      ROTH & HELLER, P.C.

                                BY:   /s/ *Kathleen H. Klaus*
                                KATHLEEN H. KLAUS (P67207)
                                28400 Northwestern Hwy., 3rd Floor
                                Southfield, MI  48034
                                (248) 359-7520
                                E-Mail:  khk@maddinhauser.com
DATED:  June 29, 2009              Attorney for Creditor Hayman Management Co.

841991 /12265-0013