Bruce N. Elliott (P28770)
Counsel for Van-Rob, Inc.
Pro Hac Vice Admission Pending

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | CHAPTER 11 |
| GENERAL MOTORS CORP., et al., | CASE NO. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2009, I electronically filed the ***Limited Objection of Van-Rob, Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Non-Residential Real Property and (II) Cure Costs Related Thereto*** (the "Limited Objection") and this ***Certificate of Service*** with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

The undersigned further certifies that on June 29, 2009, the Limited Objection was sent to the following parties by first class U.S. mail, postage prepaid:

| | |
|---|---|
| Warren Command Center<br>Mailcode 480-206-114<br>General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090 | Matthew Feldman, Esq.<br>U.S. Treasury<br>1500 Pennsylvania Ave., NW<br>Room 2312<br>Washington, D.C. 20220 |

The undersigned further certifies that on June 29, 2009, the Limited Objection was sent to the following parties by facsimile, with sent confirmation received, and first class U.S. mail, postage prepaid:

| | |
|---|---|
| Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Attn: Diana G. Adams, Esq.<br>Facsimile number: (212) 668-2255 | Kenneth Eckstein, Esq.<br>Thomas Moers Mayer, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Facsimile number: (212) 715-8229 |

The undersigned further certifies that on June 29, 2009, the Limited Objection was sent to the following parties by email and first class U.S. mail, postage prepaid:

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
email: harvey.miller@weil.com;
joseph.smolinsky@weil.com

John R. Rapisardi, Esq.
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, New York, 10281
email: john.rapisardi@cwt.com

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10036
email: mjedelman@vedderprice.com

The undersigned further certifies that on June 29, 2009, the Limited Objection was sent by overnight courier to the Hon. Robert E. Gerber, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 621, New York, New York 10004.

    /s/ Bruce N. Elliott
Bruce N. Elliott (P28770)
Pro Hac Vice Admission Pending
CONLIN, McKENNEY & PHILBRICK, P.C.
Attorneys for Van-Rob, Inc.
350 S. Main Street, Suite 400
Ann Arbor, Michigan 48104-2131
Telephone: (734) 761-9000
Facsimile: (734) 761-9001
elliott@cmplaw.com

Dated: June 29, 2009

H:\Jas\Van-Rob, Inc\GM\Certificate of Service.wpd