Eric R. Markus, Esq.  (EM 3204)
Nancy L. Manzer, Esq.
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C.  20006
Tel:     (202) 663.6000
Fax:    (202) 663.6363
eric.markus@wilmerhale.com
nancy.manzer@wilmerhale.com

*Counsel for Lowe's Companies, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**GENERAL MOTORS CORP.,** *et al.*,<br><br>                              Debtors. | Chapter 11<br>Case No. 09-50026 (REG)<br>Jointly Administered |

**WITHDRAWAL OF LIMITED OBJECTION FILED BY**
**LOWE'S COMPANIES, INC., TO DEBTORS' PROPOSED CURE AMOUNT**

Lowe's Companies, Inc. ("Lowe's"), through its undersigned counsel, having conferred with counsel to the Debtors regarding the Limited Objection of Lowe's Companies, Inc., to Debtors' Proposed Cure Amount Related to Its Executory Contract With Debtors (the "Objection") (docket entry # 1419; filed 6/15/09) and having resolved the same, hereby withdraws the Objection.

[Remainder of page intentionally left blank.]

Dated: June 29, 2009

Respectfully submitted,

WILMER CUTLER PICKERING
 HALE AND DORR LLP

/s/ Eric R. Markus
Eric R. Markus (EM 3204)
Nancy L. Manzer
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel:    (202) 663-6000

# CERTIFICATE OF SERVICE

      I, Eric R. Markus, hereby certify that on June 29, 2009, I served the foregoing Objection electronically upon all parties registered with the CM/ECF system, and upon the following parties by facsimile and first class mail, postage prepaid, upon the following:

Matthew Feldman, Esq.  
United States Department of Treasury  
Fax:    (202) 622.6415

Diana G. Adams, Esq.  
Office of the United States Trustee  
Southern District of New York  
Fax:    (212) 668.2256

                                          /s/ Eric R. Markus  
                                              Eric R. Markus