UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: General Motors Corp., et al.

                              Debtor

-----------------------------------------------------------x

                              Plaintiff

                        v.

                              Defendant

-----------------------------------------------------------x

Case No.: 09-50026

Chapter 11

Adversary Proceeding No.: _____


## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, James D. Newbold, request admission, ***pro hac vice***, before the Honorable Robert Gerber, to represent the State of Illinois, a creditor/interested party in the above-referenced ☑ case ☐ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 26, 2009
Chicago, IL, ~~New York~~

_____ (signature: James D Newbold)

*Mailing Address*:

Assistant Attorney General
100 W. Randolph Street
Chicago, IL 60601

*E-mail address*: James.Newbold@illinois.gov

*Telephone number*: (312) 814-4557

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

In re: General Motors Corp., et al.,                    Case No.: 09-50026

                                                        Chapter 11

                        Debtor

----------------------------------------------------------------x

                                                        Adversary Proceeding No.: _____

                        Plaintiff

                v.


                        Defendant

----------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of James D. Newbold, to be admitted, *pro hac vice*, to represent State of Illinois, (the "Client") a creditor/interested party in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that James D. Newbold, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York         /s/ _____

                             UNITED STATES BANKRUPTCY JUDGE