**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Richard L. Epling (RE-9302)
Erica E. Carrig (EC-2096)
1540 Broadway
New York, NY  10036-4039
Phone:  212-858-1000
Facsimile:  212-858-1500
*Attorneys for Financial Engines Advisors L.L.C.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                     :
In re                                                :    **Chapter 11**
                                                     :
**GENERAL MOTORS CORPORATION**      :    Case No. 09-50026 (REG)
                                                     :
         Debtors.                                    :
                                                     :
------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that true and correct copies of the LIMITED OBJECTION AND RESERVATION OF RIGHTS REGARDING APPLICABLE CURE COSTS AND SCOPE OF CURE OF FINANCIAL ENGINES ADVISORS L.L.C. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO, filed by PILLSBURY WINTHROP SHAW PITTMAN LLP was served via Hand-Delivery and/or First-Class Mail on Monday, June 29, 2009 to the parties on the attached service lists.


Dated:  June 29, 2009                                        /s/ Carrie Altenburg
                                                                         Carrie Altenburg

600825538v1

## SERVICE LIST

<u>Service via Hand-Delivery:</u>

HONORABLE ROBERT E. GERBER
U.S. BANKRUPTCY JUDGE, S.D.N.Y.
ONE BOWLING GREEN
NEW YORK, NY  10004

<u>Service via First-Class Mail:</u>

GENERAL MOTORS CORP.
CADILLAC BUILDING
ATTN:  WARREN COMMAND CTR, MAILCODE 480-206-114
30009 VAN DYKE AVENUE
WARREN, MI  48090-9025

WEIL GOTSHAL & MANGES LLP
ATTN:  HARVEY MILLER, STEPHEN KAROTKIN, AND JOESPH SMOLINSKY
767 FIFTH AVENUE
NEW YORK, NY  10153

US TREASURY
ATTN:  MATTHEW FELDMAN
1500 PENNSYLVANIA AVENUE, NW
ROOM 2312
WASHINGTON, DC  20220

CADWALADER WICKERSHAM & TAFT LLP
ATTN:  JOHN RAPISARDI
ONE WORLD FINANCIAL CENTER
NEW YORK, NY  10281

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN:  GORDON Z. NOVOD AND THOMAS MOERS MAYER
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

VEDDER RPICE PC
ATTN:  MICHAEL EDELMAN, MICHAEL SCHEIN
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY  10019

OFFICE OF THE US TRUSTEE, S.D.N.Y.
ATTN:  DIANA G. ADAMS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY  10004