UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

| | |
|---|---|
| GENERAL MOTORS CORPORATION, *et al.*, | Chapter 11<br>Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

## **VERIFIED MOTION FOR ADMISSION *PRO HAC VICE***

Trent B. Collier, a member of the bar of the State of Michigan, for his Verified Motion for Admission *Pro Hac Vice* to the Bankruptcy Court for the Southern District of New York to represent Visteon Corporation ("Visteon") in the above-captioned bankruptcy proceeding, states as follows:

1. Trent B. Collier is a member of Dickinson Wright PLLC, located at 301 E. Liberty St., Suite 500, Ann Arbor, Michigan 48104. His office telephone number is (734) 623-1697.

2. Mr. Collier is admitted to practice law in the State of Michigan (2003). His Michigan State Bar number is P66448. In addition, Mr. Collier is admitted to practice in the Sixth Circuit Court of Appeals (2005), the United States District Court for the Eastern District of Michigan (2006), the United States District Court for the Northern District of Florida (2007), and the United States District Court for the Western District of Michigan (2008).

3. Mr. Collier is in good standing in the Courts listed in ¶ 2, *supra*, and is eligible to practice in this Court pursuant to Rule 2090-1 of the Local Rules for the Bankruptcy Court for the Southern District of New York. He is not currently suspended or disbarred in any other Court. He is not the subject of any formal pending grievance procedures. He has not been denied admission or disciplined by the State Bar of Michigan or by any other State Bar or Court.

4. Mr. Collier has never been denied admission in the Bankruptcy Court for the Southern District of New York.

WHEREFORE, Trent B. Collier respectfully requests that this Court admit him *pro hac vice* to practice law in the United States Bankruptcy Court for the Southern District of New York in this bankruptcy proceeding.

                                      DICKINSON WRIGHT PLLC

                                      By: /s/ Trent B. Collier
                                          Trent B. Collier (P66448)
                                      Counsel for Visteon Corporation
                                      301 E. Liberty St., Suite 500
                                      Ann Arbor, Michigan 48104
                                      Phone: (734) 623-1697
                                      Fax: (734) 623-1627
                                      E-mail: tcollier@dickinsonwright.com

Dated: June 29, 2009

ANNARBOR 20381-286 108548 6/29/2009

## **VERIFICATION**

Trent B. Collier, being first duly sworn, deposes and says that I have read the above Motion for Admission *Pro Hac Vice*, and the statements contained therein are true to the best of my knowledge, information and belief.

/s/ Trent B. Collier
Trent B. Collier (P66448)