UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

| | |
|---|---|
| GENERAL MOTORS CORPORATION, *et al.*, | Chapter 11<br>Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2009, I electronically filed **Verified Motion for Admission *Pro Hac Vice* of Trent B. Collier** with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

         DICKINSON WRIGHT PLLC

         By: /s/ Trent B. Collier
            Trent B. Collier (P66448)
         Counsel for Visteon Corporation
         301 E. Liberty St., Suite 500
         Ann Arbor, Michigan 48104
         Phone: (734) 623-1697
         Fax: (734) 623-1627
         E-mail: tcollier@dickinsonwright.com

Dated: June 29, 2009

ANNARBOR 2(381-286 108554v1 6/29/2009