*James J. Kohler*
*27925 Alvarez Drive*
*Rancho Palos Verdes, CA 90275*
*310-377-6090*

The Honorable Judge Robert E. Gerber
United States Bankruptcy Court
One Bowling Green
New York, New York 10004-1408

June 22, 2009

Dear Judge;

Enclosed is a copy of a letter I sent to the law firm of Weil, Gotshal & Manges LLP concerning the GM Bankruptcy currently before you. In my letter, I voice my concern about the rush to judgment that GM and the Executive Branch of the Federal Government are attempting to perpetrate against the GM bondholders. Your perusal of the letter would be greatly appreciated.

Sincerely,

James J. Kohler

*James J. Kohler*
*27925 Alvarez Drive*
*Rancho Palos Verdes, CA 90275*
*310-377-6090*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NEW York 10153

June 22, 2009

Dear GM Attorneys;

I received your "Notice of Sale Hearing" in last Friday's (June 19, 2009) mail at approximately 3:00 PM Pacific Time. That was an hour after the 5:00 PM Eastern Time deadline for objections. I OBJECT!

The proposed sale is a sham to deny the bondholders due process.

The bondholders have been characterized as "greedy Wall Street speculators". I am a retired disabled senior citizen on a fixed income living in California (not on Wall Street). A number of years ago, I invested a portion of my retirement savings at a premium in GM Bonds with the expectation that GM would honor its obligation to make quarterly interest payments and repay the principle on schedule. Now it seems that GM is stonewalling its bondholders and asking the US Bankruptcy Court to approve a sham of a sale to avoid payment.

If GM continues to refuse to have good faith negotiations with its creditors, the court should order the liquidation of all of GM's assets and divide the proceeds of the sale amongst the creditors based on long established bankruptcy law, processes and procedures.

The attempt by the Executive Branch of the Federal Government to railroad a "Prepackaged Bankruptcy" through the courts is an abuse of power that tramples on the rights of creditors.

Sincerely,

James J. Kohler