# BERT CRANE RANCHES

5500 E. SOUTH BEAR CREEK DRIVE, MERCED, CALIF. 95340
PHONE: (209) 722-3079   FAX: (209) 722-8803
MOBILE: (209) 761-1341



June 22, 2009

Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York  10004-1408

Re:  The proposed reorganization of General Motors by the Federal Government

Dear Honorable Robert E. Gerber,

Your Honor, as an owner of General Motors debentures I wish to bring to your attention how unfair the proposed restructuring is as it relates to all General Motors debenture holders.

The United Auto Workers are recipients of a very favorable outcome with the U.S. taxpayers putting up the funds. The United Auto Workers are elated with their outcome since there is no loss or reduction in their hourly wage, change in their healthcare benefit or any reductions in their pensions.

The United Auto Workers have done very well to maintain their benefits at the expense of the stockholders and bond holders.

My wife and I are retired from raising cattle and walnuts. We feel it unfair that the United Auto Workers benefit at the expense of the investors and related companies who contribute to producing General Motors vehicles and parts.

My wife and I hope you will find the present proposal unfair and not in the best interest of our country and General Motors.

Sincerely,

Bert S Crane                    Nancy Crane