Sue Triplett, 101 Rancho Encino, San Marcos, TX 78666 512.557.3271

June 22, 2009

Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District New York
U. S. Customs House
One Bowling Green
Sixth Floor
New York, New York 10004

Dear Judge Gerber:

The notice of GM bankruptcy filing was delivered to my mailbox one day after the "Objection Deadline." This seems consistent with previous events: I was not consulted on loans to GM in my behalf or the subsequent "structured" filing as a result of these government loans.

As a bondholder and tax payer, it seems I have two ways to lose with no hope for recovery of my retirement income from 170 GM Bonds.

I am not a speculative hedge fund credit default swap trader. I am a retired school teacher supporting my 74 year-old husband and three grandchildren ages 8, 10 and 12; both parents having been laid-off this year. And I do understand that my plight is not unique.

Please know that I do have faith in the U. S. Courts and write only to encourage and reiterate my belief in a fair outcome under your unbiased jurisdiction. Thank you for your time.

Sincerely yours,

Sue Triplett

Sue Triplett