June, 22nd 2009

RE: General Motors Bankruptcy

Honorable Robert E. Gerber,

Please Understand that I have just recieved my notice of the pending Bankruptcy of General Motors
in today's mail. I do not endorse this sale.

I think if General Motors can not pay me what I loaned them they should pay me in kind.
I would be glad to accept their cars and trucks instead of a few cents on the dollar.

Please give this matter consideration for all of us small investors that are losing our
life savings.

Best Regards

William Brame

601-856-5011


William Brame
131 Spring Oak Dr.
Madison, MS 39110