**JOHN BECK**
155 Corunna Avenue
Fairlawn, Ohio 44333
Tel: (330) 869-5228

**Honorable Judge Robert E. Gerber, United States Bankruptcy Judge for the
Southern Districts of New York, Court Room 621**
One Bowling Green, New York, New York 10004-1408

**Re: Motion of Relief on my Stocks hold with GM Corporation**

Dear Honorable Judge Robert E. Gerber,

      This motion is written to you in my behalf and my wife. My name is John Beck and my wife is Dorina Beck, with residence at the address above. On June 22, 2009 I received a notice from your court district of GM's intent to file Chapter 11 bankruptcy.

      On about July8, 2008 we purchased 243 unsecured stocks on GM corporation with the intent to have some financial security when we retire. The original value of the stocks was about $2512. On May 31, 2009 the value was $182.25.

      I am furious about the whole ordeal. I was mislead by one financial broker to invest my money in this company and now this company is trying to leave millions of people penniless by looking for financial relief from your court by filing bankruptcy, for the simple fact that they had bad managers to manage their finances. Even worse, they robed the tax payer's money to stay afloat for another 90 days or so. I am asking you not to give any relief on my stocks and hold them accountable, from the former top CEO to the last financial manager, and to make restitution to the stockholders for this terrible ordeal.

      I have only received the court's notice of adjudication in regard to GM, on June 22, 2009 and it was sent by first class mail. Because of that I was unable to respond within the court's deadline.

      I am asking you kindly to consider my motion on my behalf and have GM grant me compensatory financial relief on my stocks. Specifically I would like to be reimbursed the amount of money I spent to purchase the stocks.

      Along with this motion, I have enclosed a copy of my stock's activity as of May, 2009.

      Thank you.
      With honor and respect,
      John Beck

*[signed] John Beck*
*June 23-2009*

# Fidelity Investments

## Investment Report
May 1, 2009 - May 31, 2009

#BWNFRKS    Envelope 021178203

JOHN BECK
DORINA CIFOR BECK
155 CORUNNA AVE
FAIRLAWN OH 44333-3715

**Your Advisor**
NOT AN ADVISOR MANAGED ACCOUNT
100 CROSBY PKWY
MAIL ZONE KC1J
COVINGTON KY 41015

## Brokerage 674-863360    JOHN BECK AND DORINA C BECK - WITH RIGHTS OF SURVIVORSHIP

### Account Summary

| | |
|---|---|
| Beginning value as of May 1 | $466.63 |
| Change in investment value | -284.31 |
| Ending value as of May 31 | $182.32 |

### Holdings (Symbol) as of May 31, 2009

#### Stocks

| | Quantity May 31, 2009 | Price per Unit May 31, 2009 | Total Cost Basis | Total Value May 1, 2009 | Total Value May 31, 2009 |
|---|---|---|---|---|---|
| GENERAL MOTORS CORP (GM) | 243.000 | $0.750 | $2,512.65 | $466.56 | $182.25 |

#### Core Account

| | Quantity | Price per Unit | Total Cost Basis | Total Value May 1, 2009 | Total Value May 31, 2009 |
|---|---|---|---|---|---|
| CASH | 0.070 | 1.000 | not applicable | 0.07 | 0.07 |

**Total Market Value**   $182.32
*Position held in cash account.*

### Core Account - Cash

| Description | Amount | Balance |
|---|---|---|
| Beginning | | $0.07 |
| Ending | | $0.07 |

Your Advisor is an independent organization and is not affiliated with Fidelity Investments. Fidelity does not endorse or recommend any particular investment, trading activity, or agent/Advisor. Brokerage services provided by Fidelity Brokerage Services LLC, Member NYSE, SIPC.