Louis T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
**SCHIFF HARDIN LLP**
900 Third Avenue
New York, NY  10022
T (212) 753-5000
F (212) 753-5044
ldelucia@schiffhardin.com
afiedler@schiffhardin.com

-and-

Jason M. Torf, Esq.
**SCHIFF HARDIN LLP**
6600 Sears Tower
Chicago, Illinois 60606-6473
T (312) 258-5500
F (312) 258-5700
jtorf@schiffhardin.com

*Counsel to Columbia Gas Transmission Corp., Columbia
Gas of Ohio, Inc., Columbia Gas of Virginia, Inc.
and Thrivent Financial for Lutherans*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORPORATION, *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 09-B-50026-reg<br><br>Jointly Administered |

## VERIFIED STATEMENT OF SCHIFF HARDIN LLP
## PURSUANT TO BANKRUPTCY RULE 2019

Schiff Hardin LLP ("Schiff"), as attorneys for certain parties-in-interest/creditors

in the chapter 11 case(s) of General Motors Corporation, *et al.*, (collectively, the

"Debtors"), hereby makes the following statement pursuant to Rule 2019 of the Federal

Rules of Bankruptcy Procedure:

1.      Schiff is counsel to the following parties-in-interest/creditors (collectively, the "Entities"):

(a)      Columbia Gas Transmission Corp., with an address at 200 Civic Center Drive, 11th Floor, Columbus, OH  43215, which is currently owed an undetermined amount from the Debtors, relating to certain utility obligations.

(b)      Columbia Gas of Ohio, Inc; with an address at 200 Civic Center Drive, 11th Floor, Columbus, OH  43215, which is currently owed an undetermined amount from the Debtors, relating to certain utility obligations.

(c)      Columbia Gas of Virginia, Inc. with an address at 200 Civic Center Drive, 11th Floor, Columbus, OH  43215, which is currently owed an undetermined amount from the Debtors, relating to certain utility obligations.

(d)      Thrivent Financial for Lutherans with an address at 625 Fourth Ave. S., Minneapolis, MN  55415-1665, which is currently owed an undetermined amount from the Debtors, relating to certain structured finance obligations involving a central utilities complex.

2.      The specific nature and amounts of the claims held by the Entities will be set forth in proofs of claim filed against the Debtors' estates.  The Entities are the original holders of their respective claims.  Such claims arose at the time of and in connection with their respective transactions with the Debtors.

3.      Schiff renders legal services to the Entities on a regular basis.

4.      Schiff has fully advised the above-referenced parties-in-interest/creditors with respect to this concurrent representation and each has (a) consented to such representation and (b) requested that Schiff represent it in these cases.

5.     Upon information and belief, neither Schiff, nor the undersigned attorney, owns or has ever owned, any claim against the Debtors in these Chapter 11 cases, nor any equity securities of the Debtors.

6.     All of the information contained herein is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other use or purpose.

7.     Each Entity reserves its right to supplement or amend the information contained herein, to assert additional or different claims, and to assert that the amount of its claim is higher or lower than is stated herein at any point in these proceedings.

# VERIFICATION

The undersigned hereby verifies under the penalty of perjury that the foregoing is

true and correct to the best of my knowledge, information and belief.

Date:  June 29, 2009

SCHIFF HARDIN LLP

*Counsel to Columbia Gas Transmission
Corp., Columbia Gas of Ohio, Inc., Columbia
Gas of Virginia, Inc. and Thrivent Financial
for Lutherans*


  /s/Jason M. Torf
Jason M. Torf (admitted pro hac vice)
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606-6473
(312) 258-5500 (phone)
(312) 258-5700 (facsimile)
jtorf@schiffhardin.com

CH2\7386282.1