SCHIFF HARDIN LLP
900 Third Avenue
New York, New York 10022
Telephone: (212) 753-5000
Facsimile: (212) 753-5454

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re:                                                        :    Chapter 11
                                                              :
GENERAL MOTORS CORPORATION, *et al.*,                         :    Case No.: 09-50026 (REG)
                                                              :
                            Debtors.                          :    Jointly Administered
------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

MARIA R. VECCHIONE, being duly sworn, deposes and says:

1. I am over the age of eighteen years, I am employed by Schiff Hardin LLP located at 900 Third Avenue, New York, New York, and I am not a party to the above entitled action.

2. On the 29th day of June, 2009, I caused a true and correct copy of the following to be served *via* U.S. First Class Mail or Electronic Mail (where indicated) to the persons on the attached service list:

- Verified Statement of Schiff Hardin LLP Pursuant to Bankruptcy Rule 2019.

*[signature]*
MARIA R. VECCHIONE

Sworn to before me this
29th day of June, 2009

*[signature]*
Notary Public

SYBRANDT DAVIS
Notary Public, State of New York
No. 01DA6089736
Qualified in Kings County
Commission Expires March 31, 2011

CH2\7435870.1

**USBC Southern District of New York**
**In re General Motors Corporation, et al., Debtors**
**Case No. 09-B-50026 (REG)**

**SERVICE LIST**

| *Debtor* | *U.S. Trustee* |
|---|---|
| General Motors Corporation<br>300 Renaissance Center<br>Detroit, MI 48265-3000<br>Tax ID / EIN: 38-0572515 | Diana G. Adams<br>Office of the United States Trustee<br>33 Whitehall Street, 21st floor<br>New York, NY 10004<br>Tel: (212) 510-0500 |
| *Counsel to Debtor*<br><br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn:  Harvey R. Miller, Esq.<br>         Joseph H. Smolinsky, Esq.<br>         Robert J. Lemons, Esq.<br>         Stephen Karotkin, Esq.<br>Tel: (212) 310-8000<br>Fax: (212) 310-8007<br>Email: harvey.miller@weil.com<br>           Joseph.Smolinsky@weil.com<br>           robert.lemons@weil.com<br>           stephen.karotkin@weil.com<br><br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>Attn:  Joseph R. Sgroi, Esq.<br>         Robert B. Weiss, Esq.<br>         Tricia A. Sherick, Esq.<br>Tel: (313) 465-7570<br>Fax: (313) 465-7571<br>Email: jsgroi@honigman.com<br>           rweiss@honigman.com<br>           tsherick@honigman.com<br><br>Jenner & Block LLP<br>919 Third Avenue , 37th Floor<br>New York, NY 10022<br>Tel: (212) 891-1665<br>Fax: (212) 891-1699<br>Attn:  Patrick J. Trostle, Esq.<br>Email: ptrostle@jenner.com | *Counsel to U.S. Trustee*<br><br>Office of the U.S. Trustee<br>33 Whitehall Street, 21st. Floor<br>New York, NY 10004<br>Attn:  Andrew D. Velez-Rivera<br>         Brian Shoichi Masumoto<br>Tel: (212) 510-0500<br>Fax: (212) 668-2255 |

1

| | |
|---|---|
| *Counsel to the Official Committee of Unsecured Creditors of General Motors Corporation*<br><br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn:   Gordon Z. Novod, Esq.<br>         Thomas Moers Mayer, Esq.<br>Tel: (212) 715-3275<br>Fax: (212) 715-8000<br>Email: gnovod@kramerlevin.com | |
| All parties entitled to receive e-notice through the court's electronic docket. | |

CH2\7435580.1