Jayson B. Ruff, Esquire
McDonald Hopkins PLC
39533 Woodward Ave., Suite 318
Bloomfield Hills, MI 48304
Phone: 248.646.5070
Fax: 248.646.5075
E-mail: jruff@mcdonaldhopkins.com

**Counsel to Swagelok Company**

United States Bankruptcy Court
Southern District of New York

_____

| | |
|---|---|
| In re: | Chapter 11 |
| General Motors Corp., *et al.,* | Case No. 09-50026 (REG) |
| | (Jointly Administered) |

_____

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Jasyon B. Ruff, a member in good standing of the bar in the state of Michigan, and of the bar for the U.S. District Court for the Eastern District of Michigan, request admission, ***pro hac vice,*** before the Honorable Robert E. Gerber, to represent Swagelok Company, a creditor in the above-referenced jointly administered cases.

My address is 39533 Woodward Ave., Suite 318, Bloomfield Hills, Michigan 48304, my e-mail address is jruff@mcdonaldhopkins.com, and my telephone number is (248) 646-5070.

{1775899:}

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice.*

Dated:  June 29, 2009

        MCDONALD HOPKINS PLC

    By:    /s/  Jasyon B. Ruff
        Jayson B. Ruff (P69893)
        39533 Woodward Ave., Suite 318
        Bloomfield Hills, MI  48304
        Phone:  248.646.5070
        Fax: 248.646.5075
        E-mail:  jruff@mcdonaldhopkins.com

**COUNSEL TO SWAGELOK COMPANY**

{1775899:}

Jayson B. Ruff, Esquire
McDonald Hopkins PLC
39533 Woodward Ave., Suite 318
Bloomfield Hills, MI  48304
Phone:  248.646.5070
Fax:  248.646.5075
E-mail:  jruff@mcdonaldhopkins.com

**Counsel to Swagelok Company**

United States Bankruptcy Court
Southern District of New York

_____

In re:

GENERAL MOTORS CORP._, et al._,

Debtors.

_____

Chapter 11
Case No. 09-50026 (REG)

(Jointly Administered)

### ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jayson B. Ruff to be admitted, *pro hac vice,* to represent Swagelok Company in the above-referenced jointly administered cases, and upon the movant's certification that the movant is a member in good standing of the bar in the state of Michigan, it is hereby

**ORDERED** that Jayson B. Ruff, is admitted to practice *pro hac vice* in the above-referenced jointly administered cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  _____     _____

New York, New York                         United States Bankruptcy Judge

{1775899:}