| | |
|---|---|
| **LOWENSTEIN SANDLER PC** | **JACKSON WALKER L.L.P.** |
| Michael S. Etkin, Esq. | Bruce J. Ruzinsky, Esq. |
| S. Jason Teele, Esq. | D. Elaine Conway, Esq. |
| Ira M. Levee, Esq. | 1401 McKinney, Suite 1900 |
| 1251 Avenue of the Americas, 18th Floor | Houston, Texas 77007 |
| New York, New York 10022 | Tel.   (713) 752-4200 |
| | Fax:   (713) 752-4221 |

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
Tel:   (973) 597-2500
Fax:   (973) 597-2400

*Attorneys for Group 1 Automotive, Inc. and its Dealerships listed below*

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al*., | Case No: 09-50026 (REG) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF APPEARANCE, REQUEST FOR
### SERVICE OF PAPERS, AND REQUEST FOR MATRIX ENTRY

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 2002(g), 9007 and 9010, the undersigned appears for and on behalf of **Group 1 Automotive, Inc. and its Dealerships Harvey GM, LLC, Howard-GM, Inc., Bob Howard Chevrolet, Inc., Howard-GMII, Inc., Bob Howard Automotive-East, Inc., Maxwell-GMII, Inc. and Lubbock Motors-GM, Inc. (individually and collectively "Group 1")**, creditors and parties-in-interest in the above-captioned chapter 11 case, and requests that all notices given or required to be given in this case and all papers served or required to be served in this cases and in all adversary proceedings in this case, be given to and served upon the following persons, and each

23206/2
06/29/2009 11924126.1

of the following persons be added to the creditor matrix and any service lists, including without limitation, special or limited service lists, used in these cases:

Michael S. Etkin, Esq.
S. Jason Teele, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)
E-mail:  metkin@lowenstein.com; steele@lowenstein.com
and ilevee@lowenstein.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of Group 1 Automotive, Inc. and its Dealerships' rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to assert any other rights, claims, actions, setoffs, or recoupment to which Group 1 Automotive, Inc. and its Dealerships are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupment it expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings,

requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise. This Notice of Appearance shall not constitute a submission by Group 1 Automotive, Inc. and its Dealerships to the jurisdiction of the Bankruptcy Court.

Respectfully submitted,

**LOWENSTEIN SANDLER PC**

By: /s/ *Ira M. Levee*
Michael S. Etkin, Esq. (ME 0570)
Ira M. Levee (IL 9958)
S. Jason Teele, Esq. (ST 7390)
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

-- and --

**JACKSON WALKER L.L.P.**
Bruce J. Ruzinsky, Esq.
D. Elaine Conway, Esq.
1401 McKinney, Suite 1900
Houston, Texas 77007
Tel. (713) 752-4200
Fax: (713) 752-4221

*Counsel for Group 1 Automotive, Inc. and its Dealerships*

Dated: June 29, 2009
New York, New York