ORRICK, HERRINGTON & SUTCLIFFE LLP
Alyssa D. Englund
666 Fifth Avenue
New York, NY  10103-0002
Telephone:  (212) 509-5000

ORRICK, HERRINGTON & SUTCLIFFE LLP
Frederick D. Holden, Jr.(Admitted *Pro Hac Vice*)
Jenna S. Clemens (Admitted *Pro Hac Vice*)
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  (415) 773-5700

Attorneys for Creditors and Contract Counterparties APL Co. Pte. Ltd. and American President Lines, Ltd.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **GENERAL MOTORS CORPORATION,** *et al.,* | **Case No. 09-50026 (REG)** |
| **Debtors.** | **(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF OBJECTION OF APL CO. PTE LTD.**
**AND AMERICAN PRESIDENT LINES, LTD.**
**TO PROPOSED CURE AMOUNTS**

PLEASE TAKE NOTICE that APL Pte. Ltd. and American President Lines, Ltd. (collectively, "APL Liner"), by and through their counsel, hereby withdraw the Objection of APL Co. Pte. Ltd. and American President Lines, Ltd. to Proposed Cure Amounts [Docket No. 1339], pursuant to the Stipulation and Agreed Order with Respect to the Withdrawal of Cure Objections Filed in Connection with Debtors' Assumption and Assignment of Certain Executory Contracts, attached hereto as Exhibit A, between APL Liner and above-captioned Debtors.

1

OHS West:260684459.1

Dated: New York, New York
June 29, 2009

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Alyssa D. Englund
Alyssa D. Englund

666 Fifth Avenue
New York, NY  10103-0002
Telephone:  (212) 509-5000

*and*

Frederick D. Holden, Jr. (Admitted *Pro Hac Vice*)
Jenna S. Clemens (Admitted *Pro Hac Vice*)
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Telephone:  (415) 773-5700
Facsimile:   (415) 773-5759

Attorneys for Creditors and Contract Counterparties
APL Co. Ltd. and American President Lines, Ltd.