UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| GENERAL MOTORS CORP., et al., | : | 09-50026(REG) |
| | : | |
| Debtors, | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------

### AMENDMENT TO OBJECTION TO CURE AMOUNT

Thread Information Design, Inc."Creditor"(Master ID: 151366002) by and through its Attorney, does hereby amend it's Objection to Cure Amount previously filed here. Since the filing of said Objection, there has been posted on the internet website an additional contract identified as PO number 01S577807 and an increase in the proposed cure amount. Creditor continues to object to the amended amounts as set forth on Exhibit A hereto as posted on the internet as of June 23, 2009 and asserts that the correct Cure amount is $103,062.72, not $58447.22, as posted on the website for the within case.

Respectfully submitted,

_____
Gerald L. Mills, Esq., Counsel for
Thread Information Design, Inc.
Kroncke, Darcangelo Sutter and Furey
2255 West Laskey Rd.
Toledo, Ohio 43613
Phone 419-473 1346
email: gerald.mills@bex.net



RECEIVED
JUN 25 2009
U.S. BANKRUPTCY COURT, SDNY

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing Objection was served upon the following person(s) by overnight delivery service on the 24th day of June, 2009: Honorable Robert E. Gerber, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408; General Motors Corporation, Attn: Warren Command Center, Mailcode 480-206-114, Cadillac Bldg., 30009 Van Dyke Ave., Warren, MI 48090-9025; Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq., Weil, Gotshal & Manges, LLP., 767 Fifth Ave., New York, NY 10153; Matthew Feldman, Esq., US Treasury, 1500 Pennsylvania Ave. NW, Room 2312, Washington, D.C. 20220; John J. Rapisardi, Esq., Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, NY 10281; Michael J. Edelman, Esq., and Michael L. Schein, Esq., Vedder Price, P.C., 1633 Broadway, 47th Floor, New York, NY 10019; Gordon Novod, Esq., 1177 Avenue of the Americas, New York, NY 10086: and Diana G. Adams, Esq., Office of the United States Trustee for the Southern District of New York, 33 Whitehall St., 21st Floor, New York, NY 10004.

_____
Gerald L. Mills, Esq.

## Exhibit A

# Contract Notices

User: 6kx338kK

**My Contracts**    **Documents & Links**

**Contact Us**

## Supplier Details

| | |
|---|---|
| Supplier Name: | **THREAD INFORMATION DESIGN INC** |
| Contract Cure Amount: | **$58,447.22** |
| # of Contracts: | **7** |

Click here to

## Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date |
|---|---|---|---|
| RD151366002 | GMR89246 | 60391 | 3/31/2009 |
| RD151366002 | GMR89364 | 65630 | 5/31/2009 |
| RD151366002 | GMR89872 | 65640 | 5/31/2009 |
| RD151366002 | 01R50428 | 62330 | 3/31/2009 |
| RD151366002 | 01R50428 | 62670 | 4/23/2009 |
| RD151366002 | 01R50428 | 63370 | 4/30/2009 |
| RD151366002 | 01R50428 | 63360 | 4/30/2009 |
| RD151366002 | 01R50428 | 64380 | 5/21/2009 |
| RD151366002 | 01S57807 | 64890 | 5/28/2009 |
| RD151366002 | 01R51012 | 65600 | 5/31/2009 |
| RD151366002 | 01R51012 | 62050 | 1/31/2009 |
| RD151366002 | 01R51012 | 62060 | 2/28/2009 |
| RD151366002 | 01R51012 | 65670 | 5/31/2009 |
| RD151366002 | 01R51012 | 62580 | 4/20/2009 |
| RD151366002 | 01R51012 | 62070 | 3/31/2009 |
| RD151366002 | 01S57807 | 62540 | 4/20/2009 |

**Important Notices:** All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that
R. Bankr. P. 2002, 6004, And 6006(I) Approving Procedures For Sale Of Debtors' Assets Pursuant To Master Sale And
Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline And Sale Hearing Date; (III) Establishing Assumption A
Approviing Form Of Notice.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption
referenced in such purchase order.

All contract descriptions that appear in the "Contract ID" field are for purposes of contract identification only and shall
or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substan
contract or establishing the Debtors' proposed treatment of the contract for purposes of

The proposed cure amounts set forth herein are subject to adjustment to reflect additional invoices processed in G
Commencement Date.
Additionally, the proposed cure amounts set forth herein may not reflect certain debits, chargebacks, claims or other
with respect thereto are reserved.
GM is updating this website on a daily basis so please check back if you believe that a discrepancy exists in the invoice:

June 23, 2009 @ 12:49:12 PM                                                                              Logout    Home