Guy A. Sheppard
1209 Mission Hills
College Station, TX 77845

June 21, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

RE: Chapter Case No. 09-50026 (REG); General Motors Corp., et al.

I would like to express my objection to the proposed bankruptcy agreement referenced above. It is patently unfair and contrary to existing and binding contracts and agreements to arbitrarily alter creditor status and priority in the manner suggested. The secure debt status of bondholders will be hijacked by placing lower status entities above them in the proposed settlement.

Furthermore, I also object to the exchange of stock in the corporation for the debt obligations that should be honored. The likelihood of General Motors ever returning to profitability, while being weighed down by UAW and federal government management, is extremely slight. The corporation currently has sufficient assets to sell and pay off its obligations, and this is the remedy that should be imposed.

Sincerely,

*Guy A. Sheppard*
Guy A. Sheppard

RECEIVED
JUN 25 2009
U.S. BANKRUPTCY COURT, SDNY