Michael M. Parker
FULBRIGHT & JAWORSKI L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas  78205
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

David A. Rosenzweig
Mark C. Haut
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103-3198
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

COUNSEL FOR SOUTHWEST RESEARCH
INSTITUTE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re**:** | x | |
| | **:** | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | **:** | Case No.  09-50026 (REG) |
| | **:** | |
| Debtors. | **:** | (Jointly Administered) |
| | x | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES,**
**PLEADINGS AND ORDERS BY FULBRIGHT & JAWORSKI L.L.P.**

TO THE HONORABLE ROBERT E. GERBER, UNITED STATES BANKRUPTCY JUDGE:

Michael M. Parker, David A. Rosenzweig and Mark C. Haut of Fulbright & Jaworski

L.L.P. ("Counsel"), counsel for Southwest Research Institute, file this Notice of Appearance and

Request for Service of Notices, Pleadings and Orders by Fulbright & Jaworski L.L.P., and in

support thereof would respectfully show the Court as follows:

1. To exercise its rights to appear and be heard under the Bankruptcy Code, Counsel

must receive proper notice of hearings in this case, as well as service of all notices issued and

pleadings filed herein.  Accordingly, Counsel requests that all notices given and pleadings filed

in this case be served upon Counsel at the following addresses:

- 1 -

Michael M. Parker
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas 78205
Telephone: (210) 224-5575
Facsimile: (210) 270-7205
Email: mparker@fulbright.com

and

David A. Rosenzweig
Mark C. Haut
666 Fifth Avenue
New York, New York 10103-3198
Telephone: (212) 318-3035
Facsimile: (212) 318-3400
Email: drosenzweig@fulbright.com
Email: mhaut@fulbright.com

2.      Counsel is hereby requesting service at the foregoing address of (i) all notices and papers referred to in Bankruptcy Rules 2002, 3017, 9007, 9010 and 1109(b) (ii) all notices of hearings and entry of orders, (iii) every order signed in this case, and (iv) every pleading or report filed in this case, including, without limitation, schedules, statements of affairs, operating reports, motions, applications, complaints, demands, requests, petitions, plans of reorganization, disclosure statements, answering or reply papers, memorandum briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal and without regard to the means by which they are transmitted or delivered.

3.      Neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Southwest Research Institute (1) to have final orders in non-core matters entered only after de novo review by a District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or

discretionary withdrawal, or (4) to any other rights, claims, defenses, setoffs or recoupments,

under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses,

setoffs, and recoupments are expressly reserved.

Dated: June 29, 2009
      New York, New York

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.


By /s/_Mark C. Haut_____
     David A. Rosenzweig
     Mark C. Haut
666 Fifth Avenue
New York, NY  10103-3198
Telephone:  (212) 318-3000
Facsimile:  (212) 318-3400

and

Michael M. Parker
FULBRIGHT & JAWORSKI L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas  78205-3792
Telephone:  (210) 224-5575
Facsimile:  (210) 270-7205

COUNSEL FOR SOUTHWEST RESEARCH
INSTITUTE


### CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2009, true and correct copies of the foregoing Notice of Appearance and Request for Service of Notices, Pleadings and Orders by Fulbright & Jaworski L.L.P was served on the entities listed on the attached service list by either First Class U.S. Mail or by Electronic Notification.


_____/s/ Mark C. Haut_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re**:** | **x** | |
| | **:** | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | **:** | |
| | **:** | Case No.  09-50026 (REG) |
| Debtors. | **:** | |
| | **:** | (Jointly Administered) |
| | **x** | |

**SERVICE LIST**

General Motors Corporation
300 Renaissance Center
Detroit, MI  48265-3000

Joseph R. Sgroi
Robert B. Weiss
Tricia A. Sherick
Honigman Miller Schwartz Cohn
2290 First National Bldg.
660 Woodward Avenue
Detroit, MI  48226
Jsgroi@Honigman.Com
Rweiss@Honigman.Com
Tsherick@Honigman.Com

Stephen Karotkin
Harvey R. Miller
Joseph H. Smolinsky
Weil Gotshal & Manges, Llp
767 Fifth Avenue
New York, NY  10153
Stephen.Karotkin@Weil.Com

U. S. Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

Alpine Electronics
19145 Gramercy Place
Torrance, CA  90501-1162

Visteon Corporation
c/o Michael C. Hammer
Dickinson Wright, PLLC
301 E. Liberty, Suite 500
Ann Arbor, MI 48104-2283

Magna International, Inc.
c/o Kerry Masters Ewald
Dickinson Wright PLLC
424 Church Street, Suite 1401
Nashville, TN  37219-2392

Magna International, Inc.
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Ave., Suite 4000
Detroit, MI  48226-5403

Al Koch
AP Services, LLC
200 Town Center, Suite 2400
Southfield, MI  48075

Magna International, Inc.
c/o Doron Yitzchaki
Dickinson Wright, PLLC
301 E. Liberty, Suite 500
Ann Arbor, MI 48104-2283

Mark Browning
Assistant Attorney General
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, TX  78711-2548

Ohio Attorney General
c/o Victoria D. Garry
441 Vine Street, Suite 1600
Cincinnati, OH  45202-2821

Missouri Dept. of Revenue
P.O. Box 475
Jefferson City, MO   65105-0475

Severstal North America, Inc.
c/o Deborah L. Fish
Allard & Fish, PC
535 Griswold, Suite 2600
Detroit, MI  48226-3687

Superior Acquisition, Inc.
c/o David T. Lin
Seyburn, Kahn, Ginn, et al.
2000 Town Center, Suite 1500
Southfield, MI  48075-1148

Superior Industries International
c/o James M. Sullivan

Vesteon Corporation
c/o James A. Plemmons

Valeo Sylvania
c/o Deborah Kovsky-Apap

Arent Fox LLP
1675 Broadway
New York, NY   10019-5820

Dickinson Wright, PLLC
500 Woodward Ave, Suite 4000
Detroit, MI   48226

Pepper Hamilton, LLP
100 Renaissance Center
Suite 3600
Detroit, MI   48243

Iron Mountain Info Mgmt, Inc.
c/o Frank F. McGinn
Bartlett Hackett Feinberg PC
155 Federal Street, 9th Floor
Boston, MA   02110-1610

Local Texas Taxing Authorities
c/o Michael Reed
P.O. Box 1269
Round Rock, TX   78680-1269

Specialty Engine Components
c/o Richard W. Martinez, APLC
228 St. Charles Ave, Suite 1310
New Orleans, LA   70130-2644

W.A. Thomas Company
c/o Richard W. Martinez, APLC
228 St. Charles Ave., Suite 1310
New Orleans, LA   70130-2644

Norfolk Southern Corp
c/o David J. Baldwin
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Fl
Wilmington, DE   19801-6101

Carrollton-Farmers Branch ISD
c/o Andrea Sheehan
Law Office of Robert Luna, PC
4411 North Central Expressway
Dallas, TX   75205-4120

BP/CGCenter I LLC
c/o Larry Levick
Singer & Levick, PC
16200 Addison Rd., #140
Addison, TX   75001-5376

The Garden City Group, Inc.
Attn:  Karen Shaer
105 Maxess Road
Melville, NY   11747-3827

Texas Comptroller
Mark Browning
c/o Sherri K. Simpson, Paralegal
P.O. Box 12548
Austin, TX   78711-2548

Saturn of Hempstead, Inc.
c/o Robinson Brog, et al.
1345 Avenue of Americas
31st Floor
New York, NY   10105-0302