Mark C. Haut
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103-3198
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

Michael M. Parker
Colorado Bar No.: 024166
Texas Bar No.: 00788163
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205
Email: mparker@fulbright.com
COUNSEL FOR SOUTHWEST RESEARCH
INSTITUTE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------
In re:                                         x
                                               :   Chapter 11
GENERAL MOTORS CORPORATION, et                 :
al.,                                           :   Case No. 09-50026 (REG)
                                               :
            Debtors.                           :   (Jointly Administered)
                                               x
------------------------------------------------

**MOTION FOR ADMISSION TO PRACTICE,**
**PRO HAC VICE OF MICHAEL M. PARKER**

   I, Michael M. Parker, a member in good standing of the bars of Texas and Colorado and the bar of the United States Court of Appeals, Fifth Judicial Circuit; the bars of United States District Court for the Western District of Texas, the Southern District of Texas and the Northern District of Texas, request admission, *pro hac vice,* to represent Southwest Research Institute in the Chapter 11 case of General Motors Corporation, *et al.*, certain of its direct and indirect subsidiaries.

| | |
|---|---|
| Mailing Address: | Michael M. Parker<br>Fulbright & Jaworski L.L.P.<br>300 Convent Street, Suite 2200<br>San Antonio, Texas 78205 |
| Telephone: | 210/224.5575 |
| Email: | mparker@fulbright.com. |

75774247.1

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 29, 2009

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

By: /s/ Michael M. Parker
Michael M. Parker
Colorado Bar No.: 024166
Texas Bar No.: 00788163
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
mparker@fulbright.com

Mark C. Haut
666 Fifth Avenue
New York, NY 10103-3198
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2009, a copy of the above Motion For Admission To Practice, Pro Hac Vice was served by either First Class U.S. Mail or by Electronic Notification to those parties listed on the attached service list:

*/s/ Mark C. Haut*

75774247.1

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
GENERAL MOTORS CORPORATION, *et al.*,                        :   Case No. 09-50026 (REG)
                                                             :
                     Debtors.                                :   (Jointly Administered)
                                                             :
------------------------------------------------------------ x

## SERVICE LIST

| | | |
|---|---|---|
| General Motors Corporation<br>300 Renaissance Center<br>Detroit, MI  48265-3000 | Joseph R. Sgroi<br>Robert B. Weiss<br>Tricia A. Sherick<br>Honigman Miller Schwartz Cohn<br>2290 First National Bldg.<br>660 Woodward Avenue<br>Detroit, MI  48226<br>Jsgroi@Honigman.Com<br>Rweiss@Honigman.Com<br>Tsherick@Honigman.Com | Stephen Karotkin<br>Harvey R. Miller<br>Joseph H. Smolinsky<br>Weil Gotshal & Manges, Llp<br>767 Fifth Avenue<br>New York, NY  10153<br>Stephen.Karotkin@Weil.Com |
| U. S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 | Alpine Electronics<br>19145 Gramercy Place<br>Torrance, CA  90501-1162 | Visteon Corporation<br>c/o Michael C. Hammer<br>Dickinson Wright, PLLC<br>301 E. Liberty, Suite 500<br>Ann Arbor, MI  48104-2283 |
| Magna International, Inc.<br>c/o Kerry Masters Ewald<br>Dickinson Wright PLLC<br>424 Church Street, Suite 1401<br>Nashville, TN  37219-2392 | Magna International, Inc.<br>c/o James A. Plemmons<br>Dickinson Wright PLLC<br>500 Woodward Ave., Suite 4000<br>Detroit, MI  48226-5403 | Al Koch<br>AP Services, LLC<br>200 Town Center, Suite 2400<br>Southfield, MI  48075 |
| Magna International, Inc.<br>c/o Doron Yitzchaki<br>Dickinson Wright, PLLC<br>301 E. Liberty, Suite 500<br>Ann Arbor, MI  48104-2283 | Mark Browning<br>Assistant Attorney General<br>Bankruptcy & Collections Div.<br>P.O. Box 12548<br>Austin, TX  78711-2548 | Ohio Attorney General<br>c/o Victoria D. Garry<br>441 Vine Street, Suite 1600<br>Cincinnati, OH  45202-2821 |
| Missouri Dept. of Revenue<br>P.O. Box 475<br>Jefferson City, MO  65105-0475 | Severstal North America, Inc.<br>c/o Deborah L. Fish<br>Allard & Fish, PC<br>535 Griswold, Suite 2600<br>Detroit, MI  48226-3687 | Superior Acquisition, Inc.<br>c/o David T. Lin<br>Seyburn, Kahn, Ginn, et al.<br>2000 Town Center, Suite 1500<br>Southfield, MI  48075-1148 |

75774247.1

Superior Industries International
c/o James M. Sullivan
Arent Fox LLP
1675 Broadway
New York, NY   10019-5820

Vesteon Corporation
c/o James A. Plemmons
Dickinson Wright, PLLC
500 Woodward Ave, Suite 4000
Detroit, MI   48226

Valeo Sylvania
c/o Deborah Kovsky-Apap
Pepper Hamilton, LLP
100 Renaissance Center
Suite 3600
Detroit, MI   48243

Iron Mountain Info Mgmt, Inc.
c/o Frank F. McGinn
Bartlett Hackett Feinberg PC
155 Federal Street, 9th Floor
Boston, MA   02110-1610

Local Texas Taxing Authorities
c/o Michael Reed
P.O. Box 1269
Round Rock, TX   78680-1269

Specialty Engine Components
c/o Richard W. Martinez, APLC
228 St. Charles Ave, Suite 1310
New Orleans, LA   70130-2644

W.A. Thomas Company
c/o Richard W. Martinez, APLC
228 St. Charles Ave., Suite 1310
New Orleans, LA   70130-2644

Norfolk Southern Corp
c/o David J. Baldwin
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Fl
Wilmington, DE   19801-6101

Carrollton-Farmers Branch ISD
c/o Andrea Sheehan
Law Office of Robert Luna, PC
4411 North Central Expressway
Dallas, TX   75205-4120

BP/CGCenter I LLC
c/o Larry Levick
Singer & Levick, PC
16200 Addison Rd., #140
Addison, TX   75001-5376

The Garden City Group, Inc.
Attn:  Karen Shaer
105 Maxess Road
Melville, NY   11747-3827

Texas Comptroller
Mark Browning
c/o Sherri K. Simpson, Paralegal
P.O. Box 12548
Austin, TX   78711-2548

Saturn of Hempstead, Inc.
c/o Robinson Brog, et al.
1345 Avenue of Americas
31st Floor
New York, NY   10105-0302

75774247.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | x : | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | : : | Case No. 09-50026 (REG) |
| Debtors. | : : | (Jointly Administered) |
| | x | |

## ORDER ADMITTING
## MICHAEL M. PARKER TO PRACTICE, *PRO HAC VICE*

Michael M. Parker, a member of good standing of the bars of Texas and Colorado and the bar of the United States Court of Appeals, Fifth Judicial Circuit; the bars of United States District Court for the Western District of Texas, the Southern District of Texas and the Northern District of Texas, having requested admission, *pro hac vice*, to represent Southwest Research Institute in the Chapter 11 case of General Motors Corporation, and certain of its direct and indirect subsidiaries, as debtors and debtors in possession, in the above-referenced chapter 11 cases;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Michael M. Parker is admitted to practice, *pro hac vice*, in the above referenced chapter 11 cases, in the United States Bankruptcy Court Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2009

ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE

75774247.1        - 5 -