Michael P. Richman (MR 2224)
Mark A. Salzberg (*pro hac vice*)
James Chadwick (*pro hac vice*)
Melissa Iachan (MI 1270)
PATTON BOGGS LLP
1185 Avenue of the Americas, 30th Floor
New York, NY 10036
(646) 557-5100 (Telephone)
(646) 557-5101 (Facsimile)

*Counsel For Unofficial Committee*
*Of Family & Dissident GM Bondholders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In re                                                : Chapter 11
                                                     :
GENERAL MOTORS CORP., *et al.*,                      : Case No. 09-50026 (REG)
                                                     :
                                        Debtors.     : Jointly Administered
                                                     :
                                                     :
------------------------------------------------------------X

### NOTICE OF COUNTER-ORDER

PLEASE TAKE NOTICE that a proposed Counter-Order, a copy of which is annexed hereto, will be presented for signature to the Honorable Robert E. Gerber, Bankruptcy Judge, in the United States Bankruptcy Court, One Bowling Green, New York, NY 10004 on June 30, 2009 at 12:00 P.M.

PLEASE TAKE NOTICE that objections or counter-orders must be served on the undersigned at the address below; filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York; and the Chambers of Bankruptcy Judge Robert E. Gerber so as to be filed and received not later than June 30, 2009 at 11:00 a.m.

5928

Dated: June 29, 2009
New York, NY

                PATTON BOGGS LLP

                /s/ *Michael P. Richman*
                Michael P. Richman (MR 2224)
                Mark A. Salzberg (*pro hac vice*)
                James Chadwick (*pro hac vice*)
                Melissa Iachan (MI 1270)
                1185 Avenue of the Americas, 30th Floor
                New York, NY  10036
                Telephone:  (646) 557-5180
                Facsimile:  (646) 557-5101

                *Counsel for Unofficial Committee*
                *Of Family & Dissident GM Bondholders*

To:    Diana G. Adams, United States Trustee
       Brian S. Masumoto, Trial Attorney
       33 Whitehall Street
       21st Floor
       New York, NY 10004
       (212) 510-0500

       Harvey R. Miller, Esq.
       Weil, Gotshal & Manges LLP
       767 Fifth Avenue
       New York, New York 10153

       Kenneth H. Eckstein, Esq.
       Kramer Levin Naftalis & Frankel LLP
       1177 Avenue of the Americas
       New York, New York 10036

       David M. Feldman, Esq.
       Gibson, Dunn, & Crutcher LLP
       200 Park Avenue
       New York, New York 10166

       Jennifer Christian, Esq.
       KelleyDrye & Warren LLP
       101 Park Avenue
       New York, New York 10178

5928

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re                                              :   Chapter 11
                                                   :
GENERAL MOTORS CORP., *et al.*,                    :   Case No. 09-50026 (REG)
                                                   :
                              Debtors.             :   Jointly Administered
                                                   :
                                                   :
---------------------------------------------------------------X

**ORDER DENYING MOTION OF THE UNOFFICIAL COMMITTEE OF FAMILY &
DISSIDENT GM BONDHOLDERS FOR AN ORDER DIRECTING THE UNITED
STATES TRUSTEE TO APPOINT AN OFFICIAL COMMITTEE OF FAMILY &
DISSIDENT BONDHOLDERS**

This matter coming before the Court on the Motion of the Unofficial Committee of Family & Dissident GM Bondholders for an Order Directing the United States Trustee to Appoint an Official Committee of Family & Dissident GM Bondholders (the "Motion"); the Court having reviewed the motion and having heard argument on the Motion, and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (c) notice of the Motion and the hearing on the Motion was sufficient under the circumstances;

IT IS HEREBY ORDERED THAT, for the reasons stated on the record at the hearing held on June 23, 2009:

The Motion is DENIED.

Dated: New York, New York
June ___, 2009

                                                   _____
                                                   HONORABLE ROBERT E. GERBER
                                                   UNITED STATES BANKRUPTCY
                                                   JUDGE

5928