UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
          :
In re     :    Chapter 11 Case No.
          :
GENERAL MOTORS CORP., *et al.*,   :    09-50026 (REG)
          :
          Debtors.    :    (Jointly Administered)
          :
-----------------------------------------------------------------x    Ref. Docket Nos. 2362

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Angharad Bowdler, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 24, 2009, I caused to be served the "Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m), and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, to (I) Approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement With Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Hearing," dated June 24, 2009 [Docket No. 2362], by causing true and correct copies to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the parties listed on the attached Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              /s/ Angharad Bowdler
Sworn to before me this                                       Angharad Bowdler
26th day of June, 2009

/s/ Diane M. Streany
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20/0

**EXHIBIT A**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
(counsel for GM)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Phone: (212) 310-8500

**United States Trustee:**
Diana G. Adams, Brian S. Masumoto
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004


**U.S. Attorney's Office**
David S. Jones
Matthew L. Schwartz
United States Attorney's Office, S.D.N.Y.
86 Chambers Street
Third Floor
New York, NY 10007

**Attorneys for the Purchaser (US Government)**
John J. Rapisardi
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Phone: (212)504-6000



**Attorneys for EDC**
Michael J. Edelman
Michael L. Schein
Vedder Price, PC
1633 Broadway, 47th Floor
New York, NY 10019
Phone: (212)407-6970

**Attorneys for the UAW**
James L. Bromley
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Phone: (212) 225-2000

**Attorneys for the UAW**
Babette Ceccotti
Cohen, Weiss and Simon LLP
330 W. 42$_{nd}$ Street
New York, NY 10036
Phone: (212)356-0227