UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                          :

In re                                                         :        Chapter 11 Case No.

GENERAL MOTORS CORP., *et al.*,       :        09-50026 (REG)

                          Debtors.           :        (Jointly Administered)

                                                          :
------------------------------------------------------------x        Ref. Docket Nos. 2317, 2319, 2232,
                                                                       2265, and 2266

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

Angharad Bowdler, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 23, 2009, I caused to be served the:

    a)    Reservation of Rights of the Official Committee of Unsecured Creditors to the Motion of Debtors for Entry of Orders Pursuant to 11 U.S.C. §§ 105, 361, 363 and 507 (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection to the Revolver Secured Parties, (III) Granting Adequate Protection to the Term Loan Secured Parties, and (IV) Scheduling A Final Hearing Pursuant to Bankruptcy Rule 4001, dated June 23, 2009 [Docket No. 2317], (the "Reservation of Rights for Cash Collateral"),

    b)    Reservation of Rights of the Official Committee of Unsecured Creditors to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364 (I) Authorizing the Debtors to Obtain Postpetition Financing, Including On an Immediate, Interim Basis; (II) Granting Superpriority Claims and Liens; (III) Authorizing the Debtors to Use Cash Collateral; (IV) Granting Adequate Protection to Certain Prepetition Secured Parties; (V) Authorizing the Debtors to Prepay Certain Secured Obligations In Full Within 45 Days; and (VI) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001, dated June 23, 2009 [Docket No. 2319], (the "Reservation of Rights for DIP"),

    c)    Limited Objection of the Official Committee of Unsecured Creditors to the Debtors' Application for an Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code Authorizing the Employment and Retention of Evercore Group L.L.C. as Investment Banker and Financial Advisor for the Debtors *Nunc Pro Tunc* to the Petition Date, dated June 23, 2009 [Docket No. 2232], (the "Objection to Evercore Application"),

d) Objection of the Official Committee of Unsecured Creditors to the Motion of the Ad Hoc Committee of Consumer Victims of General Motors for Appointment of an Official Committee of Tort Claimants, dated June 23, 2009 [Docket No. 2265], (the "Objection to Formation of Tort Committee"), and

e) Objection of the Official Committee of Unsecured Creditors to the Motion of the Ad Hoc Committee of Asbestos Personal Injury Claimants for an Order (I) Appointing a Legal Representative for Future Asbestos and Personal Injury Claimants and (II) Directing the United States Trustee to Appoint an Official Committee of Asbestos Personal Injury Claimants, dated June 23, 2009 [Docket No. 2266], (the "Objection to Formation of Asbestos Committee")

to be delivered as follows:

i. Reservation of Rights for Cash Collateral, Reservation of Rights for DIP, Objection to Evercore Application, Objection to Formation of Tort Committee, and Objection to Formation of Asbestos Committee enclosed securely in separate postage pre-paid envelopes to be delivered by overnight mail to those parties listed on the annexed Exhibit A.

ii. Objection to Formation of Tort Committee enclosed securely in separate postage pre-paid envelopes to be delivered by overnight mail to those parties listed on the annexed Exhibit B.

iii. Objection to Formation of Asbestos Committee enclosed securely in separate postage pre-paid envelopes to be delivered by overnight mail to those parties listed on the annexed Exhibit C.

iv. Objection to Evercore Application enclosed securely in separate postage pre-paid envelopes to be delivered by overnight mail to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
___ day of June, 2009

_____
Notary Public

# EXHIBIT A

General Motors Corporation,
Attn: Lawrence S. Buonomo
300 Renaissance Center
Detroit, MI 48265

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
(counsel for GM)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Phone: (212) 310-8500

**United States Trustee:**
Diana G. Adams, Brian S. Masumoto
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

**United States Treasury**
Matthew Feldman
U.S. Treasury
1500 Pennsylvania Ave. NW
Room 2312
Washington, DC 20220

**U.S. Attorney's Office**
David S. Jones
Matthew L. Schwartz
United States Attorney's Office, S.D.N.Y.
86 Chambers Street
Third Floor
New York, NY 10007

**Attorneys for the Purchaser (US Government)**
John J. Rapisardi
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Phone: (212)504-6000

**Attorneys for EDC**
Michael J. Edelman
Michael L. Schein
Vedder Price, PC
1633 Broadway, 47th Floor
New York, NY 10019
Phone: (212)407-6970

Daniel W. Sherrick
UAW
8000 East Jefferson Avenue
Detroit, MI 48214
Phone: (313) 926-5216

**Attorneys for the UAW**
James L. Bromley
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Phone: (212) 225-2000

**Attorneys for the UAW**
Babette Ceccotti
Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, NY 10036
Phone: (212)356-0227

**EXHIBIT B**

FOR TORT ONLY:
**Movant**

Barry E. Bressler
Richard A. Barkasy
Benjamin P. Deutsch
Schnader Harrison Segal & Lewis LLP
1600 Market Street
Suite 36oo
Philadelphia, PA 19103

KL2 2610392.1

**EXHIBIT C**

FOR ASBESTOS ONLY:
**Attorneys for Debtors**

Robert B. Weiss
Donald F. Baty
Tricia A. Sherick
Honigman Miller Schwartz and Cohn LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226

**Movant**
Sander L. Esserman
Stutzman Bromberg Esserman and Plifka
2323 Bryan Street
Suite 2200
Dallas, TX 75201

KL2 2610392.1

# EXHIBIT D

**FOR EVERCORE ONLY**:

William Repko
Evercore Group LLC
55 East 52nd Street
New York, NY 10055
TEL: 212.857.3100

KL2 2610392.1