Re: GM Bankrupt / 23 June 09
Dear Judge Gerber -

I am not some wealthy guy - just tried to buy some safe bonds.

Try to do the right and equitable thing -
Thank you



WILLIAM C RUSSELL
COL USAR
43 COLEPORT LNDG
ALAMEDA CA 94502-6514