KILPATRICK & ASSOCIATES, P.C.
903 N. Opdyke Road, Suite C
Auburn Hills, MI 48326
RICHARDO I. KILPATRICK, ESQ.
LEONORA K. BAUGHMAN, ESQ.
(248) 377-0700

ATTORNEYS FOR OAKLAND COUNTY TREASURER,
WAYNE COUNTY TREASURER, HÖEGH AUTOLINERS HOLDINGS AS,
HEIDTMAN STEEL PRODUCTS, INC., CITY OF DETROIT AND
DAJACO INDUSTRIES, INC.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (jointly administered) |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Leonora K. Baughman, a member in good standing of the bar of the State of Michigan, hereby request admission, *pro hac vice*, before the Honorable Robert E. Gerber, U.S.B.J., to represent Oakland County Treasurer, Wayne County Treasurer, Höegh Autoliners Holdings AS, Heidtman Steel Products, Inc., City of Detroit and Dajaco Industries, Inc. and to otherwise appear in connection with the above-referenced Chapter 11 cases and any related proceedings.

My Address is:   KILPATRICK & ASSOCIATES, P.C.
                 903 N. OPDYKE ROAD, SUITE C
                 AUBURN HILLS, MI 48326
E-mail Address:  lbaughman@kaalaw.com
Telephone number: (248) 377-0700

I agree to pay the required filing fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: June 29, 2009                    /S/ Leonora K Baughman

                                        LEONORA K. BAUGHMAN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.,* | Case No. 09-50026 (REG) |
| Debtors. | (jointly administered) |

**ORDER ADMITTING LEONORA K. BAUGHMAN, ESQ. TO PRACTICE, *PRO HAC VICE***

**ORDERED,** that Leonora K. Baughman, Esq. is admitted to practice, *pro hac vice*, in, and in connection with, the above-referenced Chapter 11 cases and any related adversary proceedings in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the required filing fee.

Dated:
    New York, New York

                                                                                              _____
                                                                                        HONORABLE ROBERT E. GERBER
                                                                                        UNITED STATES BANKRUPTCY JUDGE

2