**Sale Approval Hearing Date: June 30, 2009 at 9:45 a.m.**

NEBRASKA ATTORNEY GENERAL JON BRUNING
Leslie C. Levy
Assistant Attorney General
Nebraska State Bar No. 20673
The Nebraska Attorney General's Office
2115 State Capitol Building
Lincoln, Nebraska 68509-8920
Telephone: (402)471-2811
Fax: (402) 471-4725
leslie.levy@nebraska.gov

ATTORNEY FOR THE STATE OF NEBRASKA on behalf of
THE STATES OF ARKANSAS, ARIZONA, CALIFORNIA, CONNECTICUT,
COLORADO, DELAWARE, GEORGIA, IDAHO, IOWA, ILLINOIS, INDIANA,
KANSAS, KENTUCKY, LOUISIANA, MASSACHUSETTS, MARYLAND, MAINE,
MICHIGAN, MINNESOTA, MISSOURI, MISSISSIPPI, MONTANA, NEBRASKA
NORTH CAROLINA, NORTH DAKOTA, NEW JERSEY, NEW MEXICO,
NEVADA, OHIO, OKLAHOMA, PENNSYLVANIA, RHODE ISLAND, UTAH,
VIRGINIA, VERMONT, WASHINGTON, and WEST VIRGINIA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
In re:                                           :   CHAPTER 11
                                                 :
**GENERAL MOTORS CORP.,** *et al.*,              :   Case No. 09-50026 (REG)
                                                 :
                                                 :   **(Jointly Administered)**
           Debtors.                              :
-------------------------------------------------------------X

**LIMITED OBJECTION OF THE STATES OF ARKANSAS, ARIZONA,
CALIFORNIA, CONNECTICUT, COLORADO, DELAWARE, GEORGIA, IDAHO,
IOWA, ILLINOIS, INDIANA, KANSAS, KENTUCKY, LOUISIANA,**

**MASSACHUSETTS, MARYLAND, MAINE, MICHIGAN, MINNESOTA, MISSOURI, MISSISSIPPI, MONTANA, NEBRASKA, NORTH CAROLINA, NORTH DAKOTA, NEW JERSEY, NEW MEXICO, NEVADA, OHIO, OKLAHOMA, PENNSYLVANIA, RHODE ISLAND, UTAH, VIRGINIA, VERMONT, WASHINGTON, and WEST VIRGINIA**

The State of Wyoming joins the *LIMITED OBJECTION OF THE STATES OF Arkansas, Arizona, California, Connecticut, Colorado, Delaware, Georgia, Idaho, Iowa, Illinois, Indiana, Kansas, Kentucky, Louisiana, Massachusetts, Maryland, Maine, Michigan, Minnesota, Missouri, Mississippi, Montana, Nebraska, North Carolina, North Dakota, New Jersey, New Mexico, Nevada, Ohio, Oklahoma, Pennsylvania, Rhode Island, Utah, Virginia, Vermont, Washington, and West Virginia to Debtors' Sale Motion* [Doc. No. 2043].

Dated: June 29, 2009

Respectfully submitted,

        STATE OF NEBRASKA

        JON BRUNING,
        ATTORNEY GENERAL

        */s/Leslie C. Levy*
        Leslie C. Levy, # 20673
        Assistant Attorney General
        2115 State Capitol Building
        Lincoln, NE 68509-8920
        Tel.: (402) 471-2811
        Fax: (402) 471-4725
        leslie.levy@nebraska.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2009, a true and correct copy of the foregoing was served on all those parties receiving notice through the Court's ECF system and those parties below via U.S. Mail First Class, postage prepaid.

| | |
|---|---|
| Harvey Miller<br>Stephen Karotkin<br>Joseph H. Smolinsky<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | John J. Rapisardi<br>Cadwalader Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281 |
| James L. Bromley<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY  10006 | Babette Ceccotti<br>Cohen Weiss and Simon LLP<br>330 W. 42nd Street<br>New York, NY  10036 |
| Michael J. Edelman<br>Michael L. Schein<br>Vedder Price PC<br>1633 Broadway  47th Fl.<br>New York, NY  10019 | Diana G. Adams<br>Office of U. S. Trustee<br>33 Whitehall Street, 21st Fl.<br>New York, NY  10004 |
| David S. Jones<br>Matthew L. Schwartz<br>U. S. Attorney's Office<br>86 Chambers Street, 3rd Fl.<br>New York, NY  10007 | Warren Command Center,<br>Mailcode 480-206-114<br>General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025 |

Matthew Feldman, Esq.
U.S. Department of Treasury
1500 Pennsylvania Ave. NW, Room 2312
Washington, DC 20220

Kenneth Eckstien, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Lawrence S. Buonomo, Esq.
General Motors Corporation
300 Renaissance Center
Detroit, MI 48265

Daniel W. Sherrick
UAW
8000 E. Jefferson Ave.
Detroit, MI 48214

Gordon Z. Novod, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
gnovod@kramerlevin.com

<u>Chambers Copy</u>
Hon. Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, NY 10004-1408

Dated: <u>June 29, 2009</u>

*/s/   Leslie C. Levy*
Leslie C. Levy
Assistant Attorney General