June 23, 2009

Unites State bankruptcy Court
C/O Clerk's Office
One Bowling Green,
New York, New York 10004

Re: Recall/dispute with General Motors

Honorable Robert E. Gerber,

My name is Joyce Clark Love. I am writing this letter to seek relief from General Motors concerning my vehicle that Oldsmobile had a recall on. I receive the notice after my car caught fire. I also receive the enclose notice to file for objection on the 22nd of June 2009 in which it states I had until 6/19/09 to file. The original date of the letter
Is dated 6/2/09.

Oldsmobile had my correct address so I don't know why this letter took so long to reach me, not less they did not want me to file an objection.

I am only writing because I need my matter to be looked at. I am without transportation due to my car catching fire, if I would have gotten the notice of the recall sooner I could have had the car looked at. I am looking for a replaced vehicle, something to help me get around like I was prior to the car fire.

My car was my transportation to work, church, community activities, and my recovery meetings. I am a person recovering from alcohol and drugs and need to attend my self-help meetings.

Please see the attach reports form the Albany Police and Firefighters. Any help with this matter would be greatly appreciated.

Thanks for your time,

Joyce C. Love
518-449-5179 ext 112 Monday-Friday 8:30am-4:30pm
518-434-1520 H
518-630-2878 C

See other letters enclosed

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                           :     Chapter 11 Case No.
                                                :
GENERAL MOTORS CORP., *et al.*,                 :     09-50026 (REG)
                                                :
                              Debtors.          :     (Jointly Administered)
                                                :
------------------------------------------------------------x

### NOTICE OF SALE HEARING TO SELL SUBSTANTIALLY ALL OF DEBTORS' ASSETS PURSUANT TO MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER

PLEASE TAKE NOTICE THAT upon the motion (the "Motion"), of General Motors Corporation ("GM") and its debtor subsidiaries, as debtors in possession (collectively, the "Debtors" or the "Company"), dated June 1, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has issued an order dated June 2, 2009 (the "Sale Procedures Order"), among other things, (i) scheduling a hearing (the "Sale Hearing") to approve (a) the Master Sale and Purchase Agreement, dated as of June 1, 2009 (the "MPA"), by and among GM and its Debtor subsidiaries (collectively, the "Sellers") and Vehicle Acquisition Holdings LLC. (the "Purchaser"), a purchaser sponsored by the United States Department of the Treasury (the "U.S. Treasury"), with respect to the sale of substantially all the Debtors' assets (the "Purchased Assets") free and clear of all liens, claims, encumbrances, and other interests, and subject to higher or better offers (the "363 Transaction"); (b) the assumption, assignment, and sale to the Purchaser pursuant to the MPA of certain executory contracts and unexpired leases of personal property and nonresidential real property (the "Assumable Executory Contracts"); and (c) the settlement agreement (the "UAW Retiree Settlement Agreement"), between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"); (ii) approving certain procedures for the submission and acceptance of any competing bids (the "Sale Procedures"); (iii) approving a procedure for the assumption, assignment, and sale to the Purchaser pursuant to the MPA of the Assumable Executory Contracts; (iv) approving the form and manner of notice of the Motion and the relief requested therein and of the Sale Hearing; and (v) setting a deadline for the filing of objections, if any, to the relief requested in the Motion.

A.    THE MASTER SALE AND PURCHASE AGREEMENT

The total consideration under the MPA for the sale of the Purchased Assets is equal to the sum of (i) a credit bid in the amount of the outstanding indebtedness owed to the Purchaser as of the closing pursuant to certain secured loans extended by the U.S. Treasury and Export Development Canada, less approximately $8 billion (estimated to be approximately $48.3 billion at July 31, 2009); (ii) the surrender of a warrant to purchase GM shares previously issued to the U.S. Treasury in connection with the secured loans extended by the U.S. Treasury; (iii) the

