UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

In re                                                                              :     Chapter 11
                                                                                         Case No. 09-50026 (REG)
                                                                                         (Jointly Administered)
General Motors Corp., *et al.*,                                        :

                                        Debtors.                       :     CERTIFICATE OF
                                                                                         SERVICE
------------------------------------------------------------------------ X

I, Andrew M. Scott, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 25th day of June 2009, the Notice of Appearance and Request for Service of Papers dated June 25, 2009 and the Limited Objection of the Kuo Entities to Debtors' Proposed Cure Costs dated June 25, 2009 with Exhibits A and B were served by e-mail, by facsimile, by hand and by Federal Express, as indicated, upon:

**Via Email:**

Harvey.miller@weil.com
Stephen.karotkin@weil.com
Joseph.smolinsky@weil.com
John.rapisardi@cwt.com
keckstein@kramerlevin.com
tmayer@kramerlevin.com
gnovod@kramerlevin.com
mjedelman@vedderprice.com
mschein@vedderprice.com

**Via Fax:**

| To | At | Fax | Phone |
| --- | --- | --- | --- |
| Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq. | Weil, Gotshal & Manges LLP | 212-310-8007 | 212-310-8000 |
| John J. Rapisardi, Esq. | Cadwalader, Wickersham & Taft LLP | 212-504-6666 | 212-504-6000 |

| To | At | Fax | Phone |
|---|---|---|---|
| Kenneth H. Eckstein, Esq. Thomas Moers Mayer, Esq. Gordon Novod, Esq. | Kramer Levin Naftalis & Frankel LLP | 212-715-8000 | 212-715-9100 |
| Michael J. Edelman, Esq. Michael L. Schein, Esq. | Vedder Price, P.C. | 212-407-7799 | 212-407-7700 |
| Diana G. Adams, Esq. Brian Masumoto, Esq. Andrew D. Velez-Rivera, Esq. | Office of the U.S. Trustee for the Southern District of New York | 212-668-2255 | 212-510-0500 |
| Matthew Feldman, Esq. | U.S. Treasury | 202-622-0073 | 202-622-2000 |

**By Hand:**

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Diana G. Adams, Esq.
Brian Masumoto, Esq.
Andrew D. Velez-Rivera, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein, Esq.
Thomas Moers Mayer, Esq.
Gordon Novod, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn:  Harvey R. Miller, Esq.
Attn:  Stephen Karotkin, Esq.
Attn:  Joseph H. Smolinsky, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York  10019
Attn:  Michael J. Edelman, Esq.
Attn:  Michael L. Schein, Esq.

2

**Via Federal Express:**

The U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

General Motors Corporation
300 Renaissance Center
Detroit, Michigan 48265
Attn: Lawrence S. Buonomo, Esq.

General Motors Corporation
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114

Dated:  New York, New York
        June 29, 2009

                                                    s/Andrew M. Scott
                                                     Andrew M. Scott