CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
James L. Bromley

*Attorneys for*
*International Business Machines Corporation*
*and certain of its affiliates (including IBM Credit LLC)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
                                                                         :
In re                                                                    :   Chapter 11
                                                                         :   Case No. 09-50026 (REG)
General Motors Corporation, *et al.*,                                    :   (Jointly Administered)
                                                                         :
                        Debtors.                                         :
                                                                         :   <u>CERTIFICATE OF</u>
------------------------------------------------------------------------ X   <u>SERVICE</u>

        I, Andrew M. Scott, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        On the 26th day of June 2009, the Supplemental Limited Objection to Proposed Cure Costs, dated June 26, 2009 was served by e-mail, by facsimile, by hand and by Federal Express, as indicated, upon:

        **<u>Via Email:</u>**

        Harvey.miller@weil.com
        Stephen.karotkin@weil.com
        Joseph.smolinsky@weil.com
        John.rapisardi@cwt.com
        keckstein@kramerlevin.com
        tmayer@kramerlevin.com
        gnovod@kramerlevin.com
        mjedelman@vedderprice.com
        mschein@vedderprice.com

**Via Fax:**

| | | | |
|---|---|---|---|
| Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq. | Weil, Gotshal & Manges LLP | 212-310-8007 | 212-310-8000 |
| John J. Rapisardi, Esq. | Cadwalader, Wickersham & Taft LLP | 212-504-6666 | 212-504-6000 |
| Kenneth H. Eckstein, Esq.<br>Thomas Moers Mayer, Esq.<br>Gordon Novod, Esq. | Kramer Levin Naftalis & Frankel LLP | 212-715-8000 | 212-715-9100 |
| Michael J. Edelman, Esq.<br>Michael L. Schein, Esq. | Vedder Price, P.C. | 212-407-7799 | 212-407-7700 |
| Diana G. Adams, Esq.<br>Brian Masumoto, Esq.<br>Andrew D. Velez-Rivera, Esq. | Office of the U.S. Trustee for the Southern District of New York | 212-668-2255 | 212-510-0500 |
| Matthew Feldman, Esq. | U.S. Treasury | 202-622-0073 | 202-622-2000 |

**By Hand:**

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Diana G. Adams, Esq.
Brian Masumoto, Esq.
Andrew D. Velez-Rivera, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein, Esq.
Thomas Moers Mayer, Esq.
Gordon Novod, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn:  Harvey R. Miller, Esq.
Attn:  Stephen Karotkin, Esq.
Attn:  Joseph H. Smolinsky, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attn: Michael J. Edelman, Esq.
Attn: Michael L. Schein, Esq.

**Via Federal Express:**

The U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

General Motors Corporation
300 Renaissance Center
Detroit, Michigan 48265
Attn: Lawrence S. Buonomo, Esq.

General Motors Corporation
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114


Dated:  New York, New York
        June 29, 2009

                                                  sAndrew M. Scott
                                                  Andrew M. Scott