Mark E. Browning
Kimberly A. Walsh
Assistant Attorneys General
Collections Division-Bankruptcy Section
P. O. Box 12548
Austin, Texas 78711-2548
(512) 475-4883 / Fax: (512) 482-8341
ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                        :    Chapter 11 Case No.
:
GENERAL MOTORS CORP., *et al.,*                              :    *09-50026-REG*
:
                                    Debtors.                 :    (Jointly Administered)
:
---------------------------------------------------------------x

## WITHDRAWAL OF TEXAS COMPTROLLER'S OBJECTION
## TO MOTION TO SELL ASSETS UNDER § 363(f), ETC.

The Texas Comptroller of Public Accounts ("Texas Comptroller"), appearing through the Texas Attorney General's Office, hereby withdraws its Limited Objection [docket item 1052] to Debtors' § 363 Sale Motion [docket item 92].

1. The issues raised in the Texas Comptroller's Limited Objection have been resolved to the Comptroller's satisfaction by revisions to the Master Purchase Agreement or language to be included in the proposed sale order. On that basis, the Texas Comptroller no longer objects to the sale.

2. This withdrawal applies only to the Texas Comptroller's objection, and not to the objection of any other department or agency of the State of Texas.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER

        First Assistant Attorney General

        DAVID S. MORALES
        Deputy Attorney General for Civil Litigation

        RONALD R. DEL VENTO
        Assistant Attorney General
        Chief, Bankruptcy & Collections Division

        */s/ Mark Browning*
        MARK BROWNING
        KIMBERLY A. WALSH
        Assistant Attorneys General
        Bankruptcy & Collections Division
        P. O. Box 12548
        Austin, Texas 78711-2548
        Telephone: (512) 475-4883
        Facsimile: (512) 482-8341

        COUNSEL FOR TEXAS COMPTROLLER OF
        PUBLIC ACCOUNTS

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 29, 2009, I electronically filed the Withdrawal of Texas Comptroller's Objection to Motion to Sell Assets Under § 363 (f), etc [docket item #1052], which will result in notification of such filing being sent to all ECF participants in these cases. In addition, I sent by first class mail, postage prepaid, a copy of such Withdrawal to the following parties:

By Regular First Class Mail:

General Motors Corporation
300 Renaissance Center
Detroit, MI 48265-3000

| | |
|---|---|
| Attn: Warren Command Center | Diana G. Adams, Esq. |
| Mailcode 480-206-114 | Office of the United States Trustee |
| c/o General Motors Corporation | For the Southern District of New York |
| Cadillac Bldg | 33 Whitehall Street, 21st Floor |
| 30009 Van Dyke Ave | New York, NY 10004 |
| Warren, Michigan 48090 9025 | |
| *Debtors* | |

| | |
|---|---|
| Matthews Feldman, Esq.<br>U.S. Treasury<br>1500 Pennsylvania Ave, N.W.<br>Room 2312<br>Washington, DC 20220 | Robert D. Wolford<br>Miller, Johnson, Snell & Commiskey PLC<br>250 Monroe Avenue, N.W., Ste. 800<br>Grand Rapids, Michigan 49503<br>*Attorneys for the Creditors' Committee* |
| Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave<br>New York, NY 10153<br>*Attorneys for Debtors* | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>*Attorneys for Purchaser* |

*/s/ Mark E. Browning*
Mark E. Browning
Assistant Attorney General