LATHAM & WATKINS LLP
George Royle
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: george.royle@lw.com

and

LATHAM & WATKINS LLP
Douglas Bacon
233 S. Wacker Dr., Suite 5800
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: douglas.bacon@lw.com

Counsel to General Electric Capital Corporation,
Gelco Corporation (d/b/a GE Fleet Services) and
AVN Air, LLC

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **GENERAL MOTORS CORP., et al.** ) | **Case No. 09-50026 (REG)** |
| ) | |
| **Debtors.** ) | **Jointly Administered** |
| ) | |
| ) | |

### MOTION FOR ADMISSION *PRO HAC VICE*

**TO THE UNITED STATES BANKRUPTCY JUDGE:**

Pursuant to Local Rule 2090-1(b), George Royle, a member in good standing of the bar of this Court, hereby moves this Court for the admission *Pro Hac Vice* of Douglas Bacon in the above-captioned jointly administered cases, and in support thereof respectfully states as follows:

CH\1107766.1

1. Douglas Bacon is a partner with the law firm of Latham & Watkins LLP, located at 233 South Wacker Dr. , Ste 5800, Chicago, IL 60606, and is licensed to practice law in the State of Illinois and State of New York.

2. Mr. Bacon has never been convicted of any crime nor publicly reprimanded, censured, suspended, disciplined or disbarred by any court. In addition, no disciplinary action, contempt or other proceeding involving Mr. Bacon is pending before any court.

3. Mr. Bacon is familiar with (a) the Bankruptcy Code, (b) the Federal Rules of Bankruptcy Procedure, (c) the Federal Rules of Civil Procedure and (d) the Local Rules of this Court and the United States District Court for the Southern District of New York and is willing to submit to the jurisdiction of this Court and comply with all rules and procedures established by this Court.

WHEREFORE, George Royle respectfully moves this Court for the admission, *Pro Hac Vice*, of Douglas Bacon in the above-captioned jointly administered cases.

| | |
|---|---|
| Dated: June 29, 2009<br>New York, NY | Respectfully submitted,<br><br>**LATHAM & WATKINS LLP**<br>By: /s/ George Royle<br>    George Royle (MR-7829)<br>885 Third Avenue, Suite 1000<br>New York, New York 10022<br>Telephone: (212) 906-1200<br><br> and<br>Douglas Bacon<br>233 S. Wacker Dr., Suite 5800<br>Chicago, IL 60606<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>Email: douglas.bacon@lw.com<br><br>Counsel to General Electric Capital Corporation,<br>Gelco Corporation (d/b/a GE Fleet Services) and<br>AVN Air, LLC |

CH\1107766.1

LATHAM & WATKINS LLP
George Royle
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: george.royle@lw.com

and

LATHAM & WATKINS LLP
Douglas Bacon
233 S. Wacker Dr., Suite 5800
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: douglas.bacon@lw.com

Counsel to General Electric Capital Corporation,
Gelco Corporation (d/b/a GE Fleet Services) and
AVN Air, LLC.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **GENERAL MOTORS CORP., <u>et al</u>.** ) | **Case No. 09-50026 (reg)** |
| ) | |
| **Debtors.** ) | **Jointly Administered** |
| ) | |
| ) | |

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF DOUGLAS BACON

The Court, having reviewed the Motion for Admission *Pro Hac Vice* of George Royle, dated June 29, 2009, in support of the admission of Douglas Bacon *Pro Hac Vice*, it is hereby;

ORDERED, that Douglas Bacon is admitted *Pro Hac Vice* to practice before the United States Bankruptcy Court, Southern District of New York in the above-captioned jointly administered cases.

CH\1107766.1

Dated: _____, 2009
New York, NY

_____
United States Bankruptcy Judge

CH\1107766.1