# EXHIBIT A

## Summary of YNA/GM Status

| Category | Total of YNA A/R | GM Cure Amount | YNA Open Amount Difference to Cure Amount | Comment |
|---|---|---|---|---|
| Total GM A/R as through 05/31/09 | $ 9,707,823 | $ (8,579,491) | $ 1,128,332 | |
| Total of all Shipments - Sequenced | $ 2,264,555 | $ (2,259,915) | $ 4,640 | Sequenced items net close to 0, focus on other categories |
| Total of all Shipments - Non-Sequenced | $ 6,574,086 | $ (6,211,860) | $ 761,466 | **Refer to tab** |
| Total of all Non-shipment (Tooling, rework, etc.) | $ 2,760,512 | $ (1,999,046) | $ - | OK |
| Payment from GM 05/29/09 without Details | $ (1,891,330) | $ 1,891,330 | | |
| **Total of Cure Adjustment Items** | | | $ 1,123,692 | |

| Invoice Number | Shipment Type | InvoiceDate | Open Amount | Comment |
|---|---|---|---|---|
| 92110 | Non-sequenced Shipment | 4/13/2007 | $ 2,261.36 | Please see BOL |
| 132911 | Non-sequenced Shipment | 7/30/2007 | $ 1,714.10 | Please see BOL |
| 269907 | Non-sequenced Shipment | 8/8/2008 | $ 1,319.88 | Please see BOL |
| 280927 | Non-sequenced Shipment | 9/12/2008 | $ 81,412.85 | Please see BOL |
| 302040 | Non-sequenced Shipment | 11/11/2008 | $ 3,032.42 | Please see BOL |
| 308648 | Non-sequenced Shipment | 12/1/2008 | $ 4,050.00 | Please see BOL |
| 314027 | Non-sequenced Shipment | 12/16/2008 | $ 6,263.30 | Please see BOL |
| 322906 | Non-sequenced Shipment | 2/4/2009 | $ 1,461.43 | Please see BOL |
| 327522 | Non-sequenced Shipment | 2/20/2009 | $ 1,040.31 | Please see BOL |
| 327889 | Non-sequenced Shipment | 2/23/2009 | $ 1,235.21 | Please see BOL |
| 328571 | Non-sequenced Shipment | 2/26/2009 | $ 1,613.64 | Please see BOL |
| 330272 | Non-sequenced Shipment | 3/3/2009 | $ 4,559.21 | Please see BOL |
| 337520 | Non-sequenced Shipment | 4/1/2009 | $ 1,864.18 | Please see BOL |
| 337751 | Non-sequenced Shipment | 4/2/2009 | $ 1,688.02 | Please see BOL |
| 339179 | Non-sequenced Shipment | 4/6/2009 | $ 9,692.16 | Please see BOL |
| 339518 | Non-sequenced Shipment | 4/8/2009 | $ 85,529.21 | Please see BOL |
| 341075 | Non-sequenced Shipment | 4/15/2009 | $ 7,867.82 | Please see BOL |
| 341382 | Non-sequenced Shipment | 4/16/2009 | $ 7,763.52 | Please see BOL |
| 341773 | Non-sequenced Shipment | 4/17/2009 | $ 7,921.65 | Please see BOL |
| 345141 | Non-sequenced Shipment | 4/30/2009 | $ 22,105.05 | Please see BOL |
| 344615 | Non-sequenced Shipment | 4/1/2009 | $ 1,678.13 | Please see BOL |
| 345734 | Non-sequenced Shipment | 5/1/2009 | $ 2,618.16 | Please see BOL |
| 345447 | Non-sequenced Shipment | 5/1/2009 | $ 1,443.41 | Please see BOL |
| 345446 | Non-sequenced Shipment | 5/1/2009 | $ 1,324.24 | Please see BOL |
| 345971 | Non-sequenced Shipment | 5/5/2009 | $ 1,733.58 | Please see BOL |
| 346086 | Non-sequenced Shipment | 5/5/2009 | $ 1,040.15 | Please see BOL |
| 346340 | Non-sequenced Shipment | 5/6/2009 | $ 1,300.19 | Please see BOL |
| 347377 | Non-sequenced Shipment | 5/11/2009 | $ 4,852.19 | Please see BOL |
| 347539 | Non-sequenced Shipment | 5/12/2009 | $ 9,536.58 | Please see BOL |
| 347982 | Non-sequenced Shipment | 5/13/2009 | $ 8,776.02 | Please see BOL |
| 348449 | Non-sequenced Shipment | 5/14/2009 | $ 9,237.37 | Please see BOL |
| 348398 | Non-sequenced Shipment | 5/14/2009 | $ 7,388.86 | Please see BOL |
| 348482 | Non-sequenced Shipment | 5/14/2009 | $ 2,166.98 | Please see BOL |
| 348822 | Non-sequenced Shipment | 5/15/2009 | $ 8,397.61 | Please see BOL |
| 348819 | Non-sequenced Shipment | 5/15/2009 | $ 6,512.27 | Please see BOL |
| 348846 | Non-sequenced Shipment | 5/15/2009 | $ 2,754.02 | Please see BOL |
| 349294 | Non-sequenced Shipment | 5/18/2009 | $ 12,986.80 | Please see BOL |
| 348985 | Non-sequenced Shipment | 5/18/2009 | $ 10,249.88 | Please see BOL |
| 348989 | Non-sequenced Shipment | 5/18/2009 | $ 8,397.61 | Please see BOL |
| 349012 | Non-sequenced Shipment | 5/19/2009 | $ 1,186.62 | Please see BOL |
| 349292 | Non-sequenced Shipment | 5/19/2009 | $ 2,990.37 | Please see BOL |
| 349295 | Non-sequenced Shipment | 5/19/2009 | $ 1,259.64 | Please see BOL |

