Michael C. Hammer (*pro hac vice*)
James A. Plemmons (*pro hac vice*)
DICKINSON WRIGHT PLLC
500 Woodward Ave., Suite 4000
Detroit, MI 48226
Phone: (734) 623-7075
Fax: (734) 623-1925

Attorneys for Yazaki North America, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            : Chapter 11
In re:                                                      :
                                                            : Case No. 09-50026 (REG)
GENERAL MOTORS CORP., *et al.*,                             :
                                                            : (Jointly Administered)
                    Debtors.                                :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Michael C. Hammer, hereby certify that I am a member of Dickinson Wright PLLC and that, on June 29, 2009, I filed *Yazaki North America, Inc.'s Amended Limited Objection to the Assumption and Assignment of Certain Executory Contracts [Docket No. 92]* and this *Certificate of Service* by filing the same with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

In addition, on June 29, 2009, I sent copies of the Amended Limited Objection via Overnight FedEx to:

> Debtors c/o General Motors Corporation
> Cadillac Building, 30009 Van Dyke Avenue
> Warren, Michigan, 48090-9025
> (Attn: Warren Command Center, Mailcode 480-206-114)

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington D.C. 20220
(Attn: Matthew Feldman, Esq.)

Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.)

Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, NY 10281 (Attn: John J. Rapisardi, Esq.)

Attorneys for the Creditors Committee: Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Thomas Moers Mayer, Kenneth H. Eckstein, Gordon Z. Novod)

Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, NY 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.)

The Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Diana G. Adams, Esq.)

        DICKINSON WRIGHT PLLC

        By: /s/ Michael C. Hammer
        Michael C. Hammer (*pro hac vice*)
        James A. Plemmons (*pro hac vice*)
        500 Woodward Ave., Suite 4000
        Detroit, MI 48226
        Tel: (313) 223-3500
        Email: mhammer@dickinsonwright.com
        Email: jplemmons@dickinsonwright.com

        Attorneys for Yazaki North America, Inc.

Dated: June 29, 2009

ANNARBOR 20934-41 108576v1 6/29/2009