Hearing Date: June 30, 2009
at 9:45a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
In re

General Motors Corp., *et al.*,            Case **# 09-50026-reg**

                Debtors.    (Jointly Administered

--------------------------------------X


NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF THE NEW YORK STATE
DEPARTMENT OF TAXATION AND FINANCE TO DEBTORS' §363 SALE MOTION


      The New York State Department of Taxation and Finance ("NYS Tax Department"), by its attorney, ANDREW M. CUOMO, Attorney General of the State of New York, hereby withdraws its limited objection to the Debtors' § 363 Sales Motion filed on June 19, 2009.  This Notice of Withdrawal applies solely to the NYS Tax Department's limited objection and not to the objections of any other department, agency or office of the State of New

York.

Dated: New York, New York
       June 29, 2009

                                          ANDREW M. CUOMO
                                          Attorney General of the
                                             State of New York
                                          <u>Attorney for the New York State</u>
                                           <u>Department of Taxation and</u>
                                           <u>Finance</u>
                                           By:

                                           <u>/s/ Neal S. Mann</u>
                                           NEAL S. MANN (NM-0617)
                                           Assistant Attorney General
                                           120 Broadway, 24th Floor
                                           New York, New York 10271
                                           Tel. No. (212) 416-8666


**CERTIFICATE OF SERVICE**

      NEAL S. MANN certifies that:

      He is an Assistant Attorney General in the office of ANDREW M. CUOMO, the Attorney General of the State of New York, Attorney for the New York State Department of Taxation and Finance herein.  On the 29th day of June, 2009 he electronically filed the annexed NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE TO DEBTOR'S §363 SALE MOTION which will result in notification of such filing being sent to all ECF participants in these cases.


                                           <u>/s/ Neal S. Mann</u>
                                           NEAL S. MANN