**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>GENERAL MOTORS CORP., *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2009, I caused to be filed by electronic filing with the United States Bankruptcy Court for the Southern District of New York the SECOND LIMITED OBJECTION OF MARTINREA INTERNATIONAL, INC. TO DEBTORS' NOTICE OF INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL PROPERTY, using the ECF system which will send notification of such filing to registered users in the case; and to be served via E-Mail and FedEx on the following at the addresses set forth below.

| | |
|---|---|
| Diana G. Adams, Esq.<br>Office of the U.S. Trustee for the Southern<br>  District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Warren Command Center<br>Mailcode 480-206-114<br>General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025 |
| Harvey Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>harvey.miller@weil.com<br>stephen.karotkin@weil.com<br>joseph.smolinsky@weil.com | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>john.rapisardi@cwt.com |

176764-1

| | |
|---|---|
| Matthew Feldman, Esq.<br>U.S. Department of Treasury<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, DC 20220 | Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>mjedelman@vedderprice.com<br>mschein@vedderprice.com |
| Kenneth Eckstein, Esq.<br>Thomas Moers Mayer, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>keckstein@kramerlevin.com<br>tmayer@kramerlevin.com | Chambers Copy<br>Hon. Robert E. Gerber<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green, Room 621<br>New York, NY 10004-1408 |

Dated: New York New York
       June 29, 2009

                        BUTZEL LONG, a professional corporation

                        By:   /s/ Robert Sidorsky
                               Robert Sidorsky, Esq.

176764-1