Susan M. Jennik
KENNEDY, JENNIK & MURRAY, P.C.
113 University Place, 7th Floor
New York, New York 10003
Tel: (212) 358-1500
Attorneys for IUE-CWA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| General Motors Corporation, *et al.* | : | Case No. 09-50026 |
| (REG) | : | |
| | : | |
| Debtors. | : | |

-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I hereby certify that on June 29, 2009 I caused a copy of the Objecting Unions IUE-CWA, United Steelworkers ("USW") and the International Union of Operating Engineers ("IOUE") Second Amended Evidence and Witness List for the hearing on the Debtors' Asset Sale Motion (Docket No.92) to be served by email, upon the following:

**Weil, Gotshal & Manges LLP**
Attorneys for the Debtors
Harvey R. Miller, Esq. - harvey.miller@weil.com
Stephen Karotkin, Esq. - stephen.karotkin@weil.com
Joseph H. Smolinsky, Esq. - joseph.smolinsky@weil.com

**The General Motors Corporation**
Debtor
Lawrence S. Buonomo, Esq. lawrence.s.buonomo@gm.com

**Cadwalader, Wickersham & Taft LLP**
Attorneys for the Purchaser
John J. Rapisardi, Esq. - john.rapisardi@cwt.com

**The United States Treasury**
Matthew Feldman, Esq. - matthew.feldman@do.treas.gov

**Vedder Price, PC**
Michael J. Edelman, Esq. - mjedelman@vedderprice.com
Michael L. Schein, Esq. - mschein@vedderprice.com

**Kramer Levin Naftalis & Frankel LLP**
Attorneys for the Creditors Committee
Gordon Z. Novod, Esq. - gnovod@kramerlevin.com

**United Auto Workers**
Daniel W. Sherrick, Esq. - dsherrick@uaw.net

**Cleary Gottlieb Steen & Hamilton LLP**
James L. Bromley, Esq. - jbromley@cgsh.com

**Cohen, Weiss and Simon LLP**
Babette Ceccotti, Esq. - bceccotti@cwsny.com

**Office of the United States Trustee**
**for the Southern District of New York**
Diana G. Adams, Esq. - ustrustee.program@usdoj.gov

**United States Attorney's Office**
**Southern District of New York**
David S. Jones, Esq. - david.jones6@usjoj.gov
Matthew L. Schwartz, Esq. - matthew.schwartz@usdoj.gov


/s/ Susan M. Jennik
SUSAN M. JENNIK (SJ-4607)