UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re                                                    :
                                                         :    Chapter 11 Case No.
GENERAL MOTORS CORP., *et. al.*                          :
                                                         :    09-50026 (REG)
                                                         :
                          Debtors.                       :    (Jointly Administered)
                                                         :
-------------------------------------------------------------X

## <u>CERTIFICATE OF SERVICE</u>

STATE OF WASHINGTON :

                          ss:

COUNTY OF KING          :

Laurie M. Thornton, being duly sworn, deposes and states that:

1.    I am a Senior Bankruptcy Consultant with the Business Reorganization Department of the Seattle office of The Garden City Group, Inc. ("GCG"), the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  The business address of the Seattle office is 815 Western Avenue, Suite 200, Seattle, Washington, 98104.

2.    On June 19, 2009, at the direction of Weil, Gotshal & Manges LLP ("Weil, Gotshal"), counsel for the Debtors, I caused true and correct copies of:

- **Debtors' Objections to Application of General Motors Retirees Association for the Appointment of a Retirees Committee Pursuant to 11 U.S.C. § 1114(D) (Docket No. 1902) (the "Objection to Retiree Committee")**

to be served via facsimile on the parties set forth on Exhibit A attached hereto (core party list and movants).

3.    On June 19, 2009, also at the direction of Weil, Gotshal, I caused true and correct copies of:

- **Debtors' Omnibus Objections to the Motions of the (I) Ad Hoc Committee of Consumer Victims and (II) Ad Hoc Committee of Asbestos Claimants Seeking the Appointment of Additional Committees of Unsecured Creditors and the Appointment of  a Future Claimants' Representative (Docket No. 1915) (the "Objection to Consumer and Asbestos Committees")**

to be served via facsimile on the parties set forth on Exhibit B, attached hereto (core party list and movants).

4.    On June 19, 2009, also at the direction of Weil, Gotshal, I caused true and correct copies of the Objection to Retiree Committee and the Objection to Consumer and Asbestos Committees to be served via overnight delivery on the parties set forth on Exhibit C attached hereto (master service list and notice of appearance parties).

5.    On June 19, 2009, also at the direction of Weil, Gotshal, I caused true and correct copies of the following documents to be served by First Class mail on the parties set forth on Exhibit D attached hereto (master service list and notice of appearance parties):

- **Stipulation and Agreed Order Between the Debtors and Travelers Casualty and Surety Company Providing for Limited Modification of the Automatic Stay (Docket No. 1949);**

- **Notice of and Debtors' Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Promotional Services Agreement (Docket No. 2074) (the "Promotional Services Rejection Motion");**

- **Notice of and Debtors' First Omnibus Motion Pursuant to 11 U.S.C § 365 to Reject Certain Executory Contracts (Docket No. 2077) (the "First Omnibus Rejection Motion"); and**

- **Amended and Restated Corporate Ownership Statement Pursuant to Fed. R. Bankr. P. 1007(a)(1) and Local Rule of Bankruptcy Procedure 1007-3 (Docket No. 2084).**

6.    On June 19, 2009, I further caused true and correct copies of the **First Omnibus Rejection Motion** to be served via overnight delivery on the parties set forth on Exhibit E attached hereto (contract counterparties).

7.    On June 19, 2009, I further caused a true and correct copy of the **Promotional Services Rejection Motion** to be served via Federal Express on Reed Exhibitions, Attn: Mr. Ed Several, 383 Main Ave. Norwal, Norwalk CT, 06851.

8.    I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated:    June 29, 2009

/s/  Laurie M. Thornton
LAURIE M. THORNTON

# Exhibit A

ALIX PARTNERS LLP
ATTN: MICHELLE CAMPBELL
300 N LASALLE STREET
CHICAGO, IL  60654
(213) 437-7101

CADWALADER, WICKERSHAM & TAFT LLP
ATT: JOHN J. RAPISARDI, ESQ.
ATTY FOR UNITED STATES OF AMERICA
ONE WORLD FINANCIAL CENTER
NEW YORK, NY  10281
(212) 504-6666

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY  10006
(212) 225-3999

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006
(212) 225-3999

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006
(212) 225-3999

COHEN WEISS AND SIMON LLP
ATT: BABETTE A. CECCOTTI, ESQ.
ATTY FOR UAW
330 WEST 42ND STREET
NEW YORK, NY  10036
(212) 473-8227

DANIEL W. SHERRICK, GENERAL COUNSEL
8000 EAST JEFFERSON AVE
DETROIT, MI  48214
(313) 823-6016

DEPARTMENT OF LABOR
ATTN: DEPUTY SOLICITOR OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON, DC  20201
(202) 693-5538

DEPARTMENT OF THE TREASURY
ATTN: OFFICE OF GENERAL COUNSEL
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20220
(202) 622-6415

FARELLA BRAUN & MARTEL LLP
ATT: NEIL A. GOTEINER, ESQ.
ATTY FOR GENERAL MOTORS RETIREES ASSOCIATION
235 MONTGOMERY STREET, 17TH FLOOR
SAN FRANCISCO, CA  94104
(415) 954-4480

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATT: ROBERT B. WEISS, ESQ.
ATTY FOR GENERAL MOTORS CORPORATION
2290 FIRST NATIONAL BUILDING 660 WOODWARD AVENUE
DETROIT, MI  48226
(313) 465-7597

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATT: TRICIA A. SHERICK, ESQ.
ATTY FOR GENERAL MOTORS CORPORATION
2290 FIRST NATIONAL BUILDING 660 WOODWARD AVENUE
DETROIT, MI  48226
(313) 465-7663

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATT: JOSEPH R. SGROI, ESQ.
ATTY FOR GENERAL MOTORS CORPORATION
2290 FIRST NATIONAL BUILDING 660 WOODWARD AVENUE
DETROIT, MI  48226
(313) 465-7571

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
290 BROADWAY
NEW YORK, NY  10007
(212) 436-1931

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
P.O. BOX 21126
PHILADELPHIA, PA  19114
(215) 516-2555

INTERNATIONAL UNION, UAW
ATT: DANIEL SHERRICK & NIRAJ GANATRA, LEGAL DEPT.
ATTY FOR INTERNATIONAL UNION, UAW
8000 EAST JEFFERSON AVENUE
DETROIT, MI  48214
(313) 926-5240

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M  KENNEDY, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY  10003
(212) 358-0207

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNICK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY  10003
(212) 358-0207

KENNEDY, JENNIK & MURRAY P.C.
ATTN: LARRY MAGARIK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY  10003
(212) 358-0207

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: KENNETH H ECKSTEIN, THOMAS MOERS MAYER, GORDON Z. NOVOD, ESQS.
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036
(212) 715-8000

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  RICHARD S. TODER, ESQ.
101 PARK AVENUE
NEW YORK, NY  10178
(212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  ANDREW D GOTTFRIED, ESQ.
101 PARK AVENUE
NEW YORK, NY  10178
(212) 309-6001

NEW YORK CITY DEPT. OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS ST- 3RD FLOOR
BROOKLYN, NY  11201
(718) 403-3650

NEW YORK STATE DEPT TAXATION & FINANCE
ATTN: BANKRUPTCY/SPECIAL PROC. SECT.
PO BOX 5300
ALBANY, NY  12205
(518) 457-0617

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
120 BROADWAY
NEW YORK, NY  10271
(212) 416-8369

OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY  10004
(212) 668-2255

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: ROGER FRANKEL, ESQ
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC  20005
(202) 339-8500

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: RICHARD H WYRON, ESQ.
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC  20005
(202) 339-8500

OTTERBOURG STEINDLER HOUSTON & ROSEN PC
ATTN: DANIEL WALLEN, ESQ, JONATHAN N. HELFAT, ESQ.
230 PARK AVENUE
NEW YORK, NY  10169
(212) 682-6104

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATT: DANIEL WALLEN, MELANIE L. CYGANOWSKI, JONATHAN N. HELFAT &
ATTY FOR GMAC LLC AND ITS AFFILIATES
STEVEN B. SOLL, ESQS. 230 PARK AVENUE
NEW YORK, NY  10169
(212) 682-6104

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019
(212) 492-0158

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
1200 K STREET, NW
WASHINGTON, DC  20005
(202) 326-4400

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY  10281
(212) 336-1322

SECURITIES AND EXCHANGE COMMISSION
ATTN: ANDREW N. VOLLMER, ACTING GEN. COUNSEL
100 F STREET, ND
WASHINGTON, DC  20549
(202) 772-9263

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY  10017
(212) 455-2502

SIMPSON THACHER & BARTLETT LLP
ATTN: DAVID J. MACK, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY  10017
(212) 455-2502

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
JOHN STEMBER, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH, PA  15219
(412) 281-1007

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
ELLEN M DOYLE, ESQ. & JOEL HURT, ESQ. & PAMINA EWING, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH, PA  15219
(412) 281-1007

U.S. TREASURY
ATTN:  MATTHEW FELDMAN, ESQ.
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON, DC  20220
(202) 622-6415

UNITED STATES ATTORNEY
ATTN: MATTHEW L SCHWARTZ AND DAVID S. JONES, ESQS.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY  10007
(212) 637-2750

UNITED STATES DEPT. OF JUSTICE
ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20530
(202) 307-6777

UNITED STEELWORKERS
ATT: DAVID R. JURY, ESQ.
FIVE GATEWAY CENTER, SUITE 807
PITTSBURGH, PA  15222
(412) 562-2574

VEDDER PRICE
MICHAEL SCHEIN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY  10019
(212) 407-7799

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
767 FIFTH AVE
NEW YORK, NY  10153
(212) 310-8007

UNITED STATES DEPT. OF JUSTICE
ATTN: ANTI-TRUST DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20530
(202) 307-6777

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY  10019
(212) 407-7799

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.
767 FIFTH AVE
NEW YORK, NY  10153
(212) 310-8007

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVE
NEW YORK, NY  10153
(212) 310-8007

# Exhibit B

ALIX PARTNERS LLP
ATTN: MICHELLE CAMPBELL
300 N LASALLE STREET
CHICAGO, IL  60654
(213) 437-7101

CADWALADER, WICKERSHAM & TAFT LLP
ATT: JOHN J. RAPISARDI, ESQ.
ATTY FOR UNITED STATES OF AMERICA
ONE WORLD FINANCIAL CENTER
NEW YORK, NY  10281
(212) 504-6666

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY  10006
(212) 225-3999

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006
(212) 225-3999

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006
(212) 225-3999

COHEN WEISS AND SIMON LLP
ATT: BABETTE A. CECCOTTI, ESQ.
ATTY FOR UAW
330 WEST 42ND STREET
NEW YORK, NY  10036
(212) 473-8227

DANIEL W. SHERRICK, GENERAL COUNSEL
8000 EAST JEFFERSON AVE
DETROIT, MI  48214
(313) 823-6016

DEPARTMENT OF LABOR
ATTN: DEPUTY SOLICITOR OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON, DC  20201
(202) 693-5538

DEPARTMENT OF THE TREASURY
ATTN: OFFICE OF GENERAL COUNSEL
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20220
(202) 622-6415

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATT: ROBERT B. WEISS, ESQ.
ATTY FOR GENERAL MOTORS CORPORATION
2290 FIRST NATIONAL BUILDING660 WOODWARD AVENUE
DETROIT, MI  48226
(313) 465-7597

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATT: TRICIA A. SHERICK, ESQ.
ATTY FOR GENERAL MOTORS CORPORATION
2290 FIRST NATIONAL BUILDING660 WOODWARD AVENUE
DETROIT, MI  48226
(313) 465-7663

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATT: JOSEPH R. SGROI, ESQ.
ATTY FOR GENERAL MOTORS CORPORATION
2290 FIRST NATIONAL BUILDING660 WOODWARD AVENUE
DETROIT, MI  48226
(313) 465-7571

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
290 BROADWAY
NEW YORK, NY  10007
(212) 436-1931

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
P.O. BOX 21126
PHILADELPHIA, PA  19114
(215) 516-2555

INTERNATIONAL UNION, UAW
ATT: DANIEL SHERRICK & NIRAJ GANATRA, LEGAL DEPT.
ATTY FOR INTERNATIONAL UNION, UAW
8000 EAST JEFFERSON AVENUE
DETROIT, MI  48214
(313) 926-5240

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M  KENNEDY, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY  10003
(212) 358-0207

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNICK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY  10003
(212) 358-0207

KENNEDY, JENNIK & MURRAY P.C.
ATTN: LARRY MAGARIK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY  10003
(212) 358-0207

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: KENNETH H. ECKSTEIN, ET AL
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036
(212) 715-8229

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  RICHARD S. TODER, ESQ.
101 PARK AVENUE
NEW YORK, NY  10178
(212) 309-6001

MORGAN, LEWIS & BOCKIUS LLP
ATTN: ANDREW D GOTTFRIED, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178
(212) 309-6001

NEW YORK CITY DEPT. OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS ST- 3RD FLOOR
BROOKLYN, NY 11201
(718) 403-3650

NEW YORK STATE DEPT TAXATION & FINANCE
ATTN: BANKRUPTCY/SPECIAL PROC. SECT.
PO BOX 5300
ALBANY, NY 12205
(518) 457-0617

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
120 BROADWAY
NEW YORK, NY 10271
(212) 416-8369

OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY 10004
(212) 668-2255

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: ROGER FRANKEL, ESQ
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005
(202) 339-8500

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: RICHARD H WYRON, ESQ.
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005
(202) 339-8500

OTTERBOURG STEINDLER HOUSTON & ROSEN PC
ATTN: DANIEL WALLEN, ESQ, JONATHAN N. HELFAT, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169
(212) 682-6104

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATT: DANIEL WALLEN, MELANIE L. CYGANOWSKI, JONATHAN N. HELFAT &
ATTY FOR GMAC LLC AND ITS AFFILIATES
STEVEN B. SOLL, ESQS.230 PARK AVENUE
NEW YORK, NY 10169
(212) 682-6104

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
(212) 492-0158

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005
(202) 326-4400

SCHNADER HARRISON SEGAL et al
ATTN: BENJAMIN P DEUTSCH, ESQ.
ATTY FOR COMM OF CONSUMER VICTIMS
140 BROADWAYSUITE 3100
NEW YORK, NY 10005
(212) 972-8798

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY 10281
(212) 336-1322

SECURITIES AND EXCHANGE COMMISSION
ATTN: ANDREW N. VOLLMER, ACTING GEN. COUNSEL
100 F STREET, ND
WASHINGTON, DC 20549
(202) 772-9263

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017
(212) 455-2502

SIMPSON THACHER & BARTLETT LLP
ATTN: DAVID J. MACK, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017
(212) 455-2502

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
JOHN STEMBER, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH, PA 15219
(412) 281-1007

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
ELLEN M DOYLE, ESQ. & JOEL HURT, ESQ. & PAMINA EWING, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH, PA 15219
(412) 281-1007

STUTZMAN, BROMBERG, ESSERMAN et al.
SANDER ESSERMAN, ROBERT T BROUSSEAU, PETER D'APICE
ATTY FOR AD HOC COMM ASBESTOS PERSONAL INJURY CLAIMANTS
2323 BRYAN STREETSUITE 2200
DALLAS, TX 75201
(214) 969-4999

U.S. TREASURY
ATTN: MATTHEW FELDMAN, ESQ.
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON, DC 20220
(202) 622-6415

UNITED STATES ATTORNEY
ATTN: MATTHEW L SCHWARTZ AND DAVID S. JONES, ESQS.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY  10007
(212) 637-2750

UNITED STATES DEPT. OF JUSTICE
ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20530
(202) 307-6777

UNITED STATES DEPT. OF JUSTICE
ATTN: ANTI-TRUST DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20530
(202) 307-6777

UNITED STEELWORKERS
ATT: DAVID R. JURY, ESQ.
FIVE GATEWAY CENTER, SUITE 807
PITTSBURGH, PA  15222
(412) 562-2574

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY  10019
(212) 407-7799

VEDDER PRICE
MICHAEL SCHEIN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY  10019
(212) 407-7799

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.
767 FIFTH AVE
NEW YORK, NY  10153
(212) 310-8007

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
767 FIFTH AVE
NEW YORK, NY  10153
(212) 310-8007

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVE
NEW YORK, NY  10153
(212) 310-8007

# Exhibit C

AFFINIA
DAVID OVERBEEKE, CEO
4400 PRIME PARKWAY
MCHENRY, IL  60050

AIRGAS, INC.
ATT: DAVID BOYLE
259 RADNOR CHESTER ROAD
RADNOR, PA  19087

ALIX PARTNERS LLP
ATTN: MICHELLE CAMPBELL
300 N LASALLE STREET
CHICAGO, IL  60654

ALLARD & FISH, P.C.
ATT: DEBORAH L. FISH, ESQ.
535 GRISWOLD
2600 BUHL BLDG
DETROIT, MI  48226

ALPINE ELECTRONICS OF AMERICA, INC.
ATT: CYNTHIA WOODRUFF-NEER, ESQ.
19145 GRAMERCY PLACE
TORRANCE, CA  90501

ARCADIS U.S., INC.
ATT: LIESL SPANGLER
630 PLAZA DRIVE, SUITE 100
HIGHLANDS RANCH, CO  80129

ARENT FOX LLP
ATT: JAMES M. SULLIVAN, ESQ.
1675 BROADWAY
NEW YORK, NY  10019

ARENT FOX LLP
ATT: JAMES M. SULLIVAN, ESQ.
1675 BROADWAY
NEW YORK, NY  10019

ARENT FOX LLP
ATT: MARY JOANNE DOWD, ESQ.
1050 CONNECTICUT AVENUE NW
WASHINGTON, DC  20036

ARENT FOX LLP
ATTN: JAMES M. SULLIVAN, ESQ.
1675 BROADWAY
NEW YORK, NY  10019

ARENT FOX LLP
ATTY FOR DISCOVERY COMMUNICATIONS
1675 BROADWAY
ATTN: JAMES M. SULLIVAN, ESQ.
NEW YORK, NY  10019

ARENT FOX LLP
C GIAIMO, J ROTHLEDER, A CAMPBELL
1050 CONNECTICUT AVENUE NW
WASHINGTON, DC  20036

ARNALL GOLDEN GREGORY LLP
ATT: D. S. LADDIN & F N. WHITE
1717TH STREET, NW, SUITE 2100
ATLANTA, GA  30363

AT&T SERVICES INC.
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ  07921

ATTORNEY GENERAL FOR MICHIGAN
ATT: M. A. COX & D. J. RATERINK
PO BOX 30736
LABOR DIVISION
LANSING, MI  48909

ATTORNEY GENERAL FOR NEW YORK
ATT: NEAL S. MANN, ASST ATTY GENL
120 BROADWAY, 24TH FL
NEW YORK, NY  10271

ATTORNEY GENERAL FOR TEXAS
ATT: KIMBERLY A. WALSH
PO BOX 12548
BANKRUPTCY & COLLECTIONS DIVISION
AUSTIN, TX  78711

ATTORNEY GENERAL FOR TEXAS
ATT: MARK BROWNING
PO BOX 12548
BANKRUPTCY & COLLECTIONS DIVISION
AUSTIN, TX  78711

ATTORNEY GENERAL FOR THE STATE OF MICHIGAN
ATTY FOR UNEMPLOYMENT TAX OFFICE, DEPT OF ENERGY,
LABOR & ECONOMIC
3030 W. GRAND BOULEVARD, SUITE 9-600
ATTN: ROLAND HWANG, ESQ.
DETROIT, MI  48202

ATTORNEY GENERAL FOR THE STATE OF NEBRASKA
ATT: LESLIE C. LEVY, ASSISTANT ATTORNEY GENERAL
2115 STATE CAPITOL BUILDING
ATTY FOR THE STATE OF NEBRASKA
LINCOLN, NE  68509

ATTORNEY GENERAL FOR THE STATE OF NEBRASKA
ATT: LESLIE C. LEVY, ASSISTANT ATTORNEY GENERAL
2115 STATE CAPITOL BUILDING
ATTY FOR THE STATE OF NEBRASKA
LINCOLN, NE  68509

ATTORNEY GENERAL OF OHIO
ATT: VICTORIA D. GARRY
441 VINE ST, 1600 CAREW TOWER
CINCINNATI, OH  45202

ATTORNEY GENERAL OF THE STATE OF MICHIGAN - LABOR
DIVISION
ATTY FOR MICHIGAN WORKERS' COMPENSATION AGENCY
ATT: SUSAN PRZEKOP-SHAW, ASSISTANT ATTORNEY GENERAL
P.O. BOX 30736
LANSING, MI  48909

BAKER & HOSTETLER LLP
ATT: JOSEPH F. HUTCHINSON, JR.,  ERIC GOODMAN, WENDY J.
GIBSON
3200 NATIONAL CITY CENTER
1900 E. 9TH STREET
CLEVELAND, OH  44114

BAKER & HOSTETLER LLP
ATT: RICHARD BERNARD, ESQ.
45 ROCKEFELLER PLAZA
ATTY FOR B&H CREDITORS
NEW YORK, NY  10111

BAKER & HOSTETLER LLP
ATTN: WENDY J. GIBSON, ESQ.
1900 E NINTH ST
3200 NATIONAL CITY CENTER
CLEVELAND, OH  44114

BARNES & THORNBURG LLP
ATT: JOHN T. GREGG, ESQ.
171 MONROE AVE NW, STE 1000
GRAND RAPIDS, MI  49503

BARNES & THORNBURG LLP
ATTN: MARK R. OWENS, ESQ.
11 SOUTH MERIDIAN STREET
ATTY FOR HIRATA CORPORATION OF AMERICA
INDIANAPOLIS, IN  46204

BARNES & THORNBURG LLP
ATTY FOR HIRATA CORPORATION OF AMERICA
11 SOUTH MERIDIAN STREET
INDIANAPOLIS, IN  46204

BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA
ATTN: ROBERT C. POTTINGER, ESQ.
6833 STALTER DRIVE, FIRST FLOOR
ROCKFORD, IL  61108

BARTLETT HACKETT FEINBERG P.C.
ATT: FRANK F. MCGINN, ESQ.
155 FEDERAL ST, 9TH FL
BOSTON, MA  02110

BASF
DR. KURT BOCK, CHAIRMAN AND CEO
100 CAMPUS DRIVE
FLORHAM PARK, NJ  07932

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATT: CHESTER B. SALOMON, ESQ.
299 PARK AVE, 16TH FL
NEW YORK, NY  10171

BERGER SINGERMAN, P.A.
ATT: ARTHUR J. SPECTOR, ESQ.
350 E LAS OLAS BLVD, 10TH FL
FORT LAUDERDALE, FL  33301

BIALSON, BERGEN & SCHWAB
ATTN: PATRICK M. COSTELLO & THOMAS M. GAA
2600 EL CAMINO REAL, SUITE 300
ATTY FOR CISCO SYSTEMS CAPITAL CORPORATION
PALO ALTO, CA  94306

BINGHAM MCCUTCHEN LLP
ATT: ANNA M. BOELITZ, ESQ.
ONE STATE STREET
ATTY FOR WELLS FARGO BANK NORTHWEST, NAT'L ASSOC., AS
INDENTURE TRUSTE
HARTFORD, CT  06103

BINGHAM MCCUTCHEN LLP
ATT: ANNA M. BOELITZ, ESQ.
ONE STATE STREET
HARTFORD, CT  06103

BINGHAM MCCUTCHEN LLP
ATT: R. M. DOMBROFF & J. S. SABIN
399 PARK AVE
NEW YORK, NY  10022

BINGHAM MCCUTCHEN LLP
ATTN: JONATHAN B. ALTER, ESQ.
ONE STATE STREET
ATTY FOR TRAVELERS CASUALTY AND SURETY COMPANY OF
AMERICA
HARTFORD, CT  06103

