SONNENSCHEIN NATH & ROSENTHAL LLP
John Bicks (JB3496)
Jonathan D. Forstot (JF5807)
Louis A. Curcio (LC0242)
1221 Avenue of the Americas
New York, New York  10020-1089
Telephone:     (212) 768-6700
Facsimile:      (212) 768-6800

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

| In re | : | Chapter 11 |
|---|---|---|
| GENERAL MOTORS CORP., *et al*., | : | Case No. 09-50026 (REG) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |

---

**VERIFIED STATEMENT OF SONNENSCHEIN NATH &
ROSENTHAL LLP PURSUANT TO BANKRUPTCY RULE 2019**

Sonnenschein Nath & Rosenthal LLP ("Sonnenschein"), pursuant to Rule 2019 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") hereby files this Verified

Statement and states as follows:

1.     Sonnenschein is counsel to the following entities:

|  | **Party in interest/Creditor** | **Address** |
|---|---|---|
| a. | AB Automotive Electronics Ltd. | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn:   Jonathan D. Forstot<br>           Louis A. Curcio<br>1221 Avenue of the Americas<br>New York, New York 10020<br>E-mail:  jforstot@sonnenschein.com<br>              lcurcio@sonnenschein.com |

| | | |
|---|---|---|
| b. | AB Automotive Inc. | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn:   Jonathan D. Forstot<br>          Louis A. Curcio<br>1221 Avenue of the Americas<br>New York, New York 10020<br>E-mail:  jforstot@sonnenschein.com<br>             lcurcio@sonnenschein.com |
| c. | AB Electronic Products Group Limited | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn:   Jonathan D. Forstot<br>          Louis A. Curcio<br>1221 Avenue of the Americas<br>New York, New York 10020<br>E-mail:  jforstot@sonnenschein.com<br>             lcurcio@sonnenschein.com |
| d. | AB Interconnect Inc. | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn:   Jonathan D. Forstot<br>          Louis A. Curcio<br>1221 Avenue of the Americas<br>New York, New York 10020<br>E-mail:  jforstot@sonnenschein.com<br>             lcurcio@sonnenschein.com |
| e. | Arrowood Indemnity Company (f/k/a Royal Indemnity Company) | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn:  John A. Bicks<br>1221 Avenue of the Americas<br>New York, New York 10020<br>E-mail: jbicks@sonnenschein.com |
| f. | BI Technologies Corporation | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn:   Jonathan D. Forstot<br>          Louis A. Curcio<br>1221 Avenue of the Americas<br>New York, New York 10020<br>E-mail:  jforstot@sonnenschein.com<br>             lcurcio@sonnenschein.com |
| g. | Brookfield Residential | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn:  Robert E. Richards<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, Illinois 60606<br>E-mail: rrichards@sonnenschein.com |
| h. | FAG Bearings Co. | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn:  Robert E. Richards<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, Illinois 60606<br>E-mail: rrichards@sonnenschein.com |

| | | |
|---|---|---|
| i. | FAG Bearings Corporation | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn:  Robert E. Richards<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, Illinois 60606<br>E-mail: rrichards@sonnenschein.com |
| j. | INA-Holding Schaeffler KG | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn:  Robert E. Richards<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, Illinois 60606<br>E-mail: rrichards@sonnenschein.com |
| k. | International Resistive Company of Texas, LP (aka International Resistive Company Advanced Film Division) | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn:   Jonathan D. Forstot<br>            Louis A. Curcio<br>1221 Avenue of the Americas<br>New York, New York 10020<br>E-mail:  jforstot@sonnenschein.com<br>              lcurcio@sonnenschein.com |
| l. | International Resistive Company, Inc. (aka International Resistive Company Wire & Film Technologies Division) | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn:   Jonathan D. Forstot<br>            Louis A. Curcio<br>1221 Avenue of the Americas<br>New York, New York 10020<br>E-mail:  jforstot@sonnenschein.com<br>              lcurcio@sonnenschein.com |
| m. | Komatsu America Industries LLC | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn:  Robert E. Richards<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, Illinois 60606<br>E-mail: rrichards@sonnenschein.com |
| n. | LuK Clutch Systems LLC | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn:  Robert E. Richards<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, Illinois 60606<br>E-mail: rrichards@sonnenschein.com |
| o. | LuK GmbH | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn:  Robert E. Richards<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, Illinois 60606<br>E-mail: rrichards@sonnenschein.com |

