SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile:  (312) 853-7163
Kenneth P. Kansa (admitted *pro hac vice*)

Counsel for the White Marsh/Memphis Secured Lenders

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
                                                                   :
In re:                                                             :    Chapter 11
                                                                   :
GENERAL MOTORS CORP., *et al.*,                                    :    Case No. 09-50026 (REG)
                                                                   :
                          Debtors.                                 :    (Jointly Administered)
----------------------------------------------------------------- x

**EXHIBIT LIST OF WHITE MARSH/MEMPHIS SECURED LENDERS FOR
THE HEARING TO CONSIDER DEBTORS' MOTION PURSUANT TO
11 U.S.C. §§ 105, 363(b), (f), (k), (m) AND 365, AND FED. R. BANKR. P.
2002, 6004 AND 6006, TO APPROVE (A) THE SALE PURSUANT
TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE
ACQUISITION HOLDINGS LLC, A. U.S. TREASURY-SPONSORED PURCHASER,
FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER
INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN
EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) OTHER RELIEF**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

        The White Marsh/Memphis Secured Lenders file this exhibit list in support of its limited objection to the above referenced Debtors' Motion (Docket No. 92) set for hearing on June 30, 2009.

**EXHIBIT LIST**

| EXHIBIT | TITLE |
|---------|-------|
| 1 | Complete Appraisal of General Motors Allison Transmission Facility - Baltimore Operations, prepared for Norddeutsche Landesbank Girozentrale, prepared by Cushman & Wakefield, dated May 25, 2004. |
| 2 | Complete Appraisal of General Motors Service Parts Operation, prepared for Norddeutsche Landesbank Girozentrale, prepared by Cushman & Wakefield, dated May 25, 2004. |
| 3 | Second Amended & Restated Participation Agreement, among General Motors Corporation, as Lessee, Wilmington Trust Company, as Owner Trustee, General Motors Corporation, as Certificate Holder, Hannover Funding Company, LLC, as CP Lender, The Financial Institutions Named on Schedule II Hereto, as Purchasers, Norddeutsche Landesbank Girozentrale (New York Branch), as Administrator, and Wells Fargo Bank Northwest, N.A., As Agent, dated June 30, 2004. |
| 4 | Leasehold Loan Policy issued by Chicago Title Insurance Company for First Security Bank, N.A., as Agent on behalf of the lenders, Policy No. 43 902 42 997758, dated November 18, 1999. |
| 5 | MD Loan Policy, date of policy September 10, 1999. |
| 6 | Tennessee Leasehold Deed of Trust, from Wilmington Trust Company, as Owner Trustee under GM Facilities Trust No. 1999-1 for the Certificate Holders named therein as Grantor, to Joseph B. Pitt, Jr., as Deed of Trust Trustee, for the benefit of First Security Bank, N.A., as Agent on behalf of the Lenders, Beneficiary, dated November 18, 1999. |
| 7 | Maryland Master Lease and Mortgages, between General Motors Corporation, as the Lessee or Mortgagor, and Wilmington Trust Company, as the Lessor or Mortgagee, dated September 8, 1999. |
| 8 | Lease Supplement, between Wilmington Trust Company, as Lessor and as Mortgagee, and General Motors Corporation, as the Lessee and as |

NY1 7013378v.1

| | |
|---|---|
| | Mortgagor, dated September 8, 1999. |
| 9 | Amendment to Lease Supplement, by and between General Motors Corporation, as Lessee, and Wilmington Trust Company, as Lessor dated June 30, 2004. |
| 10 | Amendment to Maryland Mortgage and Maryland Assignment of Leases and Rents, by and between Wilmington Trust Company, as Lessor, and Wells Fargo Bank Northwest, N.A., as Agent on behalf of the Lenders, dated June 30, 2004. |
| 11 | Tennessee Master Lease and Open End Leasehold Deeds of Trust, between General Motors Corporation, as the Lessee, and Wilmington Trust Company, as the Lessor, and Joseph B. Pitt, Jr., as Deed of Trust Trustee, dated November 18, 1999. |
| 12 | Amendment to Tennessee Leasehold Deed of Trust and Tennessee Assignment of Leases and Rents, by and between Wilmington Trust Company, as Lessor, and Wells Fargo Bank Northwest, N.A., as Agent on behalf of the Lenders, dated June 30, 2004. |
| 13 | Tennessee Lease Supplement, among Wilmington Trust Company, as the Lessor, and General Motors Corporation, as the Lessee, and Carla Peacher-Ryan, as Deed of Trust Trustee, dated November 18, 1999. |
| 14 | Tennessee Amendment to Lease Supplement, by and between General Motors Corporation, as Lessee, and Wilmington Trust Company, as Lessor, and Carla Peacher-Ryan, as Deed of Trust Trustee, dated June 30, 2004. |

Dated:  June 29, 2009
        New York, New York

 _/s/ Kenneth P. Kansa_____
SIDLEY AUSTIN LLP
Kenneth P. Kansa
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Counsel to the Lender Group*

NY1 7013378v.1