DAY PITNEY LLP
(MAIL TO)  P.O. BOX 1945, MORRISTOWN, NJ  07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950
(973) 966-6300
RICHARD M. METH, ESQ. (RM7791)(*pro hac vice admission pending*)
- and -
7 Times Square
New York, NY 10036-7311

- and -

ARMSTRONG TEASDALE, LLP
One Metropolitan Square, Suite 2600
St. Louis, Missouri 63102-2740
(314) 621-5070
DAVID L. GOING, ESQ.

ATTORNEYS FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al*., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |


**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**


PLEASE TAKE NOTICE that Spartan Light Metal Products Company Inc. ("Spartan")

appears herein through its undersigned attorneys pursuant to 11 U.S.C. Section 1109(b) and Rule

9010 of the Federal Rules of Bankruptcy Procedure and requests that all notices (including those

83180382A01062909

required by Bankruptcy Rule 2002) in these cases or any related adversary proceeding be mailed to the undersigned, unless otherwise directed by the Court, at the address set forth below.

PLEASE TAKE FURTHER NOTICE that request is hereby also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in the above-captioned cases or any related adversary proceedings by mailing one copy of each, unless otherwise directed by the Court, to the following:

>Richard M. Meth, Esq.
>Day Pitney LLP
>(Mail To) P.O. Box 1945, Morristown, NJ  07962-1945
>(Deliver To) 200 Campus Drive, Florham Park, NJ 07932-0950
>Phone:  973-966-6300
>Fax:     973-966-1015
>Personal Email:  rmeth@daypitney.com
>ECF Noticing Email:  msteen@daypitney.com
>
>David L. Going, Esq.
>Armstrong Teasdale, LLP
>One Metropolitan Square, Suite 2600
>St. Louis, Missouri 63102-2740
>Phone: 314-621-5070
>Fax:     314-612-2250
>Email: dgoing@armstrongteasdale.com

PLEASE TAKE FURTHER NOTICE that Spartan does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding related to these cases; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to

which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of initial process under Rule 4, F.R.Civ.P., or Rule 7004 F.R.Bankr. P., nor shall it result in undersigned counsel being deemed to be the agent of Spartan for such purpose.

Dated: June 29, 2009
      Florham Park, NJ

                DAY PITNEY LLP
                Attorneys for Spartan Light Metal Products Company Inc.

By: /s/ Richard M. Meth
RICHARD M. METH (RM7791)
(MAIL TO) P.O. BOX 1945, MORRISTOWN, NJ 07962-1945
(DELIVERY TO) 200 CAMPUS DR., FLORHAM PK., NJ 07932-0950
(973) 966-6300
- and -
7 Times Square
New York, NY 10036-7311