**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| GENERAL MOTORS CORP., *et al.*, | : Case No. 09-50026 (REG) |
| | : |
| Debtors | : Jointly Administered |
| | : |

------------------------------------------------------------X

## WITHDRAWAL OF OBJECTION OF CUMMINS INC. TO ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND CURE AMOUNTS RELATED THERETO

Cummins Inc., by and through its attorneys, Foley & Lardner LLP, hereby withdraws the Objection Of Cummins Inc. To Assumption And Assignment Of Certain Executory Contracts And Cure Amounts Related Thereto (Docket No. 1743), filed on June 17, 2009.

Dated:   June 29, 2009                FOLEY & LARDNER LLP

　　　　　　　　　　　　　　　　　　　　 /s/ Salvatore A. Barbatano
　　　　　　　　　　　　　　　　　　　　Salvatore A. Barbatano (SB0647)
　　　　　　　　　　　　　　　　　　　　500 Woodward Avenue, Suite 2700
　　　　　　　　　　　　　　　　　　　　Detroit, MI 48226-3489
　　　　　　　　　　　　　　　　　　　　Telephone: (313) 234-7100
　　　　　　　　　　　　　　　　　　　　Facsimile: (313) 234-2800

　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　Jill L. Murch (JM2728)
　　　　　　　　　　　　　　　　　　　　Lars A. Peterson
　　　　　　　　　　　　　　　　　　　　321 North Clark Street, Suite 2800
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60654
　　　　　　　　　　　　　　　　　　　　Tel: (312) 832-4500
　　　　　　　　　　　　　　　　　　　　Fax: (312) 832-4700

　　　　　　　　　　　　　　　　　　　　*Attorneys for Cummins Inc.*

DETR_1220814.1