**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors | : | Jointly Administered |
| | : | |
---------------------------------------------------------------X

**WITHDRAWAL OF LIMITED OBJECTION OF BBI ENTERPRISES GROUP, INC. TO ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND CURE AMOUNTS RELATED THERETO AS TO CURE AMOUNT ONLY**

BBi Enterprises Group, Inc. by and through its attorneys, Foley & Lardner LLP, hereby withdraws the Limited Objection of BBi Enterprises Group, Inc. To Assumption And Assignment of Certain Executory Contracts And Cure Amounts Related Thereto As To Cure Amount Only (Docket No. 2038), filed on June 19, 2009.

Dated:   June 29, 2009            FOLEY & LARDNER LLP

/s/ Ann Marie Uetz
Ann Marie Uetz
Thomas B. Spillane
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Attorneys for BBi Enterprises Group, Inc.*

DETR_1221325.1