**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., et al., | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

---------------------------------------X

**CERTIFICATE OF SERVICE**

    I certify that on June 29, 2009, I electronically filed the Objection and Joinder to Committee Objection of Rose Cole, Guardian of Timothy L. Montis, a Disabled Adult, to Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m) and 365, etc. [docket no. 92], and served a copy of that objection upon all parties that are entitled to receive notification via ECF in these cases.

    */s/ Kimberly J. Salomon*
    Kimberly J. Salomon, Esq.
    Forman Holt Eliades & Ravin LLC
    80 Route 4 East, Suite 290
    Paramus, NJ 07652
    (201) 845-1000
    Attorneys for Rose Cole