GREENBERG TRAURIG, LLP
1221 Brickell Avenue
Miami, FL 33131
(305) 579-0500
(305) 579-0717 Facsimile
Luis Salazar
salazarl@gtlaw.com

and

200 Park Avenue
New York, NY 10166
(212) 801-9200
(212) 801-6400 Facsimile
Allen G. Kadish
kadisha@gtlaw.com

Attorneys for Oxbow Carbon & Minerals, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| General Motors Corp., et al., | Case No. 09-50026 (REG) |
| Debtors. | |
| _____/ | |

## AMENDED LIMITED OBJECTION OF OXBOW CARBON & MINERALS, LLC TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO

OXBOW CARBON & MINERALS, LLC ("Oxbow") submits this Amended Limited Objection to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto (the "Motion").

1.  In the Motion, Debtors state that the cure amount or the amount currently due and owing to Oxbow is zero. Oxbow files this limited objection stating: (i) there is presently no

existing contract between Oxbow and the Debtors, (ii) there is no executory contract to assume, and (iii) the amount currently due and owing to it by the Debtors is $33,632.99.

2.  Attached to Oxbow's June 12, 2009 limited objection as Exhibit A and incorporated hereby by this reference are the outstanding invoices showing the amounts due and owing to Oxbow in the amount of $33,632.99.

3.  Accordingly, there is no executory contract between Oxbow and the Debtors to assume.

WHEREFORE, Oxbow respectfully submits this limited objection to the Motion and seeks such other and further relief as is just and appropriate.

Dated: June 29, 2009

GREENBERG TRAURIG, LLP
1221 Brickell Avenue
Miami, FL 33131
(305) 579-0500
(305) 579-0717 Facsimile
Luis Salazar
salazarl@gtlaw.com

and

/s/ Allen G. Kadish_____
200 Park Avenue
New York, NY 10166
(212) 801-9200
(212) 801-6400 Facsimile
Allen G. Kadish
kadisha@gtlaw.com

Attorneys for Oxbow Carbon & Minerals, LLC