UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                              :
                                                   :   Chapter 11 Case No.
GENERAL MOTORS CORP., *et. al.*                    :
                                                   :   09-50026 (REG)
                                                   :
            Debtors.                               :   (Jointly Administered)
                                                   :
------------------------------------------------------------X

## CERTIFICATE OF PUBLICATION

I, Angela Ferrante, certify as follows:

    1.    I am a Director of the Business Reorganization Department of the Melville office of The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. The business address for the Melville office is 105 Maxess Road, Melville, New York 11747

    2.    On June 11, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused publication of the **Notice of Sale Hearing (see exhibit C of Docket No. 274)** in the following publications:

Publication Name

*Financial Times*, Worldwide

*The Wall Street Journal*, Global

*The New York Times*, National

*USA Today*, (Mon-Thurs) National

*Detroit Free Press/Detroit News*

*Le Journal de Montreal* (French) [1]

*Montreal Gazette* (English)

*The Global and Mail*, National

*The National Post*

---

[1] The Certificate of Translation is attached hereto.

3. I certify under penalty of perjury that, to the best of my knowledge, the foregoing is ture and correct.

Dated: Melville, New York
June 29, 2009

<u>s/ Angela Ferrante</u>
Angela Ferrante

# Brown sets out reforms to 'lift standards'

**PM seeks to draw line under crisis**

**Plan is 'distraction', says opposition**

By George Parker in London

Gordon Brown, the UK prime minister, has set out a raft of constitutional reforms to "lift our politics to a higher standard", in an attempt to draw a line under the political crisis that hit Westminster after a month of revelations over MPs' expenses claims.

Mr Brown's measures include setting up an independent standards authority to run Westminster, a code of conduct for MPs and longer range options such as electoral reform and making the House of Lords fully elected.

But David Cameron, leader of the opposition Conservatives, claimed the package was half-baked and intended merely as "a distraction" to divert attention from Mr Brown's deep-seated political problems.

Mr Brown has long argued for constitutional reform, but since becoming prime minister in 2007 he has proposed only modest measures and they have become bogged down.

Mr Brown said his first priority was to restore "the battered reputation" of parliament, cleaning up a system of allowances and expenses which has been abused by many members.

He will legislate before the summer break to end the system of self-regulation at Westminster, creating an independent body to oversee parliament and a code of conduct for MPs, including tough sanctions for those who break the rules.

Details of past expenses claims would be published on the internet "within days", although many of the details have already been revealed by The Daily Telegraph.

Other proposals include:
● Allowing electors to "recall" miscreant MPs by demanding a by-election, if a member were found guilty of "gross financial misconduct".
● Extending the Freedom of Information Act to private companies spending public money and releasing most official documents after 20 years, not 30 years.
● A possible written constitution.
● Cutting the voting age to 16.

However Mr Cameron pointed out Mr Brown had been talking about ideas such as a written constitution and cutting the voting age for years. Progress before a general election, which must be held by June 2010, is likely to be limited.

Mr Brown also promised to consult on changing the Westminster "first past the post" voting system, possibly moving to an alternative vote model where electors rank their candidates and can have second preference votes reallocated.

However, he said that would happen only if there were "broad consensus in the country" and there would have to be a referendum. Mr Brown said there were "no plans" to hold such a referendum before a general election.

Mr Cameron opposes any reform of the voting system, arguing that the current arrangement allows voters to sling out "weak, tired and discredited" governments.

Meanwhile, Mr Brown wants to conclude reforms to the House of Lords, but any progress is likely to be thwarted by Conservative members of the upper house this side of a general election. The government has not yet decided whether the Lords should be fully elected or whether 20 per cent should remain appointed.

www.ft.com/browncrisis

## Germans in east cope with recession better

By Chris Bryant in Berlin

Twenty years after the financial and political shocks caused by the fall of the Berlin Wall, east Germans are coping with the latest economic crisis rather better than their western counterparts, the government said yesterday.

The relative economic outperformance by the east during the recession underscores a popular impression that long-suffering east Germans are better at dealing with economic strife.

Economists predict that the German economy will contract by 6 per cent this year, the most since the second world war, amid a slump in global demand for manufactured goods.

Although the east will not be left untouched, the government expects the contraction here to be a somewhat less severe 5 per cent, according to a government report.

The prediction is supported by recent manufacturing data, which showed that industrial sales declined in western Germany by 21.1 per cent quarter-on-quarter during the first three months of this year, compared with only 16.6 per cent in the eastern states.

Unemployment in the west rose from 6.4 per cent to 6.9 per cent between May 2008 and May 2009 but in the east declined slightly from 13.4 per cent to 13.3 per cent.

Wolfgang Tiefensee, the transport minister, who also represents the interests of the eastern states, said this "stable sideways movement" might indicate that "the east is coping better with the crisis". He said the prevalence in the east of small and medium-sized business that were less dependent on exports might account for the difference.

However, many eastern measures show eastern Germany continues to lag behind in spite of the billions in subsidies pumped in by the government since reunification in 1990. Per capita gross domestic product is only 71 per cent of that in the west – albeit up from 67 per cent in 2000 – while unemployment remains twice as high.

## Czech PM backs Merkel on public finances

By Tony Barber and Jan Cienski in Prague

Angela Merkel, Germany's chancellor, won support from the prime minister of the Czech Republic yesterday for her criticism of the unconventional monetary policies of the world's leading central banks.

"I'm not too far away from her opinion myself," Jan Fischer, a non-party technocrat who took over last month as premier of the Czech Republic, current holder of the European Union presidency, told the Financial Times in an interview.

Ms Merkel caused surprise last week when she publicly criticised the US Federal Reserve, the Bank of England and the European Central Bank for pouring vast amounts of liquidity into the markets in an attempt to mitigate the impact of the global financial crisis and recession.

Her remarks broke a cardinal rule of German political life – namely, that government leaders should refrain from commenting on the policies of the ECB, whose independence from political pressure is enshrined in its statutes.

Mr Fischer's comments make clear, however, that Ms Merkel is by no means alone among EU leaders in fearing that central banks will be risking serious inflationary problems in the future unless they revert soon to more conservative monetary policies.

Mr Fischer stressed that he was not claiming to speak for the EU as a whole, saying: "Of course, this is just my personal opinion. I'm not speaking in my capacity as EU president, but as an economist."

Nonetheless, his views carry weight. The Czech leader, who served as head of the national statistics office before he replaced Mirek Topolanek as premier, is to chair an EU summit in Brussels next week at which the bloc's 27 heads of government will assess how successful Europe's anti-recessionary measures have been over the past year.

Most EU countries are letting their budget deficits and public debt rise sharply to counter the recession, but the Czech and German governments see eye to eye on the need to restore order to Europe's public finances as soon as possible.

Mr Fischer said he had encountered similar views during his talks with leaders of other EU states ahead of next week's summit. "Whatever their party allegiance, left or right, they realise that this issue is extremely serious, and we should not let ourselves be frivolous," he said.

Mr Fischer also disclosed that EU leaders had not yet agreed on whether to make a legally binding decision at the summit to propose José Manuel Barroso, the European Commission president, for a second five-year term. Some leaders, such as Fredrik Reinfeldt, Sweden's prime minister, support this, but others want delegates to limit themselves to a purely political declaration in favour of Mr Barroso.

**BRUSSELS BLOG**
The new Czech premier is a statistically significant man
www.ft.com/brusselsblog

# Bulgaria's enemy of corruption stirs scepticism

**Interview**
**Boyko Borissov**
**Mayor of Sofia**

The centre-right populist is favourite to become the next prime minister, say **Kerin Hope** and **Theodor Troev**

Boyko Borissov, the mayor of Sofia and founder of Gerb, a populist centre-right party expected to win Bulgaria's national elections next month, makes a point of showing visitors his modest birthplace.

Sitting in the manicured garden of his walled compound in a village near the capital, Mr Borissov gestures with a cigar towards a low building with sagging roof tiles.

"I grew up there with my parents. When I left school I joined the fire brigade, like my father," he says.

Mr Borissov, a former bodyguard to the late Todor Zhivkov, the communist dictator, is keen to stress his man-of-the-people credentials as he positions himself as frontrunner to be the next prime minister. Yet his pledges to rid Bulgaria of corruption have met scepticism among European diplomats.

Gerb emerged as the strongest party in Sunday's European parliament elections, with 24.5 per cent of the vote, beating the governing Socialists of Sergey Stanishev, the prime minister, into second place by a margin of six percentage points.

"[Gerb] wants to achieve real reforms that require political will," Mr Borissov says. He argues that judicial reform must be the overriding priority if Bulgaria is to catch up with other European Union members.

One of the first pieces of legislation a Gerb-led government would present to parliament would make evidence collected by Olaf, the EU's anti-fraud office, admissible in Bulgarian courts, a move that would quickly increase the number of convictions for abuse of EU funds, he says.

The EU's poorest member state has lost access to hundreds of millions of euros in Brussels aid because of its failure to bring any senior criminal figures to justice.

"I am a great admirer of Olaf and its leaders, having worked with them here against the smuggling of cigarettes and liquor," he says.

Mr Borissov, who has hired a World Bank economist to help craft his economic policy, stands out from the crowd in Bulgarian centre-right politics, which includes a clutch of small parties grouped round former cabinet ministers and wealthy business people.

As mayor he enjoys the kind of adulation usually reserved for Bulgarian footballers playing in Europe's premier leagues.



Boyko Borissov enjoys the kind of popular adulation usually reserved for home-grown footballers playing abroad in Europe's premier leagues    AFP/Getty

He is seen in Sofia nightspots with the widow of a prominent Bulgarian banker assassinated by an organised crime group.

After guarding Zhivkov, Mr Borissov worked for an insurance company, then managed his own private security firm. In a meteoric ascent under the rightwing government of Simeon Saxe-Coburg, Bulgaria's former king and prime minister, Mr Borissov won a senior post at the interior ministry, where he worked with US and UK experts to modernise the police in the run-up to EU accession.

*'I am an admirer of [the EU anti-fraud office], having worked with them against smuggling'*

City hall has not been affected by the Union's freeze on funding, Mr Borissov says, drawing a distinction between the Socialists' handling of central government funds and Gerb's management of the country's largest municipality.

If Gerb wins the July 5 elections it will still have to form a coalition with at least two other centre-right parties in order to govern, with negotiations likely to take several weeks, before the new coalition starts the task of rebuilding relationships with the European Commission.

# Berlin will extend 'bad bank' scheme to public sector

**Move aimed at regional lenders**

**Ongoing legislation to be altered**

By James Wilson in Frankfurt

Germany's government has agreed to extend its proposed "bad bank" scheme to encourage some of the country's troubled public sector banks to offload assets in return for radical restructuring.

The proposals could make Germany's the biggest bad bank scheme in Europe to arise from the financial crisis as a way for banks to spin off unwanted assets and clean up their balance sheets. Proponents of the scheme see it as essential to restore confidence and encourage healthier banks to restart lending.

Berlin's agreement to widen the scope of the bad bank is aimed at Germany's seven Landesbanken groups, regionally owned banks that have collectively been among the country's worst casualties of the financial crisis. It follows a promise by regional political leaders to make significant headway in consolidating the Landesbank sector by the end of next year.

Bad bank legislation going through parliament would be altered to allow the sheltering of a broader range of assets as well as so-called toxic securities, the cabinet of Angela Merkel, chancellor, decided yesterday. German banks are thought to harbour about €800bn ($1,100bn, £685bn) in toxic and non-core assets, but it is unlikely the bad bank would be asked to take over this amount. Ireland was the first European country to announce a bad bank plan, pledging to take up to €90bn in assets from the books of its banks.

"The government wants in particular to support the necessary consolidation of the Landesbanken," the finance ministry said. It hopes legislation will be approved by July.

The agreement shows how the problems of the Landesbanken have given Berlin more leverage over the sector, after the banks' regional owners had for years resisted pressure to consolidate. The banks' losses have weakened some regional governments' finances to the point where they are much more willing to accept the banks' reform.

But Berlin's reluctance to shoulder losses arising from assets parked in the bad bank could cut banks' interest in taking part, reducing the impact of the scheme as a tool for consolidation. The narrower bad bank plan for toxic securities – aimed more at private sector banks – is also thought by many analysts to have terms that banks will find too unattractive.

Peer Steinbrück, finance minister, wanted the commitment to consolidate as the price of letting Landesbanken use the bad bank legislation. Restructuring has been urged for years by competition authorities.

www.ft.com/lex

**Legal Notices**

**AMAZING GLOBAL TECHNOLOGIES LIMITED**
(In Compulsory Liquidation)
NOTICE IS HEREBY GIVEN that on 27 May 2009 pursuant to an Act of the Royal Court of Guernsey it was ordered that the company be placed into Compulsory Liquidation pursuant to Section 406(e) of The Companies (Guernsey) Law 2008.
And that Alan John Roberts and Adrian John Denis Rabet of Begbies Traynor (Channel Islands) Limited, 3rd Floor, Natwest House, Le Truchot, St Peter Port, Guernsey GY1 1WD be appointed Joint Liquidators to act jointly and severally in the winding up of the Company's affairs.
All persons having claims against the Company are required to submit full details thereof by 15 July 2009 to Alan J Roberts and Adrian J D Rabet, Joint Liquidators, Begbies Traynor, NatWest House, Le Truchot, St Peter Port, Guernsey GY1 1WD of abn.roberts@begbies-traynor.com
A J ROBERTS and A J D RABET, Joint Liquidators Begbies Traynor, NatWest House, Le Truchot, St Peter Port, Guernsey GY1 1WD

Businesses for sale

**FT BUSINESS**
Classified Business Advertising
UK: +44 20 7873 4563
US: +1 212 641 6500
ASIA: +852 2905 5554

**Notice to Advertisers**
Calls to the Financial Times Advertising Department may be monitored.
Acceptance of any advertisement for publication will be subject to the then current terms and conditions of insertion of advertisements in FT publications.
A copy of the terms and conditions of insertion of advertisements in FT publications can be obtained from +44 (0)20 7873 3000, or viewed at www.FT.com/advertising

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**
In re                                        Chapter 11 Case No.
GENERAL MOTORS CORP., et al.,    09-50026 (REG)
Debtors.                                  (Jointly Administered)

**NOTICE OF SALE HEARING TO SELL SUBSTANTIALLY ALL OF DEBTORS' ASSETS PURSUANT TO MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER**

PLEASE TAKE NOTICE THAT upon the motion (the "Motion"), of General Motors Corporation ("GM") and its debtor subsidiaries, as debtors in possession (collectively, the "Debtors" or the "Company"), dated June 1, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has issued an order dated June 2, 2009 (the "Sale Procedures Order"), among other things, (i) scheduling a hearing (the "Sale Hearing") to approve (a) the Master Sale and Purchase Agreement, dated as of June 1, 2009 (the "MPA"), by and among GM and its Debtor subsidiaries (collectively, the "Sellers") and Vehicle Acquisition Holdings LLC (the "Purchaser"), a purchaser sponsored by the United States Department of the Treasury (the "U.S. Treasury"), with respect to the sale of substantially all the Debtors' assets (the "Purchased Assets") free and clear of all liens, claims, encumbrances, and other interests, and subject to higher or better offers (the "363 Transaction"); (b) the assumption, assignment, and sale to the Purchaser pursuant to the MPA of certain executory contracts and unexpired leases of personal property and non-residential real property (the "Assumable Executory Contracts"); and (c) the settlement agreement (the "UAW Retiree Settlement Agreement"), between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"), approving certain procedures for the submission and acceptance of any competing bids (the "Bid Procedures"); (ii) approving a procedure for the assumption, assignment, and sale to the Purchaser pursuant to the MPA of the Assumable Executory Contracts; (iv) approving the form and manner of notice of the Motion and the relief requested therein and of the Sale Hearing; and (v) setting a deadline for the filing of objections, if any, to the relief requested in the Motion.

A. **THE MASTER SALE AND PURCHASE AGREEMENT**
The total consideration under the MPA for the sale of the Purchased Assets is equal to the sum of (i) a credit bid in the amount of the outstanding indebtedness owed to the Purchaser as of the closing pursuant to certain secured loans extended by the U.S. Treasury and Export Development Canada, less approximately $8 billion (estimated to be approximately $48.3 billion at July 31, 2009); (ii) the surrender of a warrant to purchase GM shares previously issued to the U.S. Treasury in connection with the secured loans extended by the U.S. Treasury; (iii) the issuance to GM of shares of common stock of the Purchaser representing approximately 10% of the common stock of the Purchaser as of the closing of the sale; (iv) the issuance to GM of warrants to purchase up to 15% of the shares of common stock of the Purchaser on a fully diluted basis, with one half exercisable at any time prior to the seventh anniversary of issuance at an initial exercise price based on a $15 billion equity value of the Purchaser and the other half exercisable at any time prior to the tenth anniversary of issuance at an initial exercise price based on a $30 billion equity value of the Purchaser (GM can elect partial and cashless exercises of the warrants); and (v) the assumption by the Purchaser of certain assumed liabilities, all as set forth more fully in the MPA (visit www.nysb.uscourts.gov or www.gmcourtdocs.com). In addition, if the aggregate amount of allowed general unsecured claims against the Debtors exceeds $35 billion, as estimated by an order of the Bankruptcy Court (which the Debtors may seek at any time), GM will receive an additional 2% of the common stock of the Purchaser as of the closing of the sale.

B. **THE SALE HEARING**
The Sale Hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on June 30, 2009, at 9:45 a.m. (Eastern Time). The Sale Hearing may be adjourned without notice by an announcement of the adjourned date at the Sale Hearing.

**RESPONSES OR OBJECTIONS, IF ANY, TO THE RELIEF SOUGHT IN THE MOTION SHALL BE FILED** with the Clerk of the Bankruptcy Court and served upon: (a) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (b) Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (c) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., and Gordon Z. Novod, Esq.); (d) Cleary Gottlieb Steen & Hamilton LLP, the attorneys for the UAW, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esq.); (e) Cohen, Weiss and Simon LLP, the attorneys for the UAW, 330 W. 42nd Street, New York, New York 10036 (Attn: Babette Ceccotti, Esq.); (f) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (g) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004; and (h) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), **SO AS TO BE RECEIVED NO LATER THAN JUNE 19, 2009, AT 5:00 P.M. (EASTERN TIME)** (the "Objection Deadline").
The failure of any person or entity to file a response or objection on or before the Objection Deadline shall be deemed a consent to the 363 Transaction and the other relief requested in the Motion, and shall bar the assertion, at the Sale Hearing or thereafter, of any objection to the Sale Procedures, the Motion, the 363 Transaction, the approval of the UAW Retiree Settlement Agreement, and the Debtors' consummation of the 363 Transaction.
C. **COPIES OF THE MOTION AND SALE PROCEDURES ORDER**
This Notice provides only a general summary of the relief sought in the Motion and the terms of the Sale Procedures Order. Copies of the Motion, the MPA (excluding certain commercially sensitive information), and Sale Procedures Order are available for inspection (i) by accessing (a) the website of the Bankruptcy Court at www.nysb.uscourts.gov, or (b) the website of the Debtors' claims and noticing agent, The Garden City Group, Inc., at www.gmcourtdocs.com; or (ii) by visiting the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408. Copies also may be obtained by faxing a written request to the attorneys for the Debtors, Weil, Gotshal & Manges LLP (Attn: Russell Brooks, Esq.) at 212-310-8007.
Dated:    New York, New York
            June 2, 2009
                                BY ORDER OF THE COURT
                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York 10153
                                Telephone: (212) 310-8000
                                Facsimile: (212) 310-8007
                                Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

**Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, & Deadlines**
Chapter 11 bankruptcy cases concerning the debtors listed below were filed on June 1, 2009. You may be a creditor of the Debtors. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. **You are not being sued or forced into bankruptcy.** All documents filed with the Bankruptcy Court, including lists of the Debtors' assets and liabilities, will be available for inspection at the Office of the Clerk of the Bankruptcy Court. By accessing the Bankruptcy Court's website, www.nysb.uscourts.gov, as well as (A) by written request to the Debtors' Claims and Noticing Agent, The Garden City Group, Inc., at the following addresses: (i) if sending by regular mail: GM Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286; (ii) if sending by overnight or hand delivery: GM Claims Agent, 105 Maxess Road, Melville, New York 11747, (B) by phone at 703-286-6401, or (C) by accessing the website, www.gmcourtdocs.com. Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website, www.pacer.psc.uscourts.gov). NOTE: The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and the Debtors' Claims and Noticing Agent cannot give legal advice.

| Debtors: | Case No: | Tax ID Number: |
|---|---|---|
| General Motors Corporation | 09-50026 (REG) | 38-0572515 |
| Chevrolet-Saturn of Harlem, Inc. | 09-13558 (REG) | 20-1426707 |
| Saturn, LLC | 09-50027 (REG) | 38-2577506 |
| Saturn Distribution Corporation | 09-50028 (REG) | 38-2755764 |

All other names used by the Debtors in the last 8 years:
**General Motors Corporation:** GMC Truck Division and NAO Fleet Operations, GM Corporation-GM Auction Department, National Car Rental, National Car Sales, Automotive Market Research; **Chevrolet-Saturn of Harlem, Inc.:** CKS of Harlem; **Saturn, LLC:** Saturn Corporation, Saturn Motor Car Corporation, GM Saturn Corporation, Saturn Corporation of Delaware.
**Attorney for Debtors:** Harvey R. Miller, Stephen Karotkin, Joseph H. Smolinsky, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8000, Facsimile: (212) 310-8007.
**Meeting of Creditors:** Date: July 27, 2009, Time: 1:00 P.M., Location: Hilton New York, 1335 Avenue of the Americas, New York, NY 10019, (212) 586-7000.
**Deadline to File a Proof of Claim:** Notice of deadline will be sent at a later time. **Creditor with a Foreign Address:** Read the information under "Claims."
**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:** Notice of deadline will be sent at a later time.
**Creditors May Not Take Certain Actions:** In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in these cases.
**Address of the Bankruptcy Clerk's Office:** United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Telephone: 212-668-2870, Hours Open: 8:30 am to 5:00 pm. Clerk of the Bankruptcy Court: Vito Genna
**Filing of Chapter 11 Bankruptcy Case.** Bankruptcy cases under chapter 11 of the Bankruptcy Code (title 11, United States Code) have been filed in this court by the debtors listed above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business.
**Legal Advice.** The staff of the Clerk of the Bankruptcy Court cannot give legal advice. Consult a lawyer to determine your rights in these cases.
**Creditors Generally May Not Take Certain Actions.** Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.
**Creditors May Not Take Certain Actions.** Prohibited collection actions are listed above. The debtors' representative must be present at the meeting to be questioned under oath by the United States Trustee and by creditors. Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.
**Claims.** A Proof of Claim is a signed statement describing a creditor's claim. You can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may have additional time to file a claim. You should consult an attorney familiar with United States bankruptcy law if you have any questions regarding your rights in these cases.
**Discharge of Debts.** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141 (d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141 (d) (6) (A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed above. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline.
**Bankruptcy Clerk's Office.** Any paper that you file in the bankruptcy cases should be filed at the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply.
**Creditor with a Foreign Address.** Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in these cases.

# AMD still looks for bottom

*Chip maker's chief expects PC demand to rise by end of year*

BY SE YOUNG LEE

SINGAPORE—Advanced Micro Devices Inc. expects demand for personal computers to pick up in the fourth quarter but it is too early to say the market has bottomed out, the chip maker's chief executive said.

The company has stabilized after a massive inventory correction at the end of 2008, Dirk Meyer said. "The inventory situation seems to be healthy, which leaves us with the question of end-user demand," Mr. Meyer said in an interview.

"It's still too early to definitely say we've hit bottom," he added. "You can only point to the bottom once you're past it, and I can't say we're past it."

AMD, based in Sunnyvale, Calif., reported a first-quarter net loss of $416 million on revenue of $1.2 billion, hurt by the global downturn.

Mr. Meyer said personal-computer shipments over the course of 2009 will likely decline on average by about a single-digit percentage from a year earlier.

Typically, the second half of the year is strong for chip makers amid the back-to-school and holiday shopping seasons.

Mr. Meyer said AMD's baseline scenario is for personal-computer shipments to turn positive by the end of 2009 and that 2010 will be a growth year for the industry.

He said growth in so-called thin-and-light notebooks and netbooks—low-cost PCs primarily focused on mobility and Web-browsing—will likely outpace growth from the traditional notebook segments.

"We really found a good, unserved segment of the market that is the segment for thin and light notebooks," he said. "We found an opportunity in the market and Intel's clearly trying to play catch-up there."

This year, the chip company introduced a platform for the thin-and-light category called the Yukon, which Hewlett-Packard Co. has employed in a laptop that has hit the shelves. Rival Intel Corp. is expected to roll out products based on its own platform for the category.

CEO Dirk Meyer at a company meeting in November in Sunnyvale, Calif.

# Spansion and Samsung to resume patent suits

BY PATRICK FITZGERALD

Spansion Inc. and Samsung Electronics Co. are set to resume their legal dispute after a bankruptcy judge rejected a $70 million patent settlement between them.

Spansion is restarting litigation against Samsung over what it claims are Samsung's violations of its patents covering technologies used in flash memory, a type of chip that is a mainstay in portable devices, according to court papers.

Samsung, in papers filed Monday in U.S. Bankruptcy Court in Wilmington, Del., asked Judge Kevin J. Carey to lift the automatic-stay provision blocking lawsuits against companies in Chapter 11 bankruptcy protection, so it can pursue its counterclaims against Spansion.

Judge Carey last week rejected a $70 million settlement between the two companies, ruling it was unfair to Spansion's estate and its creditors. The judge said he couldn't conclude that the cash from settlement represented a better deal for the chip maker than pursuing a pair of lawsuits against Samsung.

A Samsung spokeswoman declined to comment on the resumption of the litigation. A Spansion spokeswoman said she couldn't comment.

Spansion sued Samsung in federal court in Delaware and filed a separate complaint with the U.S. International Trade Commission this past November seeking to block U.S. imports of more than one million products, including iPods and Black-Berrys. In January, Samsung sued Spansion's Japanese subsidiary for infringing on its intellectual property. The company also countersued Spansion in Delaware, alleging patent infringement.

# China's consumer prices fall again, but pace slows

BY TERENCE POON

BEIJING—China's consumer and factory-gate prices continued to fall in May and the government sounded guarded on when prices might rebound. But economists said deflation pressures are subsiding in China.

China's consumer price index fell 1.4% in May from a year earlier, the fourth straight month of drops, National Bureau of Statistics data showed Wednesday. The pace of the price-drop slowed slightly from April's 1.5% decline.

The producer price index fell 7.2% in May from a year earlier, widening from April's 6.6% drop and marking the sixth consecutive month of decline.

Economists generally weren't concerned, saying the May price drops mainly reflect much higher prices in the first half of last year, and that the risk of sustained price falls discouraging private consumption has diminished.

The statistics bureau said the odds of a swift price rebound are slim, as an oversupply of industrial products will continue in the short term. Despite stimulus programs in many nations, the "major economies in the world continue to be in a recession and global demand remains in a trough," it said, adding that flush liquidity has driven up the prices of some essential raw materials in the past two months.

