# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                                                         Chapter 11

GENERAL MOTORS CORPORATION,          Case No. 09-50026 (REG)

                     Debtor.
-------------------------------------------------------x

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the Motion of Evgeny Friedman and the plaintiffs in the action entitled *Friedman v. General Motors Corp.*, 08 Civ. 2458 (SAS) ("Movants") for entry of an Order granting it relief from the automatic stay pursuant to Section 362(d)(1) of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code") (the "Motion"), so as to permit Movants to appeal to the Second Circuit; and good cause having been shown for the relief granted herein; it is hereby

ORDERED that the automatic stay under § 362 of the Bankruptcy Code is modified and lifted so as to permit Movants to appeal to appeal the dismissal of the Third Amended Complaint in the action entitled *Friedman v. General Motors Corp.*, 08 Civ. 2458 (SAS) to the Second Circuit, and to otherwise pursue the Movants' rights against the Debtor.

Dated: New York, New York
       July __, 2009

                                                                                      UNITED STATES BANKRUPTCY JUDGE