HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
William R. Fried
wfried@herrick.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>--------------------------------------------------------x<br>In re<br><br>GENERAL MOTORS CORPORATION,<br><br>            Debtor.<br>--------------------------------------------------------x | **CERTIFICATE OF SERVICE**<br><br><br>Chapter 11<br><br>Case No. 09-50026 (REG) |

      I, Mary Ellen Shuttleworth, hereby certify under the penalties of perjury that on this date I caused, true and correct copy of the Notice of Motion for an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) to be served through the Clerk of the Court using the ECF filing system which will send notification to all parties registered with such system.

Dated: New York, New York
       June 29, 2009

                                                                                _____Mary Ellen Shuttleworth_
                                                                                 Mary Ellen Shuttleworth