Susan M. Jennik
KENNEDY, JENNIK & MURRAY, P.C.
113 University Place, 7th Floor
New York, New York 10003
Tel: (212) 358-1500
Attorneys for IUE-CWA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X
In re                                                               :    Chapter 11
                                                                    :
General Motors Corporation, *et al.*                                :    Case No. 09-50026
(REG)
                                                                    :
                                    Debtors.                        :
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

     I hereby certify that on June 29, 2009 I caused a copy of the Objecting Unions IUE-CWA, United Steelworkers ("USW") and the International Union of Operating Engineers ("IOUE") Corrected Second Amended Evidence and Witness List for the hearing on the Debtors' Asset Sale Motion (Docket No.92) to be served via email upon the following:

          Weil, Gotshal & Manges LLP
          Attorneys for the Debtors
          767 Fifth Avenue
          New York, NY  10153
          Att'n:  Harvey R. Miller, Esq.
                 Stephen Karotkin, Esq.
                 Joseph H. Smolinsky, Esq.

          The General Motors Corporation
          Debtor
          300 Renaissance Center
          Detroit, MI  48265
          Att'n:  Lawrence S. Buonomo, Esq.

Cadwalader, Wickersham & Taft LLP
Attorneys for the Purchaser
One World Financial Center
New York, NY 10281
Att'n: John J. Rapisardi, Esq.

The United States Treasury
1500 Pennsylvania Avenue, NW
Room 2312
Washington, DC 20220
Att'n: Matthew Feldman, Esq.

Vedder Price, PC
Attorneys for EDC
1633 Broadway, 47th Floor
New York, NY 10019
Att'n: Michael J. Edelman, Esq.
       Michael L. Schein, Esq.

Kramer Levin Naftalis & Frankel LLP
Attorneys for the Creditors Committee
1177 Avenue of the Americas
New York, NY 10036
Att'n: Gordon Z. Novod, Esq.

United Auto Workers
8000 East Jefferson Avenue
Detroit, MI 48214
Att'n: Daniel W. Sherrick, Esq.

Cleary Gottlieb Steen & Hamilton LLP
Attorneys for the UAW
One Liberty Plaza
New York, NY 10006
Att'n: James L. Bromley, Esq.

Cohen, Weiss and Simon LLP
Attorneys for the UAW
330 West 42nd Street
New York, NY 10036
Att'n: Babette Ceccotti, Esq.

Office of the United States Trustee
 for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Att'n: Diana G. Adams, Esq.

United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
Att'n: David S. Jones, Esq.
       Matthew L. Schwartz, Esq.


By:    /s/ Susan Jennik
       SUSAN M. JENNIK (SJ-4607)