```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                           :
                                                :     Chapter 11 Case No.
GENERAL MOTORS CORP., et. al.                   :
                                                :     09-50026 (REG)
                                                :
              Debtors.                          :     (Jointly Administered)
                                                :
------------------------------------------------------------X
```

## CERTIFICATE OF SERVICE

I, Laurie M. Thornton, certify as follows:

1.  I am a Senior Bankruptcy Consultant with the Business Reorganization Department in the Seattle office of The Garden City Group, Inc. ("GCG"), the claims and noticing agent for the Debtors and Debtors-in-possession (the "Debtors") in the above-captioned proceeding. The business address of the Seattle office of GCG is located at 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.  On June 26, 2009, at the direction of Weil, Gotshal & Manges LLP, ("Weil Gotshal") counsel for the Debtors, I caused a true and correct copy of:

- **Notice of Settlement of Counter-Order Denying Motion for Appointment of Additional Committee of Family & Dissident GM Bondholders (Docket No. 2583) ("GM Bondholders Notice");** and

- **Notice of Settlement of Order Denying Application of General Motors Retirees' Association for Appointment of a Retiree Committee Pursuant to 11 U.S.C. §1114(d) (Docket No. 2619) ("Retirees' Notice").**

via hand delivery upon the parties set forth in Exhibit A with respect to the GM Bondholders Notice, and Exhibit B with respect to the Retirees' Notice, attached hereto.

3.  Also, on June 26, 2009, at the direction of Weil Gotshal, I caused a true and correct copy of:

- **Supplemental Affidavit and Disclosure Statement on Behalf of Weil, Gotshal & Manges LLP Pursuant to Sections 327, 328(a), 329 and 504 of the Bankruptcy Code and Fed. R. Bankr. P. 2014(a) and 2016(b) (Docket No. 2347) ("Karotkin Affidavit").**

via hand delivery upon the parties set forth in Exhibit C, attached hereto.

4. I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: Seattle, Washington
June 29, 2009

/s/  Laurie M. Thornton
LAURIE M. THORNTON

# Exhibit A

Diana G. Adams, Esq.
United States Trustee
Attn: Brian S. Masumoto, Esq.
Trial Attorney
33 Whitehall Street
21st Floor
New York, NY 10004

Michael P. Richman, Esq.
Patton Boggs LLP
1185 Avenue of the Americas
30th Floor
New York, NY 10036

Kenneth H. Eckstein, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

David M. Feldman, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

Jennifer Christian, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

# Exhibit B

4

Diana G. Adams, Esq.
United States Trustee
Attn: Brian S. Masumoto, Esq. Trial Attorney
33 Whitehall Street
21st Floor
New York, NY 10004

Kenneth H. Eckstein, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

Neil A. Goteiner
Farella Braun & Martel LLP
235 Montgomery Street
San Francisco, CA 94104

# Exhibit C

5

| | |
|---|---|
| CADWALADER WICKERSHAM & TAFT LLP<br>ATTN: JOHN RAPISARDI, ESQ.<br>COUNSEL FOR THE US DEPT OF TREASURY<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY  10281 | COHEN WEISS AND SIMON LLP<br>ATTN: BABETTE CECCOTTI, ESQ.<br>COUNSEL FOR THE UAW<br>330 W 42ND STREET<br>NEW YORK, NY  10036 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>A RICHARD SUSKO, ESQ<br>ONE LIBERTY PLAZA<br>NEW YORK, NY  10006 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>RICHARD S LINCER, ESQ.<br>ONE LIBERTY PLAZA<br>NEW YORK, NY  10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>DAVID I GOTTLIEB, ESQ.<br>ONE LIBERTY PLAZA<br>NEW YORK, NY  10006 | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>ATTN: KENNETH E ECKSTEIN, ESQ.<br>COUNSEL FOR THE CREDITORS' COMMITTEE<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>ATTN: THOMAS MOERS MAYER, ESQ.<br>COUNSEL FOR THE CREDITORS' COMMITTEE<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036 | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>ATTN: ADAM C ROGOFF, ESQ.<br>COUNSEL FOR THE CREDITORS' COMMITTEE<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>ATTN: GORDON Z NOVOD, ESQ.<br>COUNSEL FOR THE CREDITORS' COMMITTEE<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: DIANA ADAMS<br>33 WHITEHALL STREET<br>21ST FLOOR<br>NEW YORK, NY  10004 |
| UNITED STATES ATTORNEY<br>ATTN: MATTHEW L SCHWARTZ AND DAVID S. JONES, ESQS.<br>86 CHAMBERS STREET, 3RD FLOOR<br>NEW YORK, NY  10007 | VEDDER PRICE<br>MICHAEL EDELMAN, ESQ.<br>1633 BROADWAY<br>47TH FLOOR<br>NEW YORK, NY  10019 |
| VEDDER PRICE<br>MICHAEL SCHEIN, ESQ.<br>1633 BROADWAY<br>47TH FLOOR<br>NEW YORK, NY  10019 | WEIL, GOTSHAL & MANGES LLP<br>ATTN: HARVEY R. MILLER, ESQ.<br>767 FIFTH AVE<br>NEW YORK, NY  10153 |
| WEIL, GOTSHAL & MANGES LLP<br>ATTN: STEPHEN KAROTKIN, ESQ.<br>767 FIFTH AVE<br>NEW YORK, NY  10153 | WEIL, GOTSHAL & MANGES LLP<br>ATTN: JOSEPH H. SMOLINSKY, ESQ.<br>767 FIFTH AVE<br>NEW YORK, NY  10153 |