LEV L. DASSIN
Acting United States Attorney for the
Southern District of New York
By:  DAVID S. JONES
     JEFFREY S. OESTERICHER
     MATTHEW L. SCHWARTZ
     JOSEPH N. CORDARO
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: 212-637-2800
Facsimile: 212-637-2750

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF SERVICE**

I, Joseph N. Cordaro, an Assistant United States Attorney for the Southern District of New York, hereby certify that on June 25, 2009, I caused a true and correct copy of the following documents, filed via the Court's CM/ECF system on June 25, 2009, to be served on the parties set forth in Exhibit A attached hereto:

- **Declaration of Harry Wilson, with exhibits.**

- **Evidence and Witness List for the Hearing to Consider Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (F), (K), (M) and 365, and Fed. R. Bankr. P. 2002, 6004 and 6006, to Approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief.**

I further certify that on June 26, 2009, I caused a true and correct copy of the following document, filed via the Court's CM/ECF system on June 26, 2009, to be served on the parties set forth in Exhibit A attached hereto:

- **The United States of America's Statement in Support of Debtors' Motion to Approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief.**

I further certify that on June 29, 2009, I caused a true and correct copy of the following document, filed via the Court's CM/ECF system on June 28, 2009, to be served on the parties set forth in Exhibit A attached hereto:

- **Amended Evidence and Witness List of the United States of America for the Hearing to Consider Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), (m) and 365, and Fed. R. Bankr. P. 2002, 6004 and 6006, to Approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief.**

Dated:  New York, New York
       June 29, 2009

                                                s/ Joseph N. Cordaro
                                                JOSEPH N. CORDARO
                                                Assistant United States Attorney

EXHIBIT A

By Federal Express

Diana G. Adams, Esq.
United States Trustee for the
Southern District of New York
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

By Electronic Mail

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph Smolinksy, Esq.
Irwin Warren, Esq.
John Neuwirth, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
E-mail:  harvey.miller@weil.com
         stephen.karotkin@weil.com
         joseph.smolinksy@weil.com
         irwin.warren@weil.com
         john.neuwirth@weil.com

Thomas Moers Mayer, Esq.
Gordon Z. Novod, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
E-mail:  tmayer@kramerlevin.com
         gnovod@kramerlevin.com

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
E-mail:  mjedelman@vedderprice.com
         mschein@vedderprice.com

Amy Chung, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
E-mail:  achung@cgsh.com

Steve Jakubowski, Esq.
THE COLEMAN LAW FIRM
77 West Wacker Drive, Suite 4800
Chicago, Illinois 60601
E-mail:  sjakubowski@colemanlawfirm.com

Thomas M. Kennedy, Esq.
KENNEDY, JENNIK & MURRAY
113 University Place, 7th Floor
New York, New York 10003
E-mail:  tkennedy@kjmlabor.com

Barry E. Bressler, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, New York 10005
E-mail:  bbressler@schnader.com

Michael P. Richman, Esq.
PATTON BOGGS LLP
1185 Avenue of the Americas, 30th Floor
New York, New York 10036
E-mail:  mrichman@pattonboggs.com

Rita C. Tobin, Esq.
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, New York 10152
E-mail:  rct@capdale.com

Peter C. D'Apice, Esq.
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Email:  dapice@sbep-law.com