UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                              :
                                                                   :     Chapter 11 Case No.
GENERAL MOTORS CORP., *et. al.*                                    :
                                                                   :     09-50026 (REG)
                                                                   :
                    Debtors.                                       :     (Jointly Administered)
                                                                   :
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Laurie M. Thornton, certify as follows:

1.  I am a Senior Bankruptcy Consultant with the Business Reorganization Department in the Seattle office of The Garden City Group, Inc. ("GCG"), the claims and noticing agent for the Debtors and Debtors-in-possession (the "Debtors") in the above-captioned proceeding. The business address of the Seattle office of GCG is located at 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.  On June 25, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of:

- **Motion of the Debtors for Entry of Order Pursuant to 11 U.S.C. § 363(b) Authorizing and Approving Settlement Agreements with Certain Unions (Docket No. 2388);**

- **Ex Parte Motion of the Debtors Pursuant to Fed. R. Bankr. P. 2002(a)(2) and 9006(c) to Shorten Notice Period with Respect to Motion of the Debtors for Entry of Order Pursuant to 11 U.S.C. § 363(b) Authorizing and Approving Settlement Agreements with Certain Unions (Docket No. 2385);**

- **Order Pursuant to Fed. R. Bankr. P. 2002(a)(2) and 9006(c) to Shorten Notice Period with Respect to Motion of the Debtors for Entry of Order Pursuant to 11 U.S.C. § 363(b) Authorizing and Approving Settlement Agreements with Certain Unions (Docket No. 2447);**

- **Evidence and Witness List for the Hearing to Consider Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), (m) and 365, and Fed. R. Bankr. P. 2002, 6004 and 6006, to Approve (a) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances and Other Interests; (b) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (c) Other Relief (Docket No. 2474);** and

- **Supplemental Affidavit of Frederick A. Henderson Pursuant to Local Bankruptcy Rule 1007-2 (Docket No. 2479),**

to be served via hand delivery on the parties set forth on Exhibit A (core parties) attached hereto.

3. I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: Seattle, Washington
June 29, 2009

/s/  Laurie M. Thornton
LAURIE M. THORNTON

# Exhibit A

CADWALADER WICKERSHAM & TAFT LLP
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CLEARY GOTTLIEB STEEN & HAMILTON LLP
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
NEW YORK, NY 10006

COHEN WEISS AND SIMON LLP
330 W 42ND STREET
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

OFFICE OF THE UNITED STATES TRUSTEE
21ST FLOOR
NEW YORK, NY 10004

UNITED STATES ATTORNEY
NEW YORK, NY 10007

VEDDER PRICE
47TH FLOOR
NEW YORK, NY 10019

VEDDER PRICE
47TH FLOOR
NEW YORK, NY 10019