HEARING DATE AND TIME: June 30, 2009 at 9:45 a.m. (Eastern Time)
OBJECTION DEADLINE: June 19, 2009 at 5:00 p.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                       :       Chapter 11 Case No.
:
GENERAL MOTORS CORP., *et al.*,             :       09-50026 (REG)
:
Debtors.                       :       (Jointly Administered)
:
:
------------------------------------------------------------x

**AMENDED EXHIBIT J TO AMENDED AND SUPPLEMENTED
OMNIBUS REPLY OF THE DEBTORS TO OBJECTIONS TO DEBTORS'
MOTION PURSUANT TO 11 U.S.C. §§ 105, 363(b), (f), (k), AND (m), AND 365
AND FED. R. BANKR. P. 2002, 6004, AND 6006, TO APPROVE
(A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE
AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S.
TREASURY-SPONSORED PURCHASER, FREE AND CLEAR
OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS;
(B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY
CONTRACTS AND UNEXPIRED LEASES; AND (C) OTHER RELIEF**

**Exhibit J**

**Cure Objections**

09-50026-mg    Doc 2770    Filed 06/30/09    Entered 06/30/09 01:30:04    Main Document
Pg 2 of 17

**Schedule J-1**

# Exhibit 1
# Withdrawn Objections

| Docket # | Obj. Date | Name |
| --- | --- | --- |
| 1244 | 6/15/2009 | ABC Group, Inc. |
| 1434 | 6/15/2009 | Accuride Corp |
| 1359 | 6/15/2009 | Acument Global Technologies |
| 1344 | 6/15/2009 | ADAC - Strattec |
| 1102 | 6/15/2009 | ADAC Plastics, Inc. |
| 1129 | 6/15/2009 | Advics North America, Inc. |
| 1421 | 6/15/2009 | Affinia Group, Inc. and certain of its affiliates |
| 1415 | 6/15/2009 | Air International (U.S.), Inc. and Air International Thermal (Austrialia) Pty Ltd. |
| 1809 | 6/18/2009 | Airgas, Inc. and its subsidiaries and related entities |
| 1365 | 6/15/2009 | Airtex Products, L.P. |
| 1626 | 6/16/2009 | Ai-Shreveport LLC |
| 1040 | 6/12/2009 | Albar Industires, Inc. |
| 1449 | 6/15/2009 | Android Industries LLC |
| 1446 | 6/15/2009 | Android Industries-Delta Township, LLC |
| 1452 | 6/15/2009 | Android Industries-Shreveport LLC |
| 829 | 6/12/2009 | AP Moller Maersk |
| 1339 | 6/15/2009 | APL Co. Pte. Ltd. and American President Lines, Ltd. |
| 1150 | 6/12/2009 | Aquent LLC |
| 813 | 6/12/2009 | Aramark Holdings Corporation |
| 891 | 6/15/2009 | Assurant Inc. dba SSDC Services Corp. |
| 906 | 6/12/2009 | AT&T |
| 2466 | 6/24/2009 | Atlas Oil Company |
| 805 | 6/12/2009 | Auma, S.A. de C.V. |
| 862 | 6/12/2009 | Autoliv ASP, Inc. |
| 918 | 6/2/2009 | Automatic Data Processing, Inc. |
| 846 | 6/12/2009 | Autoport Limited |
| 1295 | 6/15/2009 | Ballard Materials Products, Inc. |
| 640 | 6/11/2009 | BASF Corporation |
| 1212 | 6/15/2009 | Bay Logistics, Inc. |
| 2038 | 6/19/2009 | BBi Enterprises Group, Inc. |
| 916 | 6/12/2009 | Behr America, Inc. |
| 919 | 6/12/2009 | Behr GmbH & Co. KG |
| 1045 | 6/15/2009 | Benteler Automotive Corporation |
| 1023 | 6/15/2009 | BHM Technologies Holdings, Inc., The Brown Company of Waverly, LLC, The Brown Company of Moberly, LL |
| 912 | 6/12/2009 | Bing Metals Group, Inc. |
| 2415 | 6/24/2009 | Blue Marble Environmental, Inc. |
| 825 | 6/12/2009 | Bocar, S.A. de C.V. |
| 841 | 6/15/2009 | Borgwarner, Inc. |
| 2075 | 6/19/2009 | Buehler Motor GMBH |
| 2566 | 6/24/2009 | CAG Holdings AG, Raufoss Automotive Components Canada and Raufoss Technology AS |
| 682 | 6/17/2009 | Canadian National Railway Company |
| 2008 | 6/19/2009 | Canadian Pacific Railway Company |
| 1077 | 6/15/2009 | Capgemini America, Inc. |
| 827 | 6/12/2009 | Cassens Transport Company |
| 1054 | 6/15/2009 | Cellco Partnership dba Verizon Wireless |
| 1360 | 6/15/2009 | Central Conveyor Inc. |
| 1363 | 6/15/2009 | Champion Laboratories, Inc. |
| 1211 | 6/15/2009 | Chemico Mays, LLC |
| 1250 | 6/15/2009 | Chemico Mays, LLC |
| 1208 | 6/15/2009 | Chemico Systems, Inc. |
| 1640 | 6/16/2009 | Chrysler Group LLC, on behalf of itself and as agent for Old Carco LLC and Chrysler Motors LLC |
| 1908 | 6/19/2009 | Chrysler Group LLC, on behalf of itself and as agent for Old Carco LLC and Chrysler Motors LLC |
| 1372 | 6/15/2009 | Clarcor, Inc. and Total Filtration Services, Inc. |
| 1347 | 6/15/2009 | Cloyes Gear & Products, Inc. |
| 1459 | 6/15/2009 | CNI Enterprises, Inc. |

