UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re                              :

                                     :      Chapter 11 Case No.

GENERAL MOTORS CORP., *et. al.*     :

                                       :      09-50026 (REG)

                                       :

                 Debtors.         :      (Jointly Administered)

                                       :

-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Heather L. Stephens, certify as follows:

1.     I am the Intake and Dissemination Manager with the Business Reorganization Department of the Seattle office of The Garden City Group, Inc. ("GCG"), the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  The business address for the Seattle office is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.     On June 29, 2009, at the direction of Weil, Gotshal & Manges LLP ("Weil, Gotshal"), counsel for the Debtors, I caused a true and correct copy of the following documents:

- **Amended and Supplemented Omnibus Reply of the Debtors to Objections to Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m), and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, to Approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief (Docket No. 2681) (the "Amended Omnibus Reply");**

- **Amended Exhibit C to Amended and Supplemented Omnibus Reply of the Debtors to Objections to Debtors' Motion Pursuant To 11 U.S.C. §§ 105, 363(b), (f), (k), and (m), and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, to approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief (Docket No. 2746) ("Amended Exhibit C")**

- **Amended Exhibit J to Amended and Supplemented Omnibus Reply of the Debtors to Objections to Debtors' Motion Pursuant To 11 U.S.C. §§ 105, 363(b), (f), (k), and (m), and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, to approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear Of Liens, Claims, Encumbrances, and Other Interests; (B) the Assumption and Assignment of**

> **Certain Executory Contracts and Unexpired Leases; and (C) Other Relief (Docket No. 2770) ("Amended Exhibit J");**
>
> - **Reply of Debtors to Objection by Environmental Testing Corporation to First Omnibus Motion of Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property (Docket No. 2751) (the "ETC Reply");**
>
> - **Notice of Agenda of Matters Scheduled for Hearing on June 30, 2009 at 9:45 A.M. (Docket No. 2753) (the "Notice of Agenda");**
>
> - **Notice of and Debtors' Motion Pursuant to Bankruptcy Code Sections 105(a), 361, 362, 363, 364 and 507 and Bankruptcy Rules 2002, 4001 and 6004 to Amend DIP Credit Facility (Docket No. 2755) (the "Amended DIP Motion");**
>
> - **Annexed Charts to Notice of Agenda of Matters Scheduled for Hearing on June 30, 2009 at 9:45 A.M. (Docket No. 2756) (the "Charts to the Agenda"); and**
>
> - **Debtors' Omnibus Objection to the Exhibits Designated By the Objectors For the Hearing to Consider Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), (m) and 365, and Fed. R. Bankr. P. 2002, 6004 and 6006, to Approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement With Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief (Docket No. 2766) (the "Omnibus Objection to Exhibits")**

to be served via electronic mail on the parties set forth on Exhibit A (master service list and notice of appearance parties with email addresses) attached hereto.

3.      I further caused a true and correct copy of the **Amended Omnibus Reply, Amended Exhibit C, Amended Exhibit J, ETC Reply, Notice of Agenda, Amended DIP Motion** and the **Omnibus Objection to Exhibits** to be served via facsimile on the parties set forth on Exhibit B (master service list and notice of appearance with facsimile numbers) attached hereto.

4.      I further caused a true and correct copy of the **Amended Omnibus Reply, Amended Exhibit C, ETC Reply,** and the **Notice of Agenda** to be served via overnight delivery on the parties set forth on Exhibit C (master service list and notice of appearance parties without email addresses or facsimile numbers) attached hereto.

5.      I further caused a true and correct copy of the **Amended Omnibus Reply** to be served via hand delivery on the parties set forth on Exhibit D (core NY parties) attached hereto.

6.      I further caused a true and correct copy of the **Amended DIP Motion** to be served via overnight delivery on the parties set forth on Exhibit E (all master service list and notice of appearance parties) attached hereto.

7.    I further caused true and correct copies of the **Amended Omnibus Reply, Amended Exhibit C, Notice of Agenda** and the **Charts to the Agenda,** and to be served via electronic mail on the parties set forth on Exhibit F (parties who objected to the proposed sale with email addresses).  I further caused true and correct copies of the **Amended Omnibus Reply, Amended Exhibit C** and the **Notice of Agenda** to be served via facsimile on the parties set forth on Exhibit G (parties who objected to the proposed sale with facsimile numbers).  I further caused true and correct copies of the **Amended Omnibus Reply, Amended Exhibit C** and the **Notice of Agenda** to be served via overnight delivery on the parties set forth on Exhibit H (all parties who objected to the sale motion) attached hereto.

8.    I further directed a true and correct copy of the **Notice of Agenda** to be served via overnight delivery on the parties set forth on Exhibit I (parties to the first omnibus motion, docket no. 937; parties to second omnibus motion, docket 943; ordinary course professionals; utilities objector) attached hereto.

9.    I further caused a true and correct copy of the **Omnibus Objection to Exhibits** to be served via electronic mail on the parties set forth on Exhibit J (parties who filed exhibit lists with email addresses) attached hereto.

10.  I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

DATED:  Seattle, Washington
            June 30, 2009

            /s/  Heather L. Stephens
            HEATHER L. STEPHENS

# Exhibit A

AFFINIA
DAVID OVERBEEKE,  CEO
4400 PRIME PARKWAY
MCHENRY, IL  60050
DAVID.OVERBEEKE@AFFINIAGROUP.COM

AIRGAS, INC.
ATT: DAVID BOYLE, CONSULTANT TO LEGAL DEPT
259 RADNOR CHESTER ROAD
RADNOR, PA  19087
david.boyle@airgas.com

ALLARD & FISH, P.C.
COUNSEL FOR SEVERSTAL NORTH AMERICA, INC.
ATT: DEBORAH L. FISH, ESQ.
2600 BUHL BLDG
535 GRISWOLD
DETROIT, MI  48226
dfish@allardfishpc.com

ALPINE ELECTRONICS OF AMERICA, INC.
ATT: CYNTHIA WOODRUFF-NEER, ESQ.
19145 GRAMERCY PLACE
TORRANCE, CA  90501 - 1162
cwoodruff-neer@alpine-usa.com

ARCADIS U.S., INC.
ATT: LIESL SPANGLER, ASSOCIATE COUNSEL
630 PLAZA DRIVE, SUITE 100
HIGHLANDS RANCH, CO  80129
Elizabeth.Spangler@arcadis-us.com

ARENT FOX LLP
ATTY FOR TOYOTA BOSHOKU AMERICA, INC.
ATT: MARY JOANNE DOWD, ESQ.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC  20036
dowd.mary@arentfox.com

ARENT FOX LLP
ATTY FOR HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
ATT: CHRISTOPHER GIAIMO, JEFFREY ROTHLEDER, ANDREA CAMPBELL, ESQS
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC  20036
giaimo.christopher@arentfox.com; rothleder.jeffrey@arentfox.com;
campbell.andrea@arentfox.com

ARENT FOX LLP
ATTY FOR TIMKEN COMPANY
ATT: JAMES M. SULLIVAN, ESQ.
1675 BROADWAY
NEW YORK, NY  10019
sullivan.james@arentfox.com

ARNALL GOLDEN GREGORY LLP
ATTY FOR VERIZON COMMUNICATIONS INC.
ATT: DARRYL S. LADDIN & FRANK N. WHITE
171 17TH STREET, NW, SUITE 2100
ATLANTA, GA  30363 - 1031
dladdin@agg.com; frank.white@agg.com

AT&T SERVICES INC.
LAW GROUP COUNSEL
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ  07921
jg5786@att.com

ATTORNEY GENERAL FOR THE STATE OF MICHIGAN
ATTY FOR UNEMPLOYMENT TAX OFFICE, DEPT OF ENERGY, LABOR & ECONOMIC
GROWTH, UNEMPLOYMENT INSURANCE AGENCY
ATTN: ROLAND HWANG, ESQ.
3030 W. GRAND BOULEVARD, SUITE 9-600
DETROIT, MI  48202
hwangr@michigan.gov

ATTORNEY GENERAL FOR THE STATE OF NEBRASKA
ATTY FOR THE STATE OF NEBRASKA
ATT: LESLIE C. LEVY, ASSISTANT ATTORNEY GENERAL
2115 STATE CAPITOL BUILDING
LINCOLN, NE  68509 - 8920
leslie.levy@nebraska.gov

ATTORNEY GENERAL FOR THE STATE OF TEXAS
ATT: MARK BROWNING, ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX  78711 - 2548
Mark.Browning@oag.state.tx.us

ATTORNEY GENERAL OF OHIO
ATT: VICTORIA D. GARRY, ASSISTANT ATTORNEY GENERAL
COLLECTIONS & ENFORCEMENT
441 VINE STREET
1600 CAREW TOWER
CINCINNATI, OH  45202
victoria.garry@ohioattorneygeneral.gov

ATTORNEY GENERAL OF STATE OF MICHIGAN
ATTY FOR WORKERS COMPENSATION AGENCY AND FUNDS ADMINISTRATION
ATTN: MICHAEL A. COX & DENNIS J. RATERINK
LABOR DIVISION
P.O. BOX 30736
LANSING, MI  48909
raterinkd@michigan.gov

ATTORNEY GENERAL OF STATE OF TEXAS
ATT: KIMBERLY A. WALSH, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX  78711 - 2548
bk-kwalsh@oag.state.tx.us

ATTORNEY GENERAL OF THE STATE OF MICHIGAN - LABOR DIVISION
ATTY FOR MICHIGAN WORKERS' COMPENSATION AGENCY
ATT: SUSAN PRZEKOP-SHAW, ASSISTANT ATTORNEY GENERAL
P.O. BOX 30736
LANSING, MI  48909
przekopshaws@michigan.gov

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTY FOR NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
ATT: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL
120 BROADWAY - 24TH FLOOR
NEW YORK, NY  10271
neal.mann@oag.state.ny.us

BAKER & HOSTETLER LLP
ATTY FOR B&H CREDITORS
ATT: JOSEPH F. HUTCHINSON, JR.,  ERIC GOODMAN, WENDY J. GIBSON
3200 NATIONAL CITY CENTER
1900 E. 9TH STREET
CLEVELAND, OH  44114
jhutchinson@bakerlaw.com;  egoodman@bakerlaw.com;  wgibson@bakerlaw.com

BAKER & HOSTETLER LLP
ATTY FOR B&H CREDITORS
ATT: RICHARD BERNARD, ESQ.
45 ROCKEFELLER PLAZA
NEW YORK, NY  10111
rbernard@bakerlaw.com

BAKER & HOSTETLER LLP
ATTY FOR SCRIPPS NETWORKS & TELEVISION FOOD NETWORK
ATTN: WENDY J. GIBSON, ESQ.
3200 NATIONAL CITY CENTER
1900 EAST NINTH STREET
CLEVELAND, OH  44114 - 3485
wgibson@bakerlaw.com

BARNES & THORNBURG LLP
ATTY FOR HIRATA CORPORATION OF AMERICA
ATTN: MARK R. OWENS, ESQ.
11 SOUTH MERIDIAN STREET
INDIANAPOLIS, IN  46204
mark.owens@btlaw.com

BARTLETT HACKETT FEINBERG P.C.
ATTY FOR IRON MOUNTAIN INFORMATION MANAGEMENT, INC.
ATT: FRANK F. MCGINN, ESQ.
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA  02110
ffm@bostonbusinesslaw.com

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATTY FOR FACTORY MOTOR PARTS COMPANY
ATT: CHESTER B. SALOMON, ESQ.
299 PARK AVENUE, 16TH FLOOR
NEW YORK, NY  10171
CSALOMON@BECKERGLYNN.COM

BIALSON, BERGEN & SCHWAB
ATTY FOR CISCO SYSTEMS CAPITAL CORPORATION
ATTN: PATRICK M. COSTELLO & THOMAS M. GAA
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA  94306
patrick@bbslaw.com; tom@bbslaw.com

BINGHAM MCCUTCHEN LLP
ATTY FOR TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
ATTN: JONATHAN B. ALTER, ESQ.
ONE STATE STREET
HARTFORD, CT  06103
jonathan.alter@bingham.com

BLANK ROME LLP
ATTY FOR CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS
ATT: REGINA STANGO KELBON, ESQ.
ONE LOGAN SQUARE
PHILADELPHIA, PA  19103
Kelbon@blankrome.com

BLUE CROSS AND BLUE SHIELD OF MICHIGAN
ATT: JEFFREY RUMLEY, ASSISTANT GENERAL COUNSEL
600 LAFAYETTE EAST #1925
DETROIT, MI  48226 - 2998
JRumley@bcbsm.com

BODMAN LLP
ATTY FOR LEAR CORPORATION AND ITS SUBSIDIARIES & AFFILIATES
ATTN: MARC M. BAKST, ESQ.
6TH FLOOR AT FORD FIELD
1901 ST. ANTOINE STREET
DETROIT, MI  48226
mbakst@bodmanllp.com

BRACEWELL & GIULIANI LLP
ATT: RENEE DAILEY
ATTY FOR GEORG FISCHER AUTOMOTIVE AG
225 ASYLUM STREET, 26TH FLOOR
HARTFORD, CT  06103
renee.dailey@bgllp.com

BARNES & THORNBURG LLP
ATTY FOR CONTINENTAL
ATT: JOHN T. GREGG, ESQ.
171 MONROE AVENUE, NW, SUITE 1000
GRAND RAPIDS, MI  49503
jgregg@btlaw.com

BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA
ATTN: ROBERT C. POTTINGER, ESQ.
6833 STALTER DRIVE, FIRST FLOOR
ROCKFORD, IL  61108
rcpottinger@bslbv.com

BASF
DR. KURT BOCK, CHAIRMAN AND CEO
100 CAMPUS DRIVE
FLORHAM PARK, NJ  07932
KURT.BOCK@BASF.COM

BERGER SINGERMAN, P.A.
ATTY FOR SCI, LTD.
ATT: ARTHUR J. SPECTOR, ESQ.
350 E. LAS OLAS BOULEVARD
10TH FLOOR
FORT LAUDERDALE, FL  33301
aspector@bergersingerman.com

BINGHAM MCCUTCHEN LLP
ATTY FOR WELLS FARGO BANK NORTHWEST, NAT'L ASSOC., AS INDENTURE TRUSTE
ATT: ANNA M. BOELITZ, ESQ.
ONE STATE STREET
HARTFORD, CT  06103
anna.boelitz@bingham.com

BINGHAM MCCUTCHEN LLP
ATTY FOR DEUTSCHE BANK AG
ATT ROBERT M DOMBROFF & JEFFREY S SABIN, ESQ.
399 PARK AVENUE
NEW YORK, NY  10022 - 4689
robert.dombroff@bingham.com; jeffrey.sabin@bingham.com

BLANK ROME LLP
ATT: MARC E. RICHARDS, ESQ.
ATTY FOR DENSO INTERNATIONAL AMERICA AND DENSO SALES CALIFORNIA
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY  10174
mrichards@blankrome.com

BODMAN LLP
ATTY FOR PRODUCTION MODELING CORPORATION
ATTN: COLIN T. DARKE, ESQ.
1901 ST. ANTOINE STREET
6TH FLOOR AT FORD FIELD
DETROIT, MI  48226
cdarke@bodmanllp.com

BORGES & ASSOCIATES, LLC
ATTY FOR RAYCOM MEDIA, INC.
ATTN: WANDA BORGES, ESQ.
575 UNDERHILL BLVD., SUITE 118
SYOSSET, NY  11791
borgeslawfirm@aol.com

BRAYTON PURCELL LLP
ATTY FOR CERTAIN ASBESTOS CLAIMANTS
ATT: ALAN R. BRAYTON, CHRISTINA C. SKUBIC, MATTHEW B. LEE, ESQS
222 RUSH LANDING ROAD
NOVATO, CA  94945
bankruptcy.asbpo.asbdom@braytonlaw.com

BRIGGS AND MORGAN P.A.
ATTY FOR FACTORY MOTOR PARTS COMPANY
ATT: JOHN R. MCDONALD, ESQ.
2200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN  55402
JMcDonald@Briggs.com

BROWN & CONNERY, LLP
ATTY FOR SAP AMERICA, INC.
ATT: KENNETH J. SCHWEIKER, JR., ESQ.
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ  08096
kschweiker@brownconnery.com

BUCHALTER NEMER, PC
ATTY FOR ORACLE USA, INC.; AND ORACLE CREDIT CORPORATION
ATT: SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105 - 2126
schristianson@buchalter.com

BURR & FORMAN LLP
ATTY FOR GESTAMP ALABAMA, LLC, GESTAMP MASON, LLC, GESTAMP MEXICO
ATT: D. CHRISTOPHER CARSON & JENNIFER B. KIMBLE
420 NORTH 20TH STREET, SUITE 3400
BIRMINGHAM, AL  35203
ccarson@burr.com; jkimble@burr.com

BUSH SEYFERTH & PAIGE PLLC
ATTY FOR GUARDIAN AUTOMOTIVE PRODUCTS, INC.
ATT: SCOTT A. WOLFSON, ESQ.
3001 W. BIG BEAVER ROAD, SUITE 600
TROY, MI  48084
wolfson@bsplaw.com

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
ATTN: THOMAS B. RADOM & MAX J. NEWMAN
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI  48304
radom@butzel.com; newman@butzel.com

C.B. BLACKARD, III
CORPORATE COUNSEL
ACXIOM CORPORATION
301 EAST DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR  72033 - 2000
cbblac@acxiom.com

CAMPBELL, O'BRIEN & MISTELE, P.C.
ATTY FOR GEORGE P. JOHNSON COMPANY (GPJ)
ATTN: ROBERT J. FIGA, ESQ.
100 W. BIG BEAVER ROAD, SUITE 385
TROY, MI  48084
rfiga@comlawone.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS;
MARK BUTTITA
ATT: ELIHU INSELBUCH & RITA TOBIN
375 PARK AVENUE, 35TH FLOOR
NEW YORK, NY  10152 - 3500
ei@capdale.com

CARSON FISCHER, P.L.C.
ATTY FOR VITEC, LLC
ATT: JOSEPH M. FISCHER, LAWRENCE A. LICHTMAN, PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI  48302
brcy@carsonfischer.com

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATTY FOR WABASH TECHNOLOGIES, INC.
ATTN: PAULA A. HALL, ESQ.
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM, MI  48009
hall@bwst-law.com

BROWN & WHALEN, P.C.
ATT: RODNEY A. BROWN, ESQ.
700 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY  10017
rbrown@brownwhalen.com

BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
ATT: PETER M. LEE, SENIOR GENERAL ATTORNEY
2500 LEW MENK DRIVE
P.O. BOX 961039
FT. WORTH, TX  76161 - 0039
Peter.Lee@bnsf.com

BUSH FEYFERTH & PAIGE PLLC
ATTY FOR GUARDIAN INDUSTRIES CORP.
ATT: SCOTT A. WOLFSON, ESQ.
3001 W. BIG BEAVER ROAD, SUITE 600
TROY, MI  48084
wolfson@bsplaw.com

BUTZEL LONG, PC
ATTORNEY FOR PIONEER AUTOMOTIVE TECHNOLOGIES
ATT: THOMAS B. RADOM & MAX J. NEWMAN, ESQ.
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI  48304
radom@butzel.com ; newman@butzel.com

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
ATT: ROBERT SIDORSKY & ERIC B. FISHER
380 MADISON AVENUE
NEW YORK, NY  10017
sidorsky@butzel.com; fishere@butzel.com

CADWALADER, WICKERSHAM & TAFT LLP
ATTY FOR UNITED STATES OF AMERICA
ATT: JOHN J. RAPISARDI, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY  10281
john.rapisardi@cwt.com

CANON U.S.A., INC.
ATTN: RUTH E. WEINSTEIN
ONE CANON PLAZA
LAKE SUCCESS, NY  11042
rweinstein@cusa.canon.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS;
MARK BUTTITA
ATT: PETER VAN LOCKWOOD, RONALD REINSEL & TREVOR SWETT, III, ESQS
1 THOMAS CIRCLE
WASHINGTON, DC  20005
pvnl@capdale.com, rer@capdale.com, tws@capdale.com

CARSON FISCHER, P.L.C.
ATTY FOR LAPEER METAL STAMPING COMPANIES, INC.
ATTN: JOSEPH M. FISCHER, ROBERT A. WEISBERG & PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI  48302
brcy@carsonfischer.com

CARSON FISCHER, P.L.C.
ATTY FOR RIMA MANUFACTURING COMPANY
ATTN: CHRISTOPHER A. GROSMAN & PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI  48302
brcy@carsonfischer.com; brcy@carsonfischer.com

CASSELS BROCK
ATT: MICHAEL WEINCZOK
2100 SCOTIA PLAZA - 40 KING STREET WEST
TORONTO, ON M5H 3C2
CANADA
mweinczok@casselsbrock.com

CHAPELL & ASSOCIATES, LLC
ATT: ALAN CHAPELL, CIPP
CONSUMER PRIVACY OMBUDSMAN
297 DRIGGS AVENUE, SUITE 3A
BROOKLYN, NY  11222
alan@chapellassociates.com

CHEMICO SYSTEMS
LEON C. RICHARDSON, PRESIDENT
10 W.HURON, SUITE 300
PONTIAC, MI  48342
LCRICHARDSON@CHEMICOSYSTEMS.COM

CLARK HILL PLC
ATTY FOR ATS AUTOMATION TOOLING SYSTEMS, INC.
ATTN: ROBERT D. GORDON, ESQ.
151 SOUTH OLD WOODWARD AVENUE, SUITE 200
BIRMINGHAM, MI  48009
rgordon@clarkhill.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY  10006
BSUSKO@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR GRUPO KUO, TRANSMISSION TECHNOLOGIES CORPORATION,
TRAMSMISIONES Y EQUIPOS MECANICOS, PISTONES MORESA
ATT: DEBORAH M. BUELL, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006
dbuell@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006
DGOTTLIEB@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR UAW
ATT: JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006
jbromley@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006
RLINCER@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR THE INTERPUBLIC GROUP OF COMPANIES, INC.
ATT: SEAN A. O'NEAL, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006
soneal@cgsh.com

CLIFFORD CHANCE US LLP
ATTY FOR THE ROYAL BANK OF SCTOLAND PLC, ABN AMRO BANK N.V. AND
RBS CITIZENS N.A.
ATT: ANDREW BROZMAN & SARAH CAMPBELL, ESQ.
31 WEST 52ND STREET
NEW YORK, NY  10019 - 6131
andrew.brozman@cliffordchance.com; sarah.campbell@cliffordchance.com

COBASYS
MR. TOM NESLAGE, PRESIDENT & CEO
3740 LAPEER RD. SOUTH
ORION, MI  48359
TNESLAGE@COBASYS.COM

COHEN, WEISS AND SIMON LLP
ATTY FOR INTERNATIONAL UNION, UAW
ATT: BABETTE A. CECCOTTI, ESQ.
330 WEST 42ND STREET
NEW YORK, NY  10036
bceccotti@cwsny.com

COLE, SCHOTZ, MEISEL FORMAN & LEONARD, P.A.
ATTY FOR KRUSE TECHNOLOGY PARTNERSHIP
ATT: STUART KOMROWER, ESQ.
COURT PLAZA NORTH
25 MAIN STREET
HACKENSACK, NJ  07601
skomrower@coleschotz.com

CONNELL FOLEY LLP
ATTY FOR PANASONIC ELECTRIC WORKS CORPORATION OF AMERICA
ATTN: STEPHEN V. FALANGA & CHRISTOPHER M. HEMRICK
888 SEVENTH AVENUE
NEW YORK, NY  10106
sfalanga@connellfoley.com; chemrick@connellfoley.com

COOLIDGE WALL CO., L.P.A.
ATTY FOR HARCO MANUFACTURING GROUP LLC
ATT: RONALD S. PRETEKIN, ESQ.
33 WEST FIRST STREET, SUITE 600
DAYTON, OH  45402
pretekin@coollaw.com

COUNTY ATTORNEY
ATTY FOR THE COUNTY OF LOUDOUN, VIRGINIA
ATTN: BELKYS ESCOBAR, ASSISTANT COUNTY ATTORNEY
ONE HARRISON STREET, S.E., 5TH FLOOR
LEESBURG, VA  20175 - 3102
belkys.escobar@loudoun.gov

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD COMPANY
ATTN: MICHAEL ST. PATRICK BAXTER, ESQ.
1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC  20004 - 2401
mbaxter@cov.com

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD COMPANY
ATTN: SUSAN POWER JOHNSTON, ESQ.
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY  10018
sjohnston@cov.com

CUMMINGS & LOCKWOOD LLC
ATTY FOR EMIGRANT BUSINESS CREDIT CORP
ATT: JOHN F. CARBERRY, ESQ.
SIX LANDMARK SQUARE
STAMFORD, CT  06901
jcarberry@cl-law.com

DANA HOLDING COMPANY
ATT: LISA WURSTER
4500 DORR STREET
TOLEDO, OH  43615
lisa.wurster@dana.com

DAVIS POLK & WARDWELL
ATTY FOR FORD MOTOR COMPANY
ATT: DONALD S. BERNSTEIN & MARSHALL S. HUEBNER
450 LEXINGTON AVENUE
NEW YORK, NY  10017
donald.bernstein@dpw.com, marshall.huebner@dpw.com

DAWDA, MANN, MULCAHY & SADLER, PLC
ATTY FOR MAGNETI MARELLI AND AUTOMOTIVE LIGHTING
ATT: WILLIAM ROSIN & KENNETH FLASKA
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS, MI  48304
gm@dmms.com

DAWDA, MANN, MULCAHY & SADLER, PLC
ATTY FOR JOHN E. GREEN COMPANY
ATTN: KENNETH A. FLASKA & WILLIAM L. ROSIN
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS, MI  48304
gm@dmms.com

DAY PITNEY LLP
ATTY FOR ORACLE USA, INC.
ATTN: AMISH R. DOSHI, ESQ.
7 TIMES SQUARE
NEW YORK, NY  10036
adoshi@daypitney.com

DEALER TIRE, LLC
3711 CHESTER AVENUE
CLEVELAND, OH  44114
info@dealertire.com

DEBEVOISE & PLIMPTON LLP
ATTY FOR THE HERTZ CORPORATION
ATT: RICHARD F. HAHN, ESQ.
919 THIRD AVENUE
NEW YORK, NY  10022
rfhahn@debevoise.com

DECHERT LLP
ATTY FOR CDI CORPORATION
ATTN: JAMES O. MOORE, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY  10036 - 6797
james.moore@dechert.com

DECHERT LLP
ATTY FOR CDI CORPORATION
ATTN: JULIET SARKESSIAN, ESQ.
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA  19104
juliet.sarkessian@dechert.com

DECHERT LLP
ATTY FOR SHANGHAI AUTOMOTIVE INDUSTRY CORP (GROUP) AND AFFILIATES
ATTN: SHMUEL VASSER, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY  10036 - 6797
shmuel.vasser@dechert.com

DEPARTMENT OF LABOR
ATTN: DEPUTY SOLICITOR OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON, DC  20201
CONTACT-OCFO@DOL.GOV

DEPARTMENT OF LABOR & INDUSTRY
ATTN: DENISE A. MERTZ
READING BANKRUPTCY & COMPLIANCE UNIT
625 CHERRY STREET, ROOM 203
READING, PA  19602 - 1184
dmertz@state.pa.us

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: COLLEEN M. SWEENEY, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN  37219
csweeney@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: DAWN R. COPLEY, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI  48226
dcopley@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: DORON YITZCHAKI, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI  48104
dyitzchaki@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: JAMES A. PLEMMONS, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI  48226
jplemmons2@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: KERRY MASTERS EWALD, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN  37219
kewald@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: MICHAEL C. HAMMER, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI  48104
mchammer3@dickinsonwright.com

DICONZA LAW P.C.
ATTY FOR ARCADIS U.S., INC.
ATT: GERARD DICONZA, ESQ.
630 THIRD AVENUE, 7TH FLOOR
NEW YORK, NY  10017
gdiconza@dlawpc.com

DILWORTH PAXSON LLP
ATTY FOR THE DOW CHEMICAL CO.; DOW CHEMICAL CANADA; ESSEX
SPECIALTY PR
ATTN: SCOTT J. FREEDMAN, ESQ.
LIBERTYVIEW - SUITE 700
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002
sfreedman@dilworthlaw.com

DORSEY & WHITNEY LLP
ATTY FOR BALLARD MATERIAL PRODUCTS INC.
ATTN: MICHAEL FOREMAN, ESQ.
250 PARK AVENUE
NEW YORK, NY 10177
foreman.michael@dorsey.com

DRINKER BIDDLE & REATH LLP
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
ATT: KRISTEN K. GOING, ESQ.
1500 K STREET, N.W.
WASHINGTON, DC 20005
kristin.going@dbr.com

DUPONT
ELLEN J. KULLMAN, CEO
1007 MARKET STREET
WILMINGTON, DL 19898
ELLEN.J.KULLMAN@USA.DUPONT.COM

DYNAMIC MANUFACTURING
MRS. MARY PARTIPILO, CEO
1930 N. MANNHEIM ROAD
MELROSE PARK, IL 60160
MPARTIPILO@DMIMAIL.COM

EDWARDS ANGELL PALMER & DODGE LLP
ATTY FOR U.S. BANK NAT'L ASSOC. AND U.S. BANK TRUST NAT'L ASSOC.
ATT: RICH HIERSTEINER, J. DARCEY, A. ZUCCARELLO, J. GROVES,
C. BODELL & J. WHITLOCK
111 HUNTINGTON AVENUE
BOSTON, MA 02199 - 7613
rhiersteiner@eapdlaw.com; jdarcey@eapdlaw.com; azuccarello@eapdlaw.com;
jgroves@eapdlaw.com; cbodell@eapdlaw.com; jwhitlock@eapdlaw.com

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATTY FOR CENTERPOINT ASSOCIATES, L.L.C.
ATT: EARLE I. ERMAN, ESQ.
400 GALLERIA OFFICENTRE, SUITE 444
SOUTHFIELD, MI 48034
eerman@ermanteicher.com

FARELLA BRAUN & MARTEL LLP
ATTY FOR GENERAL MOTORS RETIREES ASSOCIATION
ATT: NEIL A. GOTEINER, ESQ.
235 MONTGOMERY STREET, 17TH FLOOR
SAN FRANCISCO, CA 94104
ngoteiner@fbm.com

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP
ATTY FOR THE MCCLATCHY COMPANY
ATT: PAUL J. PASCUZZI, ESQ.
400 CAPITAL MALL, SUITE 1450
SACRAMENTO, CA 95814
ppascuzzi@ffwplaw.com

FOLEY & LARDNER LLP
ATTY FOR DETROIT TECHNOLOGIES, INC.
ATTN: ANN MARIE UETZ & DALJIT DOOGAL
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 - 3489
auetz@foley.com; ddoogal@foley.com

DLA PIPER LLP
ATTY FOR HEWLETT PACKARD CO
ATT: KAROL DENNISTON & JENNIFER NASSIRI, ESQS
550 S. HOPE STREET, SUITE 2300
LOS ANGELES, CA 90071
karol.denniston@dlapiper.com; jennifer.nassiri@dlapiper.com

DOW AUTOMOTIVE
MR. PETER SYKES, PRESIDENT
2-2-24 HIGASHI-SHINAGAWA
SHINAGAWA-KU, TOKYO 140-8617
PSYKES@DOW.COM

DRINKER BIDDLE & REATH LLP
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
ATT: STEPHANIE WICKOUSKI, ESQ., KIRSTIN K. GOING
140 BROADWAY, 39TH FLOOR
NEW YORK, NY 10005
stephanie.wickouski@dbr.com

DURA AUTOMOTIVE
TIM LEULIETTE, CHAIRMAN
2791 RESEARCH DRIVE
ROCHESTER HILLS, MI 48309 - 3575
TIM@LEULIETTEPARTNERS.COM

EDS, AN HP COMPANY
ATT: AYALA HASSELL
BANKRUPTCY & INSOLVENCY, SENIOR ATTORNEY
H3-3A-05
5400 LEGACY DRIVE
PLANO, TX 75024
ayala.hassell@hp.com

ENTERGY SERVICES, INC
ATT: ALAN H. KATZ, ASSISTANT GENERAL COUNSEL
639 LOYOLA AVENUE, 26TH FLOOR
NEW ORLEANS, LA 70113
akatz@entergy.com

ERVIN COHEN & JESSUP LLP
ATTY FOR SALAS AUTOMOTIVE GROUP, INC. DBA POWAY CHEVROLET
ATTN: MICHAEL S. KOGAN & PETER JAZAYERI
9401 WILSHIRE BOULEVARD
BEVERLY HILLS, CA 90212
mkogan@ecjlaw.com; pjazayeri@ecjlaw.com

FEDERAL EXPRESS CORPORATION
ATTN: ROBERT R. ROSS
3620 HACKS CROSS ROAD
BUILDING B - 2ND FLOOR
MEMPHIS, TN 38125 - 8800
rrross@fedex.com

FOLEY & LARDNER LLP
ATTY FOR DURA AUTOMOTIVE SYSTEMS, INC.
ATTN: ANN MARIE UETZ, ESQ.
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 - 3489
auetz@foley.com

FOLEY & LARDNER LLP
ATTY FOR CUMMINS INC., CUMMINS POWER GENERATION, CUMMINS
FILTRATION,
CUMMINS EMISSION SOLUTION, CUMMINS FUEL SYSTEMS, CUMMINS TURBO
TECHNOL
ATTN: JILL L. MUNCH & JOANNE LEE
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654 - 5313
jmurch@foley.com; jlee@foley.com

FOLEY & LARDNER LLP
ATTY FOR PEUGEOT JAPY INDUSTRIES S.A.
ATTN: JUDY A. O'NEILL, JOHN A. SIMON, KATHERINE R. CATANESE
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226 - 3489
joneill@foley.com; jsimon@foley.com; kcatanese@foley.com

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATT: ROBERT H. HUEY, ESQ.
WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 600
WASHINGTON, DC  20007 - 5109
rhuey@foley.com

FOLEY & LARDNER LLP
ATTY FOR PIRELLI TIRE, LLC
ATTN: SALVATORE A. BARBATANO, JOHN A. SIMON, KATHERINE R. CATANESE
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226 - 3489
sbarbatano@foley.com; jsimon@foley.com; kcatanese@foley.com

FOLEY & LARDNER LLP
ATTY FOR INERGY AUTOMOTIVE SYSTEMS (USA), LLC
ATTN: MARK A. AIELLO & SALVATORE A. BARBATANO
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226 - 3489
sbarbatano@foley.com; maiello@foley.com

FOLEY & LARDNER LLP
ATTY FOR PETERSON AMERICAN CORPORATION
ATTN: SALVATORE A. BARBATANO & STEVEN H. HILFINGER
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226 - 3489
sbarbatano@foley.com; shilfinger@foley.com

FOLEY & LARDNER LLP
ATTY FOR OMRON AUTOMOTIVE ELECTRONICS; OMRON DUALTEC AUTOMOTIVE ELECTR
ATTN: STEVEN H. HILFINGER, FRANK W. DICASTRI, JOHN A. SIMON
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226 - 3489
shilfinger@foley.com; fdicastri@foley.com; jsimon@foley.com

FOLEY & LARDNER LLP
ATTY FOR INTRA CORPORATION
ATTN: STEVEN H. HILFINGER, JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226 - 3489
shilfinger@foley.com; jsimon@foley.com; kcatanese@foley.com

FOLEY & LARDNER LLP
ATTY FOR TECHNOLOGY INVESTMENT PARTNERS, LLC
ATTN: THOMAS B. SPILLANE, JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226 - 3489
tspillane@foley.com; jsimon@foley.com; kcatanese@foley.com

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATT: VICTOR A. VILAPLANA & MATTHEW J. RIOPELLE
402 WEST BROADWAY, SUITE 2100
SAN DIEGO, CA  92101 - 3542
vavilaplana@foley.com; mriopelle@foley.com

FOX ROTHSCHILD LLP
ATTY FOR STARSOURCE MANAGEMENT SERVICES
ATTN: FRED STEVENS, ESQ.
100 PARK AVENUE, SUITE 1500
NEW YORK, NY  10017
fstevens@foxrothschild.com

FRASER TREBILCOCK DAVIS & DUNLAP, P.C.
ATTY FOR CITY OF LANSING
ATTN: G. ALAN WALLACE, ESQ.
124 WEST ALLEGAN STREET, SUITE 1000
LANSING, MI  48933
gwallace@fraserlawfirm.com

FREEBORN & PETERS LLP
ATTY FOR PGW, LLC
ATT: AARON L. HAMMER & THOMAS R. FAWKES, ESQS
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606 - 6677
ahammer@freebornpeters.com; tfawkes@freebornpeters.com

FRIEDLANDER MISLER, PLLC
ATTY FOR REALTY ASSOCIATES IOWA CORPORATION
ATTN: ROBERT E. GREENBERG, ESQ.
1101 SEVENTEENTH STREET, N.W., SUITE 700
WASHINGTON, DC  20036 - 4704
rgreenberg@dclawfirm.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR AT&T CORP.
ATTN: DAVID A. ROSENZWEIG & JACLYN L. RABIN
666 FIFTH AVENUE
NEW YORK, NY  10103
drosenzweig@fulbright.com; jrabin@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
ATT: DAVID A. ROSENZWEIG & MARK C. HAUT
666 FIFTH AVENUE
NEW YORK, NY  10103 - 3198
drosenzweig@fulbright.com; mhaut@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR VERIZON CAPITAL CORPORATION
ATT: LOUIS R. STRUBECK & LIZ BOYDSTON, ESQ.
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX  75201
lstrubeck@fulbright.com, lboydston@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
ATT: MICHAEL M. PARKER, ESQ.
300 CONVENT STREET, SUITE 2200
SAN ANTONIO, TX  78205
mparker@fulbright.com

GENERAL MOTORS CORPORATION
ATTN: LAWRENCE S. BUONOMO, ESQ.
300 RENAISSANCE CENTER
DETROIT, MI  48265
lawrence.s.buonomo@gm.com

GIBBONS P.C.
ATTY FOR J.D. POWER AND ASSOCIATES
ATT: DAVID N. CRAPO, ESQ.
ONE GATEWAY CENTER
NEWARK, NJ  07102 - 5310
dcrapo@gibbonslaw.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: DAVID M. FELDMAN, ESQ.
200 PARK AVENUE
NEW YORK, NY  10166 - 0193
dfeldman@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: MATTHEW J. WILLIAMS, ESQ.
200 PARK AVENUE
NEW YORK, NY  10166 - 0193
mjwilliams@gibsondunn.com

GLENN M. REISMAN, ESQ.
ATTY FOR GE ENERGY, GE MOTORS AND GE WATER
TWO CORPORATE DRIVE, SUITE 234
SHELTON, CT  06484
Glenn.Reisman@ge.com

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATTY FOR PANASONIC AUTO SYS CO OF AMERICA, DIV OF PANASONIC
CORP OF N.A., FORMERLY KNOWN AS MATSUSHITA ELEC CORP IF AMERICA
ATT: JONATHAN L. FLAXER, DOUGLAS L. FURTH, ANTHONY M. VASSALLO
437 MADISON AVENUE
NEW YORK, NY  10022
jflaxer@golenbock.com; dfurth@golenbock.com; avassallo@golenbock.com

GORLICK, KRAVITZ & LISTHAUS, P.C.
ATTY FOR IUOE, LOCALS IUOE 101, IUOE 18S & IUOE 832S
ATT: BARBARA S. MEHLSACK, ESQ.
17 STATE STREET, 4TH FLOOR
NEW YORK, NY  10004
bmehlsack@gkllaw.com

HAHN LOESER & PARKS LLP
ATT: LEE D. POWAR & DANIEL A. DEMARCO & ROCCO I. DEBITETTO
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH  44114
ldpowar@hahnlaw.com, dademarco@hahnlaw.com

HALPERIN BATTAGLIA RAICHT, LLP
ATTY FOR MACQUARIE EQUIPMENT FINANCE, LLC.
ATT: CHRISTOPHER J. BATTAGLIA & JULIE D. DAYAS, ESQ.
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY  10022
cbattaglia@halperinlaw.net ; jdyas@halperinlaw.net

HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
39001 WEST 12 MILE ROAD
FARMINGTON HILLS, MI  48331
info@harmanbecker.de

HARTER SECREST & EMERY LLP
ATTY FOR SATURN OF ROCHESTER, INC.
ATT: JON AHO, WILLIAM KREIENBERG, JOHN WEIDER, INGRID PALERMO
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY  14604
jaho@hselaw.com; wkreienberg@hselaw.com; jweider@hselaw.com; ipalermo@hselaw.com

HARTER SECREST & EMERY LLP
ATT: JOHN WEIDER & INGRIDE PALERMO, ESQS.
ATTY FOR PADDOCK CHEVROLET, INC.
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY  14604
jweider@hselaw.com; ipalermo@hselaw.com

HARTER SECREST & EMERY LLP
ATT: KENNETH W. AFRICANO & RAYMOND L. FUNK, ESQS.
ATTY FOR PADDOCK CHEVROLET, INC.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY  14202 - 2293
kafricano@hselaw.com; rfink@hselaw.com

HARTER SECREST & EMERY LLP
ATTY FOR SATURN OF ROCHESTER, INC.
ATT: RAYMOND L. FINK, ESQ.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY  14202 - 2293
rfink@hselaw.com

HAYNES AND BOONE LLP
ATTY FOR EXXON MOBIL CORPORATION
ATTN: CHARLES A. BECKMAN & BROOKS HAMILTON
1221 MCKINNEY, SUITE 2100
HOUSTON, TX  77010
charles.beckham@haynesboone.com; brooks.hamilton@haynesboone.com

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
ATT: JONATHAN HOOK, ESQ.
1221 AVENUE OF THE AMERICAS
NEW YORK, NY  10020 - 1007
jonathan.hook@haynesboone.com

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
ATT: PATRICK L. HUGHES & PETER C. RUGGERO
1221 MCKINNEY, SUITE 2100
HOUSTON, TX  77010
patrick.hughes@haynesboone.com; peter.ruggero@haynesboone.com

HAYNES AND BOONE, LLP
ATTY FOR CEVA LOGISTICS
ATTN: JUDITH ELKIN
1221 AVENUE OF THE AMERICAS, 26TH FLOOR
NEW YORK, NY  10020 - 1007
judith.elkin@haynesboone.com

HAYNES AND BOONE, LLP
ATTY OFR EXXON MOBIL CORPORATION
ATTN: MATTHEW E. RUSSELL, ESQ.
1221 AVENUE OF THE AMERICAS, 26TH FL
NEW YORK, NY  10020 - 1007
matthew.russell@haynesboone.com

HAYNSWORTH SINKLER BOYD, P.A.
ATTY FOR SOUTH CAROLINA AUTOMOBILE DEALERS ASSOCIATION
ATTN: WILLIAM H. SHORT, JR., ESQ.
POST OFFICE BOX 11889
COLUMBIA, SC  29211 - 1889
bshort@hsblawfirm.com

HERRICK, FEINSTEIN LLP
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
ATT: STEPHEN B. SELBST & PAUL RUBIN
2 PARK AVENUE
NEW YORK, NY  10016
sselbst@herrick.com; prubin@herrick.com

HESS CORPORATION
ATT: ELIZABETH ANNE CARINI CURRENTI, ESQ.
1 HESS PLAZA
WOODBRIDGE, NJ  07095
ecurrenti@hess.com

HEWLETT -PACKARD DEVELOPMENT COMPANY, L.P.
MIKE NEFKENS, VICE PRESIDENT
500 RENAISSANCE CENTER, MC:20A
DETROIT, MI  48243
MIKE.NEFKENS@EDS.COM

HEWLETT-PACKARD COMPANY LP
ATT: RAMONA NEAL, SENIOR COUNSEL
11311 CHINDEN BOULEVARD
MAIL STOP 314
BOISE, ID 83714
Ramona.neal@hp.com

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
ATT: LINDA D'AMICO
420 MOUNTAIN AVENUE
MURRAY HILL, NJ 07640
linda.damico@hp.com

HINCKLEY, ALLEN & SNYDER LLP
ATTY FOR DAVE DELANEY'S COLUMBIA BUICK-PONTIAC-GMAC CO, LLC
ATT: THOMAS H CURRAN, PAUL F O'DONNELL & JENNIFER V DORAN
28 STATE STREET
BOSTON, MA 02109
tcurran@haslaw.com

HISCOCK & BARCLAY, LLP
ATTY FOR THE SCHAEFER GROUP INC.
ATTN: SUSAN R. KATZOFF, ESQ.
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
jlangan@hblaw.com, gstack@hblaw.com

HODGSON RUSS LLP
ATTY FOR DELL MARKETING LP AND DELL FINANCIAL SERVICES LLC
ATTN: STEPHEN H. GROSS, ESQ.
60 EAST 42ND STREET, 37TH FLOOR
NEW YORK, NY 10165 - 0150
sgross@hodgsonruss.com; mbass@hodgsonruss.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATT: JOSEPH R. SGROI, ESQ.
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
jsgroi@honigman.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATT: ROBERT B. WEISS, ESQ.
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
rweiss@honigman.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATT: TRICIA A. SHERICK, ESQ.
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
tsherick@honigman.com

HSS/SAGINAW
MR. ERIC LARSON, COO
5446 DIXIE HIGHWAY
SAGINAW, MI 48601
ELARSON@HSS-MMS.COM

HUNTER & SCHANK CO., LPA
ATTY FOR ZF FRIEDRICHSHAFEN AG
ATT: JOHN J. HUNTER, JR., ESQ.
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH 43604
jrhunter@hunterschank.com

HUNTER & SCHANK CO., LPA
ATTY FOR ZF FRIEDRICHSHAFEN AG
ATT: THOMAS J. SCHANK, ESQ.
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH 43604
tomschank@hunterschank.com

INDUSTRY CANADA, LEGAL SERVICES
ATT: ANNE BOUDREAU
235 QUEEN STREET
OTTAWA, ON K1A OH5
CANADA
anne.boudreau@ic.gc.ca

INTERNATIONAL UNION OF OPERATING ENGINEERS
ATT: RICHARD GRIFFIN, GENERAL COUNSEL
1125 SEVENTEENTH STREET, NW
WASHINGTON, DC 20036
rgriffin@iuoe.org

INTERNATIONAL UNION, UAW
ATTY FOR INTERNATIONAL UNION, UAW
ATT: DANIEL SHERRICK & NIRAJ GANATRA, LEGAL DEPT.
8000 EAST JEFFERSON AVENUE
DETROIT, MI 48214
memberservices@iuawfcu.com, nganatra@uaw.net

IVEY, BARNUM AND O'MARA, LLC
ATTY FOR SONIC AUTOMOTIVE, INC.
ATTN: MELISSA ZELEN NEIER, ESQ.
170 MASON STREET
GREENWICH, CT 06830
mneier@ibolaw.com

J.L. SAFFER, P.C.
ATTY FOR TMI CUSTOM AIR SYSTEMS, INC.
ATTN: JENNIFER L. SAFFER, ESQ.
20 VESEY STREET, 7TH FLOOR
NEW YORK, NY 10007
jlsaffer@jlsaffer.com

JENNER & BLOCK LLP
ATTY FOR PROPOSED SPECIAL COUNSEL FOR DEBTORS
ATTN: DANIEL R. MURRAY & JOSEPH P. GROMACKI
330 NORTH WABASH AVENUE
CHICAGO, IL 60611 - 7603
dmurray@jenner.com

JENNER & BLOCK LLP
ATTY FOR PROPOSED SPECIAL COUNSEL FOR DEBTORS
ATTN: PATRICK J. TROSTLE & HEATHER D. MCARN
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY 10022 - 3908
ptrostle@jenner.com

JOHNSON, HEARN, VINEGAR, GEE & GLASS, PLLC
ATTY FOR D & J AUTOMOTIVE, LLC
ATT: JEAN WINBORNE BOYLES, ESQ.
P.O. BOX 1776
RALEIGH, NC 27602
jboyles@jhvgglaw.com

JOHNSTON BARTON PROCTOR & ROSE LLP
ATTY FOR SERRA CHEVROLET OF BIRMINGHAM, INC.
ATTN: MAX A. MOSELEY, ESQ.
569 BROOKWOOD VILLAGE
SUITE 901
BIRMINGHAM, AL 35209
mam@johnstonbarton.com

JTEKT AUTOMOTIVE
MOTOHIKO YOKOYAMA, CEO
15TH FLOOR MIDLAND SQUARE, 4-7-1 MEIEKI
NAGOYA HEAD OFFICE
NAKAMURA-KU, NAGOYA, JAPAN, 450-8515
TAKAYA_YAMADA@JTEKT.CO.JP

K&L GATES LLP
ATTY FOR PPG INDUSTRIES, INC.
ATT: JEFFREY N. RICH & ERIC T. MOSER, ESQS.
599 LEXINGTON AVENUE
NEW YORK, NY  10022
jeff.rich@klgates.com; eric.moser@klgates.com

KAYE SCHOLER LLP
ATTY FOR PHILLIP MORRIS CAPITAL CORP
ATT: RICHARD G. SMOLEV & LAUREN ATTARD
425 PARK AVENUE
NEW YORK, NY  10022 - 3598
rsmolev@kayescholer.com; lattard@kayescholer.com

KEATING MUETHING & KLEKAMP PLL
ATTY FOR CINTAS CORPORATION
ATTN: JASON V. STITT, ESQ.
ONE EAST FOURTH STREET, SUITE 1400
CINCINNATI, OH  45202
jstitt@kmklaw.com

KELLEY DRYE & WARREN LLP
ATTY FOR LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: DAVID RETTER, PAMELA BRUZZESE-SZCZGIEL, JENNIFER CHRISTIAN, ESQS
101 PARK AVENUE
NEW YORK, NY  10178
KDWBankruptcyDepartment@kelleydrye.com

KELLEY DRYE & WARREN, LLP
ATTY FOR BP CANADA ENERGY MARKETING CORP. AND BP ENERGY CO.
ATT: JAMES S. CARR & JORDAN A. BERGMAN, ESQS
101 PARK AVENUE
NEW YORK, NY  10178
KDWBankruptcyDepartment@kelleydrye.com

KEM KREST
AMISH SHAH. CEO
1919 SUPERIOR ST.
ELKHART, IN  46515
info@kemkrest.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: LARRY MAGARIK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY  10003
lmagarik@kjmlabor.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNICK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY  10003
sjennik@kjmlabor.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M  KENNEDY, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY  10003
tmurray@kjmlabor.com

KERR, RUSSELL AND WEBER, PLC
ATTY FOR WINDSOR MOLD INC.
ATTN: JAMES E. DELINE, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI  48226 - 3406
jed@krwlaw.com

KERR, RUSSELL AND WEBER, PLC
ATTY FOR AVL AMERICAS, INC.
ATT: P. WARREN HUNT, ESQ. & JAMES DELINE
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI  48226 - 3406
pwh@krwlaw.com

KILPATRICK & ASSOCIATES, P.C.
ATTY FOR OAKLAND COUNTY TREASURER
ATT: RICHARDO I. KILPATRICK & LEONORA K. BAUGHMAN
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI  48326
ecf@kaalaw.com

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
ATT: MORTON R. BRANZBURG & BRIAN T. CROWLEY
260 S. BROAD STREET
PHILADELPHIA, PA  19102
BCrowley@klehr.com

KOHRMAN JACKSON & KRANTZ, PLL
ATTY FOR SUNNYSIDE AUTOMOTIVE VI, LLC
ATT: JAMES W. EHRMAN, ESQ.
ONE CLEVELAND CENTER, 20TH FLOOR
1375 EAST NINTH STREET
CLEVELAND, OH  44114 - 1793
jwe@kjk.com

KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
ATTY FOR APPLIED MANUFACTURING TECHNOLOGIES
ATTN: FREDERICK A. BERG & JAYSON M. MACYDA, ESQS
400 RENAISSANCE CENTER, SUITE 3400
DETROIT, MI  48243
fberg@kotzsangster.com; jmacyda@kotzsangster.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE
ATT: THOMAS MOERS MAYER, KENNETH H. ECKSTEIN & GORDON Z. NOVOD
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036
gnovod@kramerlevin.com

KUPELIAN ORMOND & MAGY, P.C.
ATTY FOR LA PRODUCTIONS, LLC
ATT: TERRANCE HILLER, DAVID BLAU, PAUL MAGY, MATTHEW SCHLEGEL
25800 NORTHWESTERN HIGHWAY, SUITE 950
SOUTHFILED, MI  48075
tah@kompc.com; dmb@kompc.com; psm@kompc.com; mws@kompc.com

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: ADAM D. BRUSKI, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI  48708
abruski@lambertleser.com

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: SUSAN M. COOK, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI  48708
scook@lambertleser.com

LATHAM & WATKINS LLP
ATTY FOR ALLISON TRANSMISSION, INC., FKA CLUTCH OPERATING CO., INC.
ATTN: ROBERT J. ROSENBERG & ADAM J. GOLDBERG
885 THIRD AVENUE, SUITE 1000
NEW YORK, NY  10022 - 4068
Robert.Rosenberg@lw.com; Adam.Goldberg@lw.com

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTY FOR HESS CORPORATION
ATT: GABRIEL DEL VIRGINIA, ESQ.
488 MADISON AVE
NEW YORK, NY  10022
gabriel.delvirginia@verizon.net

LAW OFFICES OF ROBERT E. LUNA, P.C.
ATTY FOR CARROLLTON FARMERS BRANCH ISD & LEWISVILLE ISD
ATT: ANDREA SHEEHAN, ESQ.
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX  75205
sheehan@txschoollaw.com

LAWRENCE JAY KRAINES, ESQ.
14235 DICKENS STREET,  SUITE 4
SHERMAN OAKS, CA  91423 - 5846
larrykraines@gmail.com

LECLAIRRYAN P.C
ATTY OF HONEYWELL INTERNATIONAL INC.
ATT: MICHAEL E. HASTINGS & MICHAEL T. CONWAY, ESQS
830 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY  10022
michael.hastings@leclairryan.com ; michael.conway@leclairryan.com

LECLAIRRYAN, PC
ATTY FOR TENNECO INC.
ATT: MICHAEL E. HASTINGS & MICHAEL T. CONWAY, ESQS
830 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY  10022
michael.hastings@leclairryan.com ; michael.conway@leclairryan.com

LEONARD, STREET AND DEINARD, PA
ATTY FOR CANADIAN PACIFIC RAILWAY COMPANY
ATTN: JACOB B. SELLERS, ESQ.
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPOLIS, MN  55402
jacob.sellers@leonard.com

LEONARD, STREET AND DEINARD, PA
ATTY FOR CANADIAN PACIFIC RAILWAY COMPANY
ATTN: MATTHEW A. SWANSON, JAMES J. BERTRAND, ROBERT T. KUGLER &
JACOB
SELLERS
150 SOUTH FIFTH STREET SUITE 2300
MINNEAPOLIS, MN  55402
matthew.swanson@leonard.com

LEONARD, STREET AND DEINARD, PA
ATTY FOR QUADION CORP.
ATT: MATTHEW A. SWANSON, ESQ.
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPLOIS, MN  55402
matthew.swanson@leonard.com

LEVY RATNER P.C.
ATTY FOR UNITED STEELWORKERS
ATT: SUZANNE HEPNER, RYAN J. BARBUR & ROBERT H. STROUP
80 EIGHTH AVENUE, 8TH FLOOR
NEW YORK, NY  10011
shepner@lrbpc.com; rbarbur@lrbpc.com; rstroup@lrbpc.com

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTY FOR TARRANT COUNTY & DALLAS COUNTY
ATT: ELIZABETH WELLER, ESQ.
2323 BRYAN STREET, SUITE 1600
DALLAS, TX  75201
dallas.bankruptcy@publicans.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTY FOR CAMERON COUNTY, HARLINGEN, HARLINGEN ISD, NUECES COUNTY,
SAN
ATTN: DIANE W. SANDERS, ESQ.
2700 VIA FORTUNA DRIVE, SUITE 400
P.O. BOX 17428
AUSTIN, TX  78760
austin.bankruptcy@publicans.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
STATE OF TEXAS TAXING AUTHORITIES
ATT: JOHN P. DILLMAN, ESQ.
POST OFFICE BOX 3064
HOUSTON, TX  77253
houston_bankruptcy@publicans.com

LOWENSTEIN SANDLER PC
ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND ITS DEALERSHIPS
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE
65 LIVINGSTON AVENUE
ROSELAND, NJ  07068
metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR M-TECH ASSOCIATES
ATTN: KATHLEEN H. KLAUS, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI  48034
khk@maddinhauser.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR SOUTH TROY TECH, LLC
ATTN: MICHAEL S. LIEB, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI  48034
msl@maddinhauser.com

MATTA BLAIR, PLC
ATTY FOR CHARTER TOWNSHIP OF YPSILANTI, MICHIGAN
ATT: KELLIE M. BLAIR, ESQ.
4145 DUBLIN DRIVE, SUITE 100
BLOOMFIELD HILLS, MI  48302
kblair@mattablair.com

MATTA BLAIR, PLC
ATTY FOR CHARTER TOWNSHIP OF YPSILANTI, MICHIGAN
ATT: STEVEN A. MATTA, ESQ.
4145 DUBLIN DRIVE, SUITE 100
BLOOMFIELD HILLS, MI  48302
smatta@mattablair.com

MAZZEO SONG & BRADHAM LLP
ATTY FOR CLARCOR, INC. AND TOTAL FILTRATION SERVICES, INC.
ATTN: DAVID H. HARTHEIMER, ESQ.
708 THIRD AVENUE, 19TH FLOOR
NEW YORK, NY  10017
dhartheimer@mazzeosong.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
ATTN: KIMBERLY A. BRENNAN, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH  44115
kab@mccarthylebit.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
ATTN: ROBERT R. KRACHT, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH  44115
rrk@mccarthylebit.com

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
ATTY FOR LOCAL TEXAS TAXING AUTHORITIES
ATT: MICHAEL REED, ESQ.
P.O. BOX 1269
ROUND ROCK, TX  78680
sveselka@mvbalaw.com, hallen@mvbalaw.com, mreed@mvbalaw.com, dgoff@mvbalaw.com

MCGILL, GOTSDINER, WORKMAN & LEPP, P.C., L.L.O.
ATTY FOR NS-200 CABOT OF PA; NS-608 CAPERTON WV; NS-1500 MARQUETTE MS;
NS-2200 WILLIS MILLER WI
ATTN: JANICE M. WOOLLEY, ESQ.
11404 W. DODGE ROAD, SUITE 500
OMAHA, NE  68154 - 2584
janwoolley@mgwl.com

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
ATT: CHRISTOPHER F. GRAHAM, ESQ.
230 PARK AVENUE
NEW YORK, NY  10169
cgraham@mckennalong.com

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
ATT: JESSICA H. MAYES, ESQ.
230 PARK AVENUE, SUITE 1700
NEW YORK, NY  10169
jmayes@mckennalong.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: EDWARD LOBELLO, ALAN MARDER. JIL MAZER-MARINO, J. RANDO
CRISTIANO
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY  11530
elobello@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR PITNEY BOWES, INC, PITNEY BOWES MGT SVS, INC, PITNEY BOWES SO
ATT: EDWARD J. LOBELLO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY  10018 - 0822
elobello@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: HANAN B. KOLKO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY  10018
hkolko@msek.com

MICHAEL S. HOLMES, P.C.
ATTY FOR OAKS L-M, INC. DBA WESTPOINT
ATT: MICHAEL S. HOLMES, ESQ.
8100 WASHINGTON AVENUE, SUITE 120
HOUSTON, TX  77007
msholmes@cowgillholmes.com

MICHIGAN ENVIRONMENT, NATURAL RESOURCES AND AGRICULTURE DIVISION
ATTY FOR MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY
ATTN: CELESTE R. GILL, ASSISTANT ATTORNEY GENERAL
525 W. OTTAWA, 6TH FLOOR, G. MENNE WILLIAMS BUILDING
P.O. BOX 30755
LANSING, MI  48909
gillcr@michigan.gov

MICHIGAN FUNDS ADMINISTRATION
7201 W. SAGINAW HWY, STE 110
LANSING, MI  48917
funds@michigan.gov

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DRIVE
PO BOX 30016
LANSING, MI  48909
wcacinfo@michigan.gov

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DR.
DIMONDALE, MI  48821
wcinfo@michigan.gov

MILLER JOHNSON
ATTY FOR BURKE E. PORTER COMPANY
ATTN: THOMAS P. SARB, ESQ.
250 MONROE AVENUE, N.W., SUITE 800
PO BOX 306
GRAND RAPIDS, MI  49501 - 0306
ecfsarbt@millerjohnson.com

MILLER JOHNSON
ATTY FOR BENTELER AUTOMOTIVE CORPORATION
ATT THOMAS P. SARB, ESQ
250 MONROE AVE., STE 800
GRAND RAPIDS, MI  49501 - 0306
ecfsarbt@millerjohnson.com

MILLER JOHNSON
ATTY FOR MICO INDUSTRIES, INC.
ATTN: ROBERT D. WOLFORD, ESQ.
250 MONROE AVENUE, N.W., SUITE 800
P.O. BOX 306
GRAND RAPIDS, MI  49501 - 0306
ecfwolfordr@millerjohnson.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR COUNTY OF WAYNE, MICHIGAN
ATT: TIMOTHY A. FUSCO, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI  48226
fusco@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR LANSING BOARD OF WATER & LIGHT
ATT: DONALD J. HUTCHINSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI  48226
hutchinson@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR LANSING BOARD OF WATER & LIGHT
ATT: SUSAN I. ROBBINS, ESQ.
500 FIFTH AVENUE, SUITE 1815
ATT: SUSAN I. ROBBINS, ESQ.
NEW YORK, NY  10110
robbins@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR KONGSBERG AUTOMOTIVE, INC., KONGSBERG DRIVELINE SYSTEMS I,
KONGSBERG INTERIOR SYS, KONGSBERG POWER PRODUCT SYS, KONGSBERG
HOLDING
ATTN: MARC N. SWANSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI  48226
swansonm@millercanfield.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
ATTY FOR HITACHI, LTD., HITACHI AUTOMOTIVE PRODUCTS (USA), INC.,
TOKICO (USA), INC. AND HITACHI CABLE INDIANA, INC.
ATT: PAUL J. RICOTTA, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA  02111
pricotta@mintz.com

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATT: STEVEN A. GINTHER, ESQ.
P.O. BOX 475
JEFFERSON CITY, MO  65105 - 0475
sdnyecf@dor.mo.gov

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ATTY FOR STEVEN KAZAN, ESQ.
ATTN: NATALIE RAMSEY & JOSEPH O'NEIL, JR.
123 SOUTH BROAD STREET
PHILADELPHIA, PA  19109 - 1099
nramsey@mmwr.com; joneil@mmwr.com

MOORE & VAN ALLEN PLLC
ATTY FOR HAGEMEYER N.A.
ATT: CYNTHIA JORDAN LOWERY, ESQ.
40 CALHOUN STREET, SUITE 300
POST OFFICE BOX 22828
CHARLESTON, SC  29413 - 2828
cynthialowery@mvalaw.com

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  ANDREW D GOTTFRIED, ESQ.
101 PARK AVENUE
NEW YORK, NY  10178
AGOTTFRIED@MORGANLEWIS.COM

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR FMR CORP.
ATTN: HOWARD S. BELTZER & EMMELINE S. LIU, ESQS
101 PARK AVENUE
NEW YORK, NY  10178
hbeltzer@morganlewis.com; eliu@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR ARAMARK HOLDINGS CORPORATION
ATTN: MICHAEL A. BLOOM & RACHEL JAFFE MAUCERI, ESQS
1701 MARKET STREET
PHILADELPHIA, PA  19103 - 2921
rmauceri@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  RICHARD S. TODER, ESQ.
101 PARK AVENUE
NEW YORK, NY  10178
RTODER@MORGANLEWIS.COM

MORRISON COHEN LLP
ATTY FOR BLUE CROSS BLUE SHIELD OF MICHIGAN
ATT: JOSEPH T. MOLDOVAN & MICHAEL R. DAL LAGO, ESQS
909 THIRD AVENUE
NEW YORK, NY  10022
bankruptcy@morrisoncohen.com

MOTLEY RICE LLC
ATTY FOR ASBESTOS TORT CLAIMANTS
ATT: JEANETTE M. GILBERT, JOSEPH F. RICE, JOHN A. BADEN IV, ESQS
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC  29464
jgilbert@motleyrice.com; jrice@motleyrice.com; jbaden@motleyrice.com

MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, P.C.
ATTY FOR BRANDENBURG INDUSTRIAL SERVICE CO.
ATT: COLLEEN E. MCMANUS, ESQ.
191 NORTH WACKER DRIVE, SUITE 1800
CHICAGO, IL  60606
CMcManus@muchshelist.com

MUNSCH HARDT KOPF & HARR, P.C.
ATTY FOR COMPUTER SCIENCES CORPORATION
ATT: RAYMOND J. URBANIK, ESQ.
3800 LINCOLN PLAZA
500 N. AKARD STREET
DALLAS, TX  75201 - 6659
rurbanik@munsch.com

MYERS & FULLER, P.A.
ATTY FOR GREATER NEW YORK AUTOMOBILE DEALERS ASSOCIATION
ATT: RICHARD SOX, ESQ.
2822 REMINGTON GREEN CIRCLE
TALLAHASSEE, FL  32308
rsox@dealerlawyer.com

N.W. BERNSTEIN & ASSOCIATES, LLC
ATTY FOR ENVIRONMENTAL CONSERVATION AND CHEMICAL CORP SITE TRUST
FUND
ATT: NORMAN W. BERNSTEIN, ESQ.
800 WESTCHESTER AVENUE, SUITE 319 NORTH
RYE BROOK, NY  10573
nwbernstein@nwbllc.com

NAHINS & GOIDEL, P.C.
ATT: BORAH GOLDSTEIN ALTSCHULER & JEFFREY CHANCAS
377 BROADWAY
NEW YORK, NY  10013
dbrody@borahgoldstein.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: GEORGE CAUTHEN, LINDA BARR, CAMERON CURRIE, ESQS
1320 MAIN STREET, 17TH FLOOR
POST OFFICE BOX 11070
COLUMBIA, SC  29201
george.cauthen@nelsonmullins.com; linda.barr@nelsonmullins.com;
cameron.currie@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: PETER J. HALEY, ESQ.
ONE BOSTON PLACE
BOSTON, MA  02108
peter.haley@nelsonmullins.com

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
ATT: MAUREEN F. LEARY, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY  12224
Maureen.Leary@oag.state.ny.us

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
ATT: SUSAN L. TAYLOR, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY  12224
Susan.Taylor@oag.state.ny.us

OFFICE OF ATTORNEY GENERAL FOR PENNSYLVANIA
ATTY FOR COMMONWEALTH OF PA., DEPT OF REVENUE, BUREAU OF ACCTS
SETTLEM
ATT: CAROL E. MOMJIAN, SENIOR DEPUTY ATTY GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA  19107 - 3603
cmomjian@attorneygeneral.gov

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
120 BROADWAY
NEW YORK, NY  10271
Info@AndrewCuomo.com

OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY  10004
ustrustee.program@usdoj.gov

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: ROGER FRANKEL, ESQ
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC  20005
RFRANKEL@ORRICK.COM

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTY FOR UNOFFICIAL GM DEALERS COMMITTEE
ATT: LORRAINE MCGOWEN, ALYSSA ENGLUND, COURTNEY ROGERS
666 FIFTH AVENUE
NEW YORK, NY  10103
lmcgowen@orrick.com; aenglund@orrick.com; crogers@orrick.com

ORUM & ROTH, LLC
ATTY FOR NICOR GAS
ATTN: MARK D. ROTH, ESQ.
53 WEST JACKSON BOULEVARD
CHICAGO, IL  60604
email@orumroth.com

OTTERBOURG STEINDLER HOUSTON & ROSEN PC
ATTN: DANIEL WALLEN, ESQ, JONATHAN N. HELFAT, ESQ.
230 PARK AVENUE
NEW YORK, NY  10169
DWALLEN@OSHR.COM, JHELFAT@OSHR.COM, SSOLL@OSHR.COM

PARKER POE ADAMS & BERNSTEIN LLP
ATTY FOR SONIC AUTOMOTIVE, INC.
ATTN: KIAH T. FORD IV, ESQ.
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC  28202
chipford@parkerpoe.com

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019
AROSENBERG@PAULWEISS.COM

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR ENTERPRISE RENT-A-CAR COMPANY
ATT: ALAN W. KORNBERG & JONATHAN T. KOEVARY, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019 - 6064
akornberg@paulweiss.com; jkoevary@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR INFORMAL GROUP OF HOLDERS OF GM UNSECURED NOTES
ATT: ANDREW ROSENBERG, BRIAN HERMANN, MARGARET PHILLIPS, M. SCHECK
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019 - 6064
arosenberg@paulweiss.com; bhermann@paulweiss.com; mphillips@paulweiss.com;
mscheck@paulweiss.com

OFFICE OF THE OHIO ATTORNEY GENERAL
ATTY FOR STATE OF OHIO
ATT: LUCAS WARD, ESQ.
150 EAST GAY STREET, 21ST FLOOR
COLUMBUS, OH  43215
lucas.ward@ohioattorneygeneral.gov

OHIO ATTORNEY GENERAL
ATTY FOR OHIO ENVIRONMENTAL PROTECTION AGENCY ("OEPA")
ATT: MICHELLE T. SUTTER, PRINCIPAL ASST. ATTORNEY GENERAL
ENVIRONMENTAL ENFORCEMENT SECTION
30 E. BROAD STREET, 25TH FLOOR
COLUMBUS, OH  43215
Michelle.sutter@ohioattorneygeneral.gov

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: RICHARD H WYRON, ESQ.
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC  20005
RWYRON@ORRICK.COM

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTY FOR HELLA KGAA HUECK; HELLA CORPORATE CENTER USA; BEHR-HELLA
ATTN: JOHN ANSBRO & COURTNEY M. ROGERS
666 FIFTH AVENUE
NEW YORK, NY  10103
jansbro@orrick.com; crogers@orrick.com

OSLER, HOSKIN & HARCOURT LLP
ATTN: TRACY C SANDLER, ESQ.
100 KING STREET WEST
1 FIRST CANADIAN PLACE, SUITE 6100
TORONTO, ONTARIO M5X 1B8
tsandler@osler.com

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTY FOR GMAC LLC AND ITS AFFILIATES
ATT: DANIEL WALLEN, MELANIE L. CYGANOWSKI, JONATHAN N. HELFAT &
STEVEN B. SOLL, ESQS.
230 PARK AVENUE
NEW YORK, NY  10169
OSHR-GM-bk@oshr.com

PATTON BOGGS LLP
ATTY FOR UNOFFICIAL COMMITTEE OF FAMILY & DISSIDENT GM BONDHOLDERS
ATTN: MICHAEL RICHMAN, MARK SALZBERG MELISSA IACHAN
1185 AVENUE OF THE AMERICAS, 30TH FLOOR
NEW YORK, NY  10036
mrichman@pattonboggs.com; msalzberg@pattonboggs.com; miachan@pattonboggs.com

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTY FOR ROLLS-ROYCE
ATT: HARVEY A. STRICKON, ESQ.
75 EAST 55TH STREET
NEW YORK, NY  10022 - 3205
harveystrickon@paulhastings.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR DANA HOLDING CORPORATION
ATT: ALAN W. KORNBERG, REBECCA ZUBATY & IAN POHL, ESQS.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019 - 6064
akornberg@paulweiss.com; rzubaty@paulweiss.com; ipohl@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR RYDER INTEGRATED LOGISTICS, INC.
ATTN: STEPHEN J. SHIMSHAK & PHILIP A. WEINTRAUB
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019 - 6064
sshimshak@paulweiss.com; pweintraub@paulweiss.com

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
ATTN: ISRAEL GOLDOWITZ, KAREN MORRIS, JOHN MENKE,
RALPH L LANDY, MICHAEL A. MARICCO, ESQS.
1200 K STREET NW
WASHINGTON, DC  20005 - 4026
maricco.michael@pbgc.gov

PENSKE LOGISTICS
MR. TERRY MILLER, CEO
PO BOX 563
READING, PA  19603
TERRY.MILLER@PENSKE.COM

PEPPER HAMILTON LLP
ATTY FOR SKF USA INC.
ATT: HENRY J. JAFFE & JAMES C. CARIGNAN
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE  19899 - 1709
jaffeh@pepperlaw.com; carignanj@pepperlaw.com

PEPPER HAMILTON LLP
ATTY FOR BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
ATT: EDWARD C. TOOLE & LINDA J. CASEY
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA  19103 - 2799
toolee@pepperlaw.com; caseyl@pepperlaw.com

PEPPER-HAMILTON LLP
ATTY FOR OSRAM SYLVANIA PRODUCTS, INC.
ATT: DENNIS S. KAYES & DEBORAH KOVSKY-APAP
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI  48243 - 1157
kayesd@pepperlaw.com; kovskyd@pepperlaw.com

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTY FOR ARLINGTON ISD
ATT: ELIZABETH BANDA
P.O. BOX 13430
ARLINGTON, TX  76094 - 0430
ebanda@pbfcm.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTY FOR LMC PHASE II, L.L.C.
ATTN: RICHARD L. EPLING, KAREN B. DINE, ERICA E. CARRIG
1540 BROADWAY
NEW YORK, NY  10036 - 4039
richard.epling@pillsburylaw.com; karen.dine@pillsburylaw.com;
erica.carrig@pillsburylaw.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTY FOR FINANCIAL ENGINES ADVISORS L.L.C.
ATT: RICHARD L. EPLING & ERICA E. CARRIG
1540 BROADWAY
NEW YORK, NY  10036
richard.epling@pillsbuylaw.com ; erica.carrig@pillsburylaw.com

PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP
ATTY FOR CANON FINANCIAL SERVICES, INC.
ATT: TERESA SADUTTO-CARLEY, ESQ.
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY  10018
tsadutto@platzerlaw.com

PLUNKETT COONEY
ATTY FOR DENSO INTERNATIONAL  AMERICA & DENSO SALES CALIFORNIA
ATT: DOUGLAS C. BERNSTEIN & MICHAEL A. FLEMING
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI  48304
DBernstein@plunkettcooney.com; MFleming@plunkettcooney.com

PLUNKETT COONEY
ATTY FOR G-TECH PROFESSIONAL STAFFING, INC.
ATT: DAVID A. LERNER, ESQ.
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI  48304
dlerner@plunkettcooney.com

PORZIO BROMBERG & NEWMAN P.C.
ATTY FOR RAUFOSS AUTOMOTIVE COMPONENTS CANADA
ATT: JOHN MAIRO & ROBERT SCHECHTER
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ  07962
jsmairo@pbnlaw.com; rmschechter@pbnlaw.com

POTTER ANDERSON & CORROON LLP
ATTY FOR NORFOLK SOUTHERN CORPORATION & NORFOLK SOUTHERN
RAILWAY
ATT: DAVID BALDWIN, THERESA BROWN-EDWARDS, R. STEPHEN MCNEILL, ESQS.
HERCULES PLAZA, 6TH FLOOR
1313 NORTH MARKET STREET P.O. BOX 951
WILMINGTON, DE  19801
dbaldwin@potteranderson.com; tbrown-edwards@potteranderson.com;
rmcneill@potteranderson.com

PPG INDUSTRIES INC.
MR. CHARLES E. BUNCH, CEO
ONE PPG PLACE
PITTSBURGH, PA  15272
BUNCH@PPG.COM

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.
ATTY FOR INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE
WORKERS
ATT: FREDERICK PERILLO
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI  53212
fp@previant.com

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.
ATTY FOR INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE
WORKERS
ATT: SARA J. GEENEN, ESQ.
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI  53212
sjg@previant.com

PROSKAUER ROSE LLP
ATTY FOR STATE STREET BANK AND TRUST CO
ATT: SCOTT K. RUTSKY & ADAM T. BERKOWITZ
1585 BROADWAY
NEW YORK, NY  10036 - 8299
srutsky@proskauer.com; aberkowitz@proskauer.com

RABINOWITZ, LUBETKIN & TULLY, L.L.C.
ATTY FOR THE RABINOWITZ FAMILY, LLC
ATTN: JONATHAN I. RABINOWITZ, ESQ.
293 EISENHOWER PARKWAY, SUITE 100
LIVINGSTON, NJ  07039
jrabinowitz@rltlawfirm.com

RADHA R. M NARUMANCHI
657 MIDDLETON AVENUE
NEW HAVEN, CT  06513
rrm_narumanchi@hotmail.com

RANDSTAD
MS.LINDA GALIPEAU, PRESIDENT - NORTH AMERICA
2015 SOUTH PARK PLACE
ATLANTA, GA  30339
LINDA.GALIPEAU@US.RANDSTAD.COM

RAYTHEON PROFESSIONAL SERVICES LLC
12160 SUNRISE VALLEY DRIVE
RESTON, VA  20191
Lee_Cooper@raytheon.com

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
ATT ERIC A. SCHAFFER, ESQ.
435 SIXTH AVE.
PITTSBURGH, PA  15219
eschaffer@reedsmith.com

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
ATT: KURT F. GWYNNE, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE  19801
kgwynne@reedsmith.com

REID AND REIGE, P.C.
ATTY FOR BARNES GROUP INC.
ATT: CAROL A. FELICETTA, ESQ.
195 CHURCH STREET
NEW HAVEN, CT  06510
cfelicetta@reidandriege.com

RHOADES MCKEE
ATTY FOR BAY LOGISTICS, INC.
ATTN: TERRY L. ZABEL, ESQ.
161 OTTAWA AVENUE, NW, SUITE 600
GRAND RAPIDS, MI  49503
tlzabel@rhoadesmckee.com

RICHARD M. ALLEN, ESQ
223 EGREMONT PLAIN RD, PMB 108
NORTH EGREMONT, MA  01252
rmallenski@aol.com

RICHARD W. MARTINEZ, APLC
ATTY FOR W A THOMAS CO. AND SPECIALTY ENGINE COMPONENTS, LLC
ATT: RICHARD W. MARTINEZ, ESQ.
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS, LA  70130
richardnotice@rwmaplc.com

RICHARDS KIBBE & ORBE LLP
ATTY FOR AVERITT EXPRESS INC.
ATT: MICHAEL FRIEDMAN & KEITH SAMBUR
ONE WORLD FINANCIAL CENTER
NEW YORK, NY  10281
mfriedman@rkollp.com; ksambur@rkollp.com

RIDDELL WILLIAMS P.S.
ATTY FOR MICROSOFT CORP AND MICROSOFT LICENSING G.P.
ATT: JOSEPH E. SHICKICH, ESQ.
1001 - 4TH AVENUE, SUITE 4500
SEATTLE, WA  98154
jshickich@riddellwilliams.com

RK CHEVROLET/RK AUTO GROUP
2661 VIRGINIA BEACH BOULEVARD
VIRGINIA BEACH, VA  23451
rkcsi@rkautogroup.net

ROBERT BOSCH LLC
ATTN: JUDITH LOWITZ ADLER, ESQ.
ASSISTANT GENERAL COUNSEL
38000 HILLS TECH DRIVE
FARMINGTON HILLS, MI  48331
judith.adler@us.bosch.com

ROBERT T. SMITH, ESQ.
ATTY FOR CNI ENTERPRISES, INC
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS, MI  48071
rsmith@cniinc.cc

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
ATTY FOR SATURN OF HEMPSTEAD, INC.
ATT: RUSSELL P. MCRORY, ESQ.
1345 AVENUE OF THE AMERICAS
NEW YORK, NY  10105
rpm@robinsonbrog.com

ROBINSON WATERS & O'DORISIO, P.C.
ATTY FOR ENVIRONMENTAL TESTING CORPORATION
ATT: ANTHONY L. LEFFERT, ESQ.
1099 18TH STREET, SUITE 2600
DENVER, CO  80202
aleffert@rwolaw.com

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTY FOR MOODY'S INVESTORS SERVICE
ATT: CHRISTOPHER BELMONTE & PAMELA BOSSWICK, ESQS
230 PARK AVENUE
NEW YORK, NY  10169
cbelmonte@ssbb.com; pbosswick@ssbb.com

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: ADAM H. ISENBERG, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA  19102
aisenberg@saul.com

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: JEFFREY C. HAMPTON, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA  19102
jhampton@saul.com

SAUL EWING LLP
ATTY FOR JOHNSON MATTHEY TESTING AND DEVELOPMENT; JOHNSON MATTHEY INC
ATTN: TERESA K.D. CURRIER, ESQ.
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE  19899
tcurrier@saul.com

SCHAFER AND WEINER, PLLC
ATTY FOR HIROTEC AMERICA
ATT: RYAN D. HEILMAN, ESQ.
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS, MI  48304
rheilman@schaferandweiner.com; glee@schaferandweiner.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
ATT: BARRY E. BRESSLER, ESQ.
1600 MARKET STREET, SUITE 3600
PHILADELPHIA, PA  19103 - 7286
bbressler@schnader.com; aadams@schnader.com; tlewis@schnader.com;
rbarkasy@schnader.com; mbarrie@schnader.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
ATT: BENJAMIN P. DEUTSCH, ESQ.
140 BROADWAY, SUITE 3100
NEW YORK, NY  10005 - 1101
bdeutsch@schnader.com

SCHULTE ROTH & ZABEL LLP
ATTY FOR PARNASSUS HOLDINGS II, LLC; PLATINUM EQUITY CAPITAL
PARTNERS II, LP
ATTN: DAVID J. KARP AND ADAM HARRIS, ESQS.
919 THIRD AVENUE
NEW YORK, NY  10022
david.karp@srz.com

SCHWARTZ, LICHTENBERG LLP
ATTY FOR ALBAR INDUSTRIES, INC.
ATTN: BARRY E. LICHTENBERG, ESQ.
420 LEXINGTON AVENUE, SUITE 2400
NEW YORK, NY  10170
barryster@att.net

SCHWARTZ, LICHTENBERG LLP
ATTY FOR FERROUS PROCESSING AND TRADING COMPANY
ATT: BARRY E. LICHTENBERG, ESQ
420 LEXINGTON AVENUE, SUITE 2400
NEW YORK, NY  10170
barryster@att.net

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY  10281
mschonfeld@gibsondunn.com

SEYBURN, KAHN, GINN, BESS & SERLIN P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: DAVID T. LIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI  48075 - 1195
dlin@seyburn.com

SEYBURN, KAHN, GINN, BESS & SERLIN, P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: LESLIE STEIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI  48075 - 1195
lstein@seyburn.com

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
ATTY FOR ATC LOGISTICS & ELECTRONICS, INC.
ATT: BRIAN L. SHAW, ESQ.
321 N. CLARK STREET, SUITE 800
CHICAGO, IL  60654
bshaw100@shawgussis.com

SHEARMAN & STERLING LLP
ATTY FOR AMERICAN AXLE MANUFACTURING HOLDINGS, INC. AND ITS
AFFILIATES
ATTN: FREDRIC SOSNICK & JILL FRIZZLEY, ESQS
599 LEXINGTON AVENUE
NEW YORK, NY  10022
fsosnick@shearman.com; jfrizzley@shearman.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTY FOR SYNOPSYS, INC.
ATT: EDWARD TILLINGHAST, MALANI CADEMARTORI, BLANKA WOLFE
30 ROCFEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY  10112
etillinghast@sheppardmullin.com; mcademartori@sheppardmullin.com;
bwolfe@sheppardmullin.com

SHIVELY BROTHERS
SCOTT SHIVELY, CEO
2919 S.GRAND TRAVERSE ST
FLINT, MI  48507
SCOTTS@SHIVELYBROS.COM

SIDLEY AUSTIN LLP
ATTY FOR THE LENDER GROUP
ATTN: KENNETH P. KANSA, ESQ.
ONE SOUTH DEARBORN
CHICAGO, IL  60603
kkansa@sidley.com

SILVERMAN & MORRIS, P.L.L.C.
ATTY FOR CASSENS TRANSPORT COMPANY
ATTN: GEOFFREY L. SILVERMAN & KARIN F. AVERY, ESQS
7115 ORCHARD LAKE ROAD, SUITE 500
WEST BLOOMFIELD, MI  48322
avery@silvermanmorris.com

SILVERMANACAMPORA LLP
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
ATT: ADAM L. ROSEN, ESQ.
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY  11753
ARosen@SilvermanAcampora.com

SIMPSON THACHER & BARTLETT LLP
ATTN: DAVID J. MACK, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY  10017
DMACK@STBLAW.COM

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY  10017
PPANTALEO@STBLAW.COM

SINGER & LEVICK P.C.
ATTY FOR AFFILIATED COMPUTER SERVICES, INC.
ATT: LARRY A. LEVICK, ESQ.
16200 ADDISON ROAD, SUITE 140
ADDISON, TX  75001
levick@singerlevick.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTY FOR DELPHI CORPORATION
ATTN: JOHN WM. BUTLER, JR., ESQ.
ATTN:  RON W MEISLER, ESQ.
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL  60606 - 1720
jack.butler@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTY FOR DELPHI CORPORATION
ATT: KAYALYN A. MARAFIOTI & GREGORY W. FOX, ESQ.
FOUR TIMES SQUARE
NEW YORK, NY  10036
kayalyn.marafioti@skadden.com; gregory.fox@skadden.com

SQUIRE, SANDERS & DEMPSEY, L.L.P.
ATTY FOR TRW AUTOMOTIVE U.S. LLC ; TRW INTEGRATED CHASSIS SYSTEMS
LLC
ATTN: G. CHRISTOPHER MEYER, ESQ.
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH  44114 - 1304
cmeyer@ssd.com

STAHL COWEN CROWLEY ADDIS LLC
ATTY FOR GM NAT'L RETIREE ASS., OVER THE HILL CAR PEOPLE, LLC
ATT: TRENT P. CORNELL, ESQ.
55 WEST MONROE STREET, SUITE 1200
CHICAGO, IL  60603
tcornell@stahlcowen.com

STARK REAGAN
ATTY FOR SATTERLUND SUPPLY COMPANY
ATTN: J. CHRISTOPHER CALDWELL, ESQ.
1111 W. LONG LAKE ROAD, SUITE 202
TROY, MI  48098
ccaldwell@starkreagan.com

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: WILLIAM PAYNE, J. STEMBER, E. DOYLE, S. PINCUS, P. EWING, J. HURT
429 FORBES AVENUE
ALLEGHENY BUILDING STE 1705
PITTSBURGH, PA  15219
wpayne@stemberfeinstein.com

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
ELLEN M DOYLE, ESQ. & JOEL HURT, ESQ. & PAMINA EWING, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA  15219
EDOYLE@STEMBERFEINSTEIN.COM

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
STEPHEN M. PINCUS, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA  15219
EFEINSTEIN@STEMBERFEINSTEIN.COM

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
JOHN STEMBER, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA  15219
JSTEMBER@STEMBERFEINSTEIN.COM

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
ATTN: CHARLES D. BULLOCK, ESQ.
29200 SOUTHFIELD ROAD, SUITE 210
SOUTHFIELD, MI  48076
cbullock@sbplclaw.com

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
ATTN: SONYA N. GOLL, ESQ.
29200 SOUTHFIELD ROAD, SUITE 210
SOUTHFIELD, MI  48076
sgoll@sbplclaw.com

STITES & HARBISON PLLC
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
ATT: ROBERT C. GOODRICH & MADISON L. MARTIN
424 CHURCH STREET, SUITE 1800
NASHVILLE, TN  37219
nashvillebankruptcyfilings@stites.com

STITES & HARBISON, PLLC
ATTY FOR AKEBONO CORP.
ATT: BRIAN H. MELDRUM, ESQ.
400 W. MARKET STREET, SUITE 1600
LOUISVILLE, KY  40202
bmeldrum@stites.com

STREUSAND & LANDON, LLP
ATTY FOR DELL MARKETING, L.P. AND DELL FINANCIAL SERVICES LLC
ATT: SABRINA L. STREUSAND, ESQ.
515 CONGRESS STREET, STE 2523
AUSTIN, TX  78701
streusand@streusandlandon.com

STROBL & SHARP, P.C.
ATTY FOR PIONEER STEEL CORPORATION
ATTN: LYNN M. BRIMER & MEREDITH M. MCKINZIE
300 E. LONG LAKE ROAD, SUITE 200
BLOOMFIELD HILLS, MI  48304
lbrimer@stroblpc.com

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA P.C.
ATTY FOR AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
ATT: SANDER  ESSERMAN, PETER  D'APICE, JO HARTWICK, JACOB NEWTON
2323 BRYAN STREET, SUITE 220
DALLAS, TX  75201
esserman@sbep-law.com; hartwick@sbep-law.com; d'apice@sbep-law.com; newton@sbep-law.com

SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTN: DAVID J. SELWOCKI, ESQ.
1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
P.O. BOX 222
SOUTHFIELD, MI  48037 - 0222
dselwocki@swappc.com

TENNESSEE ATTORNEY GENERAL'S OFFICE
ATTY FOR TENNESSEE DEPARTMENT OF REVENUE
ATT: ROBERT COOPER & MARVIN CLEMENTS
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN  37202 - 0207
marvin.clements@ag.tn.gov

THE DOW CHEMICAL COMPANY
ATTN: LEE H. SJOBERG, ESQ.
2030 DOW CENTER
MIDLAND, MI  48674
lhsjoberg@dow.com

THE GARDEN CITY GROUP INC
ATTN: KEN FREDA
105 MAXESS ROAD
MELVILLE, NY  11747
KENNETH_FREDA@GARDENCITYGROUP.COM

THE TEXAS ATTORNEY GENERAL'S  OFFICE
ATTY FOR TEXAS DEPT OF TRANSPORTATION, MOTOR VEHICLE DIV.
ATTN: J. CASEY ROY, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548, MC-008
AUSTIN, TX  78711 - 2548
casey.roy@oag.state.tx.us

THE UNIVERSITY OF MICHIGAN OFFICE OF THE V P AND GENERAL COUNSEL
ATTY FOR THE BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN
ATT: DEBRA A. KOWICH, ESQ.
503 THOMPSON STREET, ROOM 5048
ANN ARBOR, MI  48109 - 1340
dkowich@umich.edu

THOMPSON COBURN LLP
ATTY FOR MARITZ HOLDINGS, INC. FKA MARITZ INC.
ATTN: ROBERT H. BROWNLEE, ESQ.
ONE U.S. BANK PLAZA, SUITE 2600
ST. LOUIS, MO  63101
rbrownlee@thompsoncoburn.com

TORYS LLP
ATTY FOR HYDROGENICS CORPORATION; AND JOSEPH CARGNELLI
ATT: ALISON D. BAUER & TIMOTHY B. MARTIN, ESQS
237 PARK AVENUE
NEW YORK, NY  10017
abauer@torys.com; tmartin@torys.com

TRENK DIPASQUALE WEBSTER DELLA FERA & SODONA, P.C.
ATTY FOR SIKA CORPORATION
ATT: SAM DELLA FERA, JR., ESQ.
347 MT. PLEASANT AVENUE, SUITE 300
WEST ORANGE, NJ  07052
sdellafera@trenklawfirm.com

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: BRETT D. GOODMAN, ESQ., THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY  10174
BRETT.GOODMAN@TROUTMANSANDERS.COM

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: JEFFREY W. KELLEY, ESQ.
600 PEACHTREE STREET, NE SUITE 5200
ATLANTA, GA  30308
jeffrey.kelley@troutmansanders.com

U.S. TREASURY
ATTN: MATTHEW FELDMAN, ESQ.
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON, DC  20220
MATTHEW.FELDMAN@DO.TREAS.GOV

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE, ESQ.
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE  68179
mkilgore@up.com

UNITED STATES ATTORNEY
FOR THE SOUTHERN DISTRICT OF NEW YORK
ATTN: MATTHEW L SCHWARTZ AND DAVID S. JONES, ESQS.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY  10007
david.jones6@usdoj.gov; jeffrey.oestericher@usdoj.gov; matthew.schwartz@usdoj.gov;
joseph.cordaro@usdoj.gov

UNITED STATES DEPT. OF JUSTICE
ATTN: ANTI-TRUST DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20530
antitrust.atr@usdoj.gov

UNITED STATES DEPT. OF JUSTICE
ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20530
askDOJ@usdoj.gov

UNITED STEELWORKERS
ATT: DAVID R. JURY, ESQ.
FIVE GATEWAY CENTER, SUITE 807
PITTSBURGH, PA  15222
djury@usw.org

VALEO
MR. JACQUES ASCHENBROICH, CEO
43 RUE BAYEN
PARIS, FRANCE 75848
CHRISTINE.OSSIKIAN@VALEO.COM

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY  10019
MJEDELMAN@VEDDERPRICE.COM

VEDDER PRICE
MICHAEL SCHEIN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY  10019
MSCHEIN@VEDDERPRICE.COM

VEDDER PRICE P.C.
ATTY FOR EXPORT DEVELOPMENT CANADA
ATT: MICHAEL EDELMAN, MICHAEL SCHEIN, ERIN ZAVALKOFF-BABEJ
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY  10019
MJEdelman@vedderprice.com; MSchein@vedderprice.com; Ezavalkoff-
babej@vedderprice.com

VENABLE LLP
ATTY FOR RK CHEVROLET/RK AUTO GROUP
ATTN: LAWRENCE A. KATZ, ESQ.
8010 TOWERS CRESCENT DRIVE, SUITE 300
VIENNA, VA  22182 - 2707
lakatz@venable.com

VINSON & ELKINS L.L.P.
ATTY FOR AM GENERAL LLC; AND GENERAL ENGINE PRODUCTS LLC
ATT: RONALD L. ORAN, ESQ.
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY  10103 - 0040
roran@velaw.com

VOITH AG
HARRY NEIMAN, CEO
9395 KENWOOD RD SUITE 200
CINCINNATI, OH  45242
HARRY.NIEMAN@VOITH.COM

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTY FOR TURNER BROADCASTING SYSTEM, INC.
ATTN: TIFFANY STRELOW COBB, ESQ.
52 EAST GAY STREET
COLUMBUS, OH  43215
tscobb@vorys.com

WARNER NORCROSS & JUDD LLP
ATTY FOR ROBERT BOSCH GMBH
ATT: GORDON J. TOERING, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI  49503
gtoering@wnj.com

WARNER NORCROSS & JUDD LLP
ATTY FOR BORGWARNER, INC.
ATT: MICHAEL G. CRUSE, ESQ.
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI  48075 - 1318
mcruse@wnj.com

WARNER NORCROSS & JUDD LLP
ATTY FOR GHSP, INC.
ATTN: STEPHEN B. GROW, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI  49503
sgrow@wnj.com

WARREN, DRUGAN & BARROWS, P.C.
ATTY FOR CHARLES CLARK CHEVY, TIPOTEX CHEVY, KNAPP CHEVY
ATT: ROBERT L. BARROW, ESQ.
800 BROADWAY
SAN ANTONIO, TX  78215
rbarrows@wdblaw.com; rbarrows800@gmail.com

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.
767 FIFTH AVE
NEW YORK, NY  10153
HARVEY.MILLER@WEIL.COM

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVE
NEW YORK, NY  10153
JOSEPH.SMOLINSKY@WEIL.COM

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
767 FIFTH AVE
NEW YORK, NY  10153
STEPHEN.KAROTKIN@WEIL.COM

WHITE AND WILLIAMS LLP
ATTY FOR CISCO SYSTEMS, INC.
ATTN: KAREL S. KARPE, ESQ.
ONE PENN PLAZA, SUITE 4110
NEW YORK, NY  10119
karpek@whiteandwilliams.com

WILDMAN, HARROLD, ALLEN & DIXON
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
ATT: MICHAEL DOCKTERMAN, JONATHAN YOUNG, RENE FRIEDMAN
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606 - 1229
Dockterman@wildman.com; Young@wildman.com; Friedman@wildman.com

WILLIAM T. GREEN, III, P.C.
ATTY FOR LAWRENCE MARSHALL CHEVROLET II, LLC
ATT: WILLIAM T. GREEN III, ESQ.
11 GREENWAY PLAZA, SUITE 2820
HOUSTON, TX  77046
uncbill@msn.com

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
ATT: DENNIS L. JENKINS, ESQ.
60 STATE STREET
BOSTON, MA  02109
dennis.jenkins@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
ATT: PHILIP D. ANKER & MELANIE J. DRITZ, ESQS
399 PARK AVENUE
NEW YORK, NY  10022
philip.anker@wilmerhale.com; melanie.dritz@wilmerhale.com

WINSTON & STRAWN LLP
ATTY FOR INTERNATIONAL AUTOMOTIVE COMPONENT GROUP NORTH AMERICA
INC
ATTN: CAREY D. SCHREIBER, ESQ.
200 PARK AVENUE
NEW YORK, NY  10166 - 4193
cschreiber@winston.com

WINSTON & STRAWN LLP
ATTY FOR LGE ELECTRONICS USA, INC.
ATTN: DAVID J. RICHARDSON, ESQ.
333 SOUTH GRAND AVENUE, 38TH FLOOR
LOS ANGELES, CA  90071
djrichardson@winston.com

WINSTON & STRAWN LLP
ATTY FOR ASPEN MARKETING SERVICES, INC.
ATTN: MATTHEW J. BOTICA & MINDY D. COHN & CAREY D. SCHREIBER
35 WEST WACKER DRIVE
CHICAGO, IL  60601
mbotica@winston.com; mcohn@winston.com

WINSTON & STRAWN LLP
ATTY FOR CAPGEMINI AMERICA, INC.
ATTN: STEVEN M. SCHWARTZ
200 PARK AVENUE
NEW YORK, NY  10166
sschwartz@winston.com

ZEICHNER ELLMAN & KRAUSE LLP
ATTY FOR TOYOTA TSUSHO CANADA INC & TOYOTA TSUSHO AMERICA, INC
ATT: STUART A. KRAUSE & BRYAN D. LEINBACH, ESQS
575 LEXINGTON AVENUE
NEW YORK, NY  10022
skrause@zeklaw.com; bleinbach@zeklaw.com

# Exhibit B

BOB HASTINGS BUICK GMC, INC.
ATT: DAVID P. STOETZEL
800 PANORAMA TRAIL SOUTH
ROCHESTER, NY 14625
(585) 586-3492

CHARLES CLARK CHEVROLET CO.
P.O. BOX 520
MCALLEN, TX 78505 - 0520
(956) 686-1623

DANIEL W. SHERRICK, GENERAL COUNSEL
8000 EAST JEFFERSON AVE
DETROIT, MI 48214
(313) 823-6016

DEPARTMENT OF THE TREASURY
ATTN: OFFICE OF GENERAL COUNSEL
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20220
(202) 622-6415

EATON CORPORATION
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114
(216) 523-4787

FACTORY MOTOR PARTS COMPANY
1380 CORPORATE CENTER CURVE
EAGAN, MN 55121
(651) 454-4999

FOLEY & LARDNER LLP
ATTY FOR TEXTRON INC.
ATTN: SCOTT T. SEABOLT, ESQ.
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
(313) 234-2800

FOLEY & LARDNER LLP
ATTY FOR GETRAG TRANSMISSION CORPORATION
ATTN: FRANK DICASTRI, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202
(414) 297-4900

GHSP, INC.
ATTN: RON WALLISH
1250 SOUTH BEECHTREE STREET
GRAND HAVEN, MI 49417
(616) 842-7230

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS LLC AND BP/CGCENTER I LLC
ATT: DOUGLAS B. ROSNER, ESQ.
400 ATLANTIC AVENUE
BOSTON, MA 02110 - 3333
(617) 574-4112

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS AND BP/CGCENTER I LLC
ATT: GREGORY O. KADEN, ESQ.
400 ATLANTIC AVENUE
BOSTON, MA 02110 - 3333
(617) 574-4112

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
290 BROADWAY
NEW YORK, NY 10007
(212) 436-1931

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
P.O. BOX 21126
PHILADELPHIA, PA 19114
(215) 516-2555

JIM BARNARD CHEVROLET, INC.
ATT: ALLYN BARNARD, PRESIDENT
7107 BUFFALO ROAD
CHURCHVILLE, NY 14428
(585) 293-1884

KELLEY & FERRARO, L.L.P.
ATTY FOR ASBESTOS TORT CLAIMANTS
ATT: THOMAS M. WILSON, ESQ.
2200 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114
(216) 575-0799

KNAPP CHEVROLET
815 HOUSTON AVENUE
HOUSTON, TX 77007
(713) 331-3057

MIKE BARNARD CHEVROLET-CADILLAC-BUICK-PONTIAC-GMC, INC.
ATT: MICHAEL E. BARNARD, PRESIDENT
616 THAYER ROAD
FAIRPORT, NY 14450
(315) 331-8421

NARMCO GROUP
ATTN: GARY KELLY
2575 AIRPORT ROAD
WINDSOR, ONTARIO N8W 1Z4
(519) 969-0063

NEW YORK CITY DEPT. OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS ST- 3RD FLOOR
BROOKLYN, NY 11201
(718) 403-3650

NEW YORK STATE DEPT TAXATION & FINANCE
ATTN: BANKRUPTCY/SPECIAL PROC. SECT.
PO BOX 5300
ALBANY, NY 12205
(518) 457-0617

PADDOCK CHEVROLET, INC.
ATT: DUANE PADDOCK, PRESIDENT
3232 DELAWARE AVENUE
KENMORE, NY  14217
(716) 876-4016

PYEONG HWA AUTOMOTIVE CO., LTD.
1032 DAECHEON-DONG
DALSEO-GU
TAEGU, KOREA
(053) 555-0294

SCHOENL KEVIN M
SCHOENL, CONNIE
99 MARETTA RD
ROCHESTER, NY  14624
(215) 751-2205

SHAPE CORP.
ATTN: BUDD BRINK
1900 HAYES STREET
GRAND HAVEN, MI  49417
(616) 846-3464

THE VALLEY CADILLAC CORPORATION
ATT: EDWARD T. MEAGHAR, JR., PRESIDENT
3100 WINTON ROAD SOUTH
ROCHESTER, NY  14623 - 2986
(585) 427-8430

TORRES EDWARD ZUNIGA
BERMUDEZ, GENOVEVA
C/O COHEN & ASSOCIATES
8710 E VISTA BONITA DR
SCOTTSDALE, AZ  85255  0000
(480) 515-4744

TOYOTA MOTOR SALES U.S.A, INC.
ATT: TOBIN LIPPERT
19001 SOUTH WESTERN AVE, HQ12
TORRANCE, CA  90509
(310) 381-7688

UNITED STATES ATTORNEY'S OFFICE
ATTN: CLAIMS UNIT - ROOM 417
ONE ST. ANDREWS PLAZA
NEW YORK, NY  10007
(212) 637-2685

PENSKE AUTO GROUP
18600 SOUTH HAWTHORNE BOULEVARD
TORRANCE, CA  90504
(310) 370-4230

SATURN OF ROCHESTER, INC.
ATT: DAVID P. STOETZEL
770 PANORAMA TRAIL SOUTH
P.O. BOX 25427
ROCHESTER, NY  14625
(507) 289-3930

SECURITIES AND EXCHANGE COMMISSION
ATTN: ANDREW N. VOLLMER, ACTING GEN. COUNSEL
100 F STREET, ND
WASHINGTON, DC  20549
(202) 772-9371

TEAM CHEVROLET, INC.
ATT: THOMAS STEIGERWALD, VICE PRESIDENT
ROUTE 16
OLEAN, NY  14760
(716) 373-6377

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE, TX  78521
(830) 965-1441

TOYOTA BOSHOKU AMERICA, INC.
28000 WEST PARK DRIVE
NOVI, MI  48377
(248) 624-8597

TRW AUTOMOTIVE U.S. LLC
12001 TECH CENTER DRIVE
LIVONIA, MI  48150
(734) 855-2999

# Exhibit C

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATT: RICHARD L. EPLING & ERICA E. CARRIG
1540 BROADWAY
NEW YORK, NY  10036

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
290 BROADWAY
NEW YORK, NY  10007

TRW AUTOMOTIVE U.S. LLC
12001 TECH CENTER DRIVE
LIVONIA, MI  48150

DEPARTMENT OF THE TREASURY
ATTN: OFFICE OF GENERAL COUNSEL
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20220

PYEONG HWA AUTOMOTIVE CO., LTD.
1032 DAECHEON-DONG
DALSEO-GU, TAEGU, KOREA

SHAPE CORP.
ATTN: BUDD BRINK
1900 HAYES STREET
GRAND HAVEN, MI  49417

STROBL & SHARP, P.C.
ATTN: LYNN M. BRIMER & MEREDITH M. MCKINZIE
300 E. LONG LAKE ROAD, SUITE 200
BLOOMFIELD HILLS, MI  48304

PADDOCK CHEVROLET, INC.
ATT: DUANE PADDOCK, PRESIDENT
3232 DELAWARE AVENUE
KENMORE, NY  14217

JIM BARNARD CHEVROLET, INC.
ATT: ALLYN BARNARD, PRESIDENT
7107 BUFFALO ROAD
CHURCHVILLE, NY  14428

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE, TX  78521

MIKE BARNARD CHEVROLET-CADILLAC-BUICK-PONTIAC-
GMC, INC.
ATT: MICHAEL E. BARNARD, PRESIDENT
616 THAYER ROAD
FAIRPORT, NY  14450

UNITED STATES ATTORNEY'S OFFICE
ATTN: CLAIMS UNIT - ROOM 417
ONE ST. ANDREWS PLAZA
NEW YORK, NY  10007

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
P.O. BOX 21126
PHILADELPHIA, PA  19114

NEW YORK STATE DEPT TAXATION & FINANCE
ATTN: BANKRUPTCY/SPECIAL PROC. SECT.
PO BOX 5300
ALBANY, NY  12205

FACTORY MOTOR PARTS COMPANY
1380 CORPORATE CENTER CURVE
EAGAN, MN  55121

ATLAS OIL COMPANY
124501 ECORSE ROAD
TAYLOR, MI  48180

LOWENSTEIN SANDLER PC
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY  10022

US BANKRUPTCY COURT, SDNY
THE HONORABLE ROBERT E GERBER
ONE BOWLING GREEN
NEW YORK, NY  10004

# Exhibit D

CADWALADER WICKERSHAM & TAFT LLP
ATTN: JOHN RAPISARDI, ESQ.COUNSEL FOR
THE US DEPT OF TREASURY
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.ONE LIBERTY PLAZA
NEW YORK, NY 10006

COHEN WEISS AND SIMON LLP
ATTN: BABETTE CECCOTTI, ESQ.COUNSEL FOR
THE UAW
330 W 42ND STREET
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: KENNETH E ECKSTEIN, ESQ.COUNSEL
FOR THE CREDITORS' COMMITTEE
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, ESQ.COUNSEL
FOR THE CREDITORS' COMMITTEE
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: ADAM C ROGOFF, ESQ.COUNSEL FOR
THE CREDITORS' COMMITTEE
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: GORDON Z NOVOD, ESQ.COUNSEL FOR
THE CREDITORS' COMMITTEE
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: DIANA ADAMS33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY 10004

UNITED STATES ATTORNEY
ATTN: MATTHEW L SCHWARTZ AND DAVID S.
JONES, ESQS.86 CHAMBERS STREET, 3RD
FLOOR
NEW YORK, NY 10007

VEDDER PRICE
MICHAEL EDELMAN, ESQ.1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019

VEDDER PRICE
MICHAEL SCHEIN, ESQ.1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORKTHE
HONORABLE ROBERT E. GERBER
ONE BOWLING GREEN
NEW YORK, NY 10004

# Exhibit E

AFFINIA
DAVID OVERBEEKE, CEO
4400 PRIME PARKWAY
MCHENRY, IL  60050

AIRGAS, INC.
ATT: DAVID BOYLE
259 RADNOR CHESTER ROAD
RADNOR, PA  19087

ALLARD & FISH, P.C.
ATT: DEBORAH L. FISH, ESQ.
535 GRISWOLD
2600 BUHL BLDG
DETROIT, MI  48226

ALPINE ELECTRONICS OF AMERICA, INC.
ATT: CYNTHIA WOODRUFF-NEER, ESQ.
19145 GRAMERCY PLACE
TORRANCE, CA  90501

ARCADIS U.S., INC.
ATT: LIESL SPANGLER
630 PLAZA DRIVE, SUITE 100
HIGHLANDS RANCH, CO  80129

ARENT FOX LLP
ATTN: JAMES M. SULLIVAN, ESQ.
1675 BROADWAY
NEW YORK, NY  10019

ARENT FOX LLP
ATT: MARY JOANNE DOWD, ESQ.
1050 CONNECTICUT AVENUE NW
WASHINGTON, DC  20036

ARENT FOX LLP
C GIAIMO, J ROTHLEDER, A CAMPBELL
1050 CONNECTICUT AVENUE NW
WASHINGTON, DC  20036

ARNALL GOLDEN GREGORY LLP
ATT: D. S. LADDIN & F N. WHITE
1717TH STREET, NW, SUITE 2100
ATLANTA, GA  30363

AT&T SERVICES INC.
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
LAW GROUP COUNSEL
BEDMINSTER, NJ  07921

ATLAS OIL COMPANY
124501 ECORSE ROAD
TAYLOR, MI  48180

ATTORNEY GENERAL FOR STATE OF MI
ATTY FOR UNEMP TAX OFC, DEPT ENERGY
3030 W. GRAND BOULEVARD, STE 9-600
DETROIT, MI  48202

ATTORNEY GENERAL STATE OF NEBRASKA
ATT LESLIE C LEVY ASS'T ATTY GEN
2115 STATE CAPITOL BUILDING
LINCOLN, NE  68509

ATTORNEY GENERAL OF OHIO
ATT: VICTORIA D. GARRY
441 VINE ST, 1600 CAREW TOWER
CINCINNATI, OH  45202

ATTORNEY GENERAL FOR NEW YORK
ATT: NEAL S. MANN, ASST ATTY GENL
120 BROADWAY, 24TH FL
NEW YORK, NY  10271

BAKER & HOSTETLER LLP
ATTN: WENDY J. GIBSON, ESQ.
1900 E NINTH ST
3200 NATIONAL CITY CENTER
CLEVELAND, OH  44114

BAKER & HOSTETLER LLP
ATT J F HUTCHINSON, E GOODMAN
1900 E 9TH ST 3200 NAT'L CITY CTR
CLEVELAND, OH  44114

BAKER & HOSTETLER LLP
ATT: RICHARD BERNARD, ESQ.
45 ROCKEFELLER PLAZA
NEW YORK, NY  10111

BARNES & THORNBURG LLP
ATT: JOHN T. GREGG, ESQ.
171 MONROE AVE NW, STE 1000
GRAND RAPIDS, MI  49503

BARNES & THORNBURG LLP
ATTN: MARK R. OWENS, ESQ.
11 SOUTH MERIDIAN STREET
INDIANAPOLIS, IN  46204

BARRICK SWITZER LONG BALSLEY & VAN
ATTN: ROBERT C. POTTINGER, ESQ.
6833 STALTER DRIVE, FIRST FLOOR
ROCKFORD, IL  61108

BARTLETT HACKETT FEINBERG P.C.
ATT: FRANK F. MCGINN, ESQ.
155 FEDERAL ST, 9TH FL
BOSTON, MA  02110

BASF
DR. KURT BOCK, CHAIRMAN AND CEO
100 CAMPUS DRIVE
FLORHAM PARK, NJ  07932

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATT: CHESTER B. SALOMON, ESQ.
299 PARK AVE, 16TH FL
NEW YORK, NY  10171

BERGER SINGERMAN, P.A.
ATT: ARTHUR J. SPECTOR, ESQ.
350 E LAS OLAS BLVD, 10TH FL
FORT LAUDERDALE, FL  33301

BIALSON, BERGEN & SCHWAB
ATTN: P. COSTELLO & T. GAA
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA  94306

BINGHAM MCCUTCHEN LLP
ATT: R. M. DOMBROFF & J. S. SABIN
399 PARK AVE
NEW YORK, NY  10022

BINGHAM MCCUTCHEN LLP
ATTN: JONATHAN B. ALTER, ESQ.
ONE STATE STREET
HARTFORD, CT  06103

BINGHAM MCCUTCHEN LLP
ATT: ANNA M. BOELITZ, ESQ.
ONE STATE STREET
HARTFORD, CT  06103

BLANK ROME LLP
ATT: MARC E. RICHARDS, ESQ.
405 LEXINGTON AVE - CHRYSLER BLD
NEW YORK, NY  10174

BLANK ROME LLP
ATT: REGINA STANGO KELBON, ESQ.
ONE LOGAN SQUARE
PHILADELPHIA, PA  19103

BLUE CROSS & BLUE SHIELD MICHIGAN
ATT: JEFFREY RUMLEY
600 LAFAYETTE EAST #1925
DETROIT, MI  48226

BOB HASTINGS BUICK GMC, INC.
ATT: DAVID P. STOETZEL
800 PANORAMA TRAIL SOUTH
ROCHESTER, NY  14625

COBASYS
MR. TOM NESLAGE, PRESIDENT & CEO
3740 LAPEER RD. SOUTH
ORION, MI  48359

EATON CORPORATION
1111 SUPERIOR AVENUE
CLEVELAND, OH  44114

GIBSON, DUNN & CRUTCHER LLP
ATT: MATTHEW J. WILLIAMS, ESQ.
200 PARK AVENUE
NEW YORK, NY  10166

IVEY, BARNUM AND O'MARA, LLC
ATTN: MELISSA ZELEN NEIER, ESQ.
170 MASON STREET
GREENWICH, CT  06830

LEONARD, STREET AND DEINARD, PA
ATT: MATTHEW A. SWANSON, ESQ.
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPLOIS, MN  55402

MONTGOMERY MCCRACKEN WALKER RHOADS
ATTN: N RAMSEY & J O'NEIL JR
123 SOUTH BROAD STREET
PHILADELPHIA, PA  19109

PAUL HASTINGS JANOFSKY & WALKER LLP
ATT: HARVEY A. STRICKON, ESQ.
75 EAST 55TH STREET
NEW YORK, NY  10022

ROBERT T. SMITH, ESQ.
ATTY FOR CNI ENTERPRISES, INC
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS, MI  48071

ROBINSON BROG LEINWAND GREENE PC
ATT: RUSSELL P. MCRORY, ESQ.
1345 AVENUE OF THE AMERICAS
NEW YORK, NY  10105

ROBINSON WATERS & O'DORISIO, P.C.
ATT: ANTHONY L. LEFFERT, ESQ.
1099 18TH ST, STE 2600
DENVER, CO  80202

SATTERLEE STEPHENS BURKE BURKE LLP
ATT: C. BELMONTE & P. BOSSWICK ESQS
230 PARK AVENUE
NEW YORK, NY  10169

SATURN OF ROCHESTER, INC.
ATT: DAVID P. STOETZEL
770 PANORAMA TRAIL SOUTH
PO BOX 25427
ROCHESTER, NY  14625

SAUL EWING LLP
ATT: JEFFREY C. HAMPTON, ESQ.
1500 MARKET STREET, 38TH FLOOR
CENTRE SQUARE WEST
PHILADELPHIA, PA  19102

SAUL EWING LLP
ATT: ADAM H. ISENBERG, ESQ.
1500 MARKET STREET, 38TH FLOOR
CENTRE SQUARE WEST
PHILADELPHIA, PA  19102

SAUL EWING LLP
ATTN: TERESA K.D. CURRIER, ESQ.
222 DELAWARE AVENUE, STE 1200
P.O. BOX 1266
WILMINGTON, DE  19899

SCHAFER AND WEINER, PLLC
ATT: RYAN D. HEILMAN, ESQ.
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS, MI  48304

SCHNADER HARRISON SEGAL & LEWIS LLP
ATT: BENJAMIN P. DEUTSCH, ESQ.
140 BROADWAY, SUITE 3100
NEW YORK, NY  10005

SCHNADER HARRISON SEGAL & LEWIS LLP
ATT: BARRY E. BRESSLER, ESQ.
1600 MARKET STREET, SUITE 3600
PHILADELPHIA, PA  19103

SCHOENL KEVIN M
SCHOENL, CONNIE
99 MARETTA RD
ROCHESTER, NY  14624

SCHULTE ROTH & ZABEL LLP
ATT: DAVID J. KARP, ESQ.
919 THIRD AVENUE
NEW YORK, NY  10022

SCHWARTZ, LICHTENBERG LLP
ATTN: BARRY E. LICHTENBERG, ESQ.
420 LEXINGTON AVENUE, SUITE 2400
NEW YORK, NY  10170

SCHWARTZ, LICHTENBERG LLP
ATT: BARRY E. LICHTENBERG, ESQ
420 LEXINGTON AVENUE, SUITE 2400
NEW YORK, NY  10170

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL DIR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY  10281

SECURITIES AND EXCHANGE COMMISSION
A.N. VOLLMER, ACTING GEN COUNSEL
100 F STREET, ND
WASHINGTON, DC  20549

SEYBURN KAHN GINN BESS & SERLIN PC
ATT: DAVID T. LIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI  48075

SEYBURN KAHN GINN BESS & SERLIN PC
ATT: LESLIE STEIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI  48075

SHAPE CORP.
ATTN: BUDD BRINK
1900 HAYES STREET
GRAND HAVEN, MI  49417

SHAW GUSSIS FISHMAN GLANTZ WOLFSON
ATT: BRIAN L. SHAW, ESQ.
321 N. CLARK STREET, SUITE 800
CHICAGO, IL  60654

SHEARMAN & STERLING LLP
ATTN: FREDRIC SOSNICK & JILL FRIZZL
599 LEXINGTON AVENUE
NEW YORK, NY  10022

SHEPPARD MULLIN RICHTER & HAMPTON
ATT EDWARD TILLINGHAST MALANI
30 ROCKEFELLER PLAZA
24TH FLOOR
NEW YORK, NY  10112

SHIVELY BROTHERS
SCOTT SHIVELY, CEO
2919 S.GRAND TRAVERSE ST
FLINT, MI  48507

SIDLEY AUSTIN LLP
ATTN: KENNETH P. KANSA, ESQ.
ONE SOUTH DEARBORN
CHICAGO, IL  60603

SILVERMAN & MORRIS, P.L.L.C.
ATTN: GEOFFREY L. SILVERMAN & KARIN
7115 ORCHARD LAKE ROAD, SUITE 500
WEST BLOOMFIELD, MI  48322

SILVERMANACAMPORA LLP
ATT: ADAM L. ROSEN, ESQ.
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY  11753

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY  10017

SIMPSON THACHER & BARTLETT LLP
ATTN: DAVID J. MACK, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY  10017

PAUL WEISS RIFKIND WHARTON GARRISON
AW KORNBERG, R ZUBATY, I POHL ESQS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

PAUL WEISS RIFKIND WHARTON GARRISON
A.W. KORNBERG & J.T. KOEVARY, ESQS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

PAUL WEISS RIFKIND WHARTON GARRISON
A ROSENBERG, B HERMANN, M PHILLIPS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

PAUL, WEISS, RIFKIND, WHARTON & GAR
ATTN: STEPHEN J. SHIMSHAK & PHILIP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

PENSION BENEFIT GUARANTY CORP
OFFICE OF THE GENERAL COUNSEL
1200 K STREET, NW
WASHINGTON, DC  20005

PENSKE AUTO GROUP
18600 SOUTH HAWTHORNE BOULEVARD
TORRANCE, CA  90504

PEPPER HAMILTON LLP
ATT: H. J. JAFFE & JC. CARIGNAN
1313 N MARKET ST, HERCULES PLAZA
STE 5100
WILMINGTON, DE  19899

PEPPER HAMILTON LLP
ATT: EDWARD C. TOOLE/LINDA J. CASEY
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA  19103

PEPPER-HAMILTON LLP
ATT: D S. KAYES & D KOVSKY-APAP
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI  48243

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: R EPLING, K DINE, E. CARRRIG
1540 BROADWAY
NEW YORK, NY  10036

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATT: R L. EPLING & E E. CARRIG
1540 BROADWAY
NEW YORK, NY  10036

PLATZER SWERGOLD KARLIN LEVINE GOLD
ATT: TERESA SADUTTO-CARLEY, ESQ.
1065 AVE OF THE AMERICAS, 18TH FL
NEW YORK, NY  10018

PLUNKETT COONEY
ATT: DAVID A. LERNER, ESQ.
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI  48304

PLUNKETT COONEY
ATTN: D.C. BERNSTEIN & M.A. FLEMING
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI  48304

PORZIO BROMBERG & NEWMAN P.C.
ATT: JOHN MAIRO & ROBERT SCHECHTER
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ  07962

POTTER ANDERSON & CORROON LLP
D. BALDWIN, T. BROWN-EDWARDS ESQS
HERCULES PLAZA, 1313 N MARKET ST
6TH FLOOR
WILMINGTON, DE  19801

PPG INDUSTRIES INC.
MR. CHARLES E. BUNCH, CEO
ONE PPG PLACE
PITTSBURGH, PA  15272

PREVIANT GOLDBERG UELMEN GRATZ MIL
ATT: SARA J. GEENEN, ESQ.
1555 N. RIVERCENTER DRIVE, STE 202
P.O. BOX 12993
MILWAUKEE, WI  53212

PREVIANT GOLDBERG UELMEN GRATZ MILL
ATT: FREDERICK PERILLO
1555 N. RIVERCENTER DRIVE, STE 202
MILWAUKEE, WI  53212

PROSKAUER ROSE LLP
ATTN: S.K. RUTSKY & A.T. BERKOWITZ
1585 BROADWAY
NEW YORK, NY  10036

RABINOWITZ LUBETKIN & TULLY, L.L.C.
ATTN: JONATHAN I. RABINOWITZ, ESQ.
293 EISENHOWER PARKWAY, SUITE 100
LIVINGSTON, NJ  07039

RADHA R. M NARUMANCHI
657 MIDDLETON AVENUE
NEW HAVEN, CT  06513

RANDSTAD
MS. LINDA GALIPEAU, PRESIDENT - NA
2015 SOUTH PARK PLACE
ATLANTA, GA  30339

RAYTHEON PROFESSIONAL SERVICES LLC
12160 SUNRISE VALLEY DRIVE
RESTON, VA  20191

REED SMITH LLP
ATT: KURT F. GWYNNE, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE  19801

REED SMITH LLP
ATT ERIC A. SCHAFFER, ESQ.
435 SIXTH AVE.
PITTSBURGH, PA  15219

REID AND REIGE, P.C.
ATT: CAROL A. FELICETTA, ESQ.
195 CHURCH STREET
NEW HAVEN, CT  06510

RHOADES MCKEE
ATTN: TERRY L. ZABEL, ESQ.
161 OTTAWA AVENUE, NW, SUITE 600
GRAND RAPIDS, MI  49503

RICHARD M. ALLEN, ESQ
223 EGREMONT PLAIN RD, PMB 108
NORTH EGREMONT, MA  01252

RICHARD W. MARTINEZ, APLC
ATT: RICHARD W. MARTINEZ, ESQ.
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS, LA  70130

RICHARDS KIBBE & ORBE LLP
ATTY FOR AVERITT EXPRESS INC.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY  10281

RIDDELL WILLIAMS P.S.
ATT: JOSEPH E. SHICKICH, ESQ.
1001 - 4TH AVENUE, SUITE 4500
SEATTLE, WA  98154

RK CHEVROLET/RK AUTO GROUP
2661 VIRGINIA BEACH BOULEVARD
VIRGINIA BEACH, VA  23451

ROBERT BOSCH LLC
ATTN: JUDITH LOWITZ ADLER, ESQ.
38000 HILLS TECH DRIVE
FARMINGTON HILLS, MI  48331

SINGER & LEVICK P.C.
ATT: LARRY A. LEVICK, ESQ.
16200 ADDISON RD, STE 140
ADDISON, TX  75001

SKADDEN ARPS SLATE MEAGHER & FLOM
ATT: JOHN WM. BUTLER, JR., ESQ.
333 W WACKER DR, STE 2100
CHICAGO, IL  60606

SKADDEN ARPS SLATE MEAGHER & FLOM
ATT: K. A. MARAFIOTI & G. W. FOX
FOUR TIMES SQUARE
NEW YORK, NY  10036

SQUIRE, SANDERS & DEMPSEY, L.L.P.
ATTN: G. CHRISTOPHER MEYER, ESQ.
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH  44114

STAHL COWEN CROWLEY ADDIS LLC
ATT: TRENT P. CORNELL, ESQ.
55 W MONROE ST, STE 1200
CHICAGO, IL  60603

STARK REAGAN
ATTN: J. CHRISTOPHER CALDWELL, ESQ.
1111 W LONG LAKE RD, STE 202
TROY, MI  48098

STEMBER FEINSTEIN DOYLE PAYNE LLC
ATT: W. PAYNE, J. STEMBER, ET AL
429 FORBES AVE
ALLEGHENY BUILDING, 17TH FL
PITTSBURGH, PA  15219

STEMBER FEINSTEIN DOYLE PAYNE LLC
JOHN STEMBER, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH, PA  15219

STEMBER FEINSTEIN DOYLE PAYNE LLC
STEPHEN M. PINCUS, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH, PA  15219

STEMBER FEINSTEIN DOYLE PAYNE LLC
E M DOYLE, J HURT, P EWING, ESQS
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH, PA  15219

STEVENSON & BULLOCK PLC
ATTN: SONYA N. GOLL, ESQ.
29200 SOUTHFIELD ROAD, SUITE 210
SOUTHFIELD, MI  48076

STEVENSON & BULLOCK PLC
ATTN: CHARLES D. BULLOCK, ESQ.
29200 SOUTHFIELD ROAD, SUITE 210
SOUTHFIELD, MI  48076

STITES & HARBISON PLLC
ATT: R. C. GOODRICH & M. L. MARTIN
424 CHURCH ST, STE 1800
NASHVILLE, TN  37219

STITES & HARBISON, PLLC
ATT: BRIAN H. MELDRUM, ESQ.
400 W MARKET ST, STE 1600
LOUISVILLE, KY  40202

STREUSAND & LANDON, LLP
ATTN: SABRINA L. STREUSAND, ESQ.
515 CONGRESS ST, STE 2523
AUSTIN, TX  78701

STROBL & SHARP, P.C.
ATTN: LYNN M. BRIMER & MEREDITH M.
300 E. LONG LAKE ROAD, SUITE 200
BLOOMFIELD HILLS, MI  48304

STUTZMAN BROMBERG ESSERMAN PLIFKA
S.  ESSERMAN, P. D'APICE, ET AL
2323 BRYAN STREET, SUITE 220
DALLAS, TX  75201

SULLIVAN, WARD, ASHER & PATTON
25800 NORTHWESTERN HIGHWAY
1000 MACCABEES CENTER, P.O. BOX 222
SOUTHFIELD, MI  48037

THE DOW CHEMICAL COMPANY
ATTN: LEE H. SJOBERG, ESQ.
2030 DOW CENTER
MIDLAND, MI  48674

THE GARDEN CITY GROUP INC
ATTN: KEN FREDA
105 MAXESS ROAD
MELVILLE, NY  11747

U. OF MICHIGAN OFFICE OF THE VP
ATT: DEBRA A. KOWICH, ESQ.
503 THOMPSON ST, ROOM 5048
ANN ARBOR, MI  48109

THE VALLEY CADILLAC CORPORATION
ATT: EDWARD T. MEAGHAR, JR.
3100 WINTON ROAD SOUTH
ROCHESTER, NY  14623

THOMPSON COBURN LLP
ATTN: ROBERT H. BROWNLEE, ESQ.
ONE US BANK PLAZA, STE 2600
ST. LOUIS, MO  63101

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE, TX  78521

TORRES EDWARD ZUNIGA
BERMUDEZ, GENOVEVA
8710 E VISTA BONITA DR
C/O COHEN & ASSOCIATES
SCOTTSDALE, AZ 85255

TORYS LLP
A BAUER & T MARTIN, ESQS
237 PARK AVENUE
NEW YORK, NY  10017

TOYOTA BOSHOKU AMERICA, INC.
28000 WEST PARK DRIVE
NOVI, MI  48377

TOYOTA MOTOR SALES U.S.A, INC.
ATT: TOBIN LIPPERT
19001 SOUTH WESTERN AVE, HQ12
TORRANCE, CA  90509

TRENK DIPASQUALE WEBSTER ET AL
ATT: SAM DELLA FERA, JR., ESQ.
347 MT PLEASANT AVE, STE 300
WEST ORANGE, NJ  07052

TROUTMAN SANDERS LLP
ATT: BRETT D. GOODMAN, ESQ.
405 LEXINGTON AVE
NEW YORK, NY  10174

TROUTMAN SANDERS LLP
ATT: JEFFREY W. KELLEY, ESQ.
600 PEACHTREE STREET, NE SUITE 5200
ATLANTA, GA  30308

TRW AUTOMOTIVE U.S. LLC
12001 TECH CENTER DRIVE
LIVONIA, MI  48150

U.S. TREASURY
ATTN:  MATTHEW FELDMAN, ESQ.
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON, DC  20220

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE, ESQ.
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE  68179

UNITED STATES ATTORNEY
ATT: M L SCHWARTZ AND D. S. JONES
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY  10007

UNITED STATES ATTORNEY'S OFFICE
ATTN: CLAIMS UNIT - ROOM 417
ONE ST. ANDREWS PLAZA
NEW YORK, NY  10007

UNITED STATES BANKRUPTCY COURT
THE HONORABLE ROBERT E GERBER
ONE BOWLING GREEN
NEW YORK, NY  10004

UNITED STATES DEPT. OF JUSTICE
ATT: ERIC H. HOLDER, JR.
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20530

UNITED STATES DEPT. OF JUSTICE
ATTN: ANTI-TRUST DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20530

UNITED STEELWORKERS
ATT: DAVID R. JURY, ESQ.
FIVE GATEWAY CENTER, SUITE 807
PITTSBURGH, PA  15222

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY  10019

VEDDER PRICE
MICHAEL SCHEIN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY  10019

VEDDER PRICE P.C.
M. EDELMAN, M. SCHEIN, ET AL
1633 BROADWAY
47TH FLOOR
NEW YORK, NY  10019

VENABLE LLP
ATTN: LAWRENCE A. KATZ, ESQ.
8010 TOWERS CRESCENT DR, STE 300
VIENNA, VA  22182

VINSON & ELKINS L.L.P.
ATT: RONALD L. ORAN, ESQ.
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY  10103

VOITH AG
HARRY NEIMAN, CEO
9395 KENWOOD RD SUITE 200
CINCINNATI, OH  45242

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: TIFFANY STRELOW COBB, ESQ.
52 EAST GAY ST
COLUMBUS, OH  43215

WARNER NORCROSS & JUDD LLP
ATT: MICHAEL G. CRUSE, ESQ.
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI  48075

WARNER NORCROSS & JUDD LLP
ATT: GORDON J. TOERING, ESQ.
111 LYON ST, NW
900 FIFTH THIRD CENTER
GRAND RAPIDS, MI  49503

WARNER NORCROSS & JUDD LLP
ATTN: STEPHEN B. GROW, ESQ.
111 LYON ST, NW
900 FIFTH THIRD CENTER
GRAND RAPIDS, MI  49503

WARREN, DRUGAN & BARROWS, P.C.
ATT: ROBERT L. BARROW, ESQ.
800 BROADWAY
SAN ANTONIO, TX  78215

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.
767 FIFTH AVE
NEW YORK, NY  10153

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
767 FIFTH AVE
NEW YORK, NY  10153

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVE
NEW YORK, NY  10153

WHITE AND WILLIAMS LLP
ATTN: KAREL S. KARPE, ESQ.
ONE PENN PLAZA, SUITE 4110
NEW YORK, NY  10119

WILDMAN, HARROLD, ALLEN & DIXON
ATT: M. DOCKTERMAN, J. YOUNG, R. FR
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606

WILLIAM T. GREEN, III, P.C.
ATT: WILLIAM T. GREEN III, ESQ.
11 GREENWAY PLAZA, STE 2820
HOUSTON, TX  77046

WILMER CUTLER PICKERING ET AL
ATT: P. D. ANKER & M. J. DRITZ
399 PARK AVE
NEW YORK, NY  10022

WILMER CUTLER PICKERING ET AL
ATT: DENNIS L. JENKINS, ESQ.
60 STATE ST
BOSTON, MA  02109

WINSTON & STRAWN LLP
ATTN: MATTHEW J. BOTICA & MINDY D.
35 WEST WACKER DRIVE
CHICAGO, IL  60601

WINSTON & STRAWN LLP
ATTN: DAVID J. RICHARDSON, ESQ.
333 SOUTH GRAND AVENUE, 38TH FLOOR
LOS ANGELES, CA  90071

WINSTON & STRAWN LLP
ATTN: STEVEN M. SCHWARTZ
200 PARK AVENUE
NEW YORK, NY  10166

WINSTON & STRAWN LLP
ATTN: CAREY D. SCHREIBER, ESQ.
200 PARK AVENUE
NEW YORK, NY  10166

ZEICHNER ELLMAN & KRAUSE LLP
ATT: S. A. KRAUSE & B. D. LEINBACH
575 LEXINGTON AVE
NEW YORK, NY  10022

COHEN, WEISS AND SIMON LLP
ATT: BABETTE A. CECCOTTI, ESQ.
330 W 42ND ST
NEW YORK, NY  10036

COLE, SCHOTZ, MEISEL FORMAN &
ATT: STUART KOMROWER, ESQ.
25 MAIN STREET
COURT PLAZA NORTH
HACKENSACK, NJ  07601

CONNELL FOLEY LLP
ATTN: S. FALANGA & C. HEMRICK
888 SEVENTH AVENUE
NEW YORK, NY  10106

COOLIDGE WALL CO., L.P.A.
ATT: RONALD S. PRETEKIN, ESQ.
33 W FIRST ST, STE 600
DAYTON, OH  45402

COUNTY ATTORNEY
ATT: B. ESCOBAR, ASST CTY ATTY
ONE HARRISON ST, SE, 5TH FL
LEESBURG, VA  20175

COVINGTON & BURLING LLP
ATT: MICHAEL ST. PATRICK BAXTER
1201 PENNSYLVANIA AVE NW
WASHINGTON, DC  20004

COVINGTON & BURLING LLP
ATTN: SUSAN POWER JOHNSTON, ESQ.
NYT BLDG, 620 8TH AVE
THE NEW YORK TIMES BUILDING
NEW YORK, NY  10018

CUMMINGS & LOCKWOOD LLC
ATT: JOHN F. CARBERRY, ESQ.
SIX LANDMARK SQ
STAMFORD, CT  06901

DANA HOLDING COMPANY
ATT: LISA WURSTER
4500 DORR STREET
TOLEDO, OH  43615

DANIEL W. SHERRICK, GENERAL COUNSEL
8000 EAST JEFFERSON AVE
DETROIT, MI  48214

DAVIS POLK & WARDWELL
ATT: D. BERNSTEIN & M. HUEBNER
450 LEXINGTON AVE
NEW YORK, NY  10017

DAWDA, MANN, MULCAHY & SADLER, PLC
ATT: W. L. ROSIN & K. A. FLASKA
39533 WOODWARD AVE, STE 200
BLOOMFIELD HILLS, MI  48304

DAWDA, MANN, MULCAHY & SADLER, PLC
ATT: K. A. FLASKA & W. L. ROSIN
39533 WOODWARD AVE, STE 200
BLOOMFIELD HILLS, MI  48304

DAY PITNEY LLP
ATTN: AMISH R. DOSHI, ESQ.
7 TIMES SQUARE
NEW YORK, NY  10036

DEALER TIRE, LLC
3711 CHESTER AVENUE
CLEVELAND, OH  44114

DEBEVOISE & PLIMPTON LLP
ATT: RICHARD F. HAHN, ESQ.
919 THIRD AVE
NEW YORK, NY  10022

DECHERT LLP
ATTN: SHMUEL VASSER, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

DECHERT LLP
ATTN: JAMES O. MOORE, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

DECHERT LLP
ATTN: JULIET SARKESSIAN, ESQ.
2929 ARCH STREET
CIRA CENTRE
PHILADELPHIA, PA  19104

DEPARTMENT OF LABOR
ATTN: DEPUTY SOLICITOR OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON, DC  20201

DEPARTMENT OF LABOR & INDUSTRY
ATTN: DENISE A. MERTZ
625 CHERRY STREET, ROOM 203
READING BANKRUPTCY/COMPLIANCE UNIT
READING, PA  19602

DEPARTMENT OF THE TREASURY
ATTN: OFFICE OF GENERAL COUNSEL
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20220

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
500 WOODWARD AVE, STE 4000
DETROIT, MI  48226

DICKINSON WRIGHT PLLC
ATT: MICHAEL C. HAMMER, ESQ.
301 E LIBERTY, STE 500
ANN ARBOR, MI  48104

DICKINSON WRIGHT PLLC
ATT: DAWN R. COPLEY, ESQ.
500 WOODWARD AVE, STE 4000
DETROIT, MI  48226

DICKINSON WRIGHT PLLC
ATT: KERRY MASTERS EWALD, ESQ.
424 CHURCH ST, STE 1401
NASHVILLE, TN  37219

DICKINSON WRIGHT PLLC
ATT: COLLEEN M. SWEENEY, ESQ.
424 CHURCH ST, STE 1401
NASHVILLE, TN  37219

DICKINSON WRIGHT PLLC
ATT: DORON YITZCHAKI, ESQ.
301 E LIBERTY, STE 500
ANN ARBOR, MI  48104

DICONZA LAW P.C.
ATT: GERARD DICONZA, ESQ.
630 THIRD AVE, 7TH FL
NEW YORK, NY  10017

DILWORTH PAXSON LLP
ATTN: SCOTT J. FREEDMAN, ESQ.
457 HADDONFIELD ROAD
LIBERTYVIEW - SUITE 700
CHERRY HILL, NJ  08002

DLA PIPER LLP
ATT: K. DENNISTON & J. NASSIRI
550 S HOPE ST, STE 2300
LOS ANGELES, CA  90071

DORSEY & WHITNEY LLP
MICHAEL FOREMAN, ESQ.
250 PARK AVENUE
NEW YORK, NY  10177

DRINKER BIDDLE & REATH LLP
ATT: STEPHANIE WICKOUSKI, ESQ.
140 BROADWAY, 39TH FLOOR
NEW YORK, NY  10005

DRINKER BIDDLE & REATH LLP
ATT: KRISTEN K. GOING, ESQ.
1500 K STREET, N.W.
WASHINGTON, DC  20005

DUPONT
ELLEN J. KULLMAN, CEO
1007 MARKET STREET
WILMINGTON, DL  19898

DURA AUTOMOTIVE
TIM LEULIETTE, CHAIRMAN
2791 RESEARCH DRIVE
ROCHESTER HILLS, MI  48309

DYNAMIC MANUFACTURING
MRS. MARY PARTIPILO, CEO
1930 N. MANNHEIM ROAD
MELROSE PARK, IL  60160

EDS, AN HP COMPANY
ATT: AYALA HASSELL
H3-3A-05, 5400 LEGACY DR
PLANO, TX  75024

EDWARDS ANGELL PALMER & DODGE LLP
ATT RICH HIERSTEINER J DARCEY
111 HUNTINGTON AVENUE
BOSTON, MA  02199

ENTERGY SERVICES, INC
ATT: ALAN H. KATZ, ASST GENL CNSL
639 LOYOLA AVENUE, 26TH FLOOR
NEW ORLEANS, LA  70113

ERMAN TEICHER MILLER ZUCKER FREEDM
ATT: EARLE I. ERMAN, ESQ.
400 GALLERIA OFFICENTRE, SUITE 444
SOUTHFIELD, MI  48034

ERVIN COHEN & JESSUP LLP
ATT MICHAEL KOGAN & PETER JAZAYERI
9401 WILSHIRE BOULEVARD
BEVERLY HILLS, CA  90212

FACTORY MOTOR PARTS COMPANY
1380 CORPORATE CENTER CURVE
EAGAN, MN  55121

FARELLA BRAUN & MARTEL LLP
ATT: NEIL A. GOTEINER, ESQ.
235 MONTGOMERY ST, 17TH FL
SAN FRANCISCO, CA  94104

FEDERAL EXPRESS CORPORATION
ATTN: ROBERT R. ROSS
3620 HACKS CROSS ROAD
BUILDING B - 2ND FLOOR
MEMPHIS, TN  38125

FELDERSTEIN FITZGERALD ET AL LLP
ATT: PAUL J. PASCUZZI, ESQ.
400 CAPITAL MALL, STE 1450
SACRAMENTO, CA  95814

FOLEY & LARDNER LLP
ATT: M. AIELLO & S. BARBATANO
ONE DETROIT CTR, 500 WOODWARD AVE
SUITE 2700
DETROIT, MI  48226

FOLEY & LARDNER LLP
ATTN: JILL L. MURCH & JOANNE LEE
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL  60654

FOLEY & LARDNER LLP
ATTN: S. BARBATANO & S. HILFINGER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226

FOLEY & LARDNER LLP
ATTN J O'NEILL, J SIMON, K CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226

FOLEY & LARDNER LLP
S. HILFINGER J. SIMON K. CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226

FOLEY & LARDNER LLP
S BARBATANO, J SIMON, K CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226

FOLEY & LARDNER LLP
S HILFINGER, F DICASTRI, J SIMON
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226

FOLEY & LARDNER LLP
T. SPILLANE, J. SIMON, K. CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226

FOLEY & LARDNER LLP
ATTN ANN MARIE UETZ/DALJIT DOOGAL
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226

FOLEY & LARDNER LLP
ATTN: ANN MARIE UETZ, ESQ.
500 WOODWARD AVENUE, SUITE 2700
ONE DETROIT CENTER
DETROIT, MI  48226

FOLEY & LARDNER LLP
ATTN: FRANK DICASTRI, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI  53202

FOLEY & LARDNER LLP
ATTN: SCOTT T. SEABOLT, ESQ.
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226

FOLEY & LARDNER LLP
ATT: ROBERT H. HUEY, ESQ.
3000 K STREET, N.W., SUITE 600
WASHINGTON HARBOUR
WASHINGTON, DC  20007

FOLEY & LARDNER LLP
V. VILAPLANA & M. RIOPELLE
402 WEST BROADWAY, SUITE 2100
SAN DIEGO, CA  92101

FOX ROTHSCHILD LLP
ATTN: FRED STEVENS, ESQ.
100 PARK AVENUE, SUITE 1500
NEW YORK, NY  10017

FRASER TREBILCOCK DAVIS & DUNLAP
ATTN: G. ALAN WALLACE, ESQ.
124 W ALLEGAN ST, STE 1000
LANSING, MI  48933

FREEBORN & PETERS LLP
ATT: A. L. HAMMER & T. R. FAWKES
311 S WACKER DR, STE 3000
CHICAGO, IL  60606

FRIEDLANDER MISLER, PLLC
ATTN: ROBERT E. GREENBERG, ESQ
1101 17TH STREET, N.W., STE 700
WASHINGTON, DC  20036

FULBRIGHT & JAWORSKI L.L.P.
ATTN: D. ROSENZWEIG & J. RABIN
666 FIFTH AVENUE
NEW YORK, NY  10103

FULBRIGHT & JAWORSKI L.L.P.
ATT: L R. STRUBECK & L BOYDSTON
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX  75201

FULBRIGHT & JAWORSKI L.L.P.
ATT: MICHAEL M. PARKER, ESQ.
300 CONVENT STREET, SUITE 2200
SAN ANTONIO, TX  78205

FULBRIGHT & JAWORSKI L.L.P.
D. ROSENZWEIG & M. HAUT
666 FIFTH AVENUE
NEW YORK, NY  10103

GENERAL MOTORS CORPORATION
ATTN: LAWRENCE S. BUONOMO, ESQ.
300 RENAISSANCE CENTER
DETROIT, MI  48265

GHSP, INC.
ATTN: RON WALLISH
1250 SOUTH BEECHTREE STREET
GRAND HAVEN, MI  49417

GIBBONS P.C.
ATT: DAVID N. CRAPO, ESQ.
ONE GATEWAY CENTER
NEWARK, NJ  07102

GIBSON, DUNN & CRUTCHER LLP
ATT: DAVID M. FELDMAN, ESQ.
200 PARK AVENUE
NEW YORK, NY  10166

GLENN M. REISMAN, ESQ.
ATTY FOR GE ENERGY
TWO CORPORATE DRIVE, SUITE 234
SHELTON, CT  06484

GOLENBOCK EISEMAN ET AL LLP
J. FLAXER, D. FURTH, A. VASSALLO
437 MADISON AVENUE
NEW YORK, NY  10022

GORLICK, KRAVITZ & LISTHAUS, P.C.
ATT: BARBARA S. MEHLSACK, ESQ.
17 STATE ST, 4TH FL
4TH FLOOR
NEW YORK, NY  10004

GOULSTON & STORRS, P.C.
ATT: DOUGLAS B ROSNER ESQ
400 ATLANTIC AVENUE
BOSTON, MA  02110

GOULSTON & STORRS, P.C.
ATT: GREGORY O KADEN ESQ
400 ATLANTIC AVENUE
BOSTON, MA  02110

HAHN LOESER & PARKS LLP
L D POWAR/D A DEMARCO/ R I BEBITETT
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH  44114

HALPERIN BATTAGLIA RAICHT, LLP
ATT CHRISTOPHER BATTAGLIA & JULIE D
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY  10022

HARMAN BECKER AUTOMOTIVE SYST INC
39001 WEST 12 MILE ROAD
FARMINGTON HILLS, MI  48331

HARTER SECREST & EMERY LLP
KENNETH W AFRICANO & RAYMOND L FUNK
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY  14202

HARTER SECREST & EMERY LLP
JOHN WEIDER & INGRIDE PALERMO, ESQ
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY  14604

HARTER SECREST & EMERY LLP
J AHO/W KREIENBERG/J WEIDER/I PALER
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY  14604

HARTER SECREST & EMERY LLP
ATT: RAYMOND L. FINK, ESQ.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY  14202

HAYNES AND BOONE LLP
ATT: JONATHAN HOOK, ESQ.
1221 AVENUE OF THE AMERICAS
NEW YORK, NY  10020

HAYNES AND BOONE LLP
PATRICK L HUGHES & PETER C RUGGERO
1221 MCKINNEY, SUITE 2100
HOUSTON, TX  77010

HAYNES AND BOONE LLP
ATTN: C. BECKMAN & B. HAMILTON
1221 MCKINNEY, SUITE 2100
HOUSTON, TX  77010

HAYNES AND BOONE, LLP
ATTN: JUDITH ELKIN
1221 AVE OF THE AMERICAS  26TH FL
NEW YORK, NY  10020

HAYNES AND BOONE, LLP
ATTN: MATTHEW E. RUSSELL, ESQ.
1221 AVENUE OF THE AMERICAS, 26 FL
NEW YORK, NY  10020

HERRICK, FEINSTEIN LLP
ATT: STEPHEN B. SELBST & PAUL RUBIN
2 PARK AVENUE
NEW YORK, NY  10016

HESS CORPORATION
ELIZABETH ANNE CARINI CURRENTI, ESQ
1 HESS PLAZA
WOODBRIDGE, NJ  07095

HEWLETT-PACKARD DEVELOPMENT CO, LP
MIKE NEFKENS, VICE PRESIDENT
500 RENAISSANCE CENTER, MC:20A
DETROIT, MI  48243

HEWLETT-PACKARD COMPANY LP
ATT: RAMONA NEAL, SENIOR COUNSEL
11311 CHINDEN BLVD
MAIL STOP 314
BOISE, ID  83714

HEWLETT-PACKARD FINANCIAL SVCS CO
ATT: LINDA D'AMICO
420 MOUNTAIN AVENUE
MURRAY HILL, NJ  07640

HINCKLEY, ALLEN & SNYDER LLP
T H CURRAN/P F O'DONNELL/J V DORAN
28 STATE STREET
BOSTON, MA  02109

HISCOCK & BARCLAY, LLP
ATTN: SUSAN R. KATZOFF, ESQ.
300 S STATE STREET
ONE PARK PLACE
SYRACUSE, NY  13202

HODGSON RUSS LLP
ATTN: STEPHEN H. GROSS, ESQ.
60 E 42ND ST  37TH FL
NEW YORK, NY  10165

HONIGMAN MILLER SCHWARTZ & COHN LLP
ATT: ROBERT B. WEISS, ESQ.
660 WOODWARD AVE
2290 FIRST NATIONAL BUILDING
DETROIT, MI  48226

HONIGMAN MILLER SCHWARTZ & COHN LLP
ATT: TRICIA A. SHERICK, ESQ.
660 WOODWARD AVE
2290 FIRST NATIONAL BUILDING
DETROIT, MI  48226

HONIGMAN MILLER SCHWARTZ & COHN LLP
ATT: JOSEPH R. SGROI, ESQ.
660 WOODWARD AVE
2290 FIRST NATIONAL BUILDING
DETROIT, MI  48226

HSS/SAGINAW
MR. ERIC LARSON, COO
5446 DIXIE HIGHWAY
SAGINAW, MI  48601

HUNTER & SCHANK CO., LPA
ATT: JOHN J. HUNTER, JR., ESQ.
1700 CANTON AVE
ONE CANTON SQUARE
TOLEDO, OH  43604

HUNTER & SCHANK CO., LPA
ATT: THOMAS J. SCHANK, ESQ.
1700 CANTON AVE
ONE CANTON SQUARE
TOLEDO, OH  43604

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
290 BROADWAY
NEW YORK, NY  10007

INT'L UNION OF OPERATING ENGINEERS
ATT: RICHARD GRIFFIN, GEN COUNSEL
1125 SEVENTEENTH STREET, NW
WASHINGTON, DC  20036

INTERNATIONAL UNION, UAW
D W SHERRICK & N R GANATRA
8000 EAST JEFFERSON AVENUE
DETROIT, MI  48124

BODMAN LLP
ATTN: COLIN T. DARKE, ESQ.
1901 ST ANTOINE ST
6TH FLOOR AT FORD FIELD
DETROIT, MI  48226

BODMAN LLP
ATTN: MARC M. BAKST, ESQ.
1901 ST ANTOINE ST
6TH FLOOR AT FORD FIELD
DETROIT, MI  48226

BORGES & ASSOCIATES, LLC
ATTN: WANDA BORGES, ESQ.
575 UNDERHILL BLVD, STE 118
SYOSSET, NY  11791

BRACEWELL & GIULIANI LLP
RENEE DAILEY
225 ASYLUM STREET, 26TH FLOOR
HARTFORD, CT  06103

BRAYTON PURCELL LLP
ATT: A. BRAYTON, C. SKUBIK, M. LEE
222 RUSH LANDING RD
NOVATO, CA  94945

BRIGGS AND MORGAN P.A.
ATT: JOHN R. MCDONALD, ESQ.
2200 IDS CENTER, 80 S 8TH ST
MINNEAPOLIS, MN  55402

BROOKS WILKINS SHARKEY & TURCO, PLL
ATTN: PAULA A. HALL, ESQ.
401 S. OLD WOODWARD AVENUE, SUITE 4
BIRMINGHAM, MI  48009

BROWN & CONNERY, LLP
ATT: KENNETH J. SCHWEIKER, JR.
6 N BROAD ST, STE 100
WOODBURY, NJ  08096

BROWN & WHALEN, P.C.
ATT: RODNEY A. BROWN, ESQ.
700 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY  10017

BUCHALTER NEMER, PC
ATT: SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105

BURR & FORMAN LLP
ATT: D. C. CARSON & J. B. KIMBLE
420 N 20TH ST, STE 3400
BIRMINGHAM, AL  35203

BUSH FEYFERTH & PAIGE PLLC
ATT: SCOTT A. WOLFSON, ESQ.
3001 W BIG BEAVER RD, STE 600
TROY, MI  48084

BUSH SEYFERTH & PAIGE PLLC
ATT: SCOTT A. WOLFSON, ESQ.
3001 W. BIG BEAVER ROAD, SUITE 600
TROY, MI  48084

BUTZEL LONG, PC
ATTN: ROBERT SIDORSKY & E. FISHER
380 MADISON AVENUE
NEW YORK, NY  10017

BUTZEL LONG, PC
ATTN: T. RADOM & M. NEWMAN
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI  48304

BUTZEL LONG, PC
ATT THOMAS B RADOM & MAX J NEWMAN
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI  48304

CADWALADER, WICKERSHAM & TAFT LLP
ATT: JOHN J. RAPISARDI, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY  10281

CAMPBELL, O'BRIEN & MISTELE, P.C.
ATTN: ROBERT J. FIGA, ESQ.
100 W BIG BEAVER RD, STE 385
TROY, MI  48084

CANON U.S.A, INC.
ATTN: RUTH E. WEINSTEIN
ONE CANON PLAZA
LAKE SUCCESS, NY  11042

CAPLIN & DRYSDALE, CHARTERED
ATT: ELIHU INSELBUCH & RITA TOBIN
375 PARK AVE, 35TH FL
NEW YORK, NY  10152

CAPLIN & DRYSDALE, CHARTERED
P.V. LOCKWOOD, R. REINSEL, T SWETT
1 THOMAS CIRCLE
WASHINGTON, DC  20005

CARSON FISCHER, P.L.C.
J. FISCHER, L. LICHTMAN, P. KUKLA
4111 ANDOVER RD, W - 2ND FL
BLOOMFIELD HILLS, MI  48302

CARSON FISCHER, P.L.C.
ATT: C. A. GROSMAN & P. KUKLA
4111 ANDOVER RD, W - 2ND FL
BLOOMFIELD HILLS, MI  48302

CARSON FISCHER, P.L.C.
ATTN: JOSEPH M. FISCHER, ROBERT A.
4111 ANDOVER ROAD, WEST-2ND FLR
BLOOMFIELD HILLS, MI  48302

CHAPELL & ASSOCIATES, LLC
ATT: ALAN CHAPELL, CIPP
297 DRIGGS AVE, STE 3A
BROOKLYN, NY  11222

CHEMICO SYSTEMS
LEON C. RICHARDSON, PRESIDENT
10 W.HURON, SUITE 300
PONTIAC, MI  48342

CLARK HILL PLC
ATTN: ROBERT D. GORDON, ESQ.
151 S OLD WOODWARD AVE, STE 200
BIRMINGHAM, MI  48009

CLEARY GOTTLIEB STEEN & HAMILTON
ATT: JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLEARY GOTTLIEB STEEN & HAMILTON
ATT: SEAN A. O'NEAL, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLEARY GOTTLIEB STEEN & HAMILTON
ATT: DEBORAH M. BUELL, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLEARY GOTTLIEB STEEN & HAMILTON
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLEARY GOTTLIEB STEEN & HAMILTON
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLEARY GOTTLIEB STEEN & HAMILTON
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLIFFORD CHANCE US LLP
ATT: A. BROZMAN & S. CAMPBELL
31 WEST 52ND STREET
NEW YORK, NY  10019

J.L. SAFFER, P.C.
ATTN: JENNIFER L. SAFFER, ESQ.
20 VESEY STREET, 7TH FLOOR
NEW YORK, NY  10007

JENNER & BLOCK LLP
ATTN: PATRICK J. TROSTLE & HEATHER
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY  10022

JENNER & BLOCK LLP
ATTN: DANIEL R. MURRAY & JOSEPH P.
330 NORTH WABASH AVENUE
CHICAGO, IL  60611

JIM BARNARD CHEVROLET, INC.
ATT: ALLYN BARNARD, PRESIDENT
7107 BUFFALO ROAD
CHURCHVILLE, NY  14428

JOHNSTON BARTON PROCTOR & ROSE LLP
ATTN: MAX A. MOSELEY, ESQ.
569 BROOKWOOD VILLAGE
SUITE 901
BIRMINGHAM, AL  35209

K&L GATES LLP
ATT: J N RICH & E T MOSER, ESQS
599 LEXINGTON AVENUE
NEW YORK, NY  10022

KAYE SCHOLER LLP
ATT: R G SMOLEV & L ATTARD
425 PARK AVENUE
NEW YORK, NY  10022

KEATING MUETHING & KLEKAMP PLL
ATTN: JASON V. STITT, ESQ.
ONE EAST FOURTH STREET, SUITE 1400
CINCINNATI, OH  45202

KELLEY & FERRARO, L.L.P.
ATT: THOMAS M. WILSON, ESQ.
2200 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH  44114

KELLEY DRYE & WARREN LLP
D RETTER/P BRUZZESE-SZCZGIEL/J CHRI
101 PARK AVENUE
NEW YORK, NY  10178

KELLEY DRYE & WARREN, LLP
J. S CARR & J. A. BERGMAN, ESQS
101 PARK AVENUE
NEW YORK, NY  10178

KEM KREST
AMISH SHAH. CEO
1919 SUPERIOR ST.
ELKHART, IN  46515

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M  KENNEDY, ESQ.
113 UNIVERSITY PL 7TH FL
NEW YORK, NY  10003

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNICK, ESQ.
113 UNIVERSITY PL 7TH FL
NEW YORK, NY  10003

KENNEDY, JENNIK & MURRAY P.C.
ATTN: LARRY MAGARIK, ESQ.
113 UNIVERSITY PL 7TH FL
NEW YORK, NY  10003

KERR, RUSSELL AND WEBER, PLC
ATTN: JAMES E. DELINE, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI  48226

KERR, RUSSELL AND WEBER, PLC
ATT: P.WARREN HUNT, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI  48226

KILPATRICK & ASSOCIATES, P.C.
ATT: R. I. KILPATRICK & L. BAUGHMAN
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI  48326

KLEHR HARRISON HARVEY BRANZBURG
ATTY FOR MFR'S & TRADERS TRUST CO
260 S. BROAD STREET
PHILADELPHIA, PA  19102

KNAPP CHEVROLET
815 HOUSTON AVENUE
HOUSTON, TX  77007

KOHRMAN JACKSON & KRANTZ, PLL
ATT: JAMES W. EHRMAN, ESQ.
1375 EAST NINTH STREET
ONE CLEVELAND CENTER, 20TH FLOOR
CLEVELAND, OH  44114

KOTZ, SANGSTER, WYSOCKI & BERG, PC
ATTN: F. A. BERG & J. M. MACYDA, ES
400 RENAISSANCE CENTER, SUITE 3400
DETROIT, MI  48243

KRAMER LEVIN NAFTALIS & FRANKEL LLP
T. MAYER, K. ECKSTEIN, G. NOVOD
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

KUPELIAN ORMOND & MAGY, P.C.
ATT TERRANCE HILLER DAVID BLAU
25800 NW HIGHWAY SUITE 950
SOUTHFILED, MI  48075

LAMBERT LESER ISACKSON COOK GIUNTA
ATTN: SUSAN M. COOK, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI  48708

LAMBERT LESER ISACKSON COOK GIUNTA
ATTN: ADAM D. BRUSKI, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI  48708

LATHAM & WATKINS LLP
ATTY FOR ALLISON TRANSMISSION INC
885 THIRD AVENUE, SUITE 1000
NEW YORK, NY  10022

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATT: GABRIEL DEL VIRGINIA, ESQ.
641 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NY  10022

LAW OFFICES OF ROBERT E. LUNA, P.C.
ATT: ANDREA SHEEHAN, ESQ.
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX  75205

LAWRENCE JAY KRAINES, ESQ.
14235 DICKENS STREET,  SUITE 4
SHERMAN OAKS, CA  91423

LECLAIRRYAN P.C
ATT MICHAEL HASTINGS & MICHAEL CONW
830 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY  10022

LECLAIRRYAN, PC
ATT MICHAEL HASTINGS & MICHAEL CONW
830 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY  10022

LEONARD, STREET AND DEINARD, PA
ATTN: MATTHEW A. SWANSON, ESQ.
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPOLIS, MN  55402

LEONARD, STREET AND DEINARD, PA
ATTN: JACOB B. SELLERS, ESQ.
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPOLIS, MN  55402

LEVY RATNER P.C.
S HEPNER, R J BARBUR & R H STROUP
80 EIGHTH AVENUE, 8TH FLOOR
NEW YORK, NY  10011

LINEBARGER GOGGAN BLAIR & SAMPSON
ATT: ELIZABETH WELLER, ESQ.
2323 BRYAN STREET, SUITE 1600
DALLAS, TX  75201

LINEBARGER GOGGAN BLAIR & SAMPSON,
ATTN: DIANE W. SANDERS, ESQ.
2700 VIA FORTUNA DRIVE, SUITE 400
P.O. BOX 17428
AUSTIN, TX  78760

LOWENSTEIN SANDLER PC
M. ETKIN,  J TEELE, I LEVEE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY  10022

LOWENSTEIN SANDLER PC
M ETKIN, J TEELE, I LEVEE
65 LIVINGSTON AVENUE
ROSELAND, NJ  07068

MADDIN HAUSER WARTELL ROTH HELLER
ATTN: KATHLEEN H. KLAUS, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI  48034

MADDIN, HAUSER, WARTELL, ROTH & HEL
ATTN: MICHAEL S. LIEB, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI  48034

MATTA BLAIR, PLC
ATT: KELLIE M. BLAIR, ESQ.
4145 DUBLIN DRIVE, SUITE 100
BLOOMFIELD HILLS, MI  48302

MATTA BLAIR, PLC
ATT: STEVEN A. MATTA, ESQ.
4145 DUBLIN DRIVE, SUITE 100
BLOOMFIELD HILLS, MI  48302

MAZZEO SONG & BRADHAM LLP
ATTN: DAVID H. HARTHEIMER, ESQ
708 THIRD AVENUE, 19TH FLOOR
NEW YORK, NY  10017

MCCARTHY LEBIT CRYSTAL & LIFFMAN
ATTN: ROBERT R. KRACHT, ESQ.
101 WEST PROSPECT AVE, STE 1800
CLEVELAND, OH  44115

MCCARTHY LEBIT CRYSTAL & LIFFMAN CO
ATTN: KIMBERLY A. BRENNAN, ESQ.
101 W PROSPECT AVE STE 1800
CLEVELAND, OH  44115

MCGILL GOTSDINER WORKMAN & LEPP PC
ATT JANNICE M WOOLLEY ESQ
11404 W DODGE RD STE 500
OMAHA, NE  68154

MCKENNA LONG & ALDRIDGE LLP
ATT: CHRISTOPHER F. GRAHAM, ESQ.
230 PARK AVENUE
NEW YORK, NY  10169

MCKENNA LONG & ALDRIDGE LLP
ATT: JESSICA H. MAYES, ESQ.
230 PARK AVENUE, SUITE 1700
NEW YORK, NY  10169

MEYER, SUOZZI, ENGLISH & KLEIN, PC
ATT: HANAN B. KOLKO, ESQ.
1350 BROADWAY STE 501 / PO BOX 822
NEW YORK, NY  10018

MEYER, SUOZZI, ENGLISH & KLEIN, PC
E LOBELLO/A MARDER/J MAZER-MARINO
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY  11530

MEYER SUOZZI ENGLISH & KLEIN, P.C.
ATTY FOR PITNEY BOWES INC
1350 BROADWAY STE 501
PO BOX 822
NEW YORK, NY  10018

MICHAEL S. HOLMES, P.C.
ATT: MICHAEL S. HOLMES, ESQ.
8100 WASHINGTON AVENUE, SUITE 120
HOUSTON, TX  77007

MI ENVIRONMENT, RESOURCES, AGR DIV
ATTN: C. R. GILL, ASST ATTY GEN
525 W OTTAWA 6 FL GM WILLIAMS BLDG
P.O. BOX 30755
LANSING, MI  48909

MICHIGAN FUNDS ADMINISTRATION
7201 W. SAGINAW HWY, STE 110
LANSING, MI  48917

MICHIGAN WORKERS' COMP AGENCY
7150 HARRIS DR.
DIMONDALE, MI  48821

MICHIGAN WORKERS' COMP AGENCY
7150 HARRIS DRIVE
PO BOX 30016
LANSING, MI  48909

MIKE BARNARD CHEVROLET-CADILLAC
ATT: MICHAEL E. BARNARD, PRESIDENT
616 THAYER ROAD
FAIRPORT, NY  14450

MILLER JOHNSON
ATTN: ROBERT D. WOLFORD, ESQ.
250 MONROE AV NW STE 800/PO BOX 306
GRAND RAPIDS, MI  49501

MILLER JOHNSON
ATT THOMAS P. SARB, ESQ
250 MONROE AVE., STE 800
GRAND RAPIDS, MI  49501

MILLER CANFIELD PADDOCK & STONE
ATT: DONALD J. HUTCHINSON, ESQ.
150 W JEFFERSON AVE, SUITE 2500
DETROIT, MI  48226

MILLER CANFIELD PADDOCK & STONE
ATT: SUSAN I. ROBBINS, ESQ.
500 FIFTH AVENUE, SUITE 1815
NEW YORK, NY  10110

MILLER CANFIELD PADDOCK & STONE
ATTN: MARC N. SWANSON, ESQ.
150 W JEFFERSON AVE, SUITE 2500
DETROIT, MI  48226

MILLER, CANFIELD, PADDOCK AND STONE
ATT: TIMOTHY A. FUSCO, ESQ.
150 WEST JEFFERSON AVENUE
SUITE 2500
DETROIT, MI  48226

MINTZ LEVIN COHN FERRIS GLOVSKY PC
ATT: PAUL J. RICOTTA, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA  02111

MOORE & VAN ALLEN PLLC
ATT: CYNTHIA JORDAN LOWERY, ESQ.
40 CALHOUN ST, STE 300/PO BOX 22828
CHARLESTON, SC  29413

MORGAN, LEWIS & BOCKIUS LLP
ATTN: HOWARD S. BELTZER & EMMELINE
101 PARK AVENUE
NEW YORK, NY  10178

MORGAN, LEWIS & BOCKIUS LLP
ATTN: MICHAEL A. BLOOM & RACHEL JAF
1701 MARKET STREET
PHILADELPHIA, PA  19103

MORGAN, LEWIS & BOCKIUS LLP
ATTN: RICHARD S. TODER, ESQ.
101 PARK AVENUE
NEW YORK, NY  10178

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  ANDREW D GOTTFRIED, ESQ.
101 PARK AVENUE
NEW YORK, NY  10178

MORRISON COHEN LLP
ATT: J. T. MOLDOVAN & M. R. LAGO, E
909 THIRD AVENUE
NEW YORK, NY  10022

MOTLEY RICE LLC
J M GILBERT, J F RICE, J. A. BADEN
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC  29464

MUCH SHELIST DENENBERG AMENT & RUBE
ATT: COLLEEN E. MCMANUS, ESQ.
191 NORTH WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606

MUNSCH HARDT KOPF & HARR, P.C.
ATT: RAYMOND J. URBANIK, ESQ.
500 N AKARD ST/3800 LINCOLN PLZ
DALLAS, TX  75201

MYERS & FULLER, P.A.
ATT: RICHARD SOX, ESQ.
2822 REMINGTON GREEN CIRCLE
TALLAHASSEE, FL  32308

N.W. BERNSTEIN & ASSOCIATES, LLC
ATT: NORMAN W. BERNSTEIN, ESQ.
800 WESTCHESTER AVE, STE 319 N
RYE BROOK, NY  10573

NAHINS & GOIDEL, P.C.
B GOLDSTEIN ALTSCHULER & J CHANCAS
377 BROADWAY
NEW YORK, NY  10013

NELSON MULLINS RILEY & SCARBOROUGH
G CAUTHEN, L BARR, C CURRIE, ESQS
1320 MAIN ST 17TH FL/PO BOX 11070
COLUMBIA, SC  29201

NELSON MULLINS RILEY & SCARBOROUGH
ATT: PETER J. HALEY, ESQ.
ONE BOSTON PLACE
BOSTON, MA  02108

NEW YORK CITY DEPT. OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS ST- 3RD FLOOR
BROOKLYN, NY  11201

NEW YORK STATE DEPARTMENT OF LAW
ATT: MAUREEN F. LEARY
THE CAPITOL
ENVIRONMENTAL PROTECTION BUREAU
ALBANY, NY  12224

NEW YORK STATE DEPARTMENT OF LAW
ATT: SUSAN L. TAYLOR
THE CAPITOL
ENVIRONMENTAL PROTECTION BUREAU
ALBANY, NY  12224

OFFICE OF ATTORNEY GENERAL FOR PA
ATT C. MOMJIAN, SR DEPUTY ATTY GEN
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA  19107

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
120 BROADWAY
NEW YORK, NY  10271

OFFICE OF THE OHIO ATTORNEY GENERAL
ATT: LUCAS WARD, ESQ.
150 EAST GAY STREET, 21ST FLOOR
COLUMBUS, OH  43215

OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY  10004

OHIO ATTORNEY GENERAL
ATT: MICHELLE T. SUTTER
30 E. BROAD STREET, 25TH FL
ENVIRONMENTAL ENFORCEMENT SECTION
COLUMBUS, OH  43215

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: ROGER FRANKEL, ESQ
1152 15TH STREET, N.W
WASHINGTON, DC  20005

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: RICHARD H WYRON, ESQ.
1152 15TH STREET, N.W
WASHINGTON, DC  20005

ORRICK HERRINGTON & SUTCLIFFE LLP
L. MCGOWEN, A. ENGLUND, C. ROGERS
666 FIFTH AVENUE
NEW YORK, NY  10103

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: J. ANSBRO & C. ROGERS
666 FIFTH AVENUE
NEW YORK, NY  10103

ORUM & ROTH, LLC
ATTN: MARK D. ROTH, ESQ.
53 WEST JACKSON BOULEVARD
ATTY FOR NICOR GAS
CHICAGO, IL  60604

OTTERBOURG STEINDLER HOUSTON ROSEN
ATT: D. WALLEN AND J.N. HELFAT
230 PARK AVENUE
NEW YORK, NY  10169

OTTERBOURG STEINDLER HOUSTON ROSEN
D WALLEN, M CYGANOWSKI, J HELFAT
230 PARK AVENUE
STEVEN B. SOLL, ESQS.
NEW YORK, NY  10169

PARKER POE ADAMS & BERNSTEIN LLP
ATTN: KIAH T. FORD IV, ESQ.
401 S. TRYON STREET, SUITE 3000
THREE WACHOVIA CENTER
CHARLOTTE, NC  28202

PAUL WEISS RIFKIND WHARTON GARRISON
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

VALEO
MR. JACQUES ASCHENBROICH, CEO
43 RUE BAYEN
PARIS, FRANCE 75848

INDUSTRY CANADA, LEGAL SERVICES
ATT: ANNE BOUDREAU
235 QUEEN STREET
OTTAWA, ON K1A OH5, CANADA

JTEKT AUTOMOTIVE
MOTOHIKO YOKOYAMA, CEO
15TH FL MIDLAND SQ, 4-7-1 MEIEKI
NAKAMURA-KU, NAGOYA, JP 450-8515

OSLER, HOSKIN & HARCOURT LLP
1 FIRST CANADIAN PLACE, SUITE 6100
100 KING STREET WEST, STE 6100
TORONTO, ONTARIO M5X 1B8

PADDOCK CHEVROLET, INC.
ATT: DUANE PADDOCK, PRESIDENT
3232 DELAWARE AVENUE
KENMORE, NY  14217

PATTON BOGGS LLP
M. RICHMAN, M. SALZBER, M. IACHAN
1185 AVE OF THE AMERICAS 30TH FL
NEW YORK, NY  10036

PYEONG HWA AUTOMOTIVE CO., LTD.
DALSEO-GU
1032 DAECHEON-DONG
TAEGU, KOREA

DOW AUTOMOTIVE
MR. PETER SYKES, PRESIDENT
2-2-24 HIGASHI-SHINAGAWA
SHINAGAWA-KU, TOKYO 140-8617

CASSELS BROCK
ATT: MICHAEL WEINCZOK
40 KING STREET WEST
TORONTO, ON M5H 3C2 CANADA

NARMCO GROUP, ATTN: GARY KELLY
2575 AIRPORT ROAD
WINDSOR, ONTARIO N8W 1Z4

# Exhibit F

ROTHGERBER JOHNSON & LYONS LLP
ATTY FOR KONE INC.
ATTN: BRENT R. COHEN AND CHAD S. CABY
ONE TABOR CENTER
1200 SEVENTEENTH STREET
DOVER, CO  80202 - 5855
bcohen@rothgerber.com, ccaby@rothgerber.com

MCGUIREWOODS LLP
ATTORNEY FOR DOMINION RETAIL, INC
ATTENTION: DION W. HAYES
1345 AVENUE OF THE AMERICAS
7TH FLOOR
NEW YORK, NY  10105 - 0106
dhayes@mcguirewoods.com

CONLIN, MCKENNEY & PHILBRICK, P.C.
ATT: BRUCE N. ELLIOTT
ATTY FOR VAN-ROB, INC.
350 S. MAIN STREET, SUITE 400
ANN ARBOR, MI  48104
elliott@cmplaw.com

JEFF KLUSMEIER
ATTY FOR STATE OF MISSOURI
ATTN: ASSISTANT ATTORNEY GENERAL
PO BOX 899
JEFFERSON CITY, MO  65102
jeff.klusmeier@ago.mo.gov

SALTSMAN & WILLETT, P.S.C.
ATT: JAMES P. WILLETT, III
ATTY FOR MITSUBA CORP.
212 E STEPHEN FOSTER AVE, POB 327
BARDSTOWN, KY  40004
jpwiii@bardstowncable.net

KENNEDY, JENNIK & MURRAY P.C.
ATTN: LARRY MAGARIK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY  10003
lmagarik@kjmlabor.com

COUZENS, LANSKY, FEALK, ELLIS, ROEDER & LAZAR, P.C
ATTY FOR COMMERCIAL CONTRACTING CORPORATION
ATTN: MARK S. FRANKEL AND JERRY M. ELLIS
39395 W. TWELVE MILE ROAD, SUITE 200
FARMINGTON HILLS, MI  48331
mark.frankel@couzens.com

WARNER NORCROSS & JUDD LLP
ATTY FOR L. K. MACHINERY, INC.
ATTN: MICHAEL B. O'NEAL
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI  49503
moneal@wnj.com

EPSTEIN BECKER GREEN PC
ATTY FOR USF HOLLAND, INC
ATTN: PAUL TRAUB AND WENDY G. MARCARI
250 PARK AVENUE
NEW YORK, NY  10177 - 1211
ptraub@ebglaw.com, wmarcari@ebglaw.com

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
ATTY FOR RYOBI LTD. AND RYOBI DIE CASTING (USA), INC
ATTN: REIN F. KRAMMER
203 N. LASALLE STREET, SUITE 2500
CHICAGO, IL  60601 - 1262
rkrammer@masudafunai.com

POLSINELLI SHUGHART PC
ATT: CHRISTOPHER A. WARD
ATTY FOR ERNIE GREEN INDUSTRIES, INC.
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE  19801
cward@polsinelli.com

LAWRENCE P. EAGEL(LE4505)
BRAGAR WEXLER EAGEL & SQUIRE, PC
LOCAL COUNSEL FOR COUNTY OF BASTROP, ET AL.
885 THIRD AVENUE, SUITE 3040
NEW YORK, NY  10022
eagel@bragarwexler.com

ASSISTANT ATTORNEY GENERAL
ATTY FOR STATE OF ILLINOIS
ATTN: JAMES D. NEWBOLD
100 W. RANDOLPH STREET
CHICAGO, IL  60601
James.Newbold@illinois.gov

DANN PECAR NEWMAN & KLEIMAN, P.C.
ATTY FOR UNITED REMC
ATTN: JAMES P. MOLOY
ONE AMERICAN SQUARE, SUITE 2300
INDIANAPOLIS, IN  46282
jmoloy@dannpecar.com

NEBRASKA ATTORNEY GENERAL'S OFFICE
ATTY FOR STATE OF NEBRASKA
ATTN: LESLIE C. LEVY / ANTI-TRUST DIVISION
2115 STATE CAPITOL BUILDING
LINCOLN, NE  68509
leslie.levy@nebraska.gov

OFFICE OF THE CALIFONIA ATTORNEY GENERAL SUPERVISING DEPUTY ATTORNEY G
ATTY FOR STATE OF CALIFORNIA
ATTN: MARGARITA PADILLA
1515 CLAY STREET , 20TH FLOOR
P.O BOX 70550
OAKLAND, CA  94612 - 0550
Margarita.Padilla@doj.ca.gov

NEDELMAN GLOETZNER, PLLC
ATTY FOR LOGISTICS INSIGHT CORP.
ATTN: MICHAEL A. NEDELMAN
28580 ORCHARD LAKE ROAD, SUITE 140
FARMINGTON HILLS, MI  48334
mnedelman@nglegal.com

AKIN GUMP STRAUSS HAUER & FIELD LLP
ATTENTION: PHILIP C. DUBLIN
ONE BRYANT PARK
NEW YORK, NY  10036
pdublin@akingump.com

EPSTEIN BECKER GREEN PC
ATTY FOR YRC WORLDWIDE INC
ATTN: PAUL TRAUB & WENDY G. MARCARI
250 PARK AVENUE
NEW YORK, NY  10177 - 1211
ptraub@ebglaw.com, wmarcari@ebglaw.com

DORSEY & WHITNEY LLP
ATTORNEY FOR ENTERGY MISSISSIPPI, INC
ATTENTION: ERIC LOPEZ SCHNABEL
250 PARK AVENUE
NEW YORK, NY  10177
schnabel.eric@dorsey.com

MCGUIREWOODS LLP
ATTORNEY FOR DOMINION RETAIL, INC
ATTENTION: SHAWN R. FOX
1345 AVENUE OF THE AMERICAS
7TH FLOOR
NEW YORK, NY  10105 - 0106
sfox@mcguirewoods.com

MCDONALD HOPKINS PLC
ATTY FOR SWAGELOK COMPANY
ATTN: STEPHEN M. GROSS
39533 WOODWARD AVE., STE. 318
BLOOMFIELD HILLS, MI  48304
sgross@mcdonaldhopkins.com

THE COLEMAN LAW FIRM
ATT: ELIZABETH RICHERT, STEVE JAKUBOWSKI
ATTY FOR CALLIN CAMPBELL, KEVIN JUNSO, JOSEPH BERLINGIERI, ET AL
77 WEST WACKER DR., SUITE 4800
CHICAGO, IL  60601
sjakubowski@colemanlawfirm.com

STEVE JAKUBOWSKI, ELIZABETH RICHERT
THE COLEMAN LAW FIRM
77 WEST WACKER DR., SUITE 4800
CHICAGO, IL  60601
sjakubowski@colemanlawfirm.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNIK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY  10003
sjennik@kjmlabor.com

BLANK ROME LLP
ATTY FOR CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, ON BEHALF OF ITSEL
ATTN: STANLEY B. TARR AND REGINA STANGO KELBON
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY  10174 - 0208
Tarr@blankrome.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M  KENNEDY, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY  10003
tmurray@kjmlabor.com

FRANTZ WARD LLP
ATTY FOR YRC WORLDWIDE
ATTN JOHN F. KOSTELNIK, MATTHEW H. MATHENEY & TIMOTHY J. RICHARDS
2500 KEY CENTER, 127 PUBLIC SQUARE
CLEVELAND, OH  44114 - 1230
trichards@frantzward.com, jkostelnik@frantzward.com, mmatheney@frantzward.com,

MANELLI DENISON & SELTER PLLC
YOSHIHIRO SAITO
2000 M STREET, NW 7TH FLOOR
WASHINGTON, DC  20036 - 3307
ysaito@mdslaw.com

MORGAN LEWIS & BOCKUS LLP
WENDY S WALKER
101 PARK AVE
NEW YORK, NY  10178
wwalker@morganlewis.com

BUSH SEYFERTH & PAIGE LLC
ATTN: SCOTT A. WOLFSON
3001 WEST BIG BEAVER ROAD
SUITE 600
TROY, MI 48084
wolfson@bsplaw.com

D.W. GRIFFITH
100 PHILA PIKE
SUITE B
WILMINGTON, DE  19809
wilmardon@aol.com

TROYS LLP
WILIAM F. GRAY, JR.
237 PARK AVE
NEW  YORK, NY  10017
wgray@torys.com

THOMAS M. SERPA
THE MATHWORKS
3 APPLE HILL DRIVE
NATICK, MA  01760
tserpa@mathworks.com

TODD E. LEATHERMAN
ATTY FOR STATE OF KENTUCKY
ATTN: ASSISTANT ATTORNEY GENERAL
1024 CAPITAL CENTER DRIVE
FRANFORT, KY  40601
todd.leatherman@ag.ky.gov

MCDONALD HOPKINS PLC
ATTY FOR COUNSEL TO COMAU, INC
ATTN: THOMAS K. LINDAHL
39533 WOODWARD AVE., SUITE 318
BLOOMFIELD HILLS, MI  48304
tlindahl@mcdonaldhopkins.com

PAUL, HASTINGS, JANOFSKY & WALKER LLP
THOMAS L KENT
PARK AVENUE TOWER
75 EAST 55TH STREET
NEW YORK, NY  10022
thomaskent@paulhastings.com

INDUSTRIAL TRANSPORT
TED E CRAWFORD
CHIEF FINANCIAL OFFICER
2330 EAST 79TH STREET
CLEVELAND, OH  44104
tcrawford@industrialtransport.com

MICHAEL BEST & FRIEDRICH LLP
ATTORNEY FOR JEFFERSON WELLS INTERNATIONAL, INC.
TONYA A. TRUMM
100 EAST WISCONSIN AVENUE, SUITE 3300
MILWAUKEE, WI  53202 - 4108
tatrumm@michaelbest.com

BUTZEL LONG, A PROFESSIONAL CORPORATION
ATTORNEY FOR GILL INDUSTRIES
ATTENTION: ROBERT SIDORSKY
380 MADISON AVE.
22ND FLOOR
NEW YORK, NY  10017
sidorsky@butzel.com

STEINBURG, SHAPRIO & CLARK
ATTN: MARK H. SHAPIRO
24901 NORTHWESTERN HIGHWAY
SUITE 611
SOUTHFIELD, MI  48075
shapiro@steinbergshapiro.com

DAVIS & GILBERT LLP
ROBERT D GORDON
CLARK HILL PLC
151 S OLD WOODWARD AVE
STE 200
BIRMINGHAM, MI  48009
rgordon@clarkhill.com

MEYER, SUOZZI, ENGLISH & KLEIN, PC
151 S OLD WOODWARD AVE
SUITE 200
BIRMINGHAM, MI  48009
rgordon@clarkhill.com

BAKER & HOSTETLER LLP
ATTN: RICHARD J. BERNARD
45 ROCKEFELLER PLAZA
NEW YORK, NY  10111
rbernard@bakerlaw.com

DILWORTH PAXON LLP
MARTIN J WEIS
1500 MARKET ST SUITE 3500E
PHILADELPHIA, PA  19102 - 2101
mweis@dilworthlaw.com

RACINE & ASSOCIATES
MARIE T RACINE
211 W FORT ST STE 500
DETROIT, MI 48226
mracine@racinelaw.us

LATHAM & WATKINS LLP
MITCHELL SEIDER
885 THIRD AVE
NEW YORK, NY  10022 - 4802
mitchell.seider@lw.com

KILPATRICK & ASSOCIATES, P.C.
ATTN: MICHAEL G. CRUSE
WARNER NORCROSS & JUDD, LLP
2000 TOWN CENTER
SUITE 2700
SOUTHFIELD, MI  48075
mcruse@wnj.com

MATTHEW F. FITZSIMMONS
ATTY FOR STATE OF CONNECTICUT
ATTN: ASSISTANT ATTORNEY GENERAL
110 SHERMAN STREET
HARTFORD, CT  06105
matthew.fitzsimmons@po.state.ct.us

REGIONAL COUNSEL
ATTORNEY FOR GENSLER ARCHITECTURE, DESIGN & PLANNING, PC
ATTENTION: MARK A. WAITE
ONE WOODWARD AVENUE
SUITE 601
DETROIT, MI  48226
mark_waite@gensler.com

REIN F KRAMMER
MASUDA, FUNAI, EIFERT & MITCHELL, LTD
203 LASALLE ST
SUITE 2500
CHICAGO, IL  60601 - 1262
rkrammer@masudafunai.com

FOLEY & LARDNER LLP
ROBERT D. GORDON
CLARK HILL PLC
151 S OLD WOODWARD AVE, STE 200
BIRMINGHAM, MI  48009
rgordon@clarkhill.com

PHILLIPS LYTLE LLP
ATTN: ROBERT D GORDON
CLARK HILL PLLC
151 S OLD WOODWARD AVENUE
SUITE 200
BIRMINGHAM, MI  48009
rgordon@clarkhill.com

JAFFE RAITT HEUER & WEISS PC
ATTN: PAUL R HAGE
27777 FRANKLIN ROAD
SUITE 2500
SOUTHFIELD, MI  48034
phage@jaffelaw.com

MICHAEL P SHUSTER
PORT WRIGHT MORRIS & ARTHUR LLP
925 EUCLID AVE
SUITE 1700
CLEVELAND, OH  44115 - 1483
mshuster@porterwright.com

VARNUM LLP
ATTY FOR BHM TECHNOLOGIES HOLDINGS, INC., THE BROWN COMPANY OF
WAVERLY
ATTN: MARY KAY SHAVER
BRIDGEWATER PLACE
P. O. BOX 352
GRAND RAPIDS, MI  49501 - 0352
mkshaver@varnumlaw.com

DICKINSON WRIGHT PLLC
MICHAEL C HAMMER
500 WOODWARD AVE
SUITE 4000
DETROIT, MI  48226
mhammer@dickinsonwright.com

DAVIS & GILBERT LLP
MILES BAUM
1740 BROADWAY
NEW YORK, NY  10017
mbaum@dglaw.com

HUSCH BLACKWELL SANDERS LLP
ATTN: MARSHALL TURNER
190 CARONDELET PLAZA
SUITE 600
SAINT LOUIS, MO  63105
marshall.turner@huschblackwell.com

MARK G LEDWIN
WILSON, FISHER, MOSKOWITZ, EDELMAN, & DICKER LLP
3 GANNETT DR
WHITE PLAINS, NY  10604
mark.ledwin@wilsonelser.com

DLA PIPER LLP
ATTY FOR GENERAL PHYSICS CORPORATION AND GP STRATEGIES
CORPORATION
ATTN: MARK J. FRIEDMAN
THE MARBURY BUILDING
6225 SMITH AVENUE
BALTIMORE, MD 21209
mark.friedman@dlapiper.com

DLA PIPER LLP (US)
ATTY FOR GENERAL PHYSICS CORPORATION AND GP STRATEGIES
CORPORATION
ATTN: MARK J. FRIEDMAN
1251 AVENUE OF THE AMERICAS
NEW YORK, NY  10020 - 1104
mark.friedman@dlapiper.com

COUZENS, LANSKY, FEALK, ELLIS, ROEDER & LAZAR, P.C.
MARK S. FRANKEL
39395 W TWELVE MILE RD
STE 200
FARMINGTON HILLS, MI  48331
mark.frankel@couzens.com

HOWARD & HOWARD ATTORNEYS, PPLC
ATTY FOR PLASTIC OMNIUM AUTO EXTERIORS, L.L.C., PLASTIC OMNIUM AUTO
EX
ATTN: LISA S. GRETCHKO
450 WEST FOURTH STREET
ROYAL OAK, MI  48067
LGretchko@HowardandHoward.com

HOWARD & HOWARD ATTORNEYS, PPLC
ATTY FOR LLOYD A. GOOD, JR.
ATTN: LISA S. GRETCHKO
450 WEST FOURTH STREET
ROYAL OAK, MI  48067
LGretchko@HowardandHoward.com

WINDELS MARX LANE & MITTENDORF, LLP
ATTY FOR PLASTIC OMNIUM AUTO EXTERIORS, L.L.C., PLASTIC OMNIUM AUTO
EX
ATTN: LESLIE S. BARR
156 WEST, 56TH STREET
NEW YORK, NY  10019
lbarr@windelsmarx.com

SHELDON S. TOLL PLLC
SHELDON S TOLL
2000 TOWN CENTER, SUITE 2100
SOUTHFIELD, MI  48075
lawtoll@comcast.net

MORRIS JAMES LLP
JEFFREY R WAXMAN
500 DELEWARE AVE
STE 1500
WILMINGTON, DE  19899 - 2306
jwaxman@morrisjames.com

AQUENT LLC
711 BOYLSTON STREET
ATTN: JOHN PUSTELL
BOSTON, MA  02116  0000
jpustell@aquent.com

JOHN PUSTELL
VP AND CONTROLLER NORTH AMERICA
711 BOYLSTON STREET
BOSTON, MA  02116
jpustell@aquent.com

DICKINSON WRIGHT PLLC
MICHAEL C HAMMER
500 WOODWARD AVE
SUITE 4000
DETROIT, MI  48226
jplemmons@dickinsonwright.com

CALFEE, HALTER & GRISWOLD LLP
JAMES M LAWNICZAK, NATHAN A. WHEATLEY
800 SUPERIOR AVENUE SUITE 1400
KEYBANK CENTER, SUITE 1400
CLEVELAND, OH  44114
jlawniczak@calfee.com

WOLLMUTH MAHER & DEUTSCH LLP
ATTORNEY FOR SAGINAW LLC AND BRAZING CONCEPTS LLC
ATTENTION: JAMES N. LAWLOR
ONE GATEWAY CENTER,
NINTH FLOOR
NEWARK, NJ  07102
jlawlor@wmd-law.com

FRANTZ WARD LLP
ATTY FOR USF HOLLAND, INC
ATTN: JOHN F. KOSTELNIK , MATTHEW H. MATHENEY& TIMOTHY J. RICHARDS
2500 KEY CENTER, 127 PUBLIC SQUARE
CLEVELAND, OH  44114 - 1230
jkostelnik@frantzward.com, mmatheney@frantzward.com, trichards@frantzward.com

KLESTADT & WINTERS LLP
ATT JOHN E JURELLER, JR
292 MADISON AVENUE, 17TH FLOOR
NEW YORK, NY  10017
jjureller@klestadt.com

CLARK HILL PLC
ATTN: JOEL D. APPLEBAUM
151 S. OLD WOODWARD AVENUE
SUITE 200
BIRMINGHAM, MI  48603 - 0289
japplebaum@clarkhill.com

MICHAEL J DUVERNAY
1800 FRUIT STREET
ALGONAC, MI  48001
info@auto-craft.com

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
IVAN M GOLD
THREE EMBARCADERO CENTER 12TH FLOOR
SAN FRANCISCO, CA  94111 - 4074
igold@allenmatkins.com

AL FANNIN
hafannin@att.net

WARNER NORCROSS & JUDD LLP
ATTN: GORDON J. TOERING
900 FIFTH THIRD CENTER
111 LYON STREET NW
GRAND RAPIDS, MI  49503
gtoering@wnj.com

KEMP KLEIN LAW FIRM
ATTY FOR CUSTOM AUTOMOTIVE SERVICE, INC.
ATTN: GLORIA M. CHON, NORMAN D. ORR
201 W. BIG BEAVER
SUITE 600
TROY, MI  48084
gloria.chon@kkue.com

KEMP KLIEN LAW FIRM
ATTN: GLORIA M CHON
201 W BIG BEAVER
SUITE 600
TROY, MI  48084
gloria.chon@kkue.com

KRONCKE, DARCANGELO SUTTER AND FUREY
GERALD L. MILLS
ATTY FOR THREAD INFORMATION DESIGN, INC.
2255 WEST LASKEY ROAD
TOLEDO, OH  43613
gerald.mills@bex.net

EMMET, MARVIN & MARTIN, LLP
EDWARD P. ZUJKOSWKI
120 BROADWAY
NEW YORK, NY  10271
ezujkowski@emmetmarvin.com

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN:  ERIC R MARKUS, NANCY L. MANZER, ESQ.
1875 PENNSVLANIA AVE NW
WASHINGTON, DC  20006
eric.markus@wilmerhale.com

ALLARD & FISH
ATTN: ELIZABETH K. FLAAGAN
FAEGRE & BENSON LLP
3200 WELLS FARGO CENTER
1700 LINCOLN CENTER
DENVER, CO  80203
eflaagan@faegre.com

KILPATRICK & ASSOCIATES, P.C.
ATTN: RICHARDO I. KIRKPATRICK
903 NORTH OPDYKE ROAD
SUITE C
AUBURN HILLS, MI  48326
ecf@kaalaw.com

MCALPINE & ASSOCIATES, P.C.
DON W. BELVINS
3201 UNIVERSITY DR, SUITE 100
AUBURN HILLS, MI  48326
dwblevins@mcalpinelawfirm.com

REED SMITH LLP
ATTN: DEBRA S. TURETSKY
599 LEXINGTON AVENUE
28TH FLOOR
NEW YORK, NY  10022
dturetsky@reedsmith.com

DAVIDOFF MALITO
ATTY FOR HAGEMEYER, N.A
ATTN: DAVID WANDER
605 THIRD AVENUE , 34TH FLOOR
NEW YORK, NY  10158
dhw@dmlegal.com

DANIEL J FLANIGAN
POLSINELLI SHUGHART PC
7 PENN PLAZA
SUITE 600
NEW YORK, NY  10001
dflanigan@polsinelli.com

MARSHALL MELHORN, LLC
ATTORNEY FOR FLUID ROUTING SOLUTIONS, INC.
ATTENTION: MELISSA DETRICK
FOUR SEAGATE, EIGHTH FLOOR
TOLEDO, OH  43604 - 2638
detrick@marshall-melhorn.com

ELIAS GROUP, LLP
ATTORNEY FOR SEVERN TRENT DEL INC.
ATTENTION: DAN ELIAS
411 THEODORE FREMD AVENUE
SUITE 102
RYE, NY  10580
delias@eliasgroup.com

THOMPSON & KNIGHT LLP
DAVID M BENNETT
1722 ROUTH ST
STE 1500
DALLAS, TX  75201
david.bennett@tklaw.com

ROBINSON CURPHEY & O'CONNELL
W DAVID ARNOLD
FOUR SEAGATE, NINETH FLOOR
TOLDEO, OH  43604
darnold@rcolaw.com

JULIUS O. CURLING & KATHLEEN A. GARDINER, ASST ATTORNEYS GENERAL
DEPARTMENT OF THE TREASURY OF THE STATE OF MICHIGAN
REVENUE DIVISION
3030 W. GRAND BLVD STE 10-220
DETROIT, MI  48202
curlingj@michigan.gov,gardinerk@michigan.gov

RJ LANDAU PARTNERS, PLLC
ATTN:  CHRISTOPHER A MERRITT
5340 PLYMOUTH RD
STE 200
ANN ARBOR, MI  48105
cmerritt@rjlps.com

QUARLES & BRADY LLP
CHRISTOPHER COMBEST
300 N LASALLE ST
STE 4000
CHICAGO, IL  60654
christopher.combest@quarles.com

BODMAN LLP
ATTORNEY FOR FREUDENBERG-NOK GENERAL PARTNERSHIP; FREUDENBERG-
NOK,
INC; FREUDENBERG-NOK DE MEXICO, S.A. DE C.V.;Q
ATTENTION: COLIN T. DRAKE
1901 ST. ANTOINE STREET, 6TH FLOOR AT FORD FIELD
DETROIT, MI  48026
cdarke@bodmanllp.com

TODD A BURGESS
GREENBERG TRAURIG, LLP
2375 CAMELBACK RD
SUITE 700
PHEONIX, AZ  85016
burgesst@gtlaw.com

SCNADER HARRISON SEGAL & LEWIS LLP
ATTN: BENJAMIN P. DEUTSCH
140 BROADWAY
SUITE 3100
NEW YORK, NY  10005
bdeutsch@schnader.com

ROBERT N BASSEL
PO BOX T
CLINTON, MI  49326
bbassel@gmail.com

BRAD BARRETT
545 OLD PEACHTREE ROAD
SUWANEE, GA  30024 - 2944
bbarrett@maxxis.com

ADINA H. ROSENBAUM, ALLISON M. ZIEVE
PUBLIC CITIZEN LITIGATION GROUP
1600 20TH STREET NW
WASHINGTON, DC  20009
arosenbaum@citizen.org

PUBLIC CITIZEN LITIGATION GROUP
ATTN: ADINA ROSENBAUM & ALLISON M ZIEVE
ATTY FOR CENTER FOR AUTO SAFETY, CONSUMER ACTION, ET AL
1600 20TH ST NW
WASHINGTON, DC  20009
AROSENBAUM@CITIZEN.ORG

CROSS & SIMON, LLC
ATTORNEY FOR FOSTER ELECTRIC CO. LTD.
ATTENTION: AMY E. EVANS, ESQ.
913 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DE  19801
aevans@crosslaw.com

DAY PITNEY LLP
ATTN: AMISH R. DOSHI
7 TIMES SQUARE
NEW YORK, NY  10036
adoshi@daypitney.com

# Exhibit G

YABLONSKY & ASSOCIATES, LLC
ATTY FOR GABRIEL YZARRA
ATTN: DANIEL J. YABLONSKY, ESQ.
1430 ROUTE 23 NORTH
WAYNE, NY  07470
(973) 686-3801

OHIO ASSISTANT ATTORNEY GENERAL
ATTY FOR OHIO DEPARTMENT OF PUBLIC SAFETY
ATTN: RONN ROSENBLUM
150 EAST GAY STREET, 21ST FL
COLUMBUS, OH  43215
(877) 591-5768

ELIZABETH BANDA
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.P.,
SBN:24012238
4025 WOODLAND PARK BLVD., SUITE 300
ARLINGTON, TX  76013
(817) 860-6509

ROPES & GRAP LLP
ATTY FOR CROSS COUNTRY MOTOR CLUB OF CALIFORNIA, INC.
ATTN : JAMES M. WILTON & JAMES A. WRIGHT III
ONE INTERNATIONAL PLACE
BOSTON, MA  02110 - 2624
(617) 951-7050

MICHAEL G. GALLACHER, ESQUIRE
436 JEFFERSON AVENUE
SCRANTON, PA  18510
(570) 961-3242

OFFICE OF THE COUNTY COUNSEL- COUNTY OF SANTA CLARA
ANN MILLER RAVEL, COUNTY COUNSEL
NEYSA A. FLIGOR, DEPUTY COUNTY COUNSEL
70 WEST HEDDING STREET, EAST WING, NINTH FLOOR
SAN JOSE, CA  95110
(408) 292-7240

QUARLES & BRADY LLP
ATTY FOR MODINE MANUFACTURING COMPANY
ATTN: CHRISTOPHER COMBEST
300 NORTH LASALLE STREET SUITE 4000
CHICAGO, IL  60654
(312) 715-5155

PHILLIPS, GOLDMAN & SPENCE , P.A
ATTY FOR GLENN & ANGELA URQUHART AS TRUSTEE OF CERTAIN TRUST FOR THE
ATTN: STEPHEN W. SPENCE, ESQ.
1200 N. BROOM STREET
WILMINGTON, DE  19806
(302) 655-4210

DRINKER BIDDLE & REATH LLP
ATTY FOR PENSKE LOGISTICS AUTOMOTIVE COMPONENT CARRIER LLC
ATTN: ANDREW C. KASSNER AND DAVID B. AARONSON
18TH & CHERRY STREETS
PHILADELPHIA, PA  19103
(215) 988-2757

HANGLEY ARONCHICK SEGAL & PUBLIN
ATTY FOR NCR CORPORATION
ATTN: MATTHEW A. HAMERMESH AND JOSEPH A. DWORETZKY
ONE LOGAN SQUARE, 27TH FLOOR
PHILADELPHIA, PA  19103
(215) 568-0300

GEOFFREY S. WAY, CHIEF COUNSEL
TODD M. BAILEY, TAX COUNSEL IV
CALIFORNIA FRANCHISE TAX BOARD
P.O. BOX 1720, MS:A-260
RANCHO CORDOVA, CA  95741 - 1720
(916) 855-5607

OHIO ASSISTANT ATTORNEY GENERAL
ATTY FOR BUREAU OF MOTOR VEHICLES
ATTN: JOHN PATTERSON
30 EAST BROAD STREET, 26TH FL
COLUMBUS, OH  43215
(866) 400-4889

LAW FIRM OF RUSSELL R. JOHNSON III, PLC
ATTY FOR CENTERPOINT ENERGY SERVICES, INC
ATTN: RUSSELL R. JOHNSON III, ESQ. AND JOHN M. MERRITT, ESQ.
2258 WHEATLANDS DRIVE
MANAKIN-SABOT, VA  23103
(804) 749-8862

HARTER SECREST & EMERY LLP
ATTY FOR ULTRALIFE CORPORATION
ATTN: JOHN R. WEIDER, RAYMOND L. FINK, INGRID SCHUMANN PALERMO
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY  14604
(585) 232-2152

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR SHREVEPORT RED RIVER UTILITIES, LLC
ATTN: JIL MAZER-MARINO AND THOMAS R. SLOME
990 STEWART AVENUE
SUITE 300  P.O. BOX 9194
GARDEN CITY, NY  11530 - 9194
(516) 741-6706

ALSTON & BIRD LLP
ATTY FOR BUEHLER MOTOR GMBH
ATTN J. WILLIAM BOONE
ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA  30309 - 3424
(404) 881-7777

PHILLIPS, GOLDMAN & SPENCE , P.A
ATTY FOR GLENN & ANGELA URQUHART AS TRUSTEE OF CERTAIN TRUST FOR THE
ATTN: JOHN C. PHILLIPS
1200 N. BROOM STREET
WILMINGTON, DE  19806
(302) 655-4210

BUTZEL LONG, A PROFESSIONAL CORPORATION
ATTORNEYS FOR TRAFFIC MARKETPLACE, INC.
ATTN: THOMASS; MAX JONATHAN NEWMAN
41000 WOODWARD AVENUE
STONERIDGE WEST
BLOOMFIELD HILLS, MI  48304
(248) 258-1439

BAZELON LESS & FELDMAN, P.C
ATTY FOR ESIS, INC
ATTN: JEFFREY A. LESS, ESQUIRE AND JENNIFER L. HOAGLAND, ESQUIRE
HELEN HEIFETS, ESQUIRE
1515 MARKET ST., SUITE 700
PHILADEPHIA, PA  19102
(215) 568-9319

MUNSCH HARDT KOPF & HARR, P.C.
ATTY FOR ATMOS ENERGY MARKETING , LLC AND ATMOS ENERGY CORP.
ATTN: JOE E. MARSHALL & MATTHEW J. GOLD
3800 LINCOLN PLAZA
500 N. AKARD STREET
DALLAS, TX  75201 - 6659
(214) 978-4365

KLEINBERG, KAPLAN, WOLF & COHEN, P.C
ATTY FOR ATMOS ENERGY MARKETING ,LLC AND ATMOS ENERGY CORP
ATTN: JAMES M. WILTON & JAMES A. WRIGHT III
551 FIFTH AVENUE
NEW YORK, NY  10176
(212) 986-8866

WASSERMAN GRUBIN & ROGERS, LLP
ATTY FOR ESIS, INC
ATTN: ANDREW K. LIPETZ
1700 BROADWAY, 42ND FLOOR
NEW YORK, NY  10019
(212) 956-5255

WASSERMAN GRUBIN & ROGERS, LLP
ATTY FOR ACE AMERICA INSURANCE COMPANY,ET AL
ATTN: ANDREW K. LOPETZ, ESQUIRE
1700 BROADWAY, 42ND FLOOR
NEW YORK, NY  10019
(212) 956-5255

INGRAM YUZEK GAINEN CARROLL &BERTOLOTTI, LLP
ATTY FOR SHEPARDSON STERN & KAMINSKY, LLC
ATTN: DAVID G. EBERT
250 PARK AVENUE, 6TH FLOOR
NEW YORK, NY  10177
(212) 907-9681

SIDLEY AUSTIN LLP
ATTY FOR WHITE MARSH/MEPHIS SECURED LENDERS
ATTN: TERESA H. CHAN
787 SEVENTH AVENUE
NEW YORK, NY  10019
(212) 839-5599

RICHARDS KIBBE & ORBE LLP
ATTY FOR AVERITT EXPRESS INC,
ATTN; MICHAEL FRIEDMAN & KEITH N. SAMBUR
ONE WORLD FINANCIAL CENTER
NEW YORK, NY  10281
(212) 530-1801

J. TED DONOVAN, ESQ.
ATTY FOR ARLINGTON ISD, ET AL.
GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
1501 BROADWAY, 22ND FLOOR
NEW YORK, NY  10036
(212) 422-6836

BERT S. AND NANCY CRANE
BERT CRANE RANCHERS
5500 SOUTH BEAR CREEK SRIVE
MERCED, CA  95340
(209) 722-8803

FLORIDA ATTORNEY GENERAL BILL MCCOLLUM
ATTY FOR STATE OF FLORIDA
ATTN: RUSSELL S. KENT AND ASHLEY E. DAVIS
OFFICE OF ATTORNEY GENERAL
PL-01, THE CAPITOL
TALLAHASSEE, FL  32399 - 1050
(850) 488-9134

# Exhibit H

A. DESTEFF
72 CIRCLE DR
PATCHOGUE, NY 11772

ABDUL R KIWAN &
NAJIEH M KIWAN TEN ENT
707 JACKSON BLVD
BEL AIR, MD 21014

ADRIENNE & HOWARD GOLDNER
2847 LEXINGTON LANE
HIGHLAND PARK, IL 60035

ADVANCEMENT LLC
32200 SOLON ROAD
SOLON, OH 44139

AGOSTO EDWIN
AGOSTO, EDWIN
445 PARK AVE FL 10
2600 BUHL BUILDING
NEW YORK, NY 10022

AH. ROSENBAUM, A M. ZIEVE
PUBLIC CITIZEN LITIGATION GROUP
1600 20TH STREET NW
WASHINGTON, DC 20009

AKIN GUMP STRAUSS HAUER & FIELD LLP
ATTENTION: PHILIP C. DUBLIN
ONE BRYANT PARK
NEW YORK, NY 10036

ALBERT L BURDICK
4232 COUNTY RD 18
CANANDAGUIA, NY 14424

ALLARD & FISH
ATTN: ELIZABETH K. FLAAGAN
3200 WELLS FARGO CENTER
1700 LINCOLN CENTER
DENVER, CO 80203

ALLARD & FISH, P.C.
ATTN: DEBORAH L. FISH
535 GRISWOLD
2600 BUHL BUILDING
DETROIT, MI 48226

ALLEN MATKINS LECK GAMBLE ET AL
IVAN M GOLD
THREE EMBARCADERO CENTER 12TH FLOOR
SAN FRANCISCO, CA 94111

ALSTON & BIRD LLP
ATTN: DENNIS J. CONNOLLY
1201 WEST PEACHTREE STREET
ONE ATLANTIC CENTER
ATLANTA, GA 30309

ALSTON & BIRD LLP
ATTY FOR BUEHLER MOTOR GMBH
1201 WEST PEACHTREE STREET
ONE ATLANTIC CENTER
ATLANTA, GA 30309

ALSTON & BIRD LLP
J. WILLIAM BOONE
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309

ALSTON & BIRD LLP
ATTORNEY FOR AUTOLIV ASP, INC.
90 PARK AVENUE
NEW YORK, NY 10016

ALSTON & BIRD LLP
J. William Boone
1201 West Peachtree Street
One Atlantic Center
Atlanta, GA 30309

ALSTON & BIRD LLP
J. William Boone
90 Park Avenue
New York, NY 10016

ALVA CARLSON EHLERS TTEE
1401 LOCHEDEM
U/A DTD 9-19-90
STORM LAKE, IA 50588

ANDREW C GOLD
FOLEY & LARDNER LLP
2 PARK AVE
NEW YORK, NY 10016

Andrew M. Corsini
181 Circuit Drive
North Kingstown, RI 22852

AQUENT LLC
711 BOYLSTON STREET
ATTN: JOHN PUSTELL
BOSTON, MA 02116

ARENT FOX LLP
Mary Joanne Dowd
1050 connecticut Avenue, NW
Washington, DC 20036

ARMSTRONG TEASDALE, LLP
ATTN DAVID L. GOING, ESQ.
ONE METROPOLITAN SQUARE, SUITE 2600
ST. LOUIS, MO 63102

ARNALL GOLDEN GREGORY LLP
MICHAEL F. HOLBEIN
171 17TH STREET NW, SUITE 2100
ATLANTA, GA 30363

ARTHUR R WOODKE
16736 BEVERLY
TINLEY PARK, IL 60477

ASSISTANT ATTORNEY GENERAL
ATTN: JAMES D. NEWBOLD
100 W. RANDOLPH STREET
CHICAGO, IL 60601

ASSISTANT ATTY GENERAL OF COUNSEL
ATTN: SUSAN L TAYLOR
THE CAPITOL
ALBANY, NY 12224

BAKER & HOSTETLER LLP
ATTN: RICHARD J. BERNARD
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111

BARBARA KOWALSKY
243 SHENANDOAH RD
HOPEWELL JCT, NY 12533

BARBARA SCHNEIDER
CUST AVICHAI SMOLEN
311 MACK PL
NEW MILFORD, NJ 07646

BARBARA SCHNEIDER
676 SWEET BRIAR ROAD
BOX 398
BEDMINSTER, PA 18910

BARBARA SCHNEIDER TTEE
ANNE M HENNE TRUST
11337 BIG CANOE
BIG CANOE, GA 30143

BARNES & THORNBUG LLP
Mark R. Owens
11 South Meridian Street
Indianapolis, IN 46204

BARNES & THORNBURG LLP
ATT: MARK R. OWENS, ESQ.
11 SOUTH MERIDIAN ST
INDIANAPOLIS, IN 46204

BARNES & THORNBURG LLP
Peter A. Clark John  T. Gregg
One North Wacker Drive, Suite 4400
Chicago, IL 60606

BAZELON LESS & FELDMAN, P.C
HELEN HEIFETS, ESQUIRE
1515 MARKET ST., SUITE 700
PHILADEPHIA, PA 19102

BENESH FRIEDLANDER COPLAN & ARONOFF
STUART A. LAVEN, JR
200 PUBLIC SQUARE , SUITE 2300
CLEVELAND, OH 44114

BENNETT SOPHIA
BENNETT, SOPHIA
59 ST GEORGE TER
BEAR, DE 19701

BERLINGIERI JOSEPH
BERLINGIERI, JOSEPH
7610-7612 13TH AVE. SECOND FLOOR
BROOKLYN, NY 11228

BERLINGIERI, JOSEPH
23 BARBARA DR
WARWICK, NY 10990

BIALSON, BERGEN & SCHWAB
L. SCHWAB, T. GAA, K. LAW
2600 EL CAMINO REAL, STE 300
PALO ALTO, CA 94306

BIALSON, BERGEN & SCHWAB
L M. Schwab, T M. Gaa,K T. Law
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

BIFFERATO GENTILOTTI, LLC
Garvan M. McDaniel
800 King Street
Plaza Level
Wilmington, DE 19801

BLANK ROME LLP
STANLEY TARR & R. STANGO KELBON
405 LEXINGTON AVENUE
THE CHRYSLER BUILDING
NEW YORK, NY 10174

BOBBIE JEAN ARRINGTON
225 PORTER DRIVE
ENGLEWOOD, OH 45322

BODMAN LLP
Marc M.Bakst
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, MI 48226

BODMAN LLP
Colin T. Darke
1901 St. Antoine
6th Floor at Ford Field
Detroit, MI 48226

BODMAN LLP
Colin T. Darke
1901 St. Antoine
6th Floor at Ford Field
Detroit, MI 48226

BOLHOUSE, VANDER HULST ET AL
David S. Lefere Mark D. Hofstee
3996 Chicago Drive, SW
Grandville State Bank Building
Grandville, MI 49418

BOLHOUSE, VANDER HULST ET AL
David S. Lefere Mark D. Hofstee
3997 Chicago Drive, SW
Grandville State Bank Building
Grandville, MI 49418

BIALSON, BERGEN & SCHWAB
LAWRENCE M. SCHWAB, ESQ.
2600 EL CAMINO REAL, SUITE 3000
PALO ALTO, CA 94306

BIFFERATO GENTILOTTI LLC
ATTN: GARVAN F MCDANIEL
800 N KING STREET
PLAZA LEVEL
WILMINGTON, DE 19801

BLAISE MORTON
GARY GREENBERG
666 FIFTH AVENUE
27TH FLOOR
NEW YORK, NY 10103

BLANK ROME LLP
ATTENTION: MARC E. EDWARDS
405 LEXINGTON AVENUE
THE CHRYSLER BUILDING
NEW YORK, NY 10174

BODMAN LLP
ATTENTION: COLIN T. DRAKE
1901 ST. ANTOINE STREET
6TH FLOOR AT FORD FIELD
DETROIT, MI 48026

BODMAN LLP
Ralph E.  McDowell
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, MI 48226

BODMAN LLP
Colin T. Darke
1901 St. Antoine
6th Floor at Ford Field
Detroit, MI 48226

BODMAN, LLP
ATTENTION: RALPH E. MCDOWELL
1901 ST. ANTOINE
6TH FLOOR AT FORD FIELD
DETROIT, MI 48226

BOLHOUSE, VANDER HULST ET AL
David S. Lefere Mark D. Hofstee
3996 Chicago Drive, SW
Grandville State Bank Building
Grandville, MI 49418

BOLHOUSE, VANDER HULST ET AL
David S. Lefere Mark D. Hofstee
3998 Chicago Drive, SW
Grandville State Bank Building
Grandville, MI 49418

BRACEWELL & GIULIANI LLP
ATTENTION: RENEE M. DAILEY
225 ASYLUM STREET
SUITE 2600
HARTFORD, CT 06103

BRAD BARRETT
545 OLD PEACHTREE ROAD
SUWANEE, GA 30024

BRIAN M. GRAHAM
SMITH AMUNDSON, LLC
150 N MICHIGAN AVE, SUITE 3300
CHICAGO, IL 60601

BROUSE MCDOWELL LPA
ATT: MARC B. MERKLIN
388 S. MAIN STREET, SUITE 500
AKRON, OH 44331

BROWN & CONNERY LLP
Kenneth J. Schweiker, Jr.
6 North Broad Street
Woodbury, NJ 08096

BUSH SEYFERTH & PAGE PLLC
Scott A. Wolfson
3001 W. Big Beaver Rd.
Suite 600
Troy, MI 48084

BUSH SEYFERTH & PAIGE LLC
ATTN: SCOTT A. WOLFSON
3001 WEST BIG BEAVER ROAD
SUITE 600
TROY, MI 48084

BUTZEL LONG
Robert Sidorsky Eric B. Fisher
380 Madison Avenue
New York, NY 10017

BUTZEL LONG
Thomas Radom Max Jonathan Newman
41000 Woodward Avenue
Stoneridge West
Bloomfield Hills, MI 48304

BUTZEL LONG
Robert Sidorsky Eric B. Fisher
380 Madison Avenue
New York, NY 10017

BUTZEL LONG
Thomas Radom Max Jonathan Newman
41000 Woodward Avenue
Stoneridge West
Bloomfield Hills, MI 48304

BUTZEL LONG
R. Sidorsky,  E. B. Fisher
380 Madison Avenue
New York, NY 10017

BUTZEL LONG
T Radom, M J Newman
41000 Woodward Avenue
Stoneridge West
Bloomfield Hills, MI 48304

BUTZEL LONG
R Sidorsky, E B. Fisher
380 Madison Avenue
New York, NY 10017

BUTZEL LONG
T Radom, M J Newman
41000 Woodward Avenue
Stoneridge West
Bloomfield Hills, MI 48304

BUTZEL LONG, A PROFESSIONAL CORP
ATTORNEY FOR GILL INDUSTRIES
380 MADISON AVE.
22ND FLOOR
NEW YORK, NY 10017

BUTZEL LONG, A PROFESSIONAL CORP
ATT: THOMAS B. RADOM, MAX J. NEWMAN
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

BUTZEL LONG, a professional corporation
R Sidorsky, E B. Fisher
380 Madison Avenue
New York, NY 10017

BUTZEL LONG, a professional corporation
T Radom, M J Newman
41000 Woodward Avenue
Stoneridge West
Bloomfield Hills, MI 48304

C H.G CALLARI, E A SMITH
VENABLE LLP
1270 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

C. MICHAEL & EDITH A MIGLORE
REVOCABLE TRUST U/A/D 3/4/02
0S099 LEE CT, UNIT 404
WINFIELD, IL 60190

CACCOMA, SANDRA
APT 6C2
4676 ALBANY POST ROAD
HYDE PARK, NY 12538

CALFEE, HALTER & GRISWOLD LLP
JAMES LAWNICZAK, NATHAN WHEATLEY
800 SUPERIOR AVENUE SUITE 1400
KEYBANK CENTER, SUITE 1400
CLEVELAND, OH 44114

CALFEE, HALTER & GRISWOLD LLP
James M. Lawniczak Nathan A. Wheatley
800 Superior Avenue Suite 1400
KeyBank Center
Cleveland, OH 44114

CAMPBELL, CALLAN
1133 W BROAD ST
WILLIAMSTOWN, PA 17098

CARLISLE & COMPANY
KATHLEEN M. BREAULT
30 MONUMENT SQUARE
CONCORD, MA 01742

CAROLYN R WELLS
406 W PIERSON RD
FLINT, MI 48505

CARSON FISCHER, P.L.C.
PJ. Kukla
4111 Andover Road
West-2nd Floor
Bloomfield Hills, MI 48302

CARSON FISCHER, PLC
ATTN: PATRICK J. KUKLA
4111 ANDOVER ROAD
WEST 2ND FLOOR
BLOOMFIELD HILLS, MI 48302

CHARLES C. MCCOY
4206 LANCE CT
KOKOMO, IN 46902

CHARLES D SUMMERS
1087 COUNTY RD 149
BAY CITY, TX 77414

CHARLES D. VLIEG
4506 OAK MEADOW DR
HUDSONVILLE, MI 49426

CHARLES G RECKARD AND
MARY R RECKARD JTEN
801 SUNSHINE RUN
ARNOLDS PARK, IA 51331

CHARLES PRESSER
3621 RITA LN
SAINT JAMES CITY, FL 33956

CHARLOTTE KIRK
427 NORWOOD AVENUE
AVON, NJ 07717

CHRIS MESSINA
1819 OAK HOLLOW
NORMAN, OK 73071

CLARENCE DAVIS
502 HAVERHILL ST
PITTSBURGH, PA 15221

CLARENCE DAVIS
106 LAKEWAY DR
BATTLE CREEK, MI 49037

CLARENCE DAVIS
1585 STRATFORD CT
YPSILANTI, MI 48198

CLARENCE DAVIS
2318 W 80TH ST
CHICAGO, IL 60620

CLARENCE DAVIS
20 THOUSAND OAK DRIVE
SICKLERVILLE, NJ 08081

CLARENCE DAVIS DAVIS
16425 OCONCE CREEK DRIVE
EDMOND, OK 73013

CLARENCE DAVIS SR
105 OAK ST
TROTWOOD, OH 45426

CLARK HILL PLC
ATTN: JOEL D. APPLEBAUM
151 S. OLD WOODWARD AVENUE
SUITE 200
BIRMINGHAM, MI 48603

CLARK HILL PLC
Joel D. Applebaum
151 S Old Woodward Avenue, Suite 200
Birmingham, MI 48009

CLARK HILL PLC
Joel D. Applebaum
151 S. Old Woodward Avenue, Suite 200
Birmingham, MI 48009

CLARK HILL, PLC
ATTORNEYS FOR FABTRONIC, INC.
151 S. OLD WOODWARD AVENUE, STE 200
BIRMINGHAM, MI 48009

CLARK HILL, PLC
Joel D. Applebaum
151 S. Old Woodward Avenue
Suite 200
Birmingham, MI 48009

CLARK HILL, PLC
Robert D. Gordon
151 S. Old Woodward Avenue
Suite 200
Birmingham, MI 48009

CLARK, RICHARD D
315 N GRINNELL ST
JACKSON, MI 49202

CLEARY GOTTLIEB STEEN & HAMILTON
ATTN: JAMES L. BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Deborah M. Buell
One Liberty Plaza
New York, NY 10006

CLIFTON ARRINGTON
5106 WAHL ST
MILAN, TN 38358

CLINT BRIGGS
2270 MILLSBORO RD
MANSFIELD, OH 44906

COLORADO VEHICLE DEALERS BOARD
C/O JAMES B HOLDEN, ASST ATTNY GEN
1525 SHERMAN ST, 7TH FLOOR
DENVER, CO 80203

CONCEPT INDUSTRIES
ELLEN MCCLAIN
4950 KRAFT S.E.
GRAND RAPIDS, MI 49512

CONSTANCE ROVERE
221 S LAKE ST
S AMHERST, OH 44001

COUNSEL- COUNTY OF SANTA CLARA
ANN MILLER RAVEL, NEYSA FLIGOR
70 WEST HEDDING STREET
EAST WING, NINTH FLOOR
SAN JOSE, CA 95110

COUZENS, LANSKY, ET AL
MARK S. FRANKEL AND JERRY M. ELLIS
39395 W. TWELVE MILE ROAD, STE 200
FARMINGTON HILLS, MI 48331

COUZENS, LANSKY, et al
MARK S. FRANKEL
39395 W TWELVE MILE RD
STE 200
FARMINGTON HILLS, MI 48331

COVINGTON & BURLING LLP
ATT: DENNIS B AUERBACH
1201 PENNSYLVANIA AVE NW
WASHINGTON, DC 20004

CRONIN, JOHN G
1205 MAPLE AVE
WILMINGTON, DE 19805

CROSS & SIMON, LLC
ATTENTION: AMY E. EVANS, ESQ.
913 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DE 19801

D P MCGILL
3733 CAMRY CT
SEBRING, FL 33872

D.W. GRIFFITH
100 PHILA PIKE
SUITE B
WILMINGTON, DE 19809

DANAHER CORPORATION
2099 PENNSYLVANIA AVE. NW
12TH FLOOR
WASHINGTON, DC 20006

DANIEL J FLANIGAN
POLSINELLI SHUGHART PC
7 PENN PLAZA
SUITE 600
NEW YORK, NY 10001

DANN PECAR NEWMAN & KLEIMAN, P.C.
ATTN: JAMES P. MOLOY
ONE AMERICAN SQUARE, SUITE 2300
INDIANAPOLIS, IN 46282

DARLENE JEWETT
TOD ACCOUNT
38056 MARLENE DRIVE
CLINTON TWP, MI 48038

DAVE BEVERIDGE
CHIEF FINANCIAL OFFICER
32200 SOLON ROAD
SOLON, OH 44139

Dave Beveridge
32200 Solon Road
Solon, OH 44139

DAVID C HAKIM
839 MILLER AVE
ROCHESTER, MI 48307

DAVID J ASTORIAN
27 BRADFORD RD
WATERTOWN, MA 02472

DAVID SOLIS &
DEBBIE SOLIS
7919 GERALD
AMARILLO, TX 79121

DAVID SYZMANAK
C/O TERRENCE MCCARTNEY
113 E 37TH ST
NEW YORK, NY 10016

DAVID WANDER
DAVIDOFF MALTIO & HUTCHER LLP
605 THIRD AVENUE, 34TH FLOOR
NEW YORK, NY 10158

DAVIDOFF MALITO
ATTY FOR HAGEMEYER, N.A
605 THIRD AVENUE , 34TH FLOOR
NEW YORK, NY 10158

DAVIDOFF, MALITO & HUTCHER LLP
David Wander
605 Third Avenue
34th Floor
New York, NY 10158

DAVIS & GILBERT LLP
MILES BAUM
1740 BROADWAY
NEW YORK, NY 10017

DAVIS & GILBERT LLP
ROBERT D GORDON
151 S OLD WOODWARD AVE
STE 200
BIRMINGHAM, MI 48009

DAVIS, CLARA A
C/O DAYVIEW CARE CENTER
1885 NORTH DAYTON LAKE VIEW
NEW CARLISLE, OH 45344

DAVIS, CLARA B
8260 FINDLEY DR
MENTOR, OH 44060

DAVIS, CLARA L
514 FITZHUGH ST
BAY CITY, MI 48708

DAVIS, CLARENCE B
1510 DALEVILLE AVE
ANDERSON, IN 46012

DAVIS, CLARENCE G
2553 LEXINGTON AVE
COLUMBUS, OH 43211

DAVIS, CLARENCE I
1585 STRATFORD CT
YPSILANTI, MI 48198

DAVIS, CLARENCE R
4421 BROOKS RD
CLEVELAND, OH 44105

DAVIS, CLARIN D
467 SAND GAP RD
PENNSBORO, WV 26415

DAY PITNEY
ATTENTION: RICHARD M. METH
7 TIMES SQUARE
NEW YORK, NY 10036

DAY PITNEY LLP
ATTN: AMISH R. DOSHI
7 TIMES SQUARE
NEW YORK, NY 10036

DAY PITNEY LLP
ATT RICHARD M. METH, ESQ.
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

DAY PITNEY LLP
ATT: RICHARD M. METH, ESQ.
7 TIMES SQUARE
NEW YORK, NY 10036

DEAN WOODARD
7106 DONEGAL DR
ONSTEAD, MI 49265

DEBORAH L FISH
VENABLE LLC
535 GRISWOLD
2600 BUHL BUILDING
DETROIT, MI 48226

DELMER L. TAYLOR
708 DERBY AVE
CINCINNATI, OH 45232

DENISE A. BEACHCRAFT
353 HICKORY CIRCLE
LEWISBURG, TN 37091

DENNIS E. MCGINTY
2919 COLONY DRIVE
EAST LANSING, MI 48823

DIANE CARLISLE
5300 PLAINS RD.
EATON RAPIDS, MI 48827

DICKINSON WRIGHT PLLC
MICHAEL C HAMMER
500 WOODWARD AVE
SUITE 4000
DETROIT, MI 48226

DICKINSON WRIGHT PLLC
MICHAEL C HAMMER
500 WOODWARD AVE
SUITE 4000
DETROIT, MI 48226

DICKINSON WRIGHT PLLC
ATTN: MICHAEL C. HAMMER
500 WOODWARD AVENUE
SUITE 4000
DETROIT, MI 48226

DICKSON WRIGHT PLLC
ATTN: JAMES A. PIEMMONS
500 WOODWARD AVENUE
SUITE 4000
DETROIT, MI 48226

DILWORTH PAXON LLP
MARTIN J WEIS
1500 MARKET ST SUITE 3500E
PHILADELPHIA, PA 19102

DILWORTH PAXSON LLP
A M KELLEY, M AZOULAY
457 HADDONFIELD ROAD
LIBERTYVIEW - SUITE 700
CHERRY HILL, NJ 08002

DILWORTH PAXSON LLP
Martin J. Weis
1500 Market Street Suite 3500E
Philadelphia, PA 19102

DILWORTH PAXSON, LLP
ANNE M AARONSON
1500 MARKET ST, STE 3500E
PHILADELPHIA, PA 19102

DINSMORE & SHOHL LLP
KIM MARTIN LEWIS
225 E. 5TH STREET
CINCINNATI, OH 45202

DLA PIPER LLP
ATTN: MARK J. FRIEDMAN
6225 SMITH AVENUE
THE MARBURY BUILDING
BALTIMORE, MD 21209

DLA PIPER LLP (US)
ATTN: MARK J. FRIEDMAN
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

DOROTHY M TAM AND
SHERRY J ARYANPUR JT TEN
1510 HYLAND DR
STORM LAKE, IA 50588

DORSEY & WHITNEY LLP
ATTENTION: ERIC LOPEZ SCHNABEL
250 PARK AVENUE
NEW YORK, NY 10177

DOUGLAS M CHAPMAN
13252 FAIMONT WAY
SANTA ANA, CA 92705

DOUGLASS L. COLE
1975 S DEHMEL RD
FRANKENMUTH, MI 48734

DPT TREASURY STATE OF MICHIGAN
JULIUS CURLING & KATHLEEN GARDINER
3030 W. GRAND BLVD STE 10-220
REVENUE DIVISION
DETROIT, MI 48202

DR. AND MRS. FRANK A BRACKER
5877 YAQUINA HEAD WAY
BOISE, ID 83714

DRINKER BIDDLE & REATH LLP
ATTY FOR PENSKE LOGISTICS AUTO
18TH & CHERRY STREETS
PHILADELPHIA, PA 19103

DRINKER BIDDLE & REATH LLP
ANDRES C. KASSNER, DAVID B.AARONSON
140 BROADWAY, FL 39
NEW YORK, NY 10005

DRINKER BIDDLE & REATH LLP
DRINKER BIDDLE GARDNER CARTON
18TH & CHERRY STS
PHILADELPHIA, PA 19103

DUNN, SCHOUTEN & SNOAP, P.C.
Thomas W. Schouten
2745 DeHoop Ave, SW
Wyoming, MI 49509

EDICK, NORMAN L
2216 E KASSON RD
CEDAR, MI 49621

EDMUND R. HILLEGASS, JR.
321 DEER POINT RD
UNIONVILLE, TX 37180

EDUARDO R. LATOUR
LATOUR & ASSOCIATES, PA
135 EAST LEMMON STREET
TARPON SPRINGS, FL 34689

EDWIN DOTY & HELEN DOTY
151 CHANNEL CT
HOUGHTON LAKE, MI 48629

EILEEN J MCINTYRE
C/O KENNETH G MCINTYRE
3380 PINE TREE RD
LANSING, MI 48911

ELIAS GROUP, LLP
ATTENTION: DAN ELIAS
411 THEODORE FREMD AVENUE
SUITE 102
RYE, NY 10580

EMIL RUFENER &
JO ANNE K RUFENER
W5349 BURR OAK LN
MONTICELLO, WI 53570

EMMET, MARVIN & MARTIN, LLP
EDWARD P. ZUJKOSWKI
120 BROADWAY
NEW YORK, NY 10271

EMMET, MARVIN & MARTIN, LLP
Edward P. Zujkowski
120 Broadway
New York, NY 10271

ENVIRONMENTAL SYSTEMS
RESEARCH INSTITUTE INC
380 NEW YORK ST
REDLANDS, CA 92373

EPSTEIN BECKER GREEN P.C.
ATT: PAUL TRAUB, WENDY G. MARCARI
250 PARK AVENUE
NEW YORK, NY 10177

EPSTEIN BECKER GREEN PC
PAUL TRAUB & WENDY MARCARI
250 PARK AVENUE
NEW YORK, NY 10177

EPSTEIN BECKER GREEN PC
ATTN: PAUL TRAUB & WENDY G. MARCARI
250 PARK AVENUE
NEW YORK, NY 10177

ERNST RITOPER
8580 KOEFLACH
PIBER 3 AUSTRIA

ESTATE OF DONALD J KEELER
C/O RICHARD FERRARO, EXECUTOR
625 WILSON POND RD
N MONMOUTH, ME 04265

ESTATE OF JOYCE B KEELER
C/O RICHARD FERRARO, EXECUTOR
625 WILSON POND RD
N MONMOUTH, ME 04265

FARELLA BRAUN & MARTEL LLP
DEAN M. GLOSTER, NAN E. JOESTEN
235 MONTGOMERY STREET, 17TH FLOOR
SAN FRANCISCO,, CA 94104

FAYE B. FEINSTEIN
QUARLES & BRADY LLP
300N. LASALLE STREET, SUITE 4000
CHICAGO, IL 60654

FELLERS SNIDER BLANKENSHIP ET AL
ATT STEPHEN J. MORIARTY
100 NORTH BROADWAY, SUITE 1700
OKLAHOMA CITY, OK 73102

FILDEW HINKS, PLLC
ATT: STEPHEN J. POKOJ
645 GRISWOLD ST.
3600 PENOBSCOT BLDG.
DETROIT, MI 48226

FLORIDA ATTNY GENERAL BILL MCCOLLUM
RUSSELL S. KENT AND ASHLEY E. DAVIS
PL-01, THE CAPITOL
TALLAHASSEE, FL 32399

FOLEY & LARDNER LLP
ROBERT D. GORDON
151 S OLD WOODWARD AVE, STE 200
BIRMINGHAM, MI 48009

FOLEY & LARDNER LLP
ATTN: STEVEN H. HILFINGER
500 WOODWARD AVENUE
SUITE 2700
DETROIT, MI 48226

FOLEY & LARDNER LLP
T Spillane, Jr., J A. Simon, K R. Catanese
500 Woodward Avenue Suite 2700
One Detroit Center
Detroit, MI 48226

FOLEY & LARDNER LLP
Jill L. Munch
321 N. Clark Street
Suite 2800
Chicago, IL 60654

FOLEY & LARDNER LLP
Salvatore A. Barbatano
500 Woodward Avenue Suite 2700
One Detroit Center
Detroit, MI 48226

FOLEY & LARDNER LLP
A Marie Uetz, T B. Spillane
500 Woodward Avenue, Suite 2700
One Detroit Center
Detroit, MI 48226

FOLEY & LARDNER LLP
S.H. Hilfinger, J.A.Simon,R. H. Huey
501 Woodward Avenue, Suite 2700
One Detroit Center
Detroit, MI 48226

FOLEY & LARDNER LLP
Ann Marie Uetz
500 Woodward Avenue, Suite 2700
One Detroit Center
Detroit, MI 48226

FOLEY & LARDNER LLP
D S. Doogal, A M Uetz
500 Woodward Avenue, Suite 2700
One Detroit Center
Detroit, MI 48226

FOLEY & LARDNER LLP
Scott T. Seabolt
500 Woodward Avenue, Suite 2700
Detroit, MI 48226

FOLEY & LARDNER LLP
Frank W. DiCastri
777 East Wisconsin Avenue
Milwaukee, WI 53202

FOLEY & LARDNER LLP
A M Uetz, T B. Spillane
500 Woodward Avenue, Suite 2700
One Detroit Center
Detroit, MI 48226

FOLEY & LARDNER LLP
M A. Aiello, S A. Barbatano
500 Woodward Avenue, Suite 2700
Detroit, MI 48226

FOLEY & LARDNER LLP
Ann Marie Uetz
500 Woodward Avenue, Suite 2700
One Detroit Center
Detroit, MI 48226

FOLEY & LARDNER LLP
S. T. Seabolt, T B. Spillane
500 Woodward Ave
Suite 2700
Detroit, MI 48226

FOLEY & LARDNER LLP
Frank W. DiCastri
777 East Wisconsin Avenue
Milwaukee, WI 53202

FOLEY & LARDNER LLP
Ann Marie Uetz
500 Woodward Ave
Suite 2700
Detroit, MI 48226

FOLEY & LARDNER LLP
Keith Owens
555 South Flower Street
Suite 3500
Los Angeles, CA 90071

FORMAN HOLT ELIADES & RAVIN
Wendy B. Green
80 Route 4 East
Suite 290
Paramus, NJ 07652

FORMAN HOLT ELIADES & RAVIN, LLC
JOSEPH M. CERRA
888 7TH AVENUE, SUITE 4500
NEW YORK, NY 10106

FRANK C WYKOFF
CARNEGIE 204, PAMONA COLLEGE
425 N COLLEGE ST
CLAREMONT, CA 91711

FRANK KUBIC
98 AVON BEND RD
CHARLESTON, WV 25414

FRANK MIDDLETON
5871 STARBOARD DR
DISCOVERY BAY, CA 94505

FRANK TUCKERMAN
8751 SURREY DR
PENDLETON, IN 46064

FRANTZ WARD LLP
J KOSTELNIK  M MATHENEY T RICHARDS
2500 KEY CENTER, 127 PUBLIC SQUARE
CLEVELAND, OH 44114

FRANTZ WARD LLP
J KOSTELNIK , M MATHENEY& T RICHA
2500 KEY CENTER, 127 PUBLIC SQUARE
CLEVELAND, OH 44114

FRANTZ WARD LLP
ATTN JOHN F. KOSTELNIK, ET AL
2500 KEY CENTER, 127 PUBLIC SQUARE
CLEVELAND, OH 44114

FRASER TREBILCOCK et al
G. ALAN WALLACE (P-69333)
124 W ALLEGAN STREET, SUITE 1000
LANSING, MI 48933

FREDRIC A GODSHALL
CGM IRA ROLLOVER CUSTODIAN
314 ARMSTRONG DRIVE
GEORGETOWN, TX 78633

FULBRIGHT & JAWORSKI L.L.P.
David Rosenzweig
666 Fifth Avenue
New York, NY 10103

G. CHRISTOPHER MEYER
SQUIRE, SANDERS & DEMPSEY LLP
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114

G. SCOTT YEATON
5552 CERRITOS AVENUE, SUITE K
CYPRESS, CA 90630

GARVEY SCHBERT BARER
James H. Freeman
100 Wall Street
20th Floor
New York, NY 10005

GEODNA, LLC
JOHN S. MINOR
1599 MAYWOOD ROAD
CELEVLAND, OH 44121

GEORGE CHAVEZ JR
8960 STATE ROAD
BANCROFT, MI 48414

GERALD S SARKA
7254 NEW LOTHROP RD
NEW LOTHROP, MI 48460

GIBBONS, PC
DAVID N. CRAPO
ONE GATEWAY CENTER
NEWARK, NJ 07102

GIFFORD, MICHAEL
19118 205TH ST E
ORTING, WA 98360

GIFFORD, MICHAEL O
72 FAYETTEVILLE-OWENSBURG RD
BEDFORD, IN 47421

GILMARTIN, POSTER & SHAFTO LLP
MICHAEL C. LAMBERT
845 THIRD AVE. 18TH FLOOR
NEW YORK, NY 10022

GLEN SCHRADER
1909 COUNTY RD. #5
DELTA, OH 43515

GREEN, JOHN E
213 FARM POND LN
MARTINSBURG, WV 25404

GREEN, JOHN E
113 EXMOOR RD
WATERFORD, MI 48328

HAILU LEGESSE AICHEHI
7600 MAPLE AVE
APT 7 1104
TAKOMA PARK, MD 20912

HALPERIN BATTAGLIA RAICHT, LLP
Walter Benzija
555 Madison Avenue
9th Floor
New York, NY 10022

HANGLEY ARONCHICK SEGAL & PUBLIN
MATTHEW HAMERMESH
ONE LOGAN SQUARE, 27TH FLOOR
PHILADELPHIA, PA 19103

HARRY WILSON ELFORD
2305 W RUTHRAUFF RD
UNIT B5
TUCSON, AZ 85705

HARRY WILSON JR
1347 GALLOWAY AVE
DALLAS, TX 75216

HARRY WILSON SPEEDY &
JANET PATRICIA SPEEDY JT TEN
1406 CLEARVIEW DR
GREENSBURG, PA 15601

HARTER SECREST & EMERY LLP
J WEIDER, R FINK, I SCHUMANN PALER
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604

HARTNAGEL, ROBERT W
7605 CARTA VALLEY DR
DALLAS, TX 75248

HAYNES AND BOONE, LLP
Jonathan Hook
1221 Avenue of the Americas
26th Floor
New York, NY 10020

HAYNES AND BOONE, LLP
Patrick L. Hughes
1221 McKinney Suite 2100
One Houston Center
Houston, TX 77010

HCA, INC.
ATTN: ROBERT E. MCCARTHY
5300 PLAINS RD.
EATON RAPIDS, MI 48827

HELLER, DRAPER, HAYDEN, ET AL
TRISTAN MANTHEY
650 POYDRAS STREET, SUITE 2500
NEW ORLEANS, LA 70130

HERBERT M HUMPIDGE
1014 WILMINGTON ISLAND RD
SAVANNAH, GA 31401

HERRICK FEINSTEIN LLP
ATTN: PAUL RUBIN
TWO PARK AVENUE
NEW YORK, NY 10016

HERRICK, FEINSTEIN LLP
ANDREW C. GOLD
2 PARK AVENUE
NEW YORK, NY 10016

HEWLETT PACKARD CO
JENNIFER NASSIRI
550 SOUTH HOPE ST.,  23 FLOOR
LOS ANGELES, CA 90071

HICKS SCHMIDLIN & SALIM PC
David A Salim
5302 Gateway Centre
Flint, MI 48507

HISCOCK & BARCLAY LLP
ATTN: J ERIC. CHARLTON
300 SOUTH STATE STREET
ONE PARK PLACE
SYRACUSE, NY 13202

HISCOCK & BARCLAY, LLP
ATTN: J. ERIC CHARLTON
300 SOUTH STATE STREET
ONE PARK PLACE
SYRACUSE, NY 13202

HOWARD & HOWARD ATTORNEYS
Lisa S. Gretchko
450 West Fourth Street
Royal Oak, MI 48067

HOWARD & HOWARD ATTORNEYS
Lisa S. Gretchko
450 West Fourth Street
Royal Oak, MI 48067

HOWARD & HOWARD ATTORNEYS, PPLC
ATTN: LISA S. GRETCHKO
450 WEST FOURTH STREET
ROYAL OAK, MI 48067

HOWARD & HOWARD ATTORNEYS, PPLC
ATTN: LISA S. GRETCHKO
450 WEST FOURTH STREET
ROYAL OAK, MI 48067

HOWARD LEE CHRISTENSEN
CHARLES SCHWAB & CO INC CUST
2704 OAK AVE
MANHATTAN BEACH, CA 90266

HUGHES HUBBARD & REED LLP
C K. Kiplok, J Steinfink
One Battery Park Plaza
New York, NY 10004

HUSCH BLACKWELL SANDERS LLP
ATTN: MARSHALL TURNER
190 CARONDELET PLAZA
SUITE 600
SAINT LOUIS, MO 63105

HUSCH BLACKWELL SANDERS LLP
ATT: MICHAEL D. FIELDING
4801 MAIN STREET, STE 100
KANSAS CITY, MO 64112

HUTCHINSON, OLGA
14898 STONEY BROOK DR
SHELBY TWP, MI 48315

HUTCHINSON, OLLIE
902 SAYBROOK DR
WATERFORD, MI 48327

INDUSTRIAL TRANSPORT
TED E CRAWFORD
2330 EAST 79TH STREET
CLEVELAND, OH 44104

INGRAM YUZEK ET AL
ATTN: DAVID G. EBERT
250 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10177

INGRAM YUZEK GAINEN ET AL
David G Ebert
250 Park Avenue
6th Floor
New York, NY 10177

INGRID SCHUMANN PALERMO
HARTER SECREST & EMERY LLP
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604

IRA FBO ROBERT A PAGE
JPMORGAN CHASE BANK CUSTODIAN
208 REMUDA DR
FORT WORTH, TX 76108

IRMA DELANO AND HAVA SUNLEV AND
ROGER DELANO JT WROS
555 NORLEE ST
SEBASTOPOL, CA 95472

J. TED DONOVAN, ESQ.
ATTY FOR ARLINGTON ISD, ET AL.
1501 BROADWAY, 22ND FLOOR
NEW YORK, NY 10036

JACK M. WILHELM
1201 RIO GRANDE, SUITE 100
AUSTIN, TX 78701

JACKSON WALKER L.L.P.
Bruce J. Ruzinsky D. Elaine Conway
1410 McKinney, Suite 1900
Houston, TX 77007

JACOB & WEINGARTEN, PC
H S SHER, M L WALTON
2301 W BIG BEAVER
SUITE 777
TROY, MI 48084

JAFFE RAITT HEUER & WEISS PC
ATTN: PAUL R HAGE
27777 FRANKLIN ROAD
SUITE 2500
SOUTHFIELD, MI 48034

JAFFE RAITT HEUER & WEISS, P.C.
ATTN: PAUL R. HAGE
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

JAFFE RAITT HEUER & WEISS, P.C.
ATTN: PAUL R. HAGE
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

JAHR TURCHAN
TURCHAN TECHNOLGIES GROUP, INC
12825 FORD ROAD
DEARBORN, MI 48126

JAMES C. AND JUNE R. HAUCK
6042 TERRACE DRIVE
JOHNSTON, IA 50131

JAMES D LOPESTO
ANGELINA FRACCARO & HERRICK PC
1626 W COLONIAL PKWY
LANSING, MI 48911

JAMES S. ZISCHKE
44 BAYBERRY DRIVE
LEESBURG, FL 34788

JENNIE NOVAK
2623 JOHNNEYCAKE ROAD
WARREN, OH 44484

Jerry Bowler, Controller
5775 Ten Mile Road
Warren, MI 48091

JOAN K WALLS
2400 S WABASH AVE
KOKOMO, IN 46902

JOHN A. DWYER
817 N. CLINTON ST. LOT 804
GRAND LEDGE,, MI 48837

JOHN FAZIO
99-66 165TH AVE
JAMAICA, NY 11414

JOHN H R POLT
33 BOWLING DR
OAKLAND, CA 94618

JOHN J BAUER
5748 WHISPERING PINES ST NE
OLYMPIA, WA 98516

JOHN J. BAUER
5748 WHISPERING PINES STREET NE
OLYMPIA, WA 98516

JOHN PUSTELL
VP AND CONTROLLER NORTH AMERICA
711 BOYLSTON STREET
BOSTON, MA 02116

JOHN STANGEL
IRA ROLLOVER ACCT
410 BARRETT HILL RD
MAHOPAC, NY 10541

JOHNSON, HARRIS, GERDE et al.
JERRY W. GERDE
239 EAST 4TH ST.
PANAMA CITY, FL 32401

JONES & ASSOCIATES
ATTN: ROLAND GARY JONES
1285 SIXTH AVENUE SUITE 3500
NEW YORK, NY 10019

JOSEPHINE PETERSON
1869 BEECHWOOD ST NE
WARREN, OH 44483

JUNE BABIUK
50 HUMPHREY RD
SCOTTSVILLE, NY 14546

JUNIUS L. JOHNSON
2217 MELODY LANE
ANDERSON, IN 46012

JUNSO TYLER
JUNSO, KEVIN
550 NORTH 31ST STREET SUITE 250
BILLINGS, MT 59101

K&L GATES, LLP
Robert N. Michaelson
599 Lexington Avenue
New York, NY 10022

KANSAS ATTORNEY GENERAL
ATTN: STEVE SIX
120 S.W. TENTH AVE
TOPEKA, KS 66612

KATTEN MUCHIN ROSENMAN LLP
Merritt A. Pardini
575 Madison Avenue
New York, NY 10022

KATTEN MUCHIN ROSENMAN LLP
J A. Chadwick, J A.Gad-Harf
525 West Monroe Street
Chicago, ILL 60661

KELLEY DRYE & WARREN
ATTN: JENNIFER A. CHRISTIAN
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
BENJAMIN D. FEDER,
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
T ANSARI, B D. FEDER, J BERGMAN
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ROBERT L. LEHANE
101 PARK AVENUE
NEW YORK, NY 10178

KEMP KLEIN LAW FIRM
ATTN: GLORIA M. CHON
201 W. BIG BEAVER, SUITE 600
TROY, MI 48084

KEMP KLIEN LAW FIRM
ATTN: GLORIA M CHON
201 W BIG BEAVER
SUITE 600
TROY, MI 48084

KENNEDY THOMAS E (408866)
GLASSER AND GLASSER
580 EAST MAIN STREET, SUITE 600
CROWN CENTER,
NORFOLK, VA 23510

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M  KENNEDY, ESQ.
113 UNIVERSITY PL 7TH FL
NEW YORK, NY 10003

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNICK, ESQ.
113 UNIVERSITY PL 7TH FL
NEW YORK, NY 10003

KENNEDY, JENNIK & MURRAY P.C.
ATTN: LARRY MAGARIK, ESQ.
113 UNIVERSITY PL 7TH FL
NEW YORK, NY 10003

KENNEDY, JENNIK & MURRAY, P.C
S M. JENNIK & T M. KENNEDY
113 UNIVERSITY PLACE, 7TH FLOOR
NEW YORK, NY 10003

KENNEDY, THOMAS
6211 SW 80TH ST
OCALA, FL 34476

KENNEDY, THOMAS ALAN
18670 VAN CAMP DRIVE
OMAHA, NE 68130

KENNEDY, THOMAS E
3592 GALAXY BLVD
STERLING HEIGHTS, MI 48314

KENNEDY, THOMAS E
3922 S CUTLER CT
SPRINGFIELD, MO 65807

KENNEDY, THOMAS G
283 GREENBRIAR DR
AURORA, OH 44202

KENNEDY, THOMAS J
58 AVERY AVE
BUFFALO, NY 14216

KENNEDY, THOMAS P
27600 FRANKLIN RD APT 123
SOUTHFIELD, MI 48034

KENNEDY, THOMAS R
5735 E DECKER RD
FRANKLIN, OH 45005

KENNETH S. ZIMAN
SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

KENTON BOETTCHER
25422 TRABUCO ROAD
SUITE 105-301
LAKE FOREST, CA 92630

KERR RUSSELL AND WEBER PLC
PAUL TRAUB
500 WOODWARD AVE
SUITE 2500
DETROIT, MI 48226

KERR RUSSELL AND WEBER, PLC
J E.DeLine, P. W. Hunt
500 Woodward Ave
Suite 2500
Detroit, MI 48226

KERR, RUSSELL AND WEBER, PLC
P. WARREN HUNT
500 WOODWARD AVE
STE 2500
DETROIT, MI 48226

KERR, RUSSELL AND WEBER, PLC
James E. DeLine P. Warren Hunt
500 Woodward Ave
Suite 2500
Detroit, MI 48226

KERR, RUSSELL AND WEBER, PLC
James E. DeLine P. Warren Hunt
500 Woodward Ave
Suite 2500
Detroit, MI

KERR, RUSSELL AND WEBER, PLC
J. E. DeLine, P. W. Hunt
500 Woodward Ave Suite 2500
Detroit, MI 48226

Kerr, Russell and Weber, PLC
J E. DeLine, P. Warren Hunt
500 Woodward Ave, Suite 2500
Detroit, MI 48226

Kerr, Russell and Weber, PLC
J E. DeLine ,P. W Hunt
500 Woodward Ave, Suite 2500
Detroit, MI 48226

KILPATRICK & ASSOCIATES, P.C.
ATTN: RICHARDO I. KIRKPATRICK
903 NORTH OPDYKE ROAD
SUITE C
AUBURN HILLS, MI 48326

KILPATRICK & ASSOCIATES, P.C.
ATTN: MICHAEL G. CRUSE
2000 TOWN CENTER
SUITE 2700
SOUTHFIELD, MI 48075

KLEINBERG, KAPLAN ET AL.
Matthew J. Gold
551 Fifth Avenue
18th Floor
New York, NY 10176

KLEINBERG, KAPLAN, WOLF & COHEN
J M. WILTON & J A. WRIGHT III
551 FIFTH AVENUE
NEW YORK, NY 10176

KLESTADT & WINTERS LLP
ATT JOHN E JURELLER, JR
292 MADISON AVENUE, 17TH FLOOR
NEW YORK, NY 10017

KLESTADT & WINTERS, LLP
John E. Jureller, Jr.
292 Madison Avenue
17th Floor
New York, NY 10017

KUPELIAN ORMOND & MAGY, P.C.
P S. Magy, T A. Hiller, Jr., D M. Blau
25800 Northwestern Hwy, Suite 950
Southfield, MI 48075

L R Strubeck, Jr., Elizabeth Boydston
2200 Ross Avenue, Ste 2800
Dallas, TX 75201

LACIEDE GAS COMPANY
RICK E. ZUCKER
720 OLIVE STREET
ROOM 1520
ST. LOUIS, MO 63101

LACLEDE GAS COMPANY
720 OLIVE ST.
ST. LOUIS, MO 63101

LAFONZA EARL WASHINGTON
7010 CRAINWOOD DR
FLINT, MI 48505

LAMBERT, LESER, et al
SUSAN M COOK
916 WASHINGTON AVE
309 DAVIDSON BUILDING
BAY CITY, MI 48708

LARRY J HAYS
7401 PECK RD
RAVENNA, OH 44266

LATHAM & WATKINS LLP
MITCHELL SEIDER
885 THIRD AVE
NEW YORK, NY 10022

LATHAM & WATKINS LLP
ATTN: GEORGE ROYLE
885 THIRD AVENUE
SUITE 1000
NEW YORK, NY 10022

LATHAM & WATKINS LLP
ATT: MITCHELL SEIDER, JASON SANJANA
885 THIRD AVENUE
NEW YORK, NY 10022

LATHAM & WATKINS LLP
ATT: PAUL SHERIDAN
555 ELEVENTH STREET, NW STE 1000
WASHINGTON, DC 20004

LATHAM & WATKINS LLP
ATT DOUGLAS BACON
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606

LATHAM & WATKINS LLP
DANIEL LENNON & PAUL SHERIDAN
555 11TH ST NW STE 1000
WASHINGTON, DC 20004

LAUVE JOHN S
LAUVE, JOHN S
200 N SAGINAW ST
HOLLY, MI 48442

LAUVE, JOHN S
200 N SAGINAW ST
HOLLY, MI 48442

LAW FIRM OF RUSSELL R. JOHNSON III
R R. JOHNSON III AND J M. MERRITT
2258 WHEATLANDS DRIVE
MANAKIN-SABOT, VA 23103

LAW OFFICE OF TISTAM BUCKLEY
ATTN TRISTAM T. BUCKLEY
426 S. REDFORD DRIVE SUITE 12
BEVERLY HILLS, CA 90212

LEON WEISSMAN
2 DEER CREEK LANE
MT. KISCO, NY 10549

LESLIE S. BARR
WINDELS MARX LANE & MITTENDORF, LLP
156 WEST 56TH STREET
NEW YORK, NY 10019

LINDA RIDENOUR LIVING TRUST
LINDA RIDENOUR TTEE
33628 BRAND STREET
LAKE ELSINORE, CA 92530

LISA P. GROSS
1310 WABASH
KANSAS CITY, MO 64127

LOCKE LORD BISSELL & LIDDELL
Kevin J. Walsh
885 Third Avenue
26th Floor
New York, NY 10022

LOUIS A. CURCIO
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

LOUIS PADNOS METAL & IRON
SCOTT WOLTERS
185 W 8TH ST
HOLLAND, MI 49423

LOWENSTEIN SANDLER PC
Michale S.Etkin S.Jason Teele
65 Livingston Avenue
Roseland, NJ 07068

LUIS ESCALONA
110 S BARNETT AVE
DALLAS, TX 75211

LAWRENCE P. EAGEL(LE4505)
BRAGAR WEXLER EAGEL & SQUIRE, PC
885 THIRD AVENUE, SUITE 3040
NEW YORK, NY 10022

LEONARD, STREET AND DEINARD
J J.Bertrand, R T. Kugler

150 South Fifth Street
Suite 2300
Minneapolis, MN 55402

LEWIS S WEINGARTEN
5306 HORNBEAM
FAYETTEVILLE, NC 28304

LISA LIEGEOT
HEALTHTRAX INTERNATIONAL, INC.
2345 MAIN STREET
GLASTONBURY, CT 06033

LOCKE LORD BISSELL & LIDDELL
Timothy S. McFadden
111 South Wacker Drive
Chicago, ILL 60606

LouAnn Loomis
1607 Hults Dr
Eaton Rapids, MI 48827

LOUIS F SCHAD R/O IRA
FCC AS CUSTODIAN
1811 SEQUOIA DRIVE
VINELAND, NJ 08361

LOWENSTEIN SANDLER PC
Michale S.Etkin S.Jason Teele
1251 Avenue of the Americas
18th Floor
New York, NY 10022

LUCILE E COCHRAN
DALE E COCHRAN AND
206 LAKESHORE DR
STORM LAKE, IA 50588

LYDIA D. NEYLAND
20 BELLMAWR DR
ROCHESTER, NY 14624

MADDUX, CAROLE R
3158 WINTERBERRY DR
W BLOOMFIELD, MI 48324

MANELLI DENISON & SELTER PLLC
YOSHIHIRO SAITO
2000 M STREET, NW 7TH FLOOR
WASHINGTON, DC 20036

MARCEL CICIC
99-40 68 RD APT. 9U
REGO PARK, NY 11374

MARCIA HOPEWELL
28825 TAVISTOCK TR
SOUTHFIELD, MI 48034

MARGARET ANN BAMBA
2 WALL ST
NEW YORK, NY 10005

MARIANNE WEISSMAN
2 DEER CREEK LANE
MT. KISCO, NY 10549

MARK D. SILVERSCHOTZ
REED SMITH LLP
599 LEXINGTON AVENUE, 22ND FLOOR
NEW YORK, NY 10022

MARK G LEDWIN
WILSON, FISHER, MOSKOWITZ ET AL
3 GANNETT DR
WHITE PLAINS, NY 10604

MARK T. VUONO
VUONO & GRAY, LLC
310 GRANT ST., SUITE 2310
PITTSBURG, PA 15219

MARKET INSIGHT CORPORATION
ATTN:  RICH FALCONE
2479 E BAYSHORE RD
STE 809
PALO ALTO, CA 94303

MARSHALL & MELHORN
ATTN: MELISSA J. DETRICK
FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OH 43604

MARTIN EISENBERG
ATTY FOR VOITH AG AND ITS AFFIL
SUITE 1000 , 50 MAIN ST
WHITE PLAINS, NY 10606

MASUDA FUNAI EIFERT & MITCHELL
Rein F. Krammer
203 N. LaSalle Street
Suite 2500
Chicago, ILL 60601

MASUDA FUNAI EIFERT & MITCHELL
Rein F. Krammer
203 N. LaSalle Street
Chicago, ILL 60601

MASUDA, FUNAI, EIFERT & MITCHELL
ATTN: REIN F. KRAMMER
203 N. LASALLE STREET, SUITE 2500
CHICAGO, IL 60601

MATTHEW F. FITZSIMMONS
ATTN: ASSISTANT ATTORNEY GENERAL
110 SHERMAN STREET
HARTFORD, CT 06105

MATTHEW H QUINN
115 UTE LN
ESTES PARK, CO 80517

MATTIE RANKINS DRAKE
2765 WENTWORTH AVE
APT. 316
DAYTON, OH 45406

MAURICE F CURRAN
CGM IRA ROLLOVER CUSTODIAN
388 BRONXVILLE ROAD
BRONXVILLE, NY 10708

MAXXIS INTERNATIONAL USA
545 OLD PEACHTREE RD NW
SUWANEE, GA 30024

MCALPHINE & ASSOCIATES, INC
ATT: MCALPHINE & ASSOCIATES, INC
3201 UNIVERSITY DR., SUITE 100
AUBURN HILLS,, MI 48326

MCALPINE & ASSOCIATES, P.C.
DON W. BELVINS
3201 UNIVERSITY DR, SUITE 100
AUBURN HILLS, MI 48326

MCALPINE & ASSOCIATES, P.C.
MARK L. MCALPINE, P.C.
3201 UNIVERSITY DRIVE. SUITE 100
AUBURN HILLS, MI 48326

MCALPINE & ASSOCIATES, P.C.
Don W. Blevins
3201 University Drive Suite 100
Auburn Hills, MI 48326

MCALPINE & ASSOCIATES, P.C.
Mark L. McAlpine
Matthew D.Novello
3202 University Drive Suite 100
Auburn Hills, MI 48326

MCDONALD HOPKINS PLC
ATTY FOR COUNSEL TO COMAU, INC
39533 WOODWARD AVE., SUITE 318
BLOOMFIELD HILLS, MI 48304

MCDONALD HOPKINS PLC
ATTN: STEPHEN M. GROSS
39533 WOODWARD AVE., STE. 318
BLOOMFIELD HILLS, MI 48304

MCGAW & POLING P.C.
D. D. MCGAW & K. E. DRISCOLL
5455 CORPORATE DRIVE SUITE 104
TROY, MI 48098

MCGUIREWOODS LLP
ATTENTION: DION W. HAYES
1345 AVENUE OF THE AMERICAS
7TH FLOOR
NEW YORK, NY 10105

MCGUIREWOODS LLP
ATTENTION: SHAWN R. FOX
1345 AVENUE OF THE AMERICAS
7TH FLOOR
NEW YORK, NY 10105

MCGUIREWOODS LLP
JOHN HADDOCK III AND SHAWN FOX
901 EAST CARY STREET
RICHMOND, VA 23219

MCGUIREWOODS, LLP
ATTN: SHAWN R. FOX
1345 AVENUE OF THE AMERICAS
SEVENTH FLOOR
NEW YORK, NY 10105

MCKENZIE, ROBERT A
1851 N COVILLE RD
LINCOLN, MI 48742

MCNAMEE, LOCHNER, TITUS ET AL
ATTN: JOHN J. PRIVITERA
677 BROADWAY
ALBANY, NY 12207

MERLIN LANAVILLE
121 WHISPERING PINES DR
HUDSON, NC 28638

MERRITT A. PARDINI
KATTEN MUCHIN ROSENMAN LLP
575 MADISON AVENUE
NEW YORK, NY 10022

MEYER, SUOZZI, ENGLISH & KLEIN
ATTENTION: THOMAS R. SLOME
990 STEWART AVENUE,
SUITE 300
GARDEN CITY, NY 11530

MEYER, SUOZZI, ENGLISH & KLEIN
Edward J. LoBello
1350 Broadway, Suite 501
PO Box 822
New York, NY 10018

MEYER, SUOZZI, ENGLISH & KLEIN, PC
151 S OLD WOODWARD AVE
SUITE 200
BIRMINGHAM, MI 48009

MICHAEL A GALLO
NADLER NADLER & BURDMAN CO., LPA
20 FEDERAL PLAZA WEST
SUITE 600
YOUNGSTON, OH 44503

MICHAEL BEST & FRIEDRICH LLP
TONYA A. TRUMM
100 EAST WISCONSIN AVENUE
SUITE 3300
MILWAUKEE, WI 53202

MICHAEL D. WEISSMAN, MD
2 DEER CREEK LANE
MT. KISCO, NY 10549

MICHAEL G. GALLACHER, ESQUIRE
436 JEFFERSON AVENUE
SCRANTON, PA 18510

MICHAEL J DUVERNAY
1800 FRUIT STREET
ALGONAC, MI 48001

MICHAEL P SHUSTER
PORT WRIGHT MORRIS & ARTHUR LLP
925 EUCLID AVE
SUITE 1700
CLEVELAND, OH 44115

MICHAEL POTTER
N38W26876 GLACIER RD
PEWAUKEE, WI 53072

MICHAEL TOTH
10200 TORREY RD
WILLIS, MI 48191

MICHELE BAUER
JOHN G. CRONIN, ATTORNEY-IN-FACT
722 CHESTNUT STREET
MANCHESTER, NH 03104

MICHELLE BAUER
C/O JOHN G. GRONIN
772 CHESTNUT STREET
MANCHESTER, NH 03104

MILLER CANFIELD PADDOCK et al
DONALD J. HUTCHINSON
150 WEST JEFFERSON AVENUE
SUITE 2500
DETROIT, MI 48226

MILLER, CANFIELD PADDOCK ET AL
Stephen S. LaPlante
150 West Jefferson Ave
Suite 2500
Detroit, MI 48226

MILLER, CANFIELD, PADDOCK STONE
ATT JOSEPH D. GUSTAVUS
840 WEST LONG LAKE ROAD
TROY, MI 48098

MILLER, JAMES
19634 HEALY ST
DETROIT, MI 48234

MITCHELL CANTY
8146 REYNOLDSWOOD DR
REYNOLDSBURG, OH 43068

MONZACK MERSKY ET AL
Brian J. McLaughlin
1201 N. Orange Street
Suite 400, PO box 2031
Wilmington, DE 19899

MOORE & VAN ALLEN PLLC
Cynthia Jordan Lowery
40 Calhoun Street
Suite 300, PO Box 22828
Charleston, SC 29413

MORGAN LEWIS & BOCKUS LLP
WENDY S WALKER
101 PARK AVE
NEW YORK, NY 10178

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEY FOR FTM SERVICE CORP.
101 PARK AVENUE
NEW YORK, NY 10178

MORGAN, LEWIS & BOCKIUS LLP
ATTN: HOWARD S. BELTZER
101 PARK AVE
NEW YORK, NY 10178

MORGAN, LEWIS & BOCKIUS LLP
ATTN: HOWARD S. BELTZER
101 PARK AVE.
NEW YORK, NY 10178

MORRIS JAMES LLP
JEFFREY R WAXMAN
500 DELEWARE AVE
STE 1500
WILMINGTON, DE 19899

MORRIS JAMES LLP
CARL KUNZ, III, JEFFREY WAXMAN
500 DELAWARE AVENUE, SUITE 500
WILMINGTON, DE 19801

MR RALPH A. HENDERSON AND
MRS JEAN L. HENDERSON JT TEN
3 PLEASANT CREEK DRIVE
FAIRFIELD, OH 45014

MR RICHARD W LENDERMAN JR
936 SPINNAKER'S REACH DR
PONTE VEDRA, FL 32082

MS&CO C/F
FRANCES H CATERINA
202 KENYON DR
PECKVILLE, PA 18452

MUNSCH HARDT KOPF & HARR
J. E. Marshall, J. L. Howell
500 N. Akard Street
3800 Lincoln Plaza
Dallas, TX 75201

MUNSCH HARDT KOPF & HARR, P.C.
J E. MARSHALL & M J. GOLD
500 N. AKARD STREET
3800 LINCOLN PLAZA
DALLAS, TX 75201

NADLER NADLER & BURDMAN CO., L.P.A.
ATTORNEYS FOR FALCON TRANSPORT CO.
20 FEDERAL PLAZA WEST
SUITE 600
YOUNGSTOWN, OH 44503

NADLER NADLER & BURDMAN CO., L.P.A.
MICHAEL GALLO & TIMOTHY REARDON
20 FEDERAL PLAZA WEST
YOUNGSTOWN, OH 44503

NATHAN ZOUSMER, P.C.
KENNETH A. NATHAN
29100 NORTHWESTERN HIGHWAY
SUITE 260
SOUTHFIELD, MI 48034

NATHAN ZOUSMER, P.C.
Kenneth A. Nathan
29100 Northwestern Highway Suite 260
Southfield, MI 48034

NEAL, DONNA M
15119 STILLBROOKE DR
STRONGSVILLE, OH 44136

NEAL, DONNA M
40 WILORN DR
DRY RIDGE, KY 41035

NEBRASKA ATTORNEY GENERAL'S OFFICE
LESLIE LEVY/ANTI-TRUST DIVISION
2115 STATE CAPITOL BUILDING
LINCOLN, NE 68509

NEDELMAN GLOETZNER, PLLC
ATTY FOR LOGISTICS INSIGHT CORP.
28580 ORCHARD LAKE ROAD, SUITE 140
FARMINGTON HILLS, MI 48334

NETTIE S MCCLINTON
TOD ACCOUNT
520 OTSEGO ST #107
STORM LAKE, IA 50588

NORTON & ASSOCIATES LLC
MICHAEL E NORTON
317 MADISON AVE, SUITE 415
NEW YORK, NY 10017

NORTON & ASSOCIATES, LLC
ATT: MICHAEL E. NORTON
317 MADISON AVENUE, STE 415
NEW YORK, NY 10017

OFFICE OF THE CALIFONIA ATTY GEN
ATTN: MARGARITA PADILLA
1515 CLAY STREET , 20TH FLOOR
P.O BOX 70550
OAKLAND, CA 94612

OHIO ASSISTANT ATTORNEY GENERAL
ATTN: RONN ROSENBLUM
150 EAST GAY STREET, 21ST FL
COLUMBUS, OH 43215

OHIO ASSISTANT ATTORNEY GENERAL
ATTY FOR BUREAU OF MOTOR VEHICLES
30 EAST BROAD STREET, 26TH FL
30 EAST BROAD STREET, 26TH FL
COLUMBUS, OH 43215

OLIVER A PARKER
283 CODRINGTON DR
LAUD BY-THE-SEA, FL 33308

OLSHAN GRUNDMAN FROME et al
ANDREA FISCHER (AF 2591)
66 EAST 55TH ST
NEW YORK, NY 10022

Olshan Grunman Frome ET AL
Andrea Fischer, Esq.
65 East 55th Street
New York, NY 10022

ORRICK HERRINGTON & SUTCLIFFE LLP
F D. HOLDEN, JR., J S. CLEMENS
666 FIFTH AVENUE
NEW YORK, NY 10103

ORRICK HERRINGTON & SUTCLIFFE LLP
F D. HOLDEN, JR. AND  J S. CLEMENS
405 HOWARD STREET
SAN FRANCISCO, CA 94105

ORRICK, HERRINGTON & SUTCLIFFE, LLP
ATTN: ALYSSA D. ENGLUND
666 FIFTH AVENUE
NEW YORK, NY 10103

OTTAWAY MOTOR EXPRESS
SHAWN MCMAHON
714880 CT. ROAD 4
WOODSTOCK ON N4S 7W3 CANADA

OTTAWAY MOTOR EXPRESS LTD
714880 COUNTY ROAD 4
WOODSTOCK, ON N4S 7W3 CANADA

PARAGON TECHNOLOGIES, INC.
5775 TEN MILE ROAD
WARREN, MI 48091

PATRICK J KUKLQ
CLARK HILL, PLC
4111 ANDOVER ROAD WEST
2ND FLOOR
BLOOMFIELD HILLS, MI 48302

PATRICK J STRANEY
13916 N STEPROCK CANYON PL
ORO VALLEY, AZ 85755

PATROS, JOHN J
8188 KENYON DR SE
WARREN, OH 44484

PAUL D SCHRADER
7001 BRISCOE LANE
LOUISVILLE, KY 40228

PAUL E. THOMAS
814 PEARL STREET
BATESVILLE, IN 47006

PAUL, HASTINGS, JANOFSKY & WALKER
THOMAS L KENT
75 EAST 55TH STREET
NEW YORK, NY 10022

PAUL, HASTINGS, JANOFSKY ET AL
RICHARD A. CHESLEY
191 NORTH WACKER DRIVE, 30TH FLOOR
CHICAGO, IL 60606

PAULA ROTHMAN
2 DEER CREEK LANE
MT. KISCO, NY 10549

PEPPER HAMILTON LLP
ATTENTION: NINA M. VARUGHESE
3300 TWO LOGAN SQUARE
18TH AND ARCH STREETS
PHILADELPHIA, PA 19103

PEPPER HAMILTON LLP
NINA M. VARUGHESE, ESQ. (NV 2347)
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA 19103

PEPPER HAMILTON LLP
Linda J. Casey
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103

PEPPER HAMILTON LLP
Linda J. Casey
Eighteenth and Arch Streets
3000 Two Logan Square
Philadelphia, PA 19103

PEPPER HAMILTON LLP
Nina M. Varughese
Eighteenth and Arch Streets
3000 Two Logan Square
Philadelphia, PA 19103

PEPPER HAMILTON LLP
H J. Jaffe, J C. Carignan
1313 Market Street
Hercules Plaza, Suite 5100
Wilmington, DE 19899

PERDUE, BRANDON, FIELDER, ET AL
ELIZABETH BANDA
4025 WOODLAND PARK BLVD., SUITE 300
ARLINGTON, TX 76013

PERKINS COIE LLP
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WA 98101

PERROS, THOMAS H
18183 SABINE DR
MACOMB, MI 48042

PETER BACKUS
15609 ALLNUTT LN
BURTONSVILLE, MD 20866

PETER G POLMEN
7949 W CAMBRIDGE DR
ORLANDO PARK, IL 60462

PETER PETRA
3304 93RD ST. APT 3V
JACKSON HEIGHTS, NY 11372

PETERSON, JOSEPHINE L
370 BALDWIN AVE APT 120
PONTIAC, MI 48342

PHILLIP M. WACKER
N4213 SCHARINE ROAD
WHITEWATER, WI 53190

PHILLIPS LYTLE LLP
ATT: ANGELA Z. MILLER, ESQ
3400 HSBC CENTER
BUFFALO, NY 14203

PHILLIPS LYTLE LLP
ANGELA Z MILLER
437 MADISON AVE, 34TH FLOOR
NEW YORK, NY 10022

PHILLIPS LYTLE LLP
ALLAN L HILL, WILLIAM J BROWN
437 MADISON AVE
34TH FLOOR
NEW YORK, NY 10022

PHILLIPS LYTLE LLP
ROBERT D GORDON/CLARK HILL PLLC
151 S OLD WOODWARD AVENUE
SUITE 200
BIRMINGHAM, MI 48009

PHILLIPS LYTLE LLP
Angela Z. Miller
437 Madison Avenue
34th Floor
New York, NY 10022

PHILLIPS LYTLE LLP
Angela Z. Miller
3400 HSBC Center
Buffalo, NY 14203

PHILLIPS LYTLE LLP
Angela Z. Miller
437 Madison Avenue
34th Floor
New York, NY 10022

PHILLIPS LYTLE LLP
Angela Z. Miller
3400 HSBC Center
Buffalo, NY 14203

PHILLIPS, GOLDMAN & SPENCE , P.A
ATTN: JOHN C. PHILLIPS
1200 N. BROOM STREET
WILMINGTON, DE 19806

PHILLIPS, GOLDMAN & SPENCE , P.A
ATTN: STEPHEN W. SPENCE, ESQ.
1200 N. BROOM STREET
WILMINGTON, DE 19806

PILLIP BOHL, JEFFREY PETERSON, ESQ.
GRAY PLANT MOOTY MOOTY & BENNETT
80 SOUTH 8TH STREET
500 IDS CENTER
MINNEAPOLIS, MN 55402

PILLSBURY WINTHROP SHAW PITTMAN LLP
R L EPLING, K B DINE, E E CARRIG
1540 BROADWAY
NEW YORK, NY 10036

PILLSBURY, WINTHROP SHAW PITTMAN
R L. Epling, K B. Dine, E E. Carrig
1540 Broadway
New York, NY 10036

PIONEER STEEL CORPORATION
DON SAZAMA
7447 INTERVALE
DETROIT, MI 48238

PLANTER, EDWARD J
417 WYOMING AVE
BUFFALO, NY 14215

PLATZER, SWERGOLD, ET AL
CLIFF A. KATZ
1065 AVENUE OF THE AMERICAS
NEW YORK, NY 10018

POLSINELLI SHUGHART PC
ATT: CHRISTOPHER A. WARD
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

PORTER WRIGHT MORRIS & ARTHUR
Michael P. Shuster
925 Euclid Avenue
Suite 1700
Cleveland, OH 44115

PORTER WRIGHT MORRIS & ARTHUR
Tami Hart Kirby
One South Main Street
Suite 1600
Dayton, OH 45402

PORTER WRIGHT MORRIS & ARTHUR LLP
ATTN: TAMI HART KIRBY
ONE SOUTH MAIN ST, STE 1600
DAYTON, OH 44115

PORZIO BROMBERG & NEWMAN PC
J S. Mairo, R M Schechter
100 Southgate Parkway
PO Box 1997
Morristown, NJ 07962

PORZIO BROMBERG & NEWMAN PC
J S. Mairo, R M Schechter
156 West 56th Street
New York, NY 10019

QUARLES & BRADY LLP
CHRISTOPHER COMBEST
300 N LASALLE ST
STE 4000
CHICAGO, IL 60654

QUARLES & BRADY LLP
ATTN: CHRISTOPHER COMBEST
300 NORTH LASALLE STREET SUITE 4000
CHICAGO, IL 60654

QUARLES & BRADY LLP
F. B. Feinstein, L N. Nachinson
300 N. LaSalle Street
Suite 4000
Chicago, IL 60654

QUICK BELTON  KENNEDY THOMAS
WILENTZ GOLDMAN & SPITZER
88 PINE STREET , WALL STREET PLAZA
NEW YORK, NY 10005

R A.Henderson and J L.Henderson
3 Pleasant Creek Court
Fairfield, OH 45014

RACINE & ASSOCIATES
MARIE T RACINE
211 W FORT ST STE 500
DETROIT, MI 48226

RADHA R M NARUMANCHI  &
RADHA B D NARUMANCHI JT WROS
657 MIDDLETOWN AVE
NEW HAVEN, CT 06513

RAPIDS TUMBLE FINISH INC
1607 HULTS DR
EATON RAPIDS, MI 48827

RAPIDS TUMBLE FINISH INC
1607 HULTS DR
EATON RAPIDS, MI 48827

RAWLE & HENDERSON LLP
STEVEN MONTGOMERY, GARY F SEITZ
14 WALL STREET
27TH FLOOR
NEW YORK, NY 10005

RAYMOND BRUSSEAU
8081 PEBBLE CREEK
FARWELL, MI 48622

RAYMOND W SARGENT
13050 FM 2010
CHANDLER, TX 75758

REED SMITH LLP
ATTN: DEBRA S. TURETSKY
599 LEXINGTON AVENUE
28TH FLOOR
NEW YORK, NY 10022

REED SMITH LLP
MARK D. SILVERSCHOLTZ
599 LEXINGTON AVENUE, 22 FL
NEW YORK, NY 10022

REED SMITH LLP
Debra S.Turetsky
599 Lexington Avenue
28th Floor
New York, NY 10022

REED SMITH LLP
S T. Bobo, A E. Pille
10 South Wacker Drive
40th Floor
Chicago, ILL 60606

REGIONAL COUNSEL
ATTENTION: MARK A. WAITE
ONE WOODWARD AVENUE
SUITE 601
DETROIT, MI 48226

REICHEL, LEONARD D
2844 SANDY CREEK DR
SHELBY TWP, MI 48316

REID AND REIGE, PC
Carol A. Felicetta
195 Church Street
New Haven, CT 06510

REIN F KRAMMER
MASUDA, FUNAI, et al
203 LASALLE ST
SUITE 2500
CHICAGO, IL 60601

REINHART BOERNER VAN DEUREN S.C.
ATT: L. KATIE MASON
1000 NORTH WATER ST, STE 1700
POB 2965
MILWAUKEE, WI 53201

RICHARD H. MEEKER
700 EAST HAYES ST
MECOSTA, MI 49332

RICHARD WASKOW
C/O JOHN J. EDWARDS
1477 EAST 83RD ST
MERRILLVILLE, IN 46410

RICHARDS KIBBE & ORBE
M Friedman, K. N. Sambur
One World Financial Center
New York, NY 10281

RICHARDS KIBBE & ORBE LLP
MICHAEL FRIEDMAN & KEITH N. SAMBUR
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

RICHLAND COUNTY COMMISSIONERS
COUNTY ADMINISTRATION BUILDING
50 PARK AVENUE EAST
MANSFIELD, OH 44902

Rick Zucker
720 Olive Street
Room 1520
St. Louis, MO 63101

RIKER, DANZIG & SHERER et al.
J. ALEX KRESS & MARK E. HALL
ONE SPEEDWELL AVENUE
HEADQUARTERS PLAZA
MORRISTOWN, NJ 07962

RJ LANDAU PARTNERS, PLLC
ATTN:  CHRISTOPHER A MERRITT
5340 PLYMOUTH RD
STE 200
ANN ARBOR, MI 48105

ROBERT A. NOVAK, PLLC
ROBERT A. NOVAK
30850 TELEGRAPH ROAD
SUITE 250
BINGHAM FARMS, MI 48025

ROBERT FAIN
2365 TRINITY CHURCH ROAD
CANTON, GA 30115

ROBERT J SCHMIDT
TOD ACCOUNT
5255 W CENTRAL
TOLEDO, OH 43615

ROBERT MATLI
2463 FUNSTON AVENUE
SAN FRANCISCO, CA 94116

ROBERT P SABOURIN
1301 EL LOBO WAY
THE VILLAGES, FL 32159

ROBERT S. LUTZ
2099 PENNSYLVANIA AVE, NW
12TH FLOOR
WASHINGTON, DC 20000

Robert S. Lutz
2099 Pennsylvania Avenue, N.W.
18th Floor
Washington, DC 20006

ROBERT W HARTNAGEL
7605 CARTA VALLEY DR
DALLAS, TX 75248

ROBINSON BROG et al
F RINGEL, A GREENE, R LEINWAND
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

ROBINSON CURPHEY & O'CONNELL
W DAVID ARNOLD
FOUR SEAGATE, NINETH FLOOR
TOLDEO, OH 43604

RODNEY KLEIN
2230 CLEVELAND ST E
COOPERSVILLE, MI 49404

ROLAND KING
6839 FAIRVIEW ST
ANDERSON, IN 46013

RONALD AND SANDRA EARLENE DAVIS
4014 SOUTH 135TH EAST AVE
TULSA, OK 74134

RONALD E. KING
852 COACHWAY
ANNAPOLIS, MD 21401

RONALD TANNER
2184 BRIAR LN
BURTON, MI 48509

ROPES & GRAP LLP
JAMES WILTON & JAMES WRIGHT III
ONE INTERNATIONAL PLACE
BOSTON, MA 02110

ROPES & GRAY LLP
J. M. Wilton, J.A. Wright
One International Place
Boston, MA 02110

ROSENZWEIG & WOLOSKY LLP
ANDREA FISCHER & O. GRUNMAN FROME
65 EAST 55TH STREET
NEW YORK, NY 10022

ROSS & ORENSTEIN
GARY GREENBERG
100 S FIFTH ST, SUITE 1200
MINNEAPOLIS, MN 55402

ROTHGERBER JOHNSON & LYONS LLP
BRENT R. COHEN AND CHAD S. CABY
1200 SEVENTEENTH STREET
ONE TABOR CENTER
DOVER, CO 80202

ROTHSTEIN ROSENFELDT ADLER
S A. Goldstein, A C. Neiwirth
401 East Las Olas Boulevard, Suite 1650
Fort Lauderdale, FL 33301

RUSS DETTERICH
2515 GREENTREE LN
KOKOMO, IN 46902

RUSSELL W. ELLIS, SR.
54 NORELL DRIVE
PETAL, MS 39465

SALTSMAN & WILLETT, P.S.C.
ATT: JAMES P. WILLETT, III
212 E STEPHEN FOSTER AVE, POB 327
BARDSTOWN, KY 40004

SALVATORE SCIORTINO
461 CHAMBERS ST
SPENCERPORT, NY 14559

SANDRA STEVENS GOODALE
69 HILLTOP DRIVE
CHAPPAQUA, NY 10514

SANFORD P. ROSEN & ASSOCIATES, P.C.
ATTY FOR L+A ARCHITECTS, INC.
747 THIRD AVENUE
NEW YORK, NY 10017

SARAH M. CHEN
LOCKE LORD BISSELL & LIDDELL, LLP
885 THIRD AVENUE
TWENTY-SIXTH FLOOR
NEW YORK, NY 10022

SCHAFER AND WEINER, PLLC
ATT: MICHAEL R. WERNETTE
40950 WOODWARD AVE., STE. 100
BLOOMFIELD HILLS, MI 48304

SCHNEIDER, KURT G
7730 S KILKENNY DR
BRIGHTON, MI 48116

SCHWARTZ, LICHTENBERG, LLP
Barry E. Lichtenberg
420 Lexington Avenue
Suite 2040
New York, NY 10170

SCNADER HARRISON SEGAL & LEWIS LLP
ATTN: BENJAMIN P. DEUTSCH
140 BROADWAY
SUITE 3100
NEW YORK, NY 10005

SHAW GUSSIS FISHMAN et al
ATTN: MARK L. RADTKE
321 N. CLARK ST
SUITE 800
CHICAGO, IL 60654

SHAW GUSSIS FISHMAN ET AL
Mark L. Radtke
321 N. Clark Street, Suite 800
Chicago, IL 60654

Shawn McMahon
714880 County Road 4
Woodstock, Ontario N45 7W3

SHELDON S. TOLL PLLC
PHILLIPS LYTLE LLP
ONE HSBC CENTER, SUITE 3400
BUFFALO, NY 14203

SHELDON S. TOLL PLLC
SHELDON S TOLL
2000 TOWN CENTER, SUITE 2100
SOUTHFIELD, MI 48075

SHEPPARD MULLIN ET AL
E. H. Tillinghast, III, M. J. Cademartori

30 Rockefeller Plaza
24th Floor
New York, NY 10112

SHERRI BARKAN
645 BALFOUR PLACE
MELVILLE, NY 11747

SIDLEY AUSTIN LLP
ATTN: TERESA H. CHAN
787 SEVENTH AVENUE
NEW YORK, NY 10019

SIMPSON THACHER & BARTLETT LLP
ATTN: KENNETH S. ZIMAN
425 LEXINGTON AVENUE
NEW YORK, NY 10017

SMITH GAMBRELL & RUSSELL
WILLIAM M. BARRON & BETH N. KIBE
250 PARK AVE
NEW YORK, NY 10177

SMITH, GAMBRELL & RUSSELL, LLP
WILLIAM M. BARRON & BETH N. KIBEL
250 PARK AVENUE
NEW YORK, NY 10177

SONNENSCHEIN NATH & ROSENTHALL LLP
ROBERT E. RICHARDS
233 SOUTH WACKER DRIVE
SUITE 7800
CHICAGO, IL 60606

SQUIRE, SANDERS & DEMPSEY L.L.P.
PETER A ZISSER
1095 AVENUE OF THE AMERICAS
31ST FLOOR
NEW YORK, NY 10036

ST AMOUR, LEO
1874 BURNING BUSH CT
ROCHESTER HILLS, MI 48309

STANLEY D SMITH
608 N 13TH ST
MIDDLETOWN, IN 47356

SHEPPARD MULLIN ET AL
E. H. Tillinghast, III, M. J. Cademartori

31 Rockefeller Plaza
25th Floor
New York, NY 10112

SHIVELY BROTHERS, INC
C/O DAVID A SALIM
5302 GATEWAY CENTRE
FLINT, MI 48507

SILVERMAN & MORRIS, P.L.L.C.
Geoffrey L. Silverman Karin F. Avery
7115 Orchard Lake Road Suite 500
West Bloomfield, MI 48322

SIPKA, ALBERT G
302 TURNBERRY CT NE
WARREN, OH 44484

SMITH, GAMBRELL & RUSSELL
Beth N. Kibel
250 Park Avenue
Suite 1900
New York, NY 10177

SMITHAMUNDSEN, LLC
BRIAN M.GRAHAM, WILLIAM S. HACKNEY
150 NORTH MICHIGAN AVENUE
STE 3300
CHICAGO, IL 60601

SONNENSCHEIN NATH ROSENTHAL LLP
ATTENTION: JOHN BICKS
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

SQUIRE, SANDERS & DEMPSEY L.L.P.
ATT: P. CASEY COSTON
221 E. FOURTH ST., SUITE 2900
CINCINNATI, OH 45202

STANDARD ELECTRIC CO
JOHN WISNIEWSKI
2650 TRAUTNER DR
SAGINAW, MI 48604

STANLEY JANUSZ
11995 ANGUS CIR
STERLING HTS, MI 48312

STEINBERG SHAPIRO & CLARK
Mark H. Shapiro
24901 Northwestern Hwy
Suite 611
Southfield, MI 48075

STEINBURG, SHAPRIO & CLARK
ATTN: MARK H. SHAPIRO
24901 NORTHWESTERN HIGHWAY
SUITE 611
SOUTHFIELD, MI 48075

STEPHEN B. FOLEY
STEPHEN B. FOLEY, P.C.
9900 PELHAM ROAD
TAYLOR, MI 48180

STEVE JAKUBOWSKI, ELIZABETH RICHERT
THE COLEMAN LAW FIRM
77 WEST WACKER DR., SUITE 4800
CHICAGO, IL 60601

STEVEN M. MELLEY
FRANK & SANDRA CACCOMA
24 CLOSS DRIVE
RHINEBACK, NY 12572

STEVENSON & BULLOCK
ATTN: CHARLES B BULLOCK
19200 SOUTHFIELD RD, SUITE 210
SOUTHFIELD, MI 48076

STOEL RIVES LLP
DAVID B. LEVANT, ERIN L. ELIASEN
600 UNIVERSITY STREET
SUITE 3600
SEATTLE, WA 98101

SULLIVAN & CROMWELL, LLP
ATTENTION: WILLIAM L. FARRIS
125 BROAD STREET
NEW YORK, NY 10004

SUPFINA MACHINE COMPANY INC
181 CIRCUIT DR
NORTH KINGSTOWN, RI 02852

SUPINA MACHINE COMPANY, INC.
ANDREW M. CORSINI
181 CIRCUIT DRIVE
NORTH KINGSTOWN, RI 02852

TAFT STETTINIUS & HOLLISTER
425 WALNUT ST STE 1800
CINCINNATI, OH 45202

TATRO, TED A
19720 SQUIRREL CT
VOLCANO, CA 95689

TED TATRO
19720 SQUIRREL CT
VOLCANO, CA 95689

THE HAAS LAW FIRM
ELIZABETH A. HAAS
254 S. MAIN STREET
SUITE 210
NEW CITY, NY 10956

THE MASTROMARCO FIRM
ATTY FOR GERALD HAYNOR
1024 N. MICHIGAN AVE
SAGINAW, MI 48602

THE SCHARINE GROUP, INC.
ATTENTION: PHILLIP M. WACKER
N4213 SCHARINE ROAD
WHITEWATER, WI 53190

THEOPOLIS WILLIAMS, SR
19635 BUFFALO STREET
DETROIT, MI 48234

THOMAS B CANNON
3332 RUSSELL CIR
PLANO, TX 75023

THOMAS H. PERROS
18183 SABINE DR
MACOMB, MI 48042

THOMAS KENNEDY
643 S RIVERVIEW AVE
MIAMISBURG, OH 45342

THOMAS KENNEDY
5516 DEYO RD
CASTALIA, OH 44824

THOMAS KENNEDY
50CRYSTAL ST
NORTH ARLINGT, NJ 07031

THOMAS KENNEDY III TTEE O/T
THOMAS KENNEDY III LV TR
6940 LAKESIDE HILLS DRIVE
FLORISSANT, MO 63033

THOMAS KENNEDY SAMPSON & PATTERSON
3355 MAIN ST
COLLEGE PARK, GA 30337

THOMAS L. BERGMAN
4217 TRADEWIND CT.
ENGLEWOOD, OH 45322

THOMAS M. SERPA
THE MATHWORKS
3 APPLE HILL DRIVE
NATICK, MA 01760

THOMAS W SCHOUTEN
DUNN, SCHOUTEN & SNOAP, PC
2745 DEHOOP AVE SW
WYOMING, MI 49509

THOMPSON & KNIGHT LLP
ATTN: DEMETRA L. LIGGINS
919 THIRD AVE., 39TH FLOOR
NEW YORK, NY 10022

THOMPSON COBURN FAGEL HABER
Lauren Newman
55 East Monroe
40th Floor
Chicago, ILL 60603

TINA BRIGGS
2270 MILLSBORO RD
MANSFIELD, OH 44906

TODD A BURGESS
GREENBERG TRAURIG, LLP
2375 CAMELBACK RD
SUITE 700
PHEONIX, AZ 85016

TODD E. LEATHERMAN
ATTY FOR STATE OF KENTUCKY
1024 CAPITAL CENTER DRIVE
FRANFORT, KY 40601

TONY F DI PONIO
CALHOUN & DI PONIO, PLC
31000 TELEGRAPH RD
SUITE 280
BINGHAM FARMS, MI 48025

TORYS LLP
W F. Gray,  Jr. A D.Bauer
237 Park Avenue
New York, NY 10017

TRANUM BUICK, PONTIAC, GMC TRUCK
ANNA TRANUM-KESSLER
5620 S GENERAL BRUCE DR
TEMPLE, TX 76502

TROUTMAN SANDERS LLP
Jeffrey W. Kelley
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308

TROUTMAN SANDERS LLP
Brett D. Goodman
405 Lexington Avenue
The Chrysler Building
New York, NY 10174

TROYS LLP
WILIAM F. GRAY, JR.
237 PARK AVE
NEW  YORK, NY 10017

VENABLE LLP
Lawrence A. Katz
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182

VENABLE LLP
Edward A. Smith
1270 Avenue of the Americas
Rockefeller Center, 25th Floor
New York, NY 10020

VENABLE LLP
Lawrence A. Katz
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182

VENABLE LLP
Edward A. Smith
1270 Avenue of the Americas
New York, NY 10020

VENABLE LLP
Lawrence A. Katz
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182

VENABLE LLP
Edward A. Smith
1270 Avenue of the Americas
New York, NY 10020

VENABLE LLP
Lawrence A. Katz
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182

VENABLE LLP
Edward A. Smith
1270 Avenue of the Americas
New York, NY 10020

VENABLE LLP
Edward A. Smith
1270 Avenue of the Americas
New York, NY 10020

VENABLE LLP
Darek S. Bushnaq
750 East Pratt Street, Suite 900
Baltimore, MD 21202

VERCRUYSSE, MURRAY & CALZONE, PC
ATTN: DANIEL J. BERNARD
31780 TELEGRAPH ROAD, SUITE 200
BINGHAM FARMS, MI 48025

VERL DASHER
921 W WAYNE ST
PAULDING, OH 45879

VINSON & ELKINS L.L.P.
Ronald L. Oran
666 Fifth Avenue
26th Floor
New York, NY 10103

VON BRIESEN & ROPER, S.C.
RANDALL CROCKER & REBECCA SIMONI
411 E. WISCONSIN AVE.,  SUITE 700
MILWAUKEE, WI 53202

Vorys, Sater, Seymour and Pease
Tiffany Strelow Cobb
52 E. Gay Street P.O. Box 1008
Columbus, OH 43216

WALLER LANSDEN DORTCH & DAVIS, LLP
JOHN M. BRADHAM, PETER B. KATZMAN
708 THIRD AVENUE, 19TH FLOOR
NEW YORK, NY 10017

WALLER LANSDEN DORTCH & DAVIS, LLP
ATTN: ROBERT A. GUY, JR.
511 UNION STREET, SUITE 2700
POST OFFICE BOX 198966
NASHVILLE, TN 37219

WALTER BENZIJA
HALPERIN BATTAGLIA RAICHT, LLP
555 MADISON AVENUE - 9TH FLOOR
NEW YORK, NY 10022

WARNER NORCROSS & JUDD LLP
ATT: MICHAEL B. O'NEAL
111 LYON STREET, NW
900 FIFTH THIRD CTR,
GRAND RAPIDS, MI 49503

WARNER NORCROSS & JUDD LLP
ATTN: GORDON J. TOERING
111 LYON STREET NW
900 FIFTH THIRD CTR,
GRAND RAPIDS, MI 49503

WARNER NORCROSS & JUDD LLP
ATTENTION: STEVEN B. GROW
111 LYON STREET NW
900 FIFTH THIRD CENTER
GRAND RAPIDS, MI 49503

WARNER NORCROSS & JUDD LLP
ATTN: MICHAEL B. O'NEAL
111 LYON STREET, NW
900 FIFTH THIRD CENTER
GRAND RAPIDS, MI 49503

WARREN AND YOUNG PLL
JEFFREY L COXON
134 W 46TH ST
ASHTABULA, OH 44050

WARREN R BOLTON TR
WARREN R BOLTON TTEE
560 ORLEANS RD.
NORTH CHATHAM, MA 02650

WASSENAAR, MARLYE A
3034 MEADOW ST
LYNN HAVEN, FL 32444

WASSERMAN GRUBIN & ROGERS, LLP
ATTN: ANDREW K. LIPETZ
1700 BROADWAY, 42ND FLOOR
NEW YORK, NY 10019

WASSERMAN GRUBIN & ROGERS, LLP
ATTN: ANDREW K. LOPETZ, ESQUIRE
1700 BROADWAY, 42ND FLOOR
NEW YORK, NY 10019

WAYNE S. CROFT
5021 GARFIELD PL
CORPUS CHRISTI, TX 78413

WEISMAN, YOUNG & RUEMENAPP
ATTN: JOHN RUEMENAPP
30100 TELEGRAPH ROAD
SUITE 428
BINGHAM FARMS, MI 48025

WEISMAN, YOUNG & RUEMENAPP, P.C.
ATTN: JOHN A. RUEMENAPP
30100 TELEGRAPH ROAD, SUITE 428
BINGHAM FARMS, MI 48025

WENDY S. WALKER
MORGAN LEWIS & BOCKIUS LLP
101 PARK AVENUE
NEW YORK, NY 10178

WESTERMAN BALL EDERER ET AL
ATTN: ERIC G. WAXMANN III
170 OLD COUNTRY ROAD
SUITE 400
MINEOLA, NY 11501

WHITE AND WILLIAMS, LLP
Karel S. Karpe, Esq.
One Penn Plaza, Suite 4110
New York, NY 10119

WILLIAM AND KAREN GREEN
16150 CLIFFROCK CT
COLORADO SPRINGS, CO 80921

WILLIAM H CHAMBERS
501 CUMBERLAND ROAD
TYLER, TX 75703

WILLIAM KRUSE (IRA ROLL)
FCC AS CUSTODIAN
262 SPRINGHILL RD NW
HUNTSVILLE, AL 35806

WILLIAM V O'CONNOR
936 HARDING AVE
VENICE, CA 90291

WILMER CUTLER ET AL
ERIC R MARKUS, Nancy Manzer
1875 PENNSYLVANIA AVE NW
WASHINGTON, DC 20006

Wilmer Cutler Pickering Hale & Dorr
A Goldman, J Millar
399 Park Avenue
New York, NY 10022

WILSON ELSER MOSKOWITZ ET AL
ATT: MARK G. LEDWIN, ESQ
3 GANNETT DRIVE
WHITE PLAINS, NY 10604

WILSON, HARRY A
1004 E GRANT ST
MARION, IN 46952

WILSON, HARRY B
7723 HIGHLAND AVE SW
WARREN, OH 44481

WILSON, HARRY E
11549 STOEPPELWERTH DR
INDIANAPOLIS, IN 46229

WILSON, HARRY E
941 40TH ST SW
WYOMING, MI 49509

WILSON, HARRY J
3208 HUNTER COVE DRIVE
ARLINGTON, TX 76001

WILSON, HARRY W
4600 BRITTON RD LOT 229
PERRY, MI 48872

WINDELS MARX LANE & MITTENDORF
Leslie S. Barr
156 West 56th Street
New York, NY 10019

WINDELS MARX LANE & MITTENDORF
Leslie S. Barr
156 West 56th Street
New York, NY 10019

WINDELS MARX LANE & MITTENDORF, LLP
ATTN: LESLIE S. BARR
156 WEST, 56TH STREET
NEW YORK, NY 10019

WINSTEAD PC
R.M. FARQUHAR, JOSEPH G. EPSTEIN
600 TRAVIS STREET
1100 JPMORGAN CHASE TOWER
HOUSTON, TX 77022

WINSTON & STRAWN LLP
ATT: ROBERT J BOUDREAU
200 PARK AVE
NEW YORK, NY 10166

WINSTON & STRAWN LLP
Carey D. Schreiber
200 Park Avenue
New York, NY 10166

WINSTON & STRAWN LLP
M J. Botica, M D. Cohn
35 West Wacker Drive
Chicago, IL 60601

WINSTON & STRAWN, LLP
CAREY D. SCHREIBER
200 PARK AVENUE
NEW YORK, NY 10166

WOLLMUTH MAHER & DEUTSCH LLP
ATTENTION: JAMES N. LAWLOR
ONE GATEWAY CENTER,
NINTH FLOOR
NEWARK, NJ 07102

WOMBLE CARLYLE SANDRIDGE
WILLIAM B. SULLIVAN, ESQ.
ONE WEST FOURTH STREET
WINSTON-SALEM, NC 27101

WOOD, KENNETH M
3869 E 1250 N
ALEXANDRIA, IN 46001

YEATON RESEARCH INC
5552 CERRITOS AVE STE B
G. SCOTT YEATON, PRESIDENT
CYPRESS, CA 90630

YOUNG & SUSSER, PC
R D. YOUNG, S SUSSER, S MACWILLIAMS
26200 AMERICAN DRIVE STE 305
SOUTHFIELD, MI 48034

# Exhibit I

100/200 FOXBOROUGH BLVD. REALTY TRUST
C/O CB RICHARD ELLIS-N E PARTNERS
380 WESTMINISTER ST.
PROVIDENCE, RI  02903

350 MARINE PARKWAY LLC
C\O POLLACK FINANCIAL GROUP
150 PORTOLA RD
PORTOLA VALLEY, CA  94028 - 7852

851 DUPORTAIL LP
955 CHESTERBROOK BLVD STE 120
CHESTERBROOK, PA  19087

ABLEMAN FRAYNE & SCHWAB
666 THIRD AVENUE
NEW YORK, NY  10017

ARENDT & MEDERNACH
1 ROCKEFELLER PLAZA
SUITE 1405
NEW YORK, NY  10020

BAKER & BOTTS LLP
1299 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC  20004

BAKER & MCKENZIE
100 NEW BRIDGE STREET
LONDON EC4V 6JA, ENGLAND

BARRIOS FUENTES ABOGADOS
ARIAS ARANGUEZ NO. 250
MIRAFLORES, LIMA 18
PERU

BCF LLP
1100 RENE-LEVESQUE WEST BLVD.
25TH FLOOR
MONTREAL, QUEBEC, H3B 5C9 CANADA

BINGHAM MCHALE LLP
10 W MARKET ST STE 2700
INDIANAPOLIS, IN  46204 - 2982

BOWMAN AND BROOKE
150 SOUTH FIFTH STREET
SUITE 3000
MINNEAPOLIS, MN  55402

BOWMAN GILFILLAN INC.
165 W STREET, P.O. BOX 785812
SANDTON, JOHANNESBURG
SANDTON 2146, SOUTH AFRICA

BOYLE COOL SPRINGS JOINT VENTURE
5110 MARYLAND WAY
SUITE 330
BRENTWOOD, TN  37027

BP 270, LLC C/O MATAN REALTY, LLP
MICHAEL JEZIENICKI
20251 CENTURY BLVD STE 100
GERMANTOWN, MD  20874 - 1195

BP/CGCENTER I, LLC C/O BOSTON PROPERTIES LIMITED
PARTNERSHIP
ROBERT E. SELSAM, SENIOR VICE PRESIDENT
599 LEXINGTON AVE FL 1800
NEW YORK, NY  10022 - 7661

BRAUN, KENDRICK & FINKBEINER, PLC
4301 FASHION SQUARE BLVD
SAGINAW, MI  48603 - 1250

BRCP STANFORD PLACE, LLC
805 E TUFTS AVE STE 1310
DENVER, CO  80237 - 2837

BRONS & SALAS
MAIPU 1210 - PISO 5
C1006ACT - CIUDAD DE BUENOS AIRES
REPUBLICA ARGENTINA

BROOKS KUSHMAN
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI  48075

BUGBEE & CONKLE LLP
405 MADISON AVE STE 1300
NATL CITY BANK BLDG
TOLEDO, OH  43604 - 1226

BUSTAMANTE & BUSTAMANTE
AVENIDAS AMAZONAS ER-69 Y PATRIA
EDIFICIO COFIEC, 10MO. PISO
QUITO, ECUADOR

CENTER XXXIII, LLC
C/O HIGHWOODS PROPERTIES, INC.
3100 SMOKETREE COURT
SUITE 1100
RALEIGH, NC  27607

CONNIE J. POSTELLI LAW OFFICE
2117 NORTH MAIN STREET
CROWN POINT, IN  46307

CRYSTAL POINTE, LTD.
NORTH POINTE REALTY, INC
5915 LANDERBROOK DRIVE
SUITE 120
MAYFIELD HGTS, OH  44127

DLA PIPER
1251 AVENUE OF THE AMERICAS
NEW YORK, NY  10020

DUA AND ASSOCIATES
204-206 TOLSTOY HOUSE
15 TOLSTOY MARG
NEW DELHI 110 001
INDIA

EARLY, MIRANDA & PETRABORG, PC
720 OLIVE ST STE 700
SAINT LOUIS, MO  63101 - 2334

FEATHERSTONE PETRIE DE SISTO
600 SEVENTEENTH STREET
SUITE 2400S
DENVER, CO  80202

FRESHFIELDS BRUCKHAUS DERINGER GBP
520 MADISON AVENUE
34TH FLOOR
NEW YORK, NY  10022

GMAC, LLC
200 RENAISSANCE CTR
PO BOX 200
DETROIT, MI  48265 - 2000

CASTLE CREEK INVESTMENT GROUP, LLC
101 NORTH BRAND BOULEVARD
SUITE 940
GLENDALE, CA  91203

CLIFFORD CHANCE LLP
2001 K STREET N.W.
WASHINGTON, DC  20006

CORE REALTY HOLDINGS MANAGEMENT, INC.
FBO BROOKFIELD LAKES TENANTS IN COMMON, C/O HAMMES
CO.
18000 W. SARAH LANE, STE 250
BROOKFIELD, WI  53045

DANIEL MEADOW BROOK 600 PARTNERSHIP
1200 CORPORATE DR STE 400
BIRMINGHAM, AL  35242 - 5424

DREW & NAPIER LLC
20 RAFFLES PLACE
#17-00 OCEAN TOWERS
SINGAPORE 048620

DYKEMA GOSSETT PLLC
1300 I ST, N.W., STE 300W
FRANKLIN SQUARE BUILDING
WASHINGTON, DC  20005

ENVIRONMENTAL TESTING CORP
2022 HELENA ST
AURORA, CO  80011 - 4644

FLAGSHIP ENTERPRISE CENTER, INC.
EXECUTIVE DIRECTOR
2701 ENTERPRISE DRIVE
SUITE 100
ANDERSON, IN  46013

GILLIKIN TRADE LLC
C/O POLLOCK FINANCIAL GROUP
350 MARINE PARKWAY LLC
150 PORTOLA ROAD
PORTOLA VALLEY, CA  94028

GOMEZ, PINZON, ZULETA ABOGADOS, S.A.
CALLE 67 NO. 7 - 35 OF. 1204
BOGOTA, D.C., COLOMBIA

GRANDE MARKET 5601
5735 WEST SPENCER STREET
APPLETON, WI  54914

GREENWAY OFFICE CENTER, LLC
C/O T. WALL PROPERTIES, LLC
P.O. BOX 7700
MADISON, WI  53707

GUYER & REGULES
PLAZA INDEPENDENCIA 811 P.B.
MONTEVIDEO, URUGUAY

HALL BUILDING, LLC
C/O BCP WEST, LLC -TR FOR SUCH ENTITY
13860 BALLANTYNE CORP PLACE, STE 300
C/O THE BISSELL COMPANIES, INC.
CHARLOTTE, NC  28277

HANNAH TECHNOLOGY & RESEARCH CENTER
PO BOX 4218
EAST LANSING, MI  48826 - 4218

HARDY LEWIS & PAGE PC
401 SOUTH OLD WOODWARD AVENUE
SUITE 400
BIRMINGHAM, MI  48009

HARTLINE DACUS BARGER DREYER & KERN LLP
6688 NORTH CENTRAL EXPRESSWAY
SUITE 1000
DALLAS, TX  75206

HIGGS JOHNSON TRUMAN BODDEN & CO.
SHEDDEN RD., P.O. BOX 866
ANDERSON SQUARE BUILDING
GRAND CAYMAN, KY1-1103 CAYMAN ISLANDS

HOGAN & HARTSON
555 THIRTEENTH STREET N.W.
COLUMBIA SQUARE
WASHINGTON, DC  20004

HOME BUILDERS ASSOCIATION OF GREATER TOLEDO, INC.
1911 INDIAN WOOD CIR STE A
MAUMEE, OH  43537 - 4063

HOWREY LLP
1299 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC  20004

HUB PROPERTIES TRUST
C/O REIT MANAGEMENT & RESEARCH LLC
PO BOX 845911
BOSTON, MA  02284 - 5911

JONES DAY
51 LOUISIANA AVENUE, N.W.
WASHINGTON, DC  20001

KANTROWITZ & PHILLIPPI
1880 JOHN F. KENNEDY BLVD.
SUITE 1101
PHILADELPHIA, PA  19103

KEMBOY & COMPANY ADVOCATES
1ST FLOOR, ACACIA SUITE
RIVERSIDE GREEN
RIVERSIDE DRIVE PO BOX 19500
NAIROBI, 00100 KENYA

KENIMAN BELCHER AND BARBARA BELCHER
203 CEDAR DR
SCOTT DEPOT, WV  25560 - 9437

KESSINGER/HUNTER & CO.,
2600 GRAND AVENUE
SUITE 700
KANSAS CITY, MO  64108

KIM & CHANG
SEYANG BUILDING
223 NAEJA-DONG
JONGNO-GU
SEOUL 110-720 KOREA

KING & SPALDING
1185 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

KIRKLAND & ELLIS
300 NORTH LASALLE
CHICAGO, IL  60654

LACEY & JONES LLP
600 S ADAMS RD STE 300
BIRMINGHAM, MI  48009 - 6864

LATHROP & GAGE LC
2345 GRAND BLVD.
SUITE 2800
KANSAS CITY, MO  64108

LEGACY III SR CROW CANYON LLC
4000 EAST THIRD AVENUE
SUITE 600
FOSTER CITY, CA  94404

LEWIS LAND, LTD.
8031 EAST MARKET ST.
WARREN, OH  44484

LEWIS TRADE LLC
C/O POLLOCK FINANCIAL GROUP
350 MARINE PARKWAY LLC
150 PORTOLA ROAD
PORTOLA VALLEY, CA  94028

LOMITA PARTNERS II, LLC
433 N CAMDEN DR STE 820
BEVERLY HILLS, CA  90210 - 4412

LOWE FELL & SKOGG
370 SEVENTEENTH STREET
SUITE 4900
DENVER, CO  80202

MANNHEIMER SWARTLING ADVOKATBYRA
101 PARK AVENUE
NEW YORK, NY  10178

MAPLE 6 CAMPUS LLC
C/O MACK-CALI REALTY CORP
343 THORNALL STREET
EDISON, NJ  08837

MARSHALL, DENNEHEY, WARNER, COLEMAN &
GOGGIN
PO BOX 8888
WILMINGTON, DE  19899

MAYER BROWN
1909 K STREET N.W.
WASHINGTON, DC  20006

MB600 LLC
C/O DANIEL CORPORATION
3595 GRANDVIEW PKWY STE 400
BIRMINGHAM, AL  35243 - 1964

MCKELVIE DELUCA PC
280 WEST MAPLE ROAD
SUITE 300
BIRMINGHAM, MI  48009

MCKENNA LONG & ALDRIDGE LLP
1900 K STREET N.W.
WASHINGTON, DC  20006

MIDDLETONS
LEVEL 25, RIALTO SOUTH TOWER
525 COLLINS STREET
MELBOURNE VIC 3000
AUSTRALIA

NATIONAL WATERWORKS, INC (SUBLEASE)
NATIONAL WATERWORKS, INC
C/O KATHRYN WILLIAMS, HOLLAND & KNIGHT LLP
200 SOUTH ORANGE AVE
ORLANDO, FL  32801

NYHAN, PFISTER, BAMBRICK & KINZIE, PC
20 N CLARK ST STE 1000
CHICAGO, IL  60602 - 4195

OKD FOUR, LTD.
55 TRI-COUNTY PKWY.
CINCINNATI, OH  45246

OKD FOUR, LTD.
TARGET MGMT. LEASING INC
110 BOGGS LAKE, SUITE 244
CINCINNATI, OH  45246

ORCHARD VISTA PROPERTIES, LLC C/O WATERS REALTY &
DEVELOPMENT
161 OTTAWA AVE NW STE 104
GRAND RAPIDS, MI  49503 - 2713

OSLER, HOSKIN HARCOURT
100 KING STREET WEST
1 FIRST CANADIAN PLACE, SUITE 6100
P.O. BOX 50
TORONTO, ONTARIO M5X 1B8 CANADA

OZRE GREENVILLE LLC
P.O. BOX 533220
CHARLOTTE, NC  28290

PÉREZ, BUSTAMANTE & PONCE
AV. REPUBLICA DE EL SALVADOR 1082
QUITO, ECUADOR

PERKINS COIE LLP
607 FOURTEENTH STREET N.W.
SUITE 800
WASHINGTON, DC  20005

PHILLIPS ORRMONDE FITZPATRICK
P.O. BOX 323
COLLINS STREET WEST
VIC 8007
AUSTRALIA

PINHEIRO NETO ADVOGADOS
RUA HUNGRIA, 1100
01455-000
SAO PAULO, BRAZIL

PLATINUM TECHNOLOGY, INC.
1815 SOUTH MEYERS ROAD
OAKBROOK TERRACE, IL  60181

QUIGG AND PARTNERS
LEVEL 7, THE BAYLEYS BUILDING
28 BRANDON STREET
P.O. BOX 3035
WELLINGTON 6140 NEW ZEALAND

R & M DIODATI FAMILY LTD. PARTNERSHIP
11423 SUNRISE GOLD CIRCLE
SUITE 16
RANCHO CORDOVA, CA  95742

REALTY ASSOCIATES IOWA CORPORATION
C/O TA REALITY ASSOCIATES
28 STATE STREET, 10TH FLOOR
BOSTON, MA  02190

RL NORTON, LLC
C/O RYAN STONER
21 NORTON STREET
HONEOYE FALLS, NY  14472

ROSE LAW FIRM PLLC
501 NEW KARNER
ALBANY, NY  12205

RUBEN & SJOLANDER
1875 CENTURY PARK EAST
SUITE 1050
LOS ANGELES, CA  90067

RUMBERGER KIRK & CALDWELL PA
SIGNATURE PLAZA
SUITE 300
201 SOUTH ORANGE AVENUE
ORLANDO, FL  32801

RUTH HOWARD TATE & SOWELL
150 SECOND AVE N
STE 201
NASHVILLE, TN  37201

S. HOROWITZ & CO.
41-45 ROTHSCHILD BLVD.
TEL AVIV, ISRAEL 65784

SAGER & SAVAGE
5152 KATELLA AVE STE 104
LOS ALAMITOS, CA  90720 - 2841

SANDLER & TRAVIS TRADE
36555 CORPORATE DRIVE #400
FARMINGTON HILLS, MI  48331

SANTA MARINA Y STETA
CAMPOS ELISEOS NO. 345 - PISOS 2 Y 3
COLONIA CHAPULTEPEC POLANCO
DELEGACION MIGUEL HIDALGO
11560 MEXICO, D.F.

SCHIFF HARDIN LLP
ATTENTION: ALYSON M. FIEDLER & EUGENE GEEKIE
233 SOUTH WACKER DRIVE
SUITE 6600
CHICAGO, IL  60606

SPIEGL TRADE LLC
C/O POLLOCK FINANCIAL GROUP
350 MARINE PARKWAY LLC
150 PORTOLA ROAD
PORTOLA VALLEY, CA  94028

SUMMIT I PARTNERS, LTD.
C/O CORPORATE REALTY SERVICES, INC.
4350 BROWNSBORO ROAD, SUITE 310
LOUISVILLE, KY  40207

SWIG, WEILER & ARNOW MANAGEMENT CO., INC.
1114 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

SWIG, WEILER & ARNOW MANAGEMENT CO., INC.
EDWARD T. HAAS TRUST, SYDIA
HAAS LONG, TRUSTEE
2727 FILBERT STREET
SAN FRANCISCO, CA  94123

TAFT STETTINIUS & HOLLISTER LLP
425 WALNUT STREET
SUITE 1800
CINCINNATI, OH  45202

TEACHERS INSURANCE & ANNUITY ASSOCIATION
C/O UNITED PROPERTIES LLC
8400 NORMANDALE LAKE BLVD STE 320
BLOOMINGTON, MN  55437 - 1069

THE PRISCHACK FAMILY PARTENERSHIP
100 STATE ST STE B100
ERIE, PA  16507 - 1462

THE RAMOS LAW FIRM, LLC
1800 PEACHTREE ST ,STE 620
ATLANTA, GA  30309

THOMPSON HINE LLP
1920 N STREET, N.W.
SUITE 800
WASHINGTON, DC  20036

THORNTON, GROUT & FINNIGAN LLP
SUITE 3200, CANADIAN PACIFIC TOWER
100 WELLINGTON ST WEST, P.O. BOX 329
TORONTO-DOMINION CENTRE
TORONTO, CANADA M5K 1K7

TOZAI SOGO LAW OFFICE
ADMIRAL KIOICHO BUILDING
3-28, KIOICHO, CHIYODA-KU
TOKYO, JAPAN 102-0094

TURUNC & TURUNC
MACKA CADDESSI 32/2
TESVIKIYE 34367
ISTANBUL
TURKEY

UCM/SREP-CORPORATE WOODS LLC
FBO UBS F DEPT CH17865
PALATINE, IL  60055 - 7865

UNIVERSITY CENTRE WEST III, LTD.
GEORGE RAHAEL
2900 N UNIVERSITY DR
CORAL SPRINGS, FL  33065 - 5083

URENDA, RENCORET, ORREGO & DORR
AVENIDA ANDRES BELLO 2711, PISO 16
LAS CONDES- CODIGO POSTAL 7550611
SANTIAGO, CHILE

VINSON & ELKINS LLP
THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE N.W.
SUITE 600
WASHINGTON, DC  20004

WELSH TRADE LLC
C/O POLLOCK FINANCIAL GROUP
350 MARINE PARKWAY LLC
150 PORTOLA ROAD
PORTOLA VALLEY, CA  94028

WHITE GETGEY & MEYER
1700 FOURTH & VINE TOWER
1 WEST FOURTH STREET
CINCINNATI, OH  45202

# Exhibit J

PUBLIC CITIZEN LITIGATION GROUP
ADINA ROSENBAUM & ALLISON M ZIEVE
ATTNY FOR CENTER FOR AUTO SAFETY, ET AL.
1600 20TH ST SW
WASHINGTON, D.C. 2009
arosenbaum@citizen.org

THE COLEMAN LAW FIRM
ELIZABETH RICHERT, STEVE JAKUBOWSKI
77 WEST WACKER DRIVE, SUITE 4800
CHICAGO, IL  60601
sjakubowski@colemanlawfirm.com