Wendy J. Gibson
BAKER & HOSTETLER LLP
3200 National City Center
1900 E. 9th St.
Cleveland OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740

Richard J. Bernard
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorney for Scripps Networks, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
In re:                                                  :
                                                        :   Chapter 11 Case No.
GENERAL MOTORS CORP., *et al.*,                         :
                                                        :   09-50026 (REG)
                                        Debtors.        :
                                                        :   (Jointly Administered)
                                                        :
------------------------------------------------------- x

# WITHDRAWAL OF LIMITED OBJECTION OF SCRIPPS NETWORKS, LLC
## TO PROPOSED CURE AMOUNT

Scripps Networks, LLC ("Scripps"), by and through its undersigned attorney, and based upon additional information provided by both General Motors and by Starcom MediaVest, hereby withdraws its limited objection to the proposed cure amount related to the above-captioned debtors' (collectively, the "**Debtors**") assumption and assignment of certain executory contracts by and between Scripps and certain of the Debtors.

- 2 -

The original objection was docketed at 1388.

Dated: June 30, 2009 	Respectfully submitted,

	/s/ Wendy J. Gibson
	Wendy J. Gibson
	BAKER & HOSTETLER LLP
	3200 National City Center
	1900 E. 9th St.
	Cleveland OH 44114
	Telephone: (216) 621-0200
	Facsimile: (216) 696-0740
	E-mail: wgibson@bakerlaw.com


	Richard J. Bernard
	BAKER & HOSTETLER LLP
	45 Rockefeller Plaza
	New York, New York 10111
	Telephone: (212) 589-4200
	Facsimile: (212) 589-4201
	E-mail: rbernard@bakerlaw.com

	*Attorney for Scripps Networks, LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 30, 2009 the foregoing *Withdrawal of Limited Objection of Scripps Networks to Proposed Cure Amount* was served by regular U.S. mail, postage prepaid, on the persons listed below:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Common Center
Mailcode 480-206-114

*The Debtors*

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

*U.S. Treasury*

Vedder Price, P.C.
1633 Broadway
47th Floor
New York, New York 10019
Attn: Michael J. Edelman, Esq.
Michael L. Schein, Esq.

*Counsel for Export Development Canada*

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Thomas Moers Mayer, Esq.
Kenneth H. Eckstein, Esq.
Gordon Z. Novod, Esq.

*Counsel for the Official Committee of Unsecured Creditors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.

*Counsel for the Debtors*

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi, Esq.

*Counsel for the Purchaser*

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004
Attn: Diana G. Adams, Esq.

*United States Trustee*


*/s/ Wendy J. Gibson*
Wendy J. Gibson
BAKER & HOSTETLER LLP
3200 National City Center
1900 E. 9th St.
Cleveland OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740