Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212)704-6000

*Attorneys for Allied Systems Holdings, Inc.,*
*Allied Automotive Group, Inc.,*
*Allied Systems, Ltd. (L.P.), Axis Group, Inc.,*
*Allied Systems (Canada) Company,*
*F.J. Boutell Driveaway LLC,*
*Allied Freight Broker LLC, CT Services, Inc.,*
*and Transport Support LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                              :     Chapter 11
                                                    :     Case No. 09-50026 (REG)
                                                    :
GENERAL MOTORS CORP. *et al.*,                      :
                                                    :     Jointly Administered
                           Debtors.                 :
                                                    :
-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )   s.s.:
COUNTY OF NEW YORK   )

Harriet E. Cohen, being duly sworn, deposes and says:

I am not a party to this action, I am over the age of twenty-one years and I reside in Queens, New York.

On June 30, 2009 I served the *Amended Objection to Proposed Cure Amounts and Reservation of Rights to Debtors' Notice of (I) Debtors Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property And (II) Cure Costs Related Thereto dated June 5, 2009* [Docket No. 2754] upon the parties listed on the Service List annexed hereto via First Class Mail, by

placing a true copy of same in a properly addressed postage paid wrapper under the exclusive care and custody of the United States Postal Service within the State of New York

.

/s/ Harriet E. Cohen
Harriet E. Cohen

Sworn to before me this
30th day of June, 2009

/s/ Anthony Cardillo
Notary Public

Anthony Cardillo
Notary Public, State of New York
No. 03-486-0234
Qualified in Bronx County
Commission Expires March 18, 2010

General Motors Corporation  
Cadillac Building  
30009 Van Dyke Avenue  
Warren, MI 48090-9025  
Attn Warren Command Center  
Mailcode 480-206-114  

Harvey R. Miller, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, NY 10153  

Joseph H. Smolinsky, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, NY 10153  

Matthew Feldman, Esq.  
U.S. Treasury  
1500 Pennsylvania Avenue NW  
Room 2312  
Washington, DC 20220  

Michael J. Edelman, Esq.  
Vedder Price, P.C.  
1633 Broadway, 47th Floor  
New York, NY 10019  

Michael L. Schein, Esq.  
Vedder Price, P.C.  
1633 Broadway, 47th Floor  
New York, NY 10019  

Robert D. Wolford, Esq.  
Miller, Johnson, Snell & Cummiskey, PLC  
250 Monroe Avenue, NW  
Suite 800  
Grand Rapids, MI 49503  

Diana G. Adams, Esq.  
Office of the United States Trustee  
for the Southern District of New York  
33 Whitehall Street, 21st Floor  
New York, NY 10004  

John J. Rapisardi, Esq.  
Cadwalader, Wickersham & Taft LLP  
One World Financial Center  
New York, NY 10281  

Stephen Karotkin, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, NY 10153  

Gordon Z. Novod, Esq.  
Kramer Levin Naftalis & Frankel, LLP  
1177 Avenue of the Americas  
New York, NY 10036  

Thomas Moers Mayer, Esq.  
Kramer Levin Naftalis & Frankel, LLP  
1177 Avenue of the Americas  
New York, NY 10036