HOWARD & HOWARD ATTORNEYS, PLLC
450 West Fourth Street
Royal Oak, Michigan 48067
Telephone (248) 723-0296
Lisa S. Gretchko (LGretchko@HowardandHoward.com)

*Counsel to Morgan Adhesives Company d/b/a MACtac,*
*Bemis Co., Inc., Progressive Stamping Company (D.E.), Inc.,*
*Plastic Omnium Auto Exteriors, L.L.C., Plastic Omnium Auto*
*Exteriores, S.A. de C.V., Burelle, S.A., and*
*Inoplast Composites S.A. de C.V.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re

GENERAL MOTORS CORP., et al.,

                        Debtors.

--------------------------------------------------------x

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

## VERIFIED STATEMENT OF HOWARD AND HOWARD ATTORNEYS, PLLC, PURSUANT TO BANKRUPTCY RULE 2019

**TO THE HONORABLE ROBERT E. GERBER,**
**UNITED STATES BANKRUPTCY JUDGE:**

      Lisa S. Gretchko, being duly sworn, affirms as follows:

      1.      I am a member of the law firm of Howard and Howard Attorneys, PLLC, ("Howard and Howard").

      2.      Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Howard and Howard hereby provides notice of its representation of the creditors identified below (the "Represented Creditors") in the chapter 11 cases of General Motors Corporation, et al. (the "Debtors"):

| Creditor Name and Address | Nature of Claim or Interest | Amount of Claim or Interest |
|---|---|---|
| Morgan Adhesives Company d/b/a MACtac, and its parent company, Bemis Co., Inc. 4560 Darrow Road Stow, Ohio 44224-1898 | Trade creditor | Unknown |
| Progressive Stamping Company (D.E.), Inc. 2807 Samoset Royal Oak, Michigan 48073 | Trade creditor | Unknown |
| Plastic Omnium Auto Exteriors, L.L.C., and its affiliates, Plastic Omnium Auto Exteriores, S.A. de C.V., Burelle, S.A., and Inoplast Composites S.A. de C.V. 1050 Wilshire Drive, Suite 170 Troy, Michigan 48084 | Trade creditor | Unknown |

3.  Howard and Howard does not represent a committee or indenture trustee in these case. Further, none of the represented Creditors is a member of a committee or has served as an indenture trustee in these cases. Howard and Howard provides legal services to the Represented Creditors with respect to matters unrelated to these bankruptcy cases as well as to matters related to these cases.

4.  All of the information contained herein is intended solely to comply with Bankruptcy Rule 2019 and is not intended to be used for any other purpose. Howard and Howard and each of the Represented Creditors reserve all of their rights, including the right to supplement or amend the information contained herein.

5.  Howard and Howard reserves the right to supplement and amend this statement pursuant to Bankruptcy Rule 2019.

{10515714:1}                                       2

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
June 29, 2009

**HOWARD AND HOWARD ATTORNEYS, PLLC**

By: /s/ Lisa S. Gretchko
Lisa S. Gretchko (LGretchko@HowardandHoward.com)
450 West Fourth Street
Royal Oak, Michigan 48067
Telephone (248) 723-0296

*Counsel to Morgan Adhesives Company d/b/a MACtac, Bemis Co., Inc., Progressive Stamping Company (D.E.), Inc., Plastic Omnium Auto Exteriors, L.L.C., Plastic Omnium Auto Exteriores, S.A. de C.V., Burelle, S.A., and Inoplast Composites S.A. de C.V.*

## **CERTIFICATE OF SERVICE**

I hereby certify on this 30th day of June 2009, a copy of the foregoing Verified Statement of Howard and Howard Attorneys, PLLC Pursuant to Bankruptcy Rule 2019 was electronically filed through CM/ECF and served electronically on all parties accepting Notice of Electronic Filing.

/s/ Leslie S. Barr
Leslie S. Barr

{10515714:1}                                    4