UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GENERAL MOTORS CORP., *et al.*, | ) | Case No. 09-50026 (REG) |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |

**WITHDRAWAL OF OBJECTION OF TATA AMERICA INTERNATIONAL CORPORATION TO THE DEBTORS' NOTICE OF ASSUMPTION AND ASSIGNMENT AND PROPOSED CURE AMOUNT**

Based solely and specifically on written assurances by General Motors Corp. ("GM") that any amounts owed to Tata America International Corporation ("Tata") for services rendered in May 2009 are due and owing on or by July 3, 2009, and will be paid to Tata as an ordinary course payment under the terms of the existing agreement between the parties, Tata, by its attorneys, hereby withdraws the Objection of Tata America International Corporation, dated June 15, 2009 [Docket No. 1148], to the Debtor's Notice of Assumption and Assignment and Proposed Cure Amount, which was sent to Tata on June 10, 2009.

Dated this 30th day of June, 2009.

KELLEY DRYE & WARREN LLP

By: */s/ Benjamin D. Feder*
  Talat Ansari, Esq.
  Benjamin D. Feder, Esq.
  Jordan A. Bergman, Esq.
101 Park Avenue
New York, New York 10178
Tel: 212-808-7800
Fax: 212-808-7897

Attorneys for Tata America International Corporation