VERCRUYSSE MURRAY & CALZONE PC
By:   Daniel J. Bernard (P34225)
31780 Telegraph Road, Suite 200
Bingham Farms, MI  48025
Tel:   248-540-8019
Fax:   248-540-8059
dbernard@vmclaw.com
Attorneys for Unique Fabricating, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG)<br>(Jointly Administered) |
| Debtors. | |

## WITHDRAWAL OF LIMITED OBJECTION
## OF UNIQUE FABRICATING, INC. TO PROPOSED CURE AMOUNT

Unique Fabricating, Inc. (Unique), by and through its undersigned attorneys and relying upon the Cure Dispute Resolution Process promulgated by General Motors, hereby withdraws its limited objection to the proposed cure amount related to the above-captioned debtors' assumption and assignment of certain executory contracts by and between Unique and the Debtors.

The original objection was docketed at no. 1687.

Dated: June 30, 2009　　　　　　Respectfully submitted,

/s/Daniel J. Bernard

Daniel J. Bernard (P34225)
VERCRUYSSE MURRAY & CALZONE PC
31780 Telegraph Road, Suite 200
Bingham Farms, MI  48025
Tel:   248-540-8019
Fax:   248-540-8059
dbernard@vmclaw.com
Attorneys for Unique Fabricating, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 30, 2009 the foregoing *Withdrawal of Limited Objection of Unique Fabricating, Inc. to Proposed Cure Amount* was served by filing same with the Court's ECF system, which will send copies electronically to all attorneys of record, and by regular U.S. mail, postage prepaid, on the persons listed below:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Common Center
Mailcode 480-206-114
**The Debtors**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
**Counsel for the Debtors**

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.
**U.S. Treasury**

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi, Esq.
**Counsel for the Purchaser**

Vedder Price, P.C.
1633 Broadway
47th Floor
New York, New York 10019
Attn: Michael J. Edelman, Esq.
Michael L. Schein, Esq.
**Counsel for Export Development Canada**

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004
Attn: Diana G. Adams, Esq.
**United States Trustee**

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Thomas Moers Mayer, Esq.
Kenneth H. Eckstein, Esq.
Gordon Z. Novod, Esq.
**Counsel for the Official Committee of Unsecured Creditors**

/s/Daniel J. Bernard

Daniel J. Bernard (P34225)
VERCRUYSSE MURRAY & CALZONE PC
31780 Telegraph Road, Suite 200
Bingham Farms, MI 48025
Tel:   248-540-8019
Fax:  248-540-8059
dbernard@vmclaw.com
Attorneys for Unique Fabricating, Inc.