UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                                         :    CHAPTER 11
                                                         :
In re:  General Motors Corporation                       :    Case No. 09-50026-REG
                                                         :
          Debtor                                         :
---------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Kenitta Franklin Toole, a member in good standing of the bar in the State of Mississippi and, the bar of the U.S. District Courts for the Northern and Southern District of Mississippi, request admission, *pro hac vice*, before the Honorable Judge Robert E. Gerber, to represent Mississippi State Tax Commission, a creditor in the above reference case.

| | |
|---|---|
| Mailing address: | Bankruptcy – Collections Division<br>P.O. Box 22808<br>Jackson, Mississippi  39225 |
| E-mail address: | Ktoole@mstc.state.ms.us |
| Telephone No.: | (601) 923-7412 |

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

RESPECTFULLY SUBMITTED,
MISSISSIPPI STATE TAX COMMISSION


/s/Kenitta Franklin Toole
KENITTA FRANKLIN TOOLE
MS State Bar No. 101157
Attorneys for the MSTC
P.O. Box 1033
Jackson, MS 39215
Telephone:  (601) 923-7412
Facsimile:  (601) 923-7423

June 16, 2009