**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:                                                  )
General Motors Corporation               )            Case No. 09-50026-REG
                                                            )            Chapter 11
                                                            )
            Debtors.

**ORDER GRANTING ADMISSION TO PRACTICE**
*PRO HAC VICE*

Kenitta Franklin Toole member in good standing of the bar in the State of Mississippi and, the bar of the U.S. District for the Northern and Southern Districts of Mississippi, having requested admission, ***pro hac vice***, to represent the Mississippi State Tax Commission in the above reference case.

**ORDERED,**

that Kenitta Franklin Toole, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/ _____
UNITED STATE BANKRUPTCY JUDGE