Kenitta Franklin Toole
Staff Attorney
P.O. Box 1033
Jackson, Mississippi 39225-1033
(601) 923-7412/ Fax (601) 923-7423
ATTORNEY FOR THE
MISSISSIPPI STATE TAX COMMISSION

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
:      **Chapter 11**
**In re:** :
:
**GENERAL MOTORS CORP., et al** :      Case No. 09-50026-REG
:
Debtors. :
:      **(Jointly Administered)**
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I hereby certify that on June 18, 2009, I electronically filed the Mississippi State Tax Commission's Limited Objection to Debtor Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k) and (m), and 365, etc. [docket item 92], which will result in notification of such filing being sent to all ECF participants in these cases. In addition, I sent by first class mail, postage prepaid, a copy of such Objection to the following parties:

| | |
|---|---|
| Attn: Warren Command Center<br>Mailcode 480-206-114<br>c/o General Motors Corporation<br>Cadillac Bldg<br>30009 Van Dyke Ave<br>Warren, Michigan 48090- 9025<br>*Debtors* | Diana G. Adams, Esq.<br>Office of the United States Trustee<br>For the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| Matthews Feldman, Esq.<br>U.S. Treasury<br>1500 Pennsylvania Ave, N.W.<br>Room 2312<br>Washington, DC 20220 | Robert D. Wolford<br>Miller, Johnson, Snell & Commiskey PLC<br>250 Monroe Avenue, N.W., Ste. 800<br>Grand Rapids, Michigan 49503<br>*Attorneys for the Creditors' Committee* |

| | |
|---|---|
| Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave<br>New York, NY 10153<br>*Attorneys for Debtors* | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>*Attorneys for Purchaser* |
| Attention: James L. Bromley, Esq.<br>Clearly Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>*Attorney for UAW* | Attention: Banette Ceccotti, Esq.<br>Cohen, Weiss and Simon LLP,<br>330 W. 42nd Street<br>New York, New York 10036 |
| Attention: Michael J. Edelman, Esq.<br>Vedder Price, P.A.<br>1633 Broadwasy<br>47th Floor<br>NewYork, New York 10019 | Office of the United States Trustee<br>Attention: Diana G. Adams, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 |
| Attention: David S. Jones, Esq.<br>Matthew L. Schwartx, Esq.<br>U.S. Attorney's Office, S.D.N.Y<br>86 Chambers Street, Third Floor<br>New York, New York 10007 | |

                                                /s/Kenitta Franklin Toole<br>
                                                KENITTA FRANKLIN TOOLE<br>
                                                MISSISSIPPI STATE TAX COMMISSION