CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Deborah M. Buell

*Attorneys for Grupo KUO, S.A.B. de C.V.,*
*Transmisiones y Equipos Mecanicos, S.A.B. de C.V. (TREMEC),*
*Transmission Technologies Corporation (TTC), and*
*Pistones Moresa, S.A. de C.V.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                        :
In re                                                                   :   Chapter 11
                                                                        :
General Motors Corporation, *et al.*,                                   :   Case No. 09-50026 (REG)
                                                                        :
                                               Debtors.                 :   (Jointly Administered)
------------------------------------------------------------------------ X

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF
## THE KUO ENTITIES TO DEBTORS' PROPOSED CURE COSTS

Grupo KUO, S.A.B. de C.V., Transmisiones y Equipos Mecanicos, S.A.B. de C.V. (TREMEC), Transmission Technologies Corporation (TTC), and Pistones Moresa, S.A. de C.V. (the "KUO Entities"), by and through their undersigned counsel, hereby withdraw the Limited Objection Of The KUO Entities To Debtors' Proposed Cure Costs, filed on June 25, 2009 [Docket No. 2524] (the "Limited Objection"), based upon the cure costs listed in respect of the KUO Entities on the Contract Website[1] as of June 29, 2009.

[*The remainder of the page has been left blank intentionally*]

---

[1] Capitalized terms used but not defined herein have the definition ascribed to such terms in the Limited Objection.

1

Dated: New York, New York
June 30, 2009

                          Respectfully submitted,

                          CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:   /s/ Deborah M. Buell
       Deborah M. Buell, Esq.
       Member of the Firm
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

*Attorneys for Grupo KUO, S.A.B. de C.V., Transmisiones y Equipos Mecanicos, S.A.B. de C.V. (TREMEC), Transmission Technologies Corporation (TTC), and Pistones Moresa, S.A. de C.V.*