UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
In re                                                                    :    Chapter 11
                                                                         :
General Motors Corporation, *et al.*,                                    :    Case No. 09-50026 (REG)
                                                                         :
                              Debtors.                                   :    (Jointly Administered)
                                                                         :
------------------------------------------------------------------------ X

**SUPPLEMENTAL VERIFIED STATEMENT OF CLEARY GOTTLIEB STEEN & HAMILTON LLP PURSUANT TO BANKRUPTCY RULE 2019(a)**

Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), as attorneys for the entities listed on Exhibit A hereto (collectively, and, where noted, together with certain of their affiliates, the "Entities"), in connection with the above captioned chapter 11 cases of General Motors Corporation and related subsidiaries and affiliates (collectively, the "Debtors"), makes the following statement (the "Supplemental Statement") pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, to supplement the Verified Statement (the "Initial Statement") of Cleary Gottlieb pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, filed on June 18, 2009 (Docket No. 1768).

1. Cleary Gottlieb is counsel to the Entities in the above captioned cases. The Entities include, in addition to the entities listed in the Initial Statement, the following entities: Grupo KUO, S.A.B. de C.V., Transmisiones y Equipos Mecanicos, S.A.B. de C.V. (TREMEC), Transmission Technologies Corporation (TTC), and Pistones Moresa, S.A. de C.V.

2. The address for Cleary Gottlieb for purposes of this Statement is One Liberty Plaza, New York, NY 10006.

3. The mailing address for each of the Entities is listed on Exhibit A hereto.

4.      Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with the Debtors. The specific nature and amounts of the claims to be asserted by the Entities, if any, will be set forth in proofs of claims filed against the Debtors' estates.

5.      The following are the facts and circumstances in connection with Cleary Gottlieb's employment in these cases. Cleary Gottlieb represented each of the Entities prior to the Debtors' chapter 11 cases. Each of the Entities separately requested that Cleary Gottlieb represent them in connection with the Debtors' chapter 11 cases. Cleary Gottlieb also represents the Entities on matters unrelated to the cases.

6.      The Entities may hold claims against and/or interests in the Debtors' estates in addition to those disclosed herein that do not fall within the scope of Cleary Gottlieb's representation of such entities.

7.      Cleary Gottlieb also represents or advises, or may have represented or advised, other parties in interest with respect to the cases that have not been included in the Statement because these parties do not currently intend to appear in the cases or because such representations have been concluded.

8.      Cleary Gottlieb will supplement this Statement as necessary.

[*The remainder of this page has been left blank intentionally*]

Dated: June 30, 2009

                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

                    By: /s/ Deborah M. Buell

                        Deborah M. Buell, Esq.
                        dbuell@cgsh.com
                        James L. Bromley, Esq.
                        jbromley@cgsh.com
                        Sean A. O'Neal, Esq.
                        soneal@cgsh.com
                        Members of the Firm
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

I, Deborah M. Buell, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts set forth in the foregoing Statement are true and correct to the best of my knowledge, information and belief.

By: /s/ Deborah M. Buell

Deborah M. Buell, Esq.

Executed this 30th day of June, 2009.

# EXHIBIT A

**Attorneys for:**

1. AMPORTS, Inc. and certain of its affiliates
   9240 Blount Island Boulevard
   Jacksonville, Florida 32226

2. International Business Machines Corporation and certain of its affiliates
   New Orchard Road
   Armonk, NY 10504

3. International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW)
   8000 East Jefferson Avenue
   Detroit, Michigan 48214

4. The Interpublic Group of Companies, Inc. and certain of its affiliates
   1114 Avenue of the Americas
   New York, New York 10036

5. Valeo, Inc. and certain of its affiliates
   150 Stephenson Highway
   Troy, Michigan 48083

6. Grupo KUO, S.A.B. de C.V. and certain of its affiliates
   Paseo de los Tamarindos 400-B, Piso 28
   Bosques de las Lomas
   Mexico, D.F. 05120