**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**In re**

| | |
|---|---|
| **General Motors Corporation et al** | **In Proceedings For A Reorganization Under** |
| **Debtor.** | **Chapter 11**<br>**Case No: 09-50026 (REG)**<br>**(Jointly Administered)** |

-----------------------------------------------------------X


**<u>CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER</u>**


THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED, **June 1, 2009**, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.