Sale Approval Hearing Date: June 30, 2009 at 9:45 a.m.
Sale Motion Objection Deadline: June 19, 2009 5:00 p.m.

ATTORNEYS FOR THE STATES OF ST. REGIS MOHAWK TRIBE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| **GENERAL MOTORS CORP.,** *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| | : | (Jointly Administered) |
| **Debtors.** | : | |

------------------------------------------------------------X

## TABLE OF AUTHORITIES FOR THE OBJECTIONS
## SET FORTH BY THE SAINT REGIS MOHAWK TRIBE

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

The St. Regis Mohawk Tribe ("Tribe") submits this Table of Authorities for its Limited

Objection, filed on June 19, 2009 (Docket No. 2046), and its Reply to Debtors' Amended and

Supplemented Omnibus Reply to Objections, filed on June 29, 2009 (Docket No. 2736).

## TABLE OF AUTHORITIES (Docket No. 2046)

### Statutes

28 U.S.C. § 959(b) ................................................................................................................ 4

42 U.S.C. § 6901 ................................................................................................................... 3

42 U.S.C. § 6901(b)(4) .......................................................................................................... 3

### Caselaw

Ohio v. Kovacs, 469 U.S. 274, 284-85 (1985) ...................................................................... 4

Schumacher v. Richards Shear Co., 59 N.Y.2d 239, 244-45 (1983) ................................... 4

# **TABLE OF AUTHORITIES (Docket No. 2736)**

**Caselaw**

In re Chateaugay Corp., 944 F.2d 997 (1991) ................................................................... 2

Midlantic National Bank v. New Jersey, 474 U.S. 94 (1986) ........................................... 2

New York v. Shore Realty, 759 F.2d 1032, 1051 (2d Cir. 1985) ....................................... 2

Ohio v. Kovacs, 469 U.S. 274, 285 (1985) ........................................................................ 2

**Statutes**

11 U.S.C. § 363 ...................................................................................................................

33 U.S.C. § 1313 ............................................................................................................... 1

33 U.S.C. § 1341(a)(2) ...................................................................................................... 1

42 U.S.C. § 9601(16) ........................................................................................................ 1

42 U.S.C. § 9607(a)(4)(A) ................................................................................................ 1

42 U.S.C. § 9607(f)(1) ...................................................................................................... 1

Dated: June 30, 2009
       Albany, New York

                      Respectfully submitted,

                      McNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.

              By:       /s/
                      John J. Privitera (JP-0108)
                      Jacob F. Lamme (JL-0819)
                      *Counsel to the St. Regis Mohawk Tribe*
                      677 Broadway
                      Albany, New York 12207
                      Phone (518) 447-3200