54 Sand Harbor Rd
Alameda, CA 94502
June 23, 2009

Dear Judge Gerber:

I am an owner of General Motors debentures, as is our family trust, and I am extremely disappointed in the proposed General Motors restructuring act as it relates to debenture holders like me — like all of us. The offer to us, relative to banks and the unions agreement, seems extremely unfair and disproportionate. Please pursue a fairer and more advantageous settlement for the debenture/bond holders.

Sincerely,

Estelle Knowland