June 23, 2009

Judge
Robert E. Gerber
United States Bankruptcy Judge
One Bowling Green New York, N.Y.

Dear Judge,

On June 23, 2009 I received a package of paperwork from The Garden City Group, Inc, GM Claims Agent, PO Box 9386 Dublin Ohio 43017-4286. This included information "In Re GENERAL MOTORS CORP ET AL Debtors. Basically This was a Notice of Interim order, Notice of Sale Hearing + a copy of The interim order signed by you.

I realize with a corp. so large as gm and with The govt getting involved, we The little people who own less than 27,000,000 million shares will lose. I don't mind losing when things are fair. In These papers There are DECLARED DUE DATES of JUNE 19, 2009 at 5:00 P; JUNE 18th, 2009 at 4:00 PM

It is hard to contact any of The attorney's listed etc, when The Due Dates have been expired for at least 4 Days when you receive notification. As a Judge I always felt it was your job to stick up for us The little people and make things fair. I know There is nothing you can do at This late Date, but you have The power to see That The attorneys make notifications on time for us to object.

William H. King