275 Ocean Avenue
Islip, New York 11751
June 25, 2009

Honorable Robert E. Gerber
United States Bankruptcy Judge
Courtroom 621
US Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004-1408

Your Honor:

It was just last week that I received GM bankruptcy paperwork, dated June 2, with an "Objection Deadline" of June 19. I believe this isn't fair and, although the deadline has passed, I am writing to you anyway with the hope that you will consider my position.

I am a shareholder of General Motors Corporation and have been for several years. I want you to know that in spite of dividend cuts, declining stock prices, and talk of bankruptcy I have stayed faithful to GM. I have kept my stock because I believed in the Company, the American automobile industry, and the free market system.

I now find myself in a position that is at odds with the US Treasury which is steering, quite rapidly, this bankruptcy of GM. The US Treasury is in the process of taking over the Company and rendering my stock and that of my fellow stockholders to be totally worthless.

To my knowledge, this is unprecedented in this country. At best it is well intentioned. At worst, it is a very creative and dangerous precedent for the US Treasury to, in effect, seize private property without proper compensation, in violation of the US Constitution.

I am opposed to the proposed bankruptcy and hope that current stockholders will have a substantial stake in the New GM.

Thank you for your time.

Very Truly Yours,

*[signature]*
Robert Mundy