Danamae V. Barker
15146 Palm Isle Drive
Fort Myers, Florida 33919

June 22, 2009

Attention: Honorable Judge Robert E. Gerber
United Bankruptcy Court, Southern District
One Bowling Green
New York, New York 10004-1408

RE: General Motors Corporation, et al: Debtors; Case # 09-50026

As an unsecured bond holder, I received notification today from Weil, Gotshal & Manges LLP, Attorneys for Debtors and Debtors in Possession, of the notice of sale hearing to sell substantially all of Debtor's assets pursuant to Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC. The notice advised that any objections to the relief sought must be filed no later than June 19, 2009, and failure to file such response on or before the deadline shall be deemed consent to the transaction.

As an 80 year old widow dependent on the interest income from my bond holdings, it was extremely important to me to be able to file my objections. I was unable to do so due to the mailing instructions not being sent out in a timely manner which resulted in receipt after the fact. I must respectfully inquire of the court how a lay person could file their objections in conformance with the June 19th, 2009 due date when the information was received on June 22, 2009. I ask the court to take this under consideration.

An objection motion was filed on June 19th, 2009 by Counsel for the Unofficial Committee of Family and Dissident GM Bondholders. [ docket 1989 ]   I respectfully request that my objections be registered through this motion; since I am a registered member of the 1500 bondholders they represent.

Thank you for your attention to my concerns.

*Danamae V. Barker*

Danamae V. Barker

Certified letter 7008 1830 0004 8427 4196