BUTZEL LONG, a professional corporation
Robert Sidorsky
Eric B. Fisher
380 Madison Avenue
New York, New York 10017
Telephone:  (212) 818-1110
Facsimile:  (212) 818-0494
sidorsky@butzel.com
fishere@butzel.com

Thomas B. Radom (admitted *pro hac vice*)
Max J. Newman (admitted *pro hac vice*)
41000 Woodward Avenue
Bloomfield Hills, Michigan  48304
Telephone:  (248) 258-1616
Facsimile:  (248) 258-1439
radom@butzel.com
newman@butzel.com

*Attorneys for TK Holdings, Inc., Irvin Automotive
    Products, Inc., and Takata Petri AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP., *et al.*<br><br>Debtors. | Case No. 09-50026 (REG)<br><br>Chapter 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that the law firm of Butzel Long, a professional corporation, by the undersigned, hereby appears as counsel for TK Holdings, Inc., Irvin Automotive Products, Inc., and Takata Petri AG, pursuant to section 1109 of title 11 of the United States Code, 11 U.S.C. § 101 *et* seq., and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, and requests service of all notices and documents herein upon the following:

>Robert Sidorsky, Esq.
>Eric B. Fisher, Esq.
>BUTZEL LONG, a professional corporation
>380 Madison Avenue
>New York, New York 10017
>Telephone:  (212) 818-1110
>Facsimile:  (212) 818-0494
>sidorsky@butzel.com
>fishere@butzel.com
>
>Thomas B. Radom, Esq.
>Max J. Newman, Esq.
>BUTZEL LONG, a professional corporation
>41000 Woodward Avenue
>Bloomfield Hills, Michigan  48304
>Telephone:  (248) 258-1616
>Facsimile:  (248) 258-1439
>radom@butzel.com
>newman@butzel.com

PLEASE TAKE FURTHER NOTICE that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned debtors, their property, or their estates.  The undersigned requests that their names be added to the mailing matrix.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Documents (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any

agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York New York
       June 30, 2009

                              BUTZEL LONG, a professional corporation

                              By:    /s/ Robert Sidorsky
                                    Robert Sidorsky, Esq.
                                    Eric B. Fisher, Esq.
380 Madison Avenue
22nd Floor
New York, NY 10017
Tel.: (212) 818-1110
Fax: (212) 818-0494
sidorsky@butzel.com
fishere@butzel.com

Thomas B. Radom, Esq.
Max J. Newman, Esq.
BUTZEL LONG, a professional corporation
41000 Woodward Avenue
Bloomfield Hills, Michigan  48304
Telephone:  (248) 258-1616
Facsimile:  (248) 258-1439
radom@butzel.com
newman@butzel.com

*Attorneys for TK Holdings, Inc., Irvin Automotive
   Products, Inc., and Takata Petri AG*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2009, I caused a copy of the foregoing to be sent by first-class mail, postage prepaid, to the parties listed below, and by automatic ECF notice to those parties receiving ECF in the above-captioned case:

     /s/ Robert Sidorsky
Robert Sidorsky

Weil, Gotshal & Manges LLP
Attn:   Harvey R. Miller
        Stephen Karotkin
        Joseph H. Smolinsky
767 Fifth Avenue
New York, New York 10153

Honigman Miller Schwartz and Cohn LLP
Attn:   Joseph R. Sgroi
        Robert B. Weiss
        Tricia A. Sherick
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Patrick J. Trostle
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, New York 10022

United States Trustee
Attn:   Diana G. Adams
        Brian S. Masumoto
33 Whitehall Street, 21st Floor
New York, New York 10004

Kramer Levin Naftalis & Frankel LLP
Attn:   Thomas Moers Mayer
        Gordon Z. Novod
1177 Avenue of the Americas
New York, New York 10036