June 12, 2009


Honorable Robert E. Gerber
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

RE: General Motors Bankruptcy
Case # 09-50026 (REG) – 09-13558 (REG) – 09-50027 (REG) – 09-50028 (REG)

Dear Honorable Robert E. Gerber,

This letter is in protest of General Motors Bankruptcy proceedings and reorganization.
The current agreement is terribly unfair to GM Common Stock holders. Many of whom
have invested their entire life savings in GM stock, affecting hundreds of thousands of
people who will lose their entire retirement funds. The current agreement gives no return
to stock holders allowing 100% of investment to be lost.

The current reorganization agreement does not give current stock holders any of the new
GM common stock shares.

I am a 65 year old GM disabled retiree with 27 years loyal service.  My entire 401K life
savings of $389,619.05 invested in 23,290 shares of GM common stock.  I will be losing
100% of my savings with no stock in the new GM---THIS IS VERY UNFAIR.

If not for the stock holders, GM would not have existed.

Sincerely,

Robert Millsaps
114 West Legacy Dr
Brandon, MS 39042
601-824-1948