Andrew F. Krainz, Jr. and
Susan A. Krainz
P.O. Box 7195
Mount Jewett, PA 16740-7195

June 25, 2009

Honorable Robert E. Gerber
United States Bankruptcy Judge
Courtroom 621
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

Dear Judge Gerber:

We, as bondholders of the General Motors Corporation, object to the proposed 363 sale of the General Motors Corporation, on the grounds that it would give improper preferential treatment of certain creditors to the improper harm of others, and result in fraudulent conveyance.

Sincerely yours,

Andrew F. Krainz, Jr.

Susan A. Krainz

