June 23, 2009

Your Honor,

We received two notices of sale of GM's assets on June 20, 2009 giving us until June 19, 2009 to object to it. Such inadequate expired time should not be allowed.

We recommend your honor postpone the sale until proper notice is given the creditors.

Sincerely

Phillip & Nancy Skowiegk.