Market Insight Corporation
2479 East Bayshore Rd., Suite 809
Palo Alto, CA 94303
Telephone: (650)320-8222
Facsimile: (650)320-8255

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 Case No.: |
| | ) |
| GENERAL MOTORS CORP., et al., | ) 09-50026 (REG) |
| | ) |
| Debtors. | ) |
| | ) |

### WITHDRWAL OF OBJECTION OF MARKET INSIGHT CORPORATION
### WITHDRWAL OF <u>OBJECTION TO DEBTORS' CURE AMOUNT</u>

Market Insight Corporation hereby submits this Withdrawal of the Objection to the above-captioned Debtors Cure Amount.

1. The original amount posted online by the above-captioned Debtors and made available to Market Insight Corporation on June 11, 2009, was $175,187.50 and consisted of eight (8) outstanding invoices dated March 31, 2009 to May 15, 2009.

2. The total Cure Amount should be $200,591.50.  The Cure Amount posted online by the Debtors as of June 23, 2009, now correctly states $200,591.50 and consists of nine (9) outstanding pre-petition invoices dated March 31, 2009 to May 15, 2009.

Dated: June 23, 2009

Respectfully submitted,
**MARKET INSIGHT CORPORATION**



By: /s/ Rich Falcone
*President and CEO*

Market Insight Corporation
2479 East Bayshore Rd., Suite 809
Palo Alto, CA 94303
Telephone: (650)320-8222
Facsimile: (650)320-8255

Market Insight Corporation - Cure
Amount Objection Withdrawal -