ROBERT L. TOMZ
4527 SILVER BELL CIRCLE
CASTLE ROCK, CO 80108
Phone: 303-814-9799; Fax: 303-814-9793
Email: BJTomz@aol.com

June 23, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

**RE: General Motors Bankruptcy**

To Whom It May Concern:

On <u>June 20, 2009</u> by US Mail, I received the June 1, 2009 Notice of Chapter 11 Bankruptcy with respect to General Motors with instructions that objections must be filed by no later than <u>June 19, 2009</u>. So much for the US Mail or the timely process of disseminating this Notice to the various creditors.

I do not object to the apparent necessary filing of bankruptcy for GM. However, I do object strenuously to how the unsecured debt holders are treated when compared to other creditors such as the UAW employees and their benefit plans...mostly since it was the UAW and management that were complicit in running GM into the ground and not the debt holders. Providing such creditor class or any class with preferential treatment appears to be blatant slap by the government of our nation's bankruptcy laws...and/or just another way to garner future votes at election time. Like others, I am not a fat cat bank, large pension plan or a hedge fund, but rather, I am an American retiree who unfortunately invested $50,000 of my hard earned IRA monies in GM bonds back in 2003 (see attached support). Unfortunately, all creditors will need to take a haircut on their investment, but no one should be provided preferential or junior treatment. **PLEASE DO NOT ALLOW THIS TO OCCUR.** If this is allowed, should any individual ever invest in bonds again if the government can simply change the rules of the game? I doubt it.

As an aside, attached is an interesting article in the 5/27/09 Wall Street Journal entitled: "GM Bondholders Are People Like You and Me". Its conclusion is basically "The government is punishing one group of workers to reward another." I totally agree.

Thank you, in advance, for your consideration in this matter.

Sincerely,

Robert L. Tomz

Attachments:
1. WSJ article dated 5/27/09
2. Proof of my investment

# GM Bondholders Are People Like You and Me

**By Dennis Buchholtz**

I am an American retiree. Like many small investors, I am relying on "safe" investments such as bonds backed by America's largest companies to fund my retirement. One of these companies is General Motors.

First, let's set the record straight about who owns GM's bonds. We are hardworking families, individual investors and retirees who purchased billions of these bonds in $25, $50 and $100 increments. Many bonds were bought directly and others are held in our pension funds, 401(k) plans and other retirement programs.

I purchased GM bonds in 2005 and own $91,000 worth. These bonds account for a very sizeable portion of my retirement income, and so it is absolutely devastating to watch GM's problems bring the once venerable company to the brink of failure. My standard of living is truly in jeopardy.

Despite the terrible position my fellow bondholders and I are in, we are being portrayed as the cause of GM's problems and inability to restructure.

Who is perpetrating this myth? The American government, which is at once encouraging investment in U.S. companies and vilifying those who

> The government is punishing one group of workers to reward another.

have already invested. Billions upon billions of taxpayer dollars have been used to stabilize companies to restore investor confidence. But how can investors be confident when they're at risk of ending up on the wrong end of the government's stick?

Even more disturbing: The government's proposed restructuring plans benefit one class of retirees at the expense of another. I understand that we each have equal claims in bankruptcy. However, under the current plan GM's union retirees will receive 39% of the restructured company and $10 billion in cash in exchange for $20 billion in claims. Bondholders, however, receive a mere 10% for $27 billion in claims in the form of stock (and no cash).

I am a retired dye-making trade worker and even worked in the auto industry during my career. I don't understand why the government is penalizing people like me just for having funded my retirement with GM bonds. Bondholders, especially small bondholders, are being ignored in negotiations and singled out to bear the greatest share of the cost of restructuring GM.

We are not an unreasonable group. We understand that to save GM everyone will need to endure economic pain. But we are very troubled by the government's decision to give UAW retirees—equal members, with the bondholders, of the unsecured creditor class—preferential treatment. The government cannot be permitted to rewrite bankruptcy rules on a whim to selectively benefit equal groups.

Small bondholders use the interest from GM bonds for everyday living expenses and cannot afford to see GM go bankrupt. And though we've been branded as an obstacle, small investors like me are in fact the solution. Our continued investment in U.S. companies and markets is critical to an economic recovery.

By treating investors fairly, GM could take the lead in making the market attractive once again.

*Mr. Buchholtz is a retired trade worker from Warren, Mich.*

WSJ 5/27/09

**TD WATERHOUSE INVESTOR SERVICES, INC.**

Member NYSE/SIPC
100 Wall Street
New York, New York 10005-3701
(800) 934-4448

## TRADE CONFIRMATIONS

| TRADE DATE | ACCOUNT NUMBER |
|---|---|
| 06/30/2003 | 874-91546-1-6 |
| PROCESS DATE | ACCOUNT TYPE |
| 06/30/2003 | CASH |
| SETTLEMENT DATE | CUSIP NO. |
| 07/03/2003 | 370442BT1060 |

| SECURITY NUMBER |
|---|
| 5066055 |
| INTERNAL USE ONLY |
| 13177 P |
| M C R.R. |
| 6 7 FDK |

ROBERT L TOMZ
IRA
TD WATERHOUSE BANK CUSTODIAN
4527 SILVER BELL CIRCLE
CASTLE ROCK CO 80104

| YOU BOUGHT | YOU SOLD | SYMBOL | PRICE |
|---|---|---|---|
| 50,000 | | | 101.93700 |

**DESCRIPTION**

**GENERAL MOTORS CORP**
**SR DEB**
**DUE 07/15/2033 08.375%**
**INTEREST DATES JAN, JUL 15**
**07/03/03 DATED DATE**
**SOLICITED**
**FIRST COUPON DATE 01/15/04**
**YIELD 8.200 % TO MATURITY**

| GROSS AMOUNT | INTEREST | COMMISSION | STATE TAX | SEC FEE | SERVICE CHG | NET AMOUNT |
|---|---|---|---|---|---|---|
| 50,968.50 | | | | | | $50,968.50 |

PLEASE NOTIFY US IMMEDIATELY IF CONFIRMATION IS NOT CORRECT

**FOR REMITTANCE ONLY** (IF SUFFICIENT FUNDS ARE NOT ON DEPOSIT)

| NET AMOUNT | ACCOUNT NUMBER | SETTLEMENT DATE |
|---|---|---|
| $50,968.50 | 874-91546-1-6 | 07/03/2003 |

SEC REGULATIONS REQUIRE FUNDS/SECURITIES (IF NOT ON DEPOSIT) BY SETTLEMENT DATE. PLEASE INCLUDE
YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE PAYABLE TO :
TD Waterhouse Investor Services, Inc., P.O. Box 2630, Jersey City, NJ 07303-2630

.../eServicesRequestor.asp?EA=CC4A3365264D3FF98282BBC7B6046E9DFB2F3CBC909E6F744FB9868A164 07/01/2003