June 24, 2009

Julie Robinson
24794 E. Gunnison Dr.
Aurora, CO 80018
(303)360-7001


Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

To Whom It May Concern:

Yesterday I received a notice of Bankruptcy for General Motors Corp. via mail. In the notice it stated that responses or objections shall be filed no later than June 19, 2009. Seeing as how <u>I did not even receive the notice until June 23, 2009 I expect my objection to be treated just as those received before the "objection deadline"</u>.

I have a claim out with ESIS/GM Central Claims Unit (#2636014) pertaining to an incident where the engine of my 1999 Buick Regal burst into flames. The repairs of the vehicle ended up costing us just over $1000.

I find it very discerning that GM not take full responsibility for the incident and reimburse us for our loss in getting the vehicle repaired. The cause of the fire was directly related to a manufacture error at their hand. The effects of the fire could have been much worse, potentially fatal.

Due to the way that this incident has been handled, I guarantee we will NEVER buy a GM vehicle again and will do all in our power to convince our friends this as well. What ever happened to the day when good quality products were made and good quality companies stood behind their work by taking full responsibility. Bankruptcy or not, an incident so potentially serious should be addressed. Sadly, I have lost a great deal of respect for the GM Corporation.

Thank you

*Julie Robinson*
Julie Robinson

[Received stamp: JUN 29 2009]