GREENBERG TRAURIG, LLP
1221 Brickell Avenue
Miami, FL 33131
(305) 579-0500
(305) 579-0717 Facsimile
Luis Salazar
salazarl@gtlaw.com

and

200 Park Avenue
New York, NY 10166
(212) 801-9200
(212) 801-6400 Facsimile
Allen G. Kadish
kadisha@gtlaw.com

Attorneys for Oxbow Carbon & Minerals, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| General Motors Corp., et al., | Case No. 09-50026 (REG) |
| Debtors. | |
| _____/ | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Leslie A. Salcedo, being duly sworn, deposes and says:

1)  I am not a party to this action, am over 18 years of age and am employed by the law firm of Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166.

2)  On June 29, 2009, I caused true copies of Amended Limited Objection of Oxbow Carbon & Minerals, LLC to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts

Related Thereto, to be served on the parties listed on the attached Service List in Exhibit A in the manner indicated.

        /s/ Leslie A. Salcedo
        Leslie A. Salcedo

Sworn to before me this
30th day of June, 2009.

/s/ Allen G. Kadish
Allen G. Kadish
Notary Public, State of New York
No. 02KA4946891
Qualified in New York County
Commission Expires February 6, 2011

# Exhibit A

**Via First Class Mail and Facsimile**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Harvey R. Miller, Esq.
       Stephen Karotkin, Esq.
       Joseph H. Smolinksy, Esq.
Facsimile: 212-310-8007

**Via First Class Mail**

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center
      Mailcode 480-206-114

Miller, Johnson, Snell & Cummiskey, PLC
250 Monroe Avenue, N.W., Suite 800
Grand Rapids, MI 49503
Attn: Robert D. Wolford, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220
Attn: Matthew Feldman, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036
Attn: Gordon Z. Novod, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esq.
      Michael L. Schein, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.