James A. Plemmons (*pro hac vice*)
Michael C. Hammer (*pro hac vice*)
DICKINSON WRIGHT PLLC
500 Woodward Ave., Suite 4000
Detroit, MI 48226
Tel: (313) 223-3500

Attorneys for Multimatic, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                      :   Chapter 11
                                                            :
                                                            :   Case No. 09-50026 (REG)
GENERAL MOTORS CORP., *et al.*,                             :
                                                            :   (Jointly Administered)
                    Debtors.                                :
------------------------------------------------------------x

## APPEARANCE AND REQUEST FOR CM/ECF NOTICE

NOW COMES Dickinson Wright PLLC and hereby enters its Appearance on behalf of Multimatic, Inc. and requests that electronic notice of all future Court filings and proceedings in this case be mailed to its attorney, James A. Plemmons, Esq.

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: /s/ James A. Plemmons
James A. Plemmons (*pro hac vice*)
Michael C. Hammer (*pro hac vice*)
500 Woodward Ave., Suite 4000
Detroit, MI 48226
Tel: (313) 223-3500
Email: jplemmons@dickinsonwright.com

*Attorneys for Multimatic, Inc.*

Dated: June 30, 2009

**PLEASE ADD OUR NAME TO THE MATRIX.**