McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016
212-448-1100
psilverman@mclaughlinstern.com
Local Counsel for Class Counsel

Lakin Chapman LLC
300 Evans Avenue
Wood River, Illinois 62095
618-254-1127
markb@lakinchapman.com
Class Counsel of Class
Of Saturn Consumers

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

**In re**
    **GENERAL MOTORS CORP., et al**

           **Debtors,**

**Chapter 11**

**Case No 09-50026(REG)**

**(Jointly Administered)**

------------------------------------------------------------

### CERTIFICATE OF SERVICE OF
### LIMITED OBJECTION OF CLASS OF SATURN CONSUMERS

MARY HOGGARD hereby certifies on June 30, 2009, I served a true copy of the *Limited Objection of Class of Saturn Consumers* via Electronic Mail through my McLaughlin & Stern email account mhoggard@mclaughlinstern.com to the following at their email addressees:

To:
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph Smolinksy, Esq.
Irwin Warren, Esq.
John Neuwirth, Esq.
WEIL, GOTSHAL & MANGES LLP

1

767 Fifth Avenue
New York, New York 10153
E-mail:   harvey.miller@weil.com
                stephen.karotkin@weil.com
                joseph.smolinksy@weil.com
                irwin.wanen@weil.com
                john.neuwirth@weil.com

Thomas Moers Mayer, Esq.
Gordon Z. Novod, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
E-mail:   tmayer@kramerlevin.com gnovod~kramerlevin.com

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
E-mail:   mjedelman~veddcrprice.com mschein@vedderprice.com
Amy Chung, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
E-mail:achung-cgsh.com

Steve Jakubowski, Esq.
THE COLEMAN LAW FIRM
77 West Wacker Drive, Suite 4800
Chicago, Illinois 60601
E-mail:   sjakubowski@colemanlawflrm.com

Thomas M. Kennedy, Esq.
KENNEDY, JENNIK & MURRAY
113 University Place, 7th Floor
New York, New York 10003
E-mail:   tkennedy~kjmlabor.com
Barry E. Bressler, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, New York 10005
E-mail:   bbressler@schnader.com

09-50026-mg    Doc 2827    Filed 06/30/09    Entered 06/30/09 16:32:14    Main Document
Pg 3 of 3

Michael P. Richman, Esq.
PATTON BOGGS LLP
1185 Avenue of the Americas, 30th Floor
New York, New York 10036
E-mail:   mrichman@pattonboggs.com

Rita C. Tobin, Esq.
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, New York 10152
E-mail:   rct@capdale.com

Peter C. D'Apice, Esq.
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Email:   dapice@sbep-law.com


Dated: New York, New York
       June 30, 2009

_____
Mary Hoggard

Sworn to before me on this
_____ day of June 2009

_____
Notary Public

MARY S. CROLY
Notary Public, State of New York
No. 02CR4947443
Qualified in Westchester County
Commission Expires: February 21, 2011