STROBL & SHARP, P.C.
Lynn M. Brimer (P43291)
Meredith E. McKinzie (P69698)
300 East Long Lake Road, Suite 200
Bloomfield Hills, Michigan 48304
(248) 540-2300

*COUNSEL FOR PYEONG HWA AUTOMOTIVE CO., LTD.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., et al., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF
PYEONG HWA AUTOMOTIVE CO., LTD. TO THE DEBTORS' MOTION PURSUANT
TO 11 U.S.C. §§ 105, 363(B), (F), (K), AND (M), AND 365 AND FED. R. BANKR. P. 2002, 6004,
AND 6006, TO (I) APPROVE (A) THE SALE PURSUANT TO THE MASTER SALE AND
PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS, LLC, A U.S.
TREASURY-SPONSORED PURCHASER, FREE AND CLEAR OF LIENS, CLAIMS,
ENCUMBRANCES, AND OTHER INTERESTS; (B) THE ASSUMPTION AND
ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES;
AND (C) OTHER RELIEF; AND (II) SCHEDULE SALE APPROVAL HEARING**

PLEASE TAKE NOTICE that Pyeong HWA Automotive Co., Ltd. ("PHA"), by its undersigned counsel, hereby withdraws its **Limited Objection of Pyeong HWA Automotive Co., Ltd. to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m), and 365 and FED. R. BANKR. P. 2002, 6004, and 6006, to (I) Approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings, LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Hearing**, which

was originally filed on June 15, 2009 (Docket No.: 1422) which has now been resolved with the Debtors.

Dated: June 30, 2009
      Bloomfield Hills, Michigan

                                          Respectfully submitted,

                                          STROBL & SHARP, P.C.

                                          /s/ *LYNN M. BRIMER*
                                          By:    Lynn M. Brimer (P43291)
                                                        Meredith M. McKinzie (P69698)
                                          300 E. Long Lake Rd., Ste. 200
                                          Bloomfield Hills, MI  48304
                                          (248) 540-2300 / Fax (248) 645-2690
                                          Email: lbrimer@stroblpc.com

STROBL & SHARP, P.C.
Lynn M. Brimer (P43291)
Meredith E. McKinzie (P69698)
300 East Long Lake Road
Suite 200
Bloomfield Hills, Michigan 48304
(248) 540-2300

*COUNSEL FOR PYEONG HWA AUTOMOTIVE CO., LTD.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
In re                                              Chapter 11

GENERAL MOTORS CORP., et al.,                      Case No. 09-50026 (REG)

               Debtors.           (Jointly Administered)
---------------------------------------------------------- x

**CERTIFICATE OF SERVICE**

      I, Lynn M. Brimer, hereby certify that a true and correct copy of the **Notice of Withdrawal of the Limited Objection of Pyeong HWA Automotive Co., Ltd. to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m), and 365 and FED. R. BANKR. P. 2002, 6004, and 6006, to (I) Approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings, LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Hearing** was caused to be served by e-mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system, and by first class mail to the parties so indicated on the attached service list.

Dated: June 30, 2009
      Bloomfield Hills, Michigan         /s/ *LYNN M. BRIMER*
                                                   Lynn M. Brimer

General Motors Corporation
Cadillac Bldg, 30009 Van Dyke Ave
Warren, Michigan 48090-9025
Attn: Warren Command Center Mailcode 480-206-114

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq.,
Joseph H. Smolinsky, Esq.

Kenneth Eckstein, Esq., Thomas Moers Mayer, Esq.,
Gordon Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

U. S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

Vedder Price, P.C.
1633 Broadway 47th Floor
New York, New York 10019
Attn: Michael J. Edelman, Esq. Michael L. Schein, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi, Esq.

Robert D. Wolford, Esq.
Miller, Johnson, Snell & Cummiskey, PLC
250 Monroe Avenue, N.W. Suite 800
Grand Rapids, MI 49503

U.S. Trustee for the Southern Dist. of New York
Attn: Diana G. Adams. Esq.
33 Whitehall Street 21st Floor
New York, New York 10004

Hon. Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, NY 10004-1408