VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 983-3850
Facsimile:   (212) 307-5598
Edward A. Smith

- and -

VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
Telephone:   (703) 760-1647
Facsimile:   (703) 821-8949
Lawrence A. Katz

*Attorneys for UAG Cerritos, LLC d/b/a Cerritos Buick Pontiac GMC and*
*UAG Southbay, LLC d/b/a Penske Cadillac Hummer South Bay*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X
                                                        :
In re                                                   :   Chapter 11
                                                        :
GENERAL MOTORS CORP., *et al.*                          :   Case No. 09-50026 (REG)
                                                        :
                                                        :   (Jointly Administered)
                        Debtors.                        :
                                                        :
------------------------------------------------------- X

**NOTICE OF APPEARANCE OF**
**UAG CERRITOS, LLC D/B/A CERRITOS BUICK PONTIAC AND**
**UAG SOUTHBAY, LLC D/B/A/ PENSKE CADILLAC HUMMER SOUTHBAY**
**AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that UAG Cerritos, LLC d/b/a Cerritos Buick Pontiac

GMC and UAG Southbay, LLC d/b/a Penske Cadillac Hummer South Bay (collectively, the

"UAG Entities") hereby appear in this case by their counsel, Venable LLP, and such counsel

hereby enter their appearance, pursuant to § 1109 of the United States Bankruptcy Code

("Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 9010(b), and such counsel hereby request, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, and 9007, and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings and other papers given or filed in this case be served upon them at the following address:

> Lawrence A. Katz
> Venable LLP
> 8010 Towers Crescent Drive
> Suite 300
> Vienna, Virginia 22182-2707
> Telephone: 703-760-1921
> Facsimile: 703-821-8949
> Email: lakatz@venable.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, any application, motion, complaint, petition, pleading, demand, notice, plan, disclosure statement, or report, whether formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, telecopier or otherwise.

THIS ENTRY OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF DOCUMENTS is without prejudice to the remedies and claims of the UAG Entities against other entities, or any objection that may be made to the jurisdiction or venue of this Court, and shall not be deemed or construed to be a waiver of the UAG Entities' rights to (1) have final orders in noncore matters entered only after de novo review by a district judge, (2) trial by jury in any proceeding related to this case, (3) have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights,

claims, actions, setoffs, or recoupments to which the UAG Entities are, or may be entitled, in law or in equity, all of which rights the UAG Entities expressly reserve.

Dated: New York, New York
       June 30, 2009

Respectfully submitted,

VENABLE LLP

By: */s/ Edward A. Smith*
Edward A. Smith
Rockefeller Center
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 983-3850
Facsimile: (212) 307-5598

-and-

Lawrence A. Katz
8010 Towers Crescent Drive
Suite 300
Vienna, Virginia 22182-2707
Telephone: (703) 760-1600
Facsimile: (703) 821-8949
Email: lakatz@venable.com

*Counsel to UAG Cerritos, LLC d/b/a Cerritos Buick Pontiac GMC and UAG Southbay, LLC d/b/a Penske Cadillac Hummer South Bay*

#282213

## CERTIFICATE OF SERVICE

       I hereby certify that I caused a copy of the foregoing Notice of Appearance of UAG Cerritos, LLC d/b/a Cerritos Buick Pontiac GMC and UAG Southbay, LLC d/b/a Penske Cadillac Hummer South Bay and Request for Service of Notices and Documents to be served this 30th day of June, 2009, to be served via first class mail, postage prepaid, upon the following and through the CM/ECF System for the United States Bankruptcy Court for the Southern District of New York:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI  48090-9025
Attn: Warren Command Center,
  Mailcode 408-206-114

Weil, Gotshal &Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:  Harvey R. Miller, Esq.
      Stephen Karotkin, Esq.
      Joseph H. Smolinsky, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC  20220
Attn:  Matthew Feldman, Esq.

Cadwalader, Wickersham, & Taft LLP
One World Financial Center
New York, NY  10281
Attn: John J. Rapisardi, Esq.

Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esq.
     Michael L. Schein, Esq.

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:   Diana G. Adams, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:  Gordon Z. Novod, Esq.

                                            */s/ Lawrence A. Katz*
                                             Lawrence A. Katz