HELLER, DRAPER, HAYDEN,
PATRICK & HORN, LLC
650 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone: 504-299-3300
Fax: 504-299-3399
Tristan Manthey
Attorneys for Pratt & Miller Engineering & Fabrication, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: GENERAL MOTORS, CORP., et al<br><br>Debtors | Chapter 11<br><br>Case No: 09-50026 (REG)<br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF PRATT
& MILLER ENGINEERING & FABRICATION, INC. TO NOTICE
OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN
EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL
PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL
REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

**NOW INTO COURT,** through its undersigned counsel, comes Pratt & Miller Engineering & Fabrication, Inc. ("Pratt Miller"), who hereby provides notice of its withdrawal of the *Limited Objection of Pratt & Miller Engineering & Fabrication, Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* [P-1303] ("Limited Objection"), without prejudice, filed on June 15,

3330.18756.170289.2                                              1

2009.  Pratt Miller has confirmed with the Debtors the Cure Amounts owed under their Assumed Contracts with the Debtors is $503,233.47.[1]

Dated:  June 30, 2009

                              Respectfully submitted,

                              */s/ Tristan Manthey*
                              Tristan Manthey, La. Bar No. 24539
                              **HELLER, DRAPER, HAYDEN,**
                              **PATRICK & HORN, L.L.C.**
                              650 Poydras Street, Suite 2500
                              New Orleans, Louisiana 70130-6103
                              Telephone:  504-299-3300
                              Fax: 504-299-3399
                              **Counsel for Pratt & Miller Engineering**
                              **& Fabrication, Inc.**

---

[1] Capitalized terms as defined in the Limited Objection.

# CERTIFICATE OF SERVICE

I certify that on June 30, 2009, I caused the foregoing *Notice of Withdrawal of Limited Objection of Pratt & Miller Engineering & Fabrication, Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* to be served via United States First Class Mail on the following persons at the addresses set forth below:

1. The Debtors, c/o General Motors Corporation, Cadillac Building, 30009 Van Dyke Avenue, Warren, Michigan 48090-9025 (Attn: Warren Command Center, Mailcode 480-206-114).

2. Weil, Gotshal & Manges LLP, Attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsh, Esq.).

3. The U.S. Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Matthew Feldman, Esq.).

4. Cadwalader, Wickersham & Taft LLP, Attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.).

5. Kramer Levin Naftalis & Frankel LLP, Attorneys for the Creditors Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas M. Mayer, Esq.).

6. Vedder Price, P.C., Attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edehnan, Esq. and Michael L. Schein, Esq.).

7. The Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.).

Dated June 30, 2009

                    */s/ Tristan Manthey*
                    TRISTAN MANTHEY