VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 983-3850
Facsimile:   (212) 307-5598
Edward A. Smith

 - and -

VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
Telephone:   (703) 760-1647
Facsimile:   (703) 821-8949
Lawrence A. Katz

*Attorneys for UAG Cerritos, LLC d/b/a Cerritos Buick Pontiac GMC and
UAG Southbay, LLC d/b/a Penske Cadillac Hummer South Bay*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------- X
                                                  :
In re                                             :    Chapter 11
                                                  :
GENERAL MOTORS CORP., *et al.*                    :    Case No. 09-50026 (REG)
                                                  :
                                                  :    (Jointly Administered)
                           Debtors.               :
                                                  :
-------------------------------------------------- X

**WITHDRAWAL OF NOTICE OF APPEARANCE OF PENSKE AUTO GROUP, INC.**

PLEASE TAKE NOTICE that Penske Auto Group, Inc. ("Penske") hereby withdraws the Notice of Appearance and Request for Service of Notices and Documents, filed herein on June 11, 2009 [Docket No. 642] because Penske is not the proper party-in-interest. UAG Cerritos, LLC d/b/a Cerritos Buick Pontiac GMC and UAG Southbay, LLC d/b/a Penske

Cadillac Hummer South Bay are the proper parties-in-interest and have filed a separate Notice of

Appearance and Request for Service of Notices and Documents in these Chapter 11 cases.

Dated:  New York, New York             Respectfully submitted,
        June 30, 2009

                                            VENABLE LLP

                                       By:  */s/ Edward A. Smith*
                                            Edward A. Smith
                                            Rockefeller Center
                                            1270 Avenue of the Americas
                                            New York, New York 10020
                                            Telephone:  (212) 983-3850
                                            Facsimile:  (212) 307-5598

                                                        -and-

                                            Lawrence A. Katz
                                            8010 Towers Crescent Drive, Suite 300
                                            Vienna, Virginia 22182-2707
                                            Telephone:   (703) 760-1600
                                            Facsimile:    (703) 821-8949
                                            Email: lakatz@venable.com


                                            *Counsel to UAG Cerritos, LLC d/b/a Cerritos Buick*
                                            *Pontiac GMC and UAG Southbay, LLC d/b/a*
                                            *Penske Cadillac Hummer South Bay*

#281467

## CERTIFICATE OF SERVICE

        I hereby certify that I caused a copy of the foregoing Withdrawal of Notice of Appearance of Penske Auto Group, Inc. and Corrected Notice of Appearance of UAG Cerritos, LLC d/b/a Cerritos Buick Pontiac GMC and UAG Southbay, LLC d/b/a Penske Cadillac Hummer South Bay and Request for Service of Notices and Documents to be served this 30th day of June, 2009, to be served via first class mail, postage prepaid, upon the following and through the CM/ECF System for the United States Bankruptcy Court for the Southern District of New York:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI   48090-9025
Attn: Warren Command Center,
  Mailcode 408-206-114

Weil, Gotshal &Manges LLP
767 Fifth Avenue
New York, NY   10153
Attn:  Harvey R. Miller, Esq.
      Stephen Karotkin, Esq.
      Joseph H. Smolinsky, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC  20220
Attn:  Matthew Feldman, Esq.

Cadwalader, Wickersham, & Taft LLP
One World Financial Center
New York, NY   10281
Attn: John J. Rapisardi, Esq.

Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esq.
     Michael L. Schein, Esq.

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:   Diana G. Adams, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:  Gordon Z. Novod, Esq.

                                                    */s/ Lawrence A. Katz*
                                                    Lawrence A. Katz