VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 983-3850
Facsimile:     (212) 307-5598
Edward A. Smith

 - and -

VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
Telephone:   (703) 760-1647
Facsimile:     (703) 821-8949
Lawrence A. Katz

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------- X
                                                    :
In re                                               :  Chapter 11
                                                    :
GENERAL MOTORS CORP., *et al.*                      :  Case No. 09-50026 (REG)
                                                    :
                                                    :  (Jointly Administered)
                    Debtors.                        :
                                                    :
--------------------------------------------------- X

**AMENDED VERIFIED STATEMENT OF COUNSEL**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

PLEASE TAKE NOTICE that pursuant to Rule 2019 of the Federal Rules of

Bankruptcy Procedure, the law firm of Venable LLP ("Venable") files this amended statement of

multiple representation, and in support thereof, state as follows:

1.     Venable is representing the following creditors and parties in interest (the

"Parties") of General Motors Corp. and its affiliated entities, the debtors and debtors-in-

possession herein, in the above-captioned matters:

a. <u>RK Chevrolet/RK Auto Group.</u>  RK Chevrolet/RK Auto Group is a dealer.  RK Chevrolet/RK Auto Group is located at 2661 Virginia Beach Boulevard, Virginia Beach, VA 23451.

b. <u>Raytheon Professional Services LLC</u>.  Raytheon Professional Services LLC is a service provider.  Raytheon Professional Services LLC is located at 12160 Sunrise Valley Drive, Reston, VA 20191.

c. <u>Weseloh Chevrolet Company.</u>  Weseloh Chevrolet Company is a dealer.  Weseloh Chevrolet Company is located at 5335 Paseo Del Norte, Carlsbad, CA 92008-4339.

d. <u>Morse Operations, Inc.</u>  Morse Operations, Inc. is a dealer.  Morse Operations, Inc. is located at 6363 NW 6th Way, Suite 400, Fort Lauderdale, FL 33309-6188.

e. <u>Simpson Automotive Group, Inc.</u>  Simpson Automotive Group, Inc. is a dealer.  Simpson Automotive Group, Inc. is located at 6600 Auto Center Drive, Buena Park, CA 90621.

f. <u>Camino Real Chevrolet, Inc.</u>  Camino Real Chevrolet, Inc. is a dealer.  Camino Real Chevrolet is located at 2401 S. Atlantic Boulevard, Monterey Park, CA 91754.

g. <u>UAG Cerritos, LLC d/b/a Cerritos Buick Pontiac GMC.</u>  UAG Cerritos, LLC d/b/a Cerritos Buick Pontiac GMC is a dealer.  UAG Cerritos, LLC d/b/a Cerritos Buick Pontiac GMC is located at 10901 183rd Street, Cerritos, CA 90703-5333.

h. <u>UAG Southbay, LLC d/b/a Penske Cadillac Hummer South Bay.</u>  UAG Southbay, LLC d/b/a Penske Cadillac Hummer South Bay is a dealer.  UAG Southbay, LLC d/b/a Penske Cadillac Hummer South Bay is located at 18600 S. Hawthorne Boulevard, Torrance, CA 90504.

i. <u>GXS, Inc</u>.  GXS, Inc. is a supplier.  GXS, Inc. is located at 100 Edison Park Drive, Gaithersburg, Maryland 20878.

2. The Parties have each retained Venable to represent them with respect to their interests in the Debtors' Chapter 11 cases.  Each is aware of and has consented to the contemporaneous representation of the other entities by Venable.

3. Venable reserves the right to further supplement or amend this statement.

The undersigned hereby verifies under oath that this Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief.

Dated: New York, New York
       June 30, 2009

Respectfully submitted,

VENABLE LLP

By: */s Edward A. Smith*
Edward A. Smith
Rockefeller Center
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 983-3850
Facsimile: (212) 307-5598

-and-

Lawrence A. Katz
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
Telephone: (703) 760-1600
Facsimile: (703) 821-8949
Email: lakatz@venable.com

#281468

# CERTIFICATE OF SERVICE

      I hereby certify that I caused a copy of the foregoing Amended Verified Statement of Counsel Pursuant to Bankruptcy Rule 2019 to be served on the 30th day of June, 2009, via first class mail, postage prepaid, upon the following:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI  48090-9025
Attn: Warren Command Center,
  Mailcode 408-206-114

Weil, Gotshal &Manges LLP
767 Fifth Avenue
New York, NY   10153
Attn:  Harvey R. Miller, Esq.
      Stephen Karotkin, Esq.
      Joseph H. Smolinsky, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC  20220
Attn:  Matthew Feldman, Esq.

Cadwalader, Wickersham, & Taft LLP
One World Financial Center
New York, NY   10281
Attn: John J. Rapisardi, Esq.

Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esq.
    Michael L. Schein, Esq.

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:   Diana G. Adams, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:   Gordon Z. Novod, Esq.

                */s/ Lawrence A. Katz*
                Lawrence A. Katz