WARNER NORCROSS & JUDD
2000 Town Center, Suite 2700
Southfield, MI  48075
Telephone:  248-784-5131
Facsimile:  248-603-9731
Michael G. Cruse

Attorneys for BorgWarner Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| General Motors Corporation, *et al.* | 09-50026-reg |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF THE OBJECTION OF
BORGWARNER INC. AND AFFILIATES AND SUBSIDIARIES
TO PROPOSED CURE COSTS CONTAINED IN NOTICE OF (I) DEBTORS'
INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS,
UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF
NONRESIDENTIAL REAL PROPERTY AND (II) CURE COSTS RELATED THERETO**

BorgWarner Inc. and its affiliates and subsidiaries withdraws its *Objection of BorgWarner Inc. and Affiliates and Subsidiaries to Proposed Cure Amounts Contained in Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto* filed June 12, 2009 (Docket No. 841) for the reason that the issues raised in the objection will be resolved in accordance with the procedures outlined in the cure dispute resolution process proposed by Debtors.

[SIGNATURE BLOCK ON NEXT PAGE]

                Respectfully submitted,

                WARNER NORCROSS & JUDD LLP

Date:  June 30, 2009        BY:   /s/Michael G. Cruse
                                               MICHAEL G. CRUSE (P38837)
                                             Attorneys for BorgWarner Inc, and
                                               affiliates and subsidiaries
                                             2000 Town Center, Suite 2700
                                             Southfield, MI  48075
                                             Telephone:  248-784-5131
                                             Fax:  248-603-9731
                                             Email:  mcruse@wnj.com

1682852-1