VENABLE LLP
Rockefeller Center, 25th Floor
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 307-5500
Edward A. Smith

-and-

VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 244-7400
Darek S. Bushnaq

*Counsel to GXS, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
::
In re: : Chapter 11
:
GENERAL MOTORS CORP., *et al.*, : Case No. 09-50026 (REG)
:
Debtors. : Jointly Administered
:
-----------------------------------------------------------x

**CERTIFICATE OF SERVICE**

      I, DAREK S. BUSHNAQ, hereby certify that on the 29th day of June, 2009, a copy of the Amended Objection to Proposed Cure Amount of GXS, Inc. was served on the

- 2 -

parties listed by first class, postage prepaid U.S. Mail

Dated: Baltimore, Maryland
June 30, 2009

*/s/ Darek S. Bushnaq*
DAREK S. BUSHNAQ, Esq.

VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 244-7400

# SERVICE LIST

| | |
|---|---|
| General Motors Corporation<br>c/o General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI  48090-9025<br>Attn:  Warren Command Center<br>            Mailcode 480-206-114 | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>Attn:  Harvey R. Miller, Esq.,<br>           Stephen Karotkin, Esq.<br>           Joseph Smolinsky, Esq. |
| The U.S. Treasury<br>1500 Pennsylvania Ave., N.W., Room 2312<br>Washington, DC  20220<br>Attn:  Matthew Feldman, Esq. | Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281<br>Attn:  John J. Rapisardi, Esq. |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036<br>Attn:  Thomas Moers Mayer, Esq.<br>           Kenneth H. Eckstein, Esq.<br>           Robert T. Schmidt, Esq.<br>           Adam C. Rogoff, Esq.<br>           Gordon Z. Novod, Esq. | Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY  10019<br>Attn:  Michael J. Edelman, Esq.<br>           Michael L Schein, Esq. |
| Office of the United States Trustee for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004<br>Attn:  Diana G. Adams, Esq. | |