UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re                                              :
                                                   :     Chapter 11 Case No.
GENERAL MOTORS CORP., *et. al.*                    :
                                                   :     09-50026 (REG)
                                                   :
                Debtors.                           :     (Jointly Administered)
                                                   :
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Laurie M. Thornton, certify as follows:

1.    I am a Senior Bankruptcy Consultant with the Business Reorganization Department in the Seattle office of The Garden City Group, Inc. ("GCG") the claims and noticing agent for the Debtors and Debtors-in-possession (the "Debtors") in the above-captioned proceeding.  The business address of the Seattle office of GCG is located at 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.    On June 24, 2009, at the direction of Weil, Gotshal & Manges LLP, ("Weil, Gotshal") counsel for the Debtors, I caused a true and correct copy of:

- **Debtors' Omnibus Reply to Objection Under Order Pursuant to 11 U.S.C. §§ 105(a) and 366 (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures For Resolving Objections by Utilities Companies, and (III) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service (Docket No. 2366) ("Omnibus Reply to Utilities Objection");**

- **Ex Parte Motion of the Debtors Pursuant to Fed. R. Bankr. P. 2002 (a)(2) and 9006(c) to Shorten Notice Period With Respect to Motion of the Debtors for Entry of Order Pursuant to 11 U.S.C. § 363(b) Authorizing and Approving Settlement Agreements with Certain Unions (Docket No. 2385);**

- **Motion of the Debtors for Entry of Order Pursuant to 11 U.S.C. § 363(b) Authorizing and Approving Settlement Agreements with Certain Unions (Docket No. 2388);** and

- **Order Pursuant to Fed. R. Bankr. P. 2002 (a)(2) and 9006(c) Shortening Notice Period With Respect to Motion of the Debtors For Entry of Order Pursuant to 11 U.S.C. § 363(b) Authorizing and Approving Settlement Agreements with Certain Unions (Docket No. 2447)**

to be served via overnight delivery on the parties identified on Exhibit A (master service list and notice of appearance parties) attached hereto.

3.   Also on June 24, 2009, at the direction of Weil Gotshal, I caused a true and correct copy of the **Omnibus Reply to Utilities' Objections** to be served via overnight delivery on the parties identified on Exhibit B (all objecting utilities and counsel) attached hereto and via facsimile on the parties identified on Exhibit C (objecting utilities and counsel with facsimile numbers) attached hereto.

4.   Also on June 24, 2009, I caused a true and correct copy of:

- **Notice of Agenda of Matters Scheduled For Hearings On June 25, 2009 at 9:00 A.M. and 9:45 A.M. (Docket No. 2454) ("Agenda");** and

- **Supplemental Declaration of Albert A. Koch of AP Services, LLC As Crisis Managers and Chief Restructuring Officer to the Debtors and Debtors In Possession (Docket No. 2414) ("Koch Declaration")**

to be served via electronic mail on the parties set forth on Exhibit D (master service list and notice of appearance parties with email addresses) attached hereto.

5.   Also on June 24, 2009, I caused true and correct copies of the **Agenda** and **Koch Declaration** to be served via facsimile on the parties set forth on Exhibit E (master service list and notice of appearance parties with facsimile numbers) attached hereto.

6.   Also on June 24, 2009, I caused true and correct copies of the **Agenda** and **Koch Declaration** to be served via overnight mail on the parties set forth on Exhibit F (master service list and notice of appearance parties without email or facsimile) attached hereto.

7.   I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

DATED:  Seattle, Washington
   June 29, 2009

       /s/  Laurie M. Thornton
       LAURIE M. THORNTON

# Exhibit A

BOB HASTINGS BUICK GMC, INC.
800 PANORAMA TRAIL SOUTH
ROCHESTER, NY

BODMAN LLP
1901 ST ANTOINE ST
6TH FLOOR AT FORD FIELD
DETROIT, MI

BODMAN LLP
1901 ST ANTOINE ST
6TH FLOOR AT FORD FIELD
DETROIT, MI

BORGES & ASSOCIATES, LLC
575 UNDERHILL BLVD, STE 118
SYOSSET, NY

BRACEWELL & GIULIANI LLP
225 ASYLUM STREET, 26TH FLOOR
HARTFORD, CT

BRAYTON PURCELL LLP
222 RUSH LANDING RD
NOVATO, CA

BRIGGS AND MORGAN P.A.
2200 IDS CENTER, 80 S 8TH ST
MINNEAPOLIS, MN

BROOKS WILKINS SHARKEY & TURCO, PLL
401 S. OLD WOODWARD AVENUE, SUITE 4
BIRMINGHAM, MI

BROWN & CONNERY, LLP
6 N BROAD ST, STE 100
WOODBURY, NJ

BROWN & WHALEN, P.C.
700 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY

BUCHALTER NEMER, PC
333 MARKET STREET, 25TH FLOOR
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA

BURR & FORMAN LLP
420 N 20TH ST, STE 3400
BIRMINGHAM, AL

BUSH FEYFERTH & PAIGE PLLC
3001 W BIG BEAVER RD, STE 600
TROY, MI

BUSH SEYFERTH & PAIGE PLLC
3001 W. BIG BEAVER ROAD, SUITE 600
ATTY FOR GUARDIAN AUTO PRODUCTS INC
TROY, MI

BUTZEL LONG, PC
380 MADISON AVENUE
ATTY FOR INTEVA PRODUCTS, LLC
NEW YORK, NY

BUTZEL LONG, PC
41000 WOODWARD AVENUE
ATTY FOR INTEVA PRODUCTS, LLC
BLOOMFIELD HILLS, MI

BUTZEL LONG, PC
41000 WOODWARD AVENUE
ATTY FOR PIONEER AUTO TECHNOLOGIES
BLOOMFIELD HILLS, MI

CADWALADER, WICKERSHAM & TAFT LLP
ONE WORLD FINANCIAL CENTER
NEW YORK, NY

CAMPBELL, O'BRIEN & MISTELE, P.C.
100 W BIG BEAVER RD, STE 385
TROY, MI

CANON U.S.A, INC.
ONE CANON PLAZA
LAKE SUCCESS, NY

CAPLIN & DRYSDALE, CHARTERED
375 PARK AVE, 35TH FL
NEW YORK, NY

CAPLIN & DRYSDALE, CHARTERED
1 THOMAS CIRCLE
WASHINGTON, DC

CARSON FISCHER, P.L.C.
4111 ANDOVER RD, W - 2ND FL
BLOOMFIELD HILLS, MI

CARSON FISCHER, P.L.C.
4111 ANDOVER RD, W - 2ND FL
BLOOMFIELD HILLS, MI

CARSON FISCHER, P.L.C.
4111 ANDOVER ROAD, WEST-2ND FLR
BLOOMFIELD HILLS, MI

CHAPELL & ASSOCIATES, LLC
297 DRIGGS AVE, STE 3A
BROOKLYN, NY

CHEMICO SYSTEMS
10 W.HURON, SUITE 300
PONTIAC, MI

CLARK HILL PLC
151 S OLD WOODWARD AVE, STE 200
BIRMINGHAM, MI

CLEARY GOTTLIEB STEEN & HAMILTON
ONE LIBERTY PLAZA
NEW YORK, NY

CLEARY GOTTLIEB STEEN & HAMILTON
ONE LIBERTY PLAZA
NEW YORK, NY

CLEARY GOTTLIEB STEEN & HAMILTON
ONE LIBERTY PLAZA
NEW YORK, NY

CLEARY GOTTLIEB STEEN & HAMILTON
ONE LIBERTY PLAZA
NEW YORK, NY

CLEARY GOTTLIEB STEEN & HAMILTON
ONE LIBERTY PLAZA
NEW YORK, NY

CLIFFORD CHANCE US LLP
31 WEST 52ND STREET
NEW YORK, NY

COBASYS
3740 LAPEER RD. SOUTH
ORION, MI

COHEN, WEISS AND SIMON LLP
330 W 42ND ST
NEW YORK, NY

CONNELL FOLEY LLP
888 SEVENTH AVENUE
ATTY: PANASONIC ELECTRIC WORKS CORP
NEW YORK, NY

COOLIDGE WALL CO., L.P.A.
33 W FIRST ST, STE 600
DAYTON, OH

COUNTY ATTORNEY
ONE HARRISON ST, SE, 5TH FL
LEESBURG, VA

COVINGTON & BURLING LLP
1201 PENNSYLVANIA AVE NW
WASHINGTON, DC

COVINGTON & BURLING LLP
NYT BLDG, 620 8TH AVE
THE NEW YORK TIMES BUILDING
NEW YORK, NY

CUMMINGS & LOCKWOOD LLC
SIX LANDMARK SQ
STAMFORD, CT

DANA HOLDING COMPANY
4500 DORR STREET
TOLEDO, OH

DANIEL W. SHERRICK, GENERAL COUNSEL
8000 EAST JEFFERSON AVE
DETROIT, MI

DAVIS POLK & WARDWELL
450 LEXINGTON AVE
NEW YORK, NY

DAWDA, MANN, MULCAHY & SADLER, PLC
39533 WOODWARD AVE, STE 200
BLOOMFIELD HILLS, MI

DAWDA, MANN, MULCAHY & SADLER, PLC
39533 WOODWARD AVE, STE 200
BLOOMFIELD HILLS, MI

DAY PITNEY LLP
7 TIMES SQUARE
ATTY FOR ORACLE USA, INC.
NEW YORK, NY

DEALER TIRE, LLC
3711 CHESTER AVENUE
CLEVELAND, OH

DEBEVOISE & PLIMPTON LLP
919 THIRD AVE
NEW YORK, NY

DECHERT LLP
1095 AVENUE OF THE AMERICAS
NEW YORK, NY

DECHERT LLP
1095 AVENUE OF THE AMERICAS
ATTY FOR CDI CORPORATION
NEW YORK, NY

DECHERT LLP
2929 ARCH STREET
CIRA CENTRE
PHILADELPHIA, PA

DEPARTMENT OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON, DC

DEPARTMENT OF LABOR & INDUSTRY
625 CHERRY STREET, ROOM 203
READING BANKRUPTCY/COMPLIANCE UNIT
READING, PA

DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC

DICKINSON WRIGHT PLLC
500 WOODWARD AVE, STE 4000
DETROIT, MI

DICKINSON WRIGHT PLLC
301 E LIBERTY, STE 500
ANN ARBOR, MI

DICKINSON WRIGHT PLLC
500 WOODWARD AVE, STE 4000
DETROIT, MI

DICKINSON WRIGHT PLLC
424 CHURCH ST, STE 1401
NASHVILLE, TN

DICKINSON WRIGHT PLLC
424 CHURCH ST, STE 1401
NASHVILLE, TN

DICKINSON WRIGHT PLLC
301 E LIBERTY, STE 500
ANN ARBOR, MI

DICONZA LAW P.C.
630 THIRD AVE, 7TH FL
NEW YORK, NY

DILWORTH PAXSON LLP
457 HADDONFIELD ROAD
LIBERTYVIEW - SUITE 700
CHERRY HILL, NJ

DLA PIPER LLP
550 S HOPE ST, STE 2300
LOS ANGELES, CA

DORSEY & WHITNEY LLP
250 PARK AVENUE
NEW YORK, NY

DRINKER BIDDLE & REATH LLP
140 BROADWAY, 39TH FLOOR
ATTY FOR MFR'S AND TRADERS TRUST CO
NEW YORK, NY

DRINKER BIDDLE & REATH LLP
1500 K STREET, N.W.
ATTY FOR MFR'S AND TRADERS TR CO
WASHINGTON, DC

DUPONT
1007 MARKET STREET
WILMINGTON, DL

DURA AUTOMOTIVE
2791 RESEARCH DRIVE
ROCHESTER HILLS, MI

DYNAMIC MANUFACTURING
1930 N. MANNHEIM ROAD
MELROSE PARK, IL

EATON CORPORATION
1111 SUPERIOR AVENUE
CLEVELAND, OH

EDS, AN HP COMPANY
H3-3A-05, 5400 LEGACY DR
PLANO, TX

EDWARDS ANGELL PALMER & DODGE LLP
111 HUNTINGTON AVENUE
ATTY US BANK NATL ASSOC & USBANK TR
BOSTON, MA

ENTERGY SERVICES, INC
639 LOYOLA AVENUE, 26TH FLOOR
NEW ORLEANS, LA

ERMAN TEICHER MILLER ZUCKER FREEDM
400 GALLERIA OFFICENTRE, SUITE 444
ATTY FOR CENTERPOINT ASSOCIATES
SOUTHFIELD, MI

ERVIN COHEN & JESSUP LLP
9401 WILSHIRE BOULEVARD
BEVERLY HILLS, CA

FACTORY MOTOR PARTS COMPANY
1380 CORPORATE CENTER CURVE
EAGAN, MN

FARELLA BRAUN & MARTEL LLP
235 MONTGOMERY ST, 17TH FL
SAN FRANCISCO, CA

FEDERAL EXPRESS CORPORATION
3620 HACKS CROSS ROAD
BUILDING B - 2ND FLOOR
MEMPHIS, TN

FELDERSTEIN FITZGERALD ET AL LLP
400 CAPITAL MALL, STE 1450
SACRAMENTO, CA

FOLEY & LARDNER LLP
ONE DETROIT CTR, 500 WOODWARD AVE
SUITE 2700
DETROIT, MI

FOLEY & LARDNER LLP
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL

FOLEY & LARDNER LLP
500 WOODWARD AVENUE, SUITE 2700
ATTY FOR PETERSON AMERICAN CORP
DETROIT, MI

FOLEY & LARDNER LLP
500 WOODWARD AVENUE, SUITE 2700
ATTY: PEUGEOT JAPY INDUSTRIES S.A.
DETROIT, MI

FOLEY & LARDNER LLP
500 WOODWARD AVENUE, SUITE 2700
ATTY FOR INTRA CORPORATION
DETROIT, MI

FOLEY & LARDNER LLP
500 WOODWARD AVENUE, SUITE 2700
ONE DETROIT CENTER
DETROIT, MI

FOLEY & LARDNER LLP
500 WOODWARD AVENUE, SUITE 2700
ATTY FOR PIRELLI TIRE, LLC
DETROIT, MI

FOLEY & LARDNER LLP
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI

FOLEY & LARDNER LLP
500 WOODWARD AVENUE, SUITE 2700
ATTY TECH INVESTMENT PARTNERS, LLC
DETROIT, MI

FOLEY & LARDNER LLP
500 WOODWARD AVENUE, SUITE 2700
ATTY FOR DETROIT TECHNOLOGIES, INC.
DETROIT, MI

FOLEY & LARDNER LLP
500 WOODWARD AVENUE, SUITE 2700
ONE DETROIT CENTER
DETROIT, MI

FOLEY & LARDNER LLP
777 EAST WISCONSIN AVENUE
ATTY FOR GETRAG TRANSMISSION CORP
MILWAUKEE, WI

FOLEY & LARDNER LLP
500 WOODWARD AVENUE, SUITE 2700
ATTY FOR TEXTRON INC.
DETROIT, MI

FOLEY & LARDNER LLP
3000 K STREET, N.W., SUITE 600
WASHINGTON HARBOUR
WASHINGTON, DC

FOX ROTHSCHILD LLP
100 PARK AVENUE, SUITE 1500
ATTY FOR STARSOURCE MANAGEMENT SERV
NEW YORK, NY

FRASER TREBILCOCK DAVIS & DUNLAP
124 W ALLEGAN ST, STE 1000
LANSING, MI

FREEBORN & PETERS LLP
311 S WACKER DR, STE 3000
CHICAGO, IL

FRIEDLANDER MISLER, PLLC
1101 17TH STREET, N.W., STE 700
ATTY FOR REALTY ASSOC IOWA CORP
WASHINGTON, DC

FULBRIGHT & JAWORSKI L.L.P.
666 FIFTH AVENUE
ATTY FOR AT&T CORP.
NEW YORK, NY

GENERAL MOTORS CORPORATION
300 RENAISSANCE CENTER
DETROIT, MI

GHSP, INC.
1250 SOUTH BEECHTREE STREET
GRAND HAVEN, MI

GIBBONS P.C.
ONE GATEWAY CENTER
NEWARK, NJ

GIBSON, DUNN & CRUTCHER LLP
200 PARK AVENUE
NEW YORK, NY

GIBSON, DUNN & CRUTCHER LLP
200 PARK AVENUE
NEW YORK, NY

GLENN M. REISMAN, ESQ.
TWO CORPORATE DRIVE, SUITE 234
SHELTON, CT

GOLENBOCK EISEMAN ET AL LLP
437 MADISON AVENUE
NEW YORK, NY

GORLICK, KRAVITZ & LISTHAUS, P.C.
17 STATE ST, 4TH FL
4TH FLOOR
NEW YORK, NY

GOULSTON & STORRS, P.C.
400 ATLANTIC AVENUE
BOSTON, MA

GOULSTON & STORRS, P.C.
400 ATLANTIC AVENUE
BOSTON, MA

HAHN LOESER & PARKS LLP
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH

HALPERIN BATTAGLIA RAICHT, LLP
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY

HARMAN BECKER AUTOMOTIVE SYST INC
39001 WEST 12 MILE ROAD
FARMINGTON HILLS, MI

HARTER SECREST & EMERY LLP
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY

HARTER SECREST & EMERY LLP
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY

HARTER SECREST & EMERY LLP
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY

HARTER SECREST & EMERY LLP
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY

HAYNES AND BOONE LLP
1221 AVENUE OF THE AMERICAS
NEW YORK, NY

HAYNES AND BOONE LLP
1221 MCKINNEY, SUITE 2100
HOUSTON, TX

HAYNES AND BOONE LLP
1221 MCKINNEY, SUITE 2100
ATTY FOR EXXON MOBIL CORPORATION
HOUSTON, TX

HAYNES AND BOONE, LLP
1221 AVE OF THE AMERICAS  26TH FL
NEW YORK, NY

HAYNES AND BOONE, LLP
1221 AVENUE OF THE AMERICAS, 26 FL
ATTY OFR EXXON MOBIL CORPORATION
NEW YORK, NY

HERRICK, FEINSTEIN LLP
2 PARK AVENUE
NEW YORK, NY

HESS CORPORATION
1 HESS PLAZA
WOODBRIDGE, NJ

HEWLETT-PACKARD DEVELOPMENT CO, LP
500 RENAISSANCE CENTER, MC:20A
DETROIT, MI

HEWLETT-PACKARD COMPANY LP
11311 CHINDEN BLVD
MAIL STOP 314
BOISE, ID

HEWLETT-PACKARD FINANCIAL SVCS CO
420 MOUNTAIN AVENUE
MURRAY HILL, NJ

HINCKLEY, ALLEN & SNYDER LLP
28 STATE STREET
BOSTON, MA

HISCOCK & BARCLAY, LLP
300 S STATE STREET
ONE PARK PLACE
SYRACUSE, NY

HODGSON RUSS LLP
60 E 42ND ST  37TH FL
NEW YORK, NY

HONIGMAN MILLER SCHWARTZ & COHN LLP
660 WOODWARD AVE
2290 FIRST NATIONAL BUILDING
DETROIT, MI

HONIGMAN MILLER SCHWARTZ & COHN LLP
660 WOODWARD AVE
2290 FIRST NATIONAL BUILDING
DETROIT, MI

HONIGMAN MILLER SCHWARTZ & COHN LLP
660 WOODWARD AVE
2290 FIRST NATIONAL BUILDING
DETROIT, MI

HSS/SAGINAW
5446 DIXIE HIGHWAY
SAGINAW, MI

HUNTER & SCHANK CO., LPA
1700 CANTON AVE
ONE CANTON SQUARE
TOLEDO, OH

HUNTER & SCHANK CO., LPA
1700 CANTON AVE
ONE CANTON SQUARE
TOLEDO, OH

INTERNAL REVENUE SERVICE
290 BROADWAY
NEW YORK, NY

INT'L UNION OF OPERATING ENGINEERS
1125 SEVENTEENTH STREET, NW
WASHINGTON, DC

INTERNATIONAL UNION, UAW
8000 EAST JEFFERSON AVENUE
DETROIT, MI

IVEY, BARNUM AND O'MARA, LLC
170 MASON STREET
ATTY FOR SONIC AUTOMOTIVE, INC.
GREENWICH, CT

J.L. SAFFER, P.C.
20 VESEY STREET, 7TH FLOOR
ATTY FOR TMI CUSTOM AIR SYSTEMS
NEW YORK, NY

JENNER & BLOCK LLP
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY

JENNER & BLOCK LLP
330 NORTH WABASH AVENUE
CHICAGO, IL

JIM BARNARD CHEVROLET, INC.
7107 BUFFALO ROAD
CHURCHVILLE, NY

JOHNSTON BARTON PROCTOR & ROSE LLP
569 BROOKWOOD VILLAGE
SUITE 901
BIRMINGHAM, AL

K&L GATES LLP
599 LEXINGTON AVENUE
NEW YORK, NY

KAYE SCHOLER LLP
425 PARK AVENUE
NEW YORK, NY

KEATING MUETHING & KLEKAMP PLL
ONE EAST FOURTH STREET, SUITE 1400
ATTY FOR CINTAS CORPORATION
CINCINNATI, OH

KELLEY & FERRARO, L.L.P.
2200 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH

KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NY

KELLEY DRYE & WARREN, LLP
101 PARK AVENUE
NEW YORK, NY

KEM KREST
1919 SUPERIOR ST.
ELKHART, IN

KENNEDY, JENNIK & MURRAY P.C.
113 UNIVERSITY PL 7TH FL
NEW YORK, NY

KENNEDY, JENNIK & MURRAY P.C.
113 UNIVERSITY PL 7TH FL
NEW YORK, NY

KENNEDY, JENNIK & MURRAY P.C.
113 UNIVERSITY PL 7TH FL
NEW YORK, NY

KERR, RUSSELL AND WEBER, PLC
500 WOODWARD AVENUE, SUITE 2500
ATTN: JAMES E. DELINE, ESQ.
DETROIT, MI

KERR, RUSSELL AND WEBER, PLC
500 WOODWARD AVENUE, SUITE 2500
ATTY FOR AVL AMERICAS, INC.
DETROIT, MI

KILPATRICK & ASSOCIATES, P.C.
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI

KLEHR HARRISON HARVEY BRANZBURG
260 S. BROAD STREET
PHILADELPHIA, PA

KNAPP CHEVROLET
815 HOUSTON AVENUE
HOUSTON, TX

KOHRMAN JACKSON & KRANTZ, PLL
1375 EAST NINTH STREET
ONE CLEVELAND CENTER, 20TH FLOOR
CLEVELAND, OH

KOTZ, SANGSTER, WYSOCKI & BERG, PC
400 RENAISSANCE CENTER, SUITE 3400
DETROIT, MI

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY

KUPELIAN ORMOND & MAGY, P.C.
25800 NW HIGHWAY SUITE 950
SOUTHFILED, MI

LAMBERT LESER ISACKSON COOK GIUNTA
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI

LAMBERT LESER ISACKSON COOK GIUNTA
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI

LATHAM & WATKINS LLP
885 THIRD AVENUE, SUITE 1000
NEW YORK, NY

LAW OFFICES OF GABRIEL DEL VIRGINIA
641 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NY

LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX

LAWRENCE JAY KRAINES, ESQ.
14235 DICKENS STREET, SUITE 4
SHERMAN OAKS, CA

LECLAIRRYAN P.C
830 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY

LECLAIRRYAN, PC
830 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY

LEONARD, STREET AND DEINARD, PA
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPOLIS, MN

LEONARD, STREET AND DEINARD, PA
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPOLIS, MN

LEONARD, STREET AND DEINARD, PA
150 SOUTH FIFTH STREET, SUITE 2300
ATTY FOR QUADION CORP.
MINNEAPLOIS, MN

LEVY RATNER P.C.
80 EIGHTH AVENUE, 8TH FLOOR
NEW YORK, NY

LINEBARGER GOGGAN BLAIR & SAMPSON
2323 BRYAN STREET, SUITE 1600
DALLAS, TX

LINEBARGER GOGGAN BLAIR & SAMPSON,
2700 VIA FORTUNA DRIVE, SUITE 400
P.O. BOX 17428
AUSTIN, TX

MADDIN HAUSER WARTELL ROTH HELLER
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI

MADDIN, HAUSER, WARTELL, ROTH & HEL
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI

MATTA BLAIR, PLC
4145 DUBLIN DRIVE, SUITE 100
BLOOMFIELD HILLS, MI

MATTA BLAIR, PLC
4145 DUBLIN DRIVE, SUITE 100
BLOOMFIELD HILLS, MI

MAZZEO SONG & BRADHAM LLP
708 THIRD AVENUE, 19TH FLOOR
ATTY: CLARCOR/TOTAL FILTRATION
NEW YORK, NY

MCCARTHY LEBIT CRYSTAL & LIFFMAN
101 WEST PROSPECT AVE, STE 1800
CLEVELAND, OH

MCCARTHY LEBIT CRYSTAL & LIFFMAN CO
101 W PROSPECT AVE STE 1800
CLEVELAND, OH

MCGILL GOTSDINER WORKMAN & LEPP PC
11404 W DODGE RD STE 500
OMAHA, NE

MCKENNA LONG & ALDRIDGE LLP
230 PARK AVENUE
NEW YORK, NY

MCKENNA LONG & ALDRIDGE LLP
230 PARK AVENUE, SUITE 1700
NEW YORK, NY

MEYER, SUOZZI, ENGLISH & KLEIN, PC
1350 BROADWAY STE 501 / PO BOX 822
NEW YORK, NY

MEYER, SUOZZI, ENGLISH & KLEIN, PC
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY

MICHAEL S. HOLMES, P.C.
8100 WASHINGTON AVENUE, SUITE 120
HOUSTON, TX

MI ENVIRONMENT, RESOURCES, AGR DIV
525 W OTTAWA 6 FL GM WILLIAMS BLDG
P.O. BOX 30755
LANSING, MI

MICHIGAN FUNDS ADMINISTRATION
7201 W. SAGINAW HWY, STE 110
LANSING, MI

MICHIGAN WORKERS' COMP AGENCY
7150 HARRIS DR.
DIMONDALE, MI

MIKE BARNARD CHEVROLET-CADILLAC
616 THAYER ROAD
FAIRPORT, NY

MILLER JOHNSON
250 MONROE AV NW STE 800/PO BOX 306
GRAND RAPIDS, MI

MILLER JOHNSON
250 MONROE AVE., STE 800
GRAND RAPIDS, MI

MILLER CANFIELD PADDOCK & STONE
150 W JEFFERSON AVE, SUITE 2500
DETROIT, MI

MILLER CANFIELD PADDOCK & STONE
500 FIFTH AVENUE, SUITE 1815
NEW YORK, NY

MILLER CANFIELD PADDOCK & STONE
150 W JEFFERSON AVE, SUITE 2500
DETROIT, MI

MILLER, CANFIELD, PADDOCK AND STONE
150 WEST JEFFERSON AVENUE, STE 2500
ATTY FOR COUNTY OF WAYNE, MICHIGAN
DETROIT, MI

MINTZ LEVIN COHN FERRIS GLOVSKY PC
ONE FINANCIAL CENTER
BOSTON, MA

MONTGOMERY MCCRACKEN WALKER
RHOADS
123 SOUTH BROAD STREET
PHILADELPHIA, PA

MOORE & VAN ALLEN PLLC
40 CALHOUN ST, STE 300/PO BOX 22828
CHARLESTON, SC

MORGAN, LEWIS & BOCKIUS LLP
101 PARK AVENUE
NEW YORK, NY

MORGAN, LEWIS & BOCKIUS LLP
1701 MARKET STREET
PHILADELPHIA, PA

MORGAN, LEWIS & BOCKIUS LLP
101 PARK AVENUE
NEW YORK, NY

MORGAN, LEWIS & BOCKIUS LLP
101 PARK AVENUE
NEW YORK, NY

MORRISON COHEN LLP
909 THIRD AVENUE
NEW YORK, NY

MOTLEY RICE LLC
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC

MUCH SHELIST DENENBERG AMENT & RUBE
191 NORTH WACKER DRIVE, SUITE 1800
CHICAGO, IL

MUNSCH HARDT KOPF & HARR, P.C.
500 N AKARD ST/3800 LINCOLN PLZ
DALLAS, TX

MYERS & FULLER, P.A.
2822 REMINGTON GREEN CIRCLE
2822 REMINGTON GREEN CIRCLE
TALLAHASSEE, FL

N.W. BERNSTEIN & ASSOCIATES, LLC
800 WESTCHESTER AVE, STE 319 N
RYE BROOK, NY

NAHINS & GOIDEL, P.C.
377 BROADWAY
NEW YORK, NY

NELSON MULLINS RILEY & SCARBOROUGH
1320 MAIN ST 17TH FL/PO BOX 11070
COLUMBIA, SC

NELSON MULLINS RILEY & SCARBOROUGH
ONE BOSTON PLACE
BOSTON, MA

NEW YORK CITY DEPT. OF FINANCE
345 ADAMS ST- 3RD FLOOR
BROOKLYN, NY

NEW YORK STATE DEPARTMENT OF LAW
THE CAPITOL
ENVIRONMENTAL PROTECTION BUREAU
ALBANY, NY

NEW YORK STATE DEPARTMENT OF LAW
THE CAPITOL
ENVIRONMENTAL PROTECTION BUREAU
ALBANY, NY

OFFICE OF ATTORNEY GENERAL FOR PA
21 S. 12TH STREET, 3RD FLOOR
ATTY FOR COMMONWEALTH OF PA
PHILADELPHIA, PA

OFFICE OF THE ATTORNEY GENERAL
120 BROADWAY
NEW YORK, NY

OFFICE OF THE OHIO ATTORNEY GENERAL
150 EAST GAY STREET, 21ST FLOOR
ATTY FOR STATE OF OHIO
COLUMBUS, OH

OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY

OHIO ATTORNEY GENERAL
30 E. BROAD STREET, 25TH FL
ENVIRONMENTAL ENFORCEMENT SECTION
COLUMBUS, OH

ORRICK HERRINGTON & SUTCLIFF LLP
1152 15TH STREET, N.W
WASHINGTON, DC

ORRICK HERRINGTON & SUTCLIFF LLP
1152 15TH STREET, N.W
WASHINGTON, DC

ORRICK HERRINGTON & SUTCLIFFE LLP
666 FIFTH AVENUE
NEW YORK, NY

ORRICK, HERRINGTON & SUTCLIFFE LLP
666 FIFTH AVENUE
NEW YORK, NY

ORUM & ROTH, LLC
53 WEST JACKSON BOULEVARD
ATTY FOR NICOR GAS
CHICAGO, IL

OTTERBOURG STEINDLER HOUSTON ROSEN
230 PARK AVENUE
NEW YORK, NY

OTTERBOURG STEINDLER HOUSTON ROSEN
230 PARK AVENUE
STEVEN B. SOLL, ESQS.
NEW YORK, NY

PADDOCK CHEVROLET, INC.
3232 DELAWARE AVENUE
KENMORE, NY

PARKER POE ADAMS & BERNSTEIN LLP
401 S. TRYON STREET, SUITE 3000
THREE WACHOVIA CENTER
CHARLOTTE, NC

PATTON BOGGS LLP
1185 AVE OF THE AMERICAS 30TH FL
NEW YORK, NY

PAUL WEISS RIFKIND WHARTON GARRISON
1285 AVENUE OF THE AMERICAS
NEW YORK, NY

PAUL HASTINGS JANOFSKY & WALKER LLP
75 EAST 55TH STREET
NEW YORK, NY

PAUL WEISS RIFKIND WHARTON GARRISON
1285 AVENUE OF THE AMERICAS
NEW YORK, NY

PAUL WEISS RIFKIND WHARTON GARRISON
1285 AVENUE OF THE AMERICAS
NEW YORK, NY

PAUL WEISS RIFKIND WHARTON GARRISON
1285 AVENUE OF THE AMERICAS
NEW YORK, NY

PAUL, WEISS, RIFKIND, WHARTON & GAR
1285 AVENUE OF THE AMERICAS
NEW YORK, NY

PENSION BENEFIT GUARANTY CORP
1200 K STREET, NW
WASHINGTON, DC

PENSKE AUTO GROUP
18600 SOUTH HAWTHORNE BOULEVARD
TORRANCE, CA

PEPPER HAMILTON LLP
HERCULES PLAZA, 1313 N MARKET ST
STE 5100
WILMINGTON, DE

PEPPER HAMILTON LLP
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA

PEPPER-HAMILTON LLP
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI

PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 BROADWAY
1540 BROADWAY
NEW YORK, NY

PLATZER SWERGOLD KARLIN LEVINE GOLD
1065 AVE OF THE AMERICAS, 18TH FL
ATTY FOR CANON FINANCIAL SERVICES
NEW YORK, NY

PLUNKETT COONEY
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI

PLUNKETT COONEY
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI

PORZIO BROMBERG & NEWMAN P.C.
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ

POTTER ANDERSON & CORROON LLP
HERCULES PLAZA, 1313 N MARKET ST
6TH FLOOR
WILMINGTON, DE

PPG INDUSTRIES INC.
ONE PPG PLACE
PITTSBURGH, PA

PREVIANT GOLDBERG UELMEN GRATZ MIL
1555 N. RIVERCENTER DRIVE, STE 202
P.O. BOX 12993
MILWAUKEE, WI

PREVIANT GOLDBERG UELMEN GRATZ MILL
1555 N. RIVERCENTER DRIVE, STE 202
MILWAUKEE, WI

PROSKAUER ROSE LLP
1585 BROADWAY
NEW YORK, NY

RABINOWITZ LUBETKIN & TULLY, L.L.C.
293 EISENHOWER PARKWAY, SUITE 100
LIVINGSTON, NJ

RADHA R. M NARUMANCHI
657 MIDDLETON AVENUE
NEW HAVEN, CT

RANDSTAD
2015 SOUTH PARK PLACE
ATLANTA, GA

RAYTHEON PROFESSIONAL SERVICES LLC
12160 SUNRISE VALLEY DRIVE
RESTON, VA

REED SMITH LLP
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE

REED SMITH LLP
435 SIXTH AVE.
PITTSBURGH, PA

REID AND REIGE, P.C.
195 CHURCH STREET
NEW HAVEN, CT

RHOADES MCKEE
161 OTTAWA AVENUE, NW, SUITE 600
ATTY FOR BAY LOGISTICS, INC.
GRAND RAPIDS, MI

RICHARD M. ALLEN, ESQ
223 EGREMONT PLAIN RD, PMB 108
NORTH EGREMONT, MA

RICHARD W. MARTINEZ, APLC
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS, LA

RIDDELL WILLIAMS P.S.
1001 - 4TH AVENUE, SUITE 4500
SEATTLE, WA

RK CHEVROLET/RK AUTO GROUP
2661 VIRGINIA BEACH BOULEVARD
VIRGINIA BEACH, VA

ROBERT BOSCH LLC
38000 HILLS TECH DRIVE
FARMINGTON HILLS, MI

ROBERT T. SMITH, ESQ.
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS, MI

ROBINSON BROG LEINWAND GREENE PC
1345 AVENUE OF THE AMERICAS
NEW YORK, NY

SATTERLEE STEPHENS BURKE BURKE LLP
230 PARK AVENUE
NEW YORK, NY

AFFINIA
4400 PRIME PARKWAY
MCHENRY, IL

AIRGAS, INC.
259 RADNOR CHESTER ROAD
RADNOR, PA

ALIX PARTNERS LLP
300 N LASALLE STREET
CHICAGO, IL

ALLARD & FISH, P.C.
535 GRISWOLD
2600 BUHL BLDG
DETROIT, MI

ALPINE ELECTRONICS OF AMERICA, INC.
19145 GRAMERCY PLACE
TORRANCE, CA

ARCADIS U.S., INC.
630 PLAZA DRIVE, SUITE 100
HIGHLANDS RANCH, CO

ARENT FOX LLP
1675 BROADWAY
NEW YORK, NY

ARENT FOX LLP
1050 CONNECTICUT AVENUE NW
WASHINGTON, DC

ARENT FOX LLP
1050 CONNECTICUT AVENUE NW
WASHINGTON, DC

ARNALL GOLDEN GREGORY LLP
1717TH STREET, NW, SUITE 2100
ATLANTA, GA

AT&T SERVICES INC.
ONE AT&T WAY, ROOM 3A218
LAW GROUP COUNSEL
BEDMINSTER, NJ

ATTORNEY GENERAL FOR STATE OF MI
3030 W. GRAND BOULEVARD, STE 9-600
DETROIT, MI

ATTORNEY GENERAL STATE OF NEBRASKA
2115 STATE CAPITOL BUILDING
LINCOLN, NE

ATTORNEY GENERAL OF OHIO
441 VINE ST, 1600 CAREW TOWER
CINCINNATI, OH

ATTORNEY GENERAL FOR NEW YORK
120 BROADWAY, 24TH FL
NEW YORK, NY

BAKER & HOSTETLER LLP
1900 E NINTH ST
3200 NATIONAL CITY CENTER
CLEVELAND, OH

BAKER & HOSTETLER LLP
1900 E 9TH ST 3200 NAT'L CITY CTR
CLEVELAND, OH

BAKER & HOSTETLER LLP
45 ROCKEFELLER PLAZA
ATTY FOR B&H CREDITORS
NEW YORK, NY

BARNES & THORNBURG LLP
171 MONROE AVE NW, STE 1000
GRAND RAPIDS, MI

BARNES & THORNBURG LLP
11 SOUTH MERIDIAN STREET
INDIANAPOLIS, IN

BARRICK SWITZER LONG BALSLEY & VAN
6833 STALTER DRIVE, FIRST FLOOR
ROCKFORD, IL

BARTLETT HACKETT FEINBERG P.C.
155 FEDERAL ST, 9TH FL
BOSTON, MA

BASF
100 CAMPUS DRIVE
FLORHAM PARK, NJ

BECKER, GLYNN, MELAMED & MUFFLY LLP
299 PARK AVE, 16TH FL
NEW YORK, NY

BERGER SINGERMAN, P.A.
350 E LAS OLAS BLVD, 10TH FL
FORT LAUDERDALE, FL

BIALSON, BERGEN & SCHWAB
2600 EL CAMINO REAL, SUITE 300
ATTY FOR CISCO SYSTEMS CAPITAL CORP
PALO ALTO, CA

BINGHAM MCCUTCHEN LLP
399 PARK AVE
NEW YORK, NY

BINGHAM MCCUTCHEN LLP
ONE STATE STREET
ATTY: TRAVELERS CASUALTY/SURETY CO
HARTFORD, CT

BINGHAM MCCUTCHEN LLP
ONE STATE STREET
HARTFORD, CT

BLANK ROME LLP
405 LEXINGTON AVE - CHRYSLER BLD
NEW YORK, NY

BLANK ROME LLP
ONE LOGAN SQUARE
PHILADELPHIA, PA

BLUE CROSS & BLUE SHIELD MICHIGAN
600 LAFAYETTE EAST #1925
DETROIT, MI

SATURN OF ROCHESTER, INC.
770 PANORAMA TRAIL SOUTH
PO BOX 25427
ROCHESTER, NY

SAUL EWING LLP
1500 MARKET STREET, 38TH FLOOR
CENTRE SQUARE WEST
PHILADELPHIA, PA

SAUL EWING LLP
1500 MARKET STREET, 38TH FLOOR
CENTRE SQUARE WEST
PHILADELPHIA, PA

SAUL EWING LLP
222 DELAWARE AVENUE, STE 1200
P.O. BOX 1266
WILMINGTON, DE

SCHAFER AND WEINER, PLLC
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS, MI

