UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re                                                        :
                                                             :   Chapter 11 Case No.
GENERAL MOTORS CORP., *et. al.*                              :
                                                             :   09-50026 (REG)
                                                             :
                    Debtors.                                 :   (Jointly Administered)
                                                             :
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Nancy Formica, certify as follows:

   1.   I am a Senior Administrative Assistant with the Business Reorganization Department in the Melville office of The Garden City Group, Inc. ("GCG"), the claims and noticing agent for the Debtors and Debtors-in-possession (the "Debtors") in the above-captioned proceeding. The business address of the Melville office of GCG is located at 105 Maxess Road, Melville, New York 11747.

   2.   On June 29, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of:

   **Amended Evidence And Witness List For The Hearing To Consider Debtors' Motion Pursuant To 11 U.S.C. §§ 105, 363(b), (f), (k), (m) And 365, And Fed. R. Bankr. P. 2002, 6004 And 6006, To Approve (A) The Sale Pursuant To The Master Sale And Purchase Agreement With Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser, Free And Clear Of Liens, Claims, Encumbrances And Other Interests; (B) The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; And (C) Other Relief [Docket No. 2657]**

to be served via hand delivery on the parties as set forth on Exhibit A annexed hereto.

   3. I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

   Dated: Melville, NY
   June 30, 2009

                                             /s/  Nancy Formica
                                             NANCY FORMICA

# Exhibit A

CADWALADER WICKERSHAM & TAFT LLP
ATTN: JOHN RAPISARDI, ESQ.
COUNSEL FOR THE US DEPT OF TREASURY
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006

COHEN WEISS AND SIMON LLP
ATTN: BABETTE CECCOTTI, ESQ.
COUNSEL FOR THE UAW
330 W 42ND STREET
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: KENNETH E ECKSTEIN, ESQ.
COUNSEL FOR THE CREDITORS' COMMITTEE
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, ESQ.
COUNSEL FOR THE CREDITORS' COMMITTEE
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: ADAM C ROGOFF, ESQ.
COUNSEL FOR THE CREDITORS' COMMITTEE
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: GORDON Z NOVOD, ESQ.
COUNSEL FOR THE CREDITORS' COMMITTEE
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: DIANA ADAMS
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY 10004

UNITED STATES ATTORNEY
ATTN: MATTHEW L SCHWARTZ AND DAVID S. JONES, ESQS.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019

VEDDER PRICE
MICHAEL SCHEIN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019