## Schedule 2 to the Seidel Declaration

## Clients Currently Represented by Butzel Long in Connection with the GM Bankruptcy*

1. Accuride Corporation
2. Air International affiliates[1]
3. Aisin World Corp. of America
4. Alps Automotive, Inc.
5. A Raymond, Inc.
6. ArvinMeritor affiliates[2]
7. Autodata Solutions, Inc.
8. Bienes Turgon, S.A.
9. Caparo Vehicle Components
10. Daido Metal Bellefontaine LLC
11. Dynax America Corp.
12. Exedy America Corp.
13. Faurecia affiliates[3]
14. Gates affiliates[4]
15. Gill Industries, Inc.
16. GKN affiliates[5]
17. Hosiden America Corporation
18. Hutchinson affiliates[6]
19. International Mold Corporation
20. Internet Brands, Inc.
21. Inteva Products, LLC
22. Jackson-Dawson Communications, Inc.
23. JIT Automation, Inc.

---

\*    Butzel Long does not and will not represent any of these clients (or undertake the representation of any other entity) in connection with the GM Bankruptcy Case if any such entity acquires an adverse interest in connection with the GM Bankruptcy Case.  None of the parties listed on this schedule comprised more than 1% of Butzel Long's revenue during 2008, except that entities affiliated with Trelleborg YSK, Inc. collectively accounted for 1.1 % of 2008 revenue.

[1]    The Air International affiliates include: Air International (U.S.) Inc. and Air International Thermal (Australia) Pty Ltd.

[2]    The ArvinMeritor, Inc. affiliates include: Arvin Meritor OE, LLC, Meritor LVS, SA de C.V., Meritor Mexicana S.A. de C.V., Meritor Suspension Systems Company, and Meritor Suspension Systems Company, U.S.

[3]    The Faurecia affiliates include: Faurecia USA Holdings, Inc., Faurecia Interior Systems, Inc., Faurecia Automotive Seating, Inc., and Faurecia Exhaust Systems, Inc.

[4]    The Gates Corporation affiliates include: Ideal Clamp Products, Inc., Schrader-Bridgeport International, Inc. d/b/a Schrader International, Inc. and Schrader Electronics, Ltd.

[5]    The GKN affiliates include: GKN Driveline Bowling Green, Inc., GKN Driveline North America, Inc., GKN Sinter Metals, LLC, GKN Driveline Celaya S.A. de C.V., GKN Driveline Torque Technology (Shanghai) Co., Ltd., GKN Unidrive Pty. Ltd. Australia, GKN Polska SP Z.O.O., and GKN Deutschland.

[6]    The Hutchinson affiliates include: Barry Wright Corp., Catesla Caceres S.A., Deutsche Hutchinson GMBH, ES Hutchinson Poland SP. Z.O.O., Hutchinson Argentina S.A., Hutchinson Autopartes Mexico, S.A. de C.V., Hutchinson Brasil Automotive Ltd., Hutchinson Cestari S.A., Hutchinson FTS, Inc., Hutchinson GMBH, Hutchinson Industrias Del Caucho S.A., Hutchinson Industrial Rubber Products Co. LD, Hutchinson Palamos S.A., Hutchinson Seal De Mexico, S.A. De C.V., Hutchinson Sealing Systems, Inc., Hutchinson SNC, Hutchinson SRO, Hutchinson Transferencia De Fluidos Mexico S.A. de C.V., Industrias Technicas De Laespuma S.L., Le Joint Francais, Paulstra CRC Corp., and Paulstra SNC.

24. JTEKT affiliates[7]
25. Kayaba affiliates[8]
26. Lakeside Plastics Limited
27. Mann+Hummel affiliates[9]
28. MARTINREA International, Inc.
29. Mid-American Products, Inc.
30. M-TEK, Inc.
31. New Mather Metals
32. NGK Spark Plugs (U.S.A.), Inc.
33. Nisshinbo Automotive Corp.
34. NSK affiliates[10]
35. NYX, Inc.
36. Pierburg affiliates[11]
37. Pioneer Automotive
38. Rieter Automotive North America, Inc.
39. Sankyo Oilless Industry (USA) Corp.
40. Security Packaging, Inc.
41. Takata affiliates[12]
42. Thyssenkrupp affiliates[13]
43. Toyoda Gosei North America Corporation
44. Traffic Marketing, Inc.
45. TRAM, Inc.
46. Trelleborg YSK, Inc.
47. Tupy, S.A.
48. X-RAY Industries
49. Yokowo Manufacturing of America, LLC

**Clients Currently Represented by Butzel Long in Matters That Involve Non-Debtor GM Affiliates**

1. Fisker Automotive, Inc.

---

[7] The JTEKT affiliates include: JTEKT Automotive Tennessee-Morristown, Inc., JTEKT Automotive Tennessee – Vonore, Co., JTEKT Automotive Virginia Inc., JTEKT Corporation, JTEKT North America, Inc., Koyo Corporation of USA, and Toyoda Machinery USA.

[8] The Kayaba affiliates include: Kayaba Manufacturing NA, Inc., KYB Manufacturing NA, Inc., Kayaba Industry Company, and KYB Thailand Co. Ltd.

[9] The Mann+Hummel affiliates include: Mann+Hummel USA, Inc., Mann+Hummel Advanced Filtration Concepts, Inc., Mann+Hummel GmbH, and Mann+Hummel Mexico S.A. de C.V.

[10] The NSK affiliates include: NSK Corporation and NSK Steering Systems America, Inc.

[11] The Pierburg affiliates include: Pierburg, Inc., Karl Schmidt Unisia, Inc. and Kolbenschmidt-Pierburg AG.

[12] The Takata affiliates include: TK Holdings, Inc. , Irvin Automotive Products, Inc., and Takata Petri AG.

[13] The ThyssenKrupp affiliates include: Systrand Presta Engine Systems, LLC, ThyssenKrupp Bilstein of America, Inc., ThyssenKrupp Bilstein SASA, S.A. DE C.V., ThyssenKrupp Crankshaft Co., LLC, ThyssenKrupp EGM GMBH, ThyssenKrupp Industrial Services NA, Inc., ThyssenKrupp Krause GmbH, ThyssenKrupp Presta Danville, LLC, ThyssenKrupp Steel North America, Inc., ThyssenKrupp Steel Stahl-Service Center GmbH, ThyssenKrupp System Engineering, Inc., ThyssenKrupp System Engineering S.A.S., and TWB Company LLC.