## Schedule 3 to the Seidel Declaration

**Schedule of Checklist Parties that Butzel Long Represents and/or has Formerly Represented**

**NOTE: Except as specifically noted in Schedule 2, based upon the review described in the Seidel Declaration, Butzel Long does not represent, and has not represented, the parties set forth below in matters involving GM or its affiliates. None of the parties noted on this schedule comprised more than 1% of Butzel Long's revenue during 2008, except for Johnson Controls, Inc. (1.96%).**

| A. Checklist Parties that are current Butzel Long clients | |
|---|---|
| **Interested Party** | **Relationship to Debtor** |
| Advics North America | Additional Creditors |
| Aisin Holdings of America, Inc. | Additional Creditors |
| Alice M. Osburn | Former Officer of Saturn, LLC |
| Allianz | Insurance Provider |
| American Axle & Mfg Inc | Top 100 Unsecured Creditor |
| AP Plasman Corp. | Top 100 Suppliers |
| Arvinmeritor Inc. | Top 100 Suppliers |
| Borg Warner Automotive Inc | Top 100 Unsecured Creditors |
| Bridgestone/Firestone Inc | Top 100 Unsecured Creditor |
| Bridgewater Interiors LLC | Top 100 Unsecured Creditor |
| Chrysler LLC | Affiliation of Kent Kresa |
| Compact Power, Inc. | Strategic Alliance |
| Continental Tire | Top 100 Unsecured Creditors |
| Cooper Standard Automotive | Top 100 Unsecured Creditor |
| Delphi | Top 100 Unsecured Creditor, Major Customer |
| Denso Corp. | Top 100 Suppliers |
| Denso International America Inc | Top 100 Unsecured Creditors |
| Director of the Educational Broadcasting Corporation (Thirteen WNET/New York) | Affiliations of Philip A. Laskawy |
| Dmax, Ltd. | Joint Venture |
| DTE Energy | Utility Company |
| DTE Energy Services Inc | Counterparty to Major Contracts, Utility Company |
| Exxon Mobil Oil Corp | Top 100 Unsecured Creditor |
| Faurecia Automotive | Top 100 Unsecured Creditor |
| Federal Mogul Corp | Top 100 Unsecured Creditor |
| Fidelity Investments | Top 100 Unsecured Creditor |
| Fifth Third Bank | Major Secured Lender |

1

**Schedule of Checklist Parties that Butzel Long Represents and/or has Formerly Represented**

| | |
|---|---|
| Freudenberg-NOK General Partnership | Strategic Alliance |
| GKN Plc | Top 100 Suppliers |
| Goodyear Tire & Rubber Co. | Top 100 Suppliers |
| Guardian Industries Corp. | Top 100 Suppliers |
| Hitachi Automotive Products (USA), Inc. | Additional Creditors |
| Hitachi Ltd. | Top 100 Suppliers |
| Hitachi, Ltd. Automotive Systems | Additional Creditors |
| Inteva Products LLC | Top 100 Unsecured Creditors |
| John F. Kennedy Center For The Performing Arts | Affiliations of E. Neville Isdell |
| Johnson Controls Inc. | Top 100 Suppliers |
| JTEKT Automotive Tennessee-Vonore | Top 100 Unsecured Creditors |
| Marsh Inc. | Insurance Provider |
| Martinrea International Inc. | Top 100 Suppliers |
| Michigan Strategic Fund | Counterparty to Major Contracts |
| Penske Automotive Group, Inc. | Major Customer |
| Penske Corporation | Counterparties to Major Contracts |
| Pfizer Inc. | Affiliations of Karen L. Katen |
| Ray G. Young | Current Officer of General Motors Corporation |
| Sabo USA | Additional Creditors |
| Sonic Automotive Inc. | Major Customer |
| Sumitomo Electric Industries Ltd. | Top 100 Suppliers |
| The Home Depot, Inc | Affiliation of Karen L. Katen |
| Thomas G. Stephens | Current Officer of General Motors Corporation |
| TI Automotive Ltd. | Top 100 Suppliers |
| TK Holdings Inc | Top 100 Unsecured Creditor |
| Tomkins Plc | Top 100 Suppliers |
| Troy A. Clarke | Current Officer of General Motors Corporation |
| TRW Automotive Holdings Corp. | Top 100 Suppliers |
| TRW Vehicle Safety Systems | Top 100 Unsecured Creditors |
| U.S. Bank N.A. | Indenture Trustee |
| Valeo | Top 100 Suppliers |
| Van Buren Charter Township | Utility Company |
| Visteon Corp. | Top 100 Suppliers |
| Wayne (County of) | Utility Company |
| Xerox Corp. | Affiliation of Erroll B. Davis, Jr. |
| Yazaki Corp. | Top 100 Suppliers |

