**Hearing Date and Time: July 13, 2009 at 9:00 a.m. (Eastern Time)**
**Objection Date and Time: July 8, 2009 at 4:00p.m. (Eastern Time)**

BUTZEL LONG, a professional corporation
Barry N. Seidel
Eric B. Fisher
Robert Sidorsky
380 Madison Avenue, 22nd Floor
New York, New York 10017
Tel: (212) 818-1110
Fax: (212) 818-0494
seidel@butzel.com
fishere@butzel.com
sidorsky@butzel.com

*Proposed Special Counsel to the*
 *Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **GENERAL MOTORS CORPORATION,** *et al.*, | **Case No. 09-50026 (REG)** |
| **Debtors.** | **(Jointly Administered)** |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the Court will hold a hearing to consider entry of an order granting the relief requested in the Application of the Official Committee of Unsecured Creditors to employ and retain Butzel Long, a professional corporation ("Butzel Long"), as Special Counsel, *nunc pro tunc* to June 10, 2009 (the "Application"), which hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **July 13, 2009, at 9:00a.m. (prevailing Eastern Time)**.

1

PLEASE TAKE FURTHER NOTICE THAT objections, if any, to the Application must be made in writing; conform to the Federal Rules of Bankruptcy Procedures and the Local Rules for the United States Bankruptcy Court for the Southern District of New York; filed with the Bankruptcy Court, with a hard copy to Chambers; and received by the applicant not later than **4:00 p.m. (prevailing Eastern Time) on July 8, 2009.**

Dated: New York, New York
       June 30, 2009

BUTZEL LONG, a professional corporation

  /s/ Barry N. Seidel
By:   Barry N. Seidel
      Eric Fisher
      Robert Sidorsky
380 Madison Avenue, 22nd Floor
New York, New York 10017
Tel: (212) 818-1110
Fax: (212) 818-0494
seidel@butzel.com
fishere@butzel.com
sidorsky@butzel.com

*Proposed Special Counsel to the Official Committee of Unsecured Creditors*