UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re                                                        :
                                                             :    Chapter 11 Case No.
GENERAL MOTORS CORP., *et. al.*                              :
                                                             :    09-50026 (REG)
                                                             :
              Debtors.                                       :    (Jointly Administered)
                                                             :
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Laurie M. Thornton, certify as follows:

   1.   I am a Senior Bankruptcy Consultant with the Business Reorganization Department in the Seattle office of The Garden City Group, Inc. ("GCG"), the claims and noticing agent for the Debtors and Debtors-in-possession (the "Debtors") in the above-captioned proceeding. The business address of the Seattle office of GCG is located at 815 Western Avenue, Suite 200, Seattle, Washington 98104.

   2.   On June 30, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of:

- **Final Order Pursuant to 11 U.S.C. §§ 105(a) and 362 Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtors' Estates (Docket No. 2539);** and

- **Notice of Final Order Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtors' Estates**

to be served via first-class mail on the parties set forth on Exhibit A (parties on the master service list, parties that filed notices of appearance and equity holders), attached hereto.

   3.   I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: Seattle, Washington
       June 30, 2009

                                          /s/  Laurie M. Thornton
                                          LAURIE M. THORNTON