**SETTLEMENT DATE AND TIME: July 6, 2009 at 12:00 Noon (Eastern Time).**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                         :

In re                                         :         Chapter 11 Case No.
                                         :

**GENERAL MOTORS CORP.**, *et al.*,        :         09-50026 (REG)
                                         :

                  Debtors.          :         (Jointly Administered)
                                         :
------------------------------------------------------------x

**NOTICE OF SETTLEMENT OF ORDER (I) ADJOURNING SINE DIE
MOTION FOR APPOINTMENT OF ADDITIONAL COMMITTEE
OF ASBESTOS PERSONAL INJURY CLAIMANTS AND (II) DENYING
<u>MOTION FOR APPOINTMENT OF FUTURE CLAIMANTS' REPRESENTATIVE</u>**

        **PLEASE TAKE NOTICE** that a proposed order, a copy of which is annexed hereto, will be presented for settlement and signature to the Honorable Robert E. Gerber, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004, on July 6, 2009 at 12:00 noon.

        **PLEASE TAKE FURTHER NOTICE** that objections or proposed counter-orders must be served and filed on the undersigned at the address below and upon each of the persons listed below; filed with the Clerk of the United States Bankruptcy Court for the Southern

District of New York at One Bowling Green, Room 621, New York, New York 10004; and the

Chambers of Honorable Robert E. Gerber, United States Bankruptcy Judge, not later than July 6,

2009 at 11:00 a.m. of that day.

Dated: New York, New York
June 30, 2009

/s/ Harvey R. Miller
Harvey R. Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

To: Diana G. Adams, Esq.
United States Trustee
Attn: Brian S. Masumoto, Esq.
Trial Attorney
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

Sander L. Esserman, Esq.
Stutzman, Bromberg,
Esserman & Plifka, P.C.
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

Kenneth H. Eckstein, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

09-50026-mg    Doc 2850    Filed 06/30/09    Entered 06/30/09 21:44:13    Main Document
              Pg 3 of 4


Pg 3 of 4

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
**In re**                                              :        Chapter 11 Case No.
:
**GENERAL MOTORS CORP.,** *et al.*,                    :        09-50026 (REG)
:
            Debtors.                                   :        (Jointly Administered)
:
----------------------------------------------------------------x

### ORDER DENYING MOTION FOR APPOINTMENT OF FUTURE CLAIMANTS' REPRESENTATIVE AND ADJOURNING *SINE DIE* MOTION FOR APPOINTMENT OF ADDITIONAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS

Upon the motion of the Ad Hoc Committee of Asbestos Personal Injury Claimants for an Order (I) Appointing a Legal Representative for Future Asbestos Personal Injury Claimants and (II) Directing the United States Trustee to Appoint an Official Committee of Asbestos Personal Injury Claimants (the "**Motion**") [Docket No. 478], dated June 7, 2009; and the Court having considered the Motion and the Debtors' Objection to the Motion [Docket No. 2042], dated June 19, 2009; and the Objection of the Official Committee of Unsecured Creditors to the Motion [Docket No. 2266], dated June 23, 2009; and a hearing having been held before the Court on June 25, 2009, after due notice of the Motion having been provided, and it appearing that no further notice need be provided; and after consideration of all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion for Appointing a Legal Representative for Future Asbestos Personal Injury Claimants be, and the same, hereby is denied without prejudice; and it is further

US_ACTIVE:\43084173\02\43084173_2.DOC\72240.0635

ORDERED that, the Motion Directing the United States Trustee to Appoint an Official Committee of Asbestos Personal Injury Claimants pursuant to section 1102(a)(2) of title 11 of the United States Code be, and the same, hereby is adjourned *sine die* subject to being restored for a hearing upon three (3) business days notice to the Debtors, the Official Committee of Unsecured Creditors, the Office of the United States Trustee, and all entities that requested notice in these chapter 11 cases under Fed. R. Bankr. P. 2002.

Dated: New York, New York
 _____, 2009

_____
United States Bankruptcy Judge