**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> GENERAL MOTORS CORP., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No: 09-50026 (REG) <br> (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Sean E. Quigley, a member in good standing of the bar in the State of New Jersey, the United States District Court for the District of New Jersey and the bar in the State of New York, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber to represent Group 1 Automotive, Inc. and its Dealerships in the above-referenced case.

My address is:
    Lowenstein Sandler PC
    1251 Avenue of the Americas, 18th Floor
    New York, New York 10020
    Tel: (212) 262-6700
    Fax: (212) 262-7402
        -and-
    Lowenstein Sandler, PC
    65 Livingston Avenue
    Roseland, New Jersey 07068
    Tel: (973) 597-2500
    Fax: (973) 597-2400
    Email: squigley@lowenstein.com

I agree to pay the fee of $25 upon approval by this Court admitting me to practice ***pro hac vice***.

                            */s/ Sean E. Quigley*
                            Sean E. Quigley, Esq.

---

**ORDER**

**ORDERED**,

that Sean E. Quigley, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: July ___, 2008

                                                      _____
                                                      HONORABLE ROBERT E. GERBER, U.S.B.J