James L. Bromley
Avram E. Luft
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for The International Union, United
Automobile, Aerospace and Agricultural
Implement Workers of America, AFL-CIO*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
In re                                                               :    Chapter 11
                                                                    :
General Motors Corporation, *et al.*,                               :    Case No. 09-50026 (REG)
                                                                    :
                                    Debtors.                        :    (Jointly Administered)
                                                                    :
------------------------------------------------------------------- X

**TABLE OF CONTENTS AND TABLE OF AUTHORITIES FOR THE
RESPONSE OF THE INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, AFL-CIO TO OBJECTIONS TO DEBTORS'
MOTION FOR AN ORDER AUTHORIZING THE SALE OF
<u>SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS AND OTHER RELIEF</u>**

09-50026-mg    Doc 2855    Filed 07/01/09    Entered 07/01/09 09:27:39    Main Document
Pg 2 of 3

# TABLE OF CONTENTS

|   | Page |
|---|---|
| TABLE OF AUTHORITIES | iii |
| PRELIMINARY STATEMENT | 2 |
| BACKGROUND | 3 |
|    *UAW CBAs with the Debtors* | 3 |
|    *The 363 Transaction: CBA Amendments and the UAW Retiree Settlement Agreement* | 4 |
|    *The Objections* | 6 |
| AN AGREEMENT ON RETIREE HEALTH BENEFITS WAS NECESSARY FOR AN OVERALL LABOR DEAL | 7 |
| THE SALE PROVIDES NO DISTRIBUTIONS ON ACCOUNT OF THE UAW'S PREPETITION CLAIMS | 9 |
| REQUEST FOR RELIEF | 10 |

# **TABLE OF AUTHORITIES**

**Page(s)**

**Rules and Statutes**

11 U.S.C. § 105 ................................................................................................................. 1

11 U.S.C. § 363 ................................................................................................................. 1

11 U.S.C. § 365 ................................................................................................................. 1

11 U.S.C. § 1114(a) .......................................................................................................... 3

11 U.S.C. § 1114(c) .......................................................................................................... 3

Bankr. S.D.N.Y. R. 1007-2 ............................................................................................... 3, 7

Fed. R. Bankr. P. 2002, 6004, 6006 .................................................................................. 1

**Cases**

In re Chrysler LLC,
405 B.R. 84 (Bankr. S.D.N.Y. 2009) ................................................................................ 2, 9