**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**GENERAL MOTORS CORP.,** *et al.,*                  :        **09-50026 (REG)**
                                                    :
                              **Debtors.**           :        **(Jointly Administered)**
                                                    :
-----------------------------------------------------------x

### ORDER DENYING MOTION FOR APPOINTMENT OF FUTURE CLAIMANTS' REPRESENTATIVE AND ADJOURNING *SINE DIE* MOTION FOR APPOINTMENT OF ADDITIONAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS

Upon the motion of the Ad Hoc Committee of Asbestos Personal Injury Claimants for an Order

(I) Appointing a Legal Representative for Future Asbestos Personal Injury Claimants and (II)

Directing the United States Trustee to Appoint an Official Committee of Asbestos Personal

Injury Claimants (the "**Motion**") [Docket No. 478], dated June 7, 2009; and the Court having

considered the Motion and the Debtors' Objection to the Motion [Docket No. 2042], dated June

19, 2009; and the Objection of the Official Committee of Unsecured Creditors to the Motion

[Docket No. 2266], dated June 23, 2009; and a hearing having been held before the Court on

June 25, 2009, after due notice of the Motion having been provided, and it appearing that no

further notice need be provided; and after consideration of all of the proceedings had before the

Court; and after due deliberation and sufficient cause appearing therefor, it is

> ORDERED that the Motion for Appointing a Legal Representative for Future

Asbestos Personal Injury Claimants be, and the same, hereby is denied without prejudice; and it

is further

> ORDERED that, the Motion Directing the United States Trustee to Appoint an

Official Committee of Asbestos Personal Injury Claimants pursuant to section 1102(a)(2) of title

WGM_TRAILER

11 of the United States Code be, and the same, hereby is adjourned *sine die* subject to being

restored for a hearing upon three (3) business days notice to the Debtors, the Official Committee

of Unsecured Creditors, the Office of the United States Trustee, and all entities that requested

notice in these chapter 11 cases under Fed. R. Bankr. P. 2002.

Dated: New York, New York
*__July 1, 2009__*

*/s/ Robert E. Gerber*
United States Bankruptcy Judge