**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X
In re                                               :    Chapter 11
                                                    :
GENERAL MOTORS CORP., *et al.,*                     :    Case No. 09-50026 (REG)
                                                    :
                              Debtors.              :    Jointly Administered
                                                    :
                                                    :
----------------------------------------------------------------X

**ORDER DENYING MOTION OF THE UNOFFICIAL COMMITTEE OF FAMILY &
DISSIDENT GM BONDHOLDERS FOR AN ORDER DIRECTING THE UNITED
STATES TRUSTEE TO APPOINT AN OFFICIAL COMMITTEE OF FAMILY &
DISSIDENT BONDHOLDERS**

This matter coming before the Court on the Motion of the Unofficial Committee of Family & Dissident GM Bondholders for an Order Directing the United States Trustee to Appoint an Official Committee of Family & Dissident GM Bondholders (the "Motion"); the Court having reviewed the motion and having heard argument on the Motion, and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (c) notice of the Motion and the hearing on the Motion was sufficient under the circumstances;

IT IS HEREBY ORDERED THAT, for the reasons stated on the record at the hearing held on June 23, 2009:

The Motion is DENIED.

Dated: New York, New York
***July 1, 2009***

                                                                    */s/ Robert E. Gerber*
                                                                    HONORABLE ROBERT E. GERBER
                                                                    UNITED STATES BANKRUPTCY
                                                                    JUDGE

**Error! Unknown document property name.**