## CERTIFICATE OF SERVICE

The undersigned certifies that on July 1, 2009 a Joint Statement Of Issues By Mark Buttita, As Personal Representative of Salvatore Buttita and Ad Hoc Committee Of Personal Injury Claimants Regarding Their Respective Objections To Debtors' Motion Pursuant To 11 U.S.C. §§105, 363(B), (F), (K), And (M), and 365 And Fed R. Bankr. P. 2002, 6004, And 6006, To (I) Approve (A) The Sale Pursuant to The Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser, Free and Clear Of Liens, Claims, Encumbrances, And Other Interests; (B) The Assumption and Assignment of Certain Executory Contracts And Unexpired Leases; And (C) Other Relief; and (II) Schedule Sale Approval Hearing was served upon the following parties via Federal Express, Electronic Email, and ECF System:

**Via Federal Express and ECF System:**

Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green—Room 627
New York, NY 10004-1408

**Via Federal Express, Electronic Email and ECF System:**

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
WEIL, GOTSHAL & MANGES LLP
Counsel for Debtors
767 Fifth Avenue
New York, New York 10153
(212) 310-8350
Email: stephen.karotkin@weil.com

Thomas Moers Mayer, Esq.
Gordon Z. Novod, Esq.
Jennifer Sharret, Esq.
Kramer Levin Naftalis & Frankel LLP
Counsel for the Official Committee
1177 Avenue Of The Americas
New York, New York 10036
Email: tmayer@kramerlevin.com
        JSharret@kramerlevin.com

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
Counsel for the UAW
One Liberty Plaza
New York, New York 10006
Phone: 212-225-2000
Email: jbromley@cgsh.com

Babette Ceccotti, Esq.
Cohen, Weiss and Simon LLP
Counsel for the UAW
330 W. 42nd Street
New York, New York 10036
Phone: 212-563-4100
Email: bceccotti@cwsny.com

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
Counsel for Export Development Canada
1633 Broadway—47th Floor
New York, New York 10019
Phone:
Email: mjedelman@vedderprice.com
           mschein@vedderprice.com

Andy Velez-Rivera, Esq.
Diana G. Adams, Esq.
Brian S. Masumoto, Esq.
United Stated Department Of Justice
Office of the United States Trustee
33 Whitehall Street—21st Floor
New York, New York 10004
Email: Andy.Velez-Rivera@usdoj.gov

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center
Mailcode: 480-206-114

U.S. Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue, NW—Room 2312
Washington, DC 20220
Email: matthew.feldman@do.treas.gov

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
Attorneys for the Purchaser
One World Financial Center
New York, New York 10281
Phone: 212-504-6000
Email: john.rapisardi@cwt.com

David S. Jones, Esq.
Matthew L. Schwartz, Esq.
U.S. Attorney's Office-SDNY
86 Chambers Street—Third Floor
New York, New York 10007
Email: david.jones6@usdoj.gov
        Matthew.schwartz@usdoj.gov

Andrew N. Rosenberg, Esq.
Margaret A. Phillips, Esq.
Matthew R. Scheck, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Counsel to the Informal Group of Holders
Of General Motors Unsecured Notes
1285 Avenue Of The Americas
New York, New York 10019-6064
Phone: 212-373-3000
Email: arosenberg@paulweiss.com
        mphillips@paulweiss.com
        mscheck@paulweiss.com

Benjamin P. Deutsch, Esq.
*Counsel to the Ad Hoc Committee of Consumer Victims of General Motors*
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, NY 10005-1101
Phone: (212) 973-8000
Email: BDeutsch@Schander.com
        BBressler@Schnader.com

Sander L. Esserman, Esq.
*Counsel for Ad Hoc Committee of Asbestos Personal Injury Claimants*
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, CORP.
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Phone: (214) 969-4900
Email: Esserman@sbep-law.com

Roger Frankel, Esq.
*Unofficial GM Dealer Committee*
ORRICK, HERRINGTON & SUTCLIFFE, LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 2005-1706
Phone: (202)339-8513
Email: rfrankel@orrick.com

Michael P. Richman, Esq.
*Counsel for Unofficial Committee of Family & Dissident GM Bondholders*
PATTON BOGGS, LLP
1185 Avenue of the Americas, 30th Floor
New York, NY 10036
Phone: (646) 557-5100
Email: MRichman@pattonboggs.com

Neil A. Goteiner, Esq.
Dean M. Gloster, Esq.
Nan E. Joesten, Esq.
Counsel for General Motors Retirees Committee
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Phone: 415-954-4400
Email: ngoteiner@fbm.com

Eugenia Benetos
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, Suite 3500
New York, NY  10152
(212) 319-7125