Shawn R. Fox
McGUIREWOODS LLP
1345 Avenue of the Americas
New York, New York 10105
(212) 548-2100

*Counsel for Affinion Loyalty Group, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| GENERAL MOTORS CORP., *et al*. | : | 09-50026 (REG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors | : | |
| | : | Related Docket Nos. 92 and 274 |

-----------------------------------------------------x

**WITHDRAWAL OF OBJECTION OF AFFINION LOYALTY GROUP, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

Affinion Loyalty Group, Inc. ("Affinion"), by and through its undersigned counsel, hereby Withdraws its Objection and Reservation of Rights to Notice of (I) Debtors' Intent to Assume and Assign certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property And (II) Cure Amounts Related Thereto [Docket No. 837] (the "Objection") based upon the updated Proposed Cure Amount[1] listed in regard to the Affinion Contract on the Website[2] as of June 29, 2009, and the commitment of GM and/or Vehicle Acquisition Holdings to pay all charges which accrue up to and through the time of assignment of the Affinion.

---

[1] The Proposed Cure Amount listed on the Website on June 29, 2009, was $2,038,227.00.
[2] Capitalized terms used but not defined herein have the definition ascribed to such terms in the Objection.

Dated: July 1, 2009
New York, NY

**AFFINION LOYALTY GROUP, INC.**

S/ Shawn R. Fox
Shawn R. Fox
McGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105
(212) 548-2100

*Counsel for Affinion Loyalty Group, Inc.*