J. Casey Roy
Assistant Attorney General
Texas State Bar No. 00791578
The Texas Attorney General's Office
P. O. Box 12548    MC-008
Austin, Texas  78711-2548
Telephone:  (512) 463-2173
Telecopy:  (512) 482-8341

ATTORNEYS FOR THE STATE OF TEXAS on behalf of
THE TEXAS DEPARTMENT OF TRANSPORTATION,
MOTOR VEHICLE DIVISION

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| **GENERAL MOTORS CORP.,** *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| | : | **(Jointly Administered)** |
| Debtors. | : | |

----------------------------------------------------------------X


**TABLE OF CONTENTS AND TABLE OF AUTHORITIES**
**IN SUPPORT OF OBJECTION OF THE STATE OF TEXAS**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

THE STATE OF TEXAS, ON BEHALF OF THE TEXAS DEPARTMENT OF TRANSPORTATION, MOTOR VEHICLE DIVISION ("Texas"), in accordance with this Court's Order on the record dated June 30, 2009, files this Table of Contents and Table of Authorities in support of its Limited Objection (the "Limited Objection") to Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m), and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, to (I) Approve (a) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a.U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (b) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (c) Other Relief; and (II) Schedule Sale Approval Hearing (the "Sale Motion") (Dkt. No. 712).

**TABLE OF CONTENTS**

I.  PRELIMINARY STATEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

II. BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

III. ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

    A. Federal Law Prohibits GM from Circumventing Texas Law . . . . . . . . . . . . . . . . . . 5

    B. GM Seeks to Evade Jurisdiction in Texas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

    C. GM Seeks to Free Itself from Texas Law Governing Franchise Modification and
       Termination . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

    D. GM Seeks to Skirt Texas Laws Regarding New Vehicle Inventory . . . . . . . . . . . . . 9

    E. GM Seeks to Deny Texas Dealers the Right to Market Other Brands  . . . . . . . . . . . 9

    F. GM Seeks to Dodge Texas Law Regarding Dealer Locations  . . . . . . . . . . . . . . . . 10

    G. GM Seeks to Limit Texas Dealers Warranty Claims . . . . . . . . . . . . . . . . . . . . . . . 10

    H. GM Demands that Dealers Waive Their Texas Rights . . . . . . . . . . . . . . . . . . . . . . 11

    I. GM's Concept of "Compliance" Conflicts with Texas Law . . . . . . . . . . . . . . . . . . 11

    J. Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

IV. MEMORANDUM OF LAW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

**TABLE OF AUTHORITIES**

**CASES**

*Briarcliff  v. Briarcliff Tenants Ass'n,* 15 B.R. 864 (D.N.J. 1981) . . . . . . . . . . . . . . . . . . . . . . 6

*Concerto Software, Inc. v. Vitaquest Int'l, Inc.,* 290 B.R. 448 (D. Me. 2003)  . . . . . . . . . . . . 7, 8

*Gillis v. California,* 293 U.S. 62 (1934) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*H & L Developers, Inc. v. Arvida/JMB Partners,* 178 B.R. 71 (Bankr. E.D. Pa. 1994) . . . . . . . . 8

*Hillis Motors, Inc. v. Haw. Auto Dealers' Ass'n*, 997 F.2d 581 (9th Cir. 1993) . . . . . . . . . . . . . . 6

*In re Quanta Res. Corp.,* 739 F. 2d 912 (3d Cir. 1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 6

*In re Synergy Dev. Corp,* 140 B.R. 958 (Bankr. S.D.N.Y. 1992) . . . . . . . . . . . . . . . . . . . . . . . . . 6

*In re White Crane Trading Co., Inc.,* 170 B.R. 694 (Bankr. E.D. Cal. 1994) . . . . . . . . . . . . . . 5, 6

*Midlantic Nat'l Bank v. N.J. Dep't of Envtl. Prot.,* 474 U.S. 494 (1986) . . . . . . . . . . . . . . . . . 5, 6

*New Motor Vehicle Bd. of Cal. v. Orrin W. Fox, Co.,* 439 U.S. 96 (1978) . . . . . . . . . . . . . . . . . 2

*Robinson v. Mich. Consol. Gas Co.,* 918 F. 2d 579 (6th Cir. 1990) . . . . . . . . . . . . . . . . . . . . . . . 6

*Saravia v. 1736 18th St., N.W., LP,* 844 F.2d 823 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*Wengert Transp., Inc. v. Crouse Cartage Co.,* 59 B.R. 266 (Bankr. N.D. Iowa 1986) . . . . . . . . 6

## STATUTES

TEX. OCC. CODE § 2301.001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

TEX. OCC. CODE § 2301.003 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 11

TEX. OCC. CODE § 2301.151 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 7

TEX. OCC. CODE § 2301.359 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

TEX. OCC. CODE § 2301.360 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

TEX. OCC. CODE § 2301.404 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

TEX. OCC. CODE § 2301.451 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 11

TEX. OCC. CODE § 2301.454 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 11

TEX. OCC. CODE § 2301.458 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

TEX. OCC. CODE § 2301.467 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

TEX. OCC. CODE § 2301.472 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

TEX. OCC. CODE § 2301.478 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

TEX. OCC. CODE § 2301.652 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

11. U.S.C. § 101 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

11 U.S.C. § 365 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 4

11 U.S.C. § 365(k) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

28 U.S.C. § 959(b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 5, 6

## LEGISLATIVE HISTORY

S. Rep. No. 84-2073 (1956) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

## RULES

Fed. R. Bankr. P. 2002 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Fed. R. Bankr. P. 6004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Fed. R. Bankr. P. 6006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

NY Bank. L. R. 9013-1(b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

WILLIAM J. COBB III
Special Assistant and Senior Counsel to the Attorney General

JAMES P. DYER
Special Assistant and Senior Counsel to the Attorney General

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

/s/    J. Casey Roy
J. CASEY ROY
Texas State Bar No. 00791578
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Telephone:  (512) 463-2173
Telecopy: (512) 482-8341
E-mail:  casey.roy@oag.state.tx.us

ATTORNEYS FOR THE STATE OF TEXAS ON BEHALF
OF THE TEXAS DEPARTMENT OF TRANSPORTATION,
MOTOR VEHICLE DIVISION

### CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2009, a true and correct copy of the foregoing was served on all those parties receiving notice via the Court's Electronic Case Filing System (through ECF) and the parties below via U. S. Mail First Class, postage prepaid on the following parties:

| | |
|---|---|
| Harvey Miller | John J. Rapisardi |
| Stephen Karotkin | Cadwalader Wickersham & Taft LLP |
| Joseph H. Smolinsky | One World Financial Center |
| Weil Gotshal & Manges |  LLP   New York, NY  10281 |
| 767 Fifth Avenue | |
| New York, NY  10153 | |
| | |
| James L. Bromley | Babette Ceccotti |
| Cleary Gottlieb Steen & Hamilton LLP | Cohen Weiss and Simon LLP |
| One Liberty Plaza | 330 W. 42nd Street |
| New York, NY  10006 | New York, NY  10036 |
| | |
| Michael J. Edelman | Diana G. Adams |
| Michael L. Schein | Office of U. S. Trustee |
| Vedder Price PC | 33 Whitehall Street, 21st Fl. |
| 1633 Broadway  47th Fl. | New York, NY  10004 |

New York, NY  10019

David S. Jones
Matthew L. Schwartz
U. S. Attorney's Office
86 Chambers Street, 3rd Fl.
New York, NY  10007

                                        */s/   J. Casey Roy*
                                        J. CASEY ROY
                                        Assistant Attorney General