Matthew F. Fitzsimmons, Esq.
STATE OF CONNECTICUT
OFFICE OF THE ATTORNEY GENERAL
110 Sherman Street
Hartford, CT 06105
Phone: (860) 808-5400
Fax: (860) 808-5593

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **GENERAL MOTORS CORP.**, *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |

------------------------------------------------------------------X

**TABLE OF CONTENTS AND TABLE OF AUTHORITIES FOR THE JOINDER AND LIMITED OBJECTION OF THE STATES OF CONNECTICUT, KENTUCKY, LOUISIANA, MARYLAND, MINNESOTA, MISSISSIPPI, MISSOURI, <u>MONTANA NEBRASKA, NORTH DAKOTA AND VERMONT</u>**

**TABLE OF CONTENTS**

TABLE OF AUTHORITIES………………………………………………………………….. iii

INTRODUCTION………………………………………………………………………… 2

LEGAL ARGUMENT……………………………………………………........………… 5

    A. *Joinder* ………………………………………………………………………… 5

    B. *State Successor Liability Law May Not be Extinguished by this Court
       in Approving the § 363 Sale*……………………………………………………. 6

    C. *Public Policy Requires Allowing Future Claimants to Bring Product
       Liability Claims Premised on Nonbankruptcy Successor Liability Law*…………… 10

CONCLUSION ……………………………………………………………………………… 15

# TABLE OF AUTHORITIES

**STATUTES** **PAGE(S)**

11 U.S.C. § 101 ………………………………………………………………………… 10


**FEDERAL CASES** **PAGE(S)**

*B.F. Goodrich v. Betkoski*, 99 F.3d 505 (2d Cir. 1996).…………………………………..... 6

*Fairchild Aircraft Inc. v. Campbell*, 184 B.R. 910 (Bankr. W.D. Tex. 1995).…………………. 11

*In re Mooney Aircraft, Inc.*, 730 F.2d 367 (5th Cir. 1984).………………………………….. 7, 13

*In re Savage Industries, Inc.*, 43 F.3d 714 (1st Cir. 1994).…………………………………. 7

*Lemelle v. Universal Mfg. Corp.*, 18 F.3d 1268 (5th Cir. 1994).……………………………. 10, 11

*Raleigh v. Illinois Dep't of Revenue*, 530 US 15 (2000).……………………………………… 9

*Travelers Cas. & Sur. Co. of Am. v. PG&E*, 549 U.S. 443 (2007) ……………………………… 9

*Zerand-Bernal Group v. Cox*, 23 F.3d 159 (7th Cir. 1994).…………………………………… 7, 8


**STATE CASES** **PAGE(S)**

*Chamlink Corp. v. Merritt Extruder Corp.*, 96 Conn.App. 183, 187, 899 A.2d 90 (2006)……… 8

*Gross v. Trustees of Columbia Univ. in City of N.Y.*,
    2006 NY Slip Op 50516U 6 (N.Y. Sup. Ct. 2006)……………………………………... 11

*Lefever v. K.P. Hovnanian Enters.*, 160 N.J. 307, 734 A.2d 290 (1999)…………………………... 6

*Martin v. Abbott Labs.*, 102 Wn.2d 581, 689 P.2d 368 (Wash. 1984)…………………………... 6

*Ramirez v. Amsted Industries, Inc.*, 86 N.J. 332, 431 A.2d 811 (N.J. 1981)…………….. 7, 12, 13

*Ray v. Alad Corp.*, 19 Cal.3d 22, 560 P.2d 3 (Cal. 1977)……………………………………. 6, 13


**TREATISES**                                                                                                          **PAGE(S)**

3 *Collier on Bankruptcy* ¶ 363.06[1] (15th rev. ed. 2008)…………………………...…. 7, 12