KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Thomas Moers Mayer
Kenneth H. Eckstein
Robert T. Schmidt

*Counsel for the Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- X
                                                              :
In re:                                                        :    Chapter 11
                                                              :
GENERAL MOTORS CORP., et al.,                                 :    Case No. 09-50026 (REG)
                                                              :
                                   Debtors.                   :    Jointly Administered
                                                              :
------------------------------------------------------------- X

**Deposition Designations of the Official Committee of Unsecured Creditors**

The Official Committee of Unsecured Creditors (the "Creditors' Committee"), by and through its undersigned counsel, hereby submits its deposition designations with respect to issues to be adjudicated at the Sale Hearing commencing on June 30, 2009. The Creditors' Committee intends to present the June 28, 2009 deposition testimony of Fritz Henderson, the President and Chief Executive Officer of General Motors, and the June 29, 2009 deposition testimony of Harry Wilson of the United States Treasury Department as follows:

Harry Wilson Deposition Designations:

| |
|---|
| 298:10-300:2 |
| 340:22-341:19 |
| 393:3-393:16 |

KL3 2726424.1

Fritz Henderson Deposition Designations:

| 147:4-147:15 |
| 177:6-178:2 |

The Creditors' Committee hereby reserves the right to amend or supplement its list of deposition designations at any time. Moreover, the committee reserves the right to use any deposition testimony designated herein or by any other designator for impeachment and/or rebuttal purposes.

The designated portions of the deposition transcripts will be delivered to Chambers for the Court's reference and filed if and when a confidentiality protocol is established.

Dated: July 1, 2009
New York, New York

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Thomas Moers Mayer
Thomas Moers Mayer
Kenneth H. Eckstein
Robert T. Schmidt
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the Official Committee
of Unsecured Creditors*

-2-

KL3 2726424.1