**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                      :   Chapter 11
                                            :
GENERAL MOTORS CORP., et al.,               :   Case No. 09-50026 (REG)
                                            :
Debtors.                                    :   (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## CERTIFICATE OF SERVICE

Sherif G. Farrag certifies, pursuant to 28 U.S.C. Section 1746, as follows:

1. I am employed with the law firm of Gibson, Dunn & Crutcher LLP, attorneys for Wilmington Trust Company.

2. On June 30, 2009, I caused copies of the following documents to be served on the parties listed in the attached service list via means indicated therein:

    a) Verified Statement of Wilmington Trust Company in Its Capacity as Indenture Trustee Pursuant to Rule 2019 of The Federal Rules of Bankruptcy Procedure [Docket Entry No. 2782]

3. I certify under penalty of perjury that the foregoing is true and correct.


Executed on July 1, 2009              /s/ Sherif G. Farrag_____
                                      Sherif G. Farrag

## SERVICE LIST

*VIA HAND DELIVERY*

| | |
|---|---|
| Honorable Judge Robert E. Gerber<br>US Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, New York  10004-1408 | Office of the United States Trustee.<br>Southern District of New York<br>Attn:  Diana G. Adams, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 |

*VIA FIRST-CLASS MAIL*

| | |
|---|---|
| Weil Gotshal & Manges LLP<br>Attn:  Stephen Karotkin, Esq.<br>767 Fifth Avenue<br>New York, New York  10153 | General Motors Corporation<br>Attn:  Lawrence S. Buonomo, Esq.<br>300 Renaissance Center<br>Detroit, Michigan  48265 |
| Cadwalader Wickersham & Taft LLP<br>Attn:  John J. Rapisardi, Esq.<br>One World Financial Center<br>New York, New York  10281 | U.S. Treasury<br>Attn:  Matthew Feldman, Esq.<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, D.C.  20220 |
| Vedder Price, P.C.<br>Attn:  Michael J. Edelman, Esq.<br>1633 Broadway, 47th Floor<br>New York, New York  10019 | Kramer Levin Naftalis & Frankel<br>Attn:  Thomas Moes Mayer<br>1177 Avenue of the Americas<br>New York, NY  10036 |
| UAW<br>Attn:  Daniel W. Sherrick<br>8000 East Jefferson Avenue<br>Detroit, Michigan  48214 | Cleary Gottlieb Steen & Hamilton LLP<br>Attn:  James L. Bromley, Esq.<br>One Liberty Plaza<br>New York, New York  10006 |

Cohen Weiss & Simon LLP
Attn:  Babette Ceccotti, Esq.
330 W. 42nd Street
New York, New York  10036

U.S. Attorney's Office
Southern District of New York
Attn:  David S. Jones, Esq. and Matthew L. Schwartz, Esq.
86 Chambers Street, Third Floor
New York, NY  10007

3