BODMAN LLP
Colin T. Darke (P68294)
6th Floor at Ford Field
1901 St. Antoine
Detroit, Michigan 48226
313-393-7585

ATTORNEYS FOR BEND ALL
AUTOMOTIVE, INC.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

| In re | Chapter 11 |
|---|---|
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (Jointly Administered) |
| Debtors. | |

-------------------------------------------------------------------- x

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 26, 2009, I electronically filed ***Limited Objection by Bend All Automotive, Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto*** with the Clerk of the Court which will send notification of such filing to all ECF participants, and on July 1, 2009, I also mailed via Federal Express a copy of same to all the parties on the attached Service List.

                  Respectfully Submitted:

                  BODMAN LLP


                  By: / s / Colin T. Darke
                      Colin T. Darke (P68294)
                      Counsel for BAA
                      6th Floor at Ford Field
                      1901 St. Antoine Street
                      Detroit, Michigan 48026
                      cdarke@bodmanllp.com

July 1, 2009

**SERVICE LIST**

General Motors Corporation
Cadilac Building
Attn:  Warren Common Center
Mail Code 480-206-1114
30009 Van Dyke Avenue
Warren MI  48098-9025

Weil, Gotshal & Manges LLP
Attn:  Harvey R. Miller
         Stephen Karotkin
         Joseph H. Smolinsky
767 Fifth Avenue
New York, New York  10153

U.S. Treasury Department
Attn:  Matthew Feldman
1500 Pennsylvania Avenue, N.W.
Room 2312
Washington, D.C. 20220

Cadwalader, Wickersham & Taft LLP
Attn:  John J. Rapisardi
One World Financial Center
New York, New York  10281

Vedder Price, P.C.
Attn:  Michael J. Edelman
         Michael L. Schein
1633 Broadway, 47th Floor
New York, New York  10019

Office of the U.S Trustee for the Southern District of New York
Attn:  Diana G. Adams
33 Whitehall Street, 21st Floor
New York, New York 10004

Kramer Levin Naftalis & Frankel LLP
Attn:  Thomas Moers Mayer
         Kenneth H. Eckstein
         Gordon Z. Novod
1177 avenue of the Americas
New York, NY  10036