Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re**                                          :    **Chapter 11 Case No.**
:
**GENERAL MOTORS CORP.,** *et al.*,                :    **09-50026 (REG)**
:
                        Debtors.                   :    **(Jointly Administered)**
:
------------------------------------------------------------x

**TABLE OF CONTENTS AND TABLE OF AUTHORITIES**
**FOR DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105, 363(b), (f), (k), AND (m),**
**AND 365 AND FED. R. BANKR. P. 2002, 6004, AND 6006, TO (I) APPROVE**
**(A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT**
**WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED**
**PURCHASER, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER**
**INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY**
**CONTRACTS AND UNEXPIRED LEASES; AND (C) OTHER RELIEF;**
**AND (II) SCHEDULE SALE APPROVAL HEARING**

## TABLE OF CONTENTS

**Page**

Overview .................................................................................................................. 1

Historical Background ............................................................................................. 7

The Master Sale and Purchase Agreement ................................................................ 8

The 363 Transaction Is the Only Option ................................................................. 13

Time Is of the Essence ............................................................................................ 14

Extraordinary Provisions Under the Guidelines ..................................................... 19

Jurisdiction .............................................................................................................. 21

Relief Requested ..................................................................................................... 21

Proposed Sale Procedures and Notice .................................................................... 22

The Sale Procedures Should Be Approved ............................................................. 27

Sale of the Purchased Assets .................................................................................. 29

The 363 Transaction Must Be Free and Clear of Liens, Claims, Encumbrances, and Interests, Including Rights or Claims Based on Successor or Transferee Liability .................................................................................................................. 32

Assumption and Assignment of Certain Executory Contracts and Unexpired Leases ..................................................................................................................... 34

Unenforceability of Anti-Assignment Provisions .................................................. 40

Good Faith Purchaser .............................................................................................. 42

The Appointment of a Consumer Privacy Ombudsman Is Necessary .................... 43

Accompanying Memorandum of Law .................................................................... 45

Request for Relief Under Bankruptcy Rules 6004(h) and 6006(d) ........................ 45

Notice ...................................................................................................................... 46

## TABLE OF AUTHORITIES

## FEDERAL CASES

*In re Bygaph, Inc.*, 56 B.R. 596 (Bankr. S.D.N.Y. 1986) ............................................................... 40

*Carlisle Homes, Inc. v. Arrari (In re Carlisle Homes, Inc.)*,
103 B.R. 524 (Bankr. D.N.J. 1989) ....................................................................................... 39

*Coleman Oil Co., Inc. v. The Circle K Corp. (In re The Circle K Corp.)*,
127 F.3d 904 (9th Cir. 1997), *cert. denied*, 522 U.S. 1148 .................................................. 41

*Comm. of Asbestos-Related Litigants v. Johns-Manville Corp. (In re Johns-Manville Corp.)*, 60 B.R. 612 (Bankr. S.D.N.Y. 1986) .................................................................... 30

*Comm. of Equity Sec. Holders v. Lionel Corp. (In re Lionel Corp.)*, 722 F.2d 1063 (2d Cir. 1983) ............................................................................................................................... 29

*Consumer News & Bus. Channel P'ship v. Fin. News Network Inc. (In re Fin. News Network Inc.)*, 980 F.2d 165 (2d Cir. 1992) ............................................................. 30-31

*In re Del. & Hudson Ry Co.*, 124 B.R. 169 (D. Del. 1991) ............................................................. 30

*In re Jamesway Corp.*, 201 B.R. 73 (Bankr. S.D.N.Y. 1996) ......................................................... 41

*Licensing by Paolo, Inc. v. Sinatra (In re Gucci)*, 126 F.3d 380 (2d Cir. 1997) .......................... 31

*In re Mr. Grocer, Inc.,* 77 B.R. 349 (Bankr. D.N.H. 1987) ............................................................ 42

*In re Natco Industrial, Inc.*, 54 B.R. 436 (Bankr. S.D.N.Y. 1985) ................................................ 39

*Nostas Assocs. v. Costich (In re Klein Sleep Prods., Inc.)*, 78 F.3d 18 (2d Cir. 1996) ................. 38

*Official Comm. of Subordinated Bondholders v. Integrated Res., Inc.
(In re Integrated Res., Inc.)*, 147 B.R. 650 (S.D.N.Y. 1992), 3 F.3d 49 (2d Cir. 1993). .............. 30

*Official Comm. of Unsecured Creditors of LTV Aerospace & Defense Co. v. LTV Corp.
(In re Chateaugay Corp.)*, 973 F.2d 141 (2d Cir. 1992) ............................................................. 31

