FRANK COUCH
6430 SPINNAKER LN
ALPHARETTA GA. 30005
770-650-9555

June 23, 2009

Clerk of the Bankruptcy Court
United States Bankrupttcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

Dear sir:
    In regard to Chapter 11 Case No. 09-50026(REG) GENERAL MOTORS CORP.

    On behalf of the Betty and Frank Couch Jr. Trust as Trustee of this Trust which owns 20,000 GM Series C Senior Debentures held by Vanguard Brokerage I wish to object to the sale of substantialy all of Debtors (General Motors) assets pursuant to master sale and purchase agreement with Vehicle Acquision Holdings LLC.

    Recognize that I did not receive notice of this hearing until June 22, 2009 after the "Objection Deadline" had passed. Please consider my objection and and do not consider me to have consented to the 363 Transaction or any other relief requested in the Motion.

Sincerly yours,

*Frank Couch Jr. trustee*
Frank Couch Jr. Trustee