James M. Sullivan, Esq.
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

and

Christopher J. Giaimo, Esq.
Mary Joanne Dowd, Esq.
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 857-6000

Attorneys for The Timken Company, Superior
Industries International, Inc., Discovery
Communications, LLC, Harman Becker
Automotive Systems and its affiliated
companies, Toyota Boshoku America, Inc.,
and JJF Management Services, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x

In re

GENERAL MOTORS CORP., *et al.*,

                Debtors.

--------------------------------------------------------- x

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                          ) ss:
COUNTY OF NEW YORK  )

      NOVA A. CONSTANTINO, being sworn, deposes and says:

      1.      Deponent is not a party to this action, is over eighteen years of age, and resides in Kings County, New York.

NYC/439407.1

2.      On July 1, 2009, I served the *Verified Statement of Arent Fox LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure* [Docket No. 2728] upon the parties on the attached service list via first class mail, by depositing true copies thereof, enclosed in a postage paid, properly addressed envelope, bearing the return business address of the undersigned, in an official depository under the exclusive care and custody of the United States Postal Service within the city and state of New York.

                                                              */s/ Nova A. Constantino*
                                                              Nova A. Constantino

Sworn to before me this
1st day of July, 2009.

        */s/  Miriam Lyle McKibben*
Notary Public, State of New York
No. 31-4873251
Qualified in Queens County
Commission Expires 10/6/2010

## SERVICE LIST

The Honorable Robert E. Gerber
U.S. Bankruptcy Court
Southern District
One Bowling Green
New York, NY  10004-1408

The Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq.
        Stephen Karotkin, Esq.
        Joseph H. Smolinsky, Esq.

General Motors Corporation
300 Renaissance Center
Detroit, Michigan 48265
Attn: Lawrence S. Buonomo, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi, Esq.

The U.S. Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220
Attn: Chief Counsel, Office of Financial Stability

Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attn:  Michael J. Edelman, Esq
        Michael L. Schein, Esq.

McMillan LLP
Brookfield Place
Suite 4400, 181 Bay Street
Toronto, Ontario, Canada M5J 2T3
Attn: Peter A. Willis

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Attn: Peter V. Pantaleo, Esq.
     David J. Mack, Esq.

Morgan, Lewis & Bockius LLP
101 Park Ave
New York, NY 10178
Attn: Richard S. Toder, Esq.
     Andrew D. Gottfried, Esq.
     Richard S. Petretti, Esq.

Babette A. Ceccotti
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, New York 10036

Daniel W. Sherrick
Niraj R. Ganatra
Legal Department
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Thomas M. Kennedy, Esq.
Susan M. Jennik, Esq.
Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY 10003

U.S. Dept. of Labor
Attn: Deputy Solicitor of Labor
200 Constitution Avenue, NW
Washington, DC 20201

Roger Frankel
Richard H. Wyron
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706

Patton Boggs LLP
Michael P. Richman
Mark A. Salzberg
Melissa Iachan
1185 Avenue of the Americas
30th Floor
New York, NY  10036

Lorraine S. McGowen
Alyssa D. Englund
Courtney M. Rogers
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103

United States Attorney's Office,
Southern District of New York, Civil Division
Tax & Bankruptcy Unit
86 Chambers Street, 3rd Floor
New York, NY 10007

Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Gordon Z. Novod