Barry E. Bressler (*admitted pro hac vice*)
Richard A. Barkasy (*admitted pro hac vice*)
Benjamin P. Deutsch (BD-5435)
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, NY 10005-1101
Phone: (212) 973-8000
Fax: (212) 972-8798
*Attorneys for the Ad Hoc*
*Committee of Consumer Victims of General Motors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
In re:                                        :   Chapter 11
                                              :
GENERAL MOTORS CORP., *et al.*,               :   Case No. 09-50026 (REG)
                                              :
                        Debtors.              :   (Jointly Administered)
------------------------------------------------------------X

**JOINT STATEMENT REGARDING TREATMENT OF
SUCCESSOR LIABILITY ISSUES FROM THE AD HOC
COMMITTEE OF VICTIMS OF GENERAL MOTORS
AND OTHER PRODUCT LIABILITY CLAIMANT ADVOCATES**

It is our understanding that the sale documents currently provide for the following with regard to successor liability claims:

- ***Treatment of "Future Claimants"*: (Product Liability)**
    - Group consists of claimants whose **"Triggering Liability Event"** (*i.e.,* date of accident or event giving rise to personal injury or damage to property) occurs post-closing regardless of when vehicle was purchased.
    - These Claims will be assumed and paid by New GM.
- ***Treatment of "Post-Petition Claimants"*: (Product Liability)**
    - Group consists of claimants whose Triggering Liability Event occurs between the Petition Date (inclusive) and extending up through, but not including, the Closing Date.
    - These Claims will be afforded administrative claim priority and be paid by the estate.
- ***Treatment of "Pre-Petition Existing Claimants"*: (Product Liability)**
    - Group consists of claimants whose Triggering Liability Event occurred prepetition.
    - These claims are not being assumed by New GM and will be treated as general unsecured claims in the Debtors' bankruptcy cases.
- ***Asbestos Current and Future Claims and Environmental Claims"*:**
    - Debtors position of current status is accurately set forth in their Statement.