UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
GENERAL MOTORS CORP., *et al.*, :                    09—50026-(REG)
:
Debtors. : (Jointly Administered)
:
-----------------------------------------------------------x

## WITHDRAWAL OF NON-DEBTOR COUNTERPARTY'S OBJECTION TO CURE AMOUNT ONLY WITH RESPECTIVE TO ASSUMABLE EXECUTORY CONTRACT

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Carlisle & Company, Inc., a MA corporation identified as Vendor ID# 46922410, as party to an Assumable Executory Contract, hereby WITHDRAWS it's Non-debtor Counterparty's Objection to Cure Amount Only with Respective to Assumable Executory Contract, docket entry 1279.

Carlisle & Company, Inc.
30 Monument Sq.
Concord, MA  01742

By: *[signature]*
Kathleen M. Breault
Finance Manager

June 24, 2009

Certificate of Service

Kathleen M. Breault, being duly sworn, deposes and states that she is not a party to the action and is over the age of 18 currently residing in MA and on June 24, 2009 served by first class U.S. mail the forgoing Objection to Cure Amount on the following: Debtors, c/o General Motors Corporation, Cadillac Bldg., 30009 Van Dyke Ave., Warren, Michigan 48090-9025 (Attn: Warren Command Center, Mailcode 480-206-114); (ii) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (iii) the U.S. Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Matthew Feldman, Esq.); (iv) Cadwalader, Wickersham &Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the attorneys for the Creditors Committee; (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); and (vii) the Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004.

*Kathleen M. Breault*
Kathleen M. Breault