UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In Re:                                             :
                                                   :       Case No. 09-50026 REG
GENERAL MOTORS CORP.. et. al.,       :
                                                   :       Jointly Administered
                                                   :       Chapter 11
                Debtor.                        :
---------------------------------------------------------x

### WITHDRAWAL OF THE STATE OF MICHIGAN, DEPARTMENT OF TREASURY'S LIMITED OBJECTION TO DEBTORS' PROPOSED MASTER SALE

Now comes the State of Michigan, Department of Treasury by and through its attorneys, Michael A. Cox, Attorney General and Julius O. Curling, Assistant Attorney General and Kathleen A. Gardiner, Assistant Attorney General, and hereby withdraws it Limited Objection to the Debtors' Proposed Master Sale and Purchase Agreement.  This Withdrawal applies solely to the Michigan Department of Treasury's limited objection and not to the objections of any other department, agency or office of the State of Michigan.

        Respectfully submitted,

        Michael A. Cox
        Attorney General
        /s/ Julius O. Curling
        Julius O. Curling
        Kathleen A. Gardiner
        Assistant Attorneys General
        Cadillac Place
        3030 West Grand Blvd., Ste. 10-200
        Detroit, MI 48202
        Telephone:  (313) 456-0140

Dated:  June 30, 2009