**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re:

GENERAL MOTORS CORP., et al.,            Case No. 09-50026-REG
                                                          Chapter 11
                  Debtor(s).                      Jointly Administered
_____/

## PROOF OF SERVICE

The undersigned certifies that on July 1, 2009, a copy of the *Withdrawal of the State of Michigan, Department of Treasury's Limited Objection to Debtors' Proposed Master Sale and Purchase Agreement* was served upon the following parties either electronically or by depositing said copies in the U.S. Mail, postage prepaid:

Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq. and Joseph H. Smolinsky, Esq.)

Cleary Gottlieb Steen & Hamilton LLP, attorneys for the UAW, One Liberty Plaza, New York, New York 10006 (Attn: A. Richard Susko, James L. Bromley, Esq.)

Cohen, Weiss and Simon LLP, the attorneys for the UAW, 330 W. 42nd Street, New York, New York 10036 (Attn: Babette Ceccotti, Esq.)

Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.)

Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.);

Cadwalader, Wickersham & Taft, LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281, Attn: John J. Rapisardi, Esq.; and

Kramer Levin Naftalis & Frankel LLP, counsel to the Official Committee of Unsecured Creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Gordon Z. Novod, Esq.).

                Respectfully submitted,

                Michael A. Cox
                Attorney General

                /s/Julius O. Curling
                Julius O. Curling ( P58248)
                /s/Kathleen A. Gardiner
                Kathleen A. Gardiner (P45245)
                Assistant Attorneys General
                Revenue Division
                3030 W. Grand Blvd Ste 10-220
                Detroit, MI 48202
                Telephone:  (313) 456-0140
                curlingj@michigan.gov
                gardinerk@michigan.gov

Dated:  July 1, 2009