George H. Kalikman (*admitted pro hac vice*)
Benjamin P. Deutsch
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, New York 10005
Telephone: (212) 973-8000
Fax: (212) 972-8798
BDeutsch@Schnader.com

*Attorneys for Creditor New United Motor Manufacturing, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
                         :

In re                          :        Chapter 11

GENERAL MOTORS CORPORATION, *et al.*, :        Case No. 09-50026 (REG)

           Debtors.       :        (Jointly Administered)
------------------------------------------------------X

**SUPPLEMENTAL OBJECTION OF CREDITOR NEW UNITED MOTOR
MANUFACTURING, INC. TO THE AMENDED AND SUPPLEMENTED
OMNIBUS REPLY OF THE DEBTORS TO OBJECTIONS TO DEBTORS'
MOTION PURSUANT TO 11 11 U.S.C. §§105, 363(b), (f), (k), and (m), AND 365
AND FED R. BANKR. P. 2002, 6004, AND 6006, TO (I) APPROVE (A) THE SALE
PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH
VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED
PURCHASER, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES,
AND OTHER INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF
CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND
(C) OTHER RELIEF; AND (II) SCHEDULE SALE APPROVAL HEARING**

Creditor New United Motor Manufacturing, Inc., a California corporation ("**NUMMI**"),

by and through its attorneys, Schnader Harrison Segal & Lewis LLP, hereby respectfully submits

this Supplemental Objection in order to correct an error in Exhibit J-1 of the Debtors' Amended

and Supplemented Omnibus Reply ("**Schedule J-1**"), attached hereto.

      1.        Schedule J-1 represents that NUMMI has withdrawn its Objection to the Notice of

(I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of

Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts

Related Thereto (Docket No. 1118) (the "**Objection**").

    2.      Exhibit J-1 is in error; NUMMI has not withdrawn its Objection.

    3.      NUMMI's undersigned counsel notified Debtors' counsel of this error by email

and telephone, but they have not received a response from Debtors' counsel.  NUMMI continues

to invite the Debtors to communicate with NUMMI so that the specific issues raised in

NUMMI's Objection can be addressed and efforts can be made to resolve them.

Dated:  New York, New York
        July 1, 2009

/s/ Benjamin P. Deutsch
      Benjamin P. Deutsch

SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, New York 10005
Telephone: (212) 973-8000
Fax: (212) 972-8798
bdeutsch@schnader.com

*and*

George H. Kalikman (*admitted pro hac vice*)
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone:  (415) 364-6734
Fax: (415) 364-6785
gkalikman@schnader.com

