UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re

**GENERAL MOTORS CORPORATION,** *et al.*   Case No. 09-50026 (REG)
                                           (Jointly Administered)
                    **Debtors.**
_____

## CERTIFICATE OF SERVICE

     I hereby certify that on July 1, 2009 I served, via the Electronic Docket, an amended per Court instruction, New York State Department of Environmental Conservation's Limited Objections To Debtors' Motion for an Order Approving Sale of Assets Pursuant to 11 U.S.C. § 363, upon the parties listed below in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

                                          _____/s/_____
                                          Loretta Simon
                                          Assistant Attorney General

| | |
|---|---|
| Harvey R. Miller<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>harvey.miller@weil.com | Joseph R. Sgroi<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>jsgroi@honigman.com |
| Joseph H. Smolinsky<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Joseph.Smolinsky@weil.com | Patrick J. Trostle<br>Jenner & Block LLP<br>919 Third Avenue<br>37th Floor<br>New York, NY 10022<br>ptrostle@jenner.com |
| Robert B. Weiss<br>Honigman Miller Schwartz & Cohn, LLP<br>2290 First National Building<br>Detroit, MI 48226<br>rweiss@honigman.com | Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Email: stephen.karotkin@weil.com |
| Tricia A. Sherick<br>Honigman Miller Schwartz and Cohn, LLP<br>660 Woodward Avenue<br>Suite 2290<br>Detroit, MI 48226 | Email: tsherick@honigman.com |

Andrew D. Velez-Rivera  
Brian Shoichi Masumoto  
Office of the U.S. Trustee  
33 Whitehall Street  
21st. Floor  
New York, NY 10004  

Official Committee of Unsecured Creditor  
Gordon Z. Novod  
Kramer Levin Naftalis & Frankel LLP  
1177 AVENUE OF THE AMERICAS  
New York, NY 10036  
gnovod@kramerlevin.com