ORIGINAL

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, N.Y. 10004-1408

## Lead Case # 09-50026

| In Re: | ) | Chapter 11 |
|---|---|---|
| GENERAL MOTORS CORP., et. al.,, Debtors | ) ) ) ) ) | Case # 09-0950026 (Gerber) Jointly Administered |

### Re: 363 Sale Hearing on 6-30-2009 – Notice of Creditor Radha Ramana Murty about participation in the Hearing

This is to notify all concerned that Radha R.M. Narumanchi ("Murty"), a Creditor in this case, who had filed his objection to the proposed Motion for 363 Sale on Legal Grounds will participate in the Hearing on 6-30-2009, and at any adjourned dates of the Hearing, in the following manner:

1) Murty will not offer any fact witnesses or expert witnesses of his own;

2) Murty reserves the right to examine or cross-examine any fact witnesses or expert witnesses presented during the Hearing(s) by any other parties; and

3) Murty reserves the right to make a presentation of his own in the closing arguments on this Motion.

Respectfully submitted..

Dated at New Haven, this 28th day of June, 2009.

CREDITOR (*Pro Se*)

*[signature] 6/28/2009*

(Radha R.M. Narumanchi)
657 Middletown Avenue
New Haven, Ct. 06513
Phone: (203) 562-0536
Email: rrm_narumanchi@hotmail.com

FILED
U.S. BANKRUPTCY C...
2009 JUN 29 A 8: 5...
S.D. OF N.Y.

### Certificate of Service

Certified that the aforementioned "Memorandum of Law" in Opposition to the 363 Sale" has

been mailed to the following parties, this 28th of June, 2009, postage duty paid in full.

The Clerk, United States Bankruptcy Court, Southern District of New York, One Bowling Green
    New York, N.Y. 10004-1408
Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, N.Y. 10153 (Attn: Harvey R. Miller,
    Stephen Karotkin, and Joseph H. Smolinsky).
Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, N.Y. 10281
    (Attn: John J. Rapisardi)
Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, N.Y. 10006
    (Attn: James L. Bromley).
Cohen, Weiss and Simon LLP, 330 W. 42nd Street, New york, N.Y. 10036 (Attn: Babette Ceccotti).
Vedder Price, P.C., 1633 Broadway, 47th floor, New York, N.Y. 10019 (Attn: Michael J. Edelman and
    Michael L. Schein).
Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st floor,
    New York, N.Y. 10004 (Attn: Diana G. Adams).
U.S. Attorney's Office, S.D. N.Y., 86 Chambers Street, 3rd floor, New York, N.Y. 10007 (Attn: David
    S.Jones and Matthew L. Schwartz;
Chambers of Honorable Robert E. Gerber, United States Bankruptcy Court, Southern District of New
    York, One Bowling Green, New York, N.Y. 10004-1408.

*[signature]* 6/28/2009

(Radha R.M. Narumanchi)