UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                       :
                                                             :
GENERAL MOTORS CORP. et al.,                                 :     Case No.: 09-50026 (REG)
                                                             :     Chapter 11
            Debtors                                          :
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, __Karen Cordry__, request admission, *pro hac vice*, before the

Honorable __Robert E. Gerber__ to represent __the States of Nebraska and other States signatory

to the objection filed on 6/19/2009, Docket Nos. 2043 and 2425__, (the "Clients"), parties in interest in the

in the above referenced case.

*I certify that I am a member in good standing* of the bar of the State of __District of Columbia__

and, if applicable, the bar of the U.S. District Court for the _____ District of _____,

Dated: June 29, 2003
Washington, DC

_____ (signature)

__National Association of Attorneys General__

__2030 M St., N.W., 8th Floor__

__Washington, DC 20036__

__kcordry@naag.org__

__(202) 326-6025__

FILED
2009 JUN 30  A 9: 18
U.S. BANKRUPTCY COURT
S.D. OF N.Y.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                              :
                                                    :
    General Motors Corp., et al.              :       Case No.: 09-50002
                                                    :       Chapter 11
        Debtosr                               :
------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of __Karen Cordry__, to be admitted, *pro hac vice*, to represent _the States of Nebraska Nebraska and other States signatory to the objection filed on 6/19/2009, Docket Nos. 2043 and 2425,,_ (the "Clients"), parties in interest in the above referenced case/ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of __District of Columbia__ and, if applicable, the bar of the U.S. Dstrict Court for the _____ District of _____, it is hereby

**ORDERED**, that __Karen Cordry__, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York          /s/  _____
                                         UNITED STATES BANKRUPTCY JUDGE