**Daniel F. Rubinstein and Elaine Rubinstein**
**7827 Ampere Avenue**
**North Hollywood, CA 91605-1853**
**(818) 764-5282**

**Via Certified Mail with Return Receipt**

June 24, 2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    Re: Chapter 11, Case No. 09-50026(REG)

Dear Sirs:

At mid afternoon Pacific time on Friday, June 19, 2009, we received in the U.S. Mail three copies of notification of terms of the Chapter 11 Bankruptcy of General Motors Corporation filed in the above court June 1, 2009.

In the Notice of Sale Hearing to Sell……… on page 2 section B it states in part "so as to be received no later than June 19, 2009, at 5:00 pm (Eastern time) (the "Objection Deadline"). The Failure of any person or entity to file a response or objection on or before the Objection Deadline shall be deemed a consent to the 363 Transaction and the other relief requested in the Motion, and shall bar the assertion, at the Sale Hearing or thereafter, of any objection to the Sale Procedures, the Motion, the 363 Transaction, the approval of the UAW Retiree Settlement Agreement, and the Debtors' consummation of the 363 Transaction."

The lack of timely notice (after the deadline!) of the particulars on the part of the parties listed below appears to be a dereliction of their duties to the court and to this interested party as we hold General Motors bonds which are part of the filing.

    Attorney for Debtors
    Harvey R. Miller
    Stephen Karotkin
    Joseph H. Smolinsky
    Weil, Gotshal & Manges LLP

    J.P. Morgan Clearing Corp.



United States Bankruptcy Court
Page Two

We ask this court to allow parties such as we to respond to the above notification. We also request the court to investigate the failure of the aforementioned parties as to why proper notification was delayed to the point of making it impossible to respond in a timely manner in order to comply with the stated terms of the notice. The above mentioned parties behaved in a cavalier manner.

The General Motors bonds we hold are a significant portion of our investment assets. Should you allow us to respond, our response regarding the General Motors bonds we hold in three brokerage accounts would be, in each case, an objection to the 363 Transaction as stated in the notification.

Sincerely,

*Daniel F. Rubinstein*

Daniel F. Rubinstein

*Elaine Rubinstein*

Elaine Rubinstein

DFR/EMR:er