Streusand & Landon, L.L.P.
515 Congress Street, Suite 2523
Austin, TX 78701
Telephone: (512)236-9901
Sabrina L. Streusand, Esq.

-AND-

Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, New York  10165-0150
Telephone:  (212) 661-3535
Stephen H. Gross, Esq.

Co-Counsel for Dell Financial Services L.L.C,
Dell Marketing, L.P., and Xerox Capital Services L.L.C.
as servicing agent for Xerox Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Case No., 09-50026 (REG) |
| **GENERAL MOTORS CORPORATION,** | Chapter 11 |
| Debtors. | (Jointly Administered) |

**VERIFIED STATEMENT OF STREUSAND & LANDON, LLP PURSUANT**
**TO FEDERAL RULE OF BANKRUTPCY PROCEDURE 2019**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Streusand & Landon, LLP submits the following Verified Statement Pursuant to Federal Rule of Bankruptcy Procedure 2019 ("Verified Statement").

1. Streusand & Landon, LLP ("S&L") represents Dell Financial Services L.L.C., Dell Marketing, L.P., and Xerox Capital Services L.L.C. as servicing agent for Xerox Corporation (collectively the "Clients"), in the above-styled, jointly administered bankruptcy cases (the "Bankruptcy Cases").

2. S&L does not own, nor has it ever owned (i) any equity securities of the Debtors, or (ii) an interest in a claim against the above-referenced Debtors.

3. S&L was retained by each of the Clients either prior to the filing of the Bankruptcy Cases or at the onset of the Bankruptcy Cases.  No conflict of interest currently exists in such representations and each Client has consented to S&L's role as counsel for each of the other Clients.

4. S&L has fully advised each of its Clients with respect to these concurrent representations.  Each of the Clients has agreed to such representations and has requested that S&L represent them in these Bankruptcy Cases.

5. The nature and amount of the claims of each of the Clients is delineated in the chart attached hereto as Exhibit "A."[1]

6. S&L reserves the right to supplement this Verified Statement as necessary.

Dated:  July 1, 2009

                              Respectfully submitted,

By:       /s/ Stephen H. Gross
Stephen H. Gross, Esq.
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, New York  10165-0150
Telephone:  (212) 661-3535
Facsimile:  (212) 972-1677
sgross@hodgsonruss.com

-and-

---

[1] The information provided in Exhibit "A" hereto is made without the waiver of any claims and should not be construed as a waiver of any rights whatsoever.  Each party listed in Exhibit "A" reserves the right to modify, amend, or assert any claims it may possess, even such claims that may be different or in addition to the amounts identified at this early stage of the proceeding.

Sabrina L. Streusand, Esq.
Streusand & Landon L.L.P.
515 Congress Avenue, Suite 2523
Austin, TX 78701
Telephone: (512)236-9901
Facsimile: (512) 236-9904
streusand@streusandlandon.com

**ATTORNEYS FOR DELL FINANCIAL SERVICES L.L.C., DELL MARKETING, L.P., and XEROX CAPITAL SERVICES L.L.C. AS SERVICING AGENT FOR XEROX CORPORATION**

3                          {011142/0255/00014688.1}

# **EXHIBIT A**

| **Streusand & Landon Client** | **General Motors counterparty/debtor** | **Nature and amount of Claim** |
|---|---|---|
| Dell Financial Services L.L.C.<br>12234 North IH-35 Bldg. B<br>Austin, Texas 78753 | General Motors, LLC | Prior to the Bankruptcy, Dell Financial Services L.L.C. supplied computer products. The pre-petition amount due for goods and services leased is approximately $781,946.19. S&L commenced its representation of Dell Financial Services L.L.C. after June 1, 2009 |
| Dell Marketing, L.P.<br>One Dell Way<br>Round Rock, Texas 78682 | General Motors Corporation | Prior to the Bankruptcy, Dell Marketing, L.P. supplied computers and computer products. The total amount for pre-petition goods and services provided by Dell is approximately $260,782.82. S&L commenced its representation of Dell Marketing, L.P. after June 1, 2009. |
| Xerox Capital Services L.L.C. as Servicing Agent for Xerox Corporation<br>5500 Pearl Street<br>Rosemont, Illinois 60018 | General Motors Corporation | Prior to the Bankruptcy, Xerox Capital Services L.L.C. supplied copier and copier products. The total amount for pre-petition goods and services provided by Xerox depends on and varies based on copiers and servers used and is being calculated. S&L commenced its representation of Xerox Capital Services, L.L.C. after June 1, 2009. |