**DLA PIPER LLP (US)**
KAROL K. DENNISTON (Admitted *Pro hac vice*)
JENNIFER L. NASSIRI (Admitted *Pro hac vice*)
550 South Hope Street, Suite 2300
Los Angeles, CA  90071-2678
Tel:  (213) 330-7700
Fax:  (213)330-7701
karol.denniston@dlapiper.com
jennifer.nassiri@dlapiper.com

Attorneys for Hewlett-Packard Company,
Electronic Data Systems, LLC, an HP Company, and
certain of their affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **GENERAL MOTORS CORP., et al.,** | : | |
| | : | **Case No. 09-50026 (REG)** |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------x

**HEWLETT-PACKARD COMPANY AND ELECTRONIC  DATA SYSTEMS, LLC'S WITHDRAWAL OF RESPONSE AND SUPPLEMENTAL RESPONSE  TO NOTICES OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO (DOCKET NOS. 1112 and 2378)**

Based on General Motors Corporation's, *et al.,* the above captioned debtors and debtors in possession (collectively, the "Debtors") assurances of their intentions and good faith assistance in responding to concerns raised by Hewlett-Packard Company ("HP") and Electronic Data Systems, LLC ("EDS") and certain of their affiliates in its (a) Response Of Hewlett-Packard Company And Electronic Data Systems, LLC (and certain affiliates) To Notices Of (I) Debtors Intent To Assume And Assign Certain Executory Contracts And Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Property And (II) Cure Amounts Related Thereto (Docket No. 1112) and (b) Supplemental Response of Hewlett-Packard Company, Electronic Data Systems, LLC and Hewlett-Packard Financial Services Company to Notices of (I) Debtors' Intent

to Assume and Assign Certain Executory Contracts and Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Property and (II) Cure Amounts Related Thereto (Docket No. 2378) ("HP Pleadings"), HP and EDS hereby withdraw the HP Pleadings in reliance upon Debtors' express representations that they intend to work with HP and EDS in good faith to fully and finally resolve all matters relating to the executory contracts to be assumed, and cure amounts, including timely and complete payments of all amounts due HP and EDS consistent with the procedures and orders in these Debtors' bankruptcy cases.

Dated  July 1, 2009

**DLA PIPER LLP (US)**
*Attorneys for Hewlett-Packard Company, Electronic Data Systems, LLC and certain of their affiliates.*

By:   */ s/ Jennifer L. Nassiri*
     KAROL K. DENNISTON (Admitted *Pro hac vice*)
     JENNIFER L. NASSIRI (Admitted *Pro hac vice*)
     550 South Hope Street, Suite 2300
     Los Angeles, CA  90071-2678
     Tel:  (213) 330-7700
     Fax:  (213)330-7701
     karol.denniston@dlapiper.com
     jennifer.nassiri@dlapiper.com

CERTIFICATE OF SERVICE

I, Jennifer L. Nassiri, do hereby certify, that on July 1, 2009, I caused a true and correct copy of the:

**HEWLETT-PACKARD COMPANY AND ELECTRONIC DATA SYSTEMS, LLC'S WITHDRAWAL OF RESPONSE AND SUPPLEMENTAL RESPONSE TO NOTICES OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO (DOCKET NOS. 1112 and 2378)**

to be served (i) electronically through the Court's ECF System on parties requesting electronic service and (ii) on the parties listed on the below service list by the means indicated.

By:   /s/ Jennifer L. Nassiri

**Via E-mail**
*Counsel for Debtors*
Weil, Gothsal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.)
harvey.miller@weil.com;
stephen.karotkin@weil.com
joseph.smolinsky@weil.com

**Via E-mail**
*Counsel for Purchaser*
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
(Attn: John J. Rapisardi, Esq.)
john.rapisardi@cwt.com

**Via E-mail**
*Counsel for Creditors Committee*
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Tel: (212) 715-3275
dcho@kramerlevin.com

**Via E-mail**
*Counsel for Export Development Canada*
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
(Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.)
mjedelman@vedderprice.com
mschein@vedderprice.com

**Via E-mail**
*Office of the United States Trustee*
Office of the United States Trustee
(Attn: Diana G. Adams, Esq.)
33 Whitehall Street, 21st Floor
New York, New York 10004.
diana.adams@usdoj.gov

**Via E-mail**
*Counsel for UAW*
Cleary Gottlieb Steen & Hamilton LLP
(Attn: James L. Bromley, Esq.)
One Liberty Plaza
New York, NY 10006
jbromley@cgsh.com

**Via E-mail**
*Attorneys for UAW*
Cohen, Weiss and Simon LLP
(Attn: Babette Ceccotti, Esq.)
330 W. 42nd Street
New York, NY 10036
bceccotti@cwsny.com

**Via Overnight Mail**
U.S. Attorney's Office, S.D.N.Y.
(Attn: David S. Jones, Esq. and Matthew L. Schwartz)
86 Chambers Street, Third Floor
New York, NY 10007

**Via Overnight Mail**
*U.S. Treasury*
U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
(Attn: Matthew Feldman, Esq.)

WEST\21744631.1 7/1/09

**Via Overnight Mail**
The Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Greet, Room 621
New York, NY 10004-1408

**Via Overnight Mail**
*Debtors*
c/o General Motors Corporation
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
(Attn: Warren Command Center
Mailcode 480-206-114)