UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: General Motors Corp., et al

> Chapter 11 case no.
> 09-50026 (REG)
> Jointly Administered

Debtors.

---

AFFIDAVIT IN SUPPORT OF MOTION
TO ACCEPT FILING OF OBJECTION
AS TIMELY

State of Colorado
Larimer County    ss.

I Matthew H. Quinn state on oath as follows:

1. That I received a Notice of Sale hearing which included a request to approve the GMC/ UAW Retirees Settlement.

2. That I am a proper party to the proceedings in that I hold a Bond, which is Senior debt of the Corporation, issued by General Motors Corporation More Particularly described in the Objection, filed herewith.

3. The Motion was severed on me by mail. **I received the notice on Saturday, June 20,2009 at 1:30 PM, one day after the demanded response time in the Petitioners Motion.**

4. Affiant requests the Court to accept my Objection to be accepted by the Court as a timely response.

_Matthew H. Quinn_

Larimer County, Colorado

I  Diane C. Sutter  notary Public certify that the Above person know to me signed this Affidavit in my presence on The  22nd  day of  June  2009

_Diane C. Sutter_
My Commission Expires October 4, 2012
505 S. St. Vrain Ln., Estes Park, CO 80517

RECEIVED
JUN 26 2009
U.S. BANKRUPTCY COURT, SDNY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: General Motors Corp., et al

                                              Chapter 11 case no.
                                              09-50026 (REG)
                                              Jointly Administered

Debtors.

---

                                   ORDER

The Court, allows the Objection of Affiant to be accepted as timely filed with the Court.

Dated: _____        By the Court,

                                   _____