UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: General Motors Corp., et al

                                Chapter 11 case no.
                                09-50026 (REG)
                                Jointly Administered

Debtors.

---

OBJECTION TO DEBTOR'S REQUEST
TO APPROVE THE UAW SETTLEMENT

The creditor, Matthew H. Quinn, herein, represents himself and states as follows:
    1. That he resides at 115 Ute Lane, Estes Park, CO 80517,

    2. Creditor is an attorney at law, licensed to practice in Wisconsin and Colorado and has been admitted to practice before the Federal court, Eastern District of Wisconsin, and is now semi-retired.

    3. Creditor Received the NOTICE OF SALE HEARING in this case on June 20,2009 at 1:40PM,when it was received at my mail box, which made it impossible for to timely respond.

    4. Creditor is the owner of General Motors Corporation, senior notes 7.125%, 7-15-2013, acquired on 10-15-2013, and the interest has not been paid, an d is due and owing. A copy is hereto attached and incorporated as exibit "A".

    5. Petitioner is requesting the approval of the agreement with the United Auto Workers (UAW) which based of the information of this Creditor would give a priority to the UAW ahead of the senior bond holders.

    6. Creditor believes the senior bonds he holds are prior to the claim of the UAW Retiree Settlement agreement and any claim upon which the agreement is based under the provisions of 11 USC 506.
    7. That the UAW Retiree Settlement agreement between GMC and the UAW or it's employees constitutes a Preference under 11 U.S. chapter III, section 547 B(4)(A) or (B) which if allowed would allow the UAW Retirees to obtain a greater share than the otherwise are entitled to.

    7. That the U.S.Treasury Department has pressured Petitioner and Counsel to speed up the process in these proceedings at the expense of the rights of the despondence and creditors.

Accounts & Trade > Portfolio > Positions >
## View Lots

Help/Glossary

**Account:** TRADITIONAL IRA (183164054)

### Position

As of: 06/20/2009, 1:20 AM

| Symbol | Description | Quantity | Closing Mkt Value | Cost | Net Change | Net Change % | Type |
|---|---|---|---|---|---|---|---|
| 370442BS3 | GENERAL MTRS CORP SR NT 7.125% 07/15/2013 MAKE WHO 07/15/2013 | 20,000.0000 | $2,500.00 | $20,868.20c | -$18,368.20 | -88.02% | Cash |

### Open Lots

The information below is a summary of your open tax lots as of the prior business day's close.

| Date Acquired | Quantity | Cost per Share | Closing Mkt Value | Cost | Net Change | Net Change % | Action |
|---|---|---|---|---|---|---|---|
| 10/23/2003 | 20,000.0000 | $1.04 | $2,500.00 | $20,868.20c | -$18,368.20 | -88.02% | Update Cost |

c - Customer provided Cost. Fidelity is not responsible for its accuracy.

Fidelity provides Cost and associated Net Change ($ and %) information to you as a courtesy service. Retirement account Cost and associated Net Change information should not be used for tax-reporting purposes. Such information is provided to help you estimate and track the change in market value of each position relative to your investments in the security (not including reinvestments of dividends or capital gains). Fidelity makes no warranties with respect to, and specifically disclaims any liability arising out of your use of, or any position taken in reliance upon the Cost information provided herein. Unless otherwise specified, for all securities, Fidelity determines cost at the time of sale using a first-in, first-out (FIFO) methodology.

Fidelity's cost basis information system has a cumulative lifetime limit on how much activity it can track for each individual security position in an account. For this purpose, each buy, sell, dividend, wash sale, disallowed loss, stock split, stock merger, etc., is an event. For some customers, this limit can be reached with approximately 1500 events. Cost basis information for events beyond that limit will usually show as "not available" or "unknown". In addition, any cost basis information shown may be outdated due to events occurring after the limit is exceeded. Once the limit is reached, all cost basis information for the affected position will need to be tracked and updated by the investor. Of course, investors will continue to receive confirms and account statements reflecting current transactions in their accounts. If you are uncertain if you have reached, or are near, the lifetime limit on a particular security position in your account, contact your Fidelity representative for more details.

If specific shares were selected manually rather than electronically, cost basis and gain/loss information displayed will be based on the first-in, first-out (FIFO) calculation method. You will need to refer to your trade confirmation for the lot(s) you selected, and calculate your gain/loss accordingly. In addition, you may need to re-calculate cost basis and gain (loss) information for other positions that were based on the first-in, first-out method to remove the effect of any tax lots that were specifically identified and allocated to other sales.



Copyright 1998–2009 FMR LLC.
All rights reserved.
Terms of Use   Privacy   Security   Site Map

Ex A