MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson Ave., Suite 2500
Detroit, MI 48226
Timothy A. Fusco
Marc N. Swanson
(313) 496-8435

Attorneys for County of Wayne, Michigan

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - x
                                                           :
In re:                                                     :        Chapter 11
                                                           :
General Motors Corporation,                                :        Case No. 09-50026 (REG)
                                                           :
            Debtor.                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - x

**NOTICE OF WITHDRAWAL OF OBJECTION OF COUNTY OF WAYNE, MICHIGAN
TO DEBTORS' MOTION TO APPROVE (A) THE SALE PURSUANT TO THE
MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION
HOLDINGS, A U.S. TREASURY-SPONSORED PURCHASER, FREE AND CLEAR OF
LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS; (B) THE
ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND
UNEXPIRED LEASES AND (C) OTHER RELIEF**

        PLEASE TAKE NOTICE that the County of Wayne, Michigan, through its undersigned

counsel, herby withdraws its Objection To Debtors' Motion To Approve (A) The Sale Pursuant

To The Master Sale And Purchase Agreement With Vehicle Acquisition Holdings, A U.S.

Treasury-Sponsored Purchaser, Free And Clear Of Liens, Claims, Encumbrances And Other

Interests; (B) The Assumption And Assignment Of Certain Executory Contracts And Unexpired

Leases And (C) Other Relief, filed in this matter as docket number 1889.

Dated: July 1, 2009          Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, PLC

By: /s/ Timothy A. Fusco
        Timothy A. Fusco (P13768)
        Marc N. Swanson (P71149)
        Attorneys for County of Wayne, Michigan
        150 West Jefferson, Suite 2500
        Detroit, MI 48226
        Phone: (313) 496-8435
        Fax: (313) 496-8452
        fusco@millercanfield.com
        swansonm@millercanfield.com

              and

        Edward Thomas (P21371)
        Wayne County Corporation Counsel
        600 Randolph
        Detroit, MI 48226
        Phone: (313) 224-0055

## CERTIFICATE OF SERVICE

Timothy A. Fusco hereby certifies that, on the 1st day of July, 2009, the foregoing **Notice of Withdrawal of Objection Of County Of Wayne, Michigan To Debtors' Motion To Approve (A) The Sale Pursuant To The Master Sale And Purchase Agreement With Vehicle Acquisition Holdings, A U.S. Treasury-Sponsored Purchaser, Free And Clear Of Liens, Claims, Encumbrances And Other Interests; (B) The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases And (C) Other Relief** was filed with the Court via the Court's ECF system which will serve a copy of the document electronically upon all registered participants in this matter.

        By: /s/ Timothy A. Fusco
          150 West Jefferson, Suite 2500
          Detroit, MI 48226
          Phone: (313) 496-8435
          Fax: (313) 496-8452
          fusco@millercanfield.com

DELIB:3106421.1\142766-00001