Ronald L. Oran
VINSON & ELKINS L.L.P.
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
Tel:  212-237-0000
Fax:  212-237-0100
Email:  roran@velaw.com

*Attorney for AM General LLC,*
*General Engine Products LLC, &*
*General Transmission Products LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
GENERAL MOTORS CORP., et al.,                       :        Case No. 09-50026 (REG)
                                                    :
                              Debtors.              :        (Jointly Administered)
-----------------------------------------------------------x

**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned attorney of the law firm Vinson & Elkins L.L.P. hereby appears for AM General LLC, formerly known as AM General Corporation, General Engine Products LLC, and General Transmission Products LLC (collectively "AM General") in the above-referenced Chapter 11 cases.  Pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), Vinson & Elkins L.L.P. requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given and served upon:

> Ronald L. Oran, Esq.
> Vinson & Elkins L.L.P.
> 666 Fifth Avenue, 26th Floor
> New York, New York 10103-0040
> Telephone:  212-237-0000
> Facsimile:  212-237-0100
> Email: roran@velaw.com

NewYork 266517v.3

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, complaint, demand, or request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed with or delivered to the Bankruptcy Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the referenced Debtors, property of Debtors, or AM General.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearances, pleadings, proof of claim, claim or suit shall be deemed or construed a waiver of rights of AM General to (i) have final orders in any non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, to which AM General is or may be entitled, either in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:   July1, 2009

                      VINSON & ELKINS L.L.P.

                      By: /s/ Ronald L. Oran
                      Ronald L. Oran
                      666 Fifth Avenue, 26th Floor
                      New York, New York 10103-0040
                      Telephone:  212-237-0000
                      Facsimile:  212-237-0100
                      Email: roran@velaw.com

                      *Attorney for AM General LLC,*
                      *General Engine Products LLC, &*
                      *General Transmission Products LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 1st day of June, 2009, a copy of the foregoing was filed electronically through the CM/ECF system and served electronically on all parties accepting Notice of Electronic Filing.

                                    /s/ Ronald L. Oran
                                    Ronald L. Oran

NewYork 266517v.3