MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson Ave., Suite 2500
Detroit, MI 48226
Marc N. Swanson
(313) 496-7591

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- x
                                        :
In re:                                  :         Chapter 11
                                        :
General Motors Corporation,             :         Case No. 09-50026 (REG)
                                        :
            Debtor.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF WITHDRAWAL OF OBJECTION OF KONGSBERG AUTOMOTIVE INC.**
**AND ITS AFFILIATES TO CURE AMOUNTS RELATED TO ASSUMPTION AND**
**ASSIGNMENT OF EXECUTORY CONTRACTS**

PLEASE TAKE NOTICE that Kongsberg Automotive, Inc., Kongsberg Driveline

Systems I, Inc., Kongsberg Driveline Systems S de RL de CV, Kongsberg Interior Systems S de

RL de CV, Kongsberg Automotive S de RL de CV, Kongsberg Power Product Systems I, Inc.,

Kongsberg Driveline Systems GmbH, Kongsberg Holding II LLC, Kongsberg Automotive

Holdings ASA (collectively, "Kongsberg"), by its attorneys Miller, Canfield, Paddock and Stone,

P.L.C., hereby withdraws the Objection to Cure Amounts Related to Assumption and

Assignment of Executory Contracts ("Objection") filed in this matter as docket number 753 as

well as the subsequent Amendment to the Objection filed as docket number 2488.

Dated: July 1, 2009                Respectfully Submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

*/s/* Marc N. Swanson_____
Marc N. Swanson
Attorneys for Kongsberg
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
E-mail: swansonm@millercanfield.com
Tel: (313) 496-7591
Fax: (313) 496-8451

## CERTIFICATE OF SERVICE

Marc N. Swanson hereby certifies that, on the 1st day of July, 2009, the foregoing **Notice Of Withdrawal Of Objection Of Kongsberg Automotive Inc. And Its Affiliates To Cure Amounts Related To Assumption And Assignment Of Executory Contracts** was filed with the Court via the Court's ECF system which will serve a copy of the document electronically upon all registered participants in this matter.

Dated: July 1, 2009                */s/* Marc N. Swanson_____
Marc N. Swanson
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
E-mail: swansonm@millercanfield.com
Tel: (313) 496-7591
Fax: (313) 496-8451