Ronald L. Oran
VINSON & ELKINS L.L.P.
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
Tel:  212-237-0000
Fax:  212-237-0100
Email:  roran@velaw.com

*Attorney for AM General LLC,*
*General Engine Products LLC, &*
*General Transmission Products LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., et al., | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------x

## AMENDED VERIFIED STATEMENT OF MULTIPLE REPRESENTATION PURSUANT TO 2019 OF THE BANKRUPTCY CODE

Vinson & Elkins LLP hereby submits to the Court this Verified Statement of Multiple Representation Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure.

Vinson & Elkins LLP represents the following creditors or parties in interest who have engaged them as counsel, in connection with this case.

**AM General LLC**
105 N. Niles Avenue
P.O. Box 7025
South Bend, IN 46617
Corporate Switchboard (574) 237-6222

**General Engine Products LLC**
2000 Watkins Glenn Drive
P.O. Box 488
Franklin, OH 45005-0488
(734) 523-8889

**NewYork 266795v.2**

09-50026-mg    Doc 2905    Filed 07/01/09    Entered 07/01/09 16:42:28    Main Document
Pg 2 of 3

**General Transmission Products LLC**
105 N. Niles Avenue
P.O. Box 7025
South Bend, IN 46617
Tel: (574) 237-6222

      AM General LLC, formerly known as AM General Corporation, holds pre-petition claims and post-petition administrative claim(s) for executory contract rights in this Chapter 11 case. The amount of the claim is currently unknown. Counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding.

      General Engine Products LLC is a wholly-owned subsidiary of AM General LLC that holds pre-petition claims and post-petition administrative claim(s) for executory contract rights in this Chapter 11 case. The amount of the claim is currently unknown. Counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding.

      General Transmission Products LLC is a wholly-owned subsidiary of AM General LLC that holds pre-petition claims and post-petition administrative claim(s) for executory contract rights in this Chapter 11 case. The amount of the claim is currently unknown. Counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding.

2

**NewYork 266795v.2**

Dated:  July 1, 2009
        New York, New York

        VINSON & ELKINS L.L.P.

        By: /s/ Ronald L. Oran
        Ronald L. Oran
        666 Fifth Avenue, 26th Floor
        New York, New York 10103-0040
        Telephone:  212-237-0000
        Facsimile:  212-237-0100
        Email:    roran@velaw.com

*Attorney for AM General LLC,*
*General Engine Products LLC, &*
*General Transmission Products LLC*

## VERIFICATION

I hereby verify under penalty of perjury that the statements contained herein are true and correct to the best of my knowledge, information and belief.

Dated: July 1, 2009

        /s/ Ronald L. Oran
        Ronald L. Oran

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June, 2009, a copy of the foregoing was filed electronically through the CM/ECF system and served electronically on all parties accepting Notice of Electronic Filing.

        /s/ Ronald L. Oran
        Ronald L. Oran

**NewYork 266795v.2**