CARSON FISCHER, P.L.C.
*Counsel for Karmann U.S.A., Inc.*
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI 48302
(248) 644-4840
Patrick J. Kukla (P60465)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

GENERAL MOTORS CORP., et al.

              Debtors.
-----------------------------------------------------------x

Case No. 09-50026 (reg)
(Jointly Administered)
Chapter 11

## CERTIFICATE OF SERVICE

The undersigned certifies that papers were served as follows:

1.    Papers Served:   KARMANN U.S.A., INC.'S OBJECTION TO SECOND NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY AND (II) CURE COSTS RELATED THERETO

2.    Served Upon:

      General Motors Corporation
      Attn: Warren Command Center
      Mailcode: 480-206-114
      Cadillac Building
      30009 Van Dyke Avenue
      Warren, MI 48090-9025

      Weil, Gotshal & Manges, LLP
      Attn: Harvey R. Miller, Esq.
            Stephen Karotkin, Esq.
            Joseph H. Smolinsky, Esq.
      767 Fifth Avenue
      New York, NY 10153

        U.S. Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue, NW
Room 2312
Washington, DC 20220

Cadwalader, Wickersham & Taft, LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY 10281

Vedder Price, P.C.
Attn: Michael J. Edelman, Esq.
      Michael L. Schein, Esq.
1633 Broadway
47th Floor
New York, NY 10019

Office of the United States Trustee
for the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004

Kramer, Levin, Naftalis & Frankel, LLP
Attn: Gordon Z. Novod
1177 Avenue of the Americas
New York, NY 10036

3. Date of Service: July 1, 2009

4. Method of Service: Federal Express

        CARSON FISCHER, P.L.C.
        *Attorneys for Karmann U.S.A., Inc.*

        By: /s/ Patrick J. Kukla

Dated: July 1, 2009