| Origin Terminal | OAKH Pro # | Pickup Date | $ Open | BL # | Shipper # | PO # |
|---|---|---|---|---|---|---|
| 005 | 10180972 | 5/01/09 | 47.20 | WH-81416 | WH81416 | |
| 005 | 10242275 | 5/01/09 | 61.30 | 86-1251845 | WH94393 | |
| 005 | 10242276 | 5/01/09 | 61.30 | 86-1251889 | WH94394 | |
| 005 | 10242277 | 5/01/09 | 47.20 | 86-1251939 | WH94395 | |
| 005 | 10242278 | 5/01/09 | 47.20 | 86-1251823 | WH94396 | |
| 005 | 10242279 | 5/01/09 | 47.20 | 86-1251940 | WH94397 | |
| 005 | 10242280 | 5/01/09 | 47.20 | 86-1251851 | WH94398 | |
| 005 | 10242281 | 5/01/09 | 47.20 | 86-1251800 | WH94401 | |
| 005 | 10242282 | 5/01/09 | 47.20 | 86-1251835 | WH94402 | |
| 005 | 10242283 | 5/01/09 | 47.20 | 86-1251941 | WH94403 | |
| 005 | 10242284 | 5/01/09 | 47.20 | 86-1251863 | WH94404 | |
| 005 | 10242285 | 5/01/09 | 47.20 | 86-1251935 | WH94405 | |
| 005 | 10242286 | 5/01/09 | 47.20 | 86-1251895 | WH94406 | |
| 005 | 10242287 | 5/01/09 | 47.20 | 86-1251789 | WH94408 | |
| 005 | 10242288 | 5/01/09 | 47.20 | 86-1251857 | WH94407 | |
| 005 | 10242289 | 5/01/09 | 47.20 | 86-1251903 | WH94409 | |
| 005 | 10242290 | 5/01/09 | 47.20 | 86-1251931 | WH94399 | |
| 005 | 10242291 | 5/01/09 | 47.20 | 86-1251926 | WH94410 | |
| 005 | 10242292 | 5/01/09 | 47.20 | 86-1251900 | WH94411 | |
| 005 | 10242293 | 5/01/09 | 47.20 | 86-1251848 | WH94412 | |
| 005 | 10242294 | 5/01/09 | 47.20 | 86-1251911 | WH94413 | |
| 005 | 10242295 | 5/01/09 | 47.20 | 86-1251879 | WH94414 | |
| 005 | 10286803 | 5/01/09 | 47.20 | NA | NA | NA |
| 005 | 10286805 | 5/01/09 | 47.20 | 86-1251908 | 861251908 | |
| 007 | 01793177 | 5/01/09 | 66.73 | NOT SHOWN | NOT SHOWN | |
| 019 | 10409718 | 5/01/09 | 47.20 | WH88734 | WH88734 | |
| 020 | 10429265 | 5/01/09 | 53.71 | 86-1251700 | NS | D30C |
| 026 | 10688639 | 5/01/09 | 269.68 | DM-06013 | WH92800 | NS |
| 027 | 10771390 | 5/01/09 | 58.43 | WH86702 | WH88534 | |
| 035 | 01137174 | 5/01/09 | 64.56 | 4189414 | WH94356 | |
| 071 | 10981381 | 5/01/09 | 782.39 | 48 330877 | 48330877 | |
| 071 | 10981382 | 5/01/09 | 279.50 | 48 330866 | 48330866 | |
| 071 | 10981383 | 5/01/09 | 263.59 | 48-330874 | 48330874 | |
| 071 | 10981384 | 5/01/09 | 144.34 | 48 330863 | 48330863 | |
| 005 | 10242300 | 5/04/09 | 61.30 | 86-1252529 | WK09533 | |
| 005 | 10242301 | 5/04/09 | 61.30 | 86-1252574 | WK09534 | |
| 005 | 10242302 | 5/04/09 | 47.20 | 86-1252624 | WK09536 | |
| 005 | 10242303 | 5/04/09 | 47.20 | 86-1252506 | WK09537 | |
| 005 | 10242304 | 5/04/09 | 47.20 | 86-1252625 | WK09535 | |
| 005 | 10242305 | 5/04/09 | 47.20 | 86-1252535 | WK09538 | |
| 005 | 10242306 | 5/04/09 | 47.20 | 86-1252483 | WK09539 | |
| 005 | 10242307 | 5/04/09 | 47.20 | 86-1252518 | WK09540 | |
| 005 | 10242308 | 5/04/09 | 47.20 | 86-1252626 | WK09541 | |
| 005 | 10242309 | 5/04/09 | 47.20 | 86-1252547 | WK09542 | |
| 005 | 10242310 | 5/04/09 | 47.20 | 86-1252620 | WK09543 | |
| 005 | 10242311 | 5/04/09 | 47.20 | 86-1252580 | WK09544 | |
| 005 | 10242312 | 5/04/09 | 47.20 | 86-1252471 | WK09545 | |
