**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
In re                                                    :    Chapter 11 Case No.
                                                         :
**GENERAL MOTORS CORP.**, *et al.*,      :    09- 50026 (REG)
                                                         :
                            Debtors.            :    (Jointly Administered)
                                                         :
-----------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JULY 2, 2009 AT 2:00 P.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTER:**

1. Motion of the Debtors for Entry of Order Pursuant to 11 U.S.C. § 363(b) Authorizing and Approving Settlement Agreements with Certain Unions [Docket No. 2388]

    Response Deadline:    July 2, 2009 at 9:00 a.m.

    Responses Filed:    None to date.

    Replies Filed:    None to date.

    Additional Document(s):

    A.    Approved Order Pursuant to Fed. R. Bankr. 2002(a)(2) and 9006(c) Shortening Notice Period with Respect to Motion of the Debtors for Entry of Order Pursuant to 11 U.S.C. § 363(b) Authorizing and Approving Settlement Agreements with Certain Unions [**Docket No. 2447**]

    Status:    This matter is going forward.

2. Debtors' Motion Pursuant to Bankruptcy Code §§ 105(a), 361, 362, 363, 364 and 507 and Bankruptcy Rules 2002, 4001 and 6004 to Amend DIP Credit Facility [**Docket No. 2755**]

Response Deadline:   July 2, 2009 at 9:00 a.m.

Responses Filed:   None to date

Replies Filed:   None to date.

Additional Document(s):

A. Interim Order Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364 and 507 and Bankruptcy Rules 2002, 4001 and 6004 (A) Approving a DIP Credit Facility and Authorizing the Debtors to Obtain Post-Petition Financing Pursuant Thereto, (B) Granting Related Liens, and Super-Priority Status, (C) Authorizing the Use of Cash Collateral, (D) Granting Adequate Protection to Certain Pre-Petition Secured Parties and (E) Scheduling A Final Hearing **[Docket No. 292]**

B. Final Order Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364 and 507 and Bankruptcy Rules 2002, 4001 and 6004 (A) Approving a DIP Credit Facility and Authorizing the Debtors to Obtain Post-Petition Financing Pursuant Thereto, (B) Granting Related Liens, and Super-Priority Status, (C) Authorizing the Use of Cash Collateral, (D) Granting Adequate Protection to Certain Pre-Petition Secured Parties **[Docket No. 2529]**

**Status**:   This matter is going forward.

Dated: July 1, 2009
New York, New York

/s/ Harvey R. Miller
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors
and Debtors in Possession