BINGHAM McCUTCHEN LLP
Anna M. Boelitz
One State Street
Hartford, CT  06103
Tel:  860.240.2700
Fax: 860.240.2800

*Counsel to Wells Fargo Bank Northwest, National Association, as Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **GENERAL MOTORS CORPORATION,** *et al.* | Case No. 09-50026 (REG) |
| **Debtors.** | Jointly Administered |

### CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2009, a true and correct copy of Reservation of Rights of Wells Fargo Bank Northwest, National Association, as Indentures Trustee, to Transition Services Agreement [Docket No. 2649] was served by Federal Express upon the parties set forth on the attached Service List.

Dated: Hartford, Connecticut
       July 1, 2009

                              Respectfully submitted,


                              By: /s/Anna M. Boelitz
                                  Anna M. Boelitz
                                  BINGHAM McCUTCHEN LLP
                                  One State Street
                                  Hartford, Connecticut  06103
                                  Tel:  860.240.2700
                                  Fax: 860.240.2800

                              *Counsel to Wells Fargo Bank Northwest, National Association, as Indenture Trustee*

A/73081678.1

**SERVICE LIST**

Attorneys for the Debtors
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.)

The Debtors
General Motors Corporation
300 Renaissance Center
Detroit, Michigan 48265
(Attn: Lawrence S. Buonomo, Esq.)

Attorneys for the Purchaser
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
(Attn: John J. Rapisardi, Esq.)

U.S. Treasury
U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
(Attn: Matthew Feldman, Esq.)

Attorneys for EDC
Vedder Price, P.C.,
1633 Broadway, 47th Floor
New York, New York 10019
(Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.)

Proposed Attorneys for the Creditors' Committee
Gordon Z. Novod, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

UAW
UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214
(Attn: Daniel W. Sherrick, Esq.)

Attorneys for the UAW
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(Attn: James L. Bromley, Esq.)

Attorneys for the UAW
Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, New York 10036
(Attn: Babette Ceccotti, Esq.)

United States Trustee
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
(Attn: Diana G. Adams, Esq.)

U.S. Attorney
Office of the U.S. Attorney
86 Chambers Street, Third Floor
New York, New York 10007
(Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.)

A/73081678.1