UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| ---------------------------------------------------------------X | |
|---|---|
| In re | |
| | Chapter 11 Case No. |
| GENERAL MOTORS CORP., *et. al.* | |
| | 09-50026 (REG) |
| Debtors. | (Jointly Administered) |
| ---------------------------------------------------------------X | |

## CERTIFICATE OF PUBLICATION

I, Angela Ferrante, certify as follows:

1. I am a Director of the Business Reorganization Department of the Melville office of The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. The business address for the Melville office is 105 Maxess Road, Melville, New York 11747

2. On June 11, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused publication of the **Notice of Commencement of Chapter 11 Cases and First Day Hearing (Docket No. 97)** in the following publications:

Publication Name

*Financial Times*, Worldwide

*The Wall Street Journal*, Global

*The New York Times*, National

*USA Today*, (Mon-Thurs) National

*Detroit Free Press/Detroit News*

*Le Journal de Montreal* (French) [1]

*Montreal Gazette* (English)

*The Global and Mail*, National

*The National Post*

[1] The Certificate of Translation is attached hereto.

3. I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: Melville, New York
July 1, 2009

/s/  Angela Ferrante
Angela Ferrante

# Brown sets out reforms to 'lift standards'

## PM seeks to draw line under crisis

## Plan is 'distraction', says opposition

**By George Parker in London**

Gordon Brown, the UK prime minister, has set out a raft of constitutional reforms to "lift our politics to a higher standard", in an attempt to draw a line under the political crisis that hit Westminster after a month of revelations over MPs' expenses claims.

Mr Brown's measures include setting up an independent standards authority to run Westminster, a code of conduct for MPs and longer range options such as electoral reform and making the House of Lords fully elected.

But David Cameron, leader of the opposition Conservatives, claimed the package was half-baked and intended merely as "a distraction" to divert attention from Mr Brown's deep-seated political problems.

Mr Brown has long argued for constitutional reform, but since becoming prime minister in 2007 he has proposed only modest measures and they have become bogged down.

Mr Brown said his first priority was to restore "the battered reputation" of parliament, cleaning up a system of allowances and expenses which has been abused by many members.

He will legislate before the summer break to end the system of self-regulation at Westminster, creating an independent body to oversee parliament and a code of conduct for MPs, including tough sanctions for those who break the rules.

Details of past expenses claims would be published on the internet "within days", although many of the details have already been revealed by The Daily Telegraph.

Other proposals include:

- Allowing electors to "recall" miscreant MPs by demanding a by-election, if a member were found guilty of "gross financial misconduct".
- Extending the Freedom of Information Act to private companies spending public money and releasing most official documents after 20 years, not 30 years.
- A possible written constitution.
- Cutting the voting age to 16.

However Mr Cameron pointed out Mr Brown had been talking about ideas such as a written constitution and cutting the voting age for years. Progress before a general election, which must be held by June 2010, is likely to be limited.

Mr Brown also promised to consult on changing the Westminster "first past the post" voting system, possibly moving to an alternative vote model where electors rank their candidates and can have second preference votes reallocated.

However, he said that would happen only if there were "broad consensus in the country" and there would have to be a referendum. Mr Brown said there were "no plans" to hold such a referendum before a general election.

Mr Cameron opposes any reform of the voting system, arguing that the current arrangement allows voters to sling out "weak, tired and discredited" governments.

Meanwhile, Mr Brown wants to conclude reforms to the House of Lords, but any progress is likely to be thwarted by Conservative members of the upper house this side of a general election. The government has not yet decided whether the Lords should be fully elected or whether 20 per cent should remain appointed.

**www.ft.com/browncrisis**

# Germans in east cope with recession better

**By Chris Bryant in Berlin**

Twenty years after the financial and political shocks caused by the fall of the Berlin Wall, east Germans are coping with the latest economic crisis rather better than their western counterparts, the government said yesterday.

The relative economic outperformance by the east during the recession underscores a popular impression that long-suffering east Germans are better at dealing with economic strife.

Economists predict that the German economy will contract by 6 per cent this year, the most since the second world war, amid a slump in global demand for manufactured goods.

Although the east will not be left untouched, the government expects the contraction here to be a somewhat less severe 5 per cent, according to a government report.

The prediction is supported by recent manufacturing data, which showed that industrial sales declined in western Germany by 21.1 per cent quarter-on-quarter during the first three months of this year, compared with only 16.6 per cent in the eastern states.

Unemployment in the west rose from 6.4 per cent to 6.9 per cent between May 2008 and May 2009 but in the east declined slightly from 13.4 per cent to 13.3 per cent.

Wolfgang Tiefensee, the transport minister, who also represents the interests of the eastern states, said this "stable sideways movement" might indicate that "the east is coping better with the crisis". He said the prevalence in the east of small and medium-sized business that were less dependent on exports might account for the difference.

However, many economic measures show eastern Germany continues to lag behind in spite of the billions in subsidies pumped in by the government since reunification in 1990. Per capita gross domestic product is only 71 per cent of that in the west – albeit up from 67 per cent in 2000 – while unemployment remains twice as high.

# Czech PM backs Merkel on public finances

**By Tony Barber and Jan Cienski in Prague**

Angela Merkel, Germany's chancellor, won support from the prime minister of the Czech Republic yesterday for her criticism of the unconventional monetary policies of the world's leading central banks.

"I'm not too far away from her opinion myself," Jan Fischer, a non-party technocrat who took over last month as premier of the Czech Republic, current holder of the European Union presidency, told the Financial Times in an interview.

Ms Merkel caused surprise last week when she publicly criticised the US Federal Reserve, the Bank of England and the European Central Bank for pouring vast amounts of liquidity into the markets in an attempt to mitigate the impact of the global financial crisis and recession.

Her remarks broke a cardinal rule of German political life – namely, that government leaders should refrain from commenting on the policies of the ECB, whose independence from political pressure is enshrined in its statutes.

Mr Fischer's comments make clear, however, that Ms Merkel is by no means alone among EU leaders in fearing that central banks will be risking serious inflationary problems in the future unless they revert soon to more conservative monetary policies.

Mr Fischer stressed that he was not claiming to speak for the EU as a whole, saying: "Of course, this is just my personal opinion. I'm not speaking in my capacity as EU president, but as an economist."

Nonetheless, his views carry weight. The Czech leader, who served as head of the national statistics office before he replaced Mirek Topolanek as premier, is to chair an EU summit in Brussels next week at which the bloc's 27 heads of government will assess how successful Europe's anti-recessionary measures have been over the past year.

Most EU countries are letting their budget deficits and public debt rise sharply to counter the recession, but the Czech and German governments see eye to eye on the need to restore order to Europe's public finances as soon as possible.

Mr Fischer said he had encountered similar views during his talks with leaders of other EU states ahead of next week's summit. "Whatever their party allegiance, left or right, they realise that this issue is extremely serious, and we should not let ourselves be frivolous," he said.

Mr Fischer also disclosed that EU leaders had not yet agreed on whether to make a legally binding decision at the summit to propose José Manuel Barroso, the European Commission president, for a second five-year term. Some leaders, such as Fredrik Reinfeldt, Sweden's prime minister, support this, but others want delegates to limit themselves to a purely political declaration in favour of Mr Barroso.

BRUSSELS BLOG

The new Czech premier is a statistically significant man **www.ft.com/brusselsblog**

# Bulgaria's enemy of corruption stirs scepticism

Interview

**Boyko Borissov**
**Mayor of Sofia**

The centre-right populist is favourite to become the next prime minister, say **Kerin Hope** and **Theodor Troev**

**Boyko Borissov enjoys the kind of popular adulation usually reserved for home-grown footballers playing abroad in Europe's premier leagues** AFP/Getty

Boyko Borissov, the mayor of Sofia and founder of Gerb, a populist centre-right party expected to win Bulgaria's national elections next month, makes a point of showing visitors his modest birthplace.

Sitting in the manicured garden of his walled compound in a village near the capital, Mr Borissov gestures with a cigar towards a low building with sagging roof tiles.

"I grew up there with my parents. When I left school I joined the fire brigade, like my father," he says.

Mr Borissov, a former bodyguard to the late Todor Zhivkov, the communist dictator, is keen to stress his man-of-the-people credentials as he positions himself as frontrunner to be the next prime minister. Yet his pledges to rid Bulgaria of corruption have met scepticism among European diplomats.

Gerb emerged as the strongest party in Sunday's European parliament elections, with 24.5 per cent of the vote, beating the governing Socialists of Sergey Stanishev, the prime minister, into second place by a margin of six percentage points.

"[Gerb] wants to achieve real reforms that require political will," Mr Borissov says. He argues that judicial reform must be the overriding priority if Bulgaria is to catch up with other European Union members.

One of the first pieces of legislation a Gerb-led government would present to parliament would make evidence collected by Olaf, the EU's anti-fraud office, admissible in Bulgarian courts, a move that would quickly increase the number of convictions for abuse of EU funds, he says.

The EU's poorest member state has lost access to hundreds of millions of euros in Brussels aid because of its failure to bring any senior criminal figures to justice.

"I am a great admirer of Olaf and its leaders, having worked with them here against the smuggling of cigarettes and liquor," he says.

Mr Borissov, who has hired a World Bank economist to help craft his economic policy, stands out from the crowd in Bulgarian centre-right politics, which includes a clutch of small parties grouped round former cabinet ministers and wealthy business people.

As mayor he enjoys the kind of adulation usually reserved for Bulgarian footballers playing in Europe's premier leagues.

> 'I am an admirer of [the EU anti-fraud office], having worked with them against smuggling'

He is seen in Sofia nightspots with the widow of a prominent Bulgarian banker assassinated by an organised crime group.

After guarding Zhivkov, Mr Borissov worked for an insurance company, then managed his own private security firm. In a meteoric ascent under the rightwing government of Simeon Saxe-Coburg, Bulgaria's former king and prime minister, Mr Borissov won a senior post at the interior ministry, where he worked with US and UK experts to modernise the police in the run-up to EU accession.

City hall has not been affected by the Union's freeze on funding, Mr Borissov says, drawing a distinction between the Socialists' handling of central government funds and Gerb's management of the country's largest municipality.

If Gerb wins the July 5 elections it will still have to form a coalition with at least two other centre-right parties in order to govern, with negotiations likely to take several weeks, before the new coalition starts the task of rebuilding relationships with the European Commission.

# Berlin will extend 'bad bank' scheme to public sector

## Move aimed at regional lenders

## Ongoing legislation to be altered

**By James Wilson in Frankfurt**

Germany's government has agreed to extend its proposed "bad bank" scheme to encourage some of the country's troubled public sector banks to offload assets in return for radical restructuring.

The proposals could make Germany's the biggest bad bank scheme in Europe to arise from the financial crisis as a way for banks to spin off unwanted assets and clean up their balance sheets. Proponents of the scheme see it as essential to restore confidence and encourage healthier banks to restart lending.

Berlin's agreement to widen the scope of the bad bank is aimed at Germany's seven Landesbanken groups, regionally owned banks that have collectively been among the country's worst casualties of the financial crisis. It follows a promise by regional political leaders to make significant headway in consolidating the Landesbank sector by the end of next year.

Bad bank legislation going through parliament would be altered to allow the sheltering of a broader range of assets as well as so-called toxic securities, the cabinet of Angela Merkel, chancellor, decided yesterday. German banks are thought to harbour about €800bn ($1,100bn, £685bn) in toxic or non-core assets, but it is unlikely the bad bank would be asked to take over them all.

Ireland was the first European country to announce a bad bank plan, pledging to take up to €90bn in assets from the books of its banks.

"The government wants in particular to support the necessary consolidation of the Landesbanken," the finance ministry said. It hopes legislation will be approved by July.

The agreement shows how the problems of the Landesbanken have given Berlin more leverage over the sector, after the banks' regional owners had for years resisted pressure to consolidate. The banks' losses have weakened some regional governments' finances to the point where they are much more willing to accept the banks' reform.

But Berlin's reluctance to shoulder losses arising from assets parked in the bad bank could cut banks' interest in taking part, reducing the impact of the scheme as a tool for consolidation. The narrower bad bank plan for toxic securities – aimed more at private sector banks – is also thought by many analysts to have terms that banks will find too unattractive.

Peer Steinbrück, finance minister, wanted the commitment to consolidate as the price of letting Landesbanken use the bad bank legislation. Restructuring has been urged for years by competition authorities.

**www.ft.com/lex**

## Legal Notices

**AMAZING GLOBAL TECHNOLOGIES LIMITED**
**(In Compulsory Liquidation)**

NOTICE IS HEREBY GIVEN that on 27 May 2009 pursuant to an Act of the Royal Court of Guernsey it was ordered that the company be placed into Compulsory Liquidation pursuant to Section 406(e) of The Companies (Guernsey) Law 2008.

And that Alan John Roberts and Adrian John Denis Rabet of Begbies Traynor (Channel Islands) Limited, 3rd Floor, Natwest House, Le Truchot, St Peter Port, Guernsey GY1 1WD be appointed Joint Liquidators to act jointly and severally in the winding up of the Company's affairs.

All persons having claims against the Company are required to submit full details thereof by 15 July 2009 to Alan J Roberts and Adrian J D Rabet, Joint Liquidators, Begbies Traynor, NatWest House, Le Truchot, St Peter Port, Guernsey GY1 1WD or alan.roberts@begbies-traynor.com

A J ROBERTS and A J D RABET, Joint Liquidators Begbies Traynor, NatWest House, Le Truchot, St Peter Port, Guernsey GY1 1WD

Businesses for sale

FT BUSINESS
Classified Business Advertising
UK: +44 20 7873 4563
US: +1 212 641 6500
ASIA: +852 2905 5554

**Notice to Advertisers**

Calls to the Financial Times Advertising Department may be monitored.

Acceptance of any advertisement for publication will be subject to the then current terms and conditions of insertion of advertisements in FT publications.

A copy of the terms and conditions of insertion of advertisements in FT publications can be obtained from +44 (0)20 7873 3000, or viewed at www.FT.com/advertising

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re GENERAL MOTORS CORP., *et al.*, Debtors. | Chapter 11 Case No. 09-50026 (REG) (Jointly Administered) |
|---|---|

**NOTICE OF SALE HEARING TO SELL SUBSTANTIALLY ALL OF DEBTORS' ASSETS PURSUANT TO MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER**

PLEASE TAKE NOTICE THAT upon the motion (the "Motion"), of General Motors Corporation ("GM") and its debtor subsidiaries, as debtors in possession (collectively, the "Debtors" or the "Company"), dated June 1, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has issued an order dated June 2, 2009 (the "Sale Procedures Order"), among other things, (i) scheduling a hearing (the "Sale Hearing") to approve (a) the Master Sale and Purchase Agreement, dated as of June 1, 2009 (the "MPA"), by and among GM and its Debtor subsidiaries (collectively, the "Sellers") and Vehicle Acquisition Holdings LLC (the "Purchaser"), a purchaser sponsored by the United States Department of the Treasury (the "U.S. Treasury"), with respect to the sale of substantially all the Debtors' assets (the "Purchased Assets") free and clear of all liens, claims, encumbrances, and other interests, and subject to higher or better offers (the "363 Transaction"); (b) the assumption, assignment, and sale to the Purchaser pursuant to the MPA of certain executory contracts and unexpired leases of personal property and non-residential real property (the "Assumable Executory Contracts"); and (c) the settlement agreement (the "UAW Retiree Settlement Agreement"), between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"); (ii) approving certain procedures for the submission and acceptance of any competing bids (the "Sale Procedures"); (iii) approving a procedure for the assumption, assignment, and sale to the Purchaser pursuant to the MPA of the Assumable Executory Contracts; (iv) approving the form and manner of notice of the Motion and the relief requested therein and of the Sale Hearing; and (v) setting a deadline for the filing of objections, if any, to the relief requested in the Motion.

A. THE MASTER SALE AND PURCHASE AGREEMENT

The total consideration under the MPA for the sale of the Purchased Assets is equal to the sum of (i) a credit bid in the amount of the outstanding indebtedness owed to the Purchaser as of the closing pursuant to certain secured loans extended by the U.S. Treasury and Export Development Canada, less approximately $8 billion (estimated to be approximately $48.3 billion at July 31, 2009); (ii) the surrender of a warrant to purchase GM shares previously issued to the U.S. Treasury in connection with the secured loans extended by the U.S. Treasury; (iii) the issuance to GM of shares of common stock of the Purchaser representing approximately 10% of the common stock of the Purchaser as of the closing of the sale; (iv) the issuance to GM of warrants to purchase up to 15% of the shares of common stock of the Purchaser on a fully diluted basis, with one half exercisable at any time prior to the seventh anniversary of issuance at an initial exercise price based on a $15 billion equity value of the Purchaser and the other half exercisable at any time prior to the tenth anniversary of issuance at an initial exercise price based on a $30 billion equity value of the Purchaser (GM can elect partial and cashless exercises of the warrants); and (v) the assumption by the Purchaser of certain assumed liabilities, all as set forth more fully in the MPA (visit www.nysb.uscourts.gov or www.gmcourtdocs.com). In addition, if the aggregate amount of allowed general unsecured claims against the Debtors exceeds $35 billion, as estimated by an order of the Bankruptcy Court (which the Debtors may seek at any time), GM will receive an additional 2% of the common stock of the Purchaser as of the closing of the sale.

B. THE SALE HEARING

The Sale Hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on June 30, 2009, at 9:45 a.m. (Eastern Time). The Sale Hearing may be adjourned without notice by an announcement of the adjourned date at the Sale Hearing.

**RESPONSES OR OBJECTIONS, IF ANY, TO THE RELIEF SOUGHT IN THE MOTION SHALL BE FILED** with the Clerk of the Bankruptcy Court and served upon: (a) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (b) Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (c) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., and Gordon Z. Novod, Esq.); (d) Cleary Gottlieb Steen & Hamilton LLP, the attorneys for the UAW, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esq.); (e) Cohen, Weiss and Simon LLP, the attorneys for the UAW, 330 W. 42nd Street, New York, New York 10036 (Attn: Babette Ceccotti, Esq.); (f) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (g) the Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004; and (h) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), **SO AS TO BE RECEIVED NO LATER THAN JUNE 19, 2009, AT 5:00 P.M. (EASTERN TIME) (the "Objection Deadline").**

The failure of any person or entity to file a response or objection on or before the Objection Deadline shall be deemed a consent to the 363 Transaction and the other relief requested in the Motion, and shall bar the assertion, at the Sale Hearing or thereafter, of any objection to the Sale Procedures, the Motion, the 363 Transaction, the approval of the UAW Retiree Settlement Agreement, and the Debtors' consummation of the 363 Transaction.

C. COPIES OF THE MOTION AND SALE PROCEDURES ORDER

This Notice provides only a partial summary of the relief sought in the Motion and the terms of the Sale Procedures Order. Copies of the Motion, the MPA (excluding certain commercially sensitive information), and Sale Procedures Order are available for inspection (i) by accessing (a) the website of the Bankruptcy Court at www.nysb.uscourts.gov, or (b) the website of the Debtors' claims and noticing agent, The Garden City Group, Inc., at www.gmcourtdocs.com or (ii) by visiting the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408. Copies also may be obtained by faxing a written request to the attorneys for the Debtors, Weil, Gotshal & Manges LLP (Attn: Russell Brooks, Esq.) at 212-310-8007.

BY ORDER OF THE COURT

Dated: New York, New York
June 2, 2009

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, & Deadlines**

Chapter 11 bankruptcy cases concerning the debtors listed below were filed on June 1, 2009. You may be a creditor of the Debtors. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. **You are not being sued or forced into bankruptcy.** All documents filed with the Bankruptcy Court, including lists of the Debtors' assets and liabilities, will be available for inspection at the Office of the Clerk of the Bankruptcy Court or by accessing the Bankruptcy Court's website, www.nysb.uscourts.gov, as well as (A) by written request to the Debtors' Claims and Noticing Agent, The Garden City Group, Inc., at the following addresses: (i) if sending by regular mail: GCG Inc, P.O. Box 9386, Dublin, Ohio 43017-4286; (ii) if sending by overnight or hand delivery: GM Claims Agent, 105 Maxess Road, Melville, New York 11747, (B) by phone at 703-286-6401, or (C) by accessing its website, www.gmcourtdocs.com. Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password can be obtained from the PACER website, www.pacer.psc.uscourts.gov). NOTE: The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and the Debtors' Claims and Noticing Agent cannot give legal advice.

| Debtors: | Case Number: | Tax ID Number: |
|---|---|---|
| General Motors Corporation | 09-50026 (REG) | 38-0572515 |
| Chevrolet-Saturn of Harlem, Inc. | 09-13558 (REG) | 20-1426707 |
| Saturn, LLC | 09-50027 (REG) | 38-2577506 |
| Saturn Distribution Corporation | 09-50028 (REG) | 38-2755764 |

All other names used by the Debtors in the last 8 years:
General Motors Corporation: GMC Truck Division and NAO Fleet Operations, GM Corporation-GM Auction Department, National Car Rental, National Car Sales, Automotive Market Research; Chevrolet-Saturn of Harlem, Inc.: CKS of Harlem; Saturn, LLC: Saturn Corporation, Saturn Motor Car Corporation, GM Saturn Corporation, Saturn Corporation of Delaware.

**Attorney for Debtors. Harvey R. Miller, Stephen Karotkin, Joseph H. Smolinsky, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8000, Facsimile: (212) 310-8007.**

**Meeting of Creditors.** Date: July 27, 2009, Time: 1:00 P.M., Location: Hilton New York, 1335 Avenue of the Americas, New York, NY 10019, (212) 586-7000.

**Deadline to File a Proof of Claim.** Notice of deadline will be sent at a later time. **Creditor with a Foreign Address:** Read the information under "Claims."

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:** Notice of deadline will be sent at a later time.

**Creditors May Not Take Certain Actions:** In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in these cases.

**Address of the Bankruptcy Clerk's Office:** United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Telephone: 212-668-2870, Hours Open: 8:30 am to 5:00 pm. Clerk of the Bankruptcy Court: Vito Genna

**Filing of Chapter 11 Bankruptcy Case.** Bankruptcy cases under chapter 11 of the Bankruptcy Code (title 11, United States Code) have been filed in this court by the debtors listed above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business.

**Legal Advice.** The staff of the Clerk of the Bankruptcy Court cannot give legal advice. Consult a lawyer to determine your rights in these cases.

**Creditors Generally May Not Take Certain Actions.** Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.

**Meeting of Creditors.** A meeting of creditors is scheduled for the date, time, and location listed above. *The debtors' representative must be present at the meeting to be questioned under oath by the United States Trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.

**Claims.** A Proof of Claim is a signed statement describing a creditor's claim. You can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Discharge of Debts.** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141 (d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141 (d) (6) (A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed above. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline.

**Bankruptcy Clerk's Office.** Any paper that you file in these bankruptcy cases should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply.

**Creditor with a Foreign Address.** Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in these cases.

# AMD still looks for bottom

*Chip maker's chief expects PC demand to rise by end of year*

By Se Young Lee

SINGAPORE—**Advanced Micro Devices** Inc. expects demand for personal computers to pick up in the fourth quarter but it is too early to say the market has bottomed out, the chip maker's chief executive said.

The company has stabilized after a massive inventory correction at the end of 2008, Dirk Meyer said. "The inventory situation seems to be healthy, which leaves us with the question of end-user demand," Mr. Meyer said in an interview.

"It's still too early to definitely say we've hit bottom," he added. "You can only point to the bottom once you're past it, and I can't say we're past it."

AMD, based in Sunnyvale, Calif., reported a first-quarter net loss of $416 million on revenue of $1.2 billion, hurt by the global downturn.

Mr. Meyer said personal-computer shipments over the course of 2009 will likely decline on average by about a single-digit percentage from a year earlier.

Typically, the second half of the year is strong for chip makers amid the back-to-school and holiday shopping seasons.

Mr. Meyer said AMD's baseline scenario is for personal-computer shipments to turn positive by the end of 2009 and that 2010 will be a growth year for the industry.

He said growth in so-called thin-and-light notebooks and netbooks—low-cost PCs primarily focused on mobility and Web-browsing—will likely outpace growth from the traditional notebook segments.

"We really found a good, unserved segment of the market that is the segment for thin and light notebooks," he said. "We found an opportunity in the market and Intel's clearly trying to play catch-up there."

This year, the chip company introduced a platform for the thin-and-light category called the Yukon, which **Hewlett-Packard** Co. has employed in a laptop that has hit the shelves. Rival **Intel** Corp. is expected to roll out products based on its own platform for the category.

Associated Press

CEO Dirk Meyer at a company meeting in November in Sunnyvale, Calif.

# Spansion and Samsung to resume patent suits

By Patrick Fitzgerald

**Spansion** Inc. and **Samsung Electronics** Co. are set to resume their legal dispute after a bankruptcy judge rejected a $70 million patent settlement between them.

Spansion is restarting litigation against Samsung over what it claims are Samsung's violations of its patents covering technologies used in flash memory, a type of chip that is a mainstay in portable devices, according to court papers.

Samsung, in papers filed Monday in U.S. Bankruptcy Court in Wilmington, Del., asked Judge Kevin J. Carey to lift the automatic-stay provision blocking lawsuits against companies in Chapter 11 bankruptcy protection, so it can pursue its counterclaims against Spansion.

Judge Carey last week rejected a $70 million settlement between the two companies, ruling it was unfair to Spansion's estate and its creditors. The judge said he couldn't conclude that the cash from settlement represented a better deal for the chip maker than pursuing a pair of lawsuits against Samsung.

A Samsung spokesman declined to comment on the resumption of the litigation. A Spansion spokeswoman said she couldn't comment.

Spansion sued Samsung in federal court in Delaware and filed a separate complaint with the U.S. International Trade Commission this past November seeking to block U.S. imports of more than one million products, including iPods and BlackBerrys. In January, Samsung sued Spansion's Japanese subsidiary for infringing on its intellectual property. The company also countersued Spansion in Delaware, alleging patent infringement.

# THE MART

## TRAVEL

Save 60% First/Business
Major Airlines. Corp. Travel
www.cookamerican.travel
852-9096-4705
WE WILL NOT BE UNDERSOLD
COOK
An American Express Rep.
Travel Representative

Need Help Opening Doors?

Careers.
To advertise,
call (852) 2831-2553
(65) 6415-4279
or (813) 3292-4151
THE WALL STREET JOURNAL. ASIA

## BANKRUPTCIES

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** **GENERAL MOTORS CORP.,** ***et al.,*** **Debtors.** | **Chapter 11 Case No. 09-50026 (REG) (Jointly Administered)** |

**NOTICE OF SALE HEARING TO SELL SUBSTANTIALLY ALL OF DEBTORS' ASSETS PURSUANT TO MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER**

PLEASE TAKE NOTICE THAT upon the motion (the "Motion"), of General Motors Corporation ("GM") and its debtor subsidiaries, as debtors in possession (collectively, the "Debtors" or the "Company"), dated June 1, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has issued an order dated June 2, 2009 (the "Sale Procedures Order"), among other things, (i) scheduling a hearing (the "Sale Hearing") to approve (a) the Master Sale and Purchase Agreement, dated as of June 1, 2009 (the "MPA"), by and among GM and its Debtor subsidiaries (collectively, the "Sellers") and Vehicle Acquisition Holdings LLC (the "Purchaser"), a purchaser sponsored by the United States Department of the Treasury (the "U.S. Treasury"), with respect to the sale of substantially all the Debtors' assets (the "Purchased Assets") free and clear of all liens, claims, encumbrances, and other interests, and subject to higher or better offers (the "363 Transaction"); (b) the assumption, assignment, and sale to the Purchaser pursuant to the MPA of certain executory contracts and unexpired leases of personal property and nonresidential real property (the "Assumable Executory Contracts"); and (c) the settlement agreement (the "UAW Retiree Settlement Agreement"), between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"); (ii) approving certain procedures for the submission and acceptance of any competing bids (the "Sale Procedures"); (iii) approving a procedure for the assumption, assignment, and sale to the Purchaser pursuant to the MPA of the Assumable Executory Contracts; (iv) approving the form and manner of notice of the Motion and the relief requested therein and of the Sale Hearing; and (v) setting a deadline for the filing of objections, if any, to the relief requested in the Motion.

A. THE MASTER SALE AND PURCHASE AGREEMENT

The total consideration under the MPA for the sale of the Purchased Assets is equal to the sum of (i) a credit bid in the amount of the outstanding indebtedness owed to the Purchaser as of the closing pursuant to certain secured loans extended by the U.S. Treasury and Export Development Canada, less approximately $8 billion (estimated to be approximately $48.3 billion at July 31, 2009); (ii) the surrender of a warrant to purchase GM shares previously issued to the U.S. Treasury in connection with the secured loans extended by the U.S. Treasury; (iii) the issuance to GM of shares of common stock of the Purchaser representing approximately 10% of the common stock of the Purchaser as of the closing of the sale; (iv) the issuance to GM of warrants to purchase up to 15% of the shares of common stock of the Purchaser on a fully diluted basis, with one half exercisable at any time prior to the seventh anniversary of issuance at an initial exercise price based on a $15 billion equity value of the Purchaser and the other half exercisable at any time prior to the tenth anniversary of issuance at an initial exercise price based on a $30 billion equity value of the Purchaser (GM can elect partial and cashless exercises of the warrants); and (v) the assumption by the Purchaser of certain assumed liabilities, all as set forth more fully in the MPA (visit www.nysb.uscourts.gov or www.gmcourtdocs.com). In addition, if the aggregate amount of allowed general unsecured claims against the Debtors exceeds $35 billion, as estimated by an order of the Bankruptcy Court (which the Debtors may seek at any time), GM will receive an additional 2% of the common stock of the Purchaser as of the closing of the sale.

B. THE SALE HEARING

The Sale Hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on June 30, 2009, at 9:45 a.m. (Eastern Time). The Sale Hearing may be adjourned without notice by an announcement of the adjourned date at the Sale Hearing.

**RESPONSES OR OBJECTIONS, IF ANY, TO THE RELIEF SOUGHT IN THE MOTION SHALL BE FILED** with the Clerk of the Bankruptcy Court and served upon: (a) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (b) Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (c) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., and Gordon Z. Novod, Esq.); (d) Cleary Gottlieb Steen & Hamilton LLP, the attorneys for the UAW, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esq.); (e) Cohen, Weiss and Simon LLP, the attorneys for the UAW, 330 W. 42nd Street, New York, New York 10036 (Attn: Babette Ceccotti, Esq.); (f) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (g) the Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004; and (h) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), **SO AS TO BE RECEIVED NO LATER THAN JUNE 19, 2009, AT 5:00 P.M. (EASTERN TIME) (the "Objection Deadline").**

The failure of any person or entity to file a response or objection on or before the Objection Deadline shall be deemed a consent to the 363 Transaction and the other relief requested in the Motion, and shall bar the assertion, at the Sale Hearing or thereafter, of any objection to the Sale Procedures, the Motion, the 363 Transaction, the approval of the UAW Retiree Settlement Agreement, and the Debtors' consummation of the 363 Transaction.

C. COPIES OF THE MOTION AND SALE PROCEDURES ORDER

This Notice provides only a partial summary of the relief sought in the Motion and the terms of the Sale Procedures Order. Copies of the Motion, the MPA (excluding certain commercially sensitive information), and Sale Procedures Order are available for inspection (i) by accessing (a) the website of the Bankruptcy Court at www.nysb.uscourts.gov, or (b) the website of the Debtors' claims and noticing agent, The Garden City Group, Inc., at www.gmcourtdocs.com or (ii) by visiting the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408. Copies also may be obtained by faxing a written request to the attorneys for the Debtors, Weil, Gotshal & Manges LLP (Attn: Russell Brooks, Esq.) at 212-310-8007.

BY ORDER OF THE COURT

Dated: New York, New York
June 2, 2009

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors and Debtors in Possession

## BANKRUPTCIES

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, & Deadlines**

Chapter 11 bankruptcy cases concerning the debtors listed below were filed on June 1, 2009. You may be a creditor of the Debtors. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. **You are not being sued or forced into bankruptcy.** All documents filed with the Bankruptcy Court, including lists of the Debtors' assets and liabilities, will be available for inspection at the Office of the Clerk of the Bankruptcy Court or by accessing the Bankruptcy Court's website, www.nysb.uscourts.gov, as well as (A) by written request to the Debtors' Claims and Noticing Agent, The Garden City Group, Inc., at the following addresses: (i) if sending by regular mail: GM Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286; (ii) if sending by overnight or hand delivery: GM Claims Agent, 105 Maxess Road, Melville, New York 11747, (B) by phone at 703-286-6401, or (C) by accessing its website, www.gmcourtdocs.com. Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website, www.pacer.psc.uscourts.gov). NOTE: The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and the Debtors' Claims and Noticing Agent cannot give legal advice.

| Debtors: | Case Number: | Tax ID Number: |
|---|---|---|
| General Motors Corporation | 09-50026 (REG) | 38-0572515 |
| Chevrolet-Saturn of Harlem, Inc. | 09-13558 (REG) | 20-1426707 |
| Saturn, LLC | 09-50027 (REG) | 38-2577506 |
| Saturn Distribution Corporation | 09-50028 (REG) | 38-2755764 |

All other names used by the Debtors in the last 8 years:
General Motors Corporation: GMC Truck Division and NAO Fleet Operations, GM Corporation-GM Auction Department, National Car Rental, National Car Sales, Automotive Market Research; Chevrolet-Saturn of Harlem, Inc.: CKS of Harlem; Saturn, LLC: Saturn Corporation, Saturn Motor Car Corporation, GM Saturn Corporation, Saturn Corporation of Delaware.

**Attorney for Debtors. Harvey R. Miller, Stephen Karotkin, Joseph H. Smolinsky, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8000, Facsimile: (212) 310-8007.**

**Meeting of Creditors.** Date: July 27, 2009, Time: 1:00 P.M., Location: Hilton New York, 1335 Avenue of the Americas, New York, NY 10019, (212) 586-7000.

**Deadline to File a Proof of Claim.** Notice of deadline will be sent at a later time. **Creditor with a Foreign Address:** Read the information under "Claims."

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:** Notice of deadline will be sent at a later time.

**Creditors May Not Take Certain Actions:** In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in these cases.

**Address of the Bankruptcy Clerk's Office:** United States Bankruptcy Court, One Bowling Green, New York, NY 10004, Telephone: 212-668-2870, Hours Open: 8:30 am to 5:00 pm.
Clerk of the Bankruptcy Court: Vito Genna

**Filing of Chapter 11 Bankruptcy Case.** Bankruptcy cases under chapter 11 of the Bankruptcy Code (title 11, United States Code) have been filed in this court by the debtors listed above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business.

**Legal Advice.** The staff of the Clerk of the Bankruptcy Court cannot give legal advice. Consult a lawyer to determine your rights in these cases.

**Creditors Generally May Not Take Certain Actions.** Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.

**Meeting of Creditors.** A meeting of creditors is scheduled for the date, time, and location listed above. *The debtors' representative must be present at the meeting to be questioned under oath by the United States Trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.

**Claims.** A Proof of Claim is a signed statement describing a creditor's claim. You can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Discharge of Debts.** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141 (d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141 (d) (6) (A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed above. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline.

**Bankruptcy Clerk's Office.** Any paper that you file in these bankruptcy cases should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on a diskette or compact disk (CD), you must submit with your filing an affidavit of your inability to comply.

**Creditor with a Foreign Address.** Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in these cases.

# China's consumer prices fall again, but pace slows

By Terence Poon

BEIJING—China's consumer and factory-gate prices continued to fall in May and the government sounded guarded on when prices might rebound. But economists said deflation pressures are subsiding in China.

China's consumer price index fell 1.4% in May from a year earlier, the fourth straight month of drops, National Bureau of Statistics data showed Wednesday. The pace of the price-drop slowed slightly from April's 1.5% decline.

