LEV L. DASSIN
Acting United States Attorney for the
Southern District of New York
By:    DAVID S. JONES
       JEFFREY S. OESTERICHER
       MATTHEW L. SCHWARTZ
       JOSEPH N. CORDARO
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2800
Facsimile: (212) 637-2750

- and -

John J. Rapisardi, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x
In re:                                          ::   Chapter 11
                                                ::
GENERAL MOTORS CORP., *et al.*,                 ::   Case No. 09-50026 (REG)
                                                ::
                              Debtors.          ::   (Jointly Administered)
------------------------------------------------------------------------ x

**THE UNITES STATES OF AMERICA'S**
**COUNTER-DESIGNTION OF DEPOSITION TESTIMONY**

The United States of America (the "<u>Government</u>") hereby submits its counter-designations of deposition testimony with respect to issues to be adjudicated at the Sale Hearing commencing on June 30, 2009. The Government counter-designates and moves into evidence the following portions of the June 29, 2009 deposition testimony of Harry Wilson:

| |
|---|
| 18:12-25 |
| 52:2-55:4 |
| 72:2-12 |
| 73:14-75:7 |
| 76:7-77:4 |
| 78:14-80:22 |
| 86:17-25 |
| 87:2-88:25 |
| 89:10-95:3 |
| 95:4-14 |
| 96:18-23 |
| 99:6-100:2 |
| 101:22-102:8 |
| 103:5-105:9 |
| 106:10-25 |
| 109:18-110:21 |
| 120:18-121:21 |
| 122:20-123:8 |
| 130:5-15 |
| 140:5-8 |
| 146:24-149:4 |
| 149:25-152:22 |
| 156:5-157:7 |
| 161:10-19 |

| |
|---|
| 163:21-164:11 |
| 164:22-166:23 |
| 167:20-168:11 |
| 170:12-173:25 |
| 174:20-175:14 |
| 392:22-395:6 |

The designated portions of the deposition transcripts will be delivered to Chambers for the Court's reference and filed if and when a confidentiality protocol is established.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: July 2, 2009
    New York, New York

           LEV L. DASSIN
           Acting United States Attorney for the
           Southern District of New York,
           Attorney for the United States of America

By:   /s/ Matthew L. Schwartz
      DAVID S. JONES
      JEFFREY S. OESTERICHER
      MATTHEW L. SCHWARTZ
      JOSEPH N. CORDARO
      Assistant United States Attorneys
      86 Chambers Street, Third Floor
      New York, New York 10007
      Telephone: (212) 637-2739/2698/1945/2745
      Facsimile: (212) 637-2750
      E-mail: david.jones6@usdoj.gov
              jeffrey.oestericher@usdoj.gov
              matthew.schwartz@usdoj.gov
              joseph.cordaro@usdoj.gov

John J. Rapisardi, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
– Of Counsel to the Presidential
Task Force on the Auto Industry –
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
E-mail: john.rapisardi@cwt.com