BODMAN LLP
Ralph E. McDowell (P39235)
6th Floor at Ford Field
1901 St. Antoine
Detroit, Michigan 48226
313-393-7585

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------- x

In re                                                    Chapter 11

GENERAL MOTORS CORPORATION, *et al.*,      Case No. 09-50026
                                                         (Jointly Administered)

                    Debtors.                        x
-------------------------------------------------------------------------- 

## CERTIFICATE OF SERVICE

I certify that on July 1, 2009, I electronically filed *Verified Statement Under Federal Rule of Bankruptcy Procedure 2019 [Docket # 2891]* with the Clerk of the Court using the ECF system, which sent notification of such filing to the individuals indicated on the Notice of Electronic Filing.

/s/      Melanie Madison
Melanie Madison
Bodman LLP
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 259-7777
Email:  mmadison@bodmanllp.com

July 2, 2009