**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GENERAL MOTORS CORPORATION | ) | Case No. 09-50026 |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) | Honorable Robert E. Gerber |

### ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*


      **ORDERED,** that Sean E. Quigley is admitted to practice, ***pro hac vice,*** in

the above referenced case, in the United States Bankruptcy Court, Southern District of

New York, provided that the filing fee has been paid.



Dated: ***July 2, 2009***
      New York, New York

                       ***/s/ Robert E. Gerber***
                       UNITED STATES BANKRUPTCY JUDGE