**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: ) | **Chapter 11** |
| ) | |
| ) | **Case No. 09-50026 (REG)** |
| **GENERAL MOTORS CORP.,** *et al.,* ) | |
| ) | **Hon. Robert E. Gerber** |
| **Debtors.** ) | |
| ) | **(Jointly Administered)** |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF**
**PAPERS AND REQUEST TO BE ADDED TO DEBTORS' MATRIX**

Please take notice that Erman, Teicher, Miller, Zucker & Freedman, P.C. ("Erman Teicher") hereby appears in the above-captioned case as counsel for Warren Industrial Investors, LLC, and requests that any and all notices given or required to be given in the above-captioned case, and all papers served or required to be served in the case, be served upon the undersigned at the following address and that Erman Teicher be added to the mailing matrix on file with the Clerk of the Bankruptcy Court:

> Dianne S. Ruhlandt, Esq.
> Erman, Teicher, Miller, Zucker & Freedman, P.C.
> 400 Galleria Officentre, Ste. 444
> Southfield, MI  48034
> Telephone:  (248) 827-4100
> Facsimile:  (248) 827-4106
> Email:  druhlandt@ermanteicher.com

Please take notice that the foregoing request includes not only the notices and papers referred to in the Federal rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand

filed in this matter, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise.

Please take notice that the foregoing request includes all notices required to be served under any and all of the provisions of the bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9007.

>Respectfully submitted,
>
>ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
>Attorneys for Warren Industrial Investors, LLC
>
>By:    /s/ Earle I. Erman
>       Earle I. Erman (P24296)
>       400 Galleria Officentre, Ste. 444
>       Southfield, MI  48034
>       Tel:   248/827-4100
>       Fax:   248/827-4106
>       eerman@ermanteicher.com

DATED:      July 2, 2009

F:\CHAP11\GENERAL MOTORS\Warren Industrial(Larson)\appearance by dsr.doc