James L. Bromley
Avram E. Luft
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for The International Union, United*
*Automobile, Aerospace and Agricultural*
*Implement Workers of America, AFL-CIO*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
                                                                          :
In re                                                                     :   Chapter 11
                                                                          :
General Motors Corporation, *et al.*,                                     :   Case No. 09-50026 (REG)
                                                                          :
                                      Debtors.                            :   (Jointly Administered)
                                                                          :
------------------------------------------------------------------------- X

## DEPOSITION DESIGNATIONS
## OF THE INTERNATIONAL UNION, UNITED
## AUTOMOBILE, AEROSPACE AND AGRICULTURAL
## <u>IMPLEMENT WORKERS OF AMERICA, AFL-CIO</u>

The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO (the "UAW"), by and through its undersigned counsel, hereby submits its deposition fairness and counter-designations.

**Designations from the June 28, 2009 Deposition of Fritz Henderson**

| Start | End |
|---|---|
| 257:12 | 258:13 |
| 264:3 | 264:9 |
| 278:7 | 278:14 |

**Designations from the June 29, 2009 Deposition of Harry Wilson**

| Start | End |
|---|---|
| 106:10 | 106:18 |
| 161:10 | 161:19 |
| 163:22 | 164:11 |
| 164:22 | 166:23 |
| 220:2 | 220:25 |

The designated portions of the deposition transcripts will be delivered to Chambers for the Court's reference, with initial designations coded in blue and the UAW's counter-designations coded in red, and filed if and when a confidentiality protocol is established. The UAW hereby reserves the right to amend or supplement its list of deposition designations at any time. Moreover, the UAW reserves the right to use any deposition testimony designated herein or by any other designator for impeachment and/or rebuttal purposes.

Dated: July 2, 2009
New York, New York

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ James L. Bromley
    James L. Bromley
    Avram E. Luft
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

2

*Counsel for The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO*