BODMAN LLP
Marc M. Bakst (P41575)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
313-393-7530
mbakst@bodmanllp.com

ATTORNEYS FOR WASHTENAW
COUNTY, A MICHIGAN MUNICIPAL
CORPORTION

**UNITED STATES BANKRUPTCY COURT**    x
**SOUTHERN DISTRICT OF NEW YORK**

In re                                                         Chapter 11

GENERAL MOTORS CORPORATION, *et al.*,       Case No. 09-50026
                                                              (Jointly Administrated)
                 Debtors.                              x

**WITHDRAWAL OF CONCURRENCE AND JOINDER OF WASHTENAW COUNTY, A MICHIGAN MUNICIPAL CORPORATION, IN OBJECTION OF COUNTY OF WAYNE, MICHIGAN TO DEBTORS' MOTION TO APPROVE (A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS, A U.S. TREASURY-SPONSORED PURCHASER, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTEREST; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (C) OTHER RELIEF**

Washtenaw County, a Michigan municipal corporation, withdraws its concurrence and joinder (filed June 19, 2009, at docket no. 1899) in the Objection of County of Wayne, Michigan to Debtors' Motion to Approve (a) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances and Other Interest; (b) the Assumption and Assignment of Certain

Executory Contracts and Unexpired Leases and (c) Other Relief.

BODMAN LLP

By: /s/ Marc M. Bakst
    Marc M. Bakst (P41575)
    Attorneys for Washtenaw County, a Michigan municipal corporation
    6th Floor at Ford Field
    1901 St. Antoine Street
    Detroit, Michigan 48226
    mbakst@bodmanllp.com
    (313) 393-7530

July 2, 2009

Detroit_937117_1