COHN WHITESELL & GOLDBERG LLP
Michael J. Goldberg
101 Arch St., Suite 1605
Boston, MA 02110
(617) 951-2505

*Counsel for Cabot Industrial Value Fund II Operating Partnership, L.P., Cabot II-FL3B01, LLC, Cabot II-MA1B01, LLC, Cabot II-OH1B21, LLC, and Cabot II-OH2B01, LLC.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., et al., | Case No. 09-50026-REG |
| Debtors. | Honorable Robert E. Gerber |
| | (Jointly Administered) |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Cohn Whitesell & Goldberg LLP, by the undersigned, hereby appears as counsel for Cabot Industrial Value Fund II Operating Partnership, L.P., Cabot II-FL3B01, LLC, Cabot II-MA1B01, LLC, Cabot II-OH1B21, LLC, and Cabot II-OH2B01, LLC.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002 and 9010(b), the undersigned requests service of all notices and documents herein upon:

>Michael J. Goldberg, Esq.
>COHN WHITESELL & GOLDBERG LLP
>101 Arch St., Suite 1605
>Boston, MA 02110
>Tel: (617) 951-2505
>Fax: (617) 951-0679
>Email: goldberg@cwg11.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request for service includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, plans, disclosure statements, complaints or demands transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex or otherwise, which are filed or made with the regard to the captioned cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice if Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleadings, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: July 2, 2009

**COHN WHITESELL & GOLDBERG LLP**

/s/ Michael J. Goldberg
Michael J. Goldberg, Esq.
COHN WHITESELL & GOLDBERG LLP
101 Arch St., Suite 1605
Boston, MA 02110
Tel: (617) 951-2505
Fax: (617) 951-0679
Email: goldberg@cwg11.com

COHN WHITESELL & GOLDBERG LLP
Michael J. Goldberg (MA BBO#551869)
101 Arch St., Suite 1605
Boston, MA 02110
(617) 951-2505

*Counsel for Cabot Industrial Value Fund II Operating Partnership, L.P., Cabot II-FL3B01, LLC, Cabot II-MA1B01, LLC, Cabot II-OH1B21, LLC, and Cabot II-OH2B01, LLC.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., et al., | ) | Case No. 09-50026-REG |
| | ) | |
| Debtors. | ) | Honorable Robert E. Gerber |
| | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July 2009 I caused the foregoing ***Notice of Appearance and Request for Service of Papers*** to be served via ECF upon the parties registered with ECF service in this case.

Dated: July 2, 2009
Boston, Massachusetts

/s/ Michael J. Goldberg
Michael J. Goldberg, Esq.
COHN WHITESELL & GOLDBERG LLP
101 Arch St., Suite 1605
Boston, MA 02110
Tel: (617) 951-2505
Fax: (617) 951-0679
Email: goldberg@cwg11.com