Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                             :    **Chapter 11 Case No.**
:
**GENERAL MOTORS CORP.,** *et al.*,    :    **09-50026 (REG)**
:
Debtors.        :    **(Jointly Administered)**
:
---------------------------------------------------------------x

### DEBTORS' COUNTER DEPOSITION DESIGNATIONS

General Motors Corporation and certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases, hereby counter-designate the following testimony from the depositions of Michael Raleigh and Frederick A. Henderson, taken June 27 and 28, 2009, respectively:

### Michael Raleigh

| | |
|---|---|
| 9:2-5 | 73:17-18 |
| 27:7-13 | 84:18-85:17 |
| 36:24-38:11 | 107:18-19 |
| 39:11-20 | 119:24-120:9 |
| 47:1-2 | 141:3-143:22 |
| 50:2-20 | 153:2-8 |
| 54:24-25 | 160:2-7 |
| 57:2-6 | 167:15-168:22 |
| 58:18 | 172:12-17 |
| 59:5-6 | 191:10-21 |
| 65:5-68:15 | 211:17-212:20 |
| 73:11 | 279:12-280:5 |

US_ACTIVE:\43091406\01\43091406_1.DOC\.

**Frederick A. Henderson**

| | |
|---|---|
| 12:14-23 | 132:7-133:7 |
| 21:20-25:4 | 141:6-17 |
| 30:4-31:18 | 142:11-13 |
| 32:22 | 146:24-147:3 |
| 34:20-35:19 | 151:16-152:14 |
| 40:7-43:9 | 153:16-154:18 |
| 45:18-46:13 | 176:10-25 |
| 48:4-23 | 178:3-180:8 |
| 53:17-55:14 | 183:24-184:8 |
| 63:20-64:15 | 255:12-256:11 |
| 64:25-65:7 | 257:12-258:7 |
| 66:7-21 | 261:21-262:25 |
| 67:22-68:20 | 264:2-23 |
| 72:19-73:13 | 274:23-24 |
| 74:5-15 | 275:19 |
| 75:19-23 | 276:8-279:17 |
| 76:10-24 | 279:20 |
| 77:5-24 | 281:2-14 |
| 85:12-86:17 | 285:17-287:11 |
| 102:5-9 | 306:24-308:5 |
| 111:8-13 | 309:19-310:20 |
| 114:3-16 | 311:22-312:25 |
| 117:24-118:24 | 313:14-314:18 |
| 127:2-128:4 | 315:4-25 |
| 129:8-12 | 317:15-318:9 |
| 130:7-131:7 | 418:17-421:14 |

Dated: July 2, 2009
      New York, New York

Respectfully submitted,

/s/ Harvey R. Miller
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Debtors
and Debtors in Possession