UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
GENERAL MOTORS CORP., *et al.*,           :    09-50026 (REG)
                                          :
                    Debtors.              :    (Jointly Administered)
                                          :
------------------------------------------------------------x

### FIRST OMNIBUS ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

Upon the motion, dated June 12, 2009 (the "**Motion**"), of General Motors Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 365(a) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") for authorization to reject certain unexpired leases (the "**Leases**") and related subleases (the "**Subleases**") listed on **Annex I** hereto, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York of Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the Office of the United States Trustee for the Southern District of New York, (ii) the attorneys for the United States Department of the Treasury, (iii) the attorneys for Export Development Canada, (iv) the attorneys for the agent under GM's prepetition secured term loan agreement, (v) the attorneys for

the agent under GM's prepetition amended and restated secured revolving credit agreement, (vi) the attorneys for the statutory committee of unsecured creditors appointed in these chapter 11 cases, (vii) the attorneys for the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, (viii) the attorneys for the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers—Communications Workers of America, (ix) the United States Department of Labor, (x) the attorneys for the National Automobile Dealers Association, (xi) the attorneys for the ad hoc bondholders committee, (xii) the U.S. Attorney's Office, S.D.N.Y., (xiii) all entities that requested notice pursuant to Bankruptcy Rule 2002, and (xiv) the counterparties to the Leases and Subleases, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**"); and upon the record of the Hearing and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy Rules 6006 and 9014, the Debtors are hereby authorized to reject the Leases and Subleases listed on **Annex I** attached hereto, effective as of the respective date requested in the Motion and listed on **Annex I** attached hereto (the "**Rejection Date**"); and it is further

ORDERED that upon service of this Order upon the counterparties to the Leases and Subleases, the Leases and Subleases shall be deemed rejected, effective as of the Rejection Date; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: ***July 2, 2009***
New York, New York

***/s/ Robert E. Gerber***
UNITED STATES BANKRUPTCY JUDGE

# Annex I

## Schedule of Leases and Subleases to be Rejected

### Hoover, Alabama

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Daniel Meadow Brook 600 Partnership | 1200 Corporate Drive, Suite 400 Birmingham, AL 35242-5424 | 600 Corporate Parkway Hoover, AL 35242 | 7/31/2009 | 6/30/2009 |

### Redwood City, California

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| 350 Marine Pkwy., Gillikin Trade LLC, Lewis Trade LLC, Spiegl Trade LLC, and Welsh Trade LLC | c/o Pollock Financial Group 350 Marine Parkway LLC 150 Portola Road Portola Valley, CA 94028 | 350 Marine Parkway Redwood City CA 94065 | 11/14/2009 | 6/30/2009 |

### San Francisco, California

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Platinum Technology, Inc. | 1815 South Meyers Road Oakbrook Terrace, IL 60181 | 475 Brannan Street San Francisco CA 94107 | 4/1/2010 | 6/30/2009 |
| **Subtenant** | **Subtenant Address** | **Property Location** | **Termination Date** | **Rejection Date** |
| MB600 LLC | c/o Daniel Corporation 3595 Grandview Parkway Suite 400 Birmingham, AL 35243 | 475 Brannan Street San Francisco CA 94107 | 7/31/2009 | 6/30/2009 |

### San Ramon, California

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Legacy III SR Crow Canyon LLC | 4000 East Third Avenue Suite 600 Foster City, CA 94404 | 2010 Crow Canyon Place San Ramon, CA 94583 | 9/30/2009 | 6/30/2009 |

### Torrance, California

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Lomita Partners II, LLC | 433 North Camden Drive Suite 820 Beverly Hills, CA 90210 | 3050 Lomita Boulevard Torrance, CA 90509 | 12/31/2010 | 6/30/2009 |

### West Sacramento, California

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| R & M Diodati Family Ltd. Partnership | 11423 Sunrise Gold Circle Suite 16 Rancho Cordova, CA 95742 | 3300 Industrial Blvd. West Sacramento CA 95691 | 10/31/2010 | 6/30/2009 |

### Denver, Colorado

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Environmental Testing Corporation | 2022 Helena Street Aurora, CO 80011 | 4750 Kingston Street Denver CO 80239-2587 | 12/31/2009 | 6/30/2009 |
| BRCP Stanford Place, LLC | 805 East Tuffs Ave. Suite 1310 Denver, CO 80237 | 8055 East Tufts Avenue Pkwy Denver, CO 80202 | 11/30/2010 | 6/30/2009 |
| Swig, Weiler & Arnow Management Co., Inc. | 1114 Avenue of the Americas New York, NY 40036<br><br>Edward T. Haas Trust, Sydia Haas Long, Trustee 2727 Filbert Street San Francisco, CA 94123 | 1910 38th Street Denver, CO 80216 | 12/31/2009 | 6/30/2009 |

| Subtenant | Subtenant Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| National Waterworks, Inc | National Waterworks, Inc c/o Kathryn Williams c/o Holland & Knight, LLP 200 South Orange Ave Orlando, FL 32801 | 1910 38th Street Denver, CO 80216 | 10/31/2009 | 6/30/2009 |

