HUNTON & WILLIAMS LLP
Peter S. Partee
Richard P. Norton
Scott H. Bernstein
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

and

J.R. Smith (*pro hac vice* pending)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

*Attorneys for Philip Morris USA*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                  :    Chapter 11
:
GENERAL MOTORS CORP., et al.,          :    Case No. 09-50026 (REG)
:
:    (Jointly Administered)
                       Debtors.        :
:
---------------------------------------------------------------x

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, J.R. Smith, request admission ***pro hac vice*** before the Honorable Robert E. Gerber to represent in the above-captioned bankruptcy cases Philip Morris USA.

I certify that I am a member in good standing of the bar of the Commonwealth of Virginia, the United States Court of Appeals for the Fourth Circuit, and the United States District Courts for the Eastern and Western Districts of Virginia.

I have electronically paid the filing fee of $25 with this motion for *pro hac vice* admission.

|  |  |
|---|---|
| Dated:  July 2, 2009<br>New York, New York | Respectfully submitted,<br><br> */s/ J.R. Smith* <br>J.R. Smith<br><br>HUNTON & WILLIAMS, LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, Virginia 23219-4074<br>E-mail Address:  jrsmith@hunton.com<br>Telephone:  (804) 788-8200 |

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
:
In re                                          :      Chapter 11
:
GENERAL MOTORS CORP., et al.,                  :      Case No. 09-50026 (REG)
:
:      (Jointly Administered)
Debtors.                 :
:
-------------------------------------------------------------x

### ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of J.R. Smith, to be admitted, *pro hac vice*, to represent Philip Morris USA (the "Client"), a party in interest, in the above-captioned cases, and upon the movant's certification that the movant is a member of good standing of the bar of the Commonwealth of Virginia, the United States Court of Appeals for the Fourth Circuit, and the United States District Courts for the Eastern and Western Districts of Virginia and, the $25 filing fee having been paid, it is hereby

**ORDERED**, that J.R. Smith, Esq., is admitted to practice, *pro hac vice* in the above-captioned cases to represent the Client in the United States Bankruptcy Court for Southern District of New York.

Dated:  July __, 2009
        New York, New York

_____
THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE