JONATHAN R. SCHULZ (MI P70927)
BUSH SEYFERTH & PAIGE PLLC
3001 W. Big Beaver Rd., Suite 600
Troy, MI 48084
Telephone: (248) 822-7807
Facsimile: (248) 822-7857
E-Mail: schulz@bsplaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
|  | : | **Chapter 11** |
|---|---|---|
| **In re:** | : |  |
|  | : | **Case No. 09-50026 (REG)** |
| **GENERAL MOTORS CORPORATION,** *et al.*, | : |  |
|  | : | **(Jointly Administered)** |
| Debtors. | : |  |

-----------------------------------------------------------------------x

**ORDER ADMITTING JONATHAN R. SCHULZ TO PRACTICE,** *PRO HAC VICE*

**ORDERED,** that Jonathan R. Schulz is admitted to practice, *pro hac vice*, in the above referenced case and any successor cases, in the United States Bankruptcy Court, Southern District of New York.

Dated:_____          _____
        New York, New York                  United States Bankruptcy Judge