

Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
www.ajamie.com
713 860 1600 telephone
713 860 1699 facsimile

Dona Szak
dszak@ajamie.com

0042.015                                                                June 26, 2009

**BY FEDERAL EXPRESS**

Mr. Vito Genna
Clerk of Court
United States Bankruptcy Court
One Bowling Green
New York, New York   10004

Attention:     Amanda Ho
               Case Administrator

    Re:    Chapter 11 Case No. 09-50026 (REG) (Jointly Administered); *In re General Motors Corporation, et al*; In the United States Bankruptcy Court for the Southern District of New York.

Dear Ms. Ho:

   This letter will serve as the Rassini Companies' request to **withdraw from the Court's file** the following document that was received in your office on Thursday, June 25, 2009:

   1.   **EXHIBIT A** to The Rassini Companies' Limited Objection to the Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) Cure Amounts Related Thereto.

   Please note that this request applies only to **EXHIBIT A** to the Limited Objection. If it is not possible to withdraw **EXHIBIT A** only, the Rassini Companies request that the entire document – the Limited Objection and accompanying Exhibit – be withdrawn from the Court's file.

   Please return a file-stamped copy of this letter to our office in the enclosed envelope. Should you have any questions or need further information, please call. Thank you for your assistance.

                                                           Very truly yours,

                                                           Dona Szak

DS:dlm