
AJAMIE LLP

Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
www.ajamie.com
713 860 1600 telephone
713 860 1699 facsimile

Dona Szak
dszak@ajamie.com

0042.015

June 26, 2009

BY FEDERAL EXPRESS

Mr. Vito Genna
Clerk of Court
United States Bankruptcy Court
One Bowling Green
New York, New York  10004

Attention:  Amanda Ho
            Case Administrator

Re:  Chapter 11 Case No.09-50026 (REG) (Jointly Administered); *In re General Motors Corporation, et al*; In the United States Bankruptcy Court for the Southern District of New York

Dear Ms. Ho:

This letter will serve as the Rassini Companies' request to **withdraw from the Court's file** the following document that was received in your office on Thursday, June 25, 2009:

1. The Rassini Companies' Limited Objection to the Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) Cure Amounts Related Thereto.

Please contact our office should you need additional information. Thank you for your assistance.

Very truly yours,

Dona Szak

DS:dlm

FILED
2009 JUN 29 A 9: 25
U S BANKRUPTCY COURT
S.D. OF N.Y.