CARSON FISCHER, P.L.C.
Counsel for Findlay Industries, Inc.
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI 48302
(248) 644-4840
Patrick J. Kukla (P60465)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                         :
In re:                                                 :        Chapter 11
                                                   :        Case No.: 09-50026 (REG)
GENERAL MOTORS CORPORATION, *et al.*,  :        (Jointly Administered)
                                                   :
        Debtors.                           :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that papers were served as follows:

1.       Papers Served:       Findlay Industries, Inc.'s Objection to Second Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto

2.       Served Upon:       General Motors Corporation
                                    Attn: Warren Command Center
                                    Mailcode: 480-206-114
                                    Cadillac Building
                                    30009 Van Dyke Avenue
                                    Warren, MI 48090-9025

                                    Weil, Gotshal & Manges, LLP
                                    Attn: Harvey R. Miller, Esq.
                                            Stephen Karotkin, Esq.
                                            Joseph H. Smolinsky, Esq.
                                    767 Fifth Avenue
                                    New York, NY 10153

> U.S. Treasury
> Attn:  Matthew Feldman, Esq.
> 1500 Pennsylvania Avenue, NW
> Room 2312
> Washington, DC 20220
>
> Cadwalader, Wickersham & Taft, LLP
> Attn:  John J. Rapisardi, Esq.
> One World Financial Center
> New York, NY 10281
>
> Vedder Price, P.C.
> Attn:  Michael J. Edelman, Esq.
>         Michael L. Schein, Esq.
> 1633 Broadway
> 47th Floor
> New York, NY 10019
>
> Office of the United States Trustee
> for the Southern District of New York
> Attn:  Diana G. Adams, Esq.
> 33 Whitehall Street
> 21st Floor
> New York, NY 10004
>
> Kramer, Levin, Naftalis & Frankel, LLP
> Attn:  Gordon Z. Novod
> 1177 Avenue of the Americas
> New York, NY  10036

3. Date of Service:  July 2, 2009

4. Method of Service:  Federal Express

> CARSON FISCHER, P.L.C.
> *Attorneys for Findlay Industries, Inc.*
>
> By:  /s/ Patrick J. Kukla

Dated:  July 2, 2009