## IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| General Motors Corporation, et al. | ) Case No. 09-50026 (REG) |
| Debtors | ) |
| | ) |
| | ) |

### NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY

**COMES NOW**, Gene T. Moore with the law firm Gene T. Moore Attorney at Law, P.C. as attorney of record for Jacqueline H. Edwards and informs the Court and all those parties in interest that a hearing will be held on **August 18, 2009 at 9:45 a.m. Eastern Time**, concerning the Motion for Relief from the Automatic Stay filed with this Honorable Court by Jacqueline Edwards concerning a lawsuit currently pending in the Circuit Court of Greene County, Alabama CV: 2008-90002.

Dated this 23rd day of June 2009.

/s/Gene T. Moore
Gene T. Moore (MOO-068)
Gene T. Moore, Attorney at Law, P.C.
1802 15th Street
Tuscaloosa, Alabama 35401
Phone: 205-349-5413
Facsimile: 205-345-2512