Timothy S. McFadden (TSM 9650)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0370
Facsimile: (312) 443-0336

-and-

Kevin J. Walsh (KJW 6083)
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, NY 10022-4802
Tel:  (212) 947-4700
Fax: (212) 947-1202

ATTORNEYS FOR METHODE ELECTRONICS, INC.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                 :
                                                                 :    Chapter 11
                                                                 :
In re                                                            :
                                                                 :    Case No. 09-50026 (REG)
GENERAL MOTORS CORP., *et al.*,                                  :
                                                                 :    (Jointly Administered)
                                        Debtors.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE AND**
**<u>REQUEST FOR SERVICE OF PAPERS</u>**

PLEASE TAKE NOTICE that the undersigned law firm appears in the above-

referenced case as counsel for Methode Electronics, Inc., and its affiliated companies,

(collectively, "Methode"), and, pursuant to Federal Rule of Bankruptcy Procedure 2002,

requests that all notices given or required to be given in these cases, and all papers served

or required to be served in these cases, be given to and served upon the undersigned law

firm at the address set forth below:

Timothy S. McFadden
LOCKE LORD, BISSELL & LIDDELL LLP
111 South Wacker Drive, Ste. 4400
Chicago, IL  60606
Tel.: (312) 443-0700
Fax: (312) 443-0336
E-mail: tmcfadden@lockelord.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the

Bankruptcy Code, this request includes the notices and papers referred to in Federal Rule

of Bankruptcy Procedure 2002 and also includes, without limitation, copies of any orders,

pleadings, motions, applications, complaints, demands, hearings, requests or petitions,

answering or reply papers, memoranda and briefs in support of any of the foregoing and

any other document brought before this Court with respect to these cases, whether formal

or informal, whether written or oral, and whether transmitted or conveyed by mail,

delivery, telephone, telecopy, telegraph, telex or otherwise.

This Notice of Appearance and Request for Service of Papers shall not be deemed

or construed to be a waiver of Methode's rights (i) to have final orders in noncore matters

entered only after *de novo* review by a District Judge, (ii) to trial by jury in any

proceeding so triable in these cases or any case, controversy, or proceeding related to

these cases, and (iii) to have the District Court withdraw the reference in any matter

subject to mandatory or discretionary withdrawal, or of any other rights, claims, actions,

setoffs, or recoupments to which Methode is or may be entitled, in law or in equity, all of

which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 2, 2009                          METHODE ELECTRONICS,
                                             INC.

                                             By: /s/ Timothy S. McFadden

2

One of Its Attorneys

Timothy S. McFadden (TSM 9650)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0370
Facsimile: (312) 443-0336

-and-

Kevin J. Walsh (KJW 6083)
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, NY 10022-4802
Tel:  (212) 947-4700
Fax: (212) 947-1202

ATTORNEYS FOR METHODE ELECTRONICS, INC.

CERTIFICATE OF SERVICE

I, Timothy S. McFadden, hereby certify that on July 2, 2009, I caused a copy of the *Notice of Appearance and Request for Notices and Service of Papers* (the "Notice") to be filed electronically. Notice of this filing was sent automatically, via the Court's CM/ECF system, to all parties that have filed an electronic appearance in this proceeding. In addition, the following parties were served via regular U.S. mail, postage prepaid.

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Al Koch
AP Services, LLC, an affiliate of AlixPartners, LLP
2000 Town Center
Suite 2400
Southfield, Michigan 48075

Thomas Moers Mayer, Esq.
Kenneth H. Eckstein, Esq.
Robert T. Schmidt, Esq.
Adam C. Rogoff, Esq.
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004

DATED:  July 2, 2009                    By:    /s/ Timothy S. McFadden_____
                                               Timothy S. McFadden, Esq.
                                               Locke Lord Bissell & Liddell LLP
                                               111 South Wacker Dr.
                                               Chicago, IL  60606