Timothy S. McFadden (TSM 9650)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0370
Facsimile: (312) 443-0336

-and-

Kevin J. Walsh (KJW 6083)
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, NY 10022-4802
Tel:  (212) 947-4700
Fax: (212) 947-1202

Attorneys for Methode Electronics, Inc.


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |
|---|---|
| In re | : Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | : Case No. 09-50026 (REG) |
|  | : (Jointly Administered) |
| Debtors. | : |


**MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice***

I, _____Timothy S. McFadden_____, a member in good standing of the bar in the State of

_____Illinois_____ and the bar of the U.S. District Court for the _____Northern_____

District of _____Illinois_____, request admission, ***pro hac vice***, before the Honorable

_____Robert E. Gerber_____, to represent  Methode Electronics, Inc. in the above referenced

✓ case ____ adversary proceeding.

Mailing address:_ 111 South Wacker Drive, Chicago, Illinois  60606;

E-mail address:_ tmcfadden@lockelord.com; telephone number   (312) 443-0370  .

CHI1 1596768v.1

I agree to pay the fee of $25 upon approval by the Court admitting me to practice ***pro hac vice***.

Dated: July 2, 2009
        Chicago, Illinois                          _____/s/  Timothy S. McFadden_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| | : |
| | : Chapter 11 |
| In re | : |
| GENERAL MOTORS CORP., *et al.*, | : Case No. 09-50026 (REG) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

I, _____Timothy S. McFadden_____, a member in good standing of the bar in the State of

_____Illinois_____ and the bar of the U.S. District Court for the _Northern_

District of _____Illinois_____, having requested admission, *pro hac vice*, to represent

Methode Electronics, Inc. in the above referenced ✓ case ___ adversary proceeding.

**ORDERED**,

that_____Timothy S. McFadden_____, Esq., is admitted to practice, *pro hac vice*, in the above

referenced ✓ case ___ adversary proceeding, in the United States Bankruptcy Court, Southern

District of New York, subject to payment of the filing fee.

Dated: _____, 2009

New York, New York    /s/_____

UNITED STATES BANKRUPTCY JUDGE