## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS<br>CORPORATION, *et al.*,<br><br>     Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathryn Whisenhunt, hereby certify that on the 2nd day of July 2009, I caused a true copy of the Letter to the Honorable Robert E. Gerber on behalf of the Environmental Conservation and Chemical Corporation Site Trust Fund ("The Trust") to be served on the Honorable Robert E. Gerber of United States Bankruptcy Court for the Southern District of New York and to the following via e-mail (where applicable) or by facsimile (where no e-mail address was available):

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller, Esq.,
Stephen Karotkin, Esq.,
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY 10153

Cadwalader, Wickersham & Taft, LLP
Presidential Task Force
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY 10281

Kramer Levin Naftalis & Frankel LLP
Attn: Gordon Z. Novod, Esq.,
Thomas Moers Mayer, Esq.
1177 Avenue of the Americas
New York, NY 10036

Cleary Gottleib Steen & Hamilton, LLP
Attn: James L. Bromley, Esq.
One Liberty Plaza
New York, NY 10281

Cohen, Weiss and Simon, LLP
Attn: Babette Ceccotti, Esq.
330 W. 42nd Street
New York, NY 10036

Vedder Price, P.C.
Attn: Michael J. Edelman, Esq.,
Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY 10019

Office of the United States Trustee for the
Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

U.S. Attorney's Office
S.D.N.Y.
Attn: David S. Jones, Esq.,
Matthew L. Schwartz, Esq.
86 Chambers Street, 3rd Floor
New York, NY 10007

*/s/ Kathryn Whisenhunt*

Kathryn Whisenhunt
An Employee of N.W. Bernstein & Associates, LLC