issuance to GM of shares of common stock of the Purchaser representing approximately 10% of the common stock of the Purchaser as of the closing of the sale; (iv) the issuance to GM of warrants to purchase up to 15% of the shares of common stock of the Purchaser on a fully diluted basis, with one half exercisable at any time prior to the seventh anniversary of issuance at an initial exercise price based on a $15 billion equity value of the Purchaser and the other half exercisable at any time prior to the tenth anniversary of issuance at an initial exercise price based on a $30 billion equity value of the Purchaser (GM can elect partial and cashless exercises of the warrants); and (v) the assumption by the Purchaser of certain assumed liabilities, all as set forth more fully in the MPA, a copy of which is annexed to the Motion as Exhibit "A." In addition, if the aggregate amount of allowed general unsecured claims against the Debtors exceeds $35 billion, as estimated by an order of the Bankruptcy Court (which the Debtors may seek at any time), GM will receive an additional 2% of the common stock of the Purchaser as of the closing of the sale.

B.   THE SALE HEARING

The Sale Hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on June 30, 2009, at 9:45 a.m. (Eastern Time). The Sale Hearing may be adjourned without notice by an announcement of the adjourned date at the Sale Hearing.

**RESPONSES OR OBJECTIONS, IF ANY, TO THE RELIEF SOUGHT IN THE MOTION SHALL BE FILED** with the Clerk of the Bankruptcy Court and served upon: (a) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (b) Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (c) the attorneys for the Creditors Committee; (d) Cleary Gottlieb Steen & Hamilton LLP, the attorneys for the UAW, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esq.); (e) Cohen, Weiss and Simon LLP, the attorneys for the UAW, 330 W. 42nd Street, New York, New York 10036 (Attn: Babette Ceccotti, Esq.); (f) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (g) the Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004; and (h) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), **SO AS TO BE RECEIVED NO LATER THAN JUNE 19, 2009, AT 5:00 P.M. (EASTERN TIME) (the "Objection Deadline").**

The failure of any person or entity to file a response or objection on or before the Objection Deadline shall be deemed a consent to the 363 Transaction and the other relief requested in the Motion, and shall bar the assertion, at the Sale Hearing or thereafter, of any objection to the Sale Procedures, the Motion, the 363 Transaction, the approval of the UAW Retiree Settlement Agreement, and the Debtors' consummation of the 363 Transaction.

# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

## Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtors listed below was filed on June 1, 2009.

You may be a creditor of the Debtors. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. **You are not being sued or forced into bankruptcy.** All documents filed with the Bankruptcy Court, including lists of the Debtors' assets and liabilities, will be available for inspection at the Office of the Clerk of the Bankruptcy Court or by accessing the Bankruptcy Court's website, www.nysb.uscourts.gov, as well as (A) by written request to the Debtors' Claims and Noticing Agent, The Garden City Group, Inc., at the following addresses: (i) if sending by regular mail: GM Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286; (ii) if sending by overnight or hand delivery: GM Claims Agent, 105 Maxess Road, Melville, New York 11747, (B) by phone at 703-286-6401, or (C) by accessing its website http://www.gmcourtdocs.com. Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website, http://pacer.psc.uscourts.gov).

NOTE: The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and the Debtors' Claims and Noticing Agent cannot give legal advice.

See Reverse Side for Important Explanations

| Debtors: | Case Number: | Tax ID Number: |
|---|---|---|
| General Motors Corporation | 09-50026 (REG) | 38-0572515 |
| Chevrolet-Saturn of Harlem, Inc. | 09-13558 (REG) | 20-1426707 |
| Saturn, LLC | 09-50027 (REG) | 38-2577506 |
| Saturn Distribution Corporation | 09-50028 (REG) | 38-2755764 |

| All other names used by the Debtors in the last 8 years: | Attorney for Debtors |
|---|---|
| General Motors Corporation<br>　　GMC Truck Division and NAO Fleet Operations<br>　　GM Corporation-GM Auction Department<br>　　National Car Rental<br>　　National Car Sales<br>　　Automotive Market Research<br>Chevrolet-Saturn of Harlem, Inc.<br>　　CKS of Harlem<br>Saturn, LLC<br>　　Saturn Corporation<br>　　Saturn Motor Car Corporation<br>　　GM Saturn Corporation<br>　　Saturn Corporation of Delaware | Harvey R. Miller<br>Stephen Karotkin<br>Joseph H. Smolinsky<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007 |