Total    $ 362,226.00

## NOT IN GM CURE (Please refer to attached details)

| Program | Desc. | PO | Amount | Invoice Date | Invoice # | Comments |
|---|---|---|---|---|---|---|
| GMX322 | Tooling | 0FK405XC | $ 70,185.00 | 05/15/09 | 1430867 | Invoice rejected by GM Disbursements (P/N Not PPAP approved). Submitted additional information to Terese to update PO with PPAPed P/N. Once PO is received, need to reinvoice (this will be a case study to see if we can avoid deviation form). |
| GMX322 | Tooling | 0FK40BFF | $ 5,485.00 | 05/15/09 | 1430868 | Invoice rejected by GM Disbursements (P/N Not PPAP approved). Once GM Purchasing/YNA Sales verify if payment is achieved per above process, we'll submit for updated PO. |
| GMX322 | Tooling | 0FK406NW-000 | $ 5,735.00 | 12/22/08 | 1399432 | Invoice rejected by GM Disbursements (P/N Not PPAP approved). Once GM Purchasing/YNA Sales verify if payment is achieved per above process, we'll submit for updated PO. |
| GMX322 | Tooling | 0FK408CJ | $ 42,800.00 | 05/19/09 | 1431625 | Invoice rejected by GM Disbursements (P/N Not PPAP approved). Once GM Purchasing/YNA Sales verify if payment is achieved per above process, we'll submit for updated PO. |
| GMX322 | Tooling | 0FK4093FN | $ 21,000.00 | 03/26/09 | 1416489 | Invoice rejected by GM Disbursements (P/N Not PPAP approved). Once GM Purchasing/YNA Sales verify if payment is achieved per above process, we'll submit for updated PO. |
| GMT345 | Cancellation | N/A | $ 81,761.00 | N/A | N/A | GMT345/H3 Cancellation was approved for $81,761. The payment will not be submitted per PO. It will be an EFT directly to YNA from GM. We are not seeing this transaction in E-Dacor. |
| GMX353 | Tooling | 246J0000 | $534,500.00 | 3/31/2009 | 1417390 | Invoice rejected by GM Disbursements. GM VTAM system needs to be updated with pictures/ID. YNA in process of getting the pictures from manufacturing affiliate (this is a cluster program). |

$761,466.00

# Summary of Cure amount Objection

| | |
|---|---:|
| Tooling, Reworks, Obsolete Stock - Non Production Deliveries | $ 760,966.00 |
| Production Deliveries | $ 542,551.27 |
| Parts correctly showing in Edacor but not in Cure amount | $ 76,841.84 |
| Current Cure Amount | $ 1,380,359.11 |
| | $ 7,573,831.36 |
| Revised Cure Amount | $ 8,954,190.47 |