BLANK ROME LLP
ATT: MARC E. RICHARDS, ESQ.
405 LEXINGTON AVE - CHRYSLER BLD
NEW YORK, NY  10174

BLANK ROME LLP
ATT: REGINA STANGO KELBON, ESQ.
ONE LOGAN SQUARE
PHILADELPHIA, PA  19103

BLUE CROSS & BLUE SHIELD MICHIGAN
ATT: JEFFREY RUMLEY
600 LAFAYETTE EAST #1925
DETROIT, MI  48226

BOB HASTINGS BUICK GMC, INC.
ATT: DAVID P. STOETZEL
800 PANORAMA TRAIL SOUTH
ROCHESTER, NY  14625

BODMAN LLP
ATTN: COLIN T. DARKE, ESQ.
1901 ST ANTOINE ST
6TH FLOOR AT FORD FIELD
DETROIT, MI  48226

BODMAN LLP
ATTN: MARC M. BAKST, ESQ.
1901 ST ANTOINE ST
6TH FLOOR AT FORD FIELD
DETROIT, MI  48226

BOLHOUSE, VANDER HULST, RISKO, BAAR & LEFERE, P.C.
ATT:  MARK D. HOFSTEE
3996 CHICAGO DRIVE SW
GRANDVILLE STATE BANK BUILDING
GRANDVILLE, MI  49418

BOLHOUSE, VANDER HULST, RISKO, BAAR & LEFERE, P.C.
ATT: DAVID S. LEFERE
3996 CHICAGO DRIVE SW
GRANDVILLE STATE BANK BUILDING
GRANDVILLE, MI  49418

BOLHOUSE, VANDER HULST, RISKO, BAAR & LEFERE, P.C.
ATT: DAVID S. LEFERE & MARK D. HOFSTEE
3996 CHICAGO DRIVE, SW
GRANDVILLE STATE BANK BUILDING
GRANDVILLE, MI  49418

BOLHOUSE, VANDER HULST, RISKO, BAAR & LEFERE, P.C.
ATT: DAVID S. LEFERE & MARK D. HOFSTEE
3996 CHICAGO DRIVE SW
GRANDVILLE STATE BANK BUILDING
GRANDVILLE, MI  49418

BORGES & ASSOCIATES, LLC
ATTN: WANDA BORGES, ESQ.
575 UNDERHILL BLVD, STE 118
SYOSSET, NY  11791

BRACEWELL & GIULIANI LLP
ATTY FOR GEORG FISCHER AUTOMOTIVE
225 ASYLUM STREET, 26TH FLOOR
HARTFORD, CT  06103

BRACEWELL & GIULIANI LLP
225 ASYLUM STREET, 26TH FLOOR
HARTFORD, CT  06103

BRAYTON PURCELL LLP
ATT: A. BRAYTON, C. SKUBIK, M. LEE
222 RUSH LANDING RD
NOVATO, CA  94945

BRIGGS AND MORGAN P.A.
ATT: JOHN R. MCDONALD, ESQ.
2200 IDS CENTER, 80 S 8TH ST
MINNEAPOLIS, MN  55402

BROOKS WILKINS SHARKEY & TURCO
ATTY FOR WABASH TECHNOLOGIES, INC.
401 S. OLD WOODWARD AVE, STE 460
ATTN: PAULA A. HALL, ESQ.
BIRMINGHAM, MI  48009

BROOKS WILKINS SHARKEY & TURCO, PLL
ATTN: PAULA A. HALL, ESQ.
401 S. OLD WOODWARD AVENUE, SUITE 4
BIRMINGHAM, MI  48009

BROWN & CONNERY, LLP
ATT: KENNETH J. SCHWEIKER, JR.
6 N BROAD ST, STE 100
WOODBURY, NJ  08096

BROWN & WHALEN, P.C.
ATT: RODNEY A. BROWN, ESQ.
700 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY  10017

BUCHALTER NEMER, PC
ATT: SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
ATTY FOR ORACLE USA, INC.; AND ORACLE CREDIT CORPORATION
SAN FRANCISCO, CA  94105

BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
ATT: PETER M. LEE, SENIOR GENERAL ATTORNEY
2500 LEW MENK DRIVE
P.O. BOX 961039
FT. WORTH, TX  76161

BURR & FORMAN LLP
ATT: D. C. CARSON & J. B. KIMBLE
420 N 20TH ST, STE 3400
BIRMINGHAM, AL  35203

BUSH FEYFERTH & PAIGE PLLC
ATT: SCOTT A. WOLFSON, ESQ.
3001 W BIG BEAVER RD, STE 600
TROY, MI  48084

BUSH SEYFERTH & PAIGE PLLC
ATT: SCOTT A. WOLFSON, ESQ.
3001 W. BIG BEAVER ROAD, SUITE 600
ATTY FOR NYX, INC.
TROY, MI  48084

BUSH SEYFERTH & PAIGE PLLC
ATT: SCOTT A. WOLFSON, ESQ.
3001 W. BIG BEAVER ROAD, SUITE 600
ATTY FOR BATES ACQUISITION LLC
TROY, MI  48084

BUSH SEYFERTH & PAIGE PLLC
ATTN: SCOTT A. WOLFSON, ESQ.
3001 W. BIG BEAVER ROAD, SUITE 600
TROY, MI  48084

BUSH SEYFERTH & PAIGE PLLC
ATTY FOR FEDERAL BROACH HOLDINGS
3001 W. BIG BEAVER ROAD, SUITE 600
ATTN: SCOTT A. WOLFSON, ESQ.
TROY, MI  48084

BUTZEL LONG, PC
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
380 MADISON AVENUE
ATTY FOR INTEVA PRODUCTS, LLC
NEW YORK, NY  10017

BUTZEL LONG, PC
ATTN: THOMAS B. RADOM & MAX J. NEWMAN
41000 WOODWARD AVENUE
ATTY FOR INTEVA PRODUCTS, LLC
BLOOMFIELD HILLS, MI  48304

C.B. BLACKARD, III
CORPORATE COUNSEL
301 E DAVE WARD DRIVE
PO BOX 2000
CONWAY, AR  72033

CADWALADER, WICKERSHAM & TAFT LLP
ATT: JOHN J. RAPISARDI, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY  10281

CAMPBELL, O'BRIEN & MISTELE, P.C.
ATTN: ROBERT J. FIGA, ESQ.
100 W BIG BEAVER RD, STE 385
TROY, MI  48084

CANON U.S.A, INC.
ATTN: RUTH E. WEINSTEIN
ONE CANON PLAZA
LAKE SUCCESS, NY  11042

CAPLIN & DRYSDALE, CHARTERED
ATT: ELIHU INSELBUCH & RITA TOBIN
375 PARK AVE, 35TH FL
NEW YORK, NY  10152

CAPLIN & DRYSDALE, CHARTERED
P.V. LOCKWOOD, R. REINSEL, T SWETT
1 THOMAS CIRCLE
WASHINGTON, DC  20005

CARSON FISCHER P.L.C.
ATT: R. WEISBERG & P. KUKLA
4111 ANDOVER RD, W - 2ND FL
BLOOMFIELD HILLS, MI  48302

CARSON FISCHER P.L.C.
ATTN: ROBERT A. WEISBERG, CHRISTOPH
4111 ANDOVER ROAD, WEST-2ND FLR
BLOOMFIELD HILLS, MI  48302

CARSON FISCHER P.L.C.
ATTY FOR J2 MANAGEMENT CORP; A.G. S
4111 ANDOVER ROAD, WEST-2ND FLOOR
(USA), INC; TIERCON CORP.
BLOOMFIELD HILLS, MI  48302

CARSON FISCHER, P.L.C.
ATT: C. A. GROSMAN & P. KUKLA
4111 ANDOVER RD, W - 2ND FL
BLOOMFIELD HILLS, MI  48302

CARSON FISCHER, P.L.C.
ATT: J. FISCHER & P. KUKLA
4111 ANDOVER RD, W - 2ND FL
BLOOMFIELD HILLS, MI  48302

CARSON FISCHER, P.L.C.
ATT:. J FISCHER, R. WEISBERG ET AL
4111 ANDOVER RD, W - 2ND FL
BLOOMFIELD HILLS, MI  48302

CARSON FISCHER, P.L.C.
ATTN: JOSEPH M. FISCHER & PATRICK J
4111 ANDOVER ROAD, WEST-2ND FLR
BLOOMFIELD HILLS, MI  48302

CARSON FISCHER, P.L.C.
ATTN: JOSEPH M. FISCHER, ROBERT A.
4111 ANDOVER ROAD, WEST-2ND FLR
BLOOMFIELD HILLS, MI  48302

CARSON FISCHER, P.L.C.
ATTY FOR LAPEER METAL STAMPING CO
4111 ANDOVER ROAD, WEST-2ND FLOOR
ATTN: JOSEPH M. FISCHER, ROBERT A. WEISBERG & PAT
BLOOMFIELD HILLS, MI  48302

CARSON FISCHER, P.L.C.
ATTY FOR RUSH TRUCKING CORPORATION
4111 ANDOVER ROAD, WEST-2ND FLOOR
ATTN: JOSEPH M. FISCHER & PATRICK J. KUKLA
BLOOMFIELD HILLS, MI  48302

CARSON FISCHER, P.L.C.
J. FISCHER, L. LICHTMAN, P. KUKLA
4111 ANDOVER RD, W - 2ND FL
BLOOMFIELD HILLS, MI  48302

CARSON FISCHER, P.L.C.
J. FISCHER, R. WEISBERG, P. KUKLA
4111 ANDOVER RD, W - 2ND FL
BLOOMFIELD HILLS, MI  48302

CASSELS BROCK
ATT: MICHAEL WEINCZOK
2100 SCOTIA PLAZA - 40 KING ST W
TORONTO, ON M5H 3C2 CANADA

CHAPELL & ASSOCIATES, LLC
ATT: ALAN CHAPELL, CIPP
297 DRIGGS AVE, STE 3A
BROOKLYN, NY  11222

CHARLES CLARK CHEVROLET CO.
P.O. BOX 523
MCALLEN, TX  78505

CHEMICO SYSTEMS
LEON C. RICHARDSON, PRESIDENT
10 W.HURON, SUITE 300
PONTIAC, MI  48342

CLARK HILL PLC
ATTN: ROBERT D. GORDON, ESQ.
151 S OLD WOODWARD AVE, STE 200
BIRMINGHAM, MI  48009

CLEARY GOTTLIEB STEEN & HAMILTON
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLEARY GOTTLIEB STEEN & HAMILTON
ATT: JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLEARY GOTTLIEB STEEN & HAMILTON
ATT: SEAN A. O'NEAL, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLEARY GOTTLIEB STEEN & HAMILTON
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLEARY GOTTLIEB STEEN & HAMILTON
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLIFFORD CHANCE US LLP
ATT: A. BROZMAN & S. CAMPBELL
31 WEST 52ND STREET
NEW YORK, NY  10019

COBASYS
MR. TOM NESLAGE, PRESIDENT & CEO
3740 LAPEER RD. SOUTH
ORION, MI  48359

COHEN, WEISS AND SIMON LLP
ATT: BABETTE A. CECCOTTI, ESQ.
330 W 42ND ST
NEW YORK, NY  10036

CONNELL FOLEY LLP
ATTN: STEPHEN V. FALANGA & CHRISTOPHER M. HEMRICK
888 SEVENTH AVENUE
ATTY FOR PANASONIC ELECTRIC WORKS CORPORATION OF
AMERICA
NEW YORK, NY  10106

COOLIDGE WALL CO., L.P.A.
ATT: RONALD S. PRETEKIN, ESQ.
33 W FIRST ST, STE 600
DAYTON, OH  45402

COVINGTON & BURLING LLP
ATT: MICHAEL ST. PATRICK BAXTER
1201 PENNSYLVANIA AVE NW
WASHINGTON, DC  20004

CUMMINGS & LOCKWOOD LLC
ATT: JOHN F. CARBERRY, ESQ.
SIX LANDMARK SQ
STAMFORD, CT  06901

DANIEL W. SHERRICK, GENERAL COUNSEL
8000 EAST JEFFERSON AVE
DETROIT, MI  48214

DAWDA, MANN, MULCAHY & SADLER, PLC
ATT: K. A. FLASKA & W. L. ROSIN
39533 WOODWARD AVE, STE 200
BLOOMFIELD HILLS, MI  48304

DAY PITNEY LLP
ATTN: AMISH R. DOSHI, ESQ.
7 TIMES SQUARE
ATTY FOR ORACLE USA, INC.
NEW YORK, NY  10036

DEBEVOISE & PLIMPTON LLP
ATT: RICHARD F. HAHN, ESQ.
919 THIRD AVE
NEW YORK, NY  10022

DECHERT LLP
ATTN: JULIET SARKESSIAN, ESQ.
2929 ARCH STREET
CIRA CENTRE
PHILADELPHIA, PA  19104

DECHERT LLP
ATTY FOR CDI CORPORATION
1095 AVENUE OF THE AMERICAS
ATTN: JAMES O. MOORE, ESQ.
NEW YORK, NY  10036

DECHERT LLP
ATTY FOR SHANGHAI AUTOMOTIVE INDUST
2929 ARCH STREET
ATTN: JULIET SARKESSIAN, ESQ.
PHILADELPHIA, PA  19104

COUNTY ATTORNEY
ATT: B. ESCOBAR, ASST CTY ATTY
ONE HARRISON ST, SE, 5TH FL
LEESBURG, VA  20175

COVINGTON & BURLING LLP
ATTN: SUSAN POWER JOHNSTON, ESQ.
NYT BLDG, 620 8TH AVE
THE NEW YORK TIMES BUILDING
NEW YORK, NY  10018

DANA HOLDING COMPANY
ATT: LISA WURSTER
4500 DORR STREET
TOLEDO, OH  43615

DAVIS POLK & WARDWELL
ATT: D. BERNSTEIN & M. HUEBNER
450 LEXINGTON AVE
NEW YORK, NY  10017

DAWDA, MANN, MULCAHY & SADLER, PLC
ATT: W. L. ROSIN & K. A. FLASKA
39533 WOODWARD AVE, STE 200
BLOOMFIELD HILLS, MI  48304

DEALER TIRE, LLC
3711 CHESTER AVENUE
CLEVELAND, OH  44114

DECHERT LLP
ATTN: JULIET SARKESSIAN, ESQ.
2929 ARCH STREET
PHILADELPHIA, PA  19104

DECHERT LLP
ATTN: SHMUEL VASSER, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

DECHERT LLP
ATTY FOR SHANGHAI AUTOMOTIVE INDUST
1095 AVENUE OF THE AMERICAS
ATTN: SHMUEL VASSER, ESQ.
NEW YORK, NY  10036

DEPARTMENT OF LABOR
ATTN: DEPUTY SOLICITOR OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON, DC  20201

DEPARTMENT OF LABOR & INDUSTRY
ATTN: DENISE A. MERTZ
625 CHERRY STREET, ROOM 203
READING BANKRUPTCY & COMPLIANCE UNIT
READING, PA  19602

DEPARTMENT OF THE TREASURY
ATTN: OFFICE OF GENERAL COUNSEL
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20220

DICKINSON WRIGHT PLLC
ATT: COLLEEN M. SWEENEY, ESQ.
424 CHURCH ST, STE 1401
NASHVILLE, TN  37219

DICKINSON WRIGHT PLLC
ATT: DAWN R. COPLEY, ESQ.
500 WOODWARD AVE, STE 4000
DETROIT, MI  48226

DICKINSON WRIGHT PLLC
ATT: DORON YITZCHAKI, ESQ.
301 E LIBERTY, STE 500
ANN ARBOR, MI  48104

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
500 WOODWARD AVE, STE 4000
DETROIT, MI  48226

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
500 WOODWARD AVENUE, SUITE 4000
ATTY FOR CHRYSLER GROUP LLC, AS AGENT FOR OLD CARCO &
CHRYSLER MOTORS
DETROIT, MI  48226

DICKINSON WRIGHT PLLC
ATT: KERRY MASTERS EWALD, ESQ.
424 CHURCH ST, STE 1401
NASHVILLE, TN  37219

DICKINSON WRIGHT PLLC
ATT: MICHAEL C. HAMMER, ESQ.
301 E LIBERTY, STE 500
ANN ARBOR, MI  48104

DICONZA LAW P.C.
ATT: GERARD DICONZA, ESQ.
630 THIRD AVE, 7TH FL
NEW YORK, NY  10017

DILWORTH PAXSON LLP
ATTN: SCOTT J. FREEDMAN, ESQ.
457 HADDONFIELD ROAD
LIBERTYVIEW - SUITE 700
CHERRY HILL, NJ  08002

DLA PIPER LLP
ATT: K. DENNISTON & J. NASSIRI
550 S HOPE ST, STE 2300
LOS ANGELES, CA  90071

DORSEY & WHITNEY LLP
ATTN: MICHAEL FOREMAN, ESQ.
250 PARK AVENUE
ATTY FOR BALLARD MATERIAL PRODUCTS INC.
NEW YORK, NY  10177

DOW AUTOMOTIVE
MR. PETER SYKES, PRESIDENT
2-2-24 HIGASHI-SHINAGAWA
SHINAGAWA-KU, TOKYO 140-8617 JAPAN

DUPONT
ELLEN J. KULLMAN, CEO
1007 MARKET STREET
WILMINGTON, DL  19898

DURA AUTOMOTIVE
TIM LEULIETTE, CHAIRMAN
2791 RESEARCH DRIVE
ROCHESTER HILLS, MI  48309

DYNAMIC MANUFACTURING
MRS. MARY PARTIPILO, CEO
1930 N. MANNHEIM ROAD
MELROSE PARK, IL  60160

EATON CORPORATION
1111 SUPERIOR AVENUE
CLEVELAND, OH  44114

EDS, AN HP COMPANY
ATT: AYALA HASSELL
H3-3A-05, 5400 LEGACY DR
PLANO, TX  75024

EDS, AN HP COMPANY
ATT: AYALA HASSELL
5400 LEGACY DRIVE
H3-3A-05
PLANO, TX  75024

ENTERGY SERVICES, INC
ATT: ALAN H. KATZ, ASST GENL CNSL
639 LOYOLA AVENUE, 26TH FLOOR
NEW ORLEANS, LA  70113

ERVIN COHEN & JESSUP LLP
ATTN: MICHAEL S. KOGAN & PETER JAZAYERI
9401 WILSHIRE BOULEVARD
ATTY FOR SALAS AUTOMOTIVE GROUP, INC. DBA POWAY
CHEVROLET
BEVERLY HILLS, CA  90212

FARELLA BRAUN & MARTEL LLP
ATT: NEIL A. GOTEINER, ESQ.
235 MONTGOMERY ST, 17TH FL
SAN FRANCISCO, CA  94104

FEDERAL EXPRESS CORPORATION
ATTN: ROBERT R. ROSS
3620 HACKS CROSS ROAD
MEMPHIS, TN  38125

FOLEY & LARDNER LLP
ATT: ANN MARIE UETZ & THOMAS B. SPILLANE
500 WOODWARD AVENUE, SUITE 2700
ONE DETROIT CENTER
DETROIT, MI  48226

FOLEY & LARDNER LLP
ATT: M. AIELLO & S. BARBATANO
ONE DETROIT CTR, 500 WOODWARD AVE
SUITE 2700
DETROIT, MI  48226

FOLEY & LARDNER LLP
ATT: STEVEN H. HILFINGER & JOHN A. SIMON
500 WOODWARD AVENUE, SUITE 2700
ATTY FOR TOYOTA MOTOR CORPORATION
DETROIT, MI  48226

FOLEY & LARDNER LLP
ATTN: ANN MARIE UETZ, ESQ.
500 WOODWARD AVENUE, SUITE 2700
ONE DETROIT CENTER
DETROIT, MI  48226

FOLEY & LARDNER LLP
ATTN: JILL L. MURCH & JOANNE LEE
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL  60654

FOLEY & LARDNER LLP
ATTN: SALVATORE A. BARBATANO & STEVEN H. HILFINGER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATT: EARLE I. ERMAN, ESQ.
400 GALLERIA OFFICENTRE, SUITE 444
ATTY FOR CENTERPOINT ASSOCIATES, L.L.C.
SOUTHFIELD, MI  48034

FACTORY MOTOR PARTS COMPANY
1380 CORPORATE CENTER CURVE
EAGAN, MN  55121

FEDERAL EXPRESS CORPORATION
ATTN: ROBERT R. ROSS
3620 HACKS CROSS ROAD
BUILDING B - 2ND FLOOR
MEMPHIS, TN  38125

FELDERSTEIN FITZGERALD ET AL LLP
ATT: PAUL J. PASCUZZI, ESQ.
400 CAPITAL MALL, STE 1450
SACRAMENTO, CA  95814

FOLEY & LARDNER LLP
ATT: ANN MARIE UETZ, ESQ.
500 WOODWARD AVENUE, SUITE 2700
ATTY FOR CONTINENTAL STRUCTURAL PLASTICS, INC.
DETROIT, MI  48226

FOLEY & LARDNER LLP
ATT: ROBERT H. HUEY, ESQ.
3000 K STREET, N.W., SUITE 600
WASHINGTON HARBOUR
WASHINGTON, DC  20007

FOLEY & LARDNER LLP
ATTN: ANN MARIE UETZ & DALJIT DOOGAL
500 WOODWARD AVENUE, SUITE 2700
ATTY FOR DETROIT TECHNOLOGIES, INC.
DETROIT, MI  48226

FOLEY & LARDNER LLP
ATTN: FRANK DICASTRI, ESQ.
777 EAST WISCONSIN AVENUE
ATTY FOR GETRAG TRANSMISSION CORPORATION
MILWAUKEE, WI  53202

FOLEY & LARDNER LLP
ATTN: JUDY A. O'NEILL, JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
ATTY FOR PEUGEOT JAPY INDUSTRIES S.A.
DETROIT, MI  48226

FOLEY & LARDNER LLP
ATTN: SALVATORE A. BARBATANO, JOHN A. SIMON, KATHERINE R.
CATANESE
500 WOODWARD AVENUE, SUITE 2700
ATTY FOR PIRELLI TIRE, LLC
DETROIT, MI  48226

FOLEY & LARDNER LLP
ATTN: SCOTT T. SEABOLT, ESQ.
500 WOODWARD AVENUE, SUITE 2700
ATTY FOR TEXTRON INC.
DETROIT, MI  48226

FOLEY & LARDNER LLP
ATTN: STEVEN H. HILFINGER, JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
ATTY FOR INTRA CORPORATION
DETROIT, MI  48226

FOLEY & LARDNER LLP
ATTN: THOMAS B. SPILLANE, JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
ATTY FOR TECHNOLOGY INVESTMENT PARTNERS, LLC
DETROIT, MI  48226

FOX ROTHSCHILD LLP
ATTN: FRED STEVENS, ESQ.
100 PARK AVENUE, SUITE 1500
ATTY FOR STARSOURCE MANAGEMENT SERVICES
NEW YORK, NY  10017

FREEBORN & PETERS LLP
ATT: A. L. HAMMER & T. R. FAWKES
311 S WACKER DR, STE 3000
CHICAGO, IL  60606

FULBRIGHT & JAWORSKI L.L.P.
ATTN: DAVID A. ROSENZWEIG & JACLYN L. RABIN
666 FIFTH AVENUE
ATTY FOR AT&T CORP.
NEW YORK, NY  10103

GHSP, INC.
ATTN: RON WALLISH
1250 SOUTH BEECHTREE STREET
GRAND HAVEN, MI  49417

GIBBONS P.C.
ATT: DAVID N. CRAPO, ESQ.
ONE GATEWAY CENTER
NEWARK, NJ  07102

GIBSON, DUNN & CRUTCHER LLP
ATT: MATTHEW J. WILLIAMS, ESQ.
200 PARK AVENUE
NEW YORK, NY  10166

GOLENBOCK EISEMAN ET AL LLP
J. FLAXER, D. FURTH, A. VASSALLO
437 MADISON AVENUE
NEW YORK, NY  10022

FOLEY & LARDNER LLP
ATTN: STEVEN H. HILFINGER, FRANK W. DICASTRI, JOHN A. SIMON
500 WOODWARD AVENUE, SUITE 2700
ATTY FOR OMRON AUTOMOTIVE ELECTRONICS; OMRON DUALTEC AUTOMOTIVE ELECTR
DETROIT, MI  48226

FOLEY & LARDNER LLP
ATTN: THOMAS B. SPILLANE, JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
ATTY FOR GRUPO ANTOLIN NORTH AMERICA INC.
DETROIT, MI  48226

FOLEY & LARDNER LLP
ATTN: THOMAS B. SPILLANE, JR. & ANN MARIE UETZ
500 WOODWARD AVENUE, SUITE 2700
ONE DETROIT CENTER
DETROIT, MI  48226