| | | |
|---|---|---|
| p. | Luk, Inc. | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn:  Robert E. Richards<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, Illinois 60606<br>E-mail: rrichards@sonnenschein.com |
| q. | LuK Puebla | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn:  Robert E. Richards<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, Illinois 60606<br>E-mail: rrichards@sonnenschein.com |
| r. | LuK Savaria | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn:  Robert E. Richards<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, Illinois 60606<br>E-mail: rrichards@sonnenschein.com |
| s. | LuK Transmission Systems LLC | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn:  Robert E. Richards<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, Illinois 60606<br>E-mail: rrichards@sonnenschein.com |
| t. | NCM Associates | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn: I. Edward Marquette<br>4520 Main Street<br>Suite 1100<br>Kansas City, MO 64111-7700<br>E-mail: emarquette@sonnenschein.com |
| u. | Optek Technology, Inc. | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn:   Jonathan D. Forstot<br>            Louis A. Curcio<br>1221 Avenue of the Americas<br>New York, New York 10020<br>E-mail:  jforstot@sonnenschein.com<br>              lcurcio@sonnenschein.com |
| v. | Schaeffler Canada | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn:  Robert E. Richards<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, Illinois 60606<br>E-mail: rrichards@sonnenschein.com |

09-50026-mg    Doc 2739    Filed 06/29/09    Entered 06/29/09 18:12:42    Main Document
Pg 4 of 6

| | | |
|---|---|---|
| w. | Schaeffler China | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn: Robert E. Richards<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, Illinois 60606<br>E-mail: rrichards@sonnenschein.com |
| x. | Schaeffler Chain Drive Systems SAS | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn: Robert E. Richards<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, Illinois 60606<br>E-mail: rrichards@sonnenschein.com |
| y. | Schaeffler Group USA Inc. | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn: Robert E. Richards<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, Illinois 60606<br>E-mail: rrichards@sonnenschein.com |
| z. | Schaeffler KG | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn: Robert E. Richards<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, Illinois 60606<br>E-mail: rrichards@sonnenschein.com |
| aa. | Schaeffler Korea | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn: Robert E. Richards<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, Illinois 60606<br>E-mail: rrichards@sonnenschein.com |
| bb. | TT electronics plc | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn: Jonathan D. Forstot<br>Louis A. Curcio<br>1221 Avenue of the Americas<br>New York, New York 10020<br>E-mail: jforstot@sonnenschein.com<br>lcurcio@sonnenschein.com |

2.  Sonnenschein was retained to represent each of the above-referenced creditors and/or parties-in-interest in connection with the Debtors' jointly administered bankruptcy cases and any other related contested matters.

3. Each of the entities listed above are creditors and/or parties-in-interest of the Debtors. As applicable, the creditors are calculating the amount of their claims in order to file proofs of claim or otherwise responding to cure notices or other payment programs.

4. Sonnenschein reserves the right to supplement or amend this Rule 2019 statement at any time in the future.

5. Nothing stated herein shall be deemed to contradict, supersede, or amend any proof of claim filed by any of the above-listed creditors.

6. The undersigned is authorized to make the foregoing statements and verifies that such statements are accurate.

7. Sonnenschein does not own, nor has it ever owned, any claim or claims whatsoever against the Debtor or any co-debtor in these jointly administered cases, nor any equity securities of the Debtor.

Dated: New York, New York
       June 29, 2009

Respectfully Submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By:    /s/ Louis A. Curcio
       John Bicks (JB3496)
       Jonathan D. Forstot (JF5807)
       Louis A. Curcio (LC0242)

1221 Avenue of the Americas
New York, New York 10020-1089
Telephone:   (212) 768-6700
Facsimile:   (212) 768-6800