The statistics bureau said the CPI in May fell 0.3%. Grain prices, which could affect other food-product prices, have risen sequentially for five months, said the bureau, but food prices continued to fall, albeit by a smaller margin in May. "It remains to be seen if the rise in grain prices will affect future CPI trends," the bureau said.

Still, economists say the recent rebound in global crude oil prices and Beijing's gasoline and diesel price increase from June 1 are likely to ease deflation fears.

China's domestic property market is also showing signs of a sustained recovery. In May, property prices in 70 of China's large and medium-sized cities rose 0.6% from April, accelerating from the gains earlier this year, even as they fell 0.6% from a year earlier, according to data from the National Development and Reform Commission.

Royal Bank of Scotland economist Ben Simpfendorfer said he expects consumer prices will "continue falling for most of this year and the return of inflation next year," given stabilization of the property market and a likely rebound in food prices. The rent component of the CPI in May rose 1.3% from a year earlier, a tad faster than 1.2% in April.

Bolstering hopes for the real-estate sector, statistics bureau data is-sued on Wednesday also show real-estate sales and investments picking up. Between January and May, the floor area of housing sold rose 27% from a year earlier, picking up from the 18.6% in the first four months this year.

Property investments, one of the main forms of private-sector investments in China, rose 6.8% in the January-May period, compared with a 4.9% rise in the first four months.

Goldman Sachs economists predicted that "deflationary pressures will disappear in the latter half of the year" as economic growth continues to pick up.

—Victoria Ruan contributed to this article.

# China's GDP will grow 7.5%, finance association forecasts

BY JASON LEOW

BEIJING—The Chinese government's stimulus spending, which has lifted domestic demand amid a severe export slump, should help China's economy grow at a pace of 7.5% this year and 9% in 2010, says a report prepared by an association of financial institutions.

The forecast by the Institute of International Finance, whose members include some 370 of the world's largest commercial and investment banks, is shy of Beijing's own target for full-year growth of around 8% this year but more optimistic than some other forecasts. The World Bank has forecast about 6.5% growth for China's economy this year, though its president, Robert Zoellick, said on Tuesday that China's economy could grow faster than expected.

The IIF said in a report that China's economy has seen a quick turn-around from the end of last year, when its government unveiled a 4 trillion yuan ($585 billion) stimulus program and ordered banks to help finance public-works projects. Those measures helped the Chinese economy in the first quarter. The IIF now expects growth in the second half of the year to exceed 8%.

The IIF expects the Chinese government will be unwilling to let the yuan appreciate against the dollar until the export sector sees some recovery. It says the yuan likely will strengthen 1% to 6.8 yuan to the dollar at the end of the year, and 3% in 2010 to 6.6 yuan to the dollar.

"The government is cautious about the economic outlook, believing that the recovery supported mainly by public investment is still fragile, and has indicated that it will introduce new measures quickly if needed to sustain growth," it says in its report. IIF members are in Beijing this week for a spring membership meeting.

# China firm boosts OZ bid

*Minmetals adds 16% to offer for miner ahead of vote on deal*

China Minmetals Non-Ferrous Metals Co. boosted its bid for assets of Australian miner OZ Minerals Ltd. by 16% to US$1.39 billion ahead of a shareholder vote Thursday to approve the deal.

*By Laura Santini in Hong Kong and Alex Wilson in Melbourne*

Wednesday's sweetened offer, endorsed by the board of OZ Minerals, came amid a day of intense uncertainty about whether the offer would face competition from Australian investment bank Macquarie Group Ltd., which put together a proposal for a recapitalization designed to thwart the Minmetals offer. Earlier on Wednesday, Macquarie abandoned the plan.

"Minmetals' offer also provides greater stability to OZ Minerals' assets and security of employment to OZ Minerals staff around Australia and in Laos," Minmetals said in a statement.

Before the higher offer was made, Bruce Loveday, OZ's executive general manager of business support, said proxies were strongly in favor of the Minmetals transaction, although he also noted shareholders have the ability to withdraw their proxy votes and turn up to vote at the meeting. Minmetals' original offer was for US$1.2 billion.

This week, Macquarie had urged shareholders to reject Minmetals' offer in favor of a 1.4 billion Australian dollar (US$1.1 billion) recapitalization that would be financed through a rights offering to existing OZ Minerals investors.

But the board of OZ Minerals rejected the Macquarie plan, as well as another recapitalization proposal put forward by RFC Corporate Finance and RBC Capital Markets.

Even after the board's decision, Macquarie tried to take its plan to shareholders, arguing that a rebound in metals prices had pushed the implied value of the company much higher and that shareholders would be better off taking in fresh capital rather than selling to Minmetals.

But according to a person familiar with the situation, Macquarie eventually decided it didn't have the time to conduct due diligence needed to guarantee financing of its plan.

Minmetals is buying all of OZ's assets, apart from the Prominent Hill mine in South Australia state and the Martabe project in Indonesia.

In its independent expert report on the deal before the revised offer, corporate advisory firm Grant Samuel valued the assets being sold to Minmetals at between US$1.4 billion and US$1.6 billion but said that the deal was still in the best interests of shareholders given OZ's debt woes.

The revised offer signals Minmetals' determination for the deal to succeed, in the wake of a failed bid for Australian mining assets by another Chinese company.

Last Friday, **Aluminum Corp. of China's** planned $19.5 billion alliance with Anglo-Australian mining giant **Rio Tinto** fell apart in the face of a rival proposal for an iron-ore joint venture between Rio and **BHP Billiton** Ltd. An upturn in commodity and equity markets allowed Rio to raise $15.2 billion in a rights issue instead of ceding a stake to its Chinese suitor.



**Oz Minerals**
Wednesday's close: A$0.89, down 2.2%

Source: Thomson Reuters Datastream

---

## THE MART

### TRAVEL



Save 60% First/Business
Major Airlines, Corp. Travel
852-946-4705
www.cookamerican.com
WE WILL NOT BE UNDERSOLD
COOK An American Express Rep.
Travel Representative

---

Need Help
## Opening
Doors?

Careers.
To advertise, call (852) 2831-2553
(65) 6415-4279
or (813) 3292-4151

THE WALL STREET JOURNAL
ASIA

---

### BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re
GENERAL MOTORS CORP., et al.,
Debtors.

Chapter 11 Case No.
09-50026 (REG)
(Jointly Administered)

**NOTICE OF SALE HEARING TO SELL SUBSTANTIALLY ALL OF DEBTORS' ASSETS PURSUANT TO MASTER SALE AND PURCHASE AGREEMENT WITH THE VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER**

PLEASE TAKE NOTICE THAT upon the motion (the "Motion"), of General Motors Corporation ("GM") and its debtor subsidiaries, as debtors in possession (collectively, the "Debtors" or the "Company"), dated June 1, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has issued an order dated June 2, 2009 (the "Sale Procedures Order"), among other things, (i) scheduling a hearing (the "Sale Hearing") to approve (A) the Master Sale and Purchase Agreement, dated as of June 1, 2009 (the "MPA"), by and among GM and its Debtor subsidiaries (collectively, the "Sellers") and Vehicle Acquisition Holdings LLC (the "Purchaser"), a purchaser sponsored by the United States Department of the Treasury (the "U.S. Treasury"), with respect to the sale of substantially all the Debtors' assets (the "Purchased Assets") free and clear of all liens, claims, encumbrances, and other interests, and subject to higher or better offers (the "363 Transaction"); (b) the assumption, assignment, and sale to the Purchaser pursuant to the MPA of certain executory contracts and unexpired leases of personal property and nonresidential real property (the "Assumable Executory Contracts"); and (c) the settlement agreement (the "UAW Retiree Settlement Agreement"), between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"); (ii) approving certain procedures for the submission and acceptance of any competing bids (the "Sale Procedures"); (iii) approving a procedure for the assumption, assignment, and sale to the Purchaser pursuant to the MPA of certain Assumable Executory Contracts; (iv) approving the form and manner of notice of the Motion and the relief requested therein and of the Sale Hearing; and (v) setting a deadline for the filing of objections, if any, to the relief requested in the Motion.

**A. THE MASTER SALE AND PURCHASE AGREEMENT**

The total consideration under the MPA for the sale of the Purchased Assets is equal to the sum of (i) a credit bid in the amount of the outstanding indebtedness owed to the Purchaser as of the closing pursuant to certain secured loans extended by the U.S. Treasury and Export Development Canada, less approximately $8 billion (estimated to be approximately $48.3 billion at July 31, 2009); (ii) the surrender of a warrant to purchase GM shares previously issued to the U.S. Treasury in connection with the secured loans extended by the U.S. Treasury; (iii) the issuance to GM of shares of common stock of the Purchaser representing approximately 10% of the common stock of the Purchaser as of the closing of the sale; (iv) the issuance to GM of warrants to purchase up to 15% of the shares of common stock of the Purchaser on a fully diluted basis, with one half exercisable at any time prior to the seventh anniversary of issuance at an initial exercise price based on a $15 billion equity value of the Purchaser and the other half exercisable at any time prior to the tenth anniversary of issuance at an initial exercise price based on a $30 billion equity value of the Purchaser (GM can elect partial and cashless exercises of the warrants); and (v) the assumption by the Purchaser of certain assumed liabilities, all as set forth more fully in the MPA (visit www.nysb.uscourts.gov or www.gmcourtdocs.com). In addition, if the aggregate amount of allowed general unsecured claims against the Debtors exceeds $35 billion, as estimated by an order of the Bankruptcy Court (which the Debtors may seek at any time), GM will receive an additional 2% of the common stock of the Purchaser as of the closing of the sale.

**B. THE SALE HEARING**

The Sale Hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on June 30, 2009, at 9:45 a.m. (Eastern Time). The Sale Hearing may be adjourned without notice by an announcement of the adjourned date at the Sale Hearing.

**RESPONSES OR OBJECTIONS, IF ANY, TO THE RELIEF SOUGHT IN THE MOTION SHALL BE FILED** with the Clerk of the Bankruptcy Court and served upon: (a) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (b) Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (c) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., and Gordon Z. Novod, Esq.); (d) Cleary Gottlieb Steen & Hamilton LLP, the attorneys for the UAW, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esq.); (e) Cohen, Weiss and Simon LLP, the attorneys for the UAW, 330 W. 42nd Street, New York, New York 10036 (Attn: Babette Ceccotti, Esq.); (f) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004; and (h) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), **SO AS TO BE RECEIVED NO LATER THAN JUNE 19, 2009, AT 5:00 P.M. (EASTERN TIME) (the "Objection Deadline").**

The failure of any person or entity to file a response or objection on or before the Objection Deadline shall be deemed a consent to the 363 Transaction, the approval of the UAW Retiree Settlement Agreement, and the Debtors' consummation of the 363 Transaction.

**C. COPIES OF THE MOTION AND SALE PROCEDURES ORDER**

This Notice provides only a partial summary of the relief sought in the Motion and the terms of the Sale Procedures Order. Copies of the Motion, the MPA (excluding certain commercially sensitive information), and Sale Procedures Order are available for inspection (i) by accessing (a) the website of the Bankruptcy Court at www.nysb.uscourts.gov, or (b) the website of the Debtors' claims and noticing agent, The Garden City Group, Inc., at www.gmcourtdocs.com or (ii) by visiting the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408. Copies also may be obtained by faxing a written request to the attorneys for the Debtors, Weil, Gotshal & Manges LLP (Attn.: Russell Brooks, Esq.) at 212-310-8007.

Dated: New York, New York
June 2, 2009

BY ORDER OF THE COURT
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors and Debtors in Possession

---

### BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, & Deadlines**

Chapter 11 bankruptcy cases concerning the debtors listed below were filed on June 1, 2009. You may be a creditor of the Debtors. This notice lists important deadlines. You may want to consult an attorney to protect your rights. The **are not being sued** or noted in bankruptcy. All documents filed with the Bankruptcy Court, including lists of the Debtors' assets and liabilities, will be available for inspection at the Office of the Clerk of the Bankruptcy Court or by accessing the Bankruptcy Court's website, www.nysb.uscourts.gov, as well as (A) by written request to the Debtors' Claims and Noticing Agent, The Garden City Group, Inc., at the following addresses: (i) if sending by regular mail: GM Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286; (ii) if sending by overnight or hand delivery: GM Claims Agent, 105 Maxess Road, Melville, New York 11747, (B) by phone at 703-286-6401, or (C) by accessing its website, www.gmcourtdocs.com. Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website, www.pacer.psc.uscourts.gov). NOTE: The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and the Debtors' Claims and Noticing Agent cannot give legal advice.

| Debtors: | Case Number: | Tax ID Number: |
|---|---|---|
| General Motors Corporation | 09-50026 (REG) | 38-0572515 |
| Chevrolet-Saturn of Harlem, Inc. | 09-13558 (REG) | 20-1426707 |
| Saturn, LLC | 09-50027 (REG) | 38-2757506 |
| Saturn Distribution Corporation | 09-50028 (REG) | 38-2755764 |

All other names used by the Debtors in the last 8 years:
General Motors Corporation: GMC Truck Division and NAO Fleet Operations, GM Corporation-GM Auction Department, National Car Rental, National Car Sales, Automotive Market Research; Chevrolet-Saturn of Harlem, Inc.: CKS of Harlem; Saturn, LLC: Saturn Corporation, Saturn Motor Car Corporation, GM Saturn Corporation, Saturn Corporation of Delaware.

**Attorney for Debtors:** Harvey R. Miller, Stephen Karotkin, Joseph H. Smolinsky, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8000, Facsimile: (212) 310-8007.

**Meeting of Creditors:** Date: July 27, 2009, Time: 1:00 P.M., Location: Hilton New York, 1335 Avenue of the Americas, New York, NY 10019, (212) 586-7000.

**Deadline to File a Proof of Claim.** Notice of deadline will be sent at a later time. **Deadline with a Foreign Address:** Read the information under "Claims."

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:** Notice of deadline will be sent at a later time.

**Creditors May Not Take Certain Actions:** In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in these cases.

**Address of the Bankruptcy Clerk's Office:** United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Telephone: 212-668-2870, Hours Open: 8:30 am to 5:00 pm.
Clerk of the Bankruptcy Court: Vito Genna

**Filing of Chapter 11 Bankruptcy Case.** Bankruptcy cases under chapter 11 of the Bankruptcy Code (title 11, United States Code) have been filed in this court by the debtors listed above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business.

**Legal Advice.** The staff of the Clerk of the Bankruptcy Court cannot give legal advice. Consult a lawyer to determine your rights in these cases.

**Creditors Generally May Not Take Certain Actions.** Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.

**Meeting of Creditors.** A meeting of creditors is scheduled for the date, time, and location listed above. The debtors' representative must be present at the meeting to be questioned under oath by the United States Trustee and by creditors. Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.

**Claims.** A Proof of Claim is a signed statement describing a creditor's claim. You can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Discharge of Debts.** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141 (d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141 (d) (6) (A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed above. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline.

**Bankruptcy Clerk's Office.** Any paper that you file in these bankruptcy cases should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply.

**Creditor with a Foreign Address.** Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in these cases.

---

BREITLING for BENTLEY

BENTLEY MOTORS
CHRONOGRAPH

WWW.BREITLINGFORBENTLEY.COM

## LEADING THE NEWS

# The lat looks steadier

*ECB lends Sweden $4 billion in case Latvia devalues*

By Katie Martin in London, Anna Molin in Stockholm and Adam Cohen in Brussels

The European Union's top economic official said Wednesday that the bloc wants to avoid a devaluation of the Latvian currency "at any price," while a Swedish regulator said that country's banks were strong enough to withstand a blowout in the Baltic region, where they are heavily exposed.

The comments bolstered currencies across Eastern Europe, which had fallen after Latvia last week attempted a failed bond auction and its currency, the lat, came under attack. Latvia has been hit harder than any other country in the EU by the global downturn, with its economy forecast to contract 20% this year.

The EU has backed Latvia's efforts to keep its tiny currency pegged to the euro. Swedish banks are particularly exposed to loans that Latvians took out in euros and would have difficulty paying back were the value of the lat to fall.

"The end of the lat [currency peg] would create, if it happens, very serious difficulty and we want to avoid, at any price, this situation," said European Commissioner for Economic and Monetary Affairs Joaquin Almunia at a news conference in Brussels after meeting Latvian Prime Minister Valdis Dombrovskis. "The price to avoid this situation is to adopt as soon as possible, in the coming week, this [budget] adjustment."

Sweden's central bank, the Riksbank, on Wednesday took the precaution of borrowing €3 billion ($4.22 billion) from the European Central Bank, intending it as a backstop in case a devaluation of the lat pushed up losses on the huge amount of loans Sweden's banks have in the region.

"It's not a positive signal," said SEB economist Elisabet Kopelman of the Riksbank's stockpiling. "It shows they're taking the Baltic situation seriously." She added that it was smart of the central bank to prepare itself for potential liquidity shortages.

The Swedish krona and key currencies in Central and Eastern Europe were climbing Wednesday as investors grew more confident that battered Latvia will succeed in defending its currency peg. The Hungarian forint—the region's most risk-sensitive currency—has strengthened nearly 4% against the euro this week to trade at 280.12 forints. The euro has dropped 1.2% against the Swedish krona, which has suffered because of Sweden's banking exposure to Latvia, to trade in 10.7357 kronor.

**Latvia has been hit harder than any other EU country by the global downturn.**

The failed bond auction, fresh records in interbank lending rates and suggestions from analysts that Latvia will have to devalue the lat rattled nerves last week, hitting a range of currencies across Europe. Since then though, positive signals on further aid from the International Monetary Fund and the EU, and pressure on lawmakers to approve painful budget cuts, are pushing back devaluation expectations.

Mr. Almunia expressed confidence Wednesday that Latvia will make the cuts to its budgets that have become a condition of international aid. The EU and the International Monetary Fund last year spearheaded a €7.5 billion rescue package for the country.

But they have withheld the second installment of these funds amid concerns about the country's public finances. They expect cuts of 500 million lats ($1 billion). Mr. Almunia said Latvia would have to make a similar-sized budget cut in 2010 to maintain fiscal sustainability and stay on track to join the euro.

Mr. Dombrovskis said he is focused on Latvia's medium-term budget stability. His government has proposed a revised 2009 budget that would trim 500 million lat in state spending. Mr. Almunia said this revised budget is the only way the country can keep the lat pegged to the euro.

Latvia's parliament is likely to vote on these changes next week. Voters expressed their anger over the austerity measures in last week's European elections, defecting in huge numbers to a left-leaning opposition party backed by the country's Russian-speaking minority. Even if Latvia avoids devaluation, its crushing recession will still hurt Swedish banks, said Alan Ruskin, a currencies analyst at Royal Bank of Scotland Group PLC.

Sweden's Financial Supervisory Authority Wednesday deemed Swedish banks sufficiently capitalized to handle increased Baltic loan losses, concurring with a similar report from the Riksbank. Swedish banks have sufficient capital to weather a worst-case scenario of more than $45 billion in loan losses over the next three years, the financial regulator said.

In its base scenario, which it called conservative compared with analysts' projections, the FSA calculated that Nordea Bank AB, Svenska Handelsbanken AB, Skandinaviska Enskilda Banken AB and Swedbank AB could write off 202.6 billion Swedish kronor ($26.18 billion) in loans, depending on economic developments at home, in the Baltic states and Ukraine.

# Slump eases in U.K., Italy but exports fail Germany

By Nicholas Winning and Andrea Thomas

Europe's output slump showed some signs of easing in the U.K. and Italy, although it held in Germany, the euro zone's biggest economy.

U.K. industrial production posted its first monthly increase in 14 months, one of a few signs that the recession-hit economy could start growing sooner than expected.

Industrial production, which encompasses energy and manufacturing output, increased 0.3% on the month, having dropped a revised 0.3% in March, the Office for National Statistics said.

April's output was substantially less than the year before, but the 12.3% decline was less severe than the 12.7% fall in March. The ONS also said U.K. output increased 0.2% on the month in April, following a revised 0.2% gain in March.

U.K. economists said the figures suggested companies were cranking up production, although they added that purchasing managers' index figures and recent surveys of the sector by the Confederation of British Industry suggested that production was still falling.

"While the demand-side picture remains unclear, we would not want to extrapolate the current uptrend in the U.K. output data too far into the future," analysts at J.P. Morgan said in a note.

Meanwhile, Bank of England Monetary Policy Committee member Andrew Sentance said he was hopeful that a recovery would begin later this year or in 2010, but that the eventual strength of that upturn is unclear. He said he was encouraged by U.K. companies' confidence about their mid- to long-term prospects.

"We are seeing many companies seeking to safeguard their long-term investments and maintain work-force skills built up over many years," Dr. Sentance said.

April saw industrial production rise 1.1% in Italy, compared with a revised 4.5% fall in March. However, when compared with the year before, industrial production plunged 24.2% in April, compared with an annual 23.8% fall in March.

"All told, while there are some glimmers of hope in today's production data and signs more generally that euro-area economies may now be past the worst of the recession, a resumption of growth still looks some way off," said Colin Ellis, a European economist at Daiwa Securities SMBC. "The euro area does not look capable of pulling itself out of recession any time soon, especially given the ECB's reluctance to offer further support."

Germany is still struggling with a slump in its export markets. The Federal Economics Ministry said Tuesday that industrial production there fell a seasonally adjusted 1.9% on the month in April. That industrial weakness will mean Germany's economy will contract more strongly in the second quarter than previously expected, the DIW Berlin economic think tank said.

"Although the free fall of industry has been stopped, the drop height has been extremely high," DIW economic expert Stefan Kooths said. "Production and orders have hit a level last seen 10 years ago."

Industrial output also fell 1.4% on the month in France in April.

### Inflection point
U.K. industrial production, change from a year earlier



Source: U.K. Office of National Statistics

## CORRECTIONS & AMPLIFICATIONS

William Morrison Supermarkets PLC is the U.K.'s fourth-largest grocer by sales. A Global Business Brief on June 5 incorrectly called Morrison the U.K.'s largest grocer by sales.

## INDEX TO BUSINESSES

This index of businesses mentioned in today's issue of The Wall Street Journal Europe is intended to include all significant references to companies. First reference to these companies appear in boldface type in all articles except those on page one and the editorial pages.

36 South Investment Managers ...23
Air France-KLM ...9
Air India ...25
AK Steel Corp ...6
Allegheny Technologies ...6
Aluminum Corp. of China ...24,8
American Axle ...20
Arc Westwood Home Saver Management ...22
Arcandor ...7
ArvinMeritor ...20
Atlantic Tele-Network ...20
Bakrie & Brothers ...25
Bakrieland Development ...25
Bank of America ...21,23
Beijing Automotive Industry Holding ...8
Bharat Sanchar Nigam .25
BHP Billiton ...8,24
BP ...20
Bumi Resources ...25
Caterpillar ...20
CB Richard Ellis Group .20
Cerberus Capital Management ...31
China Minmetals Non-Ferrous Metals ...8
Chocoladefabriken Lindt & Sprüngli ...1,32
Chrysler ...3,6,8
Chrysler Group ...1
Citigroup ...21,23
Cnooc ...24
DellaCamera Capital Management ...22
Delta Air Lines ...9
Deutsche Bank ...20,23
Douglas County Bank...21
Eurasian Natural Resources ...20
European Aeronautic Defence & Space ...9
Exxon Mobil ...24
Fiat ...1,6,20
Ford Motor ...3,8
Franz Haniel & Cie ...7
Frontier Airlines Holdings ...9
Geely Holding ...8
General Electric ...20
General Motors ...3,4,6,8,31
Goldman Sachs Group ...9
Google ...20
Grupo Ferrovial ...8
Hana Bank ...22
HeidelbergCement ...8
Hennes & Mauritz ...7
Hindustan Construction ...25
HSBC Holdings ...20
Hyundai Motor ...8
Inditex ...7
Indocement Tunggal Prakarsa ...25
Inpex ...24
Japan Petroleum ...24
Jiangxi Copper ...24
J.P. Morgan Chase ...9,23
Kookmin Bank ...22
Korea Electric Power ...24
Korea Hydro & Nuclear Power ...24
Lagardère ...25
Lear Corp ...20
Li & Fung ...24
Live Nation ...6
Lotte Shopping ...24
Lufthansa ...9
Macquarie Group ...8
Marathon Asset Management ...22
Marix Servicing ...22
Metaldyne ...1
Metro Group ...7
Microsoft ...29
Mission Capital Advisors ...22
Mitsubishi Corp. ...8
Morgan Stanley ...9,31
National Asset Direct 22
National Aviation Company of India ...25
Neiman Marcus Group ...8
NHPC ...25
Nike ...4
Nordea Bank ...2
North American Stainless ...6
Oil India ...25
Omnicom Group ...4
OZ Minerals ...8
Parsvnath Developers ...25
Posco ...6
Procter & Gamble .1,4,32
Publicis Groupe ...4
Pure Capital ...23
RathGibson ...6
Rio Tinto ...8,24
Royal Bank of Scotland PLC ...2
Royal Dutch Shell ...24
Rémy Cointreau ...8
Santander ...20
Satyam Computer Services ...24
SEB ...2
Shinsegae ...24
Sina ...32
Skandinaviska Enskilda Banken ...2
Sobha Developers ...25
Sumitomo Metal Mining ...24
Svenska Handelsbanken ...2
Swedbank ...2,20
Taiwan Semiconductor Manufacturing ...24
Tech Mahindra ...24
Terravita ...1,32
Thales ...9
Ticketmaster Entertainment ...6
Toyota Motor ...31
TRW Automotive Holdings ...20
UAL ...9
United Co. Rusal ...8
Universal Stainless & Alloy Products ...6
US Airways Group ...9
Vedanta Resources ...20
Visteon ...1
Wells Fargo & Co. ...21
White & Case ...6
Wieden + Kennedy ...4
William Morrison Supermarkets ...2
Woodside Petroleum ..24
WPP ...4
Xstrata ...20
Yahoo ...29

## INDEX TO PEOPLE

This index lists the names of businesspeople and government regulators who receive substantial mention in today's Journal.