**Exhibit 1**
**Withdrawn Objections**

| Docket # | Obj. Date | Name |
| --- | --- | --- |
| 1243 | 6/15/2009 | Coastal Container Corporation and Vericorr Packaging of Coastal, LLC |
| 653 | 6/10/2009 | Comau, Inc. |
| 1126 | 6/15/2009 | Commercial Contracting Corporation |
| 1152 | 6/15/2009 | Compagnie de Saint-Gobain |
| 1645 | 6/12/2009 | Comprehensive Logistics Co., Inc. |
| 792 | 6/12/2009 | Compuware Corporation |
| 1273 | 6/12/2009 | Concept Industries, Inc. |
| 1824 | 6/18/2009 | Continental AG and its affiliates |
| 1978 | 6/19/2009 | Continental Structural Plastics, Inc. |
| 1294 | 6/15/2009 | Cooper-Standard Automotive |
| 769 | 6/12/2009 | Creative Foam Corporation |
| 2412 | 6/24/2009 | Cross Country Motor Club, Inc. and Cross Country Motor Club of California, Inc. |
| 1743 | 6/17/2009 | Cummins Inc. |
| 1089 | 6/11/2009 | D.W. Griffith, Inc. |
| 1219 | 6/15/2009 | Dakkota Integrated Systems, LLC |
| 1752 | 6/16/2009 | Danaher Corporation |
| 2544 | 6/25/2009 | Delta Tooling Co. |
| 1638 | 6/16/2009 | Delta Tooling Co., and certain of its affiliates and subsidiaries, including without limitation, Del |
| 758 | 6/12/2009 | DENSO International America, Inc. |
| 693 | 6/11/2009 | Det Norske Veritas (USA), Inc. |
| 1325 | 6/15/2009 | Detroit Technologies |
| 2608 | 6/25/2009 | Detroit Technologies, Inc. |
| 2508 | 6/25/2009 | Detroit Technologies, Inc. and certain subsidiaries and affiliates |
| 1132 | 6/15/2009 | Discovery Communications, LLC |
| 1381 | 6/15/2009 | Dura Automotive Systems, Inc. and certain of its affiliates |
| 1224 | 6/15/2009 | Eaton Corporation |
| 1299 | 6/15/2009 | EMCON Technologies |
| 1653 | 6/16/2009 | EnovaPremier of Michigan LLC |
| 1650 | 6/16/2009 | Ernie Green Industries, Inc. |
| 1479 | 6/16/2009 | Etkin Management Services, Inc. |
| 1643 | 6/12/2009 | Falcon Transport Co. |
| 1391 | 6/15/2009 | FANUC Robotics America, Inc. |
| 1429 | 6/15/2009 | Faurecia USA Holdings, Inc., Faurecia Interior Systems, Inc., Faurecia Automotive Seating, Inc., and |
| 888 | 6/15/2009 | Federal Express Corporation |
| 1584 | 6/16/2009 | Feuer Powertrain GmbH & Co. KG |
| 1037 | 6/12/2009 | Fiat S.p.A. |
| 1399 | 6/15/2009 | Ficosa North America Corporation |
| 572 | 6/10/2009 | Flex-N-Gate Corporation |
| 2429 | 6/24/2009 | Foster Electric Co., Ltd., Foster Electric (U.S.A.) Inc., a/k/a Foster Electric America, Foster Elec |
| 775 | 6/12/2009 | Foster Electric, Inc. |
| 858 | 6/15/2009 | Fujiwa Machinery Industry (Kunshan) |
| 842 | 6/12/2009 | Fuzhou Lioho Machinery Co., LTD |
| 756 | 6/12/2009 | Georg Fischer Automotive AG |
| 2600 | 6/26/2009 | GfK Custom Research, LLC |
| 865 | 6/15/2009 | GHSP, Inc. and JSJ Corporation |
| 1386 | 6/15/2009 | Gill Industries |
| 1427 | 6/15/2009 | GKN Driveline, GKN Sinter Metals, GKN Polsk Sp Z.O.O., and GKN Deutschland |
| 1566 | 6/16/2009 | Gonzalez Design Engineering, Gonzalez Production Systems, and Gonzalez Manufacturing Technologies |
| 1428 | 6/15/2009 | Gonzalez-Group |
| 794 | 6/12/2009 | GP Strategies Corporation, General Physics Corporation, and Sandy Corporation |
| 1321 | 6/15/2009 | Grupo Antolin North America |
| 2524 | 6/25/2009 | Grupo KUO, S.A.B. de C.V. |
| 2173 | 6/22/2009 | Hagemeyer, N.A. America and certain of its affiliates |
| 814 | 6/12/2009 | Hayman Management Co. |
| 1221 | 6/15/2009 | HCA, Inc. |

# Exhibit 1
# Withdrawn Objections

| Docket # | Obj. Date | Name |
| --- | --- | --- |
| 1409 | 6/15/2009 | Hella KGaA Hueck & Co., Hella Corporate Center USA, Inc., and certain affiliated entities |
| 893 | 6/12/2009 | Henkel Corporation |
| 2617 | 6/25/2009 | Henniges Automotive Holding, Inc. |
| 1426 | 6/15/2009 | Henniges Automotive Holding, Inc. and certain of its affiliates and subsidiaries |
| 2517 | 6/25/2009 | Henniges Automotive Holding, Inc. and certain of its affiliates and subsidiaries |
| 854 | 6/15/2009 | Hilite Industries, Inc. |
| 941 | 6/12/2009 | Hirata Corporation of America |
| 2371 | 6/24/2009 | Hirata Corporation of America |
| 1326 | 6/15/2009 | Hirotec America, Inc. |
| 1151 | 6/15/2009 | Hitachi Cable Indiana, Inc. |
| 1149 | 6/15/2009 | Hitachi, Ltd. |
| 883 | 6/12/2009 | Horiba Instruments Inc. and Horiba Ltd. |
| 799 | 6/12/2009 | Ideal Contracting, LLC |
| 791 | 6/12/2009 | Ideal Setech Share The Space, LLC |
| 1310 | 6/15/2009 | Inergy Automotive Systems |
| 1176 | 6/15/2009 | International Automotive Components Group North America Inc. |
| 1092 | 6/15/2009 | International Business Machines Corporation |
| 1400 | 6/15/2009 | Inteva Products, LLC |
| 2530 | 6/25/2009 | Inteva Products, LLC |
| 1463 | 6/15/2009 | Isuzu Motors Limited |
| 1080 | 6/15/2009 | J.B. Hunt Transport Services, Inc. |
| 894 | 6/12/2009 | J2 Management Corp. |
| 1259 | 6/15/2009 | JAC Products, Inc. |
| 1261 | 6/15/2009 | JASCO international, LLC |
| 1334 | 6/15/2009 | Jason Incorporation dba Janesville Acoustics |
| 1683 | 6/17/2009 | Jefferson Wells International, Inc. |
| 1105 | 6/15/2009 | Johnson Controls, Inc., Intertec Systems, LLC, JCIM, LLC |
| 1198 | 6/15/2009 | Johnson Matthey Vehicle Testing & Development, LLC, Johnson Matthey Inc. |
| 2006 | 6/19/2009 | Kayaba Industry, Co. Ltd. |
| 1351 | 6/15/2009 | Key Plastics |
| 694 | 6/11/2009 | Koch Enterprises, Inc. |
| 1396 | 6/15/2009 | Kohlberg & Co LLC dba PGW, LLC |
| 753 | 6/12/2009 | Kongsberg Automotive, Inc., Kongsberg Driveline Systems I, Inc., Kongsberg Driveline Systems S de RL |
| 2488 | 6/25/2009 | Kongsberg Automotive, Inc., Kongsberg Driveline Systems I, Inc., Kongsberg Driveline Systems S de RL |
| 907 | 6/12/2009 | L & A Architects, Inc. |
| 890 | 6/12/2009 | Lapeer Metal Stamping Co., Inc. |
| 1664 | 6/17/2009 | Lapeer Metal Stamping Companies, Inc. |
| 1100 | 6/15/2009 | Lear Corporation |
| 2168 | 6/22/2009 | Leggett and Platt, Incorporated |
| 1317 | 6/15/2009 | LEM USA, Inc. |
| 1036 | 6/15/2009 | LG Electronics USA, Inc. |
| 851 | 6/15/2009 | Lioho Light Metal (Kunshan) Co., Ltd. |
| 848 | 6/15/2009 | Liufeng Machinery Industry Co., Ltd. |
| 1098 | 6/15/2009 | LMC Phase II, LLC and PSEG Resources LLC |
| 750 | 6/12/2009 | Logistics Insight Corp. |
| 1419 | 6/15/2009 | Lowe's Companies, Inc. |
| 2138 | 6/22/2009 | Magna International, Inc. |
| 963 | 6/12/2009 | Mahar Tool Supply Company, Inc. |
| 1170 | 6/15/2009 | Mando Corporation |
| 1450 | 6/15/2009 | Mann+Hummel USA, Inc., Mann+Hummel GMBH, Mann+Hummel Advanced Filtration Concepts, Inc., Mann+Hummel |
| 1050 | 6/11/2009 | Market Insight Corporation |
| 884 | 6/12/2009 | Martin Transportation Systems, Inc. |
| 1425 | 6/15/2009 | Martinrea International, Inc. and its subsidiaries |
| 1081 | 6/12/2009 | Maxxis International - USA |
| 788 | 6/12/2009 | McGraw-Hill Companies, Inc. |