SCHNADER HARRISON SEGAL & LEWIS LLP
140 BROADWAY, SUITE 3100
NEW YORK, NY

SCHNADER HARRISON SEGAL & LEWIS LLP
1600 MARKET STREET, SUITE 3600
PHILADELPHIA, PA

SCHOENL KEVIN M
99 MARETTA RD
ROCHESTER, NY

SCHULTE ROTH & ZABEL LLP
919 THIRD AVENUE
NEW YORK, NY

SCHWARTZ, LICHTENBERG LLP
420 LEXINGTON AVENUE, SUITE 2400
ATTY FOR ALBAR INDUSTRIES, INC.
NEW YORK, NY

SECURITIES AND EXCHANGE COMMISSION
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY

SECURITIES AND EXCHANGE COMMISSION
100 F STREET, ND
WASHINGTON, DC

SEYBURN KAHN GINN BESS & SERLIN PC
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI

SEYBURN KAHN GINN BESS & SERLIN PC
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI

SHAPE CORP.
1900 HAYES STREET
GRAND HAVEN, MI

SHAW GUSSIS FISHMAN GLANTZ WOLFSON
321 N. CLARK STREET, SUITE 800
CHICAGO, IL

SHEARMAN & STERLING LLP
599 LEXINGTON AVENUE
NEW YORK, NY

SHEPPARD MULLIN RICHTER & HAMPTON
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY

SHIVELY BROTHERS
2919 S.GRAND TRAVERSE ST
FLINT, MI

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL

SILVERMAN & MORRIS, P.L.L.C.
7115 ORCHARD LAKE ROAD, SUITE 500
WEST BLOOMFIELD, MI

SILVERMANACAMPORA LLP
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY

SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY

SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY

SINGER & LEVICK P.C.
16200 ADDISON RD, STE 140
ADDISON, TX

SKADDEN ARPS SLATE MEAGHER & FLOM
333 W WACKER DR, STE 2100
CHICAGO, IL

SKADDEN ARPS SLATE MEAGHER & FLOM
FOUR TIMES SQUARE
NEW YORK, NY

SQUIRE, SANDERS & DEMPSEY, L.L.P.
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH

STAHL COWEN CROWLEY ADDIS LLC
55 W MONROE ST, STE 1200
CHICAGO, IL

STARK REAGAN
1111 W LONG LAKE RD, STE 202
TROY, MI

STEMBER FEINSTEIN DOYLE PAYNE LLC
429 FORBES AVE
ALLEGHENY BUILDING, 17TH FL
PITTSBURGH, PA

STEMBER FEINSTEIN DOYLE PAYNE LLC
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH, PA

STEMBER FEINSTEIN DOYLE PAYNE LLC
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH, PA

STEMBER FEINSTEIN DOYLE PAYNE LLC
429 FORBES AVENUE
ALLEGHENY BUILDING , 17TH FL
PITTSBURGH, PA

STEVENSON & BULLOCK PLC
29200 SOUTHFIELD ROAD, SUITE 210
ATTY FOR FATA AUTOMATION, INC.
SOUTHFIELD, MI

STEVENSON & BULLOCK PLC
29200 SOUTHFIELD ROAD, SUITE 210
ATTY FOR FATA AUTOMATION, INC.
SOUTHFIELD, MI

STITES & HARBISON PLLC
424 CHURCH ST, STE 1800
NASHVILLE, TN

STITES & HARBISON, PLLC
400 W MARKET ST, STE 1600
LOUISVILLE, KY

STREUSAND & LANDON, LLP
515 CONGRESS ST, STE 2523
AUSTIN, TX

STROBL & SHARP, P.C.
300 E. LONG LAKE ROAD, SUITE 200
BLOOMFIELD HILLS, MI

STUTZMAN BROMBERG ESSERMAN PLIFKA
2323 BRYAN STREET, SUITE 220
DALLAS, TX

SULLIVAN, WARD, ASHER & PATTON
25800 NORTHWESTERN HIGHWAY
1000 MACCABEES CENTER, P.O. BOX 222
SOUTHFIELD, MI

THE DOW CHEMICAL COMPANY
2030 DOW CENTER
MIDLAND, MI

THE GARDEN CITY GROUP INC
105 MAXESS ROAD
MELVILLE, NY

U. OF MICHIGAN OFFICE OF THE VP
503 THOMPSON ST, ROOM 5048
ANN ARBOR, MI

THE VALLEY CADILLAC CORPORATION
3100 WINTON ROAD SOUTH
ROCHESTER, NY

THOMPSON COBURN LLP
ONE US BANK PLAZA, STE 2600
ST. LOUIS, MO

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE, TX

TORRES EDWARD ZUNIGA
8710 E VISTA BONITA DR
C/O COHEN & ASSOCIATES
SCOTTSDALE, AZ

TORYS LLP
237 PARK AVENUE
NEW YORK, NY

TOYOTA BOSHOKU AMERICA, INC.
28000 WEST PARK DRIVE
NOVI, MI

TRENK DIPASQUALE WEBSTER ET AL
347 MT PLEASANT AVE, STE 300
WEST ORANGE, NJ

TROUTMAN SANDERS LLP
405 LEXINGTON AVE
NEW YORK, NY

TROUTMAN SANDERS LLP
600 PEACHTREE STREET, NE SUITE 5200
ATLANTA, GA

TRW AUTOMOTIVE U.S. LLC
12001 TECH CENTER DRIVE
LIVONIA, MI

U.S. TREASURY
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON, DC

UNION PACIFIC RAILROAD COMPANY
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE

UNITED STATES ATTORNEY
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY

UNITED STATES ATTORNEY'S OFFICE
ONE ST. ANDREWS PLAZA
NEW YORK, NY

UNITED STATES DEPT. OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC

UNITED STATES DEPT. OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC

UNITED STEELWORKERS
FIVE GATEWAY CENTER, SUITE 807
PITTSBURGH, PA

VEDDER PRICE
1633 BROADWAY
47TH FLOOR
NEW YORK, NY

VEDDER PRICE
1633 BROADWAY
47TH FLOOR
NEW YORK, NY

VEDDER PRICE P.C.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY

VENABLE LLP
8010 TOWERS CRESCENT DR, STE 300
VIENNA, VA

VINSON & ELKINS L.L.P.
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY

VOITH AG
9395 KENWOOD RD SUITE 200
CINCINNATI, OH

VORYS, SATER, SEYMOUR AND PEASE LLP
52 EAST GAY ST
COLUMBUS, OH

WARNER NORCROSS & JUDD LLP
2000 TOWN CENTER, SUITE 2700
ATTY FOR BORGWARNER, INC.
SOUTHFIELD, MI

WARNER NORCROSS & JUDD LLP
111 LYON ST, NW
900 FIFTH THIRD CENTER
GRAND RAPIDS, MI

WARNER NORCROSS & JUDD LLP
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI

WARREN, DRUGAN & BARROWS, P.C.
800 BROADWAY
SAN ANTONIO, TX

WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVE
NEW YORK, NY

WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVE
NEW YORK, NY

WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVE
NEW YORK, NY

WHITE AND WILLIAMS LLP
ONE PENN PLAZA, SUITE 4110
ATTY FOR CISCO SYSTEMS, INC.
NEW YORK, NY

WILDMAN, HARROLD, ALLEN & DIXON
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL

WILLIAM T. GREEN, III, P.C.
11 GREENWAY PLAZA, STE 2820
HOUSTON, TX

WILMER CUTLER PICKERING ET AL
399 PARK AVE
NEW YORK, NY

WILMER CUTLER PICKERING ET AL
60 STATE ST
BOSTON, MA

WINSTON & STRAWN LLP
35 WEST WACKER DRIVE
CHICAGO, IL

WINSTON & STRAWN LLP
333 SOUTH GRAND AVENUE, 38TH FLOOR
ATTY FOR LGE ELECTRONICS USA, INC.
LOS ANGELES, CA

WINSTON & STRAWN LLP
200 PARK AVENUE
ATTY FOR CAPGEMINI AMERICA, INC.
NEW YORK, NY

WINSTON & STRAWN LLP
200 PARK AVENUE
ATTY FOR INT'L AUTO COMPONENT
NEW YORK, NY

ZEICHNER ELLMAN & KRAUSE LLP
575 LEXINGTON AVE
NEW YORK, NY

CASSELS BROCK
40 KING STREET WEST
TORONTO, ON M5H 3C2 CANADA

DOW AUTOMOTIVE
2-2-24 HIGASHI-SHINAGAWA
SHINAGAWA-KU, TOKYO 140-8617

INDUSTRY CANADA, LEGAL SERVICES
235 QUEEN STREET
OTTAWA, ON K1A OH5, CANADA

JTEKT AUTOMOTIVE
15TH FL MIDLAND SQ, 4-7-1 MEIEKI
NAKAMURA-KU, NAGOYA, JP 450-8515

NARMCO GROUP, ATTN: GARY KELLY
2575 AIRPORT ROAD
WINDSOR, ONTARIO N8W 1Z4

OSLER, HOSKIN & HARCOURT LLP
100 KING STREET WEST
TORONTO, ONTARIO M5X 1B8

PYEONG HWA AUTOMOTIVE CO., LTD.
1032 DAECHEON-DONG
TAEGU, KOREA

VALEO
43 RUE BAYEN
PARIS, FRANCE 75848

301 E DAVE WARD DRIVE
CONWAY, AR

MCALLEN, TX

P.O. BOX 21126
PHILADELPHIA, PA

ATT: JEAN WINBORNE BOYLES, ESQ.
RALEIGH, NC

ATT: MICHAEL REED, ESQ.
ROUND ROCK, TX

250 MONROE AVENW STE 800/PO BOX 306
GRAND RAPIDS, MI

ATT: STEVEN A. GINTHER, ESQ.
JEFFERSON CITY, MO

PO BOX 5300
ALBANY, NY

PO BOX 563
READING, PA

ATT: ELIZABETH BANDA
ARLINGTON, TX

BANKRUPTCY & COLLECTIONS DIVISION
AUSTIN, TX

ATTN: MICHAEL A. COX & DENNIS J.
RATERINK
P.O. BOX 30736
LANSING, MI

BANKRUPTCY & COLLECTIONS DIVISION
AUSTIN, TX

ATT: SUSAN PRZEKOP-SHAW, ASSISTANT
ATTORNEY GENERAL
LANSING, MI

ROUTE 16
OLEAN, NY

ATT: ROBERT COOPER & MARVIN CLEMENTS
PO BOX 20207
NASHVILLE, TN

ATTN: J. CASEY ROY, ASST. ATTORNEY
GENERAL
P.O. BOX 12548, MC-008
AUSTIN, TX

P.O. BOX 961039
FT. WORTH, TX

POST OFFICE BOX 11889
COLUMBIA, SC

POST OFFICE BOX 3064
HOUSTON, TX

PO BOX 822 1350 BROADWAY STE 501
NEW YORK, NY

PO BOX 30016
LANSING, MI

Frederick Perillo
Previant, Goldberg, Uelmen, Gratz, Miller &
Brueggeman, S.C.
1555 North Rivercenter Drive, Suite 202
Milwaukee, WI 53212

Laurence J. Cohen
Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
900 Seventh Street, N.W., Suite 1000
Washington, D.C. 20001

Ed Pasternak
NOVARA TESIJA, P.L.L.C.
Attorneys and Counselors at Law
2000 Town Center, Suite #2370
Southfield, MI 48075

Erik K. Decker
Business Representative
14587 Barber Ave.
Warren, MI 48088

# Exhibit B

AMERICAN ELECTRIC POWER CO INC
4504 S LINCOLN BLVD
MARION, IN

AMERICAN ELECTRIC POWER, INC.
700 MORRISON RD
GHANNA, OH

BALTIMORE GAS AND ELECTRIC CO
200 RENAISSANCE CTR
DETROIT, MI

BP ENERGY
501 WESTLAKE PARK BLVD
HOUSTON, TX

BP ENERGY COMPANY
501 WESTLAKE PARK BLVD
HOUSTON, TX

CITY OF DETROIT
660 WOODWARD AVE STE 1650
DETROIT, MI

DELTA TOWNSHIP UTILITIES II, LLC
139 E 4TH ST
CINCINNATI, OH

DELTA TOWNSHIP UTILITIES II, LLC
1209 N ORANGE ST
WILMINGTON, DE

DELTA TOWNSHIP UTILITIES LLC
139 E 4TH ST
CINCINNATI, OH

DELTA TOWNSHIP UTILITIES, LLC
139 E 4TH ST
CINCINNATI, OH

DETROIT EDISON
2000 2ND AVE
DETROIT, MI

DETROIT EDISON COMPANY
2000 2ND AVENUE
DETROIT, MI

DETROIT EDISON COMPANY
2000 2ND AVE
DETROIT, MI

DETROIT EDISON COMPANY
12 MILE AND MOUND ROADS
WARREN, MI

DETROIT EDISON COMPANY
2000 2ND AVE
DETROIT, MI

DOMINION REATIL, INC.
120 TREDEGAR ST
RICHMOND, VA

DOMINION RETAIL, INC
2539 WASHINGTON RD STE 1010
UPPER ST CLAIR, PA

EAST OH GAS CO DBA DOMINION EAST OH
1201 E 55TH ST
CLEVELAND, OH

ENTERGY SERVICES, INC
639 LOYOLA AVENUE, 26TH FLOOR
NEW ORLEANS, LA

FIRSTENERGY CORP
6896 MILLER RD
BRECKSVILLE, OH

FIRSTENERGY CORP
76 S MAIN ST
AKRON, OH

KELLEY DRYE & WARREN, LLP
101 PARK AVENUE
NEW YORK, NY

KILPATRICK & ASSOCIATES, P.C.
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI

LANSING BOARD OF WATER & LIGHT
730 E HAZEL ST
LANSING, MI

MICHIGAN CONSOLIDATED GAS COMPANY
500 GRISWOLD
DETROIT, MI

NIAGARA MOHAWK POWER CORP
531 ELECTRIC BIULDING
BUFFALO, NY

NIAGARA MOHAWK POWER CORP
535 WASHINGTON STREET
BUFFALO, NY

PENNSYLVANIA POWER & LIGHT TRANS DEPT.
2 N 9TH ST
ALLENTOWN, PA

SHREVEPORT RED RIVER UTILITIES, LLC
139 E 4TH ST
CINCINNATI, OH

SIERRA PACIFIC POWER CO USA
295 EDISON WAY
RENO, NV

THE CLEVELAND ELECTRIC ILLUMINATING CO
55 PUBLIC SQUARE
CLEVELAND, OH

VEOLIA WATER PARTNERS VI, LLC
101 W. WASHINGTON STREET
INDIANAPOLIS, IN

Entergy Mississippi, Inc
250 Park Avenue
New york, NY

Dorsey & Whitney LLP
1105 North Market Street
Wilmington , DE

Columbia Gas of Oio, Inc & Columbia Gas of VA
900 Third Avenue
New York, NY

Schiff Hardin LLP
233 South Wacker Drive
Chicago, IL

Schiff Hardin LLP
233 South Wacker Drive
Chicago, IL

Dominion VA, et al
990 Stewart Avenue
Garden City, NY

Meyer, Suozzi, English & Klien, PC
990 Stewart Avenue
Garden City, NY

Law Offices of Russell R. Johnson III
2258 Wheatlands Drive
Manakin Sabot, VA

Ohio Edison Company
388 S. Main Street, Ste. 500
Akron, Ohio

Ohio Edison Company, et al
388 S. Main Street, Ste. 500
Akron, Ohio

Ohio Edison Company, et al
388 S. Main Street, Ste. 500
Akron, Ohio

Dominion Retail, Inc.
1345 Avenue of the Americas
New York, NY

Dominion Retail, Inc.
1345 Avenue of the Americas
New York, NY

Sierra Pacific Power Co. d/b/a NB Energy
1901 Sixth Avenue North
Birmingham, AL

City of Detroit
903 North Opdyke, Suite C
Auburn Hills, MI

Lansing Board of Water & Light
150 West Jefferson
Detroit, MI

Lansing Board of Water & Light
150 West Jefferson
Detroit, MI

Commonwealth Edison
990 Stewart Avenue
Garden City, NY

PECO Energy
2258 Wheatlands Drive
Manakin Sabot, VA

BP CANADA
240-4TH AVENUE SW
CA

BP CANADA ENERGY MARKETING CORP
240-4TH AVENUE SW
CA

# Exhibit C

BP CANADA
MITCHELL MEYER
BP CANADA ENERGY MARKETING
240-4TH AVENUE SW
CALGARY AB T2P 2H8 CANADA
403-233-5611

ENTERGY SERVICES, INC
ATT: ALAN H. KATZ, ASSISTANT GENERAL COUNSEL
639 LOYOLA AVENUE, 26TH FLOOR
NEW ORLEANS,LA 70113
281-297-5342

KILPATRICK & ASSOCIATES, P.C.
ATTY FOR THE CITY OF DETROIT
ATT: RICHARDO KILPATRICK & LEONORA BAUGHMAN
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS,MI 48326
248-377-0800

BP ENERGY
MARK SHERMAN
501 WESTLAKE PARK BLVD
BP ENERGY COMPANY
HOUSTON,TX 77079
281-366-1633

KELLEY DRYE & WARREN, LLP
ATTY FOR BP CANADA ENERGY MARKETING CORP. AND BP
ENERGY CO.
ATT: JAMES S. CARR & JORDAN A. BERGMAN, ESQS
101 PARK AVENUE
NEW YORK,NY 10178
212-808-7897

Law Office of Russell R Johnson III
804-749-8862

# Exhibit D

TORYS LLP
ATTY FOR HYDROGENICS CORPORATION; AND JOSEPH CARGNELLI
ATT: ALISON D. BAUER & TIMOTHY B. MARTIN, ESQS
237 PARK AVENUE
NEW YORK, NY  10017
abauer@torys.com; tmartin@torys.com

DAY PITNEY LLP
ATTY FOR ORACLE USA, INC.
ATTN: AMISH R. DOSHI, ESQ.
7 TIMES SQUARE
NEW YORK, NY  10036
adoshi@daypitney.com

FREEBORN & PETERS LLP
ATTY FOR PGW, LLC
ATT: AARON L. HAMMER & THOMAS R. FAWKES, ESQS
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606 - 6677
ahammer@freebornpeters.com; tfawkes@freebornpeters.com

ENTERGY SERVICES, INC
ATT: ALAN H. KATZ, ASSISTANT GENERAL COUNSEL
639 LOYOLA AVENUE, 26TH FLOOR
NEW ORLEANS, LA  70113
akatz@entergy.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR DANA HOLDING CORPORATION
ATT: ALAN W. KORNBERG, REBECCA ZUBATY & IAN POHL, ESQS.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019 - 6064
akornberg@paulweiss.com; rzubaty@paulweiss.com; ipohl@paulweiss.com

CLIFFORD CHANCE US LLP
ATTY FOR THE ROYAL BANK OF SCTOLAND PLC, ABN AMRO BANK N.V. AND
RBS CITIZENS N.A.
ATT: ANDREW BROZMAN & SARAH CAMPBELL, ESQ.
31 WEST 52ND STREET
NEW YORK, NY  10019 - 6131
andrew.brozman@cliffordchance.com; sarah.campbell@cliffordchance.com

BINGHAM MCCUTCHEN LLP
ATTY FOR WELLS FARGO BANK NORTHWEST, NAT'L ASSOC., AS INDENTURE
TRUSTE
ATT: ANNA M. BOELITZ, ESQ.
ONE STATE STREET
HARTFORD, CT  06103
anna.boelitz@bingham.com