**Schedule of Checklist Parties that Butzel Long Represents and/or has Formerly Represented**

| Yazaki North America Inc | Top 100 Unsecured Creditors |
| Ypsilanti Comm Utils Auth | Utility Company |

**Schedule of Checklist Parties that Butzel Long Represents and/or has Formerly Represented**

| **B. Checklist Parties that are former Butzel Long clients** | |
|---|---|
| **Interested Party** | **Relationship to Debtor** |
| A G Simpson Automotive Inc | Top 100 Unsecured Creditor |
| AG Edwards Inc. | Professionals Employed |
| Android Industries LLC | Top 100 Unsecured Creditor |
| Arthur Andersen | Professionals Employed |
| Benteler Automotive | Top 100 Unsecured Creditor |
| Bo I. Andersson | Former Officer of General Motors Corporation |
| City of Fort Wayne, Indiana | Counterparty to Major Contracts |
| David W. Meline | Other Key Executive or Professional of Affiliates |
| Deloitte & Touche | Retention Applicant |
| Deloitte LLP | Professionals Employed |
| Director of Dance Theater Foundation (Alvin Ailey American Dance Theater) | Affiliations of Philip A. Laskawy |
| Enrico Digirolamo, Jr. | Former member of Board of Directors of Saturn Distribution Corp. |
| Frederick A. Henderson | Current Officer of General Motors Corporation |
| Friendly Motors, Inc. | North American Dealership |
| Health Alliance Plan | Top 100 Unsecured Creditors |
| Intertec Systems, L.L.C. | Additional Creditors |
| Intier Automotive Interiors of America, Inc. | Additional Creditors |
| KPMG | Professionals Employed |
| Lear Corporation | Top 100 Unsecured Creditor |
| Merrill Lynch & Co. Inc. | Affiliations of Armando M. Codina, Professionals Employed |
| Morgan Stanley | Major Secured Lender |
| Morgan Stanley & Co. Incorporated | Underwriting Investment Banks |
| Morgan Stanley and Co. | Underwriting Investment Bank for GM Securities |
| Noble International Ltd. | Top 100 Suppliers |
| Pontiac (City of) | Utility Company |
| Quantum Fuel Systems Technologies Worldwide Inc. | Strategic Alliance |
| Scepter Holdings Inc. | Largest 50 Bondholders |
| St. Clair County | Utility Company |
| SunTrust Banks Inc. | Affiliations of E. Neville Isdell |

**Schedule of Checklist Parties that Butzel Long Represents and/or has Formerly Represented**

| | |
|---|---|
| Temic Automotive Of North | Top 100 Unsecured Creditor |
| Texas Instruments, Inc. | Affiliations of Eckhard Pfeiffer |
| Textron / Kautex | Top 100 Unsecured Creditor |
| Travelers | Insurance Provider |
| UBS AG | Major Secured Lender |
| UBS Securities LLC | Underwriting Investment Banks |
| United Solar Ovonic Corp. | Major Customer |
| Valeo Sistemas Electricos S.L. | Top 100 Unsecured Creditors |
| Verizon | Utility Company |
| Verizon Communications | Utility Company |
| W. Y. Campbell & Company | Professionals Employed |
| Wachovia Corporation | Affiliation of Erskine B. Bowles |
| Webasto Ag | Top 100 Suppliers |