*Orion Pictures Corp. v. Showtime Networks, Inc. (In re Orion Pictures Corp.)*,
4 F.3d 1095 (2d Cir. 1993) ............................................................................................................ 38

## TABLE OF AUTHORITIES

*In re Rickel Home Ctrs., Inc.*, 240 B.R. 826 (D. Del. 1998), *aff'd,* 209 F.3d 291 (3d Cir.), *cert. denied,* 531 U.S. 873 (2000) .................................................. 42

*Smith v. Van Gorkom*, 488 A.2d 858 (Del. 1985) ........................................................ 30

### FEDERAL STATUTES AND FEDERAL RULES

11 U.S.C. § 101(41A) ............................................................................................... 44

11 U.S.C. § 105 ................................................................................................... 1, 2, 21

11 U.S.C. § 105(a) ..................................................................................... 1, 2, 21, 32, 34

11 U.S.C. § 322(a) ..................................................................................................... 44

11 U.S.C. § 322(b) ..................................................................................................... 44

11 U.S.C. § 332 .......................................................................................................... 45

11 U.S.C. § 363 ........................................................... 1, 2, 4, 5, 6, 7, 8, 11, 12, 13, 14, 15, 16, 19, 20, 21, 24, 25, 26, 28, 29, 31, 32, 37, 44, 45, 46

11 U.S.C. § 363(b) ............................................................................................. 1, 2, 21, 30

11 U.S.C. § 363(b)(1) ......................................................................................... 29, 39, 43, 44

11 U.S.C. § 363(f) ........................................................................................... 1, 2, 20, 21, 32, 33

11 U.S.C. § 363(f)(1) .................................................................................................. 42

11 U.S.C. § 363(f)(2) ................................................................................................. 34, 39

11 U.S.C. § 363(f)(5) .................................................................................................. 34

11 U.S.C. § 363(k) ............................................................................................... 1, 2, 9 n.3, 21

11 U.S.C. § 363(m) .......................................................................................... 1, 2, 21, 42-43

11 U.S.C. § 365 .................................................................................................... 1, 2, 41

11 U.S.C. § 365(a) ...................................................................................................... 38

# TABLE OF AUTHORITIES

11 U.S.C. § 365(b) ........................................................................................................................38

11 U.S.C. § 365(b)(1) ..............................................................................................................39,40

11 U.S.C. § 365(b)(1)(c) ...............................................................................................................40

11 U.S.C. § 365(b)(2) ...................................................................................................................39

11 U.S.C. § 365(f) ....................................................................................................40, 41, 42, 46

11 U.S.C. § 365(f)(1) ...................................................................................................................41

11 U.S.C. § 365(f)(2) ...................................................................................................................39

11 U.S.C. § 365(f)(3) ...................................................................................................................41

11 U.S.C. § 1114 ..........................................................................................................................12

28 U.S.C. § 157 ............................................................................................................................21

28 U.S.C. § 157(b) .......................................................................................................................21

28 U.S.C. § 1334 ..........................................................................................................................21

28 U.S.C. §§ 1408 ........................................................................................................................21

28 U.S.C. §§ 1409 ........................................................................................................................21

Fed. R. Bankr. P. 1007-2 .......................................................................................................2 n.1, 7

Fed. R. Bankr. P. 1015(b) ..............................................................................................................7

Fed. R. Bankr. P. 2002 ..........................................................................................1, 2, 21, 25, 26, 29

Fed. R. Bankr. P. 2002(a) ............................................................................................................25

Fed. R. Bankr. P. 2002(c) ............................................................................................................25

Fed. R. Bankr. P. 2003(d) ............................................................................................................27

Fed. R. Bankr. P. 2002(l) .............................................................................................................27

Fed. R. Bankr. P. 6004 ......................................................................................................1, 2, 21

## TABLE OF AUTHORITIES

Fed. R. Bankr. P. 6004(f)(1) ..................................................................................................29

Fed. R. Bankr. P. 6004(h) .........................................................................................21, 45, 46

Fed. R. Bankr. P. 6006............................................................................................... 1, 2, 21

Fed. R. Bankr. P. 6006(d) ......................................................................................................46

Fed. R. Bankr. P. 9013-1(b)...................................................................................................25

Dated: June 30, 2009
       New York, New York

                              /s/ Stephen Karotkin
                              Harvey R. Miller
                              Stephen Karotkin
                              Joseph H. Smolinsky

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007