*Attorneys for Creditor New United Motor
Manufacturing, Inc.*

PHDATA 3217353_1

2

**<u>Schedule J-1</u>**

# Exhibit 1
## Withdrawn Objections

| Docket # | Obj. Date | Name |
|---|---|---|
| 1244 | 6/15/2009 | ABC Group, Inc. |
| 1434 | 6/15/2009 | Accuride Corp |
| 1344 | 6/15/2009 | ADAC - Strattec |
| 1102 | 6/15/2009 | ADAC Plastics, Inc. |
| 1129 | 6/15/2009 | Advics North America, Inc. |
| 1421 | 6/15/2009 | Affinia Group, Inc. and certain of its affiliates |
| 1415 | 6/15/2009 | Air International (U.S.), Inc. and Air International Thermal (Austrialia) Pty Ltd. |
| 1809 | 6/18/2009 | Airgas, Inc. and its subsidiaries and related entities |
| 1365 | 6/15/2009 | Airtex Products, L.P. |
| 1626 | 6/16/2009 | Ai-Shreveport LLC |
| 1040 | 6/12/2009 | Albar Industires, Inc. |
| 1449 | 6/15/2009 | Android Industries LLC |
| 1446 | 6/15/2009 | Android Industries-Delta Township, LLC |
| 1452 | 6/15/2009 | Android Industries-Shreveport LLC |
| 1339 | 6/15/2009 | APL Co. Pte. Ltd. and American President Lines, Ltd. |
| 1150 | 6/12/2009 | Aquent LLC |
| 813 | 6/12/2009 | Aramark Holdings Corporation |
| 891 | 6/15/2009 | Assurant Inc. dba SSDC Services Corp. |
| 906 | 6/12/2009 | AT&T |
| 2466 | 6/24/2009 | Atlas Oil Company |
| 805 | 6/12/2009 | Auma, S.A. de C.V. |
| 862 | 6/12/2009 | Autoliv ASP, Inc. |
| 918 | 6/2/2009 | Automatic Data Processing , Inc. |
| 778 | 6/12/2009 | Avery Dennison Corporation |
| 1295 | 6/15/2009 | Ballard Materials Products, Inc. |
| 640 | 6/11/2009 | BASF Corporation |
| 1212 | 6/15/2009 | Bay Logistics, Inc. |
| 2038 | 6/19/2009 | BBi Enterprises Group, Inc. |
| 916 | 6/12/2009 | Behr America, Inc. |
| 919 | 6/12/2009 | Behr GmbH & Co. KG |
| 1045 | 6/15/2009 | Benteler Automotive Corporation |
| 1023 | 6/15/2009 | BHM Technologies Holdings, Inc., The Brown Company of Waverly, LLC, The Brown Company of Moberly, LL |
| 912 | 6/12/2009 | Bing Metals Group, Inc. |
| 2415 | 6/24/2009 | Blue Marble Environmental, Inc. |
| 825 | 6/12/2009 | Bocar, S.A. de C.V. |
| 841 | 6/15/2009 | Borgwarner, Inc. |
| 2075 | 6/19/2009 | Buehler Motor GMBH |
| 2566 | 6/24/2009 | CAG Holdings AG, Raufoss Automotive Components Canada and Raufoss Technology AS |
| 2436 | 6/24/2009 | CalsonicKansei North America, Inc. |
| 1077 | 6/15/2009 | Capgemini America, Inc. |
| 827 | 6/12/2009 | Cassens Transport Company |
| 1054 | 6/15/2009 | Cellco Partnership dba Verizon Wireless |
| 1360 | 6/15/2009 | Central Conveyor Inc. |
| 1363 | 6/15/2009 | Champion Laboratories, Inc. |
| 1211 | 6/15/2009 | Chemico Mays, LLC |
| 1250 | 6/15/2009 | Chemico Mays, LLC |
| 1208 | 6/15/2009 | Chemico Systems, Inc. |
| 1640 | 6/16/2009 | Chrysler Group LLC, on behalf of itself and as agent for Old Carco LLC and Chrysler Motors LLC |
| 1908 | 6/19/2009 | Chrysler Group LLC, on behalf of itself and as agent for Old Carco LLC and Chrysler Motors LLC |
| 1372 | 6/15/2009 | Clarcor, Inc. and Total Filtration Services, Inc. |
| 1347 | 6/15/2009 | Cloyes Gear & Products, Inc. |
| 1459 | 6/15/2009 | CNI Enterprises, Inc. |
| 1243 | 6/15/2009 | Coastal Container Corporation and Vericorr Packaging of Coastal, LLC |
| 653 | 6/10/2009 | Comau, Inc. |
| 1126 | 6/15/2009 | Commercial Contracting Corporation |