| 005 | 10242313 | 5/04/09 | 47.20 | 86-1252541 | WK09546 | |
| 005 | 10242314 | 5/04/09 | 47.20 | 86-1252588 | WK09547 | |
| 005 | 10242315 | 5/04/09 | 47.20 | 86-1252616 | WK09548 | |
| 005 | 10242316 | 5/04/09 | 47.20 | 86-1252611 | WK09549 | |
| 005 | 10242317 | 5/04/09 | 47.20 | 86-1252528 | WK09550 | |
| 005 | 10242318 | 5/04/09 | 47.20 | 86-1252585 | WK09551 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 005 | 10242319 | 5/04/09 | 47.20 | 86-1252532 | WK09552 | |
| 005 | 10242320 | 5/04/09 | 47.20 | 86-1252596 | WK09553 | |
| 005 | 10242321 | 5/04/09 | 47.20 | 86-1252564 | WK09554 | |
| 005 | 10260825 | 5/04/09 | 67.17 | WH-88673 | WH88673 | |
| 005 | 10286806 | 5/04/09 | 47.20 | 86-1252593 | 861252593 | |
| 005 | 10286807 | 5/04/09 | 47.20 | 86-1252549 | 861252549 | |
| 007 | 01806175 | 5/04/09 | 66.73 | 8630147795 | WK00349 | NS |
| 018 | 01856204 | 5/04/09 | 47.20 | 869946231 | WH88134 | NS |
| 026 | 10689691 | 5/04/09 | 167.98 | 60-050109 | WH92513 | |
| 031 | 02215923 | 5/04/09 | 66.73 | 4180160 | WK09451 | 4180160 |
| 031 | 10900214 | 5/04/09 | 248.00 | WH92928 | WH92928 | |
| 035 | 01137175 | 5/04/09 | 56.53 | 4198441 | WK09386 | R124 |
| 035 | 01137176 | 5/04/09 | 130.16 | 4203365 | WK09388 | 12626 |
| 035 | 10931142 | 5/04/09 | 133.67 | NS | WH93506 | |
| 035 | 10931143 | 5/04/09 | 424.27 | NS | WH93490 | |
| 071 | 10981385 | 5/04/09 | 53.71 | 48-330922 | 48330922 | |
| 020 | 10428717 | 5/04/09 | 53.71 | 86-1252357 | NS | E01C |
| 035 | 10931144 | 5/04/09 | 781.68 | NS | WH93500 | |
| 002 | 01838404 | 5/05/09 | 98.09 | WK01344 | WK01344 | |
| 005 | 10242296 | 5/05/09 | 47.20 | 001-4000715 | WK09525 | 15921941 |
| 005 | 10242297 | 5/05/09 | 47.20 | 076-4301863 | WK09526 | |
| 005 | 10242325 | 5/05/09 | 61.30 | 86-1253247 | WK27960 | 2258580 |
| 005 | 10242326 | 5/05/09 | 61.30 | 86-1253291 | WK27961 | 519121 |
| 005 | 10242327 | 5/05/09 | 47.20 | 86-1253341 | WK27962 | 536081 |
| 005 | 10242328 | 5/05/09 | 47.20 | 86-1253224 | WK27963 | 172992 |
| 005 | 10242329 | 5/05/09 | 47.20 | 86-1253200 | WK27964 | 125296 |
| 005 | 10242330 | 5/05/09 | 47.20 | 86-1253342 | WK27965 | |
| 005 | 10242331 | 5/05/09 | 47.20 | 86-1253253 | WK27966 | 236005 |
| 005 | 10242332 | 5/05/09 | 47.20 | 86-1253201 | WK27967 | |
| 005 | 10242333 | 5/05/09 | 47.20 | 86-1253236 | WK27968 | 210167 |
| 005 | 10242334 | 5/05/09 | 47.20 | 86-1253343 | WK27969 | 536426 |
| 005 | 10242335 | 5/05/09 | 47.20 | 86-1253265 | WK27970 | 325354 |
| 005 | 10242336 | 5/05/09 | 47.20 | 86-1253337 | WK27971 | 519647 |
| 005 | 10242337 | 5/05/09 | 47.20 | 86-1253297 | WK27972 | 519176 |
| 005 | 10242338 | 5/05/09 | 47.20 | 86-1253189 | WK27973 | 114448 |
| 005 | 10242339 | 5/05/09 | 47.20 | 86-1253259 | WK27974 | 323046 |
| 005 | 10242340 | 5/05/09 | 47.20 | 86-1253305 | WK27975 | 519224 |
| 005 | 10242341 | 5/05/09 | 47.20 | 86-1253333 | WK27976 | 519466 |
| 005 | 10242342 | 5/05/09 | 47.20 | 86-1253328 | WK27977 | |
| 005 | 10242343 | 5/05/09 | 47.20 | 86-1253246 | WK27978 | 225833 |