The producer price index fell 7.2% in May from a year earlier, widening from April's 6.6% drop and marking the sixth consecutive month of decline.

Economists generally weren't concerned, saying the May price drops mainly reflect much higher prices in the first half of last year, and that the risk of sustained price falls discouraging private consumption has diminished.

The statistics bureau said the odds of a swift price rebound are slim, as an oversupply of industrial products will continue in the short term. Despite stimulus programs in many nations, the "major economies in the world continue to be in a recession and global demand remains in a trough," it said, adding that flush liquidity has driven up the prices of some essential raw materials in the past two months.

The statistics bureau said the CPI in May fell 0.3%. Grain prices, which could affect other food-product prices, have risen sequentially for five months, said the bureau, but food prices continued to fall, albeit by a smaller margin in May. "It remains to be seen if the rise in grain prices will affect future CPI trends," the bureau said.

Still, economists say the recent rebound in global crude oil prices and Beijing's gasoline and diesel price increase from June 1 are likely to ease deflation fears.

China's domestic property market is also showing signs of a sustained recovery. In May, property prices in 70 of China's large and medium-sized cities rose 0.6% from April, accelerating from the gains earlier this year, even as they fell 0.6% from a year earlier, according to data from the National Development and Reform Commission.

Royal Bank of Scotland economist Ben Simpfendorfer said he expects consumer prices will "continue falling for most of this year and the return of inflation next year," given stabilization of the property market and a likely rebound in food prices. The rent component of the CPI in May rose 1.3% from a year earlier, a tad faster than 1.2% in April.

Bolstering hopes for the real-estate sector, statistics bureau data issued on Wednesday also show real-estate sales and investments picking up. Between January and May, the floor area of housing sold rose 27% from a year earlier, picking up from the 18.6% in the first four months this year.

Property investments, one of the main forms of private-sector investments in China, rose 6.8% in the January-May period, compared with a 4.9% rise in the first four months.

Goldman Sachs economists predicted that "deflationary pressures will disappear in the latter half of the year" as economic growth continues to pick up.

*—Victoria Ruan contributed to this article.*

**Deflating**

Year-to-year change in China's consumer price and producer-price indexes

Source: National Bureau of Statistics, China

# China firm boosts OZ bid

*Minmetals adds 16% to offer for miner ahead of vote on deal*

*By Laura Santini in Hong Kong and Alex Wilson in Melbourne*

**China Minmetals Non-Ferrous Metals** Co. boosted its bid for assets of Australian miner **OZ Minerals** Ltd. by 16% to US$1.39 billion ahead of a shareholder vote Thursday to approve the deal.

Wednesday's sweetened offer, endorsed by the board of OZ Minerals, came amid a day of intense uncertainty about whether the offer would face competition from Australian investment bank **Macquarie Group** Ltd., which put together a proposal for a recapitalization designed to thwart the Minmetals offer. Earlier on Wednesday, Macquarie abandoned the plan.

"Minmetals' offer also provides greater stability to OZ Minerals' assets and security of employment to OZ Minerals staff around Australia and in Laos," Minmetals said in a statement.

Before the higher offer was made, Bruce Loveday, OZ's executive general manager of business support, said proxies are strongly in favor of the Minmetals transaction, although he also noted shareholders have the ability to withdraw their proxy votes and turn up to vote at the meeting. Minmetals' original offer was for US$1.2 billion.

This week, Macquarie had urged shareholders to reject Minmetals' offer in favor of a 1.4 billion Australian dollar (US$1.1 billion) recapitalization that would be financed through a rights offering to existing OZ Minerals investors.

But the board of OZ Minerals rejected the Macquarie plan, as well as another recapitalization proposal put forward by RFC Corporate Finance and RBC Capital Markets.

Even after the board's decision, Macquarie tried to take its plan to shareholders, arguing that a rebound in metals prices had pushed the implied value of the company much higher and that shareholders would be better off taking in fresh capital rather than selling to Minmetals.

But according to a person familiar with the situation, Macquarie eventually decided it didn't have the time to conduct due diligence needed to guarantee financing of its plan.

Minmetals is buying all of OZ's assets, apart from the Prominent Hill mine in South Australia state and the Martabe project in Indonesia.

In its independent expert report on the deal the day before the revised offer, corporate advisory firm Grant Samuel valued the assets being sold to Minmetals at between US$1.4 billion and US$1.6 billion but said that the deal was still in the best interests of shareholders given OZ's debt woes.

The revised offer signals Minmetals' determination for the deal to succeed, in the wake of a failed bid for Australian mining assets by another Chinese company.

Last Friday, **Aluminum Corp. of China's** planned $19.5 billion alliance with Anglo-Australian mining giant **Rio Tinto** fell apart in the face of a rival proposal for an iron-ore joint venture between Rio and **BHP Billiton** Ltd. An upturn in commodity and equity markets allowed Rio to raise $15.2 billion in a rights issue instead of ceding a stake to its Chinese suitor.

**Oz Minerals**
Wednesday's close: A$0.89, down 2.2%

A$1.0
0.8
0.6
0.4
J F M A M J

Source: Thomson Reuters Datastream

# China's GDP will grow 7.5%, finance association forecasts

By Jason Leow

BEIJING—The Chinese government's stimulus spending, which has lifted domestic demand amid a severe export slump, should help China's economy grow at a pace of 7.5% this year and 9% in 2010, says a report prepared by an association of financial institutions.

The forecast by the Institute of International Finance, whose members include some 370 of the world's largest commercial and investment banks, is shy of Beijing's own target for full-year growth of around 8% this year but more optimistic than some other forecasts. The World Bank has forecast about 6.5% growth for China's economy this year, though its president, Robert Zoellick, said on Tuesday that China's economy could grow faster than expected.

The IIF said in a report that China's economy has seen a quick turnaround from the end of last year, when its government unveiled a 4 trillion yuan ($585 billion) stimulus program and ordered banks to help finance public-works projects. Those measures helped the Chinese economy in the first quarter. The IIF now expects growth in the second half of the year to exceed 8%.

The IIF expects the Chinese government will be unwilling to let the yuan appreciate against the dollar until the export sector sees some recovery. It says the yuan likely will strengthen 1% to 6.8 yuan to the dollar at the end of the year, and 3% in 2010 to 6.6 yuan to the dollar.

"The government is cautious about the economic outlook, believing that the recovery supported mainly by public investment is still fragile, and has indicated that it will introduce new measures quickly if needed to sustain growth," it says in its report. IIF members are in Beijing this week for a spring membership meeting.

BREITLING for BENTLEY
BENTLEY MOTORS CHRONOGRAPH
WWW.BREITLINGFORBENTLEY.COM

LEADING THE NEWS

# The lat looks steadier

## *ECB lends Sweden $4 billion in case Latvia devalues*

The European Union's top economic official said Wednesday that the bloc wants to avoid a devaluation of the Latvian currency "at any price," while a Swedish regulator said that country's banks were strong enough to withstand a blowout in the Baltic region, where they are heavily exposed.

*By **Katie Martin** in London, **Anna Molin** in Stockholm and **Adam Cohen** in Brussels*

The comments bolstered currencies across Eastern Europe, which had fallen after Latvia last week attempted a failed bond auction and its currency, the lat, came under attack. Latvia has been hit harder than any other country in the EU by the global downturn, with its economy forecast to contract 20% this year.

The EU has backed Latvia's efforts to keep its tiny currency pegged to the euro. Swedish banks are particularly exposed to loans that Latvians took out in euros and would have difficulty paying back were the value of the lat to fall.

"The end of the lat [currency peg] would create, if it happens, very serious difficulty and we want to avoid, at any price, this situation," said European Commissioner for Economic and Monetary Affairs Joaquín Almunia at a news conference in Brussels after meeting Latvian Prime Minister Valdis Dombrovskis. "The price to avoid this situation is to adopt as soon as possible, in the coming week, this [budget] adjustment."

Sweden's central bank, the Riksbank, on Wednesday took the precaution of borrowing €3 billion ($4.22 billion) from the European Central Bank, intending it as a backstop in case a devaluation of the lat pushed up losses on the huge amount of loans Sweden's banks have in the region.

"It's not a positive signal," said SEB economist Elisabet Kopelman of the Riksbank's stockpiling. "It shows they're taking the Baltic situation seriously." She added that it was smart of the central bank to prepare itself for potential liquidity shortages.

The Swedish krona and key currencies in Central and Eastern Europe were climbing Wednesday as investors grew more confident that battered Latvia will succeed in defending its currency peg. The Hungarian forint—the region's most risk-sensitive currency—has strengthened nearly 4% against the euro this week to trade at 280.12 forints. The euro has dropped 1.2% against the Swedish krona, which has suffered because of Sweden's banking exposure to Latvia, to trade at 10.7357 kronor.

**Latvia has been hit harder than any other EU country by the global downturn.**

The failed bond auction, fresh records in interbank lending rates and suggestions from analysts that Latvia will have to devalue the lat rattled nerves last week, hitting a range of currencies across Europe. Since then though, positive signals on further aid from the International Monetary Fund and the EU, and pressure on lawmakers to approve painful budget cuts, are pushing back devaluation expectations.

Mr. Almunia expressed confidence Wednesday that Latvia will make the cuts to its budgets that have become a condition of international aid. The EU and the International Monetary Fund last year spearheaded a €7.5 billion rescue package for the country.

But they have withheld the second installment of these funds amid concerns about the country's public finances. They expect cuts of 500 million lats ($1 billion). Mr. Almunia said Latvia would have to make a similar-sized budget cut in 2010 to maintain fiscal sustainability and stay on track to join the euro.

Mr. Dombrovskis said he is focused on Latvia's medium-term budget stability. His government has proposed a revised 2009 budget that would trim 500 million lat in state spending. Mr. Almunia said this revised budget is the only way the country can keep the lat pegged to the euro.

Latvia's parliament is likely to vote on these changes next week. Voters expressed their anger over the austerity measures in last week's European elections, defecting in huge numbers to a left-leaning opposition party backed by the country's Russian-speaking minority. Even if Latvia avoids devaluation, its crushing recession will still hurt Swedish banks, said Alan Ruskin, a currencies analyst at Royal Bank of Scotland Group PLC.

Sweden's Financial Supervisory Authority Wednesday deemed Swedish banks sufficiently capitalized to handle increased Baltic loan losses, concurring with a similar report from the Riksbank. Swedish banks have sufficient capital to weather a worst-case scenario of more than $45 billion in loan losses over the next three years, the financial regulator said.

In its base scenario, which it called conservative compared with analysts' projections, the FSA calculated that **Nordea Bank AB**, **Svenska Handelsbanken AB**, **Skandinaviska Enskilda Banken AB** and **Swedbank AB** could write off 202.6 billion Swedish kronor ($26.18 billion) in loans, depending on economic developments at home, in the Baltic states and Ukraine.

# Slump eases in U.K., Italy but exports fail Germany

BY NICHOLAS WINNING AND ANDREA THOMAS

Europe's output slump showed some signs of easing in the U.K. and Italy, although it held in Germany, the euro zone's biggest economy.

U.K. industrial production posted its first monthly increase in 14 months, one of a few signs that the recession-hit economy could start growing sooner than expected.

Industrial production, which encompasses energy and manufacturing output, increased 0.3% on the month, having dropped a revised 0.3% in March, the Office for National Statistics said.

April's output was substantially less than the year before, but the 12.3% decline was less severe than the 12.7% fall in March. The ONS also said U.K. output increased 0.2% on the month in April, following a revised 0.2% gain in March.

U.K. economists said the figures suggested companies were cranking up production, although they added that purchasing managers' index figures and recent surveys of the sector by the Confederation of British Industry suggested that production was still falling.

"While the demand-side picture remains unclear, we would not want to extrapolate the current uptrend in the U.K. output data too far into the future," analysts at J.P. Morgan said in a note.

Meanwhile, Bank of England Monetary Policy Committee member Andrew Sentance said he was hopeful that a recovery would begin later this year or in 2010, but that the eventual strength of that upturn is unclear. He said he was encouraged by U.K. companies' confidence about their mid- to long-term prospects.

"We are seeing many companies seeking to safeguard their long-term investments and maintain work-force skills built up over many years," Dr. Sentance said.

April saw industrial production rise 1.1% in Italy, compared with a revised 4.5% fall in March. However, when compared with the year before, industrial production plunged 24.2% in April, compared with an annual 23.8% fall in March.

"All told, while there are some glimmers of hope in today's production data and signs more generally that euro-area economies may now be past the worst of the recession, a resumption of growth still looks some way off," said Colin Ellis, a European economist at Daiwa Securities SMBC. "The euro area does not look capable of pulling itself out of recession any time soon, especially given the ECB's reluctance to offer further support."

Germany is still struggling with a slump in its export markets. The Federal Economics Ministry said Tuesday that industrial production there fell a seasonally adjusted 1.9% on the month in April. That industrial weakness will mean Germany's economy will contract more strongly in the second quarter than previously expected, the DIW Berlin economic think tank said.

"Although the free fall of industry has been stopped, the drop height has been extremely high," DIW economic expert Stefan Kooths said. "Production and orders have hit a level last seen 10 years ago."

Industrial output also fell 1.4% on the month in France in April.

**Inflection point**
U.K. industrial production, change from a year earlier
5%
0
–5
–10
–15
'08
'09
Source: U.K. Office of National Statistics

## CORRECTIONS & AMPLIFICATIONS

**William Morrison Supermarkets** PLC is the U.K.'s fourth-largest grocer by sales. A Global Business Brief on June 5 incorrectly called Morrison the U.K.'s largest grocer by sales.

## INDEX TO BUSINESSES

This index of businesses mentioned in today's issue of The Wall Street Journal Europe is intended to include all significant references to companies. First reference to these companies appear in boldface type in all articles except those on page one and the editorial pages.

36 South Investment Managers ....23
Air France-KLM ....9
Air India ....25
AK Steel Corp ....6
Allegheny Technologies ....6
Aluminum Corp. of China ....24,8
American Axle ....20
Arc Westwood Home Saver Management ....22
Arcandor ....7
ArvinMeritor ....20
Atlantic Tele-Network ....20
Bakrie & Brothers ....25
Bakrieland Development ....25
Bank of America ....21,23
Beijing Automotive Industry Holding ....8
Bharat Sanchar Nigam ....25
BHP Billiton ....8,24
BP ....21
Bumi Resources ....25
Caterpillar ....20
CB Richard Ellis Group ....20
Cerberus Capital Management ....31
China Minmetals Non-Ferrous Metals ....8
Chocoladefabriken Lindt & Sprüngli ....1,32
Chrysler ....3,6,8
Chrysler Group ....1
Citigroup ....21,23
Cnooc ....24
DellaCamera Capital Management ....22
Delta Air Lines ....9
Deutsche Bank ....20,23
Douglas County Bank ....21
Eurasian Natural Resources ....20
European Aeronautic Defence & Space ....9
Exxon Mobil ....24
Fiat ....1,6,20
Ford Motor ....3,8
Franz Hauswirth ....1,32
Frontier Airlines Holdings ....9
Geely Holding ....8
General Electric ....20
General Motors ....3,4,6,8,31
Goldman Sachs Group ....9
Google ....29
Grupo Ferrovial ....8
Hana Bank ....24
HeidelbergCement ....8
Hennes & Mauritz ....7
Hindustan Construction ....25
HSBC Holdings ....20
Hyundai Motor ....8
Inditex ....7
Indocement Tunggal Prakarsa ....8
Inpex ....24
Japan Petroleum ....24
Jiangxi Copper ....24
J.P. Morgan Chase ....9,23
Kookmin Bank ....24
Korea Electric Power ....24
Korea Hydro & Nuclear Power ....24
Lagardère ....29
Lear Corp ....20
Li & Fung ....24
Live Nation ....6
Lotte Shopping ....24
Lufthansa ....8
Macquarie Group ....8
Marathon Asset Management ....22
Marix Servicing ....22
Metaldyne ....3
Metro Group ....7
Microsoft ....29
Mission Capital Advisors ....22
Mitsubishi Corp ....8
Morgan Stanley ....9,31
National Asset Direct ....22
National Aviation Company of India ....25
Neiman Marcus Group ....8
NHPC ....25
Nike ....7
Nordea Bank ....2
North American Stainless ....6
Oil India ....25
Omnicom Group ....4
OZ Minerals ....8
Parsvnath Developers ....25
Posco ....24
Procter & Gamble ....1,4,32
Publicis Groupe ....4
Pure Capital ....23
RathGibson ....6
Rio Tinto ....8,24
Royal Bank of Scotland PLC ....2
Royal Dutch Shell ....24
Rémy Cointreau ....8
Santander ....20
Satyam Computer Services ....24
SEB ....20
Shinsegae ....24
Sina ....32
Skandinaviska Enskilda Banken ....2
Sobha Developers ....25
Sumitomo Metal Mining ....24
Svenska Handelsbanken ....2
Swedbank ....2,20
Taiwan Semiconductor Manufacturing ....24
Tech Mahindra ....24
Terravita ....1,32
Thales ....9
Ticketmaster Entertainment ....6
Totyota Motor ....31
TRW Automotive Holdings ....20
UAL ....9
United Co. Rusal ....8
Universal Stainless & Alloy Products ....6
US Airways Group ....9
Vedanta Resources ....20
Visteon ....1
Wells Fargo & Co. ....21
White & Case ....6
Wieden + Kennedy ....4
William Morrison Supermarkets ....2
Woodside Petroleum ....24
WPP ....4
Xstrata ....20
Yahoo ....29

THE WALL STREET JOURNAL EUROPE (ISSN 0921-99)
Boulevard Brand Whitlock 87, 1200 Brussels, Belgium
Telephone: 32 2 741 1211 Fax: 32 2 741 1600
SUBSCRIPTIONS, inquiries and address changes to:
Telephone: +44 (0) 207 309 7799 Calling time from 8am to 5.30pm GMT
E-mail: WSJUK@dowjones.com Website: www.services.wsje.com
Advertising Sales worldwide through Dow Jones International. Frankfurt: 49 69 971428 0; London: 44 207 842 9600; Paris: 33 1 40 17 01 01
Printed in Belgium by Concentra Media N.V. Printed in Germany by Dogan Media Group / Hürriyet A.S. Branch Germany. Printed in Switzerland by Zehnder Print AG Wil. Printed in the United Kingdom by Newsfax International Ltd., London. Printed in Italy by Telestampa Centro Italia s.r.l. Printed in Spain by Bermont S.A. Printed in Ireland by Midland Web Printing Ltd. Printed in Israel by The Jerusalem Post Group. Printed in Turkey by GLOBUS Dünya Basınevi.
Registered as a newspaper at the Post Office.
Trademarks appearing herein are used under license from Dow Jones & Co. © 2008 Dow Jones & Company All rights reserved.
Editeur responsable: Daniel Hertzberg M-17936-2003

## INDEX TO PEOPLE

This index lists the names of businesspeople and government regulators who receive significant mention in today's Journal.

For more people in the news, visit CareerJournal.com/WhosNews

Amaya, Louis ....22
Armstrong, Derek ....24
Bair, Sheila ....21
Braswell, Rob ....21
Cagle, Jimmy ....22
Cailloux, Jacques ....19
Cannon, Frederick ....22
Chang, Morris ....24
Chao, Charles ....32
Critchlow, Anne ....7
DellaCamera, Ralph ....22
Deripaska, Oleg ....8
Ellis, Colin ....2
Evans, Tim ....21
Green, Penny ....23
Greenhaus, Dan ....20
Greenland, Kingsley ....22
Grimes, D.R. ....21
Gutierrez, Irene ....22
Hauswirth, Roman ....1,32
Henry, Ernst ....22
Icahn, Carl ....6
Isla, Pablo ....7
James, Barry ....20
Kadambi, Dilip ....25
Kataria, Tarun ....25
Kidder, Robert ....31
Kim, John ....24
Kooths, Stefan ....2
Kopelman, Elisabet ....2
Koslowski, Gerd ....7
Kotz, David ....22
Lafley, A.G. ....4
Lauria, Thomas ....6
Lederman, Eli ....23
Leibowitz, Jon ....29
Lichtenstein, John E. ....6
Limbrick, Anthony ....23
Loveday, Bruce ....8
Maddox, Christopher ....21
Maloney, Sean ....20
Marchionne, Sergio ....1,31
Marinac, Christopher ....21
Mattera, Michael ....22
Mayhew, Billy ....21
McDonald, Robert ....4
McGillian, Gene ....21
Mersch, Yves ....19
Nardelli, Robert ....31
Oates, Dennis ....6
Pandit, Vikram ....21
Phagnamos, Lucas ....19
Press, Jim ....31
Pritchard, Marc ....4
Rohali, Yuanita ....25
Ruskin, Alan ....2
Russ, Oliver ....20
Schapiro, Mary ....22
Sparks, Richard ....20
Stengel, Jim ....4
Tansky, Burt ....8
Tobin, William David ....22
Varney, Christine ....29
Venkatramani, N. ....25
Weber, Axel ....19
Weinberg, Perella ....6
Wilson, Sarah ....23
Young, David ....29

FROM PAGE ONE

# Fiat completes transaction to assume control of Chrysler

*Continued from first page*
Obama administration, also could be problematic. American consumers have returned to their love of big vehicles now that gasoline prices in the U.S. are way below the $4 a gallon of last summer.

Chrysler's emergence from bankruptcy protection, nonetheless, gives the Obama administration an important victory in its historic intervention in the U.S. auto industry. The administration's auto task force ushered both Chrysler and **General Motors** Corp. into bankruptcy reorganization.

The U.S. government has given Chrysler $9 billion in financial aid and owns a 8% stake in the revamped company. Fiat owns a 20% stake, while 55% belongs to the United Auto Workers union's retiree health-care trust.

Fiat's stake could increase to 35% if the new company meets benchmarks intended to insure the development of fuel-efficient vehicles in the U.S., and it has the option to become the majority stakeholder once U.S. loans have been repaid. Fiat will contribute to Chrysler technology, platforms and powertrains for small- and medium-sized cars.

Tuesday night, the Supreme Court declined to hear a challenge to Chrysler's revamping posed by several Indiana pension funds and others. These groups argued that as secured lenders they should have made out better in the revamping than did some unsecured creditors such as the UAW.

Chrysler dealers expressed optimism after the alliance with Fiat was sealed.

"People are going to start realizing that we're here to stay," said Jim Arrigo, a Florida-based dealer. "We are the new Chrysler and now we've got to get down to business and start selling and get this behind us."

At Chrysler's headquarters on Wednesday, Fiat Chief Executive Sergio Marchionne, who will now serve as Chrysler's CEO as well, told employees the smallest of Detroit's Big Three auto makers has emerged as a leaner, more competitive company.

"Although we have many challenges yet to overcome, there is no doubt in my mind that we will get the job done," he said in a letter to employees. "Chrysler will be back."

Getty Images

Prospective buyers inspected vehicles at Star Chrysler Jeep in Glendale, Calif, on Tuesday, the dealership's last day as a franchisee of the auto maker.

Mr. Marchionne replaces Robert Nardelli, the CEO who was brought in by **Cerberus Capital Management** LP, the private equity firm that was Chrysler's majority owner from August 2007 until Wednesday.

The change at the top was confirmed along with a series of other management changes. Jim Press, the former **Totyota Motor** Corp. executive who was also brought in by Cerberus, will have the new title of deputy CEO, and will oversee the company's three automotive brands: Chrysler, Jeep and Dodge.

As previously announced, Robert Kidder, the lead independent director at **Morgan Stanley**, is chairman of Chrysler's new board of directors.

In his letter to employees, Mr. Marchionne said Chrysler will be more focused and nimble, benefiting significantly from its global alliance with the Italian auto maker.

—*Alex P. Kellogg and Andrew Grossman contributed to this article.*

# THE MART

## CAPITAL WANTED

**Renaissance Senior Investments, LLC FUND I**
Seeking equity partners to acquire stabilized, cash flowing Senior Housing Projects (AL, IL, MI, or CCRC)
Initial returns include 8% preferred cash on cash return, with expected rate of 25% or above with in 5 years
Contact:
Ralph Bellande, CEO - 502-228-8131
Brendan Phalen, CIO - 347-661-4897
www.renaissanceseniorinvestments.com

**NEW GREEN INVENTION**
Lab tested to save 50% Water by Princess Cruise Lines & Claremont University
Selling Co shares @ $1 at par
Potential $2 - $10 a share
www.AutoTouchFaucets.com
Tel: 888-827-827-2
Info@AutoTouchFaucets.com

## TRAVEL

**Save 60% First/Business**
Major Airlines. Corp. Travel
www.cookamerican.travel
(212) 201-1824
WE WILL NOT BE UNDERSOLD

**MAKE GREAT CONNECTIONS IN EUROPE. THE WALL STREET JOURNAL EUROPE.**

To advertise
Emma Balogun
The Wall Street Journal Europe
+44 207 842 9608
emma.balogun@dowjones.com
THE WALL STREET JOURNAL. EUROPE

## BANKRUPTCIES

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re GENERAL MOTORS CORP., *et al.*, Debtors.** | **Chapter 11 Case No. 09-50026 (REG) (Jointly Administered)** |

**NOTICE OF SALE HEARING TO SELL SUBSTANTIALLY ALL OF DEBTORS' ASSETS PURSUANT TO MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER**

PLEASE TAKE NOTICE THAT upon the motion (the "Motion"), of General Motors Corporation ("GM") and its debtor subsidiaries, as debtors in possession (collectively, the "Debtors" or the "Company"), dated June 1, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has issued an order dated June 2, 2009 (the "Sale Procedures Order"), among other things, (i) scheduling a hearing (the "Sale Hearing") to approve (a) the Master Sale and Purchase Agreement, dated as of June 1, 2009 (the "MPA"), by and among GM and its Debtor subsidiaries (collectively, the "Sellers") and Vehicle Acquisition Holdings LLC (the "Purchaser"), a purchaser sponsored by the United States Department of the Treasury (the "U.S. Treasury"), with respect to the sale of substantially all the Debtors' assets (the "Purchased Assets") free and clear of all liens, claims, encumbrances, and other interests, and subject to higher or better offers (the "363 Transaction"); (b) the assumption, assignment, and sale to the Purchaser pursuant to the MPA of certain executory contracts and unexpired leases of personal property and nonresidential real property (the "Assumable Executory Contracts"); and (c) the settlement agreement (the "UAW Retiree Settlement Agreement"), between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"); (ii) approving certain procedures for the submission and acceptance of any competing bids (the "Sale Procedures"); (iii) approving a procedure for the assumption, assignment, and sale to the Purchaser pursuant to the MPA of the Assumable Executory Contracts; (iv) approving the form and manner of notice of the Motion and the relief requested therein and of the Sale Hearing; and (v) setting a deadline for the filing of objections, if any, to the relief requested in the Motion.

A. THE MASTER SALE AND PURCHASE AGREEMENT

The total consideration under the MPA for the sale of the Purchased Assets is equal to the sum of (i) a credit bid in the amount of the outstanding indebtedness owed to the Purchaser as of the closing pursuant to certain secured loans extended by the U.S. Treasury and Export Development Canada, less approximately $8 billion (estimated to be approximately $48.3 billion at July 31, 2009); (ii) the surrender of a warrant to purchase GM shares previously issued to the U.S. Treasury in connection with the secured loans extended by the U.S. Treasury; (iii) the issuance to GM of shares of common stock of the Purchaser representing approximately 10% of the common stock of the Purchaser as of the closing of the sale; (iv) the issuance to GM of warrants to purchase up to 15% of the shares of common stock of the Purchaser on a fully diluted basis, with one half exercisable at any time prior to the seventh anniversary of issuance at an initial exercise price based on a $15 billion equity value of the Purchaser and the other half exercisable at any time prior to the tenth anniversary of issuance at an initial exercise price based on a $30 billion equity value of the Purchaser (GM can elect partial and cashless exercises of the warrants); and (v) the assumption by the Purchaser of certain assumed liabilities, all as set forth more fully in the MPA (visit www.nysb.uscourts.gov or www.gmcourtdocs.com). In addition, if the aggregate amount of allowed general unsecured claims against the Debtors exceeds $35 billion, as estimated by an order of the Bankruptcy Court (which the Debtors may seek at any time), GM will receive an additional 2% of the common stock of the Purchaser as of the closing of the sale.

B. THE SALE HEARING

The Sale Hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on June 30, 2009, at 9:45 a.m. (Eastern Time). The Sale Hearing may be adjourned without notice by an announcement of the adjourned date at the Sale Hearing.

**RESPONSES OR OBJECTIONS, IF ANY, TO THE RELIEF SOUGHT IN THE MOTION SHALL BE FILED** with the Clerk of the Bankruptcy Court and served upon: (a) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (b) Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (c) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., and Gordon Z. Novod, Esq.); (d) Cleary Gottlieb Steen & Hamilton LLP, the attorneys for the UAW, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esq.); (e) Cohen, Weiss and Simon LLP, the attorneys for the UAW, 330 W. 42nd Street, New York, New York 10036 (Attn: Babette Ceccotti, Esq.); (f) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (g) the Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004; and (h) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), **SO AS TO BE RECEIVED NO LATER THAN JUNE 19, 2009, AT 5:00 P.M. (EASTERN TIME) (the "Objection Deadline").**

The failure of any person or entity to file a response or objection on or before the Objection Deadline shall be deemed a consent to the 363 Transaction and the other relief requested in the Motion, and shall bar the assertion, at the Sale Hearing or thereafter, of any objection to the Sale Procedures, the Motion, the 363 Transaction, the approval of the UAW Retiree Settlement Agreement, and the Debtors' consummation of the 363 Transaction.

C. COPIES OF THE MOTION AND SALE PROCEDURES ORDER

This Notice provides only a partial summary of the relief sought in the Motion and the terms of the Sale Procedures Order. Copies of the Motion, the MPA (excluding certain commercially sensitive information), and Sale Procedures Order are available for inspection (i) by accessing (a) the website of the Bankruptcy Court at www.nysb.uscourts.gov, or (b) the website of the Debtors' claims and noticing agent, The Garden City Group, Inc., at www.gmcourtdocs.com or (ii) by visiting the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408. Copies also may be obtained by faxing a written request to the attorneys for the Debtors, Weil, Gotshal & Manges LLP (Attn: Russell Brooks, Esq.) at 212-310-8007.

BY ORDER OF THE COURT

Dated: New York, New York
June 2, 2009

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors and Debtors in Possession

## BANKRUPTCIES

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

**Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, & Deadlines**

Chapter 11 bankruptcy cases concerning the debtors listed below were filed on June 1, 2009. You may be a creditor of the Debtors. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. **You are not being sued or forced into bankruptcy.** All documents filed with the Bankruptcy Court, including lists of the Debtors' assets and liabilities, will be available for inspection at the Office of the Clerk of the Bankruptcy Court or by accessing the Bankruptcy Court's website, www.nysb.uscourts.gov, as well as (A) by written request to the Debtors' Claims and Noticing Agent, The Garden City Group, Inc., at the following addresses: (i) if sending by regular mail: GM Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286; (ii) if sending by overnight or hand delivery: GM Claims Agent, 105 Maxess Road, Melville, New York 11747, (B) by phone at 703-286-6401, or (C) by accessing its website, www.gmcourtdocs.com. Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website, www.pacer.psc.uscourts.gov). NOTE: The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and the Debtors' Claims and Noticing Agent cannot give legal advice.

| Debtors: | Case Number: | Tax ID Number: |
|---|---|---|
| General Motors Corporation | 09-50026 (REG) | 38-0572515 |
| Chevrolet-Saturn of Harlem, Inc. | 09-13558 (REG) | 20-1426707 |
| Saturn, LLC | 09-50027 (REG) | 38-2577506 |
| Saturn Distribution Corporation | 09-50028 (REG) | 38-2755764 |

All other names used by the Debtors in the last 8 years:
General Motors Corporation: GMC Truck Division and NAO Fleet Operations, GM Corporation-GM Auction Department, National Car Rental, National Car Sales, Automotive Market Research; Chevrolet-Saturn of Harlem, Inc.: CKS of Harlem; Saturn, LLC: Saturn Corporation, Saturn Motor Car Corporation, GM Saturn Corporation, Saturn Corporation of Delaware.

**Attorneys for Debtors. Harvey R. Miller, Stephen Karotkin, Joseph H. Smolinsky, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8000, Facsimile: (212) 310-8007.**

**Meeting of Creditors.** Date: July 27, 2009, Time: 1:00 P.M., Location: Hilton New York, 1335 Avenue of the Americas, New York, NY 10019, (212) 586-7000.

**Deadline to File a Proof of Claim.** Deadline will be sent at a later time. **Creditor with a Foreign Address:** Read the information under "Claims."

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:** Notice of deadline will be sent at a later time.

**Creditors May Not Take Certain Actions:** In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in these cases.

**Address of the Bankruptcy Clerk's Office:** United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Telephone: 212-668-2870, Hours Open: 8:30 am to 5:00 pm. Clerk of the Bankruptcy Court: Vito Genna

**Filing of Chapter 11 Bankruptcy Case.** Bankruptcy cases under chapter 11 of the Bankruptcy Code (title 11, United States Code) have been filed in this court by the debtors listed above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business.

**Legal Advice.** The staff of the Bankruptcy Clerk's Office cannot give legal advice. Consult a lawyer to determine your rights in this case.

**Creditors Generally May Not Take Certain Actions.** Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.

**Meeting of Creditors.** A meeting of creditors is scheduled for the date, time, and location listed above. *The debtors' representative must be present at the meeting to be questioned under oath by the United States Trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.

**Claims.** A Proof of Claim is a signed statement describing a creditor's claim. You can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Discharge of Debts.** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141 (d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141 (d) (6) (A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed above. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline.

**Bankruptcy Clerk's Office.** Any paper that you file in these bankruptcy cases should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply.

**Creditor with a Foreign Address.** Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in these cases.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re GENERAL MOTORS CORP., et al., Debtors. : Chapter 11 Case No. 09-50026 (REG) (Jointly Administered)

NOTICE OF INTERIM ORDER ESTABLISHING NOTIFICATION PROCEDURES AND APPROVING RESTRICTIONS ON CERTAIN TRANSFERS OF INTERESTS IN THE DEBTORS' ESTATES

TO ALL PERSONS OR ENTITIES WITH EQUITY INTERESTS IN THE DEBTORS:[1]

PLEASE TAKE NOTICE that on June 1, 2009 (the "Commencement Date"), General Motors Corporation ("GM") and certain of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors") commenced cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Section 362(a) of the Bankruptcy Code operates as a stay of any act to obtain possession of property of the Debtors' estates or of property from the Debtors' estates or to exercise control over property of the Debtors' estates.

PLEASE TAKE FURTHER NOTICE that on June 1, 2009 the United States Bankruptcy Court for the Southern District of New York (the "Court"), having jurisdiction over these chapter 11 cases, upon motion of the Debtors (the "Motion"), entered an interim order (i) finding that the Debtors' net operating loss carryforwards ("NOLs") and certain other tax attributes, including their foreign tax credit and other excess credit carryforwards (together with the NOLs, the "Tax Attributes") are property of the Debtors' estates and are protected by section 362(a) of the Bankruptcy Code; (ii) finding that trading in GM common stock (the "GM Stock") could severely limit the Debtors' ability to use the Tax Attributes for purposes of the Internal Revenue Code of 1986, as amended (the "Tax Code"); and (iii) approving the procedures as set forth herein to preserve the Tax Attributes pursuant to sections 105(a) and 362(a) of the Bankruptcy Code retroactively effective as of the Commencement Date (the "Interim Order"). ANY ACQUISITION IN VIOLATION OF THE RESTRICTIONS SET FORTH BELOW SHALL BE NULL AND VOID AB INITIO AS AN ACT IN VIOLATION OF THE AUTOMATIC STAY UNDER SECTIONS 105(a) AND 362 OF THE BANKRUPTCY CODE.