### Coral Springs, Florida

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| University Centre West III, Ltd. | c/o George Rahael<br>2900 North University Drive<br>Coral Springs, FL 33065-5083 | 2700 N. University Dr.<br>Coral Springs<br>FL 33065 | 3/31/2011 | 6/30/2009 |

### Tampa, Florida

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Realty Associates Iowa Corporation | c/o TA Reality Associates<br>28 State Street, 10th Floor<br>Boston, MA 02190 | 3030 North Rocky Point Drive<br>Tampa, FL 33607 | 12/31/2012 | 6/30/2009 |
| **Subtenant** | **Subtenant Address** | **Property Location** | **Termination Date** | **Rejection Date** |
| GMAC, LLC | 200 Renaissance Center<br>P.O. Box 200<br>Detroit, MI 48265 | 3030 North Rocky Point Drive<br>Tampa, FL 33607 | 4/30/2012 | 6/30/2009 |

### Anderson, Indiana

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Flagship Enterprise Center, Inc. | Executive Director<br>2701 Enterprise Drive<br>Suite 100<br>Anderson, IN 46013 | 2701 Enterprise Drive<br>Anderson, IN 46013 | 3/31/2012 | 6/30/2009 |

### Indianapolis, Indiana

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Castle Creek Investment Group, LLC | 101 North Brand Boulevard<br>Suite 940<br>Glendale, CA 91203 | 5975 Castle Creek Parkway<br>Indianapolis, IN 46250 | 11/30/2012 | 6/30/2009 |

### Overland Park, Kansas

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| UCM/SREP - Corporate Woods LLC | FBO UBS Re Security Dept CH17865 Palatine, IL 60055-7865 | 10800 Farley Overland Park KS 66210 | 9/30/2009 | 6/30/2009 |

### Louisville, Kentucky

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Summit I Partners, Ltd. c/o Corporate Realty Services, Inc. | 4350 Brownsboro Road Suite 310 Louisville, KY 40207 | 4350 Brownsboro Road Lewisville, KY 40207 | 8/31/2012 | 6/30/2009 |

### Germantown, Maryland

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| BP 270, LLC c/o Matan Realty, LLP | c/o Michael Jezienicki 20251 Century Boulevard Suite 100 Germantown, MD 20874-1195 | 20251 Century Blvd Germantown MD 20874 | 9/30/2011 | 6/30/2009 |
| **Subtenant** | **Subtenant Address** | **Property Location** | **Termination Date** | **Rejection Date** |
| GMAC, LLC | 200 Renaissance Center P.O. Box 200 Detroit, MI 48265 | 20251 Century Blvd Germantown MD 20874 | 11/30/2011 | 6/30/2009 |

### Foxborough, Massachusetts

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| 100/200 Foxborough Blvd. Realty Trust c/o CB Richard Ellis N E Partners | 380 Westminster Street Providence, RI 02903 | 100 Foxborough Blvd. Foxborough, MA 02035 | 7/31/2010 | 6/30/2009 |

### Auburn Hills, Michigan

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| GMAC, LLC | 200 Renaissance Center<br>P.O. Box 200<br>Detroit, MI 48265 | 900 North Squirrel Rd.<br>Auburn Hills<br>MI 48236-2784 | 3/31/2012 | 6/30/2009 |

### East Lansing, Michigan

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Hannah Technology & Research Center | P.O. Box 4218<br>East Lansing, MI 48826-4218 | 4660 S Hagadorn Rd.<br>East Lansing, MI 48823 | 5/31/2012 | 6/30/2009 |

### Grand Rapids, Michigan

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Orchard Vista Properties, LLC | c/o Waters Realty & Development<br>161 Ottawa Ave Northwest<br>Suite 104<br>Grand Rapids, MI 49503 | 3033 Orchard Vista Drive Southeast<br>Grand Rapids<br>MI 49804 | 11/30/2013 | 6/30/2009 |

### Parsippany, New Jersey

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Maple 6 Campus, LLC<br>c/o Mack-Cali Realty Corporation | 343 Thornall Street<br>Edison, NJ 08837 | 6 Campus Drive<br>Parsippany<br>NJ 08837-2206 | 7/31/2014 | 6/30/2009 |

### Honeoye Falls, New York

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| RL Norton, LLC | c/o Ryan Stoner<br>21 Norton Street<br>Honeoye Falls, NY 14472 | 34 Norton Street<br>Honeoye Falls<br>NY 14472 | 2/28/2010 | 6/30/2009 |

### New York, New York

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| BP/CG Center I, LLC c/o Boston Properties Limited Partnership | 599 Lexington Avenue Suite 1800 New York, NY 10022 | 153 East 53rd Street New York, NY 10022 | 12/31/2019 | 6/30/2009 |

### Charlotte, North Carolina

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Hall Building, LLC c/o BCP West, LLC -TR for Such Entity | c/o The Bissell Companies, Inc. 13860 Ballantyne Corporate Place, Suite 300 Charlotte, NC 28277 | 11006 Rushmore Drive Charlotte, NC 28277 | 1/31/2012 | 6/30/2009 |