### Meeting of Creditors
Date: July 27, 2009    Time: 1:00 P.M.    Location: Hilton New York, 1335 Avenue of the Americas, New York, NY 10019 (212) 586-7000

### Deadline to File a Proof of Claim
Notice of deadline will be sent at a later time.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:
Notice of deadline will be sent at a later time.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>United States Bankruptcy Court<br>One Bowling Green, New York, New York 10004<br>Telephone: 212-668-2870 | **For the Court:**<br>Clerk of the Bankruptcy Court: Vito Genna |
|---|---|
| Hours Open: 8:30 am to 5:00 pm | Date: June 3, 2009 |

NY2:\1991693\12\16_ST12!.DOC\72240.0635

C.      COPIES OF THE MOTION AND SALE PROCEDURES ORDER

This Notice provides only a partial summary of the relief sought in the Motion and the terms of the Sale Procedures Order. Copies of the Motion, the MPA (excluding certain commercially sensitive information), and Sale Procedures Order are available for inspection (i) by accessing (a) the website of the Bankruptcy Court at http://www.nysb.uscourts.gov, or (b) the website of the Debtors' claims and noticing agent, The Garden City Group, Inc., at http://www.gmcourtdocs.com or (ii) by visiting the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408. Copies also may be obtained by faxing a written request to the attorneys for the Debtors, Weil, Gotshal & Manges LLP (Attn: Russell Brooks, Esq.) at 212-310-8007.

Dated:  New York, New York
        June 2, 2009

                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York 10153
                                Telephone: (212) 310-8000
                                Facsimile: (212) 310-8007

                                Attorneys for Debtors
                                and Debtors in Possession

*[handwritten annotation: Garden City group 401 703-286-6401]*

June 18, 2009

President Obama, United States
C/o The White House
1600 Pensvayania Ave
Washington DC

Re: Chrysler Dealership

Dear Mr. President,

I am writing on behalf of a recall that I received in May 2009 from the Chryslers Dealership concerning my 1998 Oldsmobile Intrigue. I was sent a letter stating the recall due to a possibility of my car could catch on fire.

Well Mr. President my car did catch on fire in February 2009. I had driven my car to work and parked it outside of my employment and within 20 minutes it was smoking then engulfed in flames. (Documents/reports enclosed). I contacted Oldsmobile headquarters and sent them the requested documents. I was told I would hear from someone in 10 days. 10 days came and gone no reply from Chrysler I had to call them.

I was told by a representive that due to the bankruptcy nothing would be done with my case at this time.

Mr. President my car was used to get back and forth to work, (drug counselor coordinator of a men's half-way house) to assist in helping my homebound mother who is recovering from a stroke, church, and to my self-help meetings. I am a person who is in recovery celebrating 19 years, 10 months clean and need to continue to go to meetings. By my car having a defect and catching on fire has been a real strain on my daily and community activities.

I am aware that my car might have not been a prize to any one else due to its age, but it was a prize to me. I had a nice stereo system that my husbands purchase for my music enjoying pleasure.   Due to the situation with Chrysler does this mean that they do not have to honor my defected vehicle.

I am not looking for money I would just be glad to have my wheels replaced. I know you are a busy man because I see you everyday on TV, but I am to. I just want to know can Chryslers still honor defects of there vehicles while going through bankruptcy.

Any consideration to resolve this matter would be greatly appreciated. I would even be glad to have your old car☺
Sincerely
/Joyce C. Love              518-4341520h/518449-5170w/518-6302878c
45 Twiller Street
Albany, New York 12209



Joyce C Love
45 Twiller St # 2
Albany, NY 12209-2136

*71-727 619 915*
*Service Code*
*42996 M/s Tiffany Collins*

Dear Joyce C Love:

This notice is sent to you in accordance with the requirements of the National Traffic and Motor Vehicle Safety Act.