## NOT IN GM CURE

| Program | Desc. | PO | Amount | Invoice Date | Invoice # | Comments |
|---|---|---|---|---|---|---|
| GMX322 | Tooling | 0FK405XC | $ 70,185.00 | 05/15/09 | 1430867 | Invoice rejected by GM Disbursements (P/N Not PPAP approved). Submitted additional information to Terese to update PO with PPAPed P/N. Once PO is received, need to reinvoice (this will be a case study to see if we can avoid deviation form). |
| GMX322 | Tooling | 0FK40BFF | $ 5,485.00 | 05/15/09 | 1430868 | Invoice rejected by GM Disbursements (P/N Not PPAP approved). Once GM Purchasing/YNA Sales verify if payment is achieved per above process, we'll submit for updated PO. |
| GMX322 | Tooling | FK406NW-00 | $ 5,735.00 | 12/22/08 | 1399432 | Invoice rejected by GM Disbursements (P/N Not PPAP approved). Once GM Purchasing/YNA Sales verify if payment is achieved per above process, we'll submit for updated PO. |
| GMX322 | Tooling | 0FK408CJ | $ 42,800.00 | 05/19/09 | 1431625 | Invoice rejected by GM Disbursements (P/N Not PPAP approved). Once GM Purchasing/YNA Sales verify if payment is achieved per above process, we'll submit for updated PO. |
| GMX322 | Tooling | 0FK4093FN | $ 21,000.00 | 03/26/09 | 1416489 | Invoice rejected by GM Disbursements (P/N Not PPAP approved). Once GM Purchasing/YNA Sales verify if payment is achieved per above process, we'll submit for updated PO. |
| GMT345 | Cancellation | N/A | $ 81,761.00 | N/A | N/A | GMT345/H3 Cancellation was approved for $81,761. The payment will not be submitted per PO. It will be an EFT directly to YNA from GM. We are not seeing this transaction in E-Dacor. |
| GMX353 | Tooling | 246.0000 | $ 534,000.00 | 3/31/2009 | 1417390 | Invoice rejected by GM Disbursements. GM VTAM system needs to be updated with pictures/ID. YNA in process of getting the pictures from manufacturing affiliate (this is a cluster program) |
| | | | $ 760,966.00 | | | |

| Summary | | |
|---|---|---|
| | $$ Amount | # of Items |
| BOL either provided or on Sharepoint | $ 542,551 | 50 |