FRASER TREBILCOCK DAVIS & DUNLAP
ATTN: G. ALAN WALLACE, ESQ.
124 W ALLEGAN ST, STE 1000
LANSING, MI  48933

FRIEDLANDER MISLER, PLLC
ATTN: ROBERT E. GREENBERG, ESQ.
1101 SEVENTEENTH STREET, N.W., SUITE 700
ATTY FOR REALTY ASSOCIATES IOWA CORPORATION
WASHINGTON, DC  20036

GENERAL MOTORS CORPORATION
300 RENAISSANCE CENTER
DETROIT, MI  48265

GHSP, INC.
ATTN: RON WALLISH
1250 SOUTH BEECHTREE STREET
GRAND HAVEN, MI  49417

GIBSON, DUNN & CRUTCHER LLP
ATT: DAVID M. FELDMAN, ESQ.
200 PARK AVENUE
NEW YORK, NY  10166

GLENN M. REISMAN, ESQ.
ATTY FOR GE ENERGY, GE MOTORS AND GE WATER
TWO CORPORATE DRIVE, SUITE 234
SHELTON, CT  06484

GORLICK, KRAVITZ & LISTHAUS, P.C.
ATT: BARBARA S. MEHLSACK, ESQ.
17 STATE ST, 4TH FL
4TH FLOOR
NEW YORK, NY  10004

GOULSTON & STORRS, P.C.
ATT: DOUGLAS B ROSNER ESQ
400 ATLANTIC AVENUE
BOSTON, MA  02110

GOULSTON & STORRS, P.C.
ATT: GREGORY O KADEN ESQ
400 ATLANTIC AVENUE
BOSTON, MA  02110

HAHN LOESER & PARKS LLP
L D POWAR/D A DEMARCO/ R I BEBITETT
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH  44114

HARMAN BECKER AUTOMOTIVE SYST INC
39001 WEST 12 MILE ROAD
FARMINGTON HILLS, MI  48331

HARTER SECREST & EMERY LLP
ATT: RAYMOND L. FINK, ESQ.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY  14202

HARTER SECREST & EMERY LLP
J AHO/W KREIENBERG/J WEIDER/I PALER
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY  14604

HARTER SECREST & EMERY LLP
JOHN WEIDER & INGRIDE PALERMO, ESQ
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY  14604

HARTER SECREST & EMERY LLP
KENNETH W AFRICANO & RAYMOND L FUNK
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY  14202

HAYNES AND BOONE LLP
ATT: JONATHAN HOOK, ESQ.
1221 AVENUE OF THE AMERICAS
NEW YORK, NY  10020

HAYNES AND BOONE LLP
ATTN: CHARLES A. BECKMAN & BROOKS HAMILTON
1221 MCKINNEY, SUITE 2100
ATTY FOR EXXON MOBIL CORPORATION
HOUSTON, TX  77010

HAYNES AND BOONE LLP
PATRICK L HUGHES & PETER C RUGGERO
1221 MCKINNEY, SUITE 2100
HOUSTON, TX  77010

HAYNES AND BOONE, LLP
ATTN: JUDITH ELKIN
1221 AVE OF THE AMERICAS  26TH FL
NEW YORK, NY  10020

HAYNES AND BOONE, LLP
ATTN: MATTHEW E. RUSSELL, ESQ.
1221 AVENUE OF THE AMERICAS, 26TH FL
ATTY OFR EXXON MOBIL CORPORATION
NEW YORK, NY  10020

HAYNSWORTH SINKLER BOYD, P.A.
ATTN: WILLIAM H. SHORT, JR., ESQ.
PO BOX 11889
ATTY FOR SOUTH CAROLINA AUTOMOBILE DEALERS
ASSOCIATION
COLUMBIA, SC  29211

HERRICK, FEINSTEIN LLP
ATT: STEPHEN B. SELBST & PAUL RUBIN
2 PARK AVENUE
NEW YORK, NY  10016

HESS CORPORATION
ELIZABETH ANNE CARINI CURRENTI, ESQ
1 HESS PLAZA
WOODBRIDGE, NJ  07095

HEWLETT-PACKARD COMPANY LP
ATT: RAMONA NEAL, SENIOR COUNSEL
11311 CHINDEN BLVD
MAIL STOP 314
BOISE, ID  83714

HEWLETT-PACKARD DEVELOPMENT CO, LP
MIKE NEFKENS, VICE PRESIDENT
500 RENAISSANCE CENTER, MC:20A
DETROIT, MI  48243

HEWLETT-PACKARD FINANCIAL SVCS CO
ATT: LINDA D'AMICO
420 MOUNTAIN AVENUE
MURRAY HILL, NJ  07640

HINCKLEY, ALLEN & SNYDER LLP
T H CURRAN/P F O'DONNELL/J V DORAN
28 STATE STREET
BOSTON, MA  02109

HISCOCK & BARCLAY, LLP
ATTN: SUSAN R. KATZOFF, ESQ.
300 S STATE STREET
ONE PARK PLACE
SYRACUSE, NY  13202

HODGSON RUSS LLP
ATTN: STEPHEN H. GROSS, ESQ.
60 E 42ND ST  37TH FL
NEW YORK, NY  10165

HODGSON RUSS LLP
ATTN: STEPHEN H. GROSS, ESQ.
60 E 42ND ST  37TH FL
NEW YORK, NY  10165

HONIGMAN MILLER SCHWARTZ & COHN LLP
ATT: JOSEPH R. SGROI, ESQ.
660 WOODWARD AVE
2290 FIRST NATIONAL BUILDING
DETROIT, MI  48226

HONIGMAN MILLER SCHWARTZ & COHN LLP
ATT: ROBERT B. WEISS, ESQ.
660 WOODWARD AVE
2290 FIRST NATIONAL BUILDING
DETROIT, MI  48226

HONIGMAN MILLER SCHWARTZ & COHN LLP
ATT: TRICIA A. SHERICK, ESQ.
660 WOODWARD AVE
2290 FIRST NATIONAL BUILDING
DETROIT, MI  48226

HSS/SAGINAW
MR. ERIC LARSON, COO
5446 DIXIE HIGHWAY
SAGINAW, MI  48601

HUNTER & SCHANK CO., LPA
ATT: JOHN J. HUNTER, JR., ESQ.
1700 CANTON AVE
ONE CANTON SQUARE
TOLEDO, OH  43604

HUNTER & SCHANK CO., LPA
ATT: THOMAS J. SCHANK, ESQ.
1700 CANTON AVE
ONE CANTON SQUARE
TOLEDO, OH  43604

INDUSTRY CANADA, LEGAL SERVICES
ATT: ANNE BOUDREAU
235 QUEEN STREET
OTTAWA, ON 51A 0H5  CANADA

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
290 BROADWAY
NEW YORK, NY  10007

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
P.O. BOX 21127
PHILADELPHIA, PA  19114

INTERNATIONAL UNION, UAW
D SHERRICK & N GANATRA - LEGAL DEPT
8000 EAST JEFFERSON AVE
DETROIT, MI  48214

INTERNATIONAL UNION, UAW
D W SHERRICK & N R GANATRA
8000 EAST JEFFERSON AVENUE
DETROIT, MI  48124

INT'L UNION OF OPERATING ENGINEERS
ATT: RICHARD GRIFFIN, GEN COUNSEL
1125 SEVENTEENTH STREET, NW
WASHINGTON, DC  20036

IVEY, BARNUM AND O'MARA, LLC
ATTN: MELISSA ZELEN NEIER, ESQ.
170 MASON STREET
ATTY FOR SONIC AUTOMOTIVE, INC.
GREENWICH, CT  06830

J.L. SAFFER, P.C.
ATTN: JENNIFER L. SAFFER, ESQ.
20 VESEY STREET, 7TH FLOOR
ATTY FOR TMI CUSTOM AIR SYSTEMS, INC.
NEW YORK, NY  10007

JENNER & BLOCK LLP
ATTN: DANIEL R. MURRAY & JOSEPH P.
330 NORTH WABASH AVENUE
CHICAGO, IL  60611

JENNER & BLOCK LLP
ATTN: PATRICK J. TROSTLE & HEATHER
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY  10022

JENNER & BLOCK LLP
ATTY FOR PROPOSED SPECIAL COUNSEL
330 NORTH WABASH AVENUE
ATTN: DANIEL R. MURRAY & JOSEPH P. GROMACKI
CHICAGO, IL  60611

JENNER & BLOCK LLP
ATTY FOR PROPOSED SPEICAL COUNSEL
919 THIRD AVENUE, 37TH FLOOR
ATTN: PATRICK J. TROSTLE & HEATHER D. MCARN
NEW YORK, NY  10022

JIM BARNARD CHEVROLET, INC.
ATT: ALLYN BARNARD, PRESIDENT
7107 BUFFALO ROAD
CHURCHVILLE, NY  14428

JOHNSON HEARN VINEGAR GEE & GLASS
ATT: JEAN WINBORNE BOYLES, ESQ.
PO BOX 1776
ATTY FOR D & J AUTOMOTIVE, LLC
RALEIGH, NC  27602

JOHNSTON BARTON PROCTOR & ROSE LLP
ATTN: MAX A. MOSELEY, ESQ.
569 BROOKWOOD VILLAGE
SUITE 901
BIRMINGHAM, AL  35209

JTEKT AUTOMOTIVE
MOTOHIKO YOKOYAMA, CEO
15TH FL MIDLAND SQ, 4-7-1 MEIEKI
NAKAMURA-KU NAGOYA JAPAN 450-8515

K&L GATES LLP
ATT: J N RICH & E T MOSER, ESQS
599 LEXINGTON AVENUE
NEW YORK, NY  10022

KAYE SCHOLER LLP
ATT: R G SMOLEV & L ATTARD
425 PARK AVENUE
NEW YORK, NY  10022

KEATING MUETHING & KLEKAMP PLL
ATTN: JASON V. STITT, ESQ.
ONE EAST FOURTH STREET, SUITE 1400
ATTY FOR CINTAS CORPORATION
CINCINNATI, OH  45202

KELLEY & FERRARO, L.L.P.
ATT: THOMAS M. WILSON, ESQ.
2200 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH  44114

KELLEY DRYE & WARREN LLP
D RETTER/P BRUZZESE-SZCZGIEL/J CHRI
101 PARK AVENUE
NEW YORK, NY  10178

KELLEY DRYE & WARREN, LLP
J. S CARR & J. A. BERGMAN, ESQS
101 PARK AVENUE
NEW YORK, NY  10178

KEM KREST
AMISH SHAH. CEO
1919 SUPERIOR ST.
ELKHART, IN  46515

KENNEDY, JENNIK & MURRAY P.C.
ATTN: LARRY MAGARIK, ESQ.
113 UNIVERSITY PL 7TH FL
NEW YORK, NY  10003

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNICK, ESQ.
113 UNIVERSITY PL 7TH FL
NEW YORK, NY  10003

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M  KENNEDY, ESQ.
113 UNIVERSITY PL 7TH FL
NEW YORK, NY  10003

KERR, RUSSELL AND WEBER, PLC
ATT: JAMES E. DELINE, ESQ.
500 WOODWARD AVENUE, SUITE 2500
ATTY FOR AVL POWERTRAIN ENGINEERING, INC.
DETROIT, MI  48226

KERR, RUSSELL AND WEBER, PLC
ATT: JAMES E. DELINE, ESQ.
500 WOODWARD AVENUE, SUITE 2500
ATTY FOR FERNDALE ELECTRIC CO., INC.
DETROIT, MI  48226

KERR, RUSSELL AND WEBER, PLC
ATT: P. WARREN HUNT, ESQ.
500 WOODWARD AVENUE, SUITE 2500
ATTY FOR FERNDALE ELECTRIC CO., INC.
DETROIT, MI  48226

KERR, RUSSELL AND WEBER, PLC
ATT: P.WARREN HUNT, ESQ.
500 WOODWARD AVENUE, SUITE 2500
ATTY FOR AVL AMERICAS, INC.
DETROIT, MI  48226

KERR, RUSSELL AND WEBER, PLC
ATTN: JAMES E. DELINE, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI  48226

KERR, RUSSELL AND WEBER, PLC
ATTN: JAMES E. DELINE, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI  48226

KERR, RUSSELL AND WEBER, PLC
ATTN: JAMES E. DELINE, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI  48226

KERR, RUSSELL AND WEBER, PLC
ATTN: JAMES E. DELINE, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI  48226

KERR, RUSSELL AND WEBER, PLC
ATTN: P. WARREN HUNT, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI  48226

KERR, RUSSELL AND WEBER, PLC
ATTN: P. WARREN HUNT, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI  48226

KERR, RUSSELL AND WEBER, PLC
ATTN: P. WARREN HUNT, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI  48226

KERR, RUSSELL AND WEBER, PLC
ATTN: P. WARREN HUNT, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI  48226

KERR, RUSSELL AND WEBER, PLC
ATTY FOR AVL INSTRUMENTATION & TEST
500 WOODWARD AVENUE, SUITE 2500
ATTN: P. WARREN HUNT, ESQ.
DETROIT, MI  48226

KERR, RUSSELL AND WEBER, PLC
ATTY FOR AVL INSTRUMENTATION & TEST
500 WOODWARD AVENUE, SUITE 2500
ATTN: JAMES E. DELINE, ESQ.
DETROIT, MI  48226

KERR, RUSSELL AND WEBER, PLC
ATTY FOR AVL MICHIGAN HOLDING CORP
500 WOODWARD AVENUE, SUITE 2500
ATTN: P. WARREN HUNT, ESQ.
DETROIT, MI  48226

KERR, RUSSELL AND WEBER, PLC
ATTY FOR AVL MICHIGAN HOLDING CORP
500 WOODWARD AVENUE, SUITE 2500
ATTN: JAMES E. DELINE, ESQ.
DETROIT, MI  48226

KERR, RUSSELL AND WEBER, PLC
ATTY FOR FLEET-CAR LEASE, INC.
500 WOODWARD AVENUE, SUITE 2500
ATTN: P. WARREN HUNT, ESQ.
DETROIT, MI  48226

KERR, RUSSELL AND WEBER, PLC
ATTY FOR FLEET-CAR LEASE, INC.
500 WOODWARD AVENUE, SUITE 2500
ATTN: JAMES E. DELINE, ESQ.
DETROIT, MI  48226

KERR, RUSSELL AND WEBER, PLC
ATTY FOR WINDSOR MOLD COMPANY INC.
500 WOODWARD AVENUE, SUITE 2500
ATTN: P. WARREN HUNT, ESQ.
DETROIT, MI  48226

KERR, RUSSELL AND WEBER, PLC
ATTY FOR WINDSOR MOLD INC.
500 WOODWARD AVENUE, SUITE 2500
ATTN: JAMES E. DELINE, ESQ.
DETROIT, MI  48226

KILPATRICK & ASSOCIATES, P.C.
ATT: R. I. KILPATRICK & L. BAUGHMAN
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI  48326

KILPATRICK & ASSOCIATES, P.C.
ATT: R. KILPATRICK & L. BAUGHMAN
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI  48326

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
ATT: MORTON R. BRANZBURG & BRIAN T. CROWLEY
260 S. BROAD STREET
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
PHILADELPHIA, PA  19102

KNAPP CHEVROLET
815 HOUSTON AVENUE
HOUSTON, TX  77007

KOTZ, SANGSTER, WYSOCKI & BERG, PC
ATTN: F. A. BERG & J. M. MACYDA, ES
400 RENAISSANCE CENTER, SUITE 3400
DETROIT, MI  48243

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: ADAM C. ROGOFF
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: AMY CATON
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: KENNETH H. ECKSTEIN
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: KENNETH H. ECKSTEIN, THOMAS MOERS MAYER,  KENNETH
P. KOPELMAN, THOMAS E. MOLNER,
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: KENNETH P. KOPELMAN
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: P. BRADLEY O'NEILL
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: ROBERT T. SCHMIDT
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS E. MOLNER
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
T. MAYER, K. ECKSTEIN, G. NOVOD
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

KUPELIAN ORMOND & MAGY, P.C.
ATT: TERRANCE HILLER, DAVID BLAU, PAUL MAGY, MATTHEW
SCHLEGEL
25800 NORTHWESTERN HIGHWAY, SUITE 950
ATTY FOR LA PRODUCTIONS, LLC
SOUTHFILED, MI  48075

KUTAK ROCK LLP
ATTN: JOHN J. JOLLEY, JR., ESQ.
1650 FARNAM STREET
OMAHA, NE  68102

LAMBERT LESER ISACKSON COOK GIUNTA
ATTN: ADAM D. BRUSKI, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI  48708

LAMBERT LESER ISACKSON COOK GIUNTA
ATTN: SUSAN M. COOK, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI  48708

LATHAM & WATKINS LLP
ATTN: ROBERT J. ROSENBERG & ADAM J. GOLDBERG
885 THIRD AVENUE, SUITE 1000
ATTY FOR ALLISON TRANSMISSION, INC., FKA CLUTCH
OPERATING CO., INC.
NEW YORK, NY  10022

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATT: GABRIEL DEL VIRGINIA, ESQ.
641 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NY  10022

LAW OFFICES OF ROBERT E. LUNA, P.C.
ATT: ANDREA SHEEHAN, ESQ.
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX  75205

LAWRENCE JAY KRAINES, ESQ.
14235 DICKENS STREET,  SUITE 4
SHERMAN OAKS, CA  91423

LEONARD, STREET AND DEINARD, PA
ATT: MATTHEW A. SWANSON, ESQ.
150 SOUTH FIFTH STREET, SUITE 2300
ATTY FOR QUADION CORP.
MINNEAPLOIS, MN  55402

LEONARD, STREET AND DEINARD, PA
ATT: MATTHEW A. SWANSON, ESQ.
150 SOUTH FIFTH STREET, SUITE 2300
ATTY FOR QUADION CORP.
MINNEAPLOIS, MN  55402

LEONARD, STREET AND DEINARD, PA
ATTN: JACOB B. SELLERS, ESQ.
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPOLIS, MN  55402

LEONARD, STREET AND DEINARD, PA
ATTN: MATTHEW A. SWANSON, ESQ.
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPOLIS, MN  55402

LEVY RATNER P.C.
S HEPNER, R J BARBUR & R H STROUP
80 EIGHTH AVENUE, 8TH FLOOR
NEW YORK, NY  10011

LINEBARGER GOGGAN BLAIR & SAMPSON
ATTY FOR CAMERON COUNTY, HARLINGEN
2700 VIA FORTUNA DRIVE, SUITE 400
P.O. BOX 17428
AUSTIN, TX  78760

LINEBARGER GOGGAN BLAIR & SAMPSON
ATT: ELIZABETH WELLER, ESQ.
2323 BRYAN STREET, SUITE 1600
DALLAS, TX  75201

LINEBARGER GOGGAN BLAIR & SAMPSON,
ATTN: DIANE W. SANDERS, ESQ.
2700 VIA FORTUNA DRIVE, SUITE 400
P.O. BOX 17428
AUSTIN, TX  78760

MADDIN HAUSER WARTELL ROTH HELLER
ATT: MICHAEL S. LIEB, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI  48034

MADDIN HAUSER WARTELL ROTH HELLER
ATTN: KATHLEEN H. KLAUS, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI  48034

MADDIN, HAUSER, WARTELL, ROTH & HE
ATTY FOR HAYMAN MANAGEMENT COMPANY
28400 NORTHWESTERN HWY., 3RD FLOOR
ATTN: KATHLEEN H. KLAUS, ESQ.
SOUTHFIELD, MI  48034

MADDIN, HAUSER, WARTELL, ROTH & HE
ATTY FOR SOUTH TROY TECH, LLC
28400 NORTHWESTERN HWY., 3RD FLOOR
ATTN: MICHAEL S. LIEB, ESQ.
SOUTHFIELD, MI  48034

MADDIN, HAUSER, WARTELL, ROTH & HEL
ATTN: KATHLEEN H. KLAUS, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI  48034

MADDIN, HAUSER, WARTELL, ROTH & HEL
ATTN: MICHAEL S. LIEB, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI  48034

MAZZEO SONG & BRADHAM LLP
ATTN: DAVID H. HARTHEIMER, ESQ.
708 THIRD AVENUE, 19TH FLOOR
ATTY FOR CLARCOR, INC. AND TOTAL FILTRATION SERVICES, INC.
NEW YORK, NY  10017

MCCARTHY LEBIT CRYSTAL & LIFFMAN
ATTN: ROBERT R. KRACHT, ESQ.
101 WEST PROSPECT AVE, STE 1800
CLEVELAND, OH  44115

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTN: KIMBERLY A. BRENNAN, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
ATTY FOR DEALER TIRE, LLC
CLEVELAND, OH  44115

MCCREARY VESELKA BRAGG & ALLEN PC
ATT: MICHAEL REED, ESQ.
PO BOX 1269
ATTY FOR LOCAL TEXAS TAXING AUTHORITIES
ROUND ROCK, TX  78680

MCGILL, GOTSDINER, WORKMAN & LEPP, P.C., L.L.O.
ATTN: JANICE M. WOOLLEY, ESQ.
11404 W. DODGE ROAD, SUITE 500
NS-2200 WILLIS MILLER WI
OMAHA, NE  68154

MCKENNA LONG & ALDRIDGE LLP
ATT: CHRISTOPHER F. GRAHAM, ESQ.
230 PARK AVENUE
NEW YORK, NY  10169

MCKENNA LONG & ALDRIDGE LLP
ATT: JESSICA H. MAYES, ESQ.
230 PARK AVENUE, SUITE 1700
NEW YORK, NY  10169

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATT: EDWARD J. LOBELLO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY  10018

MEYER, SUOZZI, ENGLISH & KLEIN, PC
ATT: HANAN B. KOLKO, ESQ.
1350 BROADWAY STE 501 / PO BOX 822
NEW YORK, NY  10018

MEYER, SUOZZI, ENGLISH & KLEIN, PC
E LOBELLO/A MARDER/J MAZER-MARINO
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY  11530

MICHAEL S. HOLMES, P.C.
ATT: MICHAEL S. HOLMES, ESQ.
8100 WASHINGTON AVENUE, SUITE 120
HOUSTON, TX  77007

MICHIGAN ENVIRONMENT, NATURAL RESOURCES AND
AGRICULTURE DIVISION
ATTN: CELESTE R. GILL, ASSISTANT ATTORNEY GENERAL
525 W. OTTAWA, 6TH FLOOR, G. MENNE WILLIAMS BUILDING
P.O. BOX 30755
LANSING, MI  48909

MICHIGAN FUNDS ADMINISTRATION
7201 W. SAGINAW HWY, STE 110
LANSING, MI  48917

MICHIGAN WORKERS' COMP AGENCY
7150 HARRIS DR.
DIMONDALE, MI  48821

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DRIVE
PO BOX 30016
LANSING, MI  48909

MIKE BARNARD CHEVROLET-CADILLAC
ATT: MICHAEL E. BARNARD, PRESIDENT
616 THAYER ROAD
FAIRPORT, NY  14450

MILLER CANFIELD PADDOCK & STONE
ATT: DONALD J. HUTCHINSON, ESQ.
150 W JEFFERSON AVE, SUITE 2500
DETROIT, MI  48226

MILLER CANFIELD PADDOCK & STONE
ATT: SUSAN I. ROBBINS, ESQ.
500 FIFTH AVENUE, SUITE 1815
NEW YORK, NY  10110

MILLER CANFIELD PADDOCK & STONE
ATTN: MARC N. SWANSON, ESQ.
150 W JEFFERSON AVE, SUITE 2500
DETROIT, MI  48226

MILLER JOHNSON
ATT THOMAS P. SARB, ESQ
250 MONROE AVE., STE 800
GRAND RAPIDS, MI  49501

MILLER JOHNSON
ATTN: ROBERT D. WOLFORD, ESQ.
250 MONROE AV NW STE 800/PO BOX 306
GRAND RAPIDS, MI  49501

MILLER JOHNSON
ATTN: THOMAS P. SARB, ESQ.
250 MONROE AVENW STE 800/PO BOX 306
GRAND RAPIDS, MI  49501

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATT: TIMOTHY A. FUSCO, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
ATTY FOR COUNTY OF WAYNE, MICHIGAN
DETROIT, MI  48226