For more people in the news, visit CareerJournal.com/WhosNews

Amaya, Louis ...22
Armstrong, Derek ...24
Bair, Sheila ...21
Braswell, Rob ...21
Cagle, Jimmy ...22
Caillioux, Jacques ...19
Cannon, Frederick ...22
Chang, Morris ...24
Chao, Charles ...32
Critchlow, Anne ...7
DellaCamera, Ralph ...22
Deripaska, Oleg ...8
Ellis, Colin ...2
Evans, Tim ...21
Green, Penny ...23
Greenhaus, Dan ...20
Greenland, Kingsley ...22
Grimes, D.R. ...21
Gutierrez, Irene ...22
Hauswirth, Roman ...1,32
Henry, Ernst ...19
Icahn, Carl ...6
Isla, Pablo ...7
James, Barry ...20
Kadambi, Dilip ...25
Kataria, Tarun ...25
Kidder, Robert ...31
Kim, John ...24
Kooths, Stefan ...2
Kopelman, Elisabet ...2
Koslowski, Gerd ...7
Kotz, David ...22
Lafley, A.G. ...4
Lauria, Thomas ...6
Lichtenstein, John E. ...6
Limbrick, Anthony ...23
Loveday, Bruce ...8
Maddox, Christopher ...21
Maloney, Sean ...20
Marchionne, Sergio ...1,31
Marinac, Christopher ...21
Mattera, Michael ...22
Mayhew, Billy ...21
McDonald, Robert ...4
McGillian, Gene ...21
Mersch, Yves ...19
Nardelli, Robert ...31
Oates, Dennis ...6
Pandit, Vikram ...21
Papademos, Lucas ...19
Press, Jim ...31
Pritchard, Marc ...4
Rohali, Yuanita ...25
Ruskin, Alan ...2
Russ, Oliver ...7
Schapiro, Mary ...22
Sparks, Richard ...20
Stengel, Jim ...4
Tansky, Burt ...8
Tobin, William David ...22
Varney, Christine ...29
Venkatraman, N. ...25
Weber, Axel ...19
Weinberg, Perella ...6
Wilson, Sarah ...23
Young, David ...29

THE WALL STREET JOURNAL EUROPE (ISSN 0921-99)
Boulevard Brand Whitlock 87, 1200 Brussels, Belgium
Telephone: 32 2 741 1211                    Fax: 32 2 741 1600
SUBSCRIPTIONS, inquiries and address changes to:
Telephone: +44 (0) 207 309 7799    Calling time from 8am to 5.30pm GMT
E-mail: WSJUK@dowjones.com     Website: www.services.wsje.com
Advertising Sales worldwide through Dow Jones
International, Frankfurt: 49 69 9714128 0; London: 44 207 842 9600;
Paris: 33 1 40 17 17 01.
Printed in Belgium by Concentra Media N.V. Printed in Germany by
Dogan Media Group / Hürriyet A.S. Branch Germany. Printed in
Switzerland by Zehnder Print AG Wil. Printed in the United Kingdom by
Newsfax International Ltd., London. Printed in Italy by Telestampa
Centro Italia s.r.l. Printed in Spain by Bermont S.A. Printed in Ireland
by Midland Web Printing Ltd. Printed in Israel by The Jerusalem Post
Group. Printed in Turkey by GLOBUS Dünya Basinevi.
Registered as a newspaper at the Post Office.
Trademarks appearing herein are used under license from Dow Jones
& Co.  © 2008 Dow Jones & Company All rights reserved.
Editeur responsable: Daniel Hertzberg    M-17936-2003

## FROM PAGE ONE

# Fiat completes transaction to assume control of Chrysler

*Continued from first page*
Obama administration, also could be problematic. American consumers have returned to their love of big vehicles now that gasoline prices in the U.S. are way below the $4 a gallon of last summer.

Chrysler's emergence from bankruptcy protection, nonetheless, gives the Obama administration an important victory in its historic intervention in the U.S. auto industry. The administration's auto task force ushered both Chrysler and **General Motors Corp.** into bankruptcy reorganization.

The U.S. government has given Chrysler $9 billion in financial aid and owns a 8% stake in the revamped company. Fiat owns a 20% stake, while 55% belongs to the United Auto Workers union's retiree health-care trust.

Fiat's stake could increase to 35% if the new company meets benchmarks intended to insure the development of fuel-efficient vehicles in the U.S., and it has the option to become the majority stakeholder once U.S. loans have been repaid. Fiat will contribute to Chrysler technology, platforms and powertrains for small- and medium-sized cars.

Tuesday night, the Supreme Court declined to hear a challenge to Chrysler's revamping posed by several Indiana pension funds and others. These groups argued that as secured lenders they should have made out better in the revamping than did some unsecured creditors such as the UAW.

Chrysler dealers expressed optimism after the alliance with Fiat was sealed.

"People are going to start realizing that we're here to stay," said Jim Arrigo, a Florida-based dealer. "We are the new Chrysler and now we've got to get down to business and start selling and get this behind us."

At Chrysler's headquarters on Wednesday, Fiat Chief Executive Sergio Marchionne, who will now serve as Chrysler's CEO as well, told employees the smallest of Detroit's Big Three auto makers has emerged as a leaner, more competitive company.

"Although we have many challenges yet to overcome, there is no doubt in my mind that we will get the job done," he said in a letter to employees. "Chrysler will be back."

Mr. Marchionne replaces Robert Nardelli, the CEO who was brought in by **Cerberus Capital Management** LP, the private equity firm that was Chrysler's majority owner from August 2007 until Wednesday.

The change at the top was confirmed along with a series of other management changes. Jim Press, the former **Toyota Motor** Corp. executive who was also brought in by Cerberus, will have the new title of deputy CEO, and will oversee the company's three automotive brands: Chrysler, Jeep and Dodge.

As previously announced, Robert Kidder, the lead independent director at **Morgan Stanley**, is chairman of Chrysler's new board of directors.

In his letter to employees, Mr. Marchionne said Chrysler will be more focused and nimble, benefiting significantly from its global alliance with the Italian auto maker.

*—Alex P. Kellogg and Andrew Grossman contributed to this article.*



Prospective buyers inspected vehicles at Star Chrysler Jeep in Glendale, Calif., on Tuesday, the dealership's last day as a franchisee of the auto maker.



---

# THE MART

## CAPITAL WANTED

**Renaissance Senior Investments, LLC FUND I**

Seeking equity partners to acquire stabilized, cash flowing Senior Housing Projects (AL, IL, MI, or CCRC) Initial returns include 8% preferred cash on cash return, with expected rate of 25% or above with in 5 years

Contact:
Ralph Bellande, CEO -
502-228-8131
Brendan Parks, CIO -
347-661-4897
www.renaissancesenior investments.com

## NEW GREEN INVENTION
Lab tested to save 60% Water
By Princess Cruise Lines &
Claremont University
Selling Co shares @ $1 at par
Potential $2 - $10 a share

www.AutoTouchFaucets.com
Tel: 888-927-3287
Info@AutoTouchFaucets.com

## TRAVEL

Save 60% First/Business
Major Airlines. Corp. Travel
www.cookamerican.com
(212) 201-1824
WE WILL NOT BE UNDERSOLD
COOK
An American   Travel
Express Rep.   Representative

## MAKE GREAT CONNECTIONS IN EUROPE.
THE WALL STREET JOURNAL EUROPE.

To advertise
Emma Balogun
The Wall Street Journal Europe
+44 207 842 9608
emma.balogun@dowjones.com

## BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
In re                    Chapter 11 Case No.
GENERAL MOTORS CORP., et al.,   09-50026 (REG)
Debtors.                        (Jointly Administered)

NOTICE OF SALE HEARING TO SELL SUBSTANTIALLY ALL OF DEBTORS' ASSETS PURSUANT TO MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER

PLEASE TAKE NOTICE THAT upon the motion (the "Motion"), of General Motors Corporation ("GM") and its debtor subsidiaries, as debtors in possession (collectively, the "Debtors" or the "Company"), dated June 1, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has issued an order dated June 2, 2009 (the "Sale Procedures Order"), among other things, (i) scheduling a hearing (the "Sale Hearing") to approve (a) the Master Sale and Purchase Agreement, dated as of June 1, 2009 (the "MPA"), by and among GM and its debtor subsidiaries (collectively, the "Sellers") and Vehicle Acquisition Holdings LLC (the "Purchaser"), a purchaser sponsored by the United States Department of the Treasury (the "U.S. Treasury"), with respect to the sale of substantially all of the Debtors' assets (the "Purchased Assets") free and clear of all liens, claims, encumbrances, and other interests, and subject to higher or better offers (the "363 Transaction"); (b) the assumption, assignment, and sale to the Purchaser pursuant to the MPA of certain executory contracts and unexpired leases of personal property and nonresidential real property (the "Assumable Executory Contracts"); and (c) the settlement agreement (the "UAW Retiree Settlement Agreement"), between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"); (ii) approving certain procedures for the submission and acceptance of any competing bids (the "Sale Procedures"); (iii) approving a procedure for the assumption, assignment, and sale to the Purchaser pursuant to the MPA of the Assumable Executory Contracts; (iv) approving the form and manner of notice of the Motion and the relief requested therein and of the Sale Hearing; and (v) setting a deadline for the filing of objections, if any, to the relief requested in the Motion.

A. THE MASTER SALE AND PURCHASE AGREEMENT
The total consideration under the MPA for the sale of the Purchased Assets is equal to the sum of (i) a credit bid in the amount of the outstanding indebtedness owed to the Purchaser as of the closing pursuant to certain secured loans extended by the U.S. Treasury and Export Development Canada, less approximately $8 billion (estimated to be approximately $48.3 billion at July 31, 2009); (ii) the surrender of a warrant to purchase GM shares previously issued to the U.S. Treasury in connection with the secured loans extended by the U.S. Treasury; (iii) the issuance to GM of shares of common stock of the Purchaser representing approximately 10% of the common stock of the Purchaser as of the closing of the sale; (iv) the issuance to GM of warrants to purchase up to 15% of the shares of common stock of the Purchaser on a fully diluted basis, with one half exercisable at any time prior to the seventh anniversary of issuance at an initial exercise price based on a $15 billion equity value of the Purchaser and the other half exercisable at any time prior to the tenth anniversary of issuance at an initial exercise price based on a $30 billion equity value of the Purchaser (GM can elect partial and cashless exercises of the warrants); and (v) the assumption by the Purchaser of certain assumed liabilities, all as set forth more fully in the MPA (visit www.nysb.uscourts.gov or www.gmcourtdocs.com). In addition, if the aggregate amount of allowed general unsecured claims against the Debtors exceeds $35 billion, as estimated by an order of the Bankruptcy Court (which the Debtors may seek at any time), GM will receive an additional 2% of the common stock of the Purchaser as of the closing of the sale.

B. THE SALE HEARING
The Sale Hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on June 30, 2009, at 9:45 a.m. (Eastern Time). The Sale Hearing may be adjourned without notice by an announcement of the adjourned date at the Sale Hearing.

RESPONSES OR OBJECTIONS, IF ANY, TO THE RELIEF SOUGHT IN THE MOTION SHALL BE FILED with the Clerk of the Bankruptcy Court and served upon: (a) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (b) Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (c) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., and Gordon Z. Novod, Esq.); (d) Cleary Gottlieb Steen & Hamilton LLP, the attorneys for the UAW, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esq.); (e) Cohen, Weiss and Simon LLP, the attorneys for the UAW, 330 W. 42nd Street, New York, New York 10036 (Attn: Babette Ceccotti, Esq.); (f) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (g) the Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004; and (h) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), SO AS TO BE RECEIVED NO LATER THAN JUNE 19, 2009, AT 5:00 P.M. (EASTERN TIME) (the "Objection Deadline").

The failure of any person or entity to file a response or objection on or before the Objection Deadline shall be deemed a consent to the 363 Transaction and the other relief requested in the Motion, and shall bar the assertion, at the Sale Hearing or thereafter, of any objection to the Sale Procedures, the Motion, the 363 Transaction, the approval of the UAW Retiree Settlement Agreement, and the Debtors' consummation of the 363 Transaction.

C. COPIES OF THE MOTION AND SALE PROCEDURES ORDER
This Notice provides only a partial summary of the relief sought in the Motion and the terms of the Sale Procedures Order. Copies of the Motion, the MPA (excluding certain commercially sensitive information), and Sale Procedures Order are available for inspection (i) by accessing (a) the website of the Bankruptcy Court at www.nysb.uscourts.gov, or (b) the website of the Debtors' claims and noticing agent, The Garden City Group, Inc., at www.gmcourtdocs.com or (ii) by visiting the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408. Copies also may be obtained by faxing a written request to the attorneys for the Debtors, Weil, Gotshal & Manges LLP (Attn: Russell Brooks, Esq.) at 212-310-8007.

BY ORDER OF THE COURT

Dated:  New York, New York        WEIL, GOTSHAL & MANGES LLP
        June 2, 2009              767 Fifth Avenue
                                  New York, New York 10153
                                  Telephone: (212) 310-8000
                                  Facsimile: (212) 310-8007
                                  Attorneys for Debtors and Debtors in Possession

## BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, & Deadlines

Chapter 11 bankruptcy cases concerning the debtors listed below were filed on June 1, 2009. You may be a creditor of the Debtors. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. **You are not being sued or forced into bankruptcy.** All documents filed with the Bankruptcy Court, including lists of the Debtors' assets and liabilities, will be available for inspection at the Office of the Clerk of the Bankruptcy Court or by accessing the Bankruptcy Court's website, www.nysb.uscourts.gov, as well as (A) by written request to the Debtors' Claims and Noticing Agent, The Garden City Group, Inc., at the following addresses: (i) if sending by regular mail: GM Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286; (ii) if sending by overnight or hand delivery: GM Claims Agent, 105 Maxess Road, Melville, New York 11747, (B) by phone at 703-286-6401, or (C) by accessing its website, www.gmcourtdocs.com. Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website, www.pacer.psc.uscourts.gov). NOTE: The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and the Debtors' Claims and Noticing Agent cannot give legal advice.

Debtors:                          Case Number:       Tax ID Number:
General Motors Corporation        09-50026 (REG)     38-0572515
Chevrolet-Saturn of Harlem, Inc.  09-13558 (REG)     20-1426707
Saturn, LLC                       09-50027 (REG)     38-2577506
Saturn Distribution Corporation   09-50028 (REG)     38-2755764

All other names used by the Debtors in the last 8 years:
General Motors Corporation: GMC Truck Division and NAO Fleet Operations, GM Corporation-GM Auction Department, National Car Sales, Automotive Market Research; Chevrolet-Saturn of Harlem, Inc.: CKS of Harlem; Saturn, LLC: Saturn Corporation, Saturn Motor Car Corporation, GM Saturn Corporation, Saturn Corporation of Delaware.

**Attorney for Debtors.** Harvey R. Miller, Stephen Karotkin, Joseph H. Smolinsky, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8000, Facsimile: (212) 310-8007.

**Meeting of Creditors.** June 27, 2009, Time: 1:00 P.M., Location: Hilton New York, 1335 Avenue of the Americas, New York, NY 10019, (212) 586-7000.

**Deadline to File a Proof of Claim.** Notice of deadline will be sent at a later time. **Creditor with a Foreign Address:** Read the information under "Claims."

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:** Notice of deadline will be sent at a later time.

**Creditors May Not Take Certain Actions:** In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in these cases.

**Address of the Bankruptcy Clerk's Office:** United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Telephone: 212-668-2870, Hours Open: 8:30 am to 5:00 pm. **Clerk of the Bankruptcy Court:** Vito Genna.

**Filing of Chapter 11 Bankruptcy Case.** Bankruptcy cases under chapter 11 of the Bankruptcy Code (title 11, United States Code) have been filed in this court by the debtors listed above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business.

**Legal Advice.** The staff of the Clerk of the Bankruptcy Court, United States Trustee, and Debtors' Claims and Noticing Agent cannot give legal advice. Consult a lawyer to determine your rights in these cases.

**Creditors Generally May Not Take Certain Actions.** Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.

**Meeting of Creditors.** A meeting of creditors is scheduled for the date, time, and location listed above. The debtors' representative must be present at the meeting to be questioned under oath by the United States Trustee and by creditors. Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.

**Claims.** A Proof of Claim is a signed statement describing a creditor's claim. You can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all or is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Discharge of Debts.** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141 (d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141 (d) (6) (A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed above. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline.

**Bankruptcy Clerk's Office.** Any paper that you file in this bankruptcy case should be filed at the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disc (CD) in PDF format. If you are unable to file electronically or submit a copy of your filing on diskette or compact disc, filing may conventionally, provided that you submit your filing and affidavit of your inability to comply.

**Creditor with a Foreign Address.** Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in these cases.

09-50026-mg Doc 2757 Filed 06/29/09 Entered 06/29/09 20:55:21 Main Document Pg 6 of 14

SMALLBUSINESS

IN THE HUNT

Richard Sudek, a college professor and active angel investor, says forced excitement can turn off potential investors.

## In Pitching to Angel Investors, Preparation Top

By BRENT BOWERS

FOR entrepreneurs hoping to land start-up capital from angel investors, here's what two recent studies found: Don't get carried away when you pitch your product's marketability, and with solid arguments about the evidence of their commitment to their company in the form of sweat equity and their own investment, experts say.

And one misstep — like stammering, a vague reply instead of saying you do not know the answer — can also kill a deal, the authors of the studies say.

Angel investors are generally wealthy people seeking promising start-ups that are too small to attract the attention of venture capitalists in the United States and the largest source of seed and start-up capital for entrepreneurs (not counting their own savings or money from family and friends), according to Jeffrey Sohl, the director of the Center for Venture Research at the University of New Hampshire.

Even last year, as the recession gathered force, these angels spent $19.2 billion on more than 55,000 ventures, he said, down from $26 billion in 2007. The average investment for each deal last year was $346,500.

By contrast, venture capitalists made only 440 investments in start-ups last year, putting the bulk of their money in later stages of a company's growth in deals that averaged $7.5 million, Mr. Sohl said. "Angels provide the seed and start-up funding that turns acorns into trees like Starbucks, FedEx, Amazon and Google," Mr. Sohl said.

"Typically, entrepreneurs make their initial pitch to angels in an informal session. If their ideas are judged to have promise, they may be invited to give a PowerPoint presentation followed by a question-and-answer session.

With time at a premium, it is imperative for entrepreneurs to come prepared to both meetings

ONLINE: A PLAN AND A PRIZE
It takes more than a good idea to win a contest for business plans. Some tips on how and when to "pitch":
nytimes.com/smallbusiness

Ms. Chen, a professor at her university's business school, called the findings "surprising," especially since she and her colleagues often rely on such signals in their hiring decisions. "You can show your passion through preparedness, how well you've thought out your business plan," she said. "But the style of your presentation doesn't matter."

What angels are looking for, she said, is "evidence of a market opportunity with growth potential, a strong management team and an exit strategy, including the eventual sale of the companies they invest in is how they make money."

"Also, angels put a high value on trustworthiness," said Mr. Sudek of Chapman, a former entrepreneur himself and the chairman-elect of Tech Coast Angels, the largest angel group in the United States. "If you don't know the answer to a question, say so, and promise to get back to them. Don't fake it."

In fact, acknowledging gaps in your knowledge and other weaknesses, and letting angels know you need their help, can add to your credibility, he said.

Here are some other tips from the researchers:

¶Memorize an "elevator pitch" for your product and its potential in 90 seconds or less. It will bolster your confidence, and you can recycle it to win over customers,

vendors and en
¶Consider hi coach, but only angel investors ¶Attend "pitc that many busi angel groups sp ¶In presentat but realistic in y revenue project draw up project have thought it the Ray four tures Inc. in Mo Calif., has some entrepreneurs, only now startir $500,000 in his r

First, he said, more loudly tha on the market. company, which remedy called F Formula, had le $25,000 and is s bile acquirers, w crease that by t

Second, do no ple for money in spent your own. $105,000 of his s firm and raised family and frien

Third, he sai should be concis using software e

Fourth, seek o record of investi – In his case, co ucts.

And finally, he every angle. "If ask him for the a er angels who w Ray said. "My g starity in recen ing on Monday introductions to to get three pres close one deal."

## CNN's Sister Channel A 'View' Host Her Own

By BRIAN STELTER

Joy Behar, a longtime co-host of "The View," is joining HLN to present a 9 p.m. talk show.

HLN, the opinionated sister channel of CNN, hopes to raise its prime-time ratings with the addition of Ms. Behar, who is well known for her comedic and sometimes controversial liberal viewpoints. The network, a unit of Turner Broadcasting, is expected to announce the hiring on Thursday.

Ms. Behar will work a TV double shift, as she will continue to co-host "The View" on ABC in the mornings. In a brief telephone interview, Ms. Behar said the new 9 p.m. show, tentatively titled "The Joy Behar Show," will begin in the fall, most likely in September. She called it a "topical and fun" talk show.

"I'm not going to be dry. I hope, because I'm crazy," she said. On "The View," Ms. Behar is known for her sharply expressed liberal viewpoints.

HLN, formerly Headline News, has had strong ratings gains in recent years with a lineup of opinionated hosts in the evenings. The network's signature show at 8 p.m., "Nancy Grace," drew almost 900,000 viewers on an average day last month.

But the 9 p.m. hour has not performed as well. HLN started to replay Mr. Dobbs's CNN program in prime time last fall after Glenn Beck, a conservative commentator, moved to Fox News Channel from HLN. Last month,

the repeat of Mr drew no 1 ber Warner, which

Will their opinions change yours? nytimes.com/opinion Where the conversation begins.

[Legal notices in left columns - bankruptcy court notices for General Motors Corporation, Case No. 09-50026 (REG), filed in United States Bankruptcy Court, Southern District of New York, including Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors & Deadlines; Notice of Sale Hearing to Sell Substantially All of Debtors' Assets Pursuant to Master Sale and Purchase Agreement; and related motions dated June 2, 2009.]

# LEGAL NOTICES

GLOBAL, NATIONAL, REGIONAL
TO ADVERTISE CALL 1.800.366.3975
FAX: 214.640.7900
ADVERTISING.WSJ.COM

## BANKRUPTCIES

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re           Chapter 11 Case No.
GENERAL MOTORS    09-50026 (REG)
CORP., et al.,          (Jointly Administered)
Debtors.

**NOTICE OF INTERIM ORDER ESTABLISHING NOTIFICATION PROCEDURES AND APPROVING RESTRICTIONS ON CERTAIN TRANSFERS OF INTERESTS IN THE DEBTORS' ESTATES**

TO ALL PERSONS OR ENTITIES WITH EQUITY INTERESTS IN THE DEBTORS:

PLEASE TAKE NOTICE that on June 1, 2009 (the "Commencement Date"), General Motors Corporation ("GM") and certain of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors") commenced cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Section 362(a) of the Bankruptcy Code operates as a stay of any act to obtain possession of property of the Debtors' estates or of property from the Debtors' estates or to exercise control over property of the Debtors' estates.

PLEASE TAKE FURTHER NOTICE that on June 1, 2009 the United States Bankruptcy Court for the Southern District of New York (the "Court"), having jurisdiction over these chapter 11 cases, upon motion of the Debtors (the "Motion"), entered an interim order (i) finding that the Debtors' net operating loss carryforwards ("NOLs") and certain other tax attributes, including their foreign tax credit and other excess credit carryforwards (together with the NOLs, the "Tax Attributes") are property of the Debtors' estates and are protected by section 362(a) of the Bankruptcy Code; (ii) finding that trading in GM common stock (the "GM Stock") could severely limit the Debtors' ability to use the Tax Attributes for purposes of the Internal Revenue Code of 1986, as amended (the "Tax Code"); and (iii) enacting the procedures as set forth herein to preserve the Tax Attributes pursuant to sections 105(a) and 362(a) of the Bankruptcy Code retroactively effective as of the Commencement Date (the "Interim Order"). ANY ACQUISITION IN VIOLATION OF THE RESTRICTIONS SET FORTH BELOW SHALL BE NULL AND VOID AB INITIO AS AN ACT IN VIOLATION OF THE AUTOMATIC STAY UNDER SECTIONS 105(A) AND 362 OF THE BANKRUPTCY CODE.

PLEASE TAKE FURTHER NOTICE that the following procedures and restrictions have been approved by the Bankruptcy Court and shall apply to holding and trading in GM Stock:

(1) Notice of Substantial GM Stock Ownership. Any person or Entity (as such term is defined in section 382 of the Tax Code, including persons acting pursuant to a formal or informal understanding among themselves to make a coordinated acquisition) that beneficially owns, at any time on or after the Motion Date, GM Stock in an amount sufficient to qualify such person or Entity as a Substantial Equityholder (as hereinafter defined) shall file with the Court, and serve upon the Debtors, the attorneys for the Debtors, and the attorneys for the statutory committee of unsecured creditors appointed in these cases (the "Creditors' Committee"), a Notice of Substantial Stock Ownership (a "Substantial Ownership Notice") (visit www.nysb.uscourts.gov or www.gmcourtdocs.com), which describes specifically and in detail the GM Stock ownership of such person or Entity, on or before the date that is the later of: (a) ten (10) days after the entry of the Interim Order or the Final Order, as applicable, and (b) ten (10) days after that person or Entity qualifies as a Substantial Equityholder. At the holder's election, the Substantial Ownership Notice to be filed with the Court (but not such notice served upon the Debtors, the attorneys for the Debtors, and the attorneys for the Creditors' Committee) may be redacted to exclude such holder's taxpayer identification number and the number of shares of GM Stock that such holder beneficially owns.

(2) Acquisition of GM Stock or Options. At least fifteen (15) business days prior to the proposed date of any transfer of equity securities (including Options, as hereinafter defined, to acquire such securities) that would result in an increase in the amount of GM Stock beneficially owned by any person or Entity that currently is or subsequently becomes a Substantial Equityholder or that would result in a person or Entity becoming a Substantial Equityholder (a "Proposed Equity Acquisition Transaction"), such person, Entity or Substantial Equityholder (a "Proposed Equity Transferee") shall file with the Court, and serve upon the Debtors, the attorneys for the Debtors, and the attorneys for the Creditors' Committee, a Notice of Intent to Purchase, Acquire, or Otherwise Accumulate GM Stock (an "Equity Acquisition Notice") (visit www.nysb.uscourts.gov or www.gmcourtdocs.com), which describes specifically and in detail the proposed transaction in which GM Stock is to be acquired. At the holder's election, the Equity Acquisition Notice that is filed with the Court (but not such notice served upon the Debtors, the attorneys for the Debtors, and the attorneys for the Creditors' Committee) may be redacted to exclude such holder's taxpayer identification number and the number of shares of GM Stock that such holder beneficially owns and proposes to sell or otherwise transfer.

(3) Disposition of GM Stock or Options. At least fifteen (15) business days prior to the proposed date of any transfer or other disposition of equity securities (including Options to acquire such securities) that would result in a decrease in the amount of GM Stock beneficially owned by a person or Entity or that would result in a person or Entity ceasing to be a Substantial Equityholder (a "Proposed Equity Disposition Transaction," and together with a Proposed Equity Acquisition Transaction, a "Proposed Equity Transaction"), such person, Entity, or Substantial Equityholder (a "Proposed Equity Transferor," and together with a Proposed Equity Transferee, a "Proposed Equity Party") shall file with the Court, and serve upon the Debtors, the attorneys for the Debtors, and the attorneys for the Creditors' Committee, a Notice of Intent to Sell, Trade, or Otherwise Transfer GM Stock (an "Equity Disposition Notice," and together with an Equity Acquisition Notice, an "Equity Trading Notice") (visit www.nysb.uscourts.gov or www.gmcourtdocs.com), which describes specifically and in detail the proposed transaction in which GM Stock would be transferred. At the holder's election, the Equity Trading Notice that is filed with the Court (but not such notice served upon the Debtors, the attorneys for the Debtors, and the attorneys for the Creditors' Committee) may be redacted to exclude such holder's taxpayer identification number and the number of shares of GM Stock that such holder beneficially owns and proposes to sell or otherwise transfer.