Exhibit 1
# Withdrawn Objections

| Docket # | Obj. Date | Name |
| --- | --- | --- |
| 1737 | 6/17/2009 | Meadville Forging Company and Carolina Forge Company |
| 1394 | 6/15/2009 | Medialink Worldwide |
| 957 | 6/12/2009 | Midway Products Group, Inc. |
| 1086 | 6/15/2009 | MIS Environmental Services, Inc. |
| 1379 | 6/15/2009 | Mitsuba Corp. |
| 1322 | 6/15/2009 | Mitsubishi Heavy Industries |
| 864 | 6/15/2009 | Mitsuboshi Belting, LTD. |
| 1417 | 6/15/2009 | Modine Manufacturing Company |
| 2572 | 6/25/2009 | Modine Manufacturing Company |
| 1039 | 6/15/2009 | Modineer Co. |
| 1649 | 6/16/2009 | Mold Masters Co. |
| 2342 | 6/23/2009 | Mold Masters Co., |
| 1309 | 6/15/2009 | Molded Fiber Glass Co. |
| 773 | 6/12/2009 | Mubea, Inc. |
| 1064 | 6/13/2009 | Nagel Precision, Inc. |
| 1361 | 6/15/2009 | National Auto Radiator Mfg. Co. Ltd. |
| 1275 | 6/15/2009 | NBC Universal |
| 1330 | 6/15/2009 | Neptune Orient Lines, Ltd. dba APL Logistics Transport, et. al |
| 1118 | 6/15/2009 | New United Motor Manufacturing |
| 1458 | 6/15/2009 | Newport Television |
| 1423 | 6/15/2009 | NGK Spark Plugs (U.S.A.), Inc, |
| 1133 | 6/15/2009 | Niles America Wintech, Inc. |
| 1235 | 6/15/2009 | Norfolk Southern Corporation, Norfolk Southern Railway, and Triple Crown Services Company |
| 749 | 6/12/2009 | Northern Engraving Corporation |
| 763 | 6/12/2009 | Novodynamics, Inc. |
| 2072 | 6/19/2009 | NYX, Inc. and Bates Acquisition, LLC |
| 855 | 6/12/2009 | Ogihara America Corporation |
| 1292 | 6/15/2009 | Omron Automotive Electronics, Inc. |
| 2005 | 6/12/2009 | Ottaway Motor Express |
| 887 | 6/12/2009 | Overhead Conveyor Company |
| 1206 | 6/15/2009 | Panasonic Electronic Works Corporation of America |
| 772 | 6/12/2009 | Paragon Metals, Inc. |
| 1329 | 6/15/2009 | Park-Ohio Industries, Inc. |
| 2559 | 6/25/2009 | Pennzoil-Quaker State Company dba SOPUS Products |
| 1460 | 6/15/2009 | Penske Auto Group |
| 869 | 6/12/2009 | Penske Logistics LLC and Automotive Component Carriers LLC |
| 1106 | 6/15/2009 | Peterson American Corporation |
| 1304 | 6/15/2009 | Peugeot Japy Industries, SA |
| 715 | 6/12/2009 | Phillips Lytle LLP |
| 701 | 6/12/2009 | Pilkington North America, Inc. and certain of its affiliates and subsidiaries |
| 711 | 6/12/2009 | Pioneer Steel Corporation |
| 717 | 6/11/2009 | Pioneer Steel Corporation |
| 1385 | 6/15/2009 | Pirelli Tires, LLC |
| 2051 | 6/19/2009 | Pitney Bowes Inc., Pitney Bowes Management Services, Inc. ("PBMS"), Pitney Bowes |
| 1205 | 6/15/2009 | PJAX, Inc. |
| 2029 | 6/19/2009 | Plastic Omnium Auto Exteriors, L.L.C., Plastic Omnium Auto Exteriores, S.A. de C.V., Burelle, S.A., |
| 783 | 6/12/2009 | Power Information Network, LLC |
| 1673 | 6/16/2009 | Progressive Stamping Company, Inc. |
| 1422 | 6/15/2009 | Pyeong HWA Automotive Co., Ltd. |
| 1189 | 6/15/2009 | QEK Global Solutions (US) LP |
| 1906 | 6/19/2009 | Quadion Corp. |
| 1160 | 6/15/2009 | Quaker Chemical Corporation |
| 834 | 6/12/2009 | R.L. Polk & Co. |
| 1771 | 6/11/2009 | Rapids Tumble Finish, Inc. |
| 1461 | 6/15/2009 | Raytheon Professional Services, LLC |