UNITED STATES DEPT. OF JUSTICE
ATTN: ANTI-TRUST DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20530
antitrust.atr@usdoj.gov

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019
AROSENBERG@PAULWEISS.COM

UNITED STATES DEPT. OF JUSTICE
ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20530
askDOJ@usdoj.gov

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: ADAM D. BRUSKI, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI  48708
abruski@lambertleser.com

MORGAN, LEWIS & BOCKIUS LLP
ATTN: ANDREW D GOTTFRIED, ESQ.
101 PARK AVENUE
NEW YORK, NY  10178
AGOTTFRIED@MORGANLEWIS.COM

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: ADAM H. ISENBERG, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA  19102
aisenberg@saul.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR ENTERPRISE RENT-A-CAR COMPANY
ATT: ALAN W. KORNBERG & JONATHAN T. KOEVARY, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019 - 6064
akornberg@paulweiss.com; jkoevary@paulweiss.com

CHAPELL & ASSOCIATES, LLC
ATT: ALAN CHAPELL, CIPP
CONSUMER PRIVACY OMBUDSMAN
297 DRIGGS AVENUE, SUITE 3A
BROOKLYN, NY  11222
alan@chapellassociates.com

SECURITIES AND EXCHANGE COMMISSION
ATTN: ANDREW N. VOLLMER, ACTING GEN. COUNSEL
100 F STREET, ND
WASHINGTON, DC  20549
andrew.vollmer@wilmerhale.com

INDUSTRY CANADA, LEGAL SERVICES
ATT: ANNE BOUDREAU
235 QUEEN STREET
OTTAWA, ON K1A OH5
CANADA
anne.boudreau@ic.gc.ca

SILVERMANACAMPORA LLP
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
ATT: ADAM L. ROSEN, ESQ.
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY  11753
ARosen@SilvermanAcampora.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR INFORMAL GROUP OF HOLDERS OF GM UNSECURED NOTES
ATT: ANDREW ROSENBERG, BRIAN HERMANN, MARGARET PHILLIPS, M. SCHECK
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019 - 6064
arosenberg@paulweiss.com; bhermann@paulweiss.com; mphillips@paulweiss.com;
mscheck@paulweiss.com

BERGER SINGERMAN, P.A.
ATTY FOR SCI, LTD.
ATT: ARTHUR J. SPECTOR, ESQ.
350 E. LAS OLAS BOULEVARD
10TH FLOOR
FORT LAUDERDALE, FL  33301
aspector@bergersingerman.com

FOLEY & LARDNER LLP
ATTY FOR DURA AUTOMOTIVE SYSTEMS, INC.
ATTN: ANN MARIE UETZ, ESQ.
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226 - 3489
auetz@foley.com

FOLEY & LARDNER LLP
ATTY FOR DETROIT TECHNOLOGIES, INC.
ATTN: ANN MARIE UETZ & DALJIT DOOGAL
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226 - 3489
auetz@foley.com; ddoogal@foley.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTY FOR CAMERON COUNTY, HARLINGEN, HARLINGEN ISD, NUECES COUNTY, SAN
ATTN: DIANE W. SANDERS, ESQ.
2700 VIA FORTUNA DRIVE, SUITE 400
P.O. BOX 17428
AUSTIN, TX  78760
austin.bankruptcy@publicans.com

SILVERMAN & MORRIS, P.L.L.C.
ATTY FOR CASSENS TRANSPORT COMPANY
ATTN: GEOFFREY L. SILVERMAN & KARIN F. AVERY, ESQS
7115 ORCHARD LAKE ROAD, SUITE 500
WEST BLOOMFIELD, MI  48322
avery@silvermanmorris.com

EDS, AN HP COMPANY
ATT: AYALA HASSELL
BANKRUPTCY & INSOLVENCY, SENIOR ATTORNEY
H3-3A-05
5400 LEGACY DRIVE
PLANO, TX  75024
ayala.hassell@hp.com

BRAYTON PURCELL LLP
ATTY FOR CERTAIN ASBESTOS CLAIMANTS
ATT: ALAN R. BRAYTON, CHRISTINA C. SKUBIC, MATTHEW B. LEE, ESQS
222 RUSH LANDING ROAD
NOVATO, CA  94945
bankruptcy.asbpo.asbdom@braytonlaw.com

MORRISON COHEN LLP
ATTY FOR BLUE CROSS BLUE SHIELD OF MICHIGAN
ATT: JOSEPH T. MOLDOVAN & MICHAEL R. DAL LAGO, ESQS
909 THIRD AVENUE
NEW YORK, NY  10022
bankruptcy@morrisoncohen.com

SCHWARTZ, LICHTENBERG LLP
ATTY FOR ALBAR INDUSTRIES, INC.
ATTN: BARRY E. LICHTENBERG, ESQ.
420 LEXINGTON AVENUE, SUITE 2400
NEW YORK, NY  10170
barryster@att.net

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
ATT: BARRY E. BRESSLER, ESQ.
1600 MARKET STREET, SUITE 3600
PHILADELPHIA, PA  19103 - 7286
bbressler@schnader.com; aadams@schnader.com; tlewis@schnader.com;
rbarkasy@schnader.com; mbarrie@schnader.com

COHEN, WEISS AND SIMON LLP
ATTY FOR INTERNATIONAL UNION, UAW
ATT: BABETTE A. CECCOTTI, ESQ.
330 WEST 42ND STREET
NEW YORK, NY  10036
bceccotti@cwsny.com

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
ATT: MORTON R. BRANZBURG & BRIAN T. CROWLEY
260 S. BROAD STREET
PHILADELPHIA, PA  19102
BCrowley@klehr.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
ATT: BENJAMIN P. DEUTSCH, ESQ.
140 BROADWAY, SUITE 3100
NEW YORK, NY  10005 - 1101
bdeutsch@schnader.com

COUNTY ATTORNEY
ATTY FOR THE COUNTY OF LOUDOUN, VIRGINIA
ATTN: BELKYS ESCOBAR, ASSISTANT COUNTY ATTORNEY
ONE HARRISON STREET, S.E., 5TH FLOOR
LEESBURG, VA  20175 - 3102
belkys.escobar@loudoun.gov

ATTORNEY GENERAL OF STATE OF TEXAS
ATT: KIMBERLY A. WALSH, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX  78711 - 2548
bk-kwalsh@oag.state.tx.us

GORLICK, KRAVITZ & LISTHAUS, P.C.
ATTY FOR IUOE, LOCALS IUOE 101, IUOE 18S & IUOE 832S
ATT: BARBARA S. MEHLSACK, ESQ.
17 STATE STREET, 4TH FLOOR
NEW YORK, NY  10004
bmehlsack@gkllaw.com

STITES & HARBISON, PLLC
ATTY FOR AKEBONO CORP.
ATT: BRIAN H. MELDRUM, ESQ.
400 W. MARKET STREET, SUITE 1600
LOUISVILLE, KY  40202
bmeldrum@stites.com

BORGES & ASSOCIATES, LLC
ATTY FOR RAYCOM MEDIA, INC.
ATT: WANDA BORGES, ESQ.
575 UNDERHILL BLVD., SUITE 118
SYOSSET, NY  11791
borgeslawfirm@aol.com

CARSON FISCHER, P.L.C.
ATTY FOR VITEC, LLC
ATT: JOSEPH M. FISCHER, LAWRENCE A. LICHTMAN, PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI  48302
brcy@carsonfischer.com

CARSON FISCHER, P.L.C.
ATTY FOR LAPEER METAL STAMPING COMPANIES, INC.
ATTN: JOSEPH M. FISCHER, ROBERT A. WEISBERG & PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI  48302
brcy@carsonfischer.com

CARSON FISCHER, P.L.C.
ATTY FOR RIMA MANUFACTURING COMPANY
ATTN: CHRISTOPHER A. GROSMAN & PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI  48302
brcy@carsonfischer.com; brcy@carsonfischer.com

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: BRETT D. GOODMAN, ESQ., THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY  10174
BRETT.GOODMAN@TROUTMANSANDERS.COM

HAYNSWORTH SINKLER BOYD, P.A.
ATTY FOR SOUTH CAROLINA AUTOMOBILE DEALERS ASSOCIATION
ATTN: WILLIAM H. SHORT, JR., ESQ.
POST OFFICE BOX 11889
COLUMBIA, SC  29211 - 1889
bshort@hsblawfirm.com

PPG INDUSTRIES INC.
MR. CHARLES E. BUNCH, CEO
ONE PPG PLACE
PITTSBURGH, PA  15272
BUNCH@PPG.COM

HALPERIN BATTAGLIA RAICHT, LLP
ATTY FOR MACQUARIE EQUIPMENT FINANCE, LLC.
ATT: CHRISTOPHER J. BATTAGLIA & JULIE D. DAYAS, ESQ.
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY  10022
cbattaglia@halperinlaw.net ; jdyas@halperinlaw.net

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTY FOR MOODY'S INVESTORS SERVICE
ATT: CHRISTOPHER BELMONTE & PAMELA BOSSWICK, ESQS
230 PARK AVENUE
NEW YORK, NY  10169
cbelmonte@ssbb.com; pbosswick@ssbb.com

STARK REAGAN
ATTY FOR SATTERLUND SUPPLY COMPANY
ATTN: J. CHRISTOPHER CALDWELL, ESQ.
1111 W. LONG LAKE ROAD, SUITE 202
TROY, MI  48098
ccaldwell@starkreagan.com

BODMAN LLP
ATTY FOR PRODUCTION MODELING CORPORATION
ATTN: COLIN T. DARKE, ESQ.
1901 ST. ANTOINE STREET
6TH FLOOR AT FORD FIELD
DETROIT, MI  48226
cdarke@bodmanllp.com

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
ATTN: CHRISTOPHER F. GRAHAM, ESQ.
230 PARK AVENUE
NEW YORK, NY  10169
cgraham@mckennalong.com

PARKER POE ADAMS & BERNSTEIN LLP
ATTY FOR SONIC AUTOMOTIVE, INC.
ATTN: KIAH T. FORD IV, ESQ.
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC  28202
chipford@parkerpoe.com

MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, P.C.
ATTY FOR BRANDENBURG INDUSTRIAL SERVICE CO.
ATT: COLLEEN E. MCMANUS, ESQ.
191 NORTH WACKER DRIVE, SUITE 1800
CHICAGO, IL  60606
CMcManus@muchshelist.com

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
ATTY FOR ATC LOGISTICS & ELECTRONICS, INC.
ATT: BRIAN L. SHAW, ESQ.
321 N. CLARK STREET, SUITE 800
CHICAGO, IL  60654
bshaw100@shawgussis.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY  10006
BSUSKO@CGSH.COM

THE TEXAS ATTORNEY GENERAL'S  OFFICE
ATTY FOR TEXAS DEPT OF TRANSPORTATION, MOTOR VEHICLE DIV.
ATTN: J. CASEY ROY, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548, MC-008
AUSTIN, TX  78711 - 2548
casey.roy@oag.state.tx.us

C.B. BLACKARD, III
CORPORATE COUNSEL
ACXIOM CORPORATION
301 EAST DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR  72033 - 2000
cbblac@acxiom.com

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
ATTN: CHARLES D. BULLOCK, ESQ.
29200 SOUTHFIELD ROAD, SUITE 210
SOUTHFIELD, MI  48076
cbullock@sbplclaw.com

BURR & FORMAN LLP
ATTY FOR GESTAMP ALABAMA, LLC, GESTAMP MASON, LLC, GESTAMP MEXICO
ATT: D. CHRISTOPHER CARSON & JENNIFER B. KIMBLE
420 NORTH 20TH STREET, SUITE 3400
BIRMINGHAM, AL  35203
ccarson@burr.com; jkimble@burr.com

REID AND REIGE, P.C.
ATTY FOR BARNES GROUP INC.
ATT: CAROL A. FELICETTA, ESQ.
195 CHURCH STREET
NEW HAVEN, CT  06510
cfelicetta@reidandriege.com

HAYNES AND BOONE LLP
ATTY FOR EXXON MOBIL CORPORATION
ATTN: CHARLES A. BECKMAN & BROOKS HAMILTON
1221 MCKINNEY, SUITE 2100
HOUSTON, TX  77010
charles.beckman@haynesboone.com; brooks.hamilton@haynesboone.com

VALEO
MR. JACQUES ASCHENBROICH, CEO
43 RUE BAYEN
PARIS, FRANCE 75848
CHRISTINE.OSSIKIAN@VALEO.COM

SQUIRE, SANDERS & DEMPSEY, L.L.P.
ATTY FOR TRW AUTOMOTIVE U.S. LLC ; TRW INTEGRATED CHASSIS SYSTEMS LLC
ATT: G. CHRISTOPHER MEYER, ESQ.
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH  44114 - 1304
cmeyer@ssd.com

OFFICE OF ATTORNEY GENERAL FOR PENNSYLVANIA
ATTY FOR COMMONWEALTH OF PA., DEPT OF REVENUE, BUREAU OF ACCTS
SETTLEM
ATT: CAROL E. MOMJIAN, SENIOR DEPUTY ATTY GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA  19107 - 3603
cmomjian@attorneygeneral.gov

DEPARTMENT OF LABOR
ATTN: DEPUTY SOLICITOR OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON, DC  20201
CONTACT-OCFO@DOL.GOV

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATTY FOR FACTORY MOTOR PARTS COMPANY
ATT: CHESTER B. SALOMON, ESQ.
299 PARK AVENUE, 16TH FLOOR
NEW YORK, NY  10171
CSALOMON@BECKERGLYNN.COM

WINSTON & STRAWN LLP
ATTY FOR INTERNATIONAL AUTOMOTIVE COMPONENT GROUP NORTH AMERICA
INC
ATTN: CAREY D. SCHREIBER, ESQ.
200 PARK AVENUE
NEW YORK, NY  10166 - 4193
cschreiber@winston.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: COLLEEN M. SWEENEY, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN  37219
csweeney@dickinsonwright.com

ALPINE ELECTRONICS OF AMERICA, INC.
ATT: CYNTHIA WOODRUFF-NEER, ESQ.
19145 GRAMERCY PLACE
TORRANCE, CA  90501 - 1162
cwoodruff-neer@alpine-usa.com

MOORE & VAN ALLEN PLLC
ATTY FOR HAGEMEYER N.A.
ATT: CYNTHIA JORDAN LOWERY, ESQ.
40 CALHOUN STREET, SUITE 300
POST OFFICE BOX 22828
CHARLESTON, SC  29413 - 2828
cynthialowery@mvalaw.com

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTY FOR TARRANT COUNTY & DALLAS COUNTY
ATT: ELIZABETH WELLER, ESQ.
2323 BRYAN STREET, SUITE 1600
DALLAS, TX  75201
dallas.bankruptcy@publicans.com

AIRGAS, INC.
ATT: DAVID BOYLE, CONSULTANT TO LEGAL DEPT
259 RADNOR CHESTER ROAD
RADNOR, PA  19087
david.boyle@airgas.com

UNITED STATES ATTORNEY
FOR THE SOUTHERN DISTRICT OF NEW YORK
ATTN: MATTHEW L SCHWARTZ AND DAVID S. JONES, ESQS.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY  10007
david.jones6@usdoj.gov; jeffrey.oestericher@usdoj.gov; matthew.schwartz@usdoj.gov;
joseph.cordaro@usdoj.gov

SCHULTE ROTH & ZABEL LLP
ATTY FOR PARNASSUS HOLDINGS II, LLC; PLATINUM EQUITY CAPITAL
PARTNERS II, LP
ATTN: DAVID J. KARP AND ADAM HARRIS, ESQS.
919 THIRD AVENUE
NEW YORK, NY  10022
david.karp@srz.com

AFFINIA
DAVID OVERBEEKE,  CEO
4400 PRIME PARKWAY
MCHENRY, IL  60050
DAVID.OVERBEEKE@AFFINIAGROUP.COM

POTTER ANDERSON & CORROON LLP
ATTY FOR NORFOLK SOUTHERN CORPORATION & NORFOLK SOUTHERN
RAILWAY
ATT: DAVID BALDWIN, THERESA BROWN-EDWARDS, R. STEPHEN MCNEILL, ESQS.
HERCULES PLAZA, 6TH FLOOR
1313 NORTH MARKET STREET P.O. BOX 951
WILMINGTON, DE  19801
dbaldwin@potteranderson.com; tbrown-edwards@potteranderson.com;
rmcneill@potteranderson.com

PLUNKETT COONEY
ATTY FOR DENSO INTERNATIONAL  AMERICA & DENSO SALES CALIFORNIA
ATTN: DOUGLAS C. BERNSTEIN & MICHAEL A. FLEMING
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI  48304
DBernstein@plunkettcooney.com; MFleming@plunkettcooney.com

NAHINS & GOIDEL, P.C.
ATT: BORAH GOLDSTEIN ALTSCHULER & JEFFREY CHANCAS
377 BROADWAY
NEW YORK, NY  10013
dbrody@borahgoldstein.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: DAWN R. COPLEY, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI  48226
dcopley@dickinsonwright.com

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
ATT: DENNIS L. JENKINS, ESQ.
60 STATE STREET
BOSTON, MA  02109
dennis.jenkins@wilmerhale.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: DAVID M. FELDMAN, ESQ.
200 PARK AVENUE
NEW YORK, NY  10166 - 0193
dfeldman@gibsondunn.com

ALLARD & FISH, P.C.
COUNSEL FOR SEVERSTAL NORTH AMERICA, INC.
ATT: DEBORAH L. FISH, ESQ.
2600 BUHL BLDG
535 GRISWOLD
DETROIT, MI  48226
dfish@allardfishpc.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006
DGOTTLIEB@CGSH.COM

MAZZEO SONG & BRADHAM LLP
ATTY FOR CLARCOR, INC. AND TOTAL FILTRATION SERVICES, INC.
ATTN: DAVID H. HARTHEIMER, ESQ.
708 THIRD AVENUE, 19TH FLOOR
NEW YORK, NY  10017
dhartheimer@mazzeosong.com

UNITED STEELWORKERS
ATT: DAVID R. JURY, ESQ.
FIVE GATEWAY CENTER, SUITE 807
PITTSBURGH, PA  15222
djury@usw.org

ARNALL GOLDEN GREGORY LLP
ATTY FOR VERIZON COMMUNICATIONS INC.
ATT: DARRYL S. LADDIN & FRANK N. WHITE
171 17TH STREET, NW, SUITE 2100
ATLANTA, GA  30363 - 1031
dladdin@agg.com; frank.white@agg.com

SEYBURN, KAHN, GINN, BESS & SERLIN P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: DAVID T. LIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI  48075 - 1195
dlin@seyburn.com

DEPARTMENT OF LABOR & INDUSTRY
ATTN: DENISE A. MERTZ
READING BANKRUPTCY & COMPLIANCE UNIT
625 CHERRY STREET, ROOM 203
READING, PA  19602 - 1184
dmertz@state.pa.us

GIBBONS P.C.
ATTY FOR J.D. POWER AND ASSOCIATES
ATT: DAVID N. CRAPO, ESQ.
ONE GATEWAY CENTER
NEWARK, NJ  07102 - 5310
dncrapo@gibbonslaw.com

ARENT FOX LLP
ATTY FOR TOYOTA BOSHOKU AMERICA, INC.
ATT: MARY JOANNE DOWD, ESQ.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC  20036
dowd.mary@arentfox.com

SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTN: DAVID J. SELWOCKI, ESQ.
1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
P.O. BOX 222
SOUTHFIELD, MI  48037 - 0222
dselwocki@swappc.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: DORON YITZTCHAKI, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI  48104
dyitzchaki@dickinsonwright.com