**Schedule of Checklist Parties that Butzel Long Represents and/or has Formerly Represented**

| **C. Checklist Parties whose affiliates are current or former clients of Butzel Long** | |
|---|---|
| **Interested Party** | **Relationship to Debtor** |
| AIG | Insurance Provider |
| AIG Global Investment Group Inc. | Largest 50 Bondholders |
| AIG Vantage Capital LP | Top 100 Supplier |
| Aisin Seiki Co Ltd. | Top 100 Suppliers |
| Alliant Energy (WP&L) | Utility Company |
| Alliant Energy Corp. | Affiliation of Erroll B. Davis, Jr. |
| Alliant Energy Resources, Inc. | Affiliation of Erroll B. Davis, Jr. |
| Allianz Global Investment | Largest 50 Bondholders |
| Allianz International in Germany | Affiliations of George M.C. Fisher Ph.D |
| American Cancer Society Research Foundation | Affiliations of Karen L. Katen |
| American Express Company | Affiliations of George M.C. Fisher Ph.D. |
| American Intl Group Inc. | Major Secured Lenders |
| Amg Svenska Ab | Entities in which GM owns an Equity Interest |
| Android Industries-Delta Township | Top 100 Suppliers |
| AT&T Corp. | Utility Companies, Affiliation of George M.C. Fisher Ph.D. |
| BEHR Dayton Thermal Products | Top 100 Unsecured Creditor |
| Brose International GmbH | Top 100 Suppliers |
| Cellco Partnership | Top 100 Unsecured Creditor |
| Citibank Korea Inc. | Counterparties to Major Contracts |
| Citibank NA-N Y | Major Secured Lenders |
| Citibank, N.A. | Indenture Trustee |
| Citibank, National Association (Las Vegas, NV) | Professionals Employed |
| Citicorp Securities Services Inc. | Largest 50 Bondholders |
| Citicorp USA, Inc. | Secured Creditor Other than Major Secured Lenders |
| Citigroup | Credit Revolver Secured Lender, Largest 50 Bondholders |
| Citigroup CIB | Professionals Employed |
| Citigroup Global Markets Inc | Underwriting Investment Banks for GM's securities |
| Citizens Gas & Coke Utility | Utility Company |
| Citizens Savings Bank | Major Secured Lender |
| Continental AG | Top 100 Suppliers |
| Cooper-Standard Holdings Inc. | Top 100 Suppliers |

6

**Schedule of Checklist Parties that Butzel Long Represents and/or has Formerly Represented**

| Deloitte Touche Tohmatsu | Professionals Employed |
|---|---|
| Downtown Pontiac Development Company | Counterparties to Major Contracts |
| DTE Defiance LLC | Counterparty to Major Contracts, Utility Company |
| DTE Moraine LLC | Counterparty to Major Contracts, Utility Company |
| DTE Tonawanda LLC | Counterparty to Major Contracts, Utility Company |
| Duquesne Light Comp | Utility Company |
| Duquesne Light Energy | Utility Company |
| Eaton Vance Cdo IX Ltd | Major Secured Lenders |
| Eaton Vance Cdo VIII Ltd | Major Secured Lenders |
| Eaton Vance Cdo X PLC | Major Secured Lenders |
| Eaton Vance Fltg Rt Inc Tr | Major Secured Lenders |
| Eaton Vance Grayson & Co | Major Secured Lenders |
| Eaton Vance Instl Sr Ln Fd | Major Secured Lenders |
| Eaton Vance Loan Opp Fd Ltd | Major Secured Lenders |
| Eaton Vance Ltd Duration Inc F | Major Secured Lenders |
| Eaton Vance Medallion Floating | Major Secured Lenders |
| Eaton Vance Senior Inc Tr | Major Secured Lenders |
| Eaton Vance Sht Dur Div Inc Fd | Major Secured Lenders |
| Eaton Vance Sr Debt Pf | Major Secured Lenders |
| Eaton Vance Sr Debt Pf | Major Secured Lenders |
| Eaton Vance Sr Fltg Rt Tr | Major Secured Lenders |
| Eaton Vance Sr Inc Tr | Major Secured Lenders |
| Eaton Vance Vt Fltg Rt Inc Fd | Major Secured Lenders |
| Electronic Data Systems | Top 100 Unsecured Creditor |
| Exedy Corp. | Top 100 Suppliers |
| Fidelity Advr Sr I-Advr Hi In | Major Secured Lenders |
| Fidelity Advr Sr II-Advr Strt | Major Secured Lenders |
| Fidelity American Hi Yld Fd | Major Secured Lenders |
| Fidelity Ballyrock Clo II | Major Secured Lenders |
| Fidelity Ballyrock Clo III | Major Secured Lenders |
| Fidelity Cip LLC:Fid Fl Rate | Major Secured Lenders |
| Fidelity Management & Research Company | Top 25 Shareholders |
| Fidelity Puritan Tr-Puritan Fd | Major Secured Lenders |
| Fidelity Sch St Tr-Strt Inc Fd | Major Secured Lenders |
| Fidelity Summer St Tr-Cap & In | Major Secured Lenders |
| Fidelity Summer St-Cap & Inc F | Major Secured Lenders |