**Exhibit 1**
**Withdrawn Objections**

| Docket # | Obj. Date | Name |
|---|---|---|
| 1152 | 6/15/2009 | Compagnie de Saint-Gobain |
| 1645 | 6/12/2009 | Comprehensive Logistics Co., Inc. |
| 792 | 6/12/2009 | Compuware Corporation |
| 1273 | 6/12/2009 | Concept Industries, Inc. |
| 1824 | 6/18/2009 | Continental AG and its affiliates |
| 1978 | 6/19/2009 | Continental Structural Plastics, Inc. |
| 1294 | 6/15/2009 | Cooper-Standard Automotive |
| 769 | 6/12/2009 | Creative Foam Corporation |
| 1089 | 6/11/2009 | D.W. Griffith, Inc. |
| 1219 | 6/15/2009 | Dakkota Integrated Systems, LLC |
| 1752 | 6/16/2009 | Danaher Corporation |
| 2544 | 6/25/2009 | Delta Tooling Co. |
| 1638 | 6/16/2009 | Delta Tooling Co., and certain of its affiliates and subsidiaries, including without limitation, Del |
| 758 | 6/12/2009 | DENSO International America, Inc. |
| 1325 | 6/15/2009 | Detroit Technologies |
| 2608 | 6/25/2009 | Detroit Technologies, Inc. |
| 2508 | 6/25/2009 | Detroit Technologies, Inc. and certain subsidiaries and affiliates |
| 1132 | 6/15/2009 | Discovery Communications, LLC |
| 1381 | 6/15/2009 | Dura Automotive Systems, Inc. and certain of its affiliates |
| 1224 | 6/15/2009 | Eaton Corporation |
| 1299 | 6/15/2009 | EMCON Technologies |
| 1653 | 6/16/2009 | EnovaPremier of Michigan LLC |
| 1650 | 6/16/2009 | Ernie Green Industries, Inc. |
| 1479 | 6/16/2009 | Etkin Management Services, Inc. |
| 1643 | 6/12/2009 | Falcon Transport Co. |
| 1391 | 6/15/2009 | FANUC Robotics America, Inc. |
| 1429 | 6/15/2009 | Faurecia USA Holdings, Inc., Faurecia Interior Systems, Inc., Faurecia Automotive Seating, Inc., and |
| 888 | 6/15/2009 | Federal Express Corporation |
| 1584 | 6/16/2009 | Feuer Powertrain GmbH & Co. KG |
| 1037 | 6/12/2009 | Fiat S.p.A. |
| 1399 | 6/15/2009 | Ficosa North America Corporation |
| 572 | 6/10/2009 | Flex-N-Gate Corporation |
| 2429 | 6/24/2009 | Foster Electric Co., Ltd., Foster Electric (U.S.A.) Inc., a/k/a Foster Electric America, Foster Elec |
| 775 | 6/12/2009 | Foster Electric, Inc. |
| 858 | 6/15/2009 | Fujiwa Machinery Industry (Kunshan) |
| 842 | 6/12/2009 | Fuzhou Lioho Machinery Co., LTD |
| 756 | 6/12/2009 | Georg Fischer Automotive AG |
| 1437 | 6/15/2009 | Getrag Transmission Corporation |
| 865 | 6/15/2009 | GHSP, Inc. and JSJ Corporation |
| 1386 | 6/15/2009 | Gill Industries |
| 1427 | 6/15/2009 | GKN Driveline, GKN Sinter Metals, GKN Polsk Sp Z.O.O., and GKN Deutschland |
| 1566 | 6/16/2009 | Gonzalez Design Engineering, Gonzalez Production Systems, and Gonzalez Manufacturing Technologies |
| 1428 | 6/15/2009 | Gonzalez-Group |
| 794 | 6/12/2009 | GP Strategies Corporation, General Physics Corporation, and Sandy Corporation |
| 1321 | 6/15/2009 | Grupo Antolin North America |
| 2524 | 6/25/2009 | Grupo KUO, S.A.B. de C.V. |
| 2173 | 6/22/2009 | Hagemeyer, N.A. America and certain of its affiliates |
| 814 | 6/12/2009 | Hayman Management Co. |
| 1409 | 6/15/2009 | Hella KGaA Hueck & Co., Hella Corporate Center USA, Inc., and certain affiliated entities |
| 893 | 6/12/2009 | Henkel Corporation |
| 2617 | 6/25/2009 | Henniges Automotive Holding, Inc. |
| 1426 | 6/15/2009 | Henniges Automotive Holding, Inc. and certain of its affiliates and subsidiaries |
| 2517 | 6/25/2009 | Henniges Automotive Holding, Inc. and certain of its affiliates and subsidiaries |
| 854 | 6/15/2009 | Hilite Industries, Inc. |
| 1326 | 6/15/2009 | Hirotec America, Inc. |