| 005 | 10242344 | 5/05/09 | 47.20 | 86-1253302 | WK27979 | 519200 |
| 005 | 10242345 | 5/05/09 | 47.20 | 86-1253250 | WK27980 | 233495 |
| 005 | 10242346 | 5/05/09 | 47.20 | 86-1253313 | WK27981 | 519301 |
| 005 | 10242347 | 5/05/09 | 47.20 | 86-1253281 | WK27982 | 519068 |
| 005 | 10286808 | 5/05/09 | 47.20 | 86-1253310 | 861253310 | |
| 005 | 10286809 | 5/05/09 | 47.20 | 86-1253267 | 861253267 | |
| 007 | 01822834 | 5/05/09 | 66.73 | 86-9940562 | NL | |
| 035 | 01137177 | 5/05/09 | 53.71 | 4222330 | 678050 | 5161 |
| 035 | 01137178 | 5/05/09 | 264.28 | 4222555 | 678112 | K504 |
| 071 | 06385528 | 5/05/09 | 734.87 | WH88689 | WH88689 | 4182811 |
| 020 | 10429266 | 5/05/09 | 53.71 | 86-1253075 | NS | E04C |
| 005 | 10242299 | 5/06/09 | 47.20 | 001-4004627 | WK28363 | 19120169 |
| 005 | 10242350 | 5/06/09 | 61.30 | 86-1253993 | WK23055 | |
| 005 | 10242351 | 5/06/09 | 61.30 | 86-1254036 | WK23056 | |
| 005 | 10242352 | 5/06/09 | 47.20 | 86-1254086 | WK23057 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 005 | 10242353 | 5/06/09 | 47.20 | 86-1253971 | WK23058 | |
| 005 | 10242354 | 5/06/09 | 47.20 | 86-1253947 | WK23059 | |
| 005 | 10242355 | 5/06/09 | 47.20 | 86-1254087 | WK23060 | |
| 005 | 10242356 | 5/06/09 | 47.20 | 86-1253999 | WK23061 | |
| 005 | 10242357 | 5/06/09 | 47.20 | 86-1253948 | WK23062 | |
| 005 | 10242358 | 5/06/09 | 47.20 | 86-1253983 | WK23063 | |
| 005 | 10242359 | 5/06/09 | 47.20 | 86-1254088 | WK23064 | |
| 005 | 10242360 | 5/06/09 | 47.20 | 86-1254011 | WK23065 | |
| 005 | 10242361 | 5/06/09 | 47.20 | 86-1254082 | WK23066 | |
| 005 | 10242362 | 5/06/09 | 47.20 | 86-1254042 | WK23067 | |
| 005 | 10242363 | 5/06/09 | 47.20 | 86-1253935 | WK23068 | |
| 005 | 10242364 | 5/06/09 | 47.20 | 86-1254005 | WK23069 | |
| 005 | 10242365 | 5/06/09 | 47.20 | 86-1254050 | WK23070 | |
| 005 | 10242366 | 5/06/09 | 47.20 | 86-1254078 | WK23071 | |
| 005 | 10242367 | 5/06/09 | 47.20 | 86-1254073 | WK23072 | |
| 005 | 10242368 | 5/06/09 | 47.20 | 86-1253992 | WK23073 | |
| 005 | 10242369 | 5/06/09 | 47.20 | 86-1254047 | WK23074 | |
| 005 | 10242370 | 5/06/09 | 47.20 | 86-1253996 | WK23075 | |
| 005 | 10242371 | 5/06/09 | 47.20 | 86-1254058 | WK23076 | 519301 |
| 005 | 10286810 | 5/06/09 | 47.20 | 56-1254013 | NS | |
| 005 | 10286812 | 5/06/09 | 47.20 | 86-1254055 | 861254055 | |
| 020 | 10427649 | 5/06/09 | 53.71 | 86-1253928 | 861253928 | DW344498 |
| 035 | 01137180 | 5/06/09 | 226.42 | 4237534 | WK28292 | 0505 |
| 071 | 10981386 | 5/06/09 | 107.28 | 48-331079 | 48331079 | |
| 071 | 10981387 | 5/06/09 | 337.51 | 48-331092 | 48331092 | |
| 071 | 10981388 | 5/06/09 | 66.73 | 48-331220 | 48331220 | |
| 071 | 10981389 | 5/06/09 | 66.73 | 48-331223 | 48331223 | |
| 071 | 10981390 | 5/06/09 | 66.73 | 48-331224 | 48331224 | |
| 001 | 10098658 | 5/06/09 | 78.50 | 51737 | 51737 | |
| 020 | 10427648 | 5/06/09 | 53.71 | 86-1253817 | NS | E05C |
| 035 | 01137181 | 5/06/09 | 60.49 | 4237533 | WK28293 | |
| 005 | 10242372 | 5/06/09 | 47.20 | 86-1254026 | WK23077 | |