PLEASE TAKE FURTHER NOTICE that the following procedures and restrictions have been approved by the Bankruptcy Court and shall apply to holding and trading in GM Stock:

(1) Notice of Substantial GM Stock Ownership. Any person or Entity (as such term is defined in section 382 of the Tax Code, including persons acting pursuant to a formal or informal understanding among themselves to make a coordinated acquisition) that beneficially owns, at any time on or after the Motion Date, GM Stock in an amount sufficient to qualify such person or Entity as a Substantial Equityholder (as hereinafter defined) shall file with the Court, and serve upon the Debtors, the attorneys for the Debtors, and the attorneys for the statutory committee of unsecured creditors appointed in these cases (the "Creditors' Committee"), a Notice of Substantial Stock Ownership (a "Substantial Ownership Notice") (visit www.nysb.uscourts.gov or www.gmcourtdocs.com), which describes specifically and in detail the GM Stock ownership of such person or Entity, on or before the date that is the later of: (a) ten (10) days after the entry of the Interim Order or the Final Order, as applicable, and (b) ten (10) days after that person or Entity qualifies as a Substantial Equityholder. At the holder's election, the Substantial Ownership Notice to be filed with the Court (but not such notice served upon the Debtors, the attorneys for the Debtors, and the attorneys for the Creditors' Committee) may be redacted to exclude such holder's taxpayer identification number and the number of shares of GM Stock that such holder beneficially owns.

(2) Acquisition of GM Stock or Options. At least fifteen (15) business days prior to the proposed date of any transfer of equity securities (including Options, as hereinafter defined, to acquire such securities) that would result in an increase in the amount of GM Stock beneficially owned by any person or Entity that currently is or subsequently becomes a Substantial Equityholder or that would result in a person or Entity becoming a Substantial Equityholder (a "Proposed Equity Acquisition Transaction"), such person, Entity or Substantial Equityholder (a "Proposed Equity Transferee") shall file with the Court, and serve upon the Debtors, the attorneys for the Debtors, and the attorneys for the Creditors' Committee, a Notice of Intent to Purchase, Acquire, or Otherwise Accumulate GM Stock (an "Equity Acquisition Notice") (visit www.nysb.uscourts.gov or www.gmcourtdocs.com), which describes specifically and in detail the proposed transaction in which GM Stock is to be acquired. At the holder's election, the Equity Acquisition Notice that is filed with the Court (but not such notice served upon the Debtors, the attorneys for the Debtors, and the attorneys for the Creditors' Committee) may be redacted to exclude such holder's taxpayer identification number and the number of shares of GM Stock that such holder beneficially owns and proposes to purchase or otherwise acquire.

(3) Disposition of GM Stock or Options. At least fifteen (15) business days prior to the proposed date of any transfer or other disposition of equity securities (including Options to acquire such securities) that would result in a decrease in the amount of GM Stock beneficially owned by a Substantial Equityholder or that would result in a person or Entity ceasing to be a Substantial Equityholder (a "Proposed Equity Disposition Transaction" and together with a Proposed Equity Acquisition Transaction, a "Proposed Equity Transaction"), such person, Entity, or Substantial Equityholder (a "Proposed Equity Transferor") shall file with the Court, and serve upon the Debtors, the attorneys for the Debtors, and the attorneys for the Creditors' Committee, a Notice of Intent to Sell, Trade, or Otherwise Transfer GM Stock (an "Equity Disposition Notice" and together with an Equity Acquisition Notice, an "Equity Trading Notice") (visit www.nysb.uscourts.gov or www.gmcourtdocs.com), which describes specifically and in detail the proposed transaction in which GM Stock would be transferred. At the holder's election, the Equity Disposition Notice that is filed with the Court (but not such notice served upon the Debtors, the attorneys for the Debtors, and the attorneys for the Creditors' Committee) may be redacted to exclude such holder's taxpayer identification number and the number of shares of GM Stock that such holder beneficially owns and proposes to sell or otherwise transfer.

(4) Objection Procedures. The Debtors and the Creditors' Committee shall have ten (10) business days after the filing of an Equity Trading Notice (the "Equity Objection Deadline") to file with the Court and serve on a Proposed Equity Transferee or a Proposed Equity Transferor, as the case may be, an objection to any proposed transfer of equity securities (including Options to acquire such securities) described in such Equity Trading Notice on the grounds that such transfer may adversely affect the Debtors' ability to utilize the Tax Attributes (an "Equity Objection") as a result of an ownership change under section 382 or section 383 of the Tax Code.

(i) If the Debtors or the Creditors' Committee file an Equity Objection by the Equity Objection Deadline, then the Proposed Equity Transaction shall not be effective unless approved by a final and nonappealable order of this Court.

(ii) If the Debtors or the Creditors' Committee do not file an Equity Objection by the Equity Objection Deadline, or if the Debtors and the Creditors' Committee provide written authorization to the Proposed Equity Transferee or the Proposed Equity Transferor, as the case may be, approving the Proposed Equity Transaction, prior to the Equity Objection Deadline, then such Proposed Equity Transaction may proceed solely as specifically described in the Equity Trading Notice. Any further Proposed Equity Transaction must be the subject of additional notices as set forth herein with an additional fifteen (15) business day waiting period.

(5) Unauthorized Transactions in GM Stock or Options. Effective as of the date of the filing of the Motion and until further order of the Court to the contrary, any acquisition, disposition, or other transfer of equity securities (including Options to acquire such securities) of the Debtors in violation of the procedures set forth herein shall be null and void ab initio as an act in violation of the automatic stay under sections 105(a) and 362 of the Bankruptcy Code.

(6) Definitions. For purposes of the Motion and the Order, the following terms have the following meanings:

(i) Substantial Equityholder. A "Substantial Equityholder" is any person or Entity that beneficially owns at least 27,000,000 shares of GM's common stock ("GM Common Stock") (representing approximately 4.5% of all issued and outstanding shares of GM's common stock).

(ii) Beneficial Ownership. "Beneficial ownership" (or any variation thereof of GM Stock and Options to acquire GM Stock) shall be determined in accordance with applicable rules under section 382 of the Tax Code, the U.S. Department of Treasury regulations ("Treasury Regulations") promulgated thereunder and rulings issued by the Internal Revenue Service, and, thus, to the extent provided in those rules, from time to time shall include, without limitation, (A) direct and indirect ownership (e.g., a holding company would be considered to beneficially own all stock owned or acquired by its subsidiaries), (B) ownership by a holder's family members and any group of persons acting pursuant to a formal or informal understanding to make a coordinated acquisition of stock, and (C) in certain cases, the ownership of an Option to acquire GM Stock.

(iii) Option. An "Option" to acquire stock includes any contingent purchase, warrant, convertible debt, put, stock subject to risk of forfeiture, contract to acquire stock, or similar interest regardless of whether it is contingent or otherwise not currently exercisable; and

(iv) GM Stock. "GM Stock" shall mean GM Common Stock. For the avoidance of doubt, by operation of the definition of beneficial ownership, an owner of an Option to acquire GM Stock may be treated as the owner of such GM Stock.

FAILURE TO FOLLOW THE PROCEDURES SET FORTH IN THIS NOTICE WILL CONSTITUTE A VIOLATION OF THE AUTOMATIC STAY PRESCRIBED BY SECTION 362 OF THE BANKRUPTCY CODE.

ANY PROHIBITED ACQUISITION OR OTHER TRANSFER OF GM STOCK IN VIOLATION OF THE INTERIM ORDER WILL BE NULL AND VOID AB INITIO AND MAY LEAD TO CONTEMPT, COMPENSATORY DAMAGES, PUNITIVE DAMAGES, OR SANCTIONS BEING IMPOSED BY THE BANKRUPTCY COURT.

THE DEBTORS MAY WAIVE, IN WRITING, ANY AND ALL RESTRICTIONS, STAYS, AND NOTIFICATION PROCEDURES CONTAINED IN THE INTERIM ORDER, PROVIDED THAT PENDING AND AFTER THE 363 TRANSACTION, THE DEBTORS SHALL NOT GRANT ANY WAIVER WITHOUT THE WRITTEN CONSENT OF NEW GM, WHICH CONSENT SHALL NOT BE UNREASONABLY WITHHELD.

PLEASE TAKE FURTHER NOTICE that a copy of the Motion (including exhibits) is available for inspection by accessing the website of the Bankruptcy Court at www.nysb.uscourts.gov, or of the Debtors' notice and claims agent, The Garden City Group, Inc., at www.gmcourtdocs.com.

PLEASE TAKE FURTHER NOTICE that any person or entity desirous of acquiring an interest restricted by the Interim Order may request relief for cause at any time and the Debtors may oppose such relief.

PLEASE TAKE FURTHER NOTICE that, if timely objections are received, there shall be a hearing held on June 25, 2009 at 9:45 a.m. (Eastern Time) to consider, on a final basis, the relief requested in the Motion. The hearing may be adjourned without notice by an announcement of the adjourned date at the hearing.

PLEASE TAKE FURTHER NOTICE that RESPONSES OR OBJECTIONS, IF ANY, TO THE RELIEF SOUGHT IN THE MOTION SHALL BE FILED with the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York and served upon: (a) the Debtors, c/o General Motors Corporation, 300 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (b) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (c) the U.S. Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Matthew Feldman, Esq.); (d) Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (e) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., and Gordon Z. Novod, Esq.); (f) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (g) the Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004; and (h) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), SO AS TO BE RECEIVED NO LATER THAN JUNE 18, 2009 AT 4:00 P.M. (EASTERN TIME).

PLEASE TAKE FURTHER NOTICE that the requirements set forth in this Notice are in addition to the requirements of Bankruptcy Rule 3001(e) and applicable securities, corporate, and other laws, and do not excuse compliance therewith.

BY ORDER OF THE COURT

Dated: New York, New York
June 2, 2009

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors and Debtors in Possession

[1] All capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Motion.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, & Deadlines

Chapter 11 bankruptcy cases concerning the debtors listed below were filed on June 1, 2009. You may be a creditor of the Debtors. This notice lists important deadlines. You may want to consult an attorney to protect your rights. You are not being sued or forced into bankruptcy. All documents filed with the Bankruptcy Court, including lists of the Debtors' assets and liabilities, will be available for inspection at the Office of the Clerk of the Bankruptcy Court or by accessing the Bankruptcy Court's website, www.nysb.uscourts.gov, as well as (A) by written request to the Debtors' Claims and Noticing Agent, The Garden City Group, Inc., at the following address: (i) if sending by regular mail: GM Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286, (ii) if sending by overnight or hand delivery: GM Claims Agent, 105 Maxess Road, Melville, New York 11747, (B) by phone at 703-286-6401, or (C) by accessing its website, www.gmcourtdocs.com. Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website, www.pacer.psc.uscourts.gov). NOTE: The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and the Debtors' Claims and Noticing Agent cannot give legal advice.

| Debtors | Case Number | Tax ID Number |
|---|---|---|
| General Motors Corporation | 09-50026 (REG) | 38-0572515 |
| Chevrolet-Saturn of Harlem, Inc. | 09-13558 (REG) | 20-1426707 |
| Saturn, LLC | 09-50027 (REG) | 38-2577506 |
| Saturn Distribution Corporation | 09-50028 (REG) | 38-2755764 |

All other names used by the Debtors in the last 8 years:
General Motors Corporation: GMC Truck Division and NAO Fleet Operations, GM Corporation-GM Auction Department, National Car Rental, National Car Sales, Automotive Market Research; Chevrolet-Saturn of Harlem, Inc.: CKS of Harlem; Saturn, LLC: Saturn Corporation, Saturn Motor Car Corporation, GM Saturn Corporation, Saturn Corporation of Delaware.

**Attorney for Debtors. Harvey R. Miller, Stephen Karotkin, Joseph H. Smolinsky, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8000, Facsimile: (212) 310-8007.**

Meeting of Creditors. Date: July 27, 2009, Time: 1:00 P.M., Location: Hilton New York, 1335 Avenue of the Americas, New York, NY 10019, (212) 586-7000.

Deadline to File a Proof of Claim. Notice of deadline will be sent at a later time. **Creditor with a Foreign Address:** Read the information under "Claims."

Deadline to File a Complaint to Determine Dischargeability of Certain Debts: Notice of deadline will be sent at a later time.

Creditors May Not Take Certain Actions: In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in these cases.

Address of the Bankruptcy Clerk's Office: United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Telephone: 212-668-2870, Hours Open: 8:30 am to 5:00 pm.

Clerk of the Bankruptcy Court: Vito Genna

Filing of Chapter 11 Bankruptcy Case. Bankruptcy cases under chapter 11 of the Bankruptcy Code (title 11, United States Code) have been filed in this court by the debtors listed above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business.

Legal Advice. The staff of the Clerk of the Bankruptcy Court cannot give legal advice. Consult a lawyer to determine your rights in these cases.

Creditors Generally May Not Take Certain Actions. Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.

Meeting of Creditors. A meeting of creditors is scheduled for the date, time, and location listed above. *The debtors' representative must be present at the meeting to be questioned under oath by the United States Trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.

Claims. A Proof of Claim is a signed statement describing a creditor's claim. You can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

Discharge of Debts. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141 (d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141 (d) (6) (A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed above. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline.

Bankruptcy Clerk's Office. Any paper that you file in these bankruptcy cases should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply.

Creditor with a Foreign Address. Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in these cases.

Will their opinions change yours?

opinion
nytimes.com
Where the conversation begins.

## SMALL BUSINESS

IN THE HUNT

JAMIE RECTOR

Richard Sudek, a college professor and active angel investor, says forced excitement can turn off potential investor

# In Pitching to Angel Investors, Preparation Top

By BRENT BOWERS

FOR entrepreneurs hoping to land start-up capital from angel investors, here's what two recent studies found: Don't get carried away when you pitch your product because the investors may lose interest faster than you can say "almost unlimited market."

And one misstep — like stammering a vague reply instead of saying you do not know the answer — can also kill a deal, the authors of the studies say.

Angel investors are generally wealthy people seeking promising start-ups that are too small to attract the attention of venture capitalists. The estimated 260,500 active angels in the United States are the largest source of seed and start-up capital for entrepreneurs (not counting their own savings or money from family and friends), according to Jeffrey Sohl, the director of the Center for Venture Research at the University of New Hampshire.

Even last year, as the recession gathered force, these angels spent $19.2 billion on more than 55,000 ventures, he said, though that was down from $26 billion in 2007. The average investment for each deal last year was $346,500.

By contrast, venture capitalists made only 440 investments in start-ups last year, putting the bulk of their money in later stages of a company's growth in deals that averaged $7.5 million, Mr. Sohl said. "Angels provide the seed and start-up funding that turns acorns into trees like Starbucks, FedEx, Amazon and Google," Mr. Sohl said.

Typically, entrepreneurs make their initial pitch to angels in an informal session. If their idea is judged to have promise, they may be invited to give a PowerPoint presentation followed by a question-and-answer session.

With time at a premium, it is imperative for entrepreneurs to come prepared to both meetings with solid arguments about their product's marketability and with evidence of their commitment to their company in the form of sweat equity and their own investment, experts say.

But enthusiasm is a different matter, according to a study that was presented last week at an entrepreneurship conference at Babson College outside Boston.

"That is the trickiest part," said Richard Sudek, an angel investor and assistant professor of entrepreneurship at Chapman University in Orange, Calif., and one of the three authors of that study. "We like you to show some excitement, but don't force it. Being authentic is much more important. There is such a thing as quiet passion. Anything that comes across as slickness is a negative."

Cheryl Mitteness, a doctoral candidate in entrepreneurial studies at the University of Louisville and one of Mr. Sudek's co-authors, was even more emphatic. "Show your passion," she said, "but don't try to be somebody that you're not. Angels are very leery of too much enthusiasm."

Another research paper, by Xiao-Ping Chen and Suresh Kotha of the University of Washington and Xin Yao of Wichita State University and published in The Academy of Management Journal in February, came to much the same conclusion. The effects of perceived passion, defined as cues like facial expressions, tone of voice and hand gestures, "were statistically insignificant," the article said.

**ONLINE: A PLAN AND A PRIZE**

*It takes more than a good idea to win a contest for business plans. Some tips on how and where to compete.*

**nytimes.com/smallbusiness**

Ms. Chen, a professor at her university's business school, called the findings "surprising," especially since she and her colleagues often rely on such signals in their hiring decisions. "You can show your passion through preparedness, how well you've thought out your business plan," she said. "But the style of your presentation doesn't matter."

What angels are looking for, authors of both reports said, is evidence of a market opportunity with growth potential, a strong management team and an exit strategy, including a list of possible acquirers, since the eventual sale of the companies they invest in is how they make money.

"Also, angels put a high value on trustworthiness," said Mr. Sudek of Chapman, a former entrepreneur himself and the chairman-elect of Tech Coast Angels, the largest angel group in the United States. "If you don't know the answer to a question, say so, and promise to get back to them. Don't fake it."

In fact, acknowledging gaps in your knowledge and other weaknesses, and letting angels know you need their help, can add to your credibility, he said.

Here are some other tips from the researchers:

¶Memorize an "elevator pitch" for your product and its potential in 90 seconds or less. It will bolster your confidence, and you can recycle it to win over customers, vendors and en

¶Consider hi coach, but only angel investors

¶Attend "pitc that many busi angel groups sp

¶In presentat but realistic in y revenue project draw up optimi ground and pes tions to show hc have thought th

Ted Ray, four tures Inc. in Mo Calif., has some entrepreneurs, only now startir $500,000 in ange

First, he said, on the market. " more loudly tha in," he said. His company, which remedy called F Formula, had sa $25,000 and is o crease that by t

Second, do no ple for money u spent your own. $105,000 of his s firm and raised family and frien

Third, the bus show to potenti should be concis using software c

Fourth, seek a record of investi — in his case, co ucts.

And finally, he every angle. "If a ask him for the n er angels who m Ray said. "My g introductions to to get three pres close one deal."

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re GENERAL MOTORS CORP., et al., Debtors. | Chapter 11 Case No. 09-50026 (REG) (Jointly Administered)

NOTICE OF SALE HEARING TO SELL SUBSTANTIALLY ALL OF DEBTORS' ASSETS PURSUANT TO MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER

PLEASE TAKE NOTICE THAT upon the motion (the "Motion"), of General Motors Corporation ("GM") and its debtor subsidiaries, as debtors in possession (collectively, the "Debtors" or the "Company"), dated June 1, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has issued an order dated June 2, 2009 (the "Sale Procedures Order"), among other things, (i) scheduling a hearing (the "Sale Hearing") to approve (a) the Master Sale and Purchase Agreement, dated as of June 1, 2009 (the "MPA"), by and among GM and its Debtor subsidiaries (collectively, the "Sellers") and Vehicle Acquisition Holdings LLC (the "Purchaser"), a purchaser sponsored by the United States Department of the Treasury (the "U.S. Treasury"), with respect to the sale of substantially all the Debtors' assets (the "Purchased Assets") free and clear of all liens, claims, encumbrances, and other interests, and subject to higher or better offers (the "363 Transaction"); (b) the assumption, assignment, and sale to the Purchaser pursuant to the MPA of certain executory contracts and unexpired leases of personal property and nonresidential real property (the "Assumable Executory Contracts"); and (c) the settlement agreement (the "UAW Retiree Settlement Agreement"), between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"); (ii) approving certain procedures for the submission and acceptance of any competing bids (the "Sale Procedures"); (iii) approving a procedure for the assumption, assignment, and sale to the Purchaser pursuant to the MPA of the Assumable Executory Contracts; (iv) approving the form and manner of notice of the Motion and the relief requested therein and of the Sale Hearing; and (v) setting a deadline for the filing of objections, if any, to the relief requested in the Motion.

A. THE MASTER SALE AND PURCHASE AGREEMENT

The total consideration under the MPA for the sale of the Purchased Assets is equal to the sum of (i) a credit bid in the amount of the outstanding indebtedness owed to the Purchaser as of the closing pursuant to certain secured loans extended by the U.S. Treasury and Export Development Canada, less approximately $8 billion (estimated to be approximately $48.3 billion at July 31, 2009); (ii) the surrender of a warrant to purchase GM shares previously issued to the U.S. Treasury in connection with the secured loans extended by the U.S. Treasury; (iii) the issuance to GM of shares of common stock of the Purchaser representing approximately 10% of the common stock of the Purchaser as of the closing of the sale; (iv) the issuance to GM of warrants to purchase up to 15% of the shares of common stock of the Purchaser on a fully diluted basis, with one half exercisable at any time prior to the seventh anniversary of issuance at an initial exercise price based on a $15 billion equity value of the Purchaser and the other half exercisable at any time prior to the tenth anniversary of issuance at an initial exercise price based on a $30 billion equity value of the Purchaser (GM can elect partial and cashless exercises of the warrants); and (v) the assumption by the Purchaser of certain assumed liabilities, all as set forth more fully in the MPA (visit www.nysb.uscourts.gov or www.gmcourtdocs.com). In addition, if the aggregate amount of allowed general unsecured claims against the Debtors exceeds $35 billion, as estimated by an order of the Bankruptcy Court (which the Debtors may seek at any time); GM will receive an additional 2% of the common stock of the Purchaser as of the closing of the sale.

B. THE SALE HEARING

The Sale Hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on June 30, 2009, at 9:45 a.m. (Eastern Time). The Sale Hearing may be adjourned without notice by an announcement of the adjourned date at the Sale Hearing.

**RESPONSES OR OBJECTIONS, IF ANY, TO THE RELIEF SOUGHT IN THE MOTION SHALL BE FILED** with the Clerk of the Bankruptcy Court and served upon: (a) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (b) Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (c) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., and Gordon Z. Novod, Esq.); (d) Cleary Gottlieb Steen & Hamilton LLP, the attorneys for the UAW, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esq.); (e) Cohen, Weiss and Simon LLP, the attorneys for the UAW, 330 W. 42nd Street, New York, New York 10036 (Attn: Babette Ceccotti, Esq.); (f) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (g) the Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004; and (h) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), **SO AS TO BE RECEIVED NO LATER THAN JUNE 19, 2009, AT 5:00 P.M. (EASTERN TIME)** (the "Objection Deadline").

The failure of any person or entity to file a response or objection on or before the Objection Deadline shall be deemed a consent to the 363 Transaction and the other relief requested in the Motion, and shall bar the assertion, at the Sale Hearing or thereafter, of any objection to the Sale Procedures, the Motion, the 363 Transaction, the approval of the UAW Retiree Settlement Agreement, and the Debtors' consummation of the 363 Transaction.

C. COPIES OF THE MOTION AND SALE PROCEDURES ORDER

This Notice provides only a partial summary of the relief sought in the Motion and the terms of the Sale Procedures Order. Copies of the Motion, the MPA (excluding certain commercially sensitive information), and Sale Procedures Order are available for inspection (i) by accessing (a) the website of the Bankruptcy Court at www.nysb.uscourts.gov, or (b) the website of the Debtors' claims and noticing agent, The Garden City Group, Inc., at www.gmcourtdocs.com or (ii) by visiting the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408. Copies also may be obtained by faxing a written request to the attorneys for the Debtors, Weil, Gotshal & Manges LLP (Attn: Russell Brooks, Esq.) at 212-310-8007.

BY ORDER OF THE COURT

Dated: New York, New York
June 2, 2009

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors and Debtors in Possession

# CNN's Sister Channel A 'View' Host Her Ow

By BRIAN STELTER

Joy Behar, a longtime co-host of "The View," is joining HLN to present a 9 p.m. talk show.

HLN, the opinionated sister channel of CNN, hopes to raise its prime-time ratings with the addition of Ms. Behar, who is well known for her comedic and sometimes controversial sensibility. The network, a unit of Turner Broadcasting, is expected to announce the hiring on Thursday.

Ms. Behar will work a TV double shift, as she will continue to co-host "The View" on ABC in the mornings. In a brief telephone interview, Ms. Behar said the new 9 p.m. show, tentatively titled "The Joy Behar Show," will begin in the fall, most likely in September. She called it a "topical and fun" talk show.

"It's not going to be dry, I hope, because I'm crazy," she said. On "The View," Ms. Behar is known for her sharply expressed liberal viewpoints. Ms. Behar's show will replace a repeat of "Lou Dobbs Tonight."

HLN, formerly Headline News, has had strong ratings gains in recent years with a lineup of opinionated hosts in the evenings. The network's signature show at 8 p.m., "Nancy Grace," drew almost 900,000 viewers on an average day last month.

But the 9 p.m. hour has not performed as well. HLN started to replay Mr. Dobbs's CNN program in prime time last fall after Glenn Beck, a conservative commentator, moved to Fox News Channel from HLN. Last month, the repeat of M drew an averag viewers a day.

Ms. Behar h "The View," t daytime talk s ception in 1997. recently signed with the progra

Ms. Behar ha ry King on CNI ularity in recen ing on Monday Behar will comp at 9 p.m.

On some day more young v time than CNI company plays of competition b contribute to th Warner, which

Joy Behar, known for libe

# LEGAL NOTICES

GLOBAL, NATIONAL, REGIONAL
TO ADVERTISE CALL 1.800.366.3975
FAX: 214.640.7900
ADVERTISING.WSJ.COM
EE MW SW WE

## BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re : Chapter 11 Case No.
GENERAL MOTORS CORP., *et al.*, : 09-50026 (REG)
Debtors. : (Jointly Administered)

**NOTICE OF INTERIM ORDER ESTABLISHING NOTIFICATION PROCEDURES AND APPROVING RESTRICTIONS ON CERTAIN TRANSFERS OF INTERESTS IN THE DEBTORS' ESTATES**

TO ALL PERSONS OR ENTITIES WITH EQUITY INTERESTS IN THE DEBTORS:[1]

PLEASE TAKE NOTICE that on June 1, 2009 (the "Commencement Date"), General Motors Corporation ("GM") and certain of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors") commenced cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Section 362(a) of the Bankruptcy Code operates as a stay of any act to obtain possession of property of the Debtors' estates or of property from the Debtors' estates or to exercise control over property of the Debtors' estates.

PLEASE TAKE FURTHER NOTICE that on June 1, 2009 the United States Bankruptcy Court for the Southern District of New York (the "Court"), having jurisdiction over these chapter 11 cases, upon motion of the Debtors (the "Motion"), entered an interim order (i) finding that the Debtors' net operating loss carryforwards ("NOLs") and certain other tax attributes, including their foreign tax credit and other excess credit carryforwards (together with the NOLs, the "Tax Attributes") are property of the Debtors' estates and are protected by section 362(a) of the Bankruptcy Code; (ii) finding that trading in GM common stock (the "GM Stock") could severely limit the Debtors' ability to use the Tax Attributes for purposes of the Internal Revenue Code of 1986, as amended (the "Tax Code"); and (iii) approving the procedures as set forth herein to preserve the Tax Attributes pursuant to sections 105(a) and 362(a) of the Bankruptcy Code *retroactively effective as of the Commencement Date* (the "Interim Order"). **ANY ACQUISITION IN VIOLATION OF THE RESTRICTIONS SET FORTH BELOW SHALL BE NULL AND VOID *AB INITIO* AS AN ACT IN VIOLATION OF THE AUTOMATIC STAY UNDER SECTIONS 105(A) AND 362 OF THE BANKRUPTCY CODE.**

PLEASE TAKE FURTHER NOTICE that the following procedures and restrictions have been approved by the Bankruptcy Court and shall apply to holding and trading in GM Stock:

(1) Notice of Substantial GM Stock Ownership. Any person or Entity (as such term is defined in section 382 of the Tax Code, including persons acting pursuant to a formal or informal understanding among themselves to make a coordinated acquisition) that beneficially owns, at any time on or after the Motion Date, GM Stock in an amount sufficient to qualify such person or Entity as a Substantial Equityholder (as hereinafter defined) shall file with the Court, and serve upon the Debtors, the attorneys for the Debtors, and the attorneys for the statutory committee of unsecured creditors appointed in these cases (the "Creditors' Committee"), a Notice of Substantial Stock Ownership (a "Substantial Ownership Notice") (visit www.nysb.uscourts.gov or www.gmcourtdocs.com), which describes specifically and in detail the GM Stock ownership of such person or Entity, on or before the date that is the later of: (a) ten (10) days after the entry of the Interim Order or the Final Order, as applicable, and (b) ten (10) days after that person or Entity qualifies as a Substantial Equityholder. At the holder's election, the Substantial Ownership Notice to be filed with the Court (but not such notice served upon the Debtors, the attorneys for the Debtors, and the attorneys for the Creditors' Committee) may be redacted to exclude such holder's taxpayer identification number and the number of shares of GM Stock that such holder beneficially owns.

(2) Acquisition of GM Stock or Options. At least fifteen (15) business days prior to the proposed date of any transfer of equity securities (including Options, as hereinafter defined, to acquire such securities) that would result in an increase in the amount of GM Stock beneficially owned by any person or Entity that currently is or subsequently becomes a Substantial Equityholder or that would result in a person or Entity becoming a Substantial Equityholder (a "Proposed Equity Acquisition Transaction"), such person, Entity or Substantial Equityholder (a "Proposed Equity Transferee") shall file with the Court, and serve upon the Debtors, the attorneys for the Debtors, and the attorneys for the Creditors' Committee, a Notice of Intent to Purchase, Acquire, or Otherwise Accumulate GM Stock (an "Equity Acquisition Notice") (visit www.nysb.uscourts.gov or www.gmcourtdocs.com), which describes specifically and in detail the proposed transaction in which GM Stock is to be acquired. At the holder's election, the Equity Acquisition Notice that is filed with the Court (but not such notice served upon the Debtors, the attorneys for the Debtors, and the attorneys for the Creditors' Committee) may be redacted to exclude such holder's taxpayer identification number and the number of shares of GM Stock that such holder beneficially owns and proposes to acquire.

(3) Disposition of GM Stock or Options. At least fifteen (15) business days prior to the proposed date of any transfer or other disposition of equity securities (including Options to acquire such securities) that would result in a decrease in the amount of GM Stock beneficially owned by a Substantial Equityholder or that would result in a person or Entity ceasing to be a Substantial Equityholder (a "Proposed Equity Disposition Transaction," and together with a Proposed Equity Acquisition Transaction, a "Proposed Equity Transaction"), such person, Entity, or Substantial Equityholder (a "Proposed Equity Transferor") shall file with the Court, and serve upon the Debtors, the attorneys for the Debtors, and the attorneys for the Creditors' Committee, a Notice of Intent to Sell, Trade, or Otherwise Transfer GM Stock (an "Equity Disposition Notice," and together with an Equity Acquisition Notice, an "Equity Trading Notice") (visit www.nysb.uscourts.gov or www.gmcourtdocs.com), which describes specifically and in detail the proposed transaction in which GM Stock would be transferred. At the holder's election, the Equity Disposition Notice that is filed with the Court (but not such notice served upon the Debtors, the attorneys for the Debtors, and the attorneys for the Creditors' Committee) may be redacted to exclude such holder's taxpayer identification number and the number of shares of GM Stock that such holder beneficially owns and proposes to sell or otherwise transfer.

(4) Objection Procedures. The Debtors and the Creditors' Committee shall have ten (10) business days after the filing of an Equity Trading Notice (the "Equity Objection Deadline") to file with the Court and serve on a Proposed Equity Transferee or a Proposed Equity Transferor, as the case may be, an objection to any proposed transfer of equity securities (including Options to acquire such securities) described in such Equity Trading Notice on the grounds that such transfer may adversely affect the Debtors' ability to utilize the Tax Attributes (an "Equity Objection") as a result of an ownership change under section 382 or section 383 of the Tax Code.

(i) If the Debtors or the Creditors' Committee file an Equity Objection by the Equity Objection Deadline, then the Proposed Equity Transaction shall not be effective unless approved by a final and nonappealable order of this Court.

(ii) If the Debtors or the Creditors' Committee do not file an Equity Objection by the Equity Objection Deadline, or if the Debtors and the Creditors' Committee provide written authorization to the Proposed Equity Transferee or the Proposed Equity Transferor, as the case may be, approving the Proposed Equity Transaction, prior to the Equity Objection Deadline, then such Proposed Equity Transaction may proceed solely as specifically described in the Equity Trading Notice. Any further Proposed Equity Transaction must be the subject of additional notices as set forth herein with an additional fifteen (15) business day waiting period.

(5) Unauthorized Transactions in GM Stock or Options. Effective as of the date of the filing of the Motion and until further order of the Court to the contrary, any acquisition, disposition, or other transfer of equity securities (including Options to acquire such securities) of the Debtors in violation of the procedures set forth herein shall be null and void *ab initio* as an act in violation of the automatic stay under sections 105(a) and 362 of the Bankruptcy Code.

(6) Definitions. For purposes of the Motion and the Order, the following terms have the following meanings:

(i) Substantial Equityholder. A "Substantial Equityholder" is any person or Entity that beneficially owns at least 27,000,000 shares of GM's common stock ("GM Common Stock") (representing approximately 4.5% of all issued and outstanding shares of GM's common stock).

(ii) Beneficial Ownership. "Beneficial ownership" (or any variation thereof of GM Stock and Options to acquire GM Stock) shall be determined in accordance with applicable rules under section 382 of the Tax Code, the U.S. Department of Treasury regulations ("Treasury Regulations") promulgated thereunder and rulings issued by the Internal Revenue Service, and, thus, to the extent provided in those rules, from time to time shall include, without limitation, (A) direct and indirect ownership (e.g., a holding company would be considered to beneficially own all stock owned or acquired by its subsidiaries), (B) ownership by a holder's family members and any group of persons acting pursuant to a formal or informal understanding to make a coordinated acquisition of stock, and (C) in certain cases, the ownership of an Option to acquire GM Stock.

(iii) Option. An "Option" to acquire stock includes any contingent purchase, warrant, convertible debt, put, stock subject to risk of forfeiture, contract to acquire stock, or similar interest regardless of whether it is contingent or otherwise not currently exercisable; and

(iv) GM Stock. "GM Stock" shall mean GM Common Stock. For the avoidance of doubt, by operation of the definition of beneficial ownership, an owner of an Option to acquire GM Stock may be treated as the owner of such GM Stock.

**FAILURE TO FOLLOW THE PROCEDURES SET FORTH IN THIS NOTICE WILL CONSTITUTE A VIOLATION OF THE AUTOMATIC STAY PRESCRIBED BY SECTION 362 OF THE BANKRUPTCY CODE.**

**ANY PROHIBITED ACQUISITION OR OTHER TRANSFER OF GM STOCK IN VIOLATION OF THE INTERIM ORDER WILL BE NULL AND VOID *AB INITIO* AND MAY LEAD TO CONTEMPT, COMPENSATORY DAMAGES, PUNITIVE DAMAGES, OR SANCTIONS BEING IMPOSED BY THE BANKRUPTCY COURT.**

**THE DEBTORS MAY WAIVE, IN WRITING, ANY AND ALL RESTRICTIONS, STAYS, AND NOTIFICATION PROCEDURES CONTAINED IN THE INTERIM ORDER, PROVIDED THAT PENDING AND AFTER THE 363 TRANSACTION, THE DEBTORS SHALL NOT GRANT ANY WAIVER WITHOUT THE WRITTEN CONSENT OF NEW GM, WHICH CONSENT SHALL NOT BE UNREASONABLY WITHHELD.**

PLEASE TAKE FURTHER NOTICE that a copy of the Motion (including exhibits) is available for inspection by accessing the website of the Bankruptcy Court at www.nysb.uscourts.gov, or of the Debtors' notice and claims agent, The Garden City Group, Inc., at www.gmcourtdocs.com.

PLEASE TAKE FURTHER NOTICE that any person or entity desirous of acquiring an interest restricted by the Interim Order may request relief for cause at any time and the Debtors may oppose such relief.

PLEASE TAKE FURTHER NOTICE that, if timely objections are received, there shall be a hearing held on June 25, 2009 at 9:45 a.m. (Eastern Time) to consider, on a final basis, the relief requested in the Motion. The hearing may be adjourned by the Debtors without notice by an announcement of the adjourned date at the hearing.