### Raleigh, North Carolina

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Center XXXIII, LLC c/o Highwoods Properties, Inc. | 3100 Smoketree Court Suite 1100 Raleigh, NC 27604 | 5510 Six Forks Road Raleigh, NC 27609 | 7/31/2009 | 6/30/2009 |

### Cincinnati, Ohio

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| OKD Four, Ltd. | 55 Tri-County Pkwy. Cincinnati, OH 45246<br><br>Target Mgmt. Leasing Inc. 110 Boggs Lake, Suite 244 Cincinnati, OH 45246 | 155 Tri-County Pkwy. Cincinnati, OH 45246 | 4/30/2013 | 6/30/2009 |

### Copley, Ohio

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Crystal Pointe, Ltd. | North Pointe Realty, Inc.<br>5915 Landerbrook Drive<br>Suite 120<br>Mayfield Hgts., OH 44127 | 202 Montrose West Blvd.<br>Copley, OH 44321 | 4/18/2013 | 6/30/2009 |

### Maumee, Ohio

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Home Builders Association of Greater Toledo, Inc. | 1911 Indianwood Circle<br>Suite A<br>Maumee, OH 43537 | 1911 Indianwood Circle<br>Maumee, OH 46250 | 11/30/2009 | 6/30/2009 |

### Warren, Ohio

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Lewis Land, Ltd. | 8031 East Market Street<br>Warren, OH 44484 | 8009 East Market Street<br>Warren, OH 44484 | 6/30/2012 | 6/30/2009 |

### Cranberry Township, Pennsylvania

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Kessinger/Hunter & Co., as agent for Cranberry Business Park | 2600 Grand Avenue<br>Suite 700<br>Kansas City, MO 64108 | 3104 Unionville Drive<br>Cranberry Township<br>PA 16319 | 7/31/2013 | 6/30/2009 |

### Erie, Pennsylvania

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| The Prischack Family Partenership | 100 State Street<br>Suite B-100<br>Erie, PA 16507 | 100 State Street<br>Erie, PA 16507 | 5/14/2011 | 6/30/2009 |

### Wayne, Pennsylvania

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| 851 Duportail LP | 955 Chesterbrook Boulevard Suite 120 Chesterbrook, PA 19087 | 851 Duportail Road Wayne, PA 19087 | 4/30/2010 | 6/30/2009 |

### Greenville, South Carolina

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| OZRE Greenville LLC | P.O. Box 533220 Charlotte, NC 28290 | 300 Executive Center Drive Greenville, SC 29615 | 10/31/2012 | 6/30/2009 |
| **Subtenant** | **Subtenant Address** | **Property Location** | **Termination Date** | **Rejection Date** |
| GMAC, LLC | 200 Renaissance Center P.O. Box 200 Detroit, MI 48265 | 300 Executive Center Drive Greenville, SC 29615 | 9/30/2010 | 6/30/2009 |

### Franklin, Tennessee

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Boyle Cool Springs Joint Venture | 5110 Maryland Way Suite 330 Brentwood, TN 37027 | 501 Corporate Drive Franklin, TN 37067 | 7/31/2010 | 6/30/2009 |
| **Subtenant** | **Subtenant Address** | **Property Location** | **Termination Date** | **Rejection Date** |
| GMAC, LLC | 200 Renaissance Center P.O. Box 200 Detroit, MI 48265 | 501 Corporate Drive Franklin, TN 37067 | 7/31/2010 | 6/30/2009 |

### Richmond, Virginia

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| GMAC, LLC | 200 Renaissance Center P.O. Box 200 Detroit, MI 48265 | 10800 Midlothian Turnpike Richmond, VA 23235 | 9/30/2009 | 6/30/2009 |

### Scott Depot, West Virginia

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Keniman Belcher c/o Barbara Belcher | 203 Cedar Drive Scott Depot, WV 25560 | 400-D Prestige Park Scott Depot, WV 25526 | 7/31/2009 | 6/30/2009 |

### Brookfield, Wisconsin

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| CORE Realty Holdings Management, Inc. fbo Brookfield Lakes Tenants in Common | c/o Hammes Co. 18000 W. Sarah Lane, Suite 250 Brookfield, WI 53045 | 300 North Corporate Drive Brookfield, WI 53045 | 5/31/2012 | 6/30/2009 |

### Grand Chute, Wisconsin

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Grande Market 5601 | 5735 West Spencer Street Appleton, WI 54914 | 5601 Grande Market Drive Grand Chute, WI 54913 | 3/31/2012 | 6/30/2009 |

### Middleton, Wisconsin

| Landlord | Landlord Address | Property Location | Termination Date | Rejection Date |
|---|---|---|---|---|
| Greenway Office Center, LLC c/o T. Wall Properties, LLC | P.O. Box 7700 Madison, WI 53707 | 1600 Aspen Commons Middleton, WI 53562 | 5/14/2013 | 6/30/2009 |