General Motors has decided that a defect, which relates to motor vehicle safety, exists in certain 1998 model year Oldsmobile Intrigue vehicles equipped with a 3.8L V6 naturally aspirated engine. As a result, GM is conducting a safety recall. We apologize for this inconvenience. However, we are concerned about your safety and continued satisfaction with our products.

> ### IMPORTANT
> - Your 1998 model year Oldsmobile Intrigue, VIN 1G3WS52K5WF323160, is involved in safety recall 09047.
> - Schedule an appointment with your nearest General Motors dealer.
> - This service will be performed for you at **no charge.**

**Why is your vehicle being recalled?**

An underhood fire may be caused by drops of engine oil, from seepage or spillage, being deposited on the exhaust manifold through hard braking. If the manifold is hot enough, the oil may ignite into a small flame and, in some instances, the fire may spread to the plastic spark plug wire channel and beyond. If this occurs, there could be a fire in your vehicle and nearby property.

**What will we do?**

Your nearest General Motors dealer will replace the spark plug wire channel with new spark plug wire retainers. This service will be performed for you at **no charge.** Because of service scheduling requirements, it is likely that your dealer will need your vehicle longer than the actual service correction time of approximately 15 minutes.

There are two very important precautions you should take before your vehicle is serviced:

- We strongly recommend you not park your vehicle in a garage, car port, or other structure.

- If you notice a burning odor, you should have your GM dealer inspect your vehicle immediately. The dealer will inspect your vehicle without charge.



May 28, 2009

Oldsmobile
P.O.Box 909989
Milwaukee, WI53209-9989

Dear Oldsmobile,

I receive a copy of the enclosed paperwork concerning my Oldsmobile intrigue. I wish I would have received this information sooner. My car caught fire on 2/4/2009. I had just had an oil change in 12/08. I appreciated the notification but the damage has been done.

The car did have a burning odor but I thought it was the tale pipe or a car going by, while I was driving. I drove my care to work, and parked it, in front of my place of employment. While in the building the residents and staff could smell smoke from outside of the building. Several residents came in to inform me that my car was smoking, a minute later fire started coming out from under the front hood.

My car was completed total by the fire, the whole front engine, and both front tires/ wheels caught fire it was a total lost. I did have insurance on the car but just liability.

I loved my intrigue; it ran nice this was my transportation to work, church and other community activities that I am involved in. I had an expensive stereo system in the car and in the trunk there was a mounted 12 CD changer. The car had to be towed to the junk yard.

It has really been a burden without any car. Because of this recall I am hoping that I can be compensated for my car due to the defects that are mention in your recall notification.

Enclose you will find attached to this letter is, a police report, a fire report, copy of my last oil change and the name of my then insurance company.

Any consideration that you may give this request will be greatly appreciated.

Thanks

Joyce C. Love
45 Twiller Street
Albany, New York 12209
H-518-434-1520
W-518-449-5170 8am-4:30pm
C-518-630-2878

LOVE,JOYCE,C
166 S PEARL ST 1
ALBANY NY          12202

005179



### CERTIFICATE OF TITLE

**NEW YORK STATE**

www.nysdmv.com

| Title and Identification No. | Year | Make | Model Code | Body/Hull | **LIENS** Document No. |
|---|---|---|---|---|---|
| 1G3WS52K5WF323160 1G3WS52K5WF323160 | 1998 | OLDSM | INT | 4DSD | 907524Q |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| GR | 3370 | GAS | 6 | USED | VEHICLE | 6/30/08 |

Name and Address of Owner(s)

ODOMETER READING: EXEMPT
EXEMPT
VEHICLE OVER 10 YEARS OLD

LOVE,JOYCE,C
166 S PEARL ST 1
ALBANY NY         12202

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder
JSAC INC
740 STATE STREET
SCHENECTADY NY    12307

Lienholder                                02
* ONE LIEN RECORDED *

Lienholder
* ONE LIEN RECORDED *

Lienholder
* ONE LIEN RECORDED *

MV-999 (7/03)