| Shipper Number | InvoiceDate | Sum of Gross Amt | YNA Amount | Sum of E-Dacor Amt | Sum of Cure Amt | E-Dacor Difference | Cure Difference | Pricing/Qty?? | Bill of lading is available?? |
|---|---|---|---|---|---|---|---|---|---|
| 352062 | 5/29/2009 | $ 86,243.20 | $ 86,243.20 | $ - | $ - | $ 86,243.20 | $ 86,243.20 | No | Yes |
| 339518 | 4/8/2009 | $ 85,529.21 | $ 85,529.21 | $ - | $ - | $ 85,529.21 | $ 85,529.21 | No | Yes |
| 280927 | 9/12/2008 | $ 81,412.85 | $ 81,412.85 | $ - | $ - | $ 81,412.85 | $ 81,412.85 | No | Yes |
| 351942 | 5/29/2009 | $ 70,269.43 | $ 70,269.43 | $ - | $ - | $ 70,269.43 | $ 70,269.43 | No | Yes |
| 345141 | 4/30/2009 | $ 22,105.05 | $ 22,105.05 | $ - | $ - | $ 22,105.05 | $ 22,105.05 | No | Yes |
| 349294 | 5/18/2009 | $ 12,986.80 | $ 12,986.80 | $ - | $ - | $ 12,986.80 | $ 12,986.80 | No | Yes |
| 348985 | 5/18/2009 | $ 10,249.88 | $ 10,249.88 | $ - | $ - | $ 10,249.88 | $ 10,249.88 | No | Yes |
| 339179 | 4/6/2009 | $ 9,692.16 | $ 9,692.16 | $ - | $ - | $ 9,692.16 | $ 9,692.16 | No | Yes |
| 342025 | 4/20/2009 | $ 9,692.16 | $ 9,692.16 | $ - | $ - | $ 9,692.16 | $ 9,692.16 | No | Yes |
| 347539 | 5/12/2009 | $ 9,536.58 | $ 9,536.58 | $ - | $ - | $ 9,536.58 | $ 9,536.58 | No | Yes |
| 348449 | 5/14/2009 | $ 9,237.37 | $ 9,237.37 | $ - | $ - | $ 9,237.37 | $ 9,237.37 | No | Yes |
| 347982 | 5/13/2009 | $ 8,776.02 | $ 8,776.02 | $ - | $ - | $ 8,776.02 | $ 8,776.02 | No | Yes |
| 348822 | 5/15/2009 | $ 8,397.61 | $ 8,397.61 | $ - | $ - | $ 8,397.61 | $ 8,397.61 | No | Yes |
| 348989 | 5/18/2009 | $ 8,397.61 | $ 8,397.61 | $ - | $ - | $ 8,397.61 | $ 8,397.61 | No | Yes |
| 341773 | 4/17/2009 | $ 7,921.65 | $ 7,921.65 | $ - | $ - | $ 7,921.65 | $ 7,921.65 | No | Yes |
| 341075 | 4/15/2009 | $ 7,867.82 | $ 7,867.82 | $ - | $ - | $ 7,867.82 | $ 7,867.82 | No | Yes |
| 341382 | 4/16/2009 | $ 7,763.52 | $ 7,763.52 | $ - | $ - | $ 7,763.52 | $ 7,763.52 | No | Yes |
| 348398 | 5/14/2009 | $ 7,388.86 | $ 7,388.86 | $ - | $ - | $ 7,388.86 | $ 7,388.86 | No | Yes |
| 348819 | 5/15/2009 | $ 6,512.27 | $ 6,512.27 | $ - | $ - | $ 6,512.27 | $ 6,512.27 | No | Yes |
| 314027 | 12/16/2008 | $ 6,263.30 | $ 6,263.30 | $ - | $ - | $ 6,263.30 | $ 6,263.30 | No | Yes |
| 347377 | 5/11/2009 | $ 4,852.19 | $ 4,852.19 | $ - | $ - | $ 4,852.19 | $ 4,852.19 | No | Yes |
| 330272 | 3/3/2009 | $ 4,559.21 | $ 4,559.21 | $ - | $ - | $ 4,559.21 | $ 4,559.21 | No | Yes |
| 345232 | 4/30/2009 | $ 4,195.57 | $ 4,195.57 | $ - | $ - | $ 4,195.57 | $ 4,195.57 | No | Yes |
| 308648 | 12/1/2008 | $ 4,050.00 | $ 4,050.00 | $ - | $ - | $ 4,050.00 | $ 4,050.00 | No | Yes |
| 350964 | 5/26/2009 | $ 3,894.38 | $ 3,894.38 | $ - | $ - | $ 3,894.38 | $ 3,894.38 | No | Yes |
| 302040 | 11/11/2008 | $ 3,032.42 | $ 3,032.42 | $ - | $ - | $ 3,032.42 | $ 3,032.42 | No | Yes |
| 349292 | 5/19/2009 | $ 2,990.37 | $ 2,990.37 | $ - | $ - | $ 2,990.37 | $ 2,990.37 | No | Yes |
| 351464 | 5/27/2009 | $ 2,971.19 | $ 2,971.19 | $ - | $ - | $ 2,971.19 | $ 2,971.19 | No | Yes |
| 348846 | 5/15/2009 | $ 2,754.02 | $ 2,754.02 | $ - | $ - | $ 2,754.02 | $ 2,754.02 | No | Yes |
| 345734 | 5/1/2009 | $ 2,618.16 | $ 2,618.16 | $ - | $ - | $ 2,618.16 | $ 2,618.16 | No | Yes |
| 92110 | 4/13/2007 | $ 2,261.36 | $ 2,261.36 | $ - | $ - | $ 2,261.36 | $ 2,261.36 | No | Yes |
| 348482 | 5/14/2009 | $ 2,166.98 | $ 2,166.98 | $ - | $ - | $ 2,166.98 | $ 2,166.98 | No | Yes |
| 337520 | 4/1/2009 | $ 1,864.18 | $ 1,864.18 | $ - | $ - | $ 1,864.18 | $ 1,864.18 | No | Yes |
| 345971 | 5/5/2009 | $ 1,733.58 | $ 1,733.58 | $ - | $ - | $ 1,733.58 | $ 1,733.58 | No | Yes |
| 132911 | 7/30/2007 | $ 1,714.10 | $ 1,714.10 | $ - | $ - | $ 1,714.10 | $ 1,714.10 | No | Yes |
| 337751 | 4/2/2009 | $ 1,688.02 | $ 1,688.02 | $ - | $ - | $ 1,688.02 | $ 1,688.02 | No | Yes |
| 344615 | 4/30/2009 | $ 1,678.13 | $ 1,678.13 | $ - | $ - | $ 1,678.13 | $ 1,678.13 | No | Yes |
| 328571 | 2/26/2009 | $ 1,613.64 | $ 1,613.64 | $ - | $ - | $ 1,613.64 | $ 1,613.64 | No | Yes |
| 351487 | 5/27/2009 | $ 1,583.97 | $ 1,583.97 | $ - | $ - | $ 1,583.97 | $ 1,583.97 | No | Yes |
| 343390 | 4/23/2009 | $ 1,475.37 | $ 1,475.37 | $ - | $ - | $ 1,475.37 | $ 1,475.37 | No | Yes |
| 322906 | 2/4/2009 | $ 1,461.43 | $ 1,461.43 | $ - | $ - | $ 1,461.43 | $ 1,461.43 | No | Yes |
| 345447 | 5/1/2009 | $ 1,443.41 | $ 1,443.41 | $ - | $ - | $ 1,443.41 | $ 1,443.41 | No | Yes |
| 345446 | 5/1/2009 | $ 1,324.24 | $ 1,324.24 | $ - | $ - | $ 1,324.24 | $ 1,324.24 | No | Yes |
| 269907 | 8/8/2008 | $ 1,319.88 | $ 1,319.88 | $ - | $ - | $ 1,319.88 | $ 1,319.88 | No | Yes |