MINTZ LEVIN COHN FERRIS GLOVSKY PC
ATT: PAUL J. RICOTTA, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA  02111

MISSOURI DEPARTMENT OF REVENUE
ATT: STEVEN A. GINTHER, ESQ.
P.O. BOX 475
JEFFERSON CITY, MO  65105

MONTGOMERY MCCRACKEN WALKER RHOADS
ATTN: N RAMSEY & J O'NEIL JR
123 SOUTH BROAD STREET
PHILADELPHIA, PA  19109

MOORE & VAN ALLEN PLLC
ATT: CYNTHIA JORDAN LOWERY, ESQ.
40 CALHOUN ST, STE 300/PO BOX 22828
CHARLESTON, SC  29413

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  ANDREW D GOTTFRIED, ESQ.
101 PARK AVENUE
NEW YORK, NY  10178

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  RICHARD S. TODER, ESQ.
101 PARK AVENUE
NEW YORK, NY  10178

MORGAN, LEWIS & BOCKIUS LLP
ATTN: HOWARD S. BELTZER & EMMELINE
101 PARK AVENUE
NEW YORK, NY  10178

MORGAN, LEWIS & BOCKIUS LLP
ATTN: MICHAEL A. BLOOM & RACHEL JAF
1701 MARKET STREET
PHILADELPHIA, PA  19103

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR ARAMARK HOLDINGS CORP
1701 MARKET STREET
ATTN: MICHAEL A. BLOOM & RACHEL JAFFE MAUCERI
PHILADELPHIA, PA  19103

MORRISON COHEN LLP
ATT: J. T. MOLDOVAN & M. R. LAGO, E
909 THIRD AVENUE
NEW YORK, NY  10022

MOTLEY RICE LLC
J M GILBERT, J F RICE, J. A. BADEN
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC  29464

MUNSCH HARDT KOPF & HARR, P.C.
ATT: RAYMOND J. URBANIK, ESQ.
500 N AKARD ST/3800 LINCOLN PLZ
DALLAS, TX  75201

MYERS & FULLER, P.A.
ATT: RICHARD SOX, ESQ.
2822 REMINGTON GREEN CIRCLE
ATTY FOR GREATER NEW YORK AUTOMOBILE DEALERS
ASSOCIATION
TALLAHASSEE, FL  32308

N.W. BERNSTEIN & ASSOCIATES, LLC
ATT: NORMAN W. BERNSTEIN, ESQ.
800 WESTCHESTER AVENUE, SUITE 319 NORTH
ATTY FOR ENVIRONMENTAL CONSERVATION AND CHEMICAL
CORP SITE TRUST FUND
RYE BROOK, NY  10573

NAHINS & GOIDEL, P.C.
B GOLDSTEIN ALTSCHULER & J CHANCAS
377 BROADWAY
NEW YORK, NY  10013

NARMCO GROUP
ATTN: GARY KELLY
2575 AIRPORT ROAD
WINDSOR, ONTARIO N8W 1Z4 CANADA

NELSON MULLINS RILEY & SCARBOROUGH
ATT: PETER J. HALEY, ESQ.
ONE BOSTON PLACE
BOSTON, MA  02108

NELSON MULLINS RILEY & SCARBOROUGH
G CAUTHEN, L BARR, C CURRIE, ESQS
1320 MAIN ST 17TH FL/PO BOX 11070
COLUMBIA, SC  29201

NEW YORK CITY DEPT. OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS ST- 3RD FLOOR
BROOKLYN, NY  11201

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
THE CAPITOL
ATT: MAUREEN F. LEARY, ASSISTANT ATTORNEY GENERAL
ALBANY, NY  12224

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
THE CAPITOL
ATT: SUSAN L. TAYLOR, ASSISTANT ATTORNEY GENERAL
ALBANY, NY  12224

NY STATE DEPT TAXATION & FINANCE
BANKRUPTCY/SPECIAL PROC SECT
PO BOX 5300
ALBANY, NY  12205

OFFICE OF ATTORNEY GENERAL FOR PENNSYLVANIA
ATT: CAROL E. MOMJIAN, SENIOR DEPUTY ATTY GENERAL
21 S. 12TH STREET, 3RD FLOOR
ATTY FOR COMMONWEALTH OF PA., DEPT OF REVENUE, BUREAU
OF ACCTS SETTLEM
PHILADELPHIA, PA  19107

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
120 BROADWAY
NEW YORK, NY  10271

OFFICE OF THE OHIO ATTORNEY GENERAL
ATT: LUCAS WARD, ESQ.
150 EAST GAY STREET, 21ST FLOOR
ATTY FOR STATE OF OHIO
COLUMBUS, OH  43215

OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY 10004

OHIO ATTORNEY GENERAL
Att: MICHELLE T. SUTTER
30 E. BROAD STREET, 25TH FL
ENVIRONMENTAL ENFORCEMENT SECTION
COLUMBUS, OH 43215

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: RICHARD H WYRON, ESQ.
1152 15TH STREET, N.W
WASHINGTON, DC 20005

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: ROGER FRANKEL, ESQ
1152 15TH STREET, N.W
WASHINGTON, DC 20005

ORRICK HERRINGTON & SUTCLIFFE LLP
L. MCGOWEN, A. ENGLUND, C. ROGERS
666 FIFTH AVENUE
NEW YORK, NY 10103

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: JOHN ANSBRO & COURTNEY M. ROGERS
666 FIFTH AVENUE
ATTY FOR HELLA KGAA HUECK; HELLA CORPORATE CENTER USA;
BEHR-HELLA
NEW YORK, NY 10103

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: RICHARD H. WYRON, ESQ.
1152 15TH STREET, N.W.
COLUMBIA CENTER
WASHINGTON, DC 20005

ORUM & ROTH, LLC
ATTN: MARK D. ROTH, ESQ.
53 WEST JACKSON BOULEVARD
ATTY FOR NICOR GAS
CHICAGO, IL 60604

OSLER, HOSKIN & HARCOURT LLP
ATTN: TRACY C SANDLER, ESQ.
100 KING STREET WEST SUITE 6100
TORONTO, ONTARIO M5X 1B8 CANADA

OTTERBOURG STEINDLER HOUSTON ROSEN
ATT: D. WALLEN AND J.N. HELFAT
230 PARK AVENUE
NEW YORK, NY 10169

OTTERBOURG STEINDLER HOUSTON ROSEN
D WALLEN, M CYGANOWSKI, J HELFAT
230 PARK AVENUE
STEVEN B. SOLL, ESQS.
NEW YORK, NY 10169

PADDOCK CHEVROLET, INC.
ATT: DUANE PADDOCK, PRESIDENT
3232 DELAWARE AVENUE
KENMORE, NY 14217

PARKER POE ADAMS & BERNSTEIN LLP
ATTN: KIAH T. FORD IV, ESQ.
401 S. TRYON STREET, SUITE 3000
THREE WACHOVIA CENTER
CHARLOTTE, NC 28202

PATTON BOGGS LLP
M. RICHMAN, M. SALZBER, M. IACHAN
1185 AVE OF THE AMERICAS 30TH FL
NEW YORK, NY 10036

PAUL HASTINGS JANOFSKY & WALKER LLP
ATT: HARVEY A. STRICKON, ESQ.
75 EAST 55TH STREET
NEW YORK, NY 10022

PAUL WEISS RIFKIND WHARTON GARRISON
A ROSENBERG, B HERMANN, M PHILLIPS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL WEISS RIFKIND WHARTON GARRISON
A.W. KORNBERG & J.T. KOEVARY, ESQS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL WEISS RIFKIND WHARTON GARRISON
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL WEISS RIFKIND WHARTON GARRISON
AW KORNBERG, R ZUBATY, I POHL ESQS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATT: HARVEY A. STRICKON, ESQ.
75 EAST 55TH STREET
ATTY FOR ROLLS-ROYCE
NEW YORK, NY 10022

PAUL, WEISS, RIFKIND, WHARTON & GAR
ATTN: STEPHEN J. SHIMSHAK & PHILIP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

PAUL, WEISS, RIFKIND, WHARTON & GAR
ATTY FOR RYDER INTEGRATED LOGISTICS
1285 AVENUE OF THE AMERICAS
ATTN: STEPHEN J. SHIMSHAK & PHILIP A. WEINTRAUB
NEW YORK, NY  10019

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATT: ALAN W. KORNBERG, REBECCA ZUBATY & IAN POHL, ESQS.
1285 AVENUE OF THE AMERICAS
ATTY FOR DANA HOLDING CORPORATION
NEW YORK, NY  10019

PENSION BENEFIT GUARANTY CORP
OFFICE OF THE GENERAL COUNSEL
1200 K STREET, NW
WASHINGTON, DC  20005

PENSKE AUTO GROUP
18600 SOUTH HAWTHORNE BOULEVARD
TORRANCE, CA  90504

PENSKE LOGISTICS
MR. TERRY MILLER, CEO
PO BOX 563
READING, PA  19603

PEPPER HAMILTON LLP
ATT: EDWARD C. TOOLE & LINDA J. CASEY
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA  19103

PEPPER HAMILTON LLP
ATT: H. J. JAFFE & JC. CARIGNAN
HERCULES PLAZA, 1313 N MARKET ST
STE 5100
WILMINGTON, DE  19899

PEPPER HAMILTON LLP
ATTN: DENNIS S. KAYES & DEBORAH KOV
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI  48243

PEPPER HAMILTON LLP
ATTY FOR CHANNELVANTAGE, INC.
100 RENAISSANCE CENTER, SUITE 3600
ATTN: DENNIS S. KAYES & DEBORAH KOVSKY-APAP
DETROIT, MI  48243

PEPPER HAMILTON LLP
D.S. KAYES & D. KOVSKY-APAP ESQS
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI  48243

PEPPER-HAMILTON LLP
ATT: DENNIS S. KAYES & DEBORAH KOVS
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI  48243

PERDUE BRANDON FIELDER ET AL
ATT: ELIZABETH BANDA
PO BOX 13430
ATTY FOR ARLINGTON ISD
ARLINGTON, TX  76094

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: RICHARD L. EPLING, KAREN B. DINE, ERICA E. CARRIG
1540 BROADWAY
ATTY FOR LMC PHASE II, L.L.C.
NEW YORK, NY  10036

PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP
ATT: TERESA SADUTTO-CARLEY, ESQ.
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
ATTY FOR CANON FINANCIAL SERVICES, INC.
NEW YORK, NY  10018

PILLSBURY WINTHROP SHAW PITTMAN LLP
R. EPLING, K.B. DINE & E.E. CARRIG
1540 BROADWAY
NEW YORK, NY  10036

PLUNKETT COONEY
ATT: DAVID A. LERNER, ESQ.
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI  48304

PLUNKETT COONEY
ATTN: D.C. BERNSTEIN & M.A. FLEMING
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI  48304

PORZIO BROMBERG & NEWMAN P.C.
ATT: JOHN MAIRO & ROBERT SCHECHTER
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ  07962

POTTER ANDERSON & CORROON LLP
ATTN: DAVID J. BALDWIN, THERESA V.
HERCULES PLAZA, 6TH FLOOR
1313 N MARKET ST/P.O. BOX 951
WILMINGTON, DE  19801

POTTER ANDERSON & CORROON LLP
ATTY FOR TRIPLE CROWN SERVICES CO
1313 N MARKET ST HERCULES PLAZA, 6TH FL
P.O. BOX 951
WILMINGTON, DE  19801

PPG INDUSTRIES INC.
MR. CHARLES E. BUNCH, CEO
ONE PPG PLACE
PITTSBURGH, PA  15272

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER &
BRUEGGEMAN, S.C.
ATT: SARA J. GEENEN, ESQ.
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI 53212

PROSKAUER ROSE LLP
ATTN: S.K. RUTSKY & A.T. BERKOWITZ
1585 BROADWAY
NEW YORK, NY  10036

RABINOWITZ, LUBETKIN & TULLY, L.L.C.
ATTN: JONATHAN I. RABINOWITZ, ESQ.
293 EISENHOWER PARKWAY, SUITE 100
ATTY FOR THE RABINOWITZ FAMILY, LLC
LIVINGSTON, NJ  07039

RANDSTAD
MS. LINDA GALIPEAU, PRESIDENT - NA
2015 SOUTH PARK PLACE
ATLANTA, GA  30339

REED SMITH LLP
ATT ERIC A. SCHAFFER, ESQ.
435 SIXTH AVE.
PITTSBURGH, PA  15219

REID AND REIGE, P.C.
ATT: CAROL A. FELICETTA, ESQ.
195 CHURCH STREET
NEW HAVEN, CT  06510

RICHARD W. MARTINEZ, APLC
ATT: RICHARD W. MARTINEZ, ESQ.
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS, LA  70130

RK CHEVROLET/RK AUTO GROUP
2661 VIRGINIA BEACH BOULEVARD
VIRGINIA BEACH, VA  23451

POTTER ANDERSON & CORROON LLP
D. BALDWIN, T. BROWN-EDWARDS ESQS
HERCULES PLAZA, 1313 N MARKET ST
6TH FLOOR
WILMINGTON, DE  19801

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER &
BRUEGGEMAN, S.C.
ATT: FREDERICK PERILLO
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI 53212

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER &
BRUEGGEMAN, SC
ATTN: FREDERICK PERILLO, MARIANNE G. ROBBINS, SARA J.
GEENEN
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI 53212

PYEONG HWA AUTOMOTIVE CO., LTD.
1032 DAECHEON-DONG
DALSEO-GU, TAEGU, KOREA

Radha R. M Narumanchi
657 Middleton Avenue
NEW HAVEN, CT  06513

RAYTHEON PROFESSIONAL SERVICES LLC
12160 SUNRISE VALLEY DRIVE
RESTON, VA  20191

REED SMITH LLP
ATT: KURT F. GWYNNE, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE  19801

RHOADES MCKEE
ATTN: TERRY L. ZABEL, ESQ.
161 OTTAWA AVENUE, NW, SUITE 600
ATTY FOR BAY LOGISTICS, INC.
GRAND RAPIDS, MI  49503

RIDDELL WILLIAMS P.S.
ATT: JOSEPH E. SHICKICH, ESQ.
1001 - 4TH AVENUE, SUITE 4500
SEATTLE, WA  98154

ROBERT BOSCH LLC
ATTN: JUDITH LOWITZ ADLER, ESQ.
38000 HILLS TECH DRIVE
FARMINGTON HILLS, MI  48331

ROBERT T. SMITH, ESQ.
ATTY FOR CNI ENTERPRISES, INC
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS, MI  48071

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
ATT: RUSSELL P. MCRORY, ESQ.
1345 AVENUE OF THE AMERICAS
ATTY FOR GREATER NEW YORK AUTOMOBILE DEALERS
ASSOCIATION
NEW YORK, NY  10105

ROBINSON BROG LEINWAND GREENE PC
ATT: RUSSELL P. MCRORY, ESQ.
1345 AVENUE OF THE AMERICAS
NEW YORK, NY  10105

SATTERLEE STEPHENS BURKE BURKE LLP
ATT: C. BELMONTE & P. BOSSWICK ESQS
230 PARK AVENUE
NEW YORK, NY  10169

SATURN OF ROCHESTER, INC.
ATT: DAVID P. STOETZEL
770 PANORAMA TRAIL SOUTH
PO BOX 25427
ROCHESTER, NY  14625

SAUL EWING LLP
ATT: ADAM H. ISENBERG, ESQ.
1500 MARKET STREET, 38TH FLOOR
CENTRE SQUARE WEST
PHILADELPHIA, PA  19102

SAUL EWING LLP
ATT: JEFFREY C. HAMPTON, ESQ.
1500 MARKET STREET, 38TH FLOOR
CENTRE SQUARE WEST
PHILADELPHIA, PA  19102

SAUL EWING LLP
ATTN: TERESA K.D. CURRIER, ESQ.
222 DELAWARE AVENUE, STE 1200
P.O. BOX 1266
WILMINGTON, DE  19899

SAUL EWING LLP
ATTY FOR JOHNSON MATTHEY TESTING
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE  19899

SCHAFER AND WEINER, PLLC
ATT: RYAN D. HEILMAN, ESQ.
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS, MI  48304

SCHNADER HARRISON SEGAL & LEWIS LLP
ATT: BARRY E. BRESSLER, ESQ.
1600 MARKET STREET, SUITE 3600
PHILADELPHIA, PA  19103

SCHNADER HARRISON SEGAL & LEWIS LLP
ATT: BENJAMIN P. DEUTSCH, ESQ.
140 BROADWAY, SUITE 3100
NEW YORK, NY  10005

SCHOENL KEVIN M
SCHOENL, CONNIE
99 MARETTA RD
ROCHESTER, NY  14624

SCHULTE ROTH & ZABEL LLP
ATT: DAVID J. KARP, ESQ.
919 THIRD AVENUE
NEW YORK, NY  10022

SCHWARTZ, LICHTENBERG LLP
ATTN: BARRY E. LICHTENBERG, ESQ.
420 LEXINGTON AVENUE, SUITE 2400
ATTY FOR ALBAR INDUSTRIES, INC.
NEW YORK, NY  10170

SECURITIES AND EXCHANGE COMMISSION
A.N. VOLLMER, ACTING GEN COUNSEL
100 F STREET, ND
WASHINGTON, DC  20549

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL DIR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY  10281

SEYBURN KAHN GINN BESS & SERLIN PC
ATT: DAVID T. LIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI  48075

SEYBURN KAHN GINN BESS & SERLIN PC
ATT: LESLIE STEIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI  48075

SHAPE CORP.
ATTN: BUDD BRINK
1900 HAYES STREET
GRAND HAVEN, MI  49417

SHAPE CORP.
ATTN: BUDD BRINK
1900 HAYES STREET
GRAND HAVEN, MI  49417

SHAW GUSSIS FISHMAN GLANTZ WOLFSON
ATT: BRIAN L. SHAW, ESQ.
321 N. CLARK STREET, SUITE 800
CHICAGO, IL  60654

SHEARMAN & STERLING LLP
ATTN: FREDRIC SOSNICK & JILL FRIZZL
599 LEXINGTON AVENUE
NEW YORK, NY  10022

SHEPPARD MULLIN RICHTER & HAMPTON
C SHULMAN S KIM R ZAITZEFF B WOLFE
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY  10112

SHIVELY BROTHERS
SCOTT SHIVELY, CEO
2919 S.GRAND TRAVERSE ST
FLINT, MI  48507

SIDLEY AUSTIN LLP
ATTN: KENNETH P. KANSA, ESQ.
ONE SOUTH DEARBORN
CHICAGO, IL  60603

SILVERMAN & MORRIS, P.L.L.C.
ATT: GEOFFREY L. SILVERMAN & KARIN F. AVERY
7115 ORCHARD LAEK ROAD, SUITE 500
ATTY FOR HARRY MAJOR MACHINE & TOOL COMPANY
WEST BLOOMFIELD, MI  48322

SILVERMAN & MORRIS, P.L.L.C.
ATTN: GEOFFREY L. SILVERMAN & KARIN
7115 ORCHARD LAKE ROAD, SUITE 500
WEST BLOOMFIELD, MI  48322

SILVERMAN & MORRIS, P.L.L.C.
ATTN: GEOFFREY L. SILVERMAN & KARIN F. AVERY
7115 ORCHARD LAKE ROAD, SUITE 500
ATTY FOR FEUER POWERTRAIN GMBH & CO. KG
WEST BLOOMFIELD, MI  48322

SILVERMAN & MORRIS, P.L.L.C.
ATTY FOR CASSENS TRANSPORT COMPANY
7115 ORCHARD LAKE ROAD, SUITE 500
ATTN: GEOFFREY L. SILVERMAN & KARIN F. AVERY
WEST BLOOMFIELD, MI  48322

SILVERMANACAMPORA LLP
ATT: ADAM L. ROSEN, ESQ.
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY  11753

SIMPSON THACHER & BARTLETT LLP
ATT: P. V. PANTALEO & D. J. MACK
425 LEXINGTON AVE
NEW YORK, NY  10017

SIMPSON THACHER & BARTLETT LLP
ATTN: DAVID J. MACK, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY  10017

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY  10017

SINGER & LEVICK P.C.
ATT: LARRY A. LEVICK, ESQ.
16200 ADDISON RD, STE 140
ADDISON, TX  75001

SKADDEN ARPS SLATE MEAGHER & FLOM
ATT: JOHN WM. BUTLER, JR., ESQ.
333 W WACKER DR, STE 2100
CHICAGO, IL  60606

SKADDEN ARPS SLATE MEAGHER & FLOM
ATT: K. A. MARAFIOTI & G. W. FOX
FOUR TIMES SQUARE
NEW YORK, NY  10036

SQUIRE, SANDERS & DEMPSEY, L.L.P.
ATTN: G. CHRISTOPHER MEYER, ESQ.
127 PUBLIC SQUARE
4900 KEY TOWER
CLEVELAND, OH  44114

STAHL COWEN CROWLEY ADDIS LLC
ATT: TRENT P. CORNELL, ESQ.
55 W MONROE ST, STE 1200
CHICAGO, IL  60603

STARK REAGAN
ATTN: J. CHRISTOPHER CALDWELL, ESQ.
1111 W LONG LAKE RD, STE 202
TROY, MI  48098

STEMBER FEINSTEIN DOYLE PAYNE LLC
ATT: W. PAYNE, J. STEMBER, ET AL
429 FORBES AVE
ALLEGHENY BUILDING, 17TH FL
PITTSBURGH, PA  15219

STEMBER FEINSTEIN DOYLE PAYNE LLC
E M DOYLE, J HURT, P EWING, ESQS
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH, PA  15219

STEMBER FEINSTEIN DOYLE PAYNE LLC
JOHN STEMBER, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH, PA  15219

STEMBER FEINSTEIN DOYLE PAYNE LLC
STEPHEN M. PINCUS, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH, PA  15219

STEVENSON & BULLOCK PLC
ATTN: CHARLES D. BULLOCK, ESQ.
29200 SOUTHFIELD ROAD, SUITE 210
ATTY FOR FATA AUTOMATION, INC.
SOUTHFIELD, MI  48076

STEVENSON & BULLOCK PLC
ATTN: SONYA N. GOLL, ESQ.
29200 SOUTHFIELD ROAD, SUITE 210
ATTY FOR FATA AUTOMATION, INC.
SOUTHFIELD, MI  48076

STITES & HARBISON PLLC
ATT: R. C. GOODRICH & M. L. MARTIN
424 CHURCH ST, STE 1800
NASHVILLE, TN  37219

STITES & HARBISON, PLLC
ATT: BRIAN H. MELDRUM, ESQ.
400 W MARKET ST, STE 1600
LOUISVILLE, KY  40202

STREUSAND & LANDON, LLP
ATTN: SABRINA L. STREUSAND, ESQ.
515 CONGRESS ST, STE 2523
AUSTIN, TX  78701

STREUSAND & LANDON, LLP
ATTN: SABRINA L. STREUSAND, ESQ.
515 CONGRESS ST, STE 2523
AUSTIN, TX  78701

STROBL & SHARP, P.C.
ATTN: LYNN M. BRIMER & MEREDITH M.
300 E. LONG LAKE ROAD, SUITE 200
BLOOMFIELD HILLS, MI  48304

STROBL & SHARP, P.C.
ATTY FOR PIONEER STEEL CORPORATION
300 E. LONG LAKE ROAD, SUITE 200
ATTN: LYNN M. BRIMER & MEREDITH M. MCKINZIE
BLOOMFIELD HILLS, MI  48304

STUTZMAN BROMBERG ESSERMAN PLIFKA
S. ESSERMAN, P. D'APICE, ET AL
2323 BRYAN STREET, SUITE 220
DALLAS, TX  75201

SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTN: DAVID J. SELWOCKI, ESQ.
25800 NORTHWESTERN HIGHWAY
1000 MACCABEES CENTER, P.O. BOX 222
SOUTHFIELD, MI  48037

TEAM CHEVROLET, INC.
ATT: THOMAS STEIGERWALD
ROUTE 16
OLEAN, NY  14760

TENNESSEE ATORNEY GENERAL'S OFFICE
ATT: R. COOPER & M. CLEMENTS
PO BOX 20207
ATTY FOR TENNESSEE DEPARTMENT OF REVENUE
NASHVILLE, TN  37202