(4) Objection Procedures. The Debtors and the Creditors' Committee shall have ten (10) business days after the filing of an Equity Trading Notice (the "Equity Objection Deadline") to file with the Court and serve on a Proposed Equity Transferee or a Proposed Equity Transferor, as the case may be, an objection to any proposed transfer of equity securities (including Options to acquire such securities) described in such Equity Trading Notice on the grounds that such transfer may adversely affect the Debtors' ability to utilize the Tax Attributes (an "Equity Objection") as a result of an ownership change under section 382 or section 383 of the Tax Code.

(i) If the Debtors or the Creditors' Committee file an Equity Objection by the Equity Objection Deadline, then the Proposed Equity Transaction shall not be effective unless approved by a final and nonappealable order of this Court.

(ii) If the Debtors or the Creditors' Committee do not file an Equity Objection by the Equity Objection Deadline, or if the Debtors and the Creditors' Committee provide written authorization to the Proposed Equity Transferee or the Proposed Equity Transferor, as the case may be, approving the Proposed Equity Transaction, prior to the Equity Objection Deadline, then such Proposed Equity Transaction may proceed solely as specifically described in the Equity Trading Notice. Any further Proposed Equity Transaction must be the subject of additional notices as set forth herein with an additional fifteen (15) business day waiting period.

(5) Unauthorized Transactions in GM Stock or Options. Effective as of the date of the filing of the Motion and until further order of the Court to the contrary, any acquisition, disposition, or other transfer of equity securities (including Options to acquire such securities) of the Debtors in violation of the procedures set forth herein shall be null and void ab initio as an act in violation of the automatic stay under sections 105(a) and 362 of the Bankruptcy Code.

(6) Definitions. For purposes of the Motion and the Order, the following terms have the following meanings:

(i) Substantial Equityholder. A "Substantial Equityholder" is any person or Entity that beneficially owns at least 27,000,000 shares of GM's common stock ("GM Common Stock") (representing approximately 4.5% of all issued and outstanding shares of GM's common stock).

(ii) Beneficial Ownership. "Beneficial ownership" (or any variation thereof of GM Stock and Options to acquire GM Stock) shall be determined in accordance with applicable rules under section 382 of the Tax Code, the U.S. Department of Treasury regulations ("Treasury Regulations") promulgated thereunder and rulings issued by the Internal Revenue Service, and, thus, to the extent provided in those rules, from time to time shall include, without limitation, (A) direct and indirect ownership (e.g., a holding company would be considered to beneficially own all stock owned or acquired by its subsidiaries), (B) ownership by a holder's family members and any group of persons acting pursuant to a formal or informal understanding to make a coordinated acquisition of stock, and (C) in certain cases, the ownership of an Option to acquire GM Stock.

(iii) Option. An "Option" to acquire stock includes any contingent purchase, warrant, convertible debt, put, stock subject to risk of forfeiture, contract to acquire stock, or similar interest regardless of whether it is contingent or otherwise not currently exercisable; and

(iv) GM Stock. "GM Stock" shall mean GM Common Stock. For the avoidance of doubt, by operation of the definition of beneficial ownership, an owner of an Option to acquire GM Stock may be treated as the owner of such GM Stock.

**FAILURE TO FOLLOW THE PROCEDURES SET FORTH IN THIS NOTICE WILL CONSTITUTE A VIOLATION OF THE AUTOMATIC STAY PRESCRIBED BY SECTION 362 OF THE BANKRUPTCY CODE.**

**ANY PROHIBITED ACQUISITION OR OTHER TRANSFER OF GM STOCK IN VIOLATION OF THE INTERIM ORDER WILL BE NULL AND VOID AB INITIO AND MAY LEAD TO CONTEMPT, COMPENSATORY DAMAGES, PUNITIVE DAMAGES, OR SANCTIONS BEING IMPOSED BY THE BANKRUPTCY COURT.**

**THE DEBTORS MAY WAIVE, IN WRITING, ANY AND ALL RESTRICTIONS, STAYS, AND NOTIFICATION PROCEDURES CONTAINED IN THE INTERIM ORDER, PROVIDED THAT PENDING AND AFTER THE 363 TRANSACTION, THE DEBTORS SHALL NOT GRANT ANY WAIVER WITHOUT THE WRITTEN CONSENT OF NEW GM, WHICH CONSENT SHALL NOT BE UNREASONABLY WITHHELD.**

PLEASE TAKE FURTHER NOTICE that a copy of the Motion (including exhibits) is available for inspection by accessing the website of the Bankruptcy Court at www.nysb.uscourts.gov, or of the Debtors' notice and claims agent, The Garden City Group, Inc., at www.gmcourtdocs.com.

PLEASE TAKE FURTHER NOTICE that pursuant to an order of the Court, if timely objections are received, there shall be a hearing held on June 25, 2009 at 9:45 a.m. (Eastern Time) to consider, on a final basis, the relief requested in the Motion. The hearing may be adjourned without notice by an announcement of the adjourned date at the hearing.

PLEASE TAKE FURTHER NOTICE that RESPONSES OR OBJECTIONS, IF ANY, TO THE RELIEF SOUGHT IN THE MOTION SHALL BE FILED with the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York and served upon: (a) the Debtors, c/o General Motors Corporation, 300 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (b) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (c) the U.S. Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Matthew Feldman, Esq.); (d) Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (e) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., and Gordon Z. Novod, Esq.); (f) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (g) the Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004; and (h) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), SO AS TO BE RECEIVED NO LATER THAN JUNE 18, 2009 AT 4:00 P.M. (EASTERN TIME).

PLEASE TAKE FURTHER NOTICE that the requirements set forth in this Notice are in addition to the requirements of Bankruptcy Rule 3001(e) and applicable securities, corporate, and other laws, and do not excuse compliance therewith.

BY ORDER OF THE COURT
Dated: New York, New York
June 2, 2009

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors
and Debtors in Possession

¹All capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Motion.

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Notice of Chapter 11 Bankruptcy Cases,
Meeting of Creditors, & Deadlines

Chapter 11 bankruptcy cases concerning the debtors listed below were filed on June 1, 2009. You may be a creditor of the Debtors. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. **You are not being sued or forced into bankruptcy.** All documents filed with the Bankruptcy Court, including lists of the Debtors' assets and liabilities, will be available for inspection at the Office of the Clerk of the Bankruptcy Court or by accessing the Bankruptcy Court's website, www.nysb.uscourts.gov, as well as (A) by written request to the Debtors' Claims and Noticing Agent, The Garden City Group, Inc., at the following addresses: (i) if sending by regular mail: GM Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286; (ii) if sending by overnight or hand delivery: GM Claims Agent, 105 Maxess Road, Melville, New York 11747, (B) by phone at 703-286-6401, or (C) by accessing its website, www.gmcourtdocs.com. Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website, www.pacer.psc.uscourts.gov). NOTE: The staff of the Bankruptcy Court's Office, the Office of the United States Trustee, and the Debtors' Claims and Noticing Agent cannot give legal advice.

| Debtors: | Case Number: | ID Number: |
|---|---|---|
| General Motors Corporation | 09-50026 (REG) | 38-0572515 |
| Chevrolet-Saturn of Harlem, Inc. | 09-13558 (REG) | 20-1426707 |
| Saturn, LLC | 09-50027 (REG) | 13-5267158 |
| Saturn Distribution Corporation | 09-50028 (REG) | 38-2755764 |

All other names used by the Debtors in the last 8 years:
**General Motors Corporation:** GMC Truck Division and NAO Fleet Operations, GM Corporation-GM Auction Department, National Car Rental, National Car Sales, Automotive Market Research; Chevrolet-Saturn of Harlem, Inc.: CNS of Harlem; Saturn, LLC: Saturn Corporation, Saturn Motor Car Corporation, GM Saturn Corporation, Saturn Corporation of Delaware.

**Attorney for Debtors:** Harvey R. Miller, Stephen Karotkin, Joseph H. Smolinsky, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8000, Facsimile: (212) 310-8007.

**Meeting of Creditors.** Date: July 27, 2009; Time: 1:00 P.M., Location: Hilton New York, 1335 Avenue of the Americas, New York, NY 10019, (212) 586-7000.

**Deadline to File a Proof of Claim.** Notice of deadline will be sent at a later time. **Creditor with a Foreign Address:** Read the information under "Claims."

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:** Notice of deadline will be sent at a later time.

**Creditors May Not Take Certain Actions:** In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in these cases.

**Address of the Bankruptcy Clerk's Office:** United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Telephone: 212-668-2870, Hours Open: 8:30 am to 5:00 pm.
Clerk of the Bankruptcy Court: Vito Genna

**Filing of Chapter 11 Bankruptcy Case.** Bankruptcy cases under chapter 11 of the Bankruptcy Code (title 11, United States Code) have been filed in this court by the debtors listed above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business.

**Legal Advice.** The staff of the Clerk of the Bankruptcy Court and of the United States trustee cannot give legal advice. Consult a lawyer to determine your rights in these cases.

**Creditors Generally May Not Take Certain Actions.** Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.

**Meeting of Creditors.** A meeting of creditors is scheduled for the date, time, and location listed above. The debtors' representative must be present at the meeting to be questioned under oath by the United States Trustee and by creditors. Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.

**Claims.** A Proof of Claim is a signed statement describing a creditor's claim. You can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Discharge of Debts.** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141 (d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under chapter 11 of the Bankruptcy Code § 1141 (d) (6) (A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed above. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline.

**Bankruptcy Clerk's Office.** Any paper that you file in these bankruptcy cases should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply.

**Creditor with a Foreign Address.** Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in these cases.

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re          Chapter 11
MASONITE CORPORATION, et al.,¹    Case No. 09-10844 (PJW)
Debtors.         Jointly Administered

**NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM**

**THE GENERAL CLAIMS BAR DATE IS JULY 6, 2009**
**THE GOVERNMENTAL CLAIMS BAR DATE IS SEPTEMBER 13, 2009**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Filing of the Bar Date Notice.** On May 29, 2009, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. 365] (the "Bar Date Order") establishing certain deadlines for the filing of proofs of claim in the chapter 11 cases of the following debtors and debtors in possession (collectively, the "Masonite Debtors"):

| Debtor | Case No. |
|---|---|
| Cutting Edge Tooling, Inc. | 09-10853 (PJW) |
| Door Installation Specialist Corporation | 09-10856 (PJW) |
| Eger Properties | 09-10846 (PJW) |
| Florida Made Door Co. | 09-10854 (PJW) |
| Masonite Air LLC | 09-10855 (PJW) |
| Masonite Corporation | 09-10844 (PJW) |
| Masonite Corporation Foreign Holdings Ltd. | 09-10845 (PJW) |
| Masonite Holding Company Limited | 09-10851 (PJW) |
| Masonite Holding Corporation | 09-10848 (PJW) |
| Masonite International Corporation | 09-10858 (PJW) |
| Masonite International Inc. | 09-10859 (PJW) |
| Masonite Primeboard, Inc. | 09-10847 (PJW) |
| Pinto Acquisition Company, Inc. | 09-10845 (PJW) |
| Premdor Finance LLC | 09-10849 (PJW) |
| Woodlands Millwork I, Ltd. | 09-10850 (PJW) |
| WMW, Inc. | 09-10847 (PJW) |

**The Bar Dates.** Pursuant to the Bar Date Notice, all entities (except governmental units), including individuals, partnerships, estates, and trusts who have a claim or potential claim against the Masonite Debtors that arose prior to March 16, 2009, no matter how remote or contingent such liability to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM on or before July 6, 2009** (the "General Claims Bar Date"). Governmental entities who have a claim or potential claim against the Masonite Debtors that arose prior to March 16, 2009, no matter how remote or contingent such liability to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **September 13, 2009** (the "Governmental Bar Date").

ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE GENERAL CLAIMS BAR DATE OR THE GOVERNMENTAL BAR DATE, AS APPLICABLE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND DISTRIBUTION.

**Filing a Proof of Claim.** Each Proof of Claim must be filed, including supporting documentation, by U.S. Mail or other hand delivery system, so as to be **actually received** by the Masonite Debtors' notice and claims agent, Kurtzman Carson Consultants LLC ("KCC") on or before the Claims Bar Date or the Governmental Bar Date (or, where applicable, on or before any bar date as set forth herein) at the following address:
Masonite Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, California 90245

**Contents of Proofs of Claim.** Each proof of claim must (i) be written in English; (ii) include a claim amount denominated in United States dollars or, if consistent with the ordinary course of business between the Masonite Debtors and the claimant, Canadian dollars; (iii) clearly identify the Masonite Debtor against which the claim is asserted; (iv) conform substantially with the proof of claim form attached to the Bar Date Notice or Official Form No. 10; (v) be signed by the claimant or by an authorized agent or legal representative of the claimant; and (vi) include as attachments any and all supporting documentation on which the claim is based. **Please note** – Each proof of claim must state a claim against only one Masonite Debtor and clearly indicate the Masonite Debtor against which the claim is asserted. To the extent more than one Masonite Debtor is listed on the proof of claim, the proof of claim is filed under the joint administration case number (No. 09-10844) or the proof of claim may be deemed as filed only against Masonite Debtor, the proof of claim may be deemed as filed only against Masonite Corporation.

**Additional Information.** If you have any questions regarding the claims process or this Notice, or need additional documents you may do so by: (i) calling the Masonite Debtors' restructuring hotline at (888) 830-4646; (ii) visiting the Masonite Debtors' restructuring website at: http://www.kccllc.net/masonite; and/ or (iii) writing to Masonite Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245. Une ligne d'informations en français pour les résidents de la province du Québec est également disponible en français. Ces informations seront disponibles à l'adresse suivante: http://www.kccllc.net/masonite. Veuillez composer le: (866) 967-1782 (sans frais pour les appels en provenance des États-Unis, du Canada, des Caraïbes et des Bahamas) ou le (310) 751-2682 (tous les autres pays). **Please note** – Kurtzman Carson Consultants LLC can **not** offer legal advice or advise whether you should file a proof of claim.

Dated: Wilmington, Delaware, May 29, 2009    BY ORDER OF THE COURT
RICHARDS, LAYTON & FINGER, P.A.: Daniel J. DeFranceschi (Bar No. 2732), Katisha D. Fortune (Bar No. 4857), One Rodney Square, 920 North King Street, Wilmington, Delaware, (302) 651-7700, Facsimile: (302) 651-7701.
KIRKLAND & ELLIS LLP: Richard M. Cieri (admitted pro hac vice), Jonathan S. Henes (admitted pro hac vice), Christopher J. Marcus (admitted pro hac vice), Citigroup Center, 153 East 53rd Street, New York, New York 10022-4611, Telephone: (212) 446-4800

¹ The Masonite Debtors, together with the last four digits of each Masonite Debtor's federal tax identification number, are: Masonite Corporation (8020); Premdor Finance LLC (4966); Eger Properties (6847); WMW, Inc. (3326); Woodlands Millwork I, Ltd. (6787); Masonite Primeboard, Inc. (5752); Masonite Corporation Foreign Holdings Ltd. (0667); Masonite Holding Company Limited (3243); Florida Made Door Co. (7960); Cutting Edge Tooling, Inc. (8818); Pinto Acquisition Company, Inc. (7932); Masonite Air LLC (N/A); Door Installation Specialist Corporation (2354); Masonite Holding Corporation (N/A); Masonite International Inc. (N/A); and Masonite International Corporation (7314). The Masonite Debtors' principal executive offices are located in Mississauga, Ontario and Tampa, Florida and the service address for all Masonite Debtors is: One N. Dale Mabry Highway, Suite 950, Tampa, Florida 33609.

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re           Chapter 11 Case No.
GENERAL MOTORS CORP., et al.,    09-50026 (REG)
Debtors.           (Jointly Administered)

**NOTICE OF SALE HEARING TO SELL SUBSTANTIALLY ALL OF DEBTORS' ASSETS PURSUANT TO MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER**

PLEASE TAKE NOTICE THAT upon the motion (the "Motion"), of General Motors Corporation ("GM") and its debtor subsidiaries, as debtors in possession (collectively, the "Debtors" or the "Company"), dated June 1, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has issued an order dated June 2, 2009 (the "Sale Procedures Order"), among other things, (i) scheduling a hearing (the "Sale Hearing") to approve (a) the Master Sale and Purchase Agreement, dated as of June 1, 2009 (the "MPA"), by and among GM and its Debtor subsidiaries (collectively, the "Sellers") and Vehicle Acquisition Holdings LLC (the "Purchaser"), a purchaser sponsored by the United States Department of the Treasury (the "U.S. Treasury"), with respect to the sale of substantially all the Debtors' assets (the "Purchased Assets") free and clear of all liens, claims, encumbrances, and other interests, and subject to higher or better offers (the "363 Transaction"); (b) the assumption, assignment, and sale to the Purchaser pursuant to the MPA of certain executory contracts and unexpired leases of personal property, and nonresidential real property (the "Assumable Executory Contracts"); and (c) the settlement agreement (the "UAW Retiree Settlement Agreement"), between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"); (ii) approving certain procedures for the submission and acceptance of any competing bids (the "Sale Procedures"); (iii) approving a procedure for the assumption, assignment, and sale to the Purchaser pursuant to the MPA of the Assumable Executory Contracts; (iv) approving the form and manner of notice of the Motion and the relief requested therein and of the Sale Hearing; and (v) setting a deadline for the filing of objections, if any, to the relief requested in the Motion.

A. THE MASTER SALE AND PURCHASE AGREEMENT
The total consideration under the MPA for the sale of the Purchased Assets is equal to the sum of (i) a credit bid in the amount of the outstanding indebtedness owed to the Purchaser as of the closing pursuant to certain secured loans extended by the U.S. Treasury in connection with the bridge loans extended by the U.S. Treasury to the Debtors approximately $48.3 billion at July 31, 2009); (ii) the surrender of a warrant to purchase GM shares previously issued to the U.S. Treasury in connection with the bridge loans extended by the U.S. Treasury; (iii) the issuance to GM of common stock of the Purchaser representing approximately 10% of the common stock of the Purchaser as of the closing of the sale; (iv) the issuance to GM of warrants to purchase up to 15% of the shares of common stock of the Purchaser on a fully diluted basis, with one-half exercisable at any time prior to the tenth anniversary of issuance at an initial exercise price based on a $30 billion equity value of the Purchaser (GM can elect direct and cashless exercises of the warrants); and (v) the assumption by the Purchaser of certain assumed liabilities, all as set forth more fully in the MPA (visit www.nysb.uscourts.gov or www.gmcourtdocs.com. In addition, if the aggregate amount of allowed general unsecured claims against the Debtors exceeds $35 billion, as estimated by an order of the Bankruptcy Court (which the Debtors may seek at any time), GM will receive an additional 2% of the common stock of the Purchaser as of the closing of the sale.

B. THE SALE HEARING
The Sale Hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on June 30, 2009, at 9:45 a.m. (Eastern Time). The Sale Hearing may be adjourned without notice by an announcement of the adjourned date at the Sale Hearing.

RESPONSES OR OBJECTIONS, IF ANY, TO THE RELIEF SOUGHT IN THE MOTION SHALL BE FILED with the Clerk of the Bankruptcy Court and served upon: (a) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (b) Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (c) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., and Gordon Z. Novod, Esq.); (d) Davis Gottlieb Steen & Hamilton LLP, attorneys for the UAW, One Liberty Plaza, New York, New York 10006 (Attn: James Bromley, Esq.); (e) Cohen, Weiss and Simon LLP, the attorneys for the UAW, 330 W. 42nd Street, New York, New York 10036 (Attn: Babette Ceccotti, Esq.); (f) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (g) the Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004; and (h) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), SO AS TO BE RECEIVED NO LATER THAN JUNE 19, 2009, AT 5:00 P.M. (EASTERN TIME) (the "**Objection Deadline**").

The failure of any person or entity to file a response or objection on or before the Objection Deadline shall be deemed a consent to the 363 Transaction and the other relief requested in the Motion, and shall bar the assertion, at the Sale Hearing or thereafter, of any objection to the Sale Procedures, the Motion, the 363 Transaction, the approval of the MPA, the UAW Retiree Settlement Agreement, and the Debtors' consummation of the 363 Transaction.

C. COPIES OF THE MOTION AND SALE PROCEDURES ORDER
This Notice provides only a partial summary of the relief sought in the Motion and the terms of the Sale Procedures Order. Copies of the Motion, the MPA (excluding certain commercially sensitive information), and the Sale Procedures Order are available for inspection (i) by accessing (a) the website of the Bankruptcy Court at www.nysb.uscourts.gov, or (b) the website of the Debtors' claims and noticing agent, The Garden City Group, Inc., at www.gmcourtdocs.com or (ii) by visiting the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408. Copies also may be obtained by faxing a written request to the attorneys for the Debtors, Weil, Gotshal & Manges LLP (Attn: Russell Brooks, Esq.) at 212-310-8007.

BY ORDER OF THE COURT
Dated: New York, New York
June 2, 2009

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors
and Debtors in Possession

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re          Chapter 11
LANDSOURCE COMMUNITIES    Case No. 08-11111 (KJC)
DEVELOPMENT LLC, et al.,      Jointly Administered
Debtors.

**Voting Deadline: July 6, 2009 at 5:00 p.m. (PT)**
**Objection Deadline: July 6, 2009 at 4:00 p.m. (ET)**
**Confirmation Hearing: July 13, 2009 at 10:00 a.m. (ET)**

**NOTICE OF: (I) APPROVAL OF DISCLOSURE STATEMENT; (II) HEARING TO CONSIDER CONFIRMATION OF THE SECOND AMENDED PLAN; (III) DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF THE SECOND AMENDED PLAN; AND (IV) DEADLINE FOR VOTING ON THE SECOND AMENDED PLAN**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. By Order dated June 2, 2009 (the "**Disclosure Statement Order**"), the United States Bankruptcy Court for the District of Delaware (the "**Court**") approved the Proposed Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Second Amended Joint Chapter 11 Plans of Reorganization for LandSource Communities Development LLC and Each of its Affiliated Debtors Proposed by Barclays Bank PLC, as Administrative Agent, Under the Super-Priority Debtor-in-Possession First Lien Credit Agreement (including all exhibits thereto and as amended, modified or supplemented from time to time, the "**Disclosure Statement**") as containing adequate information within the meaning of section 1125 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

2. By the Disclosure Statement Order, the Court established **July 6, 2009 at 5:00 p.m. (prevailing Pacific Time)** (the "**Voting Deadline**") as the deadline by which ballots accepting or rejecting the Second Amended Plan must be received. To be counted, your original ballot must actually be received on or before the Voting Deadline by Kurtzman Carson Consultants, LLC at the following address if delivered by first class mail:
LandSource Ballot Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Ballots sent by facsimile, email or other electronic transmission will not be counted.

3. On **July 13, 2009 at 10:00 a.m. (prevailing Eastern Time)** or as soon thereafter as counsel may be heard, a hearing will be held before the Honorable Kevin J. Carey in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801 to consider confirmation of the Second Amended Plan, as the same may be amended or modified (the "**Confirmation Hearing**"). The Confirmation Hearing may be adjourned from time to time, without further notice.

4. The Second Amended Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Second Amended Plan, and other applicable law without further notice, prior to or as a result of the Confirmation Hearing.

5. Objections, if any, to confirmation of the Second Amended Plan, including any supporting memorandum, must be in writing, be filed with the Clerk of the Court, Third Floor, 824 North Market Street, Wilmington 19801 together with proof of service on or before **July 6, 2009 at 4:00 p.m. (prevailing Eastern time)** (the "**Objection Deadline**") provided, however, that the Committee and Second Lien Administrative Agent must file objections, if any, to confirmation of the Second Amended Plan **on or before July 7, 2009 at 7:00 p.m. (prevailing Eastern Time)** and shall (a) state the name and address of the objecting party and the amount and nature of the claim or interest of such party; (b) state with particularity the provision or provisions of the Second Amended Plan objected to and to any objection asserted, the legal and factual basis for such objection; and (c) be served upon (i) counsel for the Administrative Agent and Plan Proponent: Greenberg Traurig LLP, 200 Park Avenue, New York, NY 10166, Attn: Bruce R. Zirinsky, Esq. and Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, DE 19899, Attn: Edwin J. Harron, Esq.; (ii) counsel for the Debtors: Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, NY 10153, Attn: Marcia L. Goldstein, Esq. and Richards, Layton & Finger PA, One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attn: Mark D. Collins, Esq.; (iii) counsel to the Official Committee of Unsecured Creditors: Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899, Attn: Laura Davis Jones, Esq. and Pachulski Stang Ziehl & Jones, LLP, 10100 Santa Monica Boulevard, Suite 1100, Los Angeles, CA 90067, Attn: Richard Pachulski, Esq.; (iv) counsel for the Second Lien Agent: Paul, Weiss, Rifkand & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019, Attn: Andrew N. Rosenberg, Esq. and Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801, Attn: Richard S. Cobb, Esq.; (v) counsel for Lennar Corporation: O'Melveny & Myers, LLP, 400 South Hope Street, Los Angeles, CA 90071, Attn: Ben Logan, Esq. and (vi) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street Suite 2207, Lockbox 35, Wilmington, DE 19899, Attn: David L. Buchbinder, Esq. in a manner as will cause such objections to be received by all such parties on or before the Objection Deadline. Any objections not filed and served as set forth above will not be considered by the Court.

6. The Disclosure Statement and the Second Amended Plan are on file with the Clerk of the Bankruptcy Court for the District of Delaware, and may be examined by any interested party at the Clerk's office at any time during regular business hours, by accessing http://www.kccllc.net/landsource or by calling 888-625-9272.

7. Counsel to the Debtors: California Land Company; Friendswood Development Company, LLC; Kings Wood Development Company, L.L.C.; LandSource Communities Development LLC, LandSource Communities Development Sub LLC, LandSource Holding Company, LLC; Lennar Land Partners II; Lennar Mare Island, LLC; Lennar Moorpark, LLC; LNR-Lennar Washington Square, LLC; LNR-Orchards, LLC; NWHL GP LLC; The Newhall Land and Farming Company (A California Limited Partnership); The Newhall Land and Farming Company; Southwest Communities Development LLC; Stevenson Ranch Venture LLC; Tournament Players Club at Valencia, LLC; Valencia Corporation; and Valencia Realty Company.

⁸ The deadline for the Committee and Second Lien Administrative Agent to file objections to confirmation of the Plan, if any, is July 7, 2009 at 7:00 p.m. (ET).