09-50026-mg    Doc 2770    Filed 06/30/09    Entered 06/30/09 01:30:04    Main Document
Pg 8 of 17

**Exhibit 1**
**Withdrawn Objections**

| Docket # | Obj. Date | Name |
| --- | --- | --- |
| 797 | 6/12/2009 | RCO Engineering, Inc. |
| 1153 | 6/15/2009 | Rhythm North America Corporation and THK Manufacturing of America, Inc. |
| 1849 | 6/18/2009 | Ridgeview Industries, Inc. |
| 897 | 6/12/2009 | Rima Manufacturing Company |
| 1305 | 6/15/2009 | RMT Acquisition Company, LLC |
| 892 | 6/12/2009 | Rubber Enterprises, Inc. |
| 931 | 6/12/2009 | Rush Trucking Corporation |
| 1140 | 6/15/2009 | Ryder Integrated Logistics Inc. |
| 2487 | 6/24/2009 | Ryobi Ltd. and Ryobi Die Casting (USA), Inc. |
| 1238 | 6/15/2009 | Sabo Industria e Comercio de Autopecas Ltda |
| 1223 | 6/15/2009 | Sabo USA, Inc. |
| 1313 | 6/15/2009 | Saginaw LLc and Brazing Concepts LLC |
| 1255 | 6/15/2009 | Sanden International (USA), Inc. |
| 857 | 6/12/2009 | Sandler & Travis Trade Advisory Services, Inc. |
| 1387 | 6/15/2009 | Security Packaging, Inc. |
| 1007 | 6/11/2009 | Severn Trent Del Inc. |
| 899 | 6/12/2009 | Severstal North America, Inc. |
| 879 | 6/12/2009 | Shanghai Automotive Industry Corporation (Group) |
| 1349 | 6/15/2009 | Shiloh Industries, Inc. |
| 2506 | 6/23/2009 | Shively Brothers, Inc. |
| 708 | 6/12/2009 | Soroc Acquisiton Corp. |
| 1354 | 6/15/2009 | Sprint Nextel Corporation |
| 748 | 6/12/2009 | StarSource Management Services |
| 1355 | 6/15/2009 | Stoneridge, Inc._Stoneridge Pollak, Ltd._Hi-Stat Mfg. |
| 1338 | 6/15/2009 | Strattec Power Access LLC |
| 1341 | 6/15/2009 | Strattec Security Corporation |
| 1168 | 6/15/2009 | Sumitomo Electric Wiring Systems, Inc. |
| 1324 | 6/15/2009 | Summit Polymers, Inc. |
| 1327 | 6/15/2009 | Summit Polymers, Inc. |
| 1111 | 6/15/2009 | Superior Industries International, Inc. |
| 909 | 6/12/2009 | Superior Industries International, Inc. |
| 1857 | 6/18/2009 | SUPERVALU Inc. |
| 1148 | 6/15/2009 | Tata America International Corporation |
| 1821 | 6/18/2009 | Techform Products Limited |
| 1094 | 6/15/2009 | Tenneco Inc. and certain of its affiliates |
| 1210 | 6/15/2009 | TGI Direct, Inc. |
| 2358 | 6/24/2009 | The Barnes Group Inc. |
| 1096 | 6/15/2009 | The Barnes Group, Inc. and Seeger-Orbis GmbH & Co. OHG |
| 1182 | 6/15/2009 | The City of Lansing, Michigan |
| 1307 | 6/15/2009 | The Cobalt Group, Inc. |
| 1167 | 6/15/2009 | The Interpublic Group of Companies, Inc. |
| 1104 | 6/15/2009 | The Timken Company |
| 1389 | 6/15/2009 | The Timken Company |
| 1021 | 6/12/2009 | Thread Information Design, Inc. |
| 1442 | 6/15/2009 | ThyssenKrupp Steel North America, Inc., TWB Company LLC, ThyssenKrupp Crankshaft Co., LLC, ThyssenKr |
| 967 | 6/12/2009 | Timco, LLC |
| 2408 | 6/24/2009 | TK Holdings, Inc. |
| 1438 | 6/15/2009 | TK Holdings, Inc. and all other legal entities associated with ultimate DUNS number 690545165 |
| 1465 | 6/15/2009 | TMI Custom Air Systems, Inc. and certain of its affiliates and subsidiaries |
| 2369 | 6/24/2009 | Toledo Molding & Die, Inc. |
| 2326 | 6/23/2009 | Toledo Molding & Die, Inc. |
| 1418 | 6/15/2009 | Toyoda Gosei North America Corporation |
| 2458 | 6/24/2009 | Toyota Boshoku America, Inc. |
| 863 | 6/12/2009 | Toyota Motor Sales, USA |
| 1632 | 6/16/2009 | TPI Incorporated and certain of its subsidiaries |

**Exhibit 1**
**Withdrawn Objections**

| Docket # | Obj. Date | Name |
| --- | --- | --- |
| 1392 | 6/15/2009 | Trico Products Corporation |
| 1006 | 6/15/2009 | TRW Automotive U.S., LLC |
| 1930 | 6/19/2009 | TT electronics plc, on behalf of subsidiaries AB Automotive Electronics Ltd., AB Electronic Products |
| 1240 | 6/15/2009 | U.S. Bank National Association or U.S. Bank Trust National Association |
| 1019 | 6/12/2009 | Ultralife Corporation |
| 1331 | 6/15/2009 | Unico Inc. |
| 1687 | 6/12/2009 | Unique Fabricating, Inc. |
| 1147 | 6/15/2009 | Unisia Mexicana S.A. DE C.V. |
| 774 | 6/12/2009 | United REMC |
| 838 | 6/12/2009 | United States Steel Corporation |
| 994 | 6/15/2009 | US Farathane Corporation |
| 1675 | 6/17/2009 | Valeo sylvania LLC |
| 1262 | 6/15/2009 | Valeo, Inc. |
| 720 | 6/12/2009 | Vector CANtech, Inc. and Vector Informatik GmbH |
| 1061 | 6/15/2009 | Veolia Water Partners |
| 985 | 6/15/2009 | Verizon Communications Inc. |
| 2009 | 6/19/2009 | Verizon Communications Inc. |
| 1358 | 6/15/2009 | Veyance Technologies, Inc. |
| 1741 | 6/17/2009 | Visiocorp USA, Inc., Visiocorp Mexico, S.A. de C.V., and Visiocorp P.L.C. |
| 1342 | 6/15/2009 | Visiocorp USA, Inc._Visiocorp Mexico S.A. de C.V._Visiocorp PLC |
| 1174 | 6/15/2009 | Visteon Corporation |
| 1180 | 6/15/2009 | WABCO Holdings, Inc. |
| 1155 | 6/15/2009 | Wahler Automotive Systems, Inc., Whaler Metalurgica Ltda, and Gustav Wahler GmbH |
| 1127 | 6/15/2009 | Webasto Roof Systems, Inc. |
| 1282 | 6/15/2009 | Western Flyer Express, Inc. |
| 2605 | 6/26/2009 | WET Automotive Systems Ltd. |
| 946 | 6/12/2009 | Windsor Mold, Inc. and Windsor Mold USA Inc. |
| 1186 | 6/15/2009 | WITTE-Velbert GmbH & Co. KG |
| 1774 | 6/17/2009 | Yarema Die & Engineering Co. |
| 1195 | 6/12/2009 | Yazaki North America, Inc. |
| 940 | 6/12/2009 | Yeaton Research, Inc. |
| 1116 | 6/15/2009 | Yorozu North America, Inc. (a/k/a/ Yorozu America Corporation) |
| 683 | 6/11/2009 | Zeppelin-Stiftung and ZF Friedrichshafen AG |
| 684 | 6/11/2009 | ZF Lenksysteme GmbH |