KILPATRICK & ASSOCIATES, P.C.
ATTY FOR OAKLAND COUNTY TREASURER
ATT: RICHARDO I. KILPATRICK & LEONORA K. BAUGHMAN
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI  48326
ecf@kaalaw.com

WINSTON & STRAWN LLP
ATTY FOR LGE ELECTRONICS USA, INC.
ATTN: DAVID J. RICHARDSON, ESQ.
333 SOUTH GRAND AVENUE, 38TH FLOOR
LOS ANGELES, CA  90071
djrichardson@winston.com

THE UNIVERSITY OF MICHIGAN OFFICE OF THE V P AND GENERAL COUNSEL
ATTY FOR THE BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN
ATT: DEBRA A. KOWICH, ESQ.
503 THOMPSON STREET, ROOM 5048
ANN ARBOR, MI  48109 - 1340
dkowich@umich.edu

PLUNKETT COONEY
ATTY FOR G-TECH PROFESSIONAL STAFFING, INC.
ATTN: DAVID A. LERNER, ESQ.
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI  48304
dlerner@plunkettcooney.com

SIMPSON THACHER & BARTLETT LLP
ATTN: DAVID J. MACK, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY  10017
DMACK@STBLAW.COM

JENNER & BLOCK LLP
ATTY FOR PROPOSED SPECIAL COUNSEL FOR DEBTORS
ATTN: DANIEL R. MURRAY & JOSEPH P. GROMACKI
330 NORTH WABASH AVENUE
CHICAGO, IL  60611 - 7603
dmurray@jenner.com

WILDMAN, HARROLD, ALLEN & DIXON
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
ATT: MICHAEL DOCKTERMAN, JONATHAN YOUNG, RENE FRIEDMAN
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606 - 1229
Dockterman@wildman.com; Young@wildman.com; Friedman@wildman.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR AT&T CORP.
ATTN: DAVID A. ROSENZWEIG & JACLYN L. RABIN
666 FIFTH AVENUE
NEW YORK, NY  10103
drosenzweig@fulbright.com; jrabin@fulbright.com

OTTERBOURG STEINDLER HOUSTON & ROSEN PC
ATTN: DANIEL WALLEN, ESQ, JONATHAN N. HELFAT, ESQ.
230 PARK AVENUE
NEW YORK, NY  10169
DWALLEN@OSHR.COM, JHELFAT@OSHR.COM, SSOLL@OSHR.COM

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTY FOR ARLINGTON ISD
ATT: ELIZABETH BANDA
P.O. BOX 13430
ARLINGTON, TX  76094 - 0430
ebanda@pbfcm.com

MILLER JOHNSON
ATTY FOR BURKE E. PORTER COMPANY
ATTN: THOMAS P. SARB, ESQ.
250 MONROE AVENUE, N.W., SUITE 800
PO BOX 306
GRAND RAPIDS, MI  49501 - 0306
ecfsarbt@millerjohnson.com

MILLER JOHNSON
ATTY FOR BENTELER AUTOMOTIVE CORPORATION
ATT THOMAS P. SARB, ESQ
250 MONROE AVE., STE 800
GRAND RAPIDS, MI   49501 - 0306
ecfsarbt@millerjohnson.com

MILLER JOHNSON
ATTY FOR MICO INDUSTRIES, INC.
ATTN: ROBERT D. WOLFORD, ESQ.
250 MONROE AVENUE, N.W., SUITE 800
P.O. BOX 306
GRAND RAPIDS, MI   49501 - 0306
ecfwolfordr@millerjohnson.com

HESS CORPORATION
ATT: ELIZABETH ANNE CARINI CURRENTI, ESQ.
1 HESS PLAZA
WOODBRIDGE, NJ   07095
ecurrenti@hess.com

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
ELLEN M DOYLE, ESQ. & JOEL HURT, ESQ. & PAMINA EWING, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA   15219
EDOYLE@STEMBERFEINSTEIN.COM

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATTY FOR CENTERPOINT ASSOCIATES, L.L.C.
ATT: EARLE I. ERMAN, ESQ.
400 GALLERIA OFFICENTRE, SUITE 444
SOUTHFIELD, MI   48034
eerman@ermanteicher.com

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
STEPHEN M. PINCUS, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA   15219
EFEINSTEIN@STEMBERFEINSTEIN.COM

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS;
MARK BUTTITA
ATT: ELIHU INSELBUCH & RITA TOBIN
375 PARK AVENUE, 35TH FLOOR
NEW YORK, NY   10152 - 3500
ei@capdale.com

HSS/SAGINAW
MR. ERIC LARSON, COO
5446 DIXIE HIGHWAY
SAGINAW, MI   48601
ELARSON@HSS-MMS.COM

ARCADIS U.S., INC.
ATT: LIESL SPANGLER, ASSOCIATE COUNSEL
630 PLAZA DRIVE, SUITE 100
HIGHLANDS RANCH, CO   80129
Elizabeth.Spangler@arcadis-us.com

DUPONT
ELLEN J. KULLMAN, CEO
1007 MARKET STREET
WILMINGTON, DL   19898
ELLEN.J.KULLMAN@USA.DUPONT.COM

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: EDWARD LOBELLO, ALAN MARDER. JIL MAZER-MARINO, J. RANDO
CRISTIANO
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY   11530
elobello@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR PITNEY BOWES, INC, PITNEY BOWES MGT SVS, INC, PITNEY BOWES SO
ATT: EDWARD J. LOBELLO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY   10018 - 0822
elobello@msek.com

ORUM & ROTH, LLC
ATTY FOR NICOR GAS
ATTN: MARK D. ROTH, ESQ.
53 WEST JACKSON BOULEVARD
CHICAGO, IL   60604
email@orumroth.com

BAKER & HOSTETLER LLP
ATTY FOR B&H CREDITORS
ATT: RICHARD BERNARD, ESQ.
45 ROCKEFELLER PLAZA
NEW YORK, NY   10111
ernard@bakerlaw.com

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
ATT ERIC A. SCHAFFER, ESQ.
435 SIXTH AVE.
PITTSBURGH, PA   15219
eschaffer@reedsmith.com

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA P.C.
ATTY FOR AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
ATT: SANDER  ESSERMAN, PETER  D'APICE, JO HARTWICK, JACOB NEWTON
2323 BRYAN STREET, SUITE 220
DALLAS, TX   75201
esserman@sbep-law.com; hartwick@sbep-law.com; d'apice@sbep-law.com; newton@sbep-law.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTY FOR SYNOPSYS, INC.
ATT: EDWARD TILLINGHAST, MALANI CADEMARTORI, BLANKA WOLFE
30 ROCEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY   10112
etillinghast@sheppardmullin.com; mcademartori@sheppardmullin.com;
bwolfe@sheppardmullin.com

KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
ATTY FOR APPLIED MANUFACTURING TECHNOLOGIES
ATTN: FREDERICK A. BERG & JAYSON M. MACYDA, ESQS
400 RENAISSANCE CENTER, SUITE 3400
DETROIT, MI   48243
fberg@kotzsangster.com; jmacyda@kotzsangster.com

BARTLETT HACKETT FEINBERG P.C.
ATTY FOR IRON MOUNTAIN INFORMATION MANAGEMENT, INC.
ATT: FRANK F. MCGINN, ESQ.
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA   02110
ffm@bostonbusinesslaw.com

DORSEY & WHITNEY LLP
ATTY FOR BALLARD MATERIAL PRODUCTS INC.
ATTN: MICHAEL FOREMAN, ESQ.
250 PARK AVENUE
NEW YORK, NY   10177
foreman.michael@dorsey.com

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.
ATTY FOR INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE
WORKERS
ATT: FREDERICK PERILLO
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI  53212
fp@previant.com

FOX ROTHSCHILD LLP
ATTY FOR STARSOURCE MANAGEMENT SERVICES
ATTN: FRED STEVENS, ESQ.
100 PARK AVENUE, SUITE 1500
NEW YORK, NY  10017
fstevens@foxrothschild.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR COUNTY OF WAYNE, MICHIGAN
ATT: TIMOTHY A. FUSCO, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI  48226
fusco@millercanfield.com

DICONZA LAW P.C.
ATTY FOR ARCADIS U.S., INC.
ATT: GERARD DICONZA, ESQ.
630 THIRD AVENUE, 7TH FLOOR
NEW YORK, NY  10017
gdiconza@dlawpc.com

ARENT FOX LLP
ATTY FOR HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
ATT: CHRISTOPHER GIAIMO, JEFFREY ROTHLEDER, ANDREA CAMPBELL, ESQS
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC  20036
giamo.christopher@arentfox.com; rothleder.jeffrey@arentfox.com;
campbell.andrea@arentfox.com

GLENN M. REISMAN, ESQ.
ATTY FOR GE ENERGY, GE MOTORS AND GE WATER
TWO CORPORATE DRIVE, SUITE 234
SHELTON, CT  06484
Glenn.Reisman@ge.com

DAWDA, MANN, MULCAHY & SADLER, PLC
ATTY FOR MAGNETI MARELLI AND AUTOMOTIVE LIGHTING
ATT: WILLIAM ROSIN & KENNETH FLASKA
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS, MI  48304
gm@dmms.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE
ATTN: THOMAS MOERS MAYER, KENNETH H. ECKSTEIN & GORDON Z. NOVOD
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036
gnovod@kramerlevin.com

FRASER TREBILCOCK DAVIS & DUNLAP, P.C.
ATTY FOR CITY OF LANSING
ATTN: G. ALAN WALLACE, ESQ.
124 WEST ALLEGAN STREET, SUITE 1000
LANSING, MI  48933
gwallace@fraserlawfirm.com

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.
767 FIFTH AVE
NEW YORK, NY  10153
HARVEY.MILLER@WEIL.COM

SHEARMAN & STERLING LLP
ATTY FOR AMERICAN AXLE MANUFACTURING HOLDINGS, INC. AND ITS
AFFILIATES
ATTN: FREDRIC SOSNICK & JILL FRIZZLEY, ESQS
599 LEXINGTON AVENUE
NEW YORK, NY  10022
fsosnick@shearman.com; jfrizzley@shearman.com

MICHIGAN FUNDS ADMINISTRATION
7201 W. SAGINAW HWY, STE 110
LANSING, MI  48917
funds@michigan.gov

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTY FOR HESS CORPORATION
ATT: GABRIEL DEL VIRGINIA, ESQ.
488 MADISON AVE
NEW YORK, NY  10022
gabriel.delvirginia@verizon.net

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: GEORGE CAUTHEN, LINDA BARR, CAMERON CURRIE, ESQS
1320 MAIN STREET, 17TH FLOOR
POST OFFICE BOX 11070
COLUMBIA, SC  29201
george.cauthen@nelsonmullins.com; linda.barr@nelsonmullins.com;
cameron.currie@nelsonmullins.com

MICHIGAN ENVIRONMENT, NATURAL RESOURCES AND AGRICULTURE DIVISION
ATTY FOR MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY
ATTN: CELESTE R. GILL, ASSISTANT ATTORNEY GENERAL
525 W. OTTAWA, 6TH FLOOR, G. MENNE WILLIAMS BUILDING
P.O. BOX 30755
LANSING, MI  48909
gillcr@michigan.gov

DAVIS POLK & WARDWELL
ATTY FOR FORD MOTOR COMPANY
ATT: DONALD S. BERNSTEIN & MARSHALL S. HUEBNER
450 LEXINGTON AVENUE
NEW YORK, NY  10017
gm.service@dpw.com

DAWDA, MANN, MULCAHY & SADLER, PLC
ATTY FOR JOHN E. GREEN COMPANY
ATTN: KENNETH A. FLASKA & WILLIAM L. ROSIN
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS, MI  48304
gm@dmms.com

WARNER NORCROSS & JUDD LLP
ATTY FOR ROBERT BOSCH GMBH
ATT: GORDON J. TOERING, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI  49503
gtoering@wnj.com

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATTY FOR WABASH TECHNOLOGIES, INC.
ATTN: PAULA A. HALL, ESQ.
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM, MI  48009
hall@bwst-law.com

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTY FOR ROLLS-ROYCE
ATT: HARVEY A. STRICKON, ESQ.
75 EAST 55TH STREET
NEW YORK, NY  10022 - 3205
harveystrickon@paulhastings.com

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR FMR CORP.
ATTN: HOWARD S. BELTZER & EMMELINE S. LIU, ESQS
101 PARK AVENUE
NEW YORK, NY   10178
hbeltzer@morganlewis.com; eliu@morganlewis.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: HANAN B. KOLKO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY   10018
hkolko@msek.com

VOITH AG
HARRY NEIMAN, CEO
9395 KENWOOD RD SUITE 200
CINCINNATI, OH   45242
HNEIMAN@VOITH.COM

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
STATE OF TEXAS TAXING AUTHORITIES
ATT: JOHN P. DILLMAN, ESQ.
POST OFFICE BOX 3064
HOUSTON, TX   77253
houston_bankruptcy@publicans.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR LANSING BOARD OF WATER & LIGHT
ATT: DONALD J. HUTCHINSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI   48226
hutchinson@millercanfield.com

ATTORNEY GENERAL FOR THE STATE OF MICHIGAN
ATTY FOR UNEMPLOYMENT TAX OFFICE, DEPT OF ENERGY, LABOR & ECONOMIC
GROWTH, UNEMPLOYMENT INSURANCE AGENCY
ATTN: ROLAND HWANG, ESQ.
3030 W. GRAND BOULEVARD, SUITE 9-600
DETROIT, MI   48202
hwangr@michigan.gov

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
120 BROADWAY
NEW YORK, NY   10271
Info@AndrewCuomo.com

DEALER TIRE, LLC
3711 CHESTER AVENUE
CLEVELAND, OH   44114
info@dealertire.com

HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
39001 WEST 12 MILE ROAD
FARMINGTON HILLS, MI   48331
info@harmanbecker.de

KEM KREST
AMISH SHAH. CEO
1919 SUPERIOR ST.
ELKHART, IN   46515
info@kemkrest.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTY FOR DELPHI CORPORATION
ATTN: JOHN WM. BUTLER, JR., ESQ.
ATTN:  RON W MEISLER, ESQ.
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL   60606 - 1720
jack.butler@skadden.com

LEONARD, STREET AND DEINARD, PA
ATTY FOR CANADIAN PACIFIC RAILWAY COMPANY
ATTN: JACOB B. SELLERS, ESQ.
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPOLIS, MN   55402
jacob.sellers@leonard.com

PEPPER HAMILTON LLP
ATTY FOR SKF USA INC.
ATT: HENRY J. JAFFE & JAMES C. CARIGNAN
HERECULES PLAZA, SUITE 5100
1313 MARKET STREET P.O. BOX 1709
WILMINGTON, DE   19899 - 1709
jaffeh@pepperlaw.com; carignanj@pepperlaw.com

HARTER SECREST & EMERY LLP
ATTY FOR SATURN OF ROCHESTER, INC.
ATT: JON AHO, WILLIAM KREIENBERG, JOHN WEIDER, INGRID PALERMO
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY   14604
jaho@hselaw.com; wkreienberg@hselaw.com; jweider@hselaw.com; ipalermo@hselaw.com

DECHERT LLP
ATTY FOR CDI CORPORATION
ATT: JAMES O. MOORE, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY   10036 - 6797
james.moore@dechert.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTY FOR HELLA KGAA HUECK; HELLA CORPORATE CENTER USA; BEHR-HELLA
ATTN: JOHN ANSBRO & COURTNEY M. ROGERS
666 FIFTH AVENUE
NEW YORK, NY   10103
jansbro@orrick.com; crogers@orrick.com

MCGILL, GOTSDINER, WORKMAN & LEPP, P.C., L.L.O.
ATTY FOR NS-200 CABOT OF PA; NS-608 CAPERTON WV; NS-1500 MARQUETTE MS;
NS-2200 WILLIS MILLER WI
ATTN: JANICE M. WOOLLEY, ESQ.
11404 W. DODGE ROAD, SUITE 500
OMAHA, NE   68154 - 2584
janwoolley@mgwl.co.

JOHNSON, HEARN, VINEGAR, GEE & GLASS, PLLC
ATTY FOR D & J AUTOMOTIVE, LLC
ATT: JEAN WINBORNE BOYLES, ESQ.
P.O. BOX 1776
RALEIGH, NC   27602
jboyles@jhvgglaw.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR UAW
ATT: JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY   10006
jbromley@cgsh.com

CUMMINGS & LOCKWOOD LLC
ATTY FOR EMIGRANT BUSINESS CREDIT CORP
ATT: JOHN F. CARBERRY, ESQ.
SIX LANDMARK SQUARE
STAMFORD, CT   06901
jcarberry@cl-law.com

KERR, RUSSELL AND WEBER, PLC
ATTY FOR WINDSOR MOLD INC.
ATTN: JAMES E. DELINE, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI  48226 - 3406
jed@krwlaw.com

K&L GATES LLP
ATTY FOR PPG INDUSTRIES, INC.
ATTN: JEFFREY N. RICH & ERIC T. MOSER, ESQS.
599 LEXINGTON AVENUE
NEW YORK, NY  10022
jeff.rich@klgates.com; eric.moser@klgates.com

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: JEFFREY W. KELLEY, ESQ.
600 PEACHTREE STREET, NE SUITE 5200
ATLANTA, GA  30308
jeffrey.kelley@troutmansanders.com

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATTY FOR PANASONIC AUTO SYS CO OF AMERICA, DIV OF PANASONIC
CORP OF N.A., FORMERLY KNOWN AS MATSUSHITA ELEC CORP IF AMERICA
ATT: JONATHAN L. FLAXER, DOUGLAS L. FURTH, ANTHONY M. VASSALLO
437 MADISON AVENUE
NEW YORK, NY  10022
jflaxer@golenbock.com; dfurth@golenbock.com; avassalo@golenbock.com

AT&T SERVICES INC.
LAW GROUP COUNSEL
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ  07921
jg5786@att.com

MOTLEY RICE LLC
ATTY FOR ASBESTOS TORT CLAIMANTS
ATT: JEANETTE M. GILBERT, JOSEPH F. RICE, JOHN A. BADEN IV, ESQS
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC  29464
jgilbert@motleyrice.com; jrice@motleyrice.com; jbaden@motleyrice.com

BARNES & THORNBURG LLP
ATTY FOR CONTINENTAL
ATT: JOHN T. GREGG, ESQ.
171 MONROE AVENUE, NW, SUITE 1000
GRAND RAPIDS, MI  49503
jgregg@btlaw.com

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: JEFFREY C. HAMPTON, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA  19102
jhampton@saul.com

BAKER & HOSTETLER LLP
ATTY FOR B&H CREDITORS
ATT: JOSEPH F. HUTCHINSON, JR.,  ERIC GOODMAN, WENDY J. GIBSON
3200 NATIONAL CITY CENTER
1900 E. 9TH STREET
CLEVELAND, OH  44114
jhutchinson@bakerlaw.com; egoodman@bakerlaw.com; wgibson@bakerlaw.com

HISCOCK & BARCLAY, LLP
ATTY FOR THE SCHAEFER GROUP INC.
ATTN: SUSAN R. KATZOFF, ESQ.
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY  13202
jlangan@hblaw.com, gstack@hblaw.com

J.L. SAFFER, P.C.
ATTY FOR TMI CUSTOM AIR SYSTEMS, INC.
ATTN: JENNIFER L. SAFFER, ESQ.
20 VESEY STREET, 7TH FLOOR
NEW YORK, NY  10007
jlsaffer@jlsaffer.com

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
ATT: JESSICA A. MAYES, ESQ.
230 PARK AVENUE, SUITE 1700
NEW YORK, NY  10169
jmayes@mckennalong.com

BRIGGS AND MORGAN P.A.
ATTY FOR FACTORY MOTOR PARTS COMPANY
ATT: JOHN R. MCDONALD, ESQ.
2200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN  55402
JMcDonald@Briggs.com

FOLEY & LARDNER LLP
ATTY FOR CUMMINS INC., CUMMINS POWER GENERATION, CUMMINS
FILTRATION,
CUMMINS EMISSION SOLUTION, CUMMINS FUEL SYSTEMS, CUMMINS TURBO
TECHNOL
ATTN: JILL L. MURCH & JOANNE LEE
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL  60654 - 5313
jmurch@foley.com; jlee@foley.com

CADWALADER, WICKERSHAM & TAFT LLP
ATTY FOR UNITED STATES OF AMERICA
ATT: JOHN J. RAPISARDI, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY  10281
john.rapisardi@cwt.com

BINGHAM MCCUTCHEN LLP
ATTY FOR TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
ATTN: JONATHAN B. ALTER, ESQ.
ONE STATE STREET
HARTFORD, CT  06103
jonathan.alter@bingham.co.