**Schedule of Checklist Parties that Butzel Long Represents and/or has Formerly Represented**

| | |
|---|---|
| Fidelity Vip V Strt Inc Pf | Major Secured Lenders |
| Flex N Gate Battle Creek | Top 100 Unsecured Creditor |
| Ford Motor Co. | Strategic Alliance, Affiliation of Erroll B. Davis, Jr. |
| GE Capital | Affiliations of Kathryn V. Marinello |
| GE Capital Consumer Financial Services | Affiliations of Kathryn V. Marinello |
| GE Card Services | Affiliations of Kathryn V. Marinello |
| GE Commercial Finance | Affiliations of Kathryn V. Marinello |
| GE Corporate Financial Services | Secured Creditor Other than Major Secured Lenders |
| GE Fleet Services of GE Commercial Finance | Affiliations of Kathryn V. Marinello |
| GE Insurance Solutions | Affiliations of Kathryn V. Marinello |
| Gen Elec Cap Corp | Major Secured Lenders |
| General Electric Co. | Affiliations of Kathryn V. Marinello |
| Goldman Sachs Cr Parts LP | Major Secured Lenders |
| Goldman Sachs Group Inc. | Professionals Employed; Affiliations of John H. Bryan |
| Goldman Sachs Group Inc. | Professionals Employed |
| Goldman Sachs-Abs Loans 2007 L | Major Secured Lenders |
| Goldman, Sachs & Co. | Underwriting Investment Banks |
| Greenwich Capital Markets, Inc. | Underwriting Investment Banks |
| Grupo Antolin Irausa SA | Top 100 Suppliers |
| Hewlett Packard Canada Co | Top 100 Unsecured Creditors |
| Hitachi Data Systems Corporation | Affiliations of Eckhard Pfeiffer |
| Johnson Controls LP | Top 100 Unsecured Creditors |
| Johnson Controls Seating Systems, LLC | Additional Creditors |
| Mahle-Stiftung GmbH | Top 100 Suppliers |
| Merrill Lynch Cap Serv. Inc. | Term Loan Secured Lenders |
| Merrill Lynch Bank | Credit Revolver Secured Lenders |
| Merrill Lynch International Limited | Professionals Employed |
| Mitsubishi Electric | Top 100 Unsecured Creditors |
| Northwestern Investment Management Co. | Largest 50 Bondholders |
| Pfizer Foundation | Affiliations of Karen L. Katen |
| Pfizer Global Pharmaceuticals | Affiliations of Karen L. Katen |
| Pfizer Human Health | Affiliations of Karen L. Katen |
| Pfizer Ltd. | Affiliations of Karen L. Katen |
| Pfizer Pharmaceuticals Group | Affiliations of Karen L. Katen |
| PNC Leasing, LLC | Counterparties to Major Contracts |
| RBS | Major Secured Lender |

**Schedule of Checklist Parties that Butzel Long Represents and/or has Formerly Represented**

| | |
|---|---|
| RiverSource Investments, LLC | Top 25 Shareholders |
| Sanluis Corporation SA De Cv | Top 100 Suppliers |
| Sara Lee Corp. | Affiliations of John H. Bryan |
| Sprint | Utility Company |
| State Street Bank and Trust Company of Connecticut National Association | Counterparties to Major Contracts, Top 25 Shareholders |
| State Street Global Advisors (US) | Current Significant Shareholders (top 5%) |
| Sumitomo Electric Wiring Systems | Additional Creditors |
| Suntrust Leasing Corporation | Counterparty to Major Contracts |
| Superior Industries Intl | |
| Tenneco Inc. | Top 100 Suppliers |
| Textron Inc. | Top 100 Supplier |
| Toyota Industries Corp. | Top 100 Suppliers |
| Toyota Motor Corporation | Counterparty to Major Contracts |
| U.S. Bank Card Services, a wholly owned subsidiary of U.S. Bank | Affiliation of Kathryn V. Marinello |
| U.S. Bank Trust National Association | Counterparty to Major Contracts |
| UBS AG London | Largest 50 Bondholders |
| UBS Global Asset Management (US) Inc. | Largest 50 Bondholders |
| Van Rob Stampings Inc EFT | Top 100 Unsecured Creditors |
| Verizon Business | Utility Company |