**Exhibit 1**
**Withdrawn Objections**

| Docket # | Obj. Date | Name |
|---|---|---|
| 1151 | 6/15/2009 | Hitachi Cable Indiana, Inc. |
| 1149 | 6/15/2009 | Hitachi, Ltd. |
| 883 | 6/12/2009 | Horiba Instruments Inc. and Horiba Ltd. |
| 799 | 6/12/2009 | Ideal Contracting, LLC |
| 791 | 6/12/2009 | Ideal Setech Share The Space, LLC |
| 1176 | 6/15/2009 | International Automotive Components Group North America Inc. |
| 1092 | 6/15/2009 | International Business Machines Corporation |
| 1400 | 6/15/2009 | Inteva Products, LLC |
| 2530 | 6/25/2009 | Inteva Products, LLC |
| 1463 | 6/15/2009 | Isuzu Motors Limited |
| 1080 | 6/15/2009 | J.B. Hunt Transport Services, Inc. |
| 894 | 6/12/2009 | J2 Management Corp. |
| 1259 | 6/15/2009 | JAC Products, Inc. |
| 1261 | 6/15/2009 | JASCO international, LLC |
| 1334 | 6/15/2009 | Jason Incorporation dba Janesville Acoustics |
| 1105 | 6/15/2009 | Johnson Controls, Inc., Intertec Systems, LLC, JCIM, LLC |
| 1198 | 6/15/2009 | Johnson Matthey Vehicle Testing & Development, LLC, Johnson Matthey Inc. |
| 2006 | 6/19/2009 | Kayaba Industry, Co. Ltd. |
| 1351 | 6/15/2009 | Key Plastics |
| 694 | 6/11/2009 | Koch Enterprises, Inc. |
| 1396 | 6/15/2009 | Kohlberg & Co LLC dba PGW, LLC |
| 753 | 6/12/2009 | Kongsberg Automotive, Inc., Kongsberg Driveline Systems I, Inc., Kongsberg Driveline Systems S de RL |
| 2488 | 6/25/2009 | Kongsberg Automotive, Inc., Kongsberg Driveline Systems I, Inc., Kongsberg Driveline Systems S de RL |
| 907 | 6/12/2009 | L. & A Architects, Inc. |
| 890 | 6/12/2009 | Lapeer Metal Stamping Co., Inc. |
| 1664 | 6/17/2009 | Lapeer Metal Stamping Companies, Inc. |
| 1100 | 6/15/2009 | Lear Corporation |
| 2168 | 6/22/2009 | Leggett and Platt, Incorporated |
| 1317 | 6/15/2009 | LEM USA, Inc. |
| 1036 | 6/15/2009 | LG Electronics USA, Inc. |
| 851 | 6/15/2009 | Lioho Light Metal (Kunshan) Co., Ltd. |
| 848 | 6/15/2009 | Liufeng Machinery Industry Co., Ltd. |
| 1098 | 6/15/2009 | LMC Phase II, LLC and PSEG Resources LLC |
| 750 | 6/12/2009 | Logistics Insight Corp. |
| 2138 | 6/22/2009 | Magna International, Inc. |
| 963 | 6/12/2009 | Mahar Tool Supply Company, Inc. |
| 1170 | 6/15/2009 | Mando Corporation |
| 1450 | 6/15/2009 | Mann+Hummel USA, Inc., Mann+Hummel GMBH, Mann+Hummel Advanced Filtration Concepts, Inc., Mann+Hummel |
| 1050 | 6/11/2009 | Market Insight Corporation |
| 884 | 6/12/2009 | Martin Transportation Systems, Inc. |
| 1425 | 6/15/2009 | Martinrea International, Inc. and its subsidiaries |
| 1081 | 6/12/2009 | Maxxis International - USA |
| 1737 | 6/17/2009 | Meadville Forging Company and Carolina Forge Company |
| 1394 | 6/15/2009 | Medialink Worldwide |
| 957 | 6/12/2009 | Midway Products Group, Inc. |
| 1086 | 6/15/2009 | MIS Environmental Services, Inc. |
| 1379 | 6/15/2009 | Mitsuba Corp. |
| 1322 | 6/15/2009 | Mitsubishi Heavy Industries |
| 864 | 6/15/2009 | Mitsuboshi Belting, LTD. |
| 1417 | 6/15/2009 | Modine Manufacturing Company |
| 2572 | 6/25/2009 | Modine Manufacturing Company |
| 1039 | 6/15/2009 | Modineer Co. |
| 1649 | 6/16/2009 | Mold Masters Co. |
| 2342 | 6/23/2009 | Mold Masters Co., |
| 1309 | 6/15/2009 | Molded Fiber Glass Co. |