| 010 | 10340903 | 5/06/09 | 251.18 | 48-3169 | WK01346 | |
| 005 | 10242375 | 5/07/09 | 61.30 | 86-1254790 | WK27983 | |
| 005 | 10242376 | 5/07/09 | 61.30 | 86-1254746 | WK27984 | |
| 005 | 10242377 | 5/07/09 | 47.20 | 86-1254840 | WK27985 | |
| 005 | 10242378 | 5/07/09 | 47.20 | 86-1254723 | WK27986 | |
| 005 | 10242379 | 5/07/09 | 47.20 | 86-1254700 | WK27987 | |
| 005 | 10242380 | 5/07/09 | 47.20 | 86-1254841 | WK27988 | |
| 005 | 10242381 | 5/07/09 | 47.20 | 86-1254752 | WK27989 | |
| 005 | 10242382 | 5/07/09 | 47.20 | 86-1254735 | WK27990 | |
| 005 | 10242383 | 5/07/09 | 47.20 | 86-1254842 | WK27991 | |
| 005 | 10242385 | 5/07/09 | 47.20 | 86-1254764 | WK27993 | |
| 005 | 10242386 | 5/07/09 | 47.20 | 86-1254836 | WK27995 | |
| 005 | 10242387 | 5/07/09 | 47.20 | 86-1254796 | WK27996 | |
| 005 | 10242388 | 5/07/09 | 47.20 | 86-1254688 | WK27997 | |
| 005 | 10242389 | 5/07/09 | 47.20 | 86-1254758 | WK27998 | |
| 005 | 10242390 | 5/07/09 | 47.20 | 86-1254804 | WK27999 | |
| 005 | 10242391 | 5/07/09 | 47.20 | 86-1254832 | WK28000 | |
| 005 | 10242392 | 5/07/09 | 47.20 | 86-1254827 | WK28001 | |
| 005 | 10242393 | 5/07/09 | 47.20 | 86-1254745 | WK27994 | |
| 005 | 10242394 | 5/07/09 | 47.20 | 86-1254801 | WK28002 | |
| 005 | 10242395 | 5/07/09 | 47.20 | 86-1254749 | WK28003 | |
| 005 | 10242396 | 5/07/09 | 47.20 | 86-1254812 | WK28004 | |
| 005 | 10242397 | 5/07/09 | 47.20 | 86-1254780 | WK28005 | |

| 005 | 10260827 | 5/07/09 | 60.79 NS | WK07190 | |
| 005 | 10286813 | 5/07/09 | 47.20 86-1254809 | 861254809 | |
| 005 | 10286814 | 5/07/09 | 47.20 86-1254766 | 861254766 | |
| 019 | 10410063 | 5/07/09 | 47.20 NS | NS | |
| 019 | 10410070 | 5/07/09 | 58.37 NS | NS | |
| 020 | 10429281 | 5/07/09 | 53.71 86-1254553 | NS | R112 |
| 022 | 02015431 | 5/07/09 | 138.57 NOT LISTED | WK14785 | |
| 024 | 02027520 | 5/07/09 | 66.73 DS4100174H | WK19915 | NS |
| 035 | 01137182 | 5/07/09 | 64.56 4252307 | WK23026 | R126 |
| 035 | 01138927 | 5/07/09 | 184.44 WK 20827 | WK20827 | 965744 |
| 005 | 10206540 | 5/07/09 | 109.45 47-07198 | WK21890 | |
| 005 | 10242384 | 5/07/09 | 47.20 86-1254701 | WK27992 | |
| 005 | 10242400 | 5/08/09 | 61.30 86-1255523 | WK43653 | |
| 005 | 10242401 | 5/08/09 | 61.30 86-1255565 | WK43654 | |
| 005 | 10242402 | 5/08/09 | 47.20 86-1255613 | WK43655 | |
| 005 | 10242403 | 5/08/09 | 47.20 86-1255502 | WK43656 | |
| 005 | 10242404 | 5/08/09 | 47.20 86-1255478 | WK43657 | |
| 005 | 10242405 | 5/08/09 | 47.20 86-1255614 | WK43658 | |
| 005 | 10242406 | 5/08/09 | 47.20 86-1255479 | WK43659 | |
| 005 | 10242407 | 5/08/09 | 47.20 86-1255514 | WK43660 | |
| 005 | 10242408 | 5/08/09 | 47.20 86-1255615 | WK43661 | |
| 005 | 10242409 | 5/08/09 | 47.20 86-1255540 | WK43662 | |
| 005 | 10242410 | 5/08/09 | 47.20 86-1255609 | WK43663 | |
| 005 | 10242411 | 5/08/09 | 47.20 86-1255571 | WK43664 | |
| 005 | 10242412 | 5/08/09 | 47.20 86-1255468 | WK43665 | |
| 005 | 10242413 | 5/08/09 | 47.20 86-1255534 | WK43666 | |