PLEASE TAKE FURTHER NOTICE that **RESPONSES OR OBJECTIONS, IF ANY, TO THE RELIEF SOUGHT IN THE MOTION SHALL BE FILED** with the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York and served upon: (a) the Debtors, c/o General Motors Corporation, 300 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (b) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (c) the U.S. Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Matthew Feldman, Esq.); (d) Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (e) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., and Gordon Z. Novod, Esq.); (f) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (g) the Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004; and (h) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), **SO AS TO BE RECEIVED NO LATER THAN JUNE 18, 2009 AT 4:00 P.M. (EASTERN TIME).**

PLEASE TAKE FURTHER NOTICE that the requirements set forth in this Notice are in addition to the requirements of Bankruptcy Rule 3001(e) and applicable securities, corporate, and other laws, and do not excuse compliance therewith.

BY ORDER OF THE COURT

Dated: New York, New York
June 2, 2009

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors and Debtors in Possession

[1] All capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Motion.

## NOTICE OF SALE

| Lot # | CUSIP | Issuer | Fixed Rate | Type | Implied Writedown | Final Legal Maturity Date of Reference Obligation | Original Reference Obligation Notional Amount | Current Reference Obligation Notional Amount |
|---|---|---|---|---|---|---|---|---|
| Sale 1: Tuesday, June 16, 2009 11:00 AM EST — Synthetics ~ Home Equity (16), CDO (5) — Interest basis shortfall cap is fixed on HE ABS, variable on CDO | | | | | | | | |
| 1 | 07387UEV9 | BSABS 2006-HE2 M9 | 2.000% | HE ABS | Yes | 2/25/2036 | 10,000,000 | 3,698,459 |
| 2 | 17307GQV3 | CMLTI 2005-HE1 M7 | 2.350% | HE ABS | Yes | 5/25/2035 | 10,000,000 | 4,041,433 |
| 3 | 35729PJK7 | FHLT 2005-1 M9 | 2.500% | HE ABS | Yes | 6/25/2035 | 10,000,000 | 10,000,000 |
| 4 | 36242DSA2 | GSAMP 2005-HE1 B2 | 1.000% | HE ABS | Yes | 12/25/2034 | 10,000,000 | 238,255 |
| 5 | 45071KBS2 | IXIS 2005-HE2 B3 | 2.300% | HE ABS | Yes | 9/25/2035 | 4,497,000 | 4,497,000 |
| 6 | 46626LFV7 | JPMAC 2006-FRE1 M8 | 0.700% | HE ABS | Yes | 5/25/2035 | 10,000,000 | 8,736,070 |
| 7 | 542514KH6 | LBMLT 2005-1 M9 | 2.350% | HE ABS | Yes | 2/25/2035 | 10,000,000 | 3,474,162 |
| 8 | 59020URT4 | MLMI 2005-NC1 B2 | 0.900% | HE ABS | Yes | 10/25/2035 | 10,000,000 | 3,739,469 |
| 9 | 61744CPQ3 | MSAC 2005-NC2 B3 | 1.950% | HE ABS | Yes | 3/25/2035 | 10,000,000 | 4,201,279 |
| 10 | 61744CNK8 | MSAC 2005-HE2 B3 | 2.100% | HE ABS | Yes | 1/25/2035 | 10,000,000 | 5,062,097 |
| 11 | 65106AAW3 | NCMT 2006-1 M9 | 1.700% | HE ABS | Yes | 3/25/2036 | 10,000,000 | 10,000,000 |
| 12 | 65536HBL1 | NHELI 2005-HE1 M9 | 2.350% | HE ABS | Yes | 9/25/2035 | 10,000,000 | 6,523,605 |
| 13 | 76110WZ66 | RASC 2005-KS6 M9 | 2.150% | HE ABS | Yes | 7/25/2035 | 10,000,000 | 10,000,000 |
| 14 | 83611MKN7 | SVHE 2005-4 M9 | 1.650% | HE ABS | Yes | 3/25/2036 | 10,000,000 | 7,676,908 |
| 15 | 84751PEX3 | SURF 2005-BC1 B3 | 2.650% | HE ABS | Yes | 12/25/2035 | 10,000,000 | 7,177,111 |
| 16 | 3622X4AJ2 | GSCSF 2006-2A E | 2.850% | CDO | N/A | 6/8/2045 | 7,000,000 | 7,000,000 |
| 17 | 45377MAN1 | INDE7 7A E | 2.950% | CDO | N/A | 1/10/2045 | 100,000 | 93,008 |
| 18 | 46426XAF3 | ICM 2006-3A D | 2.850% | CDO | N/A | 7/3/2046 | 7,977,528 | 7,829,796 |
| 19 | 490562AJ4 | KENT 2006-2A D | 3.000% | CDO | N/A | 5/8/2046 | 3,875,000 | 3,830,005 |
| 20 | 589372AF8 | MRCY 2006-3A D | 2.750% | CDO | N/A | 7/27/2048 | 5,000,000 | 4,972,709 |
| 21 | 61239QAH0 | MONT 2006-1A E | 2.750% | CDO | N/A | 9/6/2042 | 10,005,488 | 9,750,550 |

| Lot # | CUSIP | Issuer | Coupon | Type | Maturity Date | Original Face | Current Balance |
|---|---|---|---|---|---|---|---|
| Sale 2: Tuesday, June 16, 2009 02:00 PM EST — CASH ~ CDO (9), HE ABS (1) | | | | | | | |
| 22 | 078452AE9 | BLHV 2006-1A D | 4.466% | CDO | 7/5/2046 | 10,000,000 | 11,085,186 |
| 23 | 3622X4AJ2 | GSCSF 2006-2A E | 4.434% | CDO | 6/8/2045 | 3,000,000 | 3,000,000 |
| 24 | 46426XAF3 | ICM 2006-3A D | 3.761% | CDO | 7/3/2046 | 2,022,472 | 2,188,644 |
| 25 | 46426VAD2 | ICM 2006-S1 B1L | 5.139% | CDO | 4/12/2041 | 10,000,000 | 9,443,085 |
| 26 | 45377MAN1 | INDE7 7A E | 4.889% | CDO | 1/10/2045 | 9,900,000 | 10,283,664 |
| 27 | 490562AJ4 | KENT 2006-2A D | 4.274% | CDO | 5/8/2046 | 6,125,000 | 6,644,952 |
| 28 | 54266TAF9 | LHILL 2006-1A B | 4.911% | CDO | 10/7/2045 | 10,000,000 | 10,921,122 |
| 29 | 589372AF8 | MRCY 2006-3A D | 4.342% | CDO | 7/27/2048 | 5,000,000 | 5,597,894 |
| 30 | 3622X0AD3 | GSCSF 2006-1CA C | 4.372% | CDO | 7/16/2046 | 10,000,000 | 9,885,834 |
| 31 | 45071KBS2 | IXIS 2005-HE2 B3 | 2.059% | HE ABS | 9/25/2035 | 5,503,000 | 5,503,000 |

Location of Sale. The sale will be held at 600 Travis Street, Suite 5800, Houston, Texas 77002.

To Place a Bid or for Additional Information. In addition to any other terms or limitations, please be advised that the sale of the property listed above (including, for the avoidance of doubt, the disposition of a synthetic security via a novation) may be made only to the best bidder who is also a qualified bidder and may be subject to a reserve level.

If you are interested in bidding on the securities listed above or for additional information, including with respect to qualified bidder status or the complete terms of any synthetic security, and to obtain copies of an Investor/Counterparty Representation and Confidentiality Agreement and a bid sheet, contact Peter Badger, Ansel Eshelman, or Lee Olver with Sanders Morris Harris at Lee.Olver@smhgroup.com or (713) 993-4637.

Disclaimer. The Bank of New York Mellon Trust Company, National Association as trustee (the "Trustee") is authorized at such sale, if the Trustee deems it advisable or is required by applicable law to do so: (i) to restrict (a) in the case of the securities, the prospective bidders on or purchasers of any of the above identified securities to be sold to those who will represent and agree that they are purchasing for their own account for investment and not with a view to the distribution or resale of any of such assets or (b) in the case of the synthetic securities, the prospective bidders on, or counterparties to, any of the above identified synthetic securities to those who will represent and agree that they are entering into such transaction for its own account, (ii) to verify that each certificate for each security to be sold that has not been registered under the Securities Act of 1933 bears a legend substantially to the effect that such security has not been registered under the Securities Act of 1933 and may not be disposed of in violation of the provisions of said Act, (iii) to disclaim and to refuse to give any warranty (other than as to title), and (iv) to impose such other limitations or conditions in connection with any such sale or novation as the Trustee deems necessary or advisable.

## BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, & Deadlines**

Chapter 11 bankruptcy cases concerning the debtors listed below were filed on June 1, 2009. You may be a creditor of the Debtors. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. **You are not being sued or forced into bankruptcy.** All documents filed with the Bankruptcy Court, including lists of the Debtors' assets and liabilities, will be available for inspection at the Office of the Clerk of the Bankruptcy Court or by accessing the Bankruptcy Court's website, www.nysb.uscourts.gov, as well as (A) by written request to the Debtors' Claims and Noticing Agent, The Garden City Group, Inc., at the following addresses: (i) if sending by regular mail: GM Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286; (ii) if sending by overnight or hand delivery: GM Claims Agent, 105 Maxess Road, Melville, New York 11747, (B) by phone at 703-286-6401, or (C) by accessing its website, www.gmcourtdocs.com. Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website, www.pacer.psc.uscourts.gov). NOTE: The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and the Debtors' Claims and Noticing Agent cannot give legal advice.

| Debtors: | Case Number: | Tax ID Number: |
|---|---|---|
| General Motors Corporation | 09-50026 (REG) | 38-0572515 |
| Chevrolet-Saturn of Harlem, Inc. | 09-13558 (REG) | 20-1426707 |
| Saturn, LLC | 09-50027 (REG) | 38-2577506 |
| Saturn Distribution Corporation | 09-50028 (REG) | 38-2755764 |

All other names used by the Debtors in the last 8 years:
General Motors Corporation: GMC Truck Division and NAO Fleet Operations, GM Corporation-GM Auction Department, National Car Rental, National Car Sales, Automotive Market Research; Chevrolet-Saturn of Harlem, Inc.: CKS of Harlem; Saturn, LLC: Saturn Corporation, Saturn Motor Car Corporation, GM Saturn Corporation, Saturn Corporation of Delaware.

**Attorneys for Debtors: Harvey R. Miller, Stephen Karotkin, Joseph H. Smolinsky, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8000, Facsimile: (212) 310-8007.**

**Meeting of Creditors.** Date: July 27, 2009, Time: 1:00 P.M., Location: Hilton New York, 1335 Avenue of the Americas, New York, NY 10019, (212) 586-7000.

**Deadline to File a Proof of Claim.** Notice of deadline will be sent at a later time. **Creditor with a Foreign Address:** Read the information under "Claims."

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:** Notice of deadline will be sent at a later time.

**Creditors May Not Take Certain Actions:** In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in these cases.

**Address of the Bankruptcy Clerk's Office:** United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Telephone: 212-668-2870, Hours Open: 8:30 am to 5:00 pm.
Clerk of the Bankruptcy Court: Vito Genna

**Filing of Chapter 11 Bankruptcy Case.** Bankruptcy cases under chapter 11 of the Bankruptcy Code (title 11, United States Code) have been filed in this court by the debtors listed above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business.

**Legal Advice.** The staff of the Clerk of the Bankruptcy Court cannot give legal advice. Consult a lawyer to determine your rights in these cases.

**Creditors Generally May Not Take Certain Actions.** Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.

**Meeting of Creditors.** A meeting of creditors is scheduled for the date, time, and location listed above. *The debtors' representative must be present at the meeting to be questioned under oath by the United States Trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.

**Claims.** A Proof of Claim is a signed statement describing a creditor's claim. You can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Discharge of Debts.** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141 (d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141 (d) (6) (A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed above. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline.

**Bankruptcy Clerk's Office.** Any paper that you file in these bankruptcy cases should be filed on the court's Electronic Case Filing System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply.

**Creditor with a Foreign Address.** Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in these cases.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
MASONITE CORPORATION, et al.,[1] ) Case No. 09-10844 (PJW)
Debtors. ) Jointly Administered

**NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM**

**THE GENERAL CLAIMS BAR DATE IS JULY 6, 2009**
**THE GOVERNMENTAL CLAIMS BAR DATE IS SEPTEMBER 13, 2009**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Filing of the Bar Date Notice.** On May 29, 2009, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. 365] (the "Bar Date Order") establishing certain deadlines for the filing of proofs of claim in the chapter 11 cases of the following debtors and debtors in possession (collectively, the "Masonite Debtors"):

| Debtor | Case No. |
|---|---|
| Cutting Edge Tooling, Inc. | 09-10853 (PJW) |
| Door Installation Specialist Corporation | 09-10856 (PJW) |
| Eger Properties | 09-10846 (PJW) |
| Florida Made Door Co. | 09-10852 (PJW) |
| Masonite Air LLC | 09-10855 (PJW) |
| Masonite Corporation | 09-10844 (PJW) |
| Masonite Corporation Foreign Holdings Ltd. | 09-10850 (PJW) |
| Masonite Holding Company Limited | 09-10851 (PJW) |
| Masonite Holding Corporation | 09-10858 (PJW) |
| Masonite International Corporation | 09-10857 (PJW) |
| Masonite International Inc. | 09-10859 (PJW) |
| Masonite Primeboard, Inc. | 09-10849 (PJW) |
| Pintu Acquisition Company, Inc. | 09-10854 (PJW) |
| Premdor Finance LLC | 09-10845 (PJW) |
| Woodlands Millwork I, Ltd. | 09-10848 (PJW) |
| WMW, Inc. | 09-10847 (PJW) |

**The Bar Dates.** Pursuant to the Bar Date Notice, all entities (except governmental units), including individuals, partnerships, estates, and trusts who have a claim or potential claim against the Masonite Debtors that arose prior to March 16, 2009, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **July 6, 2009** (the "General Claims Bar Date"). Governmental entities who have a claim or potential claim against the Masonite Debtors that arose prior to March 16, 2009, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **September 13, 2009** (the "Governmental Bar Date").

**ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE GENERAL CLAIMS BAR DATE OR GOVERNMENTAL BAR DATE, AS APPLICABLE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND DISTRIBUTION.**

**Filing a Proof of Claim.** Each Proof of Claim must be filed, including supporting documentation, by U.S. Mail or other hand delivery system, so as to be **actually received** by the Masonite Debtors' notice and claims agent, Kurtzman Carson Consultants LLC ("KCC") on or before the Claims Bar Date or the Governmental Bar Date (or, where applicable, on or before any other bar date as set forth herein) at the following address:

Masonite Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, California 90245

**Contents of Proofs of Claim.** Each proof of claim must (i) be written in English; (ii) include a claim amount denominated in United States dollars or, if consistent with the ordinary course of business between the Masonite Debtors and the claimant, Canadian dollars; (iii) clearly identify the Masonite Debtor against which the claim is asserted; (iv) conform substantially with the proof of claim form attached to the Bar Date Notice or Official Form No. 10; (v) be signed by the claimant or by an authorized agent or legal representative of the claimant; and (vi) include as attachments any and all supporting documentation on which the claim is based. **Please note** – Each proof of claim must state a claim against only one Masonite Debtor and clearly indicate the Masonite Debtor against which the claim is asserted. To the extent more than one Masonite Debtor is listed on the proof of claim, a proof of claim is filed under the joint administration case number (No. 09-10844) or a proof of claim is otherwise filed without identifying a Masonite Debtor, the proof of claim may be deemed as filed only against Masonite Corporation.

**Additional Information.** If you have any questions regarding the claims process and/or you wish to obtain a copy of the Bar Date Notice, a proof of claim form or related documents you may do so by: (i) calling the Masonite Debtors' restructuring hotline at (888) 830-4646; (ii) visiting the Masonite Debtors' restructuring website at: http://www.kccllc.net/masonite; and/or (iii) writing to Masonite Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245. Une ligne d'informations en français pour les créanciers Masonite a été créée spécialement pour les personnes francophones. Composez le: (866) 967-1782 (sans frais pour les appels en provenance des États-Unis, du Canada, des Caraïbes et des Bahamas) ou le (310) 751-2682 (tous les autres pays). **Please note** – Kurtzman Carson Consultants LLC can **not** offer legal advice or advise whether you should file a proof of claim.

Dated: Wilmington, Delaware, May 29, 2009

**BY ORDER OF THE COURT**

**RICHARDS, LAYTON & FINGER, P.A.**, Daniel J. DeFranceschi (Bar No. 2732), Katisha D. Fortune (Bar No. 4857), One Rodney Square, 920 North King Street, Wilmington, Delaware, 19801, Telephone: (302) 651-7700, Facsimile: (302) 651-7701

**KIRKLAND & ELLIS LLP**, Richard M. Cieri (admitted *pro hac vice*), Jonathan S. Henes (admitted *pro hac vice*), Christopher J. Marcus (admitted *pro hac vice*), Chad J. Husnick (admitted *pro hac vice*), Citigroup Center, 153 East 53rd Street, New York, New York 10022-4611, Telephone: (212) 446-4800

[1] The Masonite Debtors, together with the last four digits of each Masonite Debtor's federal tax identification number, are: Masonite Corporation (8020); Premdor Finance LLC (4966); Eger Properties (6847); WMW, Inc. (3326); Woodlands Millwork I, Ltd. (5989); Masonite Primeboard, Inc. (5752); Masonite Corporation Foreign Holdings Ltd. (0667); Masonite Holding Company Limited (3243); Florida Made Door Co. (7960); Cutting Edge Tooling, Inc. (8818); Pintu Acquisition Company, Inc. (7932); Masonite Air LLC (N/A); Door Installation Specialist Corporation (2354); Masonite Holding Corporation (N/A); Masonite International Inc. (N/A); and Masonite International Corporation (7314). The Masonite Debtors' principal executive offices are located in Mississauga, Ontario and Tampa, Florida and the service address for all Masonite Debtors is: One N. Dale Mabry Highway, Suite 950, Tampa, Florida 33609.

## BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re : Chapter 11 Case No.
GENERAL MOTORS CORP., *et al.*, : 09-50026 (REG)
Debtors. : (Jointly Administered)

**NOTICE OF SALE HEARING TO SELL SUBSTANTIALLY ALL OF DEBTORS' ASSETS PURSUANT TO MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER**

PLEASE TAKE NOTICE THAT upon the motion (the "Motion"), of General Motors Corporation ("GM") and its debtor subsidiaries, as debtors in possession (collectively, the "Debtors" or the "Company"), dated June 1, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has issued an order dated June 2, 2009 (the "Sale Procedures Order"), among other things, (i) scheduling a hearing (the "Sale Hearing") to approve (a) the Master Sale and Purchase Agreement, dated as of June 1, 2009 (the "MPA"), by and among GM and its debtor subsidiaries (collectively, the "Sellers") and Vehicle Acquisition Holdings LLC (the "Purchaser"), a purchaser sponsored by the United States Department of the Treasury (the "U.S. Treasury"), with respect to the sale of substantially all the Debtors' assets (the "Purchased Assets") free and clear of all liens, claims, encumbrances, and other interests, and subject to higher or better offers (the "363 Transaction"); (b) the assumption, assignment, and sale to the Purchaser pursuant to the MPA of certain executory contracts and unexpired leases of personal property and nonresidential real property (the "Assumable Executory Contracts"); and (c) the settlement agreement (the "UAW Retiree Settlement Agreement"), between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"); (ii) approving certain procedures for the submission and acceptance of any competing bids (the "Sale Procedures"); (iii) approving a procedure for the assumption, assignment, and sale to the Purchaser pursuant to the MPA of the Assumable Executory Contracts; (iv) approving the form and manner of notice of the Motion and the relief requested therein and of the Sale Hearing; and (v) setting a deadline for the filing of objections, if any, to the relief requested in the Motion.

A. THE MASTER SALE AND PURCHASE AGREEMENT

The total consideration under the MPA for the sale of the Purchased Assets is equal to the sum of (i) a credit bid in the amount of the outstanding indebtedness owed to the Purchaser as of the closing pursuant to certain secured loans extended by the U.S. Treasury and Export Development Canada, less approximately $8 billion (estimated to be approximately $48.3 billion at July 31, 2009); (ii) the surrender of a warrant to purchase GM shares previously issued to the U.S. Treasury in connection with the secured loans extended by the U.S. Treasury; (iii) the issuance to GM of shares of common stock of the Purchaser representing approximately 10% of the common stock of the Purchaser as of the closing of the sale; (iv) the issuance to GM of warrants to purchase up to 15% of the shares of common stock of the Purchaser on a fully diluted basis, with one half exercisable at any time prior to the seventh anniversary of issuance at an initial exercise price based on a $15 billion equity value of the Purchaser and the other half exercisable at any time prior to the tenth anniversary of issuance at an initial exercise price based on a $30 billion equity value of the Purchaser (GM can elect partial and cashless exercises of the warrants); and (v) the assumption by the Purchaser of certain assumed liabilities, all as set forth more fully in the MPA (visit www.nysb.uscourts.gov or www.gmcourtdocs.com). In addition, if the aggregate amount of allowed general unsecured claims against the Debtors exceeds $35 billion, as estimated by an order of the Bankruptcy Court (which the Debtors may seek at any time), GM will receive an additional 2% of the common stock of the Purchaser as of the closing of the sale.

B. THE SALE HEARING

The Sale Hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on June 30, 2009, at 9:45 a.m. (Eastern Time). The Sale Hearing may be adjourned without notice by an announcement of the adjourned date at the Sale Hearing.

**RESPONSES OR OBJECTIONS, IF ANY, TO THE RELIEF SOUGHT IN THE MOTION SHALL BE FILED** with the Clerk of the Bankruptcy Court and served upon: (a) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (b) Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (c) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., and Gordon Z. Novod, Esq.); (d) Cleary Gottlieb Steen & Hamilton LLP, the attorneys for the UAW, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esq.); (e) Cohen, Weiss and Simon LLP, the attorneys for the UAW, 330 W. 42nd Street, New York, New York 10036 (Attn: Babette Ceccotti, Esq.); (f) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (g) the Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004; and (h) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), **SO AS TO BE RECEIVED NO LATER THAN JUNE 19, 2009, AT 5:00 P.M. (EASTERN TIME) (the "Objection Deadline").**

The failure of any person or entity to file a response or objection on or before the Objection Deadline shall be deemed a consent to the 363 Transaction and the other relief requested in the Motion, and shall bar the assertion, at the Sale Hearing or thereafter, of any objection to the Sale Procedures, the Motion, the 363 Transaction, the approval of the UAW Retiree Settlement Agreement, and the Debtors' consummation of the 363 Transaction.

C. COPIES OF THE MOTION AND SALE PROCEDURES ORDER

This Notice provides only a partial summary of the relief sought in the Motion and the terms of the Sale Procedures Order. Copies of the Motion, the MPA (excluding certain commercially sensitive information), and Sale Procedures Order are available for inspection (i) by accessing (a) the website of the Bankruptcy Court at www.nysb.uscourts.gov, or (b) the website of the Debtors' claims and noticing agent, The Garden City Group, Inc., at www.gmcourtdocs.com or (ii) by visiting the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408. Copies also may be obtained by faxing a written request to the attorneys for the Debtors, Weil, Gotshal & Manges LLP (Attn: Russell Brooks, Esq.) at 212-310-8007.

BY ORDER OF THE COURT

Dated: New York, New York
June 2, 2009

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: : Chapter 11
LANDSOURCE COMMUNITIES DEVELOPMENT LLC, *et al.*, : Case No. 08-11111 (KJC)
Debtors.[1] : Jointly Administered

**Voting Deadline: July 6, 2009 at 5:00 p.m. (PT)**
**Objection Deadline: July 6, 2009 at 4:00 p.m. (ET)[2]**
**Confirmation Hearing: July 13, 2009 at 10:00 a.m. (ET)**

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT; (II) HEARING TO CONSIDER CONFIRMATION OF THE SECOND AMENDED PLAN; (III) DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF THE SECOND AMENDED PLAN; AND (IV) DEADLINE FOR VOTING ON THE SECOND AMENDED PLAN**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. By Order dated June 2, 2009, (the "**Disclosure Statement Order**"), the United States Bankruptcy Court for the District of Delaware (the "**Court**") approved the Proposed Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Second Amended Joint Chapter 11 Plans of Reorganization (the "**Second Amended Plan**") for LandSource Communities Development LLC and Each of its Affiliated Debtors Proposed by Barclays Bank PLC, as Administrative Agent, Under the Super-Priority Debtor-in-Possession First Lien Credit Agreement (including all exhibits thereto and as amended, modified or supplemented from time to time, the "**Disclosure Statement**") as containing adequate information within the meaning of section 1125 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

2. By the Disclosure Statement Order, the Court established **July 6, 2009 at 5:00 p.m. (prevailing Pacific Time)** (the "**Voting Deadline**") as the deadline by which ballots accepting or rejecting the Second Amended Plan must be received. To be counted, your original ballot must actually be *received* on or before the Voting Deadline by Kurtzman Carson Consultants, LLC at the following address if delivered by first class mail:

**LandSource Ballot Processing**
**c/o Kurtzman Carson Consultants LLC**
**2335 Alaska Avenue**
**El Segundo, CA 90245**

*Ballots cast by facsimile, email or other electronic transmission will not be counted.*

3. On **July 13, 2009 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, a hearing will be held before the Honorable Kevin J. Carey in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801 to consider confirmation of the Second Amended Plan, as the same may be amended or modified (the "**Confirmation Hearing**"). The Confirmation Hearing may be adjourned from time to time, without further notice.

4. The Second Amended Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Second Amended Plan, and other applicable law without further notice, prior to or as a result of the Confirmation Hearing.

5. Objections, if any, to confirmation of the Second Amended Plan, including any supporting memoranda, must be in writing, be filed with the Clerk of the Court, Third Floor, 824 North Market Street, Wilmington, Delaware 19801 together with proof of service **on or before July 6, 2009 at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**") provided, however, that the Committee and Second Lien Administrative Agent must file objections, if any, to confirmation of the Second Amended Plan **on or before July 7, 2009 at 7:00 p.m. (prevailing Eastern Time)**, and shall (a) state the name and address of the objecting party and the amount of its claim or the nature of its interest in the Debtors' chapter 11 cases; (b) state with particularity the provision or provisions of the Second Amended Plan objected to and for any objection asserted, the legal and factual basis for such objections; and (c) be served upon: (i) counsel for the Administrative Agent and Plan Proponent: Greenberg Traurig LLP, 200 Park Avenue, New York, NY 10166, Attn: Bruce R. Zirinsky, Esq. and Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, DE 19899, Attn: Edwin J. Harron, Esq.; (ii) counsel for the Debtors: Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, NY 10153, Attn: Marcia L. Goldstein, Esq. and Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attn: Mark D. Collins, Esq.; (iii) counsel to the Official Committee of Unsecured Creditors: Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19899, Attn: Laura Davis Jones, Esq. and Pachulski Stang Ziehl & Jones, LLP, 10100 Santa Monica Boulevard, Suite 1100, Los Angeles, CA 90067, Attn: Richard Pachulski, Esq.; (iv) counsel for the Second Lien Agent: Paul, Weiss, Rifkand & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019, Attn: Andrew N. Rosenberg, Esq. and Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801, Attn: Richard S. Cobb, Esq.; (v) counsel for Lennar Corporation: O'Melveny & Myers, LLP, 400 South Hope Street, Los Angeles, CA 90071, Attn: Ben Logan, Esq.; and (vi) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street Suite 2207, Lockbox 35, Wilmington, DE 19899, Attn: David L. Buchbinder, Esq. in a manner as will cause such objection to be received by all such parties on or before the Objection Deadline. Any objections not filed and served as set forth above will not be considered by the Bankruptcy Court.

6. The Disclosure Statement and the Second Amended Plan are on file with the Clerk of the Bankruptcy Court for the District of Delaware, and may be examined by any interested party at the Clerk's office at any time during regular business hours, by accessing **http://www.kccllc.net/landsource** or by calling 888-625-9272.

[1] The Debtors are as follows: California Land Company; Friendswood Development Company LLC; Kings Wood Development Company, L.C.; LandSource Communities; LandSource Communities Development Sub LLC; LandSource Holding Company, LLC; Lennar Bressi Ranch Venture, LLC; Lennar Land Partners II; Lennar Mare Island, LLC; Lennar Moorpark, LLC; Lennar Stevenson Holdings, L.L.C.; LNR-Lennar Washington Square, LLC; LSC Associates, LLC; NWHL GP LLC; The Newhall Land and Farming Company (A California Limited Partnership); The Newhall Land and Farming Company; Southwest Communities Development LLC; Stevenson Ranch Venture LLC; Tournament Players Club at Valencia, LLC; Valencia Corporation; and Valencia Realty Company.

[2] The deadline for the Committee and Second Lien Administrative Agent to file objections to confirmation of the Plan, if any, is July 7, 2009 at 7:00 p.m. (ET).

GO WHERE TOP COMPANIES SEARCH FOR YOU

EXPLORE NEW OPPORTUNITIES NOW ON WSJ.COM/CAREERS,

The Wall Street Journal's premier site for top-tier professionals.

Here, you can register for unlimited access to up-to-date job listings, top recruiters, and important networking events.

Plus, you'll find expert Journal articles and insightful discussion groups that can help perfect your search.

To get started, visit wsj.com/careers and click on POST YOUR RESUME.

Follow the prompts, then prepare to hear from today's top recruiters.

THE WALL STREET JOURNAL. Career Journal WSJ.com



Ad Number: 524087
Insertion Number: N/A
Size: 1.000
Color Type: BW

Advertiser: USA Today - Classified
Agency: N/A
Section-Page-Zone(s): D-6-All
Description: markertplace today 6/11

Thursday, June 11, 2009

# MARKETPLACE TODAY

www.rja-ads.com/usatoday | Hours of operation: Mon. - Fri., 8:30 am - 6:00 pm [EST]
To advertise call 1.800.397.0070 Toll-free in the U.S. only

## NOTICES

### LEGAL NOTICE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Notice of Chapter 11 Bankruptcy Cases,**
**Meeting of Creditors, & Deadlines**

Chapter 11 bankruptcy cases concerning the debtors listed below were filed on June 1, 2009. You may be a creditor of the Debtors. **This notice lists important deadlines**. You may want to consult an attorney to protect your rights. **You are not being sued or forced into bankruptcy**. All documents filed with the Bankruptcy Court, including lists of the Debtors' assets and liabilities, will be available for inspection at the Office of the Clerk of the Bankruptcy Court or by accessing the Bankruptcy Court's website, www.nysb.uscourts.gov, as well as (A) by written request to the Debtors' Claims and Noticing Agent, The Garden City Group, Inc., at the following addresses: (i) if sending by regular mail: GM Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286; (ii) if sending by overnight or hand delivery: GM Claims Agent, 105 Maxess Road, Melville, New York 11747, (B) by phone at 703-286-6401, or (C) by accessing its website, www.gmcourtdocs.com. Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website, www.pacer.psc.uscourts.gov). NOTE: The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and the Debtors' Claims and Noticing Agent cannot give legal advice.

| Debtors: | Case Number: | Tax ID Number: |
|---|---|---|
| General Motors Corporation | 09-50026 (REG) | 38-0572515 |
| Chevrolet-Saturn of Harlem, Inc. | 09-13558 (REG) | 20-1426707 |
| Saturn, LLC | 09-50027 (REG) | 38-2577506 |
| Saturn Distribution Corporation | 09-50028 (REG) | 38-2755764 |

All other names used by the Debtors in the last 8 years: General Motors Corporation: GMC Truck Division and NAO Fleet Operations, GM Corporation-GM Auction Department, National Car Rental, National Car Sales, Automotive Market Research; Chevrolet-Saturn of Harlem, Inc.: CKS of Harlem; Saturn, LLC: Saturn Corporation, Saturn Motor Car Corporation, GM Saturn Corporation, Saturn Corporation of Delaware.

**Attorney for Debtors. Harvey R. Miller, Stephen Karotkin, Joseph H. Smolinsky, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8000, Facsimile: (212) 310-8007.**

**Meeting of Creditors.** Date: July 27, 2009, Time: 1:00 P.M., Location: Hilton New York, 1335 Avenue of the Americas, New York, NY 10019, (212) 586-7000.

**Deadline to File a Proof of Claim.** Notice of deadline will be sent at a later time. **Creditor with a Foreign Address:** Read the information under "Claims."

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:** Notice of deadline will be sent at a later time.

**Creditors May Not Take Certain Actions:** In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in these cases.

**Address of the Bankruptcy Clerk's Office:** United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Telephone: 212-668-2870, Hours Open: 8:30 am to 5:00 pm.
Clerk of the Bankruptcy Court: Vito Genna

**Filing of Chapter 11 Bankruptcy Case.** Bankruptcy cases under chapter 11 of the Bankruptcy Code (title 11, United States Code) have been filed in this court by the debtors listed above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business.

**Legal Advice.** The staff of the Clerk of the Bankruptcy Court cannot give legal advice. Consult a lawyer to determine your rights in these cases.

**Creditors Generally May Not Take Certain Actions.** Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.

**Meeting of Creditors.** A meeting of creditors is scheduled for the date, time, and location listed above. *The debtors' representative must be present at the meeting to be questioned under oath by the United States Trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.

**Claims.** A Proof of Claim is a signed statement describing a creditor's claim. You can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Discharge of Debts.** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141 (d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141 (d) (6) (A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed above. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline.

**Bankruptcy Clerk's Office.** Any paper that you file in these bankruptcy cases should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply.

**Creditor with a Foreign Address.** Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in these cases.

### LEGAL NOTICE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11 Case No.** |
| **GENERAL MOTORS CORP., *et al.*,** | **09-50026 (REG)** |
| **Debtors.** | **(Jointly Administered)** |

**NOTICE OF SALE HEARING TO SELL SUBSTANTIALLY ALL OF DEBTORS' ASSETS PURSUANT TO MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER**

PLEASE TAKE NOTICE THAT upon the motion (the "Motion"), of General Motors Corporation ("GM") and its debtor subsidiaries, as debtors in possession (collectively, the "Debtors" or the "Company"), dated June 1, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has issued an order dated June 2, 2009 (the "Sale Procedures Order"), among other things, (i) scheduling a hearing (the "Sale Hearing") to approve (a) the Master Sale and Purchase Agreement, dated as of June 1, 2009 (the "MPA"), by and among GM and its Debtor subsidiaries (collectively, the "Sellers") and Vehicle Acquisition Holdings LLC (the "Purchaser"), a purchaser sponsored by the United States Department of the Treasury (the "U.S. Treasury"), with respect to the sale of substantially all the Debtors' assets (the "Purchased Assets") free and clear of all liens, claims, encumbrances, and other interests, [illegible at page resolution]

A. THE MASTER SALE AND PURCHASE AGREEMENT

The total consideration under the MPA for the sale of the Purchased Assets is equal to the sum of (i) a credit bid in the amount of the outstanding indebtedness owed to the Purchaser [illegible at page resolution]

B. THE SALE HEARING

The Sale Hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on June 30, 2009, at 9:45 a.m. (Eastern Time). The Sale Hearing may be adjourned without notice by an announcement of the adjourned date at the Sale Hearing.

**RESPONSES OR OBJECTIONS, IF ANY, TO THE RELIEF SOUGHT IN THE MOTION SHALL BE FILED** with the Clerk of the Bankruptcy Court and served upon: (a) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); [illegible at page resolution] **SO AS TO BE RECEIVED NO LATER THAN JUNE 19, 2009, AT 5:00 P.M. (EASTERN TIME)** (the "Objection Deadline").