**DEPARTMENT OF MOTOR VEHICLES**

Albany City Fire Dept
28 Broad St
Albany NY 12202

Albany Police Dept
165 Henry Johnson Blvd
Albany NY 1220
518 462-3261

Nation wide Insurance
Neil Douglas

518 - 783 - 311

1043 Troy Schnectady Rd
~~Latham~~
Latham, ~~NY~~
New York

*Albany City Fire Department*
*518-447-7879*
*28 Broad St, Albany, New York 12202*

Incident Report

| NYS Incident Report | Station | | Alarm Box | District 105 | Time In 0857 | Revised Report |
|---|---|---|---|---|---|---|
| | Incident No. 041241 | Exp. 00 | Mo. Day Yr. 02/04/09 | Alarm Time 0805 | Time Out 0805 | Arr. Time 0808 |

| INCIDENT ADDRESS | Street ELIZABETH & SECOND AVE. City ALBANY    Zip 12202 | Rm. or Apt. |
|---|---|---|
| OCCUPANT NAME: | LOVE, JOYCE ───(last,first)─── | Census Tract No. |
| OWNER NAME: | ───(last,first)─── | Mutual Aid |
| OWNER ADDRESS | Street City    State    Zip | |

**Method of Alarm**
 Telephone

**Type of Situation Found**
- Vehicle fire

**Type of Action Taken**
 Primary:   Extinguishment
 Secondary: Salvage

**Ignition Factor**

| FIRE SERVICE RESPONSE: Personnel   - 006 Engines    - 001 Aerials    - 001 Tankers    - 000 Other Vehicles - 000 | No. Incident-related Injuries: Fire Service - 000  Other - 000 |
|---|---|
| | No. Incident-related Fatalities: Fire Service - 000  Other - 000 |

**IF HAZARDOUS MATERIALS ARE INVOLVED:**
 Class  -
 Amount -

SIP—

FIRES ONLY:

| Fixed Property Use |
|---|
| Multi-Use Prop. Complex |
| Area of Fire Origin<br>- Engine, running gear, wheel area. |
| Equipment Involved in Ignition<br>- Vehicle, exhaust systems, vehicle parts. |
| Form of Heat Ignition<br>- Heat from hot object not classified above. |
| Type of Material Ignited<br>- Multiple types of material first ignited. |
| Form of Material Ignited<br>- Other form of material not classified above. |
| If Heating Equipment Involved<br>  Type of fuel used: |
| Property Damage Classification<br>  Value:         Damaged: |
| Condition Upon Arrival<br> Open flame |
| Mobile Property Type<br>- Automobile |
| Property Abandoned/Vacant |
| ──(yr)(make)──────(model)──────(st)(lic. #)────(serial/vin#)──<br>If Mobile Property:<br>   98  OLDSMOBILE        INTRIGUE         NY  EGS6093       1G3WS52K5WF323I60<br>If Equipment Involved in Ignition:<br>──(yr)(item)──────(make)──────(model)──────(serial/vin#)── |

Page: 3

**STRUCTURAL FIRES ONLY:**

| Number of Stories |
| --- |
| Building Height: |
| Level of Fire Origin: |

| Extent of Damage |
| --- |
| Fire: |
| Smoke: |
| Water: |

| Construction Type |
| --- |
|  |

| Sprinkler Performance |
| --- |
|  |

| Detector Performance: |
| --- |
| Type of closest unit: |
| Power Supply: |
| Operation: |
| If Defective - Brand Name: |
| Serial #: |

Page: 4

| FIRE REFERRED FOR INVESTIGATION TO: | LT. KAPCZYNSKI | Signal: | | Date: 02/04/09 |
|---|---|---|---|---|
| ADDITIONAL DEPARTMENT INFORMATION: | | | | |
| Item    Code | Item    Code | | Item    Code | |
| OFFICER IN CHARGE:    M. COX         CAPT. | | | | |
| MEMBER MAKING REPORT: ——(name)—— ——(position)—— | | | | 02/04/09 ——(date)—— |
| REMARKS: FIRE IN ENGINE COMPARTMENT INVESTIGATION REFFERED TO LT. KAPCZYNSKI | | | | |