4/17/2009

| | | | | | | |
|---|---|---|---|---|---|---|
| 346340 | 5/6/2009 | $ 1,300.19 | $ 1,300.19 | $ - | $ 1,300.19 | $ 1,300.19 | No | Yes |
| 349295 | 5/19/2009 | $ 1,259.64 | $ 1,259.64 | $ - | $ 1,259.64 | $ 1,259.64 | No | Yes |
| 327889 | 2/23/2009 | $ 1,235.21 | $ 1,235.21 | $ - | $ 1,235.21 | $ 1,235.21 | No | Yes |
| 349012 | 5/18/2009 | $ 1,186.62 | $ 1,186.62 | $ - | $ 1,186.62 | $ 1,186.62 | No | Yes |
| 327522 | 2/20/2009 | $ 1,040.31 | $ 1,040.31 | $ - | $ 1,040.31 | $ 1,040.31 | No | Yes |
| 346086 | 5/5/2009 | $ 1,040.15 | $ 1,040.15 | $ - | $ 1,040.15 | $ 1,040.15 | No | Yes |

$ 542,551.27

| Process # | DUNS # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill Of Lading | Purchase Order # | E-Dacor Status | Due Date/Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9000170652617 | RD 130078129 | SG | 2 | 0770842811R09156 | 5/27/2009 | $ 1,148.35 | USD | | | | STAYED | 0 |
| 9000170655155 | RD 189702095 | BJ | 2 | 000723975 | 5/28/2009 | $ 32,419.76 | USD | 351454 | GM40725 | Ready To Pay | STAYED | 0 |
| 9000170655155 | RD 189702095 | BJ | 2 | 000723975 | 5/28/2009 | $ 32,419.76 | USD | 351567 | 0FK409FM | Ready To Pay | STAYED | 0 |
| 9000170655156 | RD 189702095 | BJ | 2 | 000724119 | 5/28/2009 | $ 41,217.47 | USD | 351737 | 0FK408T4 | Ready To Pay | STAYED | 0 |
| 9000170655157 | RD 189702095 | BJ | 2 | 000724120 | 5/28/2009 | $ 2,056.26 | USD | 351779 | 0FK409FT | Ready To Pay | STAYED | 0 |

$ 76,841.84