THE DOW CHEMICAL COMPANY
ATTN: LEE H. SJOBERG, ESQ.
2030 DOW CENTER
MIDLAND, MI  48674

THE DOW CHEMICAL COMPANY
ATTN: LEE H. SJOBERG, ESQ.
2030 DOW CENTER
MIDLAND, MI  48674

THE GARDEN CITY GROUP INC
ATTN: KEN FREDA
105 MAXESS ROAD
MELVILLE, NY  11747

THE TEXAS ATTY GENL'S  OFFICE
ATT: J. CASEY ROY, ASST. ATTY
PO BOX 12548, MC-008
ATTY FOR TEXAS DEPT OF TRANSPORTATION, MOTOR VEHICLE
DIV.
AUSTIN, TX  78711

THE VALLEY CADILLAC CORPORATION
ATT: EDWARD T. MEAGHAR, JR.
3100 WINTON ROAD SOUTH
ROCHESTER, NY  14623

THOMPSON COBURN LLP
ATTN: ROBERT H. BROWNLEE, ESQ.
ONE US BANK PLAZA, STE 2600
ST. LOUIS, MO  63101

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE, TX  78521

TORRES EDWARD ZUNIGA
BERMUDEZ, GENOVEVA
8710 E VISTA BONITA DR
C/O COHEN & ASSOCIATES
SCOTTSDALE, AZ  85255

TORYS LLP
ATT: ALISON D. BAUER & TIMOTHY B. MARTIN, ESQS
237 PARK AVENUE
ATTY FOR HYDROGENICS CORPORATION; AND JOSEPH
CARGNELLI
NEW YORK, NY  10017

TOYOTA BOSHOKU AMERICA, INC.
28000 WEST PARK DRIVE
NOVI, MI  48377

TRENK DIPASQUALE WEBSTER ET AL
ATT: SAM DELLA FERA, JR., ESQ.
347 MT PLEASANT AVE, STE 300
WEST ORANGE, NJ  07052

TROUTMAN SANDERS LLP
ATT: BRETT D. GOODMAN, ESQ.
405 LEXINGTON AVE
NEW YORK, NY  10174

TROUTMAN SANDERS LLP
ATT: JEFFREY W. KELLEY, ESQ.
600 PEACHTREE STREET, NE SUITE 5200
ATLANTA, GA  30308

TRW AUTOMOTIVE U.S. LLC
12001 TECH CENTER DRIVE
LIVONIA, MI  48150

U. OF MICHIGAN OFFICE OF THE VP
ATT: DEBRA A. KOWICH, ESQ.
503 THOMPSON ST, ROOM 5048
ANN ARBOR, MI  48109

U.S. TREASURY
ATTN:  MATTHEW FELDMAN, ESQ.
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON, DC 20220

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE, ESQ.
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE  68179

UNITED STATES ATTORNEY
ATT: M L SCHWARTZ AND D. S. JONES
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY  10007

UNITED STATES ATTORNEYS OFFICE
ATTN: LEV DASSIN, USA
ONE ST. ANDREWS PLAZA
NEW YORK, NY  10007

UNITED STATES ATTORNEY'S OFFICE
ATTN: CLAIMS UNIT - ROOM 417
ONE ST. ANDREWS PLAZA
NEW YORK, NY  10007

UNITED STATES DEPT. OF JUSTICE
ATT: ERIC H. HOLDER, JR.
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20530

UNITED STATES DEPT. OF JUSTICE
ATTN: ANTI-TRUST DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20530

UNITED STEELWORKERS
ATT: DAVID R. JURY, ESQ.
FIVE GATEWAY CENTER, SUITE 807
PITTSBURGH, PA  15222

VALEO
MR. JACQUES ASCHENBROICH, CEO
43 RUE BAYEN
Paris 75848 FRANCE

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY  10019

VEDDER PRICE P.C.
M. EDELMAN, M. SCHEIN, ET AL
1633 BROADWAY
47TH FLOOR
NEW YORK, NY  10019

VENABLE LLP
ATTN: LAWRENCE A. KATZ, ESQ.
8010 TOWERS CRESCENT DR, STE 300
VIENNA, VA  22182

VOITH AG
HARRY NEIMAN, CEO
9395 KENWOOD RD SUITE 200
CINCINNATI, OH  45242

WARNER NORCROSS & JUDD LLP
ATT: GORDON J. TOERING, ESQ.
111 LYON ST, NW
900 FIFTH THIRD CENTER
GRAND RAPIDS, MI  49503

WARNER NORCROSS & JUDD LLP
ATTN: MICHAEL G. CRUSE, ESQ.
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI  48075

WARNER NORCROSS & JUDD LLP
ATTN: STEPHEN B. GROW, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI  49503

WARNER NORCROSS & JUDD LLP
ATTY FOR COMPUWARE CORPORATION
2000 TOWN CENTER, SUITE 2700
ATTN: MICHAEL G. CRUSE, ESQ.
SOUTHFIELD, MI  48075

WARNER NORCROSS & JUDD LLP
ATTY FOR GHSP, INC.
900 FIFTH THIRD CENTER
ATTN: STEPHEN B. GROW, ESQ.
GRAND RAPIDS, MI  49503

WARREN, DRUGAN & BARROWS, P.C.
ATT: ROBERT L. BARROW, ESQ.
800 BROADWAY
SAN ANTONIO, TX  78215

VEDDER PRICE
MICHAEL SCHEIN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY  10019

VENABLE LLP
ATTN: LAWRENCE A. KATZ, ESQ.
8010 TOWERS CRESCENT DR, STE 300
VIENNA, VA  22182

VENABLE LLP
ATTN: LAWRENCE A. KATZ, ESQ.
8010 TOWERS CRESCENT DR, STE 300
VIENNA, VA  22182

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: TIFFANY STRELOW COBB, ESQ.
52 EAST GAY ST
COLUMBUS, OH  43215

WARNER NORCROSS & JUDD LLP
ATT: MICHAEL G. CRUSE, ESQ.
2000 TOWN CENTER, SUITE 2700
ATTY FOR BORGWARNER, INC.
SOUTHFIELD, MI  48075

WARNER NORCROSS & JUDD LLP
ATTN: MICHAEL G. CRUSE, ESQ.
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI  48075

WARNER NORCROSS & JUDD LLP
ATTN: STEPHEN B. GROW, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI  49503

WARNER NORCROSS & JUDD LLP
ATTY FOR CREATIVE FOAM CORPORATION
2000 TOWN CENTER, SUITE 2700
ATTN: MICHAEL G. CRUSE, ESQ.
SOUTHFIELD, MI  48075

WARNER NORCROSS & JUDD LLP
ATTY FOR SHAPE CORP.
900 FIFTH THIRD CENTER
ATTN: STEPHEN B. GROW, ESQ.
GRAND RAPIDS, MI  49503

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.
767 FIFTH AVE
NEW YORK, NY  10153

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVE
NEW YORK, NY  10153

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
767 FIFTH AVE
NEW YORK, NY  10153

WHITE AND WILLIAMS LLP
ATT: KAREL S. KARPE, ESQ.
ONE PENN PLAZA, SUITE 4110
ATTY FOR SIEMENS PRODUCT LIFECYCLE
NEW YORK, NY  10119

WHITE AND WILLIAMS LLP
ATTN: KAREL S. KARPE, ESQ.
ONE PENN PLAZA, SUITE 4110
ATTY FOR CISCO SYSTEMS, INC.
NEW YORK, NY  10119

WILDMAN, HARROLD, ALLEN & DIXON
ATT: M. DOCKTERMAN, J. YOUNG, R. FR
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606

WILLIAM T. GREEN, III, P.C.
ATT: WILLIAM T. GREEN III, ESQ.
11 GREENWAY PLAZA, STE 2820
HOUSTON, TX  77046

WILMER CUTLER PICKERING ET AL
ATT: DENNIS L. JENKINS, ESQ.
60 STATE ST
BOSTON, MA  02109

WILMER CUTLER PICKERING ET AL
ATT: P. D. ANKER & M. J. DRITZ
399 PARK AVE
NEW YORK, NY  10022

WINSTON & STRAWN LLP
ATTN: CAREY D. SCHREIBER, ESQ.
200 PARK AVENUE
ATTY FOR INTERNATIONAL AUTOMOTIVE COMPONENT GROUP
NORTH AMERICA INC
NEW YORK, NY  10166

WINSTON & STRAWN LLP
ATTN: DAVID J. RICHARDSON, ESQ.
333 SOUTH GRAND AVENUE, 38TH FLOOR
LOS ANGELES, CA  90071

WINSTON & STRAWN LLP
ATTN: MATTHEW J. BOTICA & MINDY D.
35 WEST WACKER DRIVE
CHICAGO, IL  60601

WINSTON & STRAWN LLP
ATTN: STEVEN M. SCHWARTZ
200 PARK AVENUE
NEW YORK, NY  10166

WINSTON & STRAWN LLP
ATTY FOR ASPEN MARKETING SERVICES
35 WEST WACKER DRIVE
ATTN: MATTHEW J. BOTICA & MINDY D. COHN
CHICAGO, IL  60601

ZEICHNER ELLMAN & KRAUSE LLP
ATT: S. A. KRAUSE & B. D. LEINBACH
575 LEXINGTON AVE
NEW YORK, NY  10022

# Exhibit D

AFFINIA
DAVID OVERBEEKE, CEO
4400 PRIME PARKWAY
MCHENRY IL 60050

AIRGAS, INC.
ATT: DAVID BOYLE, CONSULTANT TO LEGAL DEPT
259 RADNOR CHESTER ROAD
RADNOR PA 19087

ALIX PARTNERS LLP
ATTN: MICHELLE CAMPBELL
300 N LASALLE STREET
CHICAGO IL 60654

ALLARD & FISH, P.C.
COUNSEL FOR SEVERSTAL NORTH AMERICA, INC.
ATT: DEBORAH L. FISH, ESQ.
2600 BUHL BLDG
535 GRISWOLD
DETROIT MI 48226

ALPINE ELECTRONICS OF AMERICA, INC.
ATT: CYNTHIA WOODRUFF-NEER, ESQ.
19145 GRAMERCY PLACE
TORRANCE CA 90501-1162

ARCADIS U.S., INC.
ATT: LIESL SPANGLER, ASSOCIATE COUNSEL
630 PLAZA DRIVE, SUITE 100
HIGHLANDS RANCH CO 80129

ARENT FOX LLP
ATTY FOR TIMKEN COMPANY
ATT: JAMES M. SULLIVAN, ESQ.
1675 BROADWAY
NEW YORK NY 10019

ARENT FOX LLP
ATTY FOR TOYOTA BOSHOKU AMERICA, INC.
ATT: MARY JOANNE DOWD, ESQ.
1050 CONNECTICUT AVENUE, NW
WASHINGTON DC 20036

ARENT FOX LLP
ATTY FOR HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
ATT: CHRISTOPHER GIAIMO, JEFFREY ROTHLEDER, ANDREA CAMPBELL, ESQS
1050 CONNECTICUT AVENUE, NW
WASHINGTON DC 20036

ARNALL GOLDEN GREGORY LLP
ATTY FOR VERIZON COMMUNICATIONS INC.
ATT: DARRYL S. LADDIN & FRANK N. WHITE
171 17TH STREET, NW, SUITE 2100
ATLANTA GA 30363-1031

AT&T SERVICES INC.
LAW GROUP COUNSEL
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER NJ 07921

ATTORNEY GENERAL FOR THE STATE OF MICHIGAN
ATTY FOR UNEMPLOYMENT TAX OFFICE, DEPT OF ENERGY, LABOR & ECONOMIC
GROWTH, UNEMPLOYMENT INSURANCE AGENCY
ATTN: ROLAND HWANG, ESQ.
3030 W. GRAND BOULEVARD, SUITE 9-600
DETROIT MI 48202

ATTORNEY GENERAL FOR THE STATE OF NEBRASKA
ATTY FOR THE STATE OF NEBRASKA
ATT: LESLIE C. LEVY, ASSISTANT ATTORNEY GENERAL
2115 STATE CAPITOL BUILDING
LINCOLN NE 68509-8920

ATTORNEY GENERAL FOR THE STATE OF TEXAS
ATT: MARK BROWNING, ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN TX 78711-2548

ATTORNEY GENERAL OF OHIO
ATT: VICTORIA D. GARRY, ASSISTANT ATTORNEY GENERAL
COLLECTIONS & ENFORCEMENT
441 VINE STREET
1600 CAREW TOWER
CINCINNATI OH 45202

ATTORNEY GENERAL OF STATE OF MICHIGAN
ATTY FOR WORKERS COMPENSATION AGENCY AND FUNDS ADMINISTRATION
ATTN: MICHAEL A. COX & DENNIS J. RATERINK
LABOR DIVISION
P.O. BOX 30736
LANSING MI 48909

ATTORNEY GENERAL OF STATE OF TEXAS
ATT: KIMBERLY A. WALSH, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN TX 78711-2548

ATTORNEY GENERAL OF THE STATE OF MICHIGAN - LABOR DIVISION
ATTY FOR MICHIGAN WORKERS' COMPENSATION AGENCY
ATT: SUSAN PRZEKOP-SHAW, ASSISTANT ATTORNEY GENERAL
P.O. BOX 30736
LANSING MI 48909

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTY FOR NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
ATT: NEAL S. MANN, ASSTISTANT ATTORNEY GENERAL
120 BROADWAY - 24TH FLOOR
NEW YORK NY 10271

BAKER & HOSTETLER LLP
ATTY FOR SCRIPPS NETWORKS & TELEVISION FOOD NETWORK
ATTN: WENDY J. GIBSON, ESQ.
3200 NATIONAL CITY CENTER
1900 EAST NINTH STREET
CLEVELAND OH 44114-3485

BAKER & HOSTETLER LLP
ATTY FOR B&H CREDITORS
ATT: JOSEPH F. HUTCHINSON, JR.,  ERIC GOODMAN, WENDY J. GIBSON
3200 NATIONAL CITY CENTER
1900 E. 9TH STREET
CLEVELAND OH 44114

BAKER & HOSTETLER LLP
ATTY FOR B&H CREDITORS
ATT: RICHARD BERNARD, ESQ.
45 ROCKEFELLER PLAZA
NEW YORK NY 10111

BARNES & THORNBURG LLP
ATTY FOR CONTINENTAL
ATT: JOHN T. GREGG, ESQ.
171 MONROE AVENUE, NW, SUITE 1000
GRAND RAPIDS MI 49503

BARNES & THORNBURG LLP
ATTY FOR HIRATA CORPORATION OF AMERICA
ATTN: MARK R. OWENS, ESQ.
11 SOUTH MERIDIAN STREET
INDIANAPOLIS IN 46204

BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA
ATTN: ROBERT C. POTTINGER, ESQ.
6833 STALTER DRIVE, FIRST FLOOR
ROCKFORD IL 61108

BARTLETT HACKETT FEINBERG P.C.
ATTY FOR IRON MOUNTAIN INFORMATION MANAGEMENT, INC.
ATT: FRANK F. MCGINN, ESQ.
155 FEDERAL STREET, 9TH FLOOR
BOSTON MA 02110

BASF
DR. KURT BOCK, CHAIRMAN AND CEO
100 CAMPUS DRIVE
FLORHAM PARK NJ 07932

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATTY FOR FACTORY MOTOR PARTS COMPANY
ATT: CHESTER B. SALOMON, ESQ.
299 PARK AVENUE, 16TH FLOOR
NEW YORK NY 10171

BERGER SINGERMAN, P.A.
ATTY FOR SCI, LTD.
ATT: ARTHUR J. SPECTOR, ESQ.
350 E. LAS OLAS BOULEVARD
10TH FLOOR
FORT LAUDERDALE FL 33301

BIALSON, BERGEN & SCHWAB
ATTY FOR CISCO SYSTEMS CAPITAL CORPORATION
ATTN: PATRICK M. COSTELLO & THOMAS M. GAA
2600 EL CAMINO REAL, SUITE 300
PALO ALTO CA 94306

BINGHAM MCCUTCHEN LLP
ATTY FOR DEUTSCHE BANK AG
ATT ROBERT M DOMBROFF & JEFFREY S SABIN, ESQ.
399 PARK AVENUE
NEW YORK NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTY FOR TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
ATTN: JONATHAN B. ALTER, ESQ.
ONE STATE STREET
HARTFORD CT 06103

BINGHAM MCCUTCHEN LLP
ATTY FOR WELLS FARGO BANK NORTHWEST, NAT'L ASSOC., AS INDENTURE TRUSTE
ATT: ANNA M. BOELITZ, ESQ.
ONE STATE STREET
HARTFORD CT 06103

BLANK ROME LLP
ATT: MARC E. RICHARDS, ESQ.
ATTY FOR DENSO INTERNATIONAL AMERICA AND DENSO SALES CALIFORNIA
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK NY 10174

BLANK ROME LLP
ATTY FOR CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS
ATT: REGINA STANGO KELBON, ESQ.
ONE LOGAN SQUARE
PHILADELPHIA PA 19103

BLUE CROSS AND BLUE SHIELD OF MICHIGAN
ATT: JEFFREY RUMLEY, ASSISTANT GENERAL COUNSEL
600 LAFAYETTE EAST #1925
DETROIT MI 48226-2998

BOB HASTINGS BUICK GMC, INC.
ATT: DAVID P. STOETZEL
800 PANORAMA TRAIL SOUTH
ROCHESTER NY 14625

BODMAN LLP
ATTY FOR PRODUCTION MODELING CORPORATION
ATTN: COLIN T. DARKE, ESQ.
1901 ST. ANTOINE STREET
6TH FLOOR AT FORD FIELD
DETROIT MI 48226

BODMAN LLP
ATTY FOR LEAR CORPORATION AND ITS SUBSIDIARIES & AFFILIATES
ATTN: MARC M. BAKST, ESQ.
6TH FLOOR AT FORD FIELD
1901 ST. ANTOINE STREET
DETROIT MI 48226

BORGES & ASSOCIATES, LLC
ATTY FOR RAYCOM MEDIA, INC.
ATTN: WANDA BORGES, ESQ.
575 UNDERHILL BLVD., SUITE 118
SYOSSET NY 11791

BRACEWELL & GIULIANI LLP
ATTY FOR GEORG FISCHER AUTOMOTIVE AG
225 ASYLUM STREET, 26TH FLOOR
HARTFORD CT 06103

BRAYTON PURCELL LLP
ATTY FOR CERTAIN ASBESTOS CLAIMANTS
ATT: ALAN R. BRAYTON, CHRISTINA C. SKUBIC, MATTHEW B. LEE, ESQS
222 RUSH LANDING ROAD
NOVATO CA 94945

BRIGGS AND MORGAN P.A.
ATTY FOR FACTORY MOTOR PARTS COMPANY
ATT: JOHN R. MCDONALD, ESQ.
2200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS MN 55402

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATTY FOR WABASH TECHNOLOGIES, INC.
ATTN: PAULA A. HALL, ESQ.
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM MI 48009

BROWN & CONNERY, LLP
ATTY FOR SAP AMERICA, INC.
ATT: KENNETH J. SCHWEIKER, JR., ESQ.
6 NORTH BROAD STREET, SUITE 100
WOODBURY NJ 08096

BROWN & WHALEN, P.C.
ATT: RODNEY A. BROWN, ESQ.
700 THIRD AVENUE, 20TH FLOOR
NEW YORK NY 10017

BUCHALTER NEMER, PC
ATTY FOR ORACLE USA, INC.; AND ORACLE CREDIT CORPORATION
ATT: SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO CA 94105-2126

BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
ATT: PETER M. LEE, SENIOR GENERAL ATTORNEY
2500 LEW MENK DRIVE
P.O. BOX 961039
FT. WORTH TX 76161-0039

BURR & FORMAN LLP
ATTY FOR GESTAMP ALABAMA, LLC, GESTAMP MASON, LLC, GESTAMP MEXICO
ATT: D. CHRISTOPHER CARSON & JENNIFER B. KIMBLE
420 NORTH 20TH STREET, SUITE 3400
BIRMINGHAM AL 35203

BUSH FEYFERTH & PAIGE PLLC
ATTY FOR GUARDIAN INDUSTRIES CORP.
ATT: SCOTT A. WOLFSON, ESQ.
3001 W. BIG BEAVER ROAD, SUITE 600
TROY MI 48084

BUSH SEYFERTH & PAIGE PLLC
ATTY FOR NYX, INC.
ATT: SCOTT A. WOLFSON, ESQ.
3001 W. BIG BEAVER ROAD, SUITE 600
TROY MI 48084

BUSH SEYFERTH & PAIGE PLLC
ATTY FOR BATES ACQUISITION LLC
ATT: SCOTT A. WOLFSON, ESQ.
3001 W. BIG BEAVER ROAD, SUITE 600
TROY MI 48084

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
380 MADISON AVENUE
NEW YORK NY 10017

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
ATTN: THOMAS B. RADOM & MAX J. NEWMAN
41000 WOODWARD AVENUE
BLOOMFIELD HILLS MI 48304

C.B. BLACKARD, III
CORPORATE COUNSEL
ACXIOM CORPORATION
301 EAST DAVE WARD DRIVE
P.O. BOX 2000
CONWAY AR 72033-2000

CADWALADER, WICKERSHAM & TAFT LLP
ATTY FOR UNITED STATES OF AMERICA
ATT: JOHN J. RAPISARDI, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

CAMPBELL, O'BRIEN & MISTELE, P.C.
ATTY FOR GEORGE P. JOHNSON COMPANY (GPJ)
ATTN: ROBERT J. FIGA, ESQ.
100 W. BIG BEAVER ROAD, SUITE 385
TROY MI 48084

CANON U.S.A, INC.
ATTN: RUTH E. WEINSTEIN
ONE CANON PLAZA
LAKE SUCCESS NY 11042

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS;
MARK BUTTITA
ATT: ELIHU INSELBUCH & RITA TOBIN
375 PARK AVENUE, 35TH FLOOR
NEW YORK NY 10152-3500

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS;
MARK BUTTITA
ATT: PETER VAN LOCKWOOD, RONALD REINSEL & TREVOR SWETT, III, ESQS
1 THOMAS CIRCLE
WASHINGTON DC 20005

CARSON FISCHER, P.L.C.
ATTY FOR VITEC, LLC
ATT: JOSEPH M. FISCHER, LAWRENCE A. LICHTMAN, PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS MI 48302

CARSON FISCHER, P.L.C.
ATTY FOR RIMA MANUFACTURING COMPANY
ATTN: CHRISTOPHER A. GROSMAN & PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS MI 48302

CARSON FISCHER, P.L.C.
ATTY FOR LAPEER METAL STAMPING COMPANIES, INC.
ATTN: JOSEPH M. FISCHER, ROBERT A. WEISBERG & PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS MI 48302

CASSELS BROCK
ATT: MICHAEL WEINCZOK
2100 SCOTIA PLAZA - 40 KING STREET WEST
TORONTO, ON M5H 3C2
CANADA

CHAPELL & ASSOCIATES, LLC
ATT: ALAN CHAPELL, CIPP
CONSUMER PRIVACY OMBUDSMAN
297 DRIGGS AVENUE, SUITE 3A
BROOKLYN NY 11222

CHARLES CLARK CHEVROLET CO.
P.O. BOX 520
MCALLEN TX 78505-0520

CHEMICO SYSTEMS
LEON C. RICHARDSON, PRESIDENT
10 W.HURON, SUITE 300
PONTIAC MI 48342

CLARK HILL PLC
ATTY FOR ATS AUTOMATION TOOLING SYSTEMS, INC.
ATTN: ROBERT D. GORDON, ESQ.
151 SOUTH OLD WOODWARD AVENUE, SUITE 200
BIRMINGHAM MI 48009

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR UAW
ATT: JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR THE INTERPUBLIC GROUP OF COMPANIES, INC.
ATT: SEAN A. O'NEAL, ESQ.
ONE LIBERTY PLAZA
NEW YORK NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK NY 10006

CLIFFORD CHANCE US LLP
ATTY FOR THE ROYAL BANK OF SCTOLAND PLC, ABN AMRO BANK N.V. AND
RBS CITIZENS N.A.
ATT: ANDREW BROZMAN & SARAH CAMPBELL, ESQ.
31 WEST 52ND STREET
NEW YORK NY 10019-6131

COBASYS
MR. TOM NESLAGE, PRESIDENT & CEO
3740 LAPEER RD. SOUTH
ORION MI 48359

COHEN, WEISS AND SIMON LLP
ATTY FOR INTERNATIONAL UNION, UAW
ATT: BABETTE A. CECCOTTI, ESQ.
330 WEST 42ND STREET
NEW YORK NY 10036