---

## NOTICE OF SALE

**Sale 1: Tuesday, June 16, 2009 11:00 AM EST**
Synthetics – Home Equity (CDO (5)
Interest basis shortfall cap is fixed on HE ABS, variable on CDO

| Lot # | CUSIP | Issuer | Fixed Rate | Type | Implied Writedown | Final Legal Maturity Date of Reference Obligation | Original Reference Obligation Amount | Current Reference Obligation Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 07845ZAE9 | BLHV 2006-1a E | 4.850% | HE ABS | Yes | 5/25/2036 | 10,000,000 | 3,698,459 |
| 2 | 17307GQV3 | CMLTI 2005-HE1 M7 | 2.350% | HE ABS | Yes | 5/25/2035 | 10,000,000 | 4,041,433 |
| 3 | 35729PJK7 | FHLT 2005-1 M9 | 2.500% | HE ABS | Yes | 6/25/2035 | 10,000,000 | 4,307,439 |
| 4 | 362420SA2 | GSAMP 2006-HE1 M7 | 2.050% | HE ABS | Yes | 12/25/2034 | 10,000,000 | 238,255 |
| 5 | 45071KBS2 | IXIS 2005-HE2 B3 | 2.300% | HE ABS | Yes | 12/25/2035 | 4,497,000 | 4,497,000 |
| 6 | 46626LFV7 | JPMAC 2006-FRE1 M8 | 0.700% | HE ABS | Yes | 5/25/2035 | 10,000,000 | 8,736,070 |
| 7 | 54251AVH6 | LBMLT 2005-1 M9 | 2.350% | HE ABS | Yes | 6/25/2035 | 10,000,000 | 3,474,162 |
| 8 | 59020URT4 | MLMI 2005-NC1 B2 | 0.000% | HE ABS | Yes | 10/25/2035 | 10,000,000 | 3,739,469 |
| 9 | 61744CPQ3 | MSAC 2005-HE5 B3 | 2.850% | HE ABS | Yes | 9/25/2035 | 10,000,000 | 4,201,279 |
| 10 | 61744CNK8 | MSAC 2005-HE2 B3 | 0.250% | HE ABS | Yes | 3/25/2035 | 10,000,000 | 5,062,097 |
| 11 | 65106AWA3 | NCMT 2006-1 M9 | 2.050% | HE ABS | Yes | 5/25/2035 | 10,000,000 | 7,676,908 |
| 12 | 65536HBL1 | NHELI 2005-HE1 M9 | 2.700% | HE ABS | Yes | 7/25/2035 | 10,000,000 | 6,523,605 |
| 13 | 76110WZ66 | SASC 2005-KS6 M9 | 2.125% | HE ABS | Yes | 10/25/2035 | 10,000,000 | 10,000,000 |
| 14 | 83611MKN7 | SURF 2005-A5 B | 1.650% | HE ABS | Yes | 6/25/2035 | 10,000,000 | 7,000,000 |
| 15 | 84751PEX3 | SURF 2005-BC1 B3 | 0.750% | HE ABS | Yes | 6/25/2035 | 10,000,000 | 7,177,111 |
| 16 | 3622X4AJ2 | GSCSF 2006-2a E | 2.950% | CDO | N/A | 6/6/2041 | 7,000,000 | 7,000,000 |
| 17 | 45337RMAN1 | INDE7 7A E | 2.850% | CDO | N/A | 1/10/2045 | 10,000,000 | 93,008 |
| 18 | 46426XAF3 | ICM 2006-3A D | 2.850% | CDO | N/A | 7/3/2046 | 7,977,528 | 7,829,796 |
| 19 | 490562AJ4 | KENT 2006-2A D | 3.050% | CDO | N/A | 6/8/2046 | 3,875,000 | 3,830,005 |
| 20 | 58937Z4F3 | MCY 2006-3A D | 2.750% | CDO | N/A | 7/27/2048 | 5,000,000 | 4,972,709 |
| 21 | 61239QAH0 | MONT 2006-1A E | 2.750% | CDO | N/A | 4/25/2046 | 10,005,488 | 9,750,550 |

**Sale 2: Tuesday, June 16, 2009 02:00 PM EST**
CASH – CDO (10) HE ABS (1)

| Lot # | CUSIP | Issuer | Coupon | Type | Maturity Date | Original Face | Current Balance |
|---|---|---|---|---|---|---|---|
| 22 | 07845ZAE9 | BLHV 2006-1A D | 4.446% | CDO | 7/5/2046 | 10,000,000 | 11,085,186 |
| 23 | 3622X4AJ2 | GSCSF 2006-2A E | 4.434% | CDO | 6/8/2045 | 3,000,000 | 3,000,000 |
| 24 | 46426XAF3 | ICM 2006-3A D | 3.761% | CDO | 7/3/2046 | 2,022,472 | 2,188,644 |
| 25 | 46426XAD2 | ICM 2006-S1 B1 L | 5.139% | CDO | 4/10/2045 | 10,000,000 | 10,283,666 |
| 26 | 45337MAN1 | INDE7 7A E | 4.808% | CDO | 1/10/2045 | 9,000,000 | 6,644,952 |
| 27 | 542661AP9 | LHILL 2006-1A B | 4.911% | CDO | 10/7/2045 | 10,000,000 | 10,921,122 |
| 28 | 58937Z4F3 | MCY 2006-3A D | 4.342% | CDO | 7/27/2046 | 10,000,000 | 9,976,202 |
| 29 | 38934W1AA6 | MERC 2006-1CD E | 4.372% | CDO | 7/21/2045 | 10,000,000 | 9,855,834 |
| 30 | 38934W1AA6 | GSCSF 2006-2A E | 4.372% | CDO | 6/15/2046 | 5,000,000 | 5,000,000 |
| 31 | 45071KBS2 | IXIS 2005-HE2 B3 | 2.059% | HE ABS | Yes | 5/25/2035 | 5,503,000 | 5,503,000 |

**Location of Sale.** The sale will be held at 600 Travis Street, Suite 5800, Houston, Texas 77002.

**To Place a Bid or for Additional Information.** In addition to any other terms and conditions that may be advised that the sale of the property listed above (including, for the avoidance of doubt, the disposition of a synthetic security via a novation) may be made only to the best bidder who is also a qualified bidder and may be subject to a reserve price. If you are interested in bidding on the securities listed above or for additional information, including with respect to qualified bidder status or the complete terms of any synthetic security, and to obtain copies of an Investor/Counterparty Representation and Confidentiality Agreement and a bid sheet, contact Peter Badger, Ansel Eskelman, or Lee Oliver with Sanders Morris Harris at Lee.Oliver@smhgroup.com or (713) 993-4537.

**Disclaimer:** The Bank of New York Mellon Trust Company, National Association as trustee (the "Trustee") is authorized at such sale, if the Trustee deems it advisable or is required by applicable law to do so (i) to restrict (a) in the case of the securities, the prospective bidders on or purchasers of any of the above identified securities to those who will represent and agree that they are purchasing for their own account for investment and not with a view to the distribution or resale of any such assets or (b) in the case of the synthetic securities, the transfer of the swap and/or its counterparties to, any of the above identified synthetic securities to those who will represent and agree that they are entering into such transaction for its own account, (ii) to verify that each certificate for each security to be sold that has not been registered under the Securities Act of 1933 bears a legend substantially to the effect that such security has not been registered under the Securities Act of 1933 and may not be disposed of in violation of the provisions of said Act, (iii) to disclaim and to refuse to give any warranty (other than as to title), and (iv) to impose such other limitations or conditions in connection with any such sale or novation as the Trustee deems necessary or advisable.

EXPLORE NEW OPPORTUNITIES NOW ON WSJ.COM/CAREERS, The Wall Street Journal's premier site for top-tier professionals. Here, you can register for unlimited access to up-to-date job listings, top recruiters, and important networking events. Plus, you'll find expert Journal articles and insightful discussion groups that can help perfect your search. To get started, visit wsj.com/careers and click on POST YOUR RESUME. Follow the prompts, then prepare to hear from today's top recruiters.

THE WALL STREET JOURNAL Career Journal

GO WHERE TOP COMPANIES SEARCH FOR YOU

| | |
|---|---|
| Advertiser: | USA Today - Classified |
| Agency: | N/A |
| Section-Page-Zone(s): | D-6-All |
| Description: | marketplace today 6/11 |
| Ad Number: | 524087 |
| Insertion Number: | N/A |
| Size: | 1.000 |
| Color Type: | BW |

Thursday, June 11, 2009

USA TODAY NO. 1 IN THE USA

# MARKETPLACE TODAY

www.rja-ads.com/usatoday | Hours of operation: Mon. - Fri., 8:30 am - 6:00 pm [EST]
To advertise call **1.800.397.0070** Toll-free in the U.S. only

## NOTICES

### LEGAL NOTICE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
Notice of Chapter 11 Bankruptcy Cases,
Meeting of Creditors, & Deadlines

Chapter 11 bankruptcy cases concerning the debtors listed below were filed on June 1, 2009. You may be a creditor of the Debtors. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. **You are not being sued or forced into bankruptcy.** All documents filed with the Bankruptcy Court, including lists of the Debtors' assets and liabilities, will be available for inspection at the Office of the Clerk of the Bankruptcy Court or by accessing the Bankruptcy Court's website, www.nysb.uscourts.gov, as well as (A) by written request to the Debtors' Claims and Noticing Agent, The Garden City Group, Inc., at the following addresses: (i) if sending by regular mail: GM Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286; (ii) if sending by overnight or hand delivery: GM Claims Agent, 105 Maxess Road, Melville, New York 11747, (B) by phone at 703-286-6401, or (C) by accessing its website, www.gmcourtdocs.com. Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website, www.pacer.psc.uscourts.gov). NOTE: The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and the Debtors' Claims and Noticing Agent cannot give legal advice.

| Debtors: | Case Number: | Tax ID Number: |
|---|---|---|
| General Motors Corporation | 09-50026 (REG) | 38-0572515 |
| Chevrolet-Saturn of Harlem, Inc. | 09-13558 (REG) | 20-1426707 |
| Saturn, LLC | 09-50027 (REG) | 38-2577506 |
| Saturn Distribution Corporation | 09-50028 (REG) | 38-2755764 |

All other names used by the Debtors in the last 8 years:
General Motors Corporation: GMC Truck Division and NAO Fleet Operations, GM Corporation-GM Auction Department, National Car Rental, National Car Sales, Automotive Market Research; Chevrolet-Saturn of Harlem, Inc.: CKS of Harlem; Saturn, LLC: Saturn Corporation, Saturn Motor Car Corporation, GM Saturn Corporation, Saturn Corporation of Delaware.

**Attorney for Debtors.** Harvey R. Miller, Stephen Karotkin, Joseph H. Smolinsky, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8000, Facsimile: (212) 310-8007.

**Meeting of Creditors.** Date: July 27, 2009, Time: 1:00 P.M., Location: Hilton New York, 1335 Avenue of the Americas, New York, NY 10019, (212) 586-7000.

**Deadline to File a Proof of Claim.** Notice of deadline will be sent at a later time. **Creditor with a Foreign Address:** Read the information under "Claims."

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:** Notice of deadline will be sent at a later time.

**Creditors May Not Take Certain Actions:** In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in these cases.

**Address of the Bankruptcy Clerk's Office:** United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Telephone: 212-668-2870, Hours Open: 8:30 am to 5:00 pm.

Clerk of the Bankruptcy Court: Vito Genna

**Filing of Chapter 11 Bankruptcy Case.** Bankruptcy cases under chapter 11 of the Bankruptcy Code (title 11, United States Code) have been filed in this court by the debtors listed above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business.

**Legal Advice.** The staff of the Clerk of the Bankruptcy Court cannot give legal advice. Consult a lawyer to determine your rights in these cases.

**Creditors Generally May Not Take Certain Actions.** Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.

**Meeting of Creditors.** A meeting of creditors is scheduled for the date, time, and location listed above. The *debtors' representative must be present at the meeting to be questioned under oath by the United States Trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.

**Claims.** A Proof of Claim is a signed statement describing a creditor's claim. You can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Discharge of Debts.** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141 (d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141 (d) (6) (A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed above. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline.

**Bankruptcy Clerk's Office.** Any paper that you file in these bankruptcy cases should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply.

**Creditor with a Foreign Address.** Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in these cases.

### LEGAL NOTICE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re | Chapter 11 Case No.
**GENERAL MOTORS CORP.,** *et al.*, | 09-50026 (REG)
Debtors. | (Jointly Administered)

**NOTICE OF SALE HEARING TO SELL SUBSTANTIALLY ALL OF DEBTORS' ASSETS PURSUANT TO MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER**

PLEASE TAKE NOTICE THAT upon the motion (the "Motion"), of General Motors Corporation ("GM") and its debtor subsidiaries, as debtors in possession (collectively, the "Debtors" or the "Company"), dated June 1, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has issued an order dated June 2, 2009 (the "Sale Procedures Order"), among other things, (i) scheduling a hearing (the "Sale Hearing") to approve (a) the Master Sale and Purchase Agreement, dated as of June 1, 2009 (the "MPA"), by and among GM and its Debtor subsidiaries (collectively, the "Sellers") and Vehicle Acquisition Holdings LLC (the "Purchaser"), a purchaser sponsored by the United States Department of the Treasury (the "U.S. Treasury"), with respect to the sale of substantially all the Debtors' assets (the "Purchased Assets") free and clear of all liens, claims, encumbrances, and other interests, and subject to higher or better offers (the "363 Transaction"); (b) the assumption, assignment, and sale to the Purchaser pursuant to the MPA of certain executory contracts and unexpired leases of personal property and nonresidential real property (the "Assumable Executory Contracts"); and (c) the settlement agreement (the "UAW Retiree Settlement Agreement"), between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"); (ii) approving certain procedures for the submission and acceptance of any competing bids (the "Sale Procedures"); (iii) approving a procedure for the assumption, assignment, and sale to the Purchaser pursuant to the MPA of the Assumable Executory Contracts; (iv) approving the form and manner of notice of the Motion and the relief requested therein and of the Sale Hearing; and (v) setting a deadline for the filing of objections, if any, to the relief requested in the Motion.

A. **THE MASTER SALE AND PURCHASE AGREEMENT**

The total consideration under the MPA for the sale of the Purchased Assets is equal to the sum of (i) a credit bid in the amount of the outstanding indebtedness owed to the Purchaser as of the closing pursuant to certain secured loans extended by the U.S. Treasury and Export Development Canada, less approximately $8 billion (estimated to be approximately $48.3 billion at July 31, 2009); (ii) the surrender of a warrant to purchase GM shares previously issued to the U.S. Treasury in connection with the secured loans extended by the U.S. Treasury; (iii) the issuance to GM of shares of common stock of the Purchaser representing approximately 10% of the common stock of the Purchaser as of the closing of the sale; (iv) the issuance to GM of warrants to purchase up to 15% of the shares of common stock of the Purchaser on a fully diluted basis, with one half exercisable at any time prior to the seventh anniversary of issuance at an initial exercise price based on a $15 billion equity value of the Purchaser and the other half exercisable at any time prior to the tenth anniversary of issuance at an initial exercise price based on a $30 billion equity value of the Purchaser (GM can elect partial and cashless exercises of the warrants); and (v) the assumption by the Purchaser of certain assumed liabilities, all as set forth more fully in the MPA (visit www.nysb.uscourts.gov or www.gmcourtdocs.com). In addition, if the aggregate amount of allowed general unsecured claims against the Debtors exceeds $35 billion, as estimated by an order of the Bankruptcy Court (which the Debtors may seek at any time), GM will receive an additional 2% of the common stock of the Purchaser as of the closing of the sale.

B. **THE SALE HEARING**

The Sale Hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on June 30, 2009, at 9:45 a.m. (Eastern Time). The Sale Hearing may be adjourned without notice by an announcement of the adjourned date at the Sale Hearing.

**RESPONSES OR OBJECTIONS, IF ANY, TO THE RELIEF SOUGHT IN THE MOTION SHALL BE FILED** with the Clerk of the Bankruptcy Court and served upon: (a) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (b) Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (c) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Esq.; Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., and Gordon Z. Novod, Esq.); (d) Cleary Gottlieb Steen & Hamilton LLP, the attorneys for the UAW, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esq.); (e) Cohen, Weiss and Simon LLP, the attorneys for the UAW, 330 W. 42nd Street, New York, New York 10036 (Attn: Babette Ceccotti, Esq.); (f) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (g) the Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004; and (h) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), **SO AS TO BE RECEIVED NO LATER THAN JUNE 19, 2009, AT 5:00 P.M. (EASTERN TIME) (the "Objection Deadline")**.

The failure of any person or entity to file a response or objection on or before the Objection Deadline shall be deemed a consent to the 363 Transaction and the other relief requested in the Motion, and shall bar the assertion, at the Sale Hearing or thereafter, of any objection to the Sale Procedures, the Motion, the 363 Transaction, the approval of the UAW Retiree Settlement Agreement, and the Debtors' consummation of the 363 Transaction.

C. **COPIES OF THE MOTION AND SALE PROCEDURES ORDER**

This Notice provides only a partial summary of the relief sought in the Motion and the terms of the Sale Procedures Order. Copies of the Motion, the MPA (excluding certain commercially sensitive information), and Sale Procedures Order are available for inspection (i) by accessing (a) the website of the Bankruptcy Court at: www.nysb.uscourts.gov, or (b) the website of the Debtors' claims and noticing agent, The Garden City Group, Inc., at www.gmcourtdocs.com or (ii) by visiting the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408. Copies also may be obtained by faxing a written request to the attorneys for the Debtors, Weil, Gotshal & Manges LLP (Attn: Russell Brooks, Esq.) at 212-310-8007.

BY ORDER OF THE COURT

Dated: New York, New York
June 2, 2009
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors and Debtors in Possession

---

## ADOPTIONS

Loving, married couple shares your dreams for your baby's future filled with warmth and love surrounded by family and friends. Legal and Confidential. Please call Lisa & Miles at **1-888-324-8934**. www.mileslisa.com

Married couple wishing to adopt 1st baby. We promise to give your baby a life full of love & happiness. Exp. paid.
Lori/Chris **1-888-777-9718**

## PERSONALS

30,000+ Russian, Latin, Asian singles
Instant contact! Singles Tours
Free catalog, Video! A Foreign Affair
**800-576-3367** www.loveme.com

**Great Dates....**
are at 888-MegaMates
Call for Your Local Number
FREE to Listen & Reply to Ads
FREE Code 7420, 18+

## BUSINESS

## BUSINESS OPPORTUNITIES

Mortgage Brokers
$20K per month average pot.
working commercial side funding globally.
No exp nec. or lic req.
**1-888-297-3444**

* Buy Foreclosures *
U Find/We Fund! Split Big Profits!

**2x2GOLD.com**
5 Level Matching Bonus! Pays Daily
Start Your YouTube Video Tour Now!

## BUSINESS OPPORTUNITIES

MSI MERCHANT SERVICES, INC
**DIRECT BANKCARD ISO'S**
• 1.35% or Interchange Program
• FREE Equipment/FREE Deployment
• FREE Gift Card Program
• $10,000 Signing Bonus/Conversion Bonus
• FAXED Applications/Same Day MID's
• FAXED Direct Leasing .0296/ NO DECLINES
• EXP REQ. **1-800-537-8741** · RICH

## FINANCIAL SERVICES

Line(s) of Credit Available
Loan To Value up to 90% against CDs,
Stocks, Bonds, Financial Instruments,
Bank Instruments, Restricted Stocks
**1-877-301-7436**

## MARKETPLACE

## PUBLICATIONS

STUDY THE BIBLE
For FREE 8-lesson course:
Church of Christ, Box 8453, Falls
Church, VA 22041. 888-949-2176
www.gracewords.org

## HEALTH/FITNESS

INTERNET PHARMACY BUY FIORICET &
PAIN MEDS 90qt $71 180qt $107 & Over
200 Meds "SCRIPT INCLUDED" CALL
**1-888-507-3415** TeleMedicineRx.com

VIAGRA / LEVITRA
Affordable, discreet.
Toll-free **1-877-799-9333**

## HEALTH/FITNESS

**SERVING SINCE 1998**
VIAGRA
CIALIS, LEVITRA, PROPECIA
VALTREX, XENICAL and more...
OVERNIGHT SHIPPING AVAILABLE
**VIAMEDIC**
SAFE • SECURE • DISCREET
se habla español (877-4-VIAGRA)
**877-484-2472**
VIAMEDIC.COM

## MISCELLANEOUS

$1000 FREE Groceries
Pay less than $20!
Call for Your Local Number
FREE Code 7420, 18+
**1-877-301-7436** *(possibly 915-4537)*
**801-915-4537**

## TICKETS

LasVegasTickets.com
Bette Midler-Cher-"O"-Love-UFC-MLB/NBA
**(888) 777 - VEGAS**

Ticket Solutions
**800-477-5285**
TicketSolutions.com
Any Ticket - Anytime - Anywhere
US Open • College WS • MLB
NFR • "LA SCALA" • PBR • NFL
**800-326-0331**
www.wstickets.com

## REAL ESTATE

## TIMESHARE/RESALE

Timeshare Buyers/Sellers
Call Stroman Realty Now
**1-800-745-4410**

## TRAVEL

## DISCOUNT TRAVEL

AAAAAA AWARDS BUY/SELL
**1-800-859-8695**
EUROPE/ORIENT/USA/S. PACIFIC

## TIMESHARE

TIMESHARE & CAMPGROUND
LOWEST PRICES 888-534-3800
Vacation Network
www.vnac1.com

## NOTICES

## PUBLIC NOTICE

**MISSING**

Photo Has Been Aged Progressed
**GENESIS DUARTE**
DOB: May 5, 2002 | Sex: Female
Missing: Jan 23, 2006 | Race: Hispanic
Age Now: 7 | Hair: Black
Eyes: Brown
From: Sebring, FL
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN
**1-800-THE-LOST**

www.USATODAY.com

---



Business Monday / Franchising Today / Golf Today / Shop Today / Shop for Gifts Today

# SCORE A HOLE-IN-ONE FOR YOUR GOLF MESSAGE

with USA TODAY's GOLF TODAY,
a one-stop source for everything golf.

Drive your message around key tournaments and gift-giving holidays to over 1.4 million* golf enthusiasts.

The next available issue is June 19, 2009.

**For information, call
1-800-397-0070**

USA TODAY

Source: MRI Spring 2008    *Watch, listen, attend, play or purchase equipment to play golf

---



## USA TODAY Crossword
Edited by Timothy Parker

**BREAD LINES**
By Clive Probert

Answers: Call 1-900-988-8300, 99 cents a minute; or, with a credit card, 1-800-320-4280.

**Wednesday's Puzzle Answer**

| A | P | E | S | | I | L | I | E | D | | S | I | K | H |
| F | O | L | K | | B | O | O | B | Y | | U | L | N | A |
| R | U | B | I | K | S | C | U | B | E | | P | I | E | S |
| O | R | O | | E | E | K | | | D | E | A | L | T |   |
|   |   |   | W | I | N | N | E | R | S | C | I | R | C | L | E |
| W | O | R | S | T | | | A | C | E | R | B |   |   |   |
| I | T | O | N | | A | F | L | O | A | T | | C | I | S |
| T | R | O | T | | B | I | L | L | S | | A | H | O | Y |
| H | A | M | | H | A | L | I | D | E | | L | A | W | N |
|   |   |   | L | Y | C | E | E | | S | U | M | A | C |   |
| P | Y | R | A | M | I | D | S | C | H | E | M | E |   |   |
|   | R | E | I | G | N | | | O | A | R | | L | D | S |
| E | S | S | E | | S | Q | U | A | R | E | M | E | A | L |
| S | E | E | R | | | T | E | N | S | E | | C | O | V |
| S | S | N | S | | | E | D | I | T | S | | A | N | E | W |

---



USA TODAY. Don't Quote Me ® ©Wiggles 3D Incorporated

Rearrange the words to complete the quote.
GO HOME PASSPORT PHOTO
LIKE LOOK TIME WHEN

Columnist **Erma Bombeck**
offers this advice to travelers.

"_____ you _____ _____ your _____ _____, it's _____ to _____ _____."

**Wednesday's Answer:** "Love is like the measles – it's much worse if you get it later in life."

Classified advertisements page from The Detroit News, Thu., Jun 11, 2009, page 9E. Contents include automotive listings (Cadillac, Chevrolet, Chrysler, Dodge, Jeep, Saturn, Ford, Pontiac, Lincoln, Mercury, Oldsmobile, and various Imports including BMW, Honda, Hyundai, Jaguar, Kia, Mazda, Mercedes, Mitsubishi, Nissan, Porsche, Saab, Scion, Subaru), Legal Counseling (bankruptcy/divorce ads), Pets (Cats, Dogs & Kennels), Tickets & Events (Stanley Cup Finals Game 7), and Legal Notice/Bids/Proposals including the General Motors Corporation Chapter 11 bankruptcy Notice of Sale Hearing from the Southern District of New York (Case No. 09-50026).