**Schedule J-2**

# Exhibit 2
## Limited to Cure Dispute and Subject to Adjournment

| Docket # | Obj. Date | Name |
|---|---|---|
| 1441 | 6/15/2009 | A Raymond, Inc. |
| 696 | 6/12/2009 | A.W. Farrell & Sons, Inc. |
| 1769 | 6/16/2009 | Advancement LLC, d/b/a Contract Professionals of Ohio LLC |
| 837 | 6/15/2009 | Affinion Loyalty Group, Inc. dba Apollo Management LP |
| 1109 | 6/12/2009 | Aisin AW Co., Ltd. |
| 1207 | 6/15/2009 | Aisin AW Co., Ltd. |
| 1413 | 6/15/2009 | Aisin World Corp. of America |
| 714 | 6/12/2009 | Alcoa, Inc. |
| 1448 | 6/15/2009 | ALPS Automotive, Inc. |
| 1278 | 6/15/2009 | AMPORTS, Inc. |
| 741 | 6/12/2009 | Analysts International Corporation |
| 1374 | 6/15/2009 | Applied Handling, Inc. |
| 700 | 6/12/2009 | Applied Manufacturing Technologies |
| 2001 | 6/18/2009 | ArvinMeritor, Inc. |
| 1440 | 6/15/2009 | ArvinMeritor, Inc., its subsidiaries and affiliates, and all other legal entities associated with ul |
| 804 | 6/12/2009 | Aspen Marketing Services, Inc. |
| 2535 | 6/25/2009 | Aspen Marketing Services, Inc. |
| 1134 | 6/15/2009 | ATC Drivetrain, Inc. |
| 1163 | 6/15/2009 | ATC Logistics & Electronics, Inc. |
| 2450 | 6/24/2009 | Atlas Industrial Contractors, Inc. |
| 2469 | 6/24/2009 | Atmos Energy Marketing, LLC and Atmos Energy Corporation |
| 777 | 6/12/2009 | ATS Automation Tooling Systems, Inc. |
| 709 | 6/12/2009 | ATS Ohio, Inc. |
| 1214 | 6/15/2009 | Auto Craft Tool & Die Co., Inc. |
| 1433 | 6/15/2009 | Autodata Solutions, Inc. |
| 2525 | 6/25/2009 | Averitt Express Inc. |
| 778 | 6/12/2009 | Avery Dennison Corporation |
| 1735 | 6/17/2009 | AVL Americas, Inc. formerly known as AVL Michigan Holding Corp. |
| 856 | 6/12/2009 | AVL Instrumentation & Test Systems, Inc. fka AVL N.A., Inc. |
| 2536 | 6/25/2009 | AVL Instrumentation & Test Systems, Inc., formerly known as AVL North America, Inc. or AVL N.A., Inc |
| 1738 | 6/17/2009 | AVL Powertrain Engineering, Inc. |
| 1405 | 6/15/2009 | Behr-Hella Thermocontrol GmbH Co. |
| 1416 | 6/15/2009 | Bendix Commercial Vehicle Systems, LLC and its affiliated entities |
| 1701 | 6/17/2009 | BNSF Railway Company |
| 676 | 6/11/2009 | BP Lubricants USA, Inc. |
| 679 | 6/11/2009 | BP Products North America Inc. and BP Corporation North America Inc. |
| 936 | 6/12/2009 | Brandenburg Industrial Service Co. |
| 1838 | 6/12/2009 | Brencal Contractors, Inc. |
| 1817 | 6/18/2009 | Burns International Contracting Co. |
| 1296 | 6/15/2009 | Burns International Industrial Contracting Co. |
| 1060 | 6/15/2009 | Cadillac Products Automotive Company |
| 2527 | 6/25/2009 | Cadillac Products Automotive Company |
| 2436 | 6/24/2009 | CalsonicKansei North America, Inc. |
| 1308 | 6/15/2009 | Canon USA, Inc. |
| 1279 | 6/11/2009 | Carlisle & Company, Inc. |
| 1561 | 6/16/2009 | Castrol Industrial North America and Castrol North America Automotive |
| 1142 | 6/15/2009 | CDI Corporation |
| 980 | 6/12/2009 | CenterPoint Energy Gas Transmission Company and CenterPoint Energy Arkla |
| 900 | 6/12/2009 | CenterPoint Energy Services, Inc. |
| 698 | 6/12/2009 | CEVA |
| 1034 | 6/15/2009 | Cinetic Automation Corp., Cinetic DyAG Corporation, and Cinetic Landis Corp. |
| 932 | 6/12/2009 | Cintas Corporation |
| 1141 | 6/12/2009 | Cisco Systems Capital Corporation |
| 1183 | 6/12/2009 | Cisco Systems, Inc. |
| 704 | 6/12/2009 | Citation Corporation |