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
ATT: JONATHAN HOOK, ESQ.
1221 AVENUE OF THE AMERICAS
NEW YORK, NY  10020 - 1007
jonathan.hook@haynesboone.com

FOLEY & LARDNER LLP
ATTY FOR PEUGEOT JAPY INDUSTRIES S.A.
ATTN: JUDY A. O'NEILL., JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226 - 3489
joneill@foley.com; jsimon@foley.com; kcatanese@foley.com

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVE
NEW YORK, NY  10153
JOSEPH.SMOLINSKY@WEIL.COM

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: JAMES A. PLEMMONS, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI  48226
jplemmons2@dickinsonwright.com

RABINOWITZ, LUBETKIN & TULLY, L.L.C.
ATTY FOR THE RABINOWITZ FAMILY, LLC
ATTN: JONATHAN I. RABINOWITZ, ESQ.
293 EISENHOWER PARKWAY, SUITE 100
LIVINGSTON, NJ   07039
jrabinowitz@rltlawfirm.com

BLUE CROSS AND BLUE SHIELD OF MICHIGAN
ATT: JEFFREY RUMLEY, ASSISTANT GENERAL COUNSEL
600 LAFAYETTE EAST #1925
DETROIT, MI   48226 - 2998
JRumley@bcbsm.com

RIDDELL WILLIAMS P.S.
ATTY FOR MICROSOFT CORP AND MICROSOFT LICENSING G.P.
ATT: JOSEPH E. SHICKICH, ESQ.
1001 - 4TH AVENUE, SUITE 4500
SEATTLE, WA   98154
jshickich@riddellwilliams.com

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
JOHN STEMBER, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA   15219
JSTEMBER@STEMBERFEINSTEIN.COM

ROBERT BOSCH LLC
ATTN: JUDITH LOWITZ ADLER, ESQ.
ASSISTANT GENERAL COUNSEL
38000 HILLS TECH DRIVE
FARMINGTON HILLS, MI   48331
judith.adler@us.bosch.com

DECHERT LLP
ATTY FOR CDI CORPORATION
ATTN: JULIET SARKESSIAN, ESQ.
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA   19104
juliet.sarkessian@dechert.com

HARTER SECREST & EMERY LLP
ATT: JOHN WEIDER & INGRIDE PALERMO, ESQS.
ATTY FOR PADDOCK CHEVROLET, INC.
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY   14604
jweider@hselaw.com; ipalermo@hselaw.com

HARTER SECREST & EMERY LLP
ATT: KENNETH W. AFRICANO & RAYMOND L. FUNK, ESQS.
ATTY FOR PADDOCK CHEVROLET, INC.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY   14202 - 2293
kafricano@hselaw.com; rfink@hselaw.com

WHITE AND WILLIAMS LLP
ATTY FOR CISCO SYSTEMS, INC.
ATTN: KAREL S. KARPE, ESQ.
ONE PENN PLAZA, SUITE 4110
NEW YORK, NY   10119
karpek@whiteandwilliams.com

PEPPER-HAMILTON LLP
ATTY FOR OSRAM SYLVANIA PRODUCTS, INC.
ATT: DENNIS S. KAYES & DEBORAH KOVSKY-APAP
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI   48243 - 1157
kayesd@pepperlaw.com; kovskyd@pepperlaw.com

HUNTER & SCHANK CO., LPA
ATTY FOR ZF FRIEDRICHSHAFEN AG
ATT: JOHN J. HUNTER, JR., ESQ.
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH   43604
jrhunter@hunterschank.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATT: JOSEPH R. SGROI, ESQ.
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI   48226
jsgroi@honigman.com

PORZIO BROMBERG & NEWMAN P.C.
ATTY FOR RAUFOSS AUTOMOTIVE COMPONENTS CANADA
ATT: JOHN MAIRO & ROBERT SCHECHTER
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ   07962
jsmairo@pbnlaw.com; rmschechter@pbnlaw.com

KEATING MUETHING & KLEKAMP PLL
ATTY FOR CINTAS CORPORATION
ATTN: JASON V. STITT, ESQ.
ONE EAST FOURTH STREET, SUITE 1400
CINCINNATI, OH   45202
jstitt@kmklaw.com

HAYNES AND BOONE, LLP
ATTY FOR CEVA LOGISTICS
ATTN: JUDITH ELKIN
1221 AVENUE OF THE AMERICAS, 26TH FLOOR
NEW YORK, NY   10020 - 1007
judith.elkin@haynesboone.com

KOHRMAN JACKSON & KRANTZ, PLL
ATTY FOR SUNNYSIDE AUTOMOTIVE VI, LLC
ATT: JAMES W. EHRMAN, ESQ.
ONE CLEVELAND CENTER, 20TH FLOOR
1375 EAST NINTH STREET
CLEVELAND, OH   44114 - 1793
jwe@kjk.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
ATTN: KIMBERLY A. BRENNAN, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH   44115
kab@mccarthylebit.com

DLA PIPER LLP
ATTY FOR HEWLETT PACKARD CO
ATT: KAROL DENNISTON & JENNIFER NASSIRI, ESQS
550 S. HOPE STREET, SUITE 2300
LOS ANGELES, CA   90071
karol.denniston@dlapiper.com; jennifer.nassiri@dlapiper.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTY FOR DELPHI CORPORATION
ATT: KAYALYN A. MARAFIOTI & GREGORY W. FOX, ESQ.
FOUR TIMES SQUARE
NEW YORK, NY   10036
kayalyn.marafioti@skadden.com; gregory.fox@skadden.com

MATTA BLAIR, PLC
ATTY FOR CHARTER TOWNSHIP OF YPSILANTI, MICHIGAN
ATT: KELLIE M. BLAIR, ESQ.
4145 DUBLIN DRIVE, SUITE 100
BLOOMFIELD HILLS, MI   48302
kblair@mattablair.com

KELLEY DRYE & WARREN LLP
ATTY FOR LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: DAVID RETTER, PAMELA BRUZZESE-SZCZGIEL, JENNIFER CHRISTIAN,
ESQS
101 PARK AVENUE
NEW YORK, NY  10178
KDWBankruptcyDepartment@kelleydrye.com

KELLEY DRYE & WARREN, LLP
ATTY FOR BP CANADA ENERGY MARKETING CORP. AND BP ENERGY CO.
ATT: JAMES S. CARR & JORDAN A. BERGMAN, ESQS
101 PARK AVENUE
NEW YORK, NY  10178
KDWBankruptcyDepartment@kelleydrye.com

BLANK ROME LLP
ATTY FOR CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS
ATT: REGINA STANGO KELBON, ESQ.
ONE LOGAN SQUARE
PHILADELPHIA, PA  19103
Kelbon@blankrome.com

THE GARDEN CITY GROUP INC
ATTN: KEN FREDA
105 MAXESS ROAD
MELVILLE, NY  11747
KENNETH_FREDA@GARDENCITYGROUP.COM

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: KERRY MASTERS EWALD, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN  37219
kewald@dickinsonwright.com

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
ATT: KURT F. GWYNNE, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE  19801
kgwynne@reedsmith.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR M-TECH ASSOCIATES
ATTN: KATHLEEN H. KLAUS, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI  48034
khk@maddinhauser.com

SIDLEY AUSTIN LLP
ATTY FOR THE LENDER GROUP
ATTN: KENNETH P. KANSA, ESQ.
ONE SOUTH DEARBORN
CHICAGO, IL  60603
kkansa@sidley.com

DRINKER BIDDLE & REATH LLP
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
ATT: KRISTEN K. GOING, ESQ.
1500 K STREET, N.W.
WASHINGTON, DC  20005
kristin.going@dbr.com

BROWN & CONNERY, LLP
ATTY FOR SAP AMERICA, INC.
ATT: KENNETH J. SCHWEIKER, JR., ESQ.
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ  08096
kschweiker@brownconnery.com

BASF
DR. KURT BOCK, CHAIRMAN AND CEO
100 CAMPUS DRIVE
FLORHAM PARK, NJ  07932
KURT.BOCK@BASF.COM

VENABLE LLP
ATTY FOR RK CHEVROLET/RK AUTO GROUP
ATTN: LAWRENCE A. KATZ, ESQ.
8010 TOWERS CRESCENT DRIVE, SUITE 300
VIENNA, VA  22182 - 2707
lakatz@venable.com

LAWRENCE JAY KRAINES, ESQ.
14235 DICKENS STREET,  SUITE 4
SHERMAN OAKS, CA  91423 - 5846
larrykraines@gmail.com

GENERAL MOTORS CORPORATION
ATTN: LAWRENCE S. BUONOMO, ESQ.
300 RENAISSANCE CENTER
DETROIT, MI  48265
lawrence.s.buonomo@gm.com

STROBL & SHARP, P.C.
ATTY FOR PIONEER STEEL CORPORATION
ATTN: LYNN M. BRIMER & MEREDITH M. MCKINZIE
300 E. LONG LAKE ROAD, SUITE 200
BLOOMFIELD HILLS, MI  48304
lbrimer@stroblpc.com

CHEMICO SYSTEMS
LEON C. RICHARDSON, PRESIDENT
10 W.HURON, SUITE 300
PONTIAC, MI  48342
LCRICHARDSON@CHEMICOSYSTEMS.COM

HAHN LOESER & PARKS LLP
ATT: LEE D. POWAR & DANIEL A. DEMARCO & ROCCO I. DEBITETTO
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH  44114
ldpowar@hahnlaw.com, dademarco@hahnlaw.com

RAYTHEON PROFESSIONAL SERVICES LLC
12160 SUNRISE VALLEY DRIVE
RESTON, VA  20191
Lee.Cooper@raytheon.com

ATTORNEY GENERAL FOR THE STATE OF NEBRASKA
ATTY FOR THE STATE OF NEBRASKA
ATT: LESLIE C. LEVY, ASSISTANT ATTORNEY GENERAL
2115 STATE CAPITOL BUILDING
LINCOLN, NE  68509 - 8920
leslie.levy@nebraska.gov

SINGER & LEVICK P.C.
ATTY FOR AFFILIATED COMPUTER SERVICES, INC.
ATT: LARRY A. LEVICK, ESQ.
16200 ADDISON ROAD, SUITE 140
ADDISON, TX  75001
levick@singerlevick.com

THE DOW CHEMICAL COMPANY
ATTN: LEE H. SJOBERG, ESQ.
2030 DOW CENTER
MIDLAND, MI  48674
lhsjoberg@dow.com

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
ATT: LINDA D'AMICO
420 MOUNTAIN AVENUE
MURRAY HILL, NJ  07640
linda.damico@hp.com

RANDSTAD
MS.LINDA GALIPEAU, PRESIDENT - NORTH AMERICA
2015 SOUTH PARK PLACE
ATLANTA, GA  30339
LINDA.GALIPEAU@US.RANDSTAD.COM

DANA HOLDING COMPANY
ATT: LISA WURSTER
4500 DORR STREET
TOLEDO, OH  43615
lisa.wurster@dana.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: LARRY MAGARIK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY  10003
lmagarik@kjmlabor.com

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTY FOR UNOFFICIAL GM DEALERS COMMITTEE
ATT: LORRAINE MCGOWEN, ALYSSA ENGLUND, COURTNEY ROGERS
666 FIFTH AVENUE
NEW YORK, NY  10103
lmcgowen@orrick.com; aenglund@orrick.com; crogers@orrick.com

SEYBURN, KAHN, GINN, BESS & SERLIN, P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: LESLIE STEIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI  48075 - 1195
lstein@seyburn.com

OFFICE OF THE OHIO ATTORNEY GENERAL
ATTY FOR STATE OF OHIO
ATT: LUCAS WARD, ESQ.
150 EAST GAY STREET, 21ST FLOOR
COLUMBUS, OH  43215
lucas.ward@ohioattoneygeneral.gov

JOHNSTON BARTON PROCTOR & ROSE LLP
ATTY FOR SERRA CHEVROLET OF BIRMINGHAM, INC.
ATTN: MAX A. MOSELEY, ESQ.
569 BROOKWOOD VILLAGE
SUITE 901
BIRMINGHAM, AL  35209
mam@johnstonbarton.com

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
ATTN: ISRAEL GOLDOWITZ, KAREN MORRIS, JOHN MENKE,
RALPH L LANDY, MICHAEL A. MARICCO, ESQS.
1200 K STREET NW
WASHINGTON, DC  20005 - 4026
maricco.michael@pbgc.gov

ATTORNEY GENERAL FOR THE STATE OF TEXAS
ATT: MARK BROWNING, ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX  78711 - 2548
Mark.Browning@oag.state.tx.us

BARNES & THORNBURG LLP
ATTY FOR HIRATA CORPORATION OF AMERICA
ATTN: MARK R. OWENS, ESQ.
11 SOUTH MERIDIAN STREET
INDIANAPOLIS, IN  46204
mark.owens@btlaw.com

TENNESSEE ATTORNEY GENERAL'S OFFICE
ATTY FOR TENNESSEE DEPARTMENT OF REVENUE
ATT: ROBERT COOPER & MARVIN CLEMENTS
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN  37202 - 0207
marvin.clements@ag.tn.gov, robert.cooper@ag.tn.gov

U.S. TREASURY
ATTN:  MATTHEW FELDMAN, ESQ.
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON, DC  20220
MATTHEW.FELDMAN@DO.TREAS.GOV

HAYNES AND BOONE, LLP
ATTY OFR EXXON MOBIL CORPORATION
ATTN: MATTHEW E. RUSSELL, ESQ.
1221 AVENUE OF THE AMERICAS, 26TH FL
NEW YORK, NY  10020 - 1007
matthew.russell@haynesboone.com

LEONARD, STREET AND DEINARD, PA
ATTY FOR CANADIAN PACIFIC RAILWAY COMPANY
ATTN: MATTHEW A. SWANSON, ESQ.
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPOLIS, MN  55402
matthew.swanson@leonard.com

LEONARD, STREET AND DEINARD, PA
ATTY FOR QUADION CORP.
ATT: MATTHEW A. SWANSON, ESQ.
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPLOIS, MN  55402
matthew.swanson@leonard.com

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
ATT: MAUREEN F. LEARY, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY  12224
Maureen.Leary@oag.state.ny.us

BODMAN LLP
ATTY FOR LEAR CORPORATION AND ITS SUBSIDIARIES & AFFILIATES
ATTN: MARC M. BAKST, ESQ.
6TH FLOOR AT FORD FIELD
1901 ST. ANTOINE STREET
DETROIT, MI  48226
mbakst@bodmanllp.com

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD COMPANY
ATTN: MICHAEL ST. PATRICK BAXTER, ESQ.
1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC  20004 - 2401
mbaxter@cov.com

WINSTON & STRAWN LLP
ATTY FOR ASPEN MARKETING SERVICES, INC.
ATTN: MATTHEW J. BOTICA & MINDY D. COHN
35 WEST WACKER DRIVE
CHICAGO, IL   60601
mbotica@winston.com; mcohn@winston.com

ALIX PARTNERS LLP
ATTN: MICHELLE CAMPBELL
300 N LASALLE STREET
CHICAGO, IL   60654
MCAMPBELL@ALIXPARTNERS.COM

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: MICHAEL C. HAMMER, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI   48104
mchammer3@dickinsonwright.com

WARNER NORCROSS & JUDD LLP
ATTY FOR BORGWARNER, INC.
ATT: MICHAEL G. CRUSE, ESQ.
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI   48075 - 1318
mcruse@wnj.com

INTERNATIONAL UNION, UAW
ATTY FOR INTERNATIONAL UNION, UAW
ATT: DANIEL SHERRICK & NIRAJ GANATRA, LEGAL DEPT.
8000 EAST JEFFERSON AVENUE
DETROIT, MI   48214
memberservices@uawfcu.com, nganatra@uaw.net

LECLAIRRYAN P.C
ATTY OF HONEYWELL INTERNATIONAL INC.
ATT: MICHAEL S. HASTINGS & MICHAEL T. CONWAY, ESQS
830 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY   10022
michael.hastings@leclairryan.com ; michael.conway@leclairryan.com

LECLAIRRYAN, PC
ATTY FOR TENNECO INC.
ATT: MICHAEL E. HASTINGS & MICHAEL T. CONWAY, ESQS
830 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY   10022
michael.hastings@leclairryan.com ; michael.conway@leclairryan.com

OHIO ATTORNEY GENERAL
ATTY FOR OHIO ENVIRONMENTAL PROTECTION AGENCY ("OEPA")
ATT: MICHELLE T. SUTTER, PRINCIPAL ASST. ATTORNEY GENERAL
ENVIRONMENTAL ENFORCEMENT SECTION
30 E. BROAD STREET, 25TH FLOOR
COLUMBUS, OH   43215
Michelle.sutter@ohioattorneygeneral.gov

HEWLETT -PACKARD DEVELOPMENT COMPANY, L.P.
MIKE NEFKENS, VICE PRESIDENT
500 RENAISSANCE CENTER, MC:20A
DETROIT, MI   48243
MIKE.NEFKENS@EDS.COM

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY   10019
MJEDELMAN@VEDDERPRICE.COM

VEDDER PRICE P.C.
ATTY FOR EXPORT DEVELOPMENT CANADA
ATT: MICHAEL EDELMAN, MICHAEL SCHEIN, ERIN ZAVALKOFF-BABEJ
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY   10019
MJEdelman@vedderprice.com; MSchein@vedderprice.com; Ezavalkoff-babej@vedderprice.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: MATTHEW J. WILLIAMS, ESQ.
200 PARK AVENUE
NEW YORK, NY   10166 - 0193
mjwilliams@gibsondunn.com

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE, ESQ.
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE   68179
mkilgore@up.com

ERVIN COHEN & JESSUP LLP
ATTY FOR SALAS AUTOMOTIVE GROUP, INC. DBA POWAY CHEVROLET
ATTN: MICHAEL S. KOGAN & PETER JAZAYERI
9401 WILSHIRE BOULEVARD
BEVERLY HILLS, CA   90212
mkogan@ecjlaw.com; pjazayeri@ecjlaw.com

IVEY, BARNUM AND O'MARA, LLC
ATTY FOR SONIC AUTOMOTIVE, INC.
ATTN: MELISSA ZELEN NEIER, ESQ.
170 MASON STREET
GREENWICH, CT   06830
mneier@ibolaw.com

DYNAMIC MANUFACTURING
MRS. MARY PARTIPILO, CEO
1930 N. MANNHEIM ROAD
MELROSE PARK, IL   60160
MPARTIPILO@DMIMAIL.COM

BLANK ROME LLP
ATT: MARC E. RICHARDS, ESQ.
ATTY FOR DENSO INTERNATIONAL AMERICA AND DENSO SALES CALIFORNIA
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY   10174
mrichards@blankrome.com

PATTON BOGGS LLP
ATTY FOR UNOFFICIAL COMMITTEE OF FAMILY & DISSIDENT GM BONDHOLDERS
ATTN: MICHAEL RICHMAN, MARK SALZBERG MELISSA IACHAN
1185 AVENUE OF THE AMERICAS, 30TH FLOOR
NEW YORK, NY   10036
mrichman@pattonboggs.com; msalzberg@pattonboggs.com; miachan@pattonboggs.com