# Exhibit 1
## Withdrawn Objections

| Docket # | Obj. Date | Name |
|---|---|---|
| 773 | 6/12/2009 | Mubea, Inc. |
| 1064 | 6/13/2009 | Nagel Precision, Inc. |
| 1361 | 6/15/2009 | National Auto Radiator Mfg. Co. Ltd. |
| 1330 | 6/15/2009 | Neptune Orient Lines, Ltd. dba APL Logistics Transport, et. al |
| 1118 | 6/15/2009 | New United Motor Manufacturing |
| 1458 | 6/15/2009 | Newport Television |
| 1423 | 6/15/2009 | NGK Spark Plugs (U.S.A.), Inc, |
| 1133 | 6/15/2009 | Niles America Wintech, Inc. |
| 1235 | 6/15/2009 | Norfolk Southern Corporation, Norfolk Southern Railway, and Triple Crown Services Company |
| 749 | 6/12/2009 | Northern Engraving Corporation |
| 763 | 6/12/2009 | Novodynamics, Inc. |
| 2072 | 6/19/2009 | NYX, Inc. and Bates Acquisition, LLC |
| 855 | 6/12/2009 | Ogihara America Corporation |
| 1292 | 6/15/2009 | Omron Automotive Electronics, Inc. |
| 2005 | 6/12/2009 | Ottaway Motor Express |
| 887 | 6/12/2009 | Overhead Conveyor Company |
| 1206 | 6/15/2009 | Panasonic Electronic Works Corporation of America |
| 772 | 6/12/2009 | Paragon Metals, Inc. |
| 1329 | 6/15/2009 | Park-Ohio Industries, Inc. |
| 2559 | 6/25/2009 | Pennzoil-Quaker State Company dba SOPUS Products |
| 1460 | 6/15/2009 | Penske Auto Group |
| 869 | 6/12/2009 | Penske Logistics LLC and Automotive Component Carriers LLC |
| 1304 | 6/15/2009 | Peugeot Japy Industries, SA |
| 715 | 6/12/2009 | Phillips Lytle LLP |
| 701 | 6/12/2009 | Pilkington North America, Inc. and certain of its affiliates and subsidiaries |
| 711 | 6/12/2009 | Pioneer Steel Corporation |
| 717 | 6/11/2009 | Pioneer Steel Corporation |
| 1385 | 6/15/2009 | Pirelli Tires, LLC |
| 1205 | 6/15/2009 | PJAX, Inc. |
| 2029 | 6/19/2009 | Plastic Omnium Auto Exteriors, L.L.C., Plastic Omnium Auto Exteriores, S.A. de C.V., Burelle, S.A., |
| 1673 | 6/16/2009 | Progressive Stamping Company, Inc. |
| 1422 | 6/15/2009 | Pyeong HWA Automotive Co., Ltd. |
| 1189 | 6/15/2009 | QEK Global Solutions (US) LP |
| 1906 | 6/19/2009 | Quadion Corp. |
| 1160 | 6/15/2009 | Quaker Chemical Corporation |
| 1461 | 6/15/2009 | Raytheon Professional Services, LLC |
| 797 | 6/12/2009 | RCO Engineering, Inc. |
| 1153 | 6/15/2009 | Rhythm North America Corporation and THK Manufacturing of America, Inc. |
| 1849 | 6/18/2009 | Ridgeview Industries, Inc. |
| 897 | 6/12/2009 | Rima Manufacturing Company |
| 1305 | 6/15/2009 | RMT Acquisition Company, LLC |
| 892 | 6/12/2009 | Rubber Enterprises, Inc. |
| 2487 | 6/24/2009 | Ryobi Ltd. and Ryobi Die Casting (USA), Inc. |
| 1238 | 6/15/2009 | Sabo Industria e Comercio de Autopecas Ltda |
| 1223 | 6/15/2009 | Sabo USA, Inc. |
| 1313 | 6/15/2009 | Saginaw LLc and Brazing Concepts LLC |
| 1255 | 6/15/2009 | Sanden International (USA), Inc. |
| 857 | 6/12/2009 | Sandler & Travis Trade Advisory Services, Inc. |
| 1387 | 6/15/2009 | Security Packaging, Inc. |
| 1007 | 6/11/2009 | Severn Trent Del Inc. |
| 899 | 6/12/2009 | Severstal North America, Inc. |
| 879 | 6/12/2009 | Shanghai Automotive Industry Corporation (Group) |
| 1349 | 6/15/2009 | Shiloh Industries, Inc. |
| 708 | 6/12/2009 | Soroc Acquisiton Corp. |
| 1354 | 6/15/2009 | Sprint Nextel Corporation |