| 005 | 10242414 | 5/08/09 | 47.20 86-1255578 | WK43667 | |
| 005 | 10242415 | 5/08/09 | 47.20 86-1255605 | WK43668 | |
| 005 | 10242416 | 5/08/09 | 47.20 86-1255600 | WK43669 | |
| 005 | 10242417 | 5/08/09 | 47.20 86-1255576 | WK43670 | |
| 005 | 10242418 | 5/08/09 | 47.20 86-1255526 | WK43671 | |
| 005 | 10242419 | 5/08/09 | 47.20 86-1255585 | WK43672 | |
| 005 | 10242420 | 5/08/09 | 47.20 86-1255555 | WK43673 | |
| 005 | 10286815 | 5/08/09 | 47.20 86-1255542 | 86-1255542 | |
| 005 | 10286816 | 5/08/09 | 47.20 86-1255582 | 861255582 | |
| 007 | 01790606 | 5/08/09 | 55.88  187129 | 187129 | |
| 007 | 01793132 | 5/08/09 | 53.71 NS | NS | |
| 008 | 10334668 | 5/08/09 | 234.45 DS-4130009H | WK21992 | |
| 020 | 10427800 | 5/08/09 | 53.71 86-1255359 | NS | E07C |
| 031 | 10862387 | 5/08/09 | 76.96 4262606 | WK43690 | 4262606 |
| 032 | 01452589 | 5/08/09 | 69.41 WK21147 | 590277 | DS4100423H |
| 035 | 01137183 | 5/08/09 | 94.60 4279172 | WK28351 | |
| 035 | 01137184 | 5/08/09 | 57.19 4267633 | WK28352 | |
| 071 | 10981391 | 5/08/09 | 267.83 48-331495 | 48331495 | 3300591 |
| 071 | 10981392 | 5/08/09 | 103.01 48-331463 | 48331463 | |
| 071 | 10981393 | 5/08/09 | 157.98 48-331493 | 4706403 | |
| 071 | 10981394 | 5/08/09 | 66.73 33-216261 | 33216261 | |
| 035 | 04489261 | 5/09/08 | 430.26 NONE | VE50993 | |
| 005 | 10219000 | 5/11/09 | 61.30 86-1256300 | WK62316 | |
| 005 | 10219001 | 5/11/09 | 61.30 86-1256344 | WK62317 | |
| 005 | 10219002 | 5/11/09 | 47.20 86-1256393 | WK62318 | |
| 005 | 10219003 | 5/11/09 | 47.20 86-1256278 | WK62319 | |
| 005 | 10219004 | 5/11/09 | 47.20 86-1256254 | WK62320 | |
| 005 | 10219005 | 5/11/09 | 47.20 86-1256394 | WK62321 | |
| 005 | 10219006 | 5/11/09 | 47.20 86-1256306 | WK62322 | |

| 005 | 10219007 | 5/11/09 | 47.20 | 86-1256255 | WK62327 | |
| 005 | 10219008 | 5/11/09 | 47.20 | 86-1256290 | WK62323 | |
| 005 | 10219009 | 5/11/09 | 47.20 | 86-1256395 | WK62324 | |
| 005 | 10219010 | 5/11/09 | 61.44 | 86-1256318 | WK62325 | |
| 005 | 10219011 | 5/11/09 | 47.20 | 86-1256389 | WK62326 | |
| 005 | 10219012 | 5/11/09 | 47.20 | 86-1256350 | WK62328 | |
| 005 | 10219013 | 5/11/09 | 47.20 | 86-1256242 | WK62329 | |
| 005 | 10219014 | 5/11/09 | 47.20 | 86-1256312 | WK62330 | |
| 005 | 10219015 | 5/11/09 | 47.20 | 86-1256357 | WK62334 | |
| 005 | 10219016 | 5/11/09 | 47.20 | 86-1256385 | WK62337 | |
| 005 | 10219017 | 5/11/09 | 47.20 | 86-1256380 | WK62331 | |
| 005 | 10219018 | 5/11/09 | 47.20 | 86-1256355 | WK62332 | |
| 005 | 10219019 | 5/11/09 | 47.20 | 86-1256303 | WK62333 | |
| 005 | 10219020 | 5/11/09 | 47.20 | 86-1256365 | WK62335 | |
| 005 | 10219021 | 5/11/09 | 47.20 | 86-1256334 | WK62336 | |
| 005 | 10261510 | 5/11/09 | 109.45 | NA | WK21099 | |
| 007 | 01806023 | 5/11/09 | 66.73 | NL | NL | |
| 035 | 01137185 | 5/11/09 | 53.71 | 4292699 | WK76098 | |
| 035 | 01137186 | 5/11/09 | 264.45 | 4292692 | WK76099 | |
| 005 | 10286817 | 5/11/09 | 47.20 | 33-216698 | 86-1256320 | |
| 022 | 10514165 | 5/11/09 | 133.37 | NL | WK26950 | NS |