The failure of any person or entity to file a response or objection on or before the Objection Deadline shall be deemed a consent to the 363 Transaction and the other relief requested in the Motion, and shall bar the assertion, at the Sale Hearing or thereafter, of any objection to the Sale Procedures, the Motion, the 363 Transaction, the approval of the UAW Retiree Settlement Agreement, and the Debtors' consummation of the 363 Transaction.

C. COPIES OF THE MOTION AND SALE PROCEDURES ORDER

[illegible at page resolution]

BY ORDER OF THE COURT

Dated: New York, New York
June 2, 2009

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors and Debtors in Possession

### ADOPTIONS

Loving, married couple shares your dreams for your baby's future filled with warmth and love surrounded by family and friends. Legal and Confidential. Please call Lisa & Miles at 1-888-324-8934. www.mileslisa.com

Married couple wishing to adopt 1st baby. We promise to give your baby a life full of love & happiness. Exp. paid. Lori/Chris 1-888-777-9718

### PERSONALS

30,000+ Russian, Latin, Asian singles Instant contact! Singles Tours Free catalog, Video! A Foreign Affair 800-576-3367 www.loveme.com

Great Dates.... are at 888-MegaMates Call for Your Local Number FREE to Listen & Reply to Ads FREE Code 7420, 18+

### BUSINESS

### BUSINESS OPPORTUNITIES

Mortgage Brokers
$20K per month average pot.
working commercial side funding globally.
No exp nec. or lic req.
1-888-297-3444

* Buy Foreclosures *
U Find/We Fund! Split Big Profits! Training! Info: 1-800-854-1952 x16

2x2GOLD.com
5 Level Matching Bonus! Pays Daily
Start your YouTube Video Tour Now!

### BUSINESS OPPORTUNITIES

MSI Merchant Services, Inc.
DIRECT BANKCARD ISO'S
• 1.35% or Interchange Program
• FREE Equipment/FREE Deployment
• FREE Gift Card Program
• CASH Advance Programs
• $10,000 Signing Bonus/Conversion Bonus
• FAXED Applications/Same Day MID's
• FAXED Direct Leasing .0296/ NO DECLINES
• EXP REQ. 1-800-537-8741 - RICH

### FINANCIAL SERVICES

Line(s) of Credit Available
Loan To Value up to 90% against CDs, Stocks, Bonds, Financial Instruments, Bank Instruments, Restricted Stocks
801-915-4537

### MARKETPLACE

### PUBLICATIONS

STUDY THE BIBLE
For FREE 8-lesson course: Church of Christ, Box 8453, Falls Church, VA 22041. 888-949-2176 www.gracewords.org

### HEALTH/FITNESS

INTERNET PHARMACY BUY FIORICET & PAIN MEDS 90qt $71 180qt $107 & Over 200 Meds "SCRIPT INCLUDED" CALL 1-888-507-3415 TeleMedicineRx.Com

VIAGRA / LEVITRA
Affordable, discreet.
Toll-free 1-877-799-9333

### HEALTH/FITNESS

SERVING SINCE 1998
VIAGRA
CIALIS, LEVITRA, PROPECIA VALTREX, XENICAL and more...
OVERNIGHT SHIPPING AVAILABLE
VIAMEDIC
SAFE • SECURE • DISCREET
se habla español (877-4-VIAGRA)
877-484-2472
VIAMEDIC.COM

### MISCELLANEOUS

$1000 FREE Groceries
Pay less than $20!
1-877-301-7436

### TICKETS

LasVegasTickets.com
Bette Midler-Cher-"O"-Love-UFC-MLB/NBA
(888) 777 - VEGAS

Ticket Solutions
800-477-5285
TicketSolutions.com
Any Ticket - Anytime - Anywhere

US Open * College WS * MLB
NFR * LA SCALA * PBR * NFL
800-326-0331
www.wstickets.com

### REAL ESTATE

### TIMESHARE/RESALE

Timeshare Buyers/Sellers
Call Stroman Realty Now
1-800-745-4410

### TRAVEL

### DISCOUNT TRAVEL

AAAAAA AWARDS BUY/SELL
1-800-859-8695
EUROPE/ORIENT/USA/S. PACIFIC

### TIMESHARE

TIMESHARE & CAMPGROUND
LOWEST PRICES 888-534-3800
Vacation Network
www.vnac1.com

### NOTICES

### PUBLIC NOTICE

MISSING

Photo Has Been Aged Progressed
GENESIS DUARTE
DOB: May 5, 2002 Sex: Female
Race: Hispanic
Missing: Jan 23, 2006 Hair: Black
Age Now: 7 Eyes: Brown
From: Sebring, FL
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN
1-800-THE-LOST

www.USATODAY.com

Business Monday / Franchising Today / Golf Today / Shop Today / Shop for Gifts Today

SCORE A HOLE-IN-ONE FOR YOUR GOLF MESSAGE

with USA TODAY's GOLF TODAY, a one-stop source for everything golf.

Drive your message around key tournaments and gift-giving holidays to over 1.4 million* golf enthusiasts.

The next available issue is June 19, 2009.

For information, call
1-800-397-0070

USA TODAY usatoday.com

Source: MRI Spring 2008 *Watch, listen, attend, play or purchase equipment to play golf

## USA TODAY Crossword

Edited by Timothy Parker

**BREAD LINES**
By Clive Probert

| 1 | 2 | 3 | 4 | ■ | 5 | 6 | 7 | 8 | ■ | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | | | | ■ | 15 | | | | ■ | 16 | | | | |
| 17 | | | | ■ | 18 | | | | ■ | 19 | | | | |
| 20 | | | | 21 | | | | | 22 | | | | ■ | ■ |
| ■ | 23 | | | | | 24 | | | | | ■ | 25 | 26 | 27 |
| ■ | ■ | ■ | 28 | | | | ■ | ■ | 29 | | 30 | | | |
| 31 | 32 | 33 | ■ | 34 | | 35 | 36 | 37 | | ■ | | | | |
| 38 | | | 39 | ■ | ■ | 40 | | | ■ | ■ | 41 | | | |
| 42 | | | | 43 | 44 | | | ■ | 45 | 46 | ■ | 47 | | |
| 48 | | | | | ■ | ■ | ■ | ■ | 49 | | 50 | | | ■ |
| 51 | | | ■ | 52 | | 53 | 54 | ■ | 55 | | | 56 | 57 | ■ |
| ■ | ■ | 58 | 59 | | | | | 60 | | | | | ■ | 61 |
| 62 | 63 | | | | ■ | 64 | | | | ■ | 65 | | | |
| 66 | | | | | ■ | 67 | | | | ■ | 68 | | | |
| 69 | | | | | ■ | 70 | | | | ■ | 71 | | | |

**Wednesday's Puzzle Answer**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | P | E | S | ■ | I | L | I | E | D | ■ | S | I | K | H |
| F | O | L | K | ■ | B | O | O | B | Y | ■ | U | L | N | A |
| R | U | B | I | K | S | C | U | B | E | ■ | P | I | E | S |
| O | R | O | ■ | E | E | K | ■ | ■ | ■ | D | E | A | L | T |
| ■ | ■ | ■ | W | I | N | N | E | R | S | C | I | R | C | L | E |
| W | O | R | S | T | ■ | ■ | A | C | E | R | B | ■ | ■ | ■ |
| I | T | O | N | ■ | A | F | L | O | A | T | ■ | C | I | S |
| T | R | O | T | ■ | B | I | L | L | S | ■ | A | H | O | Y |
| H | A | M | ■ | H | A | L | I | D | E | ■ | L | A | W | N |
| ■ | ■ | ■ | L | Y | C | E | E | ■ | ■ | S | U | M | A | C |
| P | Y | R | A | M | I | D | S | C | H | E | M | E | ■ | ■ |
| R | E | I | G | N | ■ | ■ | ■ | O | A | R | ■ | L | D | S |
| E | S | S | E | ■ | S | Q | U | A | R | E | M | E | A | L |
| S | E | E | R | ■ | T | E | N | S | E | ■ | C | O | V | E |
| S | S | N | S | ■ | E | D | I | T | S | ■ | A | N | E | W |

**Answers:** Call 1-900-988-8300, 99 cents a minute; or, with a credit card, 1-800-320-4280.

## USA TODAY Don't Quote Me®

©Wiggles 3D Incorporated

Rearrange the words to complete the quote.

GO HOME PASSPORT PHOTO LIKE LOOK TIME WHEN

Columnist Erma Bombeck offers this advice to travelers.

"_____ you _____ _____ your __________ _________, it's _____ to _____ _____."

Wednesday's Answer: "Love is like the measles – it's much worse if you get it later in life."

# Classifieds

To place an ad, visit us online or call 1-800-WANT-ADS

### CADILLAC

STS '07 AWD - heated leather, loaded, 1 owner, nonsmoker, moon, chromes, Won't last! $23,495 Suburban Cadillac/Buick 248-686-0287

STS '07 V6 - htd lther full power, good mi, 1 owner, nonsmoker Won't last $19,995 Suburban Cadillac/Buick 248-686-0287

STS-4 '06 AWD V6 - moon, navig, warranty $20,990 Rinke Cadillac 888.244.5938

STS-4 '09 V8 AWD - moon, NAV, 12K mi. $42,990 Rinke Cadillac 888.244.5938

STS-V '06 - Supercharged, 469HP, Bose, moon $22,990 Rinke Cadillac 888.244.5938

XLR '07 - Convertible, Black, navigation, 32K mi. $39,990 Rinke Cadillac 888.244.5938

### CHEVROLET

AVEO '05 - Awesome MPG! Moon, Full Power $7,999 Glassman 888-303-5121

AVEO '07 Economy plus! $7695 LaFontaine 248-255-4510

CAVALIER '00 LS - Runs Great! Great MPG, $3999 Glassman 888-303-5121

CAVALIER '02 - Runs Great, Great MPG! $4299 Glassman 888-303-5121

CHEVY '06 AVEO LS - Auto, Air, Sharp, Certified $8,950 ROGIN BUICK 888.228.2961

COBALT '06 LS - 4 Door 41K Miles, Auto, A/C $8,895 DLR 248.652.9650

COBALT '08 LT - gas saving! Coupe, auto, full power $10,995 Suburban Hummer/Cadillac 248-850-2012

### CHEVROLET

HHR '08 LT - $12,995 James Martin Chevrolet Call Now! 888-659-0907

HHR '09 LT - auto, fully loaded, chromes, 1 owner, save $1000s from new! Nonsmoker won't last $14,995 Suburban Cadillac/Buick 248-686-0287

HHR '09 LT - chromes, full power, flex fuel, Save $$ on gas! $14,995 Suburban Hummer/Cadillac 248-850-2012

IMPALA '05 - 48,000 Miles #H90115 $8,995 SELLERS 888-322-4607

IMPALA '05 - $8,989 50,000 Low Miles, Auto, Air James Martin Chevrolet Call Now! 888-659-0907

IMPALA '05 - CD, full power, priced to sell $9,995 Suburban Hummer/Cadillac 248-850-2012

IMPALA '05 Hurry in now! Only $9395 LaFontaine 248-255-4510

IMPALA '05 LS - $9,995 Lthr, loaded, 47K mi. Blue, James Martin Chevrolet Call Now! 888-659-0907

IMPALA '05 LS - Moon, 50K Alloys, Warranty $10,990 Troy Honda866.695.6647

IMPALA '06 - loaded, moon, spoiler, certified $9,488 MH Chevy 248.336.1436

IMPALA '06 LT CD, Compass, power equip. $8880 Page Toyota 248-352-8580

IMPALA '06 LTZ - leather, full power, 1 owner, nonsmoker, good miles $12,995 Suburban Cadillac/Buick 248-686-0287

### CHEVROLET

IMPALA '08 LT V6 - loaded, priced to sell $14,895 Suburban Hummer/Cadillac 248-850-2012

IMPALAS '07 - $11,995 LT's, 3 to choose James Martin Chevrolet Call Now! 888-659-0907

MALIBU '01 Sedan auto, a/c, CD Power, 1 owner, 37K clean, $5,200 734-320-2514

MALIBU '06 Maxx - loaded, 1owner, low mi, cert $11,988 MH Chevy 248.336.1465

MALIBU '06 MAXX SS 30,000 miles. $14,495 SELLERS 888-322-4607

MALIBU '07 LS Sedan black, auto, a/c CD power, 39K black clean, $8,200 734-320-2514

MALIBU '08 LS - 25K Miles. #H90135. $15,995 SELLERS 888-322-4607

MALIBU '09 LT Roof, Leather, V6 $19,991 DonMassey800.347.5989

MONTE CARLO '04 Loaded! Very clean. $7999 Glassman 888-303-5121

MONTE CARLO '05 - Only 23K miles $9,988 Sub Imports 248-649-2300

MONTE CARLO '05 - 1owner, loaded, cert $9,488 MH Chevy 248.336.1436

### CHRYSLER

300 '06 sedan auto, a/c power, 27K factory warr, 1 owner, clean, grey $10,600 734 484-0849

300 '08 LX 37K miles, silver metallic, super clean, like new, $12,900 or best 248-760-3241

### CHRYSLER

CHRYSLER '05 300 - Lthr, chrme whls, low mi $14,500 SUBURBAN TOYOTA 888-292-9491

CHRYSLER '07 300C Loaded, Black Satin $22,491 DonMassey800.347.5989

CHRYSLER '07 300 Limited, red leather, chromes, EP discount available $15,995 Long Auto (800) 801-LONG

CHRYSLER '07 300 Touring Leather, 21K Miles $18,995 248-979-1965 Westborn

CHRYSLER '08 1/2 300C limited touring series, garage kept, hard washed, vanilla w/choc. faux convt. top. Every option. Absolutely perfect only 3k mi. Closes to $24,900. 419.277.2076

CHRYSLER '08 300 $12,999 or $39/Week, Black clean, 734-674-7978 Westborn

CHRYSLER '08 300 Certified 8/80 Warr $16,495 DLR 248-652-9650

CHRYSLER 300 '06 $11,999 or $39/wk Call Scott 734-674-7978 Westborn

PACIFICA '04 loaded, $10,991 DonMassey800.347.5989

PACIFICA '05 - 62K mi., 3.5 eng., 4x4, DVD/CD, 3 seats, leather, sunroof, $6600. 586-381-0507

PACIFICA '06 - full power, low miles $12,995 Suburban Hummer/Cadillac 248-850-2012

PACIFICA '08 AWD 16K, Cert. 6/80 $16,995 DLR 248.652.9650

PT CRUISER '03 Limited, roof $6991 DonMassey800.347.5989

PT CRUISER '05 Convert GT Hi Output Turbo $10,995 Long Auto (800) 801-LONG

PT CRUISER '08 $13,200 or $29/Wk. Call Rich: 248-979-1965 Westborn

PT CRUISER '08 5 to Choose, From $10,995 DLR 248-652-9650

SEBRING '05 SIGNATURE 32K, Moon, Lthr $11,456 Village C/J 888-427-4182

SEBRING '06 61,000 Miles. $6995 SELLERS 888-322-4607

SEBRING '06 Alloys, cruise, A/C $7550 Page Toyota 248-352-8580

SEBRING '08 4 door -24K, 6/80 warranty, $11,695 DLR 248-652-9650

SEBRING '08 Convert-3 to choose, From $15,995 DLR 248-652-9650

SEBRING '08 Conv. Lthr $14999 or $39/wk Call Rich: 248-979-1965 Westborn

SEBRING '08 LIMITED - Soft top convertible, fully loaded, 8,000 miles, $20,500/best offer. 313-300-7040

SEBRING '08 Touring - Cert. Lthr, roof, 19,450 mi $15995 Village C/J 888-427-4182

SEBRING '09 -Warr. $12795 or $39/wk. Call Rich: 248-979-1965 Westborn

SEBRING '06 48k miles., 2.4 eng., CD, auto, 4 door. $5700. 586-381-0507

### DODGE

AVENGER '08 - 21K, alloys, pwr equip., spoiler. $16,125 Village C/J 888-427-4182

AVENGER '08 - Certified, Extra Clean! $12,990 Tamaroff 800-939-7144

AVENGER '08 - Power Options, Mgr's Special $10,995 Mt.ClemDodge586.463.1521

AVENGER '09 SXT -Loaded! $39/Wk or $13,900 Call Rich 248-979-1965 Westborn

CALIBER '07 - 12K Miles Certified 6/80 Warr $12,995 DLR 248-652-9650

CALIBER '07 - Only 25K, Mgr Special $9,995 Mt.ClemDodge586.783.2400

CALIBER '07 R/T 17,915 Miles, Cert. $12,925 Village C/J 888-427-4182

CALIBER '07 SXT - 24K, 6/80 Warr, 1 owner $12,495 DLR 248-652-9650

CALIBER '07 SXT - Loaded! $8995 or $29 Wk. Call Rich: 248-979-1965 Westborn

CALIBER '07 SXT - Low miles, great gas mileage, one owner. Only $11,998 LaFontaine 248-230-4840

CALIBER '08 SE - Certified, Fuel Saver! $10,995 Tamaroff 800-939-7144

CHARGER '07 RT AWD black, loaded, 35K only $20,900 SUBURBAN TOYOTA 888-292-9491

CHARGER '07 R/T AWD Low Miles! Loaded! $22,985 Tamaroff 800-939-7144

CHARGER '07 R/T Red, leather, roof $19,991 DonMassey800.347.5989

CHARGER '08 - $13,999 or $39/week, Call Scott 734-674-7978 Westborn

CHARGER '09 SXT Chromes spoiler $24,995 Tamaroff 800-939-7144

COMMANDER '08 1300 Miles $21,500 Tamaroff 800-939-7144

DODGE '07 Grand Caravan Cargo, 2500 mi. $12,995 Tamaroff 800-939-7144

JOURNEY '09 - Full Power $45/Wk or $14,995. Scott: 734-674-7978 Westborn

JOURNEY '09 SXT Leather Interior $17,995 Tamaroff 800-939-7144

MAGNUM '05 R/T AWD Hemi, Lthr, Loaded $13,695 Mt.ClemDodge586.463.1521

MAGNUM '05 SXT Leather, Clean! $12,995 Tamaroff 800-939-7144

MAGNUM '06 SXT 3.5 liter, auto a/c CD power, 29K burgandy clean 1 owner. $10,700 734-484-0901

MAGNUM '08 - All Power. $11750 or $39/wk Call Rich: 248-979-1965 Westborn

MAGNUM '08 Real clean, chrome wheels, sporty! Only $13,980 LaFontaine 248-230-4840

NEON '03 CD, cruise, rear spoiler $5675 Village C/J 888-427-4182

STRATUS '03 SXT, 4 dr. 4 cyl all pwr, alum whls, cd/cass, 56K mi., 1 owner, balance of 7/70 warr., exc cond. $5400. (248)242-1951

STRATUS '06 SXT 2.4 engine, 48k mi., auto, 4 door, CD $5700. (586)381-0507

### FORD

ESCORT '02 ZX2 - Auto, Air, Sharp! Save! $5,950 ROGIN BUICK 888.228.2961

FIVE HUNDRED '05 SEL Power equipment, alloy wheels. Only $10,995 LaFontaine 248-230-4840

FIVE HUNDRED '05 SL Nicely equipped. $13,995 LaFontaine 248-255-4510

FOCUS '03 SVT - leather, roof, loaded $9,995 Jaguar of Troy 888.225.2726

FOCUS '05 - 4-door, auto, air $7,995 JeffreyAuto800-462-4103

FOCUS '06 ZX3SE Royal blue, 2 dr., loaded, New cond. Needs nothing. One owner $7600. 734-282-3363 Trenton

FOCUS '07 SES - auto, 21K $10,995 Sub Imports 248-649-2300

FORD '05 500 SE - full power, clean Only $9,990 Troy Honda866.695.6647

FORD '06 FREESTYLE Ltmd. AWD, 33 mi. American $11,450 (248) 214-8181

Ford Taurus 2007 SE- 4 dr., full power, a/c, CD, 39k miles, Light green metallic. $6400/obo. 734-778-5339

FUSION '07 SE - auto, air, full power, CD, low miles $12,995 Suburban Hummer/Cadillac 248-850-2012

FUSION '08 S - 4dr, load ed, black, under fact warr, EP available $11,995 Long Auto (800) 801-LONG

MUSTANG '06 GT Boss - red/white stripes, chrms, EP discount available $15,995 Long Auto (800) 801-LONG

MUSTANG '06 Convertible auto, low mi, warr. $17,995 LaFontaine 248-230-4840

TAURUS '03 SEL WGN 3RD ROW, 6 DISC, CD, ABS, 1 OWNER, 100K, LEATHER, MUST SELL 248-684-7200

TAURUS - 6 To Choose Won't Last $4,999-$5,999 Glassman 888-303-5121

T-BIRD '02 36,800 mi. Whispering white, black leather w/hardtop, garage kept $23,500. 248.891.9593

### JEEP

COMMANDER '06 $12,200 or $39 week, Call Jeff 734-934-9875 Westborn

COMMANDER '06 4x4 V8 - full power 3rd row, 19,000 miles, won't last $16,995 Suburban Cadillac/Buick 248-686-0287

COMMANDER '07 - 2 to choose, From $17,995 DLR 248-652-9650

COMMANDER '07 Limited Fully loaded, tow pkg. $23,995 DLR 248-652-9650

COMMANDER '08 1300 Miles $21,500 Tamaroff 800-939-7144

COMMANDER '08 SPORT CD, Cruise, Alloys $18,989 Village C/J 888-427-4182

COMPASS '07 $10,995 or $39 Week, Call Scott 734-674-7978 Westborn

### JEEP

GRAND CHEROKEE '06 4x4 $39/Wk or $11495 Call Rich: 248-979-1965 Westborn

GRAND Cherokee '06 Ltd 4x4, 31K Miles, Lthr $19,678 Village C/J 888-427-4182

GRAND CHEROKEE '07 23K, 6cyl Sharp! $16,495 DLR 248-652-9650

GRAND CHEROKEE '08 V6 4x4 fully load ed, good miles, nicest in town! $16,495 Suburban Cadillac/Buick 248-686-0287

GRAND CHEROKEE Laredo 4x4 - full power, 29K miles $14,995 Suburban Hummer/Cadillac 248-850-2012

JEEP '03 Grand Cherokee 4x4 V8 auto, a/c CD, Power, 90K, 1 owner mint. $5,500 734-484-0949

LIBERTY '05 Sport 30K, alloys, CD $13,575 Village C/J 888-427-4182

LIBERTY '07 4x4 - 19K miles, Only $13,900 SUBURBAN TOYOTA 888-292-9491

LIBERTY '07 4x4 - All Pwr. $29/wk or $9250 Call Rich: 248-979-1965 Westborn

LIBERTY '07 Sport 4x4 - 20K, Sunroof $14,995 DLR 248-652-9650

LIBERTY '07 SPORT Only 12,000 Miles! $15,495 Tamaroff 800-939-7144

PATRIOT '08 $11,200 or $39 week, Call Jeff 734-934-9875 Westborn

WRANGLER '01 - 60th Anniversary, hard top, custom wheels. Only $11,980 LaFontaine 248-230-4840

WRANGLER '03 - 6 cylinder. 5 speed, hardtop $13,395 DLR 248.652.9650

WRANGLER '07 SAHARA 27K Miles, Certified $19,495 Village C/J 888-427-4182

### LINCOLN

CONTINENTAL '02 119k mi., good cond. Blk., blk. lthr., loaded, sunrf., aftermarket 6 CD changer $4500. 248-320-6814

LSE '02 V8 - 50K miles, mint condition, black on black $11,495 Long Auto (800) 801-LONG

TOWN CAR '03 - loaded, super clean $5,995 Jaguar of Troy 888.225.2726

TOWN CAR '97 Leather, Loaded $2,995 SELLERS 888-322-4607

### MERCURY

GRAND MARQUIS '00 GS Clean condition! Priced to sell! Only $5995 LaFontaine 248-230-4840

GRAND MARQUIS '98 Low miles, clean! $4495 LaFontaine 248-255-4510

MONTEGO '03 - low miles, Ready for spring, $11,995 Saab Lkside 888-269-2242

### OLDSMOBILE

ALERO '03 - 4 Door, Auto Air, Low Miles $6,500 JeffreyAuto800-462-4103

REGENCY '98 A cream puff! $5995 LaFontaine 248-255-4510

### PONTIAC

BONNEVILLE '04 SLE OnStar CD pwr equip $8880 Page Toyota 248-352-8580

FIREBIRD '01 T-Tops, Sport Pkg, like new $6,547 Sub Imports 248-649-2300

G6 '05 GT - Loaded #H90172. $8,995 SELLERS 888-322-4607

G6 '06 CONVERTIBLE #H90211. $15,995 SELLERS 888-322-4607

G6 '06 GT V6 - full power, chromes, moon, good miles, nicest in town $11,695 Suburban Cadillac/Buick 248-686-0287

G6 '07 7,274 Miles. Clean! $12,995 SELLERS 888-322-4607

G6 '07 - Great on gas, full pwr, 34,000 mi $11,495 Long Auto (800) 801-LONG

G6 '09 - auto, air, full power, nonsmoker, moon, good miles, save $1000s from new! 1 owner $13,995 Suburban Cadillac/Buick 248-686-0287

GRAND AM '04 SE - Auto, Air, Loaded, Sharp! $8,950 ROGIN BUICK 888.228.2961

GRAND AM '05 GT - Sporty, low mi. Clean! Only $10,997 LaFontaine 248-230-4840

GRAND PRIX '02 SAVE Clean $5995 LaFontaine D. 866-514-5779

GRAND PRIX '03 Wide Track $6995 LaFontaine 248-255-4510

GRAND PRIX '04 - 4door, extra clean, 38K, $9,400 SUBURBAN TOYOTA 888-292-9491

GRAND PRIX '06 - Full power, 1 owner, mint, nicest in town! Won't last $11,495 Suburban Cadillac/Buick 248-686-0287

GRAND PRIX '06 GT - moon, chromes, leather, loaded $13,995 Suburban Hummer/Cadillac 248-850-2012

GRAND PRIX '07 - Super Sporty Sedan $10,695 Mt.ClemDodge586.783.2400

GRAND PRIX '08 V6 4door - full power, sporty sedan! Blowout price $12,995 Suburban Hummer/Cadillac 248-850-2012

GTO '04 - Automatic, one owner, Sporty ride! $15,988 LaFontaine 248-230-4840

PONTIAC '93 GRAND PRIX only $625. Police impounds Call 888-871-6338

SOLSTICE '06 White/tan lthr., 33K manual $15,995 Erhard FH 888-834-8631

SOLSTICE '07 - Bright Yellow, Chromes $19,993 DonMassey800.347.5989

SUNFIRE '02 68,000 Miles $4,995 SELLERS 888-322-4607

Vibe '03 4 cyl, 5 speed manual 80734mi., Silver, Dark tint rear windows, Keyless, EC $6,000 OB 586-751-5241

VIBE '03 Very clean! $6999 Glassman 888-303-5121

VIBE '09 - air, auto, full pwr, CD $15,995 Suburban Hummer/Cadillac 248-850-2012

### SATURN

AURA '07 XR - leather, moonroof, 34K mi. $15,990 Rinke Cadillac 888.244.5938

ION '03 - auto, air, low miles, super sharp $5,995 JeffreyAuto800-462-4103

ION2 '06 - auto, air, full power, low miles, extra clean Won't last $8,995 Suburban Cadillac/Buick 248-686-0287

ION3 '05 - auto, moon, alloys $8,990 Troy Honda866.695.6647

IONs '05-'07 - 12 to Choose. Best Selection., Cert. $9,950 ROGIN BUICK 888.228.2961

L300 '04 - 31K, new cond, Hurry! Mon. $8,995 McInerneyToy586-463-9000

SATURN '03 L-200 Roof, chromes $7991 DonMassey800.347.5989

SATURN '04 WAGON V6, Leather, Sharp! $9,500 JeffreyAuto800-462-4103

SATURN '06 ION #90253, 9,028 Miles. $10,995 SELLERS 888-322-4607

SC2 '02 Auto, red. Clean! $7991 DonMassey800.347.5989

### IMPORTS

AUDI '07 A4 - Turbo, black, leather int., 38k mi., loaded, remainder of warr. Pre paid maintenance. Mint $19,900. 517.423.6117

BMW '01 330cic Convt. Auto, Prem. Pkg. $15,995 Erhard FH 888-834-8631

BMW '04 325ci - Lthr, CD, Moon, 37K Miles $18,995 LandRover FH 800 211 8176

BMW '04 645 Ci Cpe - Cert. Blk. $37,999. 72 mo @ $639 Erhard BH 888-273-9711

BMW '05 330cic - 47K mi. Blk/blk. 100K warr. $25995 Erhard FH 888-834-8631

BMW '05 Z4 2.5 Roadster Auto. 72mo @ $369 $21999 Erhard BH 888-273-9711

BMW '05 Z4 Roadster - 27K Blk/Blk. 100K Warr. $23,495 Erhard FH 888-834-8631

BMW '06 325i - Certified. $22,999 / 66 mo $379 Erhard BH 888-273-9711

BMW '06 325xi AWD - Cert. $24,999 / 60 mo $399 Erhard BH 888-273-9711

BMW '06 330i - Blk/blk. Loaded, 100K Warr. $23,995 Erhard FH 888-834-8631

BMW '06 525xi AWD Cert. $25,999 / 66 mo. $424 mo Erhard BH 888-273-9711

BMW '06 750Li - 17K, blk/blk, nav, 100K warr. $47,995 Erhard FH 888-834-8631

BMW '06 750Li - Certified. $43,999. 66 mo. @ $699/mo Erhard BH 888-273-9711

BMW '06 750LI - Every option! Black on tan interior $36,995 Long Auto (800) 801-LONG

BMW '06 M3 CONVT. Cert. 6spd. $42,999 Erhard BH 888-273-9711

BMW '06 M5 Black on black. $45,999 Erhard BH 888-273-9711

### IMPORTS

BMW '06 X3 3.0 Blue water prem 100K Warr $23995 Erhard FH 888-834-8631

BMW '06 X5 3.0 - 42K, prem pkg. 100K warranty. $29,995 Erhard FH 888-834-8631

BMW '07 525i - 38K, blk/blk, 100K Warranty $31,495 Erhard FH 888-834-8631

CAMRY '04 LE A/C, CD, power equipment $9550 Page Toyota 248-352-8580

COROLLA '04 LE A/C, CD, pwr. equip. $8880 Page Toyota 248-352-8580

HONDA '01 Accord CXL V6 Coupe, 53K $10,595 JeffreyAuto800 462-4103

HONDA '02 Accord EX-L V6, moon, lthr $9,990 Troy Honda866.695.6647

Honda '03 Accord EX V6 Silver, 4dr, ps, pb, air, lthr, loaded, garage kept, 134K highway miles $7,900 586-596-1087

HONDA '03 CIVIC EX Coupe auto, Power Moon $8,995 LaFontaine D. 866-514-5779

HONDA '04 Accord EX - moon, alloys, cert $11,990 Troy Honda866.695.6647

HONDA '05 Accord LX - auto, full pwr, certified $10,990 Troy Honda866.695.6647

HONDA '05 CIVIC EX - Low mi, pwr equip, auto. $12,988 LaFontaine 248-255-4510

HONDA '06 ACCORDS SE Certified, From $14,995 TAMAROFF 800-605-3953

HONDA '06 Civic EX Auto, Certified $13,595 JeffreyAuto800 462-4103

HONDA '06 Civic EX - Auto, moon, alloy $10,990 Troy Honda866.695.6647

HONDA '06 CIVIC EX Coupe Certified $12,995 TAMAROFF 800-605-3953

HONDA '06 EX-L - Certified, several to choose. $16,495 TAMAROFF 800-605-3953

Honda '07 Accord EX 4 DR, Pwr., Own. 4 cyl., 45000 mi., Silver, $15,000 Call 248 2802020

HONDA '07 Accord SE - 4 door, $15,931 Sub Imports 248-649-2300

HONDA '07 CIVIC EX 4 Door, Certified $14,995 TAMAROFF 800-605-3953

HONDA '07 Fit Sport - Honda cert, auto, 27K $13,995 JeffreyAuto800 462-4103

HONDA '08 ACCORD EX V6 Demo, $21,995. Certified TAMAROFF 800-605-3953

HONDA '08 CIVIC LX 10K, Certified. $16,995 TAMAROFF 800-605-3953

HONDA '08 FIT 6,100 Miles. $15,925 Village C/J 888-427-4182

HONDA '09 Civic EX - 4door, moon, alloys $17,590 Troy Honda866.695.6647

HONDA '96 Accord Coupe 80K, Extra Clean! $5,595 LaFontaine D. 866-514-5779

HONDA '99 Civic EX - auto, moon, alloys $5,990 Troy Honda866.695.6647

### IMPORTS

HYUNDAI '03 Accent only 37,000 miles, $5995 LaFontaine D. 866-514-5779

HYUNDAI '06 Elantra GT Leather, moon. $9999 Glassman 888-303-5121

HYUNDAI '07 SONATA 12K mi, full power, $14,999 Glassman 888-303-5121

HYUNDAI '08 Sonata GLS - moon Tues Only $10,888 Sub Imports 248-649-2300

HYUNDAI '08 Sonata Ltd Lthr, moon, low mi. $13,995 TAMAROFF 800-605-3953

JAGUAR '02 XKR - Nav, loaded, Tues. Only $17,995 Sub Imports 248-649-2300

JAGUAR '04-'06 S-Type fully loaded, Start at $13,995 Jaguar Troy 888.225.2726

JAGUAR '05 XJ8-L - Fully load, low mi, clean $21,995 Jaguar Troy 888.225.2726

JAGUAR '05 XJR - Super chargd, load, clean $24,995 Jaguar Troy 888.225.2726

JAGUAR '05 X-Type 3.0 - AWD, loaded, clean $13,995 Jaguar Troy 888.225.2726

JAGUAR '06 S-Type - 4.2, 31K $19,995 Sub Imports 248-649-2300

JAGUAR '06 XJR - 19,000 mi, nav, load, clean $39,995 Saab Lkside 888-269-2242

JAGUAR '07 XK - loaded, low miles, clean $46,995 JaguarTroy 888.225.2726

JAGUAR '09 XF Premium Lux, wht/tan, 8K, $46,995 Jaguar Troy888.225.2726

KIA '03 RIO - Low Miles. Awesome MPG! $4,999 Glassman 888-303-5121

KIA '04 Amanti Must see! $7880 Page Toyota 248-352-8580

KIA '06 Spectra 5 A/C, CD, pwr. equip. $8880 Page Toyota 248-352-8580

MASERATI '07 Quattroporte Black on Black $57,777 Erhard BH 888-273-9711

MAZDA '05 3i A/C, power equip. $9880 Page Toyota 248-352-8580

MAZDA '06 6I - lthr, auto, 38K $11,992 Sub Imports 248-649-2300

MAZDA '06 MIATA Conv. 15K Miles, Auto $16,995 LandRover FH 800 211 8176

MAZDA '07 5 - Starting at $14,993 Sub Imports 248-649-2300

MAZDA6 '06 - Excellent Cond., Must See! $10,999 Glassman 888-303-5121

MAZDA Miata MX-5 06' Less then 6k miles 6 speed, 4 cylinder. Excellent condition. $16,500 Barb 810-441-9101

MAZDASPEED 04 1 of 7000, $15,991 DonMassey800.347.5989

MERCEDES '05 C240 4Matic AWD, Lthr $19,995 LandRover FH 800 211 8176

### IMPORTS

MERCEDES '06 C280 - 4Matic lo mi, perfect $17,995 Jaguar of Troy 888.225.2726

MERCEDES '06 SL500 - wht/tan, 20K, load $46,995 Jaguar of Troy 888.225.2726

MERCEDES '07 CLK350 Convertible, 11K, $39,999 Erhard BH 888-273-9711

MINI COOPER '03 - Turbo, 6spd, clean, loaded $14,995 Tamaroff 800-939-7144

MINI COOPER '06 S - 6spd, moon, red/white $16,990 Troy Honda866.695.6647

MINI-COOPER S '06 Roof, leather, $18,991 DonMassey800.347.5989

MITSUBISHI '04 Galant sportbk rallient a/c cd $8550 Page Toyota 248-352-8580

MITSUBISHI '07 LANCER Great value! $9775 LaFontaine 248-255-4510

MITSUBISHI '09 Galant ES 10,500 mi. rave red metallic, 1 owner, like new, $13,400 best. 248-760-3241

NISSAN '04 MAXIMA SE Chromes, warranty, $11,995 TAMAROFF 800-605-3953

NISSAN '04 MAXIMA SL Low mi, lthr, loaded $13,995 TAMAROFF 800-605-3953

NISSAN '06 Sentra Special auto, lo mi, Tue Only $9,988 Sub Imports 248-649-2300

NISSAN '08 Altima - 2 to choose From $14,995 Sub Imports 248-649-2300

Porsche '03 911 Carrera Turbo Ok, Blue on Blue Coupe, Turbo, Lthr, 18700mi $59,000 Pampered. In Excellent cond. 734-626-0321

SAAB '02 9-5 - auto, 55K, loaded, great price! $7,995 Jaguar Troy 888.225.2726

SAAB '07 9-3 2.0 Turbo, wht/tan, 33K, warr $16,750 Saab Lkside888-718-9907

SAAB '07 9-3 Convert - 25K, blk/tan, load, $23,995 Jaguar Troy 888.225.2726

SAAB '07 9-3 - loaded, several to chs! Start$14,995 Jaguar Troy 888.225.2726

SAAB '07 9-5 Aero - loaded, low miles, $18,995 Jaguar Troy 888.225.2726

SAAB '07 Blk Must See! 60th Anniversary Edition 5 to Choose $15,575 Saab Lkside 888-718-9907

SAAB '08 9-3 CONV. $27,999 Glassman 888-303-5121

SCION '05 TC Xclean, Only $9995 LaFontaine D. 866-514-5779

SCION '06 XA - lo mi, auto, Town, hurry! Mon $9,995 McInerneyToy586-463-9000

SCION '06 XB - blck beauty, load, low mile, Mon $10,995 McInerneyToy586-463-9000

SCION '08 XD - auto, loaded, 13K, like new $12,995 McInerneyToy586-463-9000

SUBARU '00 Forester L pwr. equip CD ac, cr. $7550 Page Toyota 248-352-8580

## Legal Counseling

To advertise call 1-800-WANT-ADS

1AAAAAAAAAAAA A DIVORCE From $90 Compl. Bankruptcy $499 248-559-4448 A debt relief agcy who help people file for bkrtcy relief under the bkrtcy code

BANKRUPTCY $0 DOWN Attorney Joseph L Grima We are a debt relief agency. We help people file for bankruptcy relief under the bankruptcy code. 1-800-603-3333

BANKRUPTCY 1-800-481-5588 free office consult Atty. Marshall D. Schultz eve/sat appts. We are a debt relief agency who help people file for bankruptcy relief under the bankruptcy code.