**EMS ONLY**

> Refused Aid (Y/N):
>
> Refused Transport:
>
> Number of Patients treated:
>
> Nunber of Patients Transported:
>
> Was an Anbulance dispached and then cancelled (Y/N):
>
> Dispatched as PIAA and situation found non_EMS standby (Y/N):

| 1. Agency | 2. Division/Precinct | 3. State | 4. ✓ Original ☐ Supp | 5. Master Incident No. | 6. Incident No. |
|---|---|---|---|---|---|
| ALBANY PD | SSTA | ALBANY POLICE | | 09041242 | 09041242 |

| 7. Report Day | 8. Date | 9. Report Time | Occurred On/From: → | 10. Day | 11. Date | 12. Time | Occurred To: → | 13. Day | 14. Date | 15. Time |
|---|---|---|---|---|---|---|---|---|---|---|
| Wed | 2 4 2009 | 08:05 | | Wed | 2 4 2009 | 08:05 | | Wed | 2 4 2009 | 08:05 |

| 16. Incident Type | 17. Business Name | 18. Weapon(s) |
|---|---|---|
| FIRE CALL | | |

| 19. Incident Address | 20. City, State, ZIP | 21. Location Code |
|---|---|---|
| ELIZABETH ST/SECOND AV | ALBANY, NEW YORK | 0101 |

| 22. OFF. NO. | LAW | SECTION | SUB | CL | CAT | DEG | ATT | NAME OF OFFENSE | CTS | 23. No. of Victims |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | 1 |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | 24. No. of Suspects: 0 |

25. Person Type: CO = Complainant OT = Other PI = Person Interviewed PR = Person Reporting WI = Witness NI = Not Interviewed VI = Victim     26. Victim also complainant

| TYPE/NO | NAME (LAST, FIRST, MIDDLE, TITLE) | Date of Birth | STREET NO., STREET NAME, BLDG. NO. APT. NO. CITY, STATE, ZIP | Telephone No. |
|---|---|---|---|---|
| VI | LOVE  JOYCE  C | 09/20/1956 | 166 S PEARL ST APT I   ALBANY   NY   12202 | |

| 27. Date of Birth | 28. Age | 29. Sex | 30. Race | 31. Ethnic | 32. Handicap | 33. Residence Status |
|---|---|---|---|---|---|---|
| 09/20/1956 | 52 | Female | Black | Non-Hispanic | No | Resident |

# ALBANY POLICE

518-462-3261     165-Henry Johnson Blvd
Albany, New York 12211

| Suspect No. | Status | Type | Quantity/Measure | Make or Drug Type | Model | Serial No. | Description | Value |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 59. Vehicle Status | 60. License Plate No | 61. State | 62. Exp. Yr. | 63. Plate Type | 64. Value |
|---|---|---|---|---|---|
| 04 | EGS6093 | NY | 2010 | PAS | 0.00 |

| 65. Veh. Yr. | 66. Make | 67. Model | 68. Style | 69. VIN. |
|---|---|---|---|---|
| 1998 | OLDS | | 4D | |

| 70. Color(s) | 71. Towed By: To: | 72. Vehicle Notes |
|---|---|---|
| DGR | | engine fire smoke da |

73. on the above date, time and location undersigned responded to area for a car fire. above car was involved and parked on corner when unknown problem occured inside engine causing it to catch on fire. fire investigar stated fire was non suspicious. afd on scene.

| 74. Inquiries: ☐ DMV ☐ Want/Warrant ☐ Scofflaw ☐ Crim. History ☐ Stolen Property ☐ Other | 75. NYSPIN Message No. | 76. Complainant Signature |
|---|---|---|
| 77. Reporting Officer Signature (Include Rank) MIKA, IAN | 78. ALBANY POLICE | 79. Supervisor's Signature (Include Rank) GIBBONS, THOMAS   ALBANY POLICE |
| 81. Status  03  CLOSED | | 82. Status Date  02 04 2009   83. Notified/TOT |

Page 1 of 1 Pages

DCJS-3205 (11/94) *FALSE STATEMENTS ARE PUNISHABLE AS A CRIME, PURSUANT TO THE NEW YORK STATE PENAL LAW     APDIR 1.0