CONNELL FOLEY LLP
ATTY FOR PANASONIC ELECTRIC WORKS CORPORATION OF AMERICA
ATTN: STEPHEN V. FALANGA & CHRISTOPHER M. HEMRICK
888 SEVENTH AVENUE
NEW YORK NY 10106

COOLIDGE WALL CO., L.P.A.
ATTY FOR HARCO MANUFACTURING GROUP LLC
ATT: RONALD S. PRETEKIN, ESQ.
33 WEST FIRST STREET, SUITE 600
DAYTON OH 45402

COUNTY ATTORNEY
ATTY FOR THE COUNTY OF LOUDOUN, VIRGINIA
ATTN: BELKYS ESCOBAR, ASSISTANT COUNTY ATTORNEY
ONE HARRISON STREET, S.E., 5TH FLOOR
LEESBURG VA 20175-3102

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD COMPANY
ATTN: MICHAEL ST. PATRICK BAXTER, ESQ.
1201 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20004-2401

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD COMPANY
ATTN: SUSAN POWER JOHNSTON, ESQ.
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK NY 10018

CUMMINGS & LOCKWOOD LLC
ATTY FOR EMIGRANT BUSINESS CREDIT CORP
ATT: JOHN F. CARBERRY, ESQ.
SIX LANDMARK SQUARE
STAMFORD CT 06901

DANA HOLDING COMPANY
ATT: LISA WURSTER
4500 DORR STREET
TOLEDO OH 43615

DANIEL W. SHERRICK, GENERAL COUNSEL
8000 EAST JEFFERSON AVE
DETROIT MI 48214

DAVIS POLK & WARDWELL
ATTY FOR FORD MOTOR COMPANY
ATT: DONALD S. BERNSTEIN & MARSHALL S. HUEBNER
450 LEXINGTON AVENUE
NEW YORK NY 10017

DAWDA, MANN, MULCAHY & SADLER, PLC
ATTY FOR MAGNETI MARELLI AND AUTOMOTIVE LIGHTING
ATT: WILLIAM ROSIN & KENNETH FLASKA
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS MI 48304

DAWDA, MANN, MULCAHY & SADLER, PLC
ATTY FOR JOHN E. GREEN COMPANY
ATTN: KENNETH A. FLASKA & WILLIAM L. ROSIN
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS MI 48304

DAY PITNEY LLP
ATTY FOR ORACLE USA, INC.
ATTN: AMISH R. DOSHI, ESQ.
7 TIMES SQUARE
NEW YORK NY 10036

DEALER TIRE, LLC
3711 CHESTER AVENUE
CLEVELAND OH 44114

DEBEVOISE & PLIMPTON LLP
ATTY FOR THE HERTZ CORPORATION
ATT: RICHARD F. HAHN, ESQ.
919 THIRD AVENUE
NEW YORK NY 10022

DECHERT LLP
ATTY FOR SHANGHAI AUTOMOTIVE INDUSTRY CORP (GROUP) AND AFFILIATES
ATTN: SHMUEL VASSER, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6797

DECHERT LLP
ATTY FOR CDI CORPORATION
ATTN: JAMES O. MOORE, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6797

DECHERT LLP
ATTY FOR CDI CORPORATION
ATTN: JULIET SARKESSIAN, ESQ.
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA PA 19104

DEPARTMENT OF LABOR
ATTN: DEPUTY SOLICITOR OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON DC 20201

DEPARTMENT OF LABOR & INDUSTRY
ATTN: DENISE A. MERTZ
READING BANKRUPTCY & COMPLIANCE UNIT
625 CHERRY STREET, ROOM 203
READING PA 19602-1184

DEPARTMENT OF THE TREASURY
ATTN: OFFICE OF GENERAL COUNSEL
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20220

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: JAMES A. PLEMMONS, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT MI 48226

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: MICHAEL C. HAMMER, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR MI 48104

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: DAWN R. COPLEY, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT MI 48226

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: KERRY MASTERS EWALD, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE TN 37219

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: COLLEEN M. SWEENEY, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE TN 37219

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: DORON YITZCHAKI, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR MI 48104

DICKINSON WRIGHT PLLC
ATTY FOR CHRYSLER GROUP LLC, AS AGENT FOR OLD CARCO & CHRYSLER MOTORS
ATT: JAMES A. PLEMMONS, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT MI 48226

DICONZA LAW P.C.
ATTY FOR ARCADIS U.S., INC.
ATT: GERARD DICONZA, ESQ.
630 THIRD AVENUE, 7TH FLOOR
NEW YORK NY 10017

DILWORTH PAXSON LLP
ATTY FOR THE DOW CHEMICAL CO.; DOW CHEMICAL CANADA; ESSEX SPECIALTY PR
ATTN: SCOTT J. FREEDMAN, ESQ.
LIBERTYVIEW - SUITE 700
457 HADDONFIELD ROAD
CHERRY HILL NJ 08002

DLA PIPER LLP
ATTY FOR HEWLETT PACKARD CO
ATT: KAROL DENNISTON & JENNIFER NASSIRI, ESQS
550 S. HOPE STREET, SUITE 2300
LOS ANGELES CA 90071

DORSEY & WHITNEY LLP
ATTY FOR BALLARD MATERIAL PRODUCTS INC.
ATTN: MICHAEL FOREMAN, ESQ.
250 PARK AVENUE
NEW YORK NY 10177

DOW AUTOMOTIVE
MR. PETER SYKES, PRESIDENT
2-2-24 HIGASHI-SHINAGAWA
SHINAGAWA-KU, TOKYO 140-8617

DUPONT
ELLEN J. KULLMAN, CEO
1007 MARKET STREET
WILMINGTON DL 19898

DURA AUTOMOTIVE
TIM LEULIETTE, CHAIRMAN
2791 RESEARCH DRIVE
ROCHESTER HILLS MI 48309-3575

DYNAMIC MANUFACTURING
MRS. MARY PARTIPILO, CEO
1930 N. MANNHEIM ROAD
MELROSE PARK IL 60160

EATON CORPORATION
1111 SUPERIOR AVENUE
CLEVELAND OH 44114

EDS, AN HP COMPANY
ATT: AYALA HASSELL
BANKRUPTCY & INSOLVENCY, SENIOR ATTORNEY
H3-3A-05
5400 LEGACY DRIVE
PLANO TX 75024

ENTERGY SERVICES, INC
ATT: ALAN H. KATZ, ASSISTANT GENERAL COUNSEL
639 LOYOLA AVENUE, 26TH FLOOR
NEW ORLEANS LA 70113

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATTY FOR CENTERPOINT ASSOCIATES, L.L.C.
ATT: EARLE I. ERMAN, ESQ.
400 GALLERIA OFFICENTRE, SUITE 444
SOUTHFIELD MI 48034

ERVIN COHEN & JESSUP LLP
ATTY FOR SALAS AUTOMOTIVE GROUP, INC. DBA POWAY CHEVROLET
ATTN: MICHAEL S. KOGAN & PETER JAZAYERI
9401 WILSHIRE BOULEVARD
BEVERLY HILLS CA 90212

FACTORY MOTOR PARTS COMPANY
1380 CORPORATE CENTER CURVE
EAGAN MN 55121

FARELLA BRAUN & MARTEL LLP
ATTY FOR GENERAL MOTORS RETIREES ASSOCIATION
ATT: NEIL A. GOTEINER, ESQ.
235 MONTGOMERY STREET, 17TH FLOOR
SAN FRANCISCO CA 94104

FEDERAL EXPRESS CORPORATION
ATTN: ROBERT R. ROSS
3620 HACKS CROSS ROAD
BUILDING B - 2ND FLOOR
MEMPHIS TN 38125-8800

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP
ATTY FOR THE MCCLATCHY COMPANY
ATT: PAUL J. PASCUZZI, ESQ.
400 CAPITAL MALL, SUITE 1450
SACRAMENTO CA 95814

FOLEY & LARDNER LLP
ATTY FOR INERGY AUTOMOTIVE SYSTEMS (USA), LLC
ATTN: MARK A. AIELLO & SALVATORE A. BARBATANO
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT MI 48226-3489

FOLEY & LARDNER LLP
ATTY FOR PETERSON AMERICAN CORPORATION
ATTN: SALVATORE A. BARBATANO & STEVEN H. HILFINGER
500 WOODWARD AVENUE, SUITE 2700
DETROIT MI 48226-3489

FOLEY & LARDNER LLP
ATTY FOR INTRA CORPORATION
ATTN: STEVEN H. HILFINGER, JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT MI 48226-3489

FOLEY & LARDNER LLP
ATTY FOR PIRELLI TIRE, LLC
ATTN: SALVATORE A. BARBATANO, JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT MI 48226-3489

FOLEY & LARDNER LLP
ATTY FOR TECHNOLOGY INVESTMENT PARTNERS, LLC
ATTN: THOMAS B. SPILLANE, JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT MI 48226-3489

FOLEY & LARDNER LLP
ATTY FOR DURA AUTOMOTIVE SYSTEMS, INC.
ATTN: ANN MARIE UETZ, ESQ.
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT MI 48226-3489

FOLEY & LARDNER LLP
ATTY FOR TEXTRON INC.
ATTN: SCOTT T. SEABOLT, ESQ.
500 WOODWARD AVENUE, SUITE 2700
DETROIT MI 48226

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATT: ROBERT H. HUEY, ESQ.
WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 600
WASHINGTON DC 20007-5109

FOLEY & LARDNER LLP
ATTY FOR BBI ENTERPRISES GROUP, INC.
ATT: ANN MARIE UETZ & THOMAS B. SPILLANE
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT MI 48226-3489

FRASER TREBILCOCK DAVIS & DUNLAP, P.C.
ATTY FOR CITY OF LANSING
ATTN: G. ALAN WALLACE, ESQ.
124 WEST ALLEGAN STREET, SUITE 1000
LANSING MI 48933

FOLEY & LARDNER LLP
ATTY FOR CUMMINS INC., CUMMINS POWER GENERATION, CUMMINS FILTRATION, CUMMINS EMISSION SOLUTION, CUMMINS FUEL SYSTEMS, CUMMINS TURBO TECHNOL
ATTN: JILL L. MURCH & JOANNE LEE
321 NORTH CLARK STREET, SUITE 2800
CHICAGO IL 60654-5313

FOLEY & LARDNER LLP
ATTY FOR PEUGEOT JAPY INDUSTRIES S.A.
ATTN: JUDY A. O'NEILL, JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT MI 48226-3489

FOLEY & LARDNER LLP
ATTY FOR ABC GROUP, INC.
ATTN: THOMAS B. SPILLANE, JR. & ANN MARIE UETZ
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT MI 48226-3489

FOLEY & LARDNER LLP
ATTY FOR OMRON AUTOMOTIVE ELECTRONICS; OMRON DUALTEC AUTOMOTIVE ELECTR
ATTN: STEVEN H. HILFINGER, FRANK W. DICASTRI, JOHN A. SIMON
500 WOODWARD AVENUE, SUITE 2700
DETROIT MI 48226-3489

FOLEY & LARDNER LLP
ATTY FOR DETROIT TECHNOLOGIES, INC.
ATTN: ANN MARIE UETZ & DALJIT DOOGAL
500 WOODWARD AVENUE, SUITE 2700
DETROIT MI 48226-3489

FOLEY & LARDNER LLP
ATTY FOR GETRAG TRANSMISSION CORPORATION
ATTN: FRANK DICASTRI, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE WI 53202

FOLEY & LARDNER LLP
ATTY FOR CONTINENTAL STRUCTURAL PLASTICS, INC.
ATT: ANN MARIE UETZ, ESQ.
500 WOODWARD AVENUE, SUITE 2700
DETROIT MI 48226-3489

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATT: STEVEN H. HILFINGER & JOHN A. SIMON
500 WOODWARD AVENUE, SUITE 2700
DETROIT MI 48226-3489

FOX ROTHSCHILD LLP
ATTY FOR STARSOURCE MANAGEMENT SERVICES
ATTN: FRED STEVENS, ESQ.
100 PARK AVENUE, SUITE 1500
NEW YORK NY 10017

FREEBORN & PETERS LLP
ATTY FOR PGW, LLC
ATT: AARON L. HAMMER & THOMAS R. FAWKES, ESQS
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO IL 60606-6677

FRIEDLANDER MISLER, PLLC
ATTY FOR REALTY ASSOCIATES IOWA CORPORATION
ATTN: ROBERT E. GREENBERG, ESQ.
1101 SEVENTEENTH STREET, N.W., SUITE 700
WASHINGTON DC 20036-4704

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR AT&T CORP.
ATTN: DAVID A. ROSENZWEIG & JACLYN L. RABIN
666 FIFTH AVENUE
NEW YORK NY 10103

GENERAL MOTORS CORPORATION
300 RENAISSANCE CENTER
DETROIT MI 48265

GHSP, INC.
ATTN: RON WALLISH
1250 SOUTH BEECHTREE STREET
GRAND HAVEN MI 49417

GIBBONS P.C.
ATTY FOR J.D. POWER AND ASSOCIATES
ATT: DAVID N. CRAPO, ESQ.
ONE GATEWAY CENTER
NEWARK NJ 07102-5310

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: DAVID M. FELDMAN, ESQ.
200 PARK AVENUE
NEW YORK NY 10166-0193

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: MATTHEW J. WILLIAMS, ESQ.
200 PARK AVENUE
NEW YORK NY 10166-0193

GLENN M. REISMAN, ESQ.
ATTY FOR GE ENERGY, GE MOTORS AND GE WATER
TWO CORPORATE DRIVE, SUITE 234
SHELTON CT 06484

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATTY FOR PANASONIC AUTO SYS CO OF AMERICA, DIV OF PANASONIC
CORP OF N.A., FORMERLY KNOWN AS MATSUSHITA ELEC CORP IF AMERICA
ATT: JONATHAN L. FLAXER, DOUGLAS L. FURTH, ANTHONY M. VASSALLO
437 MADISON AVENUE
NEW YORK NY 10022

GORLICK, KRAVITZ & LISTHAUS, P.C.
ATTY FOR IUOE, LOCALS IUOE 101, IUOE 18S & IUOE 832S
ATT: BARBARA S. MEHLSACK, ESQ.
17 STATE STREET, 4TH FLOOR
NEW YORK NY 10004

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS LLC AND BP/CGCENTER I LLC
ATT: DOUGLAS B. ROSNER, ESQ.
400 ATLANTIC AVENUE
BOSTON MA 02110-3333

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS AND BP/CGCENTER I LLC
ATT: GREGORY O. KADEN, ESQ.
400 ATLANTIC AVENUE
BOSTON MA 02110-3333

HAHN LOESER & PARKS LLP
ATT: LEE D. POWAR & DANIEL A. DEMARCO & ROCCO I. DEBITETTO
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND OH 44114

HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
39001 WEST 12 MILE ROAD
FARMINGTON HILLS MI 48331

HARTER SECREST & EMERY LLP
ATT: KENNETH W. AFRICANO & RAYMOND L. FUNK, ESQS.
ATTY FOR PADDOCK CHEVROLET, INC.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO NY 14202-2293

HARTER SECREST & EMERY LLP
ATT: JOHN WEIDER & INGRIDE PALERMO, ESQS.
ATTY FOR PADDOCK CHEVROLET, INC.
1600 BAUSCH & LOMB PLACE
ROCHESTER NY 14604

HARTER SECREST & EMERY LLP
ATTY FOR SATURN OF ROCHESTER, INC.
ATT: JON AHO, WILLIAM KREIENBERG, JOHN WEIDER, INGRID PALERMO
1600 BAUSCH & LOMB PLACE
ROCHESTER NY 14604

HARTER SECREST & EMERY LLP
ATTY FOR SATURN OF ROCHESTER, INC.
ATT: RAYMOND L. FINK, ESQ.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO NY 14202-2293

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
ATT: JONATHAN HOOK, ESQ.
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1007

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
ATT: PATRICK L. HUGHES & PETER C. RUGGERO
1221 MCKINNEY, SUITE 2100
HOUSTON TX 77010

HAYNES AND BOONE LLP
ATTY FOR EXXON MOBIL CORPORATION
ATTN: CHARLES A. BECKMAN & BROOKS HAMILTON
1221 MCKINNEY, SUITE 2100
HOUSTON TX 77010

HAYNES AND BOONE, LLP
ATTY OFR EXXON MOBIL CORPORATION
ATTN: MATTHEW E. RUSSELL, ESQ.
1221 AVENUE OF THE AMERICAS, 26TH FL
NEW YORK NY 10020-1007

HERRICK, FEINSTEIN LLP
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
ATT: STEPHEN B. SELBST & PAUL RUBIN
2 PARK AVENUE
NEW YORK NY 10016

HEWLETT -PACKARD DEVELOPMENT COMPANY, L.P.
MIKE NEFKENS, VICE PRESIDENT
500 RENAISSANCE CENTER, MC:20A
DETROIT MI 48243

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
ATT: LINDA D'AMICO
420 MOUNTAIN AVENUE
MURRAY HILL NJ 07640

HISCOCK & BARCLAY, LLP
ATTY FOR THE SCHAEFER GROUP INC.
ATTN: SUSAN R. KATZOFF, ESQ.
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE NY 13202

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATT: ROBERT B. WEISS, ESQ.
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT MI 48226

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATT: JOSEPH R. SGROI, ESQ.
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT MI 48226

HUNTER & SCHANK CO., LPA
ATTY FOR ZF FRIEDRICHSHAFEN AG
ATT: JOHN J. HUNTER, JR., ESQ.
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO OH 43604

INDUSTRY CANADA, LEGAL SERVICES
ATT: ANNE BOUDREAU
235 QUEEN STREET
OTTAWA, ON K1A OH5
CANADA

HAYNES AND BOONE, LLP
ATTY FOR CEVA LOGISTICS
ATTN: JUDITH ELKIN
1221 AVENUE OF THE AMERICAS, 26TH FLOOR
NEW YORK NY 10020-1007

HAYNSWORTH SINKLER BOYD, P.A.
ATTY FOR SOUTH CAROLINA AUTOMOBILE DEALERS ASSOCIATION
ATTN: WILLIAM H. SHORT, JR., ESQ.
POST OFFICE BOX 11889
COLUMBIA SC 29211-1889

HESS CORPORATION
ATT: ELIZABETH ANNE CARINI CURRENTI, ESQ.
1 HESS PLAZA
WOODBRIDGE NJ 07095

HEWLETT-PACKARD COMPANY LP
ATT: RAMONA NEAL, SENIOR COUNSEL
11311 CHINDEN BOULEVARD
MAIL STOP 314
BOISE ID 83714

HINCKLEY, ALLEN & SNYDER LLP
ATTY FOR DAVE DELANEY'S COLUMBIA BUICK-PONTIAC-GMAC CO, LLC
ATT: THOMAS H CURRAN, PAUL F O'DONNELL & JENNIFER V DORAN
28 STATE STREET
BOSTON MA 02109

HODGSON RUSS LLP
ATTY FOR DELL MARKETING LP AND DELL FINANCIAL SERVICES LLC
ATTN: STEPHEN H. GROSS, ESQ.
60 EAST 42ND STREET, 37TH FLOOR
NEW YORK NY 10165-0150

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATT: TRICIA A. SHERICK, ESQ.
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT MI 48226

HSS/SAGINAW
MR. ERIC LARSON, COO
5446 DIXIE HIGHWAY
SAGINAW MI 48601

HUNTER & SCHANK CO., LPA
ATTY FOR ZF FRIEDRICHSHAFEN AG
ATT: THOMAS J. SCHANK, ESQ.
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO OH 43604

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
290 BROADWAY
NEW YORK NY 10007

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
P.O. BOX 21126
PHILADELPHIA PA 19114

INTERNATIONAL UNION OF OPERATING ENGINEERS
ATT: RICHARD GRIFFIN, GENERAL COUNSEL
1125 SEVENTEENTH STREET, NW
WASHINGTON DC 20036

INTERNATIONAL UNION, UAW
ATTY FOR INTERNATIONAL UNION, UAW
ATT: DANIEL SHERRICK & NIRAJ GANATRA, LEGAL DEPT.
8000 EAST JEFFERSON AVENUE
DETROIT MI 48214

IVEY, BARNUM AND O'MARA, LLC
ATTY FOR SONIC AUTOMOTIVE, INC.
ATTN: MELISSA ZELEN NEIER, ESQ.
170 MASON STREET
GREENWICH CT 06830

J.L. SAFFER, P.C.
ATTY FOR TMI CUSTOM AIR SYSTEMS, INC.
ATTN: JENNIFER L. SAFFER, ESQ.
20 VESEY STREET, 7TH FLOOR
NEW YORK NY 10007

JENNER & BLOCK LLP
ATTY FOR PROPOSED SPECIAL COUNSEL FOR DEBTORS
ATTN: PATRICK J. TROSTLE & HEATHER D. MCARN
919 THIRD AVENUE, 37TH FLOOR
NEW YORK NY 10022-3908

JENNER & BLOCK LLP
ATTY FOR PROPOSED SPECIAL COUNSEL FOR DEBTORS
ATTN: DANIEL R. MURRAY & JOSEPH P. GROMACKI
330 NORTH WABASH AVENUE
CHICAGO IL 60611-7603

JIM BARNARD CHEVROLET, INC.
ATT: ALLYN BARNARD, PRESIDENT
7107 BUFFALO ROAD
CHURCHVILLE NY 14428

JOHNSON, HEARN, VINEGAR, GEE & GLASS, PLLC
ATTY FOR D & J AUTOMOTIVE, LLC
ATT: JEAN WINBORNE BOYLES, ESQ.
P.O. BOX 1776
RALEIGH NC 27602

JOHNSTON BARTON PROCTOR & ROSE LLP
ATTY FOR SERRA CHEVROLET OF BIRMINGHAM, INC.
ATTN: MAX A. MOSELEY, ESQ.
569 BROOKWOOD VILLAGE
SUITE 901
BIRMINGHAM AL 35209

JTEKT AUTOMOTIVE
MOTOHIKO YOKOYAMA, CEO
15TH FLOOR MIDLAND SQUARE, 4-7-1 MEIEKI
NAGOYA HEAD OFFICE
NAKAMURA-KU, NAGOYA, JAPAN, 450-8515

K&L GATES LLP
ATTY FOR PPG INDUSTRIES, INC.
ATT: JEFFREY N. RICH & ERIC T. MOSER, ESQS.
599 LEXINGTON AVENUE
NEW YORK NY 10022

KAYE SCHOLER LLP
ATTY FOR PHILLIP MORRIS CAPITAL CORP
ATT: RICHARD G. SMOLEV & LAUREN ATTARD
425 PARK AVENUE
NEW YORK NY 10022-3598

KEATING MUETHING & KLEKAMP PLL
ATTY FOR CINTAS CORPORATION
ATTN: JASON V. STITT, ESQ.
ONE EAST FOURTH STREET, SUITE 1400
CINCINNATI OH 45202

KELLEY & FERRARO, L.L.P.
ATTY FOR ASBESTOS TORT CLAIMANTS
ATT: THOMAS M. WILSON, ESQ.
2200 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND OH 44114

KELLEY DRYE & WARREN LLP
ATTY FOR LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: DAVID RETTER, PAMELA BRUZZESE-SZCZGIEL, JENNIFER CHRISTIAN, ESQS
101 PARK AVENUE
NEW YORK NY 10178

KELLEY DRYE & WARREN, LLP
ATTY FOR BP CANADA ENERGY MARKETING CORP. AND BP ENERGY CO.
ATT: JAMES S. CARR & JORDAN A. BERGMAN, ESQS
101 PARK AVENUE
NEW YORK NY 10178

KEM KREST
AMISH SHAH. CEO
1919 SUPERIOR ST.
ELKHART IN 46515

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M KENNEDY, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK NY 10003

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNICK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK NY 10003

KENNEDY, JENNIK & MURRAY P.C.
ATTN: LARRY MAGARIK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK NY 10003

KERR, RUSSELL AND WEBER, PLC
ATTY FOR WINDSOR MOLD INC.
ATTN: JAMES E. DELINE, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT MI 48226-3406

KERR, RUSSELL AND WEBER, PLC
ATTY FOR AVL AMERICAS, INC.
ATT: P.WARREN HUNT, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT MI 48226-3406

KERR, RUSSELL AND WEBER, PLC
ATTY FOR AVL POWERTRAIN ENGINEERING, INC.
ATT: P. WARREN HUNT, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT MI 48226-3406