# Avis légaux

**BANKRUPTCY COURT DES ÉTATS-UNIS**
**SOUTHERN DISTRICT DE NEW YORK**

**Avis concernant les demandes de protection en vertu du *Chapter 11*,**
**l'assemblée des créanciers et les dates limites**

Des demandes de protection en vertu du *Chapter 11* contre les débiteurs énumérés ci-après ont été déposées le 1er juin 2009. Vous pourriez être un créancier des débiteurs. **Cet avis contient des dates limites importantes.** Vous pourriez devoir consulter un avocat pour protéger vos droits. **La présente ne constitue pas un avis de poursuite ou de faillite forcée.** Vous pourrez consulter tous les documents déposés auprès de la Bankruptcy Court, y compris les listes des actifs et passifs des débiteurs, The Garden City Group, Inc., aux adresses suivantes : i) par courrier ordinaire : GM Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286, ii) par service de messagerie le lendemain ou livraison en mains propres : GM Claims Agent, 105 Maxess Road, Melville, New York 11747, B) par téléphone au 703 286-6401 ou C) en accédant au site Web, à www.gmcourtdocs.com. Vous avez besoin d'un mot de passe et d'un nom d'utilisateur pour pouvoir accéder aux documents qui figurent sur le site Web de la Bankruptcy Court (pour obtenir un mot de passe PACER, veuillez accéder au site Web PACER, à www.pacer.psc.uscourts.gov). NOTE : Le personnel du bureau du greffier des faillites, le bureau du syndic des États-Unis et l'agent chargé des créances et des avis des débiteurs ne peuvent donner d'avis juridique.

| Débiteurs : | Numéro de la décision : | Numéro d'identification fiscale : |
|---|---|---|
| General Motors Corporation | 09-50026 (REG) | 38-0572515 |
| Chevrolet-Saturn of Harlem, Inc. | 09-13558 (REG) | 20-1426707 |
| Saturn, LLC | 09-50027 (REG) | 38-2577506 |
| Saturn Distribution Corporation | 09-50028 (REG) | 38-2755764 |

Tous les autres noms utilisés par les débiteurs au cours des huit dernières années :
General Motors Corporation : GMC Truck Division and NAO Fleet Operations, GM Corporation-GM Auction Department, National Car Rental, National Car Sales, Automotive Market Research; Chevrolet-Saturn of Harlem, Inc. : CKS of Harlem; Saturn, LLC : Saturn Motor Car Corporation, GM Saturn Corporation, Saturn Corporation of Delaware.
**Avocats des débiteurs.** Harvey R. Miller, Stephen Karotkin, Joseph H. Smolinsky, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, téléphone : 212 310-8000, télécopieur : 212 310-8007.
**Assemblée des créanciers.** Date : 27 juillet 2009, heure : 13 h, endroit : Hilton New York, 1335 Avenue of the Americas, New York, NY 10019, 212 586-7000.
**Date limite pour le dépôt d'une preuve de créance.** La date limite vous sera communiquée dans un avis ultérieur. **Créanciers domiciliés à l'étranger :** Ces créanciers sont priés de lire les renseignements qui figurent à la rubrique « Créances ».
**Date limite pour le dépôt d'une plainte afin de déterminer si le débiteur peut être libéré de certaines dettes :** La date limite vous sera communiquée dans un avis ultérieur.
**Interdiction pour les créanciers d'intenter certains types de poursuites :** Dans la plupart des cas, le dépôt d'une demande de protection contre les créanciers suspend automatiquement certaines mesures de recouvrement et d'autres mesures contre le débiteur et ses biens. Dans certaines circonstances, il se pourrait qu'aucune suspension ne soit imposée ou que la suspension soit limitée à 30 jours. Toutefois, le débiteur peut demander au tribunal d'imposer une suspension ou de la prolonger. Si vous tentez de recouvrer une dette ou d'intenter une autre poursuite en violation du *Bankruptcy Code*, vous pourriez être pénalisé. Il vous est recommandé de consulter un avocat pour déterminer vos droits dans ces affaires.
**Adresse du bureau du greffier des faillites :** United States Bankruptcy Court, One Bowling Green, New York, New York 10004, téléphone : 212 668-2870, heures d'ouverture : de 8 h 30 à 17 h.
Greffier de la Bankruptcy Court : Vito Genna
**Dépôt d'une demande de protection en vertu du *Chapter 11*.** Des demandes de protection en vertu du *Chapter 11* du *Bankruptcy Code* (title 11, United States Code) ont été déposées auprès du tribunal par les débiteurs énumérés ci-dessus, et une ordonnance de redressement a été rendue. Le *Chapter 11* permet à un débiteur de restructurer ou de liquider son entreprise conformément à un plan. Le plan ne prend effet que s'il est confirmé par le tribunal. Il se pourrait qu'une description du plan vous soit envoyée et que vous puissiez voter à l'égard de celui-ci. Vous serez avisé de la date de l'audience de confirmation et pourrez vous opposer à la confirmation du plan et assister à l'audience de confirmation. Sauf si un syndic est nommé, le débiteur demeurera en possession de ses biens et pourra continuer d'exploiter son entreprise.
**Avis juridique.** Le personnel du greffier de la Bankruptcy Court ne peut donner d'avis juridique. Il vous est recommandé de consulter un avocat pour déterminer vos droits dans ces affaires.
**Mesures que les créanciers ne peuvent généralement pas prendre.** Les mesures de recouvrement interdites sont énumérées à l'article 362 du *Bankruptcy Code*. Communiquer avec le débiteur par téléphone, par courriel ou autrement pour exiger un remboursement, prendre des mesures pour recouvrer des sommes d'argent ou obtenir des biens du débiteur, reprendre possession des biens du débiteur et engager ou maintenir des poursuites juridiques ou des saisies sont des exemples courants de mesures interdites. Dans certaines circonstances, il se pourrait qu'aucune suspension n'ait été imposée ou que la suspension soit limitée à 30 jours. Toutefois, le débiteur peut demander au tribunal d'imposer une suspension ou de la prolonger.
**Assemblée des créanciers.** Une assemblée des créanciers doit se tenir à la date, à l'heure et à l'endroit indiqués ci-dessus. *Le représentant des débiteurs doit être présent à l'assemblée en vue de subir un interrogatoire sous serment par le syndic des États-Unis et les créanciers.* Les créanciers peuvent assister à cette assemblée, mais n'y sont pas tenus. L'assemblée pourrait se poursuivre et se terminer à une date ultérieure, sans préavis.
**Créances.** Une preuve de créance est une déclaration signée qui décrit la créance d'un créancier. Vous pouvez obtenir une telle déclaration au bureau d'un greffier des faillites. Vous pouvez consulter les listes qui ont été ou qui seront déposées au bureau du greffier des faillites. Si votre créance figure sur cette liste et qu'elle *n'est pas* qualifiée de contestée, d'éventuelle ou de non déterminée, elle sera autorisée, sauf si vous avez déposé une preuve de créance ou que vous recevez un autre avis au sujet de la créance. Que votre créance figure sur la liste ou non, vous êtes autorisé à déposer une preuve de créance. Si votre créance ne figure sur aucune liste *ou* si elle est qualifiée de contestée, d'éventuelle ou de non déterminée, vous devez déposer une preuve de créance, sous peine de ne pouvoir recouvrer votre créance ni voter à l'égard d'un plan. Le tribunal n'a pas encore fixé de date limite pour le dépôt d'une preuve de créance. Si une date limite est fixée, vous en serez avisé ultérieurement. Les créanciers garantis conservent des droits à l'égard des biens donnés en garantie, et ce, qu'ils déposent ou non une preuve de créance. Le dépôt d'une preuve de créance soumet le créancier à la compétence du tribunal des faillites avec les conséquences que cela implique et qu'un avocat peut vous expliquer. Par exemple, un créancier garanti qui dépose une preuve de créance pourrait devoir renoncer à d'importants droits non pécuniaires, notamment le droit à un procès devant jury. **Date limite pour le dépôt de créances par les créanciers domiciliés à l'étranger :** La date limite pour le dépôt des créances sera fixée dans une ordonnance ultérieure du tribunal et s'appliquera à tous les créanciers, sauf indication contraire dans l'ordonnance. Si l'avis de l'ordonnance établissant la date limite n'est pas envoyé à un créancier domicilié à l'étranger, le créancier pourra déposer une requête pour que le tribunal reporte la date limite.
**Libération du débiteur.** La confirmation d'un plan en vertu du *Chapter 11* peut entraîner la libération du débiteur et donc l'extinction de la totalité ou d'une partie de votre dette. Se reporter au paragraphe 1141(d) du *Bankruptcy Code*. La libération du débiteur signifie qu'il se pourrait que vous ne puissiez tenter de recouvrer votre dette auprès de celui-ci, sauf comme il est prévu dans le plan. Si vous estimez qu'une dette vous est due et que le débiteur ne peut en être libéré en vertu du sous-alinéa 1141(d) (6) (A) du *Bankruptcy Code*, vous devez préparer une plainte en déposant une plainte au bureau du greffier des faillites au plus tard à la « date limite pour le dépôt d'une plainte afin de déterminer si le débiteur peut être libéré de certaines dettes » indiquée ci-dessus. Le bureau du greffier des faillites doit recevoir la plainte et les droits de dépôt connexes, s'il y a lieu, au plus tard à cette date limite.
**Bureau du greffier des faillites.** Tout document que vous déposez dans ces affaires doit être déposé sur le système électronique du tribunal (*Electronic Case File System* (ECF)) à l'aide d'un nom d'utilisateur et d'un mot de passe délivrés par le tribunal ou sur une disquette ou un disque compact (CD) en format PDF. Si vous ne pouvez déposer vos documents par voie électronique ou sur disquette ou disque compact (CD), vous pouvez déposer des documents papier à la condition de remettre avec ceux-ci une déclaration sous serment de votre incapacité de les déposer autrement.
**Créanciers domiciliés à l'étranger.** Veuillez consulter un avocat qui connaît le droit de la faillite des États-Unis si vous avez des questions au sujet de vos droits dans ces affaires.

D000038175

---

●No.500-32-113559-084. CARMEN CHAPADOS -VS-ALAIN TREMBLAY ET DÉMÉNAGEMENT ALAIN TREMBLAY. Le 23 JUIN 2009 à 10H, au 2425, ARCAND, MONTRÉAL, QUÉBEC, CANADA, seront vendus par huissier, les biens de ALAIN TREMBLAY ET DÉMÉNAGEMENT ALAIN TREMBLAY saisis en cette cause, soit : 1 CAMION DE DÉMÉNAGEMENT MARQUE FORD/ F350XL / # SÉRIE 1FDKF37F9VEB48365; 1 FAXPHONE MARQUE CANON / L120 / COUL. GRIS / BLANC; ET AUTRES. MICHEL LANDRY, H.J., DISTRICT DE MONTRÉAL.

**ALBERTSON, LANDRY**
Huissiers. Tél. (514) 278-2414

▼No.500-22-155591-09-5. BANQUE DE MONTRÉAL -VS- ROMÉO RENAUD ET LOUISE ST-LAURENT. Le 23 JUIN 2009 à 13H au 881, LAC QUENOUILLE, LAC SUPÉRIEUR, seront vendus par autorité de justice, les biens et effets de ROMÉO RENAUD ET LOUISE ST-LAURENT saisis en cette cause, soit : ROULOTTE DUTCHMEN 29Q-GS 2006. PHILIPPE BORDUA, H.J., DISTRICT DE MONTRÉAL.

**SAULNIER ROBILLARD LORTIE**
(514) 878-4721 (POSTE 280)

---

**400 PRIÈRES ET REMERCIEMENTS**

**MERCI** mon Dieu. C'est incroyable, mais vrai. F. D.

---

# Avis légaux

**BANKRUPTCY COURT DES ÉTATS-UNIS**
**SOUTHERN DISTRICT DE NEW YORK**
--------------------------------------x
Objet : Chapter 11 – Affaire n°
**GENERAL MOTORS CORP.,** *et al.*, : 09-50026 (REG)
Débiteurs. : (Administrée conjointement)
--------------------------------------
**AVIS D'AUDIENCE VISANT LA VENTE DE LA QUASI-TOTALITÉ DES ACTIFS DES DÉBITEURS CONFORMÉMENT AU CONTRAT D'ACHAT ET DE VENTE CADRE CONCLU AVEC VEHICLE ACQUISITION HOLDINGS LLC, ACHETEUR PARRAINÉ PAR LE TRÉSOR AMÉRICAIN**

AVIS EST PAR LES PRÉSENTES DONNÉ QUE, sur présentation de la requête », de General Motors Corporation (« GM ») et de ses filiales débitrices, en tant que débiteurs-exploitants (collectivement, les « débiteurs ») ou la « Société »), datée du 1er juin 2009, la Bankruptcy Court des États-Unis du Southern District de New York (le « tribunal des faillites ») a rendu une ordonnance datée du 2 juin 2009 (l' « ordonnance de vente ») qui prévoit, notamment, i) la tenue d'une audience (l' « audience de vente ») aux fins de l'approbation a) du contrat d'achat et de vente cadre daté du 1er juin 2009 (le « contrat ») intervenu entre, notamment, GM et ses filiales débitrices (collectivement, les « vendeurs ») et Vehicle Acquisition Holdings LLC (l' « acheteur »), acheteur parrainé par le département du Trésor des États-Unis (le « Trésor américain »), relativement à la vente de la quasi-totalité des actifs du débiteur (les « actifs achetés »), libres et quittes de tout privilège, de toute réclamation et de tout autre intérêt et sous réserve d'offres supérieures ou meilleures (l' « opération en vertu de l'article 363 »), b) de la prise en charge ainsi que de la cession et de la vente en faveur de l'acheteur aux termes du contrat de certains contrats à exécuter et baux non expirés de biens meubles et de biens immeubles non résidentiels (les « contrats à exécuter pouvant être pris en charge ») et c) du contrat de règlement (le « contrat de règlement en faveur des retraités conclu avec les UAW ») intervenu entre l'acheteur et les International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (les « UAW »), ii) approbation de certaines procédures aux fins de la présentation et de l'acceptation d'offres concurrentes (les « procédures de vente »), iii) l'approbation d'une procédure pour la prise en charge ainsi que la cession et la vente en faveur de l'acheteur aux termes du contrat des contrats à exécuter pouvant être pris en charge, iv) l'approbation de la forme de l'avis de la requête et du mode d'envoi de celui-ci et des redressements demandés dans celui-ci ainsi que de l'audience de vente et v) l'établissement d'une date limite pour le dépôt de contestations, s'il y a lieu, à l'égard des redressements demandés dans la requête.

A. LE CONTRAT DE VENTE ET D'ACHAT CADRE
La contrepartie totale prévue par le contrat aux fins de la vente des actifs achetés consiste i) en une offre de crédit du montant de la dette due à l'acheteur à compter de la clôture conformément à certains prêts garantis consentis par le Trésor américain et Exportation et développement Canada, moins environ 8 milliards de dollars (environ 48,3 milliards de dollars au 31 juillet 2009), ii) en la renonciation à un bon de souscription d'actions de GM qui avait été émis en faveur du Trésor américain dans le cadre de l'octroi des prêts garantis par celui-ci, iii) en l'émission en faveur de GM d'actions ordinaires de l'acheteur qui représentent environ 10 % de ces actions à la clôture de la vente, iv) en l'émission de bons de souscription en faveur de GM aux fins de la souscription d'au plus 15 % des actions ordinaires de l'acheteur, après dilution, dont la moitié peut être exercée à tout moment avant le septième anniversaire de l'émission à un prix d'exercice initial établi en fonction d'une valeur comptable de l'acheteur de 15 milliards de dollars, et l'autre moitié peut être exercée à tout moment avant le dixième anniversaire de l'émission à un prix d'exercice initial établi en fonction d'une valeur comptable de l'acheteur de 30 milliards de dollars (GM peut choisir d'exercer partiellement et sans numéraire les bons de souscription) et v) en la prise en charge de certains passifs par l'acheteur, tout comme il est indiqué plus en détail dans le contrat (visitez www.nysb.uscourts.gov ou www.gmcourtdocs.com). De plus, si la somme totale des créances non garanties générales autorisées qui sont réclamées aux débiteurs excède 35 milliards de dollars, selon une estimation établie conformément à une ordonnance du tribunal des faillites (que les débiteurs pourraient demander à tout moment), GM recevra une tranche supplémentaire de 2 % des actions ordinaires de l'acheteur à la clôture de la vente.

B. L'AUDIENCE DE VENTE
L'audience de vente sera tenue devant l'honorable Robert E. Gerber, juge de faillite des États-Unis, à la salle d'audience 621 du tribunal des faillites des États-Unis du Southern District de New York, One Bowling Green, New York, New York 10004-1408, le 30 juin 2009 à 9 h 45 (heure de l'Est). L'audience de vente peut être ajournée sans préavis par l'annonce de la date de reprise lors de celle-ci.

**LES RÉPONSES OU CONTESTATIONS, S'IL Y A LIEU, AUX REDRESSEMENTS DEMANDÉS DANS LA REQUÊTE DOIVENT ÊTRE DÉPOSÉES** auprès du greffier du tribunal des faillites et signifiées à a) Weil, Gotshal & Manges LLP, avocats des débiteurs, 767 Fifth Avenue, New York, New York 10153 (à l'attention de Me Harvey R. Miller, Stephen Karotkin et Joseph H. Smolinsky), b) Cadwalader, Wickersham & Taft LLP, avocats du World Financial Center, New York, New York 10281 (à l'attention de Me John J. Rapisardi); c) Kramer Levin Naftalis & Frankel LLP, avocats du comité des créanciers, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq. et Gordon Z. Novod, Esq.) ; d) à Cleary Gottlieb Steen & Hamilton LLP, avocats des UAW, One Liberty Plaza, New York, New York 10006 (à l'attention de Me James L. Bromley), e) à Cohen, Weiss and Simon LLP, avocats des UAW, 330 W. 42nd Street, New York, New York 10036 (à l'attention de Me Babette Ceccotti), f) à Vedder Price, P.C., avocats d'Exportation et développement Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (à l'attention de Me Michael J. Edelman et Michael L. Schein); g) au Bureau du syndic des États-Unis du Southern District de New York (à l'attention de Me Diana G. Adams), 33 Whitehall Street, 21st Floor, New York, New York 10004, et h) au bureau du procureur général des États-Unis, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (à l'attention de Mes David S. Jones et Matthew L. Schwartz), **DE MANIÈRE QU'ELLES PARVIENNENT AU GREFFIER AU PLUS TARD LE 19 JUIN 2009 À 17 H (HEURE DE L'EST)** (la « date limite pour les contestations »).

L'omission pour une personne physique ou morale de déposer une réponse ou une contestation au plus tard à la date limite pour les contestations sera réputée constituer un consentement à l'opération en vertu de l'article 363 et aux autres redressements demandés dans la requête et interdira, à l'audience de vente ou par la suite, toute contestation des procédures de vente, de la requête, de l'opération en vertu de l'article 363, de l'approbation du contrat de règlement en faveur des retraités conclu avec les UAW ou la réalisation de l'opération en vertu de l'article 363 par les débiteurs.

C. EXEMPLAIRES DE LA REQUÊTE ET DE L'ORDONNANCE DE VENTE
Le présent avis ne constitue qu'un résumé partiel des redressements demandés dans la requête et des modalités de l'ordonnance de vente. On peut consulter la requête, le contrat (à l'exclusion de certains renseignements sensibles sur le plan commercial) et l'ordonnance de vente i) en accédant a) au site Web du tribunal des faillites à www.nysb.uscourts.gov, ou b) au site Web de l'agent chargé des créances et des avis des débiteurs, The Garden City Group, Inc., à www.gmcourtdocs.com ou ii) en visitant le bureau du greffier du tribunal des faillites, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408. On peut également en obtenir un exemplaire en en faisant la demande par télécopieur aux avocats des débiteurs, Weil, Gotshal & Manges LLP (à l'attention de Me Russell Brooks) au 212 310-8007.
SUR ORDONNANCE DU TRIBUNAL
Fait à New York, New York      WEIL, GOTSHAL & MANGES LLP
Le 2 juin 2009                           767 Fifth Avenue
                                                    New York, New York 10153
                                                    Téléphone : 212 310-8000
                                                    Télécopieur : 212 310-8007
                                                    Avocats des débiteurs et
                                                    des débiteurs-exploitants

D000038174

---

**AVIS AUX CRÉANCIERS DE LA PREMIÈRE ASSEMBLÉE**

Dans l'affaire de la faillite de :

**9166-5034 QUÉBEC INC.**, une corporation légalement constituée, ayant son siège social et principale place d'affaires au 5850, boul. Décarie, Montréal (Québec) H3X 2J5.

**AVIS** est par les présentes donné que la débitrice a déposé une cession de ses biens le 9 juin 2009 et que la première assemblée des créanciers sera tenue le 25 juin 2009 à 15h00 au bureau du syndic, 4333, rue Ste-Catherine Ouest, # 420, Montréal (Québec) H3Z 1P9.

MONTRÉAL,
ce 9e jour de juin 2009.

DAVID A. DRUKER, B.Comm.
Responsable de l'actif

**DRUKER & ASSOCIÉS INC.**
4333, rue Sainte-Catherine Ouest, bureau 420, Montréal
(Qc) H3Z 1P9
Tél. : (514) 935-8501
www.druker.ca

D000038214

---

**Appel d'offres**

**Verdun Montréal**

Soumissions cachetées, visant la fourniture de marchandises, l'exécution de travaux ou services énumérés ci-après, adressées au secrétaire du bureau d'arrondissement de Verdun, 4555, rue de Verdun, Verdun (Québec), H4G 1M4, seront reçues jusqu'à 10 h 30 à la date d'ouverture déterminée. On peut se procurer les documents de soumission au bureau d'arrondissement de Verdun, bureau 102, 4555, rue de Verdun, Verdun (Québec), H4G 1M4. Les soumissions seront ouvertes publiquement à l'endroit, à la date et à l'heure indiqués ci-dessous.

**NO DU PROJET:** S09/020
**TITRE DE LA SOUMISSION :** Fourniture et installation de lignes téléphoniques (lignes affaires et PRI).
**DISPONIBILITÉ DES DOCUMENTS :**
Le jeudi 11 juin 2009
**VISITE DU SITE :**
Date: Le jeudi 18 juin 2009
Heure: 9h
Endroit : Section informatique
Salle 106
4555, rue de Verdun
Verdun (Québec)
**OUVERTURE :**
Date: Le lundi 29 juin 2009
Heure: 10 h 30
Endroit : Mairie de l'arrondissement, salle 210
4555, rue de Verdun
Verdun (Québec)
**COÛT POUR DOCUMENTS :**
40 $ (non remboursable)
**GARANTIE DE SOUMISSION EXIGÉE :** 10% du total de la soumission et valide pour quatre-vingt-dix (90) jours.

Tout paiement doit être fait au comptant ou sous forme de chèque visé à l'ordre de la Ville de Montréal, de l'arrondissement de Verdun.

Seules les personnes, corporations et compagnies qui auront obtenu le document d'appel d'offres directement du bureau sus-indiqué sont admises à soumissionner.

La Ville de Montréal, arrondissement de Verdun ne s'engage à accepter ni la plus basse, ni aucune des soumissions reçues et n'encourir aucune responsabilité pour les frais ou pertes subis par les soumissionnaires.

Donné à Montréal, arrondissement de Verdun, Québec ce 11 juin 2009

Louise Hébert
Secrétaire du conseil d'arrondissement et Directrice du bureau d'arrondissement de Verdun

D000038226

---

# Décès

## INDEX DES DÉCÈS

**BEAUCHEMIN,** Germaine (née Racine), Mont Saint-Hilaire
**BEAULIEU,** Louise St-Roch de L'Achigan
**BLAIN,** Blaise
**BLOUIN,** Francyne, Repentigny
**BOUCHARD,** André Drummondville
**BOUVRETTE,** France, St-Jérôme
**BRISSON,** Monique née Lalonde Montréal
**BUSSIÈRES,** Richard, Napierville
**COLLIN,** Hector Ste-Anne-des-Plaines
**DAIGNEAULT,** Parmélia
**DE CESARE-TEOLI,** Antoinette St-Marthe-sur-le-Lac
**DÉSY,** Martin, St-Sauveur
**FAILLE (POULIOT),** Cécile Maple-Grove
**FECTEAU,** Claude, Mirabel
**FLEURY,** Claude, Montréal
**GAGNON,** Réal, Bécancour
**GÉLINAS (Lafond),** Marie-Anna Varennes
**LAROCQUE,** Robert, Montréal
**LAVIGNE,** Nicole (née Beaudry)
**LEBLANC-GUINDON,** Jacqueline St-Eustache
**LORANGE-LOGAN,** Cécile St-Hyacinthe
**LUSIGNAN,** Raymond, Rosemère
**MAGNE,** Nicole, Repentigny
**MARTIN,** Louis Ste-Marthe-sur-le-Lac
**OSTIGUY,** Marie-Ange (née Mailhiot), Ville St-Laurent
**PAYER (MAHER),** Manon St-Jérôme
**PESANT (POUPART),** Henriette St-Isidore
**QUENNEVILLE,** Joël
**RABOUIN,** Fernand, Terrebonne
**RÉGIMBALD,** Maurice, Montréal
**SIMON,** Serge, Boucherville
**TRAMONI,** René, Laval
**TRÉPANIER,** Normand
**TURMEL,** Denyse, Laval

## Anniversaires

**BERGERON,** Diane
**BOILY,** Raymond



**BEAUCHEMIN, Germaine**
**(née Racine)**
**1913-2009**

À Mont Saint-Hilaire, le 9 juin 2009, à l'âge de 95 ans, est décédée madame Germaine Racine, épouse en premières noces de feu Philippe Bérubé et en secondes noces de feu Rolland Beauchemin.

Elle laisse dans le deuil son fils André Bérubé (Nicole), ses petits-enfants Martin et Caroline, ses arrière-petits-enfants Ariane, Mathieu et Guillaume, sa soeur Lucienne, son frère Charles ainsi qu'autres parents et amis.

La famille recevra vos condoléances au :

**SALON FUNÉRAIRE**
**Demers**



**231, BOUL. SIR-WILFRID-LAURIER**
**BELOEIL, Qc J3G 4G9**
**Tél: 450-467-4780 - Télec: 450-467-9468**
**salon.demers@sympatico.ca**

le vendredi 12 juin 2009, de 14 à 17 heures et de 19 à 22 heures et le samedi 13 juin dès 9 heures. Les funérailles suivront à 10h30, en l'église Saint-Matthieu, 1014, chemin Richelieu, Beloeil.

POUR UN AVIS DE DÉCÈS 514 525 1149

---

# BUNGALOW EN BONNE CONDITION
VENDU

Bel emplacement, beau bureau, bain sur pattes, bay-windows et bien plus! Votre bercail à bas prix!


micasa.ca
Votre destination maison et immobilier

Osler, Hoskin & Harcourt LLP
1000 De La Gauchetière Street West
Suite 2100
Montréal, Québec, Canada H3B 4W5
514.904.8100 MAIN
514.904.8101 FACSIMILE



Montréal

Toronto

Calgary

Ottawa       June 8, 2009

New York

The Garden City Group, Inc.

Dear Sirs:

Re: Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors & Deadlines and Notice of Sale Hearing to Sell Substantially All of Debtors Assets Pursuant to Master Sale and Purchase Agreement With Vehicle Acquisition Holdings LLC, a U.S. Treasury Sponsored Purchaser
With Vehicle Acquisition Holdings LLC, a U.S. Treasury Sponsored Purchaser, dated June 2, 2009 (the "Notices")

We have translated into the French language all portions of the Notices.

Based upon the foregoing, it is our opinion that all portions of the French version of the Notices are in all material respects a complete and proper translation of the English version thereof.

Yours very truly,

Osler, Hoskin & Harcourt LLP

CL (5374)

osler.com

# Submarine joins black box hunt

## Key Air France data might be on ocean floor

**PARIS** – A French nuclear submarine with advanced sonar equipment began searching yesterday for the flight recorders of an Air France airliner that crashed into the Atlantic last week, the French military said.

The Emeraude was sent to the area to hunt the "black box" recorders, which might help explain the disaster and which are believed to lie on the ocean floor.

Investigators face a long search for clues to what went wrong when the Airbus A330 jet disappeared on a flight from Rio de Janeiro to Paris killing all 228 people on board, French military spokesperson Christophe Prazuck said.

"Up to now, the time frame for the search for victims and debris has been of the order of days or a week. Here, at the very least, it's going to be of the order of weeks or months."

The Air France flight is believed to have run into trouble when it hit a violent storm midway over the Atlantic Ocean and potential problems with speed sensors have become one of the focal points of the inquiry.

Other causes have not been ruled out, but France's interior ministry said yesterday that two passengers whose names had been identified as suspicious turned out not to be a concern.

The website of the French weekly L'Express had quoted a French military spokesman as saying the names could be linked with Islamic terrorism.

REUTERS



SALE
20-60% OFF*



BIRKS
CELEBRATING MOMENTS

BIRKS.COM    1.800.682.2622

*On select merchandise only, see store for details. Offer excludes cartier, Panerai and Van Cleef & Arpels. Reductions taken off original retail prices. Sale items available in limited quantities. All sales are final. Offer cannot be applied to previously purchased merchandise or special orders, and cannot be combined with any other promotional offer.



Aquascutum
LONDON

Spring Sale
up to 50% off
selected merchandise

OGILVY
depuis 1866

Men - 4th floor - 514.843.8428
Women - 2nd floor - 514.843.7836
Sainte-Catherine Street West
and de la Montagne
ogilvycanada.com

## TODAY'S FORECAST

**The Weather Network**
Make the right call

### Montreal area

Today's high    **22**
Tonight's low    **15**

Mainly cloudy in the morning with chance of thundershowers developing in the afternoon. Humidex 24. Winds light. Tonight, cloudy with 40% chance of showers.



Forecast issued at 5 p.m. yesterday covers highs for today and overnight lows between tonight and tomorrow.

Quebec City — Showers 20/13
St. Jovite — Partly cloudy 22/12
Trois Rivières — T-storms 22/15
Montreal — T-storms 22/15
Sherbrooke — T-storms 21/14
Ottawa — Partly cloudy 23/15

TWN incorporates Environment Canada data

### NORTH AMERICAN WEATHER SYSTEMS



Weather systems shown are for 2 p.m. today.