# Exhibit 2
## Limited to Cure Dispute and Subject to Adjournment

| Docket # | Obj. Date | Name |
| --- | --- | --- |
| 1336 | 6/15/2009 | Coastal Container Corporation_Vericorr Packaging |
| 2190 | 6/22/2009 | Cobasys LLC |
| 981 | 6/15/2009 | Comau, Inc. |
| 1128 | 6/15/2009 | Compania Sud Americana de Vapores S.A. |
| 1402 | 6/15/2009 | Connecticut General Life Insurane Company and related CIGNA entities |
| 1343 | 6/15/2009 | Continental Plastics Co. |
| 1135 | 6/12/2009 | Convention & Show Services, Inc. |
| 902 | 6/12/2009 | Convergys Corporation |
| 688 | 6/11/2009 | CSX Transportation, Inc. |
| 687 | 6/11/2009 | Custom Automotive Services, Inc. |
| 1249 | 6/15/2009 | CVS Pharmacy, Inc. |
| 867 | 6/12/2009 | Dell Financial Services LLC |
| 1024 | 6/15/2009 | Delta Township Utilities II, LLC |
| 1013 | 6/15/2009 | Delta Township Utilities, LLC |
| 1669 | 6/17/2009 | Dominion Retail, Inc. |
| 852 | 6/12/2009 | Dow Chemical Co. |
| 692 | 6/11/2009 | dSpace, Inc. and dSpace GmbH |
| 1231 | 6/15/2009 | DTE Lordstown, LLC |
| 1216 | 6/15/2009 | DTE Northwind Operations, LLC |
| 1225 | 6/15/2009 | DTE Tonawanda, LLC |
| 910 | 6/12/2009 | Duerr AG |
| 2405 | 6/24/2009 | Duerr AG, Duerr Systems Inc. and Duerr Ecoclean, Inc. |
| 2411 | 6/24/2009 | Duerr AG, Duerr Systems Inc. and Duerr Ecoclean, Inc. |
| 911 | 6/12/2009 | Duerr AG, Duerr Systems Inc., and Duerr Ecolcelan, Inc. |
| 913 | 6/12/2009 | Duerr AG, Duerr Systems Inc., and Duerr Ecolcelan, Inc. |
| 809 | 6/12/2009 | E & L Construction Group, Inc. aka Erickson and Lindstrom Construction |
| 2606 | 6/26/2009 | E & L Construction Group, Inc. known as Erickson & Lindstrom Construction |
| 2337 | 6/23/2009 | E.I. du Pont de Nemours and Compnay |
| 868 | 6/12/2009 | E.I. DuPont de Nemours and Company |
| 889 | 6/12/2009 | Eberspaecher (ENA) |
| 935 | 6/12/2009 | EMC Corporation |
| 859 | 6/12/2009 | Emerson Electric Company |
| 1083 | 6/15/2009 | Enprotech Mechanical Services, Inc. |
| 2298 | 6/23/2009 | Enprotech Mechanical Services, Inc. |
| 2027 | 6/19/2009 | Enshu Ltd and Enshu (USA) Corporation |
| 1670 | 6/17/2009 | Enshu Ltd and Enshu Corporation |
| 2470 | 6/24/2009 | Entrega Systems Group, Inc. |
| 1431 | 6/15/2009 | Exedy America Corp. and Dynax America Corp. |
| 2094 | 6/19/2009 | Exel Inc. ("Exel"), Exel Transportation Services, Inc. ("Exel Transportation") and Air Express Inter |
| 806 | 6/12/2009 | Fabtronic, Inc. |
| 1196 | 6/15/2009 | FATA Automation, Inc. |
| 1012 | 6/15/2009 | Federal Broach & Machine Company, LLC |
| 2338 | 6/23/2009 | Ferndale Electric Company, Inc. |
| 2509 | 6/24/2009 | Ferrous Processing and Trading Company |
| 2609 | 6/24/2009 | Ferrous Processing and Trading Company |
| 945 | 6/12/2009 | Fleet-Car Lease, Inc. d/b/a Fleet Car Carriers |
| 2581 | 6/25/2009 | Flextronics International Ltd. |
| 1079 | 6/12/2009 | Flextronics International Ltd., et al. |
| 1281 | 6/15/2009 | Fluid Routing Solutions, Inc. |
| 2335 | 6/23/2009 | Ford, Comverca, and ACH |
| 1287 | 6/15/2009 | Freudenberg - NOK General Partnership, et. al |
| 1853 | 6/18/2009 | Freudenberg-NOK General Partnership; Freudenberg-NOK, Inc; Freudenberg-NOK de Mexico, S.A. de C.V.; |
| 1297 | 6/15/2009 | FTM Service Corp. |
| 839 | 6/12/2009 | Gail & Rice, Inc. |
| 1412 | 6/15/2009 | Gates Corporation |

Exhibit 2
Limited to Cure Dispute and Subject to Adjournment

| Docket # | Obj. Date | Name |
| --- | --- | --- |
| 1143 | 6/15/2009 | GE Capital Corporation |
| 2491 | 6/24/2009 | GE Capital Corporation |
| 1165 | 6/15/2009 | Gensler Architecture, Design & Planning, PC |
| 2431 | 6/24/2009 | GETRAG Getriebe-Und Zahnradfabrik Hermann Hagenmeyer GmbH & Cie KG, GETRAG SpA and GETRAG Corporation |
| 1437 | 6/15/2009 | Getrag Transmission Corporation |
| 706 | 6/12/2009 | Granger Electric Company |
| 878 | 6/12/2009 | Grubb & Ellis Management Services, Inc. |
| 920 | 6/15/2009 | Grupo Industrial Bocar SA de CV dba Fugra, SA de CV |
| 995 | 6/15/2009 | Guardian Parties |
| 2571 | 6/25/2009 | GXS, Inc., formerly known as Global eXchange Services, Inc. |
| 1962 | 6/19/2009 | Harry Major Machine & Tool Company |
| 1264 | 6/15/2009 | Healthtrax international, Inc. |
| 1112 | 6/15/2009 | Hewlett-Packard Company and Electronic Data Systems, LLC |
| 2378 | 6/24/2009 | Hewlett-Packard Company, Electronic Data Systems, LLC, and Hewlett-Packard Financial Services Compan |
| 1115 | 6/15/2009 | Hewlett-Packard Financial Services Company and certain HPFS affiliates |
| 1156 | 6/15/2009 | Hitachi Automotive Products (USA) |
| 1087 | 6/15/2009 | Honeywell International Inc. |
| 1447 | 6/15/2009 | Hutchinson and related entities |
| 1047 | 6/15/2009 | ICM Systems, LLC and Ingersoll Prodction |
| 811 | 6/12/2009 | Ideal Setech, LLC |
| 2022 | 6/19/2009 | Illinois Tool Works, Inc. |
| 2240 | 6/15/2009 | Industrial Transport Inc. |
| 2156 | 6/22/2009 | Infineon Technologies North America Corp. and Infineon Technologies AG |
| 1200 | 6/15/2009 | Inland Waters Pollution Control |
| 1306 | 6/15/2009 | international Industrial Contracting Co. |
| 1818 | 6/18/2009 | International Industrial Contracting Co. |
| 1380 | 6/15/2009 | Internet Brands, Inc. |
| 1300 | 6/15/2009 | Intra Corporation |
| 1043 | 6/15/2009 | J.L. French Automotive Casting, Inc. |
| 908 | 6/12/2009 | Jackson-Dawson Communications, Inc. |
| 1454 | 6/15/2009 | Jernberg Industries, Inc. |
| 767 | 6/12/2009 | John E. Green Company |
| 1802 | 6/18/2009 | Joseph Cargenlli and Hydrogenics Corporation |
| 1384 | 6/15/2009 | JTEKT Automotive Tennessee-Vonore, Co., JTEKT Automotive Tennessee-Morristown, Inc., Toyoda Machiner |
| 898 | 6/15/2009 | Keifer GmbH (MP Beteiligungs) |
| 2324 | 6/23/2009 | Kelly Services, Inc. |
| 964 | 6/13/2009 | Knight Facilities Management, Inc. and Caravan/Knight Facilities Management, LLC |
| 1439 | 6/15/2009 | Kolbenschmidt-Pierburg AG |
| 742 | 6/12/2009 | KONE, Inc. |
| 1123 | 6/15/2009 | Kuka Systems Corp. North America F/K/A Kuka Flexible Production Systems Corp. |
| 1403 | 6/15/2009 | Kyklos Bearing International |
| 2543 | 6/25/2009 | Kyklos Bearing International |
| 766 | 6/12/2009 | L.K. Machinery, Inc. |
| 1868 | 6/18/2009 | LA Productions, LLC |
| 871 | 6/12/2009 | Lansing Board of Water & Light |
| 987 | 6/15/2009 | Len Industries, Inc. |
| 2514 | 6/25/2009 | Len Industries, Inc. |
| 2214 | 6/23/2009 | LMC Phase II, L.L.C. |
| 956 | 6/12/2009 | LMC Resources Capital Limited Partnership |
| 2132 | 6/18/2009 | Louis Padnos Iron & Metal Company |
| 1348 | 6/15/2009 | Macquarie Equipment Finance, LLC |
| 903 | 6/12/2009 | Mahle Industries, Inc. |
| 2471 | 6/24/2009 | Marcom Inc. |
| 667 | 6/11/2009 | Material Management Services, Inc. |
| 1832 | 6/12/2009 | MCM Management Corp., Inc. |