VEDDER PRICE
MICHAEL SCHEIN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY   10019
MSCHEIN@VEDDERPRICE.COM

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY   10281
mschonfeld@gibsondunn.com

MICHAEL S. HOLMES, P.C.
ATTY FOR OAKS L-M, INC. DBA WESTPOINT
ATT: MICHAEL S. HOLMES, ESQ.
8100 WASHINGTON AVENUE, SUITE 120
HOUSTON, TX  77007
msholmes@cowgillholmes.com

CASSELS BROCK
ATT: MICHAEL WEINCZOK
2100 SCOTIA PLAZA - 40 KING STREET WEST
TORONTO, ON M5H 3C2
CANADA
mweinczok@casselsbrock.com

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTY FOR NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
ATT: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL
120 BROADWAY - 24TH FLOOR
NEW YORK, NY  10271
neal.mann@oag.state.ny.us

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ATTY FOR STEVEN KAZAN, ESQ.
ATTN: NATALIE RAMSEY & JOSEPH O'NEIL, JR.
123 SOUTH BROAD STREET
PHILADELPHIA, PA  19109 - 1099
nramsey@mmwr.com; joneil@mmwr.com

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTY FOR GMAC LLC AND ITS AFFILIATES
ATT: DANIEL WALLEN, MELANIE L. CYGANOWSKI, JONATHAN N. HELFAT &
STEVEN B. SOLL, ESQS.
230 PARK AVENUE
NEW YORK, NY  10169
OSHR-GM-bk@oshr.com

BIALSON, BERGEN & SCHWAB
ATTY FOR CISCO SYSTEMS CAPITAL CORPORATION
ATTN: PATRICK M. COSTELLO & THOMAS M. GAA
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA  94306
patrick@bbslaw.com; tom@bbslaw.com

BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
ATT: PETER M. LEE, SENIOR GENERAL ATTORNEY
2500 LEW MENK DRIVE
P.O. BOX 961039
FT. WORTH, TX  76161 - 0039
Peter.Lee@bnsf.com

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY  10017
PPANTALEO@STBLAW.COM

COOLIDGE WALL CO., L.P.A.
ATTY FOR HARCO MANUFACTURING GROUP LLC
ATT: RONALD S. PRETEKIN, ESQ.
33 WEST FIRST STREET, SUITE 600
DAYTON, OH  45402
pretekin@coollaw.com

ATTORNEY GENERAL OF THE STATE OF MICHIGAN - LABOR DIVISION
ATTY FOR MICHIGAN WORKERS' COMPENSATION AGENCY
ATT: SUSAN PRZEKOP-SHAW, ASSISTANT ATTORNEY GENERAL
P.O. BOX 30736
LANSING, MI  48909
przekopshaws@michigan.gov

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR SOUTH TROY TECH, LLC
ATT: MICHAEL S. LIEB, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI  48034
msl@maddinhauser.com

STITES & HARBISON PLLC
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
ATT: ROBERT C. GOODRICH & MADISON L. MARTIN
424 CHURCH STREET, SUITE 1800
NASHVILLE, TN  37219
nashvillebankruptcyfilings@stites.com

FARELLA BRAUN & MARTEL LLP
ATTY FOR GENERAL MOTORS RETIREES ASSOCIATION
ATT: NEIL A. GOTEINER, ESQ.
235 MONTGOMERY STREET, 17TH FLOOR
SAN FRANCISCO, CA  94104
ngoteiner@fbm.com

N.W. BERNSTEIN & ASSOCIATES, LLC
ATTY FOR ENVIRONMENTAL CONSERVATION AND CHEMICAL CORP SITE TRUST
FUND
ATT: NORMAN W. BERNSTEIN, ESQ.
800 WESTCHESTER AVENUE, SUITE 319 NORTH
RYE BROOK, NY  10573
nwbernstein@nwbllc.com

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
ATT: PATRICK L. HUGHES & PETER C. RUGGERO
1221 MCKINNEY, SUITE 2100
HOUSTON, TX  77010
patrick.hughes@haynesboone.com; peter.ruggero@haynesboone.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: PETER J. HALEY, ESQ.
ONE BOSTON PLACE
BOSTON, MA  02108
peter.haley@nelsonmullins.com

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
ATT: PHILIP D. ANKER & MELANIE J. DRITZ, ESQS
399 PARK AVENUE
NEW YORK, NY  10022
philip.anker@wilmerhale.com; melanie.dritz@wilmerhale.com

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP
ATTY FOR THE MCCLATCHY COMPANY
ATT: PAUL J. PASCUZZI, ESQ.
400 CAPITAL MALL, SUITE 1450
SACRAMENTO, CA  95814
ppascuzzi@ffwplaw.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
ATTY FOR HITACHI, LTD., HITACHI AUTOMOTIVE PRODUCTS (USA), INC.,
TOKICO (USA), INC. AND HITACHI CABLE INDIANA, INC.
ATT: PAUL J. RICOTTA, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA  02111
pricotta@mintz.com

DOW AUTOMOTIVE
MR. PETER SYKES, PRESIDENT
2-2-24 HIGASHI-SHINAGAWA
SHINAGAWA-KU, TOKYO 140-8617
PSYKES@DOW.COM

JENNER & BLOCK LLP
ATTY FOR PROPOSED SPECIAL COUNSEL FOR DEBTORS
ATTN: PATRICK J. TROSTLE & HEATHER D. MCARN
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY   10022 - 3908
ptrostle@jenner.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS;
MARK BUTTITA
ATT: PETER VAN LOCKWOOD, RONALD REINSEL & TREVOR SWETT, III, ESQS
1 THOMAS CIRCLE
WASHINGTON, DC   20005
pvnl@capdale.com, rer@capdale.com, tws@capdale.com

KERR, RUSSELL AND WEBER, PLC
ATTY FOR AVL AMERICAS, INC.
ATT: P. WARREN HUNT, ESQ.
500 WOODWARD HUNT, SUITE 2500
DETROIT, MI   48226 - 3406
pwh@krwlaw.com

BUTZEL LONG, PC
ATTORNEY FOR PIONEER AUTOMOTIVE TECHNOLOGIES
ATT: THOMAS B. RADOM & MAX J. NEWMAN, ESQ.
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI   48304
radom@butzel.com ; newman@butzel.com

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
ATTN: THOMAS B. RADOM & MAX J. NEWMAN
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI   48304
radom@butzel.com; newman@butzel.com

HEWLETT-PACKARD COMPANY LP
ATT: RAMONA NEAL, SENIOR COUNSEL
11311 CHINDEN BOULEVARD
MAIL STOP 314
BOISE, ID   83714
Ramona.neal@hp.com

ATTORNEY GENERAL OF STATE OF MICHIGAN
ATTY FOR WORKERS COMPENSATION AGENCY AND FUNDS ADMINISTRATION
ATTN: MICHAEL A. COX & DENNIS J. RATERINK
LABOR DIVISION
P.O. BOX 30736
LANSING, MI   48909
raterink@michigan.gov

WARREN, DRUGAN & BARROWS, P.C.
ATTY FOR CHARLES CLARK CHEVY, TIPOTEX CHEVY, KNAPP CHEVY
ATT: ROBERT L. BARROW, ESQ.
800 BROADWAY
SAN ANTONIO, TX   78215
rbarrows@wdblaw.com; rbarrows800@gmail.com

BROWN & WHALEN, P.C.
ATT: RODNEY A. BROWN, ESQ.
700 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY   10017
rbrown@brownwhalen.com

THOMPSON COBURN LLP
ATTY FOR MARITZ HOLDINGS, INC. FKA MARITZ INC.
ATTN: ROBERT H. BROWNLEE, ESQ.
ONE U.S. BANK PLAZA, SUITE 2600
ST. LOUIS, MO   63101
rbrownlee@thompsoncoburn.com

BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA
ATTN: ROBERT C. POTTINGER, ESQ.
6833 STALTER DRIVE, FIRST FLOOR
ROCKFORD, IL   61108
rcpottinger@bslbv.com

BRACEWELL & GIULIANI LLP
ATTY FOR GEORG FISCHER AUTOMOTIVE AG
225 ASYLUM STREET, 26TH FLOOR
HARTFORD, CT   06103
renee.dailey@bgllp.com

DEBEVOISE & PLIMPTON LLP
ATTY FOR THE HERTZ CORPORATION
ATT: RICHARD F. HAHN, ESQ.
919 THIRD AVENUE
NEW YORK, NY   10022
rfhahn@debevoise.com

CAMPBELL, O'BRIEN & MISTELE, P.C.
ATTY FOR GEORGE P. JOHNSON COMPANY (GPJ)
ATTN: ROBERT J. FIGA, ESQ.
100 W. BIG BEAVER ROAD, SUITE 385
TROY, MI   48084
rfiga@comlawone.com

HARTER SECREST & EMERY LLP
ATTY FOR SATURN OF ROCHESTER, INC.
ATT: RAYMOND L. FINK, ESQ.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY   14202 - 2293
rfink@hselaw.com

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: ROGER FRANKEL, ESQ
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC   20005
RFRANKEL@ORRICK.COM

CLARK HILL PLC
ATTY FOR ATS AUTOMATION TOOLING SYSTEMS, INC.
ATTN: ROBERT D. GORDON, ESQ.
151 SOUTH OLD WOODWARD AVENUE, SUITE 200
BIRMINGHAM, MI   48009
rgordon@clarkhill.com

FRIEDLANDER MISLER, PLLC
ATTY FOR REALTY ASSOCIATES IOWA CORPORATION
ATTN: ROBERT E. GREENBERG, ESQ.
1101 SEVENTEENTH STREET, N.W., SUITE 700
WASHINGTON, DC   20036 - 4704
rgreenberg@dclawfirm.com

INTERNATIONAL UNION OF OPERATING ENGINEERS
ATT: RICHARD GRIFFIN, GENERAL COUNSEL
1125 SEVENTEENTH STREET, NW
WASHINGTON, DC   20036
rgriffin@iuoe.org

SCHAFER AND WEINER, PLLC
ATTY FOR HIROTEC AMERICA
ATT: RYAN D. HEILMAN, ESQ.
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS, MI   48304
rheilman@schaferandweiner.com; glee@schaferandweiner.com

EDWARDS ANGELL PALMER & DODGE LLP
ATTY FOR U.S. BANK NAT'L ASSOC. AND U.S. BANK TRUST NAT'L ASSOC.
ATT: RICH HIERSTEINER, J. DARCEY, A. ZUCCARELLO, J. GROVES,
C. BODELL & J. WHITLOCK
111 HUNTINGTON AVENUE
BOSTON, MA  02199 - 7613
rhiersteiner@eapdlaw.com; jdarcey@eapdlaw.com; azuccarello@eapdlaw.com;
jgroves@eapdlaw.com; cbodell@eapdlaw.com; jwhitlock@eapdlaw.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTY FOR LMC PHASE II, L.L.C.
ATTN: RICHARD L. EPLING, KAREN B. DINE, ERICA E. CARRIG
1540 BROADWAY
NEW YORK, NY  10036 - 4039
richard.epling@pillsburylaw.com; karen.dine@pillsburylaw.com;
erica.carrig@pillsburylaw.com

RK CHEVROLET/RK AUTO GROUP
2661 VIRGINIA BEACH BOULEVARD
VIRGINIA BEACH, VA  23451
rkcsi@rkautogroup.net

RICHARD M. ALLEN, ESQ
223 EGREMONT PLAIN RD, PMB 108
NORTH EGREMONT, MA  01252
rmallenski@aol.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR LANSING BOARD OF WATER & LIGHT
ATT: SUSAN I. ROBBINS, ESQ.
500 FIFTH AVENUE, SUITE 1815
ATT: SUSAN I. ROBBINS, ESQ.
NEW YORK, NY  10110
robbins@millercanfield.com

LATHAM & WATKINS LLP
ATTY FOR ALLISON TRANSMISSION, INC., FKA CLUTCH OPERATING CO., INC.
ATTN: ROBERT J. ROSENBERG & ADAM J. GOLDBERG
885 THIRD AVENUE, SUITE 1000
NEW YORK, NY  10022 - 4068
Robert.Rosenberg@lw.com; Adam.Goldberg@lw.com

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
ATTY FOR SATURN OF HEMPSTEAD, INC.
ATT: RUSSELL P. MCRORY, ESQ.
1345 AVENUE OF THE AMERICAS
NEW YORK, NY  10105
rpm@robinsonbrog.com

RADHA R. M NARUMANCHI
657 MIDDLETON AVENUE
NEW HAVEN, CT  06513
rrm_narumanchi@hotmail.com

ROBERT T. SMITH, ESQ.
ATTY FOR CNI ENTERPRISES, INC
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS, MI  48071
rsmith@cniinc.cc

MYERS & FULLER, P.A.
ATTY FOR GREATER NEW YORK AUTOMOBILE DEALERS ASSOCIATION
ATT: RICHARD SOX, ESQ.
2822 REMINGTON GREEN CIRCLE
TALLAHASSEE, FL  32308
rsox@dealerlawyer.com

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATT: ROBERT H. HUEY, ESQ.
WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 600
WASHINGTON, DC  20007 - 5109
rhuey@foley.com

RICHARD W. MARTINEZ, APLC
ATTY FOR W A THOMAS CO. AND SPECIALTY ENGINE COMPONENTS, LLC
ATT: RICHARD W. MARTINEZ, ESQ.
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS, LA  70130
richardnotice@rwmaplc.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006
RLINCER@CGSH.COM

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR ARAMARK HOLDINGS CORPORATION
ATTN: MICHAEL A. BLOOM & RACHEL JAFFE MAUCERI, ESQS
1701 MARKET STREET
PHILADELPHIA, PA  19103 - 2921
rmauceri@morganlewis.com

BINGHAM MCCUTCHEN LLP
ATTY FOR DEUTSCHE BANK AG
ATT ROBERT M DOMBROFF & JEFFREY S SABIN, ESQ.
399 PARK AVENUE
NEW YORK, NY  10022 - 4689
robert.dombroff@bingham.com; jeffrey.sabin@bingham.com

VINSON & ELKINS L.L.P.
ATTY FOR AM GENERAL LLC; AND GENERAL ENGINE PRODUCTS LLC
ATT: RONALD L. ORAN, ESQ.
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY  10103 - 0040
roran@velaw.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
ATTN: ROBERT R. KRACHT, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH  44115
rrk@mccarthylebit.com

FEDERAL EXPRESS CORPORATION
ATTN: ROBERT R. ROSS
3620 HACKS CROSS ROAD
BUILDING B - 2ND FLOOR
MEMPHIS, TN  38125 - 8800
rrross@fedex.com

KAYE SCHOLER LLP
ATTY FOR PHILLIP MORRIS CAPITAL CORP
ATT: RICHARD G. SMOLEV & LAUREN ATTARD
425 PARK AVENUE
NEW YORK, NY  10022 - 3598
rsmolev@kayescholer.com; lattard@kayescholer.com

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  RICHARD S. TODER, ESQ.
101 PARK AVENUE
NEW YORK, NY  10178
RTODER@MORGANLEWIS.COM

MUNSCH HARDT KOPF & HARR, P.C.
ATTY FOR COMPUTER SCIENCES CORPORATION
ATT: RAYMOND J. URBANIK, ESQ.
3800 LINCOLN PLAZA
500 N. AKARD STREET
DALLAS, TX  75201 - 6659
rurbanik@munsch.com

CANON U.S.A., INC.
ATTN: RUTH E. WEINSTEIN
ONE CANON PLAZA
LAKE SUCCESS, NY  11042
rweinstein@cusa.canon.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATT: ROBERT B. WEISS, ESQ.
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI  48226
rweiss@honigman.com

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: RICHARD H WYRON, ESQ.
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC  20005
RWYRON@ORRICK.COM

FOLEY & LARDNER LLP
ATTY FOR PIRELLI TIRE, LLC
ATT: SALVATORE A. BARBATANO, JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226 - 3489
sbarbatano@foley.com; jsimon@foley.com; kcatanaese@foley.com

FOLEY & LARDNER LLP
ATTY FOR INERGY AUTOMOTIVE SYSTEMS (USA), LLC
ATTN: MARK A. AIELLO & SALVATORE A. BARBATANO
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226 - 3489
sbarbatano@foley.com; maiello@foley.com

FOLEY & LARDNER LLP
ATTY FOR PETERSON AMERICAN CORPORATION
ATTN: SALVATORE A. BARBATANO & STEVEN H. HILFINGER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226 - 3489
sbarbatano@foley.com; shilfinger@foley.com

BUCHALTER NEMER, PC
ATTY FOR ORACLE USA, INC.; AND ORACLE CREDIT CORPORATION
ATT: SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105 - 2126
schristianson@buchalter.com

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: SUSAN M. COOK, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI  48708
scook@lambertleser.com

SHIVELY BROTHERS
SCOTT SHIVELY, CEO
2919 S.GRAND TRAVERSE ST
FLINT, MI  48507
SCOTTS@SHIVELYBROS.COM

TRENK DIPASQUALE WEBSTER DELLA FERA & SODONA, P.C.
ATTY FOR SIKA CORPORATION
ATT: SAM DELLA FERA, JR., ESQ.
347 MT. PLEASANT AVENUE, SUITE 300
WEST ORANGE, NJ  07052
sdellafera@trenklawfirm.com

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATT: STEVEN A. GINTHER, ESQ.
P.O. BOX 475
JEFFERSON CITY, MO  65105 - 0475
sdnyecf@dor.mo.gov

CONNELL FOLEY LLP
ATTY FOR PANASONIC ELECTRIC WORKS CORPORATION OF AMERICA
ATTN: STEPHEN V. FALANGA & CHRISTOPHER M. HEMRICK
888 SEVENTH AVENUE
NEW YORK, NY  10106
sfalanga@connellfoley.com; chemrick@connellfoley.com

DILWORTH PAXSON LLP
ATTY FOR THE DOW CHEMICAL CO.; DOW CHEMICAL CANADA; ESSEX SPECIALTY PR
ATTN: SCOTT J. FREEDMAN, ESQ.
LIBERTYVIEW - SUITE 700
457 HADDONFIELD ROAD
CHERRY HILL, NJ  08002
sfreedman@dilworthlaw.com

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
ATTN: SONYA N. GOLL, ESQ.
29200 SOUTHFIELD ROAD, SUITE 210
SOUTHFIELD, MI  48076
sgoll@sbplclaw.com

HODGSON RUSS LLP
ATTY FOR DELL MARKETING LP AND DELL FINANCIAL SERVICES LLC
ATTN: STEPHEN H. GROSS, ESQ.
60 EAST 42ND STREET, 37TH FLOOR
NEW YORK, NY  10165 - 0150
sgross@hodgsonruss.com; mbass@hodgsonruss.com

WARNER NORCROSS & JUDD LLP
ATTY FOR GHSP, INC.
ATTN: STEPHEN B. GROW, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI  49503
sgrow@wnj.com

LAW OFFICES OF ROBERT E. LUNA, P.C.
ATTY FOR CARROLLTON FARMERS BRANCH ISD & LEWISVILLE ISD
ATT: ANDREA SHEEHAN, ESQ.
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX  75205
sheehan@txschoollaw.com

LEVY RATNER P.C.
ATTY FOR UNITED STEELWORKERS
ATTN: SUZANNE HEPNER, RYAN J. BARBUR & ROBERT H. STROUP
80 EIGHTH AVENUE, 8TH FLOOR
NEW YORK, NY  10011
shepner@lrbpc.com; rbarbur@lrbpc.com; rstroup@lrbpc.com