**Exhibit 1**
**Withdrawn Objections**

| Docket # | Obj. Date | Name |
|---|---|---|
| 748 | 6/12/2009 | StarSource Management Services |
| 1355 | 6/15/2009 | Stoneridge, Inc._Stoneridge Pollak, Ltd._Hi-Stat Mfg. |
| 1338 | 6/15/2009 | Strattec Power Access LLC |
| 1341 | 6/15/2009 | Strattec Security Corporation |
| 1168 | 6/15/2009 | Sumitomo Electric Wiring Systems, Inc. |
| 1324 | 6/15/2009 | Summit Polymers, Inc. |
| 1327 | 6/15/2009 | Summit Polymers, Inc. |
| 909 | 6/12/2009 | Superior Industries International, Inc. |
| 1111 | 6/15/2009 | Superior Industries International, Inc. |
| 1857 | 6/18/2009 | SUPERVALU Inc. |
| 1148 | 6/15/2009 | Tata America International Corporation |
| 1821 | 6/18/2009 | Techform Products Limited |
| 1094 | 6/15/2009 | Tenneco Inc. and certain of its affiliates |
| 1457 | 6/15/2009 | Textron |
| 2358 | 6/24/2009 | The Barnes Group Inc. |
| 1096 | 6/15/2009 | The Barnes Group, Inc. and Seeger-Orbis GmbH & Co. OHG |
| 1182 | 6/15/2009 | The City of Lansing, Michigan |
| 1307 | 6/15/2009 | The Cobalt Group, Inc. |
| 1167 | 6/15/2009 | The Interpublic Group of Companies, Inc. |
| 2580 | 6/24/2009 | The Sherwin-Williams Company |
| 1104 | 6/15/2009 | The Timken Company |
| 1389 | 6/15/2009 | The Timken Company |
| 1442 | 6/15/2009 | ThyssenKrupp Steel North America, Inc., TWB Company LLC, ThyssenKrupp Crankshaft Co., LLC, ThyssenKr |
| 967 | 6/12/2009 | Timco, LLC |
| 2408 | 6/24/2009 | TK Holdings, Inc. |
| 1438 | 6/15/2009 | TK Holdings, Inc. and all other legal entities associated with ultimate DUNS number 690545165 |
| 1465 | 6/15/2009 | TMI Custom Air Systems, Inc. and certain of its affiliates and subsidiaries |
| 2326 | 6/23/2009 | Toledo Molding & Die, Inc. |
| 2369 | 6/24/2009 | Toledo Molding & Die, Inc. |
| 1418 | 6/15/2009 | Toyoda Gosei North America Corporation |
| 2458 | 6/24/2009 | Toyota Boshoku America, Inc. |
| 863 | 6/12/2009 | Toyota Motor Sales, USA |
| 1632 | 6/16/2009 | TPI Incorporated and certain of its subsidiaries |