| 029 | 10776490 | 5/11/09 | 47.20 | NA | WK26107 | |
| 005 | 10286818 | 5/11/09 | 47.20 | 33-216733 | 86-1256362 | |
| 020 | 10429285 | 5/11/09 | 53.71 | 86-1256135 | NS | E08C |
| 005 | 01697152 | 5/12/09 | 47.20 | 86-1257302 | 861257302 | |
| 005 | 01697153 | 5/12/09 | 47.20 | NS | NS | |
| 005 | 10219025 | 5/12/09 | 61.30 | 86-1257241 | WK61319 | |
| 005 | 10219026 | 5/12/09 | 61.30 | 86-1257284 | WK61320 | |
| 005 | 10219027 | 5/12/09 | 47.20 | 86-1257333 | WK61321 | |
| 005 | 10219028 | 5/12/09 | 47.20 | 86-1257220 | WK61322 | |
| 005 | 10219029 | 5/12/09 | 47.20 | 86-1257196 | WK61323 | |
| 005 | 10219030 | 5/12/09 | 47.20 | 86-1257334 | WK61324 | |
| 005 | 10219031 | 5/12/09 | 47.20 | 86-1257247 | WK61325 | |
| 005 | 10219032 | 5/12/09 | 47.20 | 86-1257197 | WK61326 | |
| 005 | 10219033 | 5/12/09 | 47.20 | 86-1257232 | WK61327 | |
| 005 | 10219034 | 5/12/09 | 47.20 | 86-1257335 | WK61328 | |
| 005 | 10219035 | 5/12/09 | 47.20 | 86-1257259 | WK61329 | |
| 005 | 10219036 | 5/12/09 | 47.20 | 86-1257329 | WK61330 | |
| 005 | 10219037 | 5/12/09 | 47.20 | 86-1257290 | WK61331 | |
| 005 | 10219038 | 5/12/09 | 47.20 | 86-1257184 | WK61332 | |
| 005 | 10219039 | 5/12/09 | 47.20 | 86-1257253 | WK61333 | |
| 005 | 10219040 | 5/12/09 | 47.20 | 86-1257297 | WK61334 | |
| 005 | 10219041 | 5/12/09 | 47.20 | 86-1257325 | WK61335 | |
| 005 | 10219042 | 5/12/09 | 57.37 | 86-1257320 | WK61336 | |
| 005 | 10219043 | 5/12/09 | 47.20 | 86-1257295 | WK61337 | |
| 005 | 10219044 | 5/12/09 | 47.20 | 86-1257244 | WK61338 | |
| 005 | 10219045 | 5/12/09 | 47.20 | 86-1257305 | WK61339 | |
| 005 | 10219046 | 5/12/09 | 47.20 | 86-1257274 | WK61340 | |
| 007 | 01806595 | 5/12/09 | 120.33 | NL | WK26171 | 15428 |
| 019 | 10410116 | 5/12/09 | 47.20 | WK-40730 | WK40730 | |
| 035 | 01137187 | 5/12/09 | 54.54 | 4310667 | WK61552 | 9214 |
| 071 | 10981325 | 5/12/09 | 83.22 | 48331699 | NS | |
| 071 | 10981395 | 5/12/09 | 274.95 | 48331535 | 48331535 | |
| 071 | 10981396 | 5/12/09 | 82.75 | 48331560 | 48331560 | 2213488 |
| 071 | 10981397 | 5/12/09 | 143.35 | 48-331536 | 488331536 | 13166 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 071 | 10981398 | 5/12/09 | 72.58 | 48331558 | 48331558 | |
| 071 | 10981399 | 5/12/09 | 97.53 | 48331544 | 48331544 | |
| 020 | 10428182 | 5/12/09 | 53.71 | 86-1257035 | NS | E11C |
| 005 | 01697154 | 5/13/09 | 47.20 | 86-1258375 | 361258375 | |
| 005 | 10219050 | 5/13/09 | 61.30 | 86-1258356 | WK61341 | |
| 005 | 10219051 | 5/13/09 | 61.30 | 86-1258399 | WK61342 | |
| 005 | 10219052 | 5/13/09 | 47.20 | 86-1258449 | WK61343 | |
| 005 | 10219053 | 5/13/09 | 47.20 | 86-1258334 | WK61344 | |
| 005 | 10219054 | 5/13/09 | 47.20 | 86-1258310 | WK61345 | |
| 005 | 10219055 | 5/13/09 | 47.20 | 86-1258450 | WK61346 | |
| 005 | 10219056 | 5/13/09 | 47.20 | 86-1258361 | WK61347 | |
| 005 | 10219057 | 5/13/09 | 47.20 | 86-1258311 | WK61348 | |
| 005 | 10219058 | 5/13/09 | 47.20 | 86-1258345 | WK61349 | |
| 005 | 10219059 | 5/13/09 | 47.20 | 86-1258451 | WK61350 | |