$500 Personal Bankruptcy Local • Full Service Attorney 313-354-1020 24/7. We are a debt relief agency under the Bankruptcy Code

BANKRUPTCY $0 to START Extremely low fees. E-Z payment plans. Exp'd Bankruptcy lawyer ATTY. JAMES WARR 800-646-9445

BANKRUPTCY/DIVORCE Debt relief agency. Lowest Fee Call Us Last! Nathanson 248-489.1035

CAR – MOTORCYCLE Atty John Kaplansky 800-646-9445

A DIVORCE $75 CS & R 734-425-1074 www.CSRdisability.com

Attorney PIERCE 248-398-5000 We are a debt relief agency - We can wipe out all of your debt. We have helped over 10,000 clients file for relief under the bankruptcy code. $150 down. www.attorneypierce.com

Call Toll Free 1-877-462-9277 1-877-GO-2-WARR We are a debt relief agency. We help people file for relief under the BANKRUPTCY CODE.

Hal Goldberg former FOC Att'y. 248.723.7243 vs or 248-842-3157

Jennifer S. Peterson Family Law/ Divorce Atty. 248.449.4091

SOCIAL SEC DISABILITY Crim. Traffic. Divorce OWI Free Advice 248.549.3485

Bankruptcy, Divorce & Drunk Driving Low Fees, 37 Years exp 313-389-1354 We are a debt relief agency. We help people file for bnkrptcy relief under the Bnkrptcy code.

DRUNK DRIVING Driver's Lic. Restoration ED CHERNIAK 35yrs exp HELP IS HERE! 800-770-1580

Social Security Workers Comp 30 yrs exp Terry Berlin 248.865.4700

## Fur, Fins & Feathers

To advertise call 1-800-WANT-ADS

### Pets

### CATS

Bengal Leopard, Snow Lynx Areas Best bloodlines, reg/pedigree 248.461-6912

PERSIAN & Ragdoll kittens Rare colors & Lynx, shots, reg $250+ 248.313.9128

### DOGS & KENNELS

Absolutely Adorable Petland Puppies $200 OFF ALL REG. PRICED PUPPIES With This Ad! 100% Financing Avail 50 breeds to choose from Petland Twelve Oaks Mall, Novi, Michigan 248-449-7340

Adorable Summer Pups Pure breed & designer Russell Griffon Boston, Maltese, Cavalier crosses, Havanese & Poodle crosses, www.puppy-place.net 517-404.3045 517-404.1028

Alaskan Malamute AKC pups 1st shots wormed vet ck'd. 586-419-8677

ALL SMALL BREED & designer puppies $199 + (313) 615-8514.

American Bulldog ABA reg. pups health guar. $400. 313.633.0837 734.363.0831

ATTENTION PET LOVERS Detroit Newspapers discourages ads which offer pets for free. These ads may draw responses from individuals who might use your animal for research, breeding or other purposes. We recommend asking a nominal price for your pet. Please be sure to screen respondents carefully. Your pet will thank you!

BASSET HOUND PUPS AKC, tri color, champ. lines, 8 wks. 586.292.2449

BICHON FRISE PUPS - AKC, 8 wks, 1st shots, vet ch'd. $600. 586-749-3809

Boxer Pups AKC 10 wks, vet checked shots, tails & dews. $500 734-329-1370

COCKER SPANIEL AKC pups $450/up 810.648.4591 FREE DELIVERY lambsonkennels.com

### DOGS & KENNELS

Breimaraner / Designer Pups, 8 wks old, avail. now. 1st shots, hunters, short hair/non shedding, parents on site. $225. 734.757.7475.

CANE CORSO PUPPIES UCCF certified, Born 4-21, 248-802-4818

CAVALIER King Charles AKC Ruby pups tiniest vet chk'd. $875+ 810.629.0588

CHIHUAHUA AKC pups, quality & health guar. all shots. $500. 586.778.4496

CHIHUAHUA Puppies Super tiny toy AKC $300 ready to go! 734-483-7212

LHASA APSO AKC PUPS Shots, Will Deliver 810-441-3570 Or 688-2349

CHIHUAHUA PUPS & mixed pups males & fem. $200 up Cash 248-379-0041

CHIHUAHUA PUPS T-cups & Others $300-$500. 313-225-4211 734.586-2655

CHOW CHOW -7wks, 1st shots, 1 cream/1 cinn. $400. 313.640.7772 /248.755.7462

CHOW PUPPIES males, adorable, loyal, reg. 3rd gen. pedigree, shots $550. 810.687.0918 810.513.0238

COCKER Spaniel Pups AKC, shots up to date shots for males & fems. 313.729-6399

COLLIE pups AKC shots, tri, sable & blue merles, M/F $450/up 313-550-5368

Dachshunds Mini male- hm raised, 8wks. shots $400 810.742.2256 810.624.0207

DACHSHUND Miniature Registered. All Colors, 6wks. 810-687-6670 810.515.8370

DACHSHUNDS AKC mini colors & coats incl. English Cream, shots 517.552.9849

Dashchund AKC mini pups, Gorgeous. Parents on site. $450. (586)942-0209

DOBERMAN PUPS AKC shots, wormed, exc. temp. 248.634.7150 810.513.1851

ENGLISH BULLDOG - AKC, 6 males, 2 fems. $1500-$1800. 419-410-9432

ENGLISH M ASTIFF AKC pups 1st shots, 1 male 2 fem. $600. 419-380-8063

ENGLISH Springer Spaniel Pups, AKC, ch. bloodlines 810-441-7057 248.563-1705

FRENCH BULL DOG pups, CKC. $1500. guaranteed. 616-842-8729

GERMAN SHEPHERD pups AKC, German Bldline, shots. $400 586-435-7011

GERMAN Shepherd pups sable fem's, shots, wormed $350 313-701-2148

### DOGS & KENNELS

German Shepherd Pups Treu Schafer Haus Keen Intelligence, Great Temperament 30 years Breeding Puppies available Call 810-367-6127

Goldendoodle shed free, 8 wks wht/cream/2 shots,$325 great w/kids! 734-968-5264

GOLDEN RET AKC Pups blonde, wormed, shots $300 989.304.1869; 989.268.5096

GOLDEN Retriever AKC OFA, OFE 8 wks, 1st shots, 517.294.2431 517.545.8045

HAVANESE AKC gorgeous non-shed pups guarantee 616-842-8729

JACK RUSSELL PUPS UKC reg. 7 weeks, shots & wormed. 269-998-0925

LAB PUPPIES - Black $200. Parents on site. 313-457-5825

Lab Pups - AKC Ch.Lines 810-656-9315 www. HuntersRidgeRetrievers.com

LABS - AKC pups, NAFC, guar., parents here, socialized. 517-543-3299

MALTIPOOS - (2) Males, very sweet, 3 females, checked, wormed, $350 ea. 586-797-9041

Miniature Schnauzer Pups - Tails, dew claws, shots, salt and pepper male 810-787-1099

MIN PINS 2 males 2 fem., $400 CASH serious inquiries only 248-541-6223

NEOPOLITAN Mastiff WKC pup, 8 wks. male $700 (313) 652-6944

Olde English Bulldogges Hermes bloodlines. $500. 248.255.6156 248.894.4167

PEKINGESE pups, males, variety of col ors. 1st shot $400. Shih Tzu all fem. $500

Poodles 2 fem. 1 male all $400+. CockaPoo/Shih Tzu mix. $400+ Yorkie males. $650. (313)368-2325

PIT BULL PUPS bldln. Gotti McCoy, blacks out of blue, females, fat heads, $600/best 313.623.4797

POMERANIAN AKC puppies, $400 males & $450 females. 517-458-6813

POMERANIAN AKC pups, vet ck'd, less than 5lbs.$800 lplfarms.com; 517-423-9555

Pomeranian Pups 1st shots, vet checked, females $275 810-434-5856

ROTTWEILER PUPPIES 4 females, AKC, shots, wormed. $450. 586.215.0105

### DOGS & KENNELS

POMERANIAN PUPS Adorable, var. colors, $450+ CASH 248-379-0041

POMERANIAN - Reg, shots, wormed, $275-$300. 517-594-5014 Can Deliver

Pomeranians parti color & lusterous blacks 9 wks $550 can deliver 517.869.2440

POODLES Standard pups, blacks & Blondes, males & females $500. 517.675-5382

POODLES TOY PUPS 10 wks. Shots, vet ch'd. $350. call 810.765.5206

PUG TINY POCKET Pups small adorable $450 + CASH 248-379-0041

ROTTWEILER PUPPIES AKC, 100% import, German $850-$1200 Also Stud Service avail. 313-740-3171

ROTTWEILER Pups 7 wks shots wormed, tails, dews, $325. 313-903-8129

SCHNOODLES - 11 wks. tails & dewclaws, 1st shots $350. (248) 399-6539

ShihTZU AKC pups, champion lineage, variety colors & sex. $500 up. 989.868.1061

ST. BER NARD AKC pups dews, shots, wormed, $400 586-443-3075

TOY POODLES CKC Parti Blk & Wht, 7 wks, shots, $550 & up 517-456-8147

TOY YORKIE - AKC reg., very tiny, up to date on shots. 734-417-4198

YORKIE - CKC Female shots, wormed, Tiny, $850. 313-346-3615

YORKIEPOO adorable 2 males pups, 1st shots, 313-268-3799

YORKIE PUPS male/ female, CKC, 1st shots Reasonable734.461.9661

YORKIE PUPS Very Very Tiny $700.-$750. Shots 734.225.4211 734.586.2655

YORKIE, YORKIE POO MIX & POMS Adorable $375 + CASH 248-379-0041

YORKIS -3F/1M, 7 wk, 1st shots. $600-800. 810-813-8844, after 3 or leave mess.

Steer here. cars.com

## Tickets & Events

To advertise call 1-800-WANT-ADS

bigtimeworldwide.com STANLEY CUP FINALS GAME 7 BUY SELL TIGERS * ALL DTE 248-827-7678

STANLEY Cup Tickets Game 5 & 7 avail sec 120 row 3, seats 13,14,15 & sec 123, row 9, seats 9,10 Bill 519.817.7151

STANLEY CUP FINALS Great seats, Row 12 Upper Game 7. (734)777.3352

PRIME TICKET SERVICE GAME 7 WWW.PRIMESEAT.COM 248-865-6000

STANLEY CUP FINALS TIGERS, DTE KID ROCK MSU/UM FOOTBALL theticketmachine.com 888-887-4411

Reduced Wings Finals Baseball, DTE 2nd Row. We Buy Tix. 586.781-9090

AC/DC RED WINGS TIGERS ALL CONCERTS BUY/SELL (248)432-1925

## LEGAL NOTICE/ BIDS/PROPOSALS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>GENERAL MOTORS CORP., *et al.*,<br>Debtors. | Chapter 11 Case No.<br>09-50026 (REG)<br>(Jointly Administered) |

**NOTICE OF SALE HEARING TO SELL SUBSTANTIALLY ALL OF DEBTORS' ASSETS PURSUANT TO MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER**

PLEASE TAKE NOTICE THAT upon the motion (the "Motion"), of General Motors Corporation ("GM") and its debtor subsidiaries, as debtors in possession (collectively, the "Debtors" or the "Company"), dated June 1, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has issued an order dated June 2, 2009 (the "Sale Procedures Order"), among other things, (i) scheduling a hearing (the "Sale Hearing") to approve (a) the Master Sale and Purchase Agreement, dated as of June 1, 2009 (the "MPA"), by and among GM and its Debtor subsidiaries (collectively, the "Sellers") and Vehicle Acquisition Holdings LLC (the "Purchaser"), a purchaser sponsored by the United States Department of the Treasury (the "U.S. Treasury"), with respect to the sale of substantially all the Debtors' assets (the "Purchased Assets") free and clear of all liens, claims, encumbrances, and other interests, and subject to higher or better offers (the "363 Transaction"); (b) the assumption, assignment, and sale to the Purchaser pursuant to the MPA of certain executory contracts and unexpired leases of personal property and nonresidential real property (the "Assumable Executory Contracts"); and (c) the settlement agreement (the "UAW Retiree Settlement Agreement"), between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"); (ii) approving certain procedures for the submission and acceptance of any competing bids (the "Sale Procedures"); (iii) approving a procedure for the assumption, assignment, and sale to the Purchaser pursuant to the MPA of the Assumable Executory Contracts; (iv) approving the form and manner of notice of the Motion and the relief requested therein and of the Sale Hearing; and (v) setting a deadline for the filing of objections, if any, to the relief requested in the Motion.

A. THE MASTER SALE AND PURCHASE AGREEMENT

The total consideration under the MPA for the sale of the Purchased Assets is equal to the sum of (i) a credit bid in the amount of the outstanding indebtedness owed to the Purchaser as of the closing pursuant to certain secured loans extended by the U.S. Treasury and Export Development Canada, less approximately $8 billion (estimated to be approximately $48.3 billion at July 31, 2009); (ii) the surrender of a warrant to purchase GM shares previously issued to the U.S. Treasury in connection with the secured loans extended by the U.S. Treasury; (iii) the issuance to GM of shares of common stock of the Purchaser representing approximately 10% of the common stock of the Purchaser as of the closing of the sale; (iv) the issuance to GM of warrants to purchase up to 15% of the shares of common stock of the Purchaser on a fully diluted basis, with one half exercisable at any time prior to the seventh anniversary of issuance at an initial exercise price based on a $15 billion equity value of the Purchaser and the other half exercisable at any time prior to the tenth anniversary of issuance at an initial exercise price based on a $30 billion equity value of the Purchaser (GM can elect partial and cashless exercises of the warrants); and (v) the assumption by the Purchaser of certain assumed liabilities, all as set forth more fully in the MPA (visit www.nysb.uscourts.gov or www.gmcourtdocs.com). In addition, if the aggregate amount of allowed general unsecured claims against the Debtors exceeds $35 billion, as estimated by an order of the Bankruptcy Court (which the Debtors may seek at any time), GM will receive an additional 2% of the common stock of the Purchaser as of the closing of the sale.

B. THE SALE HEARING

The Sale Hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on June 30, 2009, at 9:45 a.m. (Eastern Time). The Sale Hearing may be adjourned without notice by an announcement of the adjourned date at the Sale Hearing.

**RESPONSES OR OBJECTIONS, IF ANY, TO THE RELIEF SOUGHT IN THE MOTION SHALL BE FILED** with the Clerk of the Bankruptcy Court and served upon: (a) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (b) Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (c) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., and Gordon Z. Novod, Esq.); (d) Cleary Gottlieb Steen & Hamilton LLP, the attorneys for the UAW, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esq.); (e) Cohen, Weiss and Simon LLP, the attorneys for the UAW, 330 W. 42nd Street, New York, New York 10036 (Attn: Babette Ceccotti, Esq.); (f) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (g) the Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004; and (h) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), **SO AS TO BE RECEIVED NO LATER THAN JUNE 19, 2009, AT 5:00 P.M. (EASTERN TIME) (the "Objection Deadline").**

The failure of any person or entity to file a response or objection on or before the Objection Deadline shall be deemed a consent to the 363 Transaction and the other relief requested in the Motion, and shall bar the assertion, at the Sale Hearing or thereafter, of any objection to the Sale Procedures, the Motion, the 363 Transaction, the approval of the UAW Retiree Settlement Agreement, and the Debtors' consummation of the 363 Transaction.

C. COPIES OF THE MOTION AND SALE PROCEDURES ORDER

This Notice provides only a partial summary of the relief sought in the Motion and the terms of the Sale Procedures Order. Copies of the Motion, the MPA (excluding certain commercially sensitive information), and Sale Procedures Order are available for inspection (i) by accessing (a) the website of the Bankruptcy Court at www.nysb.uscourts.gov, or (b) the website of the Debtors' claims and noticing agent, The Garden City Group, Inc., at www.gmcourtdocs.com or (ii) by visiting the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408. Copies also may be obtained by faxing a written request to the attorneys for the Debtors, Weil, Gotshal & Manges LLP (Attn: Russell Brooks, Esq.) at 212-310-8007.

BY ORDER OF THE COURT

Dated: New York, New York
June 2, 2009

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors and Debtors in Possession

N1939887PDF

## LEGAL NOTICE/ BIDS/PROPOSALS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, & Deadlines**

Chapter 11 bankruptcy cases concerning the debtors listed below were filed on June 1, 2009. You may be a creditor of the Debtors. **This notice lists important deadlines**. You may want to consult an attorney to protect your rights. **You are not being sued or forced into bankruptcy**. All documents filed with the Bankruptcy Court, including lists of the Debtors' assets and liabilities, will be available for inspection at the Office of the Clerk of the Bankruptcy Court or by accessing the Bankruptcy Court's website, www.nysb.uscourts.gov, as well as (A) by written request to the Debtors' Claims and Noticing Agent, The Garden City Group, Inc., at the following addresses: (i) if sending by regular mail: GM Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286; (ii) if sending by overnight or hand delivery: GM Claims Agent, 105 Maxess Road, Melville, New York 11747, (B) by phone at 703-286-6401, or (C) by accessing its website, www.gmcourtdocs.com. Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website, www.pacer.psc.uscourts.gov). NOTE: The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and the Debtors' Claims and Noticing Agent cannot give legal advice.

| Debtors: | Case Number: | Tax ID Number: |
|---|---|---|
| General Motors Corporation | 09-50026 (REG) | 38-0572515 |
| Chevrolet-Saturn of Harlem, Inc. | 09-13558 (REG) | 20-1426707 |
| Saturn, LLC | 09-50027 (REG) | 38-2577506 |
| Saturn Distribution Corporation | 09-50028 (REG) | 38-2755764 |

All other names used by the Debtors in the last 8 years:
General Motors Corporation: GMC Truck Division and NAO Fleet Operations, GM Corporation-GM Auction Department, National Car Rental, National Car Sales, Automotive Market Research; Chevrolet-Saturn of Harlem, Inc.: CKS of Harlem; Saturn, LLC: Saturn Corporation, Saturn Motor Car Corporation, GM Saturn Corporation, Saturn Corporation of Delaware.

**Attorney for Debtors. Harvey R. Miller, Stephen Karotkin, Joseph H. Smolinsky, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8000, Facsimile: (212) 310-8007.**

**Meeting of Creditors.** Date: July 27, 2009, Time: 1:00 P.M., Location: Hilton New York, 1335 Avenue of the Americas, New York, NY 10019, (212) 586-7000.

**Deadline to File a Proof of Claim.** Notice of deadline will be sent at a later time. **Creditor with a Foreign Address:** Read the information under "Claims."

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:** Notice of deadline will be sent at a later time.

**Creditors May Not Take Certain Actions:** In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in these cases.

**Address of the Bankruptcy Clerk's Office:** United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Telephone: 212-668-2870, Hours Open: 8:30 am to 5:00 pm.
Clerk of the Bankruptcy Court: Vito Genna

**Filing of Chapter 11 Bankruptcy Case.** Bankruptcy cases under chapter 11 of the Bankruptcy Code (title 11, United States Code) have been filed in this court by the debtors listed above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business.

**Legal Advice.** The staff of the Clerk of the Bankruptcy Court cannot give legal advice. Consult a lawyer to determine your rights in these cases.

**Creditors Generally May Not Take Certain Actions.** Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.

**Meeting of Creditors.** A meeting of creditors is scheduled for the date, time, and location listed above. *The debtors' representative must be present at the meeting to be questioned under oath by the United States Trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.

**Claims.** A Proof of Claim is a signed statement describing a creditor's claim. You can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Discharge of Debts.** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141 (d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141 (d) (6) (A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed above. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline.

**Bankruptcy Clerk's Office.** Any paper that you file in these bankruptcy cases should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply.

**Creditor with a Foreign Address.** Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in these cases.

N1939889PDF

09-50026-mg Doc 2910 Filed 07/01/09 Entered 07/01/09 21:47:13 Main Document Pg 10 of 14

## Avis légaux

**BANKRUPTCY COURT DES ÉTATS-UNIS**
**SOUTHERN DISTRICT DE NEW YORK**

**Avis concernant des demandes de protection en vertu du *Chapter 11*, l'assemblée des créanciers et les dates limites**

Des demandes de protection en vertu du *Chapter 11* contre les débiteurs énumérés ci-après ont été déposées le 1er juin 2009. Vous pourriez être un créancier des débiteurs. **Cet avis contient des dates limites importantes.** Vous pourriez devoir consulter un avocat pour protéger vos droits. **La présente ne constitue pas un avis de poursuite ou de faillite forcée.** Vous pourrez consulter tous les documents déposés auprès de la Bankruptcy Court, y compris les listes des actifs et passifs des débiteurs, au bureau du greffier de la Bankruptcy Court ou sur le site Web de la Bankruptcy Court, à www.nysb.uscourts.gov, et pourrez également A) en faire la demande par écrit à l'agent chargé des créances et des avis des débiteurs, The Garden City Group, Inc., aux adresses suivantes : i) par courrier ordinaire : GM Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286, ii) par service de messagerie le lendemain ou livraison en mains propres : GM Claims Agent, 105 Maxess Road, Melville, New York 11747, B) par téléphone au 703 286-6401 ou C) en accédant à son site Web, à www.gmcourtdocs.com. Vous avez besoin d'un mot de passe et d'un nom d'utilisateur pour pouvoir accéder aux documents qui figurent sur le site Web de la Bankruptcy Court (pour obtenir un mot de passe PACER, veuillez accéder au site Web PACER, à www.pacer.psc.uscourts.gov). NOTE : Le personnel du bureau du greffier des faillites, le bureau du syndic des États-Unis et l'agent chargé des créances et des avis des débiteurs ne peuvent donner d'avis juridique.

| Débiteurs : | Numéro de la décision : | Numéro d'identification fiscale : |
|---|---|---|
| General Motors Corporation | 09-50026 (REG) | 38-0572515 |
| Chevrolet-Saturn of Harlem, Inc. | 09-13558 (REG) | 20-1426707 |
| Saturn, LLC | 09-50027 (REG) | 38-2577506 |
| Saturn Distribution Corporation | 09-50028 (REG) | 38-2755764 |

Tous les autres noms utilisés par les débiteurs au cours des huit dernières années :
General Motors Corporation : GMC Truck Division and NAO Fleet Operations, GM Corporation-GM Auction Department, National Car Rental, National Car Sales, Automotive Market Research; Chevrolet-Saturn of Harlem, Inc. : CKS of Harlem; Saturn, LLC : Saturn Corporation, Saturn Motor Car Corporation, GM Saturn Corporation, Saturn Corporation of Delaware.

**Avocats des débiteurs. Harvey R. Miller, Stephen Karotkin, Joseph H. Smolinsky, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, téléphone : 212 310-8000, télécopieur : 212 310-8007.**

**Assemblée des créanciers.** Date : 27 juillet 2009, heure : 13 h, endroit : Hilton New York, 1335 Avenue of the Americas, New York, NY 10019, 212 586-7000.

**Date limite pour le dépôt d'une preuve de créance.** La date limite vous sera communiquée dans un avis ultérieur. **Créanciers domiciliés à l'étranger :** Ces créanciers sont priés de lire les renseignements qui figurent à la rubrique « Créances ».

**Date limite pour le dépôt d'une plainte afin de déterminer si le débiteur peut être libéré de certaines dettes :** La date limite vous sera communiquée dans un avis ultérieur.

**Interdiction pour les créanciers d'intenter certains types de poursuites :** Dans la plupart des cas, le dépôt d'une demande de protection contre les créanciers suspend automatiquement certaines mesures de recouvrement et d'autres mesures contre le débiteur et ses biens. Dans certaines circonstances, il se pourrait qu'aucune suspension ne soit imposée ou que la suspension soit limitée à 30 jours. Toutefois, le débiteur peut demander au tribunal d'imposer une suspension ou de la prolonger. Si vous tentez de recouvrer une dette ou d'intenter une autre poursuite en violation du *Bankruptcy Code*, vous pourriez être pénalisé. Il vous est recommandé de consulter un avocat pour déterminer vos droits dans ces affaires.

**Adresse du bureau du greffier des faillites :** United States Bankruptcy Court, One Bowling Green, New York, New York 10004, téléphone : 212 668-2870, heures d'ouverture : de 8 h 30 à 17 h.
Greffier de la Bankruptcy Court : Vito Genna

**Dépôt d'une demande de protection en vertu du *Chapter 11*.** Des demandes de protection en vertu du *Chapter 11* du *Bankruptcy Code* (*title 11, United States Code*) ont été déposées auprès du tribunal par les débiteurs énumérés ci-dessus et une ordonnance de redressement a été rendue. Le *Chapter 11* permet à un débiteur de restructurer ou de liquider son entreprise conformément à un plan. Le plan ne prend effet que s'il est confirmé par le tribunal. Il se pourrait qu'une description du plan vous soit envoyée et que vous puissiez voter à l'égard de celui-ci. Vous serez avisé de la date de l'audience de confirmation et pourrez vous opposer à la confirmation du plan et assister à l'audience de confirmation. Sauf si un syndic est nommé, le débiteur demeurera en possession de ses biens et pourra continuer d'exploiter son entreprise.

**Avis juridique.** Le personnel du greffier de la Bankruptcy Court ne peut donner d'avis juridique. Il vous est recommandé de consulter un avocat pour déterminer vos droits dans ces affaires.

**Mesures que les créanciers ne peuvent généralement pas prendre.** Les mesures de recouvrement interdites sont énumérées à l'article 362 du *Bankruptcy Code*. Communiquer avec le débiteur par téléphone, par courriel ou autrement pour exiger un remboursement, prendre des mesures pour recouvrer des sommes d'argent ou obtenir des biens du débiteur, reprendre possession des biens du débiteur et engager ou maintenir des poursuites juridiques ou des saisies sont des exemples courants de mesures interdites. Dans certaines circonstances, il se pourrait qu'aucune suspension n'ait été imposée ou que la suspension soit limitée à 30 jours. Toutefois, le débiteur peut demander au tribunal d'imposer une suspension ou de la prolonger.

**Assemblée des créanciers.** Une assemblée des créanciers doit se tenir à la date, à l'heure et à l'endroit indiqués ci-dessus. *Le représentant des débiteurs doit être présent à l'assemblée en vue de subir un interrogatoire sous serment par le syndic des États-Unis et les créanciers.* Les créanciers peuvent assister à cette assemblée, mais n'y sont pas tenus. L'assemblée pourrait se poursuivre et se terminer à une date ultérieure, sans préavis.

**Créances.** Une preuve de créance est une déclaration signée qui décrit la créance d'un créancier. Vous pouvez obtenir une telle déclaration au bureau d'un greffier des faillites. Vous pouvez consulter les listes qui ont été ou qui seront déposées au bureau du greffier des faillites. Si votre créance figure sur cette liste et qu'elle *n'est pas* qualifiée de contestée, d'éventuelle ou de non déterminée, elle sera autorisée, sauf si vous avez déposé une preuve de créance ou que vous recevez un autre avis au sujet de la créance. Que votre créance figure sur la liste ou non, vous êtes autorisé à déposer une preuve de créance. Si votre créance ne figure sur aucune liste *ou* si elle est qualifiée de contestée, d'éventuelle ou de non déterminée, vous devez déposer une preuve de créance, sous peine de ne pouvoir recouvrer votre créance ni voter à l'égard d'un plan. Le tribunal n'a pas encore fixé de date limite pour le dépôt d'une preuve de créance. Si une date limite est fixée, vous en serez avisé ultérieurement. Les créanciers garantis conservent des droits à l'égard des biens donnés en garantie, et ce, qu'ils déposent ou non une preuve de créance. Le dépôt d'une preuve de créance soumet le créancier à la compétence du tribunal des faillites avec les conséquences que cela implique et qu'un avocat peut vous expliquer. Par exemple, un créancier garanti qui dépose une preuve de créance pourrait devoir renoncer à d'importants droits non pécuniaires, notamment le droit à un procès devant jury. **Date limite pour le dépôt de preuves de créance par les créanciers domiciliés à l'étranger :** La date limite pour le dépôt des créances sera fixée dans une ordonnance ultérieure du tribunal et s'appliquera à tous les créanciers, sauf indication contraire dans l'ordonnance. Si l'avis de l'ordonnance établissant la date limite est envoyé à un créancier domicilié à l'étranger, le créancier pourra déposer une requête pour que le tribunal reporte la date limite.

**Libération du débiteur.** La confirmation d'un plan en vertu du *Chapter 11* peut entraîner la libération du débiteur et donc l'extinction de la totalité ou d'une partie de votre dette. Se reporter au paragraphe 1141(d) du *Bankruptcy Code*. La libération du débiteur signifie qu'il se pourrait que vous ne puissiez jamais recouvrer votre dette auprès de celui-ci, sauf comme il est prévu dans le plan. Si vous estimez qu'une dette vous est due par le débiteur ne peut en être libéré en vertu du sous-alinéa 1141(d) (6) (A) du *Bankruptcy Code*, vous devez engager une poursuite en déposant une plainte au bureau du greffier des faillites au plus tard à la « date limite pour le dépôt d'une plainte afin de déterminer si le débiteur peut être libéré de certaines dettes » indiquée ci-dessus. Le bureau du greffier des faillites doit recevoir la plainte et les droits de dépôt connexes, s'il y a lieu, au plus tard à cette date limite.

**Bureau du greffier des faillites.** Tout document que vous déposez dans ces affaires doit être déposé sur le système électronique du tribunal (*Electronic Case File System* (ECF)) à l'aide d'un nom d'utilisateur et d'un mot de passe délivrés par le tribunal ou sur une disquette ou un disque compact (CD) en format PDF. Si vous ne pouvez déposer vos documents par voie électronique ou sur disquette ou disque compact (CD), vous pouvez déposer des documents papier à la condition de remettre avec ceux-ci une déclaration sous serment de votre incapacité de les déposer autrement.

**Créanciers domiciliés à l'étranger.** Veuillez consulter un avocat qui connaît le droit de la faillite des États-Unis si vous avez des questions au sujet de vos droits dans ces affaires.

D000038175

BUNGALOW EN BONNE CONDITION
VENDU

Bel emplacement, beau bureau, bain sur pattes, bay-windows et bien plus! Votre bercail à bas prix!

micasa.ca
Votre destination maison et immobilier

**ALBERTSON, LANDRY Huissiers. Tél. (514) 278-2414**

♦NO.:500-32-113559-084. CARMEN CHAPADOS -VS- ALAIN TREMBLAY ET DÉMÉNAGEMENT ALAIN TREMBLAY. Le 23 JUIN 2009 à 10H, au 2425, ARCAND, MONTRÉAL, QUÉBEC, CANADA, seront vendus par huissier, les biens de ALAIN TREMBLAY ET DÉMÉNAGEMENT ALAIN TREMBLAY saisis en cette cause, soit : 1 CAMION DE DÉMÉNAGEMENT MARQUE FORD/ F35OXL / # SÉRIE 1FDKF37F9VEB48365; 1 FAXPHONE MARQUE CANON / L120 / COUL. GRIS / BLANC; ET AUTRES. MICHEL LANDRY, H.J., DISTRICT DE MONTRÉAL.

**SAULNIER ROBILLARD LORTIE (514) 878-4721 (POSTE 280)**

▼NO.:500-22-155591-09-5. BANQUE DE MONTREAL -VS- ROMEO RENAUD ET LOUISE ST-LAURENT. Le 23 JUIN 2009 à 13H au 881, LAC QUENOUILLE, LAC SUPERIEUR, seront vendus par autorité de justice, les biens et effets de ROMEO RENAUD ET LOUISE ST-LAURENT saisis en cette cause, soit : ROULOTTE DUTCHMEN 29Q-GS 2006. PHILIPPE BORDUA, H.J., DISTRICT DE MONTRÉAL.