KILPATRICK & ASSOCIATES, P.C.
ATTY FOR OAKLAND COUNTY TREASURER
ATT: RICHARDO I. KILPATRICK & LEONORA K. BAUGHMAN
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS MI 48326

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
ATT: MORTON R. BRANZBURG & BRIAN T. CROWLEY
260 S. BROAD STREET
PHILADELPHIA PA 19102

KNAPP CHEVROLET
815 HOUSTON AVENUE
HOUSTON TX 77007

KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
ATTY FOR APPLIED MANUFACTURING TECHNOLOGIES
ATTN: FREDERICK A. BERG & JAYSON M. MACYDA, ESQS
400 RENAISSANCE CENTER, SUITE 3400
DETROIT MI 48243

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE
ATTN: THOMAS MOERS MAYER, KENNETH H. ECKSTEIN & GORDON Z. NOVOD
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10036

KUPELIAN ORMOND & MAGY, P.C.
ATTY FOR LA PRODUCTIONS, LLC
ATT: TERRANCE HILLER, DAVID BLAU, PAUL MAGY, MATTHEW SCHLEGEL
25800 NORTHWESTERN HIGHWAY, SUITE 950
SOUTHFILED MI 48075

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: SUSAN M. COOK, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY MI 48708

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: ADAM D. BRUSKI, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY MI 48708

LATHAM & WATKINS LLP
ATTY FOR ALLISON TRANSMISSION, INC., FKA CLUTCH OPERATING CO., INC.
ATTN: ROBERT J. ROSENBERG & ADAM J. GOLDBERG
885 THIRD AVENUE, SUITE 1000
NEW YORK NY 10022-4068

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTY FOR HESS CORPORATION
ATT: GABRIEL DEL VIRGINIA, ESQ.
641 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK NY 10022

LAW OFFICES OF ROBERT E. LUNA, P.C.
ATTY FOR CARROLLTON FARMERS BRANCH ISD & LEWISVILLE ISD
ATT: ANDREA SHEEHAN, ESQ.
4411 N. CENTRAL EXPRESSWAY
DALLAS TX 75205

LAWRENCE JAY KRAINES, ESQ.
14235 DICKENS STREET,  SUITE 4
SHERMAN OAKS CA 91423-5846

LEONARD, STREET AND DEINARD, PA
ATTY FOR CANADIAN PACIFIC RAILWAY COMPANY
ATTN: MATTHEW A. SWANSON, ESQ.
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPOLIS MN 55402

LEONARD, STREET AND DEINARD, PA
ATTY FOR CANADIAN PACIFIC RAILWAY COMPANY
ATTN: JACOB B. SELLERS, ESQ.
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPOLIS MN 55402

LEONARD, STREET AND DEINARD, PA
ATTY FOR QUADION CORP.
ATT: MATTHEW A. SWANSON, ESQ.
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPLOIS MN 55402

LEVY RATNER P.C.
ATTY FOR UNITED STEELWORKERS
ATT: SUZANNE HEPNER, RYAN J. BARBUR & ROBERT H. STROUP
80 EIGHTH AVENUE, 8TH FLOOR
NEW YORK NY 10011

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTY FOR TARRANT COUNTY & DALLAS COUNTY
ATT: ELIZABETH WELLER, ESQ.
2323 BRYAN STREET, SUITE 1600
DALLAS TX 75201

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTY FOR CAMERON COUNTY, HARLINGEN, HARLINGEN ISD, NUECES COUNTY, SAN
ATTN: DIANE W. SANDERS, ESQ.
2700 VIA FORTUNA DRIVE, SUITE 400
P.O. BOX 17428
AUSTIN TX 78760

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR TENIBAC-GRAPHION, INC.
ATT: MICHAEL S. LIEB, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD MI 48034

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR M-TECH ASSOCIATES
ATTN: KATHLEEN H. KLAUS, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD MI 48034

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR SOUTH TROY TECH, LLC
ATTN: MICHAEL S. LIEB, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD MI 48034

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR HAYMAN MANAGEMENT COMPANY; SOUTH TROY TECH, LLC
ATTN: KATHLEEN H. KLAUS, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD MI 48034

MAZZEO SONG & BRADHAM LLP
ATTY FOR CLARCOR, INC. AND TOTAL FILTRATION SERVICES, INC.
ATTN: DAVID H. HARTHEIMER, ESQ.
708 THIRD AVENUE, 19TH FLOOR
NEW YORK NY 10017

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
ATTN: ROBERT R. KRACHT, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND OH 44115

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
ATTN: KIMBERLY A. BRENNAN, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND OH 44115

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
ATTY FOR LOCAL TEXAS TAXING AUTHORITIES
ATT: MICHAEL REED, ESQ.
P.O. BOX 1269
ROUND ROCK TX 78680

MCGILL, GOTSDINER, WORKMAN & LEPP, P.C., L.L.O.
ATTY FOR NS-200 CABOT OF PA; NS-608 CAPERTON WV; NS-1500 MARQUETTE MS;
NS-2200 WILLIS MILLER WI
ATTN: JANICE M. WOOLLEY, ESQ.
11404 W. DODGE ROAD, SUITE 500
OMAHA NE 68154-2584

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
ATT: CHRISTOPHER F. GRAHAM, ESQ.
230 PARK AVENUE
NEW YORK NY 10169

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
ATT: JESSICA H. MAYES, ESQ.
230 PARK AVENUE, SUITE 1700
NEW YORK NY 10169

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: HANAN B. KOLKO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK NY 10018

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: EDWARD LOBELLO, ALAN MARDER. JIL MAZER-MARINO, J. RANDO CRISTIANO
990 STEWART AVENUE, SUITE 300
GARDEN CITY NY 11530

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR PITNEY BOWES, INC,; PITNEY BOWES MANAGEMENT SERVICES, INC.
ATT: EDWARD J. LOBELLO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK NY 10018-0822

MICHAEL S. HOLMES, P.C.
ATTY FOR OAKS L-M, INC. DBA WESTPOINT
ATT: MICHAEL S. HOLMES, ESQ.
8100 WASHINGTON AVENUE, SUITE 120
HOUSTON TX 77007

MICHIGAN ENVIRONMENT, NATURAL RESOURCES AND AGRICULTURE DIVISION
ATTY FOR MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY
ATTN: CELESTE R. GILL, ASSISTANT ATTORNEY GENERAL
525 W. OTTAWA, 6TH FLOOR, G. MENNE WILLIAMS BUILDING
P.O. BOX 30755
LANSING MI 48909

MICHIGAN FUNDS ADMINISTRATION
7201 W. SAGINAW HWY, STE 110
LANSING MI 48917

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DR.
DIMONDALE MI 48821

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DRIVE
PO BOX 30016
LANSING MI 48909

MIKE BARNARD CHEVROLET-CADILLAC-BUICK-PONTIAC-GMC, INC.
ATT: MICHAEL E. BARNARD, PRESIDENT
616 THAYER ROAD
FAIRPORT NY 14450

MILLER JOHNSON
ATTY FOR BURKE E. PORTER COMPANY
ATTN: THOMAS P. SARB, ESQ.
250 MONROE AVENUE, N.W., SUITE 800
PO BOX 306
GRAND RAPIDS MI 49501-0306

MILLER JOHNSON
ATTY FOR MICO INDUSTRIES, INC.
ATTN: ROBERT D. WOLFORD, ESQ.
250 MONROE AVENUE, N.W., SUITE 800
P.O. BOX 306
GRAND RAPIDS MI 49501-0306

MILLER JOHNSON
ATTY FOR BENTELER AUTOMOTIVE CORPORATION
ATT THOMAS P. SARB, ESQ
250 MONROE AVE., STE 800
GRAND RAPIDS MI 49501-0306

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR LANSING BOARD OF WATER & LIGHT
ATT: DONALD J. HUTCHINSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT MI 48226

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR LANSING BOARD OF WATER & LIGHT
ATT: SUSAN I. ROBBINS, ESQ.
500 FIFTH AVENUE, SUITE 1815
ATT: SUSAN I. ROBBINS, ESQ.
NEW YORK NY 10110

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR KONGSBERG AUTOMOTIVE, INC., KONGSBERG DRIVELINE SYSTEMS I,
KONGSBERG INTERIOR SYS, KONGSBERG POWER PRODUCT SYS, KONGSBERG
HOLDING
ATTN: MARC N. SWANSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT MI 48226

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR COUNTY OF WAYNE, MICHIGAN
ATT: TIMOTHY A. FUSCO, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT MI 48226

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
ATTY FOR HITACHI, LTD., HITACHI AUTOMOTIVE PRODUCTS (USA), INC.,
TOKICO (USA), INC. AND HITACHI CABLE INDIANA, INC.
ATT: PAUL J. RICOTTA, ESQ.
ONE FINANCIAL CENTER
BOSTON MA 02111

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATT: STEVEN A. GINTHER, ESQ.
P.O. BOX 475
JEFFERSON CITY MO 65105-0475

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ATTY FOR STEVEN KAZAN, ESQ.
ATTN: NATALIE RAMSEY & JOSEPH O'NEIL, JR.
123 SOUTH BROAD STREET
PHILADELPHIA PA 19109-1099

MOORE & VAN ALLEN PLLC
ATTY FOR HAGEMEYER N.A.
ATT: CYNTHIA JORDAN LOWERY, ESQ.
40 CALHOUN STREET, SUITE 300
POST OFFICE BOX 22828
CHARLESTON SC 29413-2828

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR FMR CORP.
ATTN: HOWARD S. BELTZER & EMMELINE S. LIU, ESQS
101 PARK AVENUE
NEW YORK NY 10178

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR ARAMARK HOLDINGS CORPORATION
ATTN: MICHAEL A. BLOOM & RACHEL JAFFE MAUCERI, ESQS
1701 MARKET STREET
PHILADELPHIA PA 19103-2921

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  RICHARD S. TODER, ESQ.
101 PARK AVENUE
NEW YORK NY 10178

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  ANDREW D GOTTFRIED, ESQ.
101 PARK AVENUE
NEW YORK NY 10178

MORRISON COHEN LLP
ATTY FOR BLUE CROSS BLUE SHIELD OF MICHIGAN
ATT: JOSEPH T. MOLDOVAN & MICHAEL R. DAL LAGO, ESQS
909 THIRD AVENUE
NEW YORK NY 10022

MOTLEY RICE LLC
ATTY FOR ASBESTOS TORT CLAIMANTS
ATT: JEANETTE M. GILBERT, JOSEPH F. RICE, JOHN A. BADEN IV, ESQS
28 BRIDGESIDE BLVD.
MT. PLEASANT SC 29464

MUNSCH HARDT KOPF & HARR, P.C.
ATTY FOR COMPUTER SCIENCES CORPORATION
ATT: RAYMOND J. URBANIK, ESQ.
3800 LINCOLN PLAZA
500 N. AKARD STREET
DALLAS TX 75201-6659

MYERS & FULLER, P.A.
ATTY FOR GREATER NEW YORK AUTOMOBILE DEALERS ASSOCIATION
ATT: RICHARD SOX, ESQ.
2822 REMINGTON GREEN CIRCLE
TALLAHASSEE FL 32308

N.W. BERNSTEIN & ASSOCIATES, LLC
ATTY FOR ENVIRONMENTAL CONSERVATION AND CHEMICAL CORP SITE TRUST FUND
ATT: NORMAN W. BERNSTEIN, ESQ.
800 WESTCHESTER AVENUE, SUITE 319 NORTH
RYE BROOK NY 10573

NAHINS & GOIDEL, P.C.
ATT: BORAH GOLDSTEIN ALTSCHULER & JEFFREY CHANCAS
377 BROADWAY
NEW YORK NY 10013

NARMCO GROUP
ATTN: GARY KELLY
2575 AIRPORT ROAD
WINDSOR, ONTARIO N8W 1Z4

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: GEORGE CAUTHEN, LINDA BARR, CAMERON CURRIE, ESQS
1320 MAIN STREET, 17TH FLOOR
POST OFFICE BOX 11070
COLUMBIA SC 29201

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: PETER J. HALEY, ESQ.
ONE BOSTON PLACE
BOSTON MA 02108

NEW YORK CITY DEPT. OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS ST- 3RD FLOOR
BROOKLYN NY 11201

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
ATT: MAUREEN F. LEARY, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY NY 12224

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
ATT: SUSAN L. TAYLOR, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY NY 12224

NEW YORK STATE DEPT TAXATION & FINANCE
ATTN: BANKRUPTCY/SPECIAL PROC. SECT.
PO BOX 5300
ALBANY NY 12205

OFFICE OF ATTORNEY GENERAL FOR PENNSYLVANIA
ATTY FOR COMMONWEALTH OF PA., DEPT OF REVENUE, BUREAU OF ACCTS SETTLEM
ATT: CAROL E. MOMJIAN, SENIOR DEPUTY ATTY GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA PA 19107-3603

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
120 BROADWAY
NEW YORK NY 10271

OFFICE OF THE OHIO ATTORNEY GENERAL
ATTY FOR STATE OF OHIO
ATT: LUCAS WARD, ESQ.
150 EAST GAY STREET, 21ST FLOOR
COLUMBUS OH 43215

OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET
21ST FLOOR
NEW YORK NY 10004

OHIO ATTORNEY GENERAL
ATTY FOR OHIO ENVIRONMENTAL PROTECTION AGENCY ("OEPA")
ATT: MICHELLE T. SUTTER, PRINCIPAL ASST. ATTORNEY GENERAL
ENVIRONMENTAL ENFORCEMENT SECTION
30 E. BROAD STREET, 25TH FLOOR
COLUMBUS OH 43215

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: ROGER FRANKEL, ESQ
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON DC 20005

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: RICHARD H WYRON, ESQ.
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON DC 20005

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTY FOR UNOFFICIAL GM DEALERS COMMITTEE
ATT: LORRAINE MCGOWEN, ALYSSA ENGLUND, COURTNEY ROGERS
666 FIFTH AVENUE
NEW YORK NY 10103

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTY FOR HELLA KGAA HUECK; HELLA CORPORATE CENTER USA; BEHR-HELLA
ATTN: RICHARD H. WYRON, ESQ.
COLUMBIA CENTER
1152 15TH STREET, N.W.
WASHINGTON DC 20005-1706

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTY FOR HELLA KGAA HUECK; HELLA CORPORATE CENTER USA; BEHR-HELLA
ATTN: JOHN ANSBRO & COURTNEY M. ROGERS
666 FIFTH AVENUE
NEW YORK NY 10103

ORUM & ROTH, LLC
ATTY FOR NICOR GAS
ATTN: MARK D. ROTH, ESQ.
53 WEST JACKSON BOULEVARD
CHICAGO IL 60604

OSLER, HOSKIN & HARCOURT LLP
ATTN: TRACY C SANDLER, ESQ.
100 KING STREET WEST
1 FIRST CANADIAN PLACE, SUITE 6100
TORONTO, ONTARIO M5X 1B8

OTTERBOURG STEINDLER HOUSTON & ROSEN PC
ATTN: DANIEL WALLEN, ESQ, JONATHAN N. HELFAT, ESQ.
230 PARK AVENUE
NEW YORK NY 10169

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTY FOR GMAC LLC AND ITS AFFILIATES
ATT: DANIEL WALLEN, MELANIE L. CYGANOWSKI, JONATHAN N. HELFAT &
STEVEN B. SOLL, ESQS.
230 PARK AVENUE
NEW YORK NY 10169

PADDOCK CHEVROLET, INC.
ATT: DUANE PADDOCK, PRESIDENT
3232 DELAWARE AVENUE
KENMORE NY 14217

PARKER POE ADAMS & BERNSTEIN LLP
ATTY FOR SONIC AUTOMOTIVE, INC.
ATTN: KIAH T. FORD IV, ESQ.
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE NC 28202

PATTON BOGGS LLP
ATTY FOR UNOFFICIAL COMMITTEE OF FAMILY & DISSIDENT GM BONDHOLDERS
ATTN: MICHAEL RICHMAN, MARK SALZBERG MELISSA IACHAN
1185 AVENUE OF THE AMERICAS, 30TH FLOOR
NEW YORK NY 10036

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTY FOR ROLLS-ROYCE
ATT: HARVEY A. STRICKON, ESQ.
75 EAST 55TH STREET
NEW YORK NY 10022-3205

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR DANA HOLDING CORPORATION
ATT: ALAN W. KORNBERG, REBECCA ZUBATY & IAN POHL, ESQS.
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR ENTERPRISE RENT-A-CAR COMPANY
ATT: ALAN W. KORNBERG & JONATHAN T. KOEVARY, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR INFORMAL GROUP OF HOLDERS OF GM UNSECURED NOTES
ATT: ANDREW ROSENBERG, BRIAN HERMANN, MARGARET PHILLIPS, M. SCHECK
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR RYDER INTEGRATED LOGISTICS, INC.
ATTN: STEPHEN J. SHIMSHAK & PHILIP A. WEINTRAUB
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
MICHAEL A. MARICCO, ATTORNEY
1200 K STREET, NW
WASHINGTON DC 20005-4026

PENSKE AUTO GROUP
18600 SOUTH HAWTHORNE BOULEVARD
TORRANCE CA 90504

PENSKE LOGISTICS
MR. TERRY MILLER, CEO
PO BOX 563
READING PA 19603

PEPPER HAMILTON LLP
ATTY FOR PILKINGTON NORTH AMERICA, INC.
ATT: DENNIS S. KAYES & DEBORAH KOVSKY-APAP, ESQ.
100 RENAISSANCE CENTER, SUITE 3600
DETROIT MI 48243-1157

PEPPER HAMILTON LLP
ATTY FOR SKF USA INC.
ATT: HENRY J. JAFFE & JAMES C. CARIGNAN
HERECULES PLAZA, SUITE 5100
1313 MARKET STREET P.O. BOX 1709
WILMINGTON DE 19899-1709

PEPPER HAMILTON LLP
ATTY FOR CHANNELVANTAGE, INC.
ATTN: DENNIS S. KAYES & DEBORAH KOVSKY-APAP
100 RENAISSANCE CENTER, SUITE 3600
DETROIT MI 48243-1157

PEPPER HAMILTON LLP
ATTY FOR BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
ATT: EDWARD C. TOOLE & LINDA J. CASEY
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA PA 19103-2799

PEPPER-HAMILTON LLP
ATTY FOR OSRAM SYLVANIA PRODUCTS, INC.
ATT: DENNIS S. KAYES & DEBORAH KOVSKY-APAP
100 RENAISSANCE CENTER, SUITE 3600
DETROIT MI 48243-1157

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTY FOR LMC PHASE II, L.L.C.
ATTN: RICHARD L. EPLING, KAREN B. DINE, ERICA C. CARRIG
1540 BROADWAY
NEW YORK NY 10036-4039

PLUNKETT COONEY
ATTY FOR G-TECH PROFESSIONAL STAFFING, INC.
ATT: DAVID A. LERNER, ESQ.
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS MI 48304

PORZIO BROMBERG & NEWMAN P.C.
ATTY FOR RAUFOSS AUTOMOTIVE COMPONENTS CANADA
ATT: JOHN MAIRO & ROBERT SCHECHTER
100 SOUTHGATE PARKWAY
MORRISTOWN NJ 07962

PPG INDUSTRIES INC.
MR. CHARLES E. BUNCH, CEO
ONE PPG PLACE
PITTSBURGH PA 15272

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.
ATTY FOR INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS
ATT: FREDERICK PERILLO
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE WI 53212
PROSKAUER ROSE LLP
ATTY FOR STATE STREET BANK AND TRUST CO
ATT: SCOTT K. RUTSKY & ADAM T. BERKOWITZ
1585 BROADWAY
NEW YORK NY 10036-8299

RABINOWITZ, LUBETKIN & TULLY, L.L.C.
ATTY FOR THE RABINOWITZ FAMILY, LLC
ATTN: JONATHAN I. RABINOWITZ, ESQ.
293 EISENHOWER PARKWAY, SUITE 100
LIVINGSTON NJ 07039

RAYTHEON PROFESSIONAL SERVICES LLC
12160 SUNRISE VALLEY DRIVE
RESTON VA 20191

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
ATT ERIC A. SCHAFFER, ESQ.
435 SIXTH AVE.
PITTSBURGH PA 15219

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTY FOR ARLINGTON ISD
ATT: ELIZABETH BANDA
P.O. BOX 13430
ARLINGTON TX 76094-0430

PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP
ATTY FOR CANON FINANCIAL SERVICES, INC.
ATT: TERESA SADUTTO-CARLEY, ESQ.
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK NY 10018

PLUNKETT COONEY
ATTY FOR DENSO INTERNATIONAL  AMERICA & DENSO SALES CALIFORNIA
ATTN: DOUGLAS C. BERNSTEIN & MICHAEL A. FLEMING
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS MI 48304

POTTER ANDERSON & CORROON LLP
ATTY FOR NORFOLK SOUTHERN CORPORATION & NORFOLK SOUTHERN RAILWAY
ATT: DAVID BALDWIN, THERESA BROWN-EDWARDS, R. STEPHEN MCNEILL, ESQS.
HERCULES PLAZA, 6TH FLOOR
1313 NORTH MARKET STREET P.O. BOX 951
WILMINGTON DE 19801

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.
ATTY FOR INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS
ATT: SARA J. GEENEN, ESQ.
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE WI 53212
PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, SC
ATTY FOR INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS
ATTN: FREDERICK PERILLO, MARIANNE G. ROBBINS, SARA J. GEENEN
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE WI 53212
PYEONG HWA AUTOMOTIVE CO., LTD.
1032 DAECHEON-DONG
DALSEO-GU
TAEGU, KOREA

RANDSTAD
MS.LINDA GALIPEAU, PRESIDENT - NORTH AMERICA
2015 SOUTH PARK PLACE
ATLANTA GA 30339

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
ATT: KURT F. GWYNNE, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON DE 19801

REID AND REIGE, P.C.
ATTY FOR BARNES GROUP INC.
ATT: CAROL A. FELICETTA, ESQ.
195 CHURCH STREET
NEW HAVEN CT 06510

RHOADES MCKEE
ATTY FOR BAY LOGISTICS, INC.
ATTN: TERRY L. ZABEL, ESQ.
161 OTTAWA AVENUE, NW, SUITE 600
GRAND RAPIDS MI 49503

RICHARD W. MARTINEZ, APLC
ATTY FOR W A THOMAS CO. AND SPECIALTY ENGINE COMPONENTS, LLC
ATT: RICHARD W. MARTINEZ, ESQ.
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS LA 70130

RIDDELL WILLIAMS P.S.
ATTY FOR MICROSOFT CORP AND MICROSOFT LICENSING G.P.
ATT: JOSEPH E. SHICKICH, ESQ.
1001 - 4TH AVENUE, SUITE 4500
SEATTLE WA 98154

RK CHEVROLET/RK AUTO GROUP
2661 VIRGINIA BEACH BOULEVARD
VIRGINIA BEACH VA 23451

ROBERT BOSCH LLC
ATTN: JUDITH LOWITZ ADLER, ESQ.
ASSISTANT GENERAL COUNSEL
38000 HILLS TECH DRIVE
FARMINGTON HILLS MI 48331

ROBERT T. SMITH, ESQ.
ATTY FOR CNI ENTERPRISES, INC
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS MI 48071

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
ATTY FOR SATURN OF HEMPSTEAD, INC.
ATT: RUSSELL P. MCRORY, ESQ.
1345 AVENUE OF THE AMERICAS
NEW YORK NY 10105

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
ATTY FOR GREATER NEW YORK AUTOMOBILE DEALERS ASSOCIATION
ATT: RUSSELL P. MCRORY, ESQ.
1345 AVENUE OF THE AMERICAS
NEW YORK NY 10105

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTY FOR MOODY'S INVESTORS SERVICE
ATT: CHRISTOPHER BELMONTE & PAMELA BOSSWICK, ESQS
230 PARK AVENUE
NEW YORK NY 10169

SATURN OF ROCHESTER, INC.
ATT: DAVID P. STOETZEL
770 PANORAMA TRAIL SOUTH
P.O. BOX 25427
ROCHESTER NY 14625

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: JEFFREY C. HAMPTON, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA PA 19102

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: ADAM H. ISENBERG, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA PA 19102