Warm Front | Cold Front | High pressure H | Rain | Snow
Occlusion | Trough | Low pressure L | Storms | F. Rain

### TEMPERATURE CONVERSION

| -25 | -20 | -15 | -10 | -5 | 0 | 5 | 10 | 15 | 20 | 25 | 30 | 35 °C |
| -13 | -4 | 5 | 14 | 23 | 32 | 41 | 50 | 59 | 68 | 77 | 86 | 95 °F |

Temperatures are given in degrees Celsius

### ALMANAC

| Today's Records | Max. | Min. | Precipitation | | Cooling Degree days to 2 p.m. Yesterday |
|---|---|---|---|---|---|
| 1947 | 33.3 | - | (to 2 p.m. yesterday measured in mm) | | 0 |
| 1972 | - | 1.7 | Yesterday | 0.04 | |
| **Temperature** | | | Month to date | 24.4 | May 1 to date |
| Yesterday | 18.4 | 12 | Month normal | 8.3 | 3.8 |
| Year ago today | 25.9 | 12.4 | Today's normal | 3.1 | |
| Normal this date | 23.3 | 11.9 | | | |

### UV INDEX

Low | Moderate | High | Extreme

## EXTENDED WEATHER:

**Tomorrow**
60% chance of showers
High 21
Low 13

**Saturday**
Variable
High 24
Low 14

**Sunday**
40% chance of showers
High 23
Low 12

**Monday**
Variable
High 24
Low 9

### Sun & moon

Sunrise 5:06 a.m.    Moonrise 11:31 p.m.
Sunset 8:43 p.m.    Moonset 8:24 a.m.

Total daylight: 15 hrs., 37 min.

June 15 | June 22 New | June 29 | July 7 Full

### Regional synopses

**Abitibi-Témiscamingue**
High 20. Low near 9.
Variably cloudy

**Laurentians**
High 22. Low near 12.
Partly cloudy

**Eastern Ontario**
High 23. Low near 15.
Partly cloudy

**Southern Ontario**
High 22. Low near 14.
Variably cloudy

**Quebec City**
High 20. Low near 13.
Showers

**Eastern Townships**
High 21. Low near 14.
T-storms

**Northern New England**
High 18. Low near 14.
Showers

**Gaspé**
High 11. Low near 10.
Showers

**Baie-Comeau**
High 11. Low near 10.
Showers



20 YEARS — The Weather Network

### Canada today

| | | Max. | Min. |
|---|---|---|---|
| Iqaluit | P.Cloudy | 3 | -1 |
| Yellowknife | Sunny | 13 | 4 |
| Whitehorse | Showers | 20 | 7 |
| Vancouver | M.Sunny | 21 | 13 |
| Victoria | Sunny | 20 | 12 |
| Edmonton | P.Cloudy | 23 | 9 |
| Calgary | Sunny | 24 | 8 |
| Saskatoon | P.Cloudy | 21 | 9 |
| Regina | Showers | 20 | 10 |
| Winnipeg | Showers | 19 | 8 |
| Thunder Bay | Showers | 16 | 5 |
| Sudbury | P.Cloudy | 21 | 11 |
| Toronto | P.Cloudy | 22 | 14 |
| Fredericton | Showers | 17 | 14 |
| Halifax | Rain | 14 | 13 |
| Charlottetown | Showers | 14 | 12 |
| St. John's | P.Cloudy | 11 | 5 |

### United States today

| | | Max. | Min. |
|---|---|---|---|
| Atlanta | T.Showers | 31 | 22 |
| Boston | Showers | 18 | 15 |
| Chicago | Showers | 19 | 10 |
| Dallas | P.Cloudy | 35 | 23 |
| Denver | T.Storms | 18 | 8 |
| Las Vegas | P.Cloudy | 31 | 20 |
| Los Angeles | Cloudy | 20 | 15 |
| New Orleans | P.Cloudy | 33 | 23 |
| New York | T.Storms | 22 | 17 |
| Phoenix | P.Cloudy | 34 | 22 |
| St. Louis | T.Storms | 23 | 16 |
| San Francisco | Cloudy | 18 | 12 |
| Washington | T.Storms | 27 | 20 |

### World today

| | | Max. | Min. |
|---|---|---|---|
| Amsterdam | Rain | 14 | 10 |
| Ankara | P.Cloudy | 28 | 13 |
| Athens | P.Cloudy | 36 | 23 |
| Beijing | Sunny | 30 | 23 |
| Berlin | Rain | 17 | 12 |
| Dublin | P.Cloudy | 14 | 4 |
| Hong Kong | T.Storms | 32 | 28 |
| Jerusalem | Sunny | 31 | 22 |
| Lisbon | Sunny | 26 | 19 |
| London | Cloudy | 17 | 12 |
| Madrid | Sunny | 31 | 15 |
| Mexico City | Sunny | 26 | 10 |
| Moscow | Cloudy | 30 | 17 |
| Nairobi | Cloudy | 25 | 12 |
| New Delhi | P.Cloudy | 40 | 31 |
| Paris | Showers | 17 | 12 |
| Rio de Janeiro | Showers | 26 | 22 |
| Rome | Sunny | 27 | 18 |
| Stockholm | P.Sunny | 17 | 11 |
| Sydney | P.Cloudy | 15 | 8 |
| Tokyo | Showers | 23 | 22 |

### Resorts today

| | | Max. | Min. |
|---|---|---|---|
| Atlantic City | Showers | 24 | 19 |
| Cape Cod | Showers | 18 | 15 |
| Daytona B. | T.Storms | 32 | 22 |
| Myrtle B. | T.Storms | 30 | 24 |
| Niagara F. | P.Sunny | 20 | 15 |
| Old Orchard | Showers | 15 | 12 |
| Virginia B. | T.Storms | 30 | 23 |
| W. Palm B. | T.Showers | 31 | 24 |

---

## FUTURE SHOP CORRECTION NOTICE

Whirlpool Three-Piece Kitchen Package 10111312/10106317/10118979. On the June 5 flyer, page 25, this kitchen package was mistyped as a stainless steel package. Please be advised that it is a WHITE kitchen package for sale. We sincerely apologize for any inconvenience this may have caused our valued customers.

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re
GENERAL MOTORS CORP., et al.,
Debtors.

Chapter 11 Case No.
09-50026 (REG)
(Jointly Administered)

**NOTICE OF SALE HEARING TO SELL SUBSTANTIALLY ALL OF DEBTORS' ASSETS PURSUANT TO MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER**

PLEASE TAKE NOTICE THAT upon the motion (the "Motion"), of General Motors Corporation ("GM") and its debtor subsidiaries, as debtors in possession (collectively, the "Debtors" or the "Company"), dated June 1, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has issued an order dated June 2, 2009 (the "Sale Procedures Order"), among other things, (i) scheduling a hearing (the "Sale Hearing") to approve (a) the Master Sale and Purchase Agreement, dated as of June 1, 2009 (the "MPA"), by and among GM and its Debtor subsidiaries (collectively, the "Sellers") and Vehicle Acquisition Holdings LLC (the "Purchaser"), a purchaser sponsored by the United States Department of the Treasury (the "U.S. Treasury"), with respect to the sale of substantially all the Debtors' assets (the "Purchased Assets") free and clear of all liens, claims, encumbrances, and other interests, and subject to higher or better offers (the "363 Transaction"); (b) the assumption, assignment, and sale to the Purchaser pursuant to the MPA of certain executory contracts and unexpired leases of personal property and nonresidential real property (the "Assumable Executory Contracts"); and (c) the settlement agreement (the "UAW Retiree Settlement Agreement"), between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"); (ii) approving certain procedures for the submission and acceptance of any competing bids (the "Sale Procedures"); (iii) approving a procedure for the assumption, assignment, and sale to the Purchaser pursuant to the MPA of the Assumable Executory Contracts; (iv) approving the form and manner of notice of the Motion and the relief requested therein and of the Sale Hearing; and (v) setting a deadline for the filing of objections, if any, to the relief requested in the Motion.

A. **THE MASTER SALE AND PURCHASE AGREEMENT**

The total consideration under the MPA for the sale of the Purchased Assets is equal to the sum of (i) a credit bid in the amount of the outstanding indebtedness owed to the Purchaser as of the closing pursuant to certain secured loans extended by the U.S. Treasury and Export Development Canada, less approximately $8 billion (estimated to be approximately $48.3 billion at July 31, 2009); (ii) the surrender of a warrant to purchase GM shares previously issued to the U.S. Treasury in connection with the secured loans extended by the U.S. Treasury; (iii) the issuance to GM of shares of common stock of the Purchaser representing approximately 10% of the common stock of the Purchaser as of the closing of the sale; (iv) the issuance to GM of warrants to purchase up to 15% of the shares of common stock of the Purchaser on a fully diluted basis, with one half exercisable at any time prior to the seventh anniversary of issuance at an initial exercise price based on a $15 billion equity value of the Purchaser and the other half exercisable at any time prior to the tenth anniversary of issuance at an initial exercise price based on a $30 billion equity value of the Purchaser (GM can elect partial and cashless exercises of the warrants); and (v) the assumption by the Purchaser of certain assumed liabilities, all as set forth more fully in the MPA (visit www.nysb.uscourts.gov or www.gmcourtdocs.com). In addition, if the aggregate amount of allowed general unsecured claims against the Debtors exceeds $35 billion, as estimated by an order of the Bankruptcy Court (which the Debtors may seek at any time), GM will receive an additional 2% of the common stock of the Purchaser as of the closing of the sale.

B. **THE SALE HEARING**

The Sale Hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on June 30, 2009, at 9:45 a.m. (Eastern Time). The Sale Hearing may be adjourned without notice by an announcement of the adjourned date at the Sale Hearing.

RESPONSES OR OBJECTIONS, IF ANY, TO THE RELIEF SOUGHT IN THE MOTION SHALL BE FILED with the Clerk of the Bankruptcy Court and served upon: (a) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (b) Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (c) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., and Gordon Z. Novod, Esq.); (d) Cleary Gottlieb Steen & Hamilton LLP, the attorneys for the UAW, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esq.); (e) Cohen, Weiss and Simon LLP, the attorneys for the UAW, 330 W. 42nd Street, New York, New York 10036 (Attn: Babette Ceccotti, Esq.); (f) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (g) the Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004; and (h) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), SO AS TO BE RECEIVED NO LATER THAN JUNE 19, 2009, AT 5:00 P.M. (EASTERN TIME) (the "**Objection Deadline**").

The failure of any person or entity to file a response or objection on or before the Objection Deadline shall be deemed a consent to the 363 Transaction and the other relief requested in the Motion, and shall bar the assertion, at the Sale Hearing or thereafter, of any objection to the Sale Procedures, the Motion, the 363 Transaction, the approval of the UAW Retiree Settlement Agreement, and the Debtors' consummation of the 363 Transaction.

C. **COPIES OF THE MOTION AND SALE PROCEDURES ORDER**

This Notice provides only a partial summary of the relief sought in the Motion and the terms of the Sale Procedures Order. Copies of the Motion, the MPA (excluding certain commercially sensitive information), and Sale Procedures Order are available for inspection (i) by accessing (a) the website of the Bankruptcy Court at www.nysb.uscourts.gov, or (b) the website of the Debtors' claims and noticing agent, The Garden City Group, Inc., at www.gmcourtdocs.com or (ii) by visiting the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408. Copies also may be obtained by faxing a written request to the attorneys for the Debtors, Weil, Gotshal & Manges LLP (Attn: Russell Brooks, Esq.) at 212-310-8007.

BY ORDER OF THE COURT

Dated: New York, New York
June 2, 2009

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors and Debtors in Possession

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, & Deadlines**
Chapter 11 bankruptcy cases concerning the debtors listed below were filed on June 1, 2009. You may be a creditor of the Debtors. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. **You are not being sued or forced into bankruptcy.** All documents filed with the Bankruptcy Court, including lists of the Debtors' assets and liabilities, will be available for inspection at the Office of the Clerk of the Bankruptcy Court or by accessing the Bankruptcy Court's website, www.nysb.uscourts.gov, as well as (A) by written request to the Debtors' Claims and Noticing Agent, The Garden City Group, Inc., at the following addresses: (i) if sending by regular mail: GM Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286; (ii) if sending by overnight or hand delivery: GM Claims Agent, 105 Maxess Road, Melville, New York 11747, (B) by phone at 703-286-6401, or (C) by accessing its website, www.gmcourtdocs.com. Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website, www.pacer.psc.uscourts.gov). NOTE: The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and the Debtors' Claims and Noticing Agent cannot give legal advice.

| Debtors: | Case Number: | Tax ID Number: |
|---|---|---|
| General Motors Corporation | 09-50026 (REG) | 38-0572515 |
| Chevrolet-Saturn of Harlem, Inc. | 09-13558 (REG) | 20-1426707 |
| Saturn, LLC | 09-50027 (REG) | 38-2577506 |
| Saturn Distribution Corporation | 09-50028 (REG) | 38-2755764 |

All other names used by the Debtors in the last 8 years:
**General Motors Corporation:** GMC Truck Division and NAO Fleet Operations, GM Corporation-GM Auction Department, National Car Rental, National Car Sales, Automotive Market Research; **Chevrolet-Saturn of Harlem, Inc.:** CKS of Harlem; **Saturn, LLC:** Saturn Corporation, Saturn Motor Car Corporation, SM Saturn Corporation, Saturn Corporation of Delaware.

**Attorney for Debtors.** Harvey R. Miller, Stephen Karotkin, Joseph H. Smolinsky, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8000, Facsimile: (212) 310-8007.

**Meeting of Creditors.** Date: July 27, 2009; Time: 1:00 P.M.; Location: Hilton New York, 1335 Avenue of the Americas, New York, NY 10019, (212) 586-7000.

**Deadline to File a Proof of Claim.** Notice of deadline will be sent at a later time. **Creditor with a Foreign Address:** Read the information under "Claims."

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:** Notice of deadline will be sent at a later time.

**Creditors May Not Take Certain Actions:** In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in these cases.

**Address of the Bankruptcy Clerk's Office:** United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Telephone: 212-668-2870, Hours Open: 8:30 am to 5:00 pm.

Clerk of the Bankruptcy Court: Vito Genna

**Filing of Chapter 11 Bankruptcy Case.** Bankruptcy cases under chapter 11 of the Bankruptcy Code (title 11, United States Code) have been filed in this court by the debtors listed above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business.

**Legal Advice.** The staff of the Clerk of the Bankruptcy Court cannot give legal advice. Consult a lawyer to determine your rights in these cases.

**Creditors Generally May Not Take Certain Actions.** Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.

**Meeting of Creditors.** A meeting of creditors is scheduled for the date, time, and location listed above. The debtors' representative must be present at the meeting to be questioned under oath by the United States Trustee and by creditors. Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.

**Claims.** A Proof of Claim is a signed statement describing a creditor's claim. You can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the deadline or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Discharge of Debts.** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141 (d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141 (d) (6) (A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed above. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline.

**Bankruptcy Clerk's Office.** Any paper that you file in these bankruptcy cases should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file your documents so that you submit with your filing an affidavit of your inability to comply.

**Creditor with a Foreign Address.** Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in these cases.

# Business Classified

To place an ad call 1-866-999-9ADS(9237) advertising@globeandmail.ca

## COMMERCIAL REAL ESTATE

### REAL ESTATE OPPORTUNITIES

**RETAIL PROPERTIES**

**Shopping Centre**
- Grocery/Shoppers anchored
- 39,000 sf - $5.8 million, Whitby On.
Arlin Markowitz

**Retail Condominium**
- 2 units tenanted - Lakeshore West
- Asking $500 psf, approx. 1,900 sf
Michi Jameson

**Yonge St. north of Eglinton**
- Corner retail location - 2,128 sf
- Price reduced: $1,695,000
Philip Traikos

**INDUSTRIAL PROPERTIES**

**2700 John Street - Markham**
- Reduced Price - Receiver Sale
- 35,000 sf +1.5 Ac. extra land
Glen Moore/Mike Brown

**Scarborough Industrial Sale**
- 69,000 sf - $55.00 psf
- TTC and Hwy. 401 access
Greg Racic/Mike Brown

**30 Mid-Dominion – Markham/401**
- Clean 21,000 sf freestand
- Excellent shipping - divisible
Greg Racic/Mike Brown

**1360 Birchmount – Scarborough**
- Reduced Sale Price - 40,000 sf
- Freestanding - excellent exposure
Glen Moore/Mike Brown/Steve Connell

**Industrial Building - Ajax**
- 22,500 sf - great exposure
- Vendor financing available
Glen Foster

**Steeles Avenue/Weston Road**
- 187,000 sf - great shipping
- Trailer parking available
Goran Brelih/Steve Razmovski

**Industrial Condominiums**
8888 Keele Street, Vaughan
New Condos – 1,085sf. - 4,417sf
Max Smirnis

**LAND OPPORTUNITIES**

**Golf Course & Estate Lots**
- Carrick designed – ready to go
- 450 acres - $3,275,000
Brad Warren/Earle Ruggles

**1.87 acre Development Site**
- Excellent Yonge Street location
- Richmond Hill
Earle Ruggles/Brad Warren

**CUSHMAN & WAKEFIELD LEPAGE**
Global Real Estate Solutions
Cushman & Wakefield LePage Inc. Brokerage

2235 Sheppard Ave. E., Suite 1600
Toronto, ON
416-494-9500
www.cushwake.com
*Sales Representative ** Broker

---



### FOR SALE
### 111 ST. CLAIR AVE. W.

**PRESTIGIOUS OPPORTUNITY IN MID-TOWN TORONTO**

- Potential Conversion To Residential
- Vacant 20-Storey Office Building
- Approximately 400,000 sq. ft.
- Public Transit, Short Walk to Yonge St.
- Lot size 2.89 acres



**Contact:**
Peter Barnicke*    peter.barnicke@dtzbarnicke.com
Bryce Gibson*     bryce.gibson@dtzbarnicke.com
Andrew Barnicke*  andrew.barnicke@dtzbarnicke.com
*Sales Representatives

**416 863 1215**   www.dtzbarnicke.com
DTZ Barnicke Limited, Real Estate Brokerage

---



### LONDON, ONTARIO
Competitive rates. Close to home. Room to grow.

One London Place offers a positive working environment in the heart of the city.

- 24 storeys of modern architecture
- Suites to accommodate 3 – 300 people
- Fresh air 100% replenished every 22 minutes
- 24/7 manned security, underground parking
- In-house fitness centre
- Large Common Conference room for up to 25 people
- Sublet opportunities available now

For office suites that meet your needs,
Contact Mike Riffel at
519.434.1000
or visit www.sifton.com

**Sifton** — Experience. The Difference.™

---

### DEVELOPMENT PROPERTIES FOR SALE
- 19 CLAIRTRELL RD, TORONTO $6,000,000
- ANGUS DRIVE, AJAX $3,200,000
- 630 QUEEN ST. E, TORONTO $1,995,000
- 305 KINGSTON RD. TORONTO $1,995,000

For info on these sites please call:

**icon1** realty services inc. brokerage

Martin Niro
Broker of Record

(416) 535-1255
info@icon1realty.com

---

**DON'T MISS A DAY**
**THE GLOBE AND MAIL**
TO SUBSCRIBE CALL 1-866-36 GLOBE

---



It's not just business.
It's how millions of transactions every second affect you.
**Report on Business**

## LEGALS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: GENERAL MOTORS CORP., et al., Debtors.
Chapter 11 Case No. 09-50026 (REG) (Jointly Administered)

**NOTICE OF SALE HEARING TO SELL SUBSTANTIALLY ALL OF DEBTORS' ASSETS PURSUANT TO MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER**

PLEASE TAKE NOTICE THAT upon the motion (the "Motion"), of General Motors Corporation ("GM") and its debtor subsidiaries, as debtors in possession (collectively, the "Debtors" or the "Company"), dated June 1, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has issued an order dated June 2, 2009 (the "Sale Procedures Order"), among other things, (i) scheduling a hearing (the "Sale Hearing") to approve (a) the Master Sale and Purchase Agreement, dated as of June 1, 2009 (the "MPA"), by and among GM and its Debtor subsidiaries (collectively, the "Sellers") and Vehicle Acquisition Holdings LLC (the "Purchaser"), a purchaser sponsored by the United States Department of the Treasury (the "U.S. Treasury"), with respect to the sale of substantially all the Debtors' assets (the "Purchased Assets") free and clear of all liens, claims, encumbrances, and other interests, and subject to certain exceptions, (b) in connection with the sale, the assumption, assignment, and sale to the Purchaser pursuant to the MPA of certain executory contracts and unexpired leases of personal property and nonresidential real property (the "Assumable Executory Contracts"); and (c) the settlement agreement (the "UAW Retiree Settlement Agreement"), between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"); (ii) approving certain procedures for the submission and acceptance of any competing bids (the "Sale Procedures"); (iii) approving a procedure for the assumption, assignment, and sale to the Purchaser pursuant to the MPA of the Assumable Executory Contracts; (iv) approving the form and manner of notice of the Motion and the relief requested therein and of the Sale Hearing; and (v) setting a deadline for the filing of objections, if any, to the relief requested in the Motion.

**A. THE MASTER SALE AND PURCHASE AGREEMENT**

The total consideration under the MPA for the sale of the Purchased Assets is equal to the sum of (i) a credit bid in the amount of the outstanding indebtedness owed to the Purchaser as of the closing pursuant to certain secured loans extended by the U.S. Treasury and Export Development Canada, less approximately $8 billion (estimated to be approximately $48.3 billion at July 31, 2009); (ii) the surrender of a warrant to purchase GM shares previously issued to the U.S. Treasury in connection with the amount of secured loans extended by the U.S. Treasury; (iii) the issuance to GM of shares of common stock of the Purchaser representing approximately 10% of the common stock of the Purchaser as of the closing of the sale; (iv) the issuance to GM of warrants to purchase up to 15% of the shares of common stock of the Purchaser on a fully diluted basis, with one half exercisable at any time prior to the seventh anniversary of issuance at an initial exercise price based on a $15 billion equity value of the Purchaser and the other half exercisable at any time prior to the tenth anniversary of issuance at an initial exercise price based on a $30 billion equity value of the Purchaser (GM can elect partial and cashless exercises of the warrants); and (v) the assumption by the Purchaser of certain assumed liabilities, all as set forth more fully in the MPA (visit www.nysb.uscourts.gov or www.gmcourtdocs.com). In addition, if the aggregate amount of allowed general unsecured claims against the Debtors exceeds $35 billion, as estimated by an order of the Bankruptcy Court (which the Debtors may seek at any time), GM will receive an additional 2% of the common stock of the Purchaser as of the closing of the sale.

**B. THE SALE HEARING**

The Sale Hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on June 30, 2009, at 9:45 a.m. (Eastern Time). The Sale Hearing may be adjourned without notice by an announcement of the adjourned date at the Sale Hearing.

**RESPONSES OR OBJECTIONS, IF ANY, TO THE RELIEF SOUGHT IN THE MOTION SHALL BE FILED** with the Clerk of the Bankruptcy Court and served upon: (a) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (b) Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (c) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., and Gordon Z. Novod, Esq.); (d) Cleary Gottlieb Steen & Hamilton LLP, the attorneys for the UAW, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esq.); (e) Cohen, Weiss and Simon LLP, the attorneys for the UAW, 330 W. 42nd Street, New York, New York 10036 (Attn: Babette Ceccotti, Esq.); (f) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (g) the Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004; and (h) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), **SO AS TO BE RECEIVED NO LATER THAN JUNE 19, 2009, AT 5:00 P.M. (EASTERN TIME)** (the "**Objection Deadline**").

The failure of any person or entity to file a response or objection on or before the Objection Deadline shall be deemed a consent to the 363 Transaction and the other relief requested in the Motion, and shall bar the assertion, at the Sale Hearing or thereafter, of any objection to the Sale Procedures, the Motion, the 363 Transaction, the approval of the UAW Retiree Settlement Agreement, and the Debtors' consummation of the 363 Transaction.

**C. COPIES OF THE MOTION AND SALE PROCEDURES ORDER**

This Notice provides only a partial summary of the relief sought in the Motion and the terms of the Sale Procedures Order. Copies of the Motion, the MPA (excluding certain commercially sensitive information), and Sale Procedures Order are available for inspection (i) by accessing (a) the website of the Bankruptcy Court at www.nysb.uscourts.gov, or (b) the website of the Debtors' claims and noticing agent, The Garden City Group, Inc., at www.gmcourtdocs.com, (ii) by visiting the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408. Copies also may be obtained by faxing a written request to the attorneys for the Debtors, Weil, Gotshal & Manges LLP (Attn: Russell Brooks, Esq.) at 212-310-8007.

BY ORDER OF THE COURT

Dated: New York, New York
June 2, 2009

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and Debtors in Possession

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, & Deadlines**

Chapter 11 bankruptcy cases concerning the debtors listed below were filed on June 1, 2009. You may be a creditor of the Debtors. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. **You are not being sued or forced into bankruptcy.** All documents filed with the Bankruptcy Court, including lists of the Debtors' assets and liabilities, will be available for inspection at the Office of the Clerk of the Bankruptcy Court or by accessing the Bankruptcy Court's website, www.nysb.uscourts.gov, as well as (A) by written request to the Debtors' Claims and Noticing Agent, The Garden City Group, Inc., at the following addresses: (i) if sending by regular mail: GM Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286; (ii) if sending by overnight or hand delivery: GM Claims Agent, 105 Maxess Road, Melville, New York 11747, (B) by phone at 703-286-6401, or (C) by accessing its website, www.gmcourtdocs.com. Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website, www.pacer.psc.uscourts.gov). NOTE: The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and the Debtors' Claims and Noticing Agent cannot give legal advice.

| Debtors: | Case Number: | Tax ID Number: |
|---|---|---|
| General Motors Corporation | 09-50026 (REG) | 38-0572515 |
| Chevrolet-Saturn of Harlem, Inc. | 09-13558 (REG) | 20-1426707 |
| Saturn, LLC | 09-50027 (REG) | 38-2577506 |
| Saturn Distribution Corporation | 09-50028 (REG) | 38-2755764 |

All other names used by the Debtors in the last 8 years:
**General Motors Corporation:** GMC Truck Division and NAO Fleet Operations, GM Corporation-GM Auction Department, National Car Rental, National Car Sales, Automotive Market Research; **Chevrolet-Saturn of Harlem, Inc.:** CKS of Harlem; **Saturn, LLC:** Saturn Corporation, Saturn Motor Car Corporation, GM Saturn Corporation, Saturn Corporation of Delaware.
**Attorney for Debtors:** Harvey R. Miller, Stephen Karotkin, Joseph H. Smolinsky, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8000, Facsimile: (212) 310-8007.
**Meeting of Creditors,** Date: July 27, 2009, Time: 1:00 P.M., Location: Hilton New York, 1335 Avenue of the Americas, New York, NY 10019, (212) 586-7000.
**Deadline to File a Proof of Claim.** Notice of deadline will be sent at a later time. **Creditor with a Foreign Address:** Read the information under "Claims."
**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:** Notice of deadline will be sent at a later time.
**Creditors May Not Take Certain Actions:** In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in these cases.
**Address of the Bankruptcy Clerk's Office:** United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Telephone: 212-668-2870, Hours Open: 8:30 am to 5:00 pm.
Clerk of the Bankruptcy Court: Vito Genna
**Filing of Chapter 11 Bankruptcy Case.** Bankruptcy cases under chapter 11 of the Bankruptcy Code (title 11, United States Code) have been filed in this court by the debtors listed above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidated pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business.
**Legal Advice.** The staff of the Clerk of the Bankruptcy Court cannot give legal advice. Consult a lawyer to determine your rights in these cases.
**Creditors Generally May Not Take Certain Actions.** Prohibited collection actions are listed in Bankruptcy Code § 362. Examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.
**Meeting of Creditors.** A meeting of creditors is scheduled for the date, time, and location listed above. *The debtors' representative must be present at the meeting to be questioned under oath by the United States Trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.
**Claims.** A Proof of Claim is a signed statement describing a creditor's claim. You can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the Bankruptcy Court. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender other nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.
**Discharge of Debts.** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141 (d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141 (d) (6) (A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed above. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline.
**Bankruptcy Clerk's Office.** Any paper that you file in these bankruptcy cases should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply.
**Creditor with a Foreign Address.** Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in these cases.