# Exhibit 2
## Limited to Cure Dispute and Subject to Adjournment

| Docket # | Obj. Date | Name |
|---|---|---|
| 2089 | 6/19/2009 | MediaNews Group, Inc., a Delaware corporation, and its direct and indirect subsidiaries, including N |
| 798 | 6/12/2009 | Menlo Logistics, Inc. |
| 1312 | 6/15/2009 | Monster Worldwide, Inc. d/b/a Monster MediaWorks |
| 1814 | 6/18/2009 | Morgan Adhesives Company Inc. d/b/a MACtac and Bemis Company Inc. |
| 744 | 6/12/2009 | MPS Group, Inc. |
| 2095 | 6/19/2009 | MSC Mediterranean Shipping Company S.A. |
| 866 | 6/12/2009 | National Fuel Gas Distribution Corporation |
| 1827 | 6/18/2009 | National Fuel Resources, Inc. |
| 790 | 6/12/2009 | National Logistics Management Co. |
| 796 | 6/12/2009 | National Logistics Management Co. (successor by merger to Artisan Container Services, LLC) |
| 1740 | 6/17/2009 | New Mather Metals, Inc. |
| 1138 | 6/15/2009 | Newkirk Electric & Associates |
| 1368 | 6/15/2009 | Nisshinbo Automotive Corp. |
| 1139 | 6/15/2009 | North American Acquisition Corporation d/b/a AMTEC Percision Products |
| 1337 | 6/15/2009 | Oakland University |
| 1233 | 6/15/2009 | Oracle USA, Inc., successor in interest to Oracle Corporation and to Siebel Systems, Inc. |
| 929 | 6/12/2009 | Oxbow Carbon & Minerals, LLC |
| 1179 | 6/15/2009 | Panasonic Automotive Systems Company f/k/a Matsushita Electric Corporation of America |
| 628 | 6/10/2009 | Pintura, Estampado y Montaje, S.A. de C.V., Pintura y Ensambles de Mexico, S.A. de C.V., Nugar S.A. |
| 875 | 6/12/2009 | Plasan USA, Inc. and Plasan USA, Ltd. |
| 1001 | 6/15/2009 | Praxair, Inc. and Praxair Distribution, Inc. |
| 1164 | 6/15/2000 | Praxair, Inc. as Agent for Niject Services Company |
| 521 | 6/9/2009 | Production Modeling Corporation |
| 870 | 6/12/2009 | Production Services Management, Inc. |
| 1178 | 6/15/2009 | Project Management Services, Inc. |
| 1316 | 6/15/2009 | PTI Quality Containment solutions, LLC |
| 938 | 6/12/2009 | RCR Enterprises, LLC |
| 787 | 6/12/2009 | RECARO North America, Inc. |
| 1340 | 6/15/2009 | Relational, LLC, f/k/a Relational Funding Corporation, and d/b/a Relational Technology Solutions |
| 944 | 6/12/2009 | Reliable Carriers, Inc. |
| 831 | 6/12/2009 | Remy International, Inc., Remy Inc., and Remy Power Products, LLC |
| 1826 | 6/18/2009 | Sankyo Oilless Industry (USA) Corp. |
| 2333 | 6/23/2009 | SAP America, Inc. |
| 927 | 6/12/2009 | SAS Institute Inc. |
| 739 | 6/12/2009 | SCG Capital Corporation |
| 881 | 6/15/2009 | Schaeffler Group Entities |
| 810 | 6/12/2009 | Schenck Rotec Corporation |
| 1237 | 6/15/2009 | Schneider National, Inc, Schneider National Carriers, Inc., and Schneider Logistics, Inc. |
| 2507 | 6/25/2009 | SCI Ltd. (formerly Strategic Connections Inc.) |
| 1369 | 6/15/2009 | Screenvision Cinema Network LLC |
| 1388 | 6/15/2009 | Scripps Networks, LLC |
| 2574 | 6/25/2009 | Shepardson Stern & Kaminsky, LLC |
| 1051 | 6/15/2009 | Shreveport Red River Utilities, LLC |
| 1124 | 6/15/2009 | Siemens Enterprise Communications, Inc. |
| 1068 | 6/15/2009 | Siemens Product Lifecycle Management Software, Inc. |
| 1088 | 6/15/2009 | Sika Corporation |
| 2468 | 6/24/2009 | SKF USA Inc. |
| 965 | 6/12/2009 | SKF USA, Inc. |
| 1301 | 6/15/2009 | Spartan Light Metal Products, Inc. |
| 757 | 6/12/2009 | SPS Technologies, LLC, SPS Technologies Waterford Company, NSS Technologies, Inc., and AVK Division |
| 901 | 6/12/2009 | SPX Corporation |
| 2538 | 6/25/2009 | SPX Corporation |
| 2570 | 6/25/2009 | SPX Filtran LLC, formerly known as Filtran division of SPX Corporation |
| 905 | 6/12/2009 | SPX Filtran LLC, formerly known as Filtran Division of SPX Corporation |
| 2423 | 6/24/2009 | SRG Global, Inc., Guardian Industries, Corp., Guardian Automotive, Inc., Guardian Automotive Product |