FOLEY & LARDNER LLP
ATTY FOR OMRON AUTOMOTIVE ELECTRONICS; OMRON DUALTEC AUTOMOTIVE ELECTR
ATTN: STEVEN H. HILFINGER, FRANK W. DICASTRI, JOHN A. SIMON
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226 - 3489
shilfinger@foley.com; fdicastri@foley.com; jsimon@foley.com

FOLEY & LARDNER LLP
ATTY FOR INTRA CORPORATION
ATTN: STEVEN H. HILFINGER, JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226 - 3489
shilfinger@foley.com; jsimon@foley.com; kcatanese@foley.com

DECHERT LLP
ATTY FOR SHANGHAI AUTOMOTIVE INDUSTRY CORP (GROUP) AND AFFILIATES
ATTN: SHMUEL VASSER, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY  10036 - 6797
shmuel.vasser@dechert.com

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
380 MADISON AVENUE
NEW YORK, NY  10017
sidorsky@butzel.com; fishere@butzel.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNICK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY  10003
sjennik@kjmlabor.com

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.
ATTY FOR INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE
WORKERS
ATT: SARA J. GEENEN, ESQ.
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI  53212
sjg@previant.com

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD COMPANY
ATTN: SUSAN POWER JOHNSTON, ESQ.
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY  10018
sjohnston@cov.com

ZEICHNER ELLMAN & KRAUSE LLP
ATTY FOR TOYOTA TSUSHO CANADA INC & TOYOTA TSUSHO AMERICA, INC
ATT: STUART A. KRAUSE & BRYAN D. LEINBACH, ESQS
575 LEXINGTON AVENUE
NEW YORK, NY  10022
skrause@zeklaw.com; bleinbach@zeklaw.com

MATTA BLAIR, PLC
ATTY FOR CHARTER TOWNSHIP OF YPSILANTI, MICHIGAN
ATT: STEVEN A. MATTA, ESQ.
4145 DUBLIN DRIVE, SUITE 100
BLOOMFIELD HILLS, MI  48302
smatta@mattablair.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR THE INTERPUBLIC GROUP OF COMPANIES, INC.
ATT: SEAN A. O'NEAL, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006
soneal@cgsh.com

PROSKAUER ROSE LLP
ATTY FOR STATE STREET BANK AND TRUST CO
ATT: SCOTT K. RUTSKY & ADAM T. BERKOWITZ
1585 BROADWAY
NEW YORK, NY  10036 - 8299
srutsky@proskauer.com; aberkowitz@proskauer.com

WINSTON & STRAWN LLP
ATTY FOR CAPGEMINI AMERICA, INC.
ATTN: STEVEN M. SCHWARTZ
200 PARK AVENUE
NEW YORK, NY  10166
sschwartz@winston.com

HERRICK, FEINSTEIN LLP
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
ATT: STEPHEN B. SELBST & PAUL RUBIN
2 PARK AVENUE
NEW YORK, NY  10016
sselbst@herrick.com; prubin@herrick.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR RYDER INTEGRATED LOGISTICS, INC.
ATTN: STEPHEN J. SHIMSHAK & PHILIP A. WEINTRAUB
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019 - 6064
sshimshak@paulweiss.com; pweintraub@paulweiss.com

DRINKER BIDDLE & REATH LLP
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
ATT: STEPHANIE WICKOUSKI, ESQ.
140 BROADWAY, 39TH FLOOR
NEW YORK, NY  10005
stephanie.wickouski@dbr.com

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
767 FIFTH AVE
NEW YORK, NY  10153
STEPHEN.KAROTKIN@WEIL.COM

STREUSAND & LANDON, LLP
ATTY FOR DELL MARKETING, L.P. AND DELL FINANCIAL SERVICES LLC
ATTN: SABRINA L. STREUSAND, ESQ.
515 CONGRESS STREET, STE 2523
AUSTIN, TX  78701
streusand@streusandlandon.com

ARENT FOX LLP
ATTY FOR TIMKEN COMPANY
ATT: JAMES M. SULLIVAN, ESQ.
1675 BROADWAY
NEW YORK, NY  10019
sullivan.james@arentfox.com

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
ATT: SUSAN L. TAYLOR, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY  12224
Susan.Taylor@oag.state.ny.us

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
ATTY FOR LOCAL TEXAS TAXING AUTHORITIES
ATT: MICHAEL REED, ESQ.
P.O. BOX 1269
ROUND ROCK, TX  78680
sveselka@mvbalaw.com, gbragg@mvbalaw.com, hallen@mvbalaw.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR KONGSBERG AUTOMOTIVE, INC., KONGSBERG DRIVELINE SYSTEMS I,
KONGSBERG INTERIOR SYS, KONGSBERG POWER PRODUCT SYS, KONGSBERG
HOLDING
ATTN: MARC N. SWANSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI  48226
swanson@millercanfield.com

KUPELIAN ORMOND & MAGY, P.C.
ATTY FOR LA PRODUCTIONS, LLC
ATT: TERRANCE HILLER, DAVID BLAU, PAUL MAGY, MATTHEW SCHLEGEL
25800 NORTHWESTERN HIGHWAY, SUITE 950
SOUTHFILED, MI  48075
tah@kompc.com; dmb@kompc.com; psm@kompc.com; mws@kompc.com

JTEKT AUTOMOTIVE
MOTOHIKO YOKOYAMA, CEO
15TH FLOOR MIDLAND SQUARE, 4-7-1 MEIEKI
NAGOYA HEAD OFFICE
NAKAMURA-KU, NAGOYA, JAPAN, 450-8515
TAKAYA_YAMADA@JTEKT.CO.JP

STAHL COWEN CROWLEY ADDIS LLC
ATTY FOR GM NAT'L RETIREE ASS., OVER THE HILL CAR PEOPLE, LLC
ATT: TRENT P. CORNELL, ESQ.
55 WEST MONROE STREET, SUITE 1200
CHICAGO, IL  60603
tcornell@stahlcowen.com

HINCKLEY, ALLEN & SNYDER LLP
ATTY FOR DAVE DELANEY'S COLUMBIA BUICK-PONTIAC-GMAC CO, LLC
ATT: THOMAS H CURRAN, PAUL F O'DONNELL & JENNIFER V DORAN
28 STATE STREET
BOSTON, MA  02109
tcurran@haslaw.com

SAUL EWING LLP
ATTY FOR JOHNSON MATTHEY TESTING AND DEVELOPMENT; JOHNSON
MATTHEY INC
ATTN: TERESA K.D. CURRIER, ESQ.
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE  19899
tcurrier@saul.com

PENSKE LOGISTICS
MR. TERRY MILLER, CEO
PO BOX 563
READING, PA  19603
TERRY.MILLER@PENSKE.COM

DURA AUTOMOTIVE
TIM LEULIETTE, CHAIRMAN
2791 RESEARCH DRIVE
ROCHESTER HILLS, MI  48309 - 3575
TIM@LEULIETTEPARTNERS.COM

RHOADES MCKEE
ATTY FOR BAY LOGISTICS, INC.
ATTN: TERRY L. ZABEL, ESQ.
161 OTTAWA AVENUE, NW, SUITE 600
GRAND RAPIDS, MI  49503
tlzabel@rhoadesmckee.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M  KENNEDY, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY  10003
tmurray@kjmlabor.com

COBASYS
MR. TOM NESLAGE, PRESIDENT & CEO
3740 LAPEER RD. SOUTH
ORION, MI  48359
TNESLAGE@COBASYS.COM

HUNTER & SCHANK CO., LPA
ATTY FOR ZF FRIEDRICHSHAFEN AG
ATT: THOMAS J. SCHANK, ESQ.
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH  43604
tomschank@hunterschank.com

PEPPER HAMILTON LLP
ATTY FOR BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
ATT: EDWARD C. TOOLE & LINDA J. CASEY
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA  19103 - 2799
toolee@pepperlaw.com; caseyl@pepperlaw.com

PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP
ATTY FOR CANON FINANCIAL SERVICES, INC.
ATT: TERESA SADUTTO-CARLEY, ESQ.
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY  10018
tsadutto@platzerlaw.com

OSLER, HOSKIN & HARCOURT LLP
ATTN: TRACY C SANDLER, ESQ.
100 KING STREET WEST
1 FIRST CANADIAN PLACE, SUITE 6100
TORONTO, ONTARIO M5X 1B8
tsandler@osler.com

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTY FOR TURNER BROADCASTING SYSTEM, INC.
ATTN: TIFFANY STRELOW COBB, ESQ.
52 EAST GAY STREET
COLUMBUS, OH  43215
tscobb@vorys.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATT: TRICIA A. SHERICK, ESQ.
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI  48226
tsherick@honigman.com

FOLEY & LARDNER LLP
ATTY FOR ABC GROUP, INC.
ATTN: THOMAS B. SPILLANE, JR. & ANN MARIE UETZ
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226 - 3489
tspillane@foley.com; auetz@foley.com

FOLEY & LARDNER LLP
ATTY FOR TECHNOLOGY INVESTMENT PARTNERS, LLC
ATTN: THOMAS B. SPILLANE, JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226 - 3489
tspillane@foley.com; jsimon@foley.com; kcatanese@foley.com

WILLIAM T. GREEN, III, P.C.
ATTY FOR LAWRENCE MARSHALL CHEVROLET II, LLC
ATT: WILLIAM T. GREEN III, ESQ.
11 GREENWAY PLAZA, SUITE 2820
HOUSTON, TX  77046
uncbill@msn.com

OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY  10004
ustrustee.program@usdoj.gov

ATTORNEY GENERAL OF OHIO
ATT: VICTORIA D. GARRY, ASSISTANT ATTORNEY GENERAL
COLLECTIONS & ENFORCEMENT
441 VINE STREET
1600 CAREW TOWER
CINCINNATI, OH   45202
victoria.garry@ohioattorneygeneral.gov

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DRIVE
PO BOX 30016
LANSING, MI   48909
wcacinfo@michigan.gov

BAKER & HOSTETLER LLP
ATTY FOR SCRIPPS NETWORKS & TELEVISION FOOD NETWORK
ATTN: WENDY J. GIBSON, ESQ.
3200 NATIONAL CITY CENTER
1900 EAST NINTH STREET
CLEVELAND, OH   44114 - 3485
wgibson@bakerlaw.com

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DR.
DIMONDALE, MI   48821
wcinfo@michigan.gov

BUSH FEYFERTH & PAIGE PLLC
ATTY FOR GUARDIAN INDUSTRIES CORP.
ATT: SCOTT A. WOLFSON, ESQ.
3001 W. BIG BEAVER ROAD, SUITE 600
TROY, MI   48084
wolfson@bsplaw.com

BUSH SEYFERTH & PAIGE PLLC
ATTY FOR GUARDIAN AUTOMOTIVE PRODUCTS, INC.
ATT: SCOTT A. WOLFSON, ESQ.
3001 W. BIG BEAVER ROAD, SUITE 600
TROY, MI   48084
wolfson@bsplaw.com

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: WILLIAM PAYNE, J. STEMBER, E. DOYLE, S. PINCUS, P. EWING, J. HURT
429 FORBES AVENUE
ALLEGHENY BUILDING STE 1705
PITTSBURGH, PA   15219
wpayne@stemberfeinstein.com

KELLY DRYE & WARREN LLP
Robert LeHane
101 Park Ave
New York, NY   00000 - 0002
rlehane@kelleydrye.com

BROUSE McDOWELL
Mark Merklin, Jessica Price, and Susan Taylor
388 S. Main St
Ste 500
Akron, OH   00000
mmerkin@brouse.com; jprice@brouse.com; staylor@brouse.com; jprice@brouse.com;
staylor@brouse.com

Varnum LLP
Mary Kay Shaver
Bridgewater Place
PO Box 352
Grand Rapids, MI   00000 - 0352
mkshaver@varnumlaw.com

SCHIFF HARDIN LLP
Atty for Columbia Gas of Ohio, Inc.
900 Third Avenue
23rd Floor
New York, NY   00000
ldelucia@schiffhardin.com; afiedler@schiffhardin.com

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
Atty for LBA Realty Fund III
Ivan Gold
Three Embarcadero Center
12th Floor
San Francisco, CA   00000
igold@allenmatkins.com

SCHIFF HARDIN LLP
Atty for Columbia Gas of Ohio, Inc.
6600 Sears Tower
Chicago, IL   00000 - 6473
egeekie@schiffhardin.com; jtorf@schiffhardin.com

# Exhibit E

DEPARTMENT OF THE TREASURY
ATTN: OFFICE OF GENERAL COUNSEL
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20220
(202) 622-6415

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
290 BROADWAY
NEW YORK, NY  10007
(212) 436-1931

UNITED STATES ATTORNEY'S OFFICE
ATTN: CLAIMS UNIT - ROOM 417
ONE ST. ANDREWS PLAZA
NEW YORK, NY  10007
(212) 637-2685

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
P.O. BOX 21126
PHILADELPHIA, PA  19114
(215) 516-2555

EATON CORPORATION
1111 SUPERIOR AVENUE
CLEVELAND, OH  44114
(216) 523-4787

KELLEY & FERRARO, L.L.P.
ATT: THOMAS M. WILSON, ESQ.
2200 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH  44114
(216) 575-0799

TOYOTA BOSHOKU AMERICA, INC.
28000 WEST PARK DRIVE
NOVI, MI  48377
(248) 624-8597

PENSKE AUTO GROUP
18600 SOUTH HAWTHORNE BOULEVARD
TORRANCE, CA  90504
(310) 370-4230

FOLEY & LARDNER LLP
ATTY FOR TEXTRON INC.
ATTN: SCOTT T. SEABOLT, ESQ.
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226
(313) 234-2800

DANIEL W. SHERRICK, GENERAL COUNSEL
8000 EAST JEFFERSON AVE
DETROIT, MI  48214
(313) 823-6016

MIKE BARNARD CHEVROLET-CADILLAC-BUICK-PONTIAC-GMC, INC.
ATT: MICHAEL E. BARNARD, PRESIDENT
616 THAYER ROAD
FAIRPORT, NY  14450
(315) 331-8421

FOLEY & LARDNER LLP
ATTY FOR GETRAG TRANSMISSION CORPORATION
ATTN: FRANK DICASTRI, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI  53202
(414) 297-4900

TORRES EDWARD ZUNIGA
BERMUDEZ, GENOVEVA
C/O COHEN & ASSOCIATES
8710 E VISTA BONITA DR
SCOTTSDALE, AZ  85255
(480) 515-4744

SATURN OF ROCHESTER, INC.
ATT: DAVID P. STOETZEL
770 PANORAMA TRAIL SOUTH
P.O. BOX 25427
ROCHESTER, NY  14625
(507) 289-3930

NEW YORK STATE DEPT TAXATION & FINANCE
ATTN: BANKRUPTCY/SPECIAL PROC. SECT.
PO BOX 5300
ALBANY, NY  12205
(518) 457-0617

JIM BARNARD CHEVROLET, INC.
ATT: ALLYN BARNARD, PRESIDENT
7107 BUFFALO ROAD
CHURCHVILLE, NY  14428
(585) 293-1884

THE VALLEY CADILLAC CORPORATION
ATT: EDWARD T. MEAGHAR, JR., PRESIDENT
3100 WINTON ROAD SOUTH
ROCHESTER, NY  14623 - 2986
(585) 427-8430

BOB HASTINGS BUICK GMC, INC.
ATT: DAVID P. STOETZEL
800 PANORAMA TRAIL SOUTH
ROCHESTER, NY  14625
(585) 586-3492

GHSP, INC.
ATTN: RON WALLISH
1250 SOUTH BEECHTREE STREET
GRAND HAVEN, MI  49417
(616) 842-7230

SHAPE CORP.
ATTN: BUDD BRINK
1900 HAYES STREET
GRAND HAVEN, MI  49417
(616) 846-3464

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS LLC AND BP/CGCENTER I LLC
ATT: DOUGLAS B. ROSNER, ESQ.
400 ATLANTIC AVENUE
BOSTON, MA  02110 - 3333
(617) 574-4112

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS AND BP/CGCENTER I LLC
ATT: GREGORY O. KADEN, ESQ.
400 ATLANTIC AVENUE
BOSTON, MA  02110 - 3333
(617) 574-4112

FACTORY MOTOR PARTS COMPANY
1380 CORPORATE CENTER CURVE
EAGAN, MN  55121
(651) 454-4999

KNAPP CHEVROLET
815 HOUSTON AVENUE
HOUSTON, TX  77007
(713) 331-3057

TEAM CHEVROLET, INC.
ATT: THOMAS STEIGERWALD, VICE PRESIDENT
ROUTE 16
OLEAN, NY  14760
(716) 373-6377

PADDOCK CHEVROLET, INC.
ATT: DUANE PADDOCK, PRESIDENT
3232 DELAWARE AVENUE
KENMORE, NY  14217
(716) 876-4016

NEW YORK CITY DEPT. OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS ST- 3RD FLOOR
BROOKLYN, NY  11201
(718) 403-3650

TRW AUTOMOTIVE U.S. LLC
12001 TECH CENTER DRIVE
LIVONIA, MI  48150
(734) 855-2999

CHARLES CLARK CHEVROLET CO.
P.O. BOX 520
MCALLEN, TX  78505 - 0520
(956) 686-1623

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE, TX  78521
(956) 983-1890

PYEONG HWA AUTOMOTIVE CO., LTD.
1032 DAECHEON-DONG
DALSEO-GU
TAEGU, KOREA
011-053-555-0294

NARMCO GROUP
ATTN: GARY KELLY
2575 AIRPORT ROAD
WINDSOR, ONTARIO N8W 1Z4
011-519-969-0063

Law Firm Of Russell R. Johnson III, PLC
Co-Counsel for Virginia Electric and Power Company
Russell Johnson III, Esq. and John Merrit, Esq.
2258 Wheatlands Drive
Manakin-Sabot, VA  23103
(804) 749-8862

Law Firm Of Russell R. Johnson III, PLC
Atty for The Commonwealth Edison Comp and Peco Energy Comp
Russell Johnson III, Esq. and John Merrit, Esq.
2258 Wheatlands Drive
Manakin-Sabot, VA  23103
(804) 749-8862

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
Atty Thomas Slome and Jil Mazer-Marino, Esq.
990 Stewart Ave, Ste 300
P.O. Box 9194
Garden City, NY  11530 - 9194
(546) 741-6706

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
Atty Thomas Slome and Jil Mazer-Marino, Esq.
990 Stewart Ave, Ste 300
P.O. Box 9194
Garden City, NY  11530 - 9194
(546) 741-6706

DAVID ALLAN SMITH
City Attorney
Atty for Movant City of Austin
P.O. Box 96
Austin, TX  78767 - 0096
(512) 974-1311

FOLEY & LARDNER LLP
Salvatore Barbatano
One Detroit Center
500 Woodward Ave, Ste 2700
Detroit, MI 48226 - 3489
(313) 234-2800

HANGLEY ARONCHICK SEGAL & PUDLIN
Mathew A. Hamermesh & Joseph A. Dworetzky
One Logan Square
27th Floor
Philadphia, PA  19103
(215) 568-0300

DORSEY & WHITNEY LLP
Eric Lopez Schnabel, Atty for Entergy
250 Park Avenue
New York, NY  10177
(212) 953-7201

Balch & Bingham LLp
Atty for Sierra Pacific Power Comp.
PO Box 306
Birmingham, AL  35201 - 0306
(205) 226-8799

SCHOENL KEVIN M
SCHOENL, CONNIE
99 MARETTA RD
ROCHESTER, NY  14624
(215) 751-2205

# Exhibit F

McGUIREWOODS LLP
Atty for Dominion Retail, Inc.
Dion Hayes & Shawn Fox
New York, NY 10105

OFFICE OF THE UNITED STATES TRUSTEE
Diana Adams & Tracy Davis
33 Whitehall Street
New York, NY 10004