| 1392 | 6/15/2009 | Trico Products Corporation |
| 1006 | 6/15/2009 | TRW Automotive U.S., LLC |
| 1930 | 6/19/2009 | TT electronics plc, on behalf of subsidiaries AB Automotive Electronics Ltd., AB Electronic Products |
| 1240 | 6/15/2009 | U.S. Bank National Association or U.S. Bank Trust National Association |
| 1019 | 6/12/2009 | Ultralife Corporation |
| 1687 | 6/12/2009 | Unique Fabricating, Inc. |
| 1147 | 6/15/2009 | Unisia Mexicana S.A. DE C.V. |
| 774 | 6/12/2009 | United REMC |
| 838 | 6/12/2009 | United States Steel Corporation |
| 994 | 6/15/2009 | US Farathane Corporation |
| 1675 | 6/17/2009 | Valeo sylvania LLC |
| 1262 | 6/15/2009 | Valeo, Inc. |
| 720 | 6/12/2009 | Vector CANtech, Inc. and Vector Informatik GmbH |
| 1061 | 6/15/2009 | Veolia Water Partners |
| 985 | 6/15/2009 | Verizon Communications Inc. |
| 2009 | 6/19/2009 | Verizon Communications Inc. |
| 1358 | 6/15/2009 | Veyance Technologies, Inc. |
| 1741 | 6/17/2009 | Visiocorp USA, Inc., Visiocorp Mexico, S.A. de C.V., and Visiocorp P.L.C. |
| 1342 | 6/15/2009 | Visiocorp USA, Inc._Visiocorp Mexico S.A. de C.V._Visiocorp PLC |
| 1174 | 6/15/2009 | Visteon Corporation |
| 1180 | 6/15/2009 | WABCO Holdings, Inc. |
| 1155 | 6/15/2009 | Wahler Automotive Systems, Inc., Whaler Metalurgica Ltda, and Gustav Wahler GmbH |

## Exhibit 1
## Withdrawn Objections

| Docket # | Obj. Date | Name |
|---|---|---|
| 1127 | 6/15/2009 | Webasto Roof Systems, Inc. |
| 1282 | 6/15/2009 | Western Flyer Express, Inc. |
| 2605 | 6/26/2009 | WET Automotive Systems Ltd. |
| 946 | 6/12/2009 | Windsor Mold, Inc. and Windsor Mold USA Inc. |
| 1186 | 6/15/2009 | WITTE-Velbert GmbH & Co. KG |
| 999 | 6/12/2009 | Worthington Industries, Inc. |
| 1774 | 6/17/2009 | Yarema Die & Engineering Co. |
| 1195 | 6/12/2009 | Yazaki North America, Inc. |
| 940 | 6/12/2009 | Yeaton Research, Inc. |
| 1116 | 6/15/2009 | Yorozu North America, Inc. (a/k/a/ Yorozu America Corporation) |
| 683 | 6/11/2009 | Zeppelin-Stiftung and ZF Friedrichshafen AG |
| 684 | 6/11/2009 | ZF Lenksysteme GmbH |