| 005 | 10219060 | 5/13/09 | 47.20 | 86-1258373 | WK61351 | |
| 005 | 10219061 | 5/13/09 | 47.20 | 86-1258445 | WK61352 | |
| 005 | 10219062 | 5/13/09 | 47.20 | 86-1258405 | WK61353 | |
| 005 | 10219063 | 5/13/09 | 47.20 | 86-1258299 | WK61354 | |
| 005 | 10219064 | 5/13/09 | 47.20 | 86-1258367 | WK61355 | |
| 005 | 10219065 | 5/13/09 | 47.20 | 86-1258413 | WK61356 | |
| 005 | 10219066 | 5/13/09 | 47.20 | 86-1258441 | WK61357 | |
| 005 | 10219067 | 5/13/09 | 47.20 | 86-1258436 | WK61358 | |
| 005 | 10219068 | 5/13/09 | 47.20 | 86-1258355 | WK61359 | |
| 005 | 10219069 | 5/13/09 | 47.20 | 86-1258410 | WK61360 | |
| 005 | 10219070 | 5/13/09 | 47.20 | 86-1258421 | WK61361 | |
| 005 | 10219071 | 5/13/09 | 47.20 | 86-1258389 | WK61362 | |
| 005 | 10286819 | 5/13/09 | 47.20 | 86-1258418 | 86-1258418 | |
| 007 | 01790610 | 5/13/09 | 55.88 | 187175 | 1790610 | |
| 007 | 01807108 | 5/13/09 | 66.73 | SPO 840530 0 | SPO8405300 | |
| 010 | 01817058 | 5/13/09 | 75.97 | NOT LISTED | WK41954 | |
| 020 | 10428183 | 5/13/09 | 53.71 | 86-1258070 | NS | E12C |
| 022 | 02015703 | 5/13/09 | 938.38 | NOT LISTED | WK38674 | |
| 035 | 01137133 | 5/13/09 | 53.71 | WK-47980 | WK47980 | |
| 038 | 02235248 | 5/13/09 | 80.85 | MO38871 | MO38871 | D29906 |
| 002 | 01836673 | 5/13/09 | 610.66 | WK40534 | WK40534 | |
| 024 | 06094532 | 5/13/09 | 1349.46 | NL | NL | |
| 030 | 10786512 | 5/13/09 | 434.75 | NS | NS | |
| 005 | 01697040 | 5/14/09 | 47.20 | 85-9979144 | 86-1259450 | |
| 005 | 01697041 | 5/14/09 | 47.20 | 86-1259409 | 86-1259409 | |
| 005 | 01697042 | 5/14/09 | 192.52 | NA | NA | |
| 005 | 10219075 | 5/14/09 | 61.30 | 86-1259389 | WK61363 | |
| 005 | 10219076 | 5/14/09 | 61.30 | 86-1259433 | WK61364 | |
| 005 | 10219077 | 5/14/09 | 47.20 | 86-1259481 | WK61365 | |
| 005 | 10219078 | 5/14/09 | 47.20 | 86-1259366 | WK61366 | |
| 005 | 10219079 | 5/14/09 | 47.20 | 86-1259342 | WK61367 | |
| 005 | 10219080 | 5/14/09 | 47.20 | 86-1259482 | WK61368 | |
| 005 | 10219081 | 5/14/09 | 47.20 | 86-1259395 | WK61369 | |
| 005 | 10219082 | 5/14/09 | 47.20 | 86-1259343 | WK61370 | |
| 005 | 10219083 | 5/14/09 | 47.20 | 86-1259378 | WK61371 | |
| 005 | 10219084 | 5/14/09 | 47.20 | 86-1259483 | WK61373 | |
| 005 | 10219085 | 5/14/09 | 47.20 | 86-1259407 | WK61377 | |
| 005 | 10219086 | 5/14/09 | 47.20 | 86-1259477 | WK61382 | |
| 005 | 10219087 | 5/14/09 | 47.20 | 86-1259439 | WK61384 | |
| 005 | 10219088 | 5/14/09 | 47.20 | 86-1259331 | WK61385 | |
| 005 | 10219089 | 5/14/09 | 47.20 | 86-1259401 | WK61372 | |

| 005 | 10219090 | 5/14/09 | 47.20 | 86-1259445 | WK61374 | |
| 005 | 10219091 | 5/14/09 | 47.20 | 86-1259473 | WK61375 | |
| 005 | 10219092 | 5/14/09 | 47.20 | 86-1259468 | WK61376 | |
| 005 | 10219093 | 5/14/09 | 47.20 | 86-1259388 | WK61378 | |
| 005 | 10219094 | 5/14/09 | 47.20 | 86-1259443 | WK61379 | |
| 005 | 10219095 | 5/14/09 | 47.20 | 86-1259392 | WK61380 | |
| 005 | 10219096 | 5/14/09 | 47.20 | 86-1259453 | WK61381 | |
| 005 | 10219097 | 5/14/09 | 47.20 | 86-1259423 | WK61383 | |