**BANKRUPTCY COURT DES ÉTATS-UNIS**
**SOUTHERN DISTRICT DE NEW YORK**

| ------------------------------------------------x | |
|---|---|
| **Objet** | **: Chapter 11 – Affaire n°** |
| **GENERAL MOTORS CORP., *et al.*,** | **: 09-50026 (REG)** |
| **Débiteurs.** | **: (Administré conjointement)** |

------------------------------------------------x

**AVIS D'AUDIENCE VISANT LA VENTE DE LA QUASI-TOTALITÉ DES ACTIFS DES DÉBITEURS CONFORMÉMENT AU CONTRAT D'ACHAT ET DE VENTE CADRE CONCLU AVEC VEHICLE ACQUISITION HOLDINGS LLC, ACHETEUR PARRAINÉ PAR LE TRÉSOR AMÉRICAIN**

AVIS EST PAR LES PRÉSENTES DONNÉ QUE, sur présentation de la requête (la « requête ») de General Motors Corporation (« GM ») et de ses filiales débitrices, en tant que débiteurs-exploitants (collectivement, les « débiteurs » ou la « Société »), datée du 1er juin 2009, la Bankruptcy Court des États-Unis du Southern District de New York (le « tribunal des faillites ») a rendu une ordonnance datée du 2 juin 2009 (l'« ordonnance de vente ») qui prévoit, notamment, i) la tenue d'une audience (l'« audience de vente ») aux fins de l'approbation a) du contrat d'achat et de vente cadre daté du 1er juin 2009 (le « contrat ») intervenu entre, notamment, GM et ses filiales débitrices (collectivement, les « vendeurs ») et Vehicle Acquisition Holdings LLC (l'« acheteur »), acheteur parrainé par le département du Trésor des États-Unis (le « Trésor américain »), relativement à la vente de la quasi-totalité des actifs du débiteur (les « actifs achetés »), libres et quittes de tout privilège, de toute réclamation et de tout autre intérêt et sous réserve d'offres supérieures ou meilleures (l'« opération en vertu de l'article 363 »), b) de la prise en charge ainsi que de la cession et de la vente en faveur de l'acheteur aux termes du contrat de certains contrats à exécuter et baux non expirés de biens meubles et de biens immeubles non résidentiels (les « contrats à exécuter pouvant être pris en charge ») et c) du contrat de règlement (le « contrat de règlement en faveur des retraités conclu avec les UAW ») intervenu entre l'acheteur et les International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (les « UAW »), ii) l'approbation de certaines procédures aux fins de la présentation et de l'acceptation d'offres concurrentes (les « procédures de vente »), iii) l'approbation d'une procédure pour la prise en charge ainsi que la cession et la vente en faveur de l'acheteur aux termes du contrat des contrats à exécuter pouvant être pris en charge, iv) l'approbation de la forme de l'avis de la requête et du mode d'envoi de celui-ci et des redressements demandés dans celui-ci ainsi que de l'audience de vente et v) l'établissement d'une date limite pour le dépôt de contestations, s'il y a lieu, à l'égard des redressements demandés dans la requête.

A. LE CONTRAT DE VENTE ET D'ACHAT CADRE

La contrepartie totale prévue par le contrat aux fins de la vente des actifs achetés consiste i) en une offre de crédit du montant de la dette due à l'acheteur à compter de la clôture conformément à certains prêts garantis consentis par le Trésor américain et Exportation et développement Canada, moins environ 8 milliards de dollars (environ 48,3 milliards de dollars au 31 juillet 2009), ii) en la renonciation à un bon de souscription d'actions de GM qui avait été émis en faveur du Trésor américain dans le cadre de l'octroi des prêts garantis par celui-ci, iii) en l'émission en faveur de GM d'actions ordinaires de l'acheteur qui représentent environ 10 % de ces actions à la clôture de la vente, iv) en l'émission de bons de souscription en faveur de GM aux fins de la souscription d'au plus 15 % des actions ordinaires de l'acheteur, après dilution, dont la moitié peut être exercée à tout moment avant le septième anniversaire de l'émission à un prix d'exercice initial établi en fonction d'une valeur comptable de l'acheteur de 15 milliards de dollars, et l'autre moitié peut être exercée à tout moment avant le dixième anniversaire de l'émission à un prix d'exercice initial établi en fonction d'une valeur comptable de l'acheteur de 30 milliards de dollars (GM peut choisir d'exercer partiellement et sans numéraire les bons de souscription) et v) en la prise en charge de certains passifs par l'acheteur, le tout comme il est indiqué plus en détail dans le contrat (visitez www.nysb.uscourts.gov ou www.gmcourtdocs.com). De plus, si la somme totale des créances non garanties générales autorisées qui sont réclamées aux débiteurs excède 35 milliards de dollars, selon une estimation établie conformément à une ordonnance du tribunal des faillites (que les débiteurs pourraient demander à tout moment), GM recevra une tranche supplémentaire de 2 % des actions ordinaires de l'acheteur à la clôture de la vente.

B. L'AUDIENCE DE VENTE

L'audience de vente sera tenue devant l'honorable Robert E. Gerber, juge de faillite des États-Unis, à la salle d'audience 621 du tribunal des faillites des États-Unis du Southern District de New York, One Bowling Green, New York, New York 10004-1408, le 30 juin 2009 à 9 h 45 (heure de l'Est). L'audience de vente peut être ajournée sans préavis par l'annonce de la date de reprise lors de celle-ci.

**LES RÉPONSES OU CONTESTATIONS, S'IL Y A LIEU, AUX REDRESSEMENTS DEMANDÉS DANS LA REQUÊTE DOIVENT ÊTRE DÉPOSÉES** auprès du greffier du tribunal des faillites et signifiées a) à Weil, Gotshal & Manges LLP, avocats des débiteurs, 767 Fifth Avenue, New York, New York 10153 (à l'attention de Mes Harvey R. Miller, Stephen Karotkin et Joseph H. Smolinsky), b) à Cadwalader, Wickersham & Taft LLP, avocats de l'acheteur, One World Financial Center, New York, New York 10281 (à l'attention de Me John J. Rapisardi); c) à Kramer Levin Naftalis & Frankel LLP, avocats du comité des créanciers, 1177 Avenue of the Americas, New York, NewYork 10036 (Attn: Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq. et Gordon Z. Novod, Esq.) ; d) à Cleary Gottlieb Steen & Hamilton LLP, avocats des UAW, One Liberty Plaza, New York, New York 10006 (à l'attention de Me James L. Bromley), e) à Cohen, Weiss and Simon LLP, avocats des UAW, 330 W. 42nd Street, New York, New York 10036 (à l'attention de Me Babette Ceccotti), f) à Vedder Price, P.C., avocats d'Exportation et développement Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (à l'attention de Mes Michael J. Edelman et Michael L. Schein); g) au Bureau du syndic des États-Unis du Southern District de New York (à l'attention de Me Diana G. Adams), 33 Whitehall Street, 21st Floor, New York, New York 10004, et h) au bureau du procureur général des États-Unis, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (à l'attention de Mes David S. Jones et Matthew L. Schwartz), **DE MANIÈRE QU'ELLES PARVIENNENT AU GREFFIER AU PLUS TARD LE 19 JUIN 2009 À 17 H (HEURE DE L'EST) (la « date limite pour les contestations »).**

L'omission pour une personne physique ou morale de déposer une réponse ou une contestation au plus tard à la date limite pour les contestations sera réputée constituer un consentement à l'opération en vertu de l'article 363 et aux autres redressements demandés dans la requête et interdira, à l'audience de vente ou par la suite, toute contestation des procédures de vente, de la requête, de l'opération en vertu de l'article 363, de l'approbation du contrat de règlement en faveur des retraités conclu avec les UAW et la réalisation de l'opération en vertu de l'article 363 par les débiteurs.

C. EXEMPLAIRES DE LA REQUÊTE ET DE L'ORDONNANCE DE VENTE

Le présent avis ne constitue qu'un résumé partiel des redressements demandés dans la requête et des modalités de l'ordonnance de vente. On peut consulter la requête, le contrat (à l'exclusion de certains renseignements sensibles sur le plan commercial) et l'ordonnance de vente i) en accédant a) au site Web du tribunal des faillites à www.nysb.uscourts.gov, ou b) au site Web de l'agent chargé des créances et des avis des débiteurs, The Garden City Group, Inc., à www.gmcourtdocs.com ou ii) en visitant le bureau du greffier du tribunal des faillites, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408. On peut également en obtenir un exemplaire en en faisant la demande par télécopieur aux avocats des débiteurs, Weil, Gotshal & Manges LLP (à l'attention de Me Russell Brooks) au 212 310-8007.

SUR ORDONNANCE DU TRIBUNAL

Fait à New York, New York
Le 2 juin 2009

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Téléphone : 212 310-8000
Télécopieur : 212 310-8007
Avocats des débiteurs et des débiteurs-exploitants

D000038174

## 400 PRIÈRES ET REMERCIEMENTS

**MERCI** mon Dieu. C'est incroyable, mais vrai. F. D.

## Avis légaux

**AVIS AUX CRÉANCIERS DE LA PREMIÈRE ASSEMBLÉE**

Dans l'affaire de la faillite de : **9166-5034 QUÉBEC INC.**, une corporation légalement constituée, ayant son siège social et principale place d'affaires au 5850, boul. Décarie, Montréal (Québec) H3X 2J5.

**AVIS** est par les présentes donné que la débitrice a déposé une cession de ses biens le 9 juin 2009 et que la première assemblée des créanciers sera tenue le 25 juin 2009 à 15h00 au bureau du syndic, 4333, rue Ste-Catherine Ouest, # 420, Montréal (Québec) H3Z 1P9.

*MONTRÉAL, ce 9e jour de juin 2009.*

**DAVID A. DRUKER, B.Comm.**
**Responsable de l'actif**
**DRUKER & ASSOCIÉS INC.**
**4333, rue Sainte-Catherine Ouest, bureau 420, Montréal (Qc) H3Z 1P9**
**Tél. : (514) 935-8501**
**www.druker.ca**

D000038214

**Appel d'offres**

Verdun Montréal

Soumissions cachetées, visant la fourniture de marchandises, l'exécution de travaux ou services énumérés ci-après, adressées au secrétaire du bureau d'arrondissement de Verdun, 4555, rue de Verdun, Verdun (Québec), H4G 1M4, seront reçues jusqu'à 10 h 30 à la date d'ouverture déterminée. On peut se procurer les documents de soumission au bureau d'arrondissement de Verdun, bureau 102, 4555, rue de Verdun, Verdun (Québec), H4G 1M4. Les soumissions seront ouvertes publiquement à l'endroit, à la date et à l'heure indiqués ci-dessous.

**NO DU PROJET: S09/020**

**TITRE DE LA SOUMISSION :** Fourniture et installation de lignes téléphoniques (lignes affaires et PRI).

**DISPONIBILITÉ DES DOCUMENTS :** Le jeudi 11 juin 2009

**VISITE DU SITE :** Date: Le jeudi 18 juin 2009
Heure: 9h
Endroit : Section informatique Salle 106
4555, rue de Verdun
Verdun (Québec)

**OUVERTURE :** Date: Le lundi 29 juin 2009
Heure: 10 h 30
Endroit : Mairie de l'arrondissement, salle 210
4555, rue de Verdun
Verdun (Québec)

**COÛT POUR DOCUMENTS :** 40 $ (non remboursable)

**GARANTIE DE SOUMISSION EXIGÉE :** 10% du total de la soumission et valide pour quatre-vingt-dix (90) jours.

Tout paiement doit être fait au comptant ou sous forme de chèque visé à l'ordre de la Ville de Montréal, de l'arrondissement de Verdun.

Seules les personnes, corporations et compagnies qui auront obtenu le document d'appel d'offres directement du bureau sus-indiqué sont admises à soumissionner.

La Ville de Montréal, arrondissement de Verdun ne s'engage à accepter ni la plus basse, ni aucune des soumissions reçues et n'encourir aucune responsabilité pour les frais ou pertes subis par les soumissionnaires.

Donné à Montréal, arrondissement de Verdun, Québec ce 11 juin 2009

Louise Hébert
Secrétaire du conseil d'arrondissement et Directrice du bureau d'arrondissement de Verdun

D000038226

POUR UN AVIS DE DÉCÈS 514 525 1149

# Décès

## INDEX DES DÉCÈS

**BEAUCHEMIN,** Germaine (née Racine), Mont Saint-Hilaire
**BEAULIEU,** Louise St-Roch de L'Achigan
**BLAIN,** Blaise
**BLOUIN,** Francyne, Repentigny
**BOUCHARD,** André Drummondville
**BOUVRETTE,** France, St-Jérôme
**BRISSON,** Monique née Lalonde Montréal
**BUSSIÈRES,** Richard, Napierville
**COLLIN,** Hector Ste-Anne-des-Plaines
**DAIGNEAULT,** Parmélia
**DE CESARE-TEOLI,** Antoinette St-Marthe-sur-le-Lac
**DÉSY,** Martin, St-Sauveur
**FAILLE (POULIOT),** Cécile Maple-Grove
**FECTEAU,** Claude, Mirabel
**FLEURY,** Claude, Montréal
**GAGNON,** Réal, Bécancour
**GÉLINAS (Lafond),** Marie-Anna Varennes
**LAROCQUE,** Robert, Montréal
**LAVIGNE,** Nicole (née Beaudry)
**LEBLANC-GUINDON,** Jacqueline St-Eustache
**LORANGE-LOGAN,** Cécile St-Hyacinthe
**LUSIGNAN,** Raymond, Rosemère
**MAGNE,** Nicole, Repentigny
**MARTIN,** Louis Ste-Marthe-sur-le-Lac
**OSTIGUY,** Marie-Ange (née Mailhiot), Ville St-Laurent
**PAYER (MAHER),** Manon St-Jérôme
**PESANT (POUPART),** Henriette St-Isidore
**QUENNEVILLE,** Joël
**RABOUIN,** Fernand, Terrebonne
**RÉGIMBALD,** Maurice, Montréal
**SIMON,** Serge, Boucherville
**TRAMONI,** René, Laval
**TRÉPANIER,** Normand
**TURMEL,** Denyse, Laval

## Anniversaires

**BERGERON,** Diane
**BOILY,** Raymond

**BEAUCHEMIN, Germaine (née Racine) 1913-2009**

À Mont Saint-Hilaire, le 9 juin 2009, à l'âge de 95 ans, est décédée madame Germaine Racine, épouse en premières noces de feu Philippe Bérubé et en secondes noces de feu Rolland Beauchemin.

Elle laisse dans le deuil son fils André Bérubé (Nicole), ses petits-enfants Martin et Caroline, ses arrière-petits-enfants Ariane, Mathieu et Guillaume, sa soeur Lucienne, son frère Charles ainsi qu'autres parents et amis.

La famille recevra vos condoléances au:

SALON FUNÉRAIRE DEMERS

**231, BOUL. SIR-WILFRID-LAURIER BELOEIL, Qc J3G 4G9**
**Tél: 450-467-4780 - Téléc: 450-467-9468**
**salon.demers@sympatico.ca**

le vendredi 12 juin 2009, de 14 à 17 heures et de 19 à 22 heures et le samedi 13 juin dès 9 heures. Les funérailles suivront à 10h30, en l'église Saint-Matthieu, 1014, chemin Richelieu, Beloeil.

Osler, Hoskin & Harcourt LLP
1000 De La Gauchetière Street West
Suite 2100
Montréal, Québec, Canada H3B 4W5
514.904.8100 MAIN
514.904.8101 FACSIMILE

OSLER

Montréal

Toronto

Calgary

Ottawa

New York

June 8, 2009

The Garden City Group, Inc.

Dear Sirs:

Re: Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors & Deadlines and Notice of Sale Hearing to Sell Substantially All of Debtors Assets Pursuant to Master Sale and Purchase Agreement With Vehicle Acquisition Holdings LLC, a U.S. Treasury Sponsored Purchaser
With Vehicle Acquisition Holdings LLC, a U.S. Treasury Sponsored Purchaser, dated June 2, 2009 (the "Notices")

We have translated into the French language all portions of the Notices.

Based upon the foregoing, it is our opinion that all portions of the French version of the Notices are in all material respects a complete and proper translation of the English version thereof.

Yours very truly,

Osler, Hoskin & Harcourt LLP

CL (5374)

# Submarine joins black box hunt

## Key Air France data might be on ocean floor

PARIS – A French nuclear submarine with advanced sonar equipment began searching yesterday for the flight recorders of an Air France airliner that crashed into the Atlantic last week, the French military said.

The Emeraude was sent to the area to hunt the "black box" recorders, which might help explain the disaster and which are believed to lie on the ocean floor.

Investigators face a long search for clues to what went wrong when the Airbus A330 jet disappeared on a flight from Rio de Janeiro to Paris killing all 228 people on board, French military spokesperson Christophe Prazuck said.

"Up to now, the time frame for the search for victims and debris has been of the order of days or a week. Here, at the very least, it's going to be of the order of weeks or months."

The Air France flight is believed to have run into trouble when it hit a violent storm midway over the Atlantic Ocean and potential problems with speed sensors have become one of the focal points of the inquiry.

Other causes have not been ruled out, but France's interior ministry said yesterday that two passengers whose names had been identified as suspicious turned out not to be a concern.

The website of the French weekly L'Express had quoted a French military spokesman as saying the names could be linked with Islamic terrorism.

REUTERS

SALE
20-60% OFF*

BIRKS
CELEBRATING MOMENTS

BIRKS.COM 1.800.682.2622

*On select merchandise only, see store for details. Offer excludes cartier, Panerai and Van Cleef & Arpels. Reductions taken off original retail prices. Sale items available in limited quantities. All sales are final. Offer cannot be applied to previously purchased merchandise or special orders, and cannot be combined with any other promotional offer.

Aquascutum
LONDON

Spring Sale

up to 50% off

selected merchandise

OGILVY
depuis 1866

Men - 4th floor - 514.843.8428
Women - 2nd floor - 514.843.7836
Sainte-Catherine Street West and de la Montagne
ogilvycanada.com

# TODAY'S FORECAST

The Weather Network
Make the right call

## Montreal area

Today's high **22**
Tonight's low **15**

Mainly cloudy in the morning with chance of thundershowers developing in the afternoon. Humidex 24. Winds light. Tonight, cloudy with 40% chance of showers.

Forecast issued at 5 p.m. yesterday covers highs for today and overnight lows between tonight and tomorrow.
Quebec City
Showers 20/13
St. Jovite
Partly cloudy 22/12
Trois Rivières
T-storms 22/15
Montreal
T-storms 22/15
Sherbrooke
T-storms 21/14
Ottawa
Partly cloudy 23/15

TWN incorporates Environment Canada data

### NORTH AMERICAN WEATHER SYSTEMS

Edmonton
Calgary
Vancouver
Winnipeg
Ottawa
Montreal
Halifax
Toronto
New York
Chicago
Los Angeles
Dallas
Weather systems shown are for 2 p.m. today.

Warm Front · Cold Front · H High pressure · Rain · Snow
Occlusion · Trough · L Low pressure · Storms · F. Rain

### TEMPERATURE CONVERSION

| °C | -25 | -20 | -15 | -10 | -5 | 0 | 5 | 10 | 15 | 20 | 25 | 30 | 35 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| °F | -13 | -4 | 5 | 14 | 23 | 32 | 41 | 50 | 59 | 68 | 77 | 86 | 95 |

Temperatures are given in degrees Celsius

### ALMANAC

| Today's Records | Max. | Min. |
|---|---|---|
| 1947 | 33.3 | - |
| 1972 | - | 1.7 |
| **Temperature** | | |
| Yesterday | 18.4 | 12 |
| Year ago today | 25.9 | 12.4 |
| Normal this date | 23.3 | 11.9 |

| Precipitation (to 2 p.m. yesterday measured in mm) | |
|---|---|
| Yesterday | 0.04 |
| Month to date | 24.4 |
| Month normal | 83 |
| Today's normal | 3.1 |

Cooling Degree days to 2 p.m.
Yesterday
0

May 1 to date
3.8

### UV INDEX

Low — Moderate — High — Extreme

### EXTENDED WEATHER:

**Tomorrow**
60% chance of showers
High 21
Low 13

**Saturday**
Variable
High 24
Low 14

**Sunday**
40% chance of showers
High 23
Low 12

**Monday**
Variable
High 24
Low 9

### Sun & moon

| Sunrise | Moonrise |
|---|---|
| 5:06 a.m. | 11:31 p.m. |
| **Sunset** | **Moonset** |
| 8:43 p.m. | 8:24 a.m. |

Total daylight: 15hrs., 37 min.

June 15
June 22 New
June 29
July 7 Full

### Regional synopses

**Abitibi-Témiscamingue**
High 20. Low near 9.
Variably cloudy

**Laurentians**
High 22. Low near 12.
Partly cloudy

**Eastern Ontario**
High 23. Low near 15.
Partly cloudy

**Southern Ontario**
High 22. Low near 14.
Variably cloudy

**Quebec City**
High 20. Low near 13.
Showers

**Eastern Townships**
High 21. Low near 14.
T-storms

**Northern New England**
High 18. Low near 14.
Showers

**Gaspé**
High 11. Low near 10.
Showers

**Baie-Comeau**
High 11. Low near 10.
Showers

The Weather Network 20 YEARS

### Canada today

| | | Max. | Min. |
|---|---|---|---|
| Iqaluit | P.Cloudy | 3 | -1 |
| Yellowknife | Sunny | 13 | 4 |
| Whitehorse | Showers | 20 | 7 |
| Vancouver | M.Sunny | 21 | 13 |
| Victoria | Sunny | 20 | 12 |
| Edmonton | P.Cloudy | 23 | 9 |
| Calgary | Sunny | 24 | 8 |
| Saskatoon | P.Cloudy | 21 | 9 |
| Regina | Showers | 20 | 10 |
| Winnipeg | Showers | 19 | 8 |
| Thunder Bay | Showers | 16 | 5 |
| Sudbury | P.Cloudy | 21 | 11 |
| Toronto | P.Cloudy | 22 | 14 |
| Fredericton | Showers | 17 | 14 |
| Halifax | Rain | 14 | 13 |
| Charlottetown | Showers | 14 | 12 |
| St. John's | P.Cloudy | 11 | 5 |

### United States today

| | | Max. | Min. |
|---|---|---|---|
| Atlanta | T.Showers | 31 | 22 |
| Boston | Showers | 18 | 15 |
| Chicago | Showers | 19 | 10 |
| Dallas | P.Cloudy | 35 | 23 |
| Denver | T.Storms | 18 | 8 |
| Las Vegas | P.Cloudy | 31 | 20 |
| Los Angeles | Cloudy | 20 | 15 |
| New Orleans | P.Cloudy | 33 | 23 |
| New York | T.Storms | 22 | 17 |
| Phoenix | P.Cloudy | 34 | 22 |
| St. Louis | T.Storms | 23 | 16 |
| San Francisco | Cloudy | 18 | 12 |
| Washington | T.Storms | 27 | 20 |

### World today

| | | Max. | Min. |
|---|---|---|---|
| Amsterdam | Rain | 14 | 10 |
| Ankara | P.Cloudy | 28 | 13 |
| Athens | P.Cloudy | 36 | 23 |
| Beijing | Sunny | 30 | 23 |
| Berlin | Rain | 17 | 12 |
| Dublin | P.Cloudy | 14 | 4 |
| Hong Kong | T.Storms | 32 | 28 |
| Jerusalem | Sunny | 31 | 22 |
| Lisbon | Sunny | 26 | 19 |
| London | Cloudy | 17 | 12 |
| Madrid | Sunny | 31 | 15 |
| Mexico City | Sunny | 26 | 10 |
| Moscow | Cloudy | 30 | 17 |
| Nairobi | Cloudy | 25 | 12 |
| New Delhi | P.Cloudy | 40 | 31 |
| Paris | Showers | 17 | 12 |
| Rio de Janeiro | Showers | 26 | 22 |
| Rome | Sunny | 27 | 18 |
| Stockholm | P.Sunny | 17 | 11 |
| Sydney | P.Cloudy | 15 | 8 |
| Tokyo | Showers | 23 | 22 |

### Resorts today

| | | Max. | Min. |
|---|---|---|---|
| Atlantic City | Showers | 24 | 19 |
| Cape Cod | Showers | 18 | 15 |
| Daytona B. | T.Storms | 32 | 22 |
| Myrtle B. | T.Storms | 30 | 24 |
| Niagara F. | P.Sunny | 20 | 15 |
| Old Orchard | Showers | 15 | 12 |
| Virginia B. | T.Storms | 30 | 23 |
| W. Palm B. | T.Showers | 31 | 24 |

**FUTURE SHOP CORRECTION NOTICE**

Whirlpool Three-Piece Kitchen Package 10111312/10106317/10118979. On the June 5 flyer, page 25, this kitchen package was mistyped as a stainless steel package. Please be advised that it is a WHITE kitchen package for sale. We sincerely apologize for any inconvenience this may have caused our valued customers.

**Thinking** about changing your job? Check out what's happening in WORKING. **Wednesday** and **Saturday** in **The Gazette** and every day on **working**.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| **In re** | |
|---|---|
| **GENERAL MOTORS CORP., *et al.*, Debtors.** | **Chapter 11 Case No. 09-50026 (REG) (Jointly Administered)** |

**NOTICE OF SALE HEARING TO SELL SUBSTANTIALLY ALL OF DEBTORS' ASSETS PURSUANT TO MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER**

PLEASE TAKE NOTICE THAT upon the motion (the "Motion"), of General Motors Corporation ("GM") and its debtor subsidiaries, as debtors in possession (collectively, the "Debtors" or the "Company"), dated June 1, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has issued an order dated June 2, 2009 (the "Sale Procedures Order"), among other things, (i) scheduling a hearing (the "Sale Hearing") to approve (a) the Master Sale and Purchase Agreement, dated as of June 1, 2009 (the "MPA"), by and among GM and its Debtor subsidiaries (collectively, the "Sellers") and Vehicle Acquisition Holdings LLC (the "Purchaser"), a purchaser sponsored by the United States Department of the Treasury (the "U.S. Treasury"), with respect to the sale of substantially all the Debtors' assets (the "Purchased Assets") free and clear of all liens, claims, encumbrances, and other interests, and subject to higher or better offers (the "363 Transaction"); (b) the assumption, assignment, and sale to the Purchaser pursuant to the MPA of certain executory contracts and unexpired leases of personal property and nonresidential real property (the "Assumable Executory Contracts"); and (c) the settlement agreement (the "UAW Retiree Settlement Agreement"), between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"); (ii) approving certain procedures for the submission and acceptance of any competing bids (the "Sale Procedures"); (iii) approving a procedure for the assumption, assignment, and sale to the Purchaser pursuant to the MPA of the Assumable Executory Contracts; (iv) approving the form and manner of notice of the Motion and the relief requested therein and of the Sale Hearing; and (v) setting a deadline for the filing of objections, if any, to the relief requested in the Motion.

A. THE MASTER SALE AND PURCHASE AGREEMENT

The total consideration under the MPA for the sale of the Purchased Assets is equal to the sum of (i) a credit bid in the amount of the outstanding indebtedness owed to the Purchaser as of the closing pursuant to certain secured loans extended by the U.S. Treasury and Export Development Canada, less approximately $8 billion (estimated to be approximately $48.3 billion at July 31, 2009); (ii) the surrender of a warrant to purchase GM shares previously issued to the U.S. Treasury in connection with the secured loans extended by the U.S. Treasury; (iii) the issuance to GM of shares of common stock of the Purchaser representing approximately 10% of the common stock of the Purchaser as of the closing of the sale; (iv) the issuance to GM of warrants to purchase up to 15% of the shares of common stock of the Purchaser on a fully diluted basis, with one half exercisable at any time prior to the seventh anniversary of issuance at an initial exercise price based on a $15 billion equity value of the Purchaser and the other half exercisable at any time prior to the tenth anniversary of issuance at an initial exercise price based on a $30 billion equity value of the Purchaser (GM can elect partial and cashless exercises of the warrants); and (v) the assumption by the Purchaser of certain assumed liabilities, all as set forth more fully in the MPA (visit www.nysb.uscourts.gov or www.gmcourtdocs.com). In addition, if the aggregate amount of allowed general unsecured claims against the Debtors exceeds $35 billion, as estimated by an order of the Bankruptcy Court (which the Debtors may seek at any time), GM will receive an additional 2% of the common stock of the Purchaser as of the closing of the sale.

B. THE SALE HEARING

The Sale Hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on June 30, 2009, at 9:45 a.m. (Eastern Time). The Sale Hearing may be adjourned without notice by an announcement of the adjourned date at the Sale Hearing.

**RESPONSES OR OBJECTIONS, IF ANY, TO THE RELIEF SOUGHT IN THE MOTION SHALL BE FILED** with the Clerk of the Bankruptcy Court and served upon: (a) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (b) Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (c) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., and Gordon Z. Novod, Esq.); (d) Cleary Gottlieb Steen & Hamilton LLP, the attorneys for the UAW, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esq.); (e) Cohen, Weiss and Simon LLP, the attorneys for the UAW, 330 W. 42nd Street, New York, New York 10036 (Attn: Babette Ceccotti, Esq.); (f) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (g) the Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004; and (h) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), **SO AS TO BE RECEIVED NO LATER THAN JUNE 19, 2009, AT 5:00 P.M. (EASTERN TIME) (the "Objection Deadline").**

The failure of any person or entity to file a response or objection on or before the Objection Deadline shall be deemed a consent to the 363 Transaction and the other relief requested in the Motion, and shall bar the assertion, at the Sale Hearing or thereafter, of any objection to the Sale Procedures, the Motion, the 363 Transaction, the approval of the UAW Retiree Settlement Agreement, and the Debtors' consummation of the 363 Transaction.

C. COPIES OF THE MOTION AND SALE PROCEDURES ORDER

This Notice provides only a partial summary of the relief sought in the Motion and the terms of the Sale Procedures Order. Copies of the Motion, the MPA (excluding certain commercially sensitive information), and Sale Procedures Order are available for inspection (i) by accessing (a) the website of the Bankruptcy Court at www.nysb.uscourts.gov, or (b) the website of the Debtors' claims and noticing agent, The Garden City Group, Inc., at www.gmcourtdocs.com or (ii) by visiting the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408. Copies also may be obtained by faxing a written request to the attorneys for the Debtors, Weil, Gotshal & Manges LLP (Attn: Russell Brooks, Esq.) at 212-310-8007.

BY ORDER OF THE COURT

Dated: New York, New York
June 2, 2009

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, & Deadlines**

Chapter 11 bankruptcy cases concerning the debtors listed below were filed on June 1, 2009. You may be a creditor of the Debtors. **This notice lists important deadlines**. You may want to consult an attorney to protect your rights. **You are not being sued or forced into bankruptcy**. All documents filed with the Bankruptcy Court, including lists of the Debtors' assets and liabilities, will be available for inspection at the Office of the Clerk of the Bankruptcy Court or by accessing the Bankruptcy Court's website, www.nysb.uscourts.gov, as well as (A) by written request to the Debtors' Claims and Noticing Agent, The Garden City Group, Inc., at the following addresses: (i) if sending by regular mail: GM Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286; (ii) if sending by overnight or hand delivery: GM Claims Agent, 105 Maxess Road, Melville, New York 11747, (B) by phone at 703-286-6401, or (C) by accessing its website, www.gmcourtdocs.com. Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website, www.pacer.psc.uscourts.gov). NOTE: The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and the Debtors' Claims and Noticing Agent cannot give legal advice.

| Debtors: | Case Number: | Tax ID Number: |
|---|---|---|
| General Motors Corporation | 09-50026 (REG) | 38-0572515 |
| Chevrolet-Saturn of Harlem, Inc. | 09-13558 (REG) | 20-1426707 |
| Saturn, LLC | 09-50027 (REG) | 38-2577506 |
| Saturn Distribution Corporation | 09-50028 (REG) | 38-2755764 |

All other names used by the Debtors in the last 8 years:
General Motors Corporation: GMC Truck Division and NAO Fleet Operations, GM Corporation-GM Auction Department, National Car Rental, National Car Sales, Automotive Market Research; Chevrolet-Saturn of Harlem, Inc.: CKS of Harlem; Saturn, LLC: Saturn Corporation, Saturn Motor Car Corporation, GM Saturn Corporation, Saturn Corporation of Delaware.

**Attorney for Debtors. Harvey R. Miller, Stephen Karotkin, Joseph H. Smolinsky, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8000, Facsimile: (212) 310-8007.**

**Meeting of Creditors.** Date: July 27, 2009, Time: 1:00 P.M., Location: Hilton New York, 1335 Avenue of the Americas, New York, NY 10019, (212) 586-7000.

**Deadline to File a Proof of Claim.** Notice of deadline will be sent at a later time. **Creditor with a Foreign Address:** Read the information under "Claims."

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:** Notice of deadline will be sent at a later time.

**Creditors May Not Take Certain Actions:** In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in these cases.

**Address of the Bankruptcy Clerk's Office:** United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Telephone: 212-668-2870, Hours Open: 8:30 am to 5:00 pm.
Clerk of the Bankruptcy Court: Vito Genna

**Filing of Chapter 11 Bankruptcy Case.** Bankruptcy cases under chapter 11 of the Bankruptcy Code (title 11, United States Code) have been filed in this court by the debtors listed above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business.

**Legal Advice.** The staff of the Clerk of the Bankruptcy Court cannot give legal advice. Consult a lawyer to determine your rights in these cases.

**Creditors Generally May Not Take Certain Actions.** Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.

**Meeting of Creditors.** A meeting of creditors is scheduled for the date, time, and location listed above. *The debtors' representative must be present at the meeting to be questioned under oath by the United States Trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.

**Claims.** A Proof of Claim is a signed statement describing a creditor's claim. You can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Discharge of Debts.** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141 (d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141 (d) (6) (A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed above. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline.

**Bankruptcy Clerk's Office.** Any paper that you file in these bankruptcy cases should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply.

**Creditor with a Foreign Address.** Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in these cases.

# Business Classified

To place an ad call 1-866-999-9ADS(9237) advertising@globeandmail.ca

## COMMERCIAL REAL ESTATE

### REAL ESTATE OPPORTUNITIES

RETAIL PROPERTIES

**Shopping Centre**
- Grocery/Shoppers anchored
- 39,000 sf - $5.8 million, Whitby On.

Arlin Markowitz

**Retail Condominium**
- 2 units tenanted - Lakeshore West
- Asking $500 psf, approx. 1,900 sf

Michi Jameson

**Yonge St. north of Eglinton**
- Corner retail location - 2,128 sf
- Price reduced: $1,695,000

Philip Traikos

INDUSTRIAL PROPERTIES

**2700 John Street - Markham**
- Reduced Price - Receiver Sale
- 35,000 sf +1.5 Ac. extra land

Glen Moore/Mike Brown

**Scarborough Industrial Sale**
- 69,000 sf - $55.00 psf
- TTC and Hwy. 401 access

Greg Racic/Mike Brown

**30 Mid-Dominion – Markham/401**
- Clean 21,000 sf freestand
- Excellent shipping - divisible

Greg Racic/Mike Brown

**1360 Birchmount – Scarborough**
- Reduced Sale Price - 40,000 sf
- Freestanding - excellent exposure

Glen Moore/Mike Brown/Steve Connell

**Industrial Building - Ajax**
- 22,500 sf - great exposure
- Vendor financing available

Glen Foster

**Steeles Avenue/ Weston Road**
- 187,000 sf - great shipping
- Trailer parking available

Goran Brelih/Steve Razmovski

**Industrial Condominiums**
8888 Keele Street, Vaughan
New Condos – 1,085sf. - 4,417sf
Max Smirnis

LAND OPPORTUNITIES

**Golf Course & Estate Lots**
- Carrick designed – ready to go
- 450 acres - $3,275,000

Brad Warren/Earle Ruggles

**1.87 acre Development Site**
- Excellent Yonge Street location
- Richmond Hill

Earle Ruggles/Brad Warren

CUSHMAN & WAKEFIELD LePAGE
Global Real Estate Solutions
Cushman & Wakefield LePage Inc. Brokerage

2235 Sheppard Ave. E., Suite 1600
Toronto, ON
416-494-9500
www.cushwake.com
*Sales Representative **Broker

DTZ Barnicke

**FOR SALE**
**111 ST. CLAIR AVE. W.**

PRESTIGIOUS OPPORTUNITY IN MID-TOWN TORONTO

- Potential Conversion To Residential
- Vacant 20-Storey Office Building
- Approximately 400,000 sq. ft.
- Public Transit, Short Walk to Yonge St.
- Lot size 2.89 acres

Contact:
Peter Barnicke* peter.barnicke@dtzbarnicke.com
Bryce Gibson* bryce.gibson@dtzbarnicke.com
Andrew Barnicke* andrew.barnicke@dtzbarnicke.com
* Sales Representatives

416 863 1215 www.dtzbarnicke.com
DTZ Barnicke Limited, Real Estate Brokerage

**LONDON, ONTARIO**
Competitive rates. Close to home. Room to grow.

One London Place offers a positive working environment in the heart of the city.
- 24 storeys of modern architecture
- Suites to accommodate 3 – 300 people
- Fresh air 100% replenished every 22 minutes
- 24/7 manned security, underground parking
- In-house fitness centre
- Large Common Conference room for up to 25 people
- Sublet opportunities available now

For office suites that meet your needs, Contact Mike Riffel at 519.434.1000 or visit www.sifton.com

Sifton
Experience. The Difference.