SAUL EWING LLP
ATTY FOR JOHNSON MATTHEY TESTING AND DEVELOPMENT; JOHNSON MATTHEY INC
ATTN: TERESA K.D. CURRIER, ESQ.
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON DE 19899

SCHAFER AND WEINER, PLLC
ATTY FOR HIROTEC AMERICA
ATT: RYAN D. HEILMAN, ESQ.
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS MI 48304

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
ATT: BENJAMIN P. DEUTSCH, ESQ.
140 BROADWAY, SUITE 3100
NEW YORK NY 10005-1101

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
ATT: BARRY E. BRESSLER, ESQ.
1600 MARKET STREET, SUITE 3600
PHILADELPHIA PA 19103-7286

SCHOENL KEVIN M
SCHOENL, CONNIE
99 MARETTA RD
ROCHESTER NY 14624

SCHULTE ROTH & ZABEL LLP
ATTY FOR PARNASSUS HOLDINGS II, LLC; PLATINUM EQUITY CAPITAL
PARTNERS II, LP
ATT: DAVID J. KARP, ESQ.
919 THIRD AVENUE
NEW YORK NY 10022

SCHWARTZ, LICHTENBERG LLP
ATTY FOR ALBAR INDUSTRIES, INC.
ATTN: BARRY E. LICHTENBERG, ESQ.
420 LEXINGTON AVENUE, SUITE 2400
NEW YORK NY 10170

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK NY 10281

SECURITIES AND EXCHANGE COMMISSION
ATTN: ANDREW N. VOLLMER, ACTING GEN. COUNSEL
100 F STREET, ND
WASHINGTON DC 20549

SEYBURN, KAHN, GINN, BESS & SERLIN, P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: LESLIE STEIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD MI 48075-1195

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
ATTY FOR ATC LOGISTICS & ELECTRONICS, INC.
ATT: BRIAN L. SHAW, ESQ.
321 N. CLARK STREET, SUITE 800
CHICAGO IL 60654

SHEPPARD MULLIN RICHTER & HAMPTON, LLP
ATTY FOR HANKOOK TIRE CO LTD AND HANKOOK TIRE AMERICA CORP
ATT: CARREN SHULMAN, SETH KIM, ROGER ZAITZEFF, BLANKA WOLFE
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK NY 10112

SIDLEY AUSTIN LLP
ATTY FOR THE LENDER GROUP
ATTN: KENNETH P. KANSA, ESQ.
ONE SOUTH DEARBORN
CHICAGO IL 60603

SILVERMANACAMPORA LLP
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
ATT: ADAM L. ROSEN, ESQ.
100 JERICHO QUADRANGLE, SUITE 300
JERICHO NY 11753

SIMPSON THACHER & BARTLETT LLP
ATTN: DAVID J. MACK, ESQ.
425 LEXINGTON AVENUE
NEW YORK NY 10017

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTY FOR DELPHI CORPORATION
ATT: JOHN WM. BUTLER, JR., ESQ.
333 WEST WACKER DRIVE, SUITE 2100
CHICAGO IL 60606

SQUIRE, SANDERS & DEMPSEY, L.L.P.
ATTY FOR TRW AUTOMOTIVE U.S. LLC ; TRW INTEGRATED CHASSIS SYSTEMS LLC
ATTN: G. CHRISTOPHER MEYER, ESQ.
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND OH 44114-1304

STARK REAGAN
ATTY FOR SATTERLUND SUPPLY COMPANY
ATTN: J. CHRISTOPHER CALDWELL, ESQ.
1111 W. LONG LAKE ROAD, SUITE 202
TROY MI 48098

SEYBURN, KAHN, GINN, BESS & SERLIN P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: DAVID T. LIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD MI 48075-1195

SHAPE CORP.
ATTN: BUDD BRINK
1900 HAYES STREET
GRAND HAVEN MI 49417

SHEARMAN & STERLING LLP
ATTY FOR AMERICAN AXLE MANUFACTURING HOLDINGS, INC. AND ITS AFFILIATES
ATTN: FREDRIC SOSNICK & JILL FRIZZLEY, ESQS
599 LEXINGTON AVENUE
NEW YORK NY 10022

SHIVELY BROTHERS
SCOTT SHIVELY, CEO
2919 S.GRAND TRAVERSE ST
FLINT MI 48507

SILVERMAN & MORRIS, P.L.L.C.
ATTY FOR CASSENS TRANSPORT COMPANY
ATTN: GEOFFREY L. SILVERMAN & KARIN F. AVERY, ESQS
7115 ORCHARD LAKE ROAD, SUITE 500
WEST BLOOMFIELD MI 48322

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK NY 10017

SINGER & LEVICK P.C.
ATTY FOR AFFILIATED COMPUTER SERVICES, INC.
ATT: LARRY A. LEVICK, ESQ.
16200 ADDISON ROAD, SUITE 140
ADDISON TX 75001

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTY FOR DELPHI CORPORATION
ATT: KAYALYN A. MARAFIOTI & GREGORY W. FOX, ESQ.
FOUR TIMES SQUARE
NEW YORK NY 10036

STAHL COWEN CROWLEY ADDIS LLC
ATTY FOR GM NAT'L RETIREE ASS., OVER THE HILL CAR PEOPLE, LLC
ATT: TRENT P. CORNELL, ESQ.
55 WEST MONROE STREET, SUITE 1200
CHICAGO IL 60603

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: WILLIAM PAYNE, J. STEMBER, E. DOYLE, S. PINCUS, P. EWING, J. HURT
429 FORBES AVENUE
ALLEGHENY BUILDING, 17TH FLOOR
PITTSBURGH PA 15219

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
JOHN STEMBER, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH PA 15219

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
STEPHEN M. PINCUS, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH PA 15219

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
ELLEN M DOYLE, ESQ. & JOEL HURT, ESQ. & PAMINA EWING, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH PA 15219

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
ATTN: SONYA N. GOLL, ESQ.
29200 SOUTHFIELD ROAD, SUITE 210
SOUTHFIELD MI 48076

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
ATTN: CHARLES D. BULLOCK, ESQ.
29200 SOUTHFIELD ROAD, SUITE 210
SOUTHFIELD MI 48076

STITES & HARBISON PLLC
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
ATT: ROBERT C. GOODRICH & MADISON L. MARTIN
424 CHURCH STREET, SUITE 1800
NASHVILLE TN 37219

STITES & HARBISON, PLLC
ATTY FOR AKEBONO CORP.
ATT: BRIAN H. MELDRUM, ESQ.
400 W. MARKET STREET, SUITE 1600
LOUISVILLE KY 40202

STREUSAND & LANDON, LLP
ATTY FOR DELL MARKETING, L.P. AND DELL FINANCIAL SERVICES LLC
ATTN: SABRINA L. STREUSAND, ESQ.
515 CONGRESS STREET, STE 2523
AUSTIN TX 78701

STROBL & SHARP, P.C.
ATTY FOR PIONEER STEEL CORPORATION
ATTN: LYNN M. BRIMER & MEREDITH M. MCKINZIE
300 E. LONG LAKE ROAD, SUITE 200
BLOOMFIELD HILLS MI 48304

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA P.C.
ATTY FOR AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
ATT: SANDER  ESSERMAN, PETER  D'APICE, JO HARTWICK, JACOB NEWTON
2323 BRYAN STREET, SUITE 220
DALLAS TX 75201

SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTN: DAVID J. SELWOCKI, ESQ.
1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
P.O. BOX 222
SOUTHFIELD MI 48037-0222

TEAM CHEVROLET, INC.
ATT: THOMAS STEIGERWALD, VICE PRESIDENT
ROUTE 16
OLEAN NY 14760

TENNESSEE ATTORNEY GENERAL'S OFFICE
ATTY FOR TENNESSEE DEPARTMENT OF REVENUE
ATT: ROBERT COOPER & MARVIN CLEMENTS
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE TN 37202-0207

THE DOW CHEMICAL COMPANY
ATTN: LEE H. SJOBERG, ESQ.
2030 DOW CENTER
MIDLAND MI 48674

THE GARDEN CITY GROUP INC
ATTN: KEN FREDA
105 MAXESS ROAD
MELVILLE NY 11747

THE TEXAS ATTORNEY GENERAL'S  OFFICE
ATTY FOR TEXAS DEPT OF TRANSPORTATION, MOTOR VEHICLE DIV.
ATTN: J. CASEY ROY, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548, MC-008
AUSTIN TX 78711-2548

THE UNIVERSITY OF MICHIGAN OFFICE OF THE V P AND GENERAL COUNSEL
ATTY FOR THE BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN
ATT: DEBRA A. KOWICH, ESQ.
503 THOMPSON STREET, ROOM 5048
ANN ARBOR MI 48109-1340

THE VALLEY CADILLAC CORPORATION
ATT: EDWARD T. MEAGHAR, JR., PRESIDENT
3100 WINTON ROAD SOUTH
ROCHESTER NY 14623-2986

THOMPSON COBURN LLP
ATTY FOR MARITZ HOLDINGS, INC. FKA MARITZ INC.
ATTN: ROBERT H. BROWNLEE, ESQ.
ONE U.S. BANK PLAZA, SUITE 2600
ST. LOUIS MO 63101

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE TX 78521

TORRES EDWARD ZUNIGA
BERMUDEZ, GENOVEVA
C/O COHEN & ASSOCIATES
8710 E VISTA BONITA DR
SCOTTSDALE AZ 85255

TORYS LLP
ATTY FOR HYDROGENICS CORPORATION; AND JOSEPH CARGNELLI
ATT: ALISON D. BAUER & TIMOTHY B. MARTIN, ESQS
237 PARK AVENUE
NEW YORK NY 10017

TOYOTA BOSHOKU AMERICA, INC.
28000 WEST PARK DRIVE
NOVI MI 48377

TRENK DIPASQUALE WEBSTER DELLA FERA & SODONA, P.C.
ATTY FOR SIKA CORPORATION
ATT: SAM DELLA FERA, JR., ESQ.
347 MT. PLEASANT AVENUE, SUITE 300
WEST ORANGE NJ 07052

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: BRETT D. GOODMAN, ESQ., THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK NY 10174

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: JEFFREY W. KELLEY, ESQ.
600 PEACHTREE STREET, NE SUITE 5200
ATLANTA GA 30308

TRW AUTOMOTIVE U.S. LLC
12001 TECH CENTER DRIVE
LIVONIA MI 48150

U.S. TREASURY
ATTN:  MATTHEW FELDMAN, ESQ.
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON DC 20220

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE, ESQ.
1400 DOUGLAS STREET, STOP 1580
OMAHA NE 68179

UNITED STATES ATTORNEY
FOR THE SOUTHERN DISTRICT OF NEW YORK
ATTN: MATTHEW L SCHWARTZ AND DAVID S. JONES, ESQS.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK NY 10007

UNITED STATES ATTORNEYS OFFICE
ATTN: LEV DASSIN, USA
ONE ST. ANDREWS PLAZA
NEW YORK NY 10007

UNITED STATES ATTORNEY'S OFFICE
ATTN: CLAIMS UNIT - ROOM 417
ONE ST. ANDREWS PLAZA
NEW YORK NY 10007

UNITED STATES DEPT. OF JUSTICE
ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20530

UNITED STATES DEPT. OF JUSTICE
ATTN: ANTI-TRUST DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20530

UNITED STEELWORKERS
ATT: DAVID R. JURY, ESQ.
FIVE GATEWAY CENTER, SUITE 807
PITTSBURGH PA 15222

VALEO
MR. JACQUES ASCHENBROICH, CEO
43 RUE BAYEN
PARIS, FRANCE 75848

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK NY 10019

VEDDER PRICE
MICHAEL SCHEIN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK NY 10019

VEDDER PRICE P.C.
ATTY FOR EXPORT DEVELOPMENT CANADA
ATT: MICHAEL EDELMAN, MICHAEL SCHEIN, ERIN ZAVALKOFF-BABEJ
1633 BROADWAY, 47TH FLOOR
NEW YORK NY 10019

VENABLE LLP
ATTY FOR RK CHEVROLET/RK AUTO GROUP
ATTN: LAWRENCE A. KATZ, ESQ.
8010 TOWERS CRESCENT DRIVE, SUITE 300
VIENNA VA 22182-2707

VOITH AG
HARRY NEIMAN, CEO
9395 KENWOOD RD SUITE 200
CINCINNATI OH 45242

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTY FOR TURNER BROADCASTING SYSTEM, INC.
ATTN: TIFFANY STRELOW COBB, ESQ.
52 EAST GAY STREET
COLUMBUS OH 43215

WARNER NORCROSS & JUDD LLP
ATTY FOR BORGWARNER, INC.
ATT: MICHAEL G. CRUSE, ESQ.
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD MI 48075-1318

WARNER NORCROSS & JUDD LLP
ATTY FOR ROBERT BOSCH GMBH
ATT: GORDON J. TOERING, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS MI 49503

WARNER NORCROSS & JUDD LLP
ATTY FOR GHSP, INC.
ATTN: STEPHEN B. GROW, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS MI 49503

WARREN, DRUGAN & BARROWS, P.C.
ATTY FOR CHARLES CLARK CHEVY, TIPOTEX CHEVY, KNAPP CHEVY
ATT: ROBERT L. BARROW, ESQ.
800 BROADWAY
SAN ANTONIO TX 78215

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.
767 FIFTH AVE
NEW YORK NY 10153

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
767 FIFTH AVE
NEW YORK NY 10153

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVE
NEW YORK NY 10153

WHITE AND WILLIAMS LLP
ATTY FOR CISCO SYSTEMS, INC.
ATTN: KAREL S. KARPE, ESQ.
ONE PENN PLAZA, SUITE 4110
NEW YORK NY 10119

WILDMAN, HARROLD, ALLEN & DIXON
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
ATT: MICHAEL DOCKTERMAN, JONATHAN YOUNG, RENE FRIEDMAN
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO IL 60606-1229

WILLIAM T. GREEN, III, P.C.
ATTY FOR LAWRENCE MARSHALL CHEVROLET II, LLC
ATT: WILLIAM T. GREEN III, ESQ.
11 GREENWAY PLAZA, SUITE 2820
HOUSTON TX 77046

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
ATT: PHILIP D. ANKER & MELANIE J. DRITZ, ESQS
399 PARK AVENUE
NEW YORK NY 10022

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
ATT: DENNIS L. JENKINS, ESQ.
60 STATE STREET
BOSTON MA 02109

WINSTON & STRAWN LLP
ATTY FOR ASPEN MARKETING SERVICES, INC.
ATTN: MATTHEW J. BOTICA & MINDY D. COHN
35 WEST WACKER DRIVE
CHICAGO IL 60601

WINSTON & STRAWN LLP
ATTY FOR LGE ELECTRONICS USA, INC.
ATTN: DAVID J. RICHARDSON, ESQ.
333 SOUTH GRAND AVENUE, 38TH FLOOR
LOS ANGELES CA 90071

WINSTON & STRAWN LLP
ATTY FOR CAPGEMINI AMERICA, INC.
ATTN: STEVEN M. SCHWARTZ
200 PARK AVENUE
NEW YORK NY 10166

WINSTON & STRAWN LLP
ATTY FOR INTERNATIONAL AUTOMOTIVE COMPONENT GROUP NORTH AMERICA INC
ATTN: CAREY D. SCHREIBER, ESQ.
200 PARK AVENUE
NEW YORK NY 10166-4193

ZEICHNER ELLMAN & KRAUSE LLP
ATTY FOR TOYOTA TSUSHO CANADA INC & TOYOTA TSUSHO AMERICA, INC
ATT: STUART A. KRAUSE & BRYAN D. LEINBACH, ESQS
575 LEXINGTON AVENUE
NEW YORK NY 10022

# Exhibit E

21ST DISTRICT AGRICULTURAL ASSOC - THE BIG FRESNO FAIR
DAVID NALCHAJIAN
1121 S CHANCE AVE
FRESNO, CA  93702

600 FESTIVAL ASSOCIATION
MR. JAY HOWARD
6427 SADDLE CREEK CT.
HARRISBURG, NC  28075

AMERICAN HOLE 'N ONE
55 SCOTT ST
BUFORD, GA  30518

BOB STALLINGS RACING
BOB STALLINGS
4 WINDSOR RIDGE
FRISCO, TX  75034

BRISTOL MOTOR SPEEDWAY D/B/A BRISTOL DRAGWAY
MR. JERRY CALDWELL
151 SPEEDWAY BLVD
BRISTOL, TN  37620

BUCKMASTERS
MR. JACKIE BUSHMAN
10350 HWY 80 EAST
MONTGOMERY, AL  36117

BUDCO
ALICIA ROBERTS
13700 OAKLAND
HIGHLAND PARK, MI  48203

CHARLOTTE MOTOR SPEEDWAY, LLC
AKA  LOWE'S MOTOR SPEEDWAY
PO BOX 600
CONCORD, NC  28026

CHINMUSIC RECORDS, INC.
DANIELLE LEE MARTIN
1609 INVERNESS DR.
SPRING HILL, TN  37174

CITY OF LANSING
JOHN M. ROBERTS, JR. - CITY ATTORNEY
CITY OF LANSING, CITY HALL 5TH FLOOR
LANSING, MI  48933

CITY OF ROCHESTER
MARY HAYWORD
30 CHURCH ST
ROCHESTER, NY  14614

CLEAR CHANNEL COMMUNICATIONS INC.
MS. ANDREA ROST
4695 SOUTH MONACO
DENVER, CO  80237

CLEARCHANNEL ENTERTAINMENT
MS. LINDA WEMMELL
95 SOUTH TURNPIKE RD
WALLINGFORD, CT  06492

CLINT BOWYER RACING INC.
CHIP WILLIAMS
PO BOX 1479, WELCOME
WELCOME, NC  27374

DAYTONA INTERNATIONAL SPEEDWAY, LLC
SHERRILEE STOUDT, DIR BUSINESS DEV
1801 W INTERNATIONAL SPEEDWAY BLVD
DAYTONA BEACH, FL  32114

DEER VALLEY RESORT COMPANY
MR. BOB WHEATON
2250 DEER VALLEY DRIVE SOUTH
PARK CITY, UT  84060

DISCOVER MEDIAWORKS
MR. MARK ROSE
5236 HIGHWAY 70 WEST
EAGLE RIVER, WI  54521

DOVER INTERNATIONAL SPEEDWAY, INC
MARK A. ROSSI, VP SALES & MARKETING
1131 NORTH DU PONT HIGHWAY
DOVER, DE  10091

DOVER INTERNATIONAL SPEEDWAY, INC
SENIOR VICE PRESIDENT-GEN COUNSEL
3505 SILVERSIDE ROAD
PLAZA CENTRE BUILDING STUITE 203
WILMINGTON, DE  19810

GRAND AM ROAD RACING, LLC.
MR. OLLIE DEAN
1801 W INTERNATIONAL SPEEDWAY BLVD
DAYTONA BEACH, FL  32114

GREATER PARK CITY COMPANY D/B/A PARK CITY MOUNTAIN
RESORT
MS. KRISTA PARRY
1310 LOWELL AVE
PARK CITY, UT  84060

HERSHEY RESORTS
JILL FLEURY CECALA, NE SALES/MRKTG
WEST CHOCOLATE AVE & UNIVERSITY DR
PO BOX 446
HERSHEY, PA  17033

INSIGNIA GROUP, LLC
DAVID STRINGER - EXECUTIVE DIRECTOR
220 WESTINGHOUSE BLVD STE 408
CHARLOTTE, NC  28273

JACKSONHOLE MOUNTAIN RESORT CO
MR. BILL LEWKOWITZ
3395 CODY DRIVE
TETON VILLAGE, WY  83025

LIVE NATION MARKETING, INC.
MR. JEFF WALLACE
95 SOUTH TURNPIKE RD
WALLINGFORD, CT  06492

NATIONAL FFA ORGANIZATION
MR. GLENN SIMMS
6060 FFA DRIVE
INDIANAPOLIS, IN  46278

NATIONAL HOT ROD ASSOCIATION
MR. GARY DARCY
2035 E FINANCIAL WAY
GLENDORA, CA  91741

NEW STEVENS LLC
MR. JOHN GIFFORD
SUMMIT US HIGHWAY 2
SKYKOMISH, WA  98288

PROMEDIA LLC D/B/A
NATIONAL MUSCLE CAR ASSOCIATION
3518 W LAKE CENTER DRIVE  SUITE D
STEVE WOLCOTT,  CEO
SANTA ANA, CA  92704

QUALITY DEAR MANAGEMENT ASSOC
MR. RANDY BOWDEN
170 WHITETAIL WAY
BOGART, GA  30622

GREATER TULSA AUTOMOBILE & TRUCK SHOW
MR. CHARLES TABER
3333 S HARVARD AVE STE B
TULSA, OK  74135

IMG WORLDWIDE, INC.
MR. ERIC BALDWIN
1360 E 9TH ST STE 100
CLEVELAND, OH  44114

INTERNATIONAL SPORT PROPERTIES, INC
AMERICAN HOLE N'ONE INCE, GRANT ADAMS
55 SCOTT STREET
BUFFORD, GA  30518

LEIGHTON REESE
LEIGHTON REESE
14301 W 62ND ST
EDEN PRAIRIE, MN  55346

MT. BACHELOR INC.
MR. ALEX KAUFMAN
13000 CENTURY DRIVE
BEND, OR  97709

NATIONAL HOT ROD ASSOCIATION
ATTN: LEGAL DEPARTMENT
2035 E FINANCIAL WAY
GLENDORA, CA  91741

NEW ENGLAND SKI AREA COUNCIL
MR. FRANK TANSEY
127 PEPSI RD.
MANCHESTER, NH  03109

OTS SIGNS L.P.
745 5TH AVE STE 1707
NEW YORK, NY  10151

QUAIL UNLIMITED, INC
MR. ROCKY EVANS
31 QUAIL RUN
EDGEFIELD, SC  29824

RCR TEAM #31 LLC, PERSONAL SERVICES AGREEMENT-
JEFF BURTON
425 INDUSTRIAL DRIVE
WELCOME, NC  27374

RICHMOND INTERNATIONAL RACEWAY, INC
BRIAN HAGERMAN, SR. MNGR BUS DEV
600 EAST LABURNUM AVENUE
RICHMOND, VA  23222

RYAN NEWMAN MOTORSPORTS, INC
MARY GRAMS
165 JENNINGS ROAD
STATESVILLE, NC  28625

SHERWOOD EQUITIES
BRIAN TURNER
745 5TH AVE STE 1707
NEW YORK, NY  10151

T.B.H.C. D/B/A THE ARNOLD PALMER INVITATIONAL
MR. SCOTT WELLINGTON
9000 BAY HILL BLVD
ORLANDO, FL  32819

THE CALIFORNIA SPEEDWAY CORP
WAYNE T WILLIAMS, CORP SALES MNGR
9300 CHERRY AVENUE
FONTANA, CA  92335

THE OAKLAND RAIDERS
MR. ROBERT KINNARD
1220 OAKLAND HARBOR BAY PKWY
ALAMEDA, CA  94502

TRAKON SHOW & DISPLAY INC
42268 YEAREGO DR
STERLING HEIGHTS, MI  48314

VEHATIRE
MIKE RICCHUITI-GENERAL MANAGER
186 N DUPONT HWY STE 33
NEW CASTLE, DE  19720

RUSTY WALLACE INC
RUSTY WALLACE
149 KNOB HILL RD
MOORESVILLE, NC  28117

SAN ANTONIO LIVESTOCK EXPOSITION, INC.
MS. PAM REW
3201 EAST HOUSTON
SAN ANTONIO, TX  78219

SPORTSMAN'S ADVENTURES
MR. RICK MURPHY
6000 SW 80TH STREET, SOUTH MIAMI
MIAMI, FL  33143

TECH NATION
33 W SECOND ST
MAYSVILLE, KY  41056

THE CHANLER AT CLIFF WALK
MR. TIM THUELL
117 MEMORIAL BLVD
NEWPORT, RI  02840

TIS INDUSTRIES, INC.
16815 E JOHNSON DR
CITY OF INDUSTRY, CA  91745

USC ATHLETICS
MR. JOSE ESKANAZI
3501 WATTS WAY # 203A
LOS ANGELES, CA  90089

WORKHORSE CUSTOM CHASSIS, LLC
ATTN: KEITH H. BERK, ESQ.
180 N LA SALLE ST STE 3700
C/O HORWOOD MARCUS/BERK CHARTERED
CHICAGO, IL  60601