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: MASONITE CORPORATION, et al., Debtors.
Chapter 11
Case No. 09-10844 (PJW)
(Jointly Administered)

**NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM**
**THE GENERAL CLAIMS BAR DATE IS JULY 6, 2009**
**THE GOVERNMENTAL CLAIMS BAR DATE IS SEPTEMBER 13, 2009**

PLEASE TAKE NOTICE OF THE FOLLOWING:

**Filing of the Bar Date Notice.** On May 29, 2009, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. 365] (the "Bar Date Order") establishing certain deadlines for the filing of proofs of claim in the chapter 11 cases of the following debtors and debtors in possession (collectively, the "Masonite Debtors"):

| Debtor | Case No. |
|---|---|
| Cutting Edge Tooling, Inc. | 09-10853 (PJW) |
| Door Installation Specialist Corporation | 09-10856 (PJW) |
| Eger Properties | 09-10846 (PJW) |
| Florida Made Door Co. | 09-10852 (PJW) |
| Masonite Air LLC | 09-10855 (PJW) |
| Masonite Corporation | 09-10844 (PJW) |
| Masonite Corporation Foreign Holdings Ltd. | 09-10850 (PJW) |
| Masonite Holding Company Limited | 09-10851 (PJW) |
| Masonite Holding Corporation | 09-10858 (PJW) |
| Masonite International Corporation | 09-10857 (PJW) |
| Masonite International, Inc. | 09-10859 (PJW) |
| Masonite Primeboard, Inc. | 09-10849 (PJW) |
| Pintu Acquisition Company, Inc. | 09-10854 (PJW) |
| Premdor Finance LLC | 09-10845 (PJW) |
| Woodlands Millwork I, Ltd. | 09-10848 (PJW) |
| WMW, Inc. | 09-10847 (PJW) |

**The Bar Dates.** Pursuant to the Bar Date Notice, all entities (except governmental units), including individuals, partnerships, estates, and trusts who have a claim or potential claim against the Masonite Debtors that arose prior to March 16, 2009, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **July 6, 2009** (the "General Claims Bar Date"). Governmental entities who have a claim or potential claim against the Masonite Debtors that arose prior to March 16, 2009, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **September 13, 2009** (the "Governmental Bar Date").

**ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE GENERAL CLAIMS BAR DATE OR GOVERNMENTAL BAR DATE, AS APPLICABLE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND DISTRIBUTION.**

**Filing a Proof of Claim.** Each Proof of Claim must be filed, including supporting documentation, by U.S. Mail or other hand delivery system, so as to be **actually received** by the Masonite Debtors' notice and claims agent, Kurtzman Carson Consultants LLC ("KCC") on or before the Claims Bar Date or the Governmental Bar Date (or, where applicable, on or before any other bar date as set forth herein) at the following address:

Masonite Claims Processing · c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue, El Segundo, California 90245

**Contents of Proofs of Claim.** Each proof of claim must (i) be written in English; (ii) include a claim amount denominated in United States dollars or, if consistent with the ordinary course of business between the Masonite Debtors and the claimant, Canadian dollars; (iii) clearly identify the Masonite Debtor against which the claim is asserted; (iv) conform substantially with the proof of claim form attached to the Bar Date Notice or Official Form No. 10; (v) be signed by the claimant or by an authorized agent or legal representative of the claimant; and (vi) include as attachments any and all supporting documentation on which the claim is based. **Please note** – Each proof of claim must state a claim against only one Masonite Debtor and clearly indicate the Masonite Debtor against which the claim is asserted. To the extent more than one Masonite Debtor is listed on the proof of claim, a proof of claim is filed under the joint administration case number (No. 09-10844) or a proof of claim is otherwise filed without identifying a Masonite Debtor, the proof of claim may be deemed as filed only against Masonite Corporation.

**Additional Information.** If you have any questions regarding the claims process and/or you wish to obtain a copy of the Bar Date Notice, a proof of claim form or related documents you may do so by: (i) visiting the Masonite Debtors' restructuring hotline at (866) 967-1782 (taus fraix pour les appels en provenance des États-Unis, du Canada, des Caraïbes et des Bahamas) ou le (310) 751-2682 (tous les autres pays). **Please note** – Kurtzman Carson Consultants LLC can **not** offer legal advice or advise whether you should file a proof of claim.

Dated: Wilmington, Delaware, May 29, 2009
**BY ORDER OF THE COURT**
**RICHARDS, LAYTON & FINGER, P.A.,**
Daniel J. DeFranceschi (Bar No. 2732),
Katisha D. Fortune (Bar No. 4857), One
Rodney Square, 920 North King Street,
Wilmington, Delaware, Telephone: (302) 651-7700, Facsimile: (302) 651-7701

**KIRKLAND & ELLIS LLP,** Richard M. Cieri (admitted *pro hac vice*), Jonathan S. Henes (admitted *pro hac vice*), Christopher J. Marcus (admitted *pro hac vice*), Chad J. Husnick (admitted *pro hac vice*), Citigroup Center, 153 East 53rd Street, New York, New York 10022-4611, Telephone: (212) 446-4800

[1] The Masonite Debtors, together with the last four digits of each Masonite Debtor's federal tax identification number, are: Masonite Corporation (8020); Premdor Finance LLC (4966); Eger Properties (6847); WMW, Inc. (3326); Woodlands Millwork I, Ltd. (5989); Masonite Primeboard, Inc. (5752); Masonite Corporation Foreign Holdings Ltd. (0667); Masonite Holding Company Limited (3243); Florida Made Door Co. (7906); Cutting Edge Tooling, Inc. (8818); Pintu Acquisition Company, Inc. (7932); Masonite Air LLC (N/A); Door Installation Specialist Corporation (2354); Masonite Holding Corporation (N/A); Masonite International Inc. (N/A); and Masonite International Corporation (7314). The Masonite Debtors' principal executive offices are located in Mississauga, Ontario and Tampa, Florida and the service address for all Masonite Debtors is: One N. Dale Mabry Highway, Suite 950, Tampa, Florida 33609.

---

**CA** The Institute of Chartered Accountants of Ontario

**NOTICE**

David Sergio Stone, Toronto, was suspended from the Institute of Chartered Accountants of Ontario on January 26, 2009 for a period of two years, by order of the Institute's Discipline Committee, after having been found guilty of a breach of the Institute's rules of professional conduct.

As a consequence, Mr. Stone is not entitled to call himself a chartered accountant or use the designatory CA initials during the period of his suspension.

The Institute of Chartered Accountants of Ontario is the qualifying and regulatory body of Ontario's over 33,000 Chartered Accountants and 5,000 CA students. The Institute protects the public interest through the CA profession's high standards of qualification and the enforcement of its rules of professional conduct.

---

## DIVIDENDS

**DIVIDENDS** — **Computershare**

Notice is hereby given that the following eligible dividend has been declared.

| ISSUER | ISSUE | RECORD DATE | PAYABLE DATE | RATE |
|---|---|---|---|---|
| AirBoss of America Corp. | Common | June 30, 2009 | July 23, 2009 | $0.025 |

---

## NOTICE OF RECORD DATE

**NOTICE OF RECORD DATE**
**CARLISLE GOLDFIELDS LIMITED**

Notice is hereby given that the Record Date for shareholders of Carlisle Goldfields Limited entitled to receive Notice of the Special Meeting of Shareholders to be held on July 20, 2009 is June 18, 2009.

Dated this 11th day of June 2009.

---

## MEETINGS

**NOTICE OF SPECIAL MEETING OF COPPER FOX METALS INC.**

A special meeting of Copper Fox Metals Inc. shareholders, with a record date of June 18, 2009, will be held at the Telus Convention Centre in Calgary, Alberta on July 10, 2009 at 2 pm MST.

---

## MEETINGS

**CO-OPERATORS LIFE INSURANCE COMPANY**

**NOTICE OF SPECIAL GENERAL MEETING OF POLICYHOLDERS AND SHAREHOLDERS**

TAKE NOTICE that a Special General Meeting of the policyholders and shareholders of Co-operators Life Insurance Company ["Co-operators"] shall take place at offices of The Co-operators, 130 Macdonell St., Priory Square, in the city of Guelph, province of Ontario on the 25th day of June, 2009 commencing at the hour of one o'clock in the afternoon for the purpose of:

(a) approving by-law changes to effect a consolidation of the common shares of the company pursuant to section 299 of the Insurance Companies Act

AND TAKE NOTICE that any proxies to be deposited with the Company pursuant to the Insurance Companies Act, may be deposited by mailing or faxing [519-824-0599] same to the attention of the Corporate Secretary, Priory Square, Guelph, Ontario, on or before the day immediately preceding the date of the commencement of the Special General Meeting.

Policyholders may receive the notice of the aforesaid meeting and other materials containing more details of the business to be transacted at the meeting upon written request to the Corporate Secretary.

On behalf of the Board of Directors

Frank Lowery
Corporate Secretary


**the co-operators**
A Better Place For You

---


Globe Style. Every Saturday.

**DON'T MISS A DAY** **THE GLOBE AND MAIL**
TO SUBSCRIBE CALL 1-866-36 GLOBE

NATIONAL POST, THURSDAY, JUNE 11, 2009    09-50026-mg    Doc 2757    Filed 06/29/09    Entered 06/29/09 20:55:21    Main Document    nationalpost.com    **A15**

Pg 14 of 14

# TORONTO

## Police arrest man, 20, allegedly involved in shooting incident at Main station

**An alleged thief allegedly picked** the wrong victim Tuesday night on a streetcar outside Main subway station. Toronto police allege that a man took another man's iPod just before 10 p.m., but the victim fought back. "The suspect pulls out the gun and a struggle ensues," Constable Tony Vella said. The gun went off during the scuffle and a bullet struck a 19-year-old passenger, possibly a friend of the alleged thief's, in the leg. He was taken to hospital but is expected to survive. The alleged shooter fled. Police recovered a loaded handgun at the scene and arrested a 20-year-old man a short time later. He is facing a number of weapons-related charges. The alleged thief, meanwhile, has not been charged but police are still investigating the incident.
*Melissa Leong, National Post*

### POSTEDTORONTO.COM

---

## DOWNTOWN MYSTERY



TORONTO POLICE SERVICE
Police released this photo of Dylan Ellis and Oliver Martin, hoping it will generate new leads in their murder investigation.

# Last moments of their lives captured

### BEST FRIENDS KILLED

**By Melissa Leong**

Homicide detectives yesterday released a poignant photo of Dylan Ellis and Oliver Martin in their last minutes alive, hoping to rouse a year-long murder investigation that has reaped no leads as to why the best friends were killed.

In the picture, captured by Mr. Martin's girlfriend from the back seat of a Range Rover SUV, the 25-year-old men are laughing. The windows are down and the music is playing as Mr. Ellis navigates the dark, downtown streets.

Three minutes after the photo is taken, a gunman walks up to the vehicle, moments after it rolls to a stop in front of friend's house on Richmond Street West, and shoots them. Mr. Martin's girlfriend was not injured.

"The motive remains, at this point, completely unclear," Detective Sergeant Gary Giroux, a veteran homicide detective and lead investigator on the case, told a press conference yesterday. "I have not been able to find another case that is similar to this one with regard to a lack of motive, which I find troubling."

Since June 13, 2008, police have dissected their lives, and found nothing that would have put these men in harm's way. The lifelong friends grew up in Rosedale. Mr. Ellis was a photographer. Mr. Martin had just written his Chartered Financial Analyst exam and worked in the financial district.

Police were working on a theory that it was a case of mistaken identity, but Det. Sgt. Giroux said recently that was unlikely, because the gunman would have been close enough to the vehicle — perhaps 18 to 24 inches away — to see who he was shooting.

In an effort to draw new tips from the public, police launched an intense publicity campaign yesterday. Posters and photographs of the victims will appear on television screens on the TTC and on garbage bins around the city.

Officers were putting up notices in the neighbourhood where Mr. Ellis and Mr. Martin were murdered. A $50,000 reward still stands for information leading to an arrest.

Det. Sgt. Giroux said Mr. Martin's girlfriend was at first reluctant to release to the public the intimate moment captured on camera.

"The photograph shows Dylan Ellis and Oliver Martin laughing in the front seats of the SUV. Best friends, they're on top of the world and they have their whole lives ahead of them. They're out for an evening with their friends and they don't have a care in the world," he said.

He told reporters he hopes the image will "convince those members of this community who have a sense of decency to call with regards to information on this particular case."

For the first time yesterday, Det. Sgt. Giroux constructed for the public a vivid narrative of the events of June 13:

Shortly after midnight, Mr. Martin, his girlfriend and Mr. Ellis left a friend's house at Walnut Avenue and Richmond Street after watching a basketball game.

Mr. Ellis was driving his father's SUV east on Queen Street, laughing and joking with his friends, when they received a call to return to the apartment because they had taken a set of keys belonging to a friend.

"Absolutely no one would have known they were returning to that address," Det. Sgt. Giroux said, "other than individuals at the party who were long friends since Oliver and Dylan were little boys."

"I believe that the precipitating event in relation to the shooting took place some time between the receiving of the phone call and the SUV Range Rover returning to the Richmond Street West address."

The SUV pulled up in front of the high-rise building, in the middle of Richmond Street, so that Mr. Martin could just toss the keys up to their owner, who was coming to meet them on a terrace.

A male figure approached the driver's side of the SUV. Mr. Ellis turned his head to the left to look out the window and acknowledged him with a greeting – something like: "How's it going?"

Just then, shots were fired into the SUV. Mr. Martin told his girlfriend, "Get down."

The shooter then moved to the front corner of the vehicle and shot through the windshield, hitting Mr. Martin in the chest.

Mr. Martin's girlfriend called 911 at 12:08 a.m. Both young men died in hospital.

Initially, police released a description of a young, black male on a bicycle as a person of interest.

Residents who looked down upon the scene from their windows saw this person, but detectives do not know how he fits into the narrative.

*National Post*
*mleong@nationalpost.com*

---

## 'This isn't Toronto the Good any more'

Police yesterday launched a new publicity campaign to draw attention to their investigation into the murders of 25-year-old Dylan Ellis and Oliver Martin. Here are a few words from Mr. Ellis and Mr. Martin's loved ones:

**Susan Martin, Mr. Martin's mother:** "Oliver was so happy. He was with his best friend. He was in love. He just finished writing his CFA exam and he knew he had done really well. He had his money saved to travel with Dylan. They were having such a great time [on June 18] that they went back with Dylan, all three of them happy as can be.

"And this horrible, I don't even have a name for somebody who could do this, shoots his best friend in front of him and then shoots him. It just kills me, over and over and over again.

"In England, they banned guns and they don't have these shootings. I don't see why we can't do that here. Handguns have to disappear.

"Somebody knows and saw something and why they're not coming forward and how I can reach them, I don't know. This isn't Toronto The Good any more."

**Alan Dudeck, Mr. Martin's stepfather:** "It is as if [the year] has passed in one minute. It still feels surreal. It's very difficult to accept losing a wonderful young man and son who was just jumping off a platform into wondrous things in his life. Coming to terms with it has been the most difficult. It just smacks you in every which way when you least expect it. To look for any rational, logic, understanding, faith-based answer doesn't work. There is no logic, there is no rationale. Whoever did the crime, who knows what is going on in that person's head?"

**Karen Ellis-Elia, Mr. Ellis's mother:** "There's been no sense of time. It's hard to believe it's been a year. There are things that make you happy to remember. You try to focus on those. There are difficult days, you go through the holidays and the special events in the family.

"You are in shock. You are in mourning, but I think we've worked so hard this year to support each other the be together. We tell stories about the boys. Funny stories. To be together to work really hard to remember the positive and beautiful things and not get bogged down. I refused to let Dylan be defined by the way we lost him.

"Dylan was never angry. There was no anger in him. I feel him every day around me. I think of him every day and if I take him in and what he gives me, it's all positive."

**Kathleen Ryan, producer of the Peace Dot Love festival and a friend of Mr. Martin's and Mr. Ellis's:** "When it happened in June, all we did was sit around on the front lawn of the Ellises and play music, play guitar and let the time pass that would otherwise have been terrible if it was silent. It was the way we decided to heal ourselves and now it is the way we want to get people interested ... and get them to realize that [their donations] are going steer youth at risk from choosing a life of violence.

*National Post*

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re    Chapter 11 Case No.
GENERAL MOTORS CORP., *et al.*,    09-50026 (REG)
   Debtors.    (Jointly Administered)

**NOTICE OF SALE HEARING TO SELL SUBSTANTIALLY ALL OF DEBTORS' ASSETS PURSUANT TO MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER**

PLEASE TAKE NOTICE THAT upon the motion (the "Motion"), of General Motors Corporation ("GM") and its debtor subsidiaries, as debtors in possession (collectively, the "Debtors" or the "Company"), dated June 1, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has issued an order dated June 2, 2009 (the "Sale Procedures Order"), among other things, (i) scheduling a hearing (the "Sale Hearing") to approve (a) the Master Sale and Purchase Agreement, dated as of June 1, 2009 (the "MPA"), by and among GM and its Debtor subsidiaries (collectively, the "Sellers") and Vehicle Acquisition Holdings LLC (the "Purchaser"), a purchaser sponsored by the United States Department of the Treasury (the "U.S. Treasury"), with respect to the sale of substantially all the Debtors' assets (the "Purchased Assets") free and clear of all liens, claims, encumbrances, and other interests, and subject to higher or better offers (the "363 Transaction"); (b) the assumption, assignment, and sale to the Purchaser pursuant to the MPA of certain executory contracts and unexpired leases of personal property and nonresidential real property (the "Assumable Executory Contracts"); and (c) the settlement agreement (the "UAW Retiree Settlement Agreement"), between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"); (ii) approving certain procedures for the submission and acceptance of any competing bids (the "Sale Procedures"); (iii) approving a procedure for the assumption, assignment, and sale to the Purchaser pursuant to the MPA of the Assumable Executory Contracts; (iv) approving the form and manner of notice of the Motion and the relief requested therein and of the Sale Hearing; and (v) setting a deadline for the filing of objections, if any, to the relief requested in the Motion.

**A. THE MASTER SALE AND PURCHASE AGREEMENT**

The total consideration under the MPA for the sale of the Purchased Assets is equal to the sum of (i) a credit bid in the amount of the outstanding indebtedness owed to the Purchaser as of the closing pursuant to certain secured loans extended by the U.S. Treasury and Export Development Canada, less approximately $8 billion (estimated to be approximately $48.3 billion at July 31, 2009); (ii) the surrender of a warrant to purchase GM shares previously issued to the U.S. Treasury in connection with the secured loans extended by the U.S. Treasury; (iii) the issuance to GM of shares of common stock of the Purchaser representing approximately 10% of the common stock of the Purchaser as of the closing of the sale; (iv) the issuance to GM of warrants to purchase up to 15% of the shares of common stock of the Purchaser on a fully diluted basis, with one half exercisable at any time prior to the seventh anniversary of issuance at an initial exercise price based on a $15 billion equity value of the Purchaser and the other half exercisable at any time prior to the tenth anniversary of issuance at an initial exercise price based on a $30 billion equity value of the Purchaser (GM can elect partial and cashless exercises of the warrants); and (v) the assumption by the Purchaser of certain assumed liabilities, all as set forth more fully in the MPA (visit www.nysb.uscourts.gov or www.gmcourtdocs.com). In addition, if the aggregate amount of allowed general unsecured claims against the Debtors exceeds $35 billion, as estimated by an order of the Bankruptcy Court (which the Debtors may seek at any time), GM will receive an additional 2% of the common stock of the Purchaser as of the closing of the sale.

**B. THE SALE HEARING**

The Sale Hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on June 30, 2009, at 9:45 a.m. (Eastern Time). The Sale Hearing may be adjourned without notice by an announcement of the adjourned date at the Sale Hearing.

**RESPONSES OR OBJECTIONS, IF ANY, TO THE RELIEF SOUGHT IN THE MOTION SHALL BE FILED** with the Clerk of the Bankruptcy Court and served upon: (a) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (b) Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (c) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., and Gordon Z. Novod, Esq.); (d) Cleary Gottlieb Steen & Hamilton LLP, the attorneys for the UAW, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esq.); (e) Cohen, Weiss and Simon LLP, the attorneys for the UAW, 330 W. 42nd Street, New York, New York 10036 (Attn: Babette Ceccotti, Esq.); (f) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (g) the Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004; and (h) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), **SO AS TO BE RECEIVED NO LATER THAN JUNE 19, 2009, AT 5:00 P.M. (EASTERN TIME)** (the "**Objection Deadline**").

The failure of any person or entity to file a response or objection on or before the Objection Deadline shall be deemed a consent to the 363 Transaction and the other relief requested in the Motion, and shall bar the assertion, at the Sale Hearing or thereafter, of any objection to the Sale Procedures, the Motion, the 363 Transaction, the approval of the UAW Retiree Settlement Agreement, and the Debtors' consummation of the 363 Transaction.

**C. COPIES OF THE MOTION AND SALE PROCEDURES ORDER**

This Notice provides only a partial summary of the relief sought in the Motion and the terms of the Sale Procedures Order. Copies of the Motion, the MPA (excluding certain commercially sensitive information), and Sale Procedures Order are available for inspection (i) by accessing (a) the website of the Bankruptcy Court at www.nysb.uscourts.gov, or (b) the website of the Debtors' claims and noticing agent, The Garden City Group, Inc., at www.gmcourtdocs.com or (ii) by visiting the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408. Copies also may be obtained by faxing a written request to the attorneys for the Debtors, Weil, Gotshal & Manges LLP (Attn: Russell Brooks, Esq.) at 212-310-8007.

BY ORDER OF THE COURT

Dated: New York, New York    WEIL, GOTSHAL & MANGES LLP
June 2, 2009    767 Fifth Avenue
   New York, New York 10153
   Telephone: (212) 310-8007
   Facsimile: (212) 310-8007

Attorneys for Debtors and Debtors in Possession

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, & Deadlines**

Chapter 11 bankruptcy cases concerning the debtors listed below were filed on June 1, 2009. You may be a creditor of the Debtors. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. **You are not being sued or forced into bankruptcy.** All documents filed with the Bankruptcy Court, including lists of the Debtors' assets and liabilities, will be available for inspection at the Office of the Clerk of the Bankruptcy Court or by accessing the Bankruptcy Court's website, www.nysb.uscourts.gov, as well as (A) by written request to the Debtors' Claims and Noticing Agent, The Garden City Group, Inc., at the following addresses: (i) if sending by regular mail: GM Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286; (ii) if sending by overnight or hand delivery: GM Claims Agent, 105 Maxess Road, Melville, New York 11747, (B) by phone at 703-286-6401, or (C) by accessing its website, www.gmcourtdocs.com. Note that you need a PACER password and login to access documents on the Bankruptcy Court's website or PACER password is obtained by accessing the PACER website, www.pacer.psc.uscourts.gov). NOTE: The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and the Debtors' Claims and Noticing Agent cannot give legal advice.

| Debtors: | Case Number: | Tax ID Number: |
|---|---|---|
| General Motors Corporation | 09-50026 (REG) | 38-0572515 |
| Chevrolet-Saturn of Harlem, Inc. | 09-13558 (REG) | 20-1426707 |
| Saturn, LLC | 09-50027 (REG) | 38-2577506 |
| Saturn Distribution Corporation | 09-50028 (REG) | 38-2755764 |

All other names used by the Debtors in the last 8 years:
General Motors Corporation: GMC Truck Division and NAO Fleet Operations, GM Corporation-GM Auction Department, National Car Rental, National Car Sales, Automotive Market Research; Chevrolet-Saturn of Harlem, Inc.: CKS of Harlem; Saturn, LLC: Saturn Corporation, Saturn Motor Car Corporation, GM Saturn Corporation, Saturn Corporation of Delaware.

**Attorney for Debtors:** Harvey R. Miller, Stephen Karotkin, Joseph H. Smolinsky, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8007, Facsimile: (212) 310-8007.

**Meeting of Creditors.** Date: July 27, 2009, Time: 1:00 P.M., Location: Hilton New York, 1335 Avenue of the Americas, New York, NY 10019, (212) 586-7000.

**Deadline to File a Proof of Claim.** Notice of deadline will be sent at a later time. **Creditor with a Foreign Address:** Read the information section "Claims."

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:** Notice of deadline will be sent at a later time.

**Creditors May Not Take Certain Actions:** In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in these cases.

**Address of the Bankruptcy Clerk's Office:** United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Telephone: 212-668-2870, Hours Open: 8:30 am to 5:00 pm.

Clerk of the Bankruptcy Court: Vito Genna

**Filing of Chapter 11 Bankruptcy Case.** Bankruptcy cases under Chapter 11 of the Bankruptcy Code (title 11, United States Code) have been filed in this court by the debtors listed above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business.

**Legal Advice.** The staff of the Bankruptcy Court cannot give legal advice. Consult a lawyer to determine your rights in these cases.

**Creditors Generally May Not Take Certain Actions.** Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.

**Meeting of Creditors.** A meeting of creditors is scheduled for the date, time, and location listed above. *The debtors' representative must be present at the meeting to be questioned under oath by the United States Trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.

**Claims.** A Proof of Claim is a signed statement describing a creditor's claim. You can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Discharge of Debts.** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141 (d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141 (d) (6) (A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed above. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline.

**Bankruptcy Clerk's Office.** Any paper that you file in these bankruptcy cases should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply.

**Creditor with a Foreign Address.** Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in these cases.

---

## Mortgages for Sale    CapitaDirect

| MORTGAGE | AREA | YIELD | LOAN TO VALUE |
|---|---|---|---|
| $50K | Barrie 2nd | 15.00% | 79% |
| $138K | Kingston 2nd | 20.50% | 79% |
| $72K | Timmins 1st | 9.50% | 64% |
| $37K | Brantford 2nd | 17.50% | 79% |
| $63K | Wanap 1st | 15.00% | 54% |

**905-361-1153 or 1-800-959-9290**





Working where you work.