**Exhibit 2**
**Limited to Cure Dispute and Subject to Adjournment**

| Docket # | Obj. Date | Name |
| --- | --- | --- |
| 1011 | 6/15/2009 | Standard Electric Company |
| 1044 | 6/15/2009 | Suez/VWNA/DEGS of Lansing, LLC |
| 1107 | 6/12/2009 | Sun Microsystems, Inc. and Sun Microsystems Global Financial Services, LLC |
| 697 | 6/12/2009 | Superior Acquistion, Inc. |
| 1748 | 6/15/2009 | Supina Machine Company, Inc. |
| 699 | 6/12/2009 | Swagelok Company |
| 1960 | 6/19/2009 | Technology Investment Partners, LLC |
| 1097 | 6/15/2009 | Tecta America Corp. |
| 1457 | 6/15/2009 | Textron |
| 2515 | 6/25/2009 | Textron Inc. |
| 2070 | 6/19/2009 | The Bank of New York Mellon |
| 1185 | 6/15/2009 | The Detroit Edison Company and Michigan Consolidated Gas Company |
| 817 | 6/12/2009 | The Environmental Quality Co. |
| 1410 | 6/15/2009 | The Goodyear Tire & Rubber Company |
| 1091 | 6/12/2009 | The MathWorks, Inc. |
| 1628 | 6/15/2009 | The Regents of the University of Michigan |
| 1027 | 6/15/2009 | The Reynolds and Reynolds Company |
| 1220 | 6/15/2009 | The Scharine Group, Inc. |
| 2580 | 6/24/2009 | The Sherwin-Williams Company |
| 860 | 6/12/2009 | TitanX Engine Cooling, Inc. |
| 2592 | 6/26/2009 | Toro Energy of Indiana, LLC and Toro Energy of Michigan |
| 2557 | 6/25/2009 | Toyota Motor Corporation |
| 2558 | 6/25/2009 | Toyota Motor Corporation |
| 2616 | 6/25/2009 | Toyota Motor Sales USA and TRD U.S.A. Inc. |
| 2516 | 6/25/2009 | Toyota Motor Sales USA and TRD U.S.A. Inc. |
| 1122 | 6/11/2009 | TV Minority Company Inc. |
| 1014 | 6/15/2009 | Union Pacific Railroad Company |
| 1062 | 6/15/2009 | Union Pacific Railroad Company |
| 2007 | 6/19/2009 | United Parcel Service, Inc. |
| 765 | 6/12/2009 | Urban Science Applications, Inc. and certain of its affiliates and subsidiaries |
| 789 | 6/12/2009 | USF Holland, Inc. |
| 2359 | 6/24/2009 | UTi United States, Inc. |
| 735 | 6/12/2009 | V2Soft Inc. |
| 743 | 6/12/2009 | Voith AG and Premier Manufacturing Support Services, Inc. |
| 2155 | 6/22/2009 | WhereNet Corp. |
| 1328 | 6/15/2009 | Willette aka Allied Digital Technologies |
| 999 | 6/12/2009 | Worthington Industries, Inc. |
| 691 | 6/11/2009 | Xerox Capital Services, LLC as servicing agent for Xerox Corporation |
| 1056 | 6/12/2009 | Yahoo! Inc. |
| 781 | 6/12/2009 | YRC Logistics Services, Inc. |
| 793 | 6/12/2009 | YRC Worldwide, Inc. |
| 785 | 6/12/2009 | YRC, Inc., formely known as Roadway Express, Inc. |

**Schedule J-3**

# Exhibit 3
# Remaining Objections

| FN | Docket # | Obj. Date | Name |
|---|---|---|---|
|  | 1270 | 6/15/2009 | Affiliated Commputer Systems of Spain SL, et. al |
|  | 984 | 6/15/2009 | Allison Transmission, Inc., f/k/a Clutch Operating Company, Inc. |
|  | 2452 | 6/24/2009 | AM General LLC, formerly AM General Corporation, and General Engine Products LLC |
|  | 762 | 6/12/2009 | ChannelVantage, Inc. |
|  | 904 | 6/15/2009 | Emigrant Business Credit Group corp. (Sun Microsystems) |
|  | 975 | 6/15/2009 | Hertz Corporation |
|  | 2003 | 6/19/2009 | Kolbenschmidt-Pierburg AG |
|  | 2153 | 6/12/2009 | Laclede Gas Company |
|  | 1432 | 6/15/2009 | LBA Realty Fund III-Company IX, LLC |
|  | 731 | 6/12/2009 | Magneti Marelli Powertrain USA, LLC, Magnetti Marelli North America, Automotive Lightning LLC, et. a |
|  | 2012 | 6/19/2009 | Medco Health Solutions, Inc. |
|  | 1303 | 6/15/2009 | Pratt & Miller Engineering & Fabrication, Inc. |
|  | 665 | 6/11/2009 | Raycom Media, Inc. |
|  | 1462 | 6/15/2009 | RK Chevrolet/RK Auto Group |
|  | 1404 | 6/15/2009 | Shambaugh & Son, L.P. |
| * | 1982 | 6/19/2009 | Simpson Automotive Group, Inc. |
|  | 1302 | 6/15/2009 | The Royal Bank of Scotland plc, ABN AMRO Bank N.V. and RBS Citizens N.A. |
|  | 2045 | 6/19/2009 | Toyota Motor Corporation |
|  | 1995 | 6/18/2009 | Traffice Marketplaces,Inc. |
| * | 2567 | 6/25/2009 | Verizon Capital Corporation, formerly known as Bell Atlantic Tri-Continental Leasing Corp. and Tri-C |

* To date Debtors have not intentionally noticed Objecting Party of intent to Assume contracts with respect to entities referenced within the body of the Filed Objection.

Page 1 of 1