| 005 | 10219100 | 5/14/09 | 47.20 | 33-217141 | 33217141 | |
| 007 | 01794280 | 5/14/09 | 66.73 | 86-0050409 | WK56173 | |
| 007 | 01805372 | 5/14/09 | 158.90 | 86-0050809 | NOT SHOWN | |
| 019 | 10410311 | 5/14/09 | 47.20 | WK48903 | WK48903 | |
| 019 | 10410317 | 5/14/09 | 82.97 | WK55096 | WK55096 | |
| 020 | 10429721 | 5/14/09 | 53.71 | 86-1259151 | NS | E13C |
| 020 | 10429722 | 5/14/09 | 64.56 | 86-1259275 | 861259275 | 6275 |
| 024 | 02027521 | 5/14/09 | 66.73 | NOT LISTED | NOT LISTED | |
| 025 | 06142087 | 5/14/09 | 279.50 | NOT LISTED | WK49207 | 2104148 |
| 035 | 01137188 | 5/14/09 | 64.56 | 4340380 | WK61625 | R133 |
| 035 | 01137189 | 5/14/09 | 64.56 | 4355536 | WK61626 | |
| 035 | 01137190 | 5/14/09 | 99.14 | 4352740 | WK61627 | |
| 015 | 01241820 | 5/14/09 | 55.88 | NA | NA | |
| 005 | 10219101 | 5/15/09 | 61.02 | 86-1260356 | WM16146 | |
| 005 | 10219102 | 5/15/09 | 61.02 | 86-1260398 | WM16147 | |
| 005 | 10219103 | 5/15/09 | 46.98 | 86-1260448 | WM16148 | |
| 005 | 10219104 | 5/15/09 | 46.98 | 86-1260333 | WM16149 | |
| 005 | 10219105 | 5/15/09 | 46.98 | 86-1260309 | WM16150 | |
| 005 | 10219106 | 5/15/09 | 46.98 | 86-1260449 | WM16151 | |
| 005 | 10219107 | 5/15/09 | 46.98 | 86-1260361 | WM16152 | |
| 005 | 10219108 | 5/15/09 | 46.98 | 86-1260310 | WM16153 | |
| 005 | 10219109 | 5/15/09 | 46.98 | 86-1260345 | WM16154 | |
| 005 | 10219110 | 5/15/09 | 46.98 | 86-1260450 | WM16155 | |
| 005 | 10219111 | 5/15/09 | 46.98 | 86-1260373 | WM16156 | |
| 005 | 10219112 | 5/15/09 | 46.98 | 86-1260444 | WM16157 | |
| 005 | 10219113 | 5/15/09 | 46.98 | 86-1260404 | WM16158 | |
| 005 | 10219114 | 5/15/09 | 46.98 | 86-1260298 | WM16159 | |
| 005 | 10219115 | 5/15/09 | 46.98 | 86-1260367 | WM16160 | |
| 005 | 10219116 | 5/15/09 | 46.98 | 86-1260412 | WM16161 | |
| 005 | 10219117 | 5/15/09 | 46.98 | 86-1260440 | WM16162 | |
| 005 | 10219118 | 5/15/09 | 46.98 | 86-1260435 | WM16163 | |
| 005 | 10219119 | 5/15/09 | 46.98 | 86-1260355 | WM16164 | |
| 005 | 10219120 | 5/15/09 | 46.98 | 86-1260409 | WM16165 | |
| 005 | 10219121 | 5/15/09 | 46.98 | 86-1260420 | WM16166 | |
| 005 | 10219122 | 5/15/09 | 46.98 | 86-1260388 | WM16167 | |
| 005 | 10256289 | 5/15/09 | 46.98 | 86-1260375 | 86-1260375 | |
| 005 | 10256290 | 5/15/09 | 46.98 | 86-1260417 | 86-1260417 | |
| 020 | 01939069 | 5/15/09 | 53.46 | 86-1260166 | NS | E11C |
| 024 | 02027522 | 5/15/09 | 72.11 | 86-97V1907H | WK59376 | NS |
| 026 | 10685279 | 5/15/09 | 168.86 | NS | WK60445 | 06018 |
| 031 | 10900247 | 5/15/09 | 70.71 | 4339596 | WK92558 | 4339596 |
| 035 | 01137191 | 5/15/09 | 222.97 | 4346242 | WK61700 | Q134 |
| 035 | 01137192 | 5/15/09 | 64.26 | 4366337 | WK61701 | |
| 035 | 10931188 | 5/15/09 | 53.46 | 1279545 | WK60774 | NS |
| 035 | 10931189 | 5/15/09 | 373.91 | NS | WK60784 | NS |
| 071 | 10981326 | 5/15/09 | 284.27 | 48 331988 | 48331988 | |
| 071 | 10981328 | 5/15/09 | 229.21 | 48-331986 | 48331986 | |

071        10981330     5/15/09     87.75 48 331999        48331999