**DEVELOPMENT PROPERTIES FOR SALE**
- 19 CLAIRTREL RD, TORONTO $6,000,000
- ANGUS DRIVE, AJAX $3,200,000
- 630 QUEEN ST. E, TORONTO $1,995,000
- 305 KINGSTON RD. TORONTO $1,995,000

For info on these sites please call:

icon1
realty services inc. brokerage

Martin Niro
Broker of Record
(416) 535-1255
info@icon1realty.com

DON'T MISS A DAY
THE GLOBE AND MAIL
TO SUBSCRIBE CALL 1-866-36 GLOBE

It's not just business.

It's how millions of transactions every second affect you.
Report on Business

## LEGALS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re
GENERAL MOTORS CORP., *et al.*,
Debtors.

Chapter 11 Case No.
09-50026 (REG)
(Jointly Administered)

**NOTICE OF SALE HEARING TO SELL SUBSTANTIALLY ALL OF DEBTORS' ASSETS PURSUANT TO MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER**

PLEASE TAKE NOTICE THAT upon the motion (the "Motion"), of General Motors Corporation ("GM") and its debtor subsidiaries, as debtors in possession (collectively, the "Debtors" or the "Company"), dated June 1, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has issued an order dated June 2, 2009 (the "Sale Procedures Order"), among other things, (i) scheduling a hearing (the "Sale Hearing") to approve (a) the Master Sale and Purchase Agreement, dated as of June 1, 2009 (the "MPA"), by and among GM and its Debtor subsidiaries (collectively, the "Sellers") and Vehicle Acquisition Holdings LLC (the "Purchaser"), a purchaser sponsored by the United States Department of the Treasury (the "U.S. Treasury"), with respect to the sale of substantially all the Debtors' assets (the "Purchased Assets") free and clear of all liens, claims, encumbrances, and other interests, and subject to higher or better offers (the "363 Transaction"); (b) the assumption, assignment, and sale to the Purchaser pursuant to the MPA of certain executory contracts and unexpired leases of personal property and nonresidential real property (the "Assumable Executory Contracts"); and (c) the settlement agreement (the "UAW Retiree Settlement Agreement"), between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"); (ii) approving certain procedures for the submission and acceptance of any competing bids (the "Sale Procedures"); (iii) approving a procedure for the assumption, assignment, and sale to the Purchaser pursuant to the MPA of the Assumable Executory Contracts; (iv) approving the form and manner of notice of the Motion and the relief requested therein and of the Sale Hearing; and (v) setting a deadline for the filing of objections, if any, to the relief requested in the Motion.

A. THE MASTER SALE AND PURCHASE AGREEMENT

The total consideration under the MPA for the sale of the Purchased Assets is equal to the sum of (i) a credit bid in the amount of the outstanding indebtedness owed to the Purchaser as of the closing pursuant to certain secured loans extended by the U.S. Treasury and Export Development Canada, less approximately $8 billion (estimated to be approximately $48.3 billion at July 31, 2009); (ii) the surrender of a warrant to purchase GM shares previously issued to the U.S. Treasury in connection with the secured loans extended by the U.S. Treasury; (iii) the issuance to GM of shares of common stock of the Purchaser representing approximately 10% of the common stock of the Purchaser as of the closing of the sale; (iv) the issuance to GM of warrants to purchase up to 15% of the shares of common stock of the Purchaser on a fully diluted basis, with one half exercisable at any time prior to the seventh anniversary of issuance at an initial exercise price based on a $15 billion equity value of the Purchaser and the other half exercisable at any time prior to the tenth anniversary of issuance at an initial exercise price based on a $30 billion equity value of the Purchaser (GM can elect partial and cashless exercises of the warrants); and (v) the assumption by the Purchaser of certain assumed liabilities, all as set forth more fully in the MPA (visit www.nysb.uscourts.gov or www.gmcourtdocs.com). In addition, if the aggregate amount of allowed general unsecured claims against the Debtors exceeds $35 billion, as estimated by an order of the Bankruptcy Court (which the Debtors may seek at any time), GM will receive an additional 2% of the common stock of the Purchaser as of the closing of the sale.

B. THE SALE HEARING

The Sale Hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on June 30, 2009, at 9:45 a.m. (Eastern Time). The Sale Hearing may be adjourned without notice by an announcement of the adjourned date at the Sale Hearing.

**RESPONSES OR OBJECTIONS, IF ANY, TO THE RELIEF SOUGHT IN THE MOTION SHALL BE FILED** with the Clerk of the Bankruptcy Court and served upon: (a) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (b) Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (c) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., and Gordon Z. Novod, Esq.); (d) Cleary Gottlieb Steen & Hamilton LLP, the attorneys for the UAW, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esq.); (e) Cohen, Weiss and Simon LLP, the attorneys for the UAW, 330 W. 42nd Street, New York, New York 10036 (Attn: Babette Ceccotti, Esq.); (f) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (g) the Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004; and (h) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), **SO AS TO BE RECEIVED NO LATER THAN JUNE 19, 2009, AT 5:00 P.M. (EASTERN TIME) (the "Objection Deadline").**

The failure of any person or entity to file a response or objection on or before the Objection Deadline shall be deemed a consent to the 363 Transaction and the other relief requested in the Motion, and shall bar the assertion, at the Sale Hearing or thereafter, of any objection to the Sale Procedures, the Motion, the 363 Transaction, the approval of the UAW Retiree Settlement Agreement, and the Debtors' consummation of the 363 Transaction.

C. COPIES OF THE MOTION AND SALE PROCEDURES ORDER

This Notice provides only a partial summary of the relief sought in the Motion and the terms of the Sale Procedures Order. Copies of the Motion, the MPA (excluding certain commercially sensitive information), and Sale Procedures Order are available for inspection (i) by accessing (a) the website of the Bankruptcy Court at www.nysb.uscourts.gov, or (b) the website of the Debtors' claims and noticing agent, The Garden City Group, Inc., at www.gmcourtdocs.com or (ii) by visiting the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408. Copies may be obtained by faxing a written request to the attorneys for the Debtors, Weil, Gotshal & Manges LLP (Attn: Russell Brooks, Esq.) at 212-310-8007.

BY ORDER OF THE COURT

Dated: New York, New York
June 2, 2009

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re:
MASONITE CORPORATION, et al.,[1]
Debtors.

) Chapter 11
) Case No. 09-10844 (PJW)
) Jointly Administered

**NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM**

**THE GENERAL CLAIMS BAR DATE IS JULY 6, 2009**
**THE GOVERNMENTAL CLAIMS BAR DATE IS SEPTEMBER 13, 2009**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Filing of the Bar Date Notice**. On May 29, 2009, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. 365] (the "Bar Date Order") establishing certain deadlines for the filing of proofs of claim in the chapter 11 cases of the following debtors and debtors in possession (collectively, the "Masonite Debtors"):

| Debtor | Case No. |
|---|---|
| Cutting Edge Tooling, Inc. | 09-10853 (PJW) |
| Door Installation Specialist Corporation | 09-10856 (PJW) |
| Eger Properties | 09-10846 (PJW) |
| Florida Made Door Co. | 09-10852 (PJW) |
| Masonite Air LLC | 09-10855 (PJW) |
| Masonite Corporation | 09-10844 (PJW) |
| Masonite Corporation Foreign Holdings Ltd. | 09-10850 (PJW) |
| Masonite Holding Company Limited | 09-10851 (PJW) |
| Masonite Holding Corporation | 09-10858 (PJW) |
| Masonite International Corporation | 09-10857 (PJW) |
| Masonite International Inc. | 09-10859 (PJW) |
| Masonite Primeboard, Inc. | 09-10849 (PJW) |
| Pintu Acquisition Company, Inc. | 09-10854 (PJW) |
| Premdor Finance LLC | 09-10845 (PJW) |
| Woodlands Millwork I, Ltd. | 09-10848 (PJW) |
| WMW, Inc. | 09-10847 (PJW) |

**The Bar Dates**. Pursuant to the Bar Date Notice, all entities (except governmental units), including individuals, partnerships, estates, and trusts who have a claim or potential claim against the Masonite Debtors that arose prior to March 16, 2009, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **July 6, 2009** (the "General Claims Bar Date"). Governmental entities who have a claim or potential claim against the Masonite Debtors that arose prior to March 16, 2009, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **September 13, 2009** (the "Governmental Bar Date").

**ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE GENERAL CLAIMS BAR DATE OR GOVERNMENTAL BAR DATE, AS APPLICABLE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND DISTRIBUTION.**

**Filing a Proof of Claim**. Each Proof of Claim must be filed, including supporting documentation, by U.S. Mail or other hand delivery system, so as to be **actually received** by the Masonite Debtors' notice and claims agent, Kurtzman Carson Consultants LLC ("KCC") on or before the Claims Bar Date or the Governmental Bar Date (or, where applicable, on or before any other bar date as set forth herein) at the following address:

Masonite Claims Processing • c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue, El Segundo, California 90245

**Contents of Proofs of Claim**. Each proof of claim must (i) be written in English; (ii) include a claim amount denominated in United States dollars or, if consistent with the ordinary course of business between the Masonite Debtors and the claimant, Canadian dollars; (iii) clearly identify the Masonite Debtor against which the claim is asserted; (iv) conform substantially with the proof of claim form attached to the Bar Date Notice or Official Form No. 10; (v) be signed by the claimant or by an authorized agent or legal representative of the claimant; and (vi) include as attachments any and all supporting documentation on which the claim is based. **Please note** – Each proof of claim must state a claim against only one Masonite Debtor and clearly indicate the Masonite Debtor against which the claim is asserted. To the extent more than one Masonite Debtor is listed on the proof of claim, a proof of claim is filed under the joint administration case number (No. 09-10844) or a proof of claim is otherwise filed without identifying a Masonite Debtor, the proof of claim may be deemed as filed only against Masonite Corporation.

**Additional Information**. If you have any questions regarding the claims process and/or you wish to obtain a copy of the Bar Date Notice, a proof of claim form or related documents you may do so by: (i) calling the Masonite Debtors' restructuring hotline at (888) 830-4646; (ii) visiting the Masonite Debtors' restructuring website at: http://www.kccllc.net/masonite; and/or (iii) writing to Masonite Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245. Une ligne d'informations en français pour les créances Masonite a été créée spécialement pour les personnes francophones. Composez le: (866) 967-1782 (sans frais pour les appels en provenance des États-Unis, du Canada, des Caraïbes et des Bahamas) ou le (310) 751-2682 (tous les autres pays). **Please note** – Kurtzman Carson Consultants LLC can **not** offer legal advice or advise whether you should file a proof of claim.

Dated: Wilmington, Delaware, May 29, 2009 **BY ORDER OF THE COURT**

**RICHARDS, LAYTON & FINGER, P.A.**, Daniel J. DeFranceschi (Bar No. 2732), Katisha D. Fortune (Bar No. 4857), One Rodney Square, 920 North King Street, Wilmington, Delaware, Telephone: (302) 651-7700, Facsimile: (302) 651-7701

**KIRKLAND & ELLIS LLP**, Richard M. Cieri (admitted *pro hac vice*), Jonathan S. Henes (admitted *pro hac vice*), Christopher J. Marcus (admitted *pro hac vice*), Chad J. Husnick (admitted *pro hac vice*), Citigroup Center, 153 East 53rd Street, New York, New York 10022-4611, Telephone: (212) 446-4800

[1] The Masonite Debtors, together with the last four digits of each Masonite Debtor's federal tax identification number, are: Masonite Corporation (8020); Premdor Finance LLC (4966); Eger Properties (6847); WMW, Inc. (3326); Woodlands Millwork I, Ltd. (5989); Masonite Primeboard, Inc. (5752); Masonite Corporation Foreign Holdings Ltd. (0667); Masonite Holding Company Limited (3243); Florida Made Door Co. (7960); Cutting Edge Tooling, Inc. (8818); Pintu Acquisition Company, Inc. (7932); Masonite Air LLC (N/A); Door Installation Specialist Corporation (2354); Masonite Holding Corporation (N/A); Masonite International Inc. (N/A); and Masonite International Corporation (7314). The Masonite Debtors' principal executive offices are located in Mississauga, Ontario and Tampa, Florida and the service address for all Masonite Debtors is: One N. Dale Mabry Highway, Suite 950, Tampa, Florida 33609.

CA The Institute of Chartered Accountants of Ontario

**NOTICE**

David Sergio Stone, Toronto, was suspended from the Institute of Chartered Accountants of Ontario on January 26, 2009 for a period of two years, by order of the Institute's Discipline Committee, after having been found guilty of a breach of the Institute's rules of professional conduct.

As a consequence, Mr. Stone is not entitled to call himself a chartered accountant or use the designatory CA initials during the period of his suspension.

The Institute of Chartered Accountants of Ontario is the qualifying and regulatory body of Ontario's over 33,000 Chartered Accountants and 5,000 CA students. The Institute protects the public interest through the CA profession's high standards of qualification and the enforcement of its rules of professional conduct.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, & Deadlines**

Chapter 11 bankruptcy cases concerning the debtors listed below were filed on June 1, 2009. You may be a creditor of the Debtors. **This notice lists important deadlines**. You may want to consult an attorney to protect your rights. **You are not being sued or forced into bankruptcy**. All documents filed with the Bankruptcy Court, including lists of the Debtors' assets and liabilities, will be available for inspection at the Office of the Clerk of the Bankruptcy Court or by accessing the Bankruptcy Court's website, www.nysb.uscourts.gov, as well as (A) by written request to the Debtors' Claims and Noticing Agent, The Garden City Group, Inc., at the following addresses: (i) if sending by regular mail: GM Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286; (ii) if sending by overnight or hand delivery: GM Claims Agent, 105 Maxess Road, Melville, New York 11747, (B) by phone at 703-286-6401, or (C) by accessing its website, www.gmcourtdocs.com. Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website, www.pacer.psc.uscourts.gov). NOTE: The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and the Debtors' Claims and Noticing Agent cannot give legal advice.

| Debtors: | Case Number: | Tax ID Number: |
|---|---|---|
| General Motors Corporation | 09-50026 (REG) | 38-0572515 |
| Chevrolet-Saturn of Harlem, Inc. | 09-13558 (REG) | 20-1426707 |
| Saturn, LLC | 09-50027 (REG) | 38-2577506 |
| Saturn Distribution Corporation | 09-50028 (REG) | 38-2755764 |

All other names used by the Debtors in the last 8 years:
General Motors Corporation: GMC Truck Division and NAO Fleet Operations, GM Corporation-GM Auction Department, National Car Rental, National Car Sales, Automotive Market Research; Chevrolet-Saturn of Harlem, Inc.: CKS of Harlem; Saturn, LLC: Saturn Corporation, Saturn Motor Car Corporation, GM Saturn Corporation, Saturn Corporation of Delaware.

**Attorney for Debtors. Harvey R. Miller, Stephen Karotkin, Joseph H. Smolinsky, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8000, Facsimile: (212) 310-8007.**

**Meeting of Creditors.** Date: July 27, 2009, Time: 1:00 P.M., Location: Hilton New York, 1335 Avenue of the Americas, New York, NY 10019, (212) 586-7000.

**Deadline to File a Proof of Claim.** Notice of deadline will be sent at a later time. **Creditor with a Foreign Address:** Read the information under "Claims."

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:** Notice of deadline will be sent at a later time.

**Creditors May Not Take Certain Actions:** In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in these cases.

**Address of the Bankruptcy Clerk's Office:** United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Telephone: 212-668-2870, Hours Open: 8:30 am to 5:00 pm.
Clerk of the Bankruptcy Court: Vito Genna

**Filing of Chapter 11 Bankruptcy Case.** Bankruptcy cases under chapter 11 of the Bankruptcy Code (title 11, United States Code) have been filed in this court by the debtors listed above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business.

**Legal Advice.** The staff of the Clerk of the Bankruptcy Court cannot give legal advice. Consult a lawyer to determine your rights in these cases.

**Creditors Generally May Not Take Certain Actions.** Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.

**Meeting of Creditors.** A meeting of creditors is scheduled for the date, time, and location listed above. *The debtors' representative must be present at the meeting to be questioned under oath by the United States Trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.

**Claims.** A Proof of Claim is a signed statement describing a creditor's claim. You can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Discharge of Debts.** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141 (d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141 (d) (6) (A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed above. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline.

**Bankruptcy Clerk's Office.** Any paper that you file in these bankruptcy cases should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply.

**Creditor with a Foreign Address.** Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in these cases.

## DIVIDENDS

**DIVIDENDS** Computershare

Notice is hereby given that the following eligible dividend has been declared.

| Issuer | Issue | Record Date | Payable Date | Rate |
|---|---|---|---|---|
| AirBoss of America Corp. | Common | June 30, 2009 | July 23, 2009 | $0.025 |

## NOTICE OF RECORD DATE

**NOTICE OF RECORD DATE**
**CARLISLE GOLDFIELDS LIMITED**

Notice is hereby given that the Record Date for shareholders of Carlisle Goldfields Limited entitled to receive Notice of the Special Meeting of Shareholders to be held on July 20, 2009 is June 18, 2009.

Dated this 11th day of June 2009.

## MEETINGS

**NOTICE OF SPECIAL MEETING OF COPPER FOX METALS INC.**

A special meeting of Copper Fox Metals Inc. shareholders, with a record date of June 18, 2009, will be held at the Telus Convention Centre in Calgary, Alberta on July 10, 2009 at 2 pm MST.

Globe Style. Every Saturday.

DON'T MISS A DAY
THE GLOBE AND MAIL
TO SUBSCRIBE CALL 1-866-36 GLOBE

## MEETINGS

**CO-OPERATORS LIFE INSURANCE COMPANY**

**NOTICE OF SPECIAL GENERAL MEETING OF POLICYHOLDERS AND SHAREHOLDERS**

TAKE NOTICE that a Special General Meeting of the policyholders and shareholders of Co-operators Life Insurance Company ["Co-operators"] shall take place at offices of The Co-operators, 130 Macdonell St., Priory Square, in the city of Guelph, province of Ontario on the 25th day of June, 2009 commencing at the hour of one o'clock in the afternoon for the purpose of:

(a) approving by-law changes to effect a consolidation of the common shares of the company pursuant to section 299 of the Insurance Companies Act

AND TAKE NOTICE that any proxies to be deposited with the Company pursuant to the Insurance Companies Act, may be deposited by mailing or faxing [519-824-0599] same to the attention of the Corporate Secretary, Priory Square, Guelph, Ontario, on or before the day immediately preceding the date of the commencement of the Special General Meeting.

Policyholders may receive the notice of the aforesaid meeting and other materials containing more details of the business to be transacted at the meeting upon written request to the Corporate Secretary.

On behalf of the Board of Directors

Frank Lowery
Corporate Secretary

the co-operators
A Better Place For You

Globe Style. Every Saturday. DON'T MISS A DAY THE GLOBE AND MAIL TO SUBSCRIBE CALL 1-866-36 GLOBE

# Police arrest man, 20, allegedly involved in shooting incident at Main station

**POSTEDTORONTO.COM**

**An alleged thief allegedly picked** the wrong victim Tuesday night on a streetcar outside Main subway station. Toronto police allege that a man took another man's iPod just before 10 p.m., but the victim fought back. "The suspect pulls out the gun and a struggle ensues," Constable Tony Vella said. The gun went off during the scuffle and a bullet struck a 19-year-old passenger, possibly a friend of the alleged thief's, in the leg. He was taken to hospital but is expected to survive. The alleged shooter fled. Police recovered a loaded handgun at the scene and arrested a 20-year-old man a short time later. He is facing a number of weapons-related charges. The alleged thief, meanwhile, has not been charged but police are still investigating the incident.

*Melissa Leong, National Post*

## DOWNTOWN MYSTERY

TORONTO POLICE SERVICE

**Police released this photo of Dylan Ellis and Oliver Martin, hoping it will generate new leads in their murder investigation.**

# Last moments of their lives captured

## BEST FRIENDS KILLED

By Melissa Leong

Homicide detectives yesterday released a poignant photo of Dylan Ellis and Oliver Martin in their last minutes alive, hoping to rouse a year-long murder investigation that has reaped no leads as to why the best friends were killed.

In the picture, captured by Mr. Martin's girlfriend from the back seat of a Range Rover SUV, the 25-year-old men are laughing. The windows are down and the music is playing as Mr. Ellis navigates the dark, downtown streets.

Three minutes after the photo is taken, a gunman walks up to the vehicle, moments after it rolls to a stop in front of friend's house on Richmond Street West, and shoots them. Mr. Martin's girlfriend was not injured.

"The motive remains, at this point, completely unclear," Detective Sergeant Gary Giroux, a veteran homicide detective and lead investigator on the case, told a press conference yesterday. "I have not been able to find another case that is similar to this one with regard to a lack of motive, which I find troubling."

Since June 13, 2008, police have dissected their lives, and found nothing that would have put these men in harm's way. The lifelong friends grew up in Rosedale. Mr. Ellis was a photographer. Mr. Martin had just written his Chartered Financial Analyst exam and worked in the financial district.

Police were working on a theory that it was a case of mistaken identity, but Det. Sgt. Giroux said recently that was unlikely, because the gunman would have been close enough to the vehicle — perhaps 18 to 24 inches away — to see who he was shooting.

In an effort to draw new tips from the public, police launched an intense publicity campaign yesterday. Posters and photographs of the victims will appear on television screens on the TTC and on garbage bins around the city.

Officers were putting up notices in the neighbourhood where Mr. Ellis and Mr. Martin were murdered. A $50,000 reward still stands for information leading to an arrest.

Det. Sgt. Giroux said Mr. Martin's girlfriend was at first reluctant to release to the public the intimate moment captured on camera.

"The photograph shows Dylan Ellis and Oliver Martin laughing in the front seats of the SUV. Best friends, they're on top of the world and they have their whole lives ahead of them. They're out for an evening with their friends and they don't have a care in the world," he said.

He told reporters he hopes the image will "convince those members of this community who have a sense of decency to call with regards to information on this particular case."

For the first time yesterday, Det. Sgt. Giroux constructed for the public a vivid narrative of the events of June 13:

Shortly after midnight, Mr. Martin, his girlfriend and Mr. Ellis left a friend's house at Walnut Avenue and Richmond Street after watching a basketball game.

Mr. Ellis was driving his father's SUV east on Queen Street, laughing and joking with his friends, when they received a call to return to the apartment because they had taken a set of keys belonging to a friend.

"Absolutely no one would have known they were returning to that address," Det. Sgt. Giroux said, "other than individuals at the party who were long friends since Oliver and Dylan were little boys."

"I believe that the precipitating event in relation to the shooting took place some time between the receiving of the phone call and the SUV Range Rover returning to the Richmond Street West address."

The SUV pulled up in front of the high-rise building, in the middle of Richmond Street, so that Mr. Martin could just toss the keys up to their owner, who was coming to meet them on a terrace.

A male figure approached the driver's side of the SUV. Mr. Ellis turned his head to the left to look out the window and acknowledged him with a greeting – something like: "How's it going?"

Just then, shots were fired into the SUV. Mr. Martin told his girlfriend, "Get down."

The shooter then moved to the front corner of the vehicle and shot through the windshield, hitting Mr. Martin in the chest.

Mr. Martin's girlfriend called 911 at 12:08 a.m. Both young men died in hospital.

Initially, police released a description of a young, black male on a bicycle as a person of interest.

Residents who looked down upon the scene from their windows saw this person, but detectives do not know how he fits into the narrative.

*National Post*

*mleong@nationalpost.com*

# 'This isn't Toronto the Good any more'

**Police yesterday launched a new publicity campaign to draw attention to their investigation into the murders of 25-year-old Dylan Ellis and Oliver Martin. Here are a few words from Mr. Ellis and Mr. Martin's loved ones:**

**Susan Martin, Mr. Martin's mother:** "Oliver was so happy. He was with his best friend. He was in love. He just finished writing his CFA exam and he knew he had done really well. He had his money saved to travel with Dylan. They were having such a great time [on June 18] that they went back with Dylan, all three of them happy as can be.

"And this horrible, I don't even have a name for somebody who could do this, shoots his best friend in front of him and then shoots him. It just kills me, over and over and over again.

"In England, they banned guns and they don't have these shootings. I don't see why we can't do that here. Handguns have to disappear.

"Somebody knows and saw something and why they're not coming forward and how I can reach them, I don't know. This isn't Toronto The Good any more."

**Alan Dudeck, Mr. Martin's stepfather:** "It is as if [the year] has passed in one minute. It still feels surreal. It's very difficult to accept losing a wonderful young man and son who was just jumping off a platform into wondrous things in his life. Coming to terms with it has been the most difficult. It just smacks you in every which way when you least expect it. To look for any rational, logic, understanding, faith-based answer doesn't work. There is no logic, there is no rationale. Whoever did the crime, who knows what is going on in that person's head?"

**Karen Ellis-Elia, Mr. Ellis's mother:** "There's been no sense of time. It's hard to believe it's been a year. There are things that make you happy to remember. You try to focus on those. There are difficult days, you go through the holidays and the special events in the family.

"You are in shock. You are in mourning, but I think we've worked so hard this year to support each other be together. We tell stories about the boys. Funny stories. To be together to work really hard to remember the positive and beautiful things and not get bogged down. I refused to let Dylan be defined by the way we lost him.

"Dylan was never angry. There was no anger in him. I feel him every day around me. I think of him every day and if I take him in and what he gives me, it's all positive."

**Kathleen Ryan, producer of the Peace Dot Love festival and a friend of Mr. Martin's and Mr. Ellis's:** "When it happened in June, all we did was sit around on the front lawn of the Ellises and play music, play guitar and let the time pass that would otherwise have been terrible if it was silent. It was the way we decided to heal ourselves and now it is the way we want to get people interested ... and get them to realize that [their donations] are going steer youth at risk from choosing a life of violence.

*National Post*

NP nationalpost.com FP financialpost.com NATIONAL POST A BETTER READ.

Working where you work.

MOBILE.

ONLINE.

PRINT.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re GENERAL MOTORS CORP., *et al.*, Debtors.** | **Chapter 11 Case No. 09-50026 (REG) (Jointly Administered)** |

**NOTICE OF SALE HEARING TO SELL SUBSTANTIALLY ALL OF DEBTORS' ASSETS PURSUANT TO MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER**

PLEASE TAKE NOTICE THAT upon the motion (the "Motion"), of General Motors Corporation ("GM") and its debtor subsidiaries, as debtors in possession (collectively, the "Debtors" or the "Company"), dated June 1, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has issued an order dated June 2, 2009 (the "Sale Procedures Order"), among other things, (i) scheduling a hearing (the "Sale Hearing") to approve (a) the Master Sale and Purchase Agreement, dated as of June 1, 2009 (the "MPA"), by and among GM and its Debtor subsidiaries (collectively, the "Sellers") and Vehicle Acquisition Holdings LLC (the "Purchaser"), a purchaser sponsored by the United States Department of the Treasury (the "U.S. Treasury"), with respect to the sale of substantially all the Debtors' assets (the "Purchased Assets") free and clear of all liens, claims, encumbrances, and other interests, and subject to higher or better offers (the "363 Transaction"); (b) the assumption, assignment, and sale to the Purchaser pursuant to the MPA of certain executory contracts and unexpired leases of personal property and nonresidential real property (the "Assumable Executory Contracts"); and (c) the settlement agreement (the "UAW Retiree Settlement Agreement"), between the Purchaser and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"); (ii) approving certain procedures for the submission and acceptance of any competing bids (the "Sale Procedures"); (iii) approving a procedure for the assumption, assignment, and sale to the Purchaser pursuant to the MPA of the Assumable Executory Contracts; (iv) approving the form and manner of notice of the Motion and the relief requested therein and of the Sale Hearing; and (v) setting a deadline for the filing of objections, if any, to the relief requested in the Motion.

A. THE MASTER SALE AND PURCHASE AGREEMENT

The total consideration under the MPA for the sale of the Purchased Assets is equal to the sum of (i) a credit bid in the amount of the outstanding indebtedness owed to the Purchaser as of the closing pursuant to certain secured loans extended by the U.S. Treasury and Export Development Canada, less approximately $8 billion (estimated to be approximately $48.3 billion at July 31, 2009); (ii) the surrender of a warrant to purchase GM shares previously issued to the U.S. Treasury in connection with the secured loans extended by the U.S. Treasury; (iii) the issuance to GM of shares of common stock of the Purchaser representing approximately 10% of the common stock of the Purchaser as of the closing of the sale; (iv) the issuance to GM of warrants to purchase up to 15% of the shares of common stock of the Purchaser on a fully diluted basis, with one half exercisable at any time prior to the seventh anniversary of issuance at an initial exercise price based on a $15 billion equity value of the Purchaser and the other half exercisable at any time prior to the tenth anniversary of issuance at an initial exercise price based on a $30 billion equity value of the Purchaser (GM can elect partial and cashless exercises of the warrants); and (v) the assumption by the Purchaser of certain assumed liabilities, all as set forth more fully in the MPA (visit www.nysb.uscourts.gov or www.gmcourtdocs.com). In addition, if the aggregate amount of allowed general unsecured claims against the Debtors exceeds $35 billion, as estimated by an order of the Bankruptcy Court (which the Debtors may seek at any time), GM will receive an additional 2% of the common stock of the Purchaser as of the closing of the sale.

B. THE SALE HEARING

The Sale Hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on June 30, 2009, at 9:45 a.m. (Eastern Time). The Sale Hearing may be adjourned without notice by an announcement of the adjourned date at the Sale Hearing.

**RESPONSES OR OBJECTIONS, IF ANY, TO THE RELIEF SOUGHT IN THE MOTION SHALL BE FILED** with the Clerk of the Bankruptcy Court and served upon: (a) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (b) Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (c) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., and Gordon Z. Novod, Esq.); (d) Cleary Gottlieb Steen & Hamilton LLP, the attorneys for the UAW, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esq.); (e) Cohen, Weiss and Simon LLP, the attorneys for the UAW, 330 W. 42nd Street, New York, New York 10036 (Attn: Babette Ceccotti, Esq.); (f) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (g) the Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004; and (h) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), **SO AS TO BE RECEIVED NO LATER THAN JUNE 19, 2009, AT 5:00 P.M. (EASTERN TIME) (the "Objection Deadline").**

The failure of any person or entity to file a response or objection on or before the Objection Deadline shall be deemed a consent to the 363 Transaction and the other relief requested in the Motion, and shall bar the assertion, at the Sale Hearing or thereafter, of any objection to the Sale Procedures, the Motion, the 363 Transaction, the approval of the UAW Retiree Settlement Agreement, and the Debtors' consummation of the 363 Transaction.

C. COPIES OF THE MOTION AND SALE PROCEDURES ORDER

This Notice provides only a partial summary of the relief sought in the Motion and the terms of the Sale Procedures Order. Copies of the Motion, the MPA (excluding certain commercially sensitive information), and Sale Procedures Order are available for inspection (i) by accessing (a) the website of the Bankruptcy Court at www.nysb.uscourts.gov, or (b) the website of the Debtors' claims and noticing agent, The Garden City Group, Inc., at www.gmcourtdocs.com or (ii) by visiting the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408. Copies also may be obtained by faxing a written request to the attorneys for the Debtors, Weil, Gotshal & Manges LLP (Attn: Russell Brooks, Esq.) at 212-310-8007.

BY ORDER OF THE COURT

Dated: New York, New York
June 2, 2009

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, & Deadlines**

Chapter 11 bankruptcy cases concerning the debtors listed below were filed on June 1, 2009. You may be a creditor of the Debtors. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. **You are not being sued or forced into bankruptcy.** All documents filed with the Bankruptcy Court, including lists of the Debtors' assets and liabilities, will be available for inspection at the Office of the Clerk of the Bankruptcy Court or by accessing the Bankruptcy Court's website, www.nysb.uscourts.gov, as well as (A) by written request to the Debtors' Claims and Noticing Agent, The Garden City Group, Inc., at the following addresses: (i) if sending by regular mail: GM Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286; (ii) if sending by overnight or hand delivery: GM Claims Agent, 105 Maxess Road, Melville, New York 11747, (B) by phone at 703-286-6401, or (C) by accessing its website, www.gmcourtdocs.com. Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website, www.pacer.psc.uscourts.gov). NOTE: The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and the Debtors' Claims and Noticing Agent cannot give legal advice.

| Debtors: | Case Number: | Tax ID Number: |
|---|---|---|
| General Motors Corporation | 09-50026 (REG) | 38-0572515 |
| Chevrolet-Saturn of Harlem, Inc. | 09-13558 (REG) | 20-1426707 |
| Saturn, LLC | 09-50027 (REG) | 38-2577506 |
| Saturn Distribution Corporation | 09-50028 (REG) | 38-2755764 |

All other names used by the Debtors in the last 8 years:
General Motors Corporation: GMC Truck Division and NAO Fleet Operations, GM Corporation-GM Auction Department, National Car Rental, National Car Sales, Automotive Market Research; Chevrolet-Saturn of Harlem, Inc.: CKS of Harlem; Saturn, LLC: Saturn Corporation, Saturn Motor Car Corporation, GM Saturn Corporation, Saturn Corporation of Delaware.

**Attorneys for Debtors.** **Harvey R. Miller, Stephen Karotkin, Joseph H. Smolinsky, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8000, Facsimile: (212) 310-8007.**

**Meeting of Creditors.** Date: July 27, 2009, Time: 1:00 P.M., Location: Hilton New York, 1335 Avenue of the Americas, New York, NY 10019, (212) 586-7000.

**Deadline to File a Proof of Claim.** Notice of deadline will be sent at a later time. **Creditor with a Foreign Address:** Read the information under "Claims."

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:** Notice of deadline will be sent at a later time.

**Creditors May Not Take Certain Actions:** In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in these cases.

**Address of the Bankruptcy Clerk's Office:** United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Telephone: 212-668-2870, Hours Open: 8:30 am to 5:00 pm.

Clerk of the Bankruptcy Court: Vito Genna

**Filing of Chapter 11 Bankruptcy Case.** Bankruptcy cases under chapter 11 of the Bankruptcy Code (title 11, United States Code) have been filed in this court by the debtors listed above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business.

**Legal Advice.** The staff of the Clerk of the Bankruptcy Court cannot give legal advice. Consult a lawyer to determine your rights in these cases.

**Creditors Generally May Not Take Certain Actions.** Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.

**Meeting of Creditors.** A meeting of creditors is scheduled for the date, time, and location listed above. *The debtors' representative must be present at the meeting to be questioned under oath by the United States Trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.

**Claims.** A Proof of Claim is a signed statement describing a creditor's claim. You can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Discharge of Debts.** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141 (d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141 (d) (6) (A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed above. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline.

**Bankruptcy Clerk's Office.** Any paper that you file in these bankruptcy cases should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply.

**Creditor with a Foreign Address.** Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in these cases.

# Mortgages for Sale

CapitaDirect

| MORTGAGE | AREA | YIELD | LOAN TO VALUE |
|---|---|---|---|
| $50K | Barrie 2nd | 15.00% | 79% |
| $138K | Kingston 2nd | 20.50% | 79% |
| $72K | Timmins 1st | 9.50% | 64% |
| $37K | Brantford 2nd | 17.50% | 79% |
| $63K | Wanap 1st | 15.00% | 54% |

**905-361-1